**Table 2.5.** Estimates of anthropogenic carbonaceous aerosol forcing derived from models published since the TAR and from the AeroCom simulations where different models used identical emissions. POM: particulate organic matter; BC: black carbon; BCPOM: BC and POM; FFBC: fossil fuel black carbon; FFPOM: fossil fuel particulate organic matter; BB: biomass burning sources included.

| No | Model[a] | LOAD POM (mgPOM m$^{-2}$) | $\tau_{aer}$ POM | POM$_{ant}$ (%) | LOAD BC (mg m$^{-2}$) | RF BCPOM (W m$^{-2}$) | RF POM (W m$^{-2}$) | RF BC (W m$^{-2}$) | RF FFPOM (W m$^{-2}$) | RF FFBC (W m$^{-2}$) | RF BB (W m$^{-2}$) | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Published since IPCC, 2001** | | | | | | | | | | | | |
| A | SPRINT | | | | | 0.12 | −0.24 | 0.36 | −0.05 | 0.15 | −0.01 | (Takemura et al., 2001) |
| B | LOA | 2.33 | 0.016 | | 0.37 | 0.30 | −0.25 | 0.55 | −0.02 | 0.19 | 0.14 | (Reddy et al., 2005b) |
| C | GISS | 1.86 | 0.017 | | 0.29 | 0.35 | −0.26 | 0.61 | −0.13 | 0.49 | 0.065 | (Hansen et al., 2005) |
| D | GISS | 1.86 | 0.015 | | 0.29 | 0.05 | −0.30 | 0.35 | −0.08[b] | 0.18[b] | −0.05[b] | (Koch, 2001) |
| E | GISS | 2.39 | | | 0.39 | 0.32 | −0.18 | 0.50 | −0.05[b] | 0.25[b] | 0.12[b] | (Chung and Seinfeld., 2002) |
| F | GISS | 2.49 | | | 0.43 | 0.30 | −0.23 | 0.53 | −0.06[b] | 0.27[b] | 0.09[b] | (Liao and Seinfeld, 2005) |
| G | SPRINTARS | 2.67 | 0.029 | 82 | 0.53 | 0.15 | −0.27 | 0.42 | −0.07[b] | 0.21[b] | 0.01[b] | (Takemura et al., 2005) |
| H | GATORG | 2.55 | | | 0.39 | 0.47 | −0.06 | 0.55 | −0.01[b] | 0.27[b] | 0.22[b] | (Jacobson, 2001b) |
| I | MOZGN | 3.03 | 0.018 | | | | −0.34 | | | | | (Ming et al., 2005a) |
| J | CCM | | | | 0.33 | | | 0.34 | | | | (Wang, 2004) |
| K | UIO-GCM | | | | 0.30 | | | 0.19 | | | | (Kirkevag and Iversen, 2002) |
| **AeroCom: identical emissions used for year 1750 and 2000 (Schulz et al., 2006)** | | | | | | | | | | | | |
| L | UMI | 1.16 | 0.0060 | 53 | 0.19 | 0.02 | −0.23 | 0.25 | −0.06[b] | 0.12[b] | −0.01 | (Liu and Penner, 2002) |
| M | UIO_CTM | 1.12 | 0.0058 | 55 | 0.19 | 0.02 | −0.16[b] | 0.22[b] | −0.04 | 0.11 | −0.05 | (Myhre et al., 2003) |
| N | LOA | 1.41 | 0.0085 | 52 | 0.25 | 0.14 | −0.16[c] | 0.32[c] | −0.04[b] | 0.16[b] | 0.02[b] | (Reddy and Boucher, 2004) |
| O | LSCE | 1.50 | 0.0079 | 46 | 0.25 | 0.13 | −0.17 | 0.30 | −0.04[b] | 0.16[b] | 0.02[b] | (Schulz et al., 2006) |
| P | ECHAM5-HAM | 1.00 | 0.0077 | | 0.16 | 0.09 | −0.10[c] | 0.20[c] | −0.03[b] | 0.10[b] | 0.01 | (Stier et al., 2005) |
| Q | GISS | 1.22 | 0.0060 | 51 | 0.24 | 0.08 | −0.14 | 0.22 | −0.03[b] | 0.11[b] | 0.01[b] | (Koch, 2001) |
| R | UIO_GCM | 0.88 | 0.0046 | 59 | 0.19 | 0.24 | −0.06 | 0.36 | −0.02[b] | 0.18[b] | 0.08[b] | (Iversen and Seland, 2002) |
| S | SPRINTARS | 1.84 | 0.0200 | 49 | 0.37 | 0.22 | −0.10 | 0.32 | −0.01 | 0.13 | 0.06 | (Takemura et al., 2005) |
| T | ULAQ | 1.71 | 0.0075 | 58 | 0.38 | −0.01 | −0.09 | 0.08 | −0.02[b] | 0.04[b] | −0.03[b] | (Pitari et al., 2002) |
| Average A–K | | 2.38 | 0.019 | | 0.38 | 0.26 | −0.24 | 0.44 | −0.06 | 0.25 | 0.07 | |
| Average L–T | | 1.32 | 0.008 | 53 | 0.25 | 0.10 | −0.13 | 0.25 | −0.03 | 0.12 | 0.01 | |
| Stddev A–K | | 0.42 | 0.006 | | 0.08 | 0.14 | 0.08 | 0.13 | 0.04 | 0.11 | 0.09 | |
| Stddev L–T | | 0.32 | 0.005 | 4 | 0.08 | 0.08 | 0.05 | 0.08 | 0.01 | 0.04 | 0.04 | |

Notes:
[a] MOZGN: MOZART (Model for OZone and Related chemical Tracers-GFDL(Geophysical Fluid Dynamics Laboratory)-NCAR (National Center for Atmospheric Research); for other models see Note (a) in Table 2.4.
[b] Models A to C are used to provide a split in sources derived from total POM and total BC: FFPOM = POM × 0.25; FFBC = BC × 0.5; BB = (BCPOM) − (FFPOM + FFBC); BC = 2 × FFBC; POM = 4 × FFPOM.
[c] Models L, O and Q to T are used to provide a split in components: POM = BCPOM × (−1.16); BC = BCPOM × 2.25.

due to BC from fossil fuels include those from Takemura et al. (2000), Reddy et al. (2005a) and Hansen et al. (2005) as summarised in Table 2.5. The results from a number of studies that continue to group the RF from fossil fuel with that from biomass burning are also shown. Recently published results (A to K) and AeroCom studies (L to T) suggest a combined RF from both sources of $+0.44 \pm 0.13$ W m$^{-2}$ and $+0.29 \pm 0.15$ W m$^{-2}$ respectively. The stronger RF estimates from the models A to K appear to be primarily due to stronger sources and column loadings as the direct RF/column loading is similar at approximately 1.2 to 1.3 W mg$^{-1}$ (Table 2.5). Carbonaceous aerosol emission inventories suggest that approximately 34 to 38% of emissions come from biomass burning sources and the remainder from fossil fuel burning sources. Models that separate fossil fuel from biomass burning suggest an equal split in RF. This is applied to those estimates where the BC emissions are not explicitly separated into emission sources to provide an estimate of the RF due to fossil fuel BC. For the AeroCom results, the fossil fuel BC RF ranges from $+0.08$ to $+0.18$ W m$^{-2}$ with a mean of $+0.13$ W m$^{-2}$ and a standard deviation of 0.03 W m$^{-2}$. For model results A to K, the RFs range from $+0.15$ W m$^{-2}$ to approximately $+0.27$ W m$^{-2}$, with a mean of $+0.25$ W m$^{-2}$ and a standard deviation of 0.11 W m$^{-2}$.

The mean and median of the direct RF for fossil fuel BC from grouping all these studies together are $+0.19$ and $+0.16$ W m$^{-2}$, respectively, with a standard deviation of nearly 0.10 W m$^{-2}$. The standard deviation is multiplied by 1.645 to approximate the 90% confidence interval and the best estimate is rounded upwards slightly for simplicity, leading to a direct RF estimate of $+0.20 \pm 0.15$ W m$^{-2}$. This estimate does not include the semi-direct effect or the BC impact on snow and ice surface albedo (see Sections 2.5.4 and 2.8.5.6)

### 2.4.4.4    Biomass Burning Aerosol

The TAR reported a contribution to the RF of roughly $-0.4$ W m$^{-2}$ from the scattering components (mainly organic carbon and inorganic compounds) and $+0.2$ W m$^{-2}$ from the absorbing components (BC) leading to an estimate of the RF of biomass burning aerosols of $-0.20$ W m$^{-2}$ with a factor of three uncertainty. Note that the estimates of the BC RF from Hansen and Sato (2001), Hansen et al. (2002), Hansen and Nazarenko (2004) and Jacobson (2001a) include the RF component of BC from biomass burning aerosol. Radiative forcing due to biomass burning (primarily organic carbon, BC and inorganic compounds such as nitrate and sulphate) is grouped into a single RF, because biomass burning emissions are essentially uncontrolled. Emission inventories show more significant differences for biomass burning aerosols than for aerosols of fossil fuel origin (Kasischke and Penner, 2004). Furthermore, the pre-industrial levels of biomass burning aerosols are also difficult to quantify (Ito and Penner, 2005; Mouillot et al., 2006).

The Southern African Regional Science Initiative (SAFARI 2000: see Swap et al., 2002, 2003) took place in 2000 and 2001. The main objectives of the aerosol research were to investigate pyrogenic and biogenic emissions of aerosol in southern Africa (Eatough et al., 2003; Formenti et al., 2003; Hély et al., 2003), validate the remote sensing retrievals (Haywood et al., 2003b; Ichoku et al., 2003) and to study the influence of aerosols on the radiation budget via the direct and indirect effects (e.g., Bergstrom et al., 2003; Keil and Haywood, 2003; Myhre et al., 2003; Ross et al., 2003). The physical and optical properties of fresh and aged biomass burning aerosol were characterised by making intensive observations of aerosol size distributions, optical properties, and DRE through *in situ* aircraft measurements (e.g., Abel et al., 2003; Formenti et al., 2003; Haywood et al., 2003b; Magi and Hobbs, 2003; Kirchstetter et al., 2004) and radiometric measurements (e.g., Bergstrom et al., 2003; Eck et al., 2003). The $\omega_o$ at 0.55 μm derived from near-source AERONET sites ranged from 0.85 to 0.89 (Eck et al., 2003), while $\omega_o$ at 0.55 μm for aged aerosol was less absorbing at approximately 0.91 (Haywood et al., 2003b). Abel et al. (2003) showed evidence that $\omega_o$ at 0.55 μm increased from approximately 0.85 to 0.90 over a time period of approximately two hours subsequent to emission, and attributed the result to the condensation of essentially non-absorbing organic gases onto existing aerosol particles. Fresh biomass burning aerosols produced by boreal forest fires appear to have weaker absorption than those from tropical fires, with $\omega_o$ at 0.55 μm greater than 0.9 (Wong and Li 2002). Boreal fires may not exert a significant direct RF because a large proportion of the fires are of natural origin and no significant change over the industrial era is expected. However, Westerling et al. (2006) showed that earlier spring and higher temperatures in USA have increased wildfire activity and duration. The partially absorbing nature of biomass burning aerosol means it exerts an RF that is larger at the surface and in the atmospheric column than at the TOA (see Figure 2.12).

Modelling efforts have used data from measurement campaigns to improve the representation of the physical and optical properties as well as the vertical profile of biomass burning aerosol (Myhre et al., 2003; Penner et al., 2003; Section 2.4.5). These modifications have had important consequences for estimates of the RF due to biomass burning aerosols because the RF is significantly more positive when biomass burning aerosol overlies cloud than previously estimated (Keil and Haywood, 2003; Myhre et al., 2003; Abel et al., 2005). While the RF due to biomass burning aerosol in clear skies is certainly negative, the overall RF of biomass burning aerosol may be positive. In addition to modelling studies, observations of this effect have been made with satellite instruments. Hsu et al. (2003) used SeaWiFS, TOMS and CERES data to show that biomass burning aerosol emitted from Southeast Asia is frequently lifted above the clouds, leading to a reduction in reflected solar radiation over cloudy areas by up to 100 W m$^{-2}$, and pointed out that this effect could be due to a combination of direct and indirect effects. Similarly, Haywood et al. (2003a) showed that remotely sensed cloud liquid water and effective radius underlying biomass burning aerosol off the coast of Africa are subject to potentially large systematic biases. This may have important consequences for studies that use



**Figure 2.12.** *Characteristic aerosol properties related to their radiative effects, derived as the mean of the results from the nine AeroCom models listed in Table 2.5. All panels except (b) relate to the combined anthropogenic aerosol effect. Panel (b) considers the total (natural plus anthropogenic) aerosol optical depth from the models. (a) Aerosol optical depth. (b) Difference in total aerosol optical depth between model and MODIS data. (c) Shortwave RF. (d) Standard deviation of RF from the model results. (e) Shortwave forcing of the atmosphere. (f) Shortwave surface forcing.*

correlations of $\tau_{aer}$ and cloud effective radius in estimating the indirect radiative effect of aerosols.

Since the biomass burning aerosols can exert a significant positive RF when above clouds, the aerosol vertical profile is critical in assessing the magnitude and even the sign of the direct RF in cloudy areas. Textor et al. (2006) showed that there are significant differences in aerosol vertical profiles between global aerosol models. These differences are evident in the results from the recently published studies and AeroCom models in Table 2.5. The most negative RF of –0.05 W m$^{-2}$ is from the model of Koch (2001) and from the Myhre et al. (2003) AeroCom submission, while several models have RFs that are slightly positive. Hence, even the sign of the RF due to biomass burning aerosols is in question.

The mean and median of the direct RF for biomass burning aerosol from grouping all these studies together are similar at +0.04 and +0.02 W m$^{-2}$, respectively, with a standard deviation of 0.07 W m$^{-2}$. The standard deviation is multiplied by 1.645 to approximate the 90% confidence interval, leading to a direct RF estimate of +0.03 ± 0.12 W m$^{-2}$. This estimate of the direct RF is more positive than that of the TAR owing to improvements in the models in representing the absorption properties of the aerosol and the effects of biomass burning aerosol overlying clouds.

### 2.4.4.5    Nitrate Aerosol

Atmospheric ammonium nitrate aerosol forms if sulphate aerosol is fully neutralised and there is excess ammonia. The direct RF due to nitrate aerosol is therefore sensitive to atmospheric concentrations of ammonia as well as NO$_x$ emissions. In addition, the weakening of the RF of sulphate aerosol in many regions due to reduced emissions (Section 2.4.4.1) will be partially balanced by increases in the RF of nitrate aerosol (e.g., Liao and Seinfeld, 2005). The TAR did not quantify the RF due to nitrate aerosol owing to the large discrepancies in the studies available at that time. Van Dorland (1997) and Jacobson (2001a) suggested relatively minor global mean RFs of –0.03 and –0.05 W m$^{-2}$, respectively, while Adams et al. (2001) suggested a global mean RF as strong as –0.22 W m$^{-2}$. Subsequent studies include those of Schaap et al. (2004), who estimated that the RF of nitrate over Europe is about 25% of that due to sulphate aerosol, and of Martin et al. (2004), who reported –0.04 to –0.08 W m$^{-2}$ for global mean RF due to nitrate. Further, Liao and Seinfeld (2005) estimated a global mean RF due to nitrate of –0.16 W m$^{-2}$. In this study, heterogeneous chemistry reactions on particles were included; this strengthens the RF due to nitrate and accounts for 25% of its RF. Feng and Penner (2007) estimated a large, global, fine-mode nitrate burden of 0.58 mg NO$_3$ m$^{-2}$, which would imply an equivalent of 20% of the mean anthropogenic sulphate burden. Surface observations of fine-mode nitrate particles show that high concentrations are mainly found in highly industrialised regions, while low concentrations are found in rural areas (Malm et al., 2004; Putaud et al., 2004). Atmospheric nitrate is

essentially non-absorbing in the visible spectrum, and laboratory studies have been performed to determine the hygroscopicity of the aerosols (e.g., Tang 1997; Martin et al., 2004 and references therein). In the AeroCom exercise, nitrate aerosols were not included so fewer estimates of this compound exist compared to the other aerosol species considered.

The mean direct RF for nitrate is estimated to be –0.10 W m$^{-2}$ at the TOA, and the conservative scattering nature means a similar flux change at the surface. However, the uncertainty in this estimate is necessarily large owing to the relatively small number of studies that have been performed and the considerable uncertainty in estimates, for example, of the nitrate $\tau_{aer}$. Thus, a direct RF of –0.10 ± 0.10 W m$^{-2}$ is tentatively adopted, but it is acknowledged that the number of studies performed is insufficient for accurate characterisation of the magnitude and uncertainty of the RF.

### 2.4.4.6    Mineral Dust Aerosol

Mineral dust from anthropogenic sources originates mainly from agricultural practices (harvesting, ploughing, overgrazing), changes in surface water (e.g., Caspian and Aral Sea, Owens Lake) and industrial practices (e.g., cement production, transport) (Prospero et al., 2002). The TAR reported that the RF due to anthropogenic mineral dust lies in the range of +0.4 to –0.6 W m$^{-2}$, and did not assign a best estimate because of the difficulties in determining the anthropogenic contribution to the total dust loading and the uncertainties in the optical properties of dust and in evaluating the competing shortwave and longwave radiative effects. For the sign and magnitude of the mineral dust RF, the most important factor for the shortwave RF is the single scattering albedo whereas the longwave RF is dependent on the vertical profile of the dust.

Tegen and Fung (1995) estimated the anthropogenic contribution to mineral dust to be 30 to 50% of the total dust burden in the atmosphere. Tegen et al. (2004) provided an updated, alternative estimate by comparing observations of visibility, as a proxy for dust events, from over 2,000 surface stations with model results, and suggested that only 5 to 7% of mineral dust comes from anthropogenic agricultural sources. Yoshioka et al. (2005) suggested that a model simulation best reproduces the North African TOMS aerosol index observations when the cultivation source in the Sahel region contributes 0 to 15% to the total dust emissions in North Africa. A 35-year dust record established from Barbados surface dust and satellite observations from TOMS and the European geostationary meteorological satellite (Meteosat) show the importance of climate control and Sahel drought for interannual and decadal dust variability, with no overall trend yet documented (Chiapello et al., 2005). As further detailed in Section 7.3, climate change and CO$_2$ variations on various time scales can change vegetation cover in semi-arid regions. Such processes dominate over land use changes as defined above, which would give rise to anthropogenic dust emissions (Mahowald and Luo, 2003; Moulin and Chiapello, 2004; Tegen et al., 2004). A best

guess of 0 to 20% anthropogenic dust burden from these works is used here, but it is acknowledged that a very large uncertainty remains because the methods used cannot exclude either a reduction of 24% in present-day dust nor a large anthropogenic contribution of up to 50% (Mahowald and Luo, 2003; Mahowald et al., 2004; Tegen et al., 2005). The RF efficiency of anthropogenic dust has not been well differentiated from that of natural dust and it is assumed that they are equal. The RF due to dust emission changes induced by circulation changes between 1750 and the present are difficult to quantify and not included here (see also Section 7.5).

*In situ* measurements of the optical properties of local Saharan dust (e.g., Haywood et al., 2003c; Tanré et al., 2003), transported Saharan mineral dust (e.g., Kaufman et al., 2001; Moulin et al., 2001; Coen et al., 2004) and Asian mineral dust (Huebert et al., 2003; Clarke et al., 2004; Shi et al., 2005; Mikami et al., 2006) reveal that dust is considerably less absorbing in the solar spectrum than suggested by previous dust models such as that of WMO (1986). These new, spectral, simultaneous remote and *in situ* observations suggest that the single scattering albedo ($\omega_0$) of pure dust at a wavelength of 0.67 µm is predominantly in the range 0.90 to 0.99, with a central global estimate of 0.96. This is in accordance with the bottom-up modelling of $\omega_0$ based on the haematite content in desert dust sources (Claquin et al., 1999; Shi et al., 2005). Analyses of $\omega_0$ from long-term AERONET sites influenced by Saharan dust suggest an average $\omega_0$ of 0.95 at 0.67 µm (Dubovik et al., 2002), while unpolluted Asian dust during the Aeolian Dust Experiment on Climate (ADEC) had an average $\omega_0$ of 0.93 at 0.67 µm (Mikami et al., 2006 and references therein). These high $\omega_0$ values suggest that a positive RF by dust in the solar region of the spectrum is unlikely. However, absorption by particles from source regions with variable mineralogical distributions is generally not represented by global models.

Measurements of the DRE of mineral dust over ocean regions, where natural and anthropogenic contributions are indistinguishably mixed, suggest that the local DRE may be extremely strong: Haywood et al. (2003b) made aircraft-based measurements of the local instantaneous shortwave DRE of as strong as −130 W m$^{-2}$ off the coast of West Africa. Hsu et al. (2000) used Earth Radiation Budget Experiment (ERBE) and TOMS data to determine a peak monthly mean shortwave DRE of around −45 W m$^{-2}$ for July 1985. Interferometer measurements from aircraft and the surface have now measured the spectral signature of mineral dust for a number of cases (e.g., Highwood et al., 2003) indicating an absorption peak in the centre of the 8 to 13 µm atmospheric window. Hsu et al. (2000) determined a longwave DRE over land areas of North Africa of up to +25 W m$^{-2}$ for July 1985; similar results were presented by Haywood et al. (2005) who determined a peak longwave DRE of up to +50 W m$^{-2}$ at the top of the atmosphere for July 2003.

Recent model simulations report the total anthropogenic and natural dust DRE, its components and the net effect as follows (shortwave / longwave = net TOA, in W m$^{-2}$): H. Liao et al. (2004): −0.21 / +0.31 = +0.1; Reddy et al. (2005a): −0.28 / +0.14 = −0.14; Jacobson (2001a): −0.20 / +0.07 =

−0.13; reference case and [range] of sensitivity experiments in Myhre and Stordal (2001a, except case 6 and 7): −0.53 [−1.4 to +0.2] / +0.13 [+0.0 to +0.8] = −0.4 [−1.4 to +1.0]; and from AeroCom database models, GISS: −0.75 / (+0.19) = (−0.56); UIO-CTM*: −0.56 / (+0.19) = (−0.37); LSCE*: −0.6 / +0.3 = −0.3; UMI*: −0.54 / (+0.19) = (−0.35). (See Table 2.4, Note (a) for model descriptions.) The (*) star marked models use a single scattering albedo (approximately 0.96 at 0.67 µm) that is more representative of recent measurements and show more negative shortwave effects. A mean longwave DRE of 0.19 W m$^{-2}$ is assumed for GISS, UMI and UIO-CTM. The scatter of dust DRE estimates reflects the fact that dust burden and $\tau_{aer}$ vary by ±40 and ±44%, respectively, computed as standard deviation from 16 AeroCom A model simulations (Textor et al., 2006; Kinne et al., 2006). Dust emissions from different studies range between 1,000 and 2,150 Tg yr$^{-1}$ (Zender, 2004). Finally, a major effect of dust may be in reducing the burden of anthropogenic species at sub-micron sizes and reducing their residence time (Bauer and Koch, 2005; see Section 2.4.5.7).

The range of the reported dust net DRE (−0.56 to +0.1 W m$^{-2}$), the revised anthropogenic contribution to dust DRE of 0 to 20% and the revised absorption properties of dust support a small negative value for the anthropogenic direct RF for dust of −0.1 W m$^{-2}$. The 90% confidence level is estimated to be ±0.2 W m$^{-2}$, reflecting the uncertainty in total dust emissions and burdens and the range of possible anthropogenic dust fractions. At the limits of this uncertainty range, anthropogenic dust RF is as negative as −0.3 W m$^{-2}$ and as positive as +0.1 W m$^{-2}$. This range includes all dust DREs reported above, assuming a maximum 20% anthropogenic dust fraction, except the most positive DRE from Myhre and Stordal (2001a).

### 2.4.4.7   Direct RF for Combined Total Aerosol

The TAR reported RF values associated with several aerosol components but did not provide an estimate of the overall aerosol RF. Improved and intensified *in situ* observations and remote sensing of aerosols suggest that the range of combined aerosol RF is now better constrained. For model results, extensive validation now exists for combined aerosol properties, representing the whole vertical column of the atmosphere, such as $\tau_{aer}$. Using a combined estimate implicitly provides an alternative procedure to estimating the RF uncertainty. This approach may be more robust than propagating uncertainties from all individual aerosol components. Furthermore, a combined RF estimate accounts for nonlinear processes due to aerosol dynamics and interactions between radiation field and aerosols. The role of nonlinear processes of aerosol dynamics in RF has been recently studied in global aerosol models that account for the internally mixed nature of aerosol particles (Jacobson, 2001a; Kirkevåg and Iversen, 2002; Liao and Seinfeld, 2005; Takemura et al., 2005; Stier et al., 2006b). Mixing of aerosol particle populations influences the radiative properties of the combined aerosol, because mixing changes size, chemical composition, state and shape, and this feed backs to the aerosol removal and formation processes itself. Chung

and Seinfeld (2002), in reviewing studies where BC is mixed either externally or internally with various other components, showed that BC exerts a stronger positive direct RF when mixed internally. Although the source-related processes for anthropogenic aerosols favour their submicron nature, natural aerosols enter the picture by providing a condensation surface for aerosol precursor gases. Heterogeneous reactions on sea salt and dust can reduce the sub-micron sulphate load by 28% (H. Liao et al., 2004) thereby reducing the direct and indirect RFs. Bauer and Koch (2005) estimated the sulphate RF to weaken from –0.25 to –0.18 W m$^{-2}$ when dust is allowed to interact with the sulphur cycle. It would be useful to identify the RF contribution attributable to different source categories (Section 2.9.3 investigates this). However, few models have separated out the RF from specific emission source categories. Estimating the combined aerosol RF is a first step to quantify the anthropogenic perturbation to the aerosol and climate system caused by individual source categories.

A central model-derived estimate for the aerosol direct RF is based here on a compilation of recent simulation results using multi-component global aerosol models (see Table 2.6). This is a robust method for several reasons. The complexity of multi-component aerosol simulations captures nonlinear effects. Combining model results removes part of the errors in individual model formulations. As shown by Textor et al. (2006), the model-specific treatment of transport and removal processes is partly responsible for the correlated dispersion of the different aerosol components. A less dispersive model with smaller burdens necessarily has fewer scattering and absorbing aerosols interacting with the radiation field. An error in accounting for cloud cover would affect the all-sky RF from all aerosol components. Such errors result in correlated RF efficiencies for major aerosol components within a given model. Directly combining aerosol RF results gives a more realistic aerosol RF uncertainty estimate. The AeroCom compilation suggests significant differences in the modelled local and regional composition of the aerosol (see also Figure 2.12), but an overall reproduction of the total $\tau_{aer}$ variability can be performed (Kinne et al., 2006). The scatter in model performance suggests that currently no preference or weighting of individual model results can be used (Kinne et al., 2006). The aerosol RF taken together from several models is more robust than an analysis per component or by just one model. The mean estimate from Table 2.6 of the total aerosol direct RF is –0.2 W m$^{-2}$, with a standard deviation of ±0.2 W m$^{-2}$. This is a low-end estimate for both the aerosol RF and uncertainty because nitrate (estimated as –0.1 W m$^{-2}$, see Section 2.4.4.5) and anthropogenic mineral dust (estimated as –0.1 W m$^{-2}$, see

Section 2.4.4.6) are missing in most of the model simulations. Adding their contribution yields an overall model-derived aerosol direct RF of –0.4 W m$^{-2}$ (90% confidence interval: 0 to –0.8 W m$^{-2}$).

Three satellite-based measurement estimates of the aerosol direct RF have become available, which all suggest a more negative aerosol RF than the model studies (see Section 2.4.2.1.3). Bellouin et al. (2005) computed a TOA aerosol RF of –0.8 ± 0.1 W m$^{-2}$. Chung et al. (2005), based upon similarly extensive calculations, estimated the value to be –0.35 ± 0.25 W m$^{-2}$, and Yu et al. (2006) estimated it to be –0.5 ± 0.33 W m$^{-2}$. A central measurement-based estimate would suggest an aerosol direct RF of –0.55 W m$^{-2}$. Figure 2.13 shows the observationally based aerosol direct RF estimates together with the model estimates published since the TAR.

The discrepancy between measurements and models is also apparent in oceanic clear-sky conditions where the measurement-based estimate of the combined aerosol DRE including natural aerosols is considered unbiased. In these areas, models underestimate the negative aerosol DRE by 20 to 40% (Yu et al., 2006). The anthropogenic fraction of $\tau_{aer}$ is similar between model and measurement based studies. Kaufman et al. (2005a) used satellite-observed fine-mode $\tau_{aer}$ to estimate the anthropogenic $\tau_{aer}$. Correcting for fine-mode $\tau_{aer}$



**Figure 2.13.** *Estimates of the direct aerosol RF from observationally based studies, independent modelling studies, and AeroCom results with identical aerosol and aerosol precursor emissions. GISS_1 refers to a study employing an internal mixture of aerosol, and GISS_2 to a study employing an external mixture. See Table 2.4, Note (a) for descriptions of models.*

**Table 2.6.** *Quantities related to estimates of the aerosol direct RF. Recent estimates of anthropogenic aerosol load (LOAD), anthropogenic aerosol optical depth ($\tau_{aer}$), its fraction of the present-day total aerosol optical depth ($\tau_{aer\ ant}$), cloud cover in aerosol model, total aerosol direct radiative forcing (RF) for clear sky and all sky conditions, surface forcing and atmospheric all-sky forcing.*

| No | Model[a] | LOAD (mg m$^{-2}$) | $\tau_{aer}$ (0.55 µm) | $\tau_{aer\ ant}$ (0.55 µm) (%) | Cloud Cover (%) | RF top clear sky (W m$^{-2}$) | RF top all sky (W m$^{-2}$) | Surface Forcing all sky (W m$^{-2}$) | Atmospheric Forcing all sky (W m$^{-2}$) | Reference |
|----|------|------|------|------|------|------|------|------|------|------|
| **Published since IPCC, 2001** | | | | | | | | | | |
| A | GISS | 5.0 | | | 79% | | −0.39[b] +0.01[c] | −1.98[b] −2.42[c] | 1.59[b] 2.43[c] | (Liao and Seinfeld, 2005) |
| B | LOA | 6.0 | 0.049 | 34% | 70% | −0.53 | −0.09 | | | (Reddy and Boucher, 2004) |
| C | SPRINTARS | 4.8 | 0.044 | 50% | 63% | −0.77 | −0.06 | −1.92 | 1.86 | (Takemura et al., 2005) |
| D | UIO-GCM | 2.7 | | | 57% | | −0.11 | | | (Kirkevag and Iversen, 2002) |
| E | GATORG | 6.4[d] | | | 62% | −0.89 | −0.12 | −2.5 | 2.38 | (Jacobson, 2001a) |
| F | GISS | 6.7 | 0.049 | | | | −0.23 | | | (Hansen et al., 2005) |
| G | GISS | 5.6 | 0.040 | | | | −0.63 | | | (Koch, 2001) |
| **AeroCom: identical emissions used for year 1750 and 2000 (Schulz et al., 2006)** | | | | | | | | | | |
| H | UMI | 4.0 | 0.028 | 25% | 63% | −0.80 | −0.41 | −1.24 | 0.84 | (Liu and Penner, 2002) |
| I | UIO_CTM | 3.0 | 0.026 | 19% | 70% | −0.85 | −0.34 | −0.95 | 0.61 | (Myhre et al., 2003) |
| J | LOA | 5.3 | 0.046 | 28% | 70% | −0.80 | −0.35 | −1.49 | 1.14 | (Reddy and Boucher, 2004) |
| K | LSCE | 4.8 | 0.033 | 40% | 62% | −0.94 | −0.28 | −0.93 | 0.66 | (Schulz et al., 2006) |
| L | ECHAM5 | 4.3 | 0.032 | 30% | 62% | −0.64 | −0.27 | −0.98 | 0.71 | (Stier et al., 2005) |
| M | GISS | 2.8 | 0.014 | 11% | 57% | −0.29 | −0.11 | −0.81 | 0.79 | (Koch, 2001) |
| N | UIO_GCM | 2.8 | 0.017 | 11% | 57% | | −0.01 | −0.84 | 0.84 | (Kirkevag and Iversen, 2002) |
| O | SPRINTARS | 3.2 | 0.036 | 44% | 62% | −0.35 | +0.04 | −0.91 | 0.96 | (Takemura et al., 2005) |
| P | ULAQ | 3.7 | 0.030 | 23% | | −0.79 | −0.24 | | | (Pitari et al., 2002) |
| Average A–G | | 5.1 | 0.046 | 42% | 67% | −0.73 | −0.23 | −2.21 | 2.07 | |
| Average H–P | | 3.8 | 0.029 | 26% | 63% | −0.68 | −0.22 | −1.02 | 0.82 | |
| Stddev A–G | | 1.4 | 0.004 | | | 0.18 | 0.21 | | | |
| Stddev H–P | | 0.9 | 0.010 | 11% | 5% | 0.24 | 0.16 | 0.23 | 0.17 | |
| Average A–P | | 4.3 | 0.035 | 29% | 64% | −0.70 | −0.22 | −1.21 | 1.24 | |
| Stddev A–P | | 1.3 | 0.012 | 13% | 7% | 0.26 | 0.18 | 0.44 | 0.65 | |
| Minimum A–P | | 2.7 | 0.014 | 11% | 57% | −0.94 | −0.63 | −1.98 | 0.61 | |
| Maximum A–P | | 6.7 | 0.049 | 50% | 79% | −0.29 | 0.04 | −0.81 | 2.43 | |

Notes:
[a] See Note (a) in Table 2.4 for model information.
[b] External mixture.
[c] Internal mixture.
[d] The load excludes that of mineral dust, some of which was considered anthropogenic in Jacobson (2001a).

contributions from dust and sea salt, they found 21% of the total $\tau_{aer}$ to be anthropogenic, while Table 2.6 suggests that 29% of $\tau_{aer}$ is anthropogenic. Finally, cloud contamination of satellite products, aerosol absorption above clouds, not accounted for in some of the measurement-based estimates, and the complex assumptions about aerosol properties in both methods can contribute to the present discrepancy and increase uncertainty in aerosol RF.

A large source of uncertainty in the aerosol RF estimates is associated with aerosol absorption. Sato et al. (2003) determined the absorption $\tau_{aer}$ from AERONET measurements and suggested that aerosol absorption simulated by global aerosol models is underestimated by a factor of two to four. Schuster et al. (2005) estimated the BC loading over continental-scale regions. The results suggest that the model concentrations and absorption $\tau_{aer}$ of BC from models are lower than those derived from AERONET. Some of this difference in concentrations could be explained by the assumption that all aerosol absorption is due to BC (Schuster et al., 2005), while a significant fraction may be due to absorption by organic aerosol and mineral dust (see Sections 2.4.4.2, and 2.4.4.6). Furthermore, Reddy et al. (2005a) show that comparison of the aerosol absorption $\tau_{aer}$ from models against those from AERONET must be performed very carefully, reducing the discrepancy between their model and AERONET derived aerosol absorption $\tau_{aer}$ from a factor of 4 to a factor of 1.2 by careful co-sampling of AERONET and model data. As mentioned above, uncertainty in the vertical position of absorbing aerosol relative to clouds can lead to large uncertainty in the TOA aerosol RF.

The partly absorbing nature of the aerosol is responsible for a heating of the lower-tropospheric column and also results in the surface forcing being considerably more negative than TOA RF, results that have been confirmed through several experimental and observational studies as discussed in earlier sections. Table 2.6 summarises the surface forcing obtained in the different models. Figure 2.12 depicts the regional distribution of several important parameters for assessing the regional impact of aerosol RF. The results are based on a mean model constructed from AeroCom simulation results B and PRE. Anthropogenic $\tau_{aer}$ (Figure 2.12a) is shown to have local maxima in industrialised regions and in areas dominated by biomass burning. The difference between simulated and observed $\tau_{aer}$ shows that regionally $\tau_{aer}$ can be up to 0.1 (Figure 2.12b). Figure 2.12c suggests that there are regions off Southern Africa where the biomass burning aerosol above clouds leads to a local positive RF. Figure 2.12d shows the local variability as the standard deviation from nine models of the overall RF. The largest uncertainties of ±3 W m$^{-2}$ are found in East Asia and in the African biomass burning regions. Figure 2.12e reveals that an average of 0.9 W m$^{-2}$ heating can be expected in the atmospheric column as a consequence of absorption by anthropogenic aerosols. Regionally, this can reach annually averaged values exceeding 5 W m$^{-2}$. These regional effects and the negative surface forcing in the shortwave (Figure 2.12f) is expected to exert an important effect on climate through alteration of the hydrological cycle.

An uncertainty estimate for the model-derived aerosol direct RF can be based upon two alternative error analyses:

1) An error propagation analysis using the errors given in the sections on sulphate, fossil fuel BC and organic carbon, biomass burning aerosol, nitrate and anthropogenic mineral dust. Assuming linear additivity of the errors, this results in an overall 90% confidence level uncertainty of 0.4 W m$^{-2}$.

2) The standard deviation of the aerosol direct RF results in Table 2.6, multiplied by 1.645, suggests a 90% confidence level uncertainty of 0.3 W m$^{-2}$, or 0.4 W m$^{-2}$ when mineral dust and nitrate aerosol are accounted for.

Therefore, the results summarised in Table 2.6 and Figure 2.13, together with the estimates of nitrate and mineral dust RF combined with the measurement-based estimates, provide an estimate for the combined aerosol direct RF of −0.50 ± 0.40 W m$^{-2}$. The progress in both global modelling and measurements of the direct RF of aerosol leads to a medium-low level of scientific understanding (see Section 2.9, Table 2.11).

### 2.4.5   Aerosol Influence on Clouds (Cloud Albedo Effect)

As pointed out in Section 2.4.1, aerosol particles affect the formation and properties of clouds. Only a subset of the aerosol population acts as cloud condensation nuclei (CCN) and/or ice nuclei (IN). Increases in ambient concentrations of CCN and IN due to anthropogenic activities can modify the microphysical properties of clouds, thereby affecting the climate system (Penner et al., 2001; Ramanathan et al., 2001a, Jacob et al., 2005). Several mechanisms are involved, as presented schematically in Figure 2.10. As noted in Ramaswamy et al. (2001), enhanced aerosol concentrations can lead to an increase in the albedo of clouds under the assumption of fixed liquid water content (Junge, 1975; Twomey, 1977); this mechanism is referred to in this report as the 'cloud albedo effect'. The aerosol enhancements have also been hypothesised to lead to an increase in the lifetime of clouds (Albrecht, 1989); this mechanism is referred to in this report as the 'cloud lifetime effect' and discussed in Section 7.5.

The interactions between aerosol particles (natural and anthropogenic in origin) and clouds are complex and can be nonlinear (Ramaswamy et al., 2001). The size and chemical composition of the initial nuclei (e.g., anthropogenic sulphates, nitrates, dust, organic carbon and BC) are important in the activation and early growth of the cloud droplets, particularly the water-soluble fraction and presence of compounds that affect surface tension (McFiggans et al., 2006 and references therein). Cloud optical properties are a function of wavelength. They depend on the characteristics of the droplet size distributions and ice crystal concentrations, and on the morphology of the various cloud types.

The interactions of increased concentrations of anthropogenic particles with shallow (stratocumulus and shallow cumulus) and deep convective clouds (with mixed phase) are discussed in this subsection. This section presents new observations and model estimates of the albedo effect. The associated RF in the context of liquid water clouds is assessed. In-depth discussion of the induced changes that are not considered as RFs (e.g., semi-direct and cloud cover and lifetime effects, thermodynamic response and changes in precipitation development) are presented in Section 7.5. The impacts of contrails and aviation-induced cirrus are discussed in Section 2.6 and the indirect impacts of aerosol on snow albedo are discussed in Section 2.5.4.

### 2.4.5.1   Link Between Aerosol Particles and Cloud Microphysics

The local impact of anthropogenic aerosols has been known for a long time. For example, smoke from sugarcane and forest fires was shown to reduce cloud droplet sizes in early case studies utilising *in situ* aircraft observations (Warner and Twomey, 1967; Eagan et al., 1974). On a regional scale, studies have shown that heavy smoke from forest fires in the Amazon Basin have led to increased cloud droplet number concentrations and to reduced cloud droplet sizes (Reid et al., 1999; Andreae et al., 2004; Mircea et al., 2005). The evidence concerning aerosol modification of clouds provided by the ship track observations reported in the TAR has been further confirmed, to a large extent qualitatively, by results from a number of studies using *in situ* aircraft and regional studies. Twohy et al. (2005) explored the relationship between aerosols and clouds in nine stratocumulus cases, indicating an inverse relationship between particle number and droplet size, but no correlation was found between albedo and particle concentration in the entire data set. Feingold et al. (2003), Kim et al. (2003) and Penner et al. (2004) presented evidence of an increase in the reflectance in continental stratocumulus cases, utilising remote sensing techniques at specific field sites. The estimates in Feingold et al. (2003) confirm that the relationship between aerosol and cloud droplet number concentrations is nonlinear, that is $N_d \approx (N_a)^b$, where $N_d$ is the cloud drop number density and $N_a$ is the aerosol number concentration. The parameter $b$ in this relationship can vary widely, with values ranging from 0.06 to 0.48 (low values of $b$ correspond to low hygroscopicity). This range highlights the sensitivity to aerosol characteristics (primarily size distribution), updraft velocity and the usage of aerosol extinction as a proxy for CCN (Feingold, 2003). Disparity in the estimates of $b$ (or equivalent) based on satellite studies (Nakajima et al., 2001; Breon et al., 2002) suggests that a quantitative estimate of the albedo effect from remote sensors is problematic (Rosenfeld and Feingold 2003), particularly since measurements are not considered for similar liquid water paths.

Many recent studies highlight the importance of aerosol particle composition in the activation process and droplet

spectral evolution (indicated in the early laboratory work of Gunn and Philips, 1957), but the picture that emerges is not complete. Airborne aerosol mass spectrometers provide firm evidence that ambient aerosols consist mostly of internal mixtures, for example, biomass burning components, organics and soot are mixed with other aerosol components (McFiggans et al., 2006). Mircea et al. (2005) showed the importance of the organic aerosol fraction in the activation of biomass burning aerosol particles. The presence of internal mixtures (e.g., sea salt and organic compounds) can affect the uptake of water and the resulting optical properties compared to a pure sea salt particle (Randles et al., 2004). Furthermore, the varying contents of water-soluble and insoluble substances in internally mixed particles, the vast diversity of organics, and the resultant effects on cloud droplet sizes, makes the situation even more complex. Earlier observations of fog water (Facchini et al., 1999, 2000) suggested that the presence of organic aerosols would reduce surface tension and lead to a significant increase in the cloud droplet number concentration (Nenes et al., 2002; Rissler et al., 2004; Lohmann and Leck, 2005; Ming et al., 2005a; McFiggans et al., 2006). On the other hand, Feingold and Chuang (2002) and Shantz et al. (2003) indicated that organic coating on CCN delayed activation, leading to a reduction in drop number and a broadening of the cloud droplet spectrum, which had not been previously considered. Ervens et al. (2005) addressed numerous composition effects in unison to show that the effect of composition on droplet number concentration is much less than suggested by studies that address individual composition effects, such as surface tension. The different relationships observed between cloud optical depth and liquid water path in clean and polluted stratocumulus clouds (Penner et al., 2004) have been explained by differences in sub-cloud aerosol particle distributions, while some contribution can be attributed to CCN composition (e.g., internally mixed insoluble dust; Asano et al., 2002). Nevertheless, the review by McFiggans et al. (2006) points to the remaining difficulties in quantitatively explaining the relationship between aerosol size and composition and the resulting droplet size distribution. Dusek et al. (2006) concluded that the ability of a particle to act as a CCN is largely controlled by size rather than composition.

The complexity of the aerosol-cloud interactions and local atmospheric conditions where the clouds are developing are factors in the large variation evidenced for this phenomenon. Advances have been made in the understanding of the regional and/or global impact based on observational studies, particularly for low-level stratiform clouds that constitute a simpler cloud system to study than many of the other cloud types. Column aerosol number concentration and column cloud droplet concentration over the oceans from the AVHRR (Nakajima et al., 2001) indicated a positive correlation, and an increase in shortwave reflectance of low-level, warm clouds with increasing cloud optical thickness, while liquid water path (LWP) remained unmodified. While these results are only applicable over the oceans and are based on data for only four months, the positive correlation between an increase in cloud reflectance and an enhanced ambient aerosol concentration has been confirmed by

other studies (Brenguier et al., 2000a,b; Rosenfeld et al., 2002). However, other studies highlight the sensitivity to LWP, linking high pollution entrained into clouds to a decrease in LWP and a reduction in the observed cloud reflectance (Jiang et al., 2002; Brenguier et al., 2003; Twohy et al., 2005). Still others (Han et al., 2002, using AVHRR observations) have reported an absence of LWP changes in response to increases in the column-averaged droplet number concentration, this occurred for one-third of the cloud cases studied for which optical depths ranged between 1 and 15. Results of large-eddy simulations of stratocumulus (Jiang et al., 2002; Ackerman et al., 2004; Lu and Seinfeld, 2005) and cumulus clouds (Jiang and Feingold, 2006; Xue and Feingold, 2006) seem to confirm the lack of increase in LWP due to increases in aerosols; they point to a dependence on precipitation rate and relative humidity above the clouds (Ackerman et al., 2004). The studies above highlight the difficulty of devising observational studies that can isolate the albedo effect from other effects (e.g., meteorological variability, cloud dynamics) that influence LWP and therefore cloud RF.

Results from the POLDER satellite instrument, which retrieves both submicron aerosol loading and cloud droplet size, suggest much larger cloud effective radii in remote oceanic regions than in the highly polluted continental source areas and downwind adjacent oceanic areas, namely from a maximum of 14 μm down to 6 μm (Bréon et al., 2002). This confirms earlier studies of hemispheric differences using AVHRR. Further, the POLDER- and AVHRR-derived correlations between aerosol and cloud parameters are consistent with an aerosol indirect effect (Sekiguchi et al., 2003). These results suggest that the impact of aerosols on cloud microphysics is global. Note that the satellite measurements of aerosol loading and cloud droplet size are not coincident, and an aerosol index is not determined in the presence of clouds. Further, there is a lack of simultaneous measurements of LWP, which makes assessment of the cloud albedo RF difficult.

The albedo effect is also estimated from studies that combined satellite retrievals with a CTM, for example, in the case of two pollution episodes over the mid-latitude Atlantic Ocean. Results indicated a brightening of clouds over a time scale of a few days in instances when LWP did not undergo any significant changes (Hashvardhan et al., 2002; Schwartz et al., 2002; Krüger and Graßl, 2002). There have been fewer studies on aerosol-cloud relationships under more complex meteorological conditions (e.g., simultaneous presence of different cloud types).

The presence of insoluble particles within ice crystals constituting clouds formed at cold temperatures has a significant influence on the radiation transfer. The inclusions of scattering and absorbing particles within large ice crystals (Macke et al., 1996) suggest a significant effect. Hence, when soot particles are embedded, there is an increase in the asymmetry parameter and thus forward scattering. In contrast, inclusions of ammonium sulphate or air bubbles lead to a decrease in the asymmetry parameter of ice clouds. Given the recent observations of partially insoluble nuclei in ice crystals (Cziczo et al., 2004)

and the presence of small crystal populations, there is a need to further develop the solution for radiative transfer through such systems.

### 2.4.5.2   *Estimates of the Radiative Forcing from Models*

General Circulation Models constitute an important and useful tool to estimate the global mean RF associated with the cloud albedo effect of anthropogenic aerosols. The model estimates of the changes in cloud reflectance are based on forward calculations, considering emissions of anthropogenic primary particles and secondary particle production from anthropogenic gases. Since the TAR, the cloud albedo effect has been estimated in a more systematic and rigorous way (allowing, for example, for the relaxation of the fixed LWC criterion), and more modelling results are now available. Most climate models use parametrizations to relate the cloud droplet number concentration to aerosol concentration; these vary in complexity from simple empirical fits to more physically based relationships. Some models are run under an increasing greenhouse gas concentration scenario and include estimates of present-day aerosol loadings (including primary and secondary aerosol production from anthropogenic sources). These global modelling studies (Table 2.7) have a limitation arising from the underlying uncertainties in aerosol emissions (e.g., emission rates of primary particles and of secondary particle precursors). Another limitation is the inability to perform a meaningful comparison between the various model results owing to differing formulations of relationships between aerosol particle concentrations and cloud droplet or ice crystal populations; this, in turn, yields differences in the impact of microphysical changes on the optical properties of clouds. Further, even when the relationships used in different models are similar, there are noticeable differences in the spatial distributions of the simulated low-level clouds. Individual models' physics have undergone considerable evolution, and it is difficult to clearly identify all the changes in the models as they have evolved. While GCMs have other well-known limitations, such as coarse spatial resolution, inaccurate representation of convection and hence updraft velocities leading to aerosol activation and cloud formation processes, and microphysical parametrizations, they nevertheless remain an essential tool for quantifying the global cloud albedo effect. In Table 2.7, differences in the treatment of the aerosol mixtures (internal or external, with the latter being the more frequently employed method) are noted. Case studies of droplet activation indicate a clear sensitivity to the aerosol composition (McFiggans et al., 2006); additionally, radiative transfer is sensitive to the aerosol composition and the insoluble fraction present in the cloud droplets.

All models estimate a negative global mean RF associated with the cloud albedo effect, with the range of model results varying widely, from $-0.22$ to $-1.85$ W m$^{-2}$. There are considerable differences in the treatment of aerosol, cloud processes and aerosol-cloud interaction processes in these models. Several models include an interactive sulphur cycle and anthropogenic aerosol particles composed of sulphate, as

**173**

**Table 2.7.** *Published model studies of the RF due to cloud albedo effect, in the context of liquid water clouds, with a listing of the relevant modelling details.*

| Model | Model type[a] | Aerosol species[b] | Aerosol mixtures[c] | Cloud types included | Microphysics | Radiative Forcing (W m$^{-2}$)[d] |
|---|---|---|---|---|---|---|
| Lohmann et al. (2000) | AGCM + sulphur cycle (ECHAM4) | S, OC, BC, SS, D | I | warm and mixed phase | Droplet number concentration and LWC, Beheng (1994); Sundqvist et al. (1989). Also, mass and number from field observations | −1.1 (total) **−0.45 (albedo)** |
| | | | E | | | −1.5 (total) |
| Jones et al. (2001) | AGCM + sulphur cycle, fixed SST (Hadley) | S, SS, D (a crude attempt for D over land, no radiation) | E | stratiform and shallow cumulus | Droplet number concentration and LWC, Wilson and Ballard (1999); Smith (1990); Tripoli and Cotton (1980); Bower et al. (1994). Warm and mixed phase, radiative treatment of anvil cirrus, non-spherical ice particles | −1.89 (total) **−1.34 (albedo)** |
| Williams et al. (2001b) | GCM with slab ocean + sulphur cycle (Hadley) | S, SS | E | stratiform and shallow cumulus | Jones et al. (2001) | −1.69 (total) **−1.37 (albedo)** |
| | AGCM, fixed SST | | | | | −1.62 (total) **−1.43(albedo)** |
| Rotstayn and Penner (2001) | AGCM (CSIRO), fixed SST and sulphur loading | S | n.a. | warm and mixed phase | Rotstayn (1997); Rotstayn et al. (2000) | −1.39 (albedo) |
| Rotstayn and Liu (2003) | Interactive sulphur cycle | | | | Inclusion of dispersion | 12 to 35% decrease **−1.12 (albedo, mid value decreased)** |
| Ghan et al. (2001) | AGCM (PNNL) + chemistry (MIRAGE), fixed SST | S, OC, BC, SS, N, D | E (for different modes); I (within modes) | warm and mixed phase | Droplet number concentration and LWC, crystal concentration and ice water content. Different processes affecting the various modes | −1.7 (total) **−0.85 (albedo)** |
| Chuang et al. (2002) | CCM1 (NCAR) + chemistry (GRANTOUR), fixed SST | S, OC, BC, SS, D | E (for emitted particles); I: when growing by condensation | warm and mixed phase | Modified from Chuang and Penner (1995), no collision/coalescence | −1.85 (albedo) |
| Menon et al. (2002a) | GCM (GISS) + sulphur cycle, fixed SST | S,OC, SS | E | warm | Droplet number concentration and LWC, Del Genio et al. (1996), Sundqvist et al. (1989). Warm and mixed phase, improved vertical distribution of clouds (but only nine layers).Global aerosol burdens poorly constrained | −2.41 (total) **−1.55 (albedo)** |
| Kristjansson (2002) | CCM3 (NCAR) fixed SST | S, OC, BC, SS, D | E (for nucleation mode and fossil fuel BC); I (for accumulation mode) | warm and mixed phase | Rasch and Kristjánsson (1998). Stratiform and detraining convective clouds | −1.82 (total) **−1.35 (albedo)** |
| Suzuki et al. (2004) | AGCM (Japan), fixed SST | S, OC, BC, SS | E | stratiform | Berry(1967), Sundqvist(1978) | **0.54 (albedo)** |
| Quaas et al. (2004) | AGCM (LMDZ) + interactive sulphur cycle, fixed SST | S | n.a. | warm and mixed phase | Aerosol mass and cloud droplet number concentration, Boucher and Lohmann (1995); Boucher et al. (1995) | **−1.3 (albedo)** |

*Table 2.7 (continued)*

| Model | Model type[a] | Aerosol species[b] | Aerosol mixtures[c] | Cloud types included | Microphysics | Radiative Forcing (W m⁻²)[d] |
|---|---|---|---|---|---|---|
| Hansen et al. (2005) | GCM (GISS) + 3 different ocean parametrizations | S, OC, BC, SS, N, D (D not included in clouds) | E | warm and shallow (below 720hPa) | Schmidt et al. (2005), 20 vertical layers. Droplet number concentration (Menon and Del Genio, 2007) | **−0.77 (albedo)** |
| Kristjansson et al. (2005) | CCM3 (NCAR) + sulphur and carbon cycles slab ocean | S, OC, BC, SS, D | E (for nucleation mode and fossil fuel BC); I (for accumulation mode) | warm and mixed phase | Kristjansson (2002). Stratiform and detraining convective clouds | −1.15 (total, at the surface) |
| Quaas and Boucher (2005) | AGCM (LMDZ) + interactive sulphur cycle, fixed SST | S, OC, BC, SS, D | E | warm and mixed phase | Aerosol mass and cloud droplet number concentration, Boucher and Lohmann (1995); Boucher et al. (1995) control run | **−0.9 (albedo)** |
| | | | | | fit to POLDER data<br>fit to MODIS data | **−0.5 (albedo)[e]**<br>**−0.3 (albedo)[e]** |
| Quaas et al. (2005) | AGCM (LMDZ and ECHAM4) | S, OC, BC, SS, D | E | warm and mixed phase | Aerosol mass and cloud droplet number concentration, Boucher and Lohmann, (1995), control runs (ctl) | −0.84 (total LMDZ–ctl)<br>−1.54 (total ECHAM4–ctl) |
| | | | | | Aerosol mass and cloud droplet number concentration fitted to MODIS data | −0.53 (total LMDZ)[e]<br>−0.29 (total ECHAM4)[e] |
| Dufresne et al. (2005) | AGCM (LMDZ) + interactive sulphur cycle, fixed SST | S | n.a. | warm | Aerosol mass and cloud droplet number concentration, Boucher and Lohmann, (1995), fitted to POLDER data | **−0.22 (albedo)[e]** |
| Takemura et al. (2005) | AGCM (SPRINTARS) + slab ocean | S, OC, BC, SS, D | E (50% BC from fossil fuel); I (for OC and BC) | warm | Activation based on Kohler theory and updraft velocity | −0.94 (total)<br>**−0.52 (albedo)** |
| Chen and Penner (2005) | AGCM (UM) + fixed SST | S, SS, D, OC, BC | I | warm and mixed phase | Aerosol mass and cloud droplet number concentration (lognormal)<br>Control (Abdul-Razzak and Ghan, 2002) | **−1.30 (albedo, UM_ctrl)[f]** |
| | | | | | Relationship between droplet concentration and dispersion coefficient: High | **−0.75 (albedo, UM_1)[f]** |
| | | | | | Relationship between droplet concentration and dispersion coefficient: Medium<br>Updraft velocity | **−0.86 (albedo, UM_2)[f]**<br>**−1.07 (albedo, UM_3)[f]** |
| | | | | | Relationship between droplet concentration and dispersion coefficient: Low<br>Chuang et al. (1997) | **−1.10 (albedo, UM_4)[f]**<br>**−1.29 (albedo, UM_5)[f]** |
| | | | | | Nenes and Seinfeld (2003) | **−1.79 (albedo, UM_6)[f]** |

*Table 2.7 (continued)*

| Model | Model type[a] | Aerosol species[b] | Aerosol mixtures[c] | Cloud types included | Microphysics | Radiative Forcing (W m$^{-2}$)[d] |
|---|---|---|---|---|---|---|
| Ming et al. (2005b) | AGCM (GFDL), fixed SST and sulphur loading | S | n.a. | warm | Rotstayn et al. (2000), Khainroutdinov and Kogan (2000). Aerosols off-line | −2.3 (total) **−1.4 (albedo)** |
| Penner et al. (2006) results from experiment 1 | LMDZ, Oslo and CCSR | S, SS, D, OC, BC | E | warm and mixed phase | Aerosol mass and cloud droplet number concentration; Boucher and Lohmann, (1995); Chen and Penner (2005); Sundqvist (1978) | **−0.65 (albedo Oslo) −0.68 (albedo LMDZ) −0.74 (albedo CCSR)** |

Notes:

[a]   AGCM: Atmospheric GCM; SST: sea surface temperature; CSIRO: Commonwealth Scientific and Industrial Research Organisation; MIRAGE: Model for Integrated Research on Atmospheric Global Exchanges; GRANTOUR: Global Aerosol Transport and Removal model; GFDL: Geophysical Fluid Dynamics Laboratory; CCSR: Centre for Climate System Research; see Table 2.4, Note (a) for listing of other models and modelling centres listed in this column.

[b]   S: sulphate; SS: sea salt; D: mineral dust; BC: black carbon; OC: organic carbon; N: nitrate.

[c]   E: external mixtures; I: internal mixtures.

[d]   Only the bold numbers were used to construct Figure 2.16.

[e]   These simulations have been constrained by satellite observations, using the same empirical fit to relate aerosol mass and cloud droplet number concentration.

[f]   The notation UM corresponds to University of Michigan, as listed in Figure 2.14.

well as naturally produced sea salt, dust and continuously outgassing volcanic sulphate aerosols. Lohmann et al. (2000) and Chuang et al. (2002) included internally mixed sulphate, black and organic carbon, sea salt and dust aerosols, resulting in the most negative estimate of the cloud albedo indirect effect. Takemura et al. (2005) used a global aerosol transport-radiation model coupled to a GCM to estimate the direct and indirect effects of aerosols and their associated RF. The model includes a microphysical parametrization to diagnose the cloud droplet number concentration using Köhler theory, which depends on the aerosol particle number concentration, updraft velocity, size distributions and chemical properties of each aerosol species. The results indicate a global decrease in cloud droplet effective radius caused by anthropogenic aerosols, with the global mean RF calculated to be $-0.52$ W m$^{-2}$; the land and oceanic contributions are $-1.14$ and $-0.28$ W m$^{-2}$, respectively. Other modelling results also indicate that the mean RF due to the cloud albedo effect is on average somewhat larger over land than over oceans; over oceans there is a more consistent response from the different models, resulting in a smaller inter-model variability (Lohmann and Feichter, 2005).

Chen and Penner (2005), by systematically varying parameters, obtained a less negative RF when the in-cloud updraft velocity was made to depend on the turbulent kinetic energy. Incorporating other cloud nucleation schemes, for example, changing from Abdul-Razzak and Ghan (2002) to the Chuang et al. (1997) parametrization resulted in no RF change, while changing to the Nenes and Seinfeld (2003) parametrization made the RF more negative. Rotstayn and Liu (2003) found a 12 to 35% decrease in the RF when the size dispersion effect was included in the case of sulphate particles. Chen and Penner (2005) further explored the range of parameters used in Rotstayn and Liu (2003) and found the RF to be generally less negative than in the standard integration.

A model intercomparison study (Penner et al., 2006) examined the differences in cloud albedo effect between models through a series of controlled experiments that allowed examination of the uncertainties. This study presented results from three models, which were run with prescribed aerosol mass-number concentration (from Boucher and Lohmann, 1995), aerosol field (from Chen and Penner, 2005) and precipitation efficiency (from Sundqvist, 1978). The cloud albedo RFs in



**Figure 2.14.** *Radiative forcing due to the cloud albedo effect, in the context of liquid water clouds, from the global climate models that appear in Table 2.7. The labels next to the bars correspond to the published study; the notes of Table 2.7 explain the species abbreviations listed on the left hand side. Top panel: results for models that consider a limited number of species, primarily anthropogenic sulphate (S). Bottom panel: results from studies that include a variety of aerosol compositions and mixtures; the estimates here cover a larger range than those in the top panel. Chen and Penner (2005) presented a sensitivity study obtained by changing parametrizations in their model, so the results can be considered independent and are thus listed separately. Penner et al. (2006) is an intercomparison study, so the results of the individual models are listed separately.*

the three models do not vary widely: $-0.65$, $-0.68$ and $-0.74$ W m$^{-2}$, respectively. Nevertheless, changes in the autoconversion scheme led to a differing response of the LWP between the models, and this is identified as an uncertainty.

A closer inspection of the treatment of aerosol species in the models leads to a broad separation of the results into two groups: models with only a few aerosol species and those that include a more complex mixture of aerosols of different composition. Thus, in Figure 2.14, RF results are grouped according to the

type of aerosol species included in the simulations. In the top panel of Figure 2.14, which shows estimates from models that mainly include anthropogenic sulphate, there is an indication that the results are converging, even though the range of models comes from studies published between 2001 and 2006. These studies show much less scatter than in the TAR, with a mean and standard deviation of $-1.37 \pm 0.14$ W m$^{-2}$. In contrast, in the bottom panel of Figure 2.14, which shows the studies that include more species, a much larger variability is found. These latter models (see Table 2.7) include 'state of the art' parametrizations of droplet activation for a variety of aerosols, and include both internal and external mixtures.

Some studies have commented on inconsistencies between some of the earlier estimates of the cloud albedo RF from forward and inverse calculations (Anderson et al., 2003). Notwithstanding the fact that these two streams of calculations rely on very different formulations, the results here appear to be within range of the estimates from inverse calculations.

### 2.4.5.3 Estimates of the Radiative Forcing from Observations and Constrained Models

It is difficult to obtain a best estimate of the cloud albedo RF from pre-industrial times to the present day based solely on observations. The satellite record is not long enough, and other long-term records do not provide the pre-industrial aerosol and cloud microphysical properties needed for such an assessment. Some studies have attempted to estimate the RF by incorporating empirical relationships derived from satellite observations. This approach is valid as long as the observations are robust, but problems still remain, particularly with the use of the aerosol optical depth as proxy for CCN (Feingold et al., 2003), droplet size and cloud optical depth from broken clouds (Marshak et al., 2006), and relative humidity effects (Kapustin et al., 2006) to discriminate between hydrated aerosols and cloud. Radiative forcing estimates constrained by satellite observations need to be considered with these caveats in mind.

By assuming a bimodal lognormal size distribution, Nakajima et al. (2001) determined the Ångstrom exponent from AVHRR data over the oceans (for a period of four months), together with cloud properties, optical thickness and effective radii. The nonlinear relationship between aerosol number concentration and cloud droplet concentration ($N_d \approx (N_a)^b$) obtained is consistent with Twomey's hypothesis; however, the parameter $b$ is smaller than previous estimates (0.5 compared with 0.7 to 0.8; Kaufman et al., 1991), but larger than the 0.26 value obtained by Martin et al. (1994). Using this relationship, Nakajima et al. (2001) provided an estimate of the cloud albedo RF in the range between $-0.7$ and $-1.7$ W m$^{-2}$, with a global average of $-1.3$ W m$^{-2}$. Lohmann and Lesins (2002) used POLDER data to estimate aerosol index and cloud droplet radius; they then scaled the results of the simulations with the European Centre Hamburg (ECHAM4) model. The results show that changes in $N_a$ lead to larger changes in $N_d$ in the model than in observations, particularly over land, leading to an overestimate of the cloud albedo effect. The scaled values using

the constraint from POLDER yield a global cloud albedo RF of $-0.85$ W m$^{-2}$, an almost 40% reduction from their previous estimate. Sekiguchi et al. (2003) presented results from the analysis of AVHRR data over the oceans, and of POLDER data over land and ocean. Assuming that the aerosol column number concentration increased by 30% from the pre-industrial era, they estimated the effect due to the aerosol influence on clouds as the difference between the forcing under present and pre-industrial conditions. They estimated a global effect due to the total aerosol influence on clouds (sum of cloud albedo and lifetime effects) to be between $-0.6$ and $-1.2$ W m$^{-2}$, somewhat lower than the Nakajima et al. (2001) ocean estimate. When the assumption is made that the liquid water content is constant, the cloud albedo RF estimated from AVHRR data is $-0.64 \pm 0.16$ W m$^{-2}$ and the estimate using POLDER data is $-0.37 \pm 0.09$ W m$^{-2}$. The results from these two studies are very sensitive to the magnitude of the increase in the aerosol concentration from pre-industrial to current conditions, and the spatial distributions.

Quaas and Boucher (2005) used the POLDER and MODIS data to evaluate the relationship between cloud properties and aerosol concentrations on a global scale in order to incorporate it in a GCM. They derived relationships corresponding to marine stratiform clouds and convective clouds over land that show a decreasing effective radius as the aerosol optical depth increases. These retrievals involve a variety of assumptions that introduce uncertainties in the relationships, in particular the fact that the retrievals for aerosol and cloud properties are not coincident and the assumption that the aerosol optical depth can be linked to the sub-cloud aerosol concentration. When these empirical parametrizations are included in a climate model, the simulated RF due to the cloud albedo effect is reduced by 50% from their baseline simulation. Quaas et al. (2005) also utilised satellite data to establish a relationship between cloud droplet number concentration and fine-mode aerosol optical depth, minimising the dependence on cloud liquid water content but including an adiabatic assumption that may not be realistic in many cases. This relationship is implemented in the ECHAM4 and Laboratoire de Météorologie Dynamique Zoom (LMDZ) climate models and the results indicate that the original parametrizations used in both models overestimated the magnitude of the cloud albedo effect. Even though both models show a consistent weakening of the RF, it should be noted that the original estimates of their respective RFs are very different (by almost a factor of two); the amount of the reduction was 37% in LMDZ and 81% in ECHAM4. Note that the two models have highly different spatial distributions of low clouds, simulated aerosol concentrations and anthropogenic fractions.

When only sulphate aerosols were considered, Dufresne et al. (2005) obtained a weaker cloud albedo RF. Their model used a relationship between aerosol mass concentration and cloud droplet number concentration, modified from that originally proposed by Boucher and Lohmann (1995) and adjusted to POLDER data. Their simulations give a factor of two weaker RF compared to the previous parametrization, but it is noted that the results are highly sensitive to the distribution of clouds over land.

#### 2.4.5.4    Uncertainties in Satellite Estimates

The improvements in the retrievals and satellite instrumentation have provided valuable data to begin observation-motivated assessments of the effect of aerosols on cloud properties, even though satellite measurements cannot unambiguously distinguish natural from anthropogenic aerosols. Nevertheless, an obvious advantage of the satellite data is their global coverage, and such extensive coverage can be analysed to determine the relationships between aerosol and cloud properties at a number of locations around the globe. Using these data some studies (Sekiguchi et al., 2003; Quaas et al., 2004) indicate that the magnitude of the RF is resolution dependent, since the representation of convection and clouds in the GCMs and the simulation of updraft velocity that affects activation themselves are resolution dependent. The rather low spatial and temporal resolution of some of the satellite data sets can introduce biases by failing to distinguish aerosol species with different properties. This, together with the absence of coincident LWP measurements in several instances, handicaps the inferences from such studies, and hinders an accurate analysis and estimate of the RF. Furthermore, the ability to separate meteorological from chemical influences in satellite observations depends on the understanding of how clouds respond to meteorological conditions.

Retrievals involve a variety of assumptions that introduce uncertainties in the relationships. As mentioned above, the retrievals for aerosol and cloud properties are not coincident and the assumption is made that the aerosol optical depth can be linked to the aerosol concentration below the cloud. The POLDER instrument may underestimate the mean cloud-top droplet radius due to uncertainties in the sampling of clouds (Rosenfeld and Feingold, 2003). The retrieval of the aerosol index over land may be less reliable and lead to an underestimate of the cloud albedo effect over land. There is an indication of a systematic bias between MODIS-derived cloud droplet radius and that derived from POLDER (Breon and Doutriaux-Boucher, 2005), as well as differences in the aerosol optical depth retrieved from those instruments (Myhre et al., 2004a) that need to be resolved.

#### 2.4.5.5    Uncertainties Due to Model Biases

One of the large sources of uncertainties is the poor knowledge of the amount and distribution of anthropogenic aerosols used in the model simulations, particularly for pre-industrial conditions. Some studies show a large sensitivity in the RF to the ratio of pre-industrial to present-day aerosol number concentrations.

All climate models discussed above include sulphate particles; some models produce them from gaseous precursors over oceans, where ambient concentrations are low, while some models only condense mass onto pre-existing particles over the continents. Some other climate models also include sea salt and dust particles produced naturally, typically relating particle production to wind speed. Some models include anthropogenic nitrate, BC and organic compounds, which in turn affect activation. Models also have weaknesses in representing convection processes and aerosol distributions, and simulating updraft velocities and convection-cloud interactions. Even without considering the existing biases in the model-generated clouds, differences in the aerosol chemical composition and the subsequent treatment of activation lead to uncertainties that are difficult to quantify and assess. The presence of organic carbon, owing to its distinct hygroscopic and absorption properties, can be particularly important for the cloud albedo effect in the tropics (Ming et al., 2007).

Modelling the cloud albedo effect from first principles has proven difficult because the representation of aerosol-cloud and convection-cloud interactions in climate models are still crude (Lohmann and Feichter, 2005). Clouds often do not cover a complete grid box and are inhomogeneous in terms of droplet concentration, effective radii and LWP, which introduces added complications in the microphysical and radiative transfer calculations. Model intercomparisons (e.g., Lohmann et al., 2001; Menon et al., 2003) suggest that the predicted cloud distributions vary significantly between models, particularly their horizontal and vertical extents; also, the vertical resolution and parametrization of convective and stratiform clouds are quite different between models (Chen and Penner, 2005). Even high-resolution models have difficulty in accurately estimating the amount of cloud liquid and ice water content in a grid box.

It has proven difficult to compare directly the results from the different models, as uncertainties are not well identified and quantified. All models could be suffering from similar biases, and modelling studies do not often quote the statistical significance of the RF estimates that are presented. Ming et al. (2005b) demonstrated that it is only in the mid-latitude NH that their model yields a RF result at the 95% confidence level when compared to the unforced model variability. There are also large differences in the way that the different models treat the appearance and evolution of aerosol particles and the subsequent cloud droplet formation. Differences in the horizontal and vertical resolution introduce uncertainties in their ability to accurately represent the shallow warm cloud layers over the oceans that are most susceptible to the changes due to anthropogenic aerosol particles. A more fundamental problem is that GCMs do not resolve the small scales (order of hundreds of metres) at which aerosol-cloud interactions occur. Chemical composition and size distribution spectrum are also likely insufficiently understood at a microphysical level, although some modelling studies suggest that the albedo effect is more sensitive to the size than to aerosol composition (Feingold, 2003; Ervens et al., 2005; Dusek et al., 2006). Observations indicate that aerosol particles in nature tend to be composed of several compounds and can be internally or externally mixed. The actual conditions are difficult to simulate and possibly lead to differences among climate models. The calculation of the cloud albedo effect is sensitive to the details of particle chemical composition (activation) and state of the mixture (external or internal). The relationship between ambient aerosol particle concentrations and resulting cloud

droplet size distribution is important during the activation process; this is a critical parametrization element in the climate models. It is treated in different ways in different models, ranging from simple empirical functions (Menon et al., 2002a) to more complex physical parametrizations that also tend to be more computationally costly (Abdul-Razzak and Ghan, 2002; Nenes and Seinfeld, 2003; Ming et al., 2006). Finally, comparisons with observations have not yet risen to the same degree of verification as, for example, those for the direct RF estimates; this is not merely due to model limitations, since the observational basis also has not yet reached a sound footing.

Further uncertainties may be due to changes in the droplet spectral shape, typically considered invariant in climate models under clean and polluted conditions, but which can be substantially different in typical atmospheric conditions (e.g., Feingold et al., 1997; Ackerman et al., 2000b; Erlick et al., 2001; Liu and Daum, 2002). Liu and Daum (2002) estimated that a 15% increase in the width of the size distribution can lead to a reduction of between 10 and 80% in the estimated RF of the cloud albedo indirect effect. Peng and Lohmann (2003), Rotstayn and Liu (2003) and Chen and Penner (2005) studied the sensitivity of their estimates to this dispersion effect. These studies confirm that their estimates of the cloud albedo RF, without taking the droplet spectra change into account, are overestimated by about 15 to 35%.

The effects of aerosol particles on heterogeneous ice formation are currently insufficiently understood and present another level of challenge for both observations and modelling. Ice crystal concentrations cannot be easily measured with present *in situ* instrumentation because of the difficulty of detecting small particles (Hirst et al., 2001) and frequent shattering of ice particles on impact with the probes (Korolev and Isaac, 2005). Current GCMs do not have sufficiently rigorous microphysics or sub-grid scale processes to accurately predict cirrus clouds or super-cooled clouds explicitly. Ice particles in clouds are often represented by simple shapes (e.g., spheres), even though it is well known that few ice crystals are like that in reality. The radiative properties of ice particles in GCMs often do not effectively simulate the irregular shapes that are normally found, nor do they simulate the inclusions of crustal material or soot in the crystals.

#### 2.4.5.6    *Assessment of the Cloud Albedo Radiative Forcing*

As in the TAR, only the aerosol interaction in the context of liquid water clouds is assessed, with knowledge of the interaction with ice clouds deemed insufficient. Since the TAR, the cloud albedo effect has been estimated in a more systematic way, and more modelling results are now available. Models now are more advanced in capturing the complexity of the aerosol-cloud interactions through forward computations. Even though major uncertainties remain, clear progress has been made, leading to a convergence of the estimates from the different modelling efforts. Based on the results from all the modelling studies shown in Figure 2.14, compared to the TAR it is now possible to present a best estimate for the cloud albedo RF of

$-0.7$ W m$^{-2}$ as the median, with a 5 to 95% range of $-0.3$ to $-1.8$ W m$^{-2}$. The increase in the knowledge of the aerosol-cloud interactions and the reduction in the spread of the cloud albedo RF since the TAR result in an elevation of the level of scientific understanding to low (Section 2.9, Table 2.11).

### 2.5    Anthropogenic Changes in Surface Albedo and the Surface Energy Budget

#### 2.5.1    Introduction

Anthropogenic changes to the physical properties of the land surface can perturb the climate, both by exerting an RF and by modifying other processes such as the fluxes of latent and sensible heat and the transfer of momentum from the atmosphere. In addition to contributing to changes in greenhouse gas concentrations and aerosol loading, anthropogenic changes in the large-scale character of the vegetation covering the landscape ('land cover') can affect physical properties such as surface albedo. The albedo of agricultural land can be very different from that of a natural landscape, especially if the latter is forest. The albedo of forested land is generally lower than that of open land because the greater leaf area of a forest canopy and multiple reflections within the canopy result in a higher fraction of incident radiation being absorbed. Changes in surface albedo induce an RF by perturbing the shortwave radiation budget (Ramaswamy et al., 2001). The effect is particularly accentuated when snow is present, because open land can become entirely snow-covered and hence highly reflective, while trees can remain exposed above the snow (Betts, 2000). Even a snow-covered canopy exhibits a relatively low albedo as a result of multiple reflections within the canopy (Harding and Pomeroy, 1996). Surface albedo change may therefore provide the dominant influence of mid- and high-latitude land cover change on climate (Betts, 2001; Bounoua et al., 2002). The TAR cited two estimates of RF due to the change in albedo resulting from anthropogenic land cover change relative to potential natural vegetation (PNV), $-0.4$ W m$^{-2}$ and $-0.2$ W m$^{-2}$, and assumed that the RF relative to 1750 was half of that relative to PNV, so gave a central estimate of the RF due to surface albedo change of $-0.2$ W m$^{-2}$ $\pm$ 0.2 W m$^{-2}$.

Surface albedo can also be modified by the settling of anthropogenic aerosols on the ground, especially in the case of BC on snow (Hansen and Nazarenko, 2004). This mechanism may be considered an RF mechanism because diagnostic calculations may be performed under the strict definition of RF (see Sections 2.2 and 2.8). This mechanism was not discussed in the TAR.

Land cover change can also affect other physical properties such as surface emissivity, the fluxes of moisture through evaporation and transpiration, the ratio of latent to sensible heat fluxes (the Bowen ratio) and the aerodynamic roughness, which exerts frictional drag on the atmosphere and also affects

turbulent transfer of heat and moisture. All these processes can affect the air temperature near the ground, and also modify humidity, precipitation and wind speed. Direct human perturbations to the water cycle, such as irrigation, can affect surface moisture fluxes and hence the surface energy balance. Changes in vegetation cover can affect the production of dust, which then exerts an RF. Changes in certain gases, particularly $CO_2$ and ozone, can also exert an additional influence on climate by affecting the Bowen ratio, through plant responses that affect transpiration. These processes are discussed in detail in Section 7.2. While such processes will act as anthropogenic perturbations to the climate system (Pielke et al., 2002) and will fall at least partly within the 'forcing' component of the forcing-feedback-response conceptual model, it is difficult to unequivocally quantify the pure forcing component as distinct from feedbacks and responses. The term 'non-radiative forcing' has been proposed (Jacob et al., 2005) and this report adopts the similar term 'non-initial radiative effect', but no quantitative metric separating forcing from feedback and response has yet been implemented for climatic perturbation processes that do not act directly on the radiation budget (see Section 2.2).

Energy consumption by human activities, such as heating buildings, powering electrical appliances and fuel combustion by vehicles, can directly release heat into the environment. This was not discussed in the TAR. Anthropogenic heat release is not an RF, in that it does not directly perturb the radiation budget; the mechanisms are not well identified and so it is here referred to as a direct input of energy to the system in terms of W m$^{-2}$.



**Figure 2.15.** *Anthropogenic modifications of land cover up to 1990. Top panel: Reconstructions of potential natural vegetation (Haxeltine and Prentice, 1996). Lower panels: reconstructions of croplands and pasture for 1750 and 1990. Bottom left: fractional cover of croplands from Centre for Sustainability and the Global Environment (SAGE; Ramankutty and Foley, 1999) at 0.5° resolution. Bottom right: reconstructions from the HistorY Database of the Environment (HYDE; Klein Goldewijk, 2001), with one land cover classification per 0.5° grid box.*

## 2.5.2   Changes in Land Cover Since 1750

In 1750, 7.9 to 9.2 million km$^2$ (6 to 7% of the global land surface) were under cultivation or pasture (Figure 2.15), mainly in Europe, the Indo-Gangetic Plain and China (Ramankutty and Foley, 1999; Klein Goldewijk, 2001). Over the next hundred years, croplands and pasture expanded and intensified in these areas, and new agricultural areas emerged in North America. The period 1850 to 1950 saw a more rapid rate of increase in cropland and pasture areas. In the last 50 years, several regions of the world have seen cropland areas stabilise, and even decrease. In the USA, as cultivation shifted from the east to the Midwest, croplands were abandoned along the eastern seaboard around the turn of the century and the eastern forests have regenerated over the last century. Similarly, cropland areas have decreased in China and Europe. Overall, global cropland and pasture expansion was slower after 1950 than before. However, deforestation is occurring more rapidly in the tropics. Latin America, Africa and South and Southeast Asia experienced slow cropland expansion until the 20th century, but have had exponential increases in the last 50 years. By 1990, croplands and pasture covered 45.7 to 51.3 million km$^2$ (35% to 39% of global land), and forest cover had decreased by roughly 11 million km$^2$ (Ramankutty and Foley, 1999; Klein Goldewijk, 2001; Table 2.8).

Overall, until the mid-20th century most deforestation occurred in the temperate regions (Figure 2.15). In more recent decades, however, land abandonment in Western Europe and North America has been leading to reforestation while deforestation is now progressing rapidly in the tropics. In the 1990s compared to the 1980s, net removal of tropical forest cover had slowed in the Americas but increased in Africa and Asia.

## 2.5.3   Radiative Forcing by Anthropogenic Surface Albedo Change: Land Use

Since the TAR, a number of estimates of the RF from land use changes over the industrial era have been made (Table 2.8). Unlike the main TAR estimate, most of the more recent studies are 'pure' RF calculations with the only change being land cover; feedbacks such as changes in snow cover are excluded. Brovkin et al. (2006) estimated the global mean RF relative to 1700 to be –0.15 W m$^{-2}$, considering only cropland changes (Ramankutty and Foley, 1999) and not pastures. Hansen et al. (2005) also considered only cropland changes (Ramankutty and Foley, 1999) and simulated the RF relative to 1750 to be –0.15 W m$^{-2}$. Using historical reconstructions of both croplands (Ramankutty and Foley, 1999) and pasturelands (Klein Goldewijk, 2001), Betts et al. (2007) simulated an RF of –0.18 W m$^{-2}$ since 1750. This study also estimated the RF relative to PNV to be –0.24 W m$^{-2}$. Other studies since the TAR have also estimated the RF at the present day relative to PNV (Table 2.8). Govindasamy et al. (2001a) estimated this RF as –0.08 W m$^{-2}$. Myhre et al. (2005a) used land cover and albedo data from MODIS (Friedl et al., 2002; Schaaf et al., 2002) and

estimated this RF as –0.09 W m$^{-2}$. The results of Betts et al. (2007) and Brovkin et al. (2006) suggest that the RF relative to 1750 is approximately 75% of that relative to PNV. Therefore, by employing this factor published RFs relative to PNV can be used to estimate the RF relative to 1750 (Table 2.8).

In all the published studies, the RF showed a very high degree of spatial variability, with some areas showing no RF in 1990 relative to 1750 while values more negative than –5 W m$^{-2}$ were typically found in the major agricultural areas of North America and Eurasia. The local RF depends on local albedo changes, which depend on the nature of the PNV replaced by agriculture (see top panel of Figure 2.15). In historical simulations, the spatial patterns of RF relative to the PNV remain generally similar over time, with the regional RFs in 1750 intensifying and expanding in the area covered. The major new areas of land cover change since 1750 are North America and central and eastern Russia.

Changes in the underlying surface albedo could affect the RF due to aerosols if such changes took place in the same regions. Similarly, surface albedo RF may depend on aerosol concentrations. Estimates of the temporal evolution of aerosol RF and surface albedo RF may need to consider changes in each other (Betts et al., 2007).

### 2.5.3.1   Uncertainties

Uncertainties in estimates of RF due to anthropogenic surface albedo change arise from several factors.

#### 2.5.3.1.1   Uncertainties in the mapping and characterisation of present-day vegetation

The RF estimates reported in the TAR used atlas-based data sets for present-day vegetation (Matthews, 1983; Wilson and Henderson-Sellers, 1985). More recent data sets of land cover have been obtained from satellite remote sensing. Data from the AVHRR in 1992 to 1993 were used to generate two global land cover data sets at 1 km resolution using different methodologies (Hansen and Reed, 2000; Loveland et al., 2000) The International Geosphere-Biosphere Programme Data and Information System (IGBP-DIS) data set is used as the basis for global cropland maps (Ramankutty and Foley, 1999) and historical reconstructions of croplands, pasture and other vegetation types (Ramankutty and Foley, 1999; Klein Goldewijk, 2001) (Table 2.8). The MODIS (Friedl et al., 2002) and Global Land Cover 2000 (Bartholome and Belward, 2005) provide other products. The two interpretations of the AVHRR data agree on the classification of vegetation as either tall (forest and woody savannah) or short (all other land cover) over 84% of the land surface (Hansen and Reed, 2000). However, some of the key disagreements are in regions subject to anthropogenic land cover change so may be important for the estimation of anthropogenic RF. Using the Hadley Centre Atmospheric Model (HadAM3) GCM, Betts et al. (2007) found that the estimate of RF relative to PNV varied from –0.2 W m$^{-2}$ with the Wilson and Henderson-Sellers (1985) atlas-based land use data set to –0.24 W m$^{-2}$ with a version of the Wilson and Henderson-

**Table 2.8.** *Estimates of forest area, contribution to $CO_2$ increase from anthropogenic land cover change, and RF due to the land use change-induced $CO_2$ increase and surface albedo change, relative to pre-industrial vegetation and PNV. The $CO_2$ RFs are for 2000 relative to 1850, calculated from the land use change contribution to the total increase in $CO_2$ from 1850 to 2000 simulated with both land use and fossil fuel emissions by the carbon cycle models. Carbon emissions from land cover change for the 1980s and 1990s are discussed in Section 7.3 and Table 7.2.*

| Main Source of Land Cover Data | Forest Area PNV $10^6$ km$^2$ | Forest Area circa 1700 $10^6$ km$^2$ | Forest Area circa 1990 $10^6$ km$^2$ | Contribution to $CO_2$ Increase 1850–2000[a] (ppm) | $CO_2$ RF (W m$^{-2}$) | Albedo RF vs. PNV (W m$^{-2}$) | Albedo RF vs. 1750 (W m$^{-2}$) |
|---|---|---|---|---|---|---|---|
| Ramankutty and Foley (1999) | 55.27 | 52.77[b] | 43.97[c] | 16[d] | 0.27 | –0.24[e]<br>–0.29 to +0.02[f]<br>–0.2[g] | –0.18[e]<br>–0.22 to +0.02[h]<br>–0.14[g,i]<br>–0.15 to –0.28[i,j]<br>–0.15[k]<br>–0.075 to –0.325[i,l] |
| Klein Goldewijk (2001) | 58.6 | 54.4 | 41.5 | 12[d] | 0.20 | –0.66 to +0.1[f] | –0.50 to +0.08[h]<br>–0.275[i,j] |
| Houghton (1983[m], 2003) | | 62.15 | 50.53[n] | 35[d]<br>26[o] | 0.57<br>0.44 | | |
| MODIS (Schaaf et al., 2002) | | | | | | –0.09[p] | –0.07[h] |
| Wilson and Henderson-Sellers (1985) | | | | | | –0.2[q]<br>–0.29[f] | –0.15[h]<br>–0.22[h] |
| SARB[r] | | | | | | –0.11 to –0.55[f] | –0.08 to –0.41[h] |
| Matthews (1983) | | | | | | –0.12[f]<br>–0.4[s]<br>–0.08[t] | –0.09[h]<br>–0.3[h]<br>–0.06[h] |

Notes:

[a] The available literature simulates $CO_2$ rises with and without land use relative to 1850.

[b] 1750 forest area reported as 51.85 x $10^6$ km$^2$.

[c] 1992 forest area.

[d] Land use contribution $CO_2$ rise from Brovkin et al. (2004).

[e] Albedo RF from Betts et al. (2007). Land cover data combined from Ramankutty and Foley (1999), Klein Goldewijk (2001) and Wilson and Henderson-Sellers (1985).

[f] Albedo RF from Myhre and Myhre (2003). Range of estimate for each land cover data set arises from use of different albedo values.

[g] Albedo RF from model of Goosse et al. (2005) in Brovkin et al. (2006).

[h] RF relative to 1750 estimated here as 0.75 of RF relative to PNV following Betts et al. (2007) and Brovkin et al. (2006).

[i] Estimate relative to 1700.

[j] Albedo RF from Matthews et al. (2003).

[k] Albedo RF from Hansen et al. (2005).

[l] Albedo RF from Matthews et al. (2004).

[m] Forest areas aggregated by Richards (1990).

[n] 1980 forest area.

[o] Land use contribution to $CO_2$ rise from Matthews et al. (2004). Estimate only available relative to 1850 not 1750.

[p] Albedo RF from Myhre et al. (2005a).

[q] Albedo RF from Betts (2001).

[r] Surface and Atmosphere Radiation Budget; http://www-surf.larc.nasa.gov/surf/.

[s] Albedo RF from Hansen et al. (1997).

[t] Albedo RF from Govindasamy et al. (2001a).

Sellers (1985) data set adjusted to agree with the cropland data of Ramankutty and Foley (1999). Myhre and Myhre (2003) found the RF relative to PNV to vary from –0.66 W m⁻² to 0.29 W m⁻² according to whether the present-day land cover was from Wilson and Henderson-Sellers (1985), Ramankutty and Foley (1999) or other sources.

### 2.5.3.1.2   Uncertainties in the mapping and characterisation of the reference historical state

Reconstructions of historical land use states require information or assumptions regarding the nature and extent of land under human use and the nature of the PNV. Ramankutty and Foley (1999) reconstructed the fraction of land under crops at 0.5° resolution from 1700 to 1990 (Figure 2.15, Table 2.8) by combining the IGBP Global Land Cover Dataset with historical inventory data, assuming that all areas of past vegetation occur within areas of current vegetation. Klein Goldewijk (2001) reconstructed all land cover types from 1700 to 1990 (Figure 2.15, Table 2.8), combining cropland and pasture inventory data with historical population density maps and PNV. Klein Goldewijk used a Boolean approach, which meant that crops, for example, covered either 100% or 0% of a 0.5° grid box. The total global cropland of Klein Goldewijk is generally 25% less than that reconstructed by Ramankutty and Foley (1999) throughout 1700 to 1990. At local scales, the disagreement is greater due to the high spatial heterogeneity in both data sets. Large-scale (Figure 2.15) is reconstructed either with models or by assuming that small-scale examples of currently undisturbed vegetation are representative of the PNV at the large scale. Matthews et al. (2004) simulated RF relative to 1700 as –0.20 W m⁻² and –0.28 W m⁻² with the above land use reconstructions.

### 2.5.3.1.3   Uncertainties in the parametrizations of the surface radiation processes

The albedo for a given land surface or vegetation type may either be prescribed or simulated on the basis of more fundamental characteristics such as vegetation leaf area. But either way, model parameters are set on the basis of observational data that may come from a number of conflicting sources. Both the AVHRR and MODIS (Schaaf et al., 2002; Gao et al., 2005) instruments have been used to quantify surface albedo for the IGBP vegetation classes in different regions and different seasons, and in some cases the albedo for a given vegetation type derived from one source can be twice that derived from the other (e.g., Strugnell et al., 2001; Myhre et al., 2005a). Myhre and Myhre (2003) examined the implications of varying the albedo of different vegetation types either together or separately, and found the RF relative to PNV to vary from –0.65 W m⁻² to +0.47 W m⁻²; however, the positive RFs occurred in only a few cases and resulted from large reductions in surface albedo in semi-arid regions on conversion to pasture, so were considered unrealistic by the study's authors. The single most important factor for the uncertainty in the study by Myhre and Myhre (2003) was found to be the surface albedo for cropland. In simulations where only the cropland surface albedo was

varied between 0.15, 0.18 and 0.20, the resulting RFs relative to PNV were –0.06, –0.20 and –0.29 W m⁻², respectively. Similar results were found by Matthews et al. (2003) considering only cropland changes and not pasture; with cropland surface albedos of 0.17 and 0.20, RFs relative to 1700 were –0.15 and –0.28 W m⁻², respectively.

### 2.5.3.1.3   Uncertainties in other parts of the model

When climate models are used to estimate the RF, uncertainties in other parts of the model also affect the estimates. In particular, the simulation of snow cover affects the extent to which land cover changes affect surface albedo. Betts (2000) estimated that the systematic biases in snow cover in HadAM3 introduced errors of up to approximately 10% in the simulation of local RF due to conversion between forest and open land. Such uncertainties could be reduced by the use of an observational snow climatology in a model that just treats the radiative transfer (Myhre and Myhre, 2003). The simulation of cloud cover affects the extent to which the simulated surface albedo changes affect planetary albedo – too much cloud cover could diminish the contribution of surface albedo changes to the planetary albedo change.

On the basis of the studies assessed here, including a number of new estimates since the TAR, the assessment is that the best estimate of RF relative to 1750 due to land-use related surface albedo change should remain at –0.2 ± 0.2 W m⁻². In the light of the additional modelling studies, the exclusion of feedbacks, the improved incorporation of large-scale observations and the explicit consideration of land use reconstructions for 1750, the level of scientific understanding is raised to medium-low, compared to low in the TAR (Section 2.9, Table 2.11).

## 2.5.4   Radiative Forcing by Anthropogenic Surface Albedo Change: Black Carbon in Snow and Ice

The presence of soot particles in snow could cause a decrease in the albedo of snow and affect snowmelt. Initial estimates by Hansen et al. (2000) suggested that BC could thereby exert a positive RF of +0.2 W m⁻². This estimate was refined by Hansen and Nazarenko (2004), who used measured BC concentrations within snow and ice at a wide range of geographic locations to deduce the perturbation to the surface and planetary albedo, deriving an RF of +0.15 W m⁻². The uncertainty in this estimate is substantial due to uncertainties in whether BC and snow particles are internally or externally mixed, in BC and snow particle shapes and sizes, in voids within BC particles, and in the BC imaginary refractive index. Jacobson (2004) developed a global model that allows the BC aerosol to enter snow via precipitation and dry deposition, thereby modifying the snow albedo and emissivity. They found modelled concentrations of BC within snow that were in reasonable agreement with those from many observations. The model study found that BC on snow and sea ice caused a decrease in the surface albedo of 0.4% globally and 1% in the NH, although RFs were not reported. Hansen et al. (2005) allowed the albedo change to be

proportional to local BC deposition according to Koch (2001) and presented a further revised estimate of 0.08 W m$^{-2}$. They also suggested that this RF mechanism produces a greater temperature response by a factor of 1.7 than an equivalent $CO_2$ RF, that is, the 'efficacy' may be higher for this RF mechanism (see Section 2.8.5.7). This report adopts a best estimate for the BC on snow RF of +0.10 ± 0.10 W m$^{-2}$, with a low level of scientific understanding (Section 2.9, Table 2.11).

### 2.5.5 Other Effects of Anthropogenic Changes in Land Cover

Anthropogenic land use and land cover change can also modify climate through other mechanisms, some directly perturbing the Earth radiation budget and some perturbing other processes. Impacts of land cover change on emissions of $CO_2$, $CH_4$, biomass burning aerosols and dust aerosols are discussed in Sections 2.3 and 2.4. Land cover change itself can also modify the surface energy and moisture budgets through changes in evaporation and the fluxes of latent and sensible heat, directly affecting precipitation and atmospheric circulation as well as temperature. Model results suggest that the combined effects of past tropical deforestation may have exerted regional warmings of approximately 0.2°C relative to PNV, and may have perturbed the global atmospheric circulation affecting regional climates remote from the land cover change (Chase et al., 2000; Zhao et al., 2001; Pielke et al., 2002; Chapters 7, 9 and 11).

Since the dominant aspect of land cover change since 1750 has been deforestation in temperate regions, the overall effect of anthropogenic land cover change on global temperature will depend largely on the relative importance of increased surface albedo in winter and spring (exerting a cooling) and reduced evaporation in summer and in the tropics (exerting a warming) (Bounoua et al., 2002). Estimates of global temperature responses from past deforestation vary from 0.01°C (Zhao et al., 2001) to –0.25°C (Govindasamy et al., 2001a; Brovkin et al., 2006). If cooling by increased surface albedo dominates, then the historical effect of land cover change may still be adequately represented by RF. With tropical deforestation becoming more significant in recent decades, warming due to reduced evaporation may become more significant globally than increased surface albedo. Radiative forcing would then be less useful as a metric of climate change induced by land cover change recently and in the future.

### 2.5.6 Tropospheric Water Vapour from Anthropogenic Sources

Anthropogenic use of water is less than 1% of natural sources of water vapour and about 70% of the use of water for human activity is from irrigation (Döll, 2002). Several regional studies have indicated an impact of irrigation on temperature, humidity and precipitation (Barnston and Schickedanz, 1984; Lohar and Pal, 1995; de Ridder and Gallée, 1998; Moore and Rojstaczer, 2001; Zhang et al., 2002). Boucher et al. (2004) used a GCM to show that irrigation has a global impact on temperature and

humidity. Over Asia where most of the irrigation takes place, the simulations showed a change in the water vapour content in the lower troposphere of up to 1%, resulting in an RF of +0.03 W m$^{-2}$. However, the effect of irrigation on surface temperature was dominated by evaporative cooling rather than by the excess greenhouse effect and thus a decrease in surface temperature was found. Irrigation affects the temperature, humidity, clouds and precipitation as well as the natural evaporation through changes in the surface temperature, raising questions about the strict use of RF in this case. Uncertainties in the water vapour flow to the atmosphere from irrigation are significant and Gordon et al. (2005) gave a substantially higher estimate compared to that of Boucher et al. (2004). Most of this uncertainty is likely to be linked to differences between the total withdrawal for irrigation and the amount actually used (Boucher et al., 2004). Furthermore, Gordon et al. (2005) also estimated a reduced water vapour flow to the atmosphere from deforestation, most importantly in tropical areas. This reduced water vapour flow is a factor of three larger than the water vapour increase due to irrigation in Boucher et al. (2004), but so far there are no estimates of the effect of this on the water vapour content of the atmosphere and its RF. Water vapour changes from deforestation will, like irrigation, affect the surface evaporation and temperature and the water cycle in the atmosphere. Radiative forcing from anthropogenic sources of tropospheric water vapour is not evaluated here, since these sources affect surface temperature more significantly through their non-radiative processes, and a strict use of the RF is problematic. The emission of water vapour from fossil fuel combustion is significantly lower than the emission from changes in land use (Boucher et al., 2004).

### 2.5.7 Anthropogenic Heat Release

Urban heat islands result partly from the physical properties of the urban landscape and partly from the release of heat into the environment by the use of energy for human activities such as heating buildings and powering appliances and vehicles ('human energy production'). The global total heat flux from this is estimated as 0.03 W m$^{-2}$ (Nakicenovic, 1998). If this energy release was concentrated in cities, which are estimated to cover 0.046% of the Earth's surface (Loveland et al., 2000) the mean local heat flux in a city would be 65 W m$^{-2}$. Daytime values in central Tokyo typically exceed 400 W m$^{-2}$ with a maximum of 1,590 W m$^{-2}$ in winter (Ichinose et al., 1999). Although human energy production is a small influence at the global scale, it may be very important for climate changes in cities (Betts and Best, 2004; Crutzen, 2004).

### 2.5.8 Effects of Carbon Dioxide Changes on Climate via Plant Physiology: 'Physiological Forcing'

As well as exerting an RF on the climate system, increasing concentrations of atmospheric $CO_2$ can perturb the climate system through direct effects on plant physiology. Plant stomatal apertures open less under higher $CO_2$ concentrations (Field et

al., 1995), which directly reduces the flux of moisture from the surface to the atmosphere through transpiration (Sellers et al., 1996). A decrease in moisture flux modifies the surface energy balance, increasing the ratio of sensible heat flux to latent heat flux and therefore warming the air near the surface (Sellers et al., 1996; Betts et al., 1997; Cox et al., 1999). Betts et al. (2004) proposed the term 'physiological forcing' for this mechanism. Although no studies have yet explicitly quantified the present-day temperature response to physiological forcing, the presence of this forcing has been detected in global hydrological budgets (Gedney et al., 2006; Section 9.5). This process can be considered a non-initial radiative effect, as distinct from a feedback, since the mechanism involves a direct response to increasing atmospheric $CO_2$ and not a response to climate change. It is not possible to quantify this with RF. Reduced global transpiration would also be expected to reduce atmospheric water vapour causing a negative forcing, but no estimates of this have been made.

Increased $CO_2$ concentrations can also 'fertilize' plants by stimulating photosynthesis, which models suggest has contributed to increased vegetation cover and leaf area over the 20th century (Cramer et al., 2001). Increases in the Normalized Difference Vegetation Index, a remote sensing product indicative of leaf area, biomass and potential photosynthesis, have been observed (Zhou et al., 2001), although other causes including climate change itself are also likely to have contributed. Increased vegetation cover and leaf area would decrease surface albedo, which would act to oppose the increase in albedo due to deforestation. The RF due to this process has not been evaluated and there is a very low scientific understanding of these effects.

## 2.6   Contrails and Aircraft-Induced Cloudiness

### 2.6.1   Introduction

The IPCC separately evaluated the RF from subsonic and supersonic aircraft operations in the Special Report on Aviation and the Global Atmosphere (IPCC, 1999), hereinafter designated as IPCC-1999. Like many other sectors, subsonic aircraft operations around the globe contribute directly and indirectly to the RF of climate change. This section only assesses the aspects that are unique to the aviation sector, namely the formation of persistent condensation trails (contrails), their impact on cirrus cloudiness, and the effects of aviation aerosols. Persistent contrail formation and induced cloudiness are indirect effects from aircraft operations because they depend on variable humidity and temperature conditions along aircraft flight tracks. Thus, future changes in atmospheric humidity and temperature distributions in the upper troposphere will have consequences for aviation-induced cloudiness. Also noted here is the potential role of aviation aerosols in altering the properties of clouds that form later in air containing aircraft emissions.

### 2.6.2   Radiative Forcing Estimates for Persistent Line-Shaped Contrails

Aircraft produce persistent contrails in the upper troposphere in ice-supersaturated air masses (IPCC, 1999). Contrails are thin cirrus clouds, which reflect solar radiation and trap outgoing longwave radiation. The latter effect is expected to dominate for thin cirrus (Hartmann et al., 1992; Meerkötter et al., 1999), thereby resulting in a net positive RF value for contrails. Persistent contrail cover has been calculated globally from meteorological data (e.g., Sausen et al., 1998) or by using a modified cirrus cloud parametrization in a GCM (Ponater et al., 2002). Contrail cover calculations are uncertain because the extent of supersaturated regions in the atmosphere is poorly known. The associated contrail RF follows from determining an optical depth for the computed contrail cover. The global RF values for contrail and induced cloudiness are assumed to vary linearly with distances flown by the global fleet if flight ambient conditions remain unchanged. The current best estimate for the RF of persistent linear contrails for aircraft operations in 2000 is +0.010 W m$^{-2}$ (Table 2.9; Sausen et al., 2005). The value is based on independent estimates derived from Myhre and Stordal (2001b) and Marquart et al. (2003) that were updated for increased aircraft traffic in Sausen et al. (2005) to give RF estimates of +0.015 W m$^{-2}$ and +0.006 W m$^{-2}$, respectively. The uncertainty range is conservatively estimated to be a factor of three. The +0.010 W m$^{-2}$ value is also considered to be the best estimate for 2005 because of the slow overall growth in aviation fuel use in the 2000 to 2005 period. The decrease in the best estimate from the TAR by a factor of two results from reassessments of persistent contrail cover and lower optical depth estimates (Marquart and Mayer, 2002; Meyer et al., 2002; Ponater et al., 2002; Marquart et al., 2003). The new estimates

**Table 2.9.** *Radiative forcing terms for contrail and cirrus effects caused by global subsonic aircraft operations.*

| | Radiative forcing (W m$^{-2}$)[a] | | |
|---|---|---|---|
| | **1992 IPCC**[b] | **2000 IPCC**[c] | **2000**[d] |
| $CO_2$[d] | 0.018 | 0.025 | 0.025 |
| Persistent linear contrails | 0.020 | 0.034 | 0.010 (0.006 to 0.015) |
| Aviation-induced cloudiness without persistent contrails | 0 to 0.040 | n.a. | |
| Aviation-induced cloudiness with persistent contrails | | | 0.030 (0.010 to 0.080) |

Notes:
[a] Values for contrails are best estimates. Values in parentheses give the uncertainty range.
[b] Values from IPCC-1999 (IPCC, 1999).
[c] Values interpolated from 1992 and 2015 estimates in IPCC-1999 (Sausen et al., 2005).
[d] Sausen et al. (2005). Values are considered valid (within 10%) for 2005 because of slow growth in aviation fuel use between 2000 and 2005.

include diurnal changes in the solar RF, which decreases the net RF for a given contrail cover by about 20% (Myhre and Stordal, 2001b). The level of scientific understanding of contrail RF is considered low, since important uncertainties remain in the determination of global values (Section 2.9, Table 2.11). For example, unexplained regional differences are found in contrail optical depths between Europe and the USA that have not been fully accounted for in model calculations (Meyer et al., 2002; Ponater et al., 2002; Palikonda et al., 2005).

### 2.6.3   Radiative Forcing Estimates for Aviation-Induced Cloudiness

Individual persistent contrails are routinely observed to shear and spread, covering large additional areas with cirrus cloud (Minnis et al., 1998). Aviation aerosol could also lead to changes in cirrus cloud (see Section 2.6.4). Aviation-induced cloudiness (AIC) is defined to be the sum of all changes in cloudiness associated with aviation operations. Thus, an AIC estimate includes persistent contrail cover. Because spreading contrails lose their characteristic linear shape, a component of AIC is indistinguishable from background cirrus. This basic ambiguity, which prevented the formulation of a best estimate of AIC amounts and the associated RF in IPCC-1999, still exists for this assessment. Estimates of the ratio of induced cloudiness cover to that of persistent linear contrails range from 1.8 to 10 (Minnis et al., 2004; Mannstein and Schumann, 2005[10]), indicating the uncertainty in estimating AIC amounts. Initial attempts to quantify AIC used trend differences in cirrus cloudiness between regions of high and low aviation fuel consumption (Boucher, 1999). Since IPCC-1999, two studies have also found significant positive trends in cirrus cloudiness in some regions of high air traffic and found lower to negative trends outside air traffic regions (Zerefos et al., 2003; Stordal et al., 2005). Using the International Satellite Cloud Climatology Project (ISCCP) database, these studies derived cirrus cover trends for Europe of 1 to 2% per decade over the last one to two decades. A study with the Television Infrared Observation Satellite (TIROS) Operational Vertical Sounder (TOVS) provides further support for these trends (Stubenrauch and Schumann, 2005). However, cirrus trends that occurred due to natural variability, climate change or other anthropogenic effects could not be accounted for in these studies. Cirrus trends over the USA (but not over Europe) were found to be consistent with changes in contrail cover and frequency (Minnis et al., 2004). Thus, significant uncertainty remains in attributing observed cirrus trends to aviation.

Regional cirrus trends were used as a basis to compute a global mean RF value for AIC in 2000 of +0.030 W m$^{-2}$ with a range of +0.01 to +0.08 W m$^{-2}$ (Stordal et al., 2005). This value is not considered a best estimate because of the uncertainty in the optical properties of AIC and in the assumptions used to derive AIC cover. However, this value is in good agreement with the upper limit estimate for AIC RF in 1992 of +0.026

W m$^{-2}$ derived from surface and satellite cloudiness observations (Minnis et al., 2004). A value of +0.03 W m$^{-2}$ is close to the upper-limit estimate of +0.04 W m$^{-2}$ derived for non-contrail cloudiness in IPCC-1999. Without an AIC best estimate, the best estimate of the total RF value for aviation-induced cloudiness (Section 2.9.2, Table 2.12 and Figure 2.20) includes only that due to persistent linear contrails. Radiative forcing estimates for AIC made using cirrus trend data necessarily cannot distinguish between the components of aviation cloudiness, namely persistent linear contrails, spreading contrails and other aviation aerosol effects. Some aviation effects might be more appropriately considered feedback processes rather than an RF (see Sections 2.2 and 2.4.5). However, the low understanding of the processes involved and the lack of quantitative approaches preclude reliably making the forcing/feedback distinction for all aviation effects in this assessment.

Two issues related to the climate response of aviation cloudiness are worth noting here. First, Minnis et al. (2004, 2005) used their RF estimate for total AIC over the USA in an empirical model, and concluded that the surface temperature response for the period 1973 to 1994 could be as large as the observed surface warming over the USA (around 0.3°C per decade). In response to the Minnis et al. conclusion, contrail RF was examined in two global climate modelling studies (Hansen et al., 2005; Ponater et al., 2005). Both studies concluded that the surface temperature response calculated by Minnis et al. (2004) is too large by one to two orders of magnitude. For the Minnis et al. result to be correct, the climate efficacy or climate sensitivity of contrail RF would need to be much greater than that of other larger RF terms, (e.g., $CO_2$). Instead, contrail RF is found to have a smaller efficacy than an equivalent $CO_2$ RF (Hansen et al., 2005; Ponater et al., 2005) (see Section 2.8.5.7), which is consistent with the general ineffectiveness of high clouds in influencing diurnal surface temperatures (Hansen et al., 1995, 2005). Several substantive explanations for the incorrectness of the enhanced response found in the Minnis et al. study have been presented (Hansen et al., 2005; Ponater et al., 2005; Shine, 2005).

The second issue is that the absence of AIC has been proposed as the cause of the increased diurnal temperature range (DTR) found in surface observations made during the short period when all USA air traffic was grounded starting on 11 September 2001 (Travis et al., 2002, 2004). The Travis et al. studies show that during this period: (i) DTR was enhanced across the conterminous USA, with increases in the maximum temperatures that were not matched by increases of similar magnitude in the minimum temperatures, and (ii) the largest DTR changes corresponded to regions with the greatest contrail cover. The Travis et al. conclusions are weak because they are based on a correlation rather than a quantitative model and rely (necessarily) on very limited data (Schumann, 2005). Unusually clear weather across the USA during the shutdown period also has been proposed to account for the observed DTR changes (Kalkstein and Balling, 2004). Thus, more evidence and a

---

[10]   A corrigendum to this paper has been submitted for publication by these authors but has not been assessed here.

quantitative physical model are needed before the validity of the proposed relationship between regional contrail cover and DTR can be considered further.

### 2.6.4   Aviation Aerosols

Global aviation operations emit aerosols and aerosol precursors into the upper troposphere and lower stratosphere (IPCC, 1999; Hendricks et al., 2004). As a result, aerosol number and/or mass are enhanced above background values in these regions. Aviation-induced cloudiness includes the possible influence of aviation aerosol on cirrus cloudiness amounts. The most important aerosols are those composed of sulphate and BC (soot). Sulphate aerosols arise from the emissions of fuel sulphur and BC aerosol results from incomplete combustion of aviation fuel. Aviation operations cause enhancements of sulphate and BC in the background atmosphere (IPCC, 1999; Hendricks et al., 2004). An important concern is that aviation aerosol can act as nuclei in ice cloud formation, thereby altering the microphysical properties of clouds (Jensen and Toon, 1997; Kärcher, 1999; Lohmann et al., 2004) and perhaps cloud cover. A modelling study by Hendricks et al. (2005) showed the potential for significant cirrus modifications by aviation caused by increased numbers of BC particles. The modifications would occur in flight corridors as well as in regions far away from flight corridors because of aerosol transport. In the study, aviation aerosols either increase or decrease ice nuclei in background cirrus clouds, depending on assumptions about the cloud formation process. Results from a cloud chamber experiment showed that a sulphate coating on soot particles reduced their effectiveness as ice nuclei (Möhler et al., 2005). Changes in ice nuclei number or nucleation properties of aerosols can alter the radiative properties of cirrus clouds and, hence, their radiative impact on the climate system, similar to the aerosol-cloud interactions discussed in Sections 2.4.1, 2.4.5 and 7.5. No estimates are yet available for the global or regional RF changes caused by the effect of aviation aerosol on background cloudiness, although some of the RF from AIC, determined by correlation studies (see Section 2.6.3), may be associated with these aerosol effects.

## 2.7   Natural Forcings

### 2.7.1   Solar Variability

The estimates of long-term solar irradiance changes used in the TAR (e.g., Hoyt and Schatten, 1993; Lean et al., 1995) have been revised downwards, based on new studies indicating that bright solar faculae likely contributed a smaller irradiance increase since the Maunder Minimum than was originally suggested by the range of brightness in Sun-like stars (Hall and Lockwood, 2004; M. Wang et al., 2005). However, empirical results since the TAR have strengthened the evidence for solar forcing of climate change by identifying detectable tropospheric changes associated with solar variability, including during the solar cycle (Section 9.2; van Loon and Shea, 2000; Douglass and Clader, 2002; Gleisner and Thejll, 2003; Haigh, 2003; Stott et al., 2003; White et al., 2003; Coughlin and Tung, 2004; Labitzke, 2004; Crooks and Gray, 2005). The most likely mechanism is considered to be some combination of direct forcing by changes in total solar irradiance, and indirect effects of ultraviolet (UV) radiation on the stratosphere. Least certain, and under ongoing debate as discussed in the TAR, are indirect effects induced by galactic cosmic rays (e.g., Marsh and Svensmark, 2000a,b; Kristjánsson et al., 2002; Sun and Bradley, 2002).

#### *2.7.1.1   Direct Observations of Solar Irradiance*

##### *2.7.1.1.1   Satellite measurements of total solar irradiance*

Four independent space-based instruments directly measure total solar irradiance at present, contributing to a database extant since November 1978 (Fröhlich and Lean, 2004). The Variability of Irradiance and Gravity Oscillations (VIRGO) experiment on the Solar Heliospheric Observatory (SOHO) has been operating since 1996, the ACRIM III on the Active Cavity Radiometer Irradiance Monitor Satellite (ACRIMSAT) since 1999 and the Earth Radiation Budget Satellite (ERBS) (intermittently) since 1984. Most recent are the measurements made by the Total Solar Irradiance Monitor (TIM) on the Solar Radiation and Climate Experiment (SORCE) since 2003 (Rottman, 2005).

##### *2.7.1.1.2   Observed decadal trends and variability*

Different composite records of total solar irradiance have been constructed from different combinations of the direct radiometric measurements. The Physikalisch-Meteorologisches Observatorium Davos (PMOD) composite (Fröhlich and Lean, 2004), shown in Figure 2.16, combines the observations by the ACRIM I on the Solar Maximum Mission (SMM), the Hickey-Friedan radiometer on Nimbus 7, ACRIM II on the Upper Atmosphere Research Satellite (UARS) and VIRGO on SOHO by analysing the sensitivity drifts in each radiometer prior to determining radiometric offsets. In contrast, the ACRIM composite (Willson and Mordvinov, 2003), also shown in Figure 2.16, utilises ACRIMSAT rather than VIRGO observations in recent times and cross calibrates the reported data assuming that radiometric sensitivity drifts have already been fully accounted for. A third composite, the Space Absolute Radiometric Reference (SARR) composite, uses individual absolute irradiance measurements from the shuttle to cross calibrate satellite records (Dewitte et al., 2005). The gross temporal features of the composite irradiance records are very similar, each showing day-to-week variations associated with the Sun's rotation on its axis, and decadal fluctuations arising from the 11-year solar activity cycle. But the linear slopes differ among the three different composite records, as do levels at solar activity minima (1986 and 1996). These differences are the result of different cross calibrations and drift adjustments applied to individual radiometric sensitivities when constructing the composites (Fröhlich and Lean, 2004).



**Figure 2.16.** *Percentage change in monthly values of the total solar irradiance composites of Willson and Mordvinov (2003; WM2003, violet symbols and line) and Fröhlich and Lean (2004; FL2004, green solid line).*

Solar irradiance levels are comparable in the two most recent cycle minima when absolute uncertainties and sensitivity drifts in the measurements are assessed (Fröhlich and Lean, 2004 and references therein). The increase in excess of 0.04% over the 27-year period of the ACRIM irradiance composite (Willson and Mordvinov, 2003), although incompletely understood, is thought to be more of instrumental rather than solar origin (Fröhlich and Lean, 2004). The irradiance increase in the ACRIM composite is indicative of an episodic increase between 1989 and 1992 that is present in the Nimbus 7 data (Lee et al., 1995; Chapman et al., 1996). Independent, overlapping ERBS observations do not show this increase; nor do they suggest a significant secular trend (Lee et al., 1995). Such a trend is not present in the PMOD composite, in which total irradiance between successive solar minima is nearly constant, to better than 0.01% (Fröhlich and Lean, 2004). Although a long-term trend of order 0.01% is present in the SARR composite between successive solar activity minima (in 1986 and 1996), it is not statistically significant because the estimated uncertainty is ±0.026% (Dewitte et al., 2005).

Current understanding of solar activity and the known sources of irradiance variability suggests comparable irradiance levels during the past two solar minima. The primary known cause of contemporary irradiance variability is the presence on the Sun's disk of sunspots (compact, dark features where radiation is locally depleted) and faculae (extended bright features where radiation is locally enhanced). Models that combine records of the global sunspot darkening calculated directly from white light images and the magnesium (Mg) irradiance index as a proxy for the facular signal do not exhibit a significant secular trend during activity minima (Fröhlich and Lean, 2004; Preminger and Walton, 2005). Nor do the modern instrumental measurements of galactic cosmic rays, 10.7 cm flux and the *aa* geomagnetic index since the 1950s (Benestad, 2005) indicate this feature. While changes in surface emissivity by magnetic sunspot and facular regions are, from a theoretical view, the most effective in altering irradiance (Spruit, 2000), other mechanisms have also been proposed that may cause additional, possibly secular, irradiance changes. Of these, changes in solar diameter have been considered a likely candidate (e.g., Sofia and Li, 2001). But recent analysis of solar imagery, primarily from the Michelson

Doppler Imager (MDI) instrument on SOHO, indicates that solar diameter changes are no more than a few kilometres per year during the solar cycle (Dziembowski et al., 2001), for which associated irradiance changes are 0.001%, two orders of magnitude less than the measured irradiance cycle.

### 2.7.1.1.3   Measurements of solar spectral irradiance

The solar UV spectrum from 120 to 400 nm continues to be monitored from space, with SORCE observations extending those made since 1991 by two instruments on the UARS (Woods et al., 1996). SORCE also monitors, for the first time from space, solar spectral irradiance in the visible and near-infrared spectrum, providing unprecedented spectral coverage that affords a detailed characterisation of solar spectral irradiance variability. Initial results (Harder et al., 2005; Lean et al., 2005) indicate that, as expected, variations occur at all wavelengths, primarily in response to changes in sunspots and faculae. Ultraviolet spectral irradiance variability in the extended database is consistent with that seen in the UARS observations since 1991, as described in the TAR.

Radiation in the visible and infrared spectrum has a notably different temporal character than the spectrum below 300 nm. Maximum energy changes occur at wavelengths from 400 to 500 nm. Fractional changes are greatest at UV wavelengths but the actual energy change is considerably smaller than in the visible spectrum. Over the time scale of the 11-year solar cycle, bolometric facular brightness exceeds sunspot blocking by about a factor of two, and there is an increase in spectral irradiance at most, if not all, wavelengths from the minimum to the maximum of the solar cycle. Estimated solar cycle changes are 0.08% in the total solar irradiance. Broken down by wavelength range these irradiance changes are 1.3% at 200 to 300 nm, 0.2% at 315 to 400 nm, 0.08% at 400 to 700 nm, 0.04% at 700 to 1,000 nm and 0.025% at 1,000 to 1,600 nm.

However, during episodes of strong solar activity, sunspot blocking can dominate facular brightening, causing decreased irradiance at most wavelengths. Spectral irradiance changes on these shorter time scales now being measured by SORCE provide tests of the wavelength-dependent sunspot and facular parametrizations in solar irradiance variability models. The modelled spectral irradiance changes are in good overall agreement with initial SORCE observations but as yet the SORCE observations are too short to provide definitive information about the amplitude of solar spectral irradiance changes during the solar cycle.

### 2.7.1.2   Estimating Past Solar Radiative Forcing

#### 2.7.1.2.1   Reconstructions of past variations in solar irradiance

Long-term solar irradiance changes over the past 400 years may be less by a factor of two to four than in the reconstructions employed by the TAR for climate change simulations. Irradiance reconstructions such as those of Hoyt and Schatten (1993), Lean et al. (1995), Lean (2000), Lockwood and Stamper (1999) and Solanki and Fligge (1999), used in the TAR, assumed the

existence of a long-term variability component in addition to the known 11-year cycle, in which the 17th-century Maunder Minimum total irradiance was reduced in the range of 0.15% to 0.3% below contemporary solar minima. The temporal structure of this long-term component, typically associated with facular evolution, was assumed to track either the smoothed amplitude of the solar activity cycle or the cycle length. The motivation for adopting a long-term irradiance component was three-fold. Firstly, the range of variability in Sun-like stars (Baliunas and Jastrow, 1990), secondly, the long-term trend in geomagnetic activity, and thirdly, solar modulation of cosmogenic isotopes, all suggested that the Sun is capable of a broader range of activity than witnessed during recent solar cycles (i.e., the observational record in Figure 2.16). Various estimates of the increase in total solar irradiance from the 17th-century Maunder Minimum to the current activity minima from these irradiance reconstructions are compared with recent results in Table 2.10.

Each of the above three assumptions for the existence of a significant long-term irradiance component is now questionable. A reassessment of the stellar data was unable to recover the original bimodal separation of lower calcium (Ca) emission in non-cycling stars (assumed to be in Maunder-Minimum type states) compared with higher emission in cycling stars (Hall and Lockwood, 2004), which underpins the Lean et al. (1995) and Lean (2000) irradiance reconstructions. Rather, the current Sun is thought to have 'typical' (rather than high) activity relative to other stars. Plausible lowest brightness levels inferred from stellar observations are higher than the peak of the lower mode of the initial distribution of Baliunas and Jastrow (1990). Other studies raise the possibility of long-term instrumental drifts in historical indices of geomagnetic activity (Svalgaard et al., 2004), which would reduce somewhat the long-term trend in the Lockwood and Stamper (1999) irradiance reconstruction. Furthermore, the relationship between solar irradiance and geomagnetic and cosmogenic indices is complex, and not necessarily linear. Simulations of the transport of magnetic flux on the Sun and propagation of open flux into the heliosphere indicate that 'open' magnetic flux (which modulates geomagnetic activity and cosmogenic isotopes) can accumulate on inter-cycle time scales even when closed flux (such as in sunspots and faculae) does not (Lean et al., 2002; Y. Wang et al., 2005).

A new reconstruction of solar irradiance based on a model of solar magnetic flux variations (Y. Wang et al., 2005), which does not invoke geomagnetic, cosmogenic or stellar proxies, suggests that the amplitude of the background component is significantly less than previously assumed, specifically 0.27 times that of Lean (2000). This estimate results from simulations of the eruption, transport and accumulation of magnetic flux during the past 300 years using a flux transport model with variable meridional flow. Variations in both the total flux and in just the flux that extends into the heliosphere (the open flux) are estimated, arising from the deposition of bipolar magnetic regions (active regions) and smaller-scale bright features (ephemeral regions) on the Sun's surface in strengths and numbers proportional to the sunspot number. The open flux compares reasonably well with the cosmogenic isotopes for

which variations arise, in part, from heliospheric modulation. This gives confidence that the approach is plausible. A small accumulation of total flux (and possibly ephemeral regions) produces a net increase in facular brightness, which, in combination with sunspot blocking, permits the reconstruction of total solar irradiance shown in Figure 2.17. There is a 0.04% increase from the Maunder Minimum to present-day cycle minima.

Prior to direct telescopic measurements of sunspots, which commenced around 1610, knowledge of solar activity is inferred indirectly from the $^{14}C$ and $^{10}Be$ cosmogenic isotope records in tree rings and ice cores, respectively, which exhibit solar-related cycles near 90, 200 and 2,300 years. Some studies of cosmogenic isotopes (Jirikowic and Damon, 1994) and spectral analysis of the sunspot record (Rigozo et al., 2001) suggest that solar activity during the 12th-century Medieval Solar Maximum was comparable to the present Modern Solar Maximum. Recent work attempts to account for the chain of physical processes in which solar magnetic fields modulate the heliosphere, in turn altering the penetration of the galactic cosmic rays, the flux of which produces the cosmogenic isotopes that are subsequently deposited in the terrestrial system following additional transport and chemical processes. An initial effort reported exceptionally high levels of solar activity in the past 70 years, relative to the preceding 8,000 years (Solanki et al., 2004). In contrast, when differences among isotopes records are taken into account and the $^{14}C$ record corrected for fossil fuel burning, current levels of solar activity are found to be historically high, but not exceptionally so (Muscheler et al., 2007).



**Figure 2.17.** *Reconstructions of the total solar irradiance time series starting as early as 1600. The upper envelope of the shaded regions shows irradiance variations arising from the 11-year activity cycle. The lower envelope is the total irradiance reconstructed by Lean (2000), in which the long-term trend was inferred from brightness changes in Sun-like stars. In comparison, the recent reconstruction of Y. Wang et al. (2005) is based on solar considerations alone, using a flux transport model to simulate the long-term evolution of the closed flux that generates bright faculae.*

**Table 2.10.** *Comparison of the estimates of the increase in RF from the 17th-century Maunder Minimum (MM) to contemporary solar minima, documenting new understanding since the TAR.*

| Reference | Assumptions and Technique | RF Increase from the Maunder Minimum to Contemporary Minima (W m$^{-2}$)[a] | Comment on Current Understanding |
|---|---|---|---|
| Schatten and Orosz (1990) | Extrapolation of the 11-year irradiance cycle to the MM, using the sunspot record. | ~ 0 | Irradiance levels at cycle minima remain approximately constant. |
| Lean et al. (1992) | No spots, plage or network in Ca images assumed during MM. | 0.26 | Maximum irradiance increase from a non-magnetic sun, due to changes in known bright features on contemporary solar disk. |
| Lean et al. (1992) | No spots, plage or network and reduced basal emission in cell centres in Ca images to match reduced brightness in non-cycling stars, assumed to be MM analogues. | 0.45 | New assessment of stellar data (Hall and Lockwood, 2004) does not support original stellar brightness distribution, or the use of the brightness reduction in the Baliunas and Jastrow (1990) 'non-cycling' stars as MM analogues. |
| Hoyt and Schatten (1993)[b] | Convective restructuring implied by changes in sunspot umbra/penumbra ratios from MM to present: amplitude of increase from MM to present based on brightness of non-cycling stars, from Lean et al. (1992). | 0.65 | As above |
| Lean et al. (1995) | Reduced brightness of non-cycling stars, relative to those with active cycles, assumed typical of MM. | 0.45 | As above |
| Solanki and Fligge (1999)[b] | Combinations of above. | 0.68 | As above |
| Lean (2000) | Reduced brightness of non-cycling stars (revised solar-stellar calibration) assumed typical of MM. | 0.38 | As above |
| Foster (2004) Model | Non-magnetic sun estimates by removing bright features from MDI images assumed for MM. | 0.28 | Similar approach to removal of spots, plage and network by Lean et al. (1992). |
| Y. Wang et al. (2005)[b] | Flux transport simulations of total magnetic flux evolution from MM to present. | 0.1 | Solar model suggests that modest accumulation of magnetic flux from one solar cycle to the next produces a modest increase in irradiance levels at solar cycle minima. |
| Dziembowski et al. (2001) | Helioseismic observations of solar interior oscillations suggest that the historical Sun could not have been any dimmer than current activity minima. | ~ 0 | |

Notes:

[a] The RF is the irradiance change divided by 4 (geometry) and multiplied by 0.7 (albedo). The solar activity cycle, which was negligible during the Maunder Minimum and is of order 1 W m$^{-2}$ (minimum to maximum) during recent cycles, is superimposed on the irradiance changes at cycle minima. When smoothed over 20 years, this cycle increases the net RF in the table by an additional 0.09 W m$^{-2}$.

[b] These reconstructions extend only to 1713, the end of the Maunder Minimum.

*2.7.1.2.2    Implications for solar radiative forcing*

In terms of plausible physical understanding, the most likely secular increase in total irradiance from the Maunder Minimum to current cycle minima is 0.04% (an irradiance increase of roughly 0.5 W m$^{-2}$ in 1,365 W m$^{-2}$), corresponding to an RF[11] of +0.1 W m$^{-2}$. The larger RF estimates in Table 2.10, in the range of +0.38 to +0.68 W m$^{-2}$, correspond to assumed changes in solar irradiance at cycle minima derived from brightness fluctuations in Sun-like stars that are no longer valid. Since the 11-year cycle amplitude has increased from the Maunder Minimum to the present, the total irradiance increase to the present-day cycle mean is 0.08%. From 1750 to the present there was a net 0.05% increase in total solar irradiance, according to the 11-year smoothed total solar irradiance time series of Y. Wang et al. (2005), shown in Figure 2.17. This corresponds to an RF of +0.12 W m$^{-2}$, which is more than a factor of two less than the solar RF estimate in the TAR, also from 1750 to the present. Using the Lean (2000) reconstruction (the lower envelope in Figure 2.17) as an upper limit, there is a 0.12% irradiance increase since 1750, for which the RF is +0.3 W m$^{-2}$. The lower limit of the irradiance increase from 1750 to the present is 0.026% due to the increase in the 11-year cycle only. The corresponding lower limit of the RF is +0.06 W m$^{-2}$. As with solar cycle changes, long-term irradiance variations are expected to have significant spectral dependence. For example, the Y. Wang et al. (2005) flux transport estimates imply decreases during the Maunder Minimum relative to contemporary activity cycle minima of 0.43% at 200 to 300 nm, 0.1% at 315 to 400 nm, 0.05% at 400 to 700 nm, 0.03% at 700 to 1,000 nm and 0.02% at 1,000 to 1,600 nm (Lean et al., 2005), compared with 1.4%, 0.32%, 0.17%, 0.1% and 0.06%, respectively, in the earlier model of Lean (2000).

### 2.7.1.3    Indirect Effects of Solar Variability

Approximately 1% of the Sun's radiant energy is in the UV portion of the spectrum at wavelengths below about 300 nm, which the Earth's atmosphere absorbs. Although of considerably smaller absolute energy than the total irradiance, solar UV radiation is fractionally more variable by at least an order of magnitude. It contributes significantly to changes in total solar irradiance (15% of the total irradiance cycle; Lean et al., 1997) and creates and modifies the ozone layer, but is not considered as a direct RF because it does not reach the troposphere. Since the TAR, new studies have confirmed and advanced the plausibility of indirect effects involving the modification of the stratosphere by solar UV irradiance variations (and possibly by solar-induced variations in the overlying mesosphere and lower thermosphere), with subsequent dynamical and radiative coupling to the troposphere (Section 9.2). Whether solar wind fluctuations

(Boberg and Lundstedt, 2002) or solar-induced heliospheric modulation of galactic cosmic rays (Marsh and Svensmark, 2000b) also contribute indirect forcings remains ambiguous.

As in the troposphere, anthropogenic effects, internal cycles (e.g., the Quasi-Biennial Oscillation) and natural influences all affect the stratosphere. It is now well established from both empirical and model studies that solar cycle changes in UV radiation alter middle atmospheric ozone concentrations (Fioletov et al., 2002; Geller and Smyshlyaev, 2002; Hood, 2003), temperatures and winds (Ramaswamy et al., 2001; Labitzke et al., 2002; Haigh, 2003; Labitzke, 2004; Crooks and Gray, 2005), including the Quasi-Biennial Oscillation (McCormack, 2003; Salby and Callaghan, 2004). In their recent survey of solar influences on climate, Gray et al. (2005) noted that updated observational analyses have confirmed earlier 11-year cycle signals in zonally averaged stratospheric temperature, ozone and circulation with increased statistical confidence. There is a solar-cycle induced increase in global total ozone of 2 to 3% at solar cycle maximum, accompanied by temperature responses that increase with altitude, exceeding 1°C around 50 km. However, the amplitudes and geographical and altitudinal patterns of these variations are only approximately known, and are not linked in an easily discernible manner to the forcing. For example, solar forcing appears to induce a significant lower stratospheric response (Hood, 2003), which may have a dynamical origin caused by changes in temperature affecting planetary wave propagation, but it is not currently reproduced by models.

When solar activity is high, the more complex magnetic configuration of the heliosphere reduces the flux of galactic cosmic rays in the Earth's atmosphere. Various scenarios have been proposed whereby solar-induced galactic cosmic ray fluctuations might influence climate (as surveyed by Gray et al., 2005). Carslaw et al. (2002) suggested that since the plasma produced by cosmic ray ionization in the troposphere is part of an electric circuit that extends from the Earth's surface to the ionosphere, cosmic rays may affect thunderstorm electrification. By altering the population of CCN and hence microphysical cloud properties (droplet number and concentration), cosmic rays may also induce processes analogous to the indirect effect of tropospheric aerosols. The presence of ions, such as produced by cosmic rays, is recognised as influencing several microphysical mechanisms (Harrison and Carslaw, 2003). Aerosols may nucleate preferentially on atmospheric cluster ions. In the case of low gas-phase sulphuric acid concentrations, ion-induced nucleation may dominate over binary sulphuric acid-water nucleation. In addition, increased ion nucleation and increased scavenging rates of aerosols in turbulent regions around clouds seem likely. Because of the difficulty in tracking the influence of one particular modification brought about by

---

[11] To estimate RF, the change in total solar irradiance is multiplied by 0.25 to account for Earth-Sun geometry and then multiplied by 0.7 to account for the planetary albedo (e.g., Ramaswamy et al., 2001). Ideally this resulting RF should also be reduced by 15% to account for solar variations in the UV below 300 nm (see Section 2.7.1.3) and further reduced by about 4% to account for stratospheric absorption of solar radiation above 300 nm and the resulting stratospheric adjustment (Hansen et al., 1997). However, these corrections are not made to the RF estimates in this report because they: 1) represent small adjustments to the RF; 2) may in part be compensated by indirect effects of solar-ozone interaction in the stratosphere (see Section 2.7.1.3); and 3) are not routinely reported in the literature.

ions through the long chain of complex interacting processes, quantitative estimates of galactic cosmic-ray induced changes in aerosol and cloud formation have not been reached.

Many empirical associations have been reported between globally averaged low-level cloud cover and cosmic ray fluxes (e.g., Marsh and Svensmark, 2000a,b). Hypothesised to result from changing ionization of the atmosphere from solar-modulated cosmic ray fluxes, an empirical association of cloud cover variations during 1984 to 1990 and the solar cycle remains controversial because of uncertainties about the reality of the decadal signal itself, the phasing or anti-phasing with solar activity, and its separate dependence for low, middle and high clouds. In particular, the cosmic ray time series does not correspond to global total cloud cover after 1991 or to global low-level cloud cover after 1994 (Kristjánsson and Kristiansen, 2000; Sun and Bradley, 2002) without unproven de-trending (Usoskin et al., 2004). Furthermore, the correlation is significant with low-level cloud cover based only on infrared (not visible) detection. Nor do multi-decadal (1952 to 1997) time series of cloud cover from ship synoptic reports exhibit a relationship to cosmic ray flux. However, there appears to be a small but statistically significant positive correlation between cloud over the UK and galactic cosmic ray flux during 1951 to 2000 (Harrison and Stephenson, 2006). Contrarily, cloud cover anomalies from 1900 to 1987 over the USA do have a signal at 11 years that is anti-phased with the galactic cosmic ray flux (Udelhofen and Cess, 2001). Because the mechanisms are uncertain, the apparent relationship between solar variability and cloud cover has been interpreted to result not only from changing cosmic ray fluxes modulated by solar activity in the heliosphere (Usoskin et al., 2004) and solar-induced changes in ozone (Udelhofen and Cess, 2001), but also from sea surface temperatures altered directly by changing total solar irradiance (Kristjánsson et al., 2002) and by internal variability due to the El Niño-Southern Oscillation (Kernthaler et al., 1999). In reality, different direct and indirect physical processes (such as those described in Section 9.2) may operate simultaneously.

The direct RF due to increase in solar irradiance is reduced from the TAR. The best estimate is $+0.12$ W m$^{-2}$ (90% confidence interval: $+0.06$ to $+0.30$ W m$^{-2}$). While there have been advances in the direct solar irradiance variation, there remain large uncertainties. The level of scientific understanding is elevated to low relative to TAR for solar forcing due to direct irradiance change, while declared as very low for cosmic ray influences (Section 2.9, Table 2.11).

### 2.7.2   Explosive Volcanic Activity

#### 2.7.2.1   *Radiative Effects of Volcanic Aerosols*

Volcanic sulphate aerosols are formed as a result of oxidation of the sulphur gases emitted by explosive volcanic eruptions into the stratosphere. The process of gas-to-particle conversion has an e-folding time of roughly 35 days (Bluth et al., 1992; Read et al., 1993). The e-folding time (by mass) for sedimentation of

sulphate aerosols is typically about 12 to 14 months (Lambert et al., 1993; Baran and Foot, 1994; Barnes and Hoffman, 1997; Bluth et al., 1997). Also emitted directly during an eruption are volcanic ash particulates (siliceous material). These are particles usually larger than 2 μm that sediment out of the stratosphere fairly rapidly due to gravity (within three months or so), but could also play a role in the radiative perturbations in the immediate aftermath of an eruption. Stratospheric aerosol data incorporated for climate change simulations tends to be mostly that of the sulphates (Sato et al., 1993; Stenchikov et al., 1998; Ramachandran et al., 2000; Hansen et al., 2002; Tett et al., 2002; Ammann et al., 2003). As noted in the Second Assessment Report (SAR) and the TAR, explosive volcanic events are episodic, but the stratospheric aerosols resulting from them yield substantial transitory perturbations to the radiative energy balance of the planet, with both shortwave and longwave effects sensitive to the microphysical characteristics of the aerosols (e.g., size distribution).

Long-term ground-based and balloon-borne instrumental observations have resulted in an understanding of the optical effects and microphysical evolution of volcanic aerosols (Deshler et al., 2003; Hofmann et al., 2003). Important ground-based observations of aerosol characteristics from pre-satellite era spectral extinction measurements have been analysed by Stothers (2001a,b), but they do not provide global coverage. Global observations of stratospheric aerosol over the last 25 years have been possible owing to a number of satellite platforms, for example, TOMS and TOVS have been used to estimate SO$_2$ loadings from volcanic eruptions (Krueger et al., 2000; Prata et al., 2003). The Stratospheric Aerosol and Gas Experiment (SAGE) and Stratospheric Aerosol Measurement (SAM) projects (e.g., McCormick, 1987) have provided vertically resolved stratospheric aerosol spectral extinction data for over 20 years, the longest such record. This data set has significant gaps in coverage at the time of the El Chichón eruption in 1982 (the second most important in the 20th century after Mt. Pinatubo in 1991) and when the aerosol cloud is dense; these gaps have been partially filled by lidar measurements and field campaigns (e.g., Antuña et al., 2003; Thomason and Peter, 2006).

Volcanic aerosols transported in the atmosphere to polar regions are preserved in the ice sheets, thus recording the history of the Earth's volcanism for thousands of years (Bigler et al., 2002; Palmer et al., 2002; Mosley-Thompson et al., 2003). However, the atmospheric loadings obtained from ice records suffer from uncertainties due to imprecise knowledge of the latitudinal distribution of the aerosols, depositional noise that can affect the signal for an individual eruption in a single ice core, and poor constraints on aerosol microphysical properties.

The best-documented explosive volcanic event to date, by way of reliable and accurate observations, is the 1991 eruption of Mt. Pinatubo. The growth and decay of aerosols resulting from this eruption have provided a basis for modelling the RF due to explosive volcanoes. There have been no explosive and climatically significant volcanic events since Mt. Pinatubo. As pointed out in Ramaswamy et al. (2001), stratospheric

aerosol concentrations are now at the lowest concentrations since the satellite era and global coverage began in about 1980. Altitude-dependent stratospheric optical observations at a few wavelengths, together with columnar optical and physical measurements, have been used to construct the time-dependent global field of stratospheric aerosol size distribution formed in the aftermath of volcanic events. The wavelength-dependent stratospheric aerosol single-scattering characteristics calculated for the solar and longwave spectrum are deployed in climate models to account for the resulting radiative (shortwave plus longwave) perturbations.

Using available satellite- and ground-based observations, Hansen et al. (2002) constructed a volcanic aerosols data set for the 1850 to 1999 period (Sato et al., 1993). This has yielded zonal mean vertically resolved aerosol optical depths for visible wavelengths and column average effective radii. Stenchikov et al. (2006) introduced a slight variation to this data set, employing UARS observations to modify the effective radii relative to Hansen et al. (2002), thus accounting for variations with altitude. Ammann et al. (2003) developed a data set of total aerosol optical depth for the period since 1890 that does not include the Krakatau eruption. The data set is based on empirical estimates of atmospheric loadings, which are then globally distributed using a simplified parametrization of atmospheric transport, and employs a fixed aerosol effective radius (0.42 μm) for calculating optical properties. The above data sets have essentially provided the bases for the volcanic aerosols implemented in virtually all of the models that have performed the 20th-century climate integrations (Stenchikov et al., 2006). Relative to Sato et al. (1993), the Ammann et al. (2003) estimate yields a larger value of the optical depth, by 20 to 30% in the second part of the 20th century, and by 50% for eruptions at the end of 19th and beginning of 20th century, for example, the 1902 Santa Maria eruption (Figure 2.18).

The global mean RF calculated using the Sato et al. (1993) data yields a peak in radiative perturbation of about –3 W m$^{-2}$ for the strong (rated in terms of emitted SO$_2$) 1860 and 1991 eruptions of Krakatau and Mt. Pinatubo, respectively. The value is reduced to about –2 W m$^{-2}$ for the relatively less intense El Chichón and Agung eruptions (Hansen et al., 2002). As expected from the arguments above, Ammann's RF is roughly 20 to 30% larger than Sato's RF.

Not all features of the aerosols are well quantified, and extending and improving the data sets remains an important area of research. This includes improved estimates of the aerosol size parameters (Bingen et al., 2004), a new approach for calculating aerosol optical characteristics using SAGE and UARS data (Bauman et al., 2003), and intercomparison of data from different satellites and combining them to fill gaps (Randall et al., 2001). While the aerosol characteristics are



**Figure 2.18.** *Visible (wavelength 0.55 μm) optical depth estimates of stratospheric sulphate aerosols formed in the aftermath of explosive volcanic eruptions that occurred between 1860 and 2000. Results are shown from two different data sets that have been used in recent climate model integrations. Note that the Ammann et al. (2003) data begins in 1890.*

better constrained for the Mt. Pinatubo eruption, and to some extent for the El Chichón and Agung eruptions, the reliability degrades for aerosols from explosive volcanic events further back in time as there are few, if any, observational constraints on their optical depth and size evolution.

The radiative effects due to volcanic aerosols from major eruptions are manifest in the global mean anomaly of reflected solar radiation; this variable affords a good estimate of radiative effects that can actually be tested against observations. However, unlike RF, this variable contains effects due to feedbacks (e.g., changes in cloud distributions) so that it is actually more a signature of the climate response. In the case of the Mt. Pinatubo eruption, with a peak global visible optical depth of about 0.15, simulations yield a large negative perturbation as noted above of about –3 W m$^{-2}$ (Ramachandran et al., 2000; Hansen et al., 2002) (see also Section 9.2). This modelled estimate of reflected solar radiation compares reasonably with ERBS observations (Minnis et al., 1993). However, the ERBS observations were for a relatively short duration, and the model-observation comparisons are likely affected by differing cloud effects in simulations and measurements. It is interesting to note (Stenchikov et al., 2006) that, in the Mt. Pinatubo case, the Goddard Institute for Space Studies (GISS) models that use the Sato et al. (1993) data yield an even greater solar reflection than the National Center for Atmospheric Research (NCAR) model that uses the larger (Ammann et al., 2003) optical depth estimate.

### 2.7.2.2 *Thermal, Dynamical and Chemistry Perturbations Forced by Volcanic Aerosols*

Four distinct mechanisms have been invoked with regards to the climate response to volcanic aerosol RF. First, these forcings can directly affect the Earth's radiative balance and thus alter surface temperature. Second, they introduce horizontal and vertical heating gradients; these can alter the stratospheric circulation, in turn affecting the troposphere. Third, the forcings can interact with internal climate system variability (e.g., El Niño-Southern Oscillation, North Atlantic Oscillation, Quasi-Biennial Oscillation) and dynamical noise, thereby triggering, amplifying or shifting these modes (see Section 9.2; Yang and Schlesinger, 2001; Stenchikov et al., 2004). Fourth, volcanic aerosols provide surfaces for heterogeneous chemistry affecting global stratospheric ozone distributions (Chipperfield et al., 2003) and perturbing other trace gases for a considerable period following an eruption. Each of the above mechanisms has its own spatial and temporal response pattern. In addition, the mechanisms could depend on the background state of the climate system, and thus on other forcings (e.g., due to well-mixed gases, Meehl et al., 2004), or interact with each other.

The complexity of radiative-dynamical response forced by volcanic impacts suggests that it is important to calculate aerosol radiative effects interactively within the model rather than prescribe them (Andronova et al., 1999; Broccoli et al., 2003). Despite differences in volcanic aerosol parameters employed, models computing the aerosol radiative effects interactively yield tropical and global mean lower-stratospheric warmings that are fairly consistent with each other and with observations (Ramachandran et al., 2000; Hansen et al., 2002; Yang and Schlesinger, 2002; Stenchikov et al., 2004; Ramaswamy et al., 2006b); however, there is a considerable range in the responses in the polar stratosphere and troposphere. The global mean warming of the lower stratosphere is due mainly to aerosol effects in the longwave spectrum, in contrast to the flux changes at the TOA that are essentially due to aerosol effects in the solar spectrum. The net radiative effects of volcanic aerosols on the thermal and hydrologic balance (e.g., surface temperature and moisture) have been highlighted by recent studies (Free and Angell, 2002; Jones et al., 2003; see Chapter 6; and see Chapter 9 for significance of the simulated responses and model-observation comparisons for 20th-century eruptions). A mechanism closely linked to the optical depth perturbation and ensuing warming of the tropical lower stratosphere is the potential change in the cross-tropopause water vapour flux (Joshi and Shine, 2003; see Section 2.3.7).

Anomalies in the volcanic-aerosol induced global radiative heating distribution can force significant changes in atmospheric circulation, for example, perturbing the equator-to-pole heating gradient (Stenchikov et al., 2002; Ramaswamy et al., 2006a; see Section 9.2) and forcing a positive phase of the Arctic Oscillation that in turn causes a counterintuitive boreal winter warming at middle and high latitudes over Eurasia and North America (Perlwitz and Graf, 2001; Stenchikov et al., 2002,

2004, 2006; Shindell et al., 2003b, 2004; Perlwitz and Harnik, 2003; Rind et al., 2005; Miller et al., 2006).

Stratospheric aerosols affect the chemistry and transport processes in the stratosphere, resulting in the depletion of ozone (Brasseur and Granier, 1992; Tie et al., 1994; Solomon et al., 1996; Chipperfield et al., 2003). Stenchikov et al. (2002) demonstrated a link between ozone depletion and Arctic Oscillation response; this is essentially a secondary radiative mechanism induced by volcanic aerosols through stratospheric chemistry. Stratospheric cooling in the polar region associated with a stronger polar vortex initiated by volcanic effects can increase the probability of formation of polar stratospheric clouds and therefore enhance the rate of heterogeneous chemical destruction of stratospheric ozone, especially in the NH (Tabazadeh et al., 2002). The above studies indicate effects on the stratospheric ozone layer in the wake of a volcanic eruption and under conditions of enhanced anthropogenic halogen loading. Interactive microphysics-chemistry-climate models (Rozanov et al., 2002, 2004; Shindell et al., 2003b; Timmreck et al., 2003; Dameris et al., 2005) indicate that aerosol-induced stratospheric heating affects the dispersion of the volcanic aerosol cloud, thus affecting the spatial RF. However the models' simplified treatment of aerosol microphysics introduces biases; further, they usually overestimate the mixing at the tropopause level and intensity of meridional transport in the stratosphere (Douglass et al., 2003; Schoeberl et al., 2003). For present climate studies, it is practical to utilise simpler approaches that are reliably constrained by aerosol observations.

Because of its episodic and transitory nature, it is difficult to give a best estimate for the volcanic RF, unlike the other agents. Neither a best estimate nor a level of scientific understanding was given in the TAR. For the well-documented case of the explosive 1991 Mt. Pinatubo eruption, there is a good scientific understanding. However, the limited knowledge of the RF associated with prior episodic, explosive events indicates a low level of scientific understanding (Section 2.9, Table 2.11).

## 2.8   Utility of Radiative Forcing

The TAR and other assessments have concluded that RF is a useful tool for estimating, to a first order, the relative global climate impacts of differing climate change mechanisms (Ramaswamy et al., 2001; Jacob et al., 2005). In particular, RF can be used to estimate the relative equilibrium globally averaged surface temperature change due to different forcing agents. However, RF is not a measure of other aspects of climate change or the role of emissions (see Sections 2.2 and 2.10). Previous GCM studies have indicated that the climate sensitivity parameter was more or less constant (varying by less than 25%) between mechanisms (Ramaswamy et al., 2001; Chipperfield et al., 2003). However, this level of agreement was found not to hold for certain mechanisms such as ozone changes at some altitudes and changes in absorbing aerosol.

Because the climate responses, and in particular the equilibrium climate sensitivities, exhibited by GCMs vary by much more than 25% (see Section 9.6), Ramaswamy et al. (2001) and Jacob et al. (2005) concluded that RF is the most simple and straightforward measure for the quantitative assessment of climate change mechanisms, especially for the LLGHGs. This section discusses the several studies since the TAR that have examined the relationship between RF and climate response. Note that this assessment is entirely based on climate model simulations.

### 2.8.1   Vertical Forcing Patterns and Surface Energy Balance Changes

The vertical structure of a forcing agent is important both for efficacy (see Section 2.8.5) and for other aspects of climate response, particularly for evaluating regional and vertical patterns of temperature change and also changes in the hydrological cycle. For example, for absorbing aerosol, the surface forcings are arguably a more useful measure of the climate response (particularly for the hydrological cycle) than the RF (Ramanathan et al., 2001a; Menon et al., 2002b). It should be noted that a perturbation to the surface energy budget involves sensible and latent heat fluxes besides solar and longwave irradiance; therefore, it can quantitatively be very different from the RF, which is calculated at the tropopause, and thus is not representative of the energy balance perturbation to the surface-troposphere (climate) system. While the surface forcing adds to the overall description of the total perturbation brought about by an agent, the RF and surface forcing should not be directly compared nor should the surface forcing be considered in isolation for evaluating the climate response (see, e.g., the caveats expressed in Manabe and Wetherald, 1967; Ramanathan, 1981). Therefore, surface forcings are presented as an important and useful diagnostic tool that aids understanding of the climate response (see Sections 2.9.4 and 2.9.5).

### 2.8.2   Spatial Patterns of Radiative Forcing

Each RF agent has a unique spatial pattern (see, e.g., Figure 6.7 in Ramaswamy et al., 2001). When combining RF agents it is not just the global mean RF that needs to be considered. For example, even with a net global mean RF of zero, significant regional RFs can be present and these can affect the global mean temperature response (see Section 2.8.5). Spatial patterns of RF also affect the pattern of climate response. However, note that, to first order, very different RF patterns can have similar patterns of surface temperature response and the location of maximum RF is rarely coincident with the location of maximum response (Boer and Yu, 2003b). Identification of different patterns of response is particularly important for attributing past climate change to particular mechanisms, and is also important for the prediction of regional patterns of future climate change. This chapter employs RF as the method for ranking the effect of a forcing agent on the equilibrium global temperature change,

and only this aspect of the forcing-response relationship is discussed. However, patterns of RF are presented as a diagnostic in Section 2.9.5.

### 2.8.3   Alternative Methods of Calculating Radiative Forcing

RFs are increasingly being diagnosed from GCM integrations where the calculations are complex (Stuber et al., 2001b; Tett et al., 2002; Gregory et al., 2004). This chapter also discusses several mechanisms that include some response in the troposphere, such as cloud changes. These mechanisms are not initially radiative in nature, but will eventually lead to a radiative perturbation of the surface-troposphere system that could conceivably be measured at the TOA. Jacob et al. (2005) refer to these mechanisms as non-radiative forcings (see also Section 2.2). Alternatives to the standard stratospherically adjusted RF definition have been proposed that may help account for these processes. Since the TAR, several studies have employed GCMs to diagnose the zero-surface-temperature-change RF (see Figure 2.2 and Section 2.2). These studies have used a number of different methodologies. Shine et al. (2003) fixed both land and sea surface temperatures globally and calculated a radiative energy imbalance: this technique is only feasible in GCMs with relatively simple land surface parametrizations. Hansen et al. (2005) fixed sea surface temperatures and calculated an RF by adding an extra term to the radiative imbalance that took into account how much the land surface temperatures had responded. Sokolov (2006) diagnosed the zero-surface-temperature-change RF by computing surface-only and atmospheric-only components of climate feedback separately in a slab model and then modifying the stratospherically adjusted RF by the atmospheric-only feedback component. Gregory et al. (2004; see also Hansen et al., 2005; Forster and Taylor, 2006) used a regression method with a globally averaged temperature change ordinate to diagnose the zero-surface-temperature-change RF: this method had the largest uncertainties. Shine et al. (2003), Hansen et al. (2005) and Sokolov (2006) all found that that the fixed-surface-temperature RF was a better predictor of the equilibrium global mean surface temperature response than the stratospherically adjusted RF. Further, it was a particularly useful diagnostic for changes in absorbing aerosol where the stratospherically adjusted RF could fail as a predictor of the surface temperature response (see Section 2.8.5.5). Differences between the zero-surface-temperature-change RF and the stratospherically adjusted RF can be caused by semi-direct and cloud-aerosol interaction effects beyond the cloud albedo RF. For most mechanisms, aside from the case of certain aerosol changes, the difference is likely to be small (Shine et al., 2003; Hansen et al., 2005; Sokolov, 2006). These calculations also remove problems associated with defining the tropopause in the stratospherically adjusted RF definition (Shine et al., 2003; Hansen et al., 2005). However, stratospherically adjusted RF has the advantage that it does not depend on relatively uncertain components of a GCM's response, such as cloud

changes. For the LLGHGs, the stratospherically adjusted RF also has the advantage that it is readily calculated in detailed off-line radiation codes. For these reasons, the stratospherically adjusted RF is retained as the measure of comparison used in this chapter (see Section 2.2). However, to first order, all methods are comparable and all prove useful for understanding climate response.

### 2.8.4 Linearity of the Forcing-Response Relationship

Reporting findings from several studies, the TAR concluded that responses to individual RFs could be linearly added to gauge the global mean response, but not necessarily the regional response (Ramaswamy et al., 2001). Since then, studies with several equilibrium and/or transient integrations of several different GCMs have found no evidence of any nonlinearity for changes in greenhouse gases and sulphate aerosol (Boer and Yu, 2003b; Gillett et al., 2004; Matthews et al., 2004; Meehl et al., 2004). Two of these studies also examined realistic changes in many other forcing agents without finding evidence of a nonlinear response (Meehl et al., 2004; Matthews et al., 2004). In all four studies, even the regional changes typically added linearly. However, Meehl et al. (2004) observed that neither precipitation changes nor all regional temperature changes were linearly additive. This linear relationship also breaks down for global mean temperatures when aerosol-cloud interactions beyond the cloud albedo RF are included in GCMs (Feichter et al., 2004; see also Rotstayn and Penner, 2001; Lohmann and Feichter, 2005). Studies that include these effects modify clouds in their models, producing an additional radiative imbalance. Rotstayn and Penner (2001) found that if these aerosol-cloud effects are accounted for as additional forcing terms, the inference of linearity can be restored (see Sections 2.8.3 and 2.8.5). Studies also find nonlinearities for large negative RFs, where static stability changes in the upper troposphere affect the climate feedback (e.g., Hansen et al., 2005). For the magnitude and range of realistic RFs discussed in this chapter, and excluding cloud-aerosol interaction effects, there is high confidence in a linear relationship between global mean RF and global mean surface temperature response.

### 2.8.5 Efficacy and Effective Radiative Forcing

Efficacy (E) is defined as the ratio of the climate sensitivity parameter for a given forcing agent ($\lambda_i$) to the climate sensitivity parameter for $CO_2$ changes, that is, $E_i = \lambda_i / \lambda_{CO_2}$ (Joshi et al., 2003; Hansen and Nazarenko, 2004). Efficacy can then be used to define an effective RF (= $E_i$ $RF_i$) (Joshi et al., 2003; Hansen et al., 2005). For the effective RF, the climate sensitivity parameter is independent

of the mechanism, so comparing this forcing is equivalent to comparing the equilibrium global mean surface temperature change. That is, $\Delta T_s = \lambda_{CO_2} \times E_i \times RF_i$. Preliminary studies have found that efficacy values for a number of forcing agents show less model dependency than the climate sensitivity values (Joshi et al., 2003). Effective RFs have been used get one step closer to an estimator of the likely surface temperature response than can be achieved by using RF alone (Sausen and Schumann, 2000; Hansen et al., 2005; Lohmann and Feichter, 2005). Adopting the zero-surface-temperature-change RF, which has efficacies closer to unity, may be another way of achieving similar goals (see Section 2.8.3). This section assesses the efficacy associated with stratospherically adjusted RF, as this is the definition of RF adopted in this chapter (see Section 2.2). Therefore, cloud-aerosol interaction effects beyond the cloud albedo RF are included in the efficacy term. The findings presented in this section are from an assessment of all the studies referenced in the caption of Figure 2.19, which presents a synthesis of efficacy results. As space is limited not all these studies are explicitly discussed in the main text.

#### 2.8.5.1 Generic Understanding

Since the TAR, several GCM studies have calculated efficacies and a general understanding is beginning to emerge as to how and why efficacies vary between mechanisms. The initial climate state, and the sign and magnitude of the RF have less importance but can still affect efficacy (Boer and Yu, 2003a; Joshi et al., 2003; Hansen et al., 2005). These studies have also



**Figure 2.19.** Efficacies as calculated by several GCM models for realistic changes in RF agents. Letters are centred on efficacy value and refer to the literature study that the value is taken from (see text of Section 2.8.5 for details and further discussion). In each RF category, only one result is taken per model or model formulation. Cloud-albedo efficacies are evaluated in two ways: the standard letters include cloud lifetime effects in the efficacy term and the letters with asterisks exclude these effects. Studies assessed in the figure are: a) Hansen et al. (2005); b) Wang et al. (1991); c) Wang et al. (1992); d) Govindasamy et al. (2001b); e) Lohmann and Feichter (2005); f) Forster et al. (2000); g) Joshi et al. (2003; see also Stuber et al., 2001a); h) Gregory et al. (2004); j) Sokolov (2006); k) Cook and Highwood (2004); m) Mickley et al. (2004); n) Rotstayn and Penner (2001); o) Roberts and Jones (2004) and p) Williams et al. (2001a).

developed useful conceptual models to help explain variations in efficacy with forcing mechanism. The efficacy primarily depends on the spatial structure of the forcings and the way they project onto the various different feedback mechanisms (Boer and Yu, 2003b). Therefore, different patterns of RF and any nonlinearities in the forcing response relationship affects the efficacy (Boer and Yu, 2003b; Joshi et al., 2003; Hansen et al., 2005; Stuber et al., 2005; Sokolov, 2006). Many of the studies presented in Figure 2.19 find that both the geographical and vertical distribution of the forcing can have the most significant effect on efficacy (in particular see Boer and Yu, 2003b; Joshi et al., 2003; Stuber et al., 2005; Sokolov, 2006). Nearly all studies that examine it find that high-latitude forcings have higher efficacies than tropical forcings. Efficacy has also been shown to vary with the vertical distribution of an applied forcing (Hansen et al., 1997; Christiansen, 1999; Joshi et al., 2003; Cook and Highwood, 2004; Roberts and Jones, 2004; Forster and Joshi, 2005; Stuber et al., 2005; Sokolov, 2006). Forcings that predominately affect the upper troposphere are often found to have smaller efficacies compared to those that affect the surface. However, this is not ubiquitous as climate feedbacks (such as cloud and water vapour) will depend on the static stability of the troposphere and hence the sign of the temperature change in the upper troposphere (Govindasamy et al., 2001b; Joshi et al., 2003; Sokolov, 2006).

### 2.8.5.2    Long-Lived Greenhouse Gases

The few models that have examined efficacy for combined LLGHG changes generally find efficacies slightly higher than 1.0 (Figure 2.19). Further, the most recent result from the NCAR Community Climate Model (CCM3) GCM (Govindasamy et al., 2001b) indicates an efficacy of over 1.2 with no clear reason of why this changed from earlier versions of the same model. Individual LLGHG efficacies have only been analysed in two or three models. Two GCMs suggest higher efficacies from individual components (over 30% for CFCs in Hansen et al., 2005). In contrast another GCM gives efficacies for CFCs (Forster and Joshi, 2005) and $CH_4$ (Berntsen et al., 2005) that are slightly less than one. Overall there is medium confidence that the observed changes in the combined LLGHG changes have an efficacy close to 1.0 (within 10%), but there are not enough studies to constrain the efficacies for individual species.

### 2.8.5.3    Solar

Solar changes, compared to $CO_2$, have less high-latitude RF and more of the RF realised at the surface. Established but incomplete knowledge suggests that there is partial compensation between these effects, at least in some models, which leads to solar efficacies close to 1.0. All models with a positive solar RF find efficacies of 1.0 or smaller. One study finds a smaller efficacy than other models (0.63: Gregory et al., 2004). However, their unique methodology for calculating climate sensitivity has large uncertainties (see Section 2.8.4). These studies have only examined solar RF from total solar irradiance change; any indirect solar effects (see Section 2.7.1.3) are not included in this efficacy estimate. Overall, there is medium confidence that the direct solar efficacy is within the 0.7 to 1.0 range.

### 2.8.5.4    Ozone

Stratospheric ozone efficacies have normally been calculated from idealised ozone increases. Experiments with three models (Stuber et al., 2001a; Joshi et al., 2003; Stuber et al., 2005) found higher efficacies for such changes; these were due to larger than otherwise tropical tropopause temperature changes which led to a positive stratospheric water vapour feedback. However, this mechanism may not operate in the two versions of the GISS model, which found smaller efficacies. Only one study has used realistic stratospheric ozone changes (see Figure 2.19); thus, knowledge is still incomplete. Conclusions are only drawn from the idealised studies where there is (1) medium confidence that the efficacy is within a 0.5 to 2.0 range and (2) established but incomplete physical understanding of how and why the efficacy could be larger than 1.0. There is medium confidence that for realistic tropospheric ozone perturbations the efficacy is within the 0.6 to 1.1 range.

### 2.8.5.5    Scattering Aerosol

For idealised global perturbations, the efficacy for the direct effect of scattering aerosol is very similar to that for changes in the solar constant (Cook and Highwood, 2004). As for ozone, realistic perturbations of scattering aerosol exhibit larger changes at higher latitudes and thus have a higher efficacy than solar changes (Hansen et al., 2005). Although the number of modelling results is limited, it is expected that efficacies would be similar to other solar effects; thus there is medium confidence that efficacies for scattering aerosol would be in the 0.7 to 1.1 range. Efficacies are likely to be similar for scattering aerosol in the troposphere and stratosphere.

With the formulation of RF employed in this chapter, the efficacy of the cloud albedo RF accounts for cloud lifetime effects (Section 2.8.3). Only two studies contained enough information to calculate efficacy in this way and both found efficacies higher than 1.0. However, the uncertainties in quantifying the cloud lifetime effect make this efficacy very uncertain. If cloud lifetime effects were excluded from the efficacy term, the cloud albedo efficacy would very likely be similar to that of the direct effect (see Figure 2.19).

### 2.8.5.6    Absorbing Aerosol

For absorbing aerosols, the simple ideas of a linear forcing-response relationship and efficacy can break down (Hansen et al., 1997; Cook and Highwood, 2004; Feichter et al., 2004; Roberts and Jones, 2004; Hansen et al., 2005; Penner et al., 2007). Aerosols within a particular range of single scattering albedos have negative RFs but induce a global mean warming, that is, the efficacy can be negative. The surface albedo and

height of the aerosol layer relative to the cloud also affects this relationship (Section 7.5; Penner et al., 2003; Cook and Highwood, 2004; Feichter et al., 2004; Johnson et al., 2004; Roberts and Jones, 2004; Hansen et al., 2005). Studies that increase BC in the planetary boundary layer find efficacies much larger than 1.0 (Cook and Highwood, 2004; Roberts and Jones, 2004; Hansen et al., 2005). These studies also find that efficacies are considerably smaller than 1.0 when BC aerosol is changed above the boundary layer. These changes in efficacy are at least partly attributable to a semi-direct effect whereby absorbing aerosol modifies the background temperature profile and tropospheric cloud (see Section 7.5). Another possible feedback mechanism is the modification of snow albedo by BC aerosol (Hansen and Nazarenko, 2004; Hansen et al., 2005); however, this report does not classify this as part of the response, but rather as a separate RF (see Section 2.5.4 and 2.8.5.7). Most GCMs likely have some representation of the semi-direct effect (Cook and Highwood, 2004) but its magnitude is very uncertain (see Section 7.5) and dependent on aspects of cloud parametrizations within GCMs (Johnson, 2005). Two studies using realistic vertical and horizontal distributions of BC find that overall the efficacy is around 0.7 (Hansen et al., 2005; Lohmann and Feichter, 2005). However, Hansen et al. (2005) acknowledge that they may have underestimated BC within the boundary layer and another study with realistic vertical distribution of BC changes finds an efficacy of 1.3 (Sokolov, 2006). Further, Penner et al. (2007) also modelled BC changes and found efficacies very much larger and very much smaller than 1.0 for biomass and fossil fuel carbon, respectively (Hansen et al. (2005) found similar efficacies for biomass and fossil fuel carbon). In summary there is no consensus as to BC efficacy and this may represent problems with the stratospherically adjusted definition of RF (see Section 2.8.3).

### 2.8.5.7    *Other Forcing Agents*

Efficacies for some other effects have been evaluated by one or two modelling groups. Hansen et al. (2005) found that land use albedo RF had an efficacy of roughly 1.0, while the BC-snow albedo RF had an efficacy of 1.7. Ponater et al. (2005) found an efficacy of 0.6 for contrail RF and this agrees with a suggestion from Hansen et al. (2005) that high-cloud changes should have smaller efficacies. The results of Hansen et al. (2005) and Forster and Shine (1999) suggest that stratospheric water vapour efficacies are roughly one.

### 2.8.6    Efficacy and the Forcing-Response Relationship

Efficacy is a new concept introduced since the TAR and its physical understanding is becoming established (see Section 2.8.5). When employing the stratospherically adjusted RF, there is medium confidence that efficacies are within the 0.75 to 1.25 range for most realistic RF mechanisms aside from aerosol and stratospheric ozone changes. There is medium confidence that realistic aerosol and ozone changes have efficacies within the

0.5 to 2.0 range. Further, zero-surface-temperature-change RFs are very likely to have efficacies significantly closer to 1.0 for all mechanisms. It should be noted that efficacies have only been evaluated in GCMs and actual climate efficacies could be different from those quoted in Section 2.8.5.

## 2.9    Synthesis

This section begins by synthesizing the discussion of the RF concept. It presents summaries of the global mean RFs assessed in earlier sections and discusses time evolution and spatial patterns of RF. It also presents a brief synthesis of surface forcing diagnostics. It breaks down the analysis of RF in several ways to aid and advance the understanding of the drivers of climate change.

RFs are calculated in various ways depending on the agent: from changes in emissions and/or changes in concentrations; and from observations and other knowledge of climate change drivers. Current RF depends on present-day concentrations of a forcing agent, which in turn depend on the past history of emissions. Some climate response to these RFs is expected to have already occurred. Additionally, as RF is a comparative measure of equilibrium climate change and the Earth's climate is not in an equilibrium state, additional climate change in the future is also expected from present-day RFs (see Sections 2.2 and 10.7). As previously stated in Section 2.2, RF alone is not a suitable metric for weighting emissions; for this purpose, the lifetime of the forcing agent also needs to be considered (see Sections 2.9.4 and 2.10).

RFs are considered external to the climate system (see Section 2.2). Aside from the natural RFs (solar, volcanoes), the other RFs are considered to be anthropogenic (i.e., directly attributable to human activities). For the LLGHGs it is assumed that all changes in their concentrations since pre-industrial times are human-induced (either directly through emissions or from land use changes); these concentration changes are used to calculate the RF. Likewise, stratospheric ozone changes are also taken from satellite observations and changes are primarily attributed to Montreal-Protocol controlled gases, although there may also be a climate feedback contribution to these trends (see Section 2.3.4). For the other RFs, anthropogenic emissions and/ or human-induced land use changes are used in conjunction with CTMs and/or GCMs to estimate the anthropogenic RF.

### 2.9.1    Uncertainties in Radiative Forcing

The TAR assessed uncertainties in global mean RF by attaching an error bar to each RF term that was 'guided by the range of published values and physical understanding'. It also quoted a level of scientific understanding (LOSU) for each RF, which was a subjective judgment of the estimate's reliability.

The concept of LOSU has been slightly modified based on the IPCC Fourth Assessment Report (AR4) uncertainty guidelines. Error bars now represent the 5 to 95% (90%)

confidence range (see Box TS.1). Only 'well-established' RFs are quantified. 'Well established' implies that there is qualitatively both sufficient evidence and sufficient consensus from published results to estimate a central RF estimate and a range. 'Evidence' is assessed by an A to C grade, with an A grade implying strong evidence and C insufficient evidence. Strong evidence implies that observations have verified aspects of the RF mechanism and that there is a sound physical model to explain the RF. 'Consensus' is assessed by assigning a number between 1 and 3, where 1 implies a good deal of consensus and 3 insufficient consensus. This ranks the number of studies, how well studies agree on quantifying the RF and especially how well observation-based studies agree with models. The product of 'Evidence' and 'Consensus' factors give the LOSU rank. These ranks are high, medium, medium-low, low or very low. Ranks of very low are not evaluated. The quoted 90% confidence range of RF quantifies the value uncertainty, as derived from the expert assessment of published values and their ranges. For most RFs, many studies have now been published, which generally makes the sampling of parameter space more complete and the value uncertainty more realistic, compared to the TAR. This is particularly true for both the direct and cloud albedo aerosol RF (see Section 2.4). Table 2.11 summarises the key certainties and uncertainties and indicates the basis for the 90% confidence range estimate. Note that the aerosol terms will have added uncertainties due to the uncertain semi-direct and cloud lifetime effects. These uncertainties in the response to the RF (efficacy) are discussed in Section 2.8.5.

Table 2.11 indicates that there is now stronger evidence for most of the RFs discussed in this chapter. Some effects are not quantified, either because they do not have enough evidence or because their quantification lacks consensus. These include certain mechanisms associated with land use, stratospheric water vapour and cosmic rays. Cloud lifetime and the semi-direct effects are also excluded from this analysis as they are deemed to be part of the climate response (see Section 7.5). The RFs from the LLGHGs have both a high degree of consensus and a very large amount of evidence and, thereby, place understanding of these effects at a considerably higher level than any other effect.

### 2.9.2   Global Mean Radiative Forcing

The RFs discussed in this chapter, their uncertainty ranges and their efficacies are summarised in Figure 2.20 and Table 2.12. Radiative forcings from forcing agents have been combined into their main groupings. This is particularly useful for aerosol as its total direct RF is considerably better constrained than the RF from individual aerosol types (see Section 2.4.4). Table 2.1 gives a further component breakdown of RF for the LLGHGs. Radiative forcings are the stratospherically adjusted RF and they have not been multiplied by efficacies (see Sections 2.2 and 2.8).

In the TAR, no estimate of the total combined RF from all anthropogenic forcing agents was given because: a) some of the forcing agents did not have central or best estimates; b) a

degree of subjectivity was included in the error estimates; and c) uncertainties associated with the linear additivity assumption and efficacy had not been evaluated. Some of these limitations still apply. However, methods for objectively adding the RF of individual species have been developed (e.g., Schwartz and Andreae, 1996; Boucher and Haywood, 2001). In addition, as efficacies are now better understood and quantified (see Section 2.8.5), and as the linear additivity assumption has been more thoroughly tested (see Section 2.8.4), it becomes scientifically justifiable for RFs from different mechanisms to be combined, with certain exceptions as noted below. Adding together the anthropogenic RF values shown in panel (A) of Figure 2.20 and combining their individual uncertainties gives the probability density functions (PDFs) of RF that are shown in panel (B). Three PDFs are shown: the combined RF from greenhouse gas changes (LLGHGs and ozone); the combined direct aerosol and cloud albedo RFs and the combination of all anthropogenic RFs. The solar RF is not included in any of these distributions. The PDFs are generated by combining the 90% confidence estimates for the RFs, assuming independence and employing a one-million point Monte Carlo simulation to derive the PDFs (see Boucher and Haywood, 2001; and Figure 2.20 caption for details).

The PDFs show that LLGHGs and ozone contribute a positive RF of $+2.9 \pm 0.3$ W m$^{-2}$. The combined aerosol direct and cloud albedo effect exert an RF that is virtually certain to be negative, with a median RF of $-1.3$ W m$^{-2}$ and a $-2.2$ to $-0.5$ W m$^{-2}$ 90% confidence range. The asymmetry in the combined aerosol PDF is caused by the estimates in Tables 2.6 and 2.7 being non-Gaussian. The combined net RF estimate for all anthropogenic drivers has a value of $+1.6$ W m$^{-2}$ with a 0.6 to 2.4 W m$^{-2}$ 90% confidence range. Note that the RFs from surface albedo change, stratospheric water vapour change and persistent contrails are only included in the combined anthropogenic PDF and not the other two.

Statistically, the PDF shown in Figure 2.20 indicates just a 0.2% probability that the total RF from anthropogenic agents is negative, which would suggest that it is virtually certain that the combined RF from anthropogenic agents is positive. Additionally, the PDF presented here suggests that it is extremely likely that the total anthropogenic RF is larger than $+0.6$ W m$^{-2}$. This combined anthropogenic PDF is better constrained than that shown in Boucher and Haywood (2001) because each of the individual RFs have been quantified to 90% confidence levels, enabling a more definite assessment, and because the uncertainty in some of the RF estimates is considerably reduced. For example, modelling of the total direct RF due to aerosols is better constrained by satellite and surface-based observations (Section 2.4.2), and the current estimate of the cloud albedo indirect effect has a best estimate and uncertainty associated with it, rather than just a range. The LLGHG RF has also increased by 0.20 W m$^{-2}$ since 1998, making a positive RF more likely than in Boucher and Haywood (2001).

Nevertheless, there are some structural uncertainties associated with the assumptions used in the construction of

**Table 2.11.** *Uncertainty assessment of forcing agents discussed in this chapter. Evidence for the forcing is given a grade (A to C), with A implying strong evidence and C insufficient evidence. The degree of consensus among forcing estimates is given a 1, 2 or 3 grade, where grade 1 implies a good deal of consensus and grade 3 implies an insufficient consensus. From these two factors, a level of scientific understanding is determined (LOSU). Uncertainties are in approximate order of importance with first-order uncertainties listed first.*

| | Evidence | Consensus | LOSU | Certainties | Uncertainties | Basis of RF range |
|---|---|---|---|---|---|---|
| LLGHGs | A | 1 | High | Past and present concentrations; spectroscopy | Pre-industrial concentrations of some species; vertical profile In stratosphere; spectroscopic strength of minor gases | Uncertainty assessment of measured trends from different observed data sets and differences between radiative transfer models |
| Stratospheric ozone | A | 2 | Medium | Measured trends and its vertical profile since 1980; cooling of stratosphere; spectroscopy | Changes prior to 1970; trends near tropopause; effect of recent trends | Range of model results weighted to calculations employing trustworthy observed ozone trend data |
| Tropospheric ozone | A | 2 | Medium | Present-day concentration at surface and some knowledge of vertical and spatial structure of concentrations and emissions; spectroscopy | Pre-industrial values and role of changes in lightning; vertical structure of trends near tropopause; aspects of emissions and chemistry | Range of published model results, upper bound increased to account for anthropogenic trend in lightning |
| Stratospheric water vapour from $CH_4$ | A | 3 | Low | Global trends since 1990; $CH_4$ contribution to trend; spectroscopy | Global trends prior to 1990; radiative transfer in climate models; CTM models of $CH_4$ oxidation | Range based on uncertainties in $CH_4$ contribution to trend and published RF estimates |
| Direct aerosol | A | 2 to 3 | Medium to Low | Ground-based and satellite observations; some source regions and modelling | Emission sources and their history vertical structure of aerosol, optical properties, mixing and separation from natural background aerosol | Range of published model results with allowances made for comparisons with satellite data |
| Cloud albedo effect (all aerosols) | B | 3 | Low | Observed in case studies – e.g., ship tracks; GCMs model an effect | Lack of direct observational evidence of a global forcing | Range of published model results and published results where models have been constrained by satellite data |
| Surface albedo (land use) | A | 2 to 3 | Medium to Low | Some quantification of deforestation and desertification | Separation of anthropogenic changes from natural | Based on range of published estimates and published uncertainty analyses |
| Surface albedo (BC aerosol on snow) | B | 3 | Low | Estimates of BC aerosol on snow; some model studies suggest link | Separation of anthropogenic changes from natural; mixing of snow and BC aerosol; quantification of RF | Estimates based on a few published model studies |
| Persistent linear Contrails | A | 3 | Low | Cirrus radiative and microphysical properties; aviation emissions; contrail coverage in certain regions | Global contrail coverage and optical properties | Best estimate based on recent work and range from published model results |

*Table 2.11 (continued)*

| | Evidence | Consensus | LOSU | Certainties | Uncertainties | Basis of RF range |
|---|---|---|---|---|---|---|
| Solar irradiance | B | 3 | Low | Measurements over last 25 years; proxy indicators of solar activity | Relationship between proxy data and total solar irradiance; indirect ozone effects | Range from available reconstructions of solar irradiance and their qualitative assessment |
| Volcanic aerosol | A | 3 | Low | Observed aerosol changes from Mt. Pinatubo and El Chichón; proxy data for past eruptions; radiative effect of volcanic aerosol | Stratospheric aerosol concentrations from pre-1980 eruptions; atmospheric feedbacks | Past reconstructions/estimates of explosive volcanoes and observations of Mt. Pinatubo aerosol |
| Stratospheric water vapour from causes other than $CH_4$ oxidation | C | 3 | Very Low | Empirical and simple model studies suggest link; spectroscopy | Other causes of water vapour trends poorly understood | Not given |
| Tropospheric water vapour from irrigation | C | 3 | Very Low | Process understood; spectroscopy; some regional information | Global injection poorly quantified | Not given |
| Aviation-induced cirrus | C | 3 | Very Low | Cirrus radiative and microphysical properties; aviation emissions; contrail coverage in certain regions | Transformation of contrails to cirrus; aviation's effect on cirrus clouds | Not given |
| Cosmic rays | C | 3 | Very Low | Some empirical evidence and some observations as well as microphysical models suggest link to clouds | General lack/doubt regarding physical mechanism; dependence on correlation studies | Not given |
| Other surface effects | C | 3 | Very Low | Some model studies suggest link and some evidence of relevant processes | Quantification of RF and interpretation of results in forcing feedback context difficult | Not given |



**Figure 2.20.** *(A) Global mean RFs from the agents and mechanisms discussed in this chapter, grouped by agent type. Anthropogenic RFs and the natural direct solar RF are shown. The plotted RF values correspond to the bold values in Table 2.12. Columns indicate other characteristics of the RF; efficacies are not used to modify the RFs shown. Time scales represent the length of time that a given RF term would persist in the atmosphere after the associated emissions and changes ceased. No $CO_2$ time scale is given, as its removal from the atmosphere involves a range of processes that can span long time scales, and thus cannot be expressed accurately with a narrow range of lifetime values. The scientific understanding shown for each term is described in Table 2.11. (B) Probability distribution functions (PDFs) from combining anthropogenic RFs in (A). Three cases are shown: the total of all anthropogenic RF terms (block filled red curve; see also Table 2.12); LLGHGs and ozone RFs only (dashed red curve); and aerosol direct and cloud albedo RFs only (dashed blue curve). Surface albedo, contrails and stratospheric water vapour RFs are included in the total curve but not in the others. For all of the contributing forcing agents, the uncertainty is assumed to be represented by a normal distribution (and 90% confidence intervals) with the following exceptions: contrails, for which a lognormal distribution is assumed to account for the fact that the uncertainty is quoted as a factor of three; and tropospheric ozone, the direct aerosol RF (sulphate, fossil fuel organic and black carbon, biomass burning aerosols) and the cloud albedo RF, for which discrete values based on Figure 2.9, Table 2.6 and Table 2.7 are randomly sampled. Additional normal distributions are included in the direct aerosol effect for nitrate and mineral dust, as these are not explicitly accounted for in Table 2.6. A one-million point Monte Carlo simulation was performed to derive the PDFs (Boucher and Haywood, 2001). Natural RFs (solar and volcanic) are not included in these three PDFs. Climate efficacies are not accounted for in forming the PDFs.*

203

**Table 2.12.** *Global mean radiative forcings since 1750 and comparison with earlier assessments. Bold rows appear on Figure 2.20. The first row shows the combined anthropogenic RF from the probability density function in panel B of Figure 2.20. The sum of the individual RFs and their estimated errors are not quite the same as the numbers presented in this row due to the statistical construction of the probability density function.*

| Global mean radiative forcing  (W m$^{-2}$)[a] | | | |
|---|---|---|---|
| | **SAR (1750–1993)** | **TAR (1750–1998)** | **AR4 (1750–2005)** | **Summary comments on changes since the TAR** |
| **Combined Anthropogenic RF** | **Not evaluated** | **Not evaluated** | **1.6 [–1.0, +0.8]** | **Newly evaluated. Probability density function estimate** |
| **Long-lived Greenhouse gases (Comprising $CO_2$, $CH_4$, $N_2O$, and halocarbons)** | **+2.45 [15%] ($CO_2$ 1.56; $CH_4$ 0.47; $N_2O$ 0.14; Halocarbons 0.28)** | **+2.43 [10%] ($CO_2$ 1.46; $CH_4$ 0.48; $N_2O$ 0.15; Halocarbons 0.34[b])** | **+2.63 [±0.26] ($CO_2$ 1.66 [±0.17]; $CH_4$ 0.48 [±0.05]; $N_2O$ 0.16 [±0.02]; Halocarbons 0.34 [±0.03])** | **Total increase in RF, due to upward trends, particularly in $CO_2$. Halocarbon RF trend is positive[b]** |
| **Stratospheric ozone** | **–0.1 [2x]** | **–0.15 [67%]** | **–0.05 [±0.10]** | **Re-evaluated to be weaker** |
| **Tropospheric ozone** | **+0.40 [50%]** | **+0.35 [43%]** | **+0.35 [–0.1, +0.3]** | **Best estimate unchanged. However, a larger RF could be possible** |
| **Stratospheric water vapour from $CH_4$** | **Not evaluated** | **+0.01 to +0.03** | **+0.07 [±0.05]** | **Re-evaluated to be higher** |
| **Total direct aerosol** | **Not evaluated** | **Not evaluated** | **–0.50 [±0.40]** | **Newly evaluated** |
| Direct sulphate aerosol | –0.40 [2x] | –0.40 [2x] | –0.40 [±0.20] | Better constrained |
| Direct fossil fuel aerosol (organic carbon) | Not evaluated | –0.10 [3x] | –0.05 [±0.05] | Re-evaluated to be weaker |
| Direct fossil fuel aerosol (BC) | +0.10 [3x] | +0.20 [2x] | +0.20 [±0.15] | Similar best estimate to the TAR. Response affected by semi-direct effects |
| Direct biomass burning aerosol | –0.20 [3x] | –0.20 [3x] | +0.03 [±0.12] | Re-evaluated and sign changed. Response affected by semi-direct effects |
| Direct nitrate aerosol | Not evaluated | Not evaluated | –0.10 [±0.10] | Newly evaluated |
| Direct mineral dust aerosol | Not evaluated | –0.60 to +0.40 | –0.10 [±0.20] | Re-evaluated to have a smaller anthropogenic fraction |
| **Cloud albedo effect** | **0 to –1.5 (sulphate only)** | **0.0 to –2.0 (all aerosols)** | **–0.70 [–1.1, +0.4] (all aerosols)** | **Best estimate now given** |
| **Surface albedo (land use)** | **Not evaluated** | **–0.20 [100%]** | **–0.20 [±0.20]** | **Additional studies** |
| **Surface albedo (BC aerosol on snow)** | **Not evaluated** | **Not evaluated** | **+0.10 [±0.10]** | **Newly evaluated** |
| **Persistent linear contrails** | **Not evaluated** | **0.02 [3.5x]** | **0.01 [–0.007, +0.02]** | **Re-evaluated to be smaller** |
| **Solar irradiance** | **+0.30 [67%]** | **+0.30 [67%]** | **+0.12 [–0.06, +0.18]** | **Re-evaluated to be less than half** |

Notes:  [a]  For the AR4 column, 90% value uncertainties appear in brackets: when adding these numbers to the best estimate the 5 to 95% confidence range is obtained. When two numbers are quoted for the value uncertainty, the distribution is non-normal. Uncertainties in the SAR and the TAR had a similar basis, but their evaluation was more subjective. [15%] indicates 15% relative uncertainty, [2x], etc. refer to a factor of two, etc. uncertainty and a lognormal distribution of RF estimates.

[b]  The TAR RF for halocarbons and hence the total LLGHG RF was incorrectly evaluated some 0.01 W m$^{-2}$ too high. The actual trends in these RFs are therefore more positive than suggested by numbers in this table (Table 2.1 shows updated trends).

the PDF and the assumptions describing the component uncertainties. Normal distributions are assumed for most RF mechanisms (with the exceptions noted in the caption); this may not accurately capture extremes. Additionally, as in Boucher and Haywood (2001), all of the individual RF mechanisms are given equal weighting, even though the level of scientific understanding differs between forcing mechanisms. Note also that variation in efficacy and hence the semi-direct and cloud lifetime effects are not accounted for, as these are not considered to be RFs in this report (see Section 2.2). Adding these effects, together with other potential mechanisms that have so far not been defined as RFs and quantified, would introduce further uncertainties but give a fuller picture of the role of anthropogenic drivers. Introducing efficacy would give a broader PDF and a large cloud lifetime effect would reduce the median estimate. Despite these caveats, from the current knowledge of individual forcing mechanisms presented here it remains extremely likely that the combined anthropogenic RF is both positive and substantial (best estimate: +1.6 W m$^{-2}$).

### 2.9.3   Global Mean Radiative Forcing by Emission Precursor

The RF due to changes in the concentration of a single forcing agent can have contributions from emissions of several compounds (Shindell et al., 2005). The RF of $CH_4$, for example, is affected by $CH_4$ emissions, as well as $NO_x$ emissions. The $CH_4$ RF quoted in Table 2.12 and shown in Figure 2.20 is a value that combines the effects of both emissions. As an anthropogenic or natural emission can affect several forcing agents, it is useful to assess the current RF caused by each primary emission. For example, emission of $NO_x$ affects $CH_4$, tropospheric ozone and tropospheric aerosols. Based on a development carried forward from the TAR, this section assesses the RF terms associated with each principal emission including indirect RFs related to perturbations of other forcing agents, with the results shown in Figure 2.21. The following indirect forcing mechanisms are considered:

- fossil carbon from non-$CO_2$ gaseous compounds, which eventually increase $CO_2$ in the atmosphere (from CO, $CH_4$, and NMVOC emissions);

- changes in stratospheric ozone (from $N_2O$ and halocarbon (CFCs, HCFC, halons, etc.) emissions);

- changes in tropospheric ozone (from $CH_4$, $NO_x$, CO, and NMVOC emissions);



Components of radiative forcing for principal emissions

**Figure 2.21.** *Components of RF for emissions of principal gases, aerosols and aerosol precursors and other changes. Values represent RF in 2005 due to emissions and changes since 1750. (S) and (T) next to gas species represent stratospheric and tropospheric changes, respectively. The uncertainties are given in the footnotes to Table 2.13. Quantitative values are displayed in Table 2.13.*

- changes in OH affecting the lifetime of $CH_4$ (from $CH_4$, CO, $NO_x$, and NMVOC emissions); and

- changing nitrate and sulphate aerosols through changes in $NO_x$ and $SO_2$ emissions, respectively.

For some of the principal RFs (e.g., BC, land use and mineral dust) there is not enough quantitative information available to assess their indirect effects, thus their RFs are the same as those

presented in Table 2.12. Table 2.5 gives the total (fossil and biomass burning) direct RFs for BC and organic carbon aerosols that are used to obtain the average shown in Figure 2.21. Table 2.13 summarises the direct and indirect RFs presented in Figure 2.21, including the methods used for estimating the RFs and the associated uncertainty. Note that for indirect effects through changes in chemically active gases (e.g., OH or ozone), the emission-based RF is not uniquely defined since the effect of one precursor will be affected by the levels of the other precursors. The RFs of indirect effects on $CH_4$ and ozone by $NO_x$, CO and VOC emissions are estimated by removing the anthropogenic emissions of one precursor at a time. A sensitivity analysis by Shindell et al. (2005) indicates that the nonlinear effect induced by treating the precursors separately is of the order of 10% or less. Very uncertain indirect effects are not included in Table 2.13 and Figure 2.21. These include ozone changes due to solar effects, changes in secondary organic aerosols through changes in the ozone/OH ratio and apportioning of the cloud albedo changes to each aerosol type (Hansen et al., 2005).

### 2.9.4 Future Climate Impact of Current Emissions

The changes in concentrations since pre-industrial time of the long-lived components causing the RF shown in Figure 2.20 are strongly influenced by the past history of emissions. A different perspective is obtained by integrating RF over a future time horizon for a one-year 'pulse' of global emissions (e.g., Jacobson (2002) used this approach to compare fossil fuel organic and BC aerosols to $CO_2$). Comparing the contribution from each forcing agent as shown in Figure 2.22 gives an indication of the future climate impact for current (year 2000) emissions of the different forcing agents. For the aerosols, the integrated RF is obtained based on the lifetimes, burdens and RFs from the AeroCom experiments, as summarised in Tables 2.4 and 2.5. For ozone precursors (CO, $NO_x$ and NMVOCs), data are taken from Derwent et al. (2001), Collins et al. (2002), Stevenson et al. (2004) and Berntsen et al. (2005), while for the long-lived species the radiative efficiencies and lifetimes are used, as well as a response function for $CO_2$ (see Section 2.10.2, Table 2.14). Uncertainties in the estimates of the integrated RF originate



**Figure 2.22.** *Integrated RF of year 2000 emissions over two time horizons (20 and 100 years). The figure gives an indication of the future climate impact of current emissions. The values for aerosols and aerosol precursors are essentially equal for the two time horizons. It should be noted that the RFs of short-lived gases and aerosol depend critically on both when and where they are emitted; the values given in the figure apply only to total global annual emissions. For organic carbon and BC, both fossil fuel (FF) and biomass burning emissions are included. The uncertainty estimates are based on the uncertainties in emission sources, lifetime and radiative efficiency estimates.*

from uncertainties in lifetimes, optical properties and current global emissions.

Figure 2.22 shows the integrated RF for both a 20- and 100-year time horizon. Choosing the longer time horizon of 100 years, as was done in the GWPs for the long-lived species included in the Kyoto Protocol, reduces the apparent importance of the shorter-lived species. It should be noted that the compounds with long lifetimes and short emission histories will tend to contribute more to the total with this 'forward looking' perspective than in the standard 'IPCC RF bar chart diagram' (Figure 2.20).

**Table 2.13.** *Emission-based RFs for emitted components with radiative effects other than through changes in their atmospheric abundance. Minor effects where the estimated RF is less than 0.01 W m$^{-2}$ are not included. Effects on sulphate aerosols are not included since SO$_2$ emission is the only significant factor affecting sulphate aerosols. Method of calculation and uncertainty ranges are given in the footnotes. Values represent RF in 2005 due to emissions and changes since 1750. See Figure 2.21 for graphical presentation of these values.*

| | CO$_2$ | CH$_4$ | CFC/ HCFC | N$_2$O | HFC/ PFC/SF$_6$ | BC-direct | BC snow albedo | Organic carbon | O$_3$(T)[a] | O$_3$(S)[b] | H$_2$O(S)[c] | Nitrate aerosols | Indirect cloud albedo effect |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Component emitted** | | | | | **Atmospheric or surface change directly causing radiative forcing** | | | | | | | | |
| CO$_2$ | 1.56[d] | | | | | | | | | | | | |
| CH$_4$ | 0.016[d] | 0.57[e] | | | | | | | 0.2[e] | | 0.07[f] | | |
| CFC/HCFC/halons | | | 0.32[g] | | | | | | | −0.04[h] | | | |
| N$_2$O | | | | 0.15[g] | | | | | | −0.01[h] | | | |
| HFC/PFC/SF$_6$ | | | | | 0.017[g] | | | | | | | | |
| CO/VOC | 0.06[d] | 0.08[e] | | | | | | | 0.13[e] | | | | |
| NOx | | −0.17[e] | | | | | | | 0.06[e] | | | −0.10[i] | X[j] |
| BC | | | | | | 0.34[k] | 0.1[l] | | | | | | X[j] |
| OC | | | | | | | | −0.19[k] | | | | | X[j] |
| SO$_2$ | | | | | | | | | | | | | X[j] |

Notes:

[a] tropospheric ozone.

[b] stratospheric ozone.

[c] stratospheric water vapour.

[d] Derived from the total RF of the observed CO$_2$ change (Table 2.12), with the contributions from CH$_4$, CO and VOC emissions from fossil sources subtracted. Historical emissions of CH$_4$, CO and VOCs from Emission Database for Global Atmospheric Research (EDGAR)-HistorY Database of the Environment (HYDE) (Van Aardenne et al., 2001), CO$_2$ contribution from these sources calculated with CO$_2$ model described by Joos et al. (1996).

[e] Derived from the total RF of the observed CH$_4$ change (Table 2.12). Subtracted from this were the contributions through lifetime changes caused by emissions of NO$_x$, CO and VOC that change OH concentrations. The effects of NO$_x$, CO and VOCs are from Shindell et al. (2005). There are significant uncertainties related to these relations. Following Shindell et al. (2005) the uncertainty estimate is taken to be ±20% for CH$_4$ emissions, and ±50% for CO, VOC and NO$_x$ emissions.

[f] All the radiative forcing from changes in stratospheric water vapour is attributed to CH$_4$ emissions (Section 2.3.7 and Table 2.12).

[g] RF calculated based on observed concentration change, see Table 2.12 and Section 2.3

[h] 80% of RF from observed ozone depletion in the stratosphere (Table 2.12) is attributed to CFCs/HFCs, remaining 20% to N$_2$O (Based on Nevison et al., 1999 and WMO, 2003).

[i] RF from Table 2.12, uncertainty ±0.10 W m$^{-2}$.

[j] Uncertainty too large to apportion the indirect cloud albedo effect to each aerosol type (Hansen et al., 2005).

[k] Mean of all studies in Table 2.5, includes fossil fuel, biofuel and biomass burning. Uncertainty (90% confidence ranges) ±0.25 W m$^{-2}$ (BC) and ±0.20 W m$^{-2}$ (organic carbon) based on range of reported values in Table 2.5.

[l] RF from Table 2.12, uncertainty ±0.10 W m$^{-2}$.

### 2.9.5   Time Evolution of Radiative Forcing and Surface Forcing

There is a good understanding of the time evolution of the LLGHG concentrations from *in situ* measurements over the last few decades and extending further back using firn and ice core data (see Section 2.3, FAQ 2.1, Figure 1 and Chapter 6). Increases in RF are clearly dominated by $CO_2$. Halocarbon RF has grown rapidly since 1950, but the RF growth has been cut dramatically by the Montreal Protocol (see Section 2.3.4). The RF of CFCs is declining; in addition, the combined RF of all ozone-depleting substances (ODS) appears to have peaked at 0.32 W m$^{-2}$ during 2003. However, substitutes for ODS are growing at a slightly faster rate, so halocarbon RF growth is still positive (Table 2.1). Although the trend in halocarbon RF since the time of the TAR has been positive (see Table 2.1), the halocarbon RF in this report, as shown in Table 2.12, is the same as in the TAR; this is due to a re-evaluation of the TAR results.

Radiative forcing time series for the natural (solar, volcanic aerosol) forcings are reasonably well known for the past 25 years; estimates further back are prone to uncertainties (Section 2.7). Determining the time series for aerosol and ozone RF is far more difficult because of uncertainties in the knowledge of past emissions and chemical-microphysical modelling. Several time series for these and other RFs have been constructed (e.g., Myhre et al., 2001; Ramaswamy et al., 2001; Hansen et al., 2002). General Circulation Models develop their own time evolution of many forcings based on the temporal history of the relevant concentrations. As an example, the temporal evolution of the global and annual mean, instantaneous, all-sky RF and surface forcing due to the principal agents simulated by the Model for Interdisciplinary Research on Climate (MIROC) + Spectral Radiation-Transport Model for Aerosol Species (SPRINTARS) GCM (Nozawa et al., 2005; Takemura et al., 2005) is illustrated in Figure 2.23. Although there are differences between models with regards to the temporal reconstructions and thus present-day forcing estimates, they typically have a qualitatively similar temporal evolution since they often base the temporal histories on similar emissions data.

General Circulation Models compute the climate response based on the knowledge of the forcing agents and their temporal evolution. While most current GCMs incorporate the trace gas RFs, aerosol direct effects, solar and volcanoes, a few have in addition incorporated land use change and cloud albedo effect. While LLGHGs have increased rapidly over the past 20 years and contribute the most to the present RF (refer also to Figure 2.20 and FAQ 2.1, Figure 1), Figure 2.23 also indicates that the combined positive RF of the greenhouse gases exceeds the contributions due to all other anthropogenic agents throughout the latter half of the 20th century.

The solar RF has a small positive value. The positive solar irradiance RF is likely to be at least five times smaller than the combined RF due to all anthropogenic agents, and about an order of magnitude less than the total greenhouse gas contribution (Figures 2.20 and 2.23 and Table 2.12; see also the Foukal et al., 2006 review). The combined natural RF consists of the solar



**Surface Forcing**



**Radiative Forcing**

**Figure 2.23.** *Globally and annually averaged temporal evolution of the instantaneous all-sky RF (top panel) and surface forcing (bottom panel) due to various agents, as simulated in the MIROC+SPRINTARS model (Nozawa et al., 2005; Takemura et al., 2005). This is an illustrative example of the forcings as implemented and computed in one of the climate models participating in the AR4. Note that there could be differences in the RFs among models. Most models simulate roughly similar evolution of the LLGHGs' RF.*

RF plus the large but transitory negative RF from episodic, explosive volcanic eruptions of which there have been several over the past half century (see Figure 2.18). Over particularly the 1950 to 2005 period, the combined natural forcing has been either negative or slightly positive (less than approximately 0.2 W m$^{-2}$), reaffirming and extending the conclusions in the

TAR. Therefore, it is exceptionally unlikely that natural RFs could have contributed a positive RF of comparable magnitude to the combined anthropogenic RF term over the period 1950 to 2005 (Figure 2.23). Attribution studies with GCMs employ the available knowledge of the evolution of the forcing over the 20th century, and particularly the features distinguishing the anthropogenic from the natural agents (see also Section 9.2).

The surface forcing (Figure 2.23, top panel), in contrast to RF, is dominated by the strongly negative shortwave effect of the aerosols (tropospheric and the episodic volcanic ones), with the LLGHGs exerting a small positive effect. Quantitative values of the RFs and surface forcings by the agents differ across models in view of the differences in model physics and in the formulation of the forcings due to the short-lived species (see Section 10.2, Collins et al. (2006) and Forster and Taylor (2006) for further discussion on uncertainties in GCMs' calculation of RF and surface forcing). As for RF, it is difficult to specify uncertainties in the temporal evolution, as emissions and concentrations for all but the LLGHGs are not well constrained.

## 2.9.6   Spatial Patterns of Radiative Forcing and Surface Forcing

Figure 6.7 of Ramaswamy et al. (2001) presented examples of the spatial patterns for most of the RF agents discussed in this chapter; these examples still hold. Many of the features seen in Figure 6.7 of Ramaswamy et al. (2001) are generic. However, additional uncertainties exist for the spatial patterns compared to those for the global-mean RF. Spatial patterns of the aerosol RF exhibit some of the largest differences between models, depending on the specification of the aerosols and their properties, and whether or not indirect cloud albedo effects are included. The aerosol direct and cloud albedo effect RF also depend critically on the location of clouds, which differs between the GCMs. Figure 2.24 presents illustrative examples of the spatial pattern of the instantaneous RF between 1860 and present day, due to natural plus anthropogenic agents, from two GCMs. Volcanic aerosols play a negligible role in this calculation owing to the end years considered and their virtual absence during these years. The MIROC+SPRINTARS model includes



**Figure 2.24.** *Instantaneous change in the spatial distribution of the net (solar plus longwave) radiative flux (W m$^{-2}$) due to natural plus anthropogenic forcings between the years 1860 and 2000. Results here are intended to be illustrative examples of these quantities in two different climate models. (a) and (c) correspond to tropopause and surface results using the GFDL CM 2.1 model (adapted from Knutson et al., 2006). (b) and (d) correspond to tropopause and surface results using the MIROC+SPRINTARS model (adapted from Nozawa et al., 2005 and Takemura et al., 2005). Note that the MIROC+SPRINTARS model takes into account the aerosol cloud albedo effect while the CM 2.1 model does not.*

an aerosol cloud albedo effect while the Geophysical Fluid Dynamics Laboratory Coupled Climate Model (GFDL CM2.1) (Delworth et al., 2005; Knutson et al., 2006) does not. Radiative forcing over most of the globe is positive and is dominated by the LLGHGs. This is more so for the SH than for the NH, owing to the pronounced aerosol presence in the mid-latitude NH (see also Figure 2.12), with the regions of substantial aerosol RF clearly manifest over the source-rich continental areas. There are quantitative differences between the two GCMs in the global mean RF, which are indicative of the uncertainties in the RF from the non-LLGHG agents, particularly aerosols (see Section 2.4 and Figure 2.12d). The direct effect of aerosols is seen in the total RF of the GFDL model over NH land regions, whereas the cloud albedo effect dominates the MIROC+SPRINTARS model in the stratocumulus low-latitude ocean regions. Note that the spatial pattern of the forcing is not indicative of the climate response pattern.

Wherever aerosol presence is considerable (namely the NH), the surface forcing is negative, relative to pre-industrial times (Figure 2.24). Because of the aerosol influence on the reduction of the shortwave radiation reaching the surface (see also Figure 2.12f), there is a net (sum of shortwave and longwave) negative surface forcing over a large part of the globe (see also Figure 2.23). In the absence of aerosols, LLGHGs increase the atmospheric longwave emission, with an accompanying increase in the longwave radiative flux reaching the surface. At high latitudes and in parts of the SH, there are fewer anthropogenic aerosols and thus the surface forcing has a positive value, owing to the LLGHGs.

These spatial patterns of RF and surface forcing imply different changes in the NH equator-to-pole gradients for the surface and tropopause. These, in turn, imply different changes in the amount of energy absorbed by the troposphere at low and high latitudes. The aerosol influences are also manifest in the difference between the NH and SH in both RF and surface forcing.

## 2.10   Global Warming Potentials and Other Metrics for Comparing Different Emissions

### 2.10.1   Definition of an Emission Metric and the Global Warming Potential

Multi-component abatement strategies to limit anthropogenic climate change need a framework and numerical values for the trade-off between emissions of different forcing agents. Global Warming Potentials or other emission metrics provide a tool that can be used to implement comprehensive and cost-effective policies (Article 3 of the UNFCCC) in a decentralised manner so that multi-gas emitters (nations, industries) can compose mitigation measures, according to a specified emission constraint, by allowing for substitution between different climate agents. The metric formulation will differ depending on

whether a long-term climate change constraint has been set (e.g., Manne and Richels, 2001) or no specific long-term constraint has been agreed upon (as in the Kyoto Protocol). Either metric formulation requires knowledge of the contribution to climate change from emissions of various components over time. The metrics assessed in this report are purely physically based. However, it should be noted that many economists have argued that emission metrics need also to account for the economic dimensions of the problem they are intended to address (e.g., Bradford, 2001; Manne and Richels, 2001; Godal, 2003; O'Neill, 2003). Substitution of gases within an international climate policy with a long-term target that includes economic factors is discussed in Chapter 3 of IPCC WGIII AR4. Metrics based on this approach will not be discussed in this report.

A very general formulation of an emission metric is given by (e.g., Kandlikar, 1996):

$$AM_i = \int_0^\infty [(I(\Delta C_{(r+i)}(t)) - I(\Delta C_r(t))) \times g(t)] dt$$

where $I(\Delta C_j(t))$ is a function describing the impact (damage and benefit) of change in climate ($\Delta C$) at time $t$. The expression $g(t)$ is a weighting function over time (e.g., $g(t) = e^{-kt}$ is a simple discounting giving short-term impacts more weight) (Heal, 1997; Nordhaus, 1997). The subscript $r$ refers to a baseline emission path. For two emission perturbations $i$ and $j$, the absolute metric values $AM_i$ and $AM_j$ can be calculated to provide a quantitative comparison of the two emission scenarios. In the special case where the emission scenarios consist of only one component (as for the assumed pulse emissions in the definition of GWP), the ratio between $AM_i$ and $AM_j$ can be interpreted as a relative emission index for component $i$ versus a reference component $j$ (such as $CO_2$ in the case of GWP).

There are several problematic issues related to defining a metric based on the general formulation given above (Fuglestvedt et al., 2003). A major problem is to define appropriate impact functions, although there have been some initial attempts to do this for a range of possible climate impacts (Hammitt et al., 1996; Tol, 2002; den Elzen et al., 2005). Given that impact functions can be defined, $AM$ calculations would require regionally resolved climate change data (temperature, precipitation, winds, etc.) that would have to be based on GCM results with their inherent uncertainties (Shine et al., 2005a). Other problematic issues include the definition of the temporal weighting function $g(t)$ and the baseline emission scenarios.

Due to these difficulties, the simpler and purely physical GWP index, based on the time-integrated global mean RF of a pulse emission of 1 kg of some compound ($i$) relative to that of 1 kg of the reference gas $CO_2$, was developed (IPCC, 1990) and adopted for use in the Kyoto Protocol. The GWP of component $i$ is defined by

$$GWP_i = \frac{\int_0^{TH} RF_i(t)\,dt}{\int_0^{TH} RF_r(t)\,dt} = \frac{\int_0^{TH} a_i \cdot [C_i(t)]\,dt}{\int_0^{TH} a_r \cdot [C_r(t)]\,dt}$$

where $TH$ is the time horizon, $RF_i$ is the global mean RF of component $i$, $a_i$ is the RF per unit mass increase in atmospheric abundance of component $i$ (radiative efficiency), $[C_i(t)]$ is the time-dependent abundance of $i$, and the corresponding quantities for the reference gas ($r$) in the denominator. The numerator and denominator are called the absolute global warming potential (AGWP) of $i$ and $r$ respectively. All GWPs given in this report use $CO_2$ as the reference gas. The simplifications made to derive the standard GWP index include (1) setting $g(t) = 1$ (i.e., no discounting) up until the time horizon ($TH$) and then $g(t) = 0$ thereafter, (2) choosing a 1-kg pulse emission, (3) defining the impact function, $I(\Delta C)$, to be the global mean RF, (4) assuming that the climate response is equal for all RF mechanisms and (5) evaluating the impact relative to a baseline equal to current concentrations (i.e., setting $I(\Delta C_r(t)) = 0$). The criticisms of the GWP metric have focused on all of these simplifications (e.g., O'Neill, 2000; Smith and Wigley, 2000; Bradford, 2001; Godal, 2003). However, as long as there is no consensus on which impact function ($I(\Delta C)$) and temporal weighting functions to use (both involve value judgements), it is difficult to assess the implications of the simplifications objectively (O'Neill, 2000; Fuglestvedt et al., 2003).

The adequacy of the GWP concept has been widely debated since its introduction (O'Neill, 2000; Fuglestvedt et al., 2003). By its definition, two sets of emissions that are equal in terms of their total GWP-weighted emissions will not be equivalent in terms of the temporal evolution of climate response (Fuglestvedt et al., 2000; Smith and Wigley, 2000). Using a 100-year time horizon as in the Kyoto Protocol, the effect of current emissions reductions (e.g., during the first commitment period under the Kyoto Protocol) that contain a significant fraction of short-lived species (e.g., $CH_4$) will give less temperature reductions towards the end of the time horizon, compared to reductions in $CO_2$ emissions only. Global Warming Potentials can really only be expected to produce identical changes in one measure of climate change – integrated temperature change following emissions impulses – and only under a particular set of assumptions (O'Neill, 2000). The Global Temperature Potential (GTP) metric (see Section 2.10.4.2) provides an alternative approach by comparing global mean temperature change at the end of a given time horizon. Compared to the GWP, the GTP gives equivalent climate response at a chosen time, while putting much less emphasis on near-term climate fluctuations caused by emissions of short-lived species (e.g., $CH_4$). However, as long as it has not been determined, neither scientifically, economically nor politically, what the proper time horizon for evaluating 'dangerous anthropogenic interference in the climate system' should be, the lack of temporal equivalence does not invalidate the GWP concept or provide guidance as to how to replace it. Although it has several known shortcomings, a multi-gas strategy using GWPs is very likely to have advantages over a $CO_2$-only strategy (O'Neill, 2003). Thus, GWPs remain the recommended metric to compare future climate impacts of emissions of long-lived climate gases.

Globally averaged GWPs have been calculated for short-lived species, for example, ozone precursors and absorbing aerosols (Fuglestvedt et al., 1999; Derwent et al., 2001; Collins et al., 2002; Stevenson et al., 2004; Berntsen et al., 2005; Bond and Sun, 2005). There might be substantial co-benefits realised in mitigation actions involving short-lived species affecting climate and air pollutants (Hansen and Sato, 2004); however, the effectiveness of the inclusion of short-lived forcing agents in international agreements is not clear (Rypdal et al., 2005). To assess the possible climate impacts of short-lived species and compare those with the impacts of the LLGHGs, a metric is needed. However, there are serious limitations to the use of global mean GWPs for this purpose. While the GWPs of the LLGHGs do not depend on location and time of emissions, the GWPs for short-lived species will be regionally and temporally dependent. The different response of precipitation to an aerosol RF compared to a LLGHG RF also suggests that the GWP concept may be too simplistic when applied to aerosols.

### 2.10.2 Direct Global Warming Potentials

All GWPs depend on the AGWP for $CO_2$ (the denominator in the definition of the GWP). The AGWP of $CO_2$ again depends on the radiative efficiency for a small perturbation of $CO_2$ from the current level of about 380 ppm. The radiative efficiency per kilogram of $CO_2$ has been calculated using the same expression as for the $CO_2$ RF in Section 2.3.1, with an updated background $CO_2$ mixing ratio of 378 ppm. For a small perturbation from 378 ppm, the RF is 0.01413 W m$^{-2}$ ppm$^{-1}$ (8.7% lower than the TAR value). The $CO_2$ response function (see Table 2.14) is based on an updated version of the Bern carbon cycle model (Bern2.5CC; Joos et al. 2001), using a background $CO_2$ concentration of 378 ppm. The increased background concentration of $CO_2$ means that the airborne fraction of emitted $CO_2$ (Section 7.3) is enhanced, contributing to an increase in the AGWP for $CO_2$. The AGWP values for $CO_2$ for 20, 100, and 500 year time horizons are $2.47 \times 10^{-14}$, $8.69 \times 10^{-14}$, and $28.6 \times 10^{-14}$ W m$^{-2}$ yr (kg $CO_2$)$^{-1}$, respectively. The uncertainty in the AGWP for $CO_2$ is estimated to be ±15%, with equal contributions from the $CO_2$ response function and the RF calculation.

Updated radiative efficiencies for well-mixed greenhouse gases are given in Table 2.14. Since the TAR, radiative efficiencies have been reviewed by Montzka et al. (2003) and Velders et al. (2005). Gohar et al. (2004) and Forster et al. (2005) investigated HFC compounds, with up to 40% differences from earlier published results. Based on a variety of radiative transfer codes, they found that uncertainties could be reduced to around 12% with well-constrained experiments. The HFCs studied were HFC-23, HFC-32, HFC-134a and HFC-227ea. Hurley et al. (2005) studied the infrared spectrum and RF of perfluoromethane ($C\Omega F_4$) and derived a 30% higher GWP value than given in the TAR. The RF calculations for the GWPs for $CH_4$, $N_2O$ and halogen-containing well-mixed greenhouse gases employ the simplified formulas given in Ramaswamy et al. (2001; see Table 6.2 of the TAR). Table 2.14 gives GWP values for time horizons of 20, 100 and 500 years. The species in Table 2.14 are those for which either significant concentrations or large trends in concentrations have been

**Table 2.14.** Lifetimes, radiative efficiencies and direct (except for $CH_4$) GWPs relative to $CO_2$. For ozone-depleting substances and their replacements, data are taken from IPCC/TEAP (2005) unless otherwise indicated.

| Industrial Designation or Common Name (years) | Chemical Formula | Lifetime (years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | Global Warming Potential for Given Time Horizon | | | |
|---|---|---|---|---|---|---|---|
| | | | | SAR[‡] (100-yr) | 20-yr | 100-yr | 500-yr |
| Carbon dioxide | $CO_2$ | See below[a] | [b]$1.4 \times 10^{-5}$ | 1 | 1 | 1 | 1 |
| Methane[c] | $CH_4$ | 12[c] | $3.7 \times 10^{-4}$ | 21 | 72 | 25 | 7.6 |
| Nitrous oxide | $N_2O$ | 114 | $3.03 \times 10^{-3}$ | 310 | 289 | 298 | 153 |
| *Substances controlled by the Montreal Protocol* | | | | | | | |
| CFC-11 | $CCl_3F$ | 45 | 0.25 | 3,800 | 6,730 | 4,750 | 1,620 |
| CFC-12 | $CCl_2F_2$ | 100 | 0.32 | 8,100 | 11,000 | 10,900 | 5,200 |
| CFC-13 | $CClF_3$ | 640 | 0.25 | | 10,800 | 14,400 | 16,400 |
| CFC-113 | $CCl_2FCClF_2$ | 85 | 0.3 | 4,800 | 6,540 | 6,130 | 2,700 |
| CFC-114 | $CClF_2CClF_2$ | 300 | 0.31 | | 8,040 | 10,000 | 8,730 |
| CFC-115 | $CClF_2CF_3$ | 1,700 | 0.18 | | 5,310 | 7,370 | 9,990 |
| Halon-1301 | $CBrF_3$ | 65 | 0.32 | 5,400 | 8,480 | 7,140 | 2,760 |
| Halon-1211 | $CBrClF_2$ | 16 | 0.3 | | 4,750 | 1,890 | 575 |
| Halon-2402 | $CBrF_2CBrF_2$ | 20 | 0.33 | | 3,680 | 1,640 | 503 |
| Carbon tetrachloride | $CCl_4$ | 26 | 0.13 | 1,400 | 2,700 | 1,400 | 435 |
| Methyl bromide | $CH_3Br$ | 0.7 | 0.01 | | 17 | 5 | 1 |
| Methyl chloroform | $CH_3CCl_3$ | 5 | 0.06 | | 506 | 146 | 45 |
| HCFC-22 | $CHClF_2$ | 12 | 0.2 | 1,500 | 5,160 | 1,810 | 549 |
| HCFC-123 | $CHCl_2CF_3$ | 1.3 | 0.14 | 90 | 273 | 77 | 24 |
| HCFC-124 | $CHClFCF_3$ | 5.8 | 0.22 | 470 | 2,070 | 609 | 185 |
| HCFC-141b | $CH_3CCl_2F$ | 9.3 | 0.14 | | 2,250 | 725 | 220 |
| HCFC-142b | $CH_3CClF_2$ | 17.9 | 0.2 | 1,800 | 5,490 | 2,310 | 705 |
| HCFC-225ca | $CHCl_2CF_2CF_3$ | 1.9 | 0.2 | | 429 | 122 | 37 |
| HCFC-225cb | $CHClFCF_2CClF_2$ | 5.8 | 0.32 | | 2,030 | 595 | 181 |
| *Hydrofluorocarbons* | | | | | | | |
| HFC-23 | $CHF_3$ | 270 | 0.19 | 11,700 | 12,000 | 14,800 | 12,200 |
| HFC-32 | $CH_2F_2$ | 4.9 | 0.11 | 650 | 2,330 | 675 | 205 |
| HFC-125 | $CHF_2CF_3$ | 29 | 0.23 | 2,800 | 6,350 | 3,500 | 1,100 |
| HFC-134a | $CH_2FCF_3$ | 14 | 0.16 | 1,300 | 3,830 | 1,430 | 435 |
| HFC-143a | $CH_3CF_3$ | 52 | 0.13 | 3,800 | 5,890 | 4,470 | 1,590 |
| HFC-152a | $CH_3CHF_2$ | 1.4 | 0.09 | 140 | 437 | 124 | 38 |
| HFC-227ea | $CF_3CHFCF_3$ | 34.2 | 0.26 | 2,900 | 5,310 | 3,220 | 1,040 |
| HFC-236fa | $CF_3CH_2CF_3$ | 240 | 0.28 | 6,300 | 8,100 | 9,810 | 7,660 |
| HFC-245fa | $CHF_2CH_2CF_3$ | 7.6 | 0.28 | | 3,380 | 1030 | 314 |
| HFC-365mfc | $CH_3CF_2CH_2CF_3$ | 8.6 | 0.21 | | 2,520 | 794 | 241 |
| HFC-43-10mee | $CF_3CHFCHFCF_2CF_3$ | 15.9 | 0.4 | 1,300 | 4,140 | 1,640 | 500 |
| *Perfluorinated compounds* | | | | | | | |
| Sulphur hexafluoride | $SF_6$ | 3,200 | 0.52 | 23,900 | 16,300 | 22,800 | 32,600 |
| Nitrogen trifluoride | $NF_3$ | 740 | 0.21 | | 12,300 | 17,200 | 20,700 |
| PFC-14 | $CF_4$ | 50,000 | 0.10 | 6,500 | 5,210 | 7,390 | 11,200 |
| PFC-116 | $C_2F_6$ | 10,000 | 0.26 | 9,200 | 8,630 | 12,200 | 18,200 |

Table 2.14 (continued)

| Industrial Designation or Common Name (years) | Chemical Formula | Lifetime (years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | SAR‡ (100-yr) | 20-yr | 100-yr | 500-yr |
|---|---|---|---|---|---|---|---|
| **Perfluorinated compounds** (continued) | | | | | | | |
| PFC-218 | $C_3F_8$ | 2,600 | 0.26 | 7,000 | 6,310 | 8,830 | 12,500 |
| PFC-318 | c-$C_4F_8$ | 3,200 | 0.32 | 8,700 | 7,310 | 10,300 | 14,700 |
| PFC-3-1-10 | $C_4F_{10}$ | 2,600 | 0.33 | 7,000 | 6,330 | 8,860 | 12,500 |
| PFC-4-1-12 | $C_5F_{12}$ | 4,100 | 0.41 | | 6,510 | 9,160 | 13,300 |
| PFC-5-1-14 | $C_6F_{14}$ | 3,200 | 0.49 | 7,400 | 6,600 | 9,300 | 13,300 |
| PFC-9-1-18 | $C_{10}F_{18}$ | >1,000$^d$ | 0.56 | | >5,500 | >7,500 | >9,500 |
| trifluoromethyl sulphur pentafluoride | $SF_5CF_3$ | 800 | 0.57 | | 13,200 | 17,700 | 21,200 |
| **Fluorinated ethers** | | | | | | | |
| HFE-125 | $CHF_2OCF_3$ | 136 | 0.44 | | 13,800 | 14,900 | 8,490 |
| HFE-134 | $CHF_2OCHF_2$ | 26 | 0.45 | | 12,200 | 6,320 | 1,960 |
| HFE-143a | $CH_3OCF_3$ | 4.3 | 0.27 | | 2,630 | 756 | 230 |
| HCFE-235da2 | $CHF_2OCHClCF_3$ | 2.6 | 0.38 | | 1,230 | 350 | 106 |
| HFE-245cb2 | $CH_3OCF_2CHF_2$ | 5.1 | 0.32 | | 2,440 | 708 | 215 |
| HFE-245fa2 | $CHF_2OCH_2CF_3$ | 4.9 | 0.31 | | 2,280 | 659 | 200 |
| HFE-254cb2 | $CH_3OCF_2CHF_2$ | 2.6 | 0.28 | | 1,260 | 359 | 109 |
| HFE-347mcc3 | $CH_3OCF_2CF_2CF_3$ | 5.2 | 0.34 | | 1,980 | 575 | 175 |
| HFE-347pcf2 | $CHF_2CF_2OCH_2CF_3$ | 7.1 | 0.25 | | 1,900 | 580 | 175 |
| HFE-356pcc3 | $CH_3OCF_2CF_2CHF_2$ | 0.33 | 0.93 | | 386 | 110 | 33 |
| HFE-449sl (HFE-7100) | $C_4F_9OCH_3$ | 3.8 | 0.31 | | 1,040 | 297 | 90 |
| HFE-569sf2 (HFE-7200) | $C_4F_9OC_2H_5$ | 0.77 | 0.3 | | 207 | 59 | 18 |
| HFE-43-10pccc124 (H-Galden 1040x) | $CHF_2OCF_2OC_2F_4OCHF_2$ | 6.3 | 1.37 | | 6,320 | 1,870 | 569 |
| HFE-236ca12 (HG-10) | $CHF_2OCF_2OCHF_2$ | 12.1 | 0.66 | | 8,000 | 2,800 | 860 |
| HFE-338pcc13 (HG-01) | $CHF_2OCF_2CF_2OCHF_2$ | 6.2 | 0.87 | | 5,100 | 1,500 | 460 |
| **Perfluoropolyethers** | | | | | | | |
| PFPMIE | $CF_3OCF(CF_3)CF_2OCF_2OCF_3$ | 800 | 0.65 | | 7,620 | 10,300 | 12,400 |
| **Hydrocarbons and other compounds – Direct Effects** | | | | | | | |
| Dimethylether | $CH_3OCH_3$ | 0.015 | 0.02 | | 1 | 1 | <<1 |
| Methylene chloride | $CH_2Cl_2$ | 0.38 | 0.03 | | 31 | 8.7 | 2.7 |
| Methyl chloride | $CH_3Cl$ | 1.0 | 0.01 | | 45 | 13 | 4 |

Notes:

$^a$ The $CO_2$ response function used in this report is based on the revised version of the Bern Carbon cycle model used in Chapter 10 of this report (Bern2.5CC; Joos et al. 2001) using a background $CO_2$ concentration value of 378 ppm. The decay of a pulse of $CO_2$ with time t is given by

$$a_0 + \sum_{i=1}^{3} a_i \cdot e^{-t/\tau_i}$$

Where $a_0 = 0.217$, $a_1 = 0.259$, $a_2 = 0.338$, $a_3 = 0.186$, $\tau_1 = 172.9$ years, $\tau_2 = 18.51$ years, and $\tau_3 = 1.186$ years.

$^b$ The radiative efficiency of $CO_2$ is calculated using the IPCC (1990) simplified expression as revised in the TAR, with an updated background concentration value of 378 ppm and a perturbation of +1 ppm (see Section 2.10.2).

$^c$ The perturbation lifetime for methane is 12 years as in the TAR (see also Section 7.4). The GWP for methane includes indirect effects from enhancements of ozone and stratospheric water vapour (see Section 2.10.3.1).

$^d$ Shine et al. (2005c), updated by the revised AGWP for $CO_2$. The assumed lifetime of 1,000 years is a lower limit.

$^e$ Hurley et al. (2005)

$^f$ Robson et al. (2006)

$^g$ Young et al. (2006)

observed or a clear potential for future emissions has been identified. The uncertainties of these direct GWPs are taken to be ±35% for the 5 to 95% (90%) confidence range.

### 2.10.3   Indirect GWPs

Indirect radiative effects include the direct effects of degradation products or the radiative effects of changes in concentrations of greenhouse gases caused by the presence of the emitted gas or its degradation products. Direct effects of degradation products for the greenhouse gases are not considered to be significant (WMO, 2003). The indirect effects discussed here are linked to ozone formation or destruction, enhancement of stratospheric water vapour, changes in concentrations of the OH radical with the main effect of changing the lifetime of $CH_4$, and secondary aerosol formation. Uncertainties for the indirect GWPs are generally much higher than for the direct GWPs. The indirect GWP will in many cases depend on the location and time of the emissions. For some species (e.g., $NO_x$) the indirect effects can be of opposite sign, further increasing the uncertainty of the net GWP. This can be because background levels of reactive species (e.g., $NO_x$) can affect the chemical response nonlinearly, and/or because the lifetime or the radiative effects of short-lived secondary species formed can be regionally dependent. Thus, the usefulness of the global mean GWPs to inform policy decisions can be limited. However, they are readily calculable and give an indication of the total potential of mitigating climate change by including a certain forcing agent in climate policy. Following the approach taken by the SAR and the TAR, the $CO_2$ produced from oxidation of $CH_4$, CO and NMVOCs of fossil origin is not included in the GWP estimates since this carbon has been included in the national $CO_2$ inventories. This issue may need to be reconsidered as inventory guidelines are revised.

#### 2.10.3.1   Methane

Four indirect radiative effects of $CH_4$ emissions have been identified (see Prather et al., 2001; Ramaswamy et al., 2001). Methane enhances its own lifetime through changes in the OH concentration: it leads to changes in tropospheric ozone, enhances stratospheric water vapour levels, and produces $CO_2$. The GWP given in Table 2.14 includes the first three of these effects. The lifetime effect is included by adopting a perturbation lifetime of 12 years (see Section 7.4). The effect of ozone production is still uncertain, and as in the TAR, it is included by enhancing the net of the direct and the lifetime effect by 25%. The estimate of RF caused by an increase in stratospheric water vapour has been increased significantly since the TAR (see Section 2.3.7). This has also been taken into account in the GWP estimate for $CH_4$ by increasing the enhancement factor from 5% (TAR) to 15%. As a result, the 100-year GWP for $CH_4$ has increased from 23 in the TAR to 25.

#### 2.10.3.2   Carbon Monoxide

The indirect effects of CO occur through reduced OH levels (leading to enhanced concentrations of $CH_4$) and enhancement of ozone. The TAR gave a range of 1.0 to 3.0 for the 100-year GWP. Since the TAR, Collins et al. (2002) and Berntsen et al. (2005) have calculated GWPs for CO emissions that range between 1.6 and 2.0, depending on the location of the emissions. Berntsen et al. (2005) found that emissions of CO from Asia had a 25% higher GWP compared to European emissions. Averaging over the TAR values and the new estimates give a mean of 1.9 for the 100-year GWP for CO.

#### 2.10.3.3   Non-methane Volatile Organic Compounds

Collins et al. (2002) calculated indirect GWPs for 10 NMVOCs with a global three-dimensional Lagrangian chemistry-transport model. Impacts on tropospheric ozone, $CH_4$ (through changes in OH) and $CO_2$ have been considered, using either an 'anthropogenic' emission distribution or a 'natural' emission distribution depending on the main sources for each gas. The indirect GWP values are given in Table 2.15. Weighting these GWPs by the emissions of the respective compounds gives a weighted average 100-year GWP of 3.4. Due to their short lifetimes and the nonlinear chemistry involved in ozone and OH chemistry, there are significant uncertainties in the calculated GWP values. Collins et al. (2002) estimated an uncertainty range of −50% to +100%.

#### 2.10.3.4   Nitrogen Oxides

The short lifetime and complex nonlinear chemistry, which cause two opposing indirect effects through ozone enhancements and $CH_4$ reductions, make calculations of GWP for $NO_x$ emissions very uncertain (Shine et al., 2005a). In addition, the effect of nitrate aerosol formation (see Section 2.4.4.5), which has not yet been included in model studies calculating GWPs for $NO_x$, can be significant. Due to the nonlinear chemistry, the net RF of $NO_x$ emissions will depend strongly on the location of emission and, with a strict definition of a pulse emission for the GWP, also on timing (daily, seasonal) of the emissions (Fuglestvedt et al., 1999; Derwent et al., 2001; Wild et al., 2001; Stevenson et al., 2004; Berntsen et al., 2005, 2006). Due to the lack of agreement even on the sign of the global mean GWP for $NO_x$ among the different studies and the omission of the nitrate aerosol effect, a central estimate for the 100-year GWP for $NO_x$ is not presented.

#### 2.10.3.5   Halocarbons

Chlorine- and bromine-containing halocarbons lead to ozone depletion when the halocarbon molecules are broken down in the stratosphere and chlorine or bromine atoms are released. Indirect GWPs for ozone-depleting halocarbons are estimated in Velders et al. (2005; their Table 2.7). These are based on

observed ozone depletion between 1980 and 1990 for 2005 emissions using the Daniel et al. (1995) formulation. Velders et al. (2005) did not quote net GWPs, pointing out that the physical characteristics of the CFC warming effect and ozone cooling effect were very different from each other.

### 2.10.3.6   Hydrogen

The main loss of hydrogen ($H_2$) is believed to be through surface deposition, but about 25% is lost through oxidation by OH. In the stratosphere, this enhances the water vapour concentrations and thus also affects the ozone concentrations. In the troposphere, the chemical effects are similar to those of CO, leading to ozone production and $CH_4$ enhancements (Prather, 2003). Derwent et al. (2001) calculated an indirect 100-year GWP for the tropospheric effects of $H_2$ of 5.8, which includes the effects of $CH_4$ lifetime and tropospheric ozone.

### 2.10.4   New Alternative Metrics for Assessing Emissions

While the GWP is a simple and straightforward index to apply for policy makers to rank emissions of different greenhouse gases, it is not obvious on what basis 'equivalence' between emissions of different species is obtained (Smith and

Wigley, 2000; Fuglestvedt et al., 2003). The GWP metric is also problematic for short-lived gases or aerosols (e.g., $NO_x$ or BC aerosols), as discussed above. One alternative, the RF index (RFI) introduced by IPCC (1999), should not be used as an emission metric since it does not account for the different residence times of different forcing agents.

### 2.10.4.1   Revised GWP Formulations

#### 2.10.4.1.2   Including the climate efficacy in the GWP

As discussed in Section 2.8.5, the climate efficacy can vary between different forcing agents (within 25% for most realistic RFs). Fuglestvedt et al. (2003) proposed a revised GWP concept that includes the efficacy of a forcing agent. Berntsen et al. (2005) calculated GWP values in this way for $NO_x$ and CO emissions in Europe and in South East Asia. The efficacies are less uncertain than climate sensitivities. However, Berntsen et al. (2005) showed that for ozone produced by $NO_x$ emissions the climate efficacies will also depend on the location of the emissions.

### 2.10.4.2   The Global Temperature Potential

Shine et al. (2005b) proposed the GTP as a new relative emission metric. The GTP is defined as the ratio between the

Table 2.15. *Indirect GWPs (100-year) for 10 NMVOCs from Collins et al. (2002) and for $NO_x$ emissions (on N-basis) from Derwent et al. (2001), Wild et al. (2001), Berntsen et al. (2005) and Stevenson et al. (2004). The second and third columns respectively represent the methane and ozone contribution to the net GWP and the fourth column represents the net GWP.*

| Organic Compound/Study | GWP$^{CH_4}$ | GWP$^{O_3}$ | GWP |
|---|---|---|---|
| Ethane ($C_2H_6$) | 2.9 | 2.6 | 5.5 |
| Propane ($C_3H_8$) | 2.7 | 0.6 | 3.3 |
| Butane ($C_4H_{10}$) | 2.3 | 1.7 | 4.0 |
| Ethylene ($C_2H_4$) | 1.5 | 2.2 | 3.7 |
| Propylene ($C_3H_6$) | –2.0 | 3.8 | 1.8 |
| Toluene ($C_7H_8$) | 0.2 | 2.5 | 2.7 |
| Isoprene ($C_5H_8$) | 1.1 | 1.6 | 2.7 |
| Methanol ($CH_3OH$) | 1.6 | 1.2 | 2.8 |
| Acetaldehyde ($CH_3CHO$) | –0.4 | 1.7 | 1.3 |
| Acetone ($CH_3COCH_3$) | 0.3 | 0.2 | 0.5 |
| | | | |
| Derwent et al. NH surface $NO_x$[a,b] | –24 | 11 | –12 |
| Derwent et al. SH surface $NO_x$[a,b] | –64 | 33 | –31 |
| Wild et al., industrial $NO_x$ | –44 | 32 | –12 |
| Berntsen et al., surface $NO_x$ Asia | –31 to –42[c] | 55 to 70[c] | 25 to 29[c] |
| Berntsen et al., surface $NO_x$ Europe | –8.6 to –11[c] | 8.1 to 12.7 | –2.7 to +4.1[c] |
| Derwent et al., Aircraft $NO_x$[a,b] | –145 | 246 | 100 |
| Wild et al., Aircraft $NO_x$ | –210 | 340 | 130 |
| Stevenson et al. Aircraft $NO_x$ | –159 | 155 | –3 |

Notes:
[a]  Corrected values as described in Stevenson et al. (2004).
[b]  For January pulse emissions.
[c]  Range from two three-dimensional chemistry transport models and two radiative transfer models.

global mean surface temperature change at a given future time horizon (TH) following an emission (pulse or sustained) of a compound $x$ relative to a reference gas $r$ (e.g., $CO_2$):

$$GTP_x^{TH} = \frac{\Delta T_x^H}{\Delta T_r^H}$$

where $\Delta T_x^H$ denotes the global mean surface temperature change after $H$ years following an emission of compound $x$. The GTPs do not require simulations with AOGCMs, but are given as transparent and simple formulas that employ a small number of input parameters required for calculation. Note that while the GWP is an integral quantity over the time horizon (i.e., the contribution of the RF at the beginning and end of the time horizon is exactly equal), the GTP uses the temperature change at time H (i.e., RF closer to time H contributes relatively more). The GTP metric requires knowledge of the same parameters as the GWP metric (radiative efficiency and lifetimes), but in addition, the response times for the climate system must be known, in particular if the lifetime of component $x$ is very different from the lifetime of the reference gas. Differences in climate efficacies can easily be incorporated into the GTP metric. Due to the inclusion of the response times for the climate system, the GTP values for pulse emissions of gases with shorter lifetimes than the reference gas will be lower than the corresponding GWP values. As noted by Shine et al. (2005b), there is a near equivalence between the GTP for sustained emission changes and the pulse GWP. The GTP metric has the potential advantage over GWP that it is more directly related to surface temperature change.

# References

Abdul-Razzak, H., and S.J. Ghan, 2002: A parametrization of aerosol activation: 3. Sectional representation. *J. Geophys. Res.*, **107**(D3), 4026, doi:10.1029/2001JD000483.

Abel, S.J., E.J. Highwood, J.M. Haywood, and M.A. Stringer, 2005: The direct radiative effect of biomass burning aerosol over southern Africa. *Atmos. Chem. Phys. Discuss.*, **5**, 1165–1211.

Abel, S.J., et al., 2003: Evolution of biomass burning aerosol properties from an agricultural fire in southern Africa. *Geophys. Res. Lett.*, **30**(15), 1783, doi:10.1029/2003GL017342.

Ackerman, A.S. M.P. Kirkpatrick, D.E. Stevens, and O.B. Toon, 2004: The impact of humidity above stratiform clouds on indirect aerosol climate forcing. *Nature*, **432**, 1014–1017.

Ackerman, A.S., et al., 2000a: Reduction of tropical cloudiness by soot. *Science*, **288**, 1042–1047.

Ackerman, A.S., et al., 2000b: Effects of aerosols on cloud albedo: evaluation of Twomey's parametrization of cloud susceptibility using measurements of ship tracks. *J. Atmos. Sci.*, **57**, 2684–2695.

Adams, P.J. and J.H. Seinfeld, 2002: Predicting global aerosol size distributions in general circulation models. *J. Geophys. Res.*, **107**(D19), 4370, doi:10.1029/2001JD001010.

Adams, P.J., et al., 2001: General circulation model assessment of direct radiative forcing by the sulfate-nitrate-ammonium-water inorganic aerosol system. *J. Geophys. Res.*, **106**(D1), 1097–1112.

Albrecht, B., 1989: Aerosols, cloud microphysics and fractional cloudiness. *Science*, **245**, 1227–1230.

Allan, W., et al., 2005: Interannual variation of $^{13}C$ in tropospheric methane: Implications for a possible atomic chlorine sink in the marine boundary layer. *J. Geophys. Res.*, **110**, D11306, doi:10.1029/2004JD005650.

Ammann, C.M., G.A. Meehl, W.M. Washington, and C.S. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**(12), 1657, doi:10.1029/2003GL016875.

Anderson, T.L., et al., 2003: Climate forcing by aerosols: a hazy picture. *Science*, **300**, 1103–1104.

Anderson, T.L., et al., 2005a. Testing the MODIS satellite retrieval of aerosol fine-mode fraction. *J. Geophys. Res.*, **110**, D18204, doi:10.1029/2005JD005978.

Anderson, T.L., et al., 2005b: An "A-Train" strategy for quantifying direct climate forcing by anthropogenic aerosols. *Bull. Am. Meteorol. Soc.*, **86**, 1795–1809.

Andreae, M.O., and P. Merlet, 2001: Emission of trace gases and aerosols from biomass burning. *Global Biogeochem. Cycles*, **15**(4), 955–966, doi:10.1029/2000GB001382.

Andreae, M.O., et al., 2004: Atmospheric science: smoking rain clouds over the Amazon. *Science*, **303**(5662), 1337–1341.

Andres, R.J., G. Marland, T. Boden, and S. Bischof, 2000: Carbon dioxide emissions from fossil fuel consumption and cement manufacture, 1751-1991, and an estimate of their isotopic composition and latitudinal distribution. In: *The Carbon Cycle* [Wigley, T.M.L., and D.S. Schimel (eds.)]. Cambridge University Press, Cambridge, UK, pp. 53–62.

Andronova, N.G., et al., 1999: Radiative forcing by volcanic aerosols from 1850 to 1994. *J. Geophys. Res.*, **104**(D14), 16807–16826.

Antuña, J.C., et al., 2003: Spatial and temporal variability of the stratospheric aerosol cloud produced by the 1991 Mount Pinatubo eruption. *J. Geophys. Res.*, **108**, 4624, doi:10.1029/2003JD003722.

Asano, S., et al., 2002: Two case studies of winter continental-type water and mixed-phased stratocumuli over the sea. II: Absorption of solar radiation. *J. Geophys. Res.*, **107**(D21), 4570, doi:10.1029/2001JD001108.

Baliunas, S., and R. Jastrow, 1990: Evidence for long-term brightness changes of solar-type stars. *Nature*, **348**, 520–522.

Balkanski, Y., et al., 2004: Global emissions of mineral aerosol: formulation and validation using satellite imagery. In: *Emission of Atmospheric Trace Compounds* [Granier, C., P. Artaxo, and C.E. Reeves (eds.)]. Kluwer, Amsterdam, pp. 239–267.

Bange, H.W., S. Rapsomanikis, and M.O. Andreae, 1996: Nitrous oxide in coastal waters. *Global Biogeochem. Cycles*, **10**(1), 197–207.

Baran, A.J., and J.S. Foot, 1994: A new application of the operational sounder HIRS in determining a climatology of sulfuric acid aerosol from the Pinatubo eruption. *J. Geophys. Res.*, **99**(D12), 25673–25679.

Barnes, J.E., and D.J. Hoffman, 1997: Lidar measurements of stratospheric aerosol over Mauna Loa Observatory. *Geophys. Res. Lett.*, **24**(15), 1923–1926.

Barnston, A.G., and P.T. Schickedanz, 1984: The effect of irrigation on warm season precipitation in the southern Great Plains. *J. Appl. Meteorol.*, **23**, 865–888.

Bartholome, E., and A.S. Belward, 2005: GLC2000: a new approach to global land cover mapping from Earth observation data. *Int. J. Remote Sens.*, **26**, 1959–1977.

Bates, T.S., et al., 2006: Aerosol direct radiative effects over the northwest Atlantic, northwest Pacific, and North Indian Oceans: estimates based on in situ chemical and optical measurements and chemical transport modelling. *Atmos. Chem. Phys. Discuss.*, **6**, 175–362.

Bauer, S.E., and D. Koch, 2005: Impact of heterogeneous sulfate formation at mineral dust surfaces on aerosol loads and radiative forcing in the Goddard Institute for Space Studies general circulation model. *J. Geophys. Res.*, **110**, D17202, doi:10.1029/2005JD005870.

Bauman, J.J., P.B. Russell, M.A. Geller, and P. Hamill, 2003: A stratospheric aerosol climatology from SAGE II and CLAES measurements: 2. Results and comparisons, 1984-1999. *J. Geophys. Res.*, **108**(D13), 4383, doi:10.1029/2002JD002993.

Beheng, K.D., 1994: A parametrization of warm cloud microphysical conversion process. *Atmos. Res.*, **33**, 193–206.

Bekki, S., K. Law, and J. Pyle, 1994: Effect of ozone depletion on atmospheric $CH_4$ and CO concentrations. *Nature*, **371**, 595–597.

Bellouin, N., O. Boucher, D. Tanré, and O. Dubovik, 2003: Aerosol absorption over the clear-sky oceans deduced from POLDER-1 and AERONET observations. *Geophys. Res. Lett.*, **30**(14), 1748, doi:10.1029/2003GL017121.

Bellouin, N., O. Boucher, J. Haywood, and M.S. Reddy, 2005: Global estimates of aerosol direct radiative forcing from satellite measurements. *Nature*, **438**, 1138–1141.

Benestad, R.E., 2005: A review of the solar cycle length estimates. *Geophys. Res. Lett.*, **32**, L15714, doi:10.1029/2005GL023621.

Bergamaschi, P., et al., 2005: Inverse modelling of national and European $CH_4$ emissions using the atmospheric zoom model TM5. *Atmos. Chem. Phys.*, **5**, 2431–2460.

Bergstrom, R.W., P. Pilewskie, B. Schmid, and P.B. Russell, 2003: Estimates of the spectral aerosol single scattering albedo and aerosol radiative effects during SAFARI 2000. *J. Geophys. Res.*, **108**(D13), 8474, doi:10.1029/2002JD002435.

Berntsen, T.K., et al., 2005: Climate response to regional emissions of ozone precursors; sensitivities and warming potentials. *Tellus*, **4B**, 283–304.

Berntsen, T.K., et al., 2006: Abatement of greenhouse gases: does location matter? *Clim. Change*, **74**, 377–411.

Berry, E.X., 1967: Cloud droplet growth by collection. *J. Atmos. Sci.*, **24**, 688–701.

Betts, R.A., 2000: Offset of the potential carbon sink from boreal forestation by decreases in surface albedo. *Nature*, **408**(6809), 187–189.

Betts, R.A., 2001: Biogeophysical impacts of land use on present-day climate: near-surface temperature change and radiative forcing. *Atmos. Sci. Lett.*, **2**(1–4), doi:10.1006/asle.2001.0023.

Betts, R.A., and M.J. Best, 2004: *Relative impact of radiative forcing, landscape effects and local heat sources on simulated climate change in urban areas.* BETWIXT Technical Briefing Note No. 6, Met Office, Exeter, UK, 15 pp.

Betts, R.A., P.M. Cox, S.E. Lee, and F.I. Woodward, 1997: Contrasting physiological and structural vegetation feedbacks in climate change simulations. *Nature*, **387**, 796–799.

Betts, R.A., P.D. Falloon, K.K. Goldewijk, and N. Ramankutty, 2007: Biogeophysical effects of land use on climate: model simulations of radiative forcing and large-scale temperature change. *Agric. For. Meteorol.*, 142, 216-233.

Betts, R.A., et al., 2004: The role of ecosystem-atmosphere interactions in simulated Amazonian precipitation decrease and forest dieback under global climate warming. *Theor. Appl. Climatol.*, **78**, 157–175.

Bigler, M., et al., 2002: Sulphate record from a northeast Greenland ice core over the last 1200 years based on continuous flow analysis. *Ann. Glaciol.*, 35, 250–256.

Bingen, C., D. Fussen, and F. Vanhellemont, 2004: A global climatology of stratospheric aerosol size distribution parameters derived from SAGE II data over the period 1984-2000: 2. Reference data. *J. Geophys. Res.*, **109**, D06202, doi:10.1029/2003JD003511.

Blake, D., and F. Rowland, 1988: Continuing worldwide increase in tropospheric methane, 1978 to 1987. *Science*, **239**, 1129–1131.

Blake, N.J., et al., 2001: Large-scale latitudinal and vertical distributions of NMHCs and selected halocarbons in the troposphere over the Pacific Ocean during the March-April 1999 Pacific Exploratory Mission (PEM-Tropics B). *J. Geophys. Res.*, **106**, 32627–32644.

Bluth, G.J.S., W.I. Rose, I.E. Sprod, and A.J. Krueger, 1997: Stratospheric loading of sulfur from explosive volcanic eruptions. *J. Geol.*, **105**, 671–683.

Bluth, G.J.S., et al., 1992: Global tracking of the $SO_2$ clouds from the June 1991 Mount Pinatubo eruptions. *Geophys. Res. Lett.*, **19**(2), 151–154, doi:10.1029/91GL02792.

Boberg, F., and H. Lundstedt, 2002: Solar wind variations related to fluctuations of the North Atlantic Oscillation. *Geophys. Res. Lett.*, **29**(15), doi:10.1029/2002GL014903.

Boer, G.J., and B. Yu, 2003a: Climate sensitivity and climate state. *Clim. Dyn.*, **21**, 167–176.

Boer, G.J., and B. Yu, 2003b: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Bond, T.C., 2001: Spectral dependence of visible light absorption by carbonaceous particles emitted from coal combustion. *Geophys. Res. Lett.*, **28**(21), 4075–4078.

Bond, T.C., and H. Sun, 2005: Can reducing black carbon emissions counteract global warming? *Environ. Sci. Technol.*, **39**, 5921–5926.

Bond, T.C., et al., 1999: Light absorption by primary particle emissions from a lignite burning plant. *Environ. Sci.Technol.*, **33**, 3887–3891.

Bond, T.C., et al., 2004: A technology-based global inventory of black and organic carbon emissions from combustion. *J. Geophys. Res.*, **109**, D14203, doi:10.1029/2003JD003697.

Born, M., H. Dorr, and I. Levin, 1990: Methane consumption in aerated soils of the temperate zone. *Tellus* , **42B**, 2–8.

Bortz, S.E., and M.J. Prather, 2006: Ozone, water vapor, and temperature in the upper tropical troposphere: Variations over a decade of MOZAIC Measurements. *J. Geophys. Res.*, **111**, D05305, doi:10.1029/2005JD006512.

Boucher, O., 1999: Air traffic may increase cirrus cloudiness. *Nature*, **397**, 30–31.

Boucher, O., and U. Lohmann, 1995: The sulfate-CCN-cloud albedo effect: a sensitivity study using two general circulation models. *Tellus*, **47B**, 281–300.

Boucher, O., and D. Tanré, 2000: Estimation of the aerosol perturbation to the Earth's radiative budget over oceans using POLDER satellite aerosol retrievals. *Geophys. Res. Lett.*, **27**(8), 1103–1106.

Boucher, O., and J. Haywood, 2001: On summing the components of radiative forcing of climate change. *Clim. Dyn.*, **18**, 297–302.

Boucher, O., and M. Pham, 2002: History of sulfate aerosol radiative forcings. *Geophys. Res. Lett.*, **29**(9), 22–25.

Boucher, O., H. Le Treut, and M.B. Baker, 1995: Precipitation and radiation modeling in a general circulation model: introduction of cloud microphysical processes. *J. Geophys. Res.*, **100**(D8), 16395–16414.

Boucher, O., G. Myhre, and A. Myhre, 2004: Direct human influence of irrigation on atmospheric water vapour and climate. *Clim. Dyn.*, **22**, 597–604.

Bounoua, L., et al., 2002: Effects of land cover conversion on surface climate. *Clim. Change*, **52**, 29–64.

Bousquet, P., et al., 2005: Two decades of OH variability as inferred by an inversion of atmospheric transport and chemistry of methyl chloroform. *Atmos. Chem. Phys.*, **5**, 1679–1731.

Bower, K.N., et al., 1994: A parametrization of warm clouds for use in atmospheric general circulation models. *J. Atmos. Sci.*, **51**, 2722–2732.

BP, 2006: *Quantifying Energy: BP Statistical Review of World Energy June 2006.* BP p.l.c., London, 45 pp., http://www.bp.com/productlanding. do?categoryId=6842&contentId=7021390.

Bradford, D.F., 2001: Global change: time, money and tradeoffs. *Nature*, **410**, 649–650, doi:10.1038/35070707.

Brasseur, G., and C. Granier, 1992: Mount Pinatubo aerosols, chlorofluorocarbons and ozone depletion. *Science*, **257**, 1239–1242.

Brenguier, J.L., H. Pawlowska, and L. Schuller, 2003: Cloud microphysical and radiative properties for parametrization and satellite monitoring of the indirect effect of aerosol on climate. *J. Geophys. Res.*, **108**(D15), 8632, doi:10.1029/2002JD002682.

Brenguier, J.L., et al., 2000a: Radiative properties of boundary layer clouds: droplet effective radius versus number concentration. *J. Atmos. Sci.*, **57**, 803–821.

Brenguier, J.L., et al., 2000b: An overview of the ACE-2 CLOUDY COLUMN closure experiment. *Tellus.* **52B**, 815–827.

Bréon, F.-M., and M. Doutriaux-Boucher, 2005: A comparison of cloud droplet radii measured from space. *IEEE Trans. Geosci. Remote. Sens.*, **43**, 1796–1805, doi:10.1109/TGRS.2005.852838.

Bréon, F.-M., D. Tanré, and S. Generoso, 2002: Aerosol effect on cloud droplet size monitored from satellite. *Science*, **295**, 834–838.

Broccoli, A.J., et al., 2003: Twentieth-century temperature and precipitation trends in ensemble climate simulations including natural and anthropogenic forcing. *J. Geophys. Res.*, **108**(D24), 4798, doi:10.1029/2003JD003812.

Brock, C.A., et al., 2004: Particle characteristics following cloud-modified transport from Asia to North America. *J. Geophys. Res.*, **109**, 1–17.

Brovkin, V.M., et al., 2004. Role of land cover changes for atmospheric $CO_2$ increase and climate change during the last 150 years. *Global Change Biol.*, **10**. 1253–1266.

Brovkin, V.M., et al., 2006: Biogeophysical effects of historical land cover changes simulated by six earth system models of intermediate complexity. *Clim. Dyn.*, **26**(6), 587–600.

Cakmur, R.V., et al., 2006: Constraining the magnitude of the global dust cycle by minimizing the difference between a model and observations. *J. Geophys. Res.*, **111**, doi:10.1029/2005JD005791.

Campbell, J.R., et al., 2003: Micropulse Lidar observations of tropospheric aerosols over northeastern South Africa during the ARREX and SAFARI-2000 dry season experiments. *J. Geophys. Res.*, **108**(D13), 8497, doi:10.1029/2002JD002563.

Carslaw, K.S., R.G. Harrison, and J. Kirkby, 2002: Atmospheric science: Cosmic rays, clouds, and climate. *Science*, **298**, 1732–1737.

Chapman, G.A., A.M. Cookson, and J.J. Dobias, 1996: Variations in total solar irradiance during solar cycle 22. *J. Geophys. Res.*, **101**, 13541–13548.

Chase, T.N., et al., 2000: Simulated impacts of historical land cover changes on global climate in northern winter. *Clim. Dyn.*, **16**, 93–105.

Chen, Y., and J.E. Penner, 2005: Uncertainty analysis of the first indirect aerosol effect. *Atmos. Chem. Phys.*, **5**, 2935–2948.

Chen, Y.-H., and R.G. Prinn, 2005: Atmospheric modelling of high- and low-frequency methane observations: Importance of interannually varying transport. *J. Geophys. Res.*, **110**, D10303, doi:10.1029/2004JD005542.

Chen, Y.-H., and R.G. Prinn, 2006: Estimation of atmospheric methane emissions between 1996-2001 using a 3D global chemical transport model. *J. Geophys. Res.*, **111**, D10307, doi:10.1029/2005JD006058.

Chiapello, I., C. Moulin, and J.M. Prospero, 2005: Understanding the long-term variability of African dust transport across the Atlantic as recorded in both Barbados surface concentrations and large-scale Total Ozone Mapping Spectrometer (TOMS) optical thickness. *J. Geophys. Res.*, **110**, D18S10, doi:10.1029/2004JD005132.

Chipperfield, M.P., W.J. Randel, G.E. Bodeker, and P. Johnston, 2003: Global ozone: past and future. In: *Scientific Assessment of Ozone Depletion: 2002* [Ennis, C.A. (ed.)]. World Meteorological Organization, Geneva, pp. 4.1–4.90.

Chou, M.-D., P-K. Chan, and M. Wang, 2002: Aerosol radiative forcing derived from SeaWiFS-retrieved aerosol optical properties. *J. Atmos. Sci.*, **59**, 748–757.

Christiansen, B., 1999: Radiative forcing and climate sensitivity: the ozone experience. *Q. J. R. Meteorol. Soc.*, **125**, 3011–3035.

Christopher, S.A., and J. Zhang, 2004: Cloud-free shortwave aerosol radiative effect over oceans: strategies for identifying anthropogenic forcing from Terra satellite measurements. *Geophys. Res. Lett.*, **31**, L18101, doi:10.1029/2004GL020510.

Christopher, S.A., J. Zhang, Y.J. Kaufman, and L. Remer, 2006: Satellite-based assessment of the top of the atmosphere anthropogenic aerosol radiative forcing over cloud-free oceans. *Geophys Res. Lett.*, **111**, L15816, doi:10.1029/2005GL025535.

Chu, D.A., et al., 2002: Validation of MODIS aerosol optical depth retrieval over land. *Geophys. Res. Lett.*, **29**(12), doi:10.1029/2001GL013205.

Chu, D.A., et al., 2005: Evaluation of aerosol properties over ocean from Moderate Resolution Imaging Spectroradiometer (MODIS) during ACE-Asia. *J. Geophys. Res.*, **110**, D07308, doi:10.1029/2004JD005208.

Chuang, C.C., and J.E. Penner, 1995: Effects of anthropogenic sulfate on cloud drop nucleation and optical properties. *Tellus*, **47B**, 566–577.

Chuang, C.C., et al., 1997: An assessment of the radiative effects of anthropogenic sulfate. *J. Geophys. Res.*, **102**(D3), 3761–3778.

Chuang, C.C., et al., 2002: Cloud susceptibility and the first aerosol indirect forcing: Sensitivity to black carbon and aerosol concentrations. *J. Geophys. Res.*, **107**(D21), 4564, doi:10.1029/2000JD000215.

Chuang, P.Y., 2003: Measurement of the timescale of hygroscopic growth for atmospheric aerosols. *J. Geophys. Res.*, **108**(D9), 5–13.

Chung, C.E., V. Ramanathan, D. Kim, and I.A. Podgorny, 2005: Global anthropogenic aerosol direct forcing derived from satellite and ground-based observations. *J. Geophys. Res.*, **110**, D24207, doi:10.1029/2005JD006356.

Chung, S.H., and J.H. Seinfeld, 2002: Global distribution and climate forcing of carbonaceous aerosols. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD001397.

Chylek, P., and J. Wong, 1995: Effect of absorbing aerosols on global radiation budget. *Geophys. Res. Lett.*, **22**(8), 929–931.

Chylek, P., B. Henderson, and M. Mishchenko, 2003: Aerosol radiative forcing and the accuracy of satellite aerosol optical depth retrieval. *J. Geophys. Res.*, **108**(D24), 4704, doi:10.1029/2003JD004044.

Clarke, A.D., et al., 2004: Size distributions and mixtures of dust and black carbon aerosol in Asian outflow: Physiochemistry and optical properties. *J. Geophys. Res.*, **109**, D15S09, doi:10.1029/2003JD004378.

Claquin, T., M. Schulz, and Y. Balkanski, 1999: Modeling the mineralogy of atmospheric dust. *J. Geophys. Res.*, **104**(D18), 22243–22256.

Coen, M.C., et al., 2004: Saharan dust events at the Jungfraujoch: detection by wavelength dependence of the single scattering albedo and first climatology analysis. *Atmos. Chem. Phys.*, **4**, 2465–2480.

Collins, W.D., et al., 2001: Simulating aerosols using a chemical transport model with assimilation of satellite aerosol retrievals: Methodology for INDOEX. *J. Geophys. Res.*, **106**(D7), 7313–7336.

Collins, W.D., et al., 2006: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the IPCC AR4. *J. Geophys. Res.*, **111**, D14317, doi:10.1029/2005JD006713.

Collins, W.J., R.G. Derwent, C.E. Johnson, and D.S. Stevenson, 2002: The oxidation of organic compounds in the troposphere and their global warming potentials. *Clim. Change*, **52**, 453–479.

Considine, D.B., J.E. Rosenfield, and E.L. Fleming, 2001: An interactive model study of the influence of the Mount Pinatubo aerosol on stratospheric methane and water trends. *J. Geophys. Res.*, **106**(D21), 27711–27727.

Conway, T.J., et al., 1994: Evidence for interannual variability of the carbon cycle from the NOAA/CMDL sampling network. *J. Geophys. Res.*, **99**(D11), 22831–22855.

Cook, J., and E.J. Highwood, 2004: Climate response to tropospheric absorbing aerosols in an intermediate general-circulation model. *Q. J. R. Meteorol. Soc.*, **130**, 175–191.

Cooke, W.F., V. Ramaswamy, and P. Kasibhatla, 2002: A general circulation model study of the global carbonaceous aerosol distribution. *J. Geophys. Res.*, **107**(D16), doi:10.1029/2001JD001274.

Cooke, W.F., C. Liousse, H. Cachier, and J. Feichter, 1999: Construction of a 1° x 1° fossil fuel emission data set for carbonaceous aerosol and implementation and radiative impact in the ECHAM4 model. *J. Geophys. Res.*, **104**(D18), 22137–22162.

Coughlin, K., and K.K. Tung, 2004: Eleven-year solar cycle signal throughout the lower atmosphere. *J. Geophys. Res.*, **109**, D21105, doi:10.1029/2004JD004873.

Cox, P.M., et al., 1999: The impact of new land surface physics on the GCM simulation of climate and climate sensitivity. *Clim. Dyn.* **15**, 183–203.

Cramer, W., et al., 2001: Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: Results from six dynamic global vegetation models. *Global Change Biol.*, **7**, 357–373.

Crooks, S.A., and L.J. Gray, 2005: Characterization of the 11-year solar signal using a multiple regression analysis of the ERA-40 dataset. *J. Clim.*, **18**, 996–1015.

Crutzen, P.J., 2004: New directions: the growing urban heat and pollution "island" effect - impact on chemistry and climate. *Atmos. Environ.*, **38**, 3539–3540.

Cunnold, D.M., et al., 2002: In situ measurements of atmospheric methane at GAGE/AGAGE sites during 1985-2000 and resulting source inferences. *J. Geophys. Res.*, **107**(D14), doi:10.1029/2001JD001226.

Cunnold, D.M., et al., 2004: Comment on "Enhanced upper stratospheric ozone: Sign of recovery or solar cycle effect?" by W. Steinbrecht et al. *J. Geophys. Res.*, **109**, D14305, doi:10.1029/2004JD004826.

Cziczo, D.J., D.M. Murphy, P.K. Hudson, and D.S. Thompson, 2004: Single particle measurements of the chemical composition of cirrus ice residue from CRYSTAL-FACE. *J. Geophys. Res.*, **109**, D04201, doi:10.1029/2003JD004032.

Dameris, M., et al., 2005: Long-term changes and variability in a transient simulation with a chemistry-climate model employing realistic forcing. *Atmos. Chem. Phys. Discuss.*, **5**, 2121–2145.

Daniel, J.S., S. Solomon, and D.L. Albritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res.*, **100**(D1), 1271–1286, doi:10.1029/94JD02516.

de Ridder, K., and H. Gallée, 1998: Land surface-induced regional climate change in southern Israel. *J. Appl. Meteorol.*, **37**, 1470–1485.

Decesari, S., M.C. Facchini, S. Fuzzi, and E. Tagliavini, 2000: Characterization of water-soluble organic compounds in atmospheric aerosol: a new approach. *J. Geophys. Res.*, **105**(D1), 1481–1489.

Decesari, S., et al., 2001: Chemical features and seasonal variation of fine aerosol water-soluble organic compounds in the Po Valley, Italy. *Atmos. Environ.*, **35**, 3691–3699.

Del Genio, A.D., M.S. Yao, and K.-W. Lo, 1996: A prognostic cloud water parametrization for global climate models. *J. Clim.*, **9**, 270–304.

Delworth, T.L., V. Ramaswamy, and G.L. Stenchikov, 2005: The impact of aerosols on simulated ocean temperature and heat content in the 20th century. *Geophys. Res. Lett.*, **32**, L24709, doi:10.1029/2005GL024457.

den Elzen, M., et al., 2005: Analysing countries' contribution to climate change: Scientific and policy-related choices. *Environ. Sci. Technol.*, **8**(6), 614–636.

Dentener, F., et al., 2006: Emissions of primary aerosol and precursor gases in the years 2000 and 1750 - prescribed data-sets for AeroCom. *Atmos. Chem. Phys. Discuss.*, **6**, 2703–2763.

Derwent, R.G., W.J. Collins, C.E. Johnson, and D.S. Stevenson, 2001: Transient behaviour of tropospheric ozone precursors in a global 3-D CTM and their indirect greenhouse effects. *Clim. Change*, **49**, 463–487.

Deshler, T., et al., 2003: Thirty years of in situ stratospheric aerosol size distribution measurements from Laramie, Wyoming (41N), using balloon-borne instruments. *J. Geophys. Res.*, **108**(D5), 4167, doi:10.1029/2002JD002514.

Deuzé, J.L., et al., 2000: Estimate of the aerosol properties over the ocean with POLDER. *J. Geophys. Res.*, **105**, 15329–15346.

Deuzé, J.L., et al., 2001: Remote sensing of aerosols over land surfaces from POLDER-ADEOS-1 polarized measurements. *J. Geophys. Res.*, **106**, 4913–4926.

Dewitte, S., D. Crommelynck, S. Mekaoui, and A. Joukoff, 2005: Measurement and uncertainty of the long-term total solar irradiance trend. *Sol. Phys.*, **224**, 209–216.

Diab, R.D., et al., 2004: Tropospheric ozone climatology over Irene, South Africa, from 1990 to 1994 and 1998 to 2002. *J. Geophys. Res.*, **109**, D20301, doi:10.1029/2004JD004793.

Dlugokencky, E.J., K.A. Masarie, P.M. Lang, and P.P. Tans, 1998: Continuing decline in the growth rate of atmospheric methane. *Nature*, **393**, 447–450.

Dlugokencky, E.J., et al., 1996: Changes in $CH_4$ and CO growth rates after the eruption of Mt. Pinatubo and their link with changes in tropical tropospheric UV flux. *Geophys. Res. Lett.*, **23**(20), 2761–2764.

Dlugokencky, E.J., et al., 2001: Measurements of an anomalous global methane increase during 1998. *Geophys. Res. Lett.*, **28**(3), 499–502.

Dlugokencky, E.J., et al., 2003: Atmospheric methane levels off: Temporary pause or a new steady-state? *Geophys. Res. Lett.*, **30**(19), doi:10.1029/2003GL018126.

Dlugokencky, E.J., et al., 2005: Conversion of NOAA CMDL atmospheric dry air $CH_4$ mole fractions to a gravimetrically prepared standard scale. *J. Geophys. Res.*, **110**, D18306, doi:10.1029/2005JD006035.

Döll, P., 2002: Impact of climate change and variability on irrigation requirements: a global perspective. *Clim. Change*, **54**, 269–293.

Douglass, A., M. Schoeberl, R. Rood, and S. Pawson, 2003: Evaluation of transport in the lower tropical stratosphere in a global chemistry and transport model. *J. Geophys. Res.*, **108**(D9), 4259, doi:10.1029/2002JD002696.

Douglass, D.H., and B.D. Clader, 2002: Climate sensitivity of the Earth to solar irradiance. *Geophys. Res. Lett.*, **29**(16), 33–36.

Dubovik, O., and M.D. King, 2000: A flexible inversion algorithm for retrieval of aerosol optical properties from Sun and sky radiance measurements. *J. Geophys. Res.*, **105**, 20673–20696.

Dubovik, O., et al., 1998: Single-scattering albedo of smoke retrieved from the sky radiance and solar transmittance measured from ground. *J. Geophys. Res.*, **103**(D24), 31903–31923.

Dubovik, O., et al., 2000: Accuracy assessments of aerosol optical properties retrieved from Aerosol Robotic Network (AERONET) Sun and sky radiance measurements. *J. Geophys. Res.*, **105**, 9791–9806.

Dubovik, O., et al., 2002: Variability of absorption and optical properties of key aerosol types observed in worldwide locations. *J. Atmos. Sci.*, **59**, 590–608.

Dufresne, L.-L., et al., 2005: Contrasts in the effects on climate of anthropogenic sulfate aerosols between the 20th and the 21st century. *Geophys. Res. Lett.*, **32**, L21703, doi:10.1029/2005GL023619.

Duncan, B.N., et al., 2003: Indonesian wildfires of 1997: Impact on tropospheric chemistry. *J. Geophys. Res.*, **108**(D15), 4458, doi:10.1029/2002JD003195.

Dusek, U., et al., 2006: Size matters more than chemistry for cloud-nucleating ability of aerosol particles. *Science*, **312**, 1375–1378.

Dziembowski, W.A., P.R. Goode, and J. Schou, 2001: Does the sun shrink with increasing magnetic activity? *Astrophys. J.*, **553**, 897–904.

Eagan, R., P.V. Hobbs, and L. Radke, 1974: Measurements of CCN and cloud droplet size distributions in the vicinity of forest fires. *J. Appl. Meteorol.*, **13**, 537–553.

Easter, R., et al., 2004: MIRAGE: Model description and evaluation of aerosols and trace gases. *J. Geophys. Res.* **109**, D20210, doi:10.1029/2004JD004571.

Eatough, D.J., et al., 2003: Semivolatile particulate organic material in southern Africa during SAFARI 2000. *J. Geophys. Res.*, **108**(D13), 8479, doi:10.1029/2002JD002296.

Eck, T.F., et al., 2003: Variability of biomass burning aerosol optical characteristics in southern Africa during the SAFARI 2000 dry season campaign and a comparison of single scattering albedo estimates from radiometric measurements. *J. Geophys. Res.*, **108**(D13), 8477, doi:10.1029/2002JD002321.

Edwards, D.P., et al., 2004: Observations of carbon monoxide and aerosols from the Terra satellite: Northern Hemisphere variability. *J. Geophys. Res.*, **109**, D24202, doi:10.1029/2004JD004727.

Ehhalt, D.H., 1999: Gas phase chemistry of the troposphere. In: *Global Aspects of Atmospheric Chemistry, Vol. 6* [Baumgaertel, H., W. Gruenbein, and F. Hensel (eds.)]. Springer Verlag, Darmstadt, pp. 21–110.

EPA, 2003: *National Air Quality and Emissions Trends Report, 2003 Special Studies Edition*. Publication No. EPA 454/R-03-005, U. S. Environmental Protection Agency, Washington, DC, 190pp, http://www.epa.gov/air/airtrends/aqtrnd03/

Erlick, C., L.M. Russell, and V. Ramaswamy, 2001: A microphysics-based investigation of the radiative effects of aerosol-cloud interactions for two MAST Experiment case studies. *J. Geophys. Res.*, **106**(D1), 1249–1269.

Ervens, B., G. Feingold, and S.M. Kreidenweis, 2005: The influence of water-soluble organic carbon on cloud drop number concentration. *J. Geophys. Res.*, **110**, D18211, doi:10.1029/2004JD005634.

Etheridge, D.M., L.P. Steele, R.J. Francey, and R.L. Langenfelds, 1998: Atmospheric methane between 1000 A.D. and present: Evidence of anthropogenic emissions and climatic variability. *J. Geophys. Res.*, **103**(D13), 15979–15993.

Etheridge, D.M., et al., 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *J. Geophys. Res.*, **101**(D2), 4115–4128.

Facchini, M.C., M. Mircea, S. Fuzzi, and R.J. Charlson, 1999: Cloud albedo enhancement by surface-active organic solutes in growing droplets. *Nature*, **401**, 257–259.

Facchini, M.C., et al., 2000: Surface tension of atmospheric wet aerosol and cloud/fog droplets in relation to their organic carbon content and chemical composition. *Atmos. Environ.*, **34**, 4853–4857.

Feichter, J., E. Roeckner, U. Lohmann, and B. Liepert, 2004: Nonlinear aspects of the climate response to greenhouse gas and aerosol forcing. *J. Clim.*, **17**, 2384–2398.

Feingold, G., 2003: Modelling of the first indirect effect: Analysis of measurement requirements. *Geophys. Res. Lett.*, **30**(19), 1997, doi:10.1029/2003GL017967.

Feingold, G., and P.Y. Chuang, 2002: Analysis of influence of film-forming compounds on droplet growth: Implications for cloud microphysical processes and climate. *J. Atmos. Sci.*, **59**, 2006–2018.

Feingold, G., R. Boers, B. Stevens, and W.R. Cotton, 1997: A modelling study of the effect of drizzle on cloud optical depth and susceptibility. *J. Geophys. Res.*, **102**(D12), 13527–13534.

Feingold, G., W.L. Eberhard, D.E. Veron, and M. Previdi, 2003: First measurements of the Twomey indirect effect using ground-based remote sensors. *Geophys. Res. Lett.*, **30**(6), 1287, doi:10.1029/2002GL016633.

Feng, Y., and J. Penner. 2007: Global modeling of nitrate and ammonium: Interaction of aerosols and tropospheric chemistry. *J. Geophys. Res.*, **112**(D01304), doi:10.1029/2005JD006404.

Ferretti, D.F., D.C. Lowe, R.J. Martin, and G.W. Brailsford, 2000: A new GC-IRMS technique for high precision, $N_2O$-free analysis of $\delta^{13}C$ and $\delta^{18}O$ in atmospheric $CO_2$ from small air samples. *J. Geophys. Res.*, **105**(D5), 6709–6718.

Field, C.B., R.B. Jackson, and H.A. Mooney, 1995: Stomatal responses to increased $CO_2$: implications from the plant to the global scale. *Plant Cell Environ.*, **18**, 1214–1225.

Fioletov, V.E., et al., 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964-2000. *J. Geophys. Res.*, **107**(D22), 4647, doi:10.1029/2001JD001350.

Formenti, P., et al., 2003: Inorganic and carbonaceous aerosols during the Southern African Regional Science Initiative (SAFARI 2000) experiment: Chemical characteristics, physical properties, and emission data or smoke from African biomass burning. *J. Geophys. Res.*, **108**(D13), 8488, doi:10.1029/2002JD002408.

Forster, P.M.F., and K.P. Shine, 1999: Stratospheric water vapour changes as a possible contributor to observed stratospheric cooling. *Geophys. Res. Lett.*, **26**(21), 3309–3312.

Forster, P.M.F., and K. Tourpali, 2001: Effect of tropopause height changes on the calculation of ozone trends and their radiative forcing. *J. Geophys. Res.*, **106**(D11), 12241–12251.

Forster, P.M.F., and K.P. Shine, 2002: Assessing the climate impact of trends in stratospheric water vapor. *Geophys. Res. Lett.*, **29**(6), doi:10.1029/2001GL013909.

Forster, P.M.F., and M.J. Joshi, 2005: The role of halocarbons in the climate change of the troposphere and stratosphere. *Clim. Change*, **70**, 249–266.

Forster, P.M.F., and K.E. Taylor, 2006: Climate forcings and climate sensitivities diagnosed from coupled climate model integrations. *J. Clim.*, **19**, 6181–6194.

Forster, P.M.F., M. Blackburn, R. Glover, and K.P. Shine, 2000: An examination of climate sensitivity for idealised climate change experiments in an intermediate general circulation model. *Clim. Dyn.*, **16**, 833–849.

Forster, P.M.F., et al., 2005: Resolving uncertainties in the radiative forcing of HFC-134s. *J. Quant. Spectrosc. Radiative Transfer*, **93**, 447–460.

Foster, S.S., 2004: *Reconstruction of Solar Irradiance Variations for use in Studies of Global Climate Change: Application of Recent SOHO Observations with Historic Data from the Greenwich Observatory.* PhD Thesis, University of Southampton, Faculty of Science, Southampton, 231 p.

Foukal, P., C. Frohlich, H. Spruit, and T.M.L. Wigley, 2006: Variations in solar luminosity and their effect on the Earth's climate. *Nature*, **443**, 161–166.

Francey, R.J., et al., 1995: Changes in oceanic and terrestrial carbon uptake since 1982. *Nature*, **373**, 326–330.

Francey, R.J., et al., 1999: A history of $\delta^{13}C$ in atmospheric $CH_4$ from the Cape Grim Air Archive and Antarctic firn air. *J. Geophys. Res.*, **104**(D19), 23633–23643.

Frankenberg, C., et al., 2005: Assessing methane emissions from global space-borne observations. *Science*, **308**, 1010–1014.

Free, M., and J. Angell, 2002: Effect of volcanoes on the vertical temperature profile in radiosonde data. *J. Geophys. Res.*, **107**(D10), doi:10.1029/2001JD001128.

Friedl, M.A., et al., 2002: Global land cover mapping from MODIS: algorithms and early results. *Remote Sens. Environ.*, **83**, 287–302.

Fröhlich, C., and J. Lean, 2004: Solar radiative output and its variability: Evidence and mechanisms. *Astron. Astrophys. Rev.*, **12**, 273–320.

Fueglistaler, S., H. Wernli, and T. Peter, 2004: Tropical troposphere-to-stratosphere transport inferred from trajectory calculations. *J. Geophys. Res.*, **109**, D03108, doi:10.1029/2003JD004069.

Fuglestvedt, J.S., T.K. Berntsen, O. Godal, and T. Skodvin, 2000: Climate implications of GWP-based reductions in greenhouse gas emissions. *Geophys. Res. Lett.*, **27**(3), 409–412, doi:10.1029/1999GL010939.

Fuglestvedt, J.S., et al., 1999: Climatic forcing of nitrogen oxides through changes in tropospheric ozone and methane; global 3D model studies. *Atmos. Environ.*, **33**, 961–977.

Fuglestvedt, J.S., et al., 2003: Metrics of climate change: assessing radiative forcing and emission indices. *Clim. Change*, **58**, 267–331.

Fuller, K.A., W.C. Malm, and S.M. Kreidenweis, 1999: Effects of mixing on extinction by carbonaceous particles. *J. Geophys. Res.*, **104**(D13), 15941–15954.

Fuzzi, S., et al., 2001: A simplified model of the water soluble organic component of atmospheric aerosols. *Geophys. Res. Lett.*, **28**(21), 4079–4082.

Gao, F., et al., 2005: MODIS bidirectional reflectance distribution function and albedo Climate Modeling Grid products and the variability of albedo for major global vegetation types. *J. Geophys. Res.*, **110**, D01104, doi:10.1029/2004JD005190.

Gauss, M., et al., 2006: Radiative forcing since preindustrial times due to ozone changes in the troposphere and the lower stratosphere. *Atmos. Chem. Phys.*, **6**, 575–599.

Gedney, N., et al., 2006: Detection of a direct carbon dioxide effect in continental river runoff records. *Nature*, **439**, 835–838, doi:10.1038/nature04504.

Geller, M.A., and S.P. Smyshlyaev, 2002: A model study of total ozone evolution 1979-2000: The role of individual natural and anthropogenic effects. *Geophys. Res. Lett.*, **29**(22), 5–8.

Geogdzhayev, I.V., et al., 2002: Global two-channel AVHRR retrievals of aerosol properties over the ocean for the period of NOAA-9 observations and preliminary retrievals using NOAA-7 and NOAA-11 data. *J. Atmos. Sci.*, **59**, 262–278.

Ghan, S., et al., 2001: Evaluation of aerosol direct radiative forcing in MIRAGE. *J. Geophys. Res.*, **106**(D6), 5295–5316.

Gillett, N.P., M.F. Wehner, S.F.B. Tett, and A.J. Weaver, 2004: Testing the linearity of the response to combined greenhouse gas and sulfate aerosol forcing. *Geophys. Res. Lett.*, **31**, L14201, doi:10.1029/2004GL020111.

Gleisner, H., and P. Thejll, 2003: Patterns of tropospheric response to solar variability. *Geophys. Res. Lett.*, **30**(13), 1711, doi:10.1029/2003GL017129.

Godal, O., 2003: The IPCC assessment of multidisciplinary issues: The choice of greenhouse gas indices. *Clim. Change*, **58**, 243–249.

Gohar, L.K., G. Myhre, and K.P. Shine, 2004: Updated radiative forcing estimates of four halocarbons. *J. Geophys. Res.*, **109**, D01107, doi:10.1029/2003JD004320.

Goloub, P., and O. Arino, 2000: Verification of the consistency of POLDER aerosol index over land with ATSR-2/ERS-2 fire product. *Geophys. Res. Lett.*, **27**(6), 899–902.

Goloub, P., et al., 1999: Validation of the first algorithm applied for deriving the aerosol properties over the ocean using the POLDER/ADEOS measurements. *IEEE Trans. Remote Sens.*, **37**, 1586–1596.

Goosse, H., H. Renssen, A. Timmermann, and R.S. Bradley, 2005: Internal and forced climate variability during the last millennium: a model-data comparison using ensemble simulations. *Quat. Sci. Rev.*, **24**, 1345–1360.

Gordon, L.J., et al., 2005: Human modification of global water vapor flows from the land surface. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 7612–7617.

Govindasamy, B., P.B. Duffy, and K. Caldeira, 2001a: Land use changes and Northern Hemisphere cooling. *Geophys. Res. Lett.*, **28**(2), 291–294.

Govindasamy, B., et al., 2001b: Limitations of the equivalent $CO_2$ approximation in climate change simulations. *J. Geophys. Res.*, **106**(D19), 22593–22603.

Gray, L.J., J.D. Haigh, and R.G. Harrison, 2005: *Review of the Influences of Solar Changes on the Earth's Climate.* Hadley Centre Technical Note No. 62, Met Office, Exeter, 82 pp.

Gregory, J.M., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205, doi:10.1029/2003GL018747.

Gunn, R., and B.B. Phillips, 1957: An experimental investigation of the effect of air pollution on the initiation of rain. *J. Meteorol.*, **14**(3), 272–280.

Hadjinicolaou, P., J.A. Pyle, and N.R.P. Harris, 2005: The recent turnaround in stratospheric ozone over northern middle latitudes: a dynamical modeling perspective. *Geophys. Res. Lett.*, **32**, L12821, doi:10.1029/2005GL022476.

Haigh, J.D., 2003: The effects of solar variability on the Earth's climate. *Phil. Trans. R. Soc. London Ser. A*, **361**, 95–111.

Hall, J.C., and G.W. Lockwood, 2004: The chromospheric activity and variability of cycling and flat activity solar-analog stars. *Astrophys. J.*, **614**, 942–946.

Hamilton, J.F., et al., 2004: Partially oxidised organic components in urban aerosol using GCXGC-TOF/MS. *Atmos. Chem. Phys.*, **4**, 1279–1290.

Hammitt, J.K., A.K. Jain, J.L. Adams, and D.J. Wuebbles, 1996: A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature*, **381**, 301–303.

Han, Q., W.B. Rossow, J. Zeng, and R. Welch, 2002: Three different behaviors of liquid water path of water clouds in aerosol-cloud interactions. *J. Atmos. Sci.*, **59**, 726–735.

Hansen, J., and M. Sato, 2001: Trends of measured climate forcing agents. *Proc. Natl. Acad. Sci. U.S.A.*, **98**, 14778–14783.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 423–428.

Hansen, J., and M. Sato, 2004: Greenhouse gas growth rates. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 16109–16114.

Hansen, J., M. Sato, and R. Reudy, 1995: Long-term changes of the diurnal temperature cycle: Implications about mechanisms of global climate change. *Atmos. Res.*, **37**, 175–209.

Hansen, J., M. Sato, and R. Ruedy, 1997: Radiative forcing and climate response. *J. Geophys. Res.*, **102**(D6), 6831–6864.

Hansen, J., et al., 2000: Global warming in the twenty-first century: An alternative scenario. *Proc. Natl. Acad. Sci. U.S.A.*, **97**, 9875–9880.

Hansen, J., et al., 2002: Climate forcings in Goddard Institute for Space Studies SI2000 simulations. *J. Geophys. Res.*, **107**(D18), 4347, doi:10.1029/2001JD001143.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res.*, **110**, D18104, doi:10.1029/2005JD005776.

Hansen, M.C., and B. Reed, 2000: A comparison of the IGBP DISCover and University of Maryland 1km global land cover products. *Int. J. Remote Sens.*, **21**, 1365–1373.

Harder, J., et al., 2005: The spectral irradiance monitor 1. Scientific requirements, instrument design and operation modes. *Sol. Phys.*, **230**, 141–167.

Harding, R.J., and J.W. Pomeroy, 1996: The energy balance of the winter boreal landscape. *J. Clim.*, **9**, 2778–2787.

Harnisch, J., R.R. Borchers, P.P. Fabian, and M.M. Maiss, 1996: Tropospheric trends for $CF_4$ and $C_2F_6$ since 1982 derived from $SF_6$ dated stratospheric air. *Geophys. Res. Lett.*, **23**(10), 1099–1102.

Harries, J.E., H.E. Brindley, P.J. Sagoo, and R.J. Bantges, 2001: Increases in greenhouse forcing inferred from the outgoing longwave radiation spectra of the Earth in 1970 and 1997. *Nature*, **410**, 355–357.

Harrison, R.G., and K.S. Carslaw, 2003: Ion-aerosol-cloud processes in the lower atmosphere. *Rev. Geophys.*, **41**, 1021.

Harrison, R.G., and D.B. Stephenson, 2006: Empirical evidence for a nonlinear effect of galactic cosmic rays on clouds. *Proc. Roy. Soc. London Ser. A*, **462**, 1221–1233.

Hartmann, D.L., M.E. Ockert-Bell, and M.L. Michelsen, 1992: The effect of cloud type on Earth's energy balance: global analysis. *J. Clim.*, **5**, 1281–1304.

Hashvardhan, S.E. Schwartz, C.E. Benkovitz, and G. Guo, 2002: Aerosol influence on cloud microphysics examined by satellite measurements and chemical transport modelling. *J. Atmos. Sci.*, **59**, 714–725.

Hauglustaine, D.A., and G.P. Brasseur, 2001: Evolution of tropospheric ozone under anthropogenic activities and associated radiative forcing of climate. *J. Geophys. Res.*, **106**(D23), 32337–32360, doi:10.1029/2001JD900175.

Haxeltine, A., and I.C. Prentice, 1996: BIOME3: An equilibrium terrestrial biosphere model based on ecophysiological constraints, resource availability, and competition among plant functional types. *Global Biogeochem. Cycles*, **10**(4), 693–709.

Haywood, J.M., and K.P. Shine, 1995: The effect of anthropogenic sulfate and soot aerosol on the clear sky planetary radiation budget. *Geophys. Res. Lett.*, **22**(5), 603–606.

Haywood, J.M., and K.P. Shine. 1997: Multi-spectral calculations of the direct radiative forcing of tropospheric sulphate and soot aerosols using a column model. *Q. J. R. Meteorol. Soc.*, **123**, 1907–1930.

Haywood, J.M., and O. Boucher, 2000: Estimates of the direct and indirect radiative forcing due to tropospheric aerosols: A review. *Rev. Geophys.*, **38**, 513–543.

Haywood, J.M., V. Ramaswamy, and B.J. Soden, 1999: Tropospheric aerosol climate forcing in clear-sky satellite observations over the oceans. *Science*, **283**, 1299–1305.

Haywood, J.M., et al., 2003a: Comparison of aerosol size distributions, radiative properties, and optical depths determined by aircraft observations and Sun photometers during SAFARI 2000. *J. Geophys. Res.*, **108**(D13), 8471, doi:10.1029/2002JD002250.

Haywood, J.M., et al., 2003b: The mean physical and optical properties of regional haze dominated by biomass burning aerosol measured from the C-130 aircraft during SAFARI 2000. *J. Geophys. Res.*, **108**(D13), 8473, doi:10.1029/2002JD002226.

Haywood, J.M., et al., 2003c: Radiative properties and direct radiative effect of Saharan dust measured by the C-130 aircraft during SHADE: 1. Solar spectrum. *J. Geophys. Res.*, **108**(D18), 8577, doi:10.1029/2002JD002687.

Haywood, J.M., et al., 2005: Can desert dust explain the outgoing longwave radiation anomaly over the Sahara during July 2003? *J. Geophys. Res.*, **110**, D05105, doi:10.1029/2004JD005232.

Heal, G., 1997: Discounting and climate change: an editorial comment. *Clim. Change*, **37**, 335–343.

Hegg, D.A., et al., 1997: Chemical apportionment of aerosol column optical depth off the mid-Atlantic coast of the United States. *J. Geophys. Res.*, **102**(D21), 25293–25303.

Hély, C., et al., 2003: Release of gaseous and particulate carbonaceous compound from biomass burning during the SAFARI 2000 dry season field campaign. *J. Geophys. Res.*, **108**(D13), 8470, doi:10.1029/2002JD002482.

Hendricks, J., B. Kärcher, U. Lohmann, and M. Ponater, 2005: Do aircraft black carbon emissions affect cirrus clouds on the global scale? *Geophys. Res. Lett.*, **32**, L12814, doi:10.1029/2005GL022740.

Hendricks, J., et al., 2004: Simulating the global atmospheric black carbon cycle: a revisit to the contribution of aircraft. *Atmos. Chem. Phys.*, **4**, 2521–2541.

Herman, M., et al., 1997: Remote sensing of aerosols over land surfaces including polarization measurements and application to POLDER measurements. *J. Geophys. Res.*, **102**(D14), 17039–17050, doi:10.1029/96JD02109.

Hess, M., P. Koepke, and I. Schult, 1998: Optical properties of aerosols and clouds: the software package OPAC. *Bull. Am. Meteorol. Soc.*, **79**, 831–844.

Highwood, E.J., et al., 2003: Radiative properties and direct effect of Saharan dust measured by the C-130 aircraft during Saharan Dust Experiment (SHADE): 2. Terrestrial spectrum. *J. Geophys. Res.*, **108**(D18), 8577, doi:10.1029/2002JD002552.

Higurashi, A., and T. Nakajima. 1999. Development of a two-channel aerosol retrieval algorithm on a global scale using NOAA AVHRR. *J. Atmos. Sci.*, **56**, 924–941.

Higurashi, A., et al., 2000: A study of global aerosol optical climatology with two-channel AVHRR remote sensing. *J. Clim.*, **13**, 2011–2027.

Hirsch, A.I., et al., 2006: Inverse modeling estimates of the global nitrous oxide surface flux from 1998–2001. *Global Biogeochem. Cycles*, **20**, GB1008, doi:10.1029/2004GB002443.

Hirst, E., et al., 2001: Discrimination of micrometre-sized ice and super-cooled droplets in mixed-phase cloud. *Atmos. Environ.*, **35**, 33–47.

Hofmann, D., 2003: et al., Surface-based observations of volcanic emissions to stratosphere. In: *Volcanism and the Earth's Atmosphere* [Robock, A., and C. Oppenheimer (eds.)]. Geophysical Monograph 139, American Geophysical Union, Washington, DC, pp. 57–73.

Holben, B.N., et al., 1998: AERONET: A federated instrument network and data archive for aerosol characterization. *Remote Sens. Environ.*, **66**, 1–16.

Holben, B.N., et al., 2001: An emerging ground-based aerosol climatology: aerosol optical depth from AERONET. *J. Geophys. Res.*, **106**(D11), 12067–12097.

Holzer-Popp, T., M. Schroedter, and G. Gesell, 2002: Retrieving aerosol optical depth and type in the boundary layer over land and ocean from simultaneous GOME spectrometer and ATSR-2 radiometer measurements - 2. Case study application and validation. *J. Geophys. Res.*, **107**(D21), 4578, doi:10.1029/2002JD002777.

Hood, L.L., 2003: Thermal response of the tropical tropopause region to solar ultraviolet variations. *Geophys. Res. Lett.*, **30**, 2215, doi:10.1029/2003GL018364.

Houghton, R.A., 1999: The annual net flux of carbon to the atmosphere from changes in land use 1850-1990. *Tellus*, **51B**, 298–313.

Houghton, R.A., 2000: A new estimate of global sources and sinks of carbon from land use change. *Eos*, **81**(19), S281.

Houghton, R.A., 2003: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management. *Tellus*, **55B**, 378–390.

Houghton, R.A., et al., 1983: Changes in the carbon content of terrestrial biota and soils between 1860 and 1980: a net release of $CO_2$ to the atmosphere. *Ecol. Monogr.*, **53**, 235–262, doi:10.2307/1942531.

Hoyt, D.V., and K.H. Schatten, 1993: A discussion of plausible solar irradiance variations, 1700-1992. *J. Geophys. Res.*, **98**(A11), 18895–18906.

Hsu, N.C., J.R. Herman, and C. Weaver, 2000: Determination of radiative forcing of Saharan dust using combined TOMS and ERBE data. *J. Geophys. Res.*, **105**(D16), 20649–20661.

Hsu, N.C., J.R. Herman, and S.C. Tsay, 2003: Radiative impacts from biomass burning in the presence of clouds during boreal spring in southeast Asia. *Geophys. Res. Lett.*, **30**(5), 28, doi:10.1029/2002GL016485.

Huang, J., and R.G. Prinn, 2002: Critical evaluation of emissions of potential new gases for OH estimation. *J. Geophys. Res.*, **107**(D24), 4784, doi:10.1029/2002JD002394.

Huebert, B.J., et al., 2003: An overview of ACE-Asia: Strategies for quantifying the relationships between Asian aerosols and their climatic impacts. *J. Geophys. Res.*, **108**(D23), 8633, doi:10.1029/2003JD003550.

Hurley, M.D., et al., 2005: IR spectrum and radiative forcing of $CF_4$ revisited. *J. Geophys. Res.*, **110**, D02102, doi:10.1029/2004JD005201.

Hurst, D.F., et al., 2004: Emissions of ozone-depleting substances in Russia during 2001. *J. Geophys. Res.*, **109**, D14303, doi:10.1029/2004JD004633.

Husar, R.B., J.M. Prospero, and L.L. Stowe, 1997: Characterization of tropospheric aerosols over the oceans with the NOAA advanced very high resolution radiometer optical thickness operational product. *J. Geophys. Res.*, **102**(D14), 16889–16910.

Husar, R.B., et al., 2001: Asian dust events of April 1998. *J. Geophys. Res.*, **106**(D16), 18317–18330.

Ichinose, T., K. Shimodozono, and K. Hanaki, 1999: Impact of anthropogenic heat on urban climate in Tokyo. *Atmos. Environ.*, **33**, 3897–3909.

Ichoku, C., et al., 2003: MODIS observation of aerosols and estimation of aerosol radiative forcing over southern Africa during SAFARI 2000. *J. Geophys. Res.*, **108**(D13), 8499, doi:10.1029/2002JD002366.

Ignatov, A., and L. Stowe, 2002: Aerosol retrievals from individual AVHRR channels. Part I: Retrieval algorithm and transition from Dave to 6S Radiative Transfer Model. *J. Atmos. Sci.*, **59**, 313–334.

IPCC, 1990: *Climate Change: The Intergovernmental Panel on Climate Change Scientific Assessment* [Houghton, J.T., G.J. Jenkins, and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 364 pp.

IPCC, 1999: *Aviation and the Global Atmosphere: A Special Report of IPCC Working Groups I and III* [Penner, J.E., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 373 pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC/TEAP, 2005: *Special Report on Safeguarding the Ozone Layer and the Global Climate System: Issues Related to Hydrofluorocarbons and Perfluorocarbons* [Metz, B., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 488 pp.

Ito, A., and J.E. Penner, 2005: Historical emissions of carbonaceous aerosols from biomass and fossil fuel burning for the period 1870–2000. *Global Biogeochem. Cycles*, **19**, GB2028, doi:10.1029/2004GB002374.

Iversen, T., and O. Seland, 2002: A scheme for process-tagged $SO_4$ and BC aerosols in NCAR CCM3: Validation and sensitivity to cloud processes. *J. Geophys. Res.*, **107**(D24), 4751, doi:10.1029/2001JD000885.

Jacob, D.J., et al., 2005: *Radiative Forcing of Climate Change*. The National Academies Press, Washington, DC, 207 pp.

Jacobson, M.Z., 1999: Isolating nitrated and aromatic aerosols and nitrated aromatic gases as sources of ultraviolet light absorption. *J. Geophys. Res.*, **104**(D3), 3527–3542.

Jacobson, M.Z., 2001a: Global direct radiative forcing due to multicomponent anthropogenic and natural aerosols. *J. Geophys. Res.*, **106**(D2), 1551–1568.

Jacobson, M.Z., 2001b: Strong radiative heating due to the mixing state of black carbon in atmospheric aerosols. *Nature*, **409**, 695–697.

Jacobson, M.Z., 2002: Control of fossil-fuel particulate black carbon and organic matter, possibly the most effective method of slowing global warming. *J. Geophys. Res.*, **107**(D19), 4410, doi:10.1029/2001JD001376.

Jacobson, M.Z., 2004: Climate response of fossil fuel and biofuel soot, accounting for soot's feedback to snow and sea ice albedo and emissivity. *J. Geophys. Res.*, **109**, D21201, doi:10.1029/2004JD004945.

Jaffe, D., et al., 2003: Increasing background ozone during spring on the west coast of North America. *Geophys. Res. Lett.*, **30**, 1613, doi:10.1029/2003GL017024.

Jensen, E.J., and O.B. Toon, 1997: The potential impact of soot particles from aircraft exhaust on cirrus clouds. *Geophys. Res. Lett.*, **24**(3), 249–252.

Jeong, M.J., Z.Q. Li, D.A. Chu, and S.C. Tsay, 2005: Quality and compatibility analyses of global aerosol products derived from the advanced very high resolution radiometer and Moderate Resolution Imaging Spectroradiometer. *J. Geophys. Res.*, **110**, D10S09, doi:10.1029/2004JD004648.

Jiang, H., and G. Feingold, 2006: Effect of aerosol on warm convective clouds: Aerosol-clouds-surface flux feedbacks in a new coupled large eddy model. *J. Geophys. Res.*, **111**, D01202, doi:10.1029/2005JD006138.

Jiang, H., G. Feingold, and W.R. Cotton, 2002: Simulations of aerosol-cloud-dynamical feedbacks resulting from of entrainment of aerosols into the marine boundary layer during the Atlantic Stratocumulus Transition Experiment. *J. Geophys. Res.*, **107**(D24), 4813, doi:10.1029/2001JD001502.

Jirikowic, J.L., and P.E. Damon, 1994: The Medieval solar activity maximum. *Clim. Change*, **26**, 309–316.

Johnson, B.T., 2005: The semidirect aerosol effect: comparison of a single-column model with large eddy simulation for marine stratocumulus. *J. Clim.*, **18**, 119–130.

Johnson, B.T., K.P. Shine, and P.M. Forster, 2004: The semi-direct aerosol effect: Impact of absorbing aerosols on marine stratocumulus. *Q. J. R. Meteorol. Soc.*, **130**, 1407–1422.

Jones, A., D.L. Roberts, and M.J. Woodage, 2001: Indirect sulphate aerosol forcing in a climate model with an interactive sulphur cycle. *J. Geophys. Res.*, **106**(D17), 20293–20301.

Jones, P.D., A. Moberg, T.J. Osborn, and K.R. Briffa, 2003: Surface climate responses to explosive volcanic eruptions seen in long European temperature records and mid-to-high latitude tree-ring density around the Northern Hemisphere. In: *Volcanism and the Earth's Atmosphere* [Robock, A., and C. Oppenheimer (eds.)]. Geophysical Monograph 139, American Geophysical Union, Washington, DC, pp. 239–254.

Jonson, J.E., D. Simpson, H. Fagerli, and S. Solberg, 2005: Can we explain the trends in European ozone levels? *Atmos. Chem. Phys. Discuss.*, **5**, 5957–5985.

Joos, F., et al., 1996. An efficient and accurate representation of complex oceanic and biospheric models of anthropogenic carbon uptake. *Tellus*, **48B**, 397–417.

Joos, F., et al., 2001: Global warming feedbacks on terrestrial carbon uptake under the Intergovernmental Panel on Climate Change (IPCC) emission scenarios. *Global Biogeochem. Cycles*, **15**, 891-908, 2001

Joshi, M.M., and K.P. Shine, 2003: A GCM study of volcanic eruptions as a cause of increased stratospheric water vapor. *J. Clim.*, **16**, 3525–3534.

Joshi, M., et al., 2003: A comparison of climate response to different radiative forcings in three general circulation models: Towards an improved metric of climate change. *Clim. Dyn.*, **20**, 843–854.

Junge, C.E., 1975: The possible influence of aerosols on the general circulation and climate and possible approaches for modelling. In: *The Physical Basis of Climate and Climate Modelling: Report of the International Study Conference in Stockholm, 29 July–10 August 1974: organised by WMO and ICSU and supported by UNEP Global Atmospheric Research Programme (GARP). WMO-ICSU Joint Organising Committee*. World Meteorological Organization, Geneva, pp. 244–251.

Kahn, R., P. Banerjee, and D. McDonald, 2001: Sensitivity of multiangle imaging to natural mixtures of aerosols over ocean. *J. Geophys. Res.*, **106**(D16), 18219–18238.

Kahn, R.A., et al., 2005: Multiangle Imaging Spectroradiometer (MISR) global aerosol optical depth validation based on 2 years of coincident Aerosol Robotic Network (AERONET) observation. *J. Geophys. Res.*, **110**, D10S04, doi:10.1029/2004JD004706.

Kalkstein, A.J., and R.C. Balling Jr., 2004: Impact of unusually clear weather on United States daily temperature range following 9/11/2001. *Clim. Res.*, **26**, 1–4.

Kanakidou, M., et al., 2005: Organic aerosol and global climate modelling: a review. *Atmos. Chem. Phys.*, **5**, 1053–1123.

Kandlikar, M., 1996: Indices for comparing greenhouse gas emissions: integrating science and economics. *Energy Econ.*, **18**, 265–282.

Kapustin, V.N., et al., 2006: On the determination of a cloud condensation nuclei from satellite: challenges and possibilities. *J. Geophys. Res.*, **111**, D04202, doi:10.1029/2004JD005527.

Kärcher, B., 1999: Aviation-produced aerosols and contrails. *Surv. Geophys.*, **20**, 113–167.

Kasischke, E.S., and J.E. Penner, 2004: Improving global estimates of atmospheric emissions from biomass burning. *J. Geophys. Res.*, **109**, D14S01, doi:10.1029/2004JD004972.

Kaufman, Y.J., C.J. Tucker, and R.L Mahoney, 1991: Fossil fuel and biomass burning effect on climate: Heating or cooling? *J. Clim.*, **4**, 578–588.

Kaufman, Y.J., D. Tanré, and O. Boucher, 2002: A satellite view of aerosols in the climate system. *Nature*, **419**, 215–223.

Kaufman, Y.J., et al., 1997: Operational remote sensing of tropospheric aerosols over the land from EOS-MODIS. *J. Geophys. Res.*, **102**(D14), 17051–17068.

Kaufman, Y.J., et al., 2001: Absorption of sunlight by dust as inferred from satellite and ground-based remote sensing. *Geophys. Res. Lett.*, **28**(8), 1479–1482.

Kaufman Y.J., et al., 2005a: Aerosol anthropogenic component estimated from satellite data. *Geophys. Res. Lett.*, **32**, L17804, doi:10.1029/2005GL023125.

Kaufman, Y.J., et al., 2005b: A critical examination of the residual cloud contamination and diurnal sampling effects on MODIS estimates of aerosol over ocean. *IEEE Trans. Geosci. Remote*, **43**(12), 2886–2897.

Keeling, C.D., and T.P. Whorf, 2005: Atmospheric $CO_2$ records from sites in the SIO air sampling network. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.esd.ornl.gov/trends/co2/sio-keel-flask/sio-keel-flask.html.

Keeling, C.D., A.F. Bollenbacher, and T.P. Whorf, 2005: Monthly atmospheric $^{13}C/^{12}C$ isotopic ratios for 10 SIO stations. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.ornl.gov/trends/co2/iso-sio/iso-sio.html.

Keeling, C.D., T.P. Whorf, M. Wahlen, and J. van der Plicht, 1995: Interannual extremes in the rate of rise of atmospheric carbon dioxide since 1980. *Nature*, **375**, 666–670.

Keeling, R.F., and S.R. Shertz, 1992: Seasonal and interannual variations in atmospheric oxygen and implications for the global carbon cycle. *Nature*, **358**, 723–727.

Keeling, R.F., S.C. Piper, and M. Heimann, 1996: Global and hemispheric $CO_2$ sinks deduced from changes in atmospheric $O_2$ concentration. *Nature*, **381**, 218–221.

Keil, A., and J.M. Haywood, 2003: Solar radiative forcing by biomass burning aerosol particles during SAFARI 2000: A case study based on measured aerosol and cloud properties. *J. Geophys. Res.*, **108** (D13), 8467, doi:10.1029/2002JD002315.

Keppler, F., J.T.G. Hamilton, M. Brass, and T. Röckmann, 2006: Methane emissions from terrestrial plants under aerobic conditions. *Nature*, **439**, 187–191, doi:10.1038/nature04420.

Kernthaler, S.C., R. Toumi, and J.D. Haigh, 1999: Some doubts concerning a link between cosmic ray fluxes and global cloudiness. *Geophys. Res. Lett.*, **26**(7), 863–866, doi:10.1029/1999GL900121.

Khairoutdinov, M., and Y. Kogan, 2000: A new cloud physics parametrization in a large-eddy simulation model of marine stratocumulus. *Mon. Weather Rev.*, **128**, 229–243.

Khalil, M.A.K., et al., 2003: Atmospheric perfluorocarbons. *Environ. Sci. Technol.*, **37**, 4358–4361.

Kiehl, J.T., et al., 2000: Radiative forcing due to sulfate aerosols from simulations with the National Center for Atmospheric Research Community Climate Model, Version 3. *J. Geophys. Res.*, **105**(D1), 1441–1457.

Kim, B.-G., S.E. Schwartz, and M.A. Miller, 2003: Effective radius of cloud droplets by ground-based remote sensing: Relationship to aerosol. *J. Geophys. Res.*, **108**(D23), doi:10.1029/2003JD003721.

Kinne, S., et al., 2003: Monthly averages of aerosol properties: a global comparison among models, satellite data, and AERONET ground data. *J. Geophys. Res.*, **108** (D20), 4634, doi:10.1029/2001JD001253.

Kinne, S., et al., 2006: An AeroCom initial assessment: optical properties in aerosol component modules of global models. *Atmos. Chem. Phys.* **6**, 1815–1834.

Kirchstetter, T.W., T. Novakov, and P.V. Hobbs, 2004: Evidence that the spectral dependence of light absorption by aerosols is affected by organic carbon. *J. Geophys. Res.*, **109**, D21208, doi:10.1029/2004JD004999.

Kirkevåg, A., and T. Iversen, 2002: Global direct radiative forcing by process-parametrized aerosol optical properties. *J. Geophys. Res.*, **107**(D20), 4433, doi:10.1029/2001JD000886.

Klein Goldewijk, K., 2001: Estimating global land use change over the past 300 years: The HYDE database. *Global Biogeochem. Cycles*, **15**, 417–433.

Knutson, T.R., et al., 2006: Assessment of twentieth-century regional surface temperature trends using the GFDL CM2 coupled models. *J. Clim.*, **10**(9), 1624–1651.

Koch, D., 2001: Transport and direct radiative forcing of carbonaceous and sulfate aerosols in the GISS GCM. *J. Geophys. Res.*, **106**(D17), 20311–20332.

Korolev, A.V., and G.A. Isaac, 2005: Shattering during sampling OAPs and HVPS. Part I: snow particles. *J. Atmos. Ocean. Technol.*, **22**, 528–542.

Kotchenruther, R.A., and P.V. Hobbs, 1998: Humidification factors of aerosols from biomass burning in Brazil. *J. Geophys. Res.*, **103**(D24), 32081–32089.

Kotchenruther, R.A., P.V. Hobbs, and D.A. Hegg, 1999: Humidification factors for atmospheric aerosols off the mid-Atlantic coast of the United States. *J. Geophys. Res.*, **104**(D2), 2239–2251.

Kristjánsson, J.E., and J. Kristiansen, 2000: Is there a cosmic ray signal in recent variations in global cloudiness and cloud radiative forcing? *J. Geophys. Res.*, **105**(D9), 11851–11863.

Kristjánsson, J.E., A. Staple, J. Kristiansen, and E. Kaas, 2002: A new look at possible connections between solar activity, clouds and climate. *Geophys. Res. Lett.*, **29**, doi:10.1029/2002GL015646.

Kristjánsson, J.E., et al., 2005: Response of the climate system to aerosol direct and indirect forcing: the role of cloud feedbacks. *J. Geophys. Res.*, **110**, D24206, doi:10.1029/2005JD006299.

Krizan P., and J. Lastovicka, 2005: Trends in positive and negative ozone laminae in the Northern Hemisphere. *J. Geophys. Res.*, **110**, D10107, doi:10.1029/2004JD005477.

Kroeze, C., E. Dumont, and S.P. Seitzinger, 2005: New estimates of global emissions of N$_2$O from rivers, estuaries and continental shelves. *Environ. Sci.*, 2(2–3), 159–165.

Krol, M., and J. Lelieveld, 2003: Can the variability in tropospheric OH be deduced from measurements of 1,1,1-trichloroethane (methyl chloroform)? *J. Geophys. Res.*, **108**(D3), 4125, doi:10.1029/2002JD002423.

Krol, M., et al., 2003: Continuing emissions of methyl chloroform from Europe. *Nature*, **421**, 131–135.

Krueger, A.J., et al., 2000: Ultraviolet remote sensing of volcanic emissions. In: *Remote Sensing of Active Volcanism* [Mouginis-Mark, P.J., J.A. Crisp, and J.H. Fink (eds.)]. Geophysical Monograph 116, American Geophysical Union, Washington, DC, pp. 25–43.

Krüger, O., and H. Graßl, 2002: The indirect aerosol effect over Europe. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL14081.

Labitzke, K., 2004: On the signal of the 11-year sunspot cycle in the stratosphere and its modulation by the quasi-biennial oscillation. *J. Atmos. Solar Terr. Phys.*, **66**, 1151–1157.

Labitzke, K., et al., 2002: The global signal of the 11-year solar cycle in the stratosphere: observations and models. *J. Atmos. Solar Terr. Phys.*, **64**, 203–210.

Lambert, A., et al., 1993: Measurements of the evolution of the Mt. Pinatubo aerosol cloud by ISAMS. *Geophys. Res. Lett.*, **20**(12), 1287–1290.

Langenfelds, R.L., et al., 2002: Interannual growth rate variations of atmospheric CO$_2$ and its delta C-13, H-2, CH$_4$, and CO between 1992 and 1999 linked to biomass burning. *Global Biogeochem. Cycles*, **16**, doi:10.1029/2001GB001466.

Lawrence, M.G., P. Jöckel, and R. von Kuhlmann, 2001: What does the global mean OH concentration tell us? *Atmos. Chem. Phys.*, **1**, 43–74.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.*, **27**, 2425–2428.

Lean, J., A. Skumanich, and O.White, 1992: Estimating the sun's radiative output during the Maunder Minimum. *Geophys. Res. Lett.*, **19**(15), 1595–1598.

Lean, J., J. Beer, and R. Bradley, 1995: Reconstruction of solar irradiance since 1610: implications for climate change. *Geophys. Res. Lett.*, **22**, 3195–3198.

Lean, J.L., Y.M. Wang, and N.R. Sheeley, 2002: The effect of increasing solar activity on the Sun's total and open magnetic flux during multiple cycles: Implications for solar forcing of climate. *Geophys. Res. Lett.*, **29**(24), 2224, doi:10.1029/2002GL015880.

Lean, J., G. Rottman, J. Harder, and G. Kopp, 2005: SORCE contribution to new understanding of global change and solar variability. *Solar Phys.*, **230**, 27–53.

Lean, J.L., et al., 1997: Detection and parametrization of variations in solar mid and near ultraviolet radiation (200 to 400 nm). *J. Geophys. Res.*, **102**(D25), 29939–29956.

Lee, K.H., Y.J. Kim, and W. von Hoyningen-Huene, 2004: Estimation of regional aerosol optical thickness from satellite observations during the 2001 ACE-Asia IOP. *J. Geophys. Res.* **109**, D19S16, doi:10.1029/2003JD004126.

Lee, R.B. III. M.A. Gibson, R.S. Wilson, and S. Thomas, 1995: Long-term total solar irradiance variability during sunspot cycle 22. *J. Geophys. Res.*, **100**(A2), 1667–1675.

Lefohn, A.S., J.D. Husar, and R.B. Husar, 1999: Estimating historical anthropogenic global sulfur emission patterns for the period 1850-1990. *Atmos. Environ.*, **33**, 3435–3444.

Lelieveld, J., P.J. Crutzen, and F.J. Dentener, 1998: Changing concentration, lifetime and climate forcing of atmospheric methane. *Tellus*, **50B**, 128–150.

Lelieveld, J., W. Peters, F.J. Dentener, and M.C. Krol, 2002: Stability of tropospheric hydroxyl chemistry. *J. Geophys. Res.*, **107**(D23), 4715, doi:10.1029/2002JD002272.

Lelieveld, J., et al., 2004: Increasing ozone over the Atlantic Ocean. *Science*, **304**, 1483–1487.

Levy, R.C., et al., 2003: Evaluation of the Moderate-Resolution Imaging Spectroradiometer (MODIS) retrievals of dust aerosol over the ocean during PRIDE. *J. Geophys. Res.*, **108**(D19), 8594, doi:10.1029/2002JD002460.

Li, J., et al., 2005: Halocarbon emissions estimated from AGAGE measured pollution events at Trinidad Head, California. *J. Geophys. Res.*, **110**, D14308, doi:10.1029/2004JD005739.

Liao, H., and J.H. Seinfeld, 2005: Global impacts of gas-phase chemistry-aerosol interactions on direct radiative forcing by anthropogenic aerosols and ozone. *J. Geophys. Res.*, **110**, D18208, doi:10.1029/2005JD005907.

Liao, H., J.H. Seinfeld, P.J. Adams, and L.J. Mickley, 2004: Global radiative forcing of coupled tropospheric ozone and aerosols in a unified general circulation model. *J. Geophys. Res.*, **109**, D16207, doi:10.1029/2003JD004456.

Liao, T., C.D. Camp, and Y.L. Yung, 2004: The seasonal cycle of N$_2$O. *Geophys. Res. Lett.*, **31**, L17108, doi:10.1029/2004GL020345.

Liousse, C., et al., 1996: A global three-dimensional model study of carbonaceous aerosols. *J. Geophys. Res.*, **101**(D14), 19411–19432.

Liu, H.Q., R.T. Pinker, and B.N. Holben, 2005: A global view of aerosols from merged transport models, satellite, and ground observations. *J. Geophys. Res.*, **110**(D10), doi:10.1029/2004JD004695.

Liu, X.H., and J.E. Penner, 2002: Effect of Mount Pinatubo II$_2$SO$_4$/II$_2$O aerosol on ice nucleation in the upper troposphere using a global chemistry and transport model. *J. Geophys. Res.*, **107**(D12), doi:10.1029/2001JD000455.

Liu, Y., and P.H. Daum, 2002: Indirect warming effect from dispersion forcing. *Nature*, **419**, 580–581.

Lockwood, M., and R. Stamper, 1999: Long-term drift of the coronal source magnetic flux and the total solar irradiance. *Geophys. Res. Lett.*, **26**(16), 2461–2464.

Loeb, N.G., and S. Kato, 2002: Top-of-atmosphere direct radiative effect of aerosols over the tropical oceans from the Clouds and the Earth's Radiant Energy System (CERES) satellite instrument. *J. Clim.*, **15**, 1474–1484.

Loeb, N.G., and N. Manalo-Smith, 2005: Top-of-atmosphere direct radiative effect of aerosols over global oceans from merged CERES and MODIS observations. *J. Clim.*, **18**, 3506–3526.

Lohar, D., and B. Pal, 1995: The effect of irrigation on premonsoon season precipitation over south west Bengal, India. *J. Clim.*, **8**, 2567–2570.

Lohmann, U., and G. Lesins, 2002: Stronger constraints on the anthropogenic indirect aerosol effect. *Science*, **298**, 1012–1016.

Lohmann, U., and J. Feichter, 2005: Global indirect aerosol effects: A review. *Atmos. Chem. Phys.*, **5**, 715–737.

Lohmann, U. and C. Leck, 2005: Importance of submicron surface active organic aerosols for pristine Arctic clouds. *Tellus*, **57B**, 261–268.

Lohmann, U., B. Kärcher, and J. Hendrichs, 2004: Sensitivity studies of cirrus clouds formed by heterogeneous freezing in ECHAM GCM. *J. Geophys. Res.*, **109**, D16204, doi:10.1029/2003JD004443.

Lohmann, U., J. Feichter, J.E. Penner, and W.R. Leaitch, 2000: Indirect effect of sulfate and carbonaceous aerosols: a mechanistic treatment. *J. Geophys. Res.*, **105**(D10), 12193–12206.

Lohmann, U., et al., 2001: Vertical distributions of sulfur species simulated by large scale atmospheric models in COSAM: comparison with observations. *Tellus*, **53B**, 646–672.

Loveland, T.R., et al., 2000: Development of a global land cover characteristics database and IGBP DISCover from 1 km AVHR R data. *Int. J. Remote Sens.*, **21**, 1303–1330.

Lowe, D.C., and W. Allan, 2002: A simple procedure for evaluating global cosmogenic $^{14}$C production in the atmosphere using neutron monitor data. *Radiocarbon*, **44**, 149–157.

Lowe, D.C., M.R. Manning, G.W. Brailsford, and A.M. Bromley, 1997: The 1991-1992 atmospheric methane anomaly: Southern hemisphere $^{13}$C decrease and growth rate fluctuations. *Geophys. Res. Lett.*, **24**(8), 857–860.

Lowe, D.C., et al., 2004: Seasonal cycles of mixing ratio and $^{13}$C in atmospheric methane at Suva, Fiji. *J. Geophys. Res.*, **109**, D23308 doi:10.1029/2004JD005166.

Lu, M.-L., and J. Seinfeld, 2005: Study of the aerosol indirect effect by large-eddy simulation of marine stratocumulus. *J. Atmos. Sci.*, **62**, 3909–3932.

Luo, C., N.M. Mahowald, and J. del Corral, 2003: Sensitivity study of meteorological parameters on mineral aerosol mobilization, transport, and distribution, *J. Geophys. Res.*, **108** (D15), 4447, doi:10.1029/2003JD003483.

MacFarling Meure, C., et al., 2006: The Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **33**, L14810, doi:10.1029/2006GL026152.

Macke, A., A. Mishchenko, and B. Cairns, 1996: The influence of inclusions on light scattering by large ice particles. *J. Geophys. Res.*, **101**(D18), 23311–23316.

Magi, B.I., and P.V. Hobbs, 2003: Effects of humidity on aerosols in southern Africa during the biomass burning season. *J. Geophys. Res.*, **108**(D13), 8495, doi:10.1029/2002JD002144.

Magi, B.I., et al., 2005: Properties and chemical apportionment of aerosol optical depth at locations off the U.S. East Coast in July and August 2001. *J. Atmos. Sci.*, **62**(4), 919–933, doi:10.1175/JAS3263.1.

Mahowald, N.M., and C. Luo, 2003: A less dusty future? *Geophys. Res. Lett.*, **30**(17), doi:10.1029/2003GL017880.

Mahowald, N.M., G.C. Rivera, and C. Luo, 2004: Comment on Tegen et al. 2004, on the "Relative importance of climate and land use in determining present and future global soil dust emissions". *Geophys. Res. Lett.*, **31**, L24105, doi:10.1029/2004GL021272.

Mak, J.E., M.R. Manning, and D.C. Lowe, 2000: Aircraft observations of $\delta^{13}C$ of atmospheric methane over the Pacific in August 1991 and 1993: evidence of an enrichment in $^{13}CH_4$ in the Southern Hemisphere. *J. Geophys. Res.*, **105**(D1), 1329–1335.

Malm, W.C., et al., 2004: Spatial and monthly trends in speciated fine particle concentration in the United States. *J. Geophys. Res.*, **109**, D03306, doi:10.1029/2003JD003739.

Manabe, S., and R.T. Wetherald, 1967: Thermal equilibrium of the atmosphere with a given distribution of relative humidity. *J. Atmos. Sci.*, **24**, 241–259.

Manne, A.S., and R.G. Richels, 2001: An alternative approach to establishing trade-offs among greenhouse gases. *Nature*, **410**, 675–676.

Manning, A.C., and R.F. Keeling, 2006: Global oceanic and land biotic carbon sinks from the Scripps atmospheric oxygen flask sampling network. *Tellus*, **58B**, 95–116.

Manning, A.J., et al., 2003: Estimating European emissions of ozone-depleting and greenhouse gases using observations and a modelling back-attribution technique. *J. Geophys. Res.*, **108** (D14), 4405, doi:10.1029/2002JD002312.

Manning, M.R., A. Gomez, and G.W. Brailsford, 1997: Annex B11: The New Zealand $CO_2$ measurement programme. In: *Report of the Ninth WMO Meeting of Experts on Carbon Dioxide Concentration and Related Tracer Measurement Techniques.* WMO Global Atmosphere Watch No. 132; WMO TD No. 952, Commonwealth Scientific and Industrial Research Organisation, Melbourne, pp. 120–123.

Manning, M.R., et al., 2005: Short term variations in the oxidizing power of the atmosphere. *Nature*, **436**, 1001–1004.

Mannstein, H., and U. Schumann, 2005: Aircraft induced contrail cirrus over Europe. *Meteorol. Z.*, **14**, 549–544.

Maria, S., F. Russell, L.M. Turpin, and R.J. Porcja, 2002: FTIR measurements of functional groups and organic mass in aerosol samples over the Caribbean. *Atmos. Environ.*, **36**, 5185–5196.

Marland, G., T.A. Boden, and R.J. Andres, 2006: Global, regional, and national $CO_2$ emissions. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.esd.ornl.gov/trends/emis/tre_glob.htm.

Marquart, S., and B. Mayer, 2002: Towards a reliable GCM estimation of contrail radiative forcing. *Geophys. Res. Lett.*, **29**(8), doi:10.1029/2001GL014075.

Marquart, S., M. Ponater, F. Mager, and R. Sausen, 2003: Future development of contrail cover, optical depth, and radiative forcing: Impacts of increasing air traffic and climate change. *J. Clim.*, **16**, 2890–2904.

Marsh, N.D., and H. Svensmark, 2000a: Low cloud properties influenced by cosmic rays. *Phys. Rev. Lett.*, **85**, 5004–5007.

Marsh, N.D., and H. Svensmark, 2000b: Cosmic rays, clouds, and climate. *Space Sci. Rev.*, **94**, 215–230.

Marshak, A., et al., 2006: Impact of three-dimensional radiative effects on satellite retrievals of cloud droplet sizes. *J. Geophys. Res.*, **111**, D09207, doi:10.1029/2005JD006686.

Martin, G.M., D.W. Johnson, and A. Spice, 1994: The measurement and parametrization of effective radius of droplets in warm stratiform clouds. *J. Atmos. Sci.*, **51**, 1823–1842.

Martin, S.T., et al., 2004: Effects of the physical state of tropospheric ammonium-sulfate-nitrate particles on global aerosol direct radiative forcing. *Atmos. Chem. Phys.*, **4**, 183–214.

Martonchik, J.V., et al., 2004: Comparison of MISR and AERONET aerosol optical depths over desert sites. *Geophys. Res. Lett.*, **31**, L16102, doi:10.1029/2004GL019807.

Matthews, E., 1983: Global vegetation and land-use: new high-resolution data-bases for climate studies. *J. Clim. Appl. Meteorol.*, **22**, 474–487.

Matthews, H.D., A.J. Weaver, M. Eby, and K.J. Meissner, 2003: Radiative forcing of climate by historical land cover change. *Geophys. Res. Lett.*, **30**(2), 271–274.

Matthews, H.D., et al., 2004: Natural and anthropogenic climate change: Incorporating historical land cover change, vegetation dynamics and the global carbon cycle. *Clim. Dyn.*, **22**, 461–479.

Matthias, I., et al., 2004: Multiyear aerosol observations with dual wavelength Raman lidar in the framework of EARLINET. *J. Geophys. Res.*, **109**, D13203, doi:10.1029/2004JD004600.

McCormack, J.P., 2003: The influence of the 11-year solar cycle on the quasi-biennial oscillation. *Geophys. Res. Lett.*, **30** (22), 2162, doi:10.1029/2003GL018314.

McCormick, M.P., 1987: SAGE II: An overview. *Adv. Space Res.*, **7**, 219–226.

McCulloch, A., and P.M. Midgley, 2001: The history of methyl chloroform emissions: 1951-2000. *Atmos. Environ.*, **35**, 5311–5319.

McFiggans, G., et al., 2006: The effect of aerosol composition and properties on warm cloud droplet activation. *Atmos. Chem. Phys.*, **6**, 2593–2649.

Meehl, G.A., et al., 2004: Combinations of natural and anthropogenic forcings in twentieth-century climate. *J. Clim.*, **17**, 3721–3727.

Meerkötter, R., et al., 1999: Radiative forcing by contrails. *Ann. Geophys.*, **17**, 1080–1094.

Melillo, J.M., et al., 2001: Nitrous oxide emissions from forests and pastures of various ages in the Brazilian Amazon. *J. Geophys. Res.*, **106**(D24), 34179–34188.

Menon, S., and A. Del Genio, 2007: Evaluating the impacts of carbonaceous aerosols on clouds and climate. In: *Human-Induced Climate Change: An Interdisciplinary Assessment* [Schlesinger, M., et al. (eds.)]. Cambridge University Press, Cambridge, UK, in press.

Menon, S., A.D. Del Genio, D. Koch, and G. Tselioudis, 2002a: GCM simulations of the aerosol indirect effect: sensitivity to cloud parametrization and aerosol burden. *J. Atmos. Sci.*, **59**, 692–713.

Menon, S., J. Hansen, L. Nazarenko, and Y. Luo, 2002b: Climate effects of black carbon aerosols in China and India. *Science*, **297**, 2250–2253.

Menon, S., et al., 2003: Evaluating aerosol/cloud/radiation process parametrizations with single-column models and Second Aerosol Characterization Experiment (ACE-2) cloudy column observations. *J. Geophys. Res.*, **108**(D24), 4762, doi:10.1029/2003JD003902.

Meyer, R., et al., 2002: Regional radiative forcing by line-shaped contrails derived from satellite data. *J. Geophys. Res.*, **107**(D10), 4104, doi:10.1029/2001JD000426.

Mickley, L.J., D.J. Jacob, and D. Rind, 2001: Uncertainty in preindustrial abundance of tropospheric ozone: implications for radiative forcing calculations. *J. Geophys. Res.*, **106**(D4), 3389–3399 doi:10.1029/2000JD900594.

Mickley, L.J., D.J. Jacob, B.D. Field, and D. Rind, 2004: Climate response to the increase in tropospheric ozone since preindustrial times: a comparison between ozone and equivalent $CO_2$ forcings. *J. Geophys. Res.*, **109**, D05106, doi:10.1029/2003JD003653.

Mikami, M., et al., 2006: Aeolian dust experiment on climate impact: an overview of Japan-China Joint Project ADEC. *Global Planet. Change*, **52**, 142–172, doi:10.1016/j.gloplacha.2006.03.001.

Miller, B.R., et al., 1998: Atmospheric trend and lifetime of chlorodifluoromethane (HCFC-22) and the global tropospheric OH concentration. *J. Geophys. Res.*, **103**(D11), 13237–13248, doi:10.1029/98JD00771.

Miller, R.L., G.A. Schmidt, and D.T. Shindell, 2006: Forced annual variations in the 20th century IPCC AR4 models. *J. Geophys. Res.*, **111**, D18101, doi:10.1029/2005JD006323.

Millet, D.B., and A.H. Goldstein, 2004: Evidence of continuing methylchloroform emissions from the United States. *Geophys. Res. Lett.*, **31**, L17101, doi:10.1029/2004GL020166.

Ming, Y., and L.M. Russell, 2002: Thermodynamic equilibrium of organic-electrolyte mixtures in aerosol particles. *Am. Inst. Chem. Eng. J.*, **48**, 1331–1348.

Ming, Y., V. Ramaswamy, P.A. Ginoux, and L.H. Horowitz, 2005a: Direct radiative forcing of anthropogenic organic aerosol. *J. Geophys. Res.*, **110**, D20208, doi:10.1029/2004JD005573.

Ming, Y., V. Ramaswamy, L.J. Donner, and V.T.J. Phillips, 2006: A new parametrization of cloud droplet activation applicable to general circulation models. *J. Atmos. Sci.*, **63**(4), 1348–1356.

Ming, Y., et al., 2005b: Geophysical Fluid Dynamics Laboratory general circulation model investigation of the indirect radiative effects of anthropogenic sulfate aerosol. *J. Geophys. Res.*, **110**, D22206, doi:10.1029/2005JD006161.

Ming, Y., et al., 2007: Modelling the interactions between aerosols and liquid water clouds with a self-consistent cloud scheme in a general circulation model. *J. Atmos. Sci.*, **64**(4), 1189–1209.

Minnis, P., 2005: Reply. *J. Clim.*, **18**, 2783–2784.

Minnis, P., J.K. Ayers, R. Palikonda, and D. Phan, 2004: Contrails, cirrus trends, and climate. *J. Clim.*, **17**, 1671–1685.

Minnis, P., et al., 1993: Radiative climate forcing by the Mt. Pinatubo eruption. *Science*, **259**, 1411–1415.

Minnis, P., et al., 1998: Transformation of contrails into cirrus during SUCCESS. *Geophys. Res. Lett.*, **25**, 1157–1160.

Mircea, M., et al., 2005: Importance of the organic aerosol fraction for modeling aerosol hygroscopic growth and activation: a case study in the Amazon Basin. *Atmos. Chem. Phys.*, **5**, 3111–3126.

Mishchenko, M.I., et al., 1999: Aerosol retrievals over the ocean by use of channels 1 and 2 AVHRR data: sensitivity analysis and preliminary results. *Appl. Opt.*, **38**, 7325–7341.

Möhler, O., et al., 2005: Effect of sulfuric acid coating on heterogeneous ice nucleation by soot aerosol particles. *J. Geophys. Res.*, **110**, D11210, doi:10.1029/2004JD005169.

Montzka, S.A., et al., 1999: Present and future trends in the atmospheric burden of ozone-depleting halogens. *Nature*, **398**, 690–694.

Montzka, S.A., et al., 2003: Controlled substances and other source gases. In: *Scientific Assessment of Ozone Depletion: 2002*. World Meteorological Organization, Geneva, pp. 1.1–1.83.

Moore, N., and S. Rojstaczer, 2001: Irrigation-induced rainfall and the Great Plains. *J. Appl. Meteorol.*, **40**, 1297–1309.

Morgan, C.G., et al., 2004: Isotopic fractionation of nitrous oxide in the stratosphere: Comparison between model and observations. *J. Geophys. Res.*, **109**, D04305, doi:10.1029/2003JD003402.

Morimoto, S., S. Aoki, T. Nakazawa, and T. Yamanouchi, 2006: Temporal variations of the carbon isotopic ratio of atmospheric methane observed at Ny Ålesund, Svalbard from 1996 to 2004. *Geophys. Res. Lett.*, **33**, L01807, doi:10.1029/2005GL024648.

Mosley-Thompson, E., T.A. Mashiotta, and L.G. Thompson, 2003: High resolution ice core records of Late Holocene volcanism: Current and future contributions from the Greenland PARCA cores. In: *Volcanism and the Earth's Atmosphere* [Robock, A., and C. Oppenheimer (eds.)]. Geophysical Monograph 139, American Geophysical Union, Washington, DC, pp. 153–164.

Mouillot, F., et al., 2006: Global carbon emissions from biomass burning in the 20th century. *Geophys. Res. Lett.*, **33**, L01801, doi:10.1029/2005GL024707.

Moulin, C., and I. Chiapello, 2004: Evidence of the control of summer atmospheric transport of African dust over the Atlantic by Sahel sources from TOMS satellites (1979-2000). *Geophys. Res. Lett.*, **31**, L02107, doi:10.1029/2003GL018931.

Moulin, C., H.R. Gordon, V.F. Banzon, and R.H. Evans, 2001: Assessment of Saharan dust absorption in the visible from SeaWiFS imagery. *J. Geophys. Res.*, **106**(D16), 18239–18249.

Murayama, T., et al., 2001: Ground-based network observation of Asian dust events of April 1998 in East Asia. *J. Geophys. Res.*, **106**, 18345–18360.

Murphy, D.M., 2005: Something in the air. *Science*, **307**, 1888–1890.

Muscheler, R., et al., 2007: Solar activity during the last 1000 yr inferred from radionuclide records. *Quat. Sci. Rev.*, **26**, 82-97, doi:10.1016/j.quascirev.2006.07.012.

Myhre, G., and F. Stordal, 2001a: Global sensitivity experiments of the radiative forcing due to mineral aerosols. *J. Geophys. Res.*, **106**, 18193–18204.

Myhre, G., and F. Stordal, 2001b: On the tradeoff of the solar and thermal infrared radiative impact of contrails. *Geophys. Res. Lett.*, **28**, 3119–3122.

Myhre, G., and A. Myhre, 2003: Uncertainties in radiative forcing due to surface albedo changes caused by land-use changes. *J. Clim.*, **16**, 1511–1524.

Myhre, G., A. Myhre, and F. Stordal, 2001: Historical evolution of radiative forcing of climate. *Atmos. Environ.*, **35**, 2361–2373.

Myhre, G., M.M. Kvalevåg, and C.B. Schaaf, 2005a: Radiative forcing due to anthropogenic vegetation change based on MODIS surface albedo data. *Geophys. Res. Lett.*, **32**, L21410, doi:10.1029/2005GL024004.

Myhre, G., et al., 2003: Modelling the solar radiative impact of aerosols from biomass burning during the Southern African Regional Science Initiative (SAFARI 2000) experiment. *J. Geophys. Res.*, **108**, 8501, doi:10.1029/2002JD002313.

Myhre, G., et al., 2004a: Intercomparison of satellite retrieved aerosol optical depth over ocean. *J. Atmos. Sci.*, **61**, 499–513.

Myhre, G., et al., 2004b: Uncertainties in the radiative forcing due to sulfate aerosols. *J. Atmos. Sci.*, **61**, 485–498.

Myhre, G., et al., 2005b: Intercomparison of satellite retrieved aerosol optical depth over ocean during the period September 1997 to December 2000. *Atmos. Chem. Phys.*, **5**, 1697–1719.

Naja, M., and H. Akimoto, 2004: Contribution of regional pollution and long-range transport to the Asia-Pacific region: Analysis of long-term ozonesonde data over Japan. *J. Geophys. Res.*, **109**, 1306, doi:10.1029/2004JD004687.

Naja, M., H. Akimoto, and J. Staehelin, 2003: Ozone in background and photochemically aged air over central Europe: analysis of long-term ozonesonde data from Hohenpeissenberg and Payerne. *J. Geophys. Res.*, **108**, 4063, doi:10.1029/2002JD002477.

Nakajima, T., and A. Higurashi, 1998: A use of two-channel radiances for an aerosol characterization from space. *Geophys. Res. Lett.*, **25**, 3815–3818.

Nakajima, T., A. Higurashi, K. Kawamoto, and J. Penner, 2001: A possible correlation between satellite-derived cloud and aerosol microphysical parameters, *Geophys. Res. Lett.*, **28**, 1171–1174.

Nakajima, T., et al., 1996: Aerosol optical properties in the Iranian region obtained by ground-based solar radiation measurements in the summer of 1991. *J. Appl. Meteorol.*, **35**, 1265–1278.

Nakazawa, T., S. Moromoto, S. Aoki, and M. Tanaka, 1997: Temporal and spatial variations of the carbon isotopic ratio of atmospheric carbon dioxide in the Western Pacific region. *J. Geophys. Res.*, **102**, 1271–1285.

Nakicenovic, N., A. Grübler, and A. McDonald (eds), 1998: *Global Energy Perspectives.* Cambridge University Press, New York, NY, 299 pp.

Nenes, A., and J.H. Seinfeld, 2003: Parametrization of cloud droplet formation in global climate models. *J. Geophys. Res.*, **108**, doi:10.1029/2002JD002911.

Nenes, A., et al., 2002: Can chemical effects on cloud droplet number rival the first indirect effect? *Geophys. Res. Lett.*, **29**, 1848, doi:10.1029/2002GL015295.

Nevison, C.D., S. Solomon, and R.S. Gao, 1999: Buffering interactions in the modeled response of stratospheric $O_3$ to increased $NO_x$ and $HO_x$. *J. Geophys. Res.*, **104**(D3), 3741–3754, 10.1029/1998JD100018.

Nevison, C.D., D.E. Kinnison, and R.F. Weiss, 2004a: Stratospheric influences on the tropospheric seasonal cycles of nitrous oxide and chlorofluorocarbons. *Geophys. Res. Lett.*, **31**, L20103, doi:10.1029/2004GL020398.

Nevison, C., T. Lueker, and R.F. Weiss, 2004b: Quantifying the nitrous oxide source from coastal upwelling. *Global Biogeochem. Cycles*, **18**, GB1018, doi:10.1029/2003GB002110.

Nevison, C.D., et al., 2005: Southern Ocean ventilation inferred from seasonal cycles of atmospheric $N_2O$ and $O_2/N_2$ at Cape Grim, Tasmania. *Tellus*, **57B**, 218–229.

Newchurch, M.J., et al., 2003: Evidence for slowdown in stratospheric ozone loss: first stage of ozone recovery. *J. Geophys. Res.*, **108**(D16), 4507, doi:10.1029/2003JD003471.

Nordhaus, W.D., 1997: Discounting in economics and climate change: an editorial comment. *Clim. Change*, **37**, 315–328.

Notholt, J., et al., 2005: Influence of tropospheric $SO_2$ emissions on particle formation and the stratospheric humidity. *Geophys. Res. Lett.*, **32**, L07810, doi:10.1029/2004GL022159.

Novakov, T., D.A. Hegg, and P.V. Hobbs, 1997: Airborne measurements of carbonaceous aerosols on the East coast of the United States. *J. Geophys. Res.*, **102**(D25), 30023–30030.

Novakov, T., et al., 2003: Large historical changes of fossil-fuel black carbon aerosols. *Geophys. Res. Lett.*, **30**(6), 1324, doi:10.1029/2002GL016345.

Nozawa, T., T. Nagashima, H. Shiogama, and S.A. Crooks, 2005: Detecting natural influence on surface air temperature change in the early twentieth century. *Geophys. Res. Lett.*, **32**, L20719, doi:10.1029/2005GL023540.

O'Doherty, S., et al., 2004: Rapid growth of hydrofluorocarbon 134a and hydrochlorofluorocarbons 141b, 142b, and 22 from Advanced Global Atmospheric Gases Experiment (AGAGE) observations at Cape Grim, Tasmania, and Mace Head, Ireland. *J. Geophys. Res.*, **109**, D06310, doi:10.1029/2003JD004277.

Oinas, V., et al., 2001: Radiative cooling by stratospheric water vapor: big differences in GCM results. *Geophys. Res. Lett.*, **28**, 2791–2794.

Olivier, J.G.J., and J.J.M. Berdowski, 2001: Global emissions sources and sinks. In: *The Climate System* [Berdowski, J., R. Guicherit, and B.J. Heij (eds.)]. A.A. Balkema/Swets & Zeitlinger, Lisse, The Netherlands, pp. 33–78, updated at http://www.mnp.nl/edgar/.

Oltmans, S.J., et al., 2006: Long-term changes in tropospheric ozone. *Atmos. Environ.*, **40**, 3156–3173.

O'Neill, B.C., 2000: The jury is still out on global warming potentials. *Clim. Change*, **44**, 427–443.

O'Neill, B., 2003: Economics, natural science, and the costs of global warming potentials. *Clim. Change*, **58**, 251–260.

Oram, D.E., 1999: *Trends of Long-Lived Anthropogenic Halocarbons in the Southern Hemisphere and Model Calculations of Global Emissions.* PhD Thesis, University of East Anglia, Norwich, UK, 249 pp.

Oram, D.E., et al., 1998: Growth of fluoroform ($CHF_3$, HFC-23) in the background atmosphere. *Geophys. Res. Lett.*, **25**, 35–38, doi:10.1029/97GL03483.

Osborne, S.R., J.M. Haywood, P.N. Francis, and O. Dubovik, 2004: Short-wave radiative effects of biomass burning aerosol during SAFARI2000. *Q. J. R. Meteorol. Soc.*, **130**, 1423–1448.

Palikonda, R., P. Minnis, D.P. Duda, and H. Mannstein, 2005: Contrail coverage derived from 2001 AVHRR data over the continental United States of America and surrounding area. *Meteorol. Z.*, **14**, 525–536.

Palmer, A.S., et al., 2002: Antarctic volcanic flux ratios from Law Dome ice cores. *Ann. Glaciol.*, **35**, 329–332.

Palmer, P.I., et al., 2003: Eastern Asian emissions of anthropogenic halocarbons deduced from aircraft concentration data. *J. Geophys. Res.*, **108**(D24), 4753, doi:10.1029/2003JD003591.

Pan, W., M.A. Tatang, G.J. McRae, and R.G. Prinn, 1997: Uncertainty analysis of direct radiative forcing by anthropogenic sulfate aerosols. *J. Geophys. Res.*, **102**(D18), 21915–21924.

Parrish, D.D., et al., 2004: Changes in the photochemical environment of the temperate North Pacific troposphere in response to increased Asian emissions. *J. Geophys. Res.*, **109**, D23S18, doi:10.1029/2004JD004978.

Pavelin, E.G., C.E. Johnson, S. Rughooputh, and R. Toumi, 1999: Evaluation of pre-industrial surface ozone measurements made using Schönbein's method. *Atmos. Environ.*, **33**, 919–929.

Peng, Y., and U. Lohmann, 2003: Sensitivity study of the spectral dispersion of the cloud droplet size distribution on the indirect aerosol effect. *Geophys. Res. Lett.*, **30**(10), 1507, doi:10.1029/2003GL017192.

Penner, J.E., S.Y. Zhang, and C.C. Chuang, 2003: Soot and smoke aerosol may not warm climate. *J. Geophys. Res.*, **108**(D21), 4657, doi:10.1029/2003JD003409.

Penner, J.E., X. Dong, and Y. Chen, 2004: Observational evidence of a change in radiative forcing due to the indirect aerosol effect. *Nature*, **427**, 231–234.

Penner, J.E., et al., 2001: Aerosols, their direct and indirect effects. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 289–348.

Penner, J.E., et al., 2002: A comparison of model- and satellite-derived aerosol optical depth and reflectivity. *J. Atmos. Sci.*, **59**, 441–460.

Penner, J.E., et al., 2006: Model intercomparison of indirect aerosol effects. *Atmos. Chem. Phys. Discuss.*, **6**, 1579–1617.

Penner, J.E., et al., 2007: Effect of black carbon on mid-troposphere and surface temperature trends. In: *Human-Induced Climate Change: An Interdisciplinary Assessment* [Schlesinger, M., et al., (eds.)]. Cambridge University Press, Cambridge, UK, in press.

Perlwitz, J., and H.-F. Graf, 2001: Troposphere-stratosphere dynamic coupling under strong and weak polar vortex conditions. *Geophys. Res. Lett.*, **28**, 271–274.

Perlwitz, J., and N. Harnik, 2003: Observational evidence of a stratospheric influence on the troposphere by planetary wave reflection. *J. Clim.*, **16**, 3011–3026.

Pham, M., O. Boucher, and D. Hauglustaine, 2005: Changes in atmospheric sulfur burdens and concentrations and resulting radiative forcings under IPCC SRES emission scenarios for 1990-2100. *J. Geophys. Res.*, **110**, D06112, doi:10.1029/2004JD005125.

Philipona, R., et al., 2004: Radiative forcing - measured at Earth's surface - corroborate the increasing greenhouse effect. *Geophys. Res. Lett.*, **31**, L03202, doi:10.1029/2003GL018765.

Pielke, R.A. Sr., et al., 2002: The influence of land-use change and landscape dynamics on the climate system - relevance to climate change policy beyond the radiative effect of greenhouse gases. *Philos. Trans. R. Soc. London Ser. A*, **360**, 1705–1719.

Pitari, G., E. Mancini, V. Rizi, and D.T. Shindell, 2002: Impact of future climate and emissions changes on stratospheric aerosols and ozone. *J. Atmos. Sci.*, **59**, 414–440.

Platt, U., W. Allan, and D.C. Lowe, 2004: Hemispheric average Cl atom concentration from $^{13}C/^{12}C$ ratios in atmospheric methane. *Atmos. Chem. Phys.*, **4**, 2393–2399.

Ponater, M., S. Marquart, and R. Sausen, 2002: Contrails in a comprehensive global climate model: Parametrization and radiative forcing results. *J. Geophys. Res.*, **107**(D13), doi:10.1029/2001JD000429.

Ponater, M., S. Marquart, R. Sausen, and U. Schumann, 2005: On contrail climate sensitivity. *Geophys. Res. Lett.*, **32**, L10706, doi:10.1029/2005GL022580.

Posfai, M., et al., 2003: Individual aerosol particles from biomass burning in southern Africa: 1. Compositions and size distributions of carbonaceous particles. *J. Geophys. Res.*, **108**(D13), 8483, doi:10.1029/2002JD002291.

Prata, A., W. Rose, S. Self, and D. O'Brien, 2003: Global, long-term sulphur dioxide measurements from TOVS data: a new tool for studying explosive volcanism and climate. In: *Volcanism and the Earth's Atmosphere* [Robock, A., and C. Oppenheimer (eds.)]. Geophysical Monograph 139, American Geophysical Union, Washington, DC, pp. 75–92.

Prather, M.J., 2003: Atmospheric science: an environmental experiment with $H_2$? *Science*, **302**, 581–583.

Prather, M.J., et al., 2001: Atmospheric chemistry and greenhouse gases. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 239–287.

Preminger, D.G., and S.R. Walton, 2005: A new model of total solar irradiance based on sunspot areas. *Geophys. Res. Lett.*, **32**, L14109, doi:10.1029/2005GL022839.

Prentice, I.C., et al., 2001: The carbon cycle and atmospheric carbon dioxide. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 184–238.

Prinn, R.G., 2004: Non-$CO_2$ greenhouse gases. In: *The Global Carbon Cycle* [Field, C., and M. Raupach (eds.)]. Island Press, Washington, DC, pp. 205–216.

Prinn, R.G., et al., 1990: Atmospheric emissions and trends of nitrous oxide deduced from ten years of ALE-GAGE data. *J. Geophys. Res.*, **95**, 18369–18385.

Prinn, R.G., et al., 2000: A history of chemically and radiatively important gases in air deduced from ALE/GAGE/AGAGE. *J. Geophys. Res.*, **105**(D14), 17751–17792.

Prinn, R.G., et al., 2001: Evidence for substantial variations of atmospheric hydroxyl radicals in the past two decades. *Science*, **292**, 1882–1888.

Prinn, R.G., et al., 2005a: Evidence for variability of atmospheric hydroxyl radicals over the past quarter century. *Geophys. Res. Lett.*, **32**, L07809, doi:10.1029/2004GL022228.

Prinn, R.G., et al., 2005b: *The ALE/GAGE/AGAGE Network: DB1001. Carbon Dioxide Information and Analysis World Data Center*, http://cdiac.esd.ornl.gov/ndps/alegage.html.

Prospero, J.M., et al., 2002: Environmental characterization of global sources of atmospheric soil dust identified with the Nimbus 7 Total Ozone Mapping Spectrometer (TOMS) absorbing aerosol product. *Rev. Geophys.*, **40**(1), doi:10.1029/2000RG000095.

Putaud, J.P., et al., 2004: European aerosol phenomenology-2: chemical characteristics of particulate matter at kerbside, urban, rural and background sites in Europe. *Atmos. Environ.*, **38**, 2579–2595.

Pyle, J., et al., 2005: Ozone and climate: a review of interconnections. In: *Special Report on Safeguarding the Ozone Layer and Global Climate System: Issues Related to Hydrofluorocarbons and Perfluorocarbons* [Metz., B., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 83–132.

Quaas, J., and O. Boucher, 2005: Constraining the first aerosol indirect radiative forcing in the LMDZ GCM using POLDER and MODIS satellite data. *Geophys. Res. Lett.*, **32**, L17814, doi:10.1029/2005GL023850.

Quaas, J., O. Boucher, and F.-M. Breon, 2004: Aerosol indirect effects in POLDER satellite data and the Laboratoire de Météorologie Dynamique-Zoom (LMDZ) general circulation model. *J. Geophys. Res.*, **109**, D08205, doi:10.1029/2003JD004317.

Quaas, J., O. Boucher, and U. Lohmann, 2005: Constraining the total aerosol indirect effect in the LMDZ and ECHAM4 GCMs using MODIS satellite data. *Atmos. Chem. Phys.*, **5**, 9669–9690.

Quay, P., et al., 2000: Atmospheric (CO)-C-14: A tracer of OH concentration and mixing rates. *J. Geophys. Res.*, **105**(D12), 15147–15166.

Quinn, P.K., and T.S. Bates, 2005: Regional aerosol properties: comparisons from ACE 1, ACE 2, Aerosols99, INDOEX, ACE Asia, TARFOX, and NEAQS. *J. Geophys. Res.*, **110**, D14202, doi:10.1029/2004JD004755.

Raes, F., T. Bates, F. McGovern, and M. Van Liedekerke, 2000: The 2nd Aerosol Characterization Experiment (ACE-2): general overview and main results. *Tellus*, **52B**, 111–125.

Ramachandran, S., V. Ramaswamy, G.L. Stenchikov, and A. Robock, 2000: Radiative impact of the Mt. Pinatubo volcanic eruption: Lower stratospheric response. *J. Geophys. Res.*, **105**(D19), 24409–24429.

Ramanathan, V., 1981: The role of ocean-atmosphere interactions in the $CO_2$ climate problem. *J. Atmos. Sci.*, **38**, 918–930.

Ramanathan, V., P.J. Crutzen, J.T. Kiehl, and D. Rosenfeld, 2001a: Atmosphere: aerosols, climate, and the hydrological cycle. *Science*, **294**, 2119–2124.

Ramanathan, V., et al., 2001b: Indian Ocean experiment: An integrated analysis of the climate forcing and effects of the great Indo-Asian haze. *J. Geophys. Res.*, **106**(D22), 28371–28398.

Ramankutty, N., and J.A. Foley, 1999: Estimating historical changes in global land cover: croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **14**, 997–1027.

Ramaswamy, V., S. Ramachandran, G. Stenchikov, and A. Robock, 2006a: A model study of the effect of Pinatubo volcanic aerosols on the stratospheric temperatures. In: *Frontiers of Climate Modeling* [Kiehl, J.T., and V. Ramanathan (eds.)]. Cambridge University Press, Cambridge, UK, pp. 152–178.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 349–416.

Ramaswamy, V., et al., 2006b: Anthropogenic and natural influences in the evolution of lower stratospheric cooling. *Science*, **311**, 1138–1141.

Randall, C.E., R.M. Bevilacqua, J.D. Lumpe, and K.W. Hoppel, 2001: Validation of POAM III aerosols: Comparison to SAGE II and HALOE. *J. Geophys. Res.*, **106**, 27525–27536.

Randles, C.A., L.M. Russell, and V. Ramaswamy, 2004: Hygroscopic and optical properties of organic sea salt aerosol and consequences for climate forcing. *Geophys. Res. Lett.*, **31**, L16108, doi:10.1029/2004GL020628.

Rasch, P.J., and J.E. Kristjánsson, 1998: A comparison of the CCM3 model climate using diagnosed and predicted condensate parametrizations. *J. Clim.*, **11**, 1587–1614.

Read, W.G., L. Froidevaux, and J.W. Waters, 1993: Microwave limb sounder measurements of stratospheric $SO_2$ from the Mt. Pinatubo volcano. *Geophys. Res. Lett.*, **20**(12), 1299–1302.

Reddy, M.S., and O. Boucher, 2004: A study of the global cycle of carbonaceous aerosols in the LMDZT general circulation model. *J. Geophys. Res.*, **109**, D14202, doi:10.1029/2003JD004048.

Reddy, M.S., O. Boucher, Y. Balanski, and M. Schulz, 2005a: Aerosol optical depths and direct radiative perturbations by species and source type. *Geophys. Res. Lett.*, **32**, L12803, doi:10.1029/2004GL021743.

Reddy, M.S., et al., 2005b: Estimates of global multicomponent aerosol optical depth and direct radiative perturbation in the Laboratoire de Météorologie Dynamique general circulation model. *J. Geophys. Res.*, **110**, D10S16, doi:10.1029/2004JD004757.

Reid, J.S., et al., 1999: Use of the Angstrom exponent to estimate the variability of optical and physical properties of aging smoke particles in Brazil. *J. Geophys. Res.*, **104**(D22), 27473–27490.

Reid, J.S., et al., 2003: Analysis of measurements of Saharan dust by airborne and ground-based remote sensing methods during the Puerto Rico Dust Experiment (PRIDE). *J. Geophys. Res.*, **108**(D19), 8586, doi:10.1029/2002JD002493.

Reimann, S., et al., 2005: Low methyl chloroform emissions inferred from long-term atmospheric measurements. *Nature*, **433**, 506–508, doi:10.1038/nature03220.

Remer, L.A., and Y.J. Kaufman, 2006: Aerosol direct radiative effect at the top of the atmosphere over cloud free oceans derived from four years of MODIS data. *Atmos. Chem. Phys.*, **6**, 237–253.

Remer, L.A., et al., 2002: Validation of MODIS aerosol retrieval over ocean. *Geophys. Res. Lett.*, **29**(12), doi:10.1029/2001GL013204.

Remer, L.A., et al., 2005: The MODIS aerosol algorithm, products, and validation. *J. Atmos. Sci.*, **62**, 947–973.

Richards, J.F, 1990: Land transformation. In: *The Earth as Transformed by Human Action* [Turner, B.L. II, et al. (eds.)]. Cambridge University Press, New York, NY, pp. 163–178.

Richter, A., et al., 2005: Increase in tropospheric nitrogen dioxide over China observed from space. *Nature*, **437**, 129–132.

Rigozo, N.R., E. Echer, L.E.A. Vieira, and D.J.R. Nordemann, 2001: Reconstruction of Wolf sunspot numbers on the basis of spectral characteristics and estimates of associated radio flux and solar wind parameters for the last millennium. *Sol. Phys.*, **203**, 179–191.

Rind, D., J. Perlwitz, and P. Lonergan, 2005: AO/NAO response to climate change: 1. Respective influences of stratospheric and tropospheric climate changes. *J. Geophys. Res.*, **110**, D12107, doi:10.1029/2004JD005103.

Rissler, J., et al., 2004: Physical properties of the sub-micrometer aerosol over the Amazon rain forest during the wet-to-dry season transition – Comparison of modeled and measured CCN concentrations. *Atmos. Chem. Phys.*, **4**, 2119–2143.

Roberts, D.L., and A. Jones, 2004: Climate sensitivity to black carbon aerosol from fossil fuel combustion. *J. Geophys. Res.*, **109**, D16202, doi:10.1029/2004JD004676.

Robles-Gonzalez, C., J.P. Veefkind, and G. de Leeuw, 2000: Mean aerosol optical depth over Europe in August 1997 derived from ATSR-2 data. *Geophys. Res. Lett.*, **27**(7), 955–959.

Robson, J.I., et al., 2006: Revised IR spectrum, radiative efficiency and global warming potential of nitrogen trifluoride. *Geophys. Res. Lett.*, **33**, L10817, doi:10.1029/2006GL026210.

Rockmann, T., J. Grooss, and R. Muller, 2004: The impact of anthropogenic chlorine emissions, stratospheric ozone change and chemical feedbacks on stratospheric water. *Atmos. Chem. Phys.*, **4**, 693–699.

Rosenfeld, D., and G. Feingold, 2003: Explanation of discrepancies among satellite observations of the aerosol indirect effects. *Geophys. Res. Lett.*, **30**(14), 1776, doi:10.1029/2003GL017684.

Rosenfeld, D., R. Lahav, A. Khain, and M. Pinsky, 2002: The role of sea spray in cleansing air pollution over the ocean via cloud processes. *Science*, **297**, 1667–1670.

Ross, K.E., et al., 2003: Spatial and seasonal variations in CCN distribution and the aerosol-CCN relationship over southern Africa. *J. Geophys. Res.*, **108**(D13), 8481, doi:10.1029/2002JD002384.

Rotstayn, L.D., 1997: A physically based scheme for the treatment of stratiform clouds and precipitation in large-scale models. I: Description and evaluation of the microphysical processes. *Q. J. R. Meteorol. Soc.*, **123**, 1227–1282.

Rotstayn, L.D., and J.E. Penner, 2001: Indirect aerosol forcing, quasi forcing, and climate response. *J. Clim.*, **14**, 2960–2975.

Rotstayn, L.D., and Y. Liu, 2003: Sensitivity of the first indirect aerosol effect to an increase of the cloud droplet spectral dispersion with droplet number concentration. *J. Clim.*, **16**, 3476–3481.

Rotstayn, L.D., B.F. Ryan, and J. Katzfey, 2000: A scheme for calculation of the liquid fraction in mixed-phase clouds in large scale models. *Mon. Weather Rev.*, **128**, 1070–1088.

Rottman, G., 2005: The SORCE Mission. *Solar Phys.*, **230**, 7–25.

Rozanov, E.V., et al., 2002: Climate/chemistry effect of the Pinatubo volcanic eruption simulated by the UIUC stratosphere/troposphere GCM with interactive photochemistry. *J. Geophys. Res.*, **107**, 4594, doi:10.1029/2001JD000974.

Rozanov, E.V., et al., 2004: Atmospheric response to the observed increase of solar UV radiation from solar minimum to solar maximum simulated by the University of Illinois at Urbana-Champaign climate-chemistry model. *J. Geophys. Res.*, **109**, D01110, doi:10.1029/2003JD003796.

Russell, P.B., and J. Heintzenberg, 2000: An overview of the ACE-2 clear sky column closure experiment (CLEARCOLUMN). *Tellus*, **52B**, 463–483, doi:10.1034/j.1600-0889.2000.00013.x.

Russell, P.B., P.V. Hobbs, and L.L. Stowe, 1999: Aerosol properties and radiative effects in the United States East Coast haze plume: An overview of the Tropospheric Aerosol Radiative Forcing Observational Experiment (TARFOX). *J. Geophys. Res.*, **104**(D2), 2213–2222.

Rypdal, K., et al., 2005: Tropospheric ozone and aerosols in climate agreements: scientific and political challenges. *Environ. Sci. Policy*, **8**, 29–43.

Salby, M., and P. Callaghan, 2004: Evidence of the solar cycle in the general circulation of the stratosphere. *J. Clim.*, **17**, 34–46.

Santer, B.D., et al., 2004: Identification of anthropogenic climate change using a second-generation reanalysis. *J. Geophys. Res.*, **109**, D21104, doi:10.1029/2004JD005075.

Sato, M., J.E. Hansen, M.P. McCormick, and J.B. Pollack, 1993: Stratospheric aerosol optical depths, 1850-1990. *J. Geophys. Res.*, **98**(D12), 22987–22994.

Sato, M., et al., 2003: Global atmospheric black carbon inferred from AERONET. *Proc. Natl. Acad. Sci. U.S.A.*, **100**, 6319–6324.

Sausen, R., and U. Schumann, 2000: Estimates of the climate response to aircraft $CO_2$ and $NO(x)$ emissions scenarios. *Clim. Change*, **44**, 27–58.

Sausen, R., K. Gierens, M. Ponater, and U. Schumann, 1998: A diagnostic study of the global distribution of contrails part I: Present day climate. *Theor. Appl. Climatol.*, **61**, 127–141.

Sausen, R., et al., 2005: Aviation radiative forcing in 2000: An update on IPCC (1999). *Meteorol. Z.*, **14**, 1–7.

Schaaf, C.B., et al., 2002: First operational BRDF, albedo nadir reflectance products from MODIS. *Remote Sens. Environ.*, **83**, 135–148.

Schaap, M., et al., 2004: Secondary inorganic aerosol simulations for Europe with special attention to nitrate. *Atmos. Chem. Phys.*, **4**, 857–874.

Schatten, K.H., and J.A. Orosz, 1990: Solar constant secular changes. *Sol. Phys.*, **125**, 179–184.

Schmidt, G.A., et al., 2005: Present day atmospheric simulations using GISS ModelE: Comparison to in situ, satellite and reanalysis data. *J. Clim.*, **19**, 153–192.

Schnaiter, M., et al., 2003: UV-VIS-NIR spectral optical properties of soot and soot-containing aerosols. *J. Aerosol Sci.*, **34**(10), 1421–1444.

Schoeberl, M., A. Douglass, Z. Zhu, and S. Pawson, 2003: A comparison of the lower stratospheric age spectra derived from a general circulation model and two data assimilation systems. *J. Geophys. Res.*, **108**, L4113, doi:10.1029/2002JD002652.

Scholes, M., and M.O. Andreae, 2000: Biogenic and pyrogenic emissions from Africa and their impact on the global atmosphere. *Ambio*, **29**, 23–29.

Schulz, M., S. Kinne, C. Textor, and S. Guibert, 2004: *AeroCom Aerosol Model Intercomparison*. http://nansen.ipsl.jussieu.fr/AEROCOM/.

Schulz, M., et al., 2006: Radiative forcing by aerosols as derived from the AeroCom present-day and pre-industrial simulations. *Atmos. Chem. Phys. Discuss.*, **6**, 5095–5136.

Schumann, U., 2005: Formation, properties, and climatic effects of contrails. *Comptes Rendus Physique*, **6**, 549–565.

Schuster, G.L., O. Dubovik, B.N. Holben, and E.E. Clothiaux, 2005: Inferring black carbon content and specific absorption from Aerosol Robotic Network (AERONET) aerosol retrievals. *J. Geophys. Res.*, **110**, D10S17, doi:10.1029/2004JD004548.

Schwartz, S.E., and M.O. Andreae, 1996: Uncertainty in climate change caused by aerosols. *Science*, **272**, 1121–1122.

Schwartz, S.E., D.W. Harshvardhan, and C.M. Benkovitz, 2002: Influence of anthropogenic aerosol on cloud optical depth and albedo shown by satellite measurements and chemical transport modeling. *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 1784–1789.

Sekiguchi, M., et al., 2003: A study of the direct and indirect effects of aerosols using global satellite datasets of aerosol and cloud parameters. *J. Geophys. Res.*, **108**(D22), 4699, doi:10.1029/2002JD003359.

Sellers, P.J., et al., 1996: Comparison of radiative and physiological effects of doubled atmospheric $CO_2$ on climate. *Science*, **271**, 1402–1406.

Shantz, N.C., W.R. Leaitch, and P. Caffrey, 2003: Effect of organics of low solubility on the growth rate of cloud droplets. *J. Geophys. Res.*, **108**(D5), doi:10.1029/2002JD002540.

Sherwood, S., 2002: A microphysical connection among biomass burning, cumulus clouds, and stratospheric moisture. *Science*, **295**, 1272–1275.

Shi, G.Y., et al., 2005: Sensitivity experiments on the effects of optical properties of dust aerosols on their radiative forcing under clear sky condition. *J. Meteorol. Soc. Japan*, **83A**, 333–346.

Shindell, D.T., 2001: Climate and ozone response to increased stratospheric water vapor. *Geophys. Res. Lett.*, **28**, 1551–1554.

Shindell, D.T., and G. Faluvegi, 2002: An exploration of ozone changes and their radiative forcing prior to the chlorofluorocarbon era. *Atmos. Chem. Phys.*, **2**, 363–374.

Shindell, D.T., G. Faluvegi, and N. Bell, 2003a: Preindustrial-to-present day radiative forcing by tropospheric ozone from improved simulations with the GISS chemistry-climate GCM. *Atmos. Chem. Phys.*, **3**, 1675–1702.

Shindell, D.T., G.A. Schmidt, R.L. Miller, and M. Mann, 2003b: Volcanic and solar forcing of climate change during the preindustrial era. *J. Clim.*, **16**, 4094–4107.

Shindell, D.T., G.A. Schmidt, M. Mann, and G. Faluvegi, 2004: Dynamic winter climate response to large tropical volcanic eruptions since 1600. *J. Geophys. Res.*, **109**, D05104, doi:10.1029/2003JD004151.

Shindell, D.T., G. Faluvegi, N. Bell, and G. Schmidt, 2005: An emissions-based view of climate forcing by methane and tropospheric ozone. *Geophys. Res. Lett.*, **32**, L04803, doi:10.1029/2004GL021900.

Shine, K.P., 2005: Comment on 'Contrails, cirrus, trends, and climate'. *J. Clim.*, **18**, 2781–2782.

Shine, K.P., J. Cook, E.J. Highwood, and M.M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30** (20), 2047, doi:10.1029/2003GL018141.

Shine, K.P., T.K. Berntsen, J.S. Fuglestvedt, and R. Sausen, 2005a: Scientific issues in the design of metrics for inclusion of oxides of nitrogen in global climate agreements. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 15768–15773.

Shine, K.P., J.S. Fuglestvedt, K. Hailemariam, and N. Stuber, 2005b: Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Clim. Change*, **68**, 281–302.

Shine, K.P, et al., 2005c: Perfluorodecalin: global warming potential and first detection in the atmosphere. *Atmos. Environ.*, **39**, 1759–1763.

Simmonds, P.G., R. Derwent, A. Manning, and G. Spain, 2004: Significant growth in surface ozone at Mace Head, Ireland ,1987-2003. *Atmos. Environ.*, **38**, 4769–4778.

Simpson, I.J., D.R. Blake, F.S. Rowland, and T.Y. Chen, 2002: Implications of the recent fluctuations in the growth rate of tropospheric methane. *Geophys. Res. Lett.*, **29**(10), doi:10.1029/2001GL014521.

Smith, C.A., J.D. Haigh, and R. Toumi, 2001: Radiative forcing due to trends in stratospheric water vapour. *Geophys. Res. Lett.*, **28**(1), 179–182.

Smith, R.N.B., 1990: A scheme for predicting layer clouds and their water content in a general circulation model. *Q. J. R. Meteorol. Soc.*, **116**, 435–460.

Smith, S.J., and T.M.L. Wigley, 2000: Global warming potentials: 2. Accuracy. *Clim. Change*, **44**, 459–469.

Smith, S.J., E. Conception, R. Andres, and J. Lurz, 2004: *Historical Sulphur Dioxide Emissions 1850-2000: Methods and Results.* Research Report No. PNNL-14537, Joint Global Change Research Institute, College Park, MD, 16 pp.

Smith, W.L. Jr., et al., 2005: EOS terra aerosol and radiative flux validation: an overview of the Chesapeake Lighthouse and Aircraft Measurements for Satellites (CLAMS) experiment. *J. Atmos. Sci.*, **62**(4), 903–918, doi:10.1175/JAS3398.1.

Sofia, S., and L.H. Li, 2001: Solar variability and climate. *J. Geophys. Res.*, **106**(A7), 12969–12974.

Sokolov, A., 2006: Does model sensitivity to changes in $CO_2$ provide a measure of sensitivity to the forcing of different nature. *J. Clim.*, **19**, 3294–3306.

Solanki, S.K., and M. Fligge, 1999: A reconstruction of total solar irradiance since 1700. *Geophys. Res. Lett.*, **26**(16), 2465–2468.

Solanki, S.K., et al., 2004: Unusual activity of the Sun during recent decades compared to the previous 11,000 years. *Nature*, **431**, 1084–1087.

Solomon, S., et al., 1996: The role of aerosol variations in anthropogenic ozone depletion at northern midlatitudes. *J. Geophys. Res.*, **101**(D3), 6713–6727.

Solomon, S., et al., 2005: On the distribution and variability of ozone in the tropical upper troposphere: Implications for tropical deep convection and chemical-dynamical coupling. *Geophys. Res. Lett.*, **32**, L23813, doi:10.1029/2005GL024323.

Soufflet, V., D. Tanre, A. Royer, and N.T. O'Neill, 1997: Remote sensing of aerosols over boreal forest and lake water from AVHRR data. *Remote Sens. Environ.*, **60**, 22–34.

Spahni, R., et al., 2005: Atmospheric methane and nitrous oxide of the late Pleistocene from Antarctic ice cores. *Science*, **310**, 1317–1321.

Spinhirne, J.D., et al., 2005: Cloud and aerosol measurements from GLAS: overview and initial results. *Geophys. Res. Lett.*, **32**, L22S03, doi:10.1029/2005GL023507.

Spruit, H., 2000: Theory of solar irradiance variations. *Space Sci. Rev.*, **94**, 113–126.

Steinbrecht, W., H. Claude, and P. Winkler, 2004a: Enhanced upper stratospheric ozone: sign of recovery or solar cycle effect? *J. Geophys. Res.*, **109**, D020308, doi:10.1029/2003JD004284.

Steinbrecht, W., H. Claude, and P. Winkler, 2004b: Reply to comment by D. M. Cunnold et al. on "Enhanced upper stratospheric ozone: Sign of recovery or solar cycle effect?". *J. Geophys. Res.*, **109**, D14306, doi:10.1029/2004JD004948.

Stenchikov, G.L., et al., 1998: Radioactive forcing from the 1991 Mount Pinatubo volcanic eruption. *J. Geophys. Res.*, **103**(D12), 13837–13857.

Stenchikov, G.L., et al., 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: effects of volcanic aerosols and ozone depletion. *J. Geophys. Res.*, **107**(D24), 4803, doi:10.1029/2002JD002090.

Stenchikov, G., et al., 2004: Arctic Oscillation response to the 1991 Pinatubo eruption in the SKYHI GCM with a realistic quasi-biennial oscillation. *J. Geophys. Res.*, **109**, D03112, doi:10.1029/2003JD003699.

Stenchikov, G., et al., 2006: Arctic Oscillation response to volcanic eruptions in the IPCC AR4 climate models. *J. Geophys. Res.*, **111**, D07107, doi:10.1029/2005JD006286.

Stern, D.I., 2005: Global sulfur emissions from 1850 to 2000. *Chemosphere*, **58**, 163–175.

Stevenson, D.S., et al., 2004: Radiative forcing from aircraft $NO_x$ emissions: mechanisms and seasonal dependence. *J. Geophys. Res.*, **109**, D17307, doi:10.1029/2004JD004759.

Stier, P., et al., 2005: The aerosol-climate model ECHAM5-HAM. *Atmos. Chem. Phys.*, **5**, 1125–1156.

Stier, P., et al., 2006a: Impact of nonabsorbing anthropogenic aerosols on clear-sky atmospheric absorption. *J. Geophys. Res.*, **111**, D18201, doi:10.1029/2006JD007147.

Stier, P., et al., 2006b: Emission-induced nonlinearities in the global aerosol system: results from the ECHAM5-HAM aerosol-climate model. *J. Clim.*, **19**, 3845–3862.

Stordal, F., et al., 2005: Is there a trend in cirrus cloud cover due to aircraft traffic? *Atmos. Chem. Phys.*, **5**, 2155–2162.

Stothers, R., 2001a: Major optical depth perturbations to the stratosphere from volcanic eruptions: Stellar extinction period, 1961-1978. *J. Geophys. Res.*, **106**(D3), 2993–3003.

Stothers, R., 2001b: A chronology of annual mean radii of stratospheric aerosol from volcanic eruptions during the twentieth century as derived from ground-based spectral extinction measurements. *J. Geophys. Res.*, **106**(D23), 32043–32049.

Stott P.A., G.S. Jones, and J.F.B. Mitchell, 2003: Do models underestimate the solar contribution to recent climate change? *J. Clim.*, **16**, 4079–4093.

Streets, D.G., et al., 2001: Black carbon emissions in China. *Atmos. Environ.*, **35**, 4281–4296.

Streets, D.G., et al., 2003: An inventory of gaseous and primary aerosol emissions in Asia in the year 2000. *J. Geophys. Res.*, **108**(D21), 8809, doi:10.1029/2002JD003093.

Strugnell, N.C., W. Lucht, and C. Schaaf, 2001: A global albedo data set derived from AVHRR data for use in climate simulations. *Geophys. Res. Lett.*, **28**(1), 191–194.

Stubenrauch, C.J., and U. Schumann, 2005: Impact of air traffic on cirrus coverage. *Geophys. Res. Lett.*, **32**, L14813, doi:10.1029/2005GL022707.

Stuber, N., M. Ponater, and R. Sausen, 2001a: Is the climate sensitivity to ozone perturbations enhanced by stratospheric water vapor feedback? *Geophys. Res. Lett.*, **28**(15), 2887–2890.

Stuber, N., R. Sausen, and M. Ponater, 2001b: Stratosphere adjusted radiative forcing calculations in a comprehensive climate model. *Theor. Appl. Climatol.*, **68**, 125–135.

Stuber, N., M. Ponater, and R. Sausen, 2005: Why radiative forcing might fail as a predictor of climate change. *Clim. Dyn.*, **24**, 497–510.

Sun, B., and R.S. Bradley, 2002: Solar influences on cosmic rays and cloud formation: a re-assessment. *J. Geophys. Res.*, **107**(D14), doi:10.1029/2001JD000560.

Sundqvist, H., 1978: A parametrization scheme for non-convective condensation including prediction of cloud water content. *Q. J. R. Meteorol. Soc.*, **104**, 677–690.

Sundqvist, H., E. Berge, and J.E. Kristjánsson, 1989: Condensation and cloud parametrization studies with a mesoscale numerical weather prediction model. *Mon. Weather Rev.*, **117**, 1641–1657.

Suzuki, K., et al., 2004: A study of the aerosol effect on a cloud field with simultaneous use of GCM modeling and satellite observation. *J. Atmos. Sci.*, **61**, 179–194.

Svalgaard, L., E.W. Cliver, and P. Le Sager, 2004: IHV: A new long-term geomagnetic index. *Adv. Space Res.*, **34**, 436–439.

Swap, R.J., et al., 2002: The Southern African Regional Science Initiative (SAFARI 2000): overview of the dry season field campaign. *S. Afr. J. Sci.*, **98**, 125–130.

Swap, R.J., et al., 2003: Africa burning: a thematic analysis of the Southern African Regional Science Initiative (SAFARI 2000). *J. Geophys. Res.*, **108**(D13), 8465, doi:10.1029/2003JD003747.

Tabazadeh, A., et al., 2002: Arctic "ozone hole" in cold volcanic stratosphere. *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 2609–2612.

Takemura, T., T. Nakajima, T. Nozawa, and K. Aoki, 2001: Simulation of future aerosol distribution, radiative forcing, and long-range transport in East Asia. *J. Meteorol. Soc. Japan*, **2**, 79, 1139–1155.

Takemura, T., et al., 2000: Global three-dimensional simulation of aerosol optical thickness distribution of various origins. *J. Geophys. Res.*, **105**(D14), 17853–17874.

Takemura, T., et al., 2005: Simulation of climate response to aerosol direct and indirect effects with aerosol transport-radiation model. *J. Geophys. Res.*, **110**, D02202, doi:10.1029/2004JD005029.

Tang, I.N., 1997: Thermodynamic and optical properties of mixed-salt aerosols of atmospheric importance. *J. Geophys. Res.*, **102**(D2), 1883–1893.

Tang, I.N., K.H. Fung, D.G. Imre, and H.R. Munkelwitz, 1995: Phase transformation and metastability of hygroscopic microparticles. *Aerosol Sci. Tech.*, **23**, 443.

Tanré, D., Y.J. Kaufman, M. Herman, and S. Mattoo, 1997: Remote sensing of aerosol properties over oceans using the MODIS/EOS spectral radiances. *J. Geophys. Res.*, **102**(D14), 16971–16988.

Tanré, D., et al., 2003: Measurement and modeling of the Saharan dust radiative impact: overview of the SaHAran Dust Experiment (SHADE). *J. Geophys. Res.*, **108**(D18), doi:10.1029/2002JD003273.

Tarasick, D.W., et al., 2005: Changes in the vertical distribution of ozone over Canada from ozonesondes: 1980-2001. *J. Geophys. Res.*, **110**, D02304, doi:10.1029/2004JD004643.

Tegen, I., and I. Fung, 1995: Contribution to the atmospheric mineral aerosol load from land surface modification. *J. Geophys. Res.*, **100**, 18707–18726.

Tegen, I., A.A. Lacis, and I. Fung, 1996: The influence on climate forcing of mineral aerosols from disturbed soils. *Nature*, **380**, 419–421.

Tegen, I., M. Werner, S.P. Harrison, and K.E. Kohfeld, 2004: Relative importance of climate and land use in determining present and future global soil dust emission. *Geophys. Res. Lett.*, **31**, L05105, doi:10.1029/2003GL019216.

Tegen, I., M. Werner, S.P. Harrison, and K.E. Kohfeld, 2005: Reply to comment by N. M. Mahowald et al. on "Relative importance of climate and land use in determining present and future global soil dust emission". *Geophys. Res. Lett.*, **32**, doi:10.1029/2004GL021560.

Tett, S.F.B., et al., 2002: Estimation of natural and anthropogenic contributions to twentieth century temperature change. *J. Geophys. Res.*, **107**(D16), 4306, doi:10.1029/2000JD000028.

Textor, C., et al., 2006: AeroCom: The status quo of global aerosol modelling. *Atmos. Chem. Phys.*, **6**, 1777–1813.

Tie, X.X., G.P. Brasseur, B. Breiglib, and C. Granier, 1994: Two dimensional simulation of Pinatubo aerosol and its effect on stratospheric chemistry. *J. Geophys. Res.*, **99**(D10), 20545–20562.

Thomason, L., and T. Peter, 2006: *Assessment of Stratospheric Aerosol Properties (ASAP): Report on the Assessment Kick-Off Workshop, Paris, France, 4-6 November 2001*. SPARC Report No. 4, WCRP-124, WMO/TD No. 1295, http://www.aero.jussieu.fr/~sparc/News18/18_Thomason.html.

Thompson, A.M., et al., 2001: Tropical tropospheric ozone and biomass burning. *Science*, **291**, 2128–2132.

Thompson, T.M., et al., 2004: Halocarbons and other atmospheric trace species. In: *Climate Monitoring and Diagnostics Laboratory, Summary Report No. 27* [Schnell, R.C., A.-M. Buggle, and R.M. Rosson (eds.)]. NOAA CMDL, Boulder, CO, pp. 115–135.

Timmreck, C., and M. Schulz, 2004: Significant dust simulation differences in nudged and climatological operation mode of the AGCM ECHAM. *J. Geophys. Res.*, **109**, D13202, doi:10.1029/2003JD004381.

Timmreck, C., H.-F. Graf, and B. Steil, 2003: Aerosol chemistry interactions after the Mt. Pinatubo Eruption. In: *Volcanism and the Earth's Atmosphere* [Robock, A., and C. Oppenheimer (eds.)]. Geophysical Monograph 139, American Geophysical Union, Washington, DC, pp. 227–236.

Tol, R.S.J., 2002: Estimates of the damage costs of climate change, Part II. Dynamic estimates. *Environ. Resour. Econ.*, **21**, 135–160.

Torres, O., et al., 2002: A long-term record of aerosol optical depth from TOMS: Observations and comparison to AERONET measurements. *J. Atmos. Sci.*, **59**, 398–413.

Travis, D.J., A.M. Carleton, and R.G. Lauritsen, 2002: Contrails reduce daily temperature range. *Nature*, **418**, 601–602.

Travis, D.J., A.M. Carleton, and R.G. Lauritsen, 2004: Regional variations in U.S. diurnal temperature range for the 11-14 September 2001 aircraft groundings: evidence of jet contrail influence on climate. *J. Clim.*, **17**, 1123–1134.

Tripoli, G.J., and W.R. Cotton, 1980: A numerical investigation of several factors contributing to the observed variable intensity of deep convection over South Florida. *J. Appl. Meteorol.*, **19**, 1037–1063.

Twohy, C.H., et al., 2005: Evaluation of the aerosol indirect effect in marine stratocumulus clouds: droplet number, size, liquid water path, and radiative impact. *J. Geophys. Res.*, **110**, D08203, doi:10.1029/2004JD005116.

Twomey, S.A., 1977: The influence of pollution on the shortwave albedo of clouds. *J. Atmos. Sci.*, **34**, 1149–1152.

Udelhofen, P.M., and R.D. Cess, 2001: Cloud cover variations over the United States: An influence of cosmic rays or solar variability? *Geophys. Res. Lett.*, **28**(13), 2617–2620.

Usoskin, I.G., et al., 2004: Latitudinal dependence of low cloud amount on cosmic ray induced ionization. *Geophys. Res. Lett.*, **31**, L16109, doi:10.1029/2004GL019507.

Van Aardenne, J.A., et al., 2001: A 1 x 1 degree resolution dataset of historical anthropogenic trace gas emissions for the period 1890-1990. *Global Biogeochem. Cycles*, **15**, 909–928.

van der Werf, et al., 2004: Continental-scale partitioning of fire emissions during the 1997 to 2001 El Nino/La Nina period. *Science*, **303**, 73–76.

Van Dorland, R., F.J. Dentener, and J. Lelieveld, 1997: Radiative forcing due to tropospheric ozone and sulfate aerosols. *J. Geophys. Res.*, **102**(D23), 28079–28100.

van Loon, H., and D.J. Shea, 2000: The global 11-year solar signal in July-August. *Geophys. Res. Lett.*, **27**(18), 2965–2968.

Veefkind, J.P., G. de Leeuw, and P.A. Durkee, 1998: Retrieval of aerosol optical depth over land using two-angle view satellite radiometry. *Geophys. Res. Lett.* **25**(16), 3135–3138.

Velders, et al., 2005: Chemical and radiative effects of halocarbons and their replacement compounds. In: *Special Report on Safeguarding the Ozone Layer and the Global Climate System: Issues Related to Hydrofluorocarbons and Perfluorocarbons* [Metz, B., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 133–180.

Vestreng, V., M. Adams, and J. Goodwin, 2004: *Inventory Review 2004: Emission Data Reported to CLRTAP and the NEC Directive*. EMEP/EEA Joint Review Report, Norwegian Meteorological Institute, Norway, 120 pp.

von Hoyningen-Huene, W., M. Freitag, and J.B. Burrows, 2003: Retrieval of aerosol optical thickness over land surfaces from top-of-atmosphere radiance. *J. Geophys. Res.*, **108**(D9), 4260, doi:10.1029/2001JD002018.

Walter, B.P., M. Heimann, and E. Matthews, 2001a: Modeling modern methane emissions from natural wetlands 2. Interannual variations 1982-1993. *J. Geophys. Res.*, **106**(D24), 34207–34220.

Walter, B.P., M. Heimann, and E. Matthews, 2001b: Modeling modern methane emissions from natural wetlands 1. Model description and results. *J. Geophys. Res.*, **106**(D24), 34189–34206.

Wang, C., 2004: A modeling study on the climate impacts of black carbon aerosols. *J. Geophys. Res.*, **109**, D03106, doi:10.1029/2003JD004084.

Wang, H.J., et al., 2002: Assessment of SAGE version 6.1 ozone data quality. *J. Geophys. Res.*, **107**(D23), 4691, doi:10.1029/2002JD002418.

Wang, M.H., K.D. Knobelspiesse, and C.R. McClain, 2005: Study of the Sea-Viewing Wide Field-of-View Sensor (SeaWiFS) aerosol optical property data over ocean in combination with the ocean color products. *J. Geophys. Res.*, **110**, D10S06, doi:10.1029/2004JD004950.

Wang, W.-C., M.P. Dudek, and X.-Z. Liang, 1992: Inadequacy of effective $CO_2$ as a proxy in assessing the regional climate change due to other radiatively active gases. *Geophys. Res. Lett.*, **19**, 1375–1378.

Wang, W.-C., M.P. Dudek, X.-Z. Liang, and J.T. Kiehl, 1991: Inadequacy of effective $CO_2$ as a proxy in simulating the greenhouse effect of other radiatively active gases. *Nature*, **350**, 573–577.

Wang, Y.M., J.L. Lean, and N.R. Sheeley, 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Warner, J., and S.A. Twomey, 1967: The production and cloud nuclei by cane fires and the effect on cloud droplet concentration. *J. Atmos. Sci.*, **24**, 704–706.

Warwick, N.J., et al., 2002: The impact of meteorology on the interannual growth rate of atmospheric methane. *Geophys. Res. Lett.*, **29**(26), doi:10.1029/2002/GL015282.

Weatherhead, E.C., and S. B. Andersen, 2006: The search for signs of recovery of the ozone layer. *Nature*, **441**, 39–45.

Welton, E.J., J.R. Campbell, J.D. Spinhirne, and V.S. Scott, 2001: Global monitoring of clouds and aerosols using a network of micro-pulse lidar systems. In: *Lidar Remote Sensing for Industry and Environmental Monitoring* [Singh, U.N., T. Itabe, and N. Sugimoto (eds.)]. SPIE, Bellingham, WA, pp. 151–158.

Wennberg, P.O., S. Peacock, J.T. Randerson, and R. Bleck, 2004: Recent changes in the air-sea gas exchange of methyl chloroform. *Geophys. Res. Lett.*, **31**, L16112, doi:10.1029/2004GL020476.

Westerling, A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam, 2006: Warming and earlier spring increase western U.S. forest wildfire activity. *Science*, **313**, 940–943.

White, W.B., M.D. Dettinger, and D.R. Cayan, 2003: Sources of global warming of the upper ocean on decadal period scales. *J. Geophys. Res.*, **108**(C8), doi:10.1029/2002JC001396.

Wild, O., M.J. Prather, and H. Akimoto, 2001: Indirect long-term global radiative cooling from $NO_x$ emissions. *Geophys. Res. Lett.*, **28**(9), 1719–1722.

Williams, K.D., C.A. Senior, and J.F.B. Mitchell, 2001a: Transient climate change in the Hadley Centre models: the role of physical processes. *J. Clim.*, **14**, 2659–2674.

Williams, K.D., et al., 2001b: The response of the climate system to the indirect effects of anthropogenic sulfate aerosols. *Clim. Dyn.*, **17**, 846–856.

Willson, R.C., and A.V. Mordvinov, 2003: Secular total solar irradiance trend during solar cycles 21-23. *Geophys. Res. Lett.*, **30**(5), 3–6.

Wilson, D.R., and S.P. Ballard, 1999: A microphysically based precipitation scheme for the UK Meteorological Office Unified Model. *Q. J. R. Meteorol. Soc.*, **125**, 1607–1636.

Wilson, M.F., and A. Henderson-Sellers, 1985: A global archive of land cover and soils data for use in general-circulation climate models. *J. Climatol.*, **5**, 119–143.

WMO, 1986: *Atmospheric Ozone 1985*. Global Ozone Research and Monitoring Project Report No.16, World Meteorological Organisation, Geneva, Volume 3.

WMO, 2003: *Scientific Assessment of Ozone Depletion: 2002*. Global Ozone Research and Monitoring Project Report No. 47, World Meteorological Organization, Geneva, 498 pp.

Wong, J., and Z. Li, 2002: Retrieval of optical depth for heavy smoke aerosol plumes: uncertainties and sensitivities to the optical properties. *J. Atmos. Sci.*, **59**, 250–261.

Wong, S., et al., 2004: A global climate-chemistry model study of present-day tropospheric chemistry and radiative forcing from changes in tropospheric $O_3$ since the preindustrial period. *J. Geophys. Res.*, **109**, D11309, doi:10.1029/2003JD003998.

**233**

Woods, T.N., et al., 1996: Validation of the UARS solar ultraviolet irradiances: comparison with the ATLAS 1 and 2 measurements. *J. Geophys. Res.*, **101**(D6), 9541–9569.

Xiong, J.Q., et al., 1998: Influence of organic films on the hygroscopicity of ultrafine sulfuric acid aerosol. *Environ. Sci. Technol.*, **32**, 3536–3541.

Xue, H., and G. Feingold, 2006: large eddy simulations of trade-wind cumuli: investigation of aerosol indirect effects. *J. Atmos. Sci.*, **63**, 1605–1622.

Yang, F., and M. Schlesinger, 2001: Identification and separation of Mount Pinatubo and El Nino-Southern Oscillation land surface temperature anomalies. *J. Geophys. Res.*, **106**(D14), 14757–14770.

Yang, F., and M. Schlesinger, 2002: On the surface and atmospheric temperature changes following the 1991 Pinatubo volcanic eruption: a GCM study. *J. Geophys. Res.*, **107**(D8), doi:10.1029/2001JD000373.

Yokouchi, et al., 2005: Estimates of ratios of anthropogenic halocarbon emissions from Japan based on aircraft monitoring over Sagami Bay, Japan. *J. Geophys. Res.*, **110**, D06301, doi:10.1029/2004JD005320.

Yoshioka, M., N. Mahowald, J.L. Dufresne, and C. Luo, 2005: Simulation of absorbing aerosol indices for African dust. *J. Geophys. Res.*, **110**, D18S17, doi:10.1029/2004JD005276.

Yu, H., et al., 2003: Annual cycle of global distributions of aerosol optical depth from integration of MODIS retrievals and GOCART model simulations. *J. Geophys. Res.*, **108**(D3), 4128, doi:10.1029/2002JD002717.

Yu, H., et al., 2006: A review of measurement-based assessments of the aerosol direct radiative effect and forcing. *Atmos. Chem. Phys.*, **6**, 613–666.

Yvon-Lewis, S.A., and J.H. Butler, 2002: Effect of oceanic uptake on atmospheric lifetimes of selected trace gases. *J. Geophys. Res.*, **107**(D20), 4414, doi:10.1029/2001JD001267.

Zender, C.S., 2004: Quantifying mineral dust mass budgets: terminology, constraints, and current estimates. *Eos*, **85**, 509–512.

Zerefos, C.S., et al., 2003: Evidence of impact of aviation on cirrus cloud formation. *Atmos. Chem. Phys.*, **3**, 1633–1644.

Zhang, J., and S. Christopher, 2003: Longwave radiative forcing of Saharan dust aerosols estimated from MODIS, MISR and CERES observations on Terra. *Geophys. Res. Lett.*, **30**(23), doi:10.1029/2003GL018479.

Zhang, J., S.A. Christopher, L.A. Remer, and Y.J. Kaufman, 2005: Shortwave aerosol radiative forcing over cloud-free oceans from Terra: 2. Seasonal and global distributions. *J. Geophys. Res.*, **110**, D10S24, doi:10.1029/2004JD005009.

Zhang, J.P., Z. Yang, D.J. Wang, and X.B. Zhang, 2002: Climate change and causes in the Yuanmou dry-hot valley of Yunnan China. *J. Arid Environ.*, **51**, 153–162.

Zhao, M., A. Pitman, and T.N. Chase, 2001: The impacts of land cover change on the atmospheric circulation. *Clim. Dyn.*, **17**, 467–477.

Zhao, T.X.P., I. Laszlo, P. Minnis, and L. Remer, 2005: Comparison and analysis of two aerosol retrievals over the ocean in the terra/clouds and the earth's radiant energy system: moderate resolution imaging spectroradiometer single scanner footprint data: 1. Global evaluation. *J. Geophys. Res.*, **110**, D21208, doi:10.1029/2005JD005851.

Zhou, L.M., et al., 2001: Variations in northern vegetation activity inferred from satellite data of vegetation index during 1981 to 1999. *J. Geophys. Res.*, **106**(D17), 20069–20083.

Zhou, M., et al., 2005: A normalized description of the direct effect of key aerosol types on solar radiation as estimated from aerosol robotic network aerosols and moderate resolution imaging spectroradiometer albedos. *J. Geophys. Res.*, **110**, D19202, doi:10.1029/2005JD005909.

# 3

# Observations:
# Surface and Atmospheric Climate Change

## Coordinating Lead Authors:

Kevin E. Trenberth (USA), Philip D. Jones (UK)

## Lead Authors:

Peter Ambenje (Kenya), Roxana Bojariu (Romania), David Easterling (USA), Albert Klein Tank (Netherlands), David Parker (UK), Fatemeh Rahimzadeh (Iran), James A. Renwick (New Zealand), Matilde Rusticucci (Argentina), Brian Soden (USA), Panmao Zhai (China)

## Contributing Authors:

R. Adler (USA), L. Alexander (UK, Australia, Ireland), H. Alexandersson (Sweden), R. Allan (UK), M.P. Baldwin (USA), M. Beniston (Switzerland), D. Bromwich (USA), I. Camilloni (Argentina), C. Cassou (France), D.R. Cayan (USA), E.K.M. Chang (USA), J. Christy (USA), A. Dai (USA), C. Deser (USA), N. Dotzek (Germany), J. Fasullo (USA), R. Fogt (USA), C. Folland (UK), P. Forster (UK), M. Free (USA), C. Frei (Switzerland), B. Gleason (USA), J. Grieser (Germany), P. Groisman (USA, Russian Federation), S. Gulev (Russian Federation), J. Hurrell (USA), M. Ishii (Japan), S. Josey (UK), P. Kållberg (ECMWF), J. Kennedy (UK), G. Kiladis (USA), R. Kripalani (India), K. Kunkel (USA), C.-Y. Lam (China), J. Lanzante (USA), J. Lawrimore (USA), D. Levinson (USA), B. Liepert (USA), G. Marshall (UK), C. Mears (USA), P. Mote (USA), H. Nakamura (Japan), N. Nicholls (Australia), J. Norris (USA), T. Oki (Japan), F.R. Robertson (USA), K. Rosenlof (USA), F.H. Semazzi (USA), D. Shea (USA), J.M. Shepherd (USA), T.G. Shepherd (Canada), S. Sherwood (USA), P. Siegmund (Netherlands), I. Simmonds (Australia), A. Simmons (ECMWF, UK), C. Thorncroft (USA, UK), P. Thorne (UK), S. Uppala (ECMWF), R. Vose (USA), B. Wang (USA), S. Warren (USA), R. Washington (UK, South Africa), M. Wheeler (Australia), B. Wielicki (USA), T. Wong (USA), D. Wuertz (USA)

## Review Editors:

Brian J. Hoskins (UK), Thomas R. Karl (USA), Bubu Jallow (The Gambia)

## This chapter should be cited as:

Trenberth, K.E., P.D. Jones, P. Ambenje, R. Bojariu, D. Easterling, A. Klein Tank, D. Parker, F. Rahimzadeh, J.A. Renwick, M. Rusticucci, B. Soden and P. Zhai, 2007: Observations: Surface and Atmospheric Climate Change. In: *Climate Change 2007: The Physical Science Basis*. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

Executive Summary ..................................................... 237

3.1  Introduction ......................................................... 240

3.2  Changes in Surface Climate:
     Temperature ........................................................ 241

     3.2.1  Background ......................................................... 241

     3.2.2  Temperature in the Instrumental Record
            for Land and Oceans ........................................ 241

3.3  Changes in Surface Climate: Precipitation,
     Drought and Surface Hydrology ................. 254

     3.3.1  Background ......................................................... 254

     3.3.2  Changes in Large-scale Precipitation................. 254

     3.3.3  Evapotranspiration ........................................... 260

     3.3.4  Changes in Soil Moisture, Drought, Runoff
            and River Discharge ......................................... 260

     Box 3.1: Drought Terminology and Determination ............... 261

     3.3.5  Consistency and Relationships between
            Temperature and Precipitation ........................... 264

     3.3.6  Summary ............................................................ 265

3.4  Changes in the Free Atmosphere ................. 265

     3.4.1  Temperature of the Upper Air: Troposphere
            and Stratosphere.............................................. 265

     3.4.2  Water Vapour .................................................... 271

     3.4.3  Clouds .............................................................. 275

     3.4.4  Radiation .......................................................... 277

     Box 3.2: The Dimming of the Planet and Apparent
              Conflicts in Trends of Evaporation and
              Pan Evaporation ................................................. 279

3.5  Changes in Atmospheric Circulation .......... 280

     3.5.1  Surface or Sea Level Pressure ........................... 280

     3.5.2  Geopotential Height, Winds and the
            Jet Stream........................................................ 280

     3.5.3  Storm Tracks .................................................... 281

     3.5.4  Blocking............................................................ 282

     3.5.5  The Stratosphere .............................................. 283

     3.5.6  Winds, Waves and Surface Fluxes ..................... 283

     Box 3.3: Stratospheric-Tropospheric Relations and
              Downward Propagation ...................................... 284

     3.5.7  Summary ............................................................ 285

3.6  Patterns of Atmospheric Circulation
     Variability.............................................................. 286

     3.6.1  Teleconnections.................................................. 286

     Box 3.4: Defining the Circulation Indices.......................... 287

     3.6.2  El Niño-Southern Oscillation and Tropical/
            Extratropical Interactions.................................... 287

     3.6.3  Pacific Decadal Variability .................................. 289

     3.6.4  The North Atlantic Oscillation and
            Northern Annular Mode ..................................... 290

     3.6.5  The Southern Hemisphere and Southern
            Annular Mode ................................................... 292

     3.6.6  Atlantic Multi-decadal Oscillation....................... 293

     3.6.7  Other Indices .................................................... 294

     3.6.8  Summary ............................................................ 295

3.7  Changes in the Tropics and Subtropics,
     and in the Monsoons........................................... 295

     3.7.1  Asia.................................................................... 297

     3.7.2  Australia............................................................. 297

     3.7.3  The Americas .................................................... 298

     3.7.4  Africa ................................................................ 298

     3.7.5  Summary ............................................................ 299

3.8  Changes in Extreme Events ........................... 299

     3.8.1  Background ......................................................... 299

     3.8.2  Evidence for Changes in Variability
            or Extremes ...................................................... 300

     3.8.3  Evidence for Changes in Tropical Storms .......... 304

     Box 3.5: Tropical Cyclones and Changes in Climate............ 305

     Box 3.6: Recent Extreme Events....................................... 310

     3.8.4  Evidence for Changes in Extratropical Storms
            and Extreme Events........................................... 312

     3.8.5  Summary ............................................................ 316

3.9  Synthesis: Consistency Across
     Observations......................................................... 317

Frequently Asked Questions

     FAQ 3.1: *How are Temperatures on the Earth Changing?* ........ 252

     FAQ 3.2: *How is Precipitation Changing?* ............................ 262

     FAQ 3.3: *Has there Been a Change in Extreme Events like
               Heat Waves, Droughts, Floods and Hurricanes?* ...... 308

References.................................................................... 319

Appendix 3.A: Low-Pass Filters and Linear
     Trends ................................................................... 336

## Supplementary Material

*The following Supplementary Material is available on CD-ROM and in on-line versions of this report.*

Appendix 3.B: *Techniques, Error Estimation and Measurement Systems*

## Executive Summary

**Global mean surface temperatures have risen by 0.74°C ± 0.18°C when estimated by a linear trend over the last 100 years (1906–2005). The rate of warming over the last 50 years is almost double that over the last 100 years (0.13°C ± 0.03°C vs. 0.07°C ± 0.02°C per decade).** Global mean temperatures averaged over land and ocean surfaces, from three different estimates, each of which has been independently adjusted for various homogeneity issues, are consistent within uncertainty estimates over the period 1901 to 2005 and show similar rates of increase in recent decades. The trend is not linear, and the warming from the first 50 years of instrumental record (1850–1899) to the last 5 years (2001–2005) is 0.76°C ± 0.19°C.

**2005 was one of the two warmest years on record.** The warmest years in the instrumental record of global surface temperatures are 1998 and 2005, with 1998 ranking first in one estimate, but with 2005 slightly higher in the other two estimates. 2002 to 2004 are the 3rd, 4th and 5th warmest years in the series since 1850. Eleven of the last 12 years (1995 to 2006) – the exception being 1996 – rank among the 12 warmest years on record since 1850. Surface temperatures in 1998 were enhanced by the major 1997–1998 El Niño but no such strong anomaly was present in 2005. Temperatures in 2006 were similar to the average of the past 5 years.

**Land regions have warmed at a faster rate than the oceans.** Warming has occurred in both land and ocean domains, and in both sea surface temperature (SST) and nighttime marine air temperature over the oceans. However, for the globe as a whole, surface air temperatures over land have risen at about double the ocean rate after 1979 (more than 0.27°C per decade vs. 0.13°C per decade), with the greatest warming during winter (December to February) and spring (March to May) in the Northern Hemisphere.

**Changes in extremes of temperature are also consistent with warming of the climate.** A widespread reduction in the number of frost days in mid-latitude regions, an increase in the number of warm extremes and a reduction in the number of daily cold extremes are observed in 70 to 75% of the land regions where data are available. The most marked changes are for cold (lowest 10%, based on 1961–1990) nights, which have become rarer over the 1951 to 2003 period. Warm (highest 10%) nights have become more frequent. Diurnal temperature range (DTR) decreased by 0.07°C per decade averaged over 1950 to 2004, but had little change from 1979 to 2004, as both maximum and minimum temperatures rose at similar rates. The record-breaking heat wave over western and central Europe in the summer of 2003 is an example of an exceptional recent extreme. That summer (June to August) was the hottest since comparable instrumental records began around 1780 (1.4°C above the previous warmest in 1807) and is very likely to have been the hottest since at least 1500.

**Recent warming is strongly evident at all latitudes in SSTs over each of the oceans.** There are inter-hemispheric differences in warming in the Atlantic, the Pacific is punctuated by El Niño events and Pacific decadal variability that is more symmetric about the equator, while the Indian Ocean exhibits steadier warming. These characteristics lead to important differences in regional rates of surface ocean warming that affect the atmospheric circulation.

**Urban heat island effects are real but local, and have not biased the large-scale trends.** A number of recent studies indicate that effects of urbanisation and land use change on the land-based temperature record are negligible (0.006°C per decade) as far as hemispheric- and continental-scale averages are concerned because the very real but local effects are avoided or accounted for in the data sets used. In any case, they are not present in the SST component of the record. Increasing evidence suggests that urban heat island effects extend to changes in precipitation, clouds and DTR, with these detectable as a 'weekend effect' owing to lower pollution and other effects during weekends.

**Average arctic temperatures increased at almost twice the global average rate in the past 100 years.** Arctic temperatures have high decadal variability. A slightly longer warm period, almost as warm as the present, was also observed from the late 1920s to the early 1950s, but appears to have had a different spatial distribution than the recent warming.

**Lower-tropospheric temperatures have slightly greater warming rates than those at the surface over the period 1958 to 2005.** The radiosonde record is markedly less spatially complete than the surface record and increasing evidence suggests that it is very likely that a number of records have a cooling bias, especially in the tropics. While there remain disparities among different tropospheric temperature trends estimated from satellite Microwave Sounding Unit (MSU and advanced MSU) measurements since 1979, and all likely still contain residual errors, estimates have been substantially improved (and data set differences reduced) through adjustments for issues of changing satellites, orbit decay and drift in local crossing time (i.e., diurnal cycle effects). It appears that the satellite tropospheric temperature record is broadly consistent with surface temperature trends provided that the stratospheric influence on MSU channel 2 is accounted for. The range (due to different data sets) of global surface warming since 1979 is 0.16°C to 0.18°C per decade compared to 0.12°C to 0.19°C per decade for MSU estimates of tropospheric temperatures. It is likely, however, that there is slightly greater warming in the troposphere than at the surface, and a higher tropopause, with the latter due also to pronounced cooling in the stratosphere.

**Lower stratospheric temperatures feature cooling since 1979.** Estimates from adjusted radiosondes, satellites (MSU channel 4) and reanalyses are in qualitative agreement, suggesting a lower-stratospheric cooling of between 0.3°C and 0.6°C per decade since 1979. Longer radiosonde records (back

to 1958) also indicate cooling but the rate of cooling has been significantly greater since 1979 than between 1958 and 1978. It is likely that radiosonde records overestimate stratospheric cooling, owing to changes in sondes not yet accounted for. Because of the stratospheric warming episodes following major volcanic eruptions, the trends are far from being linear.

**Precipitation has generally increased over land north of 30°N over the period 1900 to 2005 but downward trends dominate the tropics since the 1970s.** From 10°N to 30°N, precipitation increased markedly from 1900 to the 1950s, but declined after about 1970. Downward trends are present in the deep tropics from 10°N to 10°S, especially after 1976/1977. Tropical values dominate the global mean. It has become significantly wetter in eastern parts of North and South America, northern Europe, and northern and central Asia, but drier in the Sahel, the Mediterranean, southern Africa and parts of southern Asia. Patterns of precipitation change are more spatially and seasonally variable than temperature change, but where significant precipitation changes do occur they are consistent with measured changes in streamflow.

**Substantial increases are found in heavy precipitation events.** It is likely that there have been increases in the number of heavy precipitation events (e.g., 95th percentile) within many land regions, even in those where there has been a reduction in total precipitation amount, consistent with a warming climate and observed significant increasing amounts of water vapour in the atmosphere. Increases have also been reported for rarer precipitation events (1 in 50 year return period), but only a few regions have sufficient data to assess such trends reliably.

**Droughts have become more common, especially in the tropics and subtropics, since the 1970s.** Observed marked increases in drought in the past three decades arise from more intense and longer droughts over wider areas, as a critical threshold for delineating drought is exceeded over increasingly widespread areas. Decreased land precipitation and increased temperatures that enhance evapotranspiration and drying are important factors that have contributed to more regions experiencing droughts, as measured by the Palmer Drought Severity Index. The regions where droughts have occurred seem to be determined largely by changes in SSTs, especially in the tropics, through associated changes in the atmospheric circulation and precipitation. In the western USA, diminishing snow pack and subsequent reductions in soil moisture also appear to be factors. In Australia and Europe, direct links to global warming have been inferred through the extreme nature of high temperatures and heat waves accompanying recent droughts.

**Tropospheric water vapour is increasing.** Surface specific humidity has generally increased after 1976 in close association with higher temperatures over both land and ocean. Total column water vapour has increased over the global oceans by $1.2 \pm 0.3\%$ per decade from 1988 to 2004, consistent in pattern

and amount with changes in SST and a fairly constant relative humidity. Strong correlations with SST suggest that total column water vapour has increased by 4% since 1970. Similar upward trends in upper-tropospheric specific humidity, which considerably enhance the greenhouse effect, have also been detected from 1982 to 2004.

**'Global dimming' is neither global in extent nor has it continued after 1990.** Reported decreases in solar radiation at the Earth's surface from 1970 to 1990 have an urban bias and have reversed in sign. Although records are sparse, pan evaporation is estimated to have decreased in many places due to decreases in surface radiation associated with increases in clouds, changes in cloud properties and/or increases in air pollution (aerosols), especially from 1970 to 1990. However, in many of the same places, actual evapotranspiration inferred from surface water balance exhibits an increase in association with enhanced soil wetness from increased precipitation, as the actual evapotranspiration becomes closer to the potential evaporation measured by the pans. Hence, in determining evapotranspiration there is a trade-off between less solar radiation and increased surface wetness, with the latter generally dominant.

**Cloud changes are dominated by the El Niño-Southern Oscillation and appear to be opposite over land and ocean.** Widespread (but not ubiquitous) decreases in continental DTR since the 1950s coincide with increases in cloud amounts. Surface and satellite observations disagree about total and low-level cloud changes over the ocean. However, radiation changes at the top of the atmosphere from the 1980s to 1990s, possibly related in part to the El Niño-Southern Oscillation (ENSO) phenomenon, appear to be associated with reductions in tropical upper-level cloud cover, and are linked to changes in the energy budget at the surface and changes in observed ocean heat content.

**Changes in the large-scale atmospheric circulation are apparent.** Atmospheric circulation variability and change is largely described by relatively few major patterns. The dominant mode of global-scale variability on interannual time scales is ENSO, although there have been times when it is less apparent. The 1976–1977 climate shift, related to the phase change in the Pacific Decadal Oscillation and more frequent El Niños, has affected many areas and most tropical monsoons. For instance, over North America, ENSO and Pacific-North American teleconnection-related changes appear to have led to contrasting changes across the continent, as the west has warmed more than the east, while the latter has become cloudier and wetter. There are substantial multi-decadal variations in the Pacific sector over the 20th century with extended periods of weakened (1900–1924; 1947–1976) as well as strengthened circulation (1925–1946; 1976–2005). Multi-decadal variability is also evident in the Atlantic as the Atlantic Multi-decadal Oscillation in both the atmosphere and the ocean.

**Mid-latitude westerly winds have generally increased in both hemispheres.** These changes in atmospheric circulation are predominantly observed as 'annular modes', related to the zonally averaged mid-latitude westerlies, which strengthened in most seasons from the 1960s to at least the mid-1990s, with poleward displacements of corresponding Atlantic and southern polar front jet streams and enhanced storm tracks. These were accompanied by a tendency towards stronger winter polar vortices throughout the troposphere and lower stratosphere. On monthly time scales, the southern and northern annular modes (SAM and NAM, respectively) and the North Atlantic Oscillation (NAO) are the dominant patterns of variability in the extratropics and the NAM and NAO are closely related. The westerlies in the Northern Hemisphere, which increased from the 1960s to the 1990s but which have since returned to about normal as part of NAO and NAM changes, alter the flow from oceans to continents and are a major cause of the observed changes in winter storm tracks and related patterns of precipitation and temperature anomalies, especially over Europe. In the Southern Hemisphere, SAM increases from the 1960s to the present are associated with strong warming over the Antarctic Peninsula and, to a lesser extent, cooling over parts of continental Antarctica. Analyses of wind and significant wave height support reanalysis-based evidence for an increase in extratropical storm activity in the Northern Hemisphere in recent decades until the late 1990s.

**Intense tropical cyclone activity has increased since about 1970.** Variations in tropical cyclones, hurricanes and typhoons are dominated by ENSO and decadal variability, which result in a redistribution of tropical storm numbers and their tracks, so that increases in one basin are often compensated by decreases over other oceans. Trends are apparent in SSTs and other critical variables that influence tropical thunderstorm and tropical storm development. Globally, estimates of the potential destructiveness of hurricanes show a significant upward trend since the mid-1970s, with a trend towards longer lifetimes and greater storm intensity, and such trends are strongly correlated with tropical SST. These relationships have been reinforced by findings of a large increase in numbers and proportion of hurricanes reaching categories 4 and 5 globally since 1970 even as total number of cyclones and cyclone days decreased slightly in most basins. The largest increase was in the North Pacific, Indian and southwest Pacific Oceans. However, numbers of hurricanes in the North Atlantic have also been above normal (based on 1981–2000 averages) in 9 of the last 11 years, culminating in the record-breaking 2005 season. Moreover, the first recorded tropical cyclone in the South Atlantic occurred in March 2004 off the coast of Brazil.

**The temperature increases are consistent with observed changes in the cryosphere and oceans.** Consistent with observed changes in surface temperature, there has been an almost worldwide reduction in glacier and small ice cap (not including Antarctica and Greenland) mass and extent in the 20th century; snow cover has decreased in many regions of the Northern Hemisphere; sea ice extents have decreased in the Arctic, particularly in spring and summer (Chapter 4); the oceans are warming; and sea level is rising (Chapter 5).

## 3.1  Introduction

This chapter assesses the observed changes in surface and atmospheric climate, placing new observations and new analyses made during the past six years (since the Third Assessment Report – TAR) in the context of the previous instrumental record. In previous IPCC reports, palaeo-observations from proxy data for the pre-instrumental past and observations from the ocean and ice domains were included within the same chapter. This helped the overall assessment of the consistency among the various variables and their synthesis into a coherent picture of change. However, the amount of information became unwieldy and is now spread over Chapters 3 to 6. Nevertheless, a short synthesis and scrutiny of the consistency of all the observations is included here (see Section 3.9).

In the TAR, surface temperature trends were examined from 1860 to 2000 globally, for 1901 to 2000 as maps and for three sub-periods (1910–1945, 1946–1975 and 1976–2000). The first and third sub-periods had rising temperatures, while the second sub-period had relatively stable global mean temperatures. The 1976 divide is the date of a widely acknowledged 'climate shift' (e.g., Trenberth, 1990) and seems to mark a time (see Chapter 9) when global mean temperatures began a discernible upward trend that has been at least partly attributed to increases in greenhouse gas concentrations in the atmosphere (see the TAR; IPCC, 2001). The picture prior to 1976 has essentially not changed and is therefore not repeated in detail here. However, it is more convenient to document the sub-period after 1979, rather than 1976, owing to the availability of increased and improved satellite data since then (in particular Television InfraRed Observation Satellite (TIROS) Operational Vertical Sounder (TOVS) data) in association with the Global Weather Experiment (GWE) of 1979. The post-1979 period allows, for the first time, a global perspective on many fields of variables, such as precipitation, that was not previously available. For instance, the reanalyses of the global atmosphere from the National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR, referred to as NRA; Kalnay et al., 1996; Kistler et al., 2001) and the European Centre for Medium Range Weather Forecasts (ECMWF, referred to as ERA-40; Uppala et al., 2005) are markedly more reliable after 1979, and spurious discontinuities are present in the analysed record at the end of 1978 (Santer et al., 1999; Bengtsson et al., 2004; Bromwich and Fogt, 2004; Simmons et al., 2004; Trenberth et al., 2005a). Therefore, the availability of high-quality data has led to a focus on the post-1978 period, although physically this new regime seems to have begun in 1976/1977.

Documentation of the climate has traditionally analysed global and hemispheric means, and land and ocean means, and has presented some maps of trends. However, climate varies over all spatial and temporal scales: from the diurnal cycle to El Niño to multi-decadal and millennial variations. Atmospheric waves naturally create regions of temperature and moisture of opposite-signed departures from the zonal mean, as moist warm conditions are favoured in poleward flow while cool dry conditions occur in equatorward flow. Although there is an infinite variety of weather systems, one area of recent substantial progress is recognition that a few preferred patterns (or modes) of variability determine the main seasonal and longer-term climate anomalies (Section 3.6). These patterns arise from the differential effects on the atmosphere of land and ocean, mountains, and anomalous heating, such as occurs during El Niño events. The response is generally felt in regions far removed from the anomalous forcing through atmospheric teleconnections, associated with large-scale waves in the atmosphere. This chapter therefore documents some aspects of temperature and precipitation anomalies associated with these preferred patterns, as they are vitally important for understanding regional climate anomalies (such as observed cooling in parts of the northern North Atlantic from 1901 to 2005; see Section 3.2.2.7, Figure 3.9) and why they differ from global means. Changes in storm tracks, the jet streams, regions of preferred blocking anticyclones and changes in monsoons all occur in conjunction with these preferred patterns and other climate anomalies. Therefore the chapter not only documents changes in variables, but also changes in phenomena (such as El Niño) or patterns, in order to increase understanding of the character of change.

Extremes of climate, such as droughts and wet spells, are very important because of their large impacts on society and the environment, but they are an expression of the variability. Therefore, the nature of variability at different spatial and temporal scales is vital to our understanding of extremes. The global means of temperature and precipitation are most readily linked to global mean radiative forcing and are important because they clearly indicate if unusual change is occurring. However, the local or regional response can be complex and perhaps even counter-intuitive, such as changes in planetary waves in the atmosphere induced by global warming that result in regional cooling. As an indication of the complexity associated with temporal and spatial scales, Table 3.1 provides measures of the magnitude of natural variability of surface temperature in which climate signals are embedded. The measures used are indicators of the range: the mean range of the diurnal and annual cycles, and the estimated 5th to 95th percentiles range of anomalies. These are based on the standard deviation and assumed normal distribution, which is a reasonable approximation in many places for temperature, with the exception of continental interiors in the cold season, which have strongly negatively skewed temperature distributions owing to cold extremes. For the global mean, the variance is somewhat affected by the observed trend, which inflates this estimate of the range slightly. The comparison highlights the large diurnal cycle and daily variability. Daily variability is, however, greatly reduced by either spatial or temporal averaging that effectively averages over synoptic weather systems. Nevertheless, even continental-scale averages contain much greater variability than the global mean in association with planetary-scale waves and events such as El Niño.

**Table 3.1.** *Typical ranges of surface temperature at different spatial and temporal scales for a sample mid-latitude mid-continental station (Boulder, Colorado; based on 80 years of data) and for monthly mean anomalies (diurnal and annual cycles removed) for the USA as a whole and the globe for the 20th century. For the diurnal and annual cycles, the monthly mean range is given, while other values are the difference between the 5th and 95th percentiles.*

| Temporal and Spatial Scale | Temperature Range (°C) |
|---|---|
| Boulder diurnal cycle | 13.1 (December) to 15.1 (September) |
| Boulder annual cycle | 23 |
| Boulder daily anomalies | 15 |
| Boulder monthly anomalies | 7.0 |
| USA monthly anomalies | 3.9 |
| Global mean monthly anomalies | 0.79 |

Throughout the chapter, the authors try to consistently indicate the degree of confidence and uncertainty in trends and other results, as given by Box TS.1 in the Technical Summary. Quantitative estimates of uncertainty include: for the mean, the 5th and 95th percentiles; and for trends, statistical significance at the 0.05 (5%) significance level. This allows assessment of what is unusual. The chapter mainly uses the word 'trend' to designate a generally monotonic change in the level of a variable. Where numerical values are given, they are equivalent linear trends, though more complex changes in the variable will often be clear from the description. The chapter also assesses, if possible, the physical consistency among different variables, which helps to provide additional confidence in trends.

## 3.2 Changes in Surface Climate: Temperature

### 3.2.1 Background

Improvements have been made to both land surface air temperature and sea surface temperature (SST) databases during the six years since the TAR was published. Jones and Moberg (2003) revised and updated the Climatic Research Unit (CRU) monthly land-surface air temperature record, improving coverage particularly in the Southern Hemisphere (SH) in the late 19th century. Further revisions by Brohan et al. (2006) include a comprehensive reassessment of errors together with an extension back to 1850. Under the auspices of the World Meteorological Organization (WMO) and the Global Climate Observing System (GCOS), daily temperature (together with precipitation and pressure) data for an increasing number of land stations have also become available, allowing more detailed assessment of extremes (see Section 3.8), as well as potential urban influences on both large-scale temperature averages and microclimate. A new gridded data set of monthly maximum and minimum temperatures has updated earlier work (Vose et al., 2005a). For the oceans, the International Comprehensive Ocean-Atmosphere Data Set (ICOADS) has been extended by blending the former COADS with the UK's Marine Data Bank and newly digitised data, including the US Maury Collection and Japan's Kobe Collection. As a result, coverage has been improved substantially before 1920, especially over the Pacific, with further modest improvements up to 1950 (Worley et al., 2005; Rayner et al., 2006). Improvements have also been made in the bias reduction of satellite-based infrared (Reynolds et al., 2002) and microwave (Reynolds et al., 2004; Chelton and Wentz, 2005) retrievals of SST for the 1980s onwards. These data represent ocean skin temperature (Section 3.2.2.3), not air temperature or SST, and so must be adjusted to match the latter. Satellite infrared and microwave imagery can now also be used to monitor land surface temperature (Peterson et al., 2000; Jin and Dickinson, 2002; Kwok and Comiso, 2002b). Microwave imagery must allow for variations in surface emissivity and cannot act as a surrogate for air temperature over either snow-covered (Peterson et al., 2000) or sea-ice areas. As satellite-based records are still short in duration, all regional and hemispheric temperature series shown in this section are based on conventional surface-based data sets, except where stated.

Despite these improvements, substantial gaps in data coverage remain, especially in the tropics and the SH, particularly Antarctica. These gaps are largest in the 19th century and during the two world wars. Accordingly, advanced interpolation and averaging techniques have been applied when creating global data sets and hemispheric and global averages (Smith and Reynolds, 2005), and advanced techniques have also been used in the estimation of errors (Brohan et al., 2006), both locally and on a global basis (see Appendix 3.B.1). These errors, as well as the influence of decadal and multi-decadal variability in the climate, have been taken into account when estimating linear trends and their uncertainties (see Appendix 3.A). Estimates of surface temperature from ERA-40 reanalyses have been shown to be of climate quality (i.e., without major time-varying biases) at large scales from 1979 (Simmons et al., 2004). Improvements in ERA-40 over NRA arose from both improved data sources and better assimilation techniques (Uppala et al., 2005). The performance of ERA-40 was degraded prior to the availability of satellite data in the mid-1970s (see Appendix 3.B.5).

### 3.2.2 Temperature in the Instrumental Record for Land and Oceans

#### 3.2.2.1 Land-Surface Air Temperature

Figure 3.1 shows annual global land-surface air temperatures, relative to the period 1961 to 1990, from the improved analysis (CRU/Hadley Centre gridded land-surface air temperature version 3; CRUTEM3) of Brohan et al. (2006). The long-term variations are in general agreement with those from the operational version of the Global Historical Climatology Network

(GHCN) data set (National Climatic Data Center (NCDC); Smith and Reynolds, 2005; Smith et al. 2005), and with the National Aeronautics and Space Administration's (NASA) Goddard Institute for Space Studies (GISS; Hansen et al., 2001) and Lugina et al. (2005) analyses (Figure 3.1). Most of the differences arise from the diversity of spatial averaging techniques. The global average for CRUTEM3 is a land-area weighted sum $(0.68 \times NH + 0.32 \times SH)$. For NCDC it is an area-weighted average of the grid-box anomalies where available worldwide. For GISS it is the average of the anomalies for the zones 90°N to 23.6°N, 23.6°N to 23.6°S and 23.6°S to 90°S with weightings 0.3, 0.4 and 0.3, respectively, proportional to their total areas. For Lugina et al. (2005) it is (NH + 0.866 × SH) / 1.866 because they excluded latitudes south of 60°S. As a result, the recent global trends are largest in CRUTEM3 and NCDC, which give more weight to the NH where recent trends have been greatest (Table 3.2).



**Figure 3.1.** *Annual anomalies of global land-surface air temperature (°C), 1850 to 2005, relative to the 1961 to 1990 mean for CRUTEM3 updated from Brohan et al. (2006). The smooth curves show decadal variations (see Appendix 3.A). The black curve from CRUTEM3 is compared with those from NCDC (Smith and Reynolds, 2005; blue), GISS (Hansen et al., 2001; red) and Lugina et al. (2005; green).*

Further, small differences arise from the treatment of gaps in the data. The GISS gridding method favours isolated island and coastal sites, thereby reducing recent trends, and Lugina et al. (2005) also obtain reduced recent trends owing to their optimal interpolation method that tends to adjust anomalies towards zero where there are few observations nearby (see, e.g., Hurrell and Trenberth, 1999). The NCDC analysis, which begins in 1880, is higher than CRUTEM3 by between 0.1°C and 0.2°C in the first half of the 20th century and since the late 1990s. This is probably because its anomalies have been interpolated to be spatially complete: an earlier but very similar version (CRUTEM2v; Jones and Moberg, 2003) agreed very closely with NCDC when the global averages were calculated in the same way (Vose et al., 2005b). Differences may also arise because the numbers of stations used by CRUTEM3, NCDC and GISS differ (4,349, 7,230 and >7,200 respectively), although many of the basic station data are in common. Differences in station numbers relate principally to CRUTEM3 requiring series to have sufficient data between 1961 and 1990 to allow the calculation of anomalies (Brohan et al., 2006). Further differences may have arisen from differing homogeneity adjustments (see also Appendix 3.B.2).

Trends and low-frequency variability of large-scale surface air temperature from the ERA-40 reanalysis and from CRUTEM2v (Jones and Moberg, 2003) are in general agreement from the late 1970s onwards (Simmons et al., 2004). When ERA-40 is sub-sampled to match the Jones and Moberg coverage, correlations between monthly hemispheric- and continental-scale averages exceed 0.96, although trends in ERA-40 are then 0.03°C and 0.07°C per decade (NH and SH, respectively) lower than Jones and Moberg (2003). The ERA-40 reanalysis is more homogeneous than previous reanalyses (see Section 3.2.1 and

Appendix 3.B.5.4) but is not completely independent of the Jones and Moberg data (Simmons et al., 2004). The warming trends continue to be greatest over the continents of the NH (see maps in Section 3.2.2.7, Figures 3.9 and 3.10), in line with the TAR. Issues of homogeneity of terrestrial air temperatures are discussed in Appendix 3.B.2.

Table 3.2 provides trend estimates from a number of hemispheric and global temperature databases. Warming since 1979 in CRUTEM3 has been 0.27°C per decade for the globe, but 0.33°C and 0.13°C per decade for the NH and SH, respectively. Brohan et al. (2006) and Rayner et al. (2006) (see Section 3.2.2.3) provide uncertainties for annual estimates, incorporating the effects of measurement and sampling error, and uncertainties regarding biases due to urbanisation and earlier methods of measuring SST. These factors are taken into account, although ignoring their serial correlation. In Table 3.2, the effects of persistence on error bars are accommodated using a red noise approximation, which effectively captures the main influences. For more extensive discussion see Appendix 3.A

From 1950 to 2004, the annual trends in minimum and maximum land-surface air temperature averaged over regions with data were 0.20°C per decade and 0.14°C per decade, respectively, with a trend in diurnal temperature range (DTR) of –0.07°C per decade (Vose et al., 2005a; Figure 3.2). This is consistent with the TAR where data extended from 1950 to 1993; spatial coverage is now 71% of the terrestrial surface instead of 54% in the TAR, although tropical areas are still under-represented. Prior to 1950, insufficient data are available to develop global-scale maps of maximum and minimum temperature trends. For 1979 to 2004, the corresponding linear trends for the land areas where data are available were 0.29°C

**Table 3.2.** *Linear trends in hemispheric and global land-surface air temperatures, SST (shown in table as HadSST2) and Nighttime Marine Air Temperature (NMAT; shown in table as HadMAT1). Annual averages, with estimates of uncertainties for CRU and HadSST2, were used to estimate trends. Trends with 5 to 95% confidence intervals and levels of significance (**bold: <1%;** italic, 1–5%) were estimated by Restricted Maximum Likelihood (REML; see Appendix 3.A), which allows for serial correlation (first order autoregression AR1) in the residuals of the data about the linear trend. The Durbin Watson D-statistic (not shown) for the residuals, after allowing for first-order serial correlation, never indicates significant positive serial correlation.*

| | Temperature Trend (°C per decade) | | |
|---|---|---|---|
| **Dataset** | **1850–2005** | **1901–2005** | **1979–2005** |
| **Land: Northern Hemisphere** | | | |
| CRU (Brohan et al., 2006) | **0.063 ± 0.015** | **0.089 ± 0.025** | **0.328 ± 0.087** |
| NCDC (Smith and Reynolds, 2005) | | **0.072 ± 0.026** | **0.344 ± 0.096** |
| GISS (Hansen et al., 2001) | | **0.083 ± 0.025** | **0.294 ± 0.074** |
| Lugina et al. (2006) | | **0.079 ± 0.029** | **0.301 ± 0.075** |
| **Land: Southern Hemisphere** | | | |
| CRU (Brohan et al., 2006) | *0.036 ± 0.024* | **0.077 ± 0.029** | *0.134 ± 0.070* |
| NCDC (Smith and Reynolds, 2005) | | **0.057 ± 0.017** | **0.220 ± 0.093** |
| GISS (Hansen et al., 2001) | | **0.056 ± 0.012** | *0.085 ± 0.055* |
| Lugina et al. (2005) | | **0.058 ± 0.011** | **0.091 ± 0.048** |
| **Land: Globe** | | | |
| CRU (Brohan et al., 2006) | **0.054 ± 0.016** | **0.084 ± 0.021** | **0.268 ± 0.069** |
| NCDC (Smith and Reynolds, 2005) | | **0.068 ± 0.024** | **0.315 ± 0.088** |
| GISS (Hansen et al., 2001) | | **0.069 ± 0.017** | **0.188 ± 0.069** |
| Lugina et al. (2005) | | **0.069 ± 0.020** | **0.203 ± 0.058** |
| **Ocean: Northern Hemisphere** | | | |
| UKMO HadSST2 (Rayner et al., 2006) | **0.042 ± 0.016** | **0.071 ± 0.029** | *0.190 ± 0.134* |
| UKMO HadMAT1 (Rayner et al., 2003)  from 1861 | **0.038 ± 0.011** | **0.065 ± 0.020** | **0.186 ± 0.060** |
| **Ocean: Southern Hemisphere** | | | |
| UKMO HadSST2 (Rayner et al., 2006) | **0.036 ± 0.013** | **0.068 ± 0.015** | **0.089 ± 0.041** |
| UKMO HadMAT1 (Rayner et al., 2003)  from 1861 | **0.040 ± 0.012** | **0.069 ± 0.011** | **0.092 ± 0.050** |
| **Ocean: Globe** | | | |
| UKMO HadSST2 (Rayner et al., 2006) | **0.038 ± 0.011** | **0.067 ± 0.015** | **0.133 ± 0.047** |
| UKMO HadMAT1 (Rayner et al., 2003)  from 1861 | **0.039 ± 0.010** | **0.067 ± 0.013** | **0.135 ± 0.044** |

per decade for both maximum and minimum temperature with no trend for DTR. Diurnal temperature range is particularly sensitive to observing techniques, and monitoring it requires adherence to GCOS monitoring principles (GCOS, 2004). A map of the trend of annual DTR over the period 1979 to 2004 (Section 3.2.2.7, Figure 3.11) is discussed later in the chapter.

### 3.2.2.2    *Urban Heat Islands and Land Use Effects*

The modified land surface in cities affects the storage and radiative and turbulent transfers of heat and its partition into sensible and latent components (see Section 7.2 and Box 7.2). The relative warmth of a city compared with surrounding rural areas, known as the urban heat island (UHI) effect, arises from these changes and may also be affected by changes in water runoff, pollution and aerosols. Urban heat island effects are often very localised and depend on local climate factors such as windiness and cloudiness (which in turn depend on season), and on proximity to the sea. Section 3.3.2.4 discusses impacts of urbanisation on precipitation.

Many local studies have demonstrated that the microclimate within cities is on average warmer, with a smaller DTR, than if



**Figure 3.2.** *Annual anomalies of maximum and minimum temperatures and DTR (°C) relative to the 1961 to 1990 mean, averaged for the 71% of global land areas where data are available for 1950 to 2004. The smooth curves show decadal variations (see Appendix 3.A). Adapted from Vose et al. (2005a).*

the city were not there. However, the key issue from a climate change standpoint is whether urban-affected temperature records have significantly biased large-scale temporal trends. Studies that have looked at hemispheric and global scales conclude that any urban-related trend is an order of magnitude smaller than decadal and longer time-scale trends evident in the series (e.g., Jones et al., 1990; Peterson et al., 1999). This result could partly be attributed to the omission from the gridded data set of a small number of sites (<1%) with clear urban-related warming trends. In a worldwide set of about 270 stations, Parker (2004, 2006) noted that warming trends in night minimum temperatures over the period 1950 to 2000 were not enhanced on calm nights, which would be the time most likely to be affected by urban warming. Thus, the global land warming trend discussed is very unlikely to be influenced significantly by increasing urbanisation (Parker, 2006). Over the conterminous USA, after adjustment for time-of-observation bias and other changes, rural station trends were almost indistinguishable from series including urban sites (Peterson, 2003; Figure 3.3, and similar considerations apply to China from 1951 to 2001 (Li et al., 2004). One possible reason for the patchiness of UHIs is the location of observing stations in parks where urban influences are reduced (Peterson, 2003). In summary, although some individual sites may be affected, including some small rural locations, the UHI effect is not pervasive, as all global-

scale studies indicate it is a very small component of large-scale averages. Accordingly, this assessment adds the same level of urban warming uncertainty as in the TAR: 0.006°C per decade since 1900 for land, and 0.002°C per decade since 1900 for blended land with ocean, as ocean UHI is zero. These uncertainties are added to the cool side of the estimated temperatures and trends, as explained by Brohan et al. (2006), so that the error bars in Section 3.2.2.4, Figures 3.6 and 3.7 and FAQ 3.1, Figure 1 are slightly asymmetric. The statistical significances of the trends in Table 3.2 and Section 3.2.2.4, Table 3.3 take account of this asymmetry.

McKitrick and Michaels (2004) and De Laat and Maurellis (2006) attempted to demonstrate that geographical patterns of warming trends over land are strongly correlated with geographical patterns of industrial and socioeconomic development, implying that urbanisation and related land surface changes have caused much of the observed warming. However, the locations of greatest socioeconomic development are also those that have been most warmed by atmospheric circulation changes (Sections 3.2.2.7 and 3.6.4), which exhibit large-scale coherence. Hence, the correlation of warming with industrial and socioeconomic development ceases to be statistically significant. In addition, observed warming has been, and transient greenhouse-induced warming is expected to be, greater over land than over the oceans (Chapter 10), owing to the smaller thermal capacity of the land.

Comparing surface temperature estimates from the NRA with raw station time series, Kalnay and Cai (2003) concluded that more than half of the observed decrease in DTR in the eastern USA since 1950 was due to changes in land use, including urbanisation. This conclusion was based on the fact that the reanalysis did not explicitly include these factors, which would affect the observations. However, the reanalysis also did not explicitly include many other natural and anthropogenic



**Figure 3.3.** *Anomaly (°C) time series relative to the 1961 to 1990 mean of the full US Historical Climatology Network (USHCN) data (red), the USHCN data without the 16% of the stations with populations of over 30,000 within 6 km in the year 2000 (blue), and the 16% of the stations with populations over 30,000 (green). The full USHCN set minus the set without the urban stations is shown in magenta. Both the full data set and the data set without the high-population stations had stations in all of the 2.5° latitude by 3.5° longitude grid boxes during the entire period plotted, but the subset of high-population stations only had data in 56% of these grid boxes. Adapted from Peterson and Owen (2005).*

effects, such as increasing greenhouse gases and observed changes in clouds or soil moisture (Trenberth, 2004). Vose et al. (2004) showed that the adjusted station data for the region (for homogeneity issues, see Appendix 3.B.2) do not support Kalnay and Cai's conclusions. Nor are Kalnay and Cai's results reproduced in the ERA-40 reanalysis (Simmons et al., 2004). Instead, most of the changes appear related to abrupt changes in the type of data assimilated into the reanalysis, rather than to gradual changes arising from land use and urbanisation changes. Current reanalyses may be reliable for estimating trends since 1979 (Simmons et al., 2004) but are in general unsuited for estimating longer-term global trends, as discussed in Appendix 3.B.5.

Nevertheless, changes in land use can be important for DTR at the local-to-regional scale. For instance, land degradation in northern Mexico resulted in an increase in DTR relative to locations across the border in the USA (Balling et al., 1998), and agriculture affects temperatures in the USA (Bonan, 2001; Christy et al., 2006). Desiccation of the Aral Sea since 1960 raised DTR locally (Small et al., 2001). By processing maximum and minimum temperature data as a function of day of the week, Forster and Solomon (2003) found a distinctive 'weekend effect' in DTR at stations examined in the USA, Japan, Mexico and China. The weekly cycle in DTR has a distinctive large-scale pattern with geographically varying sign, and strongly suggests an anthropogenic effect on climate, likely through changes in pollution and aerosols (Jin et al., 2005). Section 7.2 provides fuller discussion of the effects of land use changes.

### 3.2.2.3   *Sea Surface Temperature and Marine Air Temperature*

Most analyses of SST estimate the subsurface bulk temperature (i.e., the temperature in the uppermost few metres of the ocean), not the ocean skin temperature measured by satellites. For maximum resolution and data coverage, polar-orbiting infrared satellite data since 1981 can be used so long as the satellite ocean skin temperatures are adjusted to estimate bulk SST values through a calibration procedure (see e.g., Reynolds et al., 2002; Rayner et al., 2003, 2006; Appendix 3.B.3). But satellite SST data alone have not been used as a major resource for estimating climate change because of their strong time-varying biases which are hard to completely remove, for example, as shown in Reynolds et al. (2002) for the Pathfinder polar orbiting satellite SST data set (Kilpatrick et al., 2001). Figures 3.9 and 3.10 (Section 3.2.2.7) do, however, make use of spatial relationships based on adjusted satellite SST estimates after November 1981 to provide nearer-to-global coverage for the 1979 to 2005 period, and O'Carroll et al. (2006) have developed an analysis based on Along-Track Scanning Radiometers (ATSRs) with potential for the future. However, satellite data are unable to fill in estimates of surface temperature over or near sea ice areas.

Recent bulk SSTs estimated using ship and buoy data also have time-varying biases (e.g., Christy et al., 2001; Kent and Kaplan, 2006) that are larger than originally estimated by Folland et al. (1993), but not large enough to prejudice conclusions about recent warming (see Appendix 3.B.3). As reported in the TAR, a combined physical-empirical method (Folland and Parker, 1995) is mainly used to estimate adjustments to ship SST data obtained up to 1941 to compensate for heat losses from uninsulated (mainly canvas) or partly insulated (mainly wooden) buckets. Details are given in Appendix 3.B.3.

The SST analyses of Rayner et al. (2003) and Smith and Reynolds (2004) are interpolated to fill missing data areas. The main problem for estimating climate variations in the presence of large data gaps is underestimation of change, as most interpolation procedures tend to bias the analysis towards the modern climatologies used in these data sets (Hurrell and Trenberth, 1999). To address non-stationary aspects, Rayner et al. (2003) extracted the leading global covariance pattern, which represents long-term changes, before interpolating using reduced-space optimal interpolation (see Appendix 3.B.1); and Smith and Reynolds removed a smoothed, moving 15-year-average field before interpolating by a related technique.

Figure 3.4a shows annual and decadally smoothed anomalies of global SST from the new, uninterpolated Hadley Centre SST data set version 2 (HadSST2) analysis (Rayner et al., 2006). Figure 3.4a also shows NMAT (referred to as HadMAT: Hadley Centre Marine Air Temperature data set), which is used to avoid daytime heating of ship decks (Bottomley et al., 1990). The global averages are ocean-area weighted sums ($0.44 \times$ NH $+ 0.56 \times$ SH). The HadMAT analysis includes limited optimal interpolation (Rayner et al., 2003) and was chosen because of the demonstration by Folland et al. (2003) of its skill in the sparsely observed South Pacific from the late 19th century onwards, but major gaps (e.g., the Southern Ocean) are not interpolated. Although HadMAT data have been corrected for warm biases during World War II they may still be too warm in the NH and too cool in the SH at that time (Figure 3.4c,d). However, global HadSST2 and HadMAT generally agree well, especially after the 1880s. The SST analysis in the TAR is included in Figure 3.4a. The changes in SST since the TAR are generally fairly small, though the new SST analysis is warmer around 1880 and cooler in the 1950s. The peak warmth in the early 1940s is likely to have arisen partly from closely spaced multiple El Niño events (Brönnimann et al., 2004; see also Section 3.6.2) and also due to the warm phase of the Atlantic Multi-decadal Oscillation (AMO; see Section 3.6.6). The HadMAT data generally confirm the hemispheric SST trends in the 20th century (Figure 3.4c,d and Table 3.2). Overall, the SST data should be regarded as more reliable because averaging of fewer samples is needed for SST than for HadMAT to remove synoptic weather noise. However, the changes in SST relative to NMAT since 1991 in the tropical Pacific may be partly real (Christy et al., 2001). As the atmospheric circulation changes, the relationship between SST and surface air temperature anomalies can change along with surface fluxes. Interannual variations in the heat fluxes to the atmosphere can exceed 100 W m$^{-2}$ locally in individual months, but the main prolonged variations occur with the El Niño-Southern Oscillation (ENSO), where changes in the central tropical Pacific exceed $\pm 50$ W m$^{-2}$ for many months during major ENSO events (Trenberth et al., 2002a).



**Figure 3.4.** (a) Annual anomalies of global SST (HadSST2; red bars and blue solid curve), 1850 to 2005, and global NMAT (HadMAT, green curve), 1856 to 2005, relative to the 1961 to 1990 mean (°C) from the UK Meteorological Office (UKMO; Rayner et al., 2006). The smooth curves show decadal variations (see Appendix 3.A). The dashed black curve shows equivalent smoothed SST anomalies from the TAR. (b) Smoothed annual global SST anomalies, relative to 1961 to 1990 (°C), from HadSST2 (blue line, as in (a)), from NCDC (Smith et al., 2005; red line) and from COBE-SST (Ishii et al., 2005; green line). The latter two series begin later in the 19th century than HadSST2. (c,d) As in (a) but for the NH and SH showing only the UKMO series.

Figure 3.4b shows three time series of changes in global SST. Neither the HadSST2 series (as in Figure 3.4a) nor the NCDC series include polar-orbiting satellite data because of possible time-varying biases that remain difficult to correct fully (Rayner et al., 2003). The Japanese series (Ishii et al., 2005; referred to as Centennial *in-situ* Observation-Based Estimates of SSTs (COBE-SST) from the Japan Meteorological Agency (JMA)) is also *in situ* except for the specification of sea ice. The warmest year globally in each SST record was 1998 (0.44°C, 0.38°C and 0.37°C above the 1961 to 1990 average for HadSST2, NCDC and COBE-SST, respectively). The five warmest years in all analyses have occurred after 1995.

Understanding of the variability and trends in different oceans is still developing, but it is already apparent that they are quite different. The Pacific is dominated by ENSO and modulated by the Pacific Decadal Oscillation (PDO), which may provide ways of moving heat from the tropical ocean to higher latitudes and out of the ocean into the atmosphere (Trenberth et al., 2002a), thereby greatly altering how trends are manifested. In the Atlantic, observations reveal the role of the AMO (Folland et al., 1999; Delworth and Mann, 2000; Enfield et al., 2001; Goldenberg et al., 2001; Section 3.6.6 and Figure 3.33). The AMO is likely to be associated with

the Thermohaline Circulation (THC), which transports heat northwards, thereby moderating the tropics and warming the high latitudes. In the Indian Ocean, interannual variability is small compared with the trend. Figure 3.5 presents latitude-time sections from 1900 for SSTs (from HadSST2) for the zonal mean across each ocean, filtered to remove fluctuations of less than about six years, including the ENSO signal. In the Pacific, the long-term warming is clearly evident, but punctuated by cooler episodes centred in the tropics, and no doubt linked to the PDO. The prolonged 1939–1942 El Niño shows up as a warm interval. In the Atlantic, the warming from the 1920s to about 1940 in the NH was focussed on higher latitudes, with the SH remaining cool. This inter-hemispheric contrast is believed to be one signature of the THC (Zhang and Delworth, 2005). The subsequent relative cooling in the NH extratropics and the more recent intense warming in NH mid-latitudes was predominantly a multi-decadal variation of SST; only in the last decade is an overall warming signal clearly emerging. Therefore, the recent strong warming appears to be related in part to the AMO in addition to a global warming signal (Section 3.6.6). The cooling in the northwestern North Atlantic just south of Greenland, reported in the SAR, has now been replaced by strong warming (see also Section 3.2.2.7, Figures 3.9 and 3.10; also Figures



**Figure 3.5.** *Latitude-time sections of zonal mean temperature anomalies (°C) from 1900 to 2005, relative to the 1961 to 1990 mean. Left panels: SST annual anomalies across each ocean from HadSST2 (Rayner et al., 2006). Right panels: Surface temperature annual anomalies for land (top, CRUTEM3) and land plus ocean (bottom, HadCRUT3). Values are smoothed with the 5-point filter to remove fluctuations of less than about six years (see Appendix 3.A); and white areas indicate missing data.*

5.1 and 5.2 for ocean heat content). The Indian Ocean also reveals a poorly observed warm interval in the early 1940s, and further shows the fairly steady warming in recent years. The multi-decadal variability in the Atlantic has a much longer time scale than that in the Pacific, but it is noteworthy that all oceans exhibit a warm period around the early 1940s.

### 3.2.2.4 Land and Sea Combined Temperature: Global, Northern Hemisphere, Southern Hemisphere and Zonal Means

Gridded data sets combining land-surface air temperature and SST anomalies have been developed and maintained by three groups: CRU with the UKMO Hadley Centre in the UK (HadCRUT3; Brohan et al., 2006) and NCDC (Smith and Reynolds, 2005) and GISS (Hansen et al., 2001) in the USA. Although the component data sets differ slightly (see Sections

3.2.2.1 and 3.2.2.3) and the combination methods also differ, trends are similar. Table 3.3 provides comparative estimates of linear trends. Overall warming since 1901 has been a little less in the NCDC and GISS analysis than in the HadCRUT3 analysis. All series indicate that the warmest five years have occurred after 1997, although there is slight disagreement about the ordering. The HadCRUT3 data set shows 1998 as warmest, while 2005 is warmest in NCDC and GISS data. Thus the year 2005, with no El Niño, was about as warm globally as 1998 with its major El Niño effects. The GISS analysis of 2005 interpolated the exceptionally warm conditions in the extreme north of Eurasia and North America over the Arctic Ocean (see Figure 3.5). If the GISS data for 2005 are averaged only south of 75°N, then 2005 is cooler than 1998. In addition, there were relatively cool anomalies in 2005 in HadCRUT3 in parts of Antarctica and the Southern Ocean, where sea ice coverage (see Chapter 4) has not declined.

**Table 3.3.** Linear trends (°C per decade) in hemispheric and global combined land-surface air temperatures and SST. Annual averages, along with estimates of uncertainties for CRU/UKMO (HadCRUT3), were used to estimate trends. For CRU/UKMO, global annual averages are the simple average of the two hemispheres. For NCDC and GISS the hemispheres are weighted as in Section 3.2.2.1. Trends are estimated and presented as in Table 3.2. $R^2$ is the squared trend correlation (%). The Durbin Watson D-statistic (not shown) for the residuals, after allowing for first-order serial correlation, never indicated significant positive serial correlation, and plots of the residuals showed virtually no long-range persistence.

| Dataset | Temperature Trend (°C per decade) | | |
| --- | --- | --- | --- |
| | 1850–2005 | 1901–2005 | 1979–2005 |
| **Northern Hemisphere** | | | |
| CRU/UKMO (Brohan et al., 2006) | 0.047 ± 0.013 $R^2$=54 | 0.075 ± 0.023 $R^2$=63 | 0.234 ± 0.070 $R^2$=69 |
| NCDC (Smith and Reynolds, 2005) | | 0.063 ± 0.022 $R^2$=55 | 0.245 ± 0.062 $R^2$=72 |
| **Southern Hemisphere** | | | |
| CRU/UKMO (Brohan et al., 2006) | 0.038 ± 0.014 $R^2$=51 | 0.068 ± 0.017 $R^2$=74 | 0.092 ± 0.038 $R^2$=48 |
| NCDC (Smith and Reynolds, 2005) | | 0.066 ± 0.009 $R^2$=82 | 0.096 ± 0.038 $R^2$=58 |
| **Globe** | | | |
| CRU/UKMO (Brohan et al., 2006) | 0.042 ± 0.012 $R^2$=57 | 0.071 ± 0.017 $R^2$=74 | 0.163 ± 0.046 $R^2$=67 |
| NCDC (Smith and Reynolds, 2005) | | 0.064 ± 0.016 $R^2$=71 | 0.174 ± 0.051 $R^2$=72 |
| GISS (Hansen et al., 2001) | | 0.060 ± 0.014 $R^2$=70 | 0.170 ± 0.047 $R^2$=67 |

Hemispheric and global series based on Brohan et al. (2006) are shown in Figure 3.6 and tropical and polar series in Figure 3.7. Owing to the sparsity of SST data, the polar series are for land only. The recent warming is strongest in the NH extratropics, while El Niño events are clearly evident in the tropics, particularly the 1997–1998 event that makes 1998 the warmest year in HadCRUT3. The warming over land in the Arctic north of 65°N (Figure 3.7) is more than double the warming in the global mean from the 19th century to the 21st century and also from about the late 1960s to the present. In the arctic series, 2005 is the warmest year. A slightly longer warm period, almost as warm as the present, was observed from the late 1920s to the early 1950s. Although data coverage was limited in the first half of the 20th century, the spatial pattern of the earlier warm period appears to have been different from that of the current warmth. In particular, the current warmth is partly linked to the Northern Annular Mode (NAM; see Section 3.6.4) and affects a broader region (Polyakov et al., 2003). Temperatures over mainland Antarctica (south of 65°S) have not warmed in recent decades (Turner et al., 2005), but it is virtually certain that there has been strong warming over the last 50 years in the Antarctic Peninsula region (Turner et al., 2005; see the discussion of changes in the Southern Annular Mode (SAM) and Figure 3.32 in Section 3.6.5).

### 3.2.2.5   Consistency between Land and Ocean Surface Temperature Changes

The course of temperature change over the 20th century, revealed by the independent analysis of land air temperatures, SST and NMAT, is generally consistent (Figure 3.8). Warming occurred in two distinct phases (1915–1945 and since 1975), and it has been substantially stronger over land than over the oceans in the later phase, as shown also by the trends in Table 3.2. The land component has also been more variable from year to year (compare Figures 3.1 and 3.4a,c,d). Much of the recent difference between global SST (and NMAT) and global land air temperature trends has arisen from accentuated warming over the continents in the mid-latitude NH (Section 3.2.2.7, Figures 3.9 and 3.10). This is likely to be related to greater evaporation and heat storage in the ocean, and in particular to atmospheric circulation changes in the winter half-year due to the North Atlantic Oscillation (NAO)/NAM (see discussion in Section 3.6.4). Accordingly the differences between NH and SH temperatures follow a course similar to the plot of land air temperature minus SST shown in Figure 3.8.



**Figure 3.6.** *Global and hemispheric annual combined land-surface air temperature and SST anomalies (°C) (red) for 1850 to 2006 relative to the 1961 to 1990 mean, along with 5 to 95% error bar ranges, from HadCRUT3 (adapted from Brohan et al., 2006). The smooth blue curves show decadal variations (see Appendix 3.A).*

### 3.2.2.6 Temporal Variability of Global Temperatures and Recent Warming

The standard deviation of the HadCRUT3 annual average temperatures for the globe for 1850 to 2005 shown in Figure 3.6 is 0.24°C. The greatest difference between two consecutive years in the global average since 1901 is 0.29°C between 1976 and 1977, demonstrating the importance of the 0.75°C and 0.74°C temperature increases (the HadCRUT3 linear trend estimates for 1901 to 2005 and 1906 to 2005, respectively) in a centennial time-scale context. However, both trends are small compared with interannual variations at one location, and much smaller than day-to-day variations (Table 3.1).

The principal conclusion from the three global analyses is that the global average surface temperature trend has very likely been slightly more than 0.65°C ± 0.2°C over the period from 1901 to 2005 (Table 3.3), a warming greater than any since at least the 11th century (see Chapter 6). A HadCRUT3 linear trend over the 1906 to 2005 period yields a warming of 0.74°C ± 0.18°C, but this rate almost doubles for the last 50 years (0.64°C ± 0.13°C for 1956 to 2005; see FAQ 3.1).

Clearly, the changes are not linear and can also be characterised as level prior to about 1915, a warming to about 1945, levelling out or even a slight decrease until the 1970s, and a fairly linear upward trend since then (Figure 3.6 and FAQ 3.1). Considered this way, the overall warming from the average of the first 50-year period (1850–1899) through 2001 to 2005 is 0.76°C ± 0.19°C. Clearly, the world's surface temperature has continued to increase since the TAR and the trend when computed in the same way as in the TAR remains 0.6°C over the 20th century. In view of Section 3.2.2.2 and the dominance of the globe by ocean, the influence of urbanisation on these estimates is estimated to be very small. The last 12 complete years (1995–2006) now contain 11 of the 12 warmest years since 1850, the earliest year for which comparable records are available. Only 1996 is not in this list – replaced by 1990. 2002 to 2005 are the 3rd, 4th, 5th and 2nd warmest years in the series, with 1998 the warmest in HadCRUT3 but with 2005 and 1998 switching order in GISS and NCDC. The HadCRUT3 surface warming



**Figure 3.7.** *Annual temperature anomalies (°C) up to 2005, relative to the 1961 to 1990 mean (red) with 5 to 95% error bars. The tropical series (middle) is combined land-surface air temperature and SST from HADCRUT3 (adapted from Brohan et al., 2006). The polar series (top and bottom) are land-only from CRUTEM3, because SST data are sparse and unreliable in sea ice zones. The smooth blue curves show decadal variations (see Appendix 3.A).*



**Figure 3.8.** *Annual anomalies (°C) of global average SST (blue curve, begins 1850), NMAT (green curve, begins 1856) and land-surface air temperature (red curve, begins 1850) to 2005, relative to their 1961 to 1990 means (Brohan et al., 2006; Rayner et al., 2006). The smooth curves show decadal variations (see Appendix 3.A). Inset shows the smoothed differences between the land-surface air temperature and SST anomalies (i.e., red minus blue).*

long period, warming is statistically significant over most of the world's surface with the exception of an area south of Greenland and three smaller regions over the southeastern USA and parts of Bolivia and the Congo basin. The lack of significant warming at about 20% of the locations (Karoly and Wu, 2005), and the enhanced warming in other places, is likely to be a result of changes in atmospheric circulation (see Section 3.6). Warming is strongest over the continental interiors of Asia and northwestern North America and over some mid-latitude ocean regions of the SH as well as southeastern Brazil. In the recent period, some regions have warmed substantially while a few have cooled slightly on an annual basis (Figure 3.9). Southwest China has cooled since the mid-20th century (Ren et al., 2005), but most of the cooling locations since 1979 have been oceanic and in the SH, possibly through changes in atmospheric and oceanic circulation related to the PDO and SAM (see discussion in Section 3.6.5). Warming dominates most of the seasonal maps for the period 1979 onwards, but weak cooling has affected a few regions, especially the mid-latitudes of the SH oceans, but also over eastern Canada in spring, possibly in relation to the strengthening NAO (see Section 3.6.4, Figure 3.30). Warming in this period was strongest over western North America, northern Europe and China in winter, Europe and northern and eastern Asia in spring, Europe and North Africa in summer and northern North America, Greenland and eastern Asia in autumn (Figure 3.10).

No single location follows the global average, and the only way to monitor the globe with any confidence is to include observations from as many diverse places as possible. The importance of regions without adequate records is determined from complete model reanalysis fields (Simmons et al., 2004). The importance of the missing areas for hemispheric and global averages is incorporated into the errors bars in Figure 3.6 (see Brohan et al., 2006). Error bars are generally larger in the more data-sparse SH than in the NH; they are larger before the 1950s and largest of all in the 19th century.

trend over 1979 to 2005 was more than 0.16°C per decade, that is, a total warming of 0.44°C ± 0.12°C (the error bars overlap those of NCDC and GISS). During 2001 to 2005, the global average temperature anomaly has been 0.44°C above the 1961–1990 average. The value for 2006 is close to the 2001 to 2005 average.

### 3.2.2.7    *Spatial Trend Patterns*

Figure 3.9 illustrates the spatial patterns of annual surface temperature changes for 1901 to 2005 and 1979 to 2005, and Figure 3.10 shows seasonal trends for 1979 to 2005. All maps clearly indicate that differences in trends between locations can be large, particularly for shorter time periods. For the century-



**Figure 3.9.** *Linear trend of annual temperatures for 1901 to 2005 (left; °C per century) and 1979 to 2005 (right; °C per decade). Areas in grey have insufficient data to produce reliable trends. The minimum number of years needed to calculate a trend value is 66 years for 1901 to 2005 and 18 years for 1979 to 2005. An annual value is available if there are 10 valid monthly temperature anomaly values. The data set used was produced by NCDC from Smith and Reynolds (2005). Trends significant at the 5% level are indicated by white + marks.*



**Figure 3.10.** *Linear trend of seasonal MAM, JJA, SON and DJF temperature for 1979 to 2005 (°C per decade). Areas in grey have insufficient data to produce reliable trends. The minimum number of years required to calculate a trend value is 18. A seasonal value is available if there are two valid monthly temperature anomaly values. The dataset used was produced by NCDC from Smith and Reynolds (2005). Trends significant at the 5% level are indicated by white + marks.*

Figure 3.11 shows annual trends in DTR from 1979 to 2004. The decline in DTR since 1950 reported in the TAR has now ceased, as confirmed by Figure 3.2. Since 1979, daily minimum temperature increased in most areas except western Australia and southern Argentina, and parts of the western Pacific Ocean; and daily maximum temperature also increased in most regions except northern Peru, northern Argentina, northwestern Australia, and parts of the North Pacific Ocean (Vose et al., 2005a). The changes reported here appear inconsistent with Dai et al. (2006) who reported decreasing DTR in the USA, but this arises partly because Dai et al. (2006) included the high DTR years 1976 to 1978. Furthermore, Figure 3.11 is supported by many other recent regional-scale analyses.

Changes in cloud cover and precipitation explained up to 80% of the variance in historical DTR series for the USA, Australia, mid-latitude Canada and the former Soviet Union during the 20th century (Dai et al., 1999). Cloud cover accounted for nearly half of the change in the DTR in Fennoscandia during the 20th century (Tuomenvirta et al., 2000). Variations in atmospheric circulation also affect DTR. Changes in the frequency of certain synoptic weather types resulted in a decline in DTR during the cold half-year in the Arctic (Przybylak, 2000). A positive phase of the NAM (see Section 3.6.4) is associated with increased DTR in the northeastern USA and Canada (Wettstein and Mearns,



**Figure 3.11.** *Linear trend in annual mean DTR for 1979 to 2004 (°C per decade). Grey regions indicate incomplete or missing data (after Vose et al., 2005a).*

2002). Variations in sea level pressure patterns and associated changes in cloud cover partially accounted for increasing trends in cold-season DTR in the northwestern USA and decreasing trends in the south-central USA (Durre and Wallace, 2001). The relationship between DTR and anthropogenic forcings is complex, as these forcings can affect atmospheric circulation, as well as clouds through both greenhouses gases and aerosols.

251

## Frequently Asked Question 3.1
# How are Temperatures on Earth Changing?

*Instrumental observations over the past 157 years show that temperatures at the surface have risen globally, with important regional variations. For the global average, warming in the last century has occurred in two phases, from the 1910s to the 1940s (0.35°C), and more strongly from the 1970s to the present (0.55°C). An increasing rate of warming has taken place over the last 25 years, and 11 of the 12 warmest years on record have occurred in the past 12 years. Above the surface, global observations since the late 1950s show that the troposphere (up to about 10 km) has warmed at a slightly greater rate than the surface, while the stratosphere (about 10–30 km) has cooled markedly since 1979. This is in accord with physical expectations and most model results. Confirmation of global warming comes from warming of the oceans, rising sea levels, glaciers melting, sea ice retreating in the Arctic and diminished snow cover in the Northern Hemisphere.*

There is no single thermometer measuring the global temperature. Instead, individual thermometer measurements taken every day at several thousand stations over the land areas of the world are combined with thousands more measurements of sea surface temperature taken from ships moving over the oceans to produce an estimate of global average temperature every month. To obtain consistent changes over time, the main analysis is actually of anomalies (departures from the climatological mean at each site) as these are more robust to changes in data availability. It is now possible to use these measurements from 1850 to the present, although coverage is much less than global in the second half of the 19th century, is much better after 1957 when measurements began in Antarctica, and best after about 1980, when satellite measurements began.

Expressed as a global average, surface temperatures have increased by about 0.74°C over the past hundred years (between 1906 and 2005; see Figure 1). However, the warming has been neither steady nor the same in different seasons or in different locations. There was not much overall change from 1850 to about 1915, aside from ups and downs associated with natural variability but which may have also partly arisen from poor sampling. An increase (0.35°C) occurred in the global average temperature from the 1910s to the 1940s, followed by a slight cooling (0.1°C), and then a rapid warming (0.55°C) up to the end of 2006 (Figure 1). The warmest years of the series are 1998 and 2005 (which are statistically indistinguishable), and 11 of the 12 warmest years have occurred in the last 12 years (1995 to 2006). Warming, particularly since the 1970s, has generally been greater over land than over the oceans. Seasonally, warming has been slightly greater in the winter hemisphere. Additional warming occurs in cities and urban areas (often referred to as the urban heat island effect), but is confined in spatial extent, and its effects are allowed for both by excluding as many of the affected sites as possible from the global temperature data and by increasing the error range (the blue band in the figure).

A few areas have cooled since 1901, most notably the northern North Atlantic near southern Greenland. Warming during this time has been strongest over the continental interiors of Asia and northern North America. However, as these are areas with large year-to-year variability, the most evident warming signal has occurred in parts of the middle and lower latitudes, particularly the tropical oceans. In the lower left panel of Figure 1, which shows temperature trends since 1979, the pattern in the Pacific Ocean features warming and cooling regions related to El Niño.

Analysis of long-term changes in daily temperature extremes has recently become possible for many regions of the world (parts of North America and southern South America, Europe, northern and eastern Asia, southern Africa and Australasia). Especially since the 1950s, these records show a decrease in the number of very cold days and nights and an increase in the number of extremely hot days and warm nights (see FAQ 3.3). The length of the frost-free season has increased in most mid- and high-latitude regions of both hemispheres. In the Northern Hemisphere, this is mostly manifest as an earlier start to spring.

In addition to the surface data described above, measurements of temperature above the surface have been made with weather balloons, with reasonable coverage over land since 1958, and from satellite data since 1979. All data are adjusted for changes in instruments and observing practices where necessary. Microwave satellite data have been used to create a 'satellite temperature record' for thick layers of the atmosphere including the troposphere (from the surface up to about 10 km) and the lower stratosphere (about 10 to 30 km). Despite several new analyses with improved cross-calibration of the 13 instruments on different satellites used since 1979 and compensation for changes in observing time and satellite altitude, some uncertainties remain in trends.

For global observations since the late 1950s, the most recent versions of all available data sets show that the troposphere has warmed at a slightly greater rate than the surface, while the stratosphere has cooled markedly since 1979. This is in accord with physical expectations and most model results, which demonstrate the role of increasing greenhouse gases in tropospheric warming and stratospheric cooling; ozone depletion also contributes substantially to stratospheric cooling.

Consistent with observed increases in surface temperature, there have been decreases in the length of river and lake ice seasons. Further, there has been an almost worldwide reduction in glacial mass and extent in the 20th century; melting of the Greenland Ice Sheet has recently become apparent; snow cover has decreased in many Northern Hemisphere regions; sea ice thickness and extent have decreased in the Arctic in all seasons, most dramatically in spring and summer; the oceans are warming; and sea level is rising due to thermal expansion of the oceans and melting of land ice.

*(continued)*



**FAQ 3.1, Figure 1.** *(Top) Annual global mean observed temperatures[1] (black dots) along with simple fits to the data. The left hand axis shows anomalies relative to the 1961 to 1990 average and the right hand axis shows the estimated actual temperature (°C). Linear trend fits to the last 25 (yellow), 50 (orange), 100 (purple) and 150 years (red) are shown, and correspond to 1981 to 2005, 1956 to 2005, 1906 to 2005, and 1856 to 2005, respectively. Note that for shorter recent periods, the slope is greater, indicating accelerated warming. The blue curve is a smoothed depiction to capture the decadal variations. To give an idea of whether the fluctuations are meaningful, decadal 5% to 95% (light grey) error ranges about that line are given (accordingly, annual values do exceed those limits). Results from climate models driven by estimated radiative forcings for the 20th century (Chapter 9) suggest that there was little change prior to about 1915, and that a substantial fraction of the early 20th-century change was contributed by naturally occurring influences including solar radiation changes, volcanism and natural variability. From about 1940 to 1970 the increasing industrialisation following World War II increased pollution in the Northern Hemisphere, contributing to cooling, and increases in carbon dioxide and other greenhouse gases dominate the observed warming after the mid-1970s. (Bottom) Patterns of linear global temperature trends from 1979 to 2005 estimated at the surface (left), and for the troposphere (right) from the surface to about 10 km altitude, from satellite records. Grey areas indicate incomplete data. Note the more spatially uniform warming in the satellite tropospheric record while the surface temperature changes more clearly relate to land and ocean.*

[1] *From the HadCRUT3 data set.*

## 3.3 Changes in Surface Climate: Precipitation, Drought and Surface Hydrology

### 3.3.1 Background

Temperature changes are one of the more obvious and easily measured changes in climate, but atmospheric moisture, precipitation and atmospheric circulation also change, as the whole system is affected. Radiative forcing alters heating, and at the Earth's surface this directly affects evaporation as well as sensible heating (see Box 7.1). Further, increases in temperature lead to increases in the moisture-holding capacity of the atmosphere at a rate of about 7% per °C (Section 3.4.2). Together these effects alter the hydrological cycle, especially characteristics of precipitation (amount, frequency, intensity, duration, type) and extremes (Trenberth et al., 2003). In weather systems, convergence of increased water vapour leads to more intense precipitation, but reductions in duration and/or frequency, given that total amounts do not change much. The extremes are addressed in Section 3.8.2.2. Expectations for changes in overall precipitation amounts are complicated by aerosols. Because aerosols block the Sun, surface heating is reduced. Absorption of radiation by some, notably carbonaceous, aerosols directly heats the aerosol layer that may otherwise have been heated by latent heat release following surface evaporation, thereby reducing the strength of the hydrological cycle. As aerosol influences tend to be regional, the net expected effect on precipitation over land is especially unclear. This section discusses most aspects of the surface hydrological cycle, except that surface water vapour is included with other changes in atmospheric water vapour in Section 3.4.2.

Difficulties in the measurement of precipitation remain an area of concern in quantifying the extent to which global- and regional-scale precipitation has changed (see Appendix 3.B.4). *In situ* measurements are especially affected by wind effects on the gauge catch, particularly for snow but also for light rain. For remotely sensed measurements (radar and space-based), the greatest problems are that only measurements of instantaneous rate can be made, together with uncertainties in algorithms for converting radiometric measurements (radar, microwave, infrared) into precipitation rates at the surface. Because of measurement problems, and because most historical *in situ*-based precipitation measurements are taken on land leaving the majority of the global surface area under-sampled, it is useful to examine the consistency of changes in a variety of complementary moisture variables. These include both remotely-sensed and gauge-measured precipitation, drought, evaporation, atmospheric moisture, soil moisture and stream flow, although uncertainties exist with all of these variables as well (Huntington, 2006).

### 3.3.2 Changes in Large-scale Precipitation

#### 3.3.2.1 Global Land Areas

Trends in global annual land precipitation were analysed using data from the GHCN, using anomalies with respect to the 1981 to 2000 base period (Vose et al., 1992; Peterson and Vose, 1997). The observed GHCN linear trend (Figure 3.12) over the 106-year period from 1900 to 2005 is statistically insignificant, as is the CRU linear trend up to 2002 (Table 3.4b). However, the global mean land changes (Figure 3.12) are not at all linear, with an overall increase until the 1950s, a decline until the early 1990s and then a recovery. Although the global land mean is an indicator of a crucial part of the global hydrological cycle, it is difficult to interpret as it is often made up of large regional anomalies of opposite sign.

There are several other global land precipitation data sets covering more recent periods: Table 3.4a gives their characteristics, and the linear trends and their significance are given in Table 3.4b. There are a number of differences in processing, data sources and time periods that lead to the differences in the trend estimates. All but one data set (GHCN) are spatially infilled by either interpolation or the use of satellite estimates of precipitation. The Precipitation Reconstruction over Land (PREC/L) data (Chen et al., 2002) include GHCN data, synoptic data from the National Oceanic and Atmospheric Administration (NOAA) Climate Prediction Center's Climate Anomaly Monitoring System (CAMS), and the Global Precipitation Climatology Project (GPCP) data (Adler et al., 2003), and are a blend of satellite and gauge data. The Global Precipitation Climatology Centre (GPCC; updated from Rudolf et al., 1994) provides monthly data from surface gauges on several grids constructed using GPCC sources (including data



**Figure 3.12.** *Time series for 1900 to 2005 of annual global land precipitation anomalies (mm) from GHCN with respect to the 1981 to 2000 base period. The smooth curves show decadal variations (see Appendix 3.A) for the GHCN (Peterson and Vose, 1997), PREC/L (Chen et al., 2002), GPCP (Adler et al., 2003), GPCC (Rudolf et al., 1994) and CRU (Mitchell and Jones, 2005) data sets.*

**Table 3.4.** (a) Characteristics and references of the six global land-area precipitation data sets used to calculate trends. (b) Global land precipitation trends (mm per decade). Trends with 5 and 95% confidence intervals and levels of significance (italic, 1–5%) were estimated by REML (see Appendix 3.A), which allows for serial correlation in the residuals of the data about the linear trend. All trends are based on annual averages without estimates of intrinsic uncertainties.

(a)

| Series | Period of Record | Gauge only | Satellite and gauge | Spatial infilling | Reference |
|---|---|---|---|---|---|
| GHCN | 1900–2005 | X | | No | Vose et al., 1992 |
| PREC/L | 1948–2002 | X | | Yes | Chen et al., 2002 |
| GPCP | 1979–2002 | | X | Yes | Adler et al., 2003 |
| GPCC VASClimO | 1951–2000 | X | | Yes | Beck et al., 2005 |
| GPCC v.3 | 1951–2002 | X | | Yes | Rudolf et al., 1994 |
| CRU | 1901–2002 | X | | Yes | Mitchell and Jones, 2005 |

(b)

| Series | Precipitation Trend (mm per decade) | | |
|---|---|---|---|
| | 1901–2005 | 1951–2005 | 1979–2005 |
| PREC/L | | $-5.10 \pm 3.25$[a] | $-6.38 \pm 8.78$[a] |
| CRU | $1.10 \pm 1.50$[a] | $-3.87 \pm 3.89$[a] | $-0.90 \pm 16.24$[a] |
| GHCN | $1.08 \pm 1.87$ | $-4.56 \pm 4.34$ | $4.16 \pm 12.44$ |
| GPCC VASClimO | | $1.82 \pm 5.32$[b] | $12.82 \pm 21.45$[b] |
| GPCC v.3 | | $-6.63 \pm 5.18$[a] | $-14.64 \pm 11.67$[a] |
| GPCP | | | $-15.60 \pm 19.84$[a] |

Notes:
[a] Series ends at 2002
[b] Series ends at 2000

from CRU, GHCN, a Food and Agriculture Organization (FAO) database and many nationally provided data sets). The data set designated GPCC VASClimO (Beck et al., 2005) uses only those quasi-continuous stations whose long-term homogeneity can be assured, while GPCC v.3 has used all available stations to provide more complete spatial coverage. Gridding schemes also vary and include optimal interpolation and grid-box averaging of areally weighted station anomalies. The CRU data set is from Mitchell and Jones (2005).

For 1951 to 2005, trends range from –7 to +2 mm per decade and 5 to 95% error bars range from 3.2 to 5.3 mm per decade. Only the updated PREC/L series (Chen et al., 2002) trend and the GPCC v.3 trend appear to be statistically significant, but the uncertainties, as seen in the different estimates, undermine that result. For 1979 to 2005, GPCP data are added and trends range from –16 to +13 mm per decade but none is significant. Nevertheless, the discrepancies in trends are substantial, and highlight the difficulty of monitoring a variable such as precipitation that has large variability in both space and time. On the other hand, Figure 3.12 also suggests that interannual

fluctuations have some overall reproducibility for land as a whole. The lag-1 autocorrelation of the residuals of the fitted trend (i.e., the de-trended persistence) is in the range 0.3 to 0.5 for the PREC/L, CRU and GHCN series but 0.5 to 0.7 for the two GPCC and the GPCP series. This suggests that either the limited sampling by *in situ* gauge data adds noise, or systematic biases lasting a few years (the lifetime of a satellite) are afflicting the GPCP data, or a combination of the two.

### 3.3.2.2    *Spatial Patterns of Precipitation Trends*

The spatial patterns of trends in annual precipitation (% per century or per decade) during the periods 1901 to 2005 and 1979 to 2005 are shown in Figure 3.13. The observed trends over land areas were calculated using GHCN station data interpolated to a 5° × 5° latitude/longitude grid. For most of North America, and especially over high-latitude regions in Canada, annual precipitation has increased during the 105-year period. The primary exception is over the southwest USA, northwest Mexico and the Baja Peninsula, where the trend in

annual precipitation has been negative (1 to 2% per decade) as drought has prevailed in recent years. Across South America, increasingly wet conditions were observed over the Amazon Basin and southeastern South America, including Patagonia, while negative trends in annual precipitation were observed over Chile and parts of the western coast of the continent. The largest negative trends in annual precipitation were observed over western Africa and the Sahel. After having concluded that the effect of changing rainfall-gauge networks on Sahel rainfall time series is small, Dai et al. (2004b) noted that Sahel rainfall in the 1990s has recovered considerably from the severe dry years in the early 1980s (see Section 3.7.4 and Figure 3.37). A drying trend is also evident over southern Africa since 1901. Over much of northwestern India the 1901 to 2005 period shows increases of more than 20% per century, but the same area shows a strong decrease in annual precipitation for the 1979 to 2005 period. Northwestern Australia shows areas with moderate to strong increases in annual precipitation over both periods. Over most of Eurasia, increases in precipitation outnumber decreases for both periods.

To assess the expected large regional variations in precipitation trends, Figure 3.14 presents time series of annual precipitation. The regions are 19 of those defined in Table 11.1 (see Section 11.1) and illustrated in Figure 11.26. The GHCN precipitation data set from NCDC was used, and the CRU decadal values allow the reproducibility to be assessed. Based on this, plots for four additional regions (Greenland, Sahara, Antarctica and the Tibetan Plateau) were not included, as precipitation data for these were not considered sufficiently reliable, nor was the first part of the Alaskan series (prior to 1935). Some discrepancies between the decadal variations are still evident at times, mostly owing to different subsets of stations and some stations coming in or dropping out, but overall the confidence in what is presented is quite high. Figure 3.15 presents a latitude-time series of zonal averages over land.

In the tropics, precipitation is highly seasonal, consisting of a dry season and a wet season in association with the summer monsoon. These aspects are discussed in more detail in Section 3.7. Downward trends are strongest in the Sahel (see Section 3.7.4) but occur in both western and eastern Africa in the past 50 years, and are reflected in the zonal means. The downward trends in this zone are also found in southern Asia. The linear trends of rainfall decreases for 1900 to 2005 were 7.5% in both the western Africa and southern Asia regions (significant at <1%). The area of the latter region is much greater than India, whose rainfall features strong variability but little in the way of a century-scale trend. Southern Africa also features a strong overall downward trend, although with strong multi-decadal variability present. Often the change in rainfall in these regions



**Figure 3.13.** *Trend of annual land precipitation amounts for 1901 to 2005 (top, % per century) and 1979 to 2005 (bottom, % per decade), using the GHCN precipitation data set from NCDC. The percentage is based on the means for the 1961 to 1990 period. Areas in grey have insufficient data to produce reliable trends. The minimum number of years required to calculate a trend value is 66 for 1901 to 2005 and 18 for 1979 to 2005. An annual value is complete for a given year if all 12 monthly percentage anomaly values are present. Note the different colour bars and units in each plot. Trends significant at the 5% level are indicated by black + marks.*

occurs fairly abruptly, and in several cases occurs around the same time in association with the 1976–1977 climate shift (Wang and Ding, 2006). The timing is not the same everywhere, however, and the downward shift occurred earlier in the Sahel (see also Section 3.7.4, Figure 3.37). The main location with different trends at low latitudes is over Australia, but it is clear that large interannual variability, mostly ENSO-related, is dominant (note also the expanded vertical scales for Australia). The apparent upward trend occurs due to two rather wet spells in northern Australia in the early 1970s and 1990s, when it was dry in Southeast Asia (see also Section 3.7.2). Also of note in Australia is the marked downward trend in the far southwest characterised by a downward shift around 1975 (Figure 3.13).

At higher latitudes, especially from 30°N to 85°N, quite distinct upward trends are evident in many regions and these are reflected in the zonal means (Figure 3.15). Central North America, eastern North America, northern Europe, northern

**Figure 3.14.** *Precipitation for 1900 to 2005. The central map shows the annual mean trends (% per century). Areas in grey have insufficient data to produce reliable trends. The surrounding time series of annual precipitation displayed (% of mean, with the mean given at top for 1961 to 1990) are for the named regions as indicated by the red arrows. The GHCN precipitation from NCDC was used for the annual green bars and black for decadal variations (see Appendix 3.A), and for comparison the CRU decadal variations are in magenta. The range is +30 to –30% except for the two Australian panels. The regions are a subset of those defined in Table 11.1 (Section 11.1) and include: Central North America, Western North America, Alaska, Central America, Eastern North America, Mediterranean, Northern Europe, North Asia, East Asia, Central Asia, Southeast Asia, Southern Asia, Northern Australia, Southern Australia, Eastern Africa, Western Africa, Southern Africa, Southern South America, and the Amazon.*



Asia and central Asia (east of the Caspian Sea) all experienced upward linear trends of between 6 and 8% from 1900 to 2005 (all significant at <5%). These regions all experience snowfall (see also Section 3.3.2.3) and part of the upward trend may arise from changes in efficiency of catching snow, especially in northern Asia. However, there is ample evidence that these trends are real (see Section 3.3.4), and they extend from North America to Europe across the North Atlantic as evidenced by ocean freshening, documented in Sections 5.2.3 and 5.3.2. Western North America shows longer time-scale variability, principally due to the severe drought in the 1930s and lesser events more recently. Note the tendency for inverse variations between northern Europe and the Mediterranean, associated with changes in the NAO (see Section 3.6.4). Southern Europe and parts of central Europe, as well as North Africa, are characterised by a drier winter (DJF) during the positive phase of the NAO, while the reverse is true in the British Isles, Fennoscandia and northwestern Russia.

In the SH, Amazonia and southern South America feature opposite changes, as the South American monsoon features shifted southwards (see Section 3.7.3). This movement was in association with changes in ENSO and the 1976–1977 climate shift. The result is a pronounced upward trend in Argentina and the La Plata River Basin, but not in Chile (where the main declines in precipitation are evident in the austral summer (DJF) and autumn (MAM; Figure 3.13). Decadal-scale variations over Amazonia are also out of phase with the Central American region to the north, which in turn has out-of-phase variations with western North America, again suggestive of latitudinal changes in monsoon features. East and Southeast Asia show hardly any long-term changes, with both having plentiful rains in the 1950s. At interannual time scales there are a number of surprisingly strong correlations: Amazonia is correlated with northern Australia (0.44, significant at <1%) and also Southeast Asia (0.55, <1%), while southern South America is inversely correlated with western Africa (–0.51, <1%). The correlations are surprising because they are based on high-frequency relationships and barely change when the smoothed series are used.

### 3.3.2.3    Changes in Snowfall

Winter precipitation has increased at high latitudes, although uncertainties exist because of changes in undercatch, especially as snow changes to rain. Snow cover changes are discussed in Section 4.2. Annual precipitation for the circumpolar region north of 50°N has increased during the past 50 years (not shown) by approximately 4% but this increase has not been homogeneous in time and space (Groisman et al., 2003, 2005). Statistically significant increases were documented over Fennoscandia, coastal regions of northern North America (Groisman et al., 2005), most of Canada (particularly northern regions) up until at least 1995 when the analysis ended (Stone



**Figure 3.15.** *Latitude-time section of zonal average annual anomalies for precipitation (%) over land from 1900 to 2005, relative to their 1961 to 1990 means. Values are smoothed with the 5-point filter to remove fluctuations of less than about six years (see Appendix 3A). The colour scale is nonlinear and grey areas indicate missing data.*

et al., 2000), the permafrost-free zone of Russia (Groisman and Rankova, 2001) and the entire Great Russian Plain (Groisman et al., 2005, 2007). However, there were no discernible changes in summer and annual precipitation totals over northern Eurasia east of the Ural Mountains (Gruza et al., 1999; Sun and Groisman, 2000; Groisman et al., 2005, 2007). Rainfall (liquid precipitation) has increased during the past 50 years over western portions of North America and Eurasia north of 50°N by about 6%. Rising temperatures have generally resulted in rain rather than snow in locations and seasons where climatological average (1961–1990) temperatures were close to 0°C. The liquid precipitation season has become longer by up to three weeks in some regions of the boreal high latitudes over the last 50 years (Cayan et al., 2001; Groisman et al., 2001; Easterling, 2002; Groisman et al., 2005, 2007) owing, in particular, to an earlier onset of spring. Therefore, in some regions (southern Canada and western Russia) temperatures were close to 0°C. snow has provided a declining fraction of total annual precipitation (Groisman et al., 2003, 2005, 2007). In other regions, particularly north of 55°N, the fraction of annual precipitation falling as snow in winter has changed little.

Berger et al. (2002) found a trend towards fewer snowfall events during winter across the lower Missouri River Basin from 1948 to 2002, but little or no trend in snowfall occurrences within the plains region to the south. In New England, there has been a decrease in the proportion of precipitation occurring as snow at many locations, caused predominantly by a decrease in snowfall, with a lesser contribution from increased rainfall (Huntington et al., 2004). By contrast, Burnett et al. (2003) found large increases in lake-effect snowfall since 1951 for locations near the North American Great Lakes, consistent with the observed decrease in ice cover for most of the Great Lakes since the early 1980s (Assell et al., 2003). In addition to snow data, Burnett et al. (2003) used lake sediment reconstructions for locations south of Lake Ontario to indicate that these increases have been ongoing since the beginning of the 20th century. Ellis and Johnson (2004) found that the increases in snowfall across

the regions to the lee of Lakes Erie and Ontario are due to increases in the frequency of snowfall at the expense of rainfall events, an increase in the intensity of snowfall events, and to a lesser extent an increase in the water equivalent of the snow. In Canada, the frequency of heavy snowfall events has decreased since the 1970s in the south and increased in the north (Zhang et al., 2001a).

### 3.3.2.4   Urban Areas

As noted in Section 3.2.2.2 (see also Box 7.2), the microclimates in cities are clearly different than in neighbouring rural areas. The presence of a city affects runoff, moisture availability and precipitation. Crutzen (2004) pointed out that while human energy production is relatively small globally compared with the Sun, it is locally important in cities, where it can reach 20 to 70 W m$^{-2}$. Urban effects can lead to increased precipitation (5 to 25% over background values) during the summer months within and 50 to 75 km downwind of the city (Changnon et al., 1981). More frequent or intense storms have been linked to city growth in Phoenix, Arizona (Balling and Brazel, 1987) and Mexico City (Jauregui and Romales, 1996). More recent observational studies (Bornstein and Lin, 2000; Changnon and Westcott, 2002; Shepherd et al., 2002; Diem and Brown, 2003; Dixon and Mote, 2003; Fujibe, 2003; Shepherd and Burian, 2003; Inoue and Kimura, 2004; Shepherd et al., 2004; Burian and Shepherd, 2005) have continued to link urban-induced dynamic processes to precipitation anomalies. Nor is land use change confined to urban areas (see Section 7.2). Other changes in land use also affect precipitation. A notable example arises from deforestation in the Amazon, where Chagnon and Bras (2005) found large changes in local rainfall with increases in deforested areas, associated with local atmospheric circulations that are changed by gradients in vegetation, and also found changes in seasonality.

Suggested mechanisms for urban-induced rainfall include: (1) enhanced convergence due to increased surface roughness in the urban environment (e.g., Changnon et al., 1981; Bornstein and Lin, 2000; Thielen et al., 2000); (2) destabilisation due to UHI thermal perturbation of the boundary layer and resulting downstream translation of the UHI circulation or UHI-generated convective clouds (e.g., Shepherd et al., 2002; Shepherd and Burian, 2003); (3) enhanced aerosols in the urban environment for cloud condensation nuclei sources (e.g., Diem and Brown, 2003; Molders and Olson, 2004); or (4) bifurcating or diverting of precipitating systems by the urban canopy or related processes (e.g., Bornstein and Lin, 2000). The 'weekend effect' noted in Section 3.2.2.2 likely arises from some of these mechanisms. The diurnal cycle in precipitation, which varies over the USA from late afternoon maxima in the Southeast to nocturnal maxima in the Great Plains (Dai and Trenberth, 2004), may be modified in some regions by urban environments. Dixon and Mote (2003) found that a growing UHI effect in Atlanta, Georgia (USA) enhanced and possibly initiated thunderstorms, especially in July (summer) just after midnight. Low-level moisture was found to be a key factor.

### 3.3.2.5   Ocean Precipitation

Remotely sensed precipitation measurements over the ocean are based on several different sensors in the microwave and infrared that are combined in different ways. Many experimental products exist. Operational merged products seem to perform best in replicating island-observed monthly amounts (Adler et al., 2001). This does not mean they are best for trends or low-frequency variability, because of the changing mixes of input data. The main global data sets available for precipitation, and which therefore include ocean coverage, have been the GPCP (Huffman et al., 1997; Adler et al., 2003) and the NOAA Climate Prediction Center (CPC) Merged Analysis of Precipitation (CMAP; Xie and Arkin, 1997). Comparisons of these data sets and others (Adler et al., 2001; Yin et al., 2004) reveal large discrepancies over the ocean; however, there is better agreement among the passive microwave products even using different algorithms. Over the tropical oceans, mean amounts in CMAP and GPCP differ by 10 to 15%. Calibration using observed rainfall from small atolls in CMAP was extended throughout the tropics in ways that are now recognised as incorrect. However, evaluation of GPCP reveals that it is biased low by 16% at such atolls (Adler et al., 2003), also raising questions about the ocean GPCP values. Differences arise due to sampling and algorithms. Polar-orbiting satellites each obtain only two instantaneous rates per day over any given location, and thus suffer from temporal sampling deficiencies that are offset by using geostationary satellites. However, only less-accurate infrared sensors are available with the latter. Model-based (including reanalysis) products perform poorly in the evaluation of Adler et al. (2001) and are not currently suitable for climate monitoring. Robertson et al. (2001b) examined monthly anomalies from several satellite-derived precipitation data sets (using different algorithms) over the tropical oceans. The expectation in the TAR was that measurements from the Tropical Rainfall Measuring Mission (TRMM) Precipitation Radar (PR) and passive TRMM microwave imager (TMI) would clarify the reasons for the discrepancies, but this has not yet been the case. Robertson et al. (2003) documented poorly correlated behaviour (correlation 0.12) between the monthly, tropical ocean-averaged precipitation anomalies from the PR and TMI sensors. Although the TRMM PR responds directly to precipitation size hydrometeors, it operates with a single attenuating frequency (13.8 GHz) that necessitates significant microphysical assumptions regarding drop size distributions for relating reflectivity, signal attenuation and rainfall, and uncertainties in microphysical assumptions for the primary TRMM algorithm (2A25) remain problematic.

The large regional signals from monsoons and ENSO that emphasise large-scale shifts in precipitation are reasonably well captured in GPCP and CMAP (see Section 3.6.2), but cancel out when area-averaged over the tropics, and the trends and variability of the tropical average are quite different in the two products. Global precipitation from GPCP (updated from Adler et al., 2003, but not shown) has monthly variability with a standard deviation of about 2% of the mean. The variability in the ocean

and land areas when examined separately is larger, about 3%, and with variations related to ENSO events (Curtis and Adler, 2003). During El Niño events, area-averaged precipitation increases over the oceans but decreases over land.

Although the trend over 25 years in global total precipitation in the GPCP data set (Adler et al., 2003) is very small, there is a small increase (about 4% over the 25 years) over the oceans in the latitude range 25°S to 25°N, with a partially compensating decrease over land (2%) in the same latitude belt. Northern mid-latitudes show a decrease over land and ocean. Over a slightly longer time frame, precipitation increased over the North Atlantic between 1960 to 1974 and 1975 to 1989 (Josey and Marsh, 2005) and is reflected in changes in salinity in the oceans (Section 5.2.3). The inhomogeneous nature of the data sets and the large ENSO variability limit what can be said about the validity of changes, both globally and regionally.

### 3.3.3 Evapotranspiration

There are very limited direct measurements of actual evapotranspiration over global land areas. Over oceans, estimates of evaporation depend on bulk flux estimates that contain large errors. Evaporation fields from the ERA-40 and NRA are not considered reliable because they are not well constrained by precipitation and radiation (Betts et al., 2003; Ruiz-Barradas and Nigam, 2005). The physical processes related to changes in evapotranspiration are discussed in Section 7.2 and Section 3.4, Box 3.2.

Decreasing trends during recent decades are found in sparse records of pan evaporation (measured evaporation from an open water surface in a pan) over the USA (Peterson et al., 1995; Golubev et al., 2001; Hobbins et al., 2004), India (Chattopadhyay and Hulme, 1997), Australia (Roderick and Farquhar, 2004), New Zealand (Roderick and Farquhar, 2005), China (Liu et al., 2004a; Qian et al., 2006b) and Thailand (Tebakari et al., 2005). Pan measurements do not represent actual evaporation (Brutsaert and Parlange, 1998), and any trend is more likely caused by decreasing surface solar radiation over the USA and parts of Europe and Russia (Abakumova et al., 1996; Liepert, 2002) and decreased sunshine duration over China (Kaiser and Qian, 2002) that may be related to increases in air pollution and atmospheric aerosols (Liepert et al., 2004; Qian et al., 2006a) and increases in cloud cover (Dai et al., 1999). Whether actual evapotranspiration decreases or not also depends on how surface wetness changes (see Section 3.4, Box 3.2). Changes in evapotranspiration are often calculated using empirical models as a function of precipitation, wind and surface net radiation (Milly and Dunne, 2001), or land surface models (LSMs; e.g., van den Dool et al., 2003; Qian et al., 2006a).

The TAR reported that actual evapotranspiration increased during the second half of the 20th century over most dry regions of the USA and Russia (Golubev et al., 2001), resulting from greater availability of surface moisture due to increased precipitation and larger atmospheric moisture demand due to higher temperature. One outcome is a larger surface latent heat flux (increased evapotranspiration) but decreased sensible heat flux (Trenberth and Shea, 2005). Using observed precipitation, temperature, cloudiness-based surface solar radiation and a comprehensive land surface model, Qian et al. (2006a) found that global land evapotranspiration closely follows variations in land precipitation. Global precipitation values (Figure 3.12) peaked in the early 1970s and then decreased somewhat, but reflect mainly tropical values, and precipitation has increased more generally over land at higher latitudes (Figures 3.13 and 3.14). Changes in evapotranspiration depend not only on moisture supply but also on energy availability and surface wind (see Section 3.4, Box 3.2).

### 3.3.4 Changes in Soil Moisture, Drought, Runoff and River Discharge

Historical records of soil moisture content measured *in situ* are available for only a few regions and often are very short (Robock et al., 2000). A rare 45-year record of soil moisture over agricultural areas of the Ukraine shows a large upward trend, which was stronger during the first half of the period (Robock et al., 2005). Among over 600 stations from a large variety of climates, including the former Soviet Union, China, Mongolia, India and the USA, Robock et al. (2000) showed an increasing long-term trend in surface (top 1 m) soil moisture content during summer for the stations with the longest records.

One method to examine long-term changes in soil moisture uses calculations based on formulae or LSMs. Since the *in situ* observational record and global estimates of remotely sensed soil moisture data are limited, global soil moisture variations during the 20th century have been estimated by LSM simulations. However, the results depend critically on the 'forcings' used, namely the radiation (clouds), precipitation, winds and other weather variables, which are not sufficiently reliable to determine trends. Consequently the estimates based on simulations disagree. Instead, the primary approach has been to calculate Palmer Drought Severity Index (PDSI; see Box 3.1) values from observed precipitation and temperature (e.g., Dai et al., 2004a). In some locations, much longer proxy extensions have been derived from earlier tree ring data (see Section 6.6.1; e.g., Cook et al., 1999). The longer instrumental-based PDSI estimations are used to look at trends and some recent extreme PDSI events in different regions are placed in a longer-term context (see specific cases in Section 3.8, Box 3.6). As with LSM-based studies, the version of the PDSI used is crucial, and it can partly determine some aspects of the results found (Box 3.1).

Using the PDSI, Dai et al. (2004a) found a large drying trend over NH land since the middle 1950s, with widespread drying over much of Eurasia, northern Africa, Canada and Alaska. In the SH, land surfaces were wet in the 1970s and relatively dry in the 1960s and 1990s, and there was a drying trend from 1974 to 1998 although trends over the entire 1948 to 2002 period were small. Overall patterns of trends in the PDSI are given in FAQ 3.2, Figure 1. Although the long-term (1901–2005) land-based precipitation trend shows a small increase (Figure 3.12), decreases in land precipitation in recent decades are the main

## Box 3.1: Drought Terminology and Determination

In general terms, drought is a 'prolonged absence or marked deficiency of precipitation', a 'deficiency of precipitation that results in water shortage for some activity or for some group' or a 'period of abnormally dry weather sufficiently prolonged for the lack of precipitation to cause a serious hydrological imbalance' (Heim, 2002). Drought has been defined in a number of ways. 'Agricultural drought' relates to moisture deficits in the topmost one metre or so of soil (the root zone) that impact crops, 'meteorological drought' is mainly a prolonged deficit of precipitation, and 'hydrologic drought' is related to below-normal streamflow, lake and groundwater levels.

Drought and its severity can be numerically defined using indices that integrate temperature, precipitation and other variables that affect evapotranspiration and soil moisture. Several indices in different countries assess precipitation deficits in various ways, such as the Standardized Precipitation Index. Other indices make use of additional weather variables. An example is the Keetch-Byrum Drought Index (Keetch and Byrum, 1988), which assesses the severity of drought in soils based on rainfall and temperature estimates to assess soil moisture deficiencies. However, the most commonly used index is the PDSI (Palmer, 1965; Heim, 2002) that uses precipitation, temperature and local available water content data to assess soil moisture. Although the PDSI is not an optimal index, since it does not include variables such as wind speed, solar radiation, cloudiness and water vapour, it is widely used and can be calculated across many climates as it requires only precipitation and temperature data for the calculation of potential evapotranspiration (PET) using Thornthwaite's (1948) method. Because these data are readily available for most parts of the globe, the PDSI provides a measure of drought for comparison across many regions.

However, PET is considered to be more reliably calculated using Penman (1948) type approaches that incorporate the effects of wind, water vapour and solar and longwave radiation. In addition, there has been criticism of most Thornthwaite-based estimates of the PDSI because the empirical constants have not been re-computed for each climate (Alley, 1984). Hence, a self-calibrating version of the PDSI has recently been developed to ensure consistency with the climate at any location (Wells et al., 2004). Also, studies that compute changes or trends in the PDSI effectively remove influences of biases in the absolute values. As the effects of temperature anomalies on the PDSI are small compared to precipitation anomalies (Guttman, 1991), the PDSI is largely controlled by precipitation changes.

cause for the drying trends, although large surface warming during the last two to three decades has likely contributed to the drying. Dai et al. (2004a) showed that globally, very dry areas (defined as land areas with a PDSI of less than –3.0) more than doubled (from ~12 to 30%) since the 1970s, with a large jump in the early 1980s due to an ENSO-related precipitation decrease over land and subsequent increases primarily due to surface warming. However, results are dependent on the version of the PDSI model used, since the empirical constants used in a global PDSI model may not be adequately adjusted for the local climate (see Box 3.1).

In Canada, the summer PDSI averaged for the entire country indicates dry conditions during the 1940s and 1950s, generally wet conditions from the 1960s to 1995, but much drier conditions after 1995 (Shabbar and Skinner, 2004) with a relationship between recent increasing summer droughts and the warming trend in SST. Groisman et al. (2007) found increased dryness based on the Keetch-Byrum forest-fire drought index in northern Eurasia, a finding supported by Dai et al. (2004a) using the PDSI. Long European records (van der Schrier et al., 2006) reveal no trend in areas affected by extreme PDSI values (thresholds of either ±2 or ±4) over the 20th century. Nevertheless, recently Europe has suffered prolonged drought, including the 2003 episode associated with the severe summer heat wave (see Section 3.8.4, Box 3.6).

Although there was no significant trend from 1880 to 1998 during summer (JJA) in eastern China, precipitation for 1990 to 1998 was the highest on record for any period of comparable length (Gong and Wang, 2000). Zou et al. (2005) found that for China as a whole there were no long-term trends in the percentage areas of droughts (defined as PDSI < –1.0) during 1951 to 2003. However, increases in drought areas were found in much of northern China (but not in northwest China; Zou et al., 2005), aggravated by warming and decreasing precipitation (Ma and Fu, 2003; Wang and Zhai, 2003), consistent with Dai et al. (2004a).

A severe drought affecting central and southwest Asia in recent years (see Section 3.8.4, Box 3.6) appears to be the worst since at least 1980 (Barlow et al., 2002). In the Sahel region of Africa, rainfall has recovered somewhat in recent years, after large decreasing rainfall trends from the late 1960s to the late 1980s (Dai et al., 2004b; see also Section 3.3.2.2 and Section 3.7.4, Figure 3.37). Large multi-year oscillations appear to be more frequent and extreme after the late 1960s than previously in the century. A severe drought affected Australia in 2002 and 2003; precipitation deficits were not as severe as during a few episodes earlier in the 20th century, but higher temperatures exacerbated the impacts (see Section 3.8.4, Box 3.6). There have been marked multi-year rainfall deficits and drought since the mid- to late-1990s in several parts of Australia, particularly the far southwest, parts of the southeast and along sections of the east coast.

A multi-decadal period of relative wetness characterised the latter portion of the 20th century in the continental USA, in terms of precipitation (Mauget, 2003a), streamflow (Groisman et al., 2004) and annual moisture surplus (precipitation minus potential evapotranspiration; McCabe and Wolock, 2002). Despite this overall national trend towards wetter conditions,

## Frequently Asked Question 3.2
# How is Precipitation Changing?

*Observations show that changes are occurring in the amount, intensity, frequency and type of precipitation. These aspects of precipitation generally exhibit large natural variability, and El Niño and changes in atmospheric circulation patterns such as the North Atlantic Oscillation have a substantial influence. Pronounced long-term trends from 1900 to 2005 have been observed in precipitation amount in some places: significantly wetter in eastern North and South America, northern Europe and northern and central Asia, but drier in the Sahel, southern Africa, the Mediterranean and southern Asia. More precipitation now falls as rain rather than snow in northern regions. Widespread increases in heavy precipitation events have been observed, even in places where total amounts have decreased. These changes are associated with increased water vapour in the atmosphere arising from the warming of the world's oceans, especially at lower latitudes. There are also increases in some regions in the occurrences of both droughts and floods.*

Precipitation is the general term for rainfall, snowfall and other forms of frozen or liquid water falling from clouds. Precipitation is intermittent, and the character of the precipitation when it occurs depends greatly on temperature and the weather situation. The latter determines the supply of moisture through winds and surface evaporation, and how it is gathered together in storms as clouds. Precipitation forms as water vapour condenses, usually in rising air that expands and hence cools. The upward motion comes from air rising over mountains, warm air riding over cooler air (warm front), colder air pushing under warmer air (cold front), convection from local heating of the surface, and other weather and cloud systems. Hence, changes in any of these aspects alter precipitation. As precipitation maps tend to be spotty, overall trends in precipitation are indicated by the Palmer Drought Severity Index (see Figure 1), which is a measure of soil moisture using precipitation and crude estimates of changes in evaporation.

A consequence of increased heating from the human-induced enhanced greenhouse effect is increased evaporation, provided that adequate surface moisture is available (as it always is over the oceans and other wet surfaces). Hence, surface moisture effectively acts as an 'air conditioner', as heat used for evaporation acts to moisten the air rather than warm it. An observed consequence of this is that summers often tend to be either warm and dry or cool and wet. In the areas of eastern North and South America where it has become wetter (Figure 1), temperatures have therefore increased less than elsewhere (see FAQ 3.3, Figure 1 for changes in warm days). Over northern continents in winter, however, more precipitation is associated with higher temperatures, as the water holding capacity of the atmosphere increases in the warmer conditions. However, in these regions, where precipitation has generally increased somewhat, increases in temperatures (FAQ 3.1) have increased drying, making the precipitation changes less evident in Figure 1.

As climate changes, several direct influences alter precipitation amount, intensity, frequency and type. Warming accelerates land surface drying and increases the potential incidence and severity of droughts, which has been observed in many places worldwide (Figure 1). However, a well-established physical law (the Clausius-Clapeyron relation) determines that the water-holding capacity of the atmosphere increases by about 7% for every 1°C rise in temperature. Observations of trends in relative humidity are uncertain but suggest that it has remained about the same overall, from the surface throughout the troposphere, and hence increased temperatures will have resulted in increased water vapour. Over the 20th century, based on changes in sea surface temperatures, it is estimated that atmospheric water vapour increased by about 5% in the atmosphere over the oceans. Because precipitation comes mainly from weather systems that feed on the water vapour stored in the atmosphere, this has generally increased precipitation intensity and the risk of heavy rain and snow events. Basic theory, climate model simulations and empirical evidence all confirm that warmer climates, owing to increased water vapour, lead to more intense precipitation events even when the total annual precipitation is reduced slightly, and with prospects for even stronger events when the overall precipitation amounts increase. The warmer climate therefore increases risks of both drought – where it is not raining – and floods – where it is – but at different times and/or places. For instance, the summer of 2002 in Europe brought widespread floods but was followed a year later in 2003 by record-breaking heat waves and drought. The distribution and timing of floods and droughts is most profoundly affected by the cycle of El Niño events, particularly in the tropics and over much of the mid-latitudes of Pacific-rim countries.

In areas where aerosol pollution masks the ground from direct sunlight, decreases in evaporation reduce the overall moisture supply to the atmosphere. Hence, even as the potential for heavier precipitation results from increased water vapour amounts, the duration and frequency of events may be curtailed, as it takes longer to recharge the atmosphere with water vapour.

Local and regional changes in the character of precipitation also depend a great deal on atmospheric circulation patterns determined by El Niño, the North Atlantic Oscillation (NAO; a measure of westerly wind strength over the North Atlantic in winter) and other patterns of variability. Some of these observed circulation changes are associated with climate change. An associated shift in the storm track makes some regions wetter and some – often nearby – drier, making for complex patterns of change. For instance, in the European sector a more positive NAO in the 1990s led to wetter conditions in northern Europe and drier conditions over the Mediterranean and northern African regions (Figure 1). The prolonged drought in the Sahel (see Figure 1), which was pronounced from the late 1960s to the late 1980s,

*(continued)*

continues although it is not quite as intense as it was; it has been linked, through changes in atmospheric circulation, to changes in tropical sea surface temperature patterns in the Pacific, Indian and Atlantic Basins. Drought has become widespread throughout much of Africa and more common in the tropics and subtropics.

As temperatures rise, the likelihood of precipitation falling as rain rather than snow increases, especially in autumn and spring at the beginning and end of the snow season, and in areas where temperatures are near freezing. Such changes are observed in many places, especially over land in middle and high latitudes of the Northern Hemisphere, leading to increased rains but reduced snowpacks, and consequently diminished water resources in summer, when they are most needed. Nevertheless, the often spotty and intermittent nature of precipitation means observed patterns of change are complex. The long-term record emphasizes that patterns of precipitation vary somewhat from year to year, and even prolonged multi-year droughts are usually punctuated by a year of heavy rains; for instance as El Niño influences are felt. An example may be the wet winter of 2004-2005 in the southwestern USA following a six-year drought and below-normal snowpack.



**FAQ 3.2, Figure 1.** *The most important spatial pattern (top) of the monthly Palmer Drought Severity Index (PDSI) for 1900 to 2002. The PDSI is a prominent index of drought and measures the cumulative deficit (relative to local mean conditions) in surface land moisture by incorporating previous precipitation and estimates of moisture drawn into the atmosphere (based on atmospheric temperatures) into a hydrological accounting system. The lower panel shows how the sign and strength of this pattern has changed since 1900. Red and orange areas are drier (wetter) than average and blue and green areas are wetter (drier) than average when the values shown in the lower plot are positive (negative). The smooth black curve shows decadal variations. The time series approximately corresponds to a trend, and this pattern and its variations account for 67% of the linear trend of PDSI from 1900 to 2002 over the global land area. It therefore features widespread increasing African drought, especially in the Sahel, for instance. Note also the wetter areas, especially in eastern North and South America and northern Eurasia. Adapted from Dai et al. (2004b).*

a severe drought affected the western USA from 1999 to November 2004 (see Section 3.8.4, Box 3.6).

Available streamflow gauge records cover only about two-thirds of the global actively drained land areas and they often have gaps and vary in record length (Dai and Trenberth, 2002). Estimates of total continental river discharge are therefore often based on incomplete gauge records (e.g., Probst and Tardy, 1987, 1989; Guetter and Georgakakos, 1993), reconstructed streamflow time series (Labat et al., 2004) or methods to account for the runoff contribution from the unmonitored areas (Dai and Trenberth, 2002). These estimates show large decadal to multi-decadal variations in continental and global freshwater discharge (excluding groundwater; Guetter and Georgakakos, 1993; Labat et al., 2004).

Streamflow records for the world's major rivers show large decadal to multi-decadal variations, with small secular trends for most rivers (Cluis and Laberge, 2001; Lammers et al., 2001; Mauget, 2003b; Pekárová et al., 2003; Dai et al., 2004a). Increased streamflow during the latter half of the 20th century has been reported over regions with increased precipitation, such as many parts of the USA (Lins and Slack, 1999; Groisman et al., 2004) and southeastern South America (Genta et al., 1998). Decreased streamflow was reported over many Canadian river basins during the last 30 to 50 years (Zhang et al., 2001b), where precipitation has also decreased during the period. Déry and Wood (2005) also found decreases in river discharge into the Arctic and North Atlantic Oceans from high-latitude Canadian rivers, with potential implications for salinity levels in these oceans and possibly the North Atlantic THC. These changes are consistent with observed precipitation decreases in high-latitude Canada from 1963 to 2000. Further, Milly et al. (2002) showed significant trends towards more extreme flood events from streamflow measurements in 29 very large basins, but Kundzewicz et al. (2005) found both increases (in 27 cases) and decreases (in 31 cases) as well as no significant (at the 10% level) long-term changes in annual extreme flows for 137 of the 195 rivers examined worldwide. Recent extreme flood events in central Europe (on the Elbe and some adjacent catchments) are discussed in Section 3.8.4, Box 3.6.

Large changes and trends in seasonal streamflow rates for many of the world's major rivers (Lammers et al., 2001; Cowell and Stoudt, 2002; Ye et al., 2003; Yang et al., 2004) should be interpreted with caution, since many of these streams have been affected by the construction of large dams and reservoirs that increase low flow and reduce peak flow. Nevertheless, there is evidence that the rapid warming since the 1970s has induced earlier snowmelt and associated peak streamflow in the western USA (Cayan et al., 2001) and New England, USA (Hodgkins et al., 2003) and earlier breakup of river ice in Russian Arctic rivers (Smith, 2000) and many Canadian rivers (Zhang et al., 2001b).

River discharges in the La Plata River Basin in southeastern South America exhibit large interannual variability. Consistent evidence linking the Paraná and Uruguay streamflows and ENSO has been found (Bischoff et al., 2000; Camilloni and Barros, 2000, 2003; Robertson et al., 2001a; Berri et al., 2002;

Krepper et al., 2003), indicating that monthly and extreme flows during El Niño are generally larger than those observed during La Niña events. For the Paraguay River, most of the major discharges at the Pantanal wetland outlet occurred in the neutral phases of ENSO, but in the lower reaches of the river the major discharge events occurred during El Niño events (Barros et al., 2004). South Atlantic SST anomalies also modulate regional river discharges through effects on rainfall in southeastern South America (Camilloni and Barros, 2000). The Paraná River shows a positive trend in its annual mean discharge since the 1970s in accordance with the regional rainfall trends (García and Vargas, 1998; Barros et al., 2000a; Liebmann et al., 2004), as do the Paraguay and Uruguay Rivers since 1970 (Figure 3.14).

For 1935 to 1999 in the Lena River Basin in Siberia, Yang et al. (2002) found significant increases in temperature and streamflow and decreases in ice thickness during the cold season. Strong spring warming resulted in earlier snowmelt with a reduced maximum streamflow pulse in June. During the warm season, smaller streamflow increases are related to an observed increase in precipitation. Streamflow in the Yellow River Basin in China decreased significantly during the latter half of the 20th century, even after accounting for increased human water consumption (Yu et al., 2004a). Temperatures have increased over the basin, but precipitation has shown no change, suggesting an increase in evaporation.

In Africa from 1950 to 1995, Jury (2003) found that the Niger and Senegal Rivers show the effects of the Sahel drying trend with a decreasing trend in flow. The Zambezi also exhibits reduced flows, but rainfall over its catchment area appears to be stationary. Other major African rivers, including the Blue and White Nile, Congo and inflow into Lake Malawi show high variability, consistent with interannual variability of SSTs in the Atlantic, Indian and Pacific Oceans. A composite index of streamflow for these rivers shows that the five highest flow years occurred prior to 1979, and the five lowest flow years occurred after 1971.

### 3.3.5   Consistency and Relationships between Temperature and Precipitation

Observed changes in regional temperature and precipitation can often be physically related to one another. This section assesses the consistencies of these relationships in the observed trends. Significant large-scale correlations between observed monthly mean temperature and precipitation (Madden and Williams, 1978) for North America and Europe have stood up to the test of time and been expanded globally (Trenberth and Shea, 2005). In the warm season over continents, higher temperatures accompany lower precipitation amounts and vice versa. Hence, over land, strong negative correlations dominate, as dry conditions favour more sunshine and less evaporative cooling, while wet summers are cool. However, at latitudes poleward of 40° in winter, positive correlations dominate as the water-holding capacity of the atmosphere limits precipitation amounts in cold conditions and warm air advection in cyclonic storms

is accompanied by precipitation. Where ocean conditions drive the atmosphere, higher surface air temperatures are associated with precipitation, as during El Niño events. For South America, Rusticucci and Penalba (2000) showed that warm summers are associated with low precipitation, especially in northeast and central-western Argentina, southern Chile, and Paraguay. Cold season (JJA) correlations are weak but positive to the west of 65°W, as stratiform cloud cover produces a higher minimum temperature. For stations in coastal Chile, the correlation is always positive and significant, as it is adjacent to the ocean, especially in the months of rainfall (May to September), showing that high SSTs favour convection.

This relationship of higher warm-season temperatures with lower precipitation appears to apply also to trends (Trenberth and Shea, 2005). An example is Australia, which exhibits evidence of increased drought severity, consistent with the observed warming during the latter half of the 20th century (Nicholls, 2004). Mean maximum and minimum temperatures during the 2002 Australian drought were much higher than during the previous droughts in 1982 and 1994, suggesting enhanced potential evaporation as well (see Section 3.8.4, Box 3.6). Record-high maximum temperatures also accompanied the dry conditions in 2005.

### 3.3.6   Summary

Substantial uncertainty remains in trends of hydrological variables because of large regional differences, gaps in spatial coverage and temporal limitations in the data (Huntington, 2006). At present, documenting interannual variations and trends in precipitation over the oceans remains a challenge. Global precipitation averages over land are not very meaningful and mask large regional variations. Precipitation generally increased over the 20th century from 30°N to 85°N over land, and over Argentina, but notable decreases have occurred in the past 30 to 40 years from 10°S to 30°N. Salinity decreases in the North Atlantic and south of 25°S suggest similar precipitation changes over the ocean (Sections 5.3.2 and 5.5.3). Runoff and river discharge generally increased at higher latitudes, along with soil moisture, consistent with precipitation changes. River discharges in many tropical areas of Africa and South America are strongly affected by ENSO, with greater discharges from the Paraná River after the 1976–1977 climate shift but lower discharges from some major African rivers since then.

However, the PDSI suggests there has likely been a large drying trend since the mid-1950s over many land areas, with widespread drying over much of Africa, southern Eurasia, Canada and Alaska. In the SH, there was a drying trend from 1974 to 1998, although trends over the entire 1948 to 2002 period are small. Seasonal decreases in land precipitation since the 1950s are the main cause for some of the drying trends, although large surface warming during the last two to three decades has also likely contributed to the drying. Based on the PDSI data, very dry areas (defined as land areas with a PDSI of less than –3.0) have more than doubled in extent since the 1970s, with a large jump in the early 1980s due to an ENSO-induced precipitation

decrease over land and subsequent increases primarily due to surface warming.

Hence, the observed marked increases in drought in the past three decades arise from more intense and longer droughts over wider areas, as a critical threshold for delineating drought is exceeded over increasingly widespread areas. Overall, consistent with the findings of Huntington (2006), the evidence for increases in both severe droughts and heavy rains (Section 3.8.2) in many regions of the world makes it likely that hydrologic conditions have become more intense.

## 3.4   Changes in the Free Atmosphere

### 3.4.1   Temperature of the Upper Air: Troposphere and Stratosphere

Within the community that constructs and actively analyses satellite- and radiosonde-based temperature records there is agreement that the uncertainties about long-term change are substantial. Changes in instrumentation and protocols pervade both sonde and satellite records, obfuscating the modest long-term trends. Historically there is no reference network to anchor the record and establish the uncertainties arising from these changes – many of which are both barely documented and poorly understood. Therefore, investigators have to make seemingly reasonable choices of how to handle these sometimes known but often unknown influences. It is difficult to make quantitatively defensible judgments as to which, if any, of the multiple, independently derived estimates is closer to the true climate evolution. This reflects almost entirely upon the inadequacies of the historical observing network and points to the need for future network design that provides the reference sonde-based ground truth. Karl et al. (2006) provide a comprehensive review of this issue.

#### 3.4.1.1   Radiosondes

Since the TAR, considerable effort has been devoted to assessing and improving the quality of the radiosonde temperature record (see Appendix 3.B.5.1). A particular aim has been to reduce artificial changes arising from instrumental and procedural developments during the seven decades (1940s–2000s) of the radiosonde record (Free and Seidel, 2005; Thorne et al., 2005a; Karl et al., 2006). Comparisons of several adjustment methods showed that they gave disparate results when applied to a common set of radiosonde station data (Free et al., 2002). One approach, based on the physics of heat transfer within the radiosonde, performed poorly when evaluated against satellite temperature records (Durre et al., 2002). Another method, comparison with satellite data (HadRT (Hadley Centre Radiosonde Temperature Data Set); Parker et al., 1997), is limited to the satellite era and to events with available metadata, and causes a reduction in spatial consistency of the data. A comprehensive intercomparison (Seidel et al., 2004)

showed that five radiosonde data sets yielded consistent signals for higher-frequency events such as ENSO, the Quasi-Biennial Oscillation (QBO) and volcanic eruptions, but inconsistent signals for long-term trends.

Several approaches have been used to create new adjusted data sets since the TAR. The Lanzante-Klein-Seidel (LKS; Lanzante et al., 2003a,b) data set, using 87 carefully selected stations, has subjectively derived bias adjustments throughout the length of its record but terminates in 1997. It has been updated using the Integrated Global Radiosonde Archive (IGRA; Durre et al., 2006) by applying a different bias adjustment technique (Free et al., 2004b) after 1997, creating a new archive (Radiosonde Atmospheric Temperature Products for Assessing Climate; RATPAC). Another new radiosonde record, HadAT2 (Hadley Centre Atmospheric Temperature Data Set 2, successor to HadRT) uses a neighbour comparison approach to build spatial as well as temporal consistency. A third approach (Haimberger, 2005) uses the bias adjustments estimated during data assimilation into model-based reanalyses to identify and reduce inhomogeneities in radiosonde data. Despite the risk of contamination by other biased data or by model bias, the resulting adjustments agree with those estimated by other methods. Rather than adjusting the data, Angell (2003) tried to reduce data quality problems by removing several tropical stations from his radiosonde network.

Despite these efforts to produce homogeneous data sets, recent analyses of radiosonde data indicate that significant problems remain. Sherwood et al. (2005) found substantial changes in the diurnal cycle in unadjusted radiosonde data. These changes are probably a consequence of improved sensors and radiation error adjustments. Relative to nighttime values, they found a daytime warming of sonde temperatures prior to 1971 that is likely to be spurious and then a spurious daytime cooling from 1979 to 1997. They estimated that there was probably a spurious overall downward trend in sonde temperature records during the satellite era (since 1978) throughout the atmosphere of order 0.1°C per decade globally. The assessed spurious cooling is greatest in the tropics (0.16°C per decade for the 850 to 300 hPa layer) and least in the NH extratropics (0.04°C per decade). Randel and Wu (2006) used collocated MSU data to show that cooling biases remain in some of the LKS and RATPAC radiosonde data for the tropical stratosphere and upper troposphere due to changes in instruments and radiation correction adjustments. They also identified problems in night data as well as day, indicating that negative biases are not limited to daytime observations. However, a few stations may have positive biases (Christy and Spencer, 2005).

The radiosonde data set is limited to land areas, and coverage is poor over the tropics and SH. Accordingly, when global estimates based solely on radiosondes are presented, there are



**Figure 3.16.** *Vertical weighting functions (grey) depicting the layers sampled by satellite MSU measurements and their derivatives, and used also for radiosonde and reanalysis records. The right panel schematically depicts the variation in the tropopause (that separates the stratosphere and troposphere) from the tropics (left) to the high latitudes (right). The fourth panel depicts T4 in the lower stratosphere, the third panel shows T2, the second panel shows the troposphere as a combination of T2 and T4 (Fu et al., 2004a) and the first panel shows T2$_{LT}$ from the UAH for the low troposphere. Adapted from Karl et al. (2006).*

considerable uncertainties (Hurrell et al., 2000; Agudelo and Curry, 2004) and denser networks – which perforce still omit oceanic areas – may not yield more reliable 'global' trends (Free and Seidel, 2005). Radiosonde records have an advantage of starting in the 1940s regionally, and near-globally from about 1958. They monitor the troposphere and lower stratosphere; the layers analysed are described below and in Figure 3.16. Radiosonde-based global mean temperature estimates are given in Figure 3.17, presented later.

### 3.4.1.2    The Satellite Microwave Sounding Unit Record

#### 3.4.1.2.1    Summary of satellite capabilities and challenges

Satellite-borne microwave sounders estimate the temperature of thick layers of the atmosphere by measuring microwave emissions (radiances) that are proportional to the thermal state of emission of oxygen molecules from a complex of emission lines near 60 GHz. By making measurements at different frequencies near 60 GHz, different atmospheric layers can be sampled. A series of nine instruments called Microwave Sounding Units (MSUs) began making this kind of measurement in late 1978. Beginning in mid-1998, a subsequent series of instruments, the Advanced MSUs (AMSUs), began operation. Unlike infrared sounders, microwave sounders are not affected by most clouds, although some effects are experienced from precipitation and clouds with high liquid water content. Figure 3.16 illustrates the lower troposphere (referred to as $T2_{LT}$), troposphere, and MSU channel 2 (referred to as T2) and channel 4 (lower stratosphere, referred to as T4) layers.

The main advantage of satellite measurements compared to radiosondes is the excellent coverage of the measurements, with complete global coverage every few days. However, like radiosondes, temporal continuity is a major challenge for climate assessment, as data from all the satellites in the series must be merged together. The merging procedure must accurately account for a number of error sources. The most important are: (1) offsets in calibration between satellites; (2) orbital decay and drift and associated long-term changes in the time of day that the measurements are made at a particular location, which combine with the diurnal cycle in atmospheric temperature to produce diurnal drifts in the estimated temperatures; (3) drifts in satellite calibration that are correlated with the temperature of the on-board calibration target. Since the calibration target temperatures vary with the satellite diurnal drift, the satellite calibration and diurnal drift corrections are intricately coupled together (Fu and Johanson 2005). Independent teams of investigators have used different methods to determine and correct for these 'structural' and other sources of error (Thorne et al., 2005b). Appendix 3.B.5.3 discusses adjustments to the data in more detail.

#### 3.4.1.2.2    Progress since the TAR

Since the TAR, several important developments and advances have occurred in the analysis of satellite measurements of atmospheric temperatures. Existing data sets have been scrutinised and problems identified, leading to new versions as described below. A number of new data records have been constructed from the MSU measurements, as well as from global reanalyses (see Section 3.4.1.3). Further, new insights have come from statistical combinations of the MSU records from different channels that have minimised the influence of the stratosphere on the tropospheric records (Fu et al., 2004a,b; Fu and Johanson, 2004, 2005). These new data sets and analyses are very important because the differences highlight assumptions and it becomes possible to estimate the uncertainty in satellite-derived temperature trends that arises from different methods and approaches to the construction of temporally consistent records.

Analyses of MSU channels 2 and 4 have been conducted by the University of Alabama in Huntsville (UAH; Christy et al., 2000, 2003) and by Remote Sensing Systems (RSS; Mears et al., 2003; Mears and Wentz, 2005). Another analysis of channel 2 is that of Vinnikov and Grody (2003; version 1 – VG1), now superseded by Grody et al. (2004) and Vinnikov et al. (2006; version 2 – VG2). MSU channel 2 (T2) measures a thick layer of the atmosphere, with approximately 75 to 80% of the signal coming from the troposphere, 15% from the lower stratosphere, and the remaining 5 to 10% from the surface. MSU channel 4 (T4) is primarily sensitive to temperature in the lower stratosphere (Figure 3.16).

Global time series from each of the MSU records are shown in Figure 3.17 and calculated global trends are depicted in Figure 3.18. These show a global cooling of the stratosphere (T4) of –0.32°C to –0.47 °C per decade and a global warming of the troposphere (T2) of 0.04°C to 0.20°C per decade for the period 1979 to 2004. The large spread in T2 trends stems from differences in the inter-satellite calibration and merging technique, and differences in the corrections for orbital drift, diurnal cycle change and the hot-point calibration temperature (Christy et al., 2003; Mears et al., 2003; Christy and Norris, 2004; Grody et al., 2004; Fu and Johanson, 2005; Mears and Wentz, 2005; Vinnikov et al., 2006; see also Appendix 3.B.5.3)

The RSS results for T2 indicate nearly 0.1°C per decade more warming in the troposphere than UAH (see Figure 3.18) and most of the difference arises from the use of different amounts of data to determine the parameters of the calibration target effect (Appendix 3.B.5.3). The UAH analysis yields parameters for the NOAA-9 satellite (1985–1987) outside of the physical bounds expected by Mears et al. (2003). Hence, the large difference in the calibration parameters for the single instrument mounted on the NOAA-9 satellite accounted for a substantial part of the difference between the UAH and RSS T2 trends. The rest arises from differences in merging parameters for other satellites; differences in the correction for the drift in measurement time, especially for the NOAA-11 satellite (Mears et al., 2003; Christy and Norris, 2004); and differences in the ways the hot-point temperature is corrected for (Grody et al., 2004; Fu and Johanson, 2005). In the tropics, these accounted for differences in T2 trends of about 0.07°C per decade after 1987 and discontinuities were also present in 1992 and 1995 at times of satellite transitions (Fu and Johanson, 2005). The T2 data record of Grody et al. (2004) and Vinnikov et al. (2006) (VG2) shows slightly more warming in the troposphere than

the RSS data record (Figure 3.18). See also Appendix 3.B.5.3 for discussion of the VG2 analysis.

Although the T4 from RSS has about 0.1°C per decade less cooling than the UAH product (Figure 3.18), both data sets support the conclusions that the stratosphere has undergone strong cooling since 1979. Because about 15% of the signal for T2 comes from the lower stratosphere, the observed cooling causes the reported T2 trends to underestimate tropospheric warming. By creating a weighted combination of T2 and T4, this effect has been greatly reduced (Fu et al., 2004a; see Figure 3.16). This technique for estimating the global mean temperature implies small negative weights at some stratospheric levels, but because of vertical coherence these merely compensate for other positive weights nearby and it is the integral that matters (Fu and Johanson, 2004). From 1979 to 2001 the stratospheric contribution to the trend in T2 is about –0.08°C per decade. Questions about this technique (Tett and Thorne, 2004) have led to clearer interpretation of its application to the tropics (Fu et al., 2004b). The technique has also been successfully applied to model results (Gillett et al., 2004; Kiehl et al., 2005), although model biases in depicting stratospheric cooling can affect results. In a further development, weighted combinations of T2, MSU channel 3 (T3) and T4 since 1987 have formed tropical series for the upper, lower and whole troposphere (Fu and Johanson, 2005).

By differencing T2 measurements made at different slant angles, the UAH group produced an updated data record weighted for the lower and mid troposphere, T2$_{LT}$ (Christy et al., 2003). This retrieval also has the effect of removing the stratospheric influence on long-term trends, but its uncertainties are augmented by the need to compensate for orbital decay and by computing a small residual from two large values (Wentz and Schabel, 1998). T2$_{LT}$ retrievals include a large signal from the surface and so are adversely affected by changes in surface emissivity, including changes in sea ice cover (Swanson, 2003). Fu and Johanson (2005) found that the T2$_{LT}$ trends were physically inconsistent compared with those of the surface, T2 and T4, even if taken from the UAH record. They also showed that the large trend bias is mainly attributed to the periods when a satellite had substantial drifts in local equator crossing time that caused large changes in calibration target temperatures and large diurnal drifts. Mears and Wentz (2005) further found that the adjustments for diurnal cycle required from satellite drift had the wrong sign in the UAH record in the tropics. Corrections have been made (version 5.2; Christy and Spencer, 2005) and are reflected in Figure 3.18, but the trend in the tropics is still smaller for most periods than both those in the troposphere (using T2 and T4) and those at the surface. Mears and Wentz (2005) computed their own alternative T2$_{LT}$ record and found a T2$_{LT}$ trend nearly 0.1°C per decade larger than the revised UAH trend. After 1987, when MSU channel



Figure 3.17. Observed surface and upper-air temperature anomalies (°C). (A) Lower stratospheric T4, (B) Tropospheric T2, (C) Lower tropospheric T2$_{LT}$ from UAH, RSS and VG2 MSU satellite analyses and UKMO HadAT2 and NOAA RATPAC radiosonde observations; and (D) Surface records from NOAA, NASA/GISS and UKMO/CRU (HadCRUT2v). All time series are monthly mean anomalies relative to the period 1979 to 1997 smoothed with a seven-month running mean filter. Major volcanic eruptions are indicated by vertical blue dashed lines. Adapted from Karl et al. (2006).

3 became available, Fu and Johanson (2005), using RSS data, found a systematic trend of increasing temperature with altitude throughout the tropics.

Comparisons of tropospheric radiosonde station data with collocated satellite data (Christy and Norris, 2004) show considerable scatter, and root mean square differences between UAH satellite data and radiosondes are substantial (Hurrell et al., 2000). Although Christy and Norris (2004) found good agreement between median radiosonde temperature trends and UAH trends, comparisons are more likely to be biased by spurious cooling than by spurious warming in unhomogenised





**Figure 3.18.** *Linear temperature trends (°C per decade) for 1979 to 2004 for the globe (top) and tropics (20°N to 20°S; bottom) for the MSU channels T4 (top panel) and T2 (second panel) or equivalent for radiosondes and reanalyses; for the troposphere (third panel) based on T2 with T4 used to statistically remove stratospheric influences (Fu et al., 2004a); for the lower troposphere (fourth panel) based on the UAH retrieval profile; and for the surface (bottom panel). Surface records are from NOAA/NCDC (green), NASA/GISS (blue) and HadCRUT2v (light blue). Satellite records are from UAH (orange), RSS (dark red) and VG2 (magenta); radiosonde-based records are from NOAA RATPAC (brown) and HadAT2 (light green); and atmospheric reanalyses are from NRA (red) and ERA-40 (cyan). The error bars are 5 to 95% confidence limits associated with sampling a finite record with an allowance for autocorrelation. Where the confidence limits exceed –1, the values are truncated. ERA-40 trends are only for 1979 to August 2002. Data from Karl et al. (2006; D. Seidel courtesy of J. Lanzante; and J. Christy).*

(Sherwood et al., 2005) and even homogenised (Randel and Wu, 2006) radiosonde data (see Section 3.4.1.1 and Appendix 3.B.5.1). In the stratosphere, radiosonde trends are more negative than both MSU retrievals, especially when compared with RSS, and this is very likely due to changes in sondes and their processing for radiation corrections (Randel and Wu, 2006).

Geographical patterns of the linear trend in tropospheric temperature from 1979 to 2004 (Figure 3.19) are qualitatively

similar in the RSS and UAH MSU data sets. Both show coherent warming over most of the NH, but UAH shows cooling over parts of the tropical Pacific and tropospheric temperature trends differ south of 45°S where UAH indicate more cooling than RSS.

### 3.4.1.3    Reanalyses

A comprehensive global reanalysis completed since the TAR, ERA-40 (Uppala et al., 2005), extends from September 1957 to August 2002. Reanalysis is designed to prevent changes in the analysis system from contaminating the climate record, as occurs with global analyses from operational numerical weather prediction, and it compensates for some but not all of the effects of changes in the observing system (see Appendix 3.B.5.4). Unlike the earlier NRA that assimilated satellite retrievals, ERA-40 assimilated bias-adjusted radiances including MSU data (Harris and Kelly, 2001; Uppala et al., 2005), and the assimilation procedure itself accounts for orbital drift and change in satellite height – factors that have to be addressed in direct processing of MSU radiances for climate studies (e.g., Christy et al., 2003; Mears et al., 2003; Mears and Wentz, 2005). Onboard calibration biases are treated indirectly via the influence of other data sets. Nonetheless, the veracity of low-frequency variability in atmospheric temperatures is compromised in ERA-40 by residual problems in bias corrections.

Trends and low-frequency variability in large-scale surface air temperature from ERA-40 and from the monthly climate station data analysed by Jones and Moberg (2003) are in generally good agreement from the late 1970s onwards (see also Section 3.2.2.1). Temperatures from ERA-40 vary quite coherently throughout the planetary boundary layer over this period, and earlier for regions with consistently good coverage from both surface and upper-air observations (Simmons et al., 2004).

Processed MSU records of layer temperature have been compared with equivalents derived from the ERA-40 analyses (Santer et al., 2004). The use of deep layers conceals disparate trends at adjacent tropospheric levels in ERA-40.



**Figure 3.19.** *Linear tropospheric temperature trends (°C per decade) for 1979 to 2005 from RSS (based on T2 and T4 adjusted as in Fu et al., 2004a). Courtesy Q. Fu.*

Relatively cold tropospheric values before the satellite era arose from a combination of scarcity of radiosonde data over the extratropical SH and a cold bias of the assimilating model, giving a tropospheric warming trend that is clearly too large when taken over the full period of the reanalysis (Bengtsson et al., 2004; Simmons et al., 2004; Karl et al., 2006). ERA-40 also exhibits a middle-tropospheric cooling over most of the tropics and subtropics since the 1970s that is certainly too strong owing to a warm bias in the analyses for the early satellite years.

Tropospheric patterns of trends from ERA-40 are similar to Figure 3.19, with coherent warming over the NH, although with discrepancies south of 45°S. These differences are not fully understood, although the treatment of surface emissivity anomalies over snow- and ice-covered surfaces may contribute (Swanson, 2003). At high southern latitudes, ERA-40 shows strong positive temperature trends in JJA in the period 1979 to 2001, in good accord with antarctic radiosonde data (Turner et al., 2006). The large-scale patterns of stratospheric cooling are similar in ERA-40 and the MSU data sets (Santer et al., 2004). However, the ERA-40 analyses in the lower stratosphere are biased cold relative to radiosonde data in the early satellite years, reducing downward trends. Section 3.5 relates the trends to atmospheric circulation changes.

### 3.4.1.4    The Tropopause

The tropopause marks the division between the troposphere and stratosphere and generally a minimum in the vertical profile of temperature. The height of the tropopause is affected by the heat balance of both the troposphere and the stratosphere. For example, when the stratosphere warms owing to absorption of radiation by volcanic aerosol, the tropopause is lowered. Conversely, a warming of the troposphere raises the tropopause, as does a cooling of the stratosphere. The latter is expected as a result of increasing greenhouse gas concentrations and stratospheric ozone depletion. Accordingly, changes in the height of the tropopause provide a sensitive indicator of human effects on climate. Inaccuracies and spurious trends in NRA preclude their use in determining tropopause trends (Randel et al., 2000) although they were found useful for interannual variability. Over 1979 to 2001, tropopause height increased by nearly 200 m (as a global average) in ERA-40, partly due to tropospheric warming plus stratospheric cooling (Santer et al., 2004). Atmospheric temperature changes in the UAH and RSS satellite MSU data sets (see Section 3.4.1.2) were found to be more highly correlated with changes in ERA-40 than with those in NRA, illustrating the improved quality of ERA-40 and satellite data. The Santer et al. (2004) results provide support for warming of the troposphere and cooling of the lower stratosphere over the last four decades of the 20th century, and indicate that both of these changes in atmospheric temperature have contributed to an overall increase in tropopause height. The radiosonde-based analyses of Randel et al. (2000), Seidel et al. (2001) and Highwood et al. (2000) also show increases in tropical tropopause height.

### 3.4.1.5    Synthesis and Comparison with the Surface Temperatures

Figure 3.17 presents the radiosonde and satellite global time series and Figure 3.18 gives a summary of the linear trends for 1979 to 2004 for global and tropical (20°N to 20°S) averages. Values at the surface are from NOAA (NCDC), NASA (GISS), UKMO/CRU (HadCRUT2v) and the NRA and ERA-40 reanalyses. Trends aloft are for the lower troposphere corresponding to $T_{2LT}$, T2, T4 and also the linear combination of T2 and T4 to better depict the entire troposphere as given by Fu et al. (2004a). In addition to the reanalyses, the results from the satellite-based methods from UAH, RSS and VG2 are given along with radiosonde estimates from HadAT2 and RATPAC. The ERA-40 trends only extend through August 2002, and VG2 is available only for T2. The error bars plotted here are 5 to 95% confidence limits associated with sampling a finite record where an allowance has been made for temporal autocorrelation in computing degrees of freedom (Appendix 3.A). However, the error bars do not include spatial sampling uncertainty, which increases the noise variance. Noise typically cuts down on temporal autocorrelation and reduces the temporal sampling error bars, which is why the RATPAC error bars are often smaller than the rest. Other sources of 'structural' and 'internal' errors of order 0.08°C for 5 to 95% levels (Mears and Wentz, 2005; see Appendix 3.B.5) are also not explicitly accounted for here. Structural uncertainties and parametric errors (Thorne et al., 2005b) reflect divergence between different data sets after the common climate variability has been accounted for and are better illustrated by use of difference time series, as seen for instance in T2 for RSS vs. UAH in Fu and Johanson (2005; see also Karl et al., 2006).

From Figure 3.17 the first dominant impression is that overall, the records agree remarkably well, especially in the timing and amplitude of interannual variations. This is especially true at the surface, and even the tropospheric records from the two radiosonde data sets agree reasonably well, although HadAT2 has lower values in the 1970s. In the lower stratosphere, all records replicate the dominant variations and the pulses of warming following the volcanic eruptions indicated in the figure. The sonde records differ prior to 1963 in the lower stratosphere when fewer observations were available, and differences also emerge among all data sets after about 1992, with the sonde values lower than the satellite temperatures. The focus on linear trends tends to emphasize these relatively small differences.

A linear trend over the long term is often not a very good approximation of what has occurred (Seidel and Lanzante, 2004; Thorne et al., 2005a,b); alternative interpretations are to factor in the abrupt 1976–1977 climate regime shift (Trenberth, 1990) and episodic stratospheric warming and tropospheric cooling for the two years following major volcanic eruptions. Hence, the confidence limits for linear trends (Figure 3.18) are very large in the lower stratosphere owing to the presence of the large warming perturbations from volcanic eruptions. In the troposphere, the confidence limits are much wider in the tropics

than globally, reflecting the strong interannual variability associated with ENSO.

Radiosonde, satellite observations and reanalyses agree that there has been global stratospheric cooling since 1979 (Figures 3.17 and 3.18), although radiosondes almost certainly still overestimate the cooling owing to residual effects of changes in instruments and processing (such as for radiation corrections; Lanzante et al., 2003b; Sherwood et al., 2005; Randel and Wu, 2006) and possibly increased sampling of cold conditions owing to stronger balloons (Parker and Cox, 1995). As the stratosphere is cooling and T2 has a 15% signal from there, it is virtually certain that the troposphere must be warming at a significantly greater rate than indicated by T2 alone. Thus, the tropospheric record adjusted for the stratospheric contribution to T2 has warmed more than T2 in every case. The differences range from $0.06°C$ per decade for ERA-40 to $0.09°C$ per decade for both radiosonde and NRA data sets. For UAH and RSS the difference is $0.07°C$ per decade.

The weakest tropospheric trends occur for NRA. However, unlike ERA-40, the NRA did not allow for changes in greenhouse gas increases over the record (Trenberth, 2004), resulting in errors in radiative forcing and in satellite retrievals in the infrared and making trends unreliable (Randel et al., 2000); indeed, upward trends at high surface mountain stations are stronger than NRA free-atmosphere temperatures at nearby locations (Pepin and Seidel, 2005). The records suggest that since 1979, the global and tropical tropospheric trends are similar to those at the surface although RSS, and by inference VG2, indicate greater tropospheric than surface warming. The reverse is indicated by the UAH and the radiosonde record although these data are subject to significant imperfections discussed above. Amplification occurs in the tropics for the RSS fields, especially after 1987 when there are increasing trends with altitude throughout the troposphere based on T2, T3 and T4 (Fu and Johanson, 2005). In the tropics, the theoretically expected amplification of temperature perturbations with height is borne out by interannual fluctuations (ENSO) in radiosonde, RSS, UAH and model data (Santer et al., 2005), but it is not borne out in the trends of the radiosonde records and UAH data.

The global mean trends since 1979 disguise many regional differences. In particular, in winter much larger temperature trends are present at the surface over northern continents than at higher levels (Karl et al., 2006) (see Figures 3.9 and 3.10; FAQ 3.1, Figure 1). These are associated with weakening of shallow winter temperature inversions and the strong stable surface layers that have little signature in the main troposphere. Such changes are related to changes in surface winds and atmospheric circulation (see Section 3.6.4).

In summary, for the period since 1958, overall global and tropical tropospheric warming estimated from radiosondes has slightly exceeded surface warming (Figure 3.17 and Karl et al., 2006). The climate shift of 1976 appeared to yield greater tropospheric than surface warming (Figure 3.17); such climate variations make differences between the surface and tropospheric temperature trends since 1979 unsurprising. After 1979, there has also been global and tropical tropospheric

warming; however, it is uncertain whether tropospheric warming has exceeded that at the surface because the spread of trends among tropospheric data sets encompasses the surface warming trend. The range (due to different data sets, but not including the reanalyses) of global surface warming since 1979 from Figure 3.18 is $0.16°C$ to $0.18°C$ per decade compared to $0.12°C$ to $0.19°C$ per decade for MSU estimates of tropospheric temperatures. A further complexity is that surface trends have been greater over land than over ocean. Substantial cooling has occurred in the lower stratosphere. Compensation for the effects of stratospheric cooling trends on the T2 record (a cooling of about $0.08°C$ per decade) has been an important development. However, a linear trend is a poor fit to the data in the stratosphere and the tropics at all levels. The overall global variability is well replicated by all records, although small relative trends exacerbate the differences between records. Inadequacies in the observations and analytical methods result in structural uncertainties that still contribute to the differences between surface and tropospheric temperature trends, and revisions continue to be made. Changes in the height of the tropopause since 1979 are consistent with overall tropospheric warming as well as stratospheric cooling.

### 3.4.2 Water Vapour

Water vapour is a key climate variable. In the lower troposphere, condensation of water vapour into precipitation provides latent heating which dominates the structure of tropospheric diabatic heating (Trenberth and Stepaniak, 2003a,b). Water vapour is also the most important gaseous source of infrared opacity in the atmosphere, accounting for about 60% of the natural greenhouse effect for clear skies (Kiehl and Trenberth, 1997), and provides the largest positive feedback in model projections of climate change (Held and Soden, 2000).

Water vapour at the land surface has been measured since the late 19th century, but only observations made since the 1950s have been compiled into a database suitable for climate studies. The concentration of surface water vapour is typically reported as the vapour pressure, dew point temperature or relative humidity. Using physical relationships, it is possible to convert from one to the other, but the conversions are exact only for instantaneous values. As the relationships are nonlinearly related to air temperature, errors accumulate as data are averaged to daily and monthly periods. Slightly more comprehensive data exist for oceanic areas, where the dew point temperature is included as part of the ICOADS database, but few analyses have taken place for periods before the 1950s.

The network of radiosonde measurements provides the longest record of water vapour measurements in the atmosphere, dating back to the mid-1940s. However, early radiosonde sensors suffered from significant measurement biases, particularly for the upper troposphere, and changes in instrumentation with time often lead to artificial discontinuities in the data record (e.g., see Elliott et al., 2002). Consequently, most of the analysis of radiosonde humidity has focused on trends for altitudes below 500 hPa

and is restricted to those stations and periods for which stable instrumentation and reliable moisture soundings are available.

Additional information on water vapour can be obtained from satellite observations and reanalysis products. Satellite observations provide near-global coverage and thus represent an important source of information over the oceans, where radiosonde observations are scarce, and in the upper troposphere, where radiosonde sensors are often unreliable.

### 3.4.2.1    Surface and Lower-Tropospheric Water Vapour

Boundary layer moisture strongly determines the longwave (LW) radiative flux from the atmosphere to the surface. It also accounts for a significant proportion of the direct absorption of solar radiation by the atmosphere. The TAR reported widespread increases in surface water vapour in the NH. The overall sign of these trends has been confirmed from analysis of specific humidity over the USA (Robinson, 2000) and over China from 1951 to 1994 (Wang and Gaffen, 2001), particularly for observations made at night. Differences in the spatial, seasonal and diurnal patterns of these changes were found with strong sensitivity of the results to the network choice. Philipona et al. (2004) inferred rapid increases in surface water vapour over central Europe from cloud-cleared LW radiative flux measured over the period 1995 to 2003. Subsequent analyses (Philipona et al., 2005) confirmed that changes in integrated water vapour for this region are strongly coupled to the surface temperature, with regions of warming experiencing increasing moisture and regions of cooling experiencing decreasing moisture. For central Europe, Auer et al. (2007) demonstrated increasing moisture trends. Their vapour pressure series from the Greater Alpine Region closely follow the decadal- to centennial-scale warming at both urban lowland and rural summit sites. In Canada, van Wijngaarden and Vincent (2005) found a decrease in relative humidity of several percent in the spring for 75 stations, after correcting for instrumentation changes, but little change in relative humidity elsewhere or for other seasons. Ishii et al. (2005) reported that globally averaged dew points over the ocean have risen by about 0.25°C between 1950 and 2000. Increasing extremes in summer dew points, and increased humidity during summer heat waves, were found at three stations in northeastern Illinois (Sparks et al., 2002; Changnon et al., 2003) and attributed in part to changes in agricultural practices in the region.

Dai (2006) analysed near-global (60°S–75°N) synoptic data for 1976 to 2005 from ships and buoys and more than 15,000 land stations for specific humidity, temperature and relative humidity. Nighttime relative humidity was found to be greater than daytime by 2 to 15% over most land areas, as temperatures undergo a diurnal cycle, while moisture does not change much. The global trends of near-surface relative humidity are very small. Trends in specific humidity tend to follow surface temperature trends with a global average increase of 0.06 g kg$^{-1}$ per decade (1976–2004). The rise in specific humidity corresponds to about 4.9% per 1°C warming over the globe. Over the ocean, the observed surface specific humidity

increases at 5.7% per 1°C warming, which is consistent with a constant relative humidity. Over land, the rate of increase is slightly smaller (4.3% per 1°C), suggesting a modest reduction in relative humidity as temperatures increase, as expected in water-limited regions.

For the lower troposphere, water vapour information has been available from the TOVS since 1979 and from the Scanning Multichannel Microwave Radiometer (SMMR) from 1979 to 1984. However, the main improvement occurred with the introduction of the Special Sensor Microwave/Imager (SSM/I) in mid-1987 (Wentz and Schabel, 2000). Retrievals of column-integrated water vapour from SSM/I are generally regarded as providing the most reliable measurements of lower-tropospheric water vapour over the oceans, although issues pertaining to the merging of records from successive satellites do arise (Trenberth et al., 2005a; Sohn and Smith, 2003).

Significant interannual variability of column-integrated water vapour has been observed using TOVS, SMMR and SSM/I data. In particular, column water vapour over the tropical oceans increased by 1 to 2 mm during the 1982–1983, 1986–1987 and 1997–1998 El Niño events (Soden and Schroeder, 2000; Allan et al., 2003; Trenberth et al., 2005a) and decreased by a smaller magnitude in response to global cooling following the eruption of Mt. Pinatubo in 1991 (Soden et al., 2002; Trenberth and Smith, 2005; see also Section 8.6.3.1). The linear trend based on monthly SSM/I data over the oceans was 1.2% per decade (0.40 ± 0.09 mm per decade) for 1988 to 2004 (Figure 3.20).



**Figure 3.20.** Linear trends in precipitable water (total column water vapour) in % per decade (top) and monthly time series of anomalies relative to the 1988 to 2004 period in % over the global ocean plus linear trend (bottom), from RSS SSM/I (updated from Trenberth et al., 2005a).

Since the trends are similar in magnitude to the interannual variability, it is likely that the latter affects the magnitude of the linear trends. The trends are overwhelmingly positive in spatial structure, but also suggestive of an ENSO influence. As noted by Trenberth et al. (2005a), most of the patterns associated with the interannual variability and linear trends can be reproduced from the observed SST changes over this period by assuming a constant relative humidity increase in water vapour mixing ratio. Given observed SST increases, this implies an overall increase in water vapour of order 5% over the 20th century and about 4% since 1970.

An independent check on globally vertically integrated water vapour amounts is whether the change in water vapour mass is reflected in the surface pressure field, as this is the only significant influence on the global atmospheric mass to within measurement accuracies. As Trenberth and Smith (2005) showed, such checks indicate considerable problems prior to 1979 in reanalyses, but results are in better agreement thereafter for ERA-40. Evaluations of column integrated water vapour from the NASA Water Vapor Project (NVAP; Randel et al., 1996), and reanalysis data sets from NRA, NCEP-2 and ERA-15/ERA-40 (see Appendix 3.B.5.4) reveal several deficiencies and spurious trends, which limit their utility for climate monitoring (Zveryaev and Chu, 2003; Trenberth et al., 2005a; Uppala et al., 2005). The spatial distributions, trends and interannual variability of water vapour over the tropical oceans are not always well reproduced by reanalyses, even after the 1970s (Allan et al., 2002, 2004; Trenberth et al., 2005a).

To summarise, global, local and regional studies all indicate increases in moisture in the atmosphere near the surface, but highlight differences between regions and between day and night. Satellite observations of oceanic lower-tropospheric water vapour reveal substantial variability during the last two decades. This variability is closely tied to changes in surface temperatures, with the water vapour mass changing at roughly the same rate at which the saturated vapour pressure does. A significant upward trend is observed over the global oceans and some NH land areas, although the calculated trend is likely influenced by large interannual variability in the record.

### 3.4.2.2   *Upper-Tropospheric Water Vapour*

Water vapour in the middle and upper troposphere accounts for a large part of the atmospheric greenhouse effect and is believed to be an important amplifier of climate change (Held and Soden, 2000). Changes in upper-tropospheric water vapour in response to a warming climate have been the subject of significant debate.

Due to instrumental limitations, long-term changes in water vapour in the upper troposphere are difficult to assess. Wang et al. (2001) found an increase trend of 1 to 5% per decade in relative humidity during 1976 to 1995, with the largest increases in the upper troposphere, using 17 radiosonde stations in the tropical west Pacific. Conversely, a combination of Microwave Limb Sounder (MLS) and Halogen Occultation Experiment (HALOE) measurements at 215 hPa suggested increases in

water vapour with increasing temperature (Minschwaner and Dessler, 2004) on interannual time scales, but at a rate smaller than expected from constant relative humidity.

Maistrova et al. (2003) reported an increase in specific humidity at 850 hPa and a decrease from 700 to 300 hPa for 1959 to 2000 in the Arctic, based on data from ships and temporary stations as well as permanent stations. In general, the radiosonde trends are highly suspect owing to the poor quality of, and changes over time in, the humidity sensors (e.g., Wang et al., 2002a). Comparisons of water vapour sensors during recent intensive field campaigns have produced a renewed appreciation of random and systematic errors in radiosonde measurements of upper-tropospheric water vapour and of the difficulty in developing accurate corrections for these measurements (Guichard et al., 2000; Revercombe et al., 2003; Turner et al., 2003; Wang et al., 2003; Miloshevich et al., 2004; Soden et al., 2004).

Information on the decadal variability of upper-tropospheric relative humidity is now provided by 6.7 μm thermal radiance measurements from Meteosat (Picon et al., 2003) and the High-resolution Infrared Radiation Sounder (HIRS) series of instruments flying on NOAA operational polar-orbiting satellites (Bates and Jackson, 2001; Soden et al., 2005). These products rely on the merging of many different satellites to ensure uniform calibration. The HIRS channel 12 (T12) data have been most extensively analysed for variability and show linear trends in relative humidity of order ±1% per decade at various latitudes (Bates and Jackson, 2001), but these trends are difficult to separate from larger interannual fluctuations due to ENSO (McCarthy and Toumi, 2004) and are negligible when averaging over the tropical oceans (Allan et al., 2003).

In the absence of large changes in relative humidity, the observed warming of the troposphere (see Section 3.4.1) implies that the specific humidity in the upper troposphere should have increased. As the upper troposphere moistens, the emission level for T12 increases due to the increasing opacity of water vapour along the satellite line of sight. In contrast, the emission level for the MSU T2 remains constant because it depends primarily on the concentration of oxygen, which does not vary by any appreciable amount. Therefore, if the atmosphere moistens, the brightness temperature difference (T2 − T12) will increase over time due to the divergence of their emission levels (Soden et al., 2005). This radiative signature of upper-tropospheric moistening is evident in the positive trends of T2 − T12 for the period 1982 to 2004 (Figure 3.21). If the specific humidity in the upper troposphere had not increased over this period, the emission level for T12 would have remained unchanged and T2 − T12 would show little trend over this period (dashed line in Figure 3.21).

Clear-sky outgoing longwave radiation (OLR) is also highly sensitive to upper-tropospheric water vapour and a number of scanning instruments have made well-calibrated but non-overlapping measurements since 1985 (see Section 3.4.3). Over this period, the small changes in clear-sky OLR can be explained by the observed temperature changes while maintaining a constant relative humidity (Wong et al., 2000; Allan and Slingo,





**Figure 3.21.** *The radiative signature of upper-tropospheric moistening is given by upward linear trends in T2–T12 for 1982 to 2004 (0.1 °C per decade; top) and monthly time series of the global-mean (80°N to 80°S) anomalies relative to 1982 to 2004 (°C) and linear trend (dashed; bottom). Data are from the RSS T2 and HIRS T12 (Soden et al., 2005). The map is smoothed to spectral truncation T31 resolution.*

2002) and changes in well-mixed greenhouse gases (Allan et al., 2003). This again implies a positive relationship between specific humidity and temperature in the upper troposphere.

To summarise, the available data do not indicate a detectable trend in upper-tropospheric relative humidity. However, there is now evidence for global increases in upper-tropospheric specific humidity over the past two decades, which is consistent with the observed increases in tropospheric temperatures and the absence of any change in relative humidity.

### 3.4.2.4    Stratospheric Water Vapour

The TAR noted an apparent increase of roughly 1% yr$^{-1}$ in stratospheric water vapour content (~0.05 ppm yr$^{-1}$) during the last half of the 20th century (Kley et al., 2000; Rosenlof et al., 2001). This was based on data taken at mid-latitudes, and from multiple instruments. However, the longest series of data come from just two locations in North America with no temporal overlap. The combination of measurement uncertainties and relatively large variability on time scales from months to years warrants some caution when interpreting the longer-term trends (Kley et al., 2000; Fueglistaler and Haynes, 2005). The moistening is more convincingly documented during the 1980s and most of the 1990s than earlier, due to a longer continuous record (the NOAA Climate Monitoring and Diagnostics Laboratory (CMDL) frost-point balloon record from Boulder,

Colorado; Oltmans et al., 2000) and the availability of satellite observations during much of this period. However, discrepancies between satellite- and balloon-measured variations are apparent at decadal time scales, largely over the latter half of the 1990s (Randel et al., 2004a).

An increase in stratospheric water vapour has important radiative and chemical consequences (see also Section 2.3.8). These may include a contribution to the recent observed cooling of the lower stratosphere and/or warming of the surface (Forster and Shine, 1999, 2002; Smith et al., 2001), although the exact magnitude is difficult to quantify (Oinas et al., 2001; Forster and Shine, 2002). Some efforts to reconcile observed rates of cooling in the stratosphere with those expected based on observed changes in ozone and carbon dioxide (CO$_2$) since 1979 (Langematz et al., 2003; Shine et al., 2003) have found discrepancies in the lower stratosphere consistent with an additional cooling effect of a stratospheric water vapour increase. However, Shine et al. (2003) noted that because the water vapour observations over the period of consideration are not global in extent, significant uncertainties remain as to whether radiative effects of a water vapour change are a significant contributor to the stratospheric temperature changes. Moreover, other studies which account for uncertainties in the ozone profiles and temperature trends, and natural variability, can reconcile the observed stratospheric temperature changes without the need for sizable water vapour changes (Ramaswamy and Schwarzkopf, 2002; Schwarzkopf and Ramaswamy, 2002).

Although methane oxidation is a major source of water in the stratosphere, and has been increasing over the industrial period, the noted stratospheric trend in water vapour is too large to attribute to methane oxidation alone (Kley et al., 2000; Oltmans et al., 2000). Therefore, other contributors to an increase in stratospheric water vapour are under active investigation. It is likely that different mechanisms are affecting water vapour trends at different altitudes. Aviation emits a small but potentially significant amount of water vapour directly into the stratosphere (IPCC, 1999). Several indirect mechanisms have also been considered including: a) volcanic eruptions (Considine et al., 2001; Joshi and Shine, 2003); b) biomass-burning aerosol (Sherwood, 2002; Andreae et al., 2004); c) tropospheric sulphur dioxide (Notholt et al., 2005); and d) changes to methane oxidation rates from changes in stratospheric chlorine, ozone and the hydroxyl radical (Röckmann et al., 2004). Other proposed mechanisms relate to changes in tropopause temperatures or circulation (Stuber et al., 2001; Zhou et al., 2001; Rosenlof, 2002; Nedoluha et al., 2003; Dessler and Sherwood, 2004; Fueglistaler et al., 2004; Roscoe, 2004).

It has been assumed that temperatures near the tropical tropopause control stratospheric water vapour according to equilibrium thermodynamics, importing more water vapour into the stratosphere when temperatures are warmer. However, tropical tropopause temperatures have cooled slightly over the period of the stratospheric water vapour increase (see Section 3.4.1; Seidel et al., 2001; Zhou et al, 2001). This makes the

mid-latitude lower-stratospheric increases harder to explain (Fueglistaler and Haynes, 2005). Satellite observations (Read et al., 2004) show water vapour injected above the tropical tropopause by deep convective clouds, bypassing the traditional control point. Changes in the amount of condensate sublimating in this layer may have contributed to the upward trend, but to what degree is uncertain (Sherwood, 2002). Another suggested source for temperature-independent variability is changes in the efficiency with which air is circulated through the coldest regions before entering the stratosphere (Hatsushika and Yamazaki, 2003; Bonnazola and Haynes, 2004; Dessler and Sherwood, 2004; Fueglistaler et al., 2004). However, it is not yet clear that a circulation-based mechanism can explain the observed trend (Fueglistaler and Haynes, 2005).

The TAR noted a stalling of the upward trend in water vapour during the last few years of observations available at that time. This change in behaviour has persisted, with a near-zero trend in stratospheric water vapour between 1996 and 2000 (Nedoluha et al., 2003; Randel et al., 2004a). The upward trend of methane is also smaller and is currently close to zero (see Section 2.3.2). Further, at the end of 2000 there was a dramatic drop in water vapour in the tropical lower stratosphere as observed by both satellite and CMDL balloon data (Randel et al., 2004a). Temperatures observed near the tropical tropopause also dropped, but the processes producing the tropical tropopause cooling itself are currently not fully understood. The propagation of this recent decrease through the stratosphere should ensure flat or decreasing stratospheric moisture for at least the next few years.

To summarise, water vapour in the stratosphere has shown significant long-term variability and an apparent upward trend over the last half of the 20th century but with no further increases since 1996. It does not appear that this behaviour is a straightforward consequence of known climate changes. Although ideas have been put forward, there is no consensus as to what caused either the upward trend or its recent disappearance.

### 3.4.3   Clouds

Clouds play an important role in regulating the flow of radiation at the top of the atmosphere and at the surface. They are also integral to the atmospheric hydrological cycle via their integral influence on the balance between radiative and latent heating. The response of cloud cover to increasing greenhouse gases currently represents the largest uncertainty in model predictions of climate sensitivity (see Chapter 8). Surface observations made at weather stations and onboard ships, dating back over a century, provide the longest available records of cloud cover changes. Surface observers report the all-sky conditions, which include the sides as well as bottoms of clouds, but are unable to report upper-level clouds that may be obscured from the observer's view. Although limited by potential inhomogeneities in observation times and methodology, the surface-observed cloud changes are often associated with physically consistent changes in correlative data, strengthening

their credibility. Since the mid-1990s, especially in the USA and Canada, human observations at the surface have been widely replaced with automated ceilometer measurements, which measure only directly overhead low clouds rather than all-sky conditions. In contrast, satellites generally only observe the uppermost level of clouds and have difficulty detecting optically thin clouds. While satellite measurements do provide much better spatial and temporal sampling than can be obtained from the surface, their record is much shorter in length. These disparities in how cloud cover is observed contribute to the lack of consistency between surface- and satellite-measured changes in cloudiness. Condensation trails ('contrails') from aircraft exhaust may expand to form cirrus clouds and these and cosmic ray relations to clouds are addressed in Chapter 2.

#### 3.4.3.1   *Surface Cloud Observations*

As noted in the TAR and extended with more recent studies, surface observations suggest increased total cloud cover since the middle of the last century over many continental regions including the USA (Sun, 2003; Groisman et al., 2004; Dai et al., 2006), the former USSR (Sun and Groisman, 2000; Sun et al., 2001), Western Europe, mid-latitude Canada, and Australia (Henderson-Sellers, 1992). This increasing cloudiness since 1950 is consistent with an increase in precipitation and a reduction in DTR (Dai et al., 2006). However, decreasing cloudiness over this period has been reported over China (Kaiser, 1998), Italy (Maugeri et al., 2001) and over central Europe (Auer et al.,2007). If the analyses are restricted to after about 1971, changes in continental cloud cover become less coherent. For example, using a worldwide analysis of cloud data (Hahn and Warren, 2003; Minnis et al., 2004) regional reductions were found since the early 1970s over western Asia and Europe but increases over the USA.

Changes in total cloud cover along with an estimate of precipitation over global and hemispheric land (excluding North America) from 1976 to 2003 are shown in Figure 3.22. During this period, secular trends over land are small. The small variability evident in land cloudiness appears to be correlated with precipitation changes, particularly in the SH (Figure 3.22). Note that surface observations from North America are excluded from this figure due to the declining number of human cloud observations since the early 1990s over the USA and Canada, as human observers have been replaced with Automated Surface Observation Systems (ASOS) from which cloud amounts are less reliable and incompatible with previous records (Dai et al., 2006). However, independent human observations from military stations suggest an increasing trend (~1.4% of sky per decade) in total cloud cover over the USA.

The TAR also noted multi-decadal trends in cloud cover over the ocean. An updated analysis of this information (Norris, 2005a) documented substantial decadal variability and decreasing trends in upper-level cloud cover over mid- and low-latitude oceans since 1952. However, there are no direct observations of upper-level clouds from the surface and instead Norris (2005a) infers them from reported total and low cloud cover assuming



**Figure 3.22.** *Annual total land (excluding the USA and Canada) cloud cover (black) and precipitation (red) anomalies from 1976 to 2003 over global (60°S–75°N), NH and SH regions, with the correlation coefficient (r) shown at the top. The cloud cover is derived by gridding and area-averaging synoptic observations and the precipitation is updated from Chen et al. (2002). Typical 5 to 95% error bars for each decade are estimates using inter-grid-box variations (from Dai et al., 2006).*

a random overlap. These results partially reverse the finding of increasing trends in mid-level cloud amount in the northern mid-latitude oceans that was reported in the TAR, although the new study does not distinguish between high and middle clouds. Norris (2005b) found that upper-level cloud cover had increased over the equatorial South Pacific between 1952 and 1997 and decreased over the adjacent subtropical regions, the tropical Western Pacific, and the equatorial Indian Ocean. This pattern is consistent with decadal changes in precipitation and atmospheric circulation over these regions noted in the TAR, which further supports its validity. Deser et al. (2004) found similar spatial patterns in inter-decadal variations in total cloud cover, SST and precipitation over the tropical Pacific and Indian Oceans during 1900 to 1995. In contrast, low-cloud cover increased over almost all of the tropical Indian and Pacific Oceans, but this increase bears little resemblance to changes in atmospheric circulation over this period, suggesting that it may be spurious (Norris, 2005b). When averaged globally, oceanic cloud cover appears to have increased over the last 30 years or more (e.g., Ishii et al., 2005).

During El Niño events, cloud cover generally decreases over land throughout much of the tropics and subtropics, but increases over the ocean in association with precipitation changes (Curtis and Adler, 2003). Multi-decadal variations are affected by the 1976–1977 climate shift (Deser et al., 2004), and these dominate the low-latitude trends from 1971 to 1996 found in Hahn and Warren (2003).

### 3.4.3.2    Satellite Cloud Observations

Since the TAR, there has been considerable effort in the development and analysis of satellite data sets for documenting changes in global cloud cover over the past few decades. The most comprehensive cloud climatology is that of the International Satellite Cloud Climatology Project (ISCCP), begun in July 1983. The ISCCP shows an increase in globally averaged total cloud cover of about 2% from 1983 to 1987, followed by a decline of about 4% from 1987 to 2001 (Rossow and Dueñas, 2004). Cess and Udelhofen (2003) documented decreasing ISCCP total cloud cover in all latitude zones between 40°S and 40°N. Norris (2005a) found that both ISCCP and ship synoptic reports show consistent reductions in middle- or high-level cloud cover from the 1980s to the 1990s over low- and mid-latitude oceans. Minnis et al. (2004) also found consistent trends in high-level cloud cover between ISCCP and surface observations over most areas, except for the North Pacific where they differed by almost 2% per decade. In addition, an analysis of Stratospheric Aerosol and Gas Experiment II (SAGE II) data revealed a decline in cloud frequency above 12 km between 1985 and 1998 (Wang et al., 2002b) that is consistent with the decrease in upper-level cloud cover noted in ISCCP and ocean surface observations. The decline in upper-level cloud cover since 1987 may also be consistent with a decrease in reflected shortwave (SW) radiation during this period as measured by the Earth Radiation Budget Satellite (ERBS; see Section 3.4.4). Radiative transfer calculations, which use the ISCCP cloud properties as input, are able to independently reproduce the decadal changes in outgoing LW and reflected SW radiation reported by ERBS (Zhang et al., 2004c).

Analyses of the spatial trends in ISCCP cloud cover reveal changing biases arising from changes in satellite view angle and coverage that affect the global mean anomaly time series (Norris, 2000; Dai et al., 2006). The ISCCP spurious variability may occur primarily in low-level clouds with the least optical thickness (the ISCCP 'cumulus' category; Norris, 2005a), due to discontinuities in satellite view angles associated with changes in satellites. Such biases likely contribute to ISCCP's negative cloud cover trend, although their magnitude and impact on radiative flux calculations using ISCCP cloud data are not yet known. Additional artefacts, including radiometric noise, navigation and rectification errors are present in the ISCCP data (Norris, 2000), but the effects of known and unknown artefacts on ISCCP cloud and flux data have not yet been quantified.

Other satellite data sets show conflicting decadal changes in total cloud cover. For example, analysis of cloud cover changes from the HIRS shows a slight increase in cloud cover between 1985 and 2001 (Wylie et al., 2005). However, spurious changes have also been identified in the HIRS data set, which may affect its estimates of decadal variability. One important source of uncertainty results from the drift in Equatorial Crossing Time (ECT) of polar-orbiting satellite measurements (e.g., HIRS and the Advanced Very High Resolution Radiometer; AVHRR), which aliases the large diurnal cycle of clouds into spurious lower-frequency variations. After correcting for ECT drift and

other small calibration errors in AVHRR measurements of cloudiness, Jacobowitz et al. (2003) found essentially no trend in cloud cover for the tropics from 1981 to 2000.

While the variability in surface-observed upper-level cloud cover has been shown to be consistent with that observed by ISCCP (Norris, 2005a), the variability in total cloud cover is not, implying differences between ISCCP and surface-observed low cloud cover. Norris (2005a) shows that even after taking into account the difference between surface and satellite views of low-level clouds, the decadal changes between the ISCCP and surface data sets still disagree. The extent to which this results from differences in spatial and temporal sampling or differences in viewing perspective is unclear.

In summary, while there is some consistency between ISCCP, ERBS, SAGE II and surface observations of a reduction in high cloud cover during the 1990s relative to the 1980s, there are substantial uncertainties in decadal trends in all data sets and at present there is no clear consensus on changes in total cloudiness over decadal time scales.

### 3.4.4   Radiation

Measuring the radiation balance accurately is fundamental in quantifying the radiative forcing of the system as well as diagnosing the radiative properties of the atmosphere and surface, which are crucial for understanding radiative feedback processes. At the top of the atmosphere, satellites provide excellent spatial coverage but poorer temporal sampling. The reverse is true at the surface with only a limited number of high-quality point measurements but with excellent temporal coverage.

#### *3.4.4.1   Top-of-Atmosphere Radiation*

One important development since the TAR is the apparent unexpectedly large changes in tropical mean radiation flux reported by ERBS (Wielicki et al., 2002a,b). It appears to be related in part to changes in the nature of tropical clouds (Wielicki et al., 2002a), based on the smaller changes in the clear-sky component of the radiative fluxes (Wong et al., 2000; Allan and Slingo, 2002), and appears to be statistically distinct from the spatial signals associated with ENSO (Allan and Slingo, 2002; Chen et al., 2002). A recent reanalysis of the ERBS active-cavity broadband data corrects for a 20 km change in satellite altitude between 1985 and 1999 and changes in the SW filter dome (Wong et al., 2006). Based upon the revised (Edition 3_Rev1) ERBS record (Figure 3.23), outgoing LW radiation over the tropics appears to have increased by about 0.7 W m$^{-2}$ while the reflected SW radiation decreased by roughly 2.1 W m$^{-2}$ from the 1980s to 1990s (Table 3.5).

These conclusions depend upon the calibration stability of the ERBS non-scanner record, which is affected by diurnal sampling issues, satellite altitude drifts and changes in calibration following a three-month period when the sensor was powered off (Trenberth, 2002). Moreover, rather than a trend, the reflected SW radiation change may stem mainly from

a jump in late 1992 in the ERBS record that is also observed in the ISCCP (version FD) record (Zhang et al., 2004c) but not in the AVHRR Pathfinder record (Jacobowitz et al., 2003). However, careful inspection of the sensor calibration revealed no known issues that can explain the decadal shift in the fluxes despite corrections to the ERBS time series relating to diurnal aliasing and satellite altitude changes (Wielicki et al., 2002b; Wong et al., 2006).

As noted in Section 3.4.3, the low-latitude changes in the radiation budget appear consistent with reduced cloud fraction from ISCCP. Detailed radiative transfer computations, using ISCCP cloud products along with additional global data sets, show broad agreement with the ERBS record of tropical radiative fluxes (Hatzianastassiou et al., 2004; Zhang et al., 2004c; Wong et al., 2006). However, the decrease in reflected SW radiation from the 1980s to the 1990s may be inconsistent with the increase in total and low cloud cover over oceans reported by surface observations (Norris, 2005a), which show increased low cloud occurrence. The degree of inconsistency, however, is difficult to ascertain without information on possible changes in low-level cloud albedo.

While the ERBS satellite provides the only continuous long-term top-of-atmosphere (TOA) flux record from broadband active-cavity instruments, narrow spectral band radiometers have made estimates of both reflected SW and outgoing LW radiation trends using regressions to broadband data, or using radiative transfer theory to estimate unmeasured portions of the spectrum of radiation. Table 3.5 shows the 1980s to 1990s TOA tropical mean flux changes for the ERBS Edition 3 data (Wong et al., 2006), the HIRS Pathfinder data (Mehta and Susskind, 1999), the AVHRR Pathfinder data (Jacobowitz et al., 2003) and the ISCCP FD data (Zhang et al., 2004c).

The most accurate of the data sets in Table 3.5 is believed to be the ERBS Edition 3 Rev 1 active-cavity wide field of view data (Wielicki et al., 2005). The ERBS stability is estimated as better than 0.5 W m$^{-2}$ over the 1985 to 1999 period and the spatial and temporal sampling noise is less than 0.5 W m$^{-2}$ on annual time scales (Wong et al., 2006). The outgoing LW radiation changes from ERBS are similar to the decadal changes in the HIRS Pathfinder and ISCCP FD records, but disagree with the AVHRR Pathfinder data (Wong et al., 2006). The AVHRR Pathfinder data also do not support the TOA SW radiation trends. However, calibration issues, conversion from narrow to broadband, and satellite orbit changes are thought to render the AVHRR record less reliable for decadal changes compared to ERBS (Wong et al., 2006). Estimates of the stability of the ISCCP time series for long-term TOA flux records are 3 to 5 W m$^{-2}$ for SW radiative flux and 1 to 2 W m$^{-2}$ for LW radiative flux (Brest et al., 1997), although the time series agreement of the ISCCP and ERBS records are much closer than these estimated calibration drift uncertainties (Zhang et al., 2004c).

The changes in SW radiation measured by ERBS Edition 3 Rev 1 are larger than the clear-sky flux changes due to humidity variations (Wong et al., 2000) or anthropogenic

radiative forcing (see Chapter 2). If correct, the large decrease in reflected SW radiation with little change in outgoing LW radiation implies a reduction in tropical low cloud cover over this period. However, specific information on cloud radiative forcing is not available from ERBS after 1989 and, as noted in Section 3.4.3, surface data sets suggest an increase in low cloud cover over this period.

Since most of the net tropical heating of 1.4 W m$^{-2}$ is a decrease in reflected SW radiative flux, the change implies a similar increase in solar insolation at the surface that, if unbalanced by other changes in surface fluxes, would increase the amount of ocean heat storage. Wong et al. (2006) showed that the changes in global net radiation are consistent with a new ocean heat-storage data set from Willis et al. (2004; see Chapter 5 and Figure 5.1). Differences between the two data sets are roughly 0.4 W m$^{-2}$, in agreement with the estimated annual sampling noise in the ocean heat-storage data.

Using astronomical observations of visible wavelength solar photons reflected from parts of the Earth to the moon and then back to the Earth at a surface-based observatory, Pallé et al. (2004) estimated a dramatic increase of Earth-reflected SW radiative flux of 5.5 W m$^{-2}$ over three years. This is unlikely to be real, as over the same time period (2000–2003), the Clouds and the Earth's Radiant Energy System (CERES) broadband data indicate a decrease in SW radiative flux of almost 1 W m$^{-2}$, which is much smaller and the opposite sign (Wielicki et al., 2005). In addition, changes in ocean heat storage are more consistent with the CERES data than with the Earthshine indirect observation.

The only long-term time series (1979–2001) of energy divergence in the atmosphere (Trenberth and Stepaniak, 2003b) are based on NRA, which, although not reliable for depicting trends, are reliable for interannual times scales for which they show substantial variability associated with ENSO. Analyses by Trenberth and Stepaniak (2003b) reveal more divergence of energy out of the deep tropics in the 1990s compared with the 1980s due to differences in ENSO, which may account for at least some of the changes discussed above.

In summary, although there is independent evidence for decadal changes in TOA radiative fluxes over the last two decades, the evidence is equivocal. Changes in the planetary and tropical TOA radiative fluxes are consistent with independent global ocean heat-storage data, and are expected to be dominated by changes in cloud radiative forcing. To the extent that they are real, they may simply reflect natural low-frequency variability of the climate system.

### 3.4.4.2    Surface Radiation

The energy balance at the surface requires net radiative heating to be balanced by turbulent energy fluxes and thus determines the evolution of surface temperature and the cycling of water, which are key parameters of climate change (see Box 7.1). In recent years, several studies have focused on observational evidence of changing surface radiative heating.



**Figure 3.23.** *Tropical mean (20°S to 20°N) TOA flux anomalies from 1985 to 1999 (W m$^{-2}$) for LW, SW, and NET radiative fluxes [NET = –(LW + SW)]. Coloured lines are observations from ERBS Edition 3_Rev1 data from Wong et al. (2006) updated from Wielicki et al. (2002a), including spacecraft altitude and SW dome transmission corrections.*

Reliable SW radiative measurement networks have existed since the 1957–1958 International Geophysical Year.

A reduction in downward solar radiation ('dimming') of about 1.3% per decade or about 7 W m$^{-2}$ was observed from 1961 to 1990 at land stations around the world (Gilgen et al., 1998; Liepert, 2002). Additional studies also found declines in surface solar radiation in the Arctic and Antarctic (Stanhill and Cohen, 2001) as well as at sites in the former Soviet Union (Russak, 1990; Abakumova et al., 1996), around the Mediterranean Sea (Aksoy, 1997; Omran, 2000), China (Ren et al., 2005), the USA (Liepert, 2002) and southern Africa (Power and Mills, 2005). Stanhill and Cohen (2001) claim an overall globally averaged reduction of 2.7% per decade but used only 30 records. However, the stations where these analyses took place are quite limited in domain and dominated by large urban areas, and the dimming is much less at rural sites (Alpert et al., 2005) or even missing altogether over remote areas, except for

**Table 3.5.** *Top-of-atmosphere (TOA) radiative flux changes from the 1980s to 1990s (W m$^{-2}$). Values are given as tropical means (20°S to 20°N) for the 1994 to 1997 period minus the 1985 to 1989 period. Dashes are shown where no data are available. From Wong et al. (2006).*

| Data Source | Radiative Flux Change (W m$^{-2}$) | | |
| --- | --- | --- | --- |
| | TOA LW | TOA SW | TOA Net |
| ERBS Edition 3 Rev 1 | 0.7 | –2.1 | 1.4 |
| HIRS Pathfinder | 0.2 | – | – |
| AVHRR Pathfinder | –1.4 | 0.7 | 0.7 |
| ISCCP FD | 0.5 | –2.4 | 1.8 |

---

## Box 3.2: The Dimming of the Planet and Apparent Conflicts in Trends of Evaporation and Pan Evaporation

Several reports have defined the term 'global dimming' (e.g., Cohen et al., 2004). This refers to a widespread reduction of solar radiation received at the surface of the Earth, at least up until about 1990 (Wild et al., 2005). However, recent studies (Alpert et al., 2005; Schwartz, 2005) found that dimming is not global but is rather confined only to large urban areas. At the same time there is considerable confusion in the literature over conflicting trends in pan evaporation and actual evaporation (Ohmura and Wild, 2002; Roderick and Farquhar, 2002, 2004, 2005; Hobbins et al., 2004; Wild et al., 2004, 2005) although the framework for explaining observed changes exists (Brutsaert and Parlange, 1998).

Surface evaporation, or more generally evapotranspiration, depends upon two key components. The first is available energy at the surface, especially solar radiation. The second is the availability of surface moisture, which is not an issue over oceans, but which is related to soil moisture amounts over land. Evaporation pans provide estimates of the potential evaporation that would occur if the surface were wet. Actual evaporation is generally not measured, except at isolated flux towers, but may be computed using bulk flux formulae or estimated as a residual from the surface moisture balance.

The evidence is strong that a key part of the solution to the paradox of conflicting trends in evaporation and pan evaporation lies in changes in the atmospheric circulation and the hydrological cycle. There has been an increase in clouds and precipitation, which reduce solar radiation available for actual and potential evapotranspiration but also increase soil moisture and make the actual evapotranspiration closer to the potential evapotranspiration. An increase in both clouds and precipitation has occurred over many parts of the land surface (Dai et al., 1999, 2004a, 2006), although not in the tropics and subtropics (which dominate the global land mean; Section 3.3.2.2). This reduces solar radiation available for evapotranspiration, as observed since the late 1950s or early 1960s over the USA (Liepert, 2002), parts of Europe and Siberia (Peterson et al., 1995; Abakumova et al., 1996), India (Chattopadhyay and Hulme, 1997), China (Liu et al., 2004a) and over land more generally (Wild et al., 2004). However, increased precipitation also increases soil moisture and thereby increases actual evapotranspiration (Milly and Dunne, 2001). Moreover, increased clouds impose a greenhouse effect and reduce outgoing LW radiation (Philipona and Dürr, 2004), so that changes in net radiation can be quite small or even of reversed sign. Recent re-assessments suggest increasing trends of evapotranspiration over southern Russia during the last 40 years (Golubev et al., 2001) and over the USA during the past 40 or 50 years (Golubev et al., 2001; Walter et al., 2004) in spite of decreases in pan evaporation. Hence, in most, but not all, places the net result has been an increase in actual evaporation but a decrease in pan evaporation. Both are related to observed changes in atmospheric circulation and associated weather.

It is an open question as to how much the changes in cloudiness are associated with other effects, notably impacts of changes in aerosols. Dimming seems to be predominant in large urban areas where pollution plays a role (Alpert et al., 2005). Increases in aerosols are apt to redistribute cloud liquid water over more and smaller droplets, brightening clouds, decreasing the potential for precipitation and perhaps changing the lifetime of clouds (e.g., Rosenfeld, 2000; Ramanathan et al., 2001; Kaufman et al., 2002; see Sections 2.4 and 7.5). Increases in aerosols also reduce direct radiation at the surface under clear skies (e.g., Liepert, 2002), and this appears to be a key part of the explanation in China (Ren et al., 2005).

Another apparent paradox raised by Wild et al. (2004) is that if surface radiation decreases then it should be compensated by a decrease in evaporation from a surface energy balance standpoint, especially given an observed increase in surface air temperature. Of course, back radiation from greenhouse gases and clouds operate in the opposite direction (Philipona and Dürr, 2004). Also, a primary change (not considered by Wild et al., 2004) is in the partitioning of sensible vs. latent heat at the surface and thus in the Bowen ratio. Increased soil moisture means that more heating goes into evapotranspiration at the expense of sensible heating, reducing temperature increases locally (Trenberth and Shea, 2005). Temperatures are affected above the surface where latent heating from precipitation is realised, but then the full dynamics of the atmospheric motions (horizontal advection, adiabatic cooling in rising air and warming in compensating subsiding air) come into play. The net result is a non-local energy balance.

---

identifiable effects of volcanic eruptions, such as Mt. Pinatubo in 1991 (Schwartz, 2005). At the majority of 421 analysed sites, the decline in surface solar radiation ended around 1990 and a recovery of about 6 W $m^{-2}$ occurred afterwards (Wild et al., 2004; 2005). The increase in surface solar radiation ('brightening') agrees with satellite and surface observations of reduced cloud cover (Wang et al., 2002b; Wielicki et al., 2002a; Rossow and Dueñas, 2004; Norris, 2005b; Pinker et al., 2005), although there is evidence that some of these changes are

spurious (see Section 3.4.3). In addition, the satellite-observed increase in surface radiation noted by Pinker et al. (2005) occured primarily over ocean, whereas the increase observed by Wild et al. (2005) was restricted to land stations.

From 1981 to 2003 over central Europe, Philipona and Dürr (2004) showed that decreases in surface solar radiation from increases in clouds were cancelled by opposite changes in LW radiation and that increases in net radiative flux were dominated by the clear-sky LW radiation component relating to an enhanced

water vapour greenhouse effect. Alpert et al. (2005) provided evidence that a significant component of the reductions may relate to increased urbanisation and anthropogenic aerosol concentrations over the period (see also Section 7.5). This has been detected in solar radiation reductions for polluted regions (e.g., China; Luo et al., 2001), but cloudiness changes must also play a major role, as shown for European sites and the USA (Liepert, 2002; Dai et al., 2006). In the USA increasing cloud optical thickness and a shift from cloud-free to more cloudy skies are the dominating factors compared to the aerosol direct effects. Possible causes of the 1990s reversal are reduced cloudiness and increased cloud-free atmospheric transparency due to the reduction of anthropogenic aerosol concentrations and recovery from the effects of the 1991 eruption of Mt. Pinatubo. See Box 3.2 for more discussion and a likely explanation of these aspects.

## 3.5  Changes in Atmospheric Circulation

Changes in the circulation of the atmosphere and ocean are an integral part of climate variability and change. Accordingly, regional variations in climate can be complex and sometimes counter-intuitive. For example, a rise in global mean temperatures does not mean warming everywhere, but can result in cooling in some places, due to circulation changes.

This section assesses research since the TAR on atmospheric circulation changes, through analysis of global-scale data sets of mean sea level pressure (MSLP), geopotential heights, jet streams and storm tracks. Related quantities at the surface over the ocean, including winds, waves and surface fluxes, are also considered. Many of the results discussed are based on reanalysis data sets. Reanalyses provide a global synthesis of all available observations, but are subject to spurious changes over time as observations change, especially in the late 1970s with the improved satellite and aircraft data and observations from drifting buoys over the SH. See Appendix 3.B.5 for a discussion of the quality of reanalyses from a climate perspective.

### 3.5.1  Surface or Sea Level Pressure

Maps of MSLP synthesize the atmospheric circulation status. Hurrell and van Loon (1994) noted MSLP changes in the SH beginning in the 1970s while major changes were also occurring over the North Pacific in association with the 1976–1977 climate shift (Trenberth, 1990; Trenberth and Hurrell, 1994). More recently, analyses of sea level pressure from 1948 to 2005 for DJF found decreases over the Arctic, Antarctic and North Pacific, an increase over the subtropical North Atlantic, southern Europe and North Africa (Gillett et al., 2003, 2005), and a weakening of the Siberian High (Gong et al., 2001). The strength of mid-latitude MSLP gradients and associated westerly circulation appears to have increased in both hemispheres, especially during DJF, since at least the late 1970s.

The increase in MSLP gradients in the NH appears to significantly exceed simulated internal and anthropogenically forced variability (Gillett et al., 2003, 2005). However, the significance of changes over the SH is less clear, especially over the oceans prior to satellite observations in the late 1970s, as spurious trends are evident in both major reanalyses (NRA and ERA-40; Marshall, 2003; Bromwich and Fogt, 2004; Trenberth and Smith, 2005; Wang et al., 2006a; see also Appendix 3.B.5). Consistent changes, validated with long-term station-based data, do however seem to be present since the mid-1970s and are often interpreted in terms of time-averaged signatures of weather regimes (Cassou et al., 2004) or annular modes in both hemispheres (Thompson et al., 2000; Marshall, 2003; Bromwich and Fogt, 2004; see Section 3.6).

### 3.5.2  Geopotential Height, Winds and the Jet Stream

Mean changes in geopotential heights resemble in many ways their MSLP counterparts (Hurrell et al., 2004). Linear trends in 700 hPa height during the solstitial seasons, from ERA-40, are shown in Figure 3.24. The 700 hPa level was used as it is the first atmospheric level to lie largely above the East Antarctic Ice Sheet. The NRA and ERA-40 trends agree closely between 1979 and 2001. Over the NH between 1960 and 2000, winter (DJF) and annual means of geopotential height at 850, 500 and 200 hPa decreased over high latitudes and increased over the mid-latitudes, as for MSLP, albeit shifted westward (Lucarini and Russell, 2002). Using NRA, Frauenfeld and Davis (2003) identified a statistically significant expansion of the NH circumpolar vortex at 700, 500 and 300 hPa from 1949 to 1970. But the vortex has contracted significantly at all levels since then (until 2000) and Angell (2006) found a downward trend in the size of the polar vortex from 1963 to 2001, consistent with warming of the vortex core and analysed increases in 850 to 300 hPa thickness temperatures.

In the NH for 1979 to 2001 during DJF, increases in geopotential height occurred between 30°N and 50°N at many longitudes, notably over the central North Pacific (Figure 3.24). North of 60°N, height changes are consistent with recent occurrences of more neutral phases of the mean polar vortex. Increases in the 700 hPa height outweigh decreases in the northern summer (JJA) during 1979 to 2001. At SH high latitudes, the largest changes are seen in the solstitial seasons (Figure 3.24), with changes of opposite sign in many areas between DJF and JJA. Changes during DJF reflect the increasing strength of the positive phase of the SAM (see Marshall, 2003; Section 3.6.5), with large height decreases over Antarctica and corresponding height increases in the mid-latitudes, through the depth of the troposphere and into the stratosphere. The corresponding enhancement of the near-surface circumpolar westerlies at about 60°S, and associated changes in meridional winds in some sectors, is consistent with a warming trend observed at weather stations over the Antarctic Peninsula and Patagonia (Thompson and Solomon, 2002; see also Sections 3.2.2.4 and 3.6.5). In winter (JJA), there have been height



**Figure 3.24.** *Linear trends in ERA-40 700 hPa geopotential height from 1979 to 2001 for DJF (top left and bottom right) and JJA (bottom left and top right), for the NH (left) and SH (right). Trends are contoured in 5 gpm per decade and are calculated from seasonal means of daily 1200 UTC fields. Red contours are positive, blue negative and black zero; the grey background indicates 1% statistical significance using a standard least squares F-test and assuming independence between years.*

increases over Antarctica since 1979, with a zonal wave 3 to wave 4 pattern of rises and falls in southern mid-latitudes. Trends up to 2001 are relatively strong and statistically significant, with annular modes in both hemispheres strongly positive during the 1990s, although less so in recent years. Hence, geopotential height trends in DJF in the SH through 2004 have weakened in magnitude and significance, but with little change in spatial trend patterns.

Hemispheric teleconnections are strongly influenced by jet streams, which alter waves and storm tracks (Branstator, 2002). Using NRA from 1979 to 1995, Nakamura et al. (2002) found a weakening of the North Pacific winter jet since 1987, allowing efficient vertical coupling of upper-level disturbances with the surface temperature gradients (Nakamura and Sampe, 2002; Nakamura et al., 2004). A trend from the 1970s to the 1990s towards a deeper polar vortex and Iceland Low associated with a positive phase of the NAM in winter (Hurrell, 1995;

Thompson et al., 2000; Ostermeier and Wallace, 2003) was accompanied by intensification and poleward displacement of the Atlantic polar frontal jet and associated enhancement of the Atlantic storm track activity (Chang and Fu, 2002; Harnik and Chang, 2003). Analogous trends have also been found in the SH (Gallego et al., 2005).

### 3.5.3    Storm Tracks

A number of recent studies suggest that cyclone activity over both hemispheres has changed over the second half of the 20th century. General features include a poleward shift in storm track location, increased storm intensity, but a decrease in total storm numbers (e.g., Simmonds and Keay, 2000; Gulev et al., 2001; McCabe et al., 2001). In the NH, McCabe et al. (2001) found that there has been a significant decrease in mid-latitude cyclone activity and an increase in high-latitude

cyclone frequency, suggesting a poleward shift of the storm track, with storm intensity increasing over the North Pacific and North Atlantic. In particular, Wang et al. (2006a) found that the North Atlantic storm track has shifted about 180 km northward in winter (JFM) during the past half century. The above findings are corroborated by Paciorek et al. (2002), Simmonds and Keay (2002) and Zhang et al. (2004b).

Several results suggest that cyclone activity in the NH mid-latitudes has increased during the past 40 years. Increases in storm track activity have been found in eddy statistics, based on NRA data. North Pacific storm track activity, identified as poleward eddy heat transport at 850 hPa, was significantly stronger during the late 1980s and early 1990s than during the early 1980s (Nakamura et al., 2002). A striking signal of decadal variability in Pacific storm track activity was its midwinter enhancement since 1987, despite a concurrent weakening of the Pacific jet, concomitant with the sudden weakening of the Siberian High (Nakamura et al., 2002; Chang, 2003). Significant increasing trends over both the Pacific and Atlantic are found in eddy meridional velocity variance at 300 hPa and other statistics (Chang and Fu, 2002; Paciorek et al., 2002). Since 1980, there was an increase in the amount of eddy kinetic energy in the NH due to an increase in the efficiency in the conversion from potential to kinetic energy (Hu et al., 2004). Graham and Diaz (2001) also found an increase in MSLP variance over the Pacific.

There are, however, significant uncertainties with such analyses, with some studies (Bromirski et al., 2003; Chang and Fu, 2003) suggesting that storm track activity during the last part of the 20th century may not be more intense than the activity prior to the 1950s. Eddy meridional velocity variance at 300 hPa in the NRA appears to be biased low prior to the mid-1970s, especially over east Asia and the western USA (Harnik and Chang, 2003). Hence, the increases in eddy variance in the NRA reanalysis data are nearly twice as large as that computed from rawinsonde observations. Better agreement is found for the Atlantic storm track exit region over Europe. Major differences between radiosonde and NRA temperature variance at 500 hPa over Asia (Iskenderian and Rosen, 2000; Paciorek et al., 2002) also cast doubts on the magnitude of the increase in storm track activity, especially over the Pacific.

Station pressure data over the Atlantic-European sector (where records are long and consistent) show a decline of storminess from high levels during the late 19th century to a minimum around 1960 and then a quite rapid increase to a maximum around 1990, followed again by a slight decline (Alexandersson et al., 2000; Bärring and von Storch, 2004; see also Section 3.8.4.1). However, changes in storm tracks are expected to be complex and depend on patterns of variability, and in practice, the noise present in the observations makes the detection of long-term changes in extratropical storm activity difficult. A more relevant approach seems to be the analysis of regional storminess in relation to spatial shifts and strength changes in teleconnection patterns (see Section 3.6).

Significant decreases in cyclone numbers, and increases in mean cyclone radius and depth over the southern extratropics

over the last two or three decades (Simmonds and Keay, 2000; Keable et al., 2002; Simmonds, 2003; Simmonds et al., 2003) have been associated with the observed trend in the SAM. Such changes, derived from NRA data, have been related to reductions in mid-latitude winter rainfall (e.g., the drying trend observed in south-western Australia (Karoly), 2003) and to a circumpolar signal of increased precipitation off the coast of Antarctica (Cai et al., 2003). However, there are significant differences between ERA-40 and NRA in the SH: higher strong-cyclone activity and less weak-cyclone activity over all oceanic areas south of 40°S in all seasons, and stronger cyclone activity over the subtropics in the warm season in ERA-40, especially in the early decades (Wang et al., 2006a).

### 3.5.4   Blocking

Blocking events, associated with persistent high-latitude ridging and a displacement of mid-latitude westerly winds lasting typically a week or two, are an important component of total circulation variability on intra-seasonal time scales. In the NH, the preferred locations for the blocking are over the Atlantic and the Pacific (Tibaldi et al., 1994), with a spring maximum and summer minimum in the Atlantic-European region (Andrea et al., 1998; Trigo et al., 2004). Observations show that in the Euro-Atlantic sector, long-lasting (>10 day) blockings are clearly associated with the negative NAO phase (Quadrelli et al., 2001; Barriopedro et al., 2006), whereas the blockings of 5 to 10 day duration exhibit no such relationship, pointing to the dynamical links between the life cycles of NAO and blocking events (Scherrer et al., 2006; Schwierz et al., 2006). Wiedenmann et al. (2002) did not find any long-term statistically significant trends in NH blocking intensity. However, in the Pacific sector, Barriopedro et al. (2006) found a significant increase from 1948 to 2002 in western Pacific blocking days and events (57 and 62%, respectively). They also found less intense North Atlantic region blocking, with statistically significant decreases in events and days. Wiedenmann et al. (2002) found that blocking events, especially in the North Pacific region, were significantly weaker during El Niño years.

In the SH, blocking occurrence is maximised over the southern Pacific (Renwick and Revell, 1999; Renwick, 2005), with secondary blocking regions over the southern Atlantic and over the southern Indian Ocean and the Great Australian Bight. The frequency of blocking occurrence over the southeast Pacific is strongly ENSO-modulated (Rutllant and Fuenzalida, 1991; Renwick, 1998), while in other regions, much of the interannual variability in occurrence appears to be internally generated (Renwick, 2005). A decreasing trend in blocking frequency and intensity for the SH as a whole from NRA (Wiedenmann et al., 2002) is consistent with observed increases in zonal winds across the southern oceans. However, an overall increasing trend in the frequency of long-lived positive height anomalies is evident in the reanalyses over the SH in the 1970s (Renwick, 2005), apparently related to the introduction of satellite observations. Given data limitations, it may be too early to reliably define trends in SH blocking occurrence.

### 3.5.5   The Stratosphere

The dynamically stable stratospheric circulation is dominated in mid-latitudes by westerlies in the winter hemisphere and easterlies in the summer hemisphere, and the associated meridional overturning 'Brewer-Dobson' circulation. In the tropics, zonal winds reverse direction approximately every two years, in the downward-propagating QBO (Andrews et al., 1987). Ozone is formed predominantly in the tropics and transported to higher latitudes by the Brewer-Dobson circulation. Climatological stratospheric zonal-mean zonal winds (i.e., the westerly wind averaged over latitude circles) from different data sets show overall good agreement in the extratropics, whereas relatively large differences occur in the tropics (Randel et al., 2004b).

The breaking of vertically propagating waves, originating from the troposphere, decelerates the stratospheric westerlies (see Box 3.3). This sometimes triggers 'sudden warmings' when the westerly polar vortex breaks down with an accompanying warming of the polar stratosphere, which can quickly reverse the latitudinal temperature gradient (Kodera et al., 2000). While no major warming occurred in the NH in nine consecutive winters during 1990 to 1998, seven major warmings occurred during 1999 to 2004 (Manney et al., 2005). As noted by Naujokat et al. (2002), many of the recent stratospheric warmings after 2000 have been atypically early and the cold vortex recovered in March. In September 2002, a major warming was observed for the first time in the SH (e.g., Krüger et al., 2005; Simmons et al., 2005). This major warming followed a relatively weak winter polar vortex (Newman and Nash, 2005).

The analysis of past stratospheric changes relies on a combination of radiosonde information (available since the 1950s), satellite information (available from the 1970s) and global reanalyses. During the mid-1990s, the NH exhibited a number of years when the Arctic winter vortex was colder, stronger (Kodera and Koide, 1997; Pawson and Naujokat, 1999) and more persistent (Waugh et al., 1999; Zhou et al., 2000). Some analyses show a downward trend in the NH wave forcing in the period 1979 to 2000, particularly in January and February (Newman and Nash, 2000; Randel et al., 2002). Trend calculations are, however, very sensitive to the month and period of calculation, so the detection of long-term change from a relatively short stratospheric data series is still problematic (Labitzke and Kunze, 2005).

In the SH, using radiosonde data, Thompson and Solomon (2002) reported a significant decrease of the lower-stratospheric geopotential height averaged over the SH polar cap in October to March and May between 1969 and 1998. The ERA-40 and NRA stratospheric height reanalyses indicate a trend towards a strengthening antarctic vortex since 1980 during summer (DJF; Renwick, 2004; Section 3.5.2), largely related to ozone depletion (Ramaswamy et al., 2001; Gillett and Thompson, 2003). The ozone hole has led to a cooling of the stratospheric polar vortex in late spring (October–November; Randel and Wu, 1999), and to a two- to three-week delay in vortex breakdown (Waugh et al., 1999).

### 3.5.6   Winds, Waves and Surface Fluxes

Changes in atmospheric circulation imply associated changes in winds, wind waves and surface fluxes. Surface wind and meteorological observations from Voluntary Observing Ships (VOS) became systematic around 150 years ago and are assembled in ICOADS (Worley et al., 2005). Apparent significant trends in scalar wind should be considered with caution as VOS wind observations are influenced by time-dependent biases (Gulev et al., 2007), resulting from the rising proportion of anemometer measurements, increasing anemometer heights, changes in definitions of Beaufort wind estimates (Cardone et al., 1990), growing ship size, inappropriate evaluation of the true wind speed from the relative wind (Gulev and Hasse, 1999) and time-dependent sampling biases (Sterl, 2001; Gulev et al., 2007). Consideration of time series of local surface pressure gradients (Ward and Hoskins, 1996) does not support the existence of any significant globally averaged trends in marine wind speeds, but reveals regional patterns of upward trends in the tropical North Atlantic and extratropical North Pacific and downward trends in the equatorial Atlantic, tropical South Atlantic and subtropical North Pacific (see also Sections 3.5.1 and 3.5.3).

Visual VOS observations of wind waves for more than a century, often measured as significant wave height (SWH, the highest one-third of wave (sea and swell) heights), have been less affected than marine winds by changes in observational practice, although they may suffer from time-dependent sampling uncertainty, which was somewhat higher at the beginning of the record. Local wind speed directly affects only the wind-sea component of SWH, while the swell component is largely influenced by the frequency and intensity of remote storms. Linear trends in the annual mean SWH from ship data (Gulev and Grigorieva, 2004) for 1900 to 2002 were significantly positive almost everywhere in the North Pacific, with a maximum upward trend of 8 to 10 cm per decade (up to 0.5% yr$^{-1}$). These are supported by buoy records for 1978 to 1999 (Allan and Komar, 2000; Gower, 2002) for annual and winter (October to March) mean SWH and confirmed by the long-term estimates of storminess derived from the tide gauge residuals (Bromirski et al., 2003) and hindcast data (Graham and Diaz, 2001), although Tuller (2004) found primarily negative trends in wind off the west coast of Canada. In the Atlantic, centennial time series (Gulev and Grigorieva, 2004) show weak but statistically significant negative trends along the North Atlantic storm track, with a decrease of 5.2 cm per decade (0.25% yr$^{-1}$) in the western Atlantic storm formation region. Regional model hindcasts (e.g., Vikebo et al., 2003; Weisse et al., 2005) show growing SWH in the northern North Atlantic over the last 118 years.

Linear trends in SWH for the period 1950 to 2002 (Figure 3.25) are statistically significant and positive over most of the mid-latitudinal North Atlantic and North Pacific, as well as in the western subtropical South Atlantic, the eastern equatorial Indian Ocean and the East China and South China Seas. The largest upward trends (14 cm per decade) occur in the northwest

## Box 3.3: Stratospheric-Tropospheric Relations and Downward Propagation

The troposphere influences the stratosphere mainly through planetary-scale waves that propagate upward during the extended winter season when stratospheric winds are westerly. The stratosphere responds to this forcing from below to produce long-lived changes to the strength of the polar vortices. In turn, these fluctuations in the strength of the stratospheric polar vortices are observed to couple downward to surface climate (Baldwin and Dunkerton, 1999, 2001; Kodera et al., 2000; Limpasuvan et al., 2004; Thompson et al., 2005). This relationship occurs in the zonal wind and can be seen clearly in annular modes, which explain a large fraction of the intra-seasonal and interannual variability in the troposphere (Thompson and Wallace, 2000) and most of the variability in the stratosphere (Baldwin and Dunkerton, 1999). Annular modes appear to arise naturally as a result of internal interactions within the troposphere and stratosphere (Limpasuvan and Hartmann, 2000; Lorenz and Hartmann, 2001, 2003).

The relationship between NAM anomalies in the stratosphere and troposphere can be seen in Box 3.3, Figure 1, in which the NAM index at 10 hPa is used to define events when the stratospheric polar vortex was extremely weak (stratospheric warmings). On average, weak vortex conditions in the stratosphere tend to descend to the troposphere and are followed by negative NAM anomalies at the surface for more than two months. Anomalously strong vortex conditions propagate downwards in a similar way.

Long-lived annular mode anomalies in the lowermost stratosphere appear to lengthen the time scale of the surface NAM. The tropospheric annular mode time scale is longest during winter in the NH, but longest during late spring (November–December) in the SH (Baldwin et al., 2003). In both hemispheres, the time scale of the tropospheric annular modes is longest when the variance of the annular modes is greatest in the lower stratosphere.

Downward coupling to the surface depends on having large circulation anomalies in the lowermost stratosphere. In such cases, the stratosphere can be used as a statistical predictor of the monthly mean surface NAM on time scales of up to two months (Baldwin et al., 2003; Scaife et al., 2005). Similarly, SH trends in temperature and geopotential height, associated with the ozone hole, appear to couple downward to affect high-latitude surface climate (Thompson and Solomon, 2002; Gillett and Thompson, 2003). As the stratospheric circulation changes with ozone depletion or increasing greenhouse gases, those changes will likely be reflected in changes to surface climate. Thompson and Solomon (2005) showed that the spring strengthening and cooling of the SH polar stratospheric vortex preceded similarly signed trends in the SH tropospheric circulation by one month in the interval 1973 to 2003. They argued that similar downward coupling is not evident in the NH geopotential trends computed using monthly radiosonde data. An explanation for this difference may be that the stratospheric signal is stronger in the SH, mainly due to ozone depletion, giving a more robust downward coupling.

The dynamical mechanisms by which the stratosphere influences the troposphere are not well understood, but the relatively large surface signal implies that the stratospheric signal is amplified. The processes likely involve planetary waves (Song and Robinson, 2004) and synoptic-scale waves (Wittman et al., 2004), which interact with stratospheric zonal wind anomalies near the tropopause. The altered waves would be expected to affect tropospheric circulation and induce surface pressure changes corresponding to the annular modes (Wittman et al., 2004).



**Box 3.3, Figure 1.** *Composites of time-height development of the NAM index for 18 weak vortex events. The events are selected by the dates on which the 10 hPa annular mode index crossed –3.0. Day 0 is the start of the weak vortex event. The indices are non-dimensional; the contour interval for the colour shading is 0.25, and 0.5 for the white lines. Values between –0.25 and 0.25 are not shaded. Yellow and red shading indicates negative NAM indices and blue shading indicates positive indices. The thin horizontal lines indicate the approximate boundary between the troposphere and the stratosphere. Modified from Baldwin and Dunkerton (2001).*



**Figure 3.25.** *Estimates of linear trends in significant wave height (cm per decade) for regions along the major ship routes of the global ocean for 1950 to 2002. Trends are shown only for locations where they are significant at the 5% level. Adapted from Gulev and Grigorieva (2004).*

Atlantic and the northeast Pacific. Statistically significant negative trends are observed in the western Pacific tropics, the Tasman Sea and the south Indian Ocean (–11 cm per decade). Hindcasts of waves with global and basin-scale models by Wang and Swail (2001, 2002) and Sterl and Caires (2005), based on NRA and ERA-40 winds, respectively, show an increasing mean SWH as well as intensification of SWH extremes during the last 40 years, with the 99% extreme of the winter SWH increasing in the northeast Atlantic by a maximum of 0.4 m per decade. Wave height hindcasts driven with NRA surface winds suggest that worsening wave conditions in the northeastern North Atlantic during the latter half of the 20th century were connected to a northward displacement in the storm track, with decreasing wave heights in the southern North Atlantic (Lozano and Swail, 2002). Increases of SWH in the North Atlantic mid-latitudes are further supported by a 14-year (1988–2002) time series of the merged TOPography EXperiment (TOPEX)/Poseidon and European Remote Sensing (ERS-1/2) satellite altimeter data (Woolf et al., 2002).

Since the TAR, research into surface fluxes has continued to be directed at improving the accuracy of the mean air-sea exchange fields (particularly of heat) with less work on long-term trends. Significant uncertainties remain in global fields of the net heat exchange, stemming from problems in obtaining accurate estimates of the different heat flux components. Estimates of surface flux variability from reanalyses are strongly influenced by inhomogeneous data assimilation input, especially in the Southern Ocean, and Sterl (2004) reported that variability of the surface latent heat flux in the Southern Ocean became much more reliable after 1979, when observations increased. Recent evaluations of heat flux estimates from reanalyses and *in situ* observations indicate some improvements but there are still global biases of several tens of watts per square metre in unconstrained products based on VOS observations (Grist and Josey, 2003). Estimates of the implied ocean heat

transport from the NRA, indirect residual techniques and some coupled models are in reasonable agreement with hydrographic observations (Trenberth and Caron, 2001; Grist and Josey, 2003). However, the hydrographic observations also contain significant uncertainties (see Chapter 5) due to both interannual variability and assumptions made in the computation of the heat transport, and these must be recognised when using them to evaluate the various flux products. For the North Atlantic, there are indications of positive trends in the net heat flux from the ocean of 10 W m$^{-2}$ per decade in the western subpolar gyre and coherent negative changes in the eastern subtropical gyre, closely correlated with the NAO variability in the interval 1948 to 2002 (Marshall et al., 2001; Visbeck et al., 2003; Gulev et al., 2007).

### 3.5.7    Summary

Changes from the late 1970s to recent years generally reveal decreases in tropospheric geopotential heights over high latitudes of both hemispheres and increases over the mid-latitudes in DJF. The changes amplify with altitude up to the lower stratosphere, but remain similar in shape to lower atmospheric levels and are associated with the intensification and poleward displacement of corresponding Atlantic and southern polar front jet streams and enhanced storm track activity. Based on a variety of measurements at the surface and in the upper troposphere, it is likely that there has been an increase and a poleward shift in NH winter storm-track activity over the second half of the 20th century, but there are still significant uncertainties in the magnitude of the increase due to time-dependent biases in the reanalyses. Analysed decreases in cyclone numbers over the southern extratropics and increases in mean cyclone radius and depth over much of the SH over the last two decades are subject to even larger uncertainties.

The decrease in long-lasting blocking frequency over the North Atlantic-European sector over recent decades is dynamically consistent with NAO variability (see Section 3.6), but given data limitations, it may be too early to define the nature of any trends in SH blocking occurrence, despite observed trends in the SAM. After the late 1990s in the NH, occurrences of major sudden warmings seem to have increased in the polar stratosphere, associated with the occurrence of more neutral states of the tropospheric and stratospheric vortex. In the SH, there has been a strengthening tropospheric antarctic vortex during summer in association with the ozone hole, which has led to a cooling of the stratospheric polar vortex in late spring and to a two- to three-week delay in vortex breakdown. In September 2002, a major warming was observed for the first and only time in the SH. Analysis of observed wind and SWH support the reanalysis-based evidence for an increase in storm activity in the extratropical NH in recent decades (see also Section 3.6) until the late 1990s. For heat flux, there seem to have been NAO-related variations over the Labrador Sea, which is a key region for deep water formation.

285

### 3.6 Patterns of Atmospheric Circulation Variability

#### 3.6.1 Teleconnections

The global atmospheric circulation has a number of preferred patterns of variability, all of which have expressions in surface climate. Box 3.4 discusses the main patterns and associated indices. Regional climates in different locations may vary out of phase, owing to the action of such 'teleconnections', which modulate the location and strength of the storm tracks (Section 3.5.3) and poleward fluxes of heat, moisture and momentum. A comprehensive review by Hurrell et al. (2003) has been updated by new analyses, notably from Quadrelli and Wallace (2004) and Trenberth et al. (2005b). Understanding the nature of teleconnections and changes in their behaviour is central to understanding regional climate variability and change. Such seasonal and longer time-scale anomalies have direct impacts on humans, as they are often associated with droughts, floods, heat waves and cold waves and other changes that can severely disrupt agriculture, water supply and fisheries, and can modulate air quality, fire risk, energy demand and supply and human health.

The analysis of teleconnections has typically employed a linear perspective, which assumes a basic spatial pattern with varying amplitude and mirror image positive and negative polarities (Hurrell et al., 2003; Quadrelli and Wallace, 2004). In contrast, nonlinear interpretations would identify preferred climate anomalies as recurrent states of a specific polarity (e.g., Corti et al., 1999; Cassou and Terray, 2001; Monahan et al.,

2001). Climate change may result through changes from one quasi-stationary state to another, as a preference for one polarity of a pattern (Palmer, 1999), or through a change in the nature or number of states (Straus and Molteni, 2004).

In the NH, one-point correlation maps illustrate the Pacific-North American (PNA) pattern and the NAO (Figure 3.26), but in the SH, wave structures do not emerge as readily owing to the dominance of the SAM. Although teleconnections are best defined over a grid, simple indices based on a few key station locations remain attractive as the series can often be carried back in time long before complete gridded fields were available (see Section 3.6.4, Figure 3.31); the disadvantage is increased noise from the reduced spatial sampling. For instance, Hurrell et al. (2003) found that the residence time of the NAO in its positive phase in the early 20th century was not as great as indicated by the positive NAO index for that period.

Many teleconnections have been identified, but combinations of only a small number of patterns can account for much of the interannual variability in the circulation and surface climate. Quadrelli and Wallace (2004) found that many patterns of NH interannual variability can be reconstructed as linear combinations of the first two Empirical Orthogonal Functions (EOFs) of sea level pressure (approximately the NAM and the PNA). Trenberth et al. (2005b) analysed global atmospheric mass and found four key rotated EOF patterns: the two annular modes (SAM and NAM), a global ENSO-related pattern and a fourth closely related to the North Pacific Index and the PDO, which in turn is closely related to ENSO and the PNA pattern.

Teleconnection patterns tend to be most prominent in the winter (especially in the NH), when the mean circulation is



**Figure 3.26.** The PNA (left) and NAO (right) teleconnection patterns, shown as one-point correlation maps of 500 hPa geopotential heights for boreal winter (DJF) over 1958 to 2005. In the left panel, the reference point is 45°N, 165°W, corresponding to the primary centre of action of the PNA pattern, given by the + sign. In the right panel, the NAO pattern is illustrated based on a reference point of 65°N, 30°W. Negative correlation coefficients are dashed, and the contour increment is 0.2. Adapted from Hurrell et al. (2003).

## Box 3.4: Defining the Circulation Indices

A teleconnection is made up of a fixed spatial pattern with an associated index time series showing the evolution of its amplitude and phase. Teleconnections are best defined by values over a grid but it is often convenient to devise simplified indices based on key station values. A classic example is the Southern Oscillation (SO), encompassing the entire tropical Pacific, yet encapsulated by a simple SO Index (SOI), based on differences between Tahiti (eastern Pacific) and Darwin (western Pacific) MSLP anomalies.

A number of teleconnections have historically been defined from either station data (SOI, NAO) or from gridded fields (NAM, SAM, PDO/NPI and PNA):

- **Southern Oscillation Index (SOI).** The MSLP anomaly difference of Tahiti minus Darwin, normalised by the long-term mean and standard deviation of the MSLP difference (Troup, 1965; Können et al., 1998). Available from the 1860s. Darwin can be used alone, as its data are more consistent than Tahiti prior to 1935.
- **North Atlantic Oscillation (NAO) Index.** The difference of normalised MSLP anomalies between Lisbon, Portugal and Stykkisholmur, Iceland has become the most widely used NAO index and extends back in time to 1864 (Hurrell, 1995), and to 1821 if Reykjavik is used instead of Stykkisholmur and Gibraltar instead of Lisbon (Jones et al., 1997).
- **Northern Annular Mode (NAM) Index.** The amplitude of the pattern defined by the leading empirical orthogonal function of winter monthly mean NH MSLP anomalies poleward of 20°N (Thompson and Wallace, 1998, 2000). The NAM has also been known as the Arctic Oscillation (AO), and is closely related to the NAO.
- **Southern Annular Mode (SAM) Index.** The difference in average MSLP between SH middle and high latitudes (usually 45°S and 65°S), from gridded or station data (Gong and Wang, 1999; Marshall, 2003), or the amplitude of the leading empirical orthogonal function of monthly mean SH 850 hPa height poleward of 20°S (Thompson and Wallace, 2000). Formerly known as the Antarctic Oscillation (AAO) or High Latitude Mode (HLM).
- **Pacific-North American pattern (PNA) Index.** The mean of normalised 500 hPa height anomalies at 20°N, 160°W and 55°N, 115°W minus those at 45°N, 165°W and 30°N, 85°W (Wallace and Gutzler, 1981).
- **Pacific Decadal Oscillation (PDO) Index and North Pacific Index (NPI).** The NPI is the average MSLP anomaly in the Aleutian Low over the Gulf of Alaska (30°N–65°N, 160°E–140°W; Trenberth and Hurrell, 1994) and is an index of the PDO, which is also defined as the pattern and time series of the first empirical orthogonal function of SST over the North Pacific north of 20°N (Mantua et al., 1997; Deser et al., 2004). The PDO broadened to cover the whole Pacific Basin is known as the Inter-decadal Pacific Oscillation (IPO: Power et al., 1999b). The PDO and IPO exhibit virtually identical temporal evolution (Folland et al., 2002).

strongest. The strength of teleconnections and the way they influence surface climate also vary over long time scales. Both the NAO and ENSO exhibited marked changes in their surface climate expressions on multi-decadal time scales during the 20th century (e.g., Power et al., 1999b; Jones et al., 2003). Multi-decadal changes in influence are often real and not due just to poorer data quality in earlier decades.

### 3.6.2 El Niño-Southern Oscillation and Tropical/Extratropical Interactions

#### 3.6.2.1 El Niño-Southern Oscillation

El Niño-Southern Oscillation events are a coupled ocean-atmosphere phenomenon. El Niño involves warming of tropical Pacific surface waters from near the International Date Line to the west coast of South America, weakening the usually strong SST gradient across the equatorial Pacific, with associated changes in ocean circulation. Its closely linked atmospheric counterpart, the Southern Oscillation (SO), involves changes in trade winds, tropical circulation and precipitation. Historically, El Niño events occur about every 3 to 7 years and alternate with the opposite phases of below-average temperatures in the eastern tropical Pacific (La Niña). Changes in the trade

winds, atmospheric circulation, precipitation and associated atmospheric heating set up extratropical responses. Wavelike extratropical teleconnections are accompanied by changes in the jet streams and storm tracks in mid-latitudes (Chang and Fu, 2002).

The El Niño-Southern Oscillation has global impacts, manifested most strongly in the northern winter months (November–March). Anomalies in MSLP are much greater in the extratropics while the tropics feature large precipitation variations. Associated patterns of surface temperature and precipitation anomalies around the globe are given in Figure 3.27 (Trenberth and Caron, 2000), and the evolution of these patterns and links to global mean temperature perturbations are given by Trenberth et al. (2002b).

The nature of ENSO has varied considerably over time. Strong ENSO events occurred from the late 19th century through the first 25 years of the 20th century and again after about 1950, but there were few events of note from 1925 to 1950 with the exception of the major 1939–1941 event (Figure 3.27). The 1976–1977 climate shift (Trenberth, 1990; see Figure 3.27 and Section 3.6.3, Figure 3.28) was associated with marked changes in El Niño evolution (Trenberth and Stepaniak, 2001), a shift to generally above-normal SSTs in the eastern and central equatorial Pacific and a tendency towards more prolonged and



**Figure 3.27.** *Correlations with the SOI, based on normalised Tahiti minus Darwin sea level pressures, for annual (May to April) means for sea level pressure (top left) and surface temperature (top right) for 1958 to 2004, and GPCP precipitation for 1979 to 2003 (bottom left), updated from Trenberth and Caron (2000). The Darwin-based SOI, in normalized units of standard deviation, from 1866 to 2005 (Können et al., 1998; lower right) features monthly values with an 11-point low-pass filter, which effectively removes fluctuations with periods of less than eight months (Trenberth, 1984). The smooth black curve shows decadal variations (see Appendix 3.A). Red values indicate positive sea level pressure anomalies at Darwin and thus El Niño conditions.*

stronger El Niños. Since the TAR, there has been considerable work on decadal and longer-term variability of ENSO and Pacific climate. Such decadal atmospheric and oceanic variations (Section 3.6.3) are more pronounced in the North Pacific and across North America than in the tropics but are also present in the South Pacific, with evidence suggesting they are at least in part forced from the tropics (Deser et al., 2004).

El Niño-Southern Oscillation events involve large exchanges of heat between the ocean and atmosphere and affect global mean temperatures. The 1997–1998 event was the largest on record in terms of SST anomalies and the global mean temperature in 1998 was the highest on record (at least until 2005). Trenberth et al. (2002b) estimated that global mean surface air temperatures were 0.17°C higher for the year centred on March 1998 owing to the El Niño. Extremes of the hydrological cycle such as floods and droughts are common with ENSO and are apt to be enhanced with global warming (Trenberth et al., 2003). For example, the modest 2002–2003 El Niño was associated with a drought in Australia, made much worse by record-breaking heat (Nicholls, 2004; and see Section 3.8.4, Box 3.6). Thus, whether observed changes in ENSO behaviour are physically linked to global climate change is a research question of great importance.

### 3.6.2.2    *Tropical-Extratropical Teleconnections: PNA and PSA*

Circulation variability over the extratropical Pacific features wave-like patterns emanating from the subtropical western Pacific, characteristic of Rossby wave propagation associated with anomalous tropical heating (Horel and Wallace, 1981; Hoskins and Karoly, 1981). These are known as the PNA and Pacific-South American (PSA) patterns and can arise naturally through atmospheric dynamics as well as in response to heating. Over the NH in winter, the PNA pattern lies across North America from the subtropical Pacific, with four centres of action (Figure 3.26). While the PNA pattern can be illustrated by taking a single point correlation, this is not so easy for the PSA pattern (not shown), as its spatial centres of action are not fixed. However, the PSA pattern can be present at all times of year, lying from Australasia over the southern Pacific and Atlantic (Mo and Higgins, 1998; Kidson, 1999; Mo, 2000).

The PNA, or a variant of it (Straus and Shukla, 2002), is associated with modulation of the Aleutian Low, the Asian jet, and the Pacific storm track, affecting precipitation in western North America and the frequency of Alaskan blocking events and associated cold air outbreaks over the western USA in winter (Compo and Sardeshmukh, 2004). The PSA is associated with

modulation of the westerlies over the South Pacific, effects of which include significant rainfall variations over New Zealand, changes in the nature and frequency of blocking events across the high-latitude South Pacific, and interannual variations in antarctic sea ice across the Pacific and Atlantic sectors (Renwick and Revell, 1999; Kwok and Comiso, 2002a; Renwick, 2002). While both PNA and PSA activity have varied with decadal modulation of ENSO, no systematic changes in their behaviour have been reported.

### 3.6.3   Pacific Decadal Variability

Decadal to inter-decadal variability of the atmospheric circulation is most prominent in the North Pacific, where fluctuations in the strength of the winter Aleutian Low pressure system co-vary with North Pacific SST in the PDO. These are linked to decadal variations in atmospheric circulation, SST and ocean circulation throughout the whole Pacific Basin in the Inter-decadal Pacific Oscillation (IPO; Trenberth and Hurrell, 1994; Gershunov and Barnett, 1998; Folland et al., 2002; McPhaden and Zhang, 2002; Deser et al., 2004). Key measures of Pacific decadal variability are the North Pacific Index (NPI; Trenberth and Hurrell, 1994), PDO index (Mantua et al., 1997) and the IPO index (Power et al., 1999b; Folland et al., 2002; see Figures 3.28 and 3.29). Modulation of ENSO by the PDO significantly modifies regional teleconnections around the Pacific Basin (Power et al., 1999b; Salinger et al., 2001), and affects the evolution of the global mean climate.

The PDO/IPO has been described as a long-lived El Niño-like pattern of Indo-Pacific climate variability (Knutson and Manabe, 1998; Evans et al., 2001; Deser et al., 2004; Linsley et al., 2004) or as a low-frequency residual of ENSO variability on multi-decadal time scales (Newman et al., 2003). Indeed, the symmetry of the SST anomaly pattern between the NH and SH may be a reflection of common tropical forcing. However, Folland et al. (2002) showed that the IPO significantly affects the movement of the South Pacific Convergence Zone in a way independent of ENSO (see also Deser et al., 2004). Other results indicate that the extratropical phenomena are generic components of the PDO (Deser et al., 1996, 1999, 2003; Gu and Philander, 1997). The extratropics may also contribute to the tropical SST changes via an 'atmospheric bridge', confounding the simple interpretation of a tropical origin (Barnett et al., 1999; Vimont et al., 2001).

The inter-decadal time scale of tropical Indo-Pacific SST variability is likely due to oceanic processes. Extratropical ocean influences are also likely to play a role as changes in the ocean gyre evolve and heat anomalies are subducted and re-emerge (Deser et al., 1996, 1999, 2003; Gu and Philander, 1997). It is also possible that there is no well-defined coupled ocean-atmosphere 'mode' of variability in the Pacific on decadal to inter-decadal time scales, since instrumental records are too short to provide a robust assessment and palaeoclimate records conflict regarding time scales (Biondi et al., 2001; Gedalof et al., 2002). Schneider and Cornuelle (2005) suggested that the PDO is not itself a mode of variability but is a blend of three



**Figure 3.28.** *Pacific Decadal Oscillation: (top) SST based on the leading EOF SST pattern for the Pacific basin north of 20°N for 1901 to 2004 (updated; see Mantua et al., 1997; Power et al., 1999b) and projected for the global ocean (units are nondimensional); and (bottom) annual time series (updated from Mantua et al., 1997). The smooth black curve shows decadal variations (see Appendix 3.A).*

phenomena. They showed that the observed PDO pattern and evolution can be recovered from a reconstruction of North Pacific SST anomalies based on a first order autoregressive model and forcing by variability of the Aleutian low, ENSO and oceanic zonal advection in the Kuroshio-Oyashio Extension. The latter results from extended oceanic Rossby waves that are forced by North Pacific Ekman pumping. The SST response patterns to these processes are not completely independent, but they determine the spatial characteristics of the PDO. Under this hypothesis, the key physical variables for measuring Pacific climate variability are ENSO and NPI (Aleutian Low) indices, rather than the PDO index.

Figure 3.29 (top) shows a time series of the NPI for 1900 to 2005 (Deser et al., 2004). There is substantial low-frequency variability, with extended periods of predominantly high values indicative of a weakened circulation (1900–1924 and 1947–1976) and predominantly low values indicative of a strengthened circulation (1925–1946 and 1977–2005). The well-known decrease in pressure from 1976 to 1977 is analogous to transitions that occurred from 1946 to 1947 and from 1924 to 1925, and these earlier changes were also associated with SST fluctuations in the tropical Indian (Figure 3.29, lower) and Pacific Oceans although not in the upwelling zone of the equatorial eastern Pacific (Minobe, 1997; Deser et al., 2004). In addition, the NPI exhibits variability on shorter time scales, interpreted in part as a bi-decadal rhythm (Minobe, 1999).



**Figure 3.29.** *(Top) Time series of the NPI (sea level pressure during December through March averaged over the North Pacific, 30°N to 65°N, 160°E to 140°W) from 1900 to 2005 expressed as normalised departures from the long-term mean (each tick mark on the ordinate represents two standard deviations, or 5.5 hPa). This record tracks the strength of the winter Aleutian Low pressure system, with positive (negative) values indicative of a weak (strong) Aleutian Low. The bars give the winter series and the smooth black curves show decadal variations (see Appendix 3.A). Values were updated and extended to earlier decades from Trenberth and Hurrell (1994). (Bottom) As above but for SSTs averaged over the tropical Indian Ocean (10°S–20°N, 50°E –125°E; each tick mark represents two standard deviations, or 0.36°C). This record has been inverted to facilitate comparison with the top panel. The dashed vertical lines mark years of transition in the Aleutian Low record (1925, 1947, 1977). Updated from Deser et al. (2004).*

There is observational and modelling evidence (Pierce, 2001; Schneider and Cornuelle, 2005) suggesting the PDO/IPO does not excite the climate shifts in the Pacific area, but they share the same forcing. The 1976–1977 climate shift in the Pacific, associated with a phase change in the PDO from negative to positive, was associated with significant changes in ENSO evolution (Trenberth and Stepaniak, 2001) and with changes in ENSO teleconnections and links to precipitation and surface temperatures over North and South America, Asia and Australia (Trenberth, 1990; Trenberth and Hurrell, 1994; Power et al., 1999a; Salinger et al., 2001; Mantua and Hare, 2002; Minobe and Nakanowatari, 2002; Trenberth et al., 2002b; Deser et al., 2004; Marengo, 2004). Schneider and Cornuelle (2005) added extra credence to the hypothesis that the 1976–1977 climate shift is of tropical origin.

### 3.6.4   The North Atlantic Oscillation and Northern Annular Mode

The only teleconnection pattern prominent throughout the year in the NH is the NAO (Barnston and Livezey, 1987). It is primarily a north-south dipole in sea level pressure characterised by simultaneous out-of-phase pressure and height anomalies between temperate and high latitudes over the Atlantic sector,

and therefore corresponds to changes in the westerlies across the North Atlantic into Europe (Figure 3.30). The NAO has the strongest signature in the winter months (December to March) when its positive (negative) phase exhibits an enhanced (diminished) Iceland Low and Azores High (Hurrell et al., 2003). The NAO is the dominant pattern of near-surface atmospheric circulation variability over the North Atlantic, accounting for one third of the total variance in monthly MSLP in winter. It is closely related to the NAM, which has similar structure over the Atlantic but is more zonally symmetric. The leading winter pattern of variability in the lower stratosphere is also annular, but the MSLP anomaly pattern that is associated with it is confined almost entirely to the Arctic and Atlantic sectors and coincides with the spatial structure of the NAO (Deser, 2000; see also Section 3.5.5 and Box 3.3).

There is considerable debate over whether the NAO or the NAM is more physically relevant to the winter circulation (Deser, 2000; Ambaum et al., 2001, 2002), but the time series are highly correlated in winter (Figure 3.31). As Quadrelli and Wallace (2004) showed, they are near neighbours in terms of their spatial patterns and their temporal evolution. The annular modes are intimately linked to the configuration of the extratropical storm tracks and jet streams. Changes in the phase of the annular modes appear to occur as a result of interactions between the eddies and the mean flow, and external forcing is not required to sustain them (De Weaver and Nigam, 2000). In the NH, stationary waves provide most of the eddy momentum fluxes, although transient eddies are also important. To the extent that the intrinsic excitation of the NAO/NAM pattern is limited to a period less than a few days (Feldstein, 2002), it should not exhibit year-to-year autocorrelation in conditions of constant forcing. Proxy and instrumental data, however, show evidence for intervals with prolonged positive and negative NAO index values in the last few centuries (Cook et al., 2002; Jones et al., 2003). In winter, a reversal occurred from the minimum index values in the late 1960s to strongly positive NAO index values in the mid-1990s. Since then, NAO values have declined to near the long-term mean (Figure 3.31). In summer, Hurrell et al. (2001, 2002) identified significant interannual to multi-decadal fluctuations in the NAO pattern, and the trend towards persistent anticyclonic flow over northern Europe has contributed to anomalously warm and dry conditions in recent decades (Rodwell, 2003).

Feldstein (2002) suggested that the trend and increase in the variance of the NAO/NAM index from 1968 through 1997 was greater than would be expected from internal variability alone, while NAO behaviour during the first 60 years of the 20th century was consistent with atmospheric internal variability. However, the results are not so clear if based on just the period 1975 to 2004 (Overland and Wang, 2005). Although monthly-scale NAO variability is strong (Czaja et al., 2003; Thompson et al., 2003), there may be predictability from stratospheric influences (Thompson et al., 2002; Scaife et al., 2005; see Box 3.3). There is mounting evidence that the recent persistent inter-decadal NAO variability comes from tropical and extratropical ocean influences (Hurrell et al., 2003, 2004), land surface



**Figure 3.30.** *Changes in winter (December–March) surface pressure, temperature, and precipitation corresponding to a unit deviation of the NAO index over 1900 to 2005. (Top left) Mean sea level pressure (0.1 hPa). Values greater than 0.5 hPa are stippled and values less than –0.5 hPa are hatched. (Top right) Land-surface air and sea surface temperatures (0.1°C; contour increment 0.2°C). Temperature changes greater than 0.1°C are indicated by stippling, those less than –0.1°C are indicated by hatching, and regions of insufficient data (e.g., over much of the Arctic) are not contoured. (Bottom left) Precipitation for 1979 to 2003 based on GPCP (0.1 mm per day; contour interval 0.6 mm per day). Stippling indicates values greater than 0.3 mm per day and hatching values less than –0.3 mm per day. Adapted and updated from Hurrell et al. (2003).*

forcing (Gong et al., 2003; Bojariu and Gimeno, 2003) and from other external factors (Gillett et al., 2003).

The NAO exerts a dominant influence on winter surface temperatures across much of the NH (Figure 3.30), and on storminess and precipitation over Europe and North Africa. When the NAO index is positive, enhanced westerly flow across the North Atlantic in winter moves warm moist maritime air over much of Europe and far downstream, with dry conditions over southern Europe and northern Africa and wet conditions in northern Europe, while stronger northerly winds over Greenland and northeastern Canada carry cold air southward and decrease land temperatures and SST over the northwest Atlantic. Temperature variations over North Africa and the Middle East (cooling) and the southeastern USA (warming), associated with the stronger clockwise flow around the subtropical Atlantic high-pressure centre, are also notable.

Following on from Hurrell (1996), Thompson et al. (2000) showed that for JFM from 1968 to 1997, the NAM accounted for 1.6°C of the 3.0°C warming in Eurasian surface temperatures, 4.9 hPa of the 5.7 hPa decrease in sea level pressure from 60°N to 90°N; 37% out of the 45% increase in Norwegian-area precipitation (55°N–65°N, 5°E–10°E), and 33% out of the 49% decrease in Spanish-region rainfall (35°N–45°N, 10°W–0°W). There were also significant effects on ocean heat content, sea ice, ocean currents and ocean heat transport.

Positive NAO index winters are associated with a northeastward shift in the Atlantic storm activity, with enhanced activity from Newfoundland into northern Europe and a modest decrease to the south (Hurrell and van Loon, 1997; Alexandersson et al., 1998). Positive NAO index winters are also typified by more intense and frequent storms in the vicinity of Iceland and the Norwegian Sea (Serreze et al., 1997;



**Figure 3.31.** *Normalised indices (units of standard deviation) of the mean winter (December–March) NAO developed from sea level pressure data. In the top panel, the index is based on the difference of normalised sea level pressure between Lisbon, Portugal and Stykkisholmur/Reykjavik, Iceland from 1864 to 2005. The average winter sea level pressure data at each station were normalised by dividing each seasonal pressure anomaly by the long-term (1864 to 1983) standard deviation. In the middle panel, the index is the principal component time series of the leading EOF of Atlantic-sector sea level pressure. In the lower panel, the index is the principal component time series of the leading EOF of NH sea level pressure. The smooth black curves show decadal variations (see Appendix 3.A). The individual bar corresponds to the January of the winter season (e.g., 1990 is the winter of 1989/1990). Updated from Hurrell et al. (2003); see http://www.cgd.ucar.edu/cas/jhurrell/indices.html for updated time series.*

Deser et al., 2000). The correlation between the NAO index and cyclone activity is highly negative in eastern Canada and positive in western Canada (Wang et al., 2006b). The upward trend towards more positive NAO index winters from the mid-1960s to the mid-1990s has been associated with increased wave heights over the northeast Atlantic and decreased wave heights south of 40°N (Carter, 1999; Wang and Swail, 2001; see also Section 3.5.6).

The NAO/NAM modulates the transport and convergence of atmospheric moisture and the distribution of evaporation and precipitation (Dickson et al., 2000). Evaporation exceeds precipitation over much of Greenland and the Canadian Arctic and more precipitation than normal falls from Iceland through Scandinavia during winters with a high NAO index, while the reverse occurs over much of central and southern Europe, the Mediterranean and parts of the Middle East (Dickson et al., 2000). Severe drought has persisted throughout parts of Spain and Portugal as well (Hurrell et al., 2003). As far eastward as Turkey, river runoff is significantly correlated with NAO variability (Cullen and deMenocal, 2000). There are many NAO-related effects on ocean circulation, such as the freshwater balance of the Atlantic Ocean (see Chapter 5), on the cryosphere (see Chapter 4), and on many aspects of the north Atlantic/European biosphere (see the Working Group 11 contribution to the IPCC Fourth Assessment Report).

### 3.6.5   The Southern Hemisphere and Southern Annular Mode

The principal mode of variability of the atmospheric circulation in the SH extratropics is now known as the SAM (see Figure 3.32). It is essentially a zonally symmetric structure, but with a zonal wave three pattern superimposed. It is associated with synchronous pressure or height anomalies of opposite sign in mid- and high-latitudes, and therefore reflects changes in the main belt of subpolar westerly winds. Enhanced Southern Ocean westerlies occur in the positive phase of the SAM. The SAM contributes a significant proportion of SH mid-latitude circulation variability on many time scales (Hartmann and Lo, 1998; Kidson, 1999; Thompson and Wallace, 2000; Baldwin, 2001). Trenberth et al. (2005b) showed that the SAM is the leading mode in an EOF analysis of monthly mean global atmospheric mass, accounting for around 10% of total global variance. As with the NAM, the structure and variability of the SAM results mainly from the internal dynamics of the atmosphere and the SAM is an expression of storm track and jet stream variability (e.g., Hartmann and Lo, 1998; Limpasuvan and Hartmann, 2000; Box 3.3). Poleward eddy momentum fluxes interact with the zonal mean flow to sustain latitudinal displacements of the mid-latitude westerlies (Limpasuvan and Hartmann, 2000; Rashid and Simmonds, 2004, 2005).

Gridded reanalysis data sets have been utilised to derive time series of the SAM, particularly the NRA (e.g., Gong and Wang, 1999; Thompson et al., 2000) and more recently ERA-40 (Renwick, 2004; Trenberth et al., 2005b). However, a declining positive bias in pressure at high southern latitudes in both reanalyses before 1979 (Hines et al., 2000; Trenberth and Smith, 2005) means that derived trends in the SAM are too large. Marshall (2003) produced a SAM index based on appropriately located station observations. His index reveals a general increase in the SAM index beginning in the 1960s (Figure 3.32) consistent with a strengthening of the circumpolar vortex and intensification of the circumpolar westerlies, as observed in northern Antarctic Peninsula radiosonde data (Marshall, 2002).

The observed SAM trend has been related to stratospheric ozone depletion (Sexton, 2001; Thompson and Solomon, 2002; Gillett and Thompson, 2003) and to greenhouse gas increases (Hartmann et al., 2000; Marshall et al., 2004; see also Section 9.5.3.3). Jones and Widmann (2004) reconstructed century-





**Figure 3.32.** *(Bottom) Seasonal values of the SAM index calculated from station data (updated from Marshall, 2003). The smooth black curve shows decadal variations (see Appendix 3.A). (Top) The SAM geopotential height pattern as a regression based on the SAM time series for seasonal anomalies at 850 hPa (see also Thompson and Wallace, 2000). (Middle) The regression of changes in surface temperature (°C) over the 23-year period (1982 to 2004) corresponding to a unit change in the SAM index, plotted south of 60°S. Values exceeding about 0.4°C in magnitude are significant at the 1% significance level (adapted from Kwok and Comiso, 2002b).*

scale records based on proxies of the SAM that indicate that the magnitude of the recent trend may not be unprecedented, even during the 20th century. There is also recent evidence that ENSO variability can influence the SAM in the southern summer (e.g., L'Heureux and Thompson, 2006).

The trend in the SAM, which is statistically significant annually and in summer and autumn (Marshall et al., 2004), has contributed to antarctic temperature trends (Kwok and Comiso, 2002b; Thompson and Solomon, 2002; van den Broeke and van Lipzig, 2003; Schneider et al., 2004); specifically a strong summer warming in the Peninsula region and little change or cooling over much of the rest of the continent (Turner et al., 2005; see Figure 3.32). Through the wave component, the positive SAM is associated with low pressure west of the Peninsula (e.g., Lefebvre et al., 2004) leading to increased poleward flow, warming and reduced sea ice in the region (Liu et al., 2004b). Orr et al. (2004) proposed that this scenario yields a higher frequency of warmer maritime air masses passing over the Peninsula, leading to the marked northeast Peninsula warming observed in summer and autumn (December–May). The positive trend in the SAM has led to more cyclones in the circumpolar trough (Sinclair et al., 1997) and hence a greater contribution to antarctic precipitation from these near-coastal systems that is reflected in $\delta^{18}O$ levels in the snow (Noone and Simmonds, 2002). The SAM also affects spatial patterns of precipitation variability in Antarctica (Genthon et al., 2003) and southern South America (Silvestri and Vera, 2003).

The imprint of SAM variability on the Southern Ocean system is observed as a coherent sea level response around Antarctica (Aoki, 2002; Hughes et al., 2003) and by its regulation of Antarctic Circumpolar Current flow through the Drake Passage (Meredith et al., 2004). Changes in oceanic circulation directly alter the THC (Oke and England, 2004) and may explain recent patterns of observed temperature change at SH high latitudes described by Gille (2002).

### 3.6.6    Atlantic Multi-decadal Oscillation

Over the instrumental period (since the 1850s), North Atlantic SSTs show a 65 to 75 year variation (0.4°C range), with a warm phase during 1930 to 1960 and cool phases during 1905 to 1925 and 1970 to 1990 (Schlesinger and Ramankutty, 1994), and this feature has been termed the AMO (Kerr, 2000), as shown in Figure 3.33. Evidence (e.g., Enfield et al., 2001; Knight et al., 2005) of a warm phase in the AMO from 1870 to 1900 is revealed as an artefact of the de-trending used (Trenberth and Shea, 2006). The cycle appears to have returned to a warm phase beginning in the mid-1990s, and tropical Atlantic SSTs were at record high levels in 2005. Instrumental observations capture only two full cycles of the AMO, so the robustness of the signal has been addressed using proxies. Similar oscillations in a 60- to 110-year band are seen in North Atlantic palaeoclimatic reconstructions through the last four centuries (Delworth and Mann, 2000; Gray et al., 2004). Both observations and model simulations implicate changes in the strength of the THC as the primary source of the multi-decadal variability, and suggest a



**Figure 3.33.** *Atlantic Multi-decadal Oscillation index from 1850 to 2005 represented by annual anomalies of SST in the extratropical North Atlantic (30–65°N; top), and in a more muted fashion in the tropical Atlantic (10°N –20°N) SST anomalies (bottom). Both series come from HadSST2 (Rayner et al., 2006) and are relative to the 1961 to 1990 mean (°C). The smooth blue curves show decadal variations (see Appendix 3.A).*

possible oscillatory component to its behaviour (Delworth and Mann, 2000; Latif, 2001; Sutton and Hodson, 2003; Knight et al., 2005). Trenberth and Shea (2006) proposed a revised AMO index, subtracting the global mean SST from the North Atlantic SST. The revised index is about 0.35°C lower than the original after 2000, highlighting the fact that most of the recent warming is global in scale.

The AMO has been linked to multi-year precipitation anomalies over North America, and appears to modulate ENSO teleconnections (Enfield et al., 2001; McCabe et al., 2004; Shabbar and Skinner, 2004). Multi-decadal variability in the North Atlantic also plays a role in Atlantic hurricane formation (Goldenberg et al., 2001; see also Section 3.8.3.2). The revised AMO index (Trenberth and Shea, 2006) indicates that North Atlantic SSTs have recently been about 0.3°C warmer than during 1970 to 1990, emphasizing the role of the AMO in suppressing tropical storm activity during that period. The AMO is likely to be a driver of multi-decadal variations in Sahel droughts, precipitation in the Caribbean, summer climate of both North America and Europe, sea ice concentration in the Greenland Sea and sea level pressure over the southern USA, the North Atlantic and southern Europe (e.g., Venegas and Mysak, 2000; Goldenberg et al., 2001; Sutton and Hodson, 2005; Trenberth and Shea, 2006). Walter and Graf (2002) identified a non-stationary relationship between the NAO and the AMO. During the negative phase of the AMO, the North Atlantic SST is strongly correlated with the NAO index. In contrast, the NAO index is only weakly correlated with the North Atlantic SST during the AMO positive phase. Chelliah and Bell (2004)

defined a tropical multi-decadal pattern related to the AMO, the PDO and winter NAO with coherent variations in tropical convection and surface temperatures in the West African monsoon region, the central tropical Pacific, the Amazon Basin and the tropical Indian Ocean.

### 3.6.7   Other Indices

As noted earlier, many patterns of variability (sometimes referred to as 'modes') in the climate system have been identified over the years, but few stand out as robust and dynamically significant features in relation to understanding regional climate change. This section discusses two climate signals that have recently drawn the attention of scientific community: the Antarctic Circumpolar Wave and the Indian Ocean Dipole.

#### *3.6.7.1   Antarctic Circumpolar Wave*

The Antarctic Circumpolar Wave (ACW) is described as a pattern of variability with an approximately four-year period in the southern high-latitude ocean-atmosphere system, characterised by the eastward propagation of anomalies in antarctic sea ice extent, and coupled to anomalies in SST, sea surface height, MSLP and wind (Jacobs and Mitchell, 1996; White and Peterson, 1996; White and Annis, 2004). Since its initial formulation (White and Peterson, 1996), questions have arisen concerning many aspects of the ACW: the robustness of the ACW on inter-decadal time scales (Carril and Navarra, 2001;

Connolley, 2003; Simmonds, 2003), its generating mechanisms (Cai and Baines, 2001; Venegas, 2003; White et al., 2004; White and Simmonds, 2006) and even its very existence (Park et al., 2004).

### 3.6.7.2   Indian Ocean Dipole

Large interannual variability of SST in the Indian Ocean has been associated with the Indian Ocean Dipole (IOD), also referred to as the Indian Ocean Zonal Mode (IOZM; Saji et al., 1999; Webster et al., 1999). This pattern manifests through a zonal gradient of tropical SST, which in one extreme phase in boreal autumn shows cooling off Sumatra and warming off Somalia in the west, combined with anomalous easterlies along the equator. The magnitude of the secondary rainfall maximum from October to December in East Africa is strongly correlated with positive IOD events (Xie et al., 2002). Several recent IOD events have occurred simultaneously with ENSO events and there is a significant debate on whether the IOD is an Indian Ocean pattern or whether it is triggered by ENSO in the Pacific Ocean (Allan et al., 2001). The strongest IOD episode ever observed occurred in 1997 to 1998 and was associated with catastrophic flooding in East Africa. Trenberth et al. (2002b) showed that Indian Ocean SSTs tend to rise about five months after the peak of ENSO in the Pacific. Monsoon variability and the SAM (Lau and Nath, 2004) are also likely to play a role in triggering or intensifying IOD events. One argument for an independent IOD was the large episode in 1961 when no ENSO event occurred (Saji et al., 1999). Saji and Yamagata (2003), analysing observations from 1958 to 1997, concluded that 11 out of the 19 episodes identified as moderate to strong IOD events occurred independently of ENSO. However, this was disputed by Allan et al. (2001), who found that accounting for varying lag correlations removes the apparent independence from ENSO. Decadal variability in correlations between SST-based indices of the IOD and ENSO has been documented (Clark et al., 2003). At inter-decadal time scales, the SST patterns associated with the inter-decadal variability of ENSO indices are very similar to the SST patterns associated with the Indian monsoon rainfall (Krishnamurthy and Goswami, 2000) and with the North Pacific inter-decadal variability (Deser et al., 2004), raising the issue of coupled mechanisms modulating both ENSO-monsoon system and IOD variability (e.g., Terray et al., 2005).

### 3.6.8   Summary

Decadal variations in teleconnections considerably complicate the interpretation of climate change. Since the TAR, it has become clear that a small number of teleconnection patterns account for much of the seasonal to interannual variability in the extratropics. On monthly time scales, the SAM, NAM and NAO are dominant in the extratropics. The NAM and NAO are closely related, and are mostly independent from the SAM, except perhaps on decadal time scales. Many other patterns can be explained through combinations of the NAM and PNA in

the NH, and the SAM and PSA in the SH, plus ENSO-related global patterns. Both the NAM/NAO and the SAM have exhibited trends towards their positive phase (strengthened mid-latitude westerlies) over the last three to four decades, although both have returned to near their long-term mean state in the last five years. In the NH, this trend has been associated with the observed winter change in storm tracks, precipitation and temperature patterns. In the SH, SAM changes are related to contrasting trends of strong warming in the Antarctic Peninsula and a cooling over most of interior Antarctica. The increasing positive phase of the SAM has been linked to stratospheric ozone depletion and to greenhouse gas increases. Multi-decadal variability is also evident in the Atlantic, and appears to be related to the THC. Other teleconnection patterns discussed (PNA, PSA) exhibit decadal variations, but have not been shown to have systematic long-term changes.

ENSO has exhibited considerable inter-decadal variability in the past century, in association with the PDO (or IPO). Systematic changes in ENSO behaviour have also been observed, in particular the different evolution of ENSO events and enhanced El Niño activity since the 1976–1977 climate shift. Over North America, ENSO- and PNA-related changes appear to have led to contrasting changes across the continent, as the west has warmed more than the east, while the latter has become cloudier and wetter. Over the Indian Ocean, ENSO, monsoon and SAM variability are related to a zonal gradient of tropical SST associated with anomalous easterlies along the equator, and opposite precipitation and thermal anomalies in East Africa and over the Maritime Continent. The tropical Pacific variability is influenced by interactions with the tropical Atlantic and Indian Oceans, and by the extratropical North and South Pacific. Responses of the extratropical ocean become more important as the time scale is extended, and processes such as subduction, gyre changes and the THC come into play.

## 3.7   Changes in the Tropics and Subtropics, and in the Monsoons

The global monsoon system embraces an overturning circulation that is intimately associated with the seasonal variation of monsoon precipitation over all major continents and adjacent oceans (Trenberth et al., 2000). It involves the Hadley Circulation, the zonal mean meridional overturning mass flow between the tropics and subtropics entailing the Inter-Tropical Convergence Zone (ITCZ), and the Walker Circulation, which is the zonal east-west overturning. The South Pacific Convergence Zone (SPCZ) is a semi-permanent cloud band extending from around the Coral Sea southeastward towards the extratropical South Pacific, while the South Atlantic Convergence Zone (SACZ) is a more transient feature over and southeast of Brazil that transports moisture originating over the Amazon into the South Atlantic (Liebmann et al., 1999).

Tropical SSTs determine where the upward branch of the Hadley Circulation is located over the oceans, and the dominant variations in the energy transports by the Hadley cell, reflecting its strength, relate to ENSO (Trenberth et al., 2002a; Trenberth and Stepaniak, 2003a). During El Niño, elevated SST causes an increase in convection and relocation of the ITCZ and SPCZ to near the equator over the central and eastern tropical Pacific, with a tendency for drought conditions over Indonesia. There follows a weakening of the Walker Circulation and a strengthening of the Hadley Circulation (Oort and Yienger, 1996; Trenberth and Stepaniak, 2003a), leading to drier conditions over many subtropical regions during El Niño, especially over the Pacific sector. As discussed in Section 3.4.4.1, increased divergence of energy out of the tropics in the 1990s relative to the 1980s (Trenberth and Stepaniak, 2003a) is associated with more frequent El Niño events and especially the major 1997–1998 El Niño event, so these conditions play a role in inter-decadal variability (Gong and Ho, 2002; Mu et al., 2002; Deser et al., 2004). Examination of the Hadley Circulation in several data sets (Mitas and Clement, 2005) suggests some strengthening, although discrepancies among reanalysis data sets and known deficiencies raise questions about the robustness of this strengthening, especially prior to the satellite era (1979).

Monsoons are generally referred to as tropical and subtropical seasonal reversals in both the surface winds and associated precipitation. The strongest monsoons occur over the tropics of southern and eastern Asia and northern Australia, and parts of western and central Africa. Rainfall is the most important monsoon variable because the associated latent heat release drives atmospheric circulations, and because of its critical role in the global hydrological cycle and its vital socioeconomic impacts. Thus, other regions that have an annual reversal in precipitation with an intense rainy summer and a dry winter have been recently recognised as monsoon regions, even though these regions have no explicit seasonal reversal of the surface winds (Wang, 1994; Webster et al., 1998). The latter regions

include Mexico and the southwest USA, and parts of South America and South Africa. Owing to the lack of sufficiently reliable and long-term oceanic observations, analyses of observed long-term changes have mainly relied on land-based rain gauge data.

Because the variability of regional monsoons is often the result of interacting circulations from other regions, simple indices of monsoonal strength in adjacent regions may give contradictory indications of strength (Webster and Yang, 1992; Wang and Fan, 1999). Decreasing trends in precipitation over the Indonesian Maritime Continent, equatorial parts of western and central Africa, Central America, Southeast Asia and eastern Australia have been found for 1948 to 2003 (Chen et al., 2004; see Figure 3.13), while increasing trends were evident over the USA and northwestern Australia (see also Section 3.3.2.2 and Figure 3.14), consistent with Dai et al. (1997). Using NRA, Chase et al. (2003) found diminished monsoonal circulations since 1950 and no trends since 1979, but results based on NRA suffer severely from artefacts arising from changes in the observing system (Kinter et al., 2004).

Two precipitation data sets (Chen et al., 2002; GHCN, see Section 3.3) yield very similar patterns of change in the seasonal precipitation contrasts between 1976 to 2003 and 1948 to 1975 (Figure 3.34), despite some differences in details and discrepancies in northwest India. Significant decreases in the annual range (wet minus dry season) were observed over the NH tropical monsoon regions (e.g., Southeast Asia and Central America). Over the East Asian monsoon region, the change over these periods involves increased rainfall in the Yangtze River valley and Korea but decreased rainfall over the lower reaches of the Yellow River and northeast China. In the Indonesian-Australian monsoon region, the change between the two periods is characterised by an increase in northwest Australia and Java but a decrease in northeast Australia and a northeastward movement in the SPCZ (Figure 3.34). However, the average monsoonal rainfall in East Asia, Indonesia-Australia and South America in summer mostly shows no long-term trend



**Figure 3.34.** *Change in the mean annual range of precipitation: 1976 to 2003 minus 1948 to 1975 periods (mm per day). Blue/green (red/yellow) colour denotes a decreasing (increasing) annual range of the monsoon rainfall. Grey areas indicate missing values (oceans) or areas with insignificant annual changes. Data were from PREC/L (Chen et al., 2002; see Wang and Ding, 2006).*

but significant interannual and inter-decadal variations. In the South African monsoon region there is a slight decrease in the annual range of rainfall (Figure 3.34), and a decreasing trend in area-averaged precipitation (Figure 3.14).

Monsoon variability depends on many factors, from regional air-sea interaction and land processes (e.g., snow cover fluctuations) to teleconnection influences (e.g., ENSO, NAO/ NAM, PDO, IOD). New evidence, relevant to climate change, indicates that increased aerosol loading in the atmosphere may have strong impacts on monsoon evolution (Menon et al., 2002) through changes in local heating of the atmosphere and land surface (see also Box 3.2 and Chapter 2).

### 3.7.1   Asia

The Asian monsoon can be divided into the East Asian and the South Asian or Indian monsoon systems (Ding et al., 2004). Based on a land monsoon index derived from MSLP gradients between land and ocean in the East Asian region, Guo et al. (2003) found a systematic reduction in the East Asian summer monsoon during 1951 to 2000, with a stronger monsoon dominant in the first half of the period and a weaker monsoon prevailing in the second half (Figure 3.35). This long-term change in the East Asian monsoon index is consistent with a tendency for a southward shift of the summer rain belt over eastern China (Zhai et al., 2004). However, Figure 3.35, based on the newly developed Hadley Centre MSLP data set version 2 (HadSLP2; Allan and Ansell, 2006), suggests that although there exists a weakening trend starting in the 1920s, it is not reflected in the longer record extending back to the 1850s, which shows marked decadal-scale variability before the 1940s.

There is other evidence that changes in the Asian monsoon occurred about the time of the 1976–1977 climate shift (Wang, 2001) along with changes in ENSO (Huang et al., 2003; Qian et al., 2003), and declines in land precipitation are evident in southern Asia and, to some extent, in Southeast Asia (see Figure 3.14). Gong and Ho (2002) suggested that the change in summer rainfall over the Yangtze River valley was due to

a southward rainfall shift and Ho et al. (2003) noted a sudden change in Korea. These occurred about the same time as a change in the 500 hPa geopotential height and typhoon tracks in summer over the northern Pacific (Gong et al., 2002; see Section 3.6.3) related to the enlargement, intensification and southwestward extension of the northwest Pacific subtropical high. When the equatorial central and eastern Pacific is in a decadal warm period, summer monsoon rainfall is stronger in the Yangtze River valley but weaker in North China. A strong tropospheric cooling trend is found in East Asia during July and August. Accompanying this summer cooling, the upper-level westerly jet stream over East Asia shifts southward and the East Asian summer monsoon weakens, which results in the tendency towards increased droughts in northern China and floods in the Yangtze River valley (Yu et al., 2004b).

Rainfall during the Indian monsoon season, which runs from June to September and accounts for about 70% of annual rainfall, exhibits decadal variability. Observational studies have shown that the impact of El Niño is more severe during the below-normal epochs, while the impact of La Niña is more severe during the above-normal epochs (Kripalani and Kulkarni, 1997a; Kripalani et al., 2001, 2003). Such modulation of ENSO impacts by the decadal monsoon variability was also observed in the rainfall regimes over Southeast Asia (Kripalani and Kulkarni, 1997b). Links between monsoon-related events (rainfall over South Asia, rainfall over East Asia, NH circulation, tropical Pacific circulation) weakened between 1890 and 1930 but strengthened during 1930 to 1970 (Kripalani and Kulkarni, 2001). The strong inverse relationship between El Niño events and Indian monsoon rainfalls that prevailed for more than a century prior to about 1976 has weakened substantially since then (Kumar et al., 1999; Krishnamurthy and Goswami, 2000; Sarkar et al., 2004), involving large-scale changes in atmospheric circulation. Shifts in the Walker Circulation and enhanced land-sea contrasts appear to be countering effects of increased El Niño activity. Ashok et al. (2001) also found that the IOD (see Section 3.6.7.2) plays an important role as a modulator of Indian rainfall. The El Niño-Southern Oscillation is also related to atmospheric fluctuations both in the Indian sector and in northeastern China (Kinter et al., 2002).

### 3.7.2   Australia

The Australian monsoon covers the northern third of continental Australia and surrounding seas and, considering its closely coincident location and annual evolution, is often studied in conjunction with the monsoon over the islands of Indonesia and Papua New Guinea. The Australian monsoon exhibits large interannual and intra-seasonal variability, largely associated with the effects of ENSO, the Madden-Julian Oscillation (MJO) and tropical cyclone activity (McBride, 1998; Webster et al., 1998; Wheeler and McBride, 2005). Using rain-gauge data, Hennessy et al. (1999) found an increase in calendar-year total rainfall in the Northern Territory of 18% from 1910 to 1995, attributed mostly to enhanced monsoon rainfall in the 1970s and coincident with an almost 20% increase in the number of rain



**Figure 3.35.** Annual values of the East Asia summer monsoon index derived from MSLP gradients between land and ocean in the East Asia region. The definition of the index is based on Guo et al. (2003) but was recalculated based on the HadSLP2 (Allan and Ansell, 2006) data set. The smooth black curve shows decadal variations (see Appendix 3.A).

days. With data updated to 2002, Smith (2004) demonstrated that increased monsoon rainfall has become statistically significant over northern, western and central Australia. Northern Australian wet season rainfall (Jones et al., 2004), updated through 2004–2005 (Figure 3.36), shows the positive trend and the contribution of the anomalously wet period of the mid-1970s as well as the more recent anomalously wet period around 2000 (see also Smith, 2004). Wardle and Smith (2004) argued that the upward rainfall trend is consistent with the upward trend in land surface temperatures that has been observed in the south of the continent, independent of changes over the oceans. Strong decadal variations in Australian precipitation have also been noted (Figure 3.36). Using northeastern Australian rainfall, Latif et al. (1997) showed that rainfall was much increased during decades when the tropical Pacific was anomalously cold (the 1950s and 1970s). This strong relationship does not extend to the Australian monsoon as a whole, however, as the rainfall time series (Figure 3.36) has only a weak negative correlation (approximately –0.2) with the IPO. The fact that the long-term trends in rainfall and Pacific SSTs are both positive, the opposite of their interannual relationship (Power et al., 1998), explains only a portion of why the correlation is reduced at decadal time scales.

### 3.7.3   The Americas

The North American Monsoon System (NAMS) is characterised by ocean-land contrasts including summer heating of higher-elevation mountain and plateau regions of Mexico and the southwestern USA, a large-scale upper-level anticyclonic circulation, a lower-level thermal low and a strong subsidence region to the west in the cool stratus regime of the eastern North Pacific (Vera et al., 2006). The NAMS contains a strong seasonal structure (Higgins and Shi, 2000), with rapid onset of monsoon rains in southwestern Mexico in June, a later northward progression into the southwest USA during its mature phase in July and August and a gradual decay in September and October.

Timing of the start of the northern portion of the NAMS has varied considerably, with some years starting as early as mid-June and others starting as late as early August (Higgins and Shi, 2000). Since part of NAMS variability is governed by larger-scale climate conditions, it is susceptible to interannual and multi-decadal variations. Higgins and Shi (2000) further suggested that the northern portion of the NAMS may be affected by the PDO, wherein anomalous winter precipitation over western North America is correlated with North American monsoon conditions in the subsequent summer.

The South American Monsoon System (SAMS) is evident over South America in the austral summer (Barros et al., 2002; Nogués-Paegle et al., 2002; Vera et al., 2006). It is a key factor for the warm season precipitation regime. In northern Brazil, different precipitation trends (see Figure 3.14 for the Amazon and southern South America regions) have been observed over northern and southern Amazonia, showing a dipole structure (Marengo, 2004) that suggests a southward shift of the SAMS.



**Figure 3.36.** *Time series of northern Australian (north of 26°S) wet season (October–April) rainfall (mm) from 1900/1901 to 2004/2005. The individual bar corresponds to the January of the summer season (e.g., 1990 is the summer of 1989/1990). The smooth black curve shows decadal variations (see Appendix 3.A). Data from the Australian Bureau of Meteorology.*

This is consistent with Rusticucci and Penalba (2000), who found a significant positive trend in the amplitude of the annual precipitation cycle, indicating a long-term climate change of the monsoon regime over the semi-arid region of the La Plata Basin. In addition, the mean wind speed of the low-level jet, a component of the SAMS that transports moisture from the Amazon to the south and southwest, showed a positive trend (Marengo et al., 2004). Positive SST anomalies in the western subtropical South Atlantic are associated with positive rainfall anomalies over the SACZ region (Doyle and Barros, 2002; Robertson et al., 2003). Barros et al. (2000b) found that, during summer, the SACZ was displaced northward (southward) and was more intense (weaker) with cold (warm) SST anomalies to its south. The convergence zone is modulated in part by surface features, including the gradient of SST over the equatorial Atlantic (Chang et al., 1999; Nogués-Paegle et al., 2002), and it modulates the interannual variability of seasonal rainfall over eastern Amazonia and northeastern Brazil (Nobre and Shukla, 1996; Folland et al., 2001).

### 3.7.4   Africa

Since the TAR, a variety of studies have firmly established that ENSO and SSTs in the Indian Ocean are the dominant sources of climate variability over eastern Africa (Goddard and Graham, 1999; Yu and Rienecker, 1999; Indeje et al., 2000; Clark et al., 2003). Further, Schreck and Semazzi (2004) isolated a secondary but significant pattern of regional climate variability based on seasonal (OND) rainfall data. In distinct contrast to the ENSO-related spatial pattern, the trend pattern in their analysis is characterised by positive rainfall anomalies over the northeastern sector of eastern Africa (Ethiopia, Somalia, Kenya and northern Uganda) and opposite conditions over the southwestern sector (Tanzania, southern parts of the Democratic Republic of the Congo and southwestern Uganda). This signal significantly strengthened in recent decades. Warming is associated with an earlier onset of the rainy season over the northeastern Africa region and a late start over the southern sector.

West Africa experiences marked multi-decadal variability in rainfall (e.g., Le Barbe et al., 2002; Dai et al., 2004b). Wet conditions in the 1950s and 1960s gave way to much drier conditions in the 1970s, 1980s and 1990s. The rainfall deficit in this region during 1970 to 1990 was relatively uniform across the region, implying that the deficit was not due to a spatial shift in the peak rainfall (Le Barbe et al., 2002) and was mainly linked to a reduction in the number of significant rainfall events occurring during the peak monsoon period (JAS) in the Sahel and during the first rainy season south of about 9°N. The decreasing rainfall and devastating droughts in the Sahel region during the last three decades of the 20th century (Figure 3.37) are among the largest climate changes anywhere. Dai et al. (2004b) provided an updated analysis of the normalised Sahel rainfall index based on the years 1920 to 2003 (Figure 3.37). Following the major 1982–1983 El Niño event, rainfall reached a minimum of 170 mm below the long-term mean of about 506 mm. Since 1982, there is some evidence for a recovery (see also lower panel of Figure 3.13) but despite this, the mean of the last decade is still well below the pre-1970 level. These authors also noted that large multi-year oscillations appear to be more frequent and extreme after the late 1980s than previously.

ENSO affects the West African monsoon, and the correlation between Sahel and ENSO during JJA varied between 1945 and 1993 (Janicot et al., 2001). The correlation was always negative but was not significant during the 1960s to the mid-1970s when the role of the tropical Atlantic was relatively more important. Years when ENSO has a larger impact tend to be associated with same-signed rainfall anomalies over the West African region whereas years when the tropical Atlantic is more important tend to have a so-called anomalous 'dipole' pattern, with the Sahel and Guinea Coast having opposite-signed rainfall anomalies (Ward, 1998). Giannini et al. (2003) suggested that both interannual and decadal variability of Sahel rainfall results from the response of the African summer monsoon to oceanic forcing, amplified by land-atmosphere interaction.

While other parts of Africa have experienced statistically significant weakening of the monsoon circulation, analyses of long-term southern African rainfall totals in the wet season (JFM) have reported no trends (Fauchereau et al., 2003). Decreases in rainfall are evident in analyses of shorter periods, such as the decade from 1986 to 1995 that was the driest of the 20th century. New et al. (2006) reported a decrease in average rainfall intensity and an increase in dry spell length (number of consecutive dry days) for 1961 to 2000.

### 3.7.5 Summary

Variability at multiple time scales strongly affects monsoon systems. Large interannual variability associated with ENSO dominates the Hadley and Walker Circulations, the ITCZ and monsoons. There is also good evidence for decadal changes associated with monsoonal rainfall changes in many monsoon systems, especially across the 1976–1977 climate shift, but data uncertainties compromise evidence for trends. Some monsoons, especially the East Asian monsoon system, have experienced a dipole change in precipitation with increases in one region and decreases in the other during the last 50 years.

## 3.8   Changes in Extreme Events

### 3.8.1   Background

There is increasing concern that extreme events may be changing in frequency and intensity as a result of human influences on climate. Climate change may be perceived most through the impacts of extremes, although these are to a large degree dependent on the system under consideration, including its vulnerability, resiliency and capacity for adaptation and mitigation; see the Working Group II contribution to the IPCC Fourth Assessment Report. Improvements in technology mean that people hear about extremes in most parts of the world within a few hours of their occurrence. Pictures shot by camcorders on the news may foster a belief that weather-related extremes are increasing in frequency, whether they are or not. An extreme weather event becomes a disaster when society and/or ecosystems are unable to cope with it effectively. Growing human vulnerability (due to growing numbers of people living in exposed and marginal areas or due to the development of more high-value property in high-risk zones) is increasing the risk, while human endeavours (such as by local governments) try to mitigate possible effects.

The assessment of extremes in this section is based on long-term observational series of weather elements. As in the TAR, extremes refer to rare events based on a statistical model of particular weather elements, and changes in extremes may relate to changes in the mean and variance in complicated ways. Changes in extremes are assessed at a range of temporal and spatial scales, for example, from extremely warm years globally to peak rainfall intensities locally, and examples are given in Box 3.6. To span this entire range, data are required at a daily (or shorter) time scale. However, the availability of



**Figure 3.37.** *Time series of Sahel (10°N –20°N, 18°W–20°E) regional rainfall (April–October) from 1920 to 2003 derived from gridding normalised station anomalies and then averaging using area weighting (adapted from Dai et al., 2004a). The smooth black curve shows decadal variations (see Appendix 3.A).*

observational data restricts the types of extremes that can be analysed. The rarer the event, the more difficult it is to identify long-term changes, simply because there are fewer cases to evaluate (Frei and Schär. 2001; Klein Tank and Können, 2003). Identification of changes in extremes is also dependent on the analysis technique employed (Zhang et al., 2004a; Trömel and Schönwiese, 2005). To avoid excessive statistical limitations, trend analyses of extremes have traditionally focused on standard and robust statistics that describe moderately extreme events. In percentile terms, these are events occurring between 1 and 10% of the time at a particular location in a particular reference period (generally 1961 to 1990). Unless stated otherwise, this section focuses on changes in these extremes.

Global studies of daily temperature and precipitation extremes over land (e.g., Frich et al., 2002; see also the TAR) suffer from both a scarcity of data and regions with missing data. The main reason is that in various parts of the globe there is a lack of homogeneous observational records with daily | resolution covering multiple decades that are part of integrated digitised data sets (GCOS, 2003). In addition, existing records are often inhomogeneous, for example as a result of changes in observing practices or UHI effects (DeGaetano and Allen, 2002; Vincent et al., 2002; Wijngaard et al., 2003). This affects, in particular, the understanding of extremes, because changes in extremes are often more sensitive to inhomogeneous climate monitoring practices than changes in the mean (see Appendix 3.B.2 and 3.B.4). Consistent observing is also a problem when assessing long-term changes in the frequency and severity of tropical and extratropical storms. Similar difficulties are encountered when trying to find worldwide observational evidence for changes in severe local weather events like tornadoes, hail, thunderstorms and dust storms. Analyses of trends in extremes are also sensitive to the analysis period, for example, the inclusion of the exceptionally hot European summer of 2003 may have a marked influence on results if the period is short.

Since the TAR, the situation with observational data sets has improved, although efforts to update and exchange data must be continued (e.g., GCOS, 2004). Results are now available from newly established regional- and continental-scale daily data sets; from denser networks, from temporally more extended high-quality time series and from many existing national data archives, which have been expanded to cover longer time periods. Moreover, the systematic use and exchange of time series of standard indices of extremes, with common definitions, provides an unprecedented global picture of changes in daily temperature and precipitation extremes (Alexander et al., 2006, updating the results of Frich et al., 2002 presented in the TAR).

As an alternative, but not independent data source, reanalyses can also be analysed for changes in extremes (see Appendix 3.B.5.4). Although spatially and temporally complete, under-representation of certain types of extremes (Kharin and Zwiers, 2000) and spurious trends in the reanalyses (especially in the tropics and in the SH) remain problematic, in particular before the start of the modern satellite era in 1979 (Marshall, 2002, 2003; Sturaro, 2003; Sterl, 2004; Trenberth et al., 2005a).

For instance, Bengtsson et al. (2004) found that analysed global kinetic energy rose by almost 5% in 1979 as a direct consequence of the inclusion of improved satellite information over the oceans, which is expected to significantly affect analysed storm activity over the southern oceans, where ship data are sparse.

In this section, observational evidence for changes in extremes is assessed for temperature, precipitation, tropical and extratropical cyclones and severe local weather events. Most studies of extremes consider the period since about 1950 with even greater emphasis on the last few decades (since 1979), although longer data sets exist for a few regions, enabling more recent events to be placed in a longer context. The section discusses mostly the changes observed in the daily weather elements, where most progress has been made since the TAR. Droughts (although they are considered extremes) are covered in Section 3.3.4 as they are more related to longer periods of anomalous climate.

### 3.8.2   Evidence for Changes in Variability or Extremes

#### *3.8.2.1    Temperature*

For temperature extremes in the 20th century, the TAR highlighted the lengthening of the growing or frost-free season in most mid- and high-latitude regions, a reduction in the frequency of extreme low monthly and seasonal average temperatures and smaller increases in the frequency of extreme high average temperatures. In addition, there was evidence to suggest a decrease in the intra-annual temperature variability with consistent reductions in frost days and increases in warm nighttime temperatures across much of the globe.

Evidence for changes in observed interannual variability (such as standard deviations of seasonal averages) is still sparse. Scherrer et al. (2005) investigated standardised distribution changes for seasonal mean temperature in central Europe and found that temperature variability showed a weak increase (decrease) in summer (winter) for 1961 to 2004, but these changes are not statistically significant at the 10% level. On the daily time scale, regional studies have been completed for southern South America (Vincent et al., 2005), Central America and northern South America (Aguilar et al., 2005), the Caribbean (Peterson et al., 2002), North America (Kunkel et al., 2004; Vincent and Mekis, 2006), the Arctic (Groisman et al., 2003), central and northern Africa (Easterling et al., 2003), southern and western Africa (New et al., 2006), the Middle East (Zhang et al., 2005), Western Europe and east Asia (Kiktev et al., 2003), Australasia and southeast Asia (Griffiths et al., 2005), China (Zhai and Pan, 2003) and central and southern Asia (Klein Tank et al., 2006). They all show patterns of changes in extremes consistent with a general warming, although the observed changes of the tails of the temperature distributions are often more complicated than a simple shift of the entire distribution would suggest (see Figure 3.38). In addition, uneven trends are observed for nighttime and daytime

temperature extremes. In southern South America, significant increasing trends were found in the occurrence of warm nights and decreasing trends in the occurrence of cold nights, but no consistent changes in the indices based on daily maximum temperature. In Central America and northern South America, high extremes of both minimum and maximum temperature have increased. Warming of both the nighttime and daytime extremes was also found for the other regions where data have been analysed. For Australasia and Southeast Asia, the dominant distribution change at rural stations for both maximum and minimum temperature involved a change in the mean, affecting either one or both distribution tails, with no significant change in standard deviation (Griffiths et al., 2005). For urbanised stations, however, the dominant change also involved a change in the standard deviation. This result was particularly evident for minimum temperature.



**Figure 3.38.** *Annual probability distribution functions for temperature indices for 202 global stations with at least 80% complete data between 1901 and 2003 for three time periods: 1901 to 1950 (black), 1951 to 1978 (blue) and 1979 to 2003 (red). The x-axis represents the percentage of time during the year when the indicators were below the 10th percentile for cold nights (left) or above the 90th percentile for warm nights (right). From Alexander et al. (2006).*

Few other studies have considered mutual changes in both the high and low tail of the same daily (minimum, maximum or mean) temperature distribution. Klein Tank and Können (2003) analysed such changes over Europe using standard indices, and found that the annual number of warm extremes (above the 90th percentile for 1961 to 1990) of the daily minimum and maximum temperature distributions increased twice as fast during the last 25 years than expected from the corresponding decrease in the number of cold extremes (lowest 10%). Moberg and Jones (2005) found that both the high and the low tail (defined by the 90th and 10th percentile) of the daily minimum and maximum temperature distribution over Europe in winter increased over the 20th century as a whole, with the low tail of minimum temperature warming significantly in summer. For an even longer period, Yan et al. (2002) found decreasing warm extremes in Europe and China up to the late 19th century, decreasing cold extremes since then, and increasing warm extremes only since 1961, especially in summer (JJA). Brunet et al. (2006) analysed 22 Spanish records for the period 1894 to 2003 and found greater reductions in the number of cold days than increases in hot days. However, since 1973 warm days have been rising dramatically, particularly near the Mediterranean coast. Beniston and Stephenson (2004) showed that changes in extremes of daily temperature in Switzerland were due to changes in both the mean and the variance of the daily temperatures. Vincent and Mekis (2006) found progressively fewer extreme cold nights and cool days but more extreme warm nights and hot days for Canada from 1900 to 2003 and Robeson (2004) found intense warming of the lowest daily minimum temperatures over western and central North America. In Argentina, the strong positive changes in minimum temperature seen during 1959 to 1998 were associated with significant increases in the frequency of warm

nights; there were also decreases in cold days (Rusticucci and Barrucand, 2004).

Alexander et al. (2006) and Caesar et al. (2006) have brought all these and other regional results together, gridding the common indices or data for the period since 1946. Over 74% of the global land area sampled showed a significant decrease in the annual occurrence of cold nights; a significant increase in the annual occurrence of warm nights took place over 73% of the area (Table 3.6, Figure 3.38 and FAQ 3.3). This implies a positive shift in the distribution of daily minimum temperature $T_{min}$ throughout the globe. Changes in the occurrence of cold and warm days show warming as well, but generally less marked. This is consistent with $T_{min}$ increasing more than maximum temperature $T_{max}$, leading to a reduction in DTR since 1951 (see Sections 3.2.2.1 and 3.2.2.7). The change in the four extremes indices (Table 3.6) also show that the distribution of $T_{min}$ and $T_{max}$ have not only shifted, but also changed in shape. The indices for the number of cold and warm events have changed almost equally, which for a near-Gaussian distributed quantity indicates that the cold tails of the distributions have warmed considerably more than the warm tails over the last 50 years. Considering the last 25 years only, such a change in shape is not seen (Table 3.6).

### 3.8.2.2    Precipitation

The conceptual basis for changes in precipitation has been given by Allen and Ingram (2002) and Trenberth et al. (2003; see Section 3.3 and FAQ 3.2). Issues relate to changes in type, amount, frequency, intensity and duration of precipitation. Observed increases in atmospheric water vapour (see Section 3.4.2) imply increases in intensity, but this will lead to reduced frequency or duration if the total evaporation rate from the Earth's surface (land and ocean) is unchanged. The TAR states that it is likely that there has been a statistically significant 2 to 4% increase in the frequency of heavy and extreme precipitation events when averaged across the middle and high latitudes. Since then a more refined understanding of the observed changes in precipitation extremes has been achieved.

**Table 3.6.** *Global trends in extremes of temperature and precipitation as measured by the 10th and 90th percentiles (for 1961–1990). Trends with 5 and 95% confidence intervals and levels of significance (**bold**: <1%) were estimated by REML (see Appendix 3.A), which allows for serial correlation in the residuals of the data about the linear trend. All trends are based on annual averages. Values are % per decade. Based on Alexander et al. (2006).*

| Series | Trend (% per decade) 1951–2003 | 1979–2003 |
|---|---|---|
| **TN10:** % incidence of $T_{min}$ below coldest decile. | **–1.17 ± 0.20** | **–1.24 ± 0.44** |
| **TN90:** % incidence of $T_{min}$ above warmest decile. | **1.43 ± 0.42** | **2.60 ± 0.81** |
| **TX10:** % incidence of $T_{max}$ below coldest decile. | **–0.63 ± 0.16** | **–0.91 ± 0.48** |
| **TX90:** % incidence of $T_{max}$ above warmest decile. | **0.71 ± 0.35** | **1.74 ± 0.72** |
| **PREC:** % contribution of very wet days (above the 95th percentile) to the annual precipitation total. | **0.21 ± 0.10** | 0.41 ± 0.38 |

Many analyses indicate that the evolution of rainfall statistics through the second half of the 20th century is dominated by variations on the interannual to inter-decadal time scale and that trend estimates are spatially incoherent (Manton et al., 2001; Peterson et al., 2002; Griffiths et al., 2003; Herath and Ratnayake, 2004). In Europe, there is a clear majority of stations with increasing trends in the number of moderately and very wet days (defined as wet days (≥1 mm of rain) that exceed the 75th and 95th percentiles, respectively) during the second half of the 20th century (Klein Tank and Können, 2003; Haylock and Goodess, 2004). Similarly, for the contiguous USA, Kunkel et al. (2003) and Groisman et al. (2004) confirmed earlier results and found statistically significant increases in heavy (upper 5%) and very heavy (upper 1%) precipitation of 14 and 20%, respectively. Much of this increase occurred during the last three decades of the 20th century and is most apparent over the eastern parts of the country. In addition, there is new evidence from Europe and the USA that the relative increase in precipitation extremes is larger than the increase in mean precipitation, and this is manifested as an increasing contribution of heavy events to total precipitation (Klein Tank and Können, 2003; Groisman et al., 2004).

Despite a decrease in mean annual rainfall, an increase in the fraction from heavy events was inferred for large parts of the Mediterranean (Alpert et al., 2002; Brunetti et al., 2004;

Maheras et al., 2004). Further, Kostopoulou and Jones (2005) noted contrasting trends of heavy rainfall events between an increase in the central Mediterranean (Italy) and a decrease over the Balkans. In South Africa, Siberia, central Mexico, Japan and the northeastern part of the USA, an increase in heavy precipitation was also observed, while total precipitation and/or the frequency of days with an appreciable amount of precipitation (wet days) was either unchanged or decreasing (Easterling et al., 2000; Fauchereau et al., 2003; Sun and Groisman, 2004; Groisman et al., 2005).

A number of recent regional studies have been completed for southern South America (Haylock et al., 2006), Central America and northern South America (Aguilar et al., 2005), southern and western Africa (New et al., 2006), the Middle East (Zhang et al., 2005) and central and southern Asia (Klein Tank et al., 2006). For southern South America, the pattern of trends for extremes between 1960 and 2000 was generally the same as that for total annual rainfall (Haylock et al., 2006). A majority of stations showed a change to wetter conditions, related to the generally lower value of the SOI since 1976/1977, with the exception of southern Peru and southern Chile, where a decrease was observed in many precipitation indices. In the latter region, the change in ENSO has led to a weakening of the continental trough resulting in a southward shift in storm tracks and an important effect on the observed rainfall trends. No significant increases in total precipitation amounts were found over Central America and northern South America (see also Figure 3.14), but rainfall intensities have increased related to changes in SST of tropical Atlantic waters. Over southern and western Africa, and the Middle East, there are no spatially coherent patterns of statistically significant trends in precipitation indices. Averaged over central and southern Asia, a slight indication of disproportionate changes in the precipitation extremes compared with the total amounts is seen. In the Indian sub-continent Sen Roy and Balling (2004) found that about two- thirds of all considered time series exhibit increasing trends in indices of precipitation extremes and that there are coherent regions with increases and decreases.

Alexander et al. (2006) also gridded the extreme indices for precipitation (as for temperature in Section 3.8.2.1). Changes in precipitation extremes are much less coherent than for temperature, but globally averaged over the land area with sufficient data. the percentage contribution to total annual precipitation from very wet days (upper 5%) is greater in recent decades than earlier decades (Figure 3.39, top panel, and Table 3.6, last line). Observed changes in intense precipitation (with geographically varying thresholds between the 90th and 99.9th percentile of daily precipitation events) for more than one half of the global land area indicate an increasing probability of intense precipitation events beyond that expected from changes in the mean for many extratropical regions (Groisman et al., 2005; Figure 3.39, bottom panel). This finding supports the disproportionate changes in the precipitation extremes described in the majority of regional studies above, in particular for the mid-latitudes since about 1950. It is still difficult to draw a consistent picture of changes in the tropics and the subtropics,

where many areas are not analysed and data are not readily available.

As well as confirming previous findings, the new analyses provide seasonal detail and insight into longer-term variations for the mid-latitudes. While the increase in the USA is found primarily in the warm season (Groisman et al., 2004), central and northern Europe exhibited changes primarily in winter (DJF) and changes were insignificant in summer (JJA), but the studies did not include the extreme European summers of 2002 (very wet) and 2003 (very dry) (Osborn and Hulme, 2002; Haylock and Goodess, 2004; Schmidli and Frei, 2005). Although data are not as good, the frequencies of precipitation extremes in the USA were at comparable levels from 1895 into the early 1900s and during the 1980s to 1990s (Kunkel et al., 2003). For Canada (excluding the high-latitude Arctic), Zhang et al. (2001a) and Vincent and Mekis (2006) found that the frequency of precipitation days significantly increased during the 20th century, but averaged for the country as a whole, there is no identifiable trend in precipitation extremes. Nevertheless, Groisman et al. (2005) found significant increases in the frequency of heavy and very heavy (between the 95th and 99.7th percentile of daily precipitation events) precipitation in British Columbia south of 55°N for 1910 to 2001, and in other areas (Figure 3.39, bottom panel).

Since the TAR, several regional analyses have been undertaken for statistics with return periods much longer than in the previous studies. For the UK, Fowler and Kilsby (2003a,b), using extreme value statistics, estimated that the recurrence of 10-day precipitation totals with a 50-year return period (based on data for 1961 to 1990) had increased by a factor of two to five by the 1990s in northern England and Scotland. Their results for long return periods are qualitatively similar to changes obtained for traditional (moderate) statistics (Osborn et al., 2000; Osborn and Hulme, 2002), but there are differences in the relative magnitude of the change between seasons (Fowler and Kilsby, 2003b). For the contiguous USA, Kunkel et al. (2003) and Groisman et al. (2004) analysed return periods of 1 to 20 years, and interannual to inter-decadal variations during the 20th century exhibit a high correlation between all return periods. Similar results were obtained for several extratropical regions (Groisman et al., 2005), including the central USA, the northwestern coast of North America, southern Brazil, Fennoscandia, the East European Plain, South Africa, southeastern Australia and Siberia. In summary, from the available analyses there is



**Figure 3.39.** *(Top) Observed trends (% per decade) for 1951 to 2003 in the contribution to total annual precipitation from very wet days (95th percentile). Trends were only calculated for grid boxes where both the total and the 95th percentile had at least 40 years of data during this period and had data until at least 1999. (Middle) Anomalies (%) of the global annual time series (with respect to 1961 to 1990) defined as the percentage change of contributions of very wet days from the base period average (22.5%). The smooth orange curve shows decadal variations (see Appendix 3.A). From Alexander et al. (2006). (Bottom) Regions where disproportionate changes in heavy and very heavy precipitation during the past decades were documented as either an increase (+) or decrease (–) compared to the change in the annual and/or seasonal precipitation (updated from Groisman et al., 2005). Thresholds used to define "heavy" and "very heavy" precipitation vary by season and region. However, changes in heavy precipitation frequencies are always greater than changes in precipitation totals and, in some regions, an increase in heavy and/or very heavy precipitation occurred while no change or even a decrease in precipitation totals was observed.*

evidence that the changes at the extreme tail of the distribution (several-decade return periods) are consistent with changes inferred for more robust statistics based on percentiles between the 75th and 95th levels, but practically no regions have sufficient data to assess such trends reliably.

### 3.8.3   Evidence for Changes in Tropical Storms

The TAR noted that evidence for changes in tropical cyclones (both in number and in intensity) across the various ocean basins is often hampered by classification changes. In addition, considerable inter-decadal variability reduces significance of any long-term trends. Careful interpretation of observational records is therefore required. Traditional measures of tropical cyclones, hurricanes and typhoons have varied in different regions of the globe, and typically have required thresholds of estimated wind speed to be crossed for the system to be called a tropical storm, named storm, cyclone, hurricane or typhoon, or major hurricane or super typhoon. Many other measures or terms exist, such as 'named storm days', 'hurricane days', 'intense hurricanes', 'net tropical cyclone activity', and so on.

The ACE index (see Box 3.5), is essentially a wind energy index, defined as the sum of the squares of the estimated six-hour maximum sustained wind speed (knots) for all named systems while they are at least tropical storm strength. Since this index represents a continuous spectrum of both system duration and intensity, it does not suffer as much from the discontinuities inherent in more widely used measures of activity such as the number of tropical storms, hurricanes or major hurricanes. However, the ACE values reported here are not adjusted for known inhomogeneities in the record (discussed below). The ACE index is also used to define above-, near-, and below-normal hurricane seasons (based on the 1981 to 2000 period). The index has the same meaning in every region. Figure 3.40 shows the ACE index for six regions (adapted from Levinson,

2005, and updated through early 2006). Prior to about 1970, there was no satellite imagery to help estimate the intensity and size of tropical storms, so the estimates of ACE are less reliable, and values are not given prior to about the mid- or late 1970s in the Indian Ocean, South Pacific or Australian regions. Values are given for the Atlantic and two North Pacific regions after 1948, although reliability improves over time, and trends contain unquantified uncertainties.

The Potential Intensity (PI) of tropical cyclones (Emanuel, 2003) can be computed from observational data based primarily on vertical profiles of temperature and humidity (see Box 3.5) and on SSTs. In analysing CAPE (see Box 3.5) from selected radiosonde stations throughout the tropics for the period 1958 to 1997, Gettelman et al. (2002) found mostly positive trends. DeMott and Randall (2004) found more mixed results, although their data may have been contaminated by spurious adjustments (Durre et al., 2002). Further, Free et al. (2004a) found that trends in PI were small and statistically insignificant at a scattering of stations in the tropics. As all of these studies were probably contaminated by problems with tropical radiosondes (Sherwood et al., 2005; Randel and Wu, 2006; see Section 3.4.1 and Appendix 3.B.5), definitive results are not available.

The PDI index of the total power dissipation for the North Atlantic and western North Pacific (Emanuel, 2005a; see also Box 3.5) showed substantial upward trends beginning in the mid-1970s. Because the index depends on wind speed cubed, it is very sensitive to data quality, and the initial Emanuel (2005a) report has been revised to show the PDI increasing by about 75% (vs. about 100%) since the 1970s (Emanuel, 2005b). The



**Figure 3.40.** *Seasonal values of the ACE index for the North Indian, South Indian, West North Pacific, East North Pacific, North Atlantic and combined Australian-South Pacific regions. The vertical scale in the West North Pacific is twice as large as that of other basins. The SH values are those for the season from July the year before to June of the year plotted. The timeline runs from 1948 or 1970 through 2005 in the NH and through June 2006 in the SH. The ACE index accounts for the combined strength and duration of tropical storms and hurricanes during a given season by computing the sum of squares of the six-hour maximum sustained surface winds in knots while the storm is above tropical storm intensity. Adapted and updated from Levinson (2005).*

## Box 3.5: Tropical Cyclones and Changes in Climate

In the summer tropics, outgoing longwave radiative cooling from the surface to space is not effective in the high water vapour, optically thick environment of the tropical oceans. Links to higher latitudes are weakest in the summer tropics, and transports of energy by the atmosphere, such as occur in winter, are also not an effective cooling mechanism, while monsoonal circulations between land and ocean redistribute energy in areas where they are active. However, tropical storms cool the ocean surface through mixing with cooler deeper ocean layers and through evaporation. When the latent heat is realised in precipitation in the storms, the energy is transported high into the troposphere where it can radiate to space, with the system acting somewhat like a Carnot cycle (Emanuel, 2003). Hence, tropical cyclones appear to play a key role in alleviating the heat from the summer Sun over the oceans.

As the climate changes and SSTs continue to increase (see Section 3.2.2.3), the environment in which tropical storms form is changed. Higher SSTs are generally accompanied by increased water vapour in the lower troposphere (see Section 3.4.2.1 and Figure 3.20), thus the moist static energy that fuels convection and thunderstorms is also increased. Hurricanes and typhoons currently form from pre-existing disturbances only where SSTs exceed about 26°C and, as SSTs have increased, it thereby potentially expands the areas over which such storms can form. However, many other environmental factors also influence the generation and tracks of disturbances, and wind shear in the atmosphere greatly influences whether or not these disturbances can develop into tropical storms. The El Niño-Southern Oscillation and variations in monsoons as well as other factors also affect where storms form and track (e.g., Gray, 1984). Whether the large-scale thermodynamic environment and atmospheric static stability (often measured by Convective Available Potential Energy, CAPE) becomes more favourable for tropical storms depends on how changes in atmospheric circulation, especially subsidence, affect the static stability of the atmosphere, and how the wind shear changes. The potential intensity, defined as the maximum wind speed achievable in a given thermodynamic environment (e.g., Emanuel, 2003), similarly depends critically on SSTs and atmospheric structure. The tropospheric lapse rate is maintained mostly by convective transports of heat upwards, in thunderstorms and thunderstorm complexes, including mesoscale disturbances, various waves and tropical storms, while radiative processes serve to cool the troposphere. Increases in greenhouse gases decrease radiative cooling aloft, thus potentially stabilising the atmosphere. In models, the parametrization of sub-grid scale convection plays a critical role in determining whether this stabilisation is realised and whether CAPE is released or not. All of these factors, in addition to SSTs, determine whether convective complexes become organised as rotating storms and form a vortex.

While attention has often been focussed simply on the frequency or number of storms, the intensity, size and duration likely matter more. NOAA's Accumulated Cyclone Energy (ACE) index (Levinson and Waple, 2004) approximates the collective intensity and duration of tropical storms and hurricanes during a given season and is proportional to maximum surface sustained winds squared. The power dissipation of a storm is proportional to the wind speed cubed (Emanuel, 2005a), as the main dissipation is from surface friction and wind stress effects, and is measured by a Power Dissipation Index (PDI). Consequently, the effects of these storms are highly nonlinear and one big storm may have much greater impacts on the environment and climate system than several smaller storms.

From an observational perspective then, key issues are the tropical storm formation regions, the frequency, intensity, duration and tracks of tropical storms, and associated precipitation. For landfalling storms, the damage from winds and flooding, as well as storm surges, are especially of concern, but often depend more on human factors, including whether people place themselves in harm's way, their vulnerability and their resilience through such things as building codes.

increase comes about because of longer storm lifetimes and greater storm intensity, and the index is strongly correlated with tropical SST. These relationships have been reinforced by Webster et al. (2005, 2006) who found a large increase in numbers and proportion of hurricanes reaching categories 4 and 5 globally since 1970 even as the total number of cyclones and cyclone days decreased slightly in most basins. The largest increase was in the North Pacific, Indian and Southwest Pacific Oceans.

These studies have been challenged by several scientists (e.g., Landsea, 2005; Chan, 2006) who have questioned the quality of the data and the start date of the 1970s. In addition, different centres may assign different intensities to the same storm. The historical record typically records the central pressure and the maximum winds, but these turn out not to be physically consistent in older records, mainly prior to about the early 1970s. However, attempts at mutual adjustments result in

increases in some years and decreases in others, with little effect on overall trends. In particular, in the satellite era after about 1970, the trends found by Emanuel (2005a) and Webster et al. (2005) appear to be robust in strong association with higher SSTs (Emanuel, 2005b). There is no doubt that active periods have occurred in the more distant past, notably in the North Atlantic (see below), but the PDI was evidently not as high in the earlier years (Emanuel, 2005a).

There is a clear El Niño connection in most regions, and strong negative correlations between regions in the Pacific and Atlantic, so that the total tropical storm activity is more nearly constant than ACE values in any one basin. During an El Niño event, the incidence of hurricanes typically decreases in the Atlantic (Gray, 1984; Bove et al., 1998) and far western Pacific and Australian regions, while it increases in the central North and South Pacific and especially in the western North Pacific typhoon region (Gray, 1984; Lander, 1994; Kuleshov and de

Hoedt, 2003; Chan and Liu, 2004), emphasizing the change in locations for tropical storms to preferentially form and track with ENSO. Formation and tracks of tropical storms favour either the Australian or South Pacific region depending on the phase of ENSO (Basher and Zheng, 1995; Kuleshov and de Hoedt, 2003), and these two regions have been combined.

The ACE values have been summed over all regions to produce a global value, as given in Klotzbach (2006), beginning in 1986. The highest ACE year through 2005 is 1997, when a major El Niño event began and surface temperatures were subsequently the highest on record (see Section 3.2), and this is followed by 1992, a moderate El Niño year. Such years contain low values in the Atlantic, but much higher values in the Pacific, and they highlight the critical role of SSTs in the distribution and formation of hurricanes. Next in ranking are 1994 and 2004, while 2005 is close to the 1981 to 2000 mean. The PDI also peaks in the late 1990s about the time of the 1997–1998 El Niño for the combined Atlantic and West Pacific regions, although 2004 is almost as high. Webster et al. (2005) found that numbers of intense (category 4 and 5) hurricanes after 1990 are much greater than from 1970 to 1989. Klotzbach (2006) considers ACE values only from 1986 and his record is not long enough to provide reliable trends, given the substantial variability.

### 3.8.3.1    Western North Pacific

In the western North Pacific, long-term trends are masked by strong inter-decadal variability for 1960 to 2004 (Chan and Liu, 2004; Chan, 2006), but results also depend on the statistics used and there are uncertainties in the data prior to the mid-1980s (Klotzbach, 2006). Further increases in activity have occurred in the last few years after Chan and Liu (2004) was completed (Figure 3.40). Tropical cyclones making landfall in China are a small fraction of the total storms, and no obvious long-term trend can be discerned (He et al., 2003; Liu and Chan, 2003; Chan and Liu, 2004). However, Emanuel (2005a) and Webster et al. (2005, 2006) indicated that the typhoons have become more intense in this region, with almost a doubling of PDI values since the 1950s and an increase of about 30% in the number of category 4 and 5 storms from 1990 to 2004 compared with 1975 to 1989. The post-1985 record analysed by Klotzbach (2006) is too short to provide reliable trends.

The main modulating influence on tropical cyclone activity in the western North Pacific appears to be the changes in atmospheric circulation associated with ENSO, rather than local SSTs (Liu and Chan, 2003; Chan and Liu, 2004). In El Niño years, tropical cyclones tend to be more intense and longer-lived than in La Niña years (Camargo and Sobel, 2004) and occur in different locations. In the summer (JJA) and autumn (SON) of strong El Niño years, tropical cyclone numbers increase markedly in the southeastern quadrant of the western North Pacific (0°N–17°N, 140°E–180°E) and decrease in the northwestern quadrant (17°N–30°N, 120°E–140°E; Wang and Chan, 2002). In SON of El Niño years from 1961 to 2000, significantly fewer tropical cyclones made landfall in the

western North Pacific compared with neutral years, although in Japan and the Korean Peninsula no statistically significant change was detected. In contrast, in SON of La Niña years, significantly more landfalls were reported in China (Wu et al., 2004). Overall in 2004, the number of tropical depressions, tropical storms and typhoons was slightly above the 1971 to 2000 median but the number of typhoons (21) was well above the median (17.5) and second highest to 1997, when 23 developed. Moreover, a record number of 10 tropical cyclones or typhoons made landfall in Japan; the previous record was 6 (Levinson, 2005). The ACE index was very close to normal for the 2005 season (Figure 3.40).

### 3.8.3.2    North Atlantic

The North Atlantic hurricane record begins in 1851 and is the longest among cyclone series. Values are considered fairly reliable after about 1950 when measurements from reconnaissance aircraft began. Methods of estimating wind speed from aircraft have evolved over time and, unfortunately, changes were not always well documented. The record is most reliable after the early 1970s (Landsea, 2005). The North Atlantic record shows a fairly active period from the 1930s to the 1960s followed by a less active period in the 1970s and 1980s, similar to the fluctuations of the AMO (Figure 3.33).

Beginning with 1995, all but two Atlantic hurricane seasons have been above normal (relative to the 1981 to 2000 base period). The exceptions are the two El Niño years of 1997 and 2002. As noted in Section 3.8.3, El Niño acts to reduce activity and La Niña acts to increase activity in the North Atlantic. The increased activity after 1995 contrasts sharply with the generally below-normal seasons observed during the previous 25-year period (1970–1994). These multi-decadal fluctuations in hurricane activity result nearly entirely from differences in the number of hurricanes and major hurricanes forming from tropical storms first named in the tropical Atlantic and Caribbean Sea. The change from the negative phase of the AMO in the 1970s and 1980s (see Section 3.6.6) to the post-1995 period has been a contributing factor to the increased hurricane activity (Goldenberg et al., 2001) and is well depicted in Atlantic SSTs (Figure 3.33), including those in the tropics. Nevertheless, it appears likely that most of the warming since the 1970s can be associated with global SST increases rather than the AMO (Trenberth and Shea, 2006; see Section 3.6.6).

During 1995 to 2004, hurricane seasons averaged 13.6 tropical storms, 7.8 hurricanes and 3.8 major hurricanes, and have an average ACE index of 159% of the median. The record-breaking 2005 season is documented in more detail in Section 3.8.4, Box 3.6. In contrast, during the preceding 1970 to 1994 period, hurricane seasons averaged 8.6 tropical storms, 5 hurricanes and 1.5 major hurricanes, and had an average ACE index of only 70% of the median. NOAA classifies 12 (almost one-half) of these 25 seasons as being below normal, and only three as being above normal (1980, 1988, 1989), with the remainder as normal. The positive phase of the AMO was also present during the above-

normal hurricane decades of the 1950s and 1960s, as indicated by comparing Atlantic SSTs (Figure 3.33) and seasonal ACE values (Figure 3.40). In 2004, there were 15 named storms, of which 9 were hurricanes, and an unprecedented 4 hit Florida, causing extensive damage (Levinson, 2005). In 2005, record-high SSTs (Figure 3.33) and favourable atmospheric conditions enabled the most active season on record (by many measures), but this was not fully reflected in the ACE index (see also Section 3.8.4, Box 3.6). In 2005, the North Atlantic ACE was the third highest since 1948, while the PDI was the highest on record, exceeding the previous high reached in 2004.

Key factors in the recent increase in Atlantic activity (Chelliah and Bell, 2004) include: (1) warmer SSTs across the tropical Atlantic; (2) an amplified subtropical ridge at upper levels across the central and eastern North Atlantic; (3) reduced vertical wind shear in the deep tropics over the central North Atlantic, which results from an expanded area of easterly winds in the upper atmosphere and weaker easterly trade winds in the lower atmosphere; and (4) a configuration of the African easterly jet that favours hurricane development from tropical disturbances moving westward from the African coast. The vertical shear in the main development region where most Atlantic hurricanes form (Aiyyer and Thorncroft, 2006) fluctuates interannually with ENSO, and with a multi-decadal variation that is correlated with Sahel precipitation. The latter switched sign around 1970 and remained in that phase until the early 1990s, consistent with the AMO variability. It has been argued that the QBO is also a factor in interannual variability (Gray, 1984). The most recent decade has the highest SSTs on record in the tropical North Atlantic (Figure 3.33), apparently as part of global warming and a favourable phase of the AMO. In the Atlantic generally, the changing environmental conditions (Box 3.5) have been more favourable in the past decade for tropical storms to develop.

### 3.8.3.3    Eastern North Pacific

Tropical cyclone activity (both frequency and intensity) in this region is related especially to SSTs, the phase of ENSO and the phase of the QBO in the tropical lower stratosphere. Above-normal tropical cyclone activity during El Niño years and the lowest activity typically associated with La Niña years is the opposite of the North Atlantic Basin (Landsea et al., 1998). Tropical cyclones tend to attain a higher intensity when the QBO is in its westerly phase at 30 hPa in the tropical lower stratosphere. A well-defined peak in the seasonal ACE occurred in early 1990s, with the largest annual value in 1992 (Figure 3.40), but values are unreliable prior to 1970 in the pre-satellite era. In general, seasonal hurricane activity, including the ACE index, has been below average since 1995, with the exception of the El Niño year of 1997, and is inversely related to the observed increase in activity in the North Atlantic basin over the same time period. This pattern is associated with the AMO (Levinson, 2005) and ENSO. Nevertheless, there has been an increase in category 4 and 5 storms (Webster et al., 2005).

### 3.8.3.4    Indian Ocean

The North Indian Ocean tropical cyclone season extends from May to December, with peaks in activity during May to June and November when the monsoon trough lies over tropical waters in the basin. Tropical cyclones are usually short-lived and weak, quickly moving into the sub-continent. Tropical storm activity in the northern Indian Ocean has been near normal in recent years (Figure 3.40).

The tropical cyclone season in the South Indian Ocean is normally active from December through April and thus the data are summarised by season in Figure 3.40, rather than by calendar year. The basin extends from the African coastline, where tropical cyclones affect Madagascar, Mozambique and the Mascarene Islands, including Mauritius, to 110°E (tropical cyclones east of 110°E are included in the Australian summary), and from the equator southward, although most cyclones develop south of 10°S. The intensity of tropical cyclones in the South Indian Ocean is reduced during El Niño events (Figure 3.40; Levinson, 2005). Lack of historical record keeping severely hinders trend analysis.

### 3.8.3.5    Australia and the South Pacific

The tropical cyclone season in the South Pacific-Australia region typically extends over the period November through April, with peak activity from December through March. Tropical cyclone activity in the Australian region (105°E–160°E) apparently declined somewhat over the past decade (Figure 3.40), although this may be partly due to improved analysis and discrimination of weak cyclones that previously were estimated at minimum tropical storm strength (Plummer et al., 1999). Increased cyclone activity in the Australian region has been associated with La Niña years, while below-normal activity has occurred during El Niño years (Plummer et al., 1999; Kuleshov and de Hoedt, 2003). In contrast, in the South Pacific east of 160°E, the opposite signal has been observed, and the most active years have been associated with El Niño events, especially during the strong 1982–1983 and 1997–1998 events (Levinson, 2005), and maximum ACE values occurred from January through March 1998 (Figure 3.40). Webster et al. (2005) found more than a doubling in the numbers of category 4 and 5 hurricanes in the southwest Pacific region between 1975 to 1989 and 1990 to 2004. In the 2005–2006 season, La Niña influences shifted tropical storm activity away from the South Pacific to the Australian region and in March and April 2006, four category 5 typhoons (Floyd, Glenda, Larry and Monica) occurred.

### 3.8.3.6    South Atlantic

In late March 2004 in the South Atlantic, off the coast of Brazil, the first and only documented hurricane in that region occurred (Pezza and Simmonds, 2005). It came ashore in the Brazilian state of Santa Catarina on 28 March 2004 with winds,

**Frequently Asked Question 3.3**

## Has there been a Change in Extreme Events like Heat Waves, Droughts, Floods and Hurricanes?

*Since 1950, the number of heat waves has increased and widespread increases have occurred in the numbers of warm nights. The extent of regions affected by droughts has also increased as precipitation over land has marginally decreased while evaporation has increased due to warmer conditions. Generally, numbers of heavy daily precipitation events that lead to flooding have increased, but not everywhere. Tropical storm and hurricane frequencies vary considerably from year to year, but evidence suggests substantial increases in intensity and duration since the 1970s. In the extratropics, variations in tracks and intensity of storms reflect variations in major features of the atmospheric circulation, such as the North Atlantic Oscillation.*

In several regions of the world, indications of changes in various types of extreme climate events have been found. The extremes are commonly considered to be the values exceeded 1, 5 and 10% of the time (at one extreme) or 90, 95 and 99% of the time (at the other extreme). The warm nights or hot days (discussed below) are those exceeding the 90th percentile of temperature, while cold nights or days are those falling below the 10th percentile. Heavy precipitation is defined as daily amounts greater than the 95th (or for 'very heavy', the 99th) percentile.

In the last 50 years for the land areas sampled, there has been a significant decrease in the annual occurrence of cold nights and a significant increase in the annual occurrence of warm nights (Figure 1). Decreases in the occurrence of cold days and increases in hot days, while widespread, are generally less marked. The distributions of minimum and maximum temperatures have not only shifted to higher values, consistent with overall warming, but the cold extremes have warmed more than the warm extremes over the last 50 years (Figure 1). More warm extremes imply an increased frequency of heat waves. Further supporting indications include the observed trend towards fewer frost days associated with the average warming in most mid-latitude regions.

A prominent indication of a change in extremes is the observed evidence of increases in heavy precipitation events over the mid-latitudes in the last 50 years, even in places where mean precipitation amounts are not increasing (see also FAQ 3.2). For very heavy precipitation events, increasing trends are reported as well, but results are available for few areas.

Drought is easier to measure because of its long duration. While there are numerous indices and metrics of drought, many studies use monthly precipitation totals and temperature averages combined into a measure called the Palmer Drought Severity Index (PDSI). The PDSI calculated from the middle of the 20th century shows a large drying trend over many Northern Hemisphere land areas since the mid-1950s, with widespread drying over much of southern Eurasia, northern Africa, Canada and Alaska

(FAQ 3.2, Figure 1), and an opposite trend in eastern North and South America. In the Southern Hemisphere, land surfaces were wet in the 1970s and relatively dry in the 1960s and 1990s, and there was a drying trend from 1974 to 1998. Longer-duration records for Europe for the whole of the 20th century indicate few significant trends. Decreases in precipitation over land since the 1950s are the likely main cause for the drying trends, although large surface warming during the last two to three decades has also likely contributed to the drying. One study shows that very dry land areas across the globe (defined as areas with a PDSI of less than –3.0) have more than doubled in extent since the 1970s, associated with an initial precipitation decrease over land related to the El Niño-Southern Oscillation and with subsequent increases primarily due to surface warming.

Changes in tropical storm and hurricane frequency and intensity are masked by large natural variability. The El Niño-Southern Oscillation greatly affects the location and activity of tropical storms around the world. Globally, estimates of the potential destructiveness of hurricanes show a substantial upward trend since the mid-1970s, with a trend towards longer storm duration and greater storm intensity, and the activity is strongly correlated with tropical sea surface temperature. These relationships have been reinforced by findings of a large increase in numbers and proportion of strong hurricanes globally since 1970 even as total numbers of cyclones and cyclone days decreased slightly in most basins. Specifically, the number of category 4 and 5 hurricanes increased by about 75% since 1970. The largest increases were in the North Pacific, Indian and Southwest Pacific Oceans. However, numbers of hurricanes in the North Atlantic have also been above normal in 9 of the last 11 years, culminating in the record-breaking 2005 season.

Based on a variety of measures at the surface and in the upper troposphere, it is likely that there has been a poleward shift as well as an increase in Northern Hemisphere winter storm track activity over the second half of the 20th century. These changes are part of variations that have occurred related to the North Atlantic Oscillation. Observations from 1979 to the mid-1990s reveal a tendency towards a stronger December to February circumpolar westerly atmospheric circulation throughout the troposphere and lower stratosphere, together with poleward displacements of jet streams and increased storm track activity. Observational evidence for changes in small-scale severe weather phenomena (such as tornadoes, hail and thunderstorms) is mostly local and too scattered to draw general conclusions; increases in many areas arise because of increased public awareness and improved efforts to collect reports of these phenomena.

*(continued)*



**FAQ 3.3, Figure 1.** *Observed trends (days per decade) for 1951 to 2003 in the frequency of extreme temperatures, defined based on 1961 to 1990 values, as maps for the 10th percentile: (a) cold nights and (b) cold days; and 90th percentile: (c) warm nights and (d) warm days. Trends were calculated only for grid boxes that had at least 40 years of data during this period and had data until at least 1999. Black lines enclose regions where trends are significant at the 5% level. Below each map are the global annual time series of anomalies (with respect to 1961 to 1990). The orange line shows decadal variations. Trends are significant at the 5% level for all the global indices shown. Adapted from Alexander et al. (2006).*

## Box 3.6: Recent Extreme Events

Single extreme events cannot be simply and directly attributed to anthropogenic climate change, as there is always a finite chance the event in question might have occurred naturally. However, when a pattern of extreme weather persists for some time, it may be classed as an extreme climate event, perhaps associated with anomalies in SSTs (such as El Niño). This box provides examples of some recent (post-TAR) notable extreme climate events. A lack of long and homogeneous observational data often makes it difficult to place some of these events in a longer-term context. The odds may have shifted to make some of them more likely than in an unchanging climate, but attribution of the change in odds typically requires extensive model experiments, a topic taken up in Chapter 9. It may be possible, however, to say that the occurrence of recent events is consistent with physically based expectations arising from climate change. Some examples of these recent events are described below (in response to the questions posed to IPCC by the governments) and placed in a long-term perspective.

### Drought in Central and Southwest Asia, 1998–2003

Between 1999 and 2003 a severe drought hit much of southwest Asia, including Afghanistan, Kyrgyzstan, Iran, Iraq, Pakistan, Tajikistan, Turkmenistan, Uzbekistan and parts of Kazakhstan (Waple and Lawrimore, 2003; Levinson and Waple, 2004). Most of the area is a semiarid steppe, receiving precipitation only during winter and early spring through orographic capture of eastward-propagating mid-latitude cyclones from the Atlantic Ocean and the Mediterranean Sea (Martyn, 1992). Precipitation between 1998 and 2001 was on average less than 55% of the long-term average, making the drought conditions in 2000 the worst in 50 years (Waple et al., 2002). By June 2000, some parts of Iran had reported no measurable rainfall for 30 consecutive months. In December 2001 and January 2002, snowfall at higher altitudes brought relief for some areas, although the combination of above-average temperatures and early snowmelt, substantial rainfall and hardened ground desiccated by prolonged drought resulted in flash flooding during spring in parts of central and southern Iran, northern Afghanistan and Tajikistan. Other regions in the area continued to experience drought through 2004 (Levinson, 2005). In these years, an anomalous ridge in the upper-level circulation was a persistent feature during the cold season in central and southern Asia. The pattern served to both inhibit the development of baroclinic storm systems and deflect eastward-propagating storms to the north of the drought-affected area. Hoerling and Kumar (2003) linked the drought in certain areas of the mid-latitudes to common global oceanic influences. Both the prolonged duration of the 1998–2002 cold phase ENSO (La Niña) event and the unusually warm ocean waters in the western Pacific and eastern Indian Oceans appear to contribute to the severity of the drought (Nazemosadat and Cordery, 2000; Barlow et al., 2002; Nazemosadat and Ghasemi, 2004).

### Drought in Australia, 2002–2003

A severe drought affected Australia during 2002, associated with a moderate El Niño event (Watkins, 2002). However, droughts in 1994 and 1982 were about as dry as the 2002 drought. Earlier droughts in the first half of the 20th century may well have been even drier. The 2002 drought came after several years of good rainfall (averaged across the country), rather than during an extended period of low rainfall such as occurred in the 1940s. If only rainfall is considered, the 2002 drought alone does not provide evidence of Australian droughts becoming more extreme. However, daytime temperatures during the 2002 drought were much higher than during previous droughts. The mean annual maximum temperature for 2002 was 0.5°C warmer than in 1994 and 1.0°C warmer than in 1982. So in this sense, the 2002 drought and associated heat waves were more extreme than the earlier droughts, because the impact of the low rainfall was exacerbated by high potential evaporation (Karoly et al., 2003; Nicholls, 2004). The very high maximum temperatures during 2002 could not simply be attributed to the low rainfall, although there is a strong negative correlation between rainfall and maximum temperature. Severe long-term drought, stemming from at least three years of rainfall deficits, continued during 2005, especially in the eastern third of Australia, although above-normal rainfall in winter and spring 2005 brought some relief. These conditions also have been accompanied by record high maximum temperatures over Australia during 2005 (a comparable national series is only available since 1951).

### Drought in Western North America, 1999–2004

The western USA, southern Canada and northwest Mexico experienced a recent pervasive drought (Lawrimore et al., 2002), with dry conditions commencing as early as 1999 and persisting through the end of 2004 (Box 3.6, Figure 1). Drought conditions were recorded by several hydrologic measures, including precipitation, streamflow, lake and reservoir levels and soil moisture (Piechota et al., 2004). The period 2000 through 2004 was the first instance of five consecutive years of below-average flow in the Colorado River since the beginning of modern records in 1922 (Pagano et al., 2004). Cook et al. (2004) provided a longer-term context for this drought. In the western conterminous USA, the area under moderate to extreme drought, as given by the PDSI, rose above 20% in November 1999 and stayed above this level persistently until October 2004. At its peak (August 2002), this drought affected 87% of the West (Rocky Mountains westward), making it the second most extensive and one of the longest droughts in the last 105 years. The impacts of this drought have been exacerbated by depleted or earlier than average melting of the mountain snowpack, due to warm springs,

*(continued)*

as observed changes in timing from 1948 to 2000 trended earlier by one to two weeks in many parts of the West (Cayan et al., 2001; Regonda et al., 2005; Stewart et al., 2005). Within this episode, the spring of 2004 was unusually warm and dry, resulting in record early snowmelt in several western watersheds (Pagano et al., 2004).

Hoerling and Kumar (2003) attributed the drought to changes in atmospheric circulation associated with warming of the western tropical Pacific and Indian oceans, while McCabe et al. (2004) have produced evidence suggesting that the confluence of both Pacific decadal and Atlantic multi-decadal fluctuations is involved. In the northern winter of 2004 to 2005, the weak El Niño was part of a radical change in atmospheric circulation and storm track across the USA, ameliorating the drought in the Southwest, although lakes remain low.



Box 3.6, Figure 1. *Percentage of the USA west of the Rocky Mountains (the 11 states west of and including Montana to New Mexico) that was dry (top) or wet (bottom), based on the Palmer Drought Severity Index for classes of moderate to extreme drought or wet. From NOAA, NCDC.*

### Floods in Europe, Summer 2002

A catastrophic flood occurred along several central European rivers in August 2002. The floods resulting from extraordinarily high precipitation were enhanced by the fact that the soils were completely saturated and the river water levels were already high because of previous rain (Rudolf and Rapp, 2003; Ulbrich et al., 2003a,b). Hence, it was part of a pattern of weather over an extended period. In the flood, the water levels of the Elbe at Dresden reached a maximum mark of 9.4 m, which is the highest level since records began in 1275 (Ulbrich et al., 2003a). Some small villages in the Ore Mountains (on tributaries of the Elbe) were hit by extraordinary flash floods. The river Vltava inundated the city of Prague before contributing to the Elbe flood. A return period of 500 years was estimated for the flood levels at Prague (Grollmann and Simon, 2002). The central European floods were caused by two heavy precipitation episodes. The first, on 6–7 August, was situated mainly over Lower Austria, the southwestern part of the Czech Republic and southeastern Germany. The second took place on 11–13 August 2002 and most severely affected the Ore Mountains and western parts of the Czech Republic. A persistent low-pressure system moved slowly from the Mediterranean Sea to central Europe on a path over or near the eastern Alps and led to large-scale, strong and quasi-stationary frontal lifting of air with very high liquid water content. Additional to this advective rain were convective precipitation processes (showers and thunderstorms) and a significant orographic lifting (mainly over the Ore Mountains). A maximum 24-hour precipitation total of 353 mm was observed at the German station Zinnwald-Georgenfeld, a new record for Germany. The synoptic situation leading to floods is well known to meteorologists of the region. Similar situations led to the summer floods of the River Oder in 1997 and the River Vistula in 2001 (Ulbrich et al., 2003b). Average summer precipitation trends in the region are negative but barely significant (Schönwiese and Rapp, 1997) and there is no significant trend in flood occurrences of the Elbe within the last 500 years (Mudelsee et al., 2003). However, the observed increase in precipitation variability at a majority of German precipitation stations during the last century (Trömel and Schönwiese, 2005) is indicative of an enhancement of the probability of both floods and droughts.

### Heat Wave in Europe, Summer 2003

The heat wave that affected many parts of Europe during the course of summer 2003 produced record-breaking temperatures particularly during June and August (Beniston, 2004; Schär et al., 2004; see Box 3.6, Figure 2). Absolute maximum temperatures exceeded the record highest temperatures observed in the 1940s and early 1950s in many locations in France, Germany, Switzerland, Spain, Italy and the UK, according to the information supplied by national weather agencies (WMO, 2004). Gridded instrumental temperatures (from CRUTEM2v for the region 35°N–50°N, 0–20°E) show that the summer was the hottest since comparable records began in 1780: 3.8°C above the 1961 to 1990 average and 1.4°C hotter than any other summer in this period (the second hottest was 1807). Based on early documentary records, Luterbacher et al. (2004) estimated that 2003 is very likely to have been the hottest summer since at least 1500. The 2003 heat wave was associated with a very robust and persistent blocking high-pressure system that may be a manifestation of an exceptional northward extension of the Hadley Cell (Black et al., 2004; Fink et al., 2004). Already a record month in terms of maximum temperatures, June exhibited high geopotential values that penetrated northwards towards the British Isles, with the

*(continued)*

greatest northward extension and longest persistence of record-high temperatures observed in August. An exacerbating factor for the temperature extremes was the lack of precipitation in many parts of western and central Europe, leading to much-reduced soil moisture and surface evaporation and evapotranspiration, and thus to a strong positive feedback effect (Beniston and Diaz, 2004).

**The 2005 Tropical Storm Season in the North Atlantic**

The 2005 North Atlantic hurricane season (1 June to 30 November) was the most active on record by several measures, surpassing the very active season of 2004 (e.g., Levinson, 2005) and causing an unprecedented level of damage. Even before the peak in the seasonal activity, the seven tropical storms in June and July were the most ever, and hurricane Dennis was the strongest on record in July and the earliest ever fourth-named storm. The record 2005 North Atlantic hurricane season featured the largest number of named storms (28; sustained winds greater than 17 m s⁻¹) and is the only time names have ventured into the Greek alphabet. It had the largest number of hurricanes (15; sustained winds greater than 33 m s⁻¹) recorded, and is the only time there have been four category 5 storms (maximum sustained winds greater than 67 m s⁻¹). These included the most intense Atlantic storm on record (Wilma, with recorded surface pressure in the eye of 882 hPa), the most intense storm in the Gulf of Mexico (Rita, 897 hPa), and Katrina. Tropical storm Vince was the first ever to make landfall in Portugal and Spain. In spite of these metrics, the ACE index, although very high and surpassing the 2004 value (Figure 3.40), was not the highest on record, as several storms were quite short lived. Six of the eight most damaging storms on record for the USA occurred from August 2004 to September 2005 (Charlie, Ivan, Francis, Katrina, Rita, Wilma) while another storm in 2005 (Stan) caused severe flooding and mudslides as well as about 2,000 fatalities in central America (Guatemala, El Salvador and southern Mexico).

SSTs in the tropical North Atlantic region critical for hurricanes (10°N to 20°N) were at record-high levels (0.9°C above the 1901 to 1970 normal) in the extended summer (June to October) of 2005 (Figure 3.33), and these high values were a major reason for the very active hurricane season along with favourable atmospheric conditions (see Box 3.5). A substantial component of this warming was the global mean SST increase (Trenberth and Shea, 2006; see Sections 3.2 and 3.6.6).



Box 3.6, Figure 2. *Long time series of JJA temperature anomalies in Central Europe relative to the 1961 to 1990 mean (top). The smooth curve shows decadal variations (see Appendix 3.A). In the summer of 2003, the value of 3.8°C far exceeded the next largest anomaly of 2.4°C in 1807, and the highly smoothed Gaussian distribution (bottom) of maximum temperatures (red) compared with normal (blue) at Basel, Switzerland (Beniston and Diaz, 2004) shows how the whole distribution shifted.*

estimated by the U.S. National Hurricane Center, of near 40 m s⁻¹, causing much damage to property and some loss of life (see Levinson, 2005). The Brazilian meteorologists dubbed it 'Catarina'. This event appears to be unprecedented although records are poor before the satellite era. Pezza and Simmonds (2005) suggest that a key factor in the hurricane development was the more favourable atmospheric circulation regime associated with the positive trend in the SAM (see Section 3.6).

### 3.8.4   Evidence for Changes in Extratropical Storms and Extreme Events

#### 3.8.4.1   *Extratropical Cyclones*

Intense extratropical cyclones are often associated with extreme weather, particularly with severe windstorms. Significant increases in the number or strength of intense extratropical cyclone systems have been documented in a number of studies (e.g., Lambert, 1996; Gustafsson, 1997; McCabe et al., 2001; Wang et al., 2006a) with associated changes in the preferred tracks of storms as described in Section 3.5.3. As with tropical cyclones, detection of long-term changes

in cyclone measures is hampered by incomplete and changing observing systems. Some earlier results have been questioned because of changes in the observation system (e.g., Graham and Diaz, 2001).

Results from NRA and ERA-40 show that an increase in the number of deep cyclones is apparent over the North Pacific and North Atlantic (Graham and Diaz, 2001; Gulev et al., 2001), with statistically significant winter increases over both ocean basins (Simmonds and Keay, 2002; Wang et al., 2006a). Geng and Sugi (2001) found that cyclone density, deepening rate, central pressure gradient and translation speed have all been increasing in the winter North Atlantic. Caires and Sterl (2005) compared global estimates of 100-year return values of wind speed and SWH in ERA-40, with linear bias corrections based on buoy data, for three different 10-year periods. They showed that the differences in the storm tracks can be attributed to decadal variability in the NH, linked to changes in global circulation patterns, most notably to the NAO (see also Section 3.5.6).

Using NCEP-2 reanalysis data, Lim and Simmonds (2002) showed that for 1979 to 1999, increasing trends in the annual number of explosively developing (deepening by 1 hPa per hour or more) extratropical cyclones are significant in the SH and over the globe (0.56 and 0.78 more systems per year, respectively), while the positive trend did not achieve significance in the NH. Simmonds and Keay (2002) obtained similar results for the change in the number of cyclones in the decile for deepest cyclones averaged over the North Pacific and over the North Atlantic in winter over the period 1958 to 1997.

As noted in Sections 3.5.3 and 3.5.7, the time-dependent biases in the reanalysis cause uncertainties in the trends reported above. Besides reanalyses, station data may also be used to indicate evidence for changes in extratropical cyclone activity. Instead of direct station wind measurements, which may suffer from a lack of consistency of instrumentation, methodology and exposure, values based on pressure gradients have been derived that are more reliable for discerning long-term changes. Alexandersson et al. (2000) used station pressure observations for 21 stations over northwestern Europe back to 1881, from which geostrophic winds were calculated using 'pressure-triangle' methods. They found a decline of storminess expressed by the 95th and 99th percentiles from high levels during the late 19th century to a minimum around 1960 and then a quite rapid increase to a maximum around 1990, followed again by a decline (Figure 3.41). Positive NAO winters are typically associated with more intense and frequent storms (see Section 3.6.4). Similar results were obtained by Schmith et al. (1998) using simpler indices based on pressure tendency. Bärring and von Storch (2004), using both pressure tendencies and the number of very low pressure values, confirmed these results on the basis of two especially long station series in southern Sweden dating back to about 1800. Studies of rapid pressure changes at stations indicate an increase in the frequency, duration and intensity of winter cyclone activity over the lower Canadian Arctic and in the number and intensity of severe storms over the southern



**Figure 3.41.** Storm index for the British Isles, North Sea and Norwegian Sea, 1881 to 2004. Blue circles are 95th percentiles and red crosses 99th percentiles of standardised geostrophic winds averaged over 10 sets of triangles of stations. The smoothed curves are a decadal filter (updated from Alexandersson et al., 2000).

UK since the 1950s, but a decrease over southern Canada and Iceland (Wang et al., 2006b; Alexander et al., 2005). Besides a northward shift of the storm track (see 3.5.3), the station pressure data for parts of the North Atlantic region show a modest increase in severe storms in recent decades. However, decadal-scale fluctuations of similar magnitude have occurred earlier in the 19th and 20th centuries.

Direct surface wind measurements have, however, been used in a few studies. An analysis of extreme pressure differences and surface winds (Salinger et al., 2005) showed a significant increasing trend over the last 40 years in westerly wind extremes over the southern part of New Zealand and the oceans to the south. The trends are consistent with the increased frequency of El Niño events in recent decades, associated with Pacific decadal variability (see Section 3.6.3). While the zonal pressure gradient and extreme westerly wind frequency have both increased over southern New Zealand, the frequency of extreme easterly winds has also increased there, suggesting more variability in the circulation generally. However, trends in pressure differences (based on the ERA-40, NRA and station data) are not always consistent with changes in surface windiness (e.g., Smits et al., 2005). Based on observed winds at 10 m height over the Netherlands, Smits et al. (2005) found a decline in strong (greater than about 8 on the Beaufort scale) wind events over the last 40 years. Differences cannot entirely be explained by changes in surface aerodynamic roughness, and they concluded that inhomogeneities in the reanalyses are the cause. However, local differences can be important and intensity and severity of storms may not always be synonymous with local extreme surface winds and gusts.

**Table 3.7.** *Definition of phenomena used to assess extremes in Table 3.8*

| PHENOMENON | Definition |
|---|---|
| **Low-temperature days/ nights and frost days** | Percentage of days with temperature (maximum for days, minimum for nights) not exceeding some threshold, either fixed (frost days) or varying regionally (cold days/cold nights), based on the 10th percentile of the daily distribution in the reference period (1961–1990). |
| **High-temperature days/nights** | See low-temperature days/nights, but now exceeding the 90th percentile. |
| **Cold spells/snaps** | Episode of several consecutive low-temperature days/nights. |
| **Warm spells (heat waves)** | Episode of several consecutive high-temperature days/nights. |
| **Cool seasons/warm seasons** | Seasonal averages (rather than daily temperatures) exceeding some threshold. |
| **Heavy precipitation events** (events that occur every year) | Percentage of days (or daily precipitation amount) with precipitation exceeding some threshold, either fixed or varying regionally, based on the 95th or 99th percentile of the daily distribution in the reference period (1961–1990). |
| **Rare precipitation events** (with return periods >~10 yr) | As for heavy precipitation events, but for extremes further into the tail of the distribution. |
| **Drought** (season/year) | Precipitation deficit; or based on the PDSI (see Box 3.1). |
| **Tropical cyclones** (frequency, intensity, track, peak wind, peak precipitation) | Tropical storm with thresholds crossed in terms of estimated wind speed and organisation. Hurricanes in categories 1 to 5, according to the Saffir-Simpson scale, are defined as storms with wind speeds of 33 to 42 m s$^{-1}$, 43 to 49 m s$^{-1}$, 50 to 58 m s$^{-1}$, 59 to 69 m s$^{-1}$, and >70 m s$^{-1}$, respectively. NOAA's ACE index is a measure of the total seasonal activity that accounts for the collective intensity and duration of tropical storms and hurricanes during a given tropical cyclone season. |
| **Extreme extratropical storms** (frequency, intensity, track, surface wind, wave height) | Intense low-pressure systems that occur throughout the mid-latitudes of both hemispheres fueled by temperature gradients and acting to reduce them. |
| **Small-scale severe weather phenomena** | Extreme events, such as tornadoes, hail, thunderstorms, dust storms and other severe local weather. |

**Table 3.8.** *Change in extremes for phenomena over the specified region and period, with the level of confidence and section where the phenomenon is discussed in detail.*

| PHENOMENON | Change | Region | Period | Confidence | Section |
|---|---|---|---|---|---|
| **Low-temperature days/nights and frost days** | Decrease, more so for nights than days | Over 70% of global land area | 1951–2003 (last 150 years for Europe and China) | *Very likely* | 3.8.2.1 |
| **High-temperature days/nights** | Increase, more so for nights than days | Over 70% of global land area | 1951–2003 | *Very likely* | 3.8.2.1 |
| **Cold spells/snaps** (episodes of several days) | Insufficient studies, but daily temperature changes imply a decrease | | | | |
| **Warm spells (heat waves)** (episodes of several days) | Increase: implicit evidence from changes of daily temperatures | Global | 1951–2003 | *Likely* | FAQ 3.3 |
| **Cool seasons/ warm seasons** (seasonal averages) | Some new evidence for changes in inter-seasonal variability | Central Europe | 1961–2004 | *Likely* | 3.8.2.1 |
| **Heavy precipitation events** (that occur every year) | Increase, generally beyond that expected from changes in the mean (disproportionate) | Many mid-latitude regions (even where reduction in total precipitation) | 1951–2003 | *Likely* | 3.8.2.2 |
| **Rare precipitation events** (with return periods > ~10 yr) | Increase | Only a few regions have sufficient data for reliable trends (e.g., UK and USA) | Various since 1893 | *Likely* (consistent with changes inferred for more robust statistics) | 3.8.2.2 |
| **Drought** (season/year) | Increase in total area affected | Many land regions of the world | Since 1970s | *Likely* | 3.3.4 and FAQ 3.3 |
| **Tropical cyclones** | Trends towards longer lifetimes and greater storm intensity, but no trend in frequency | Tropics | Since 1970s | *Likely*; more confidence in frequency and intensity | 3.8.3 and FAQ 3.3 |
| **Extreme extratropical storms** | Net increase in frequency/intensity and poleward shift in track | NH land | Since about 1950 | *Likely* | 3.8.4, 3.5, and FAQ 3.3 |
| **Small-scale severe weather phenomena** | Insufficient studies for assessment | | | | |

### 3.8.4.2   *Tornadoes, Hail, Thunderstorms, Dust Storms and Other Severe Local Weather*

Evidence for changes in the number or intensity of tornadoes relies entirely on local reports. In the USA, databases for tornado reporting are well established, although changes in procedures for evaluating the intensity of tornadoes introduced significant discontinuities in the record. In particular, the apparent decrease in strong tornadoes in the USA from the early period of the official record (1950s–1970s) to the more recent period is, in large part, a result of the way damage from the earlier events was evaluated. Trapp et al. (2005) also questioned the completeness of the tornado record and argued that about 12% of squall-line tornadoes remain unreported. In many European countries, the number of tornado reports has increased considerably over the last decade (Snow, 2003), leading to a much higher estimate of tornado activity (Dotzek, 2003). Bissolli et al. (2007) showed that the increase in Germany between 1950 and 2003 mainly concerns weak tornadoes (F0 and F1 on the Fujita scale), thus paralleling the evolution of tornado reports in the USA after 1950 (see, e.g., Dotzek et al., 2005) and making it likely that the increase in reports in Europe is at least dominated (if not solely caused) by enhanced detection and reporting efficiency. Doswell et al. (2005) highlighted the difficulties encountered when trying to find observational evidence for changes in extreme events at local scales connected to severe thunderstorms. In light of the very strong spatial variability of small-scale severe weather phenomena, the density of surface meteorological observing stations is too coarse to measure all such events. Moreover, homogeneity of existing station series is questionable. While remote sensing techniques allow detection of thunderstorms even in remote areas, they do not always uniquely identify severe weather events from these storms. Another approach links severe thunderstorm occurrence to larger-scale environmental conditions in places where the observations of events are fairly good and then consider the changes in the distribution of those environments (Brooks et al., 2003; Bissolli et al., 2007).

Although a decreasing trend in dust storms was observed from the mid-1950s to the mid-1990s in northern China, the number of dust storm days increased from 1997 to 2002 (Li and Zhai, 2003; Zhou and Zhang, 2003). The decreasing trend appears linked to the reduced cyclone frequency and increasing winter (DJF) temperatures (Qian et al., 2002). The recent increase is associated with vegetation degradation and drought, plus increased surface wind speed (Wang and Zhai, 2004; Zou and Zhai, 2004).

### 3.8.5   Summary

Even though the archived data sets are not yet sufficient for determining long-term trends in extremes, there are new findings on observed changes for different types of extremes. The definitions of the phenomena are summarised in Table 3.7. A summary of the changes in extremes by phenomena, region and time is given in Table 3.8 along with an assessment of the confidence in these changes.

New analyses since the TAR confirm the picture of a gradual reduction of the number of frost days over most of the mid-latitudes in recent decades. In agreement with this warming trend, the number of warm nights increased between 1951 and 2003, cold nights decreased, and trends in the number of cold and warm days are also consistent with warming, but are less marked than at night.

For precipitation, analysis of updated trends and results for regions that were missing at the time of the TAR show increases in heavy events for the majority of observation stations, with some increase in flooding. This result applies both for areas where total precipitation has increased and for areas where total precipitation has even decreased. Increasing trends are also reported for more rare precipitation events, although results for such extremes are available only for a few areas. Mainly because of lack of data, it remains difficult to draw a consistent picture of changes in extreme precipitation for the tropics and subtropics.

Tropical cyclones, hurricanes and typhoons exhibit large variability from year to year and limitations in the quality of data compromise evaluations of trends. Nonetheless, clear evidence exists for increases in category 4 and 5 storms globally since 1970 along with increases in the PDI due to increases in intensity and duration of storms. The 2005 season in the North Atlantic broke many records. The global view of tropical storm activity highlights the important role of ENSO in all basins, and the most active year was 1997, when a very strong El Niño began, suggesting that observed record high SSTs played a key role.

For extratropical cyclones, positive trends in storm frequency and intensity dominate for recent decades in most regional studies performed. Longer records for the northeastern Atlantic suggest that the recent extreme period may be similar in level to that of the late 19th century.

As noted in Section 3.3.4, the PDSI shows a large drying trend over NH land areas since the mid-1950s and a drying trend in the SH from 1974 to 1998. Decreases in land precipitation, especially since the early 1980s are the main cause for the drying trends, although large surface warming during the last two to three decades has also likely contributed to the drying.

## 3.9   Synthesis: Consistency Across Observations

This section briefly compares variability and trends within and across different climate variables to see if a physically consistent picture enhances confidence in the realism of apparent recent observed changes. Therefore, this section looks ahead to the subsequent observational chapters on the cryosphere (Chapter 4) and oceans (Chapter 5), which focus on changes in those domains. The emphasis here is on inter-relationships. For example, increases in temperature should enhance the moisture-holding capacity of the atmosphere as a whole and changes in temperature and/or precipitation should be consistent with those evident in circulation indices. Variables treated in this chapter are summarised in the executive summary, with some discussion below. The example of increases in temperature that should also reduce snow seasons and sea ice and cause widespread glacier retreat involves cross-chapter variables. The main sections where more detailed information can be found are given in parentheses following each bullet.

- The observed temperature increases are consistent with the observed nearly worldwide reduction in glacier and small ice cap (not including Antarctica and Greenland) mass and extent in the 20th century. Glaciers and ice caps respond not only to temperatures but also to changes in precipitation, and both winter accumulation and summer melting have increased over the last half century in association with temperature increases. In some regions, moderately increased accumulation observed in recent decades is consistent with changes in atmospheric circulation and associated increases in winter precipitation (e.g., southwestern Norway, parts of coastal Alaska, Patagonia, Karakoram, and Fjordland of the South Island of New Zealand), even though enhanced ablation has led to marked declines in mass balances in Alaska and Patagonia. Tropical glacier changes are synchronous with higher-latitude ones and all have shown declines in recent decades; local temperature records all show a slight warming, but not of the magnitude required to explain the rapid reduction in mass of such glaciers (e.g., on Kilimanjaro). Other factors in recent ablation include changes in cloudiness, water vapour, albedo due to snowfall frequency and the associated radiation balance (Sections 3.2.2, 3.3.3, 3.4.3 and 4.5).

- Snow cover has decreased in many NH regions, particularly in spring, consistent with greater increases in spring as opposed to autumn temperatures in mid-latitude regions, and more precipitation falling as rain instead of snow. These changes are consistent with changes in permafrost: temperatures of the permafrost in the Arctic and subarctic have increased by up to 3°C since the 1980s with permafrost warming also observed on the Tibetan Plateau and in the European mountain permafrost regions. Active layer thickness has increased and seasonally frozen ground depth has decreased over the Eurasian continent (Sections 3.2.2, 3.3.2, 4.2 and 4.8).

- Sea ice extents have decreased in the Arctic, particularly in spring and summer, and patterns of the changes are consistent with regions showing a temperature increase, although changes in winds are also a major factor. Sea ice extents were at record low values in 2005, which was also the warmest year since records began in 1850 for the Arctic north of 65°N. There have also been decreases in sea ice thickness. In contrast to the Arctic, antarctic sea ice does not exhibit any significant trend since the end of the 1970s, which is consistent with the lack of trend in surface temperature south of 65°S over that period. However, along the Antarctic Peninsula, where significant warming has occurred, progressive breakup of ice shelves has occurred beginning in the late 1980s, culminating in the breakup of the Larsen-B ice shelf in 2002. Decreases are found in the length of the freeze season of river and lake ice (Sections 3.2.2, 3.6.5, 4.3 and 4.4).

- Radiation changes at the top of the atmosphere from the 1980s to 1990s, possibly ENSO-related in part, appear to be associated with reductions in tropical cloud cover, and are linked to changes in the energy budget at the surface and in observed ocean heat content in a consistent way (Sections 3.4.3, 3.4.4, 3.6.2 and 5.2.2).

- Reported decreases in solar radiation from 1970 to 1990 at the surface have an urban bias. Although records are sparse, pan evaporation is estimated to have decreased in many places due to decreases in surface radiation associated with increases in clouds, changes in cloud properties and/or increases in air pollution (aerosol), especially from 1970 to 1990. There is evidence to suggest that the solar radiation decrease has reversed in recent years (Sections 2.4.5, 2.4.6, 3.3.3, 3.4.4, 7.2 and 7.5).

- Droughts have increased in spatial extent in various parts of the world. The regions where they have occurred seem to be determined largely by changes in SSTs, especially in the tropics, through changes in the atmospheric circulation and precipitation. Inferred enhanced evapotranspiration and drying associated with warming are additional factors in drought increases, but decreased precipitation is the dominant factor. In the western USA, diminishing snowpack and subsequent summer soil moisture reductions have also been a factor. In Australia and Europe, direct links to warming have been inferred through the extreme nature of high temperatures and heat waves accompanying drought (Sections 3.3.4 and 4.2, FAQ 3.2 and Box 3.6).

- Changes in the freshwater balance of the Atlantic Ocean over the past four decades have been pronounced, as freshening has occurred in the North Atlantic and south of 25°S, while salinity has increased in the tropics and subtropics, especially in the upper 500 m. The implication is that there have been increases in moisture transport by the atmosphere from the subtropics to higher latitudes, in association with changes in atmospheric circulation, including the NAO, thereby producing the observed increases in precipitation over the northern oceans and adjacent land areas (Sections 3.3.2, 3.6.4, 5.3.2 and 5.5.3).

- Sea level likely rose $1.7 \pm 0.5$ mm yr$^{-1}$ during the 20th century, but the rate increased to $3.1 \pm 0.7$ mm yr$^{-1}$ from 1993 through 2003, when confidence increases from global altimetry measurements. Increases in ocean heat content and associated ocean expansion are estimated to have contributed $0.4 \pm 0.1$ mm yr$^{-1}$ from 1961 to 2003, increasing to an estimated value of $1.6 \pm 0.5$ mm yr$^{-1}$ for 1993 to 2003. In the same interval, glacier and land ice melt has increased ocean mass by approximately $1.2 \pm 0.4$ mm yr$^{-1}$. Changes in land water storage are uncertain but may have reduced water in the ocean. The near balance for 1993 to 2003 gives increased confidence that the observed sea level rise is a strong indicator of warming, and an integrator of the cumulative energy imbalance at the top of atmosphere (Sections 4.5, 4.6, 4.8, 5.2 and 5.5).

In summary, global mean temperatures have increased since the 19th century, especially since the mid-1970s. Temperatures have increased nearly everywhere over land, and SSTs and marine air temperatures have also increased, reinforcing the evidence from land. However, temperatures have increased neither monotonically nor in a spatially uniform manner, especially over shorter time intervals. The atmospheric circulation has also changed: in particular, increasing zonal flow is observed in most seasons in both hemispheres, and the mid- to high-latitude annular modes strengthened until the mid-1990s in the NH and up until the present in the SH. In the NH, this brought milder maritime air into Europe and much of high-latitude Asia from the North Atlantic in winter, enhancing warming there. In the SH, where the ozone hole has played a role, it has resulted in cooling over 1971 to 2000 for parts of the interior of Antarctica but large warming in the Antarctic Peninsula region and Patagonia. Temperatures generally have risen more than average where flow has become more poleward, and less than average or even cooled where flow has become more equatorward, reflecting the PDO and other patterns of variability.

Over land, a strong negative correlation is observed between precipitation and surface temperature in summer and at low latitudes throughout the year, and areas that have become wetter, such as the eastern USA and Argentina, have not warmed as much as other land areas (see especially FAQs 3.2 and 3.3). Increased precipitation is associated with increases in cloud and surface wetness, and thus increased evapotranspiration. The inferred increased evapotranspiration and reduced temperature increase is physically consistent with enhanced latent vs. sensible heat fluxes from the surface in wetter conditions.

Consistent with the expectations noted above for a warmer climate, surface specific humidity has generally increased after 1976 in close association with higher temperatures over both land and ocean. Total column water vapour has increased over the global oceans by $1.2 \pm 0.3\%$ per decade from 1988 to 2004, consistent in patterns and amount with changes in SST and a fairly constant relative humidity. Upper-tropospheric water vapour has also increased in ways such that relative humidity remains about constant, providing a major positive feedback to radiative forcing. In turn, widespread observed increases in the fraction of heavy precipitation events are consistent with the increased water vapour amounts.

The three main ocean basins are unique and contain very different wind systems, SST patterns and currents, leading to vastly different variability associated, for instance, with ENSO in the Pacific, and the THC in the Atlantic. Consequently, the oceans have not warmed uniformly, especially at depth. SSTs in the tropics have warmed at different rates and help drive, through coupling with tropical convection and winds, teleconnections around the world. This has changed the atmospheric circulation through ENSO, the PDO, the AMO, monsoons and the Hadley and Walker Circulations. Changes in precipitation and storm tracks are not as well documented but clearly respond to these changes on interannual and decadal time scales. When precipitation increases over the ocean, as it has in recent years in the tropics, it decreases over land, although it has increased over land at higher latitudes. Droughts have increased over many tropical and mid-latitude land areas, in part because of decreased precipitation over land since the 1970s but also from increased evapotranspiration arising from increased atmospheric demand associated with warming.

Changes in the cryosphere (Chapter 4), ocean and land strongly support the view that the world is warming, through observed decreases in snow cover and sea ice, thinner sea ice, shorter freezing seasons of lake and river ice, glacier melt, decreases in permafrost extent, increases in soil temperatures and borehole temperature profiles (see Section 6.6), and sea level rise (Section 5.5).

### Acknowledgments

The authors gratefully acknowledge the valuable assistance of Sara Veasey (NCDC, Asheville) and Lisa Butler (NCAR, Boulder) in the development of diagrams and text formatting.

# References

Abakumova, G.M., et al., 1996: Evaluation of long-term changes in radiation, cloudiness, and surface temperature on the territory of the former Soviet Union. *J. Clim.*, **9**, 1319–1327.

Adler, R.F., et al., 2001: Intercomparison of global precipitation products: The Third Precipitation Intercomparison Project (PIP-3). *Bull. Am. Meteorol. Soc.*, **82**, 1377–1396.

Adler, R.F., et al., 2003: The version 2 Global Precipitation Climatology Project (GPCP) monthly precipitation analysis (1979–present). *J. Hydrometeorol.*, **4**, 1147–1167.

Agudelo, P.A., and J.A. Curry, 2004: Analysis of spatial distribution in tropospheric temperature trends. *Geophys. Res. Lett.*, **31**, L22207, doi:10.1029/2004GL022818.

Aguilar, E., et al., 2005: Changes in precipitation and temperature extremes in Central America and northern South America, 1961–2003. *J. Geophys. Res.*, **110**, D23107, doi:10.1029/2005JD006119.

Aiyyer, A.R., and C. Thorncroft, 2006: Climatology of vertical wind shear over the tropical Atlantic. *J. Clim.*, **19**, 2969–2983.

Aksoy, B., 1997: Variations and trends in global solar radiation for Turkey. *Theor. Appl. Climatol.*, **58**, 71–77.

Alexander, L.V., S.F.B. Tett, and T. Jónsson, 2005: Recent observed changes in severe storms over the United Kingdom and Iceland. *Geophys. Res. Lett.*, **32**, L13704, doi:10.1029/2005GL022371.

Alexander, L.V., et al., 2006: Global observed changes in daily climate extremes of temperature and precipitation. *J. Geophys. Res.*, **111**, D05109, doi:10.1029/2005JD006290.

Alexandersson, H., et al., 1998: Long-term variations of the storm climate over NW Europe. *Global Atmos. Ocean System*, **6**, 97–120.

Alexandersson, H., et al., 2000: Trends of storms in NW Europe derived from an updated pressure data set. *Clim. Res.*, **14**, 71–73.

Allan, J., and P. Komar, 2000: Are ocean wave heights increasing in the eastern North Pacific? *Eos*, **81**, 561–567.

Allan, R.J., and T. Ansell, 2006: A new globally complete monthly historical gridded mean sea level pressure data set (HadSLP2); 1850–2003. *J. Clim.*, **19**, 5816–5842.

Allan, R.P., and A. Slingo, 2002: Can current climate model forcings explain the spatial and temporal signatures of decadal OLR variations? *Geophys. Res. Lett.*, **29**, 1141, doi:10.1029/2001GL014620.

Allan, R.P., A. Slingo, and V. Ramaswamy, 2002: Analysis of moisture variability in the European Centre for Medium-Range Weather Forecasts 15-year reanalysis over tropical oceans. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD001132.

Allan, R.P., M.A. Ringer, and A. Slingo, 2003: Evaluation of moisture in the Hadley Centre Climate Model using simulations of HIRS water vapour channel radiances. *Q. J. R. Meteorol. Soc.*, **128**, 1–18.

Allan, R.P., et al., 2001: Is there an equatorial Indian Ocean plume, and is it independent of the El Niño Southern Oscillation? *CLIVAR Exchanges*, **21**, 1–3.

Allan, R.P., et al., 2004: Simulation of the Earth's radiation budget by the European Centre for Medium-Range Weather Forecasts 40-year reanalysis (ERA40). *J. Geophys. Res.*, **109**, D18107, doi:10.1029/2004JD004816.

Allen, M.R., and W.J. Ingram, 2002: Constraints on future changes in climate and the hydrological cycle. *Nature*, **419**, 2224–2232.

Alley, W.M., 1984: The Palmer Drought Severity Index: limitation and assumptions. *J. Clim. Appl. Meteorol.*, **23**, 1100–1109.

Alpert, P., et al., 2002: The paradoxical increase of Mediterranean extreme daily rainfall in spite of decrease in total values. *Geophys. Res. Lett.*, **29**(11), doi:10.1029/2001GL013554.

Alpert, P., et al., 2005: Global dimming or local dimming?: Effect of urbanization on sunlight availability. *Geophys. Res. Lett.*, **32**, L17802, doi:10.1029/2005GL023320.

Ambaum, M.H.P., B.J. Hoskins, and D.B. Stephenson, 2001: Arctic Oscillation or North Atlantic Oscillation? *J. Clim.*, **14**, 3495–3507.

Ambaum, M.H.P., B.J. Hoskins, and D.B. Stephenson, 2002: Corrigendum: Arctic Oscillation or North Atlantic Oscillation? *J. Clim.*, **15**, 553.

Andrea, F., et al., 1998: Northern Hemisphere atmospheric blocking as simulated by 15 atmospheric general circulation models in the period 1979–1988. *Clim. Dyn.*, **14**, 385–407.

Andreae, M.O., et al., 2004: Smoking rain clouds over the Amazon. *Science*, **303**, 1337–1342.

Andrews, D.G., J.R. Holton, and C.B. Leovy, 1987: *Middle Atmosphere Dynamics*. Academic Press, San Diego, CA, 489 pp.

Angell, J.K., 2003: Effect of exclusion of anomalous tropical stations on temperature trends from a 63-station radiosonde network, and comparison with other analyses. *J. Clim.*, **16**, 2288–2295.

Angell, J.K., 2006: Changes in the 300 mb north circumpolar vortex, 1963–2001. *J. Clim.*, **19**, 2984–2994.

Aoki, S., 2002: Coherent sea level response to the Antarctic Oscillation. *Geophys. Res. Lett.*, **29**, 1950, doi:10.1029/2002GL15733.

Ashok, K., Z. Guan, and T. Yamagata, 2001: Impact of the Indian Ocean Dipole on the decadal relationship between the Indian monsoon rainfall and ENSO. *Geophys. Res. Lett.*, **28**, 4499–4502.

Assell, R., K. Cronk, and D. Norton, 2003: Recent trends in Laurentian Great Lakes ice cover. *Clim. Change*, **57**, 185–204.

Auer, I., et al., 2007: HISTALP -- Historical Instrumental Climatological Surface Time Series of the Greater Alpine Region. *Int. J. Climatol.*, **27**, 17-46.

Baldwin, M.P., 2001: Annular modes in global daily surface pressure. *Geophys. Res. Lett.*, **28**, 4115–4118.

Baldwin, M.P., and T. Dunkerton, 1999: Downward propagation of the Arctic Oscillation from the stratosphere to the troposphere. *J. Geophys. Res.*, **104**, 30937–30946.

Baldwin, M.P., and T.J. Dunkerton, 2001: Stratospheric harbingers of anomalous weather regimes. *Science*, **244**, 581–584.

Baldwin, M.P., et al., 2003: Stratospheric memory and extended-range weather forecasts. *Science*, **301**, 636–640.

Balling, R.C. Jr., and S. Brazel, 1987: Recent changes in Phoenix summertime diurnal precipitation patterns. *Theor. Appl. Climatol.*, **38**, 50–54.

Balling, R.C. Jr., et al., 1998: Impacts of land degradation on historical temperature records from the Sonoran Desert. *Clim. Change*, **40**, 669–681.

Barlow, M., H. Cullen, and B. Lyon, 2002: Drought in central and southwest Asia: La Niña, the warm pool, and Indian Ocean precipitation. *J. Clim.*, **15**, 697–700.

Barnett, T.P., et al., 1999: Interdecadal interactions between the tropics and midlatitudes in the Pacific basin. *Geophys. Res. Lett.*, **26**, 615–618.

Barnston, A.G., and R.E. Livezey, 1987: Classification, seasonality and persistence of low frequency atmospheric circulation patterns. *Mon. Weather Rev.*, **115**, 1083–1126.

Bärring, L., and H. von Storch, 2004: Scandinavian storminess since about 1800. *Geophys. Res. Lett.*, **31**, L20202, doi:10.1029/2004GL020441.

Barriopedro, D., et al., 2006: A climatology of Northern Hemisphere blocking. *J. Clim.*, **19**, 1042–1063.

Barros, V.R., M.E. Castañeda, and M.E. Doyle, 2000a: Recent precipitation trends in southern South America east of the Andes: An indication of climatic variability. In: *Southern Hemisphere Paleo- and Neoclimates. Key Sites, Methods, Data and Models* [Smolka, P.P., and W. Volkheimer (eds.)]. Springer Verlag, Berlin, pp. 187–206.

Barros, V.R., et al., 2000b: Influence of the South Atlantic Convergence Zone and South Atlantic sea surface temperature on interannual summer rainfall variability in southeastern South America. *Theor. Appl. Climatol.*, **67**, 123–133.

Barros, V.R., et al., 2002: Climate variability over South America and the South America monsoon: A review. *Meteorologica*, **27**, 33–57.

Barros, V.R., et al., 2004: The major discharge events in the Paraguay River: magnitudes, source regions and climate forcings. *J. Hydrometeorol.*, **6**, 1161–1170.

Basher, R.E., and X. Zheng, 1995: Tropical cyclones in the southwest Pacific: Spatial patterns and relationships to Southern Oscillation and sea surface temperature. *J. Clim.*, **8**, 1249–1260.

Bates, J.J., and D.L. Jackson, 2001: Trends in upper-tropospheric humidity. *Geophys. Res. Lett.*, **28**, 1695–1698.

Beck, C., J. Grieser, and B. Rudolf, 2005: A new monthly precipitation climatology for the global land areas for the period 1951 to 2000. *Climate Status Report, 2004.* German Meteorological Service, pp. 181–190, http://www.dwd.de/de/FundE/Klima/KLIS/prod/KSB/ksb04/28_precipitation.pdf

Bengtsson, L., S. Hagemann, and K.L. Hodges, 2004: Can climate trends be calculated from reanalysis data? *J. Geophys. Res.*, **109**, D11111, doi:10.1029/2004JD004536.

Beniston, M., 2004: The 2003 heat wave in Europe. A shape of things to come? *Geophys. Res. Lett.*, **31**, L02022, doi:10.1029/2003GL018857.

Beniston, M., and H.F. Diaz, 2004: The 2003 heat wave as an example of summers in a greenhouse climate? Observations and climate model simulations for Basel, Switzerland. *Global Planet. Change*, **44**, 73–81.

Beniston, M., and D.B. Stephenson, 2004: Extreme climatic events and their evolution under changing climatic conditions. *Global Planet. Change*, **44**, 1–9.

Berger, C.L., et al., 2002: A climatology of northwest Missouri snowfall events: Long-term trends and interannual variability. *Phys. Geogr.*, **23**, 427–448.

Berri, G.S., M.A. Ghietto, and N.O. García, 2002: The influence of ENSO in the flows of the Upper Paraná River of South America over the past 100 years. *J. Hydrometeorol.*, **3**, 57–65.

Betts, A.K., J.H. Ball, and P. Viterbo, 2003: Evaluation of the ERA-40 surface water budget and surface temperature for the Mackenzie River Basin. *J. Hydrometeorol.*, **4**, 1194–1211.

Biondi, F., A. Gershunov, and D.R. Cayan, 2001: North Pacific decadal climate variability since AD 1661. *J. Clim.*, **14**, 5–10.

Bischoff, S.A., et al., 2000: Climate variability and Uruguay River flows. *Water International*, **25**, 446–456.

Bissolli, P., J. Grieser, N. Dotzek, and M. Welsch, 2007: Tornadoes in Germany 1950-2003 and their relation to particular weather conditions. *Global Planet. Change*, **46**, doi:10.1016/j.gloplacha.2006.11.007

Black, E.M., et al., 2004: Factors contributing to the summer 2003 European heatwave. *Weather*, **59**, 217–223.

Bojariu, R., and L. Gimeno, 2003: The influence of snow cover fluctuations on multiannual NAO persistence. *Geophys. Res. Lett.*, **30**, 1156, doi:10.1029/2002GL015651.

Bonan, G.B., 2001: Observational evidence for reduction of daily maximum temperature by croplands in the midwest United States. *J. Clim.*, **14**, 2430–2442.

Bonnazola, M., and P.H. Haynes, 2004: A trajectory-based study of the tropical tropopause region. *J. Geophys. Res.*, **109**, D020112, doi:10.1029/2003JD004356.

Bornstein, R., and Q. Lin, 2000: Urban heat islands and summertime convective thunderstorms in Atlanta: three cases studies. *Atmos. Environ.*, **34**, 507–516.

Bottomley, M., et al., 1990: *Global Ocean Surface Temperature Atlas "GOSTA"*. HMSO, London, 20 pp.+iv, 313 plates.

Bove, M.C., et al., 1998: Effect of El Niño on U.S. landfalling hurricanes, revisited. *Bull. Am. Meteorol. Soc.*, **79**, 2477–2482.

Branstator, G., 2002: Circum-global teleconnections, the jetstream waveguide, and the North Atlantic Oscillation. *J. Clim.*, **15**, 1893–1910.

Brest, C.L., W.B. Rossow, and M. Roiter, 1997: Update of radiance calibrations for ISCCP. *J. Atmos. Ocean Technol.*, **14**, 1091–1109.

Brohan, P., et al., 2006: Uncertainty estimates in regional and global observed temperature changes: A new dataset from 1850. *J. Geophys. Res.*, **111**, D12106, doi:10.1029/2005JD006548.

Bromirski, P.D., R.E. Flick, and D.R. Cayan, 2003: Storminess variability along the California coast: 1858–2000. *J. Clim.*, **16**, 982–993.

Bromwich, D.H., and R.L. Fogt, 2004: Strong trends in the skill of the ERA-40 and NCEP–NCAR reanalyses in the high and middle latitudes of the Southern Hemisphere, 1958–2001. *J. Clim.*, **17**, 4603–4619.

Brönnimann, S., et al., 2004: Extreme climate of the global troposphere and stratosphere in 1940–42 related to El Niño. *Nature*, **431**, doi:10.1038/nature02982.

Brooks, H.E., J.W. Lee, and J.P. Craven, 2003: The spatial distribution of severe thunderstorm and tornado environments from global reanalysis data. *Atmos. Res.*, **67–68**, 73–94.

Brunet, M., et al., 2006: The development of a new dataset of Spanish daily adjusted temperature series (SDATS) (1850-2003). *Int. J. Climatol.*, **26**, 1777–1802.

Brunetti, M., et al., 2004: Changes in daily precipitation frequency and distribution in Italy over the last 120 years. *J. Geophys. Res.*, **109**, D05102, doi:10.1029/2003JD004296.

Brutsaert, W., and M.B. Parlange, 1998: Hydrologic cycle explains the evaporation paradox. *Nature*, **396**, 30.

Burian, S.J., and J.M. Shepherd, 2005: Effects of urbanization on the diurnal rainfall pattern in Houston. *Hydrological Processes: Special Issue on Rainfall and Hydrological Processes*, **19**, 1089–1103.

Burnett, A.W., et al., 2003: Increasing Great Lake-effect snowfall during the Twentieth Century: A regional response to global warming? *J. Clim.*, **16**, 3535–3541.

Caesar, J., L. Alexander, and R. Vose, 2006: Large-scale changes in observed daily maximum and minimum temperatures: Creation and analysis of a new gridded data set. *J. Geophys. Res.*, **111**, D05101, doi:10.1029/2005JD006280.

Cai, W., and P.G. Baines, 2001: Forcing of the Antarctic Circumpolar Wave by El Niño-Southern Oscillation teleconnections. *J. Geophys. Res.*, **106**, 9019–9038.

Cai, W., P.H. Whetton, and D.J. Karoly, 2003: The response of the Antarctic Oscillation to increasing and stabilized atmospheric $CO_2$. *J. Clim.*, **16**, 1525–1538.

Caires, S., and A. Sterl, 2005: 100-year return value estimates for wind speed and significant wave height from the ERA-40 data. *J. Clim.*, **18**, 1032–1048.

Camargo, S.J., and A.H. Sobel, 2004: *Western North Pacific Tropical Cyclone Intensity and ENSO*. Technical Report No. 04-03, International Research Institute for Climate Prediction, Palisades, NY, 25 pp.

Camilloni, I.A., and V.R. Barros, 2000: The Paraná River response to El Niño 1982–83 and 1997–98 events. *J. Hydrometeorol.*, **1**, 412–430.

Camilloni, I.A., and V.R. Barros, 2003: Extreme discharge events in the Paraná River and their climate forcing. *J. Hydrol.*, **278**, 94–106.

Cardone, V.J., J.G. Greenwood, and M.A. Cane, 1990: On trends in historical marine wind data. *J. Clim.*, **3**, 113–127.

Carril, A.F., and A. Navarra, 2001: Low-frequency variability of the Antarctic Circumpolar Wave. *Geophys. Res. Lett.*, **28**, 4623–4626.

Carter, D.J.T., 1999: Variability and trends in the wave climate of the North Atlantic: a review. In: *Proceedings of the 9th International Offshore and Polar Engineering Conference, Brest, France*, vol. III. International Society of Offshore and Polar Engineers, Golden, CO, pp. 12–18.

Cassou, C., and L. Terray, 2001: Dual influence of Atlantic and Pacific SST anomalies on the North Atlantic/Europe winter climate. *Geophys. Res. Lett.*, **28**, 3195–3198.

Cassou, C., et al., 2004: North Atlantic winter climate regimes: spatial asymmetry, stationarity with time and oceanic forcing. *J. Clim.*, **17**, 1055–1068.

Cayan, D.R., et al., 2001: Changes in the onset of spring in the western United States. *Bull. Am. Meteorol. Soc.*, **82**, 399–415.

Cess, R.D., and P.M. Udelhofen, 2003: Climate change during 1985–1999: Cloud interactions determined from satellite measurements. *Geophys. Res. Lett.*, **30**, 1019, doi:10.1029/2002GL016128.

Chagnon, F.J.F., and R. L. Bras, 2005: Contemporary climate change in the Amazon. *Geophys. Res. Lett.*, **32**, L13703, doi:10.1029/2005GL022722.

Chan, J.C.L., 2006: Comment on "Changes in tropical cyclone number, duration, and intensity in a warming environment". *Science*, **311**, 1713.

Chan, J.C.L., and K.S. Liu, 2004: Global warming and Western North Pacific typhoon activity from an observational perspective. *J. Clim.*, **17**, 4590–4602.

Chang, C.P., Y. Zhang, and T. Li, 1999: Interannual and interdecadal variations of the East Asian summer monsoon and tropical Pacific SSTs. Pt I: Roles of the subtropical ridge. *J. Clim.*, **13**, 4310–4325.

Chang, E.K.M., 2003: Midwinter suppression of the Pacific storm track activity as seen in aircraft observations. *J. Atmos. Sci.*, **60**, 1345–1358.

Chang, E.K.M., and Y. Fu, 2002: Interdecadal variations in Northern Hemisphere winter storm track intensity. *J. Clim.*, **15**, 642–658.

Chang, E.K.M., and Y. Fu, 2003: Using mean flow change as a proxy to infer interdecadal storm track variability. *J. Clim.*, **16**, 2178–2196.

Changnon, D., M. Sandstrom, and C. Schaffer, 2003: Relating changes in agricultural practices to increasing dew points in extreme Chicago heat waves. *Clim. Res.*, **24**, 243–254.

Changnon, S.A., and N.E. Westcott, 2002: Heavy rainstorms in Chicago: Increasing frequency, altered impacts, and future implications. *J. Am. Water Res. Assoc.*, **38**, 1467–1475.

Changnon, S.A., et al., 1981: *METROMEX: A Review and Summary*. Meteorological Monograph 18, American Meteorological Society, Boston, MA, 81 pp.

Chase, T.N., J.A. Knaff, R.A. Pielke Sr., and E. Kalnay, 2003: Changes in global minimum surface temperature since 1950. *Natural Hazards*, **29**, 229–254.

Chattopadhyay, N., and M. Hulme, 1997: Evaporation and potential evapotranspiration in India under conditions of recent and future climate change. *Agric. For. Meteorol.*, **87**, 55–73.

Chelliah, M., and G.D. Bell, 2004: Tropical multidecadal and interannual climate variability in the NCEP–NCAR Reanalysis. *J. Clim.*, **17**, 1777–1803.

Chelton, D.B., and F.J. Wentz, 2005: Global microwave satellite observations of sea surface temperature for numerical weather prediction and climate research. *Bull. Am. Meteorol. Soc.*, **86**, 1097–1115.

Chen, M., P. Xie, and J.E. Janowiak, 2002: Global land precipitation: a 50-yr monthly analysis based on gauge observations. *J. Hydrometeorol.*, **3**, 249–266.

Chen, T.-C., et al., 2004: Variation of the East Asian summer monsoon rainfall. *J. Clim.*, **17**, 744–762.

Christy, J.R., and W.B. Norris, 2004: What may we conclude about tropospheric temperature trends? *Geophys. Res. Lett.*, **31**, L0621, doi:10.1029/2003GL019361.

Christy, J. R., and R.W. Spencer, 2005: Correcting temperature data sets. *Science*, **310**, 972.

Christy, J.R., R.W. Spencer, and W.D. Braswell, 2000: MSU tropospheric temperatures: Dataset construction and radiosonde comparisons. *J. Atmos. Ocean. Technol.*, **17**, 1153–1170.

Christy, J.R., et al., 2001: Differential trends in tropical sea surface and atmospheric temperature since 1979. *Geophys. Res. Lett.*, **28**, 183–186.

Christy, J.R., et al., 2003: Error estimates of version 5.0 of MSU/AMSU bulk atmospheric temperatures. *J. Atmos. Ocean. Technol.*, **20**, 613–629.

Christy, J.R., et al., 2006: Methodology and results of calculating Central California surface temperature trends: Evidence of human-induced climate change? *J. Clim.*, **19**, 548–563.

Clark, C.O., P.J. Webster, and J.E. Cole, 2003: Interdecadal variability of the relationship between the Indian Ocean zonal mode and east African coastal rainfall anomalies. *J. Clim.*, **16**, 548–554.

Cluis, D., and C. Laberge, 2001: Climate change and trend detection in selected rivers within the Asia-Pacific region. *Water International*, **26**, 411–424.

Cohen, S., B. Liepert, and G. Stanhill, 2004: Global dimming comes of age. *Eos*, **85**, 362.

Cohn, T., and H.J. Lins, 2005: Nature's style: Naturally trendy. *Geophys. Res. Lett.*, **32**, L23402, doi:10.1029/2005GL024476.

Compo, G.P., and P.D. Sardeshmukh, 2004: Storm track predictability on seasonal and decadal scales. *J. Clim.*, **17**, 3701–3720.

Connolley, W.M., 2003: Long-term variation of the Antarctic Circumpolar Wave. *J. Geophys. Res.*, **108**, 8076, doi:10.1029/2000JC000380.

Considine, D.B., et al., 2001: An interactive model study of the influence of the Mount Pinatubo aerosol on stratospheric methane and water trends. *J. Geophys. Res.*, **106**, 27711–27728.

Cook, E.R., R.D. D'Arrigo, and M.E. Mann, 2002: A well-verified, multiproxy reconstruction of the winter North Atlantic Oscillation index since A.D. 1400. *J. Clim.*, **15**, 1754–1764.

Cook, E.R., et al., 1999: Drought reconstructions for the continental United States. *J. Clim.*, **12**, 1145–1162.

Cook, E.R., et al., 2004: Long-term aridity changes in the western United States. *Science*, **306**, 1015–1018.

Corti, S., F. Molteni, and T.N. Palmer, 1999: Signature of recent climate change in frequencies of natural atmospheric circulation regimes. *Nature*, **398**, 799–802.

Cowell, C.M., and R.T. Stoudt, 2002: Dam-induced modifications to upper Allegheny River streamflow patterns and their biodiversity implications. *J. Am. Water Res. Assoc.*, **38**, 187–196.

Crutzen, P.J., 2004: New Directions: The growing urban heat and pollution "island" effect—impact on chemistry and climate. *Atmos. Environ.*, **38**, 3539–3540.

Cullen, H., and P.B. deMenocal, 2000: North Atlantic influence on Tigris-Euphrates streamflow. *Int. J. Climatol.*, **20**, 853–863.

Curtis, S., and R.F. Adler, 2003: The evolution of El Niño-precipitation relationships from satellites and gauges. *J. Geophys. Res.*, **108**, 4153, doi:10.1029/2002JD002690.

Czaja, A., A.W. Robertson, and T. Huck: 2003: The role of Atlantic ocean-atmosphere coupling in affecting North Atlantic Oscillation variability. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 147–172.

Dai, A., 2006: Recent climatology, variability and trends in global surface humidity. *J. Clim.*, **19**, 3589–3606.

Dai, A., and K.E. Trenberth, 2002: Estimates of freshwater discharge from continents: Latitudinal and seasonal variations. *J. Hydrometeorol.*, **3**, 660–687.

Dai, A., and K.E. Trenberth, 2004: The diurnal cycle and its depiction in the Community Climate System Model. *J. Clim.*, **17**, 930–995.

Dai, A., I.Y. Fung, and A.D. Del Genio, 1997: Surface observed global land precipitation during 1900–1988. *J. Clim.*, **10**, 2943–2962.

Dai, A., K.E. Trenberth, and T.R. Karl, 1999: Effects of clouds, soil moisture, precipitation and water vapor on diurnal temperature range. *J. Clim.*, **12**, 2451–2473.

Dai A., K.E. Trenberth, and T. Qian, 2004a: A global data set of Palmer Drought Severity Index for 1870–2002: Relationship with soil moisture and effects of surface warming. *J. Hydrometeorol.*, **5**, 1117–1130.

Dai, A., et al., 2004b: The recent Sahel drought is real. *Int. J. Climatol.*, **24**, 1323–1331.

Dai, A., et al., 2006: Recent trends in cloudiness over the United States: A tale of monitoring inadequacies. *Bull. Am. Meteorol. Soc*, **87**, 597–606.

De Laat, A.T.J., and A.N. Maurellis, 2006: Evidence for influence of anthropogenic surface processes on lower tropospheric and surface temperature trends. *Int. J. Climatol.*, **26**, 897–913.

DeGaetano, A.T., and R.J. Allen, 2002: Trends in twentieth-century extremes across the United States. *J. Clim.*, **15**, 3188–3205.

Delworth, T.L., and M.E. Mann, 2000: Observed and simulated multidecadal variability in the Northern Hemisphere. *Clim. Dyn.*, **16**, 661–676.

DeMott, C.A., and D.A. Randall, 2004: Observed variations of tropical convective available potential energy. *J. Geophys. Res.*, **109**, D02102, doi:10.1029/2003JD003784.

Déry, S.J., and E.F. Wood, 2005: Decreasing river discharge in northern Canada. *Geophys. Res. Lett.*, **32**, L10401, doi:10.1029/2005GL022845.

Deser, C., 2000: On the teleconnectivity of the Arctic Oscillation. *Geophys. Res. Lett.*, **27**, 779–782.

Deser, C., M.A. Alexander, and M.S. Timlin, 1996: Upper-ocean thermal variations in the North Pacific during 1970–1991. *J. Clim.*, **9**, 1840–1855.

Deser, C., M.A. Alexander, and M.S. Timlin, 1999: Evidence for a wind-driven intensification of the Kuroshio Current Extension from the 1970s to the 1980s. *J. Clim.*, **12**, 1697–1706.

Deser, C., J.E. Walsh, and M.S. Timlin, 2000: Arctic sea ice variability in the context of recent atmospheric circulation trends. *J. Clim.*, **13**, 617–633.

Deser, C., M.A. Alexander, and M. S. Timlin, 2003: Understanding the persistence of sea surface temperature anomalies in midlatitudes. *J. Clim.*, **16**, 57–72.

Deser, C., A.S. Phillips, and J.W. Hurrell, 2004: Pacific interdecadal climate variability: Linkages between the tropics and the north Pacific during boreal winter since 1900. *J. Clim.*, **17**, 3109–3124.

Dessler, A.E., and S.C. Sherwood, 2004: Effect of convection on the summertime extratropical lower stratosphere. *J. Geophys. Res.*, **109**, D23301, doi:10.1029/2004JD005209.

DeWeaver, E., and S. Nigam, 2000: Zonal-eddy dynamics of the North Atlantic Oscillation. *J. Clim.*, 13, 3893–3914.

Dickson, R.R., et al., 2000: The Arctic Ocean response to the North Atlantic Oscillation. *J. Clim.*, **13**, 2671–2696.

Diem, J.E., and D.P. Brown, 2003: Anthropogenic impacts on summer precipitation in central Arizona, U.S.A. *Professional Geogr.*, **55**, 343–355.

Diggle, P.J., K.Y. Liang, and S.L. Zeger, 1999: *Analysis of Longitudinal Data*. Clarendon Press, Oxford, UK, 253 pp.

Ding, Y.H, C.Y. Li, and Y.J. Liu, 2004: Overview of the South China Seas monsoon experiment. *Adv. Atmos. Sci.*, **21**, 343–360.

Dixon, P.G., and T.L. Mote, 2003: Patterns and causes of Atlanta's urban heat island-initiated precipitation. *J. Appl. Meteorol.*, **42**, 1273–1284.

Doswell, C.A., H.E. Brooks, and M.P. Kay, 2005: Climatological estimates of daily local nontornadic severe thunderstorm probability for the United States. *Weather Forecasting*, **20**, 577–595.

Dotzek, N., 2003: An updated estimate of tornado occurrence in Europe. *Atmos. Res.*, **67–68**, 153–161.

Dotzek, N., et al., 2005: Observational evidence for exponential tornado intensity distributions over specific kinetic energy. *Geophys. Res. Lett.*, **32**, L24813, doi:10.1029/2005GL024583.

Doyle, M.E., and V.R. Barros, 2002: Midsummer low-level circulation and precipitation in subtropical South America and related sea surface temperature anomalies in the South Atlantic. *J. Clim.*, **15**, 3394–3410.

Duchon, C.E., 1979: Lanczos filtering in one and two dimensions. *J Appl. Meteorol.*, **18**, 1016–1022.

Durre, I., and J.M. Wallace, 2001: Factors influencing the cold-season diurnal temperature range in the United States. *J. Clim.*, **14**, 3263–3278.

Durre, I., T. Peterson, and R. Vose, 2002: Evaluation of the effect of the Luers-Eskridge radiation adjustments on radiosonde temperature homogeneity. *J. Clim.*, **15**, 1335–1347.

Durre, I., R.S. Vose, and D.B. Wuertz, 2006: Overview of the integrated global radiosonde archive. *J. Clim.*, **19**, 53–68.

Easterling, D.R., 2002: Recent changes in frost days and the frost-free season in the United States. *Bull. Am. Meteorol. Soc.*, **83**, 1327–1332.

Easterling, D.R., et al., 2000: Observed variability and trends in extreme climate events: A brief review. *Bull. Am. Meteorol. Soc.*, **81**, 417–425.

Easterling, D.R., et al., 2003: CCl/CLIVAR workshop to develop priority climate indices. *Bull. Am. Meteorol. Soc.*, **84**, 1403–1407.

Elliott, W.P., R.J. Ross, and W.H. Blackmore, 2002: Recent changes in NWS upper-air observations with emphasis on changes from VIZ to Vaisala radiosondes. *Bull. Am. Meteorol. Soc.*, **83**, 1003–1017.

Ellis, A.W., and J.J. Johnson, 2004: Hydroclimatic analysis of snowfall trends associated with the North American Great Lakes. *J. Hydrometeorol.*, **5**, 471–486.

Emanuel, K., 2003: Tropical cyclones. *Annu. Rev. Earth. Planet. Sci.*, **31**, 75–104.

Emanuel, K., 2005a: Increasing destructiveness of tropical cyclones over the past 30 years. *Nature*, **436**, 686–688.

Emanuel, K., 2005b: Emanuel replies. *Nature*, **438**, E13, doi:10.1038/nature04427.

Enfield, D.B., A.M. Mestas-Nuñez, and P.J Trimble, 2001: The Atlantic Multidecadal Oscillation and its relation to rainfall and river flows in the continental US. *Geophys. Res. Lett.*, **28**, 2077–2080.

Evans, M.N., et al., 2001: Support for tropically-driven Pacific decadal variability based on paleoproxy evidence. *Geophys. Res. Lett.*, **28**, 3689–3692.

Fauchereau, N., et al., 2003: Rainfall variability and changes in Southern Africa during the 20th century in the global warming context. *Natural Hazards*, **29**, 139–154.

Feldstein, S.B., 2002: The recent trend and variance increase of the Annular Mode. *J. Clim.*, **15**, 88–94.

Fink, A.H., et al., 2004: The 2003 European summer heatwaves and drought – synoptic diagnosis and impacts. *Weather*, **59**, 209–216.

Folland, C.K., and D.E. Parker, 1995: Correction of instrumental biases in historical sea surface temperature data. *Q. J. R. Meteorol. Soc.*, **121**, 319–367.

Folland, C.K., et al., 1993: A study of six operational sea surface temperature analyses. *J. Clim.*, **6**, 96–113.

Folland, C.K., et al., 1999: Large scale modes of ocean surface temperature since the late nineteenth century. In: *Beyond El Niño: Decadal and Interdecadal Climate Variability* [Navarra, A. (ed.)]. Springer-Verlag, Berlin, pp. 73–102.

Folland, C.K., et al., 2001: Predictability of North East Brazil rainfall and real-time forecast skill, 1987-1998. *J. Clim.*, **14**, 1937–1958.

Folland, C.K., et al., 2002: Relative influences of the interdecadal Pacific oscillation and ENSO on the South Pacific convergence zone. *Geophys. Res. Lett.*, **29**(13), doi:10.1029/2001GL014201.

Folland, C.K., et al., 2003: Trends and variations in South Pacific island and ocean surface temperature. *J. Clim.*, **16**, 2859–2874.

Forster, P.M.D., and K.P. Shine, 1999: Stratospheric water vapour changes as a possible contributor to observed stratospheric cooling. *Geophys. Res. Lett.*, **26**, 3309–3312.

Forster, P.M.D., and K.P. Shine, 2002: Assessing the climate impact of trends in stratospheric water vapor. *Geophys. Res. Lett*, **29**, 1086, doi:10.1029/2001GL013909.

Forster, P.M.D., and S. Solomon, 2003: Observations of a "weekend effect" in diurnal temperature range. *Proc. Natl. Acad. Sci. U.S.A.*, **100**, 11225–11230.

Fowler, H.J., and C.G. Kilsby, 2003a: Implications of changes in seasonal and annual extreme rainfall. *Geophys. Res. Lett.*, **30**, 1720, doi:10.1029/2003GL017327.

Fowler, H.J., and C.G. Kilsby, 2003b: A regional frequency analysis of United Kingdom extreme rainfall from 1961 to 2000. *Int. J. Climatol.*, **23**, 1313–1334.

Frauenfeld, O.W., and R.E. Davis, 2003: Northern Hemisphere circumpolar vortex trends and climate change implications. *J. Geophys. Res.*, **108**, 4423, doi:10.1029/2002JD002958.

Free, M., and D. Seidel, 2005: Causes of differing temperature trends in radiosonde upper-air datasets. *J. Geophys. Res.*, **110**, D07101, doi:10.1029/2004JD005481.

Free, M., M. Bister, and K. Emanuel, 2004a: Potential intensity of tropical cyclones: comparison of results from radiosonde and reanalysis data. *J. Clim.*, **17**, 1722–1727.

Free, M., et al., 2002: Creating climate reference datasets: CARDS workshop on adjusting radiosonde temperature data for climate monitoring. *Bull. Am. Meteorol. Soc.*, **83**, 891–899.

Free, M., et al., 2004b: Using first differences to reduce inhomogeneity in radiosonde temperature datasets. *J. Clim.*, **17**, 4171–4179.

Frei, C., and C. Schär, 2001: Detection of probability of trends in rare events: Theory and application to heavy precipitation in the Alpine region. *J. Clim.*, **14**, 1568–1584.

Frich, P., et al., 2002: Observed coherent changes in climatic extremes during the second half of the twentieth century. *Clim. Res.*, **19**, 193–212.

Fu, Q., and C.M. Johanson, 2004: Stratospheric influence on MSU-derived tropospheric temperature trends: A direct error analysis. *J. Clim.*, **17**, 4636–4640.

Fu, Q., and C.M. Johanson, 2005: Satellite-derived vertical dependence of tropical tropospheric temperature trends. *Geophys. Res. Lett.*, **32**, L10703, doi:10.1029/2004GL022266.

Fu, Q., et al., 2004a: Contribution of stratospheric cooling to satellite-inferred tropospheric temperature trends. *Nature*, **429**, 55–58.

Fu, Q., et al., 2004b: Stratospheric cooling and the troposphere (reply). *Nature*, **432**, doi:10.1038/nature03210.

Fueglistaler, S., and P.H. Haynes, 2005: Control of interannual and longer-term variability of stratospheric water vapour. *J. Geophys. Res.*, **110**, D24108, doi:10.1029/2005JD006019.

Fueglistaler, S., H. Wernli, and T. Peter, 2004: Tropical troposphere-to-stratosphere transport inferred from trajectory calculations. *J. Geophys. Res.*, **109**, D03108, doi:10.1029/2003JD004069.

Fujibe, F., 2003: Long-term surface wind changes in the Tokyo metropolitan area in the afternoon of sunny days in the warm season. *J. Meteorol. Soc. Japan*, **81**, 141–149.

Gallego, D., et al., 2005: A new look at the Southern Hemisphere jet stream. *Clim. Dyn.*, **24**, 607–621.

García, N.O., and W.M. Vargas, 1998: The temporal climatic variability in the 'Río de la Plata' basin displayed by the river discharges. *Clim. Change*, **38**, 359–379.

GCOS, 2003: *The Second Report on the Adequacy of the Global Observing Systems for Climate in Support of the UNFCCC.* GCOS-82, WMO/TD No. 1143, Global Climate Observing System, 74 pp.

GCOS, 2004: *GCOS Implementation Plan for the Global Observing System for Climate in support of UNFCCC.* GCOS-92, WMO/TD 1219, Global Climate Observing System, 136 pp.

Gedalof, Z., N.J. Mantua, and D.L. Peterson, 2002: A multi-century perspective of variability in the Pacific Decadal Oscillation: new insights from tree rings and coral. *Geophys. Res. Lett.*, **29**, 2204, doi:10.1029/2002GL015824.

Geng, Q., and M. Sugi, 2001: Variability of the North Atlantic cyclone activity in winter analyzed from NCEP-NCAR reanalysis data. *J. Clim.*, **14**, 3863–3873.

Genta, J.L., G. Perez-Iribarren, and C.R. Mechoso, 1998: A recent increasing trend in the streamflow of rivers in southeastern South America. *J. Clim.*, **11**, 2858–2862.

Genthon, C., G. Krinner, and M. Sacchettini, 2003: Interannual Antarctic tropospheric circulation and precipitation variability. *Clim. Dyn.*, **21**, 289–307.

Gershunov, A., and T.P. Barnett, 1998: Interdecadal modulation of ENSO teleconnections. *Bull. Am. Meteorol. Soc.*, **79**, 2715–2725.

Gettelman, A., et al., 2002: Multi-decadal trends in tropical convective available potential energy. *J. Geophys. Res.*, **107**, 4606, doi:10.1029/2001JD001082.

Giannini, A., R. Saravannan, and P. Chang, 2003: Ocean forcing of Sahel rainfall on interannual to interdecadal time scales. *Science*, **302**, 1027–1030.

Gilgen, H., M. Wild, and A. Ohmura, 1998: Means and trends of shortwave irradiance at the surface estimated from global energy balance archive data. *J. Clim.*, **11**, 2042–2061.

Gille, S.T., 2002: Warming of the Southern Ocean since the 1950s. *Science*, **295**, 1275–1277.

Gillett, N.P., and D. Thompson, 2003: Simulation of recent Southern Hemisphere climate change. *Science*, **302**, 273–275.

Gillett, N.P., B.D. Santer, and A.J. Weaver, 2004: Stratospheric cooling and the troposphere. *Nature*, **432**, doi:10.1038/nature03209.

Gillett, N.P., R.J. Allan, and T.J. Ansell, 2005: Detection of external influence on sea level pressure with a multi-model ensemble. *Geophys. Res. Lett.*, **32**, L19714, doi:10.1029/2005GL023640.

Gillett, N.P., et al., 2003: Detection of human influence on sea-level pressure. *Nature*, **422**, 292–294.

Goddard, L., and N.E. Graham, 1999: Importance of the Indian Ocean for simulating rainfall anomalies over eastern and southern Africa. *J. Geophys. Res.*, **104**, 19099–19116.

Goldenberg, S.B et al., 2001: The recent increase in Atlantic hurricane activity: causes and implications. *Science*, **293**, 474–479.

Golubev, V.S., et al., 2001: Evaporation changes over the contiguous United States and the former USSR: A reassessment. *Geophys. Res. Lett.*, **28**, 2665–2668.

Gong, D.Y., and S.W. Wang, 1999: Definition of Antarctic oscillation index. *Geophys. Res. Lett.*, **26**, 459–462.

Gong D.Y., and S.W. Wang, 2000: Severe summer rainfall in China associated with enhanced global warming. *Clim. Res.*, **16**, 51–59.

Gong, D.Y., and C.-H. Ho, 2002: Shift in the summer rainfall over the Yangtze River valley in the late 1970s. *Geophys. Res. Lett.*, **29**(3), doi:10.1029/2001GL014523.

Gong, D.Y., S.W. Wang, and J.H. Zhu, 2001: East Asian winter monsoon and Arctic Oscillation. *Geophys. Res. Lett.*, **28**, 2073–2076.

Gong, G., D. Entekhabi, and J. Cohen, 2002: A large-ensemble model study of the wintertime AO-NAO and the role of interannual snow perturbations. *J. Clim.*, **15**, 3488–3499.

Gong, G., D. Entekhabi, and J. Cohen, 2003: Modeled Northern Hemisphere winter climate response to realistic Siberian snow anomalies. *J. Clim.*, **16**, 3917–3931.

Gower, J.F.R., 2002: Temperature, wind and wave climatologies, and trends from marine meteorological buoys in the northeast Pacific. *J. Clim.*, **15**, 3709–3718.

Graham, N.E., and H.F. Diaz, 2001: Evidence for intensification of North Pacific winter cyclones since 1948. *Bull. Am. Meteorol. Soc.*, **82**, 1869–1893.

Gray, S.T., et al., 2004: A tree-ring based reconstruction of the Atlantic Multidecadal Oscillation since 1567 A.D. *Geophys. Res. Lett.*, **31**, L12205, doi:10.1029/2004GL019932.

Gray, W.M., 1984: Atlantic seasonal hurricane frequency: Part I: El Niño and 30-mb quasi-biennial oscillation influences. *Mon. Weather Rev.*, **112**, 1649–1668.

Grieser, J., S. Trömel, and C.-D. Schönwiese, 2002: Statistical time series decomposition into significant components and application to European temperature. *Theor. Appl. Climatol.*, **71**, 171–183.

Griffiths, G.M., M.J. Salinger, and I. Leleu, 2003: Trends in extreme daily rainfall in the South Pacific and relations to the South Pacific Convergence Zone. *Int. J. Climatol.*, **23**, 847–869.

Griffiths, G.M., et al., 2005: Change in mean temperature as a predictor of extreme temperature change in the Asia-Pacific region. *Int. J. Climatol.*, **25**, 1301–1330.

Grist, J.P., and S.A. Josey, 2003: Inverse analysis of the SOC air-sea flux climatology using ocean heat transport constraints. *J. Clim.*, **16**, 3274–3295.

Grody, N.C., et al., 2004: Calibration of multi-satellite observations for climatic studies: Microwave sounding unit (MSU). *J. Geophys. Res.*, **109**, D24104, doi:10.1029/2004JD005079.

Groisman, P.Ya., and E.Ya. Rankova, 2001: Precipitation trends over the Russian permafrost-free zone: removing the artifacts of pre-processing. *Int. J. Climatol.*, **21**, 657–678.

Groisman, P.Ya., R.W. Knight, and T.R. Karl, 2001: Heavy precipitation and high streamflow in the contiguous United States: Trends in the 20th century. *Bull. Am. Meteorol. Soc.*, **82**, 219–246.

Groisman, P.Ya., et al., 2003: Contemporary climate changes in high latitudes of the Northern Hemisphere: Daily time resolution. In: *Proceedings of the International Symposium on Climate Change, Beijing, China, 31 March–3 April, 2003.* WMO/TD No. 1172, China Meteorological Press, Beijing, China, pp. 51–55.

Groisman, P.Ya., et al., 2004: Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from *in situ* observations. *J. Hydrometeorol.*, **5**, 64–85.

Groisman, P.Ya., et al., 2005: Trends in intense precipitation in the climate record. *J. Clim.*, **18**, 1326–1350.

Groisman, P.Ya., et al., 2007: Potential forest fire danger over northern Eurasia: Changes during the 20th century. *Global Planet. Change*, **46**, doi:10.1016/j.gloplacha.2006.07.029.

Grollmann, T., and S. Simon, 2002: Flutkatastrophen – Boten des klimawandels. *Z. Versicher.*, **53**, 682–689.

Gruza, G.V., et al., 1999: Indicators of climatic change for the Russian Federation. *Clim. Change*, **42**, 219–242.

Gu, D.F., and S.G.H. Philander, 1997: Interdecadal climate fluctuations that depend on exchanges between the tropics and extratropics. *Science*, **275**, 805–807.

Guetter, A.K., and K.P. Georgakakos, 1993: River outflow of the conterminous United States, 1939–1988. *Bull. Am. Meteorol. Soc.*, **74**, 1873–1891.

Guichard, F., D. Parsons, and E. Miller, 2000: Thermodynamic and radiative impact of the correction of sounding humidity bias in the tropics. *J. Clim.*, **13**, 3611–3624.

Gulev, S.K., and L. Hasse, 1999: Changes of wind waves in the North Atlantic over the last 30 years. *Int. J. Climatol.*, **19**, 1091–1117.

Gulev, S.K., and V. Grigorieva, 2004: Last century changes in ocean wind wave height from global visual wave data. *Geophys. Res. Lett.*, **31**, L24302, doi:10.1029/2004GL021040.

Gulev, S. K., O. Zolina, and S. Grigoriev, 2001: Extratropical cyclone variability in the Northern Hemisphere winter from the NCEP/NCAR reanalysis data. *Clim. Dyn.*, **17**, 795–809.

Gulev, S.K., T. Jung, and E. Ruprecht, 2007: Estimation of the impact of sampling errors in the VOS observations on air-sea fluxes. Part II. Impact on trends and interannual variability. *J. Clim.*, **20**, 302–315.

Guo, Q.V., et al., 2003: Interdecadal variability of East-Asian summer monsoon and its impact on the climate of China. *Acta Geogr. Sin.*, **4**, 569–576.

Gustafsson, M.E.R., 1997: Raised levels of marine aerosol deposition owing to increased storm frequency: A cause of forest decline in southern Sweden? *Agric. For. Meteorol.*, **84**, 169–177.

Guttman, N., 1991: A sensitivity analysis of the Palmer Hydrologic Drought Index. *Water Resour. Bull.*, **27**, 797–807.

Hahn, C.J., and S.G. Warren, 2003: *Cloud Climatology for Land Stations Worldwide, 1971–1996.* Report NDP-026D, Carbon Dioxide Information Analysis Center, Oak Ridge, TN, USA, 35 pp., http://cdiac.ornl.gov/epubs/ndp/ndp026d/ndp026d.html.

Haimberger, L., 2005: *Homogenization of Radiosonde Temperature Time Series Using ERA-40 Analysis Feedback Information.* ERA-40 Project Report Series 23, European Centre for Medium Range Weather Forecasts, Reading, UK, 68 pp.

Hansen, J., et al., 2001: A closer look at United States and global surface temperature change. *J. Geophys. Res.*, **106**, 23947–23963.

Harnik, N., and E.K.M. Chang, 2003: Storm track variations as seen in radiosonde observations and reanalysis data. *J. Clim.*, **16**, 480–495.

Harris, B.A., and G.A Kelly, 2001: A satellite radiance bias correction scheme for data assimilation. *Q. J. R. Meteorol. Soc.*, **127**, 1453–1468.

Hartmann, D.L., and F. Lo, 1998: Wave-driven flow vacillation in the Southern Hemisphere. *J. Atmos. Sci.*, **55**, 1303–1315.

Hartmann, D.L., et al., 2000: Can ozone depletion and global warming interact to produce rapid climate change? *Proc. Natl. Acad. Sci. U.S.A.*, **97**, 1412–1417.

Hatsushika, H., and K. Yamazaki, 2003: The stratospheric drain over Indonesia and dehydration within the tropical tropopause layer diagnosed by air parcel trajectories. *J. Geophys. Res.*, **108**, 4610, doi:10.1029/2002JD002986.

Hatzianastassiou, N., et al., 2004: Long-term global distribution of Earth's shortwave radiation budget at the top of atmosphere. *Atmos. Chem. Phys.*, **4**, 1217–1235.

Haylock, M.R., and C.M. Goodess, 2004: Interannual variability of extreme European winter rainfall and links with mean large-scale circulation. *Int. J. Climatol.*, **24**, 759–776.

Haylock M.R., et al., 2006. Trends in total and extreme South American rainfall in1960-2000 and links with sea surface temperature. *J. Clim.*, **19**, 1490–1512.

He, H., et al., 2003: Some climatic features of the tropical cyclones landed onto Guangdong Province during the recent 50 years. *Sci. Meteorol. Sin.*, **23**, 401–409 (in Chinese with English abstract).

Heim, R.R., 2002: A review of twentieth-century drought indices used in the United States. *Bull. Am. Meteorol. Soc.*, **83**, 1149–1165.

Held, I.M., and B.J. Soden, 2000: Water vapor feedback and global warming. *Annu. Rev. Energy Environ.*, **25**, 441–475.

Henderson-Sellers, A., 1992: Continental cloudiness changes this century. *GeoJournal*, **27**, 255–262.

Hennessy, K.J., R. Suppiah, and C.M. Page, 1999: Australian rainfall changes, 1910–1995. *Aust. Meteorol. Mag.*, **48**, 1–13.

Herath, S., and U. Ratnayake, 2004: Monitoring rainfall trends to predict adverse impacts – a case study from Sri Lanka (1964–1993). *Global Environ. Change*, **14**, 71–79.

Higgins, R.W., and W. Shi, 2000: Dominant factors responsible for interannual variability of the summer monsoon in the southwestern United States. *J. Clim.*, **13**, 759–776.

Highwood, E.J., B.J. Hoskins, and P. Berrisford, 2000: Properties of the Arctic tropopause. *Q. J. R. Meteorol. Soc.*, **126**, 1515–1532.

Hines, K.M., D.H. Bromwich, and G.J. Marshall, 2000: Artificial surface pressure trends in the NCEP-NCAR reanalysis over the Southern Ocean and Antarctica. *J. Clim.*, **13**, 3940–3952.

Ho, C.-H., et al., 2003: A sudden change summer rainfall characteristics in Korea during the late 1970s. *Int. J. Climatol.*, **23**, 117–128.

Hobbins, M.T., J.A. Ramirez, and T.C. Brown, 2004: Trends in pan evaporation and actual evapotranspiration across the conterminous U.S.: Paradoxical or complementary? *Geophys. Res. Lett.*, **31**, L13503, doi:10/10029/2004GL019846.

Hodgkins, G.A., R.W. Dudley, and T.G. Huntington, 2003: Changes in the timing of high river flows in New England over the 20th century. *J. Hydrol.*, **278**, 244–252.

Hoerling, M., and A. Kumar, 2003: The perfect ocean for drought. *Science*, **299**, 691–694.

Horel, J.D., and J.M. Wallace, 1981: Planetary-scale atmospheric phenomena associated with the Southern Oscillation. *Mon. Weather Rev.*, **109**, 813–829.

Hoskins, B.J., and D.J. Karoly, 1981: Steady linear response of a spherical atmosphere to thermal and orographic forcing. *J. Atmos. Sci.*, **38**, 1179–1196.

Hu, Q., Y. Tawaye, and S. Feng, 2004: Variations of the Northern Hemisphere atmospheric energetics: 1948–2000. *J. Clim.*, **17**, 1975–1986.

Huang, R.H., L. Zhou, and W. Chen, 2003: The progresses of recent studies on the variabilities of the East Asian monsoon and their causes. *Adv. Atmos. Sci.*, **1**, 55–69.

Huffman, G., et al., 1997: The Global Precipitation Climatology Project (GPCP): combined precipitation dataset. *Bull. Am. Meteorol. Soc.*, **78**, 5–20.

Hughes, C.W., et al., 2003: Coherence of Antarctic sea levels, Southern Hemisphere Annular Mode, and flow through the Drake Passage. *Geophys. Res. Lett.*, **30**, 1464, doi:10.1029/2003GL017240.

Huntington, T.G., 2006: Evidence for intensification of the global water cycle: Review and synthesis. *J. Hydrol.*, **319**, 83–95.

Huntington, T.G., et al., 2004: Changes in the proportion of precipitation occurring as snow in New England (1949–2000). *J. Clim.*, **17**, 2626–2636.

Hurrell, J.W., 1995: Decadal trends in the North Atlantic Oscillation and relationships to regional temperature and precipitation. *Science*, **269**, 676–679.

Hurrell, J.W., 1996: Influence of variations in extratropical wintertime teleconnections on Northern Hemisphere temperature. *Geophys. Res. Lett.*, **23**, 665–668.

Hurrell, J.W., and H. van Loon, 1994: A modulation of the atmospheric annual cycle in the Southern Hemisphere. *Tellus*, **46A**, 325–338.

Hurrell, J.W., and H. van Loon, 1997: Decadal variations associated with the North Atlantic Oscillation. *Clim. Change*, **36**, 301–326.

Hurrell, J.W., and K.E. Trenberth, 1999: Global sea surface temperature analyses: multiple problems and their implications for climate analysis, modeling and reanalysis. *Bull. Am. Meteorol. Soc.*, **80**, 2661–2678.

Hurrell, J.W., M.P. Hoerling, and C.K. Folland, 2001: Climatic variability over the North Atlantic. In: *Meteorology at the Millennium* [Pearce, R. (ed.)]. Academic Press, London, pp. 143–151.

Hurrell, J.W., et al., 2000: Comparison of tropospheric temperatures from radiosondes and satellites: 1979–98. *Bull. Am. Meteorol. Soc.*, **81**, 2165–2177.

Hurrell, J.W., et al., 2002: The relationship between tropical Atlantic rainfall and the summer circulation over the North Atlantic. In: *Proc. U. S. CLIVAR Atlantic Conf.*, June 12-14, 2001, Boulder, CO, [Legler, D. (ed.)]. U.S. CLIVAR Office, 193pp. 108–110.

Hurrell, J.W., et al., 2003: An overview of the North Atlantic Oscillation. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 1–35.

Hurrell, J.W., et al., 2004: Twentieth century North Atlantic climate change. Pt I: Assessing determinism. *Clim. Dyn.*, **23**, 371–389.

Indeje, M., H.F.M. Semazzi, and L.J.Ogallo, 2000. ENSO signals in East African rainfall seasons. *Int. J. Climatol.*, **20**, 19–46.

Inoue, T., and F. Kimura, 2004: Urban effects on low-level clouds around the Tokyo metropolitan area on clear summer days. *Geophys. Res. Lett.*, **31**, L05103, doi:10.1029/2003GL018908.

IPCC, 1999: *Aviation and the Global Atmosphere* [Penner, J. E., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 384pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Ishii, M., et al., 2005: Objective analysis of SST and marine meteorological variables for the 20th Century using ICOADS and the Kobe Collection. *Int. J. Climatol.*, **25**, 865–879.

Iskenderian, H., and R. Rosen, 2000: Low-frequency signals in mid-tropospheric submonthly temperature variance. *J. Clim.*, **13**, 2323–2333.

Jacobowitz, H., et al., 2003: The Advanced Very High Resolution Radiometer Pathfinder Atmosphere (PATMOS) climate dataset: A resource for climate research. *Bull. Am. Meteorol. Soc.*, **84**, 785–793.

Jacobs, G.A., and J.L. Mitchell, 1996: Ocean circulation variations associated with the Antarctic Circumpolar Wave. *Geophys. Res. Lett.*, **23**, 2947–2950.

Janicot, S., S. Trzaska, and I. Poccard, 2001: Summer Sahel-ENSO teleconnection and decadal time scale SST variations. *Clim. Dyn.*, **18**, 303–320.

Jauregui, E., and E. Romales, 1996: Urban effects on convective precipitation in Mexico City. *Atmos. Environ.*, **30**, 3383–3389.

Jin, M., and R.E. Dickinson, 2002: New observational evidence for global warming from satellite. *Geophys. Res. Lett.*, **29**(10), doi:10.1029/2001GL013833.

Jin, M., J.M. Shepherd, and M.D. King, 2005: Urban aerosols and their interaction with clouds and rainfall: A case study for New York and Houston. *J. Geophys. Res.*, **110**, D10S20, doi:10.1029/2004JD005081.

Jones, D., et al., 2004. A new tool for tracking Australia's climate variability and change. *Bull. Aust. Meteorol. Oceanogr. Soc.*, **17**, 65–69.

Jones, J.M., and M. Widmann, 2004: Variability of the Antarctic Oscillation during the 20th century. *Nature*, **432**, 290–291.

Jones, P.D., and A. Moberg, 2003: Hemispheric and large-scale surface air temperature variations: An extensive revision and update to 2001. *J. Clim.*, **16**, 206–223.

Jones, P.D., T. Jónsson, and D. Wheeler, 1997: Extension to the North Atlantic Oscillation using early instrumental pressure observations from Gibraltar and south-west Iceland. *Int. J. Climatol.*, **17**, 1433–1450.

Jones, P.D., T.J. Osborn, and K.R. Briffa, 2003: Pressure-based measures of the North Atlantic Oscillation (NAO): A comparison and an assessment of changes in the strength of the NAO and in its influence on surface climate parameters. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 51–62.

Jones, P.D., et al., 1990: Assessment of urbanization effects in time series of surface air temperature over land. *Nature*, **347**, 169–172.

Josey, S.A., and R. Marsh, 2005: Surface freshwater flux variability and recent freshening of the North Atlantic in the eastern subpolar gyre. *J. Geophys. Res.*, **110**, C05008, doi:10.1029/2004JC002521.

Joshi, M.M., and K.P. Shine, 2003: A GCM study of volcanic eruptions as a cause of increased stratospheric water vapour. *J. Clim.*, **16**, 3525–3534.

Jury, M.R.: 2003: The coherent variability of African river flows: composite climate structure and the Atlantic Circulation. *Water SA*, **29**, 1–10.

Kaiser, D.P., 1998: Analysis of total cloud amount over China, 1951–1994. *Geophys. Res. Lett*, **25**, 3599–3602.

Kaiser, D.P., and Y. Qian, 2002: Decreasing trends in sunshine duration over China for 1954–1998: Indication of increased haze pollution? *Geophys. Res. Lett.*, **29**, 2042, doi:10.1029/2002GL016057.

Kalnay, E., and M. Cai, 2003: Impact of urbanization and land-use change on climate. *Nature*, **423**, 528–531.

Kalnay, E., et al., 1996: The NCEP/NCAR Reanalysis Project. *Bull. Am. Meteorol. Soc.*, **77**, 437–471.

Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.), 2006: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences.* A report by the Climate Change Science Program and Subcommittee on Global Change Research, Washington, DC, 180pp., http://www.climatescience.gov/Library/sap/sap1-1/finalreport/default.htm.

Karoly, D.J., 2003: Ozone and climate change. *Science*, **302**, 236–237.

Karoly, D.J., and Q. Wu, 2005: Detection of regional surface temperature trends. *J. Clim.*, **18**, 4337–4343.

Karoly, D.J., et al., 2003: Global warming contributes to Australia's worst drought. *Australasian Science*, April, 14–17.

Kaufman, Y.J., D. Tanré, and O. Boucher, 2002: A satellite view of aerosols in the climate system. *Nature*, **419**, 215–223.

Keable, M., I. Simmonds, and K. Keay, 2002: Distribution and temporal variability of 500 hPa cyclone characteristics in the Southern Hemisphere. *Int. J. Climatol.*, **22**, 131–150.

Keetch, J.J., and G.M. Byrum, 1988: *A Drought Index for Forest Fire Control.* Research Paper SE-38, US Department of Agriculture, Asheville, NC, 32 pp., http://www.fl-dof.com/fire_weather/information/se038_keetchbyram_di.pdf.

Kent, E.C., and A. Kaplan, 2006: Toward estimating climatic trends in SST data, part 3: Systematic biases. *J. Atmos. Ocean. Technol.*, **23**, 487–500.

Kerr, R., 2000: A North Atlantic climate pacemaker for the centuries. *Science*, **288**, 1984–1985.

Kharin, V.V., and F.W. Zwiers, 2000: Changes in extremes in an ensemble of transient climate simulations with a coupled atmosphere-ocean GCM. *J. Clim.*, **13**, 3760–3780.

Kidson, J.W., 1999: Principal modes of Southern Hemisphere low frequency variability obtained from NCEP-NCAR reanalyses. *J. Clim.*, **12**, 2808–2830.

Kiehl, J.T., and K.E. Trenberth, 1997: Earth's annual global mean energy budget. *Bull. Am. Meteorol. Soc.*, **78**, 197–208.

Kiehl, J.T., J.M. Caron, and J.J. Hack, 2005: On using global climate model simulations to assess the accuracy of MSU retrieval methods for tropospheric warming trends. *J. Clim.*, **18**, 2533–2539.

Kiktev, D., et al., 2003: Comparison of modeled and observed trends in indices of daily climate extremes. *J. Clim.*, **16**, 3560–3571.

Kilpatrick, K.A., G.P. Podesta, and R. Evans, 2001: Overview of the NOAA/NASA advanced very high resolution radiometer Pathfinder algorithm for sea surface temperature and associated matchup database. *J. Geophys. Res.*, **106**, 9179–9198.

Kinter III, J.L., K. Miyakoda, and S. Yang, 2002: Recent change in the connection from the Asia monsoon to ENSO. *J. Clim.*, **15**, 1203–1215.

Kinter III, J.L., et al., 2004: An evaluation of the apparent interdecadal shift in the tropical divergent circulation in the NCEP–NCAR reanalysis. *J. Clim.*, **17**, 349–361.

Kistler, R., et al., 2001: The NCEP-NCAR 50-year reanalysis: Month means CD-ROM and documentation. *Bull. Am. Meteorol. Soc.*, **82**, 247–268.

Klein Tank, A.M.G., and G.P. Können, 2003: Trends in indices of daily temperature and precipitation extremes in Europe, 1946–1999. *J. Clim.*, **16**, 3665–3680.

Klein Tank, A.M.G., et al., 2006: Changes in daily temperature and precipitation extremes in central and south Asia. *J. Geophys. Res.*, **111**, D16105, doi:10.1029/2005JD006316.

Kley, D., J.M. Russell, and C. Phillips, 2000: *SPARC Assessment of Upper Tropospheric and Stratospheric Water Vapour*. WCRP Report No. 113, WMO/TD Report No. 1043, World Climate Research Programme, Geneva, 325 pp.

Klotzbach, P.J., 2006: Trends in global tropical cyclone activity over the past twenty years (1986–2005). *Geophys. Res. Lett.*, **33**, L10805, doi:10.1029/2006GL025881.

Knight, J., et al., 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. *Geophys. Res. Lett.*, **32**, L20708, doi: 1029/2005GL024233.

Knutson, T.R., and S. Manabe, 1998: Model assessment of decadal variability and trends in the Tropical Pacific Ocean. *J. Clim.*, **11**, 2273–2296

Kodera, K., and H. Koide, 1997: Spatial and seasonal characteristics of recent decadal trends in the northern hemispheric troposphere and stratosphere. *J. Geophys. Res.*, **102**, 19433–19447.

Kodera, K., Y. Kuroda, and S. Pawson, 2000: Stratospheric sudden warmings and slowly propagating zonal-mean zonal wind anomalies. *J. Geophys. Res.*, **105**, 12351–12359.

Können, G.P., et al., 1998: Pre-1866 extensions of the Southern Oscillation index using early Indonesian and Tahitian meteorological readings. *J. Clim.*, **11**, 2325–2339.

Kostopoulou, E., and P.D. Jones, 2005: Assessment of climate extremes in the eastern Mediterranean. *Meteorol. Atmos. Phys.*, **89**, 69–85.

Krepper, C.M., N.O. Garcia, and P.D. Jones, 2003: Interannual variability in the Uruguay River basin. *Int. J. Climatol.*, **23**, 103–115.

Kripalani, R.H., and A. Kulkarni, 1997a: Climatic impact of El Niño / La Niña on the Indian monsoon: A new perspective. *Weather*, **52**, 39–46.

Kripalani, R.H., and A. Kulkarni, 1997b: Rainfall variability over Southeast Asia: Connections with Indian monsoon and ENSO extremes: New perspectives. *Int. J. Climatol.*, **17**, 1155–1168.

Kripalani, R.H., and A. Kulkarni, 2001: Monsoon rainfall variations and teleconnections over South and East Asia. *Int. J. Climatol.*, **21**, 603–616.

Kripalani, R.H., A. Kulkarni, and S.S. Sabade, 2001: El Niño Southern Oscillation, Eurasian snow cover and the Indian monsoon rainfall. *Proc. Indian Nat. Sci. Acad.*, **67A**, 361–368.

Kripalani, R.H., et al., 2003: Indian monsoon variability in a global warming scenario. *Natural Hazards*, **29**, 189–206.

Krishnamurthy, V., and B.N. Goswami, 2000: Indian monsoon-ENSO relationship on interdecadal timescale. *J. Clim.*, **13**, 579–595.

Krüger, K., B. Naujokat, and K. Labitzke, 2005: The unusual midwinter warming in the southern hemisphere stratosphere in 2002: A comparison to northern hemisphere phenomena. *J. Atmos. Sci.*, **62**, 602–613.

Kuleshov, Y., and G. de Hoedt, 2003: Tropical cyclone activity in the Southern Hemisphere. *Bull. Aust. Meteorol. Oceanogr. Soc.*, **16**, 135–137.

Kumar, K.K., B. Rajagopalan, and A.M. Cane, 1999: On the weakening relationship between the Indian monsoon and ENSO. *Science*, **284**, 2156–2159.

Kundzewicz, Z.W., et al., 2005: Trend detection in river flow: 1. Annual maximum flow. *Hydrolog. Sci.*, **50**, 797–810.

Kunkel, K.E., et al., 2003: Temporal variations of extreme precipitation events in the United States: 1895–2000. *Geophys. Res. Lett.*, **30**, 1900, doi:10.1029/2003GL018052.

Kunkel, K.E., et al., 2004: Temporal variations in frost-free season in the United States: 1895–2000. *Geophys. Res. Lett.*, **31**, L03201, doi:10.1029/2003GL018624.

Kwok, R., and J.C. Comiso, 2002a: Southern ocean climate and sea ice anomalies associated with the Southern Oscillation. *J. Clim.*, **15**, 487–501.

Kwok, R., and J.C. Comiso, 2002b: Spatial patterns of variability in Antarctic surface temperature: Connections to the Southern Hemisphere Annular Mode and the Southern Oscillation. *Geophys. Res. Lett.*, **29**, 1705, doi:10.1029/2002GL015415.

Labat, D., et al., 2004: Evidence for global runoff increase related to climate warming. *Adv. Water Resour.*, **27**, 631–642.

Labitzke, K., and M. Kunze, 2005: Stratospheric temperature over the Arctic: Comparison of three data sets. *Meteorol. Z.*, **14**, 65–74.

Lambert, S.J., 1996: Intense extratropical Northern Hemisphere winter cyclone events: 1899–1991. *J. Geophys. Res.*, **101**, 21319–21325.

Lammers, R.B., et al., 2001: Assessment of contemporary Arctic river runoff based on observational discharge records. *J. Geophys. Res.*, **106**, 3321–3334.

Lander, M., 1994: An exploratory analysis of the relationship between tropical storm formation in the Western North Pacific and ENSO. *Mon. Weather Rev.*, **122**, 636–651.

Landsea, C.W., 2005: Hurricanes and global warming: Arising from Emanuel 2005a. *Nature*, **438**, E11–E13, doi:10.1038/nature04477.

Landsea, C.W., et al., 1998: The extremely active 1995 Atlantic hurricane season: Environmental conditions and verification of seasonal forecasts. *Mon. Weather Rev.*, **126**, 1174–1193.

Langematz, U., et al., 2003: Thermal and dynamical changes of the stratosphere since 1979 and their link to ozone and $CO_2$ changes. *J. Geophys. Res.*, **108**, 4027, doi:10.1029/2002JD002069.

Lanzante, J.R., S.A. Klein, and D.J. Seidel, 2003a: Temporal homogenization of monthly radiosonde temperature data. Pt I: Methodology. *J. Clim.*, **16**, 224–240.

Lanzante, J.R., S.A. Klein, and D.J. Seidel, 2003b: Temporal homogenization of monthly radiosonde temperature data. Pt II: Trends, sensitivities, and MSU comparison. *J. Clim.*, **16**, 241–262.

Latif, M., 2001: Tropical Pacific/Atlantic ocean interactions at multi-decadal time scales. *Geophys. Res. Lett.*, **28**, 539–542.

Latif, M., R. Kleeman, and C. Eckert, 1997: Greenhouse warming, decadal variability, or El Nino? An attempt to understand the anomalous 1990s. *J. Clim.*, **10**, 2221–2239.

Lau, N-C., and M.J. Nath, 2004: Coupled GCM simulation of atmosphere-ocean variability associated with zonally asymmetric SST changes in the tropical Indian Ocean. *J. Clim.*, **17**, 245–265.

Lawrimore, J., et al., 2002: Beginning a new era of drought monitoring across North America. *Bull. Am. Meteorol. Soc.*, **83**, 1191–1192.

Le Barbe, L., T. Lebel, and D. Tapsoba, 2002: Rainfall variability in West Africa during the years 1950–1990. *J. Clim.*, **15**, 187–202.

Lefebvre, W., et al., 2004: Influence of the Southern Annular Mode on the sea ice-ocean system. *J. Geophys. Res.*, **109**, C09005, doi:10.1029/2004JC002403.

Levinson, D.H. (ed.), 2005: State of the climate in 2004. *Bull. Am. Meteorol. Soc.*, **86**(6), S1–S84.

Levinson, D.H., and A.M. Waple (eds.), 2004: State of the climate in 2003. *Bull. Am. Meteorol. Soc.*, **85**(6), S1–S72.

L'Heureux, M.L., and D.W.J. Thompson, 2006: Observed relationships between the El Niño–Southern Oscillation and the extratropical zonal-mean circulation. *J. Clim.*, **19**, 276–287.

Li, Q., et al., 2004: Urban heat island effect on annual mean temperature during the last 50 years in China. *Theor. Appl.Climatol.*, **79**, 165–174.

Li, W., and P.M. Zhai, 2003: Variability in occurrence of China's spring dust storm and its relationship with atmospheric general circulation. *Acta Meteorol. Sin.*, **17**(4), 396–405.

Liebmann, B., et al., 1999: Submonthly convective variability over South America and the South Atlantic convergence zone. *J. Clim.*, **12**, 1877–1891.

Liebmann, B., et al., 2004: An observed trend in Central South American precipitation. *J. Clim.*, **22**, 4357–4367.

Liepert, B.G., 2002: Observed reductions of surface solar radiation at sites in the United States and worldwide from 1961 to 1990. *Geophys. Res. Lett.*, **29**, 1421, 10.1029/2002GL014910.

Liepert, B.G., et al., 2004: Can aerosols spin down the water cycle in a warmer and moister world? *Geophys. Res. Lett.*, **31**, doi:10.1029/2003GL019060.

Lim, E.-P., and I. Simmonds, 2002: Explosive cyclone development in the Southern Hemisphere and a comparison with Northern Hemisphere events. *Mon. Weather Rev.*, **130**, 2188–2209.

Limpasuvan, V., and D.L. Hartmann, 2000: Wave-maintained annular modes of climate variability. *J. Clim.*, **13**, 4414–4429.

Limpasuvan, V., D. Thompson and D. Hartmann, 2004: The life cycle of northern hemispheric sudden stratospheric warmings. *J. Clim.*, **17**, 2584–2596.

Lins, H.F., and J.R. Slack, 1999: Streamflow trends in the United States. *Geophys. Res. Lett.*, **26**, 227–230.

Linsley, B.K., et al., 2004: Geochemical evidence from corals for changes in the amplitude and spatial pattern of South Pacific interdecadal climate variability over the last 300 years. *Clim. Dyn.*, **22**, doi:10.1007/s00382-003-0364-y.

Liu, B.H., et al., 2004a: A spatial analysis of pan evaporation trends in China, 1955–2000. *J. Geophys. Res.*, **109**, D15102, doi:10.1029/2004JD004511.

Liu, J., J.A. Curry, and D.G. Martinson, 2004b: Interpretation of recent Antarctic sea ice variability. *Geophys. Res. Lett.*, **31**, L02205, doi:10.1029/2003GL018732.

Liu, K.S., and J.C.L. Chan, 2003: Climatological characteristics and seasonal forecasting of tropical cyclones making landfall along the south China coast. *Mon. Weather Rev.*, **131**, 1650–1662.

Lorenz, D.J., and D.L. Hartmann, 2001: Eddy–zonal flow feedback in the Southern Hemisphere. *J. Atmos. Sci.*, **58**, 3312–3327.

Lorenz, D.J., and D.L. Hartmann, 2003: Eddy-zonal flow feedback in the Northern Hemisphere winter. *J. Clim.*, **16**, 1212–1227.

Lozano, I., and V. Swail, 2002: The link between wave height variability in the North Atlantic and the storm track activity in the last four decades. *Atmos.-Ocean*, **40**, 377–388.

Lucarini, V., and G.L. Russell, 2002: Comparison of mean climate trends in the Northern Hemisphere between National Centers for Environmental Prediction and two atmosphere-ocean model forced runs. *J. Geophys. Res.*, **107**, 4269, doi:10.1029/2001JD001247.

Lugina, K.M., et al., 2005: Monthly surface air temperature time series area-averaged over the 30-degree latitudinal belts of the globe, 1881-2004. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, US Department of Energy, Oak Ridge, TN, http://cdiac.esd.ornl.gov/trends/temp/lugina/lugina.html.

Luo, Y., et al., 2001: Characteristics of spatial distribution of yearly variation of aerosol optical depth over China in the last 30 years. *J. Geophys. Res.*, **106**(D13), 14501–14513.

Luterbacher, J., et al., 2004: European seasonal and annual temperature variability, trends, and extremes since 1500. *Science*, **303**, 1499–1503.

Ma, Z.G., and C.B. Fu, 2003: Interannual characteristics of the surface hydrological variables over the arid and semi-arid areas of northern China. *Global Planet. Change*, **37**, 189-200.

Madden, R.A., and J. Williams, 1978: The correlation between temperature and precipitation in the United States and Europe. *Mon. Weather Rev.*, **106**, 142–147.

Maheras, P., et al., 2004: On the relationships between circulation types and changes in rainfall variability in Greece. *Int. J. Climatol.*, **24**, 1695–1712.

Maistrova, V.V., et al., 2003: Long-term trends in temperature and specific humidity of free atmosphere in the Northern Polar region. *Dokl. Earth Sci.*, **391**, 755–759.

Mann, M.E., 2004: On smoothing potentially non-stationary climate time series. *Geophys. Res. Lett.*, **31**, L07214, doi:10.1029/2004GL019569.

Manney, G., et al., 2005: The remarkable 2003–2004 winter and other recent warm winters in the Arctic stratosphere since the late 1990s. *J. Geophys. Res.*, **110**, D04107, doi:10.1029/2004JD005367.

Manton, M.J., et al., 2001: Trends in extreme daily rainfall and temperature in Southeast Asia and the South Pacific: 1961–1998. *Int. J. Climatol.*, **21**, 269–284.

Mantua, N.J., and S.J. Hare, 2002: The Pacific Decadal Oscillation. *J. Oceanogr.*, **58**, 35–44.

Mantua, N.J., et al., 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Am. Meteorol. Soc.*, **78**, 1069–1079.

Marengo, J., 2004: Interdecadal variability and trends of rainfall across the Amazon Basin. *Theor. Appl. Climatol.*, **78**, 79–96.

Marengo, J.A., et al., 2004: Climatology of the low-level jet east of the Andes as derived from the NCEP–NCAR Reanalyses: Characteristics and temporal variability. *J. Clim.*, **17**, 2261–2280.

Marshall, G.J., 2002: Analysis of recent circulation and thermal advection change on the northern Antarctic Peninsula. *Int. J. Climatol.*, **22**, 1557–1567.

Marshall, G.J., 2003: Trends in the Southern Annular Mode from observations and reanalyses. *J. Clim.*, **16**, 4134–4143.

Marshall, G.J., et al., 2004: Causes of exceptional atmospheric circulation changes in the Southern Hemisphere. *Geophys. Res. Lett.*, **31**, L14205, doi:10.1029/2004GL019952.

Marshall, J., H. Johnson, and J. Goodman, 2001: A study of the interaction of the North Atlantic Oscillation with the ocean circulation. *J. Clim.*, **14**, 1399–1421.

Martyn, D., 1992: *Climates of the World.* Elsevier, Amsterdam, 436 pp.

Maugeri, M., et al., 2001: Trends in Italian cloud amount 1951-1996. *Geophys. Res. Lett.*, **28**, 4551–4554.

Mauget, S.A., 2003a: Intra- to multidecadal climate variability over the continental United States: 1932–99. *J. Clim.*, **16**, 2215–2231.

Mauget, S.A., 2003b: Multidecadal regime shifts in US streamflow, precipitation, and temperature at the end of the twentieth century. *J. Clim.*, **16**, 3905–3916.

McBride, J.L., 1998: Indonesia, Papua New Guinea, and tropical Australia: The southern hemisphere monsoon. In: *Meteorology of the Southern Hemisphere* [Karoly, D., and D. Vincent (eds.)]. American Meteorological Society, Boston, MA, pp. 89–99.

McCabe, G.J., and D.M. Wolock, 2002: Trends and temperature sensitivity of moisture conditions in the conterminous United States. *Clim. Res.*, **20**, 19–29.

McCabe, G.J., M.P. Clark, and M.C. Serreze, 2001: Trends in Northern Hemisphere surface cyclone frequency and intensity. *J. Clim.*, **14**, 2763–2768.

McCabe, G.J., M. Palecki, and J.L. Betancourt, 2004: Pacific and Atlantic Ocean influences on multi-decadal drought frequency in the United States. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 4136–4141.

McCarthy, M.P., and R. Toumi, 2004: Observed interannual variability of tropical troposphere relative humidity. *J. Clim.*, **17**, 3181–3191.

McKitrick, R., and P.J. Michaels, 2004: A test of corrections for extraneous signals in gridded surface temperature data. *Clim. Res.*, **26**, 159–173.

McPhaden, M.J., and D. Zhang, 2002: Slowdown of the meridional overturning circulation of the upper Pacific ocean. *Nature*, **415**, 603–608.

Mears, C.A., and F.J. Wentz, 2005: The effect of diurnal correction on satellite-derived lower tropospheric temperature. *Science*, **309**, 1548–1551.

Mears, C.A., M.C. Schabel, and F.J. Wentz, 2003: A reanalysis of the MSU channel 2 tropospheric temperature record. *J. Clim.*, **16**, 3650–3664.

Mehta, A., and J. Susskind, 1999: Outgoing longwave radiation from the TOVS Pathfinder Path A data set. *J. Geophys. Res.*, **104**, 12193–12212.

Menon, S., et al., 2002: Climate effects of black carbon aerosols in China and India. *Science*, **297**, 2250–2253.

Meredith, M.P., et al., 2004: Changes in the ocean transport through Drake Passage during the 1980s and 1990s, forced by changes in the Southern Annular Mode. *Geophys. Res. Lett.*, **31**, L21305, doi:10.1029/2004GL021169.

Milly, P.C.D., and K.A. Dunne, 2001: Trends in evaporation and surface cooling in the Mississippi River basin. *Geophys. Res. Lett.*, **28**, 1219–1222.

Milly, P.C.D., et al., 2002: Increasing risk of great floods in a changing climate. *Nature*, **415**, 514–517.

Miloshevich, L.M., et al., 2004: Development and validation of a time-lag correction for Vaisala radiosonde humidity measurements. *J. Atmos. Ocean. Technol.*, **21**, 1305–1327.

Minnis, P., et al., 2004: Contrails, cirrus trends, and climate. *J. Clim.*, **17**, 1671–1685.

Minschwaner, K., and A.E. Dessler, 2004: Water vapor feedback in the tropical upper troposphere: Model results and observations. *J. Clim.*, **17**, 1272–1282.

Minobe, S., 1997: A 50–70 year climatic oscillation over the North Pacific and North America. *Geophys. Res. Lett.*, **24**, 683–686.

Minobe, S., 1999: Resonance in bidecadal and pentadecadal oscillations over the North Pacific: Role in climate regime shifts. *Geophys. Res. Lett.*, **26**, 855–858.

Minobe, S., and T. Nakanowatari, 2002: Global structure of bidecadal precipitation variability in boreal winter. *Geophys. Res. Lett.*, **29**, 1396, doi:10.1029/2001GL014447.

Mitas, C.M., and A. Clement, 2005: Has the Hadley cell been strengthening in recent decades? *Geophys. Res. Lett.*, **32**, L03809, doi:10.1029/2004GL021765.

Mitchell, T.D., and P.D. Jones, 2005: An improved method of constructing a database of monthly climate observations and associated high-resolution grids. *Int. J. Climatol.*, **25**, 693–712

Mo, K.C., 2000: Relationships between low-frequency variability in the Southern Hemisphere and sea surface temperature anomalies. *J. Clim.*, **13**, 3599–3610.

Mo, K.C., and R.W. Higgins, 1998: The Pacific-South American modes and tropical convection during the Southern Hemisphere winter. *Mon. Weather Rev.*, **126**, 1581–1596.

Moberg, A., and P.D. Jones, 2005: Trends in indices for extremes of daily temperature and precipitation in central and western Europe 1901–1999. *Int. J. Climatol.*, **25**, 1173–1188.

Molders, N., and M.A. Olson, 2004: Impact of urban effects on precipitation in high latitudes. *J. Hydrometeorol.*, **5**, 409–429.

Monahan, A.H., L. Pandolfo, and J.C. Fyfe, 2001: The preferred structure of variability of the Northern Hemisphere atmospheric circulation. *Geophys. Res. Lett.*, **28**, 1019–1022.

Mu, Q.Z., et al., 2002: Simulation study on variation of Western Pacific subtropical high during the last hundred years. *Chin. Sci. Bull.*, **7**, 550–553.

Mudelsee, M., et al., 2003: No upward trends in the occurrence of extreme floods in central Europe. *Nature*, **425**, 166–169.

Nakamura, H., and T. Sampe, 2002: Trapping of synoptic-scale disturbances into the North-Pacific subtropical jet core in midwinter. *Geophys. Res. Lett.*, **29**(16), doi:10.1029/2002GL015535.

Nakamura, H., T. Izumi, and T. Sampe, 2002: Interannual and decadal modulations recently observed in the Pacific storm track activity and East Asia winter monsoon. *J. Clim.*, **15**, 1855–1874.

Nakamura, H., et al., 2004: Observed associations among storm tracks, jet streams and midlatitude oceanic fronts. In: *Earth's Climate: The Ocean-Atmosphere Interaction* [Wang, C., S.-P. Xie, and J. A. Carton (eds.)]. Geophysical Monograph 147, American Geophysical Union, Washington, DC, pp. 329–346.

Naujokat, B., et al., 2002: The early major warming in December 2001 – Exceptional? *Geophys. Res. Lett.*, **29**, 2023, doi:10.1029/2002GL015316.

Nazemosadat, M.J., and I. Cordery, 2000: On the relationships between ENSO and autumn rainfall in Iran. *Int. J. Climatol.*, **20**, 47–61.

Nazemosadat, M.J., and A.R. Ghasemi, 2004: Quantifying the ENSO-related shifts in the intensity and probability of drought and wet periods in Iran. *J. Clim.*, **17**, 4005–4018.

Nedoluha, G.E., et al., 2003: An evaluation of trends in middle atmospheric water vapor as measured by HALOE, WVMS, and POAM. *J. Geophys. Res.*, **108**, 4391, doi:10.1029/2002JD003332.

New, M., et al., 2006: Evidence of trends in daily climate extremes over southern and West Africa. *J. Geophys. Res.*, **111**, D14102, doi:10.1029/2005JD006289.

Newman, M., G. Compo, and M.A. Alexander, 2003: ENSO-forced variability of the Pacific Decadal Oscillation. *J. Clim.*, **23**, 3853–3857.

Newman, P.A., and E.R. Nash, 2000: Quantifying the wave drinking of the stratosphere. *J. Geophys. Res.*, **105**, 12485–12497.

Newman, P.A., and E.R. Nash, 2005: The unusual Southern Hemisphere stratosphere winter of 2002. *J. Atmos. Sci.*, **62**, doi:10.1175/JAS-3323.1.

Nicholls, N., 2004: The changing nature of Australian droughts. *Clim. Change*, **63**, 323–336.

Nobre, P., and J. Shukla, 1996: Variations of sea surface temperature, wind stress, and rainfall over the tropical Atlantic and South America. *J. Clim.*, **9**, 2464–2479.

Nogués-Paegle, J., et al., 2002: Progress in Pan American CLIVAR research: Understanding the South American monsoon. *Meteorologica*, **27**, 3–32.

Noone, D., and I. Simmonds, 2002: Annular variations in moisture transport mechanisms and the abundance of $\delta^{18}O$ in Antarctic snow. *J. Geophys. Res.*, **107**, 4742, doi:10.1029/2002JD002262.

Norris, J.R., 2000: What can cloud observations tell us about climate variability? *Space Sci. Rev.*, **94**, 375–380.

Norris, J.R., 2005a: Multidecadal changes in near-global cloud cover and estimated cloud cover radiative forcing. *J. Geophys. Res.*, **110**, D08206, doi:10.1029/2004JD005600.

Norris, J.R., 2005b: Trends in upper-level cloud cover and atmospheric circulation over the Indo-Pacific region between 1952 and 1997. *J. Geophys. Res.*, **110**, D21110, doi:10.1029/2005JD006183.

Notholt, J., et al., 2005: Influence of tropospheric $SO_2$ emissions on particle formation and the stratospheric humidity. *Geophys. Res. Lett.*, **32**, L07810, doi:10.1029/2004GL022159.

O'Carroll, A.G., R.W. Saunders, and J.G. Watts, 2006: The measurement of the sea surface temperature climatology by satellites from 1991 to 2005. *J. Atmos. Ocean. Technol.*, **23**,1573-1582.

Ohmura, A., and M. Wild, 2002: Is the hydrological cycle accelerating? *Science*, **298**, 1345–1346.

Oinas, V., et al., 2001: Radiative cooling by stratospheric water vapor: big differences in GCM results. *Geophys. Res. Lett.*, **28**, 2791–2794.

Oke, P.R., and M.H. England, 2004: Oceanic response to changes in the latitude of the Southern Hemisphere subpolar westerly winds. *J. Clim.*, **17**, 1040–1054.

Oltmans, S.J., et al., 2000: The increase in stratospheric water vapor from balloon borne, frostpoint hygrometer measurements at Washington, DC, and Boulder, Colorado. *Geophys. Res. Lett*, **27**, 3453–3456.

Omran, M.A., 2000: Analysis of solar radiation over Egypt. *Theor. Appl. Climatol.*, **67**, 225–240.

Oort, A.H., and J.J.Yienger, 1996: Observed interannual variability in the Hadley circulation and its connection to ENSO. *J. Clim.*, **9**, 2751–2767.

Orr, A., et al., 2004: A 'low-level' explanation for the recent large warming trend over the western Antarctic Peninsula involving blocked winds and changes in zonal circulation. *Geophys. Res. Lett.*, **31**, L06204, doi:10.1029/2003GL019160.

Osborn, T.J., and M. Hulme, 2002: Evidence for trends in heavy rainfall events over the U.K. *Philos. Trans. R. Soc. London Ser. A*, **360**, 1313–1325.

Osborn, T.J., et al., 2000: Observed trends in the daily intensity of United Kingdom precipitation. *Int. J. Climatol.*, **20**, 347–364.

Ostermeier, G.M., and J.M. Wallace, 2003: Trends in the North Atlantic Oscillation – Northern Hemisphere annular mode during the twentieth century. *J. Clim.*, **16**, 336–341.

Overland, J. E., and M. Wang, 2005: The Arctic climate paradox: The recent decrease of the Arctic Oscillation. *Geophys. Res. Lett.*, **32**, L23808, doi:10.1029/2005GL024254.

Paciorek, C.J., et al., 2002: Multiple indices of Northern Hemisphere cyclone activity, winters 1949–99. *J. Clim.*, **15**, 1573–1590.

Pagano, T., and 2004: Water year 2004: Western water managers feel the heat. *Eos*, **85**, 392–393.

Pallé, E., et al., 2004: Changes in Earth's reflectance over the past two decades. *Science*, **304**, 1299–1301.

Palmer, T.N., 1999: A nonlinear dynamical perspective on climate prediction. *J. Clim.*, **12**, 575–591.

Palmer, W.C., 1965: *Meteorological Drought*. Research Paper 45, US Department of Commerce, Weather Bureau, Washington, DC, 58 pp. [Available from NOAA Library and Information Services Division, Washington, DC 20852.]

Park, Y., F. Roquet, and F. Vivier, 2004: Quasi-stationary ENSO wave signals versus the Antarctic Circumpolar Wave scenario. *Geophys. Res. Lett.*, **31**, L09315, doi:10.1029/2004GL019806.

Parker, D.E., 2004: Large-scale warming is not urban. *Nature*, **432**, 290–290.

Parker, D.E., 2006: A demonstration that large-scale warming is not urban. *J. Clim.*, **19**, 2882–2895.

Parker, D.E., and D.I. Cox, 1995: Towards a consistent global climatological rawinsonde data-base. *Int. J. Climatol.*, **15**, 473–496.

Parker, D.E., et al., 1997: A new global gridded radiosonde temperature data base and recent temperature trends. *Geophys. Res. Lett.*, **24**, 1499–1502.

Pawson, S., and B. Naujokat, 1999: The cold winters of the middle 1990s in the northern lower stratosphere. *J. Geophys. Res.*, **104**, 14209–14222.

Pekárová, P., P. Miklánek, and J. Pekár, 2003: Spatial and temporal runoff oscillation analysis of the main rivers of the world during the 19th–20th centuries. *J. Hydrol.*, **274**, 62–79.

Penman, H.L., 1948: Natural evaporation from open water, bare soil and grass. *Proc. R. Soc. London Ser. A*, **193**, 120–145.

Pepin, N.C., and D.J. Seidel, 2005: A global comparison of surface and free-air temperatures at high elevations. *J. Geophys. Res.*, **110**, D03104, doi:10.1029/2004JD005047.

Peterson, T.C., 2003: Assessment of urban versus rural *in situ* surface temperatures in the contiguous United States: no difference found. *J. Clim.*, **16**, 2941–2959.

Peterson, T.C., and R.S. Vose, 1997: An overview of the Global Historical Climatology Network temperature database. *Bull. Am. Meteorol. Soc.*, **78**, 2837–2848.

Peterson, T.C., and T.W. Owen, 2005: Urban heat island assessment: Metadata are important. *J. Clim.*, **18**, 2637–2646.

Peterson, T.C., V.S. Golubev, and P.Ya. Groisman, 1995: Evaporation losing its strength. *Nature*, **377**, 687–688.

Peterson, T.C., et al., 1999: Global rural temperature trends. *Geophys. Res. Lett.*, **26**, 329–332.

Peterson, T.C., et al., 2000: A blended satellite – *in situ* near-global surface temperature dataset. *Bull. Am. Meteorol. Soc.*, **81**, 2157–2164.

Peterson, T.C., et al., 2002: Recent changes in climate extremes in the Caribbean region. *J. Geophys. Res.*, **107**, 4601, doi:10.1029/2002JD002251.

Pezza, A.B., and I. Simmonds, 2005: The first South Atlantic hurricane: unprecedented blocking, low shear and climate change. *Geophys. Res. Lett.*, **32**, L15712, doi:10.1029/2005GL023390.

Philipona, R., and B. Dürr, 2004: Greenhouse forcing outweighs decreasing solar radiation driving rapid temperature rise over land. *Geophys. Res. Lett.*, **31**, L22208, doi:10.1029/2004GL020937.

Philipona, R., et al., 2004: Radiative forcing - measured at Earth's surface - corroborate the increasing greenhouse effect. *Geophys. Res. Lett.*, **31**, L15712, doi:10.1029/2003GL018765.

Philipona, R., et al., 2005: Anthropogenic greenhouse forcing and strong water vapor feedback increase temperature in Europe. *Geophys. Res. Lett.*, **32**, L19809, doi:10.1029/ 2005GL023624.

Picon, L., et al., 2003: A new METEOSAT "water vapor" archive for climate studies. *J. Geophys. Res.*, **108**, 4301, doi:10.1029/2002JD002640.

Piechota, T., et al., 2004: The western drought: How bad is it? *Eos*, **85**(32), 301.

Pierce, D.W., 2001: Distinguishing coupled ocean–atmosphere interactions from background noise in the North Pacific. *Prog. Oceanogr.*, **49**, 331–352.

Pinker, R.T., B. Zhang, and E.G. Dutton, 2005: Do satellites detect trends in surface solar radiation? *Science*, **308**, 850–854.

Plummer, N., et al., 1999: Changes in climate extremes over the Australian region and New Zealand during the Twentieth Century. *Clim. Change*, **42**, 183–202.

Polyakov, I.V., et al., 2003: Variability and trends of air temperature in the Maritime Arctic, 1875–2000. *J. Clim.*, **16**, 2067–2077.

Power, H.C., and D.M. Mills, 2005: Solar radiation climate change over South Africa and an assessment of the radiative impact of volcanic eruptions. *Int. J. Climatol.*, **25**, 295–318.

Power, S., et al., 1998: Australian temperature, Australian rainfall and the Southern Oscillation, 1910–1992: coherent variability and recent changes. *Aust. Meteorol. Mag.*, **47**, 85–101.

Power, S., et al., 1999a: Decadal climate variability in Australia during the twentieth century. *Int. J. Climatol.*, **19**, 169–184.

Power, S., et al., 1999b: Inter-decadal modulation of the impact of ENSO on Australia. *Clim. Dyn.*, **15**, 319–324.

Probst, J.L., and Y. Tardy, 1987: Long-range streamflow and world continental runoff fluctuations since the beginning of this century. *J. Hydrol.*, **94**, 289–311.

Probst, J.L., and Y. Tardy, 1989: Global runoff fluctuations during the last 80 years in relation to world temperature-change. *Am. J. Sci.*, **289**, 267–285.

Przybylak, R., 2000: Diurnal temperature range in the Arctic and its relation to hemispheric and Arctic circulation patterns. *Int. J. Climatol.*, **20**, 231–253.

Qian, T., et al., 2006a: Simulation of global land surface conditions from 1948–2004. Pt I: Forcing data and evaluations. *J. Hydrometeorol.*, **7**, 953–975.

Qian, W.H., L.S. Quan, and S.Y. Shi, 2002: Variations of the dust storm in China and its climatic control. *J. Clim.*, **15**, 1216–1229.

Qian, W.H., et al., 2003: Centennial-scale dry-wet variations in East Asia. *Clim. Dyn.*, **21**, 77–89.

Qian, Y., et al., 2006b: More frequent cloud-free sky and less surface solar radiation in China from 1955 to 2000. *Geophys. Res. Lett.*, **33**, L01812, doi:10.1029/2005GL024586.

Quadrelli, R., and J.M. Wallace, 2004: A simplified linear framework for interpreting patterns of Northern Hemisphere wintertime climate variability. *J. Clim.*, **17**, 3728–3744.

Quadrelli, R., V. Pavan, and F. Molteni, 2001: Wintertime variability of Mediterranean precipitation and its links with large-scale circulation anomalies. *Clim. Dyn.*, **17**, 457–466.

Ramanathan, V., et al., 2001: Aerosols, climate and the hydrological cycle. *Science*, **294**, 2119–2124.

Ramaswamy, V., and M. Schwarzkopf, 2002: Effects of ozone and well-mixed gases on annual-mean stratospheric temperature trends. *Geophys. Res. Lett.*, **29**, 2064, doi:10.1029/2002GL05141.

Ramaswamy, V., et al., 2001: Stratospheric temperature changes: observations and model simulations. *Rev. Geophys.*, **39**, 71–122.

Randel, D.L., et al., 1996: A new global water vapor dataset. *Bull. Am. Meteorol. Soc.*, **77**, 1233–1246.

Randel, W.J., and F. Wu, 1999: Cooling of the Arctic and Antarctic polar stratospheres due to ozone depletion. *J. Clim.*, **12**, 1467–1479.

Randel, W.J., and F. Wu, 2006: Biases in stratospheric temperature trends derived from historical radiosonde data. *J. Clim.*, **19**, 2094–2104.

Randel, W.J., F. Wu, and D.J. Gaffen, 2000: Interannual variability of the tropical tropopause derived from radiosonde data and NCEP reanalyses. *J. Geophys. Res.*, **105**, 15509–15524.

Randel, W.J, F. Wu, and R. Stolarski, 2002: Changes in column ozone correlated with the stratospheric EP flux. *J. Meteorol. Soc. Japan*, **80**, 849–862.

Randel, W.J., et al., 2004a: Interannual changes of stratospheric water vapor and correlations with tropical tropopause temperatures. *J. Atmos. Sci.*, **61**, 2133–2148.

Randel, W.J., et al., 2004b: The SPARC intercomparison of middle-atmosphere climatologies. *J. Clim.*, **17**, 986–1003.

Rashid, H.A., and I. Simmonds, 2004: Eddy-zonal flow interactions associated with the Southern Hemisphere annular mode: Results from NCEP-DOE reanalysis and a quasi-linear model. *J. Atmos. Sci.*, **61**, 873–888.

Rashid, H.A., and I. Simmonds, 2005: Southern Hemisphere annular mode variability and the role of optimal nonmodal growth. *J. Atmos. Sci.*, **62**, 1947–1961

Rayner, N.A., et al., 2003: Global analyses of sea surface temperature, sea ice, and night marine air temperature since the late nineteenth century. *J. Geophys. Res.*, **108**, 4407, doi:10.1029/2002JD002670.

Rayner, N.A., et al., 2006: Improved analyses of changes and uncertainties in sea surface temperature measured *in situ* since the mid-nineteenth century: the HadSST2 dataset. *J. Clim.*, **19**, 446–469.

Read, W.G., et al., 2004: Dehydration in the tropical tropopause layer: Implications from the UARS Microwave Limb Sounder. *J. Geophys. Res.*, **109**, D06110, doi:10.1029/2003JD004056.

Regonda, S.K., et al., 2005: Seasonal cycle shifts in hydroclimatology over the Western U.S. *J. Clim.*, **18**, 372–384.

Ren, G.Y., et al., 2005: Climate changes of mainland China over the past half century, *Acta Meteorol. Sin.*, **63** (6): 942–955 (in Chinese).

Renwick, J.A., 1998: ENSO-related variability in the frequency of South Pacific blocking. *Mon. Weather Rev.*, **126**, 3117–3123.

Renwick, J.A., 2002: Southern Hemisphere circulation and relations with sea ice and sea surface temperature. *J. Clim.*, **15**, 3058–3068.

Renwick, J.A., 2004: Trends in the Southern Hemisphere polar vortex in NCEP and ECMWF reanalyses. *Geophys. Res. Lett.*, **31**, L07209, doi:10.1029/2003GL019302.

Renwick, J.A., 2005: Persistent positive anomalies in the Southern Hemisphere circulation. *Mon. Weather Rev.*, **133**, 977–988.

Renwick, J.A., and M.J. Revell, 1999: Blocking over the South Pacific and Rossby wave propagation. *Mon. Weather Rev.*, **127**, 2233–2247.

Revercombe, H.E., et al., 2003: The ARM program's water vapor intensive observation periods: Overview, initial accomplishments, and future challenges. *Bull. Am. Meteorol. Soc.*, **84**, 217–236.

Reynolds, R.W., C.L. Gentemann, and F. Wentz, 2004: Impact of TRMM SSTs on a climate-scale SST analysis. *J. Clim.*, **17**, 2938–2952.

Reynolds, R.W., et al., 2002: An improved in situ and satellite SST analysis for climate. *J. Clim.*, **15**, 1609–1625.

Robertson, A.W., C.R. Mechoso, and N.O. García, 2001a: Interannual prediction of the Paraná River. *Geophys. Res. Lett.*, **28**, 4235–4238.

Robertson, F.R., R.W. Spencer, and D.E. Fitzjarrald, 2001b: A new satellite deep convective ice index for tropical climate monitoring: possible implications for existing oceanic precipitation data sets, *Geophys. Res. Lett.*, **28**, 251–254.

Robertson F.R., D.E. Fitzjarrald, and C.D. Kummerow, 2003: Effects of uncertainty in TRMM precipitation radar path integrated attenuation on interannual variations of tropical oceanic rainfall. *Geophys. Res. Lett.*, **30**, 1180, doi:10.1029/2002GL016416.

Robeson, S., 2004: Trends in time-varying percentiles of daily minimum and maximum temperature over North America. *Geophys. Res. Lett*, **31**, L04203, doi:10.1029/2003GL019019.

Robinson, P.J., 2000: Temporal trends in United States dew point temperatures. *Int. J. Climatol.*, **20**, 985–1002.

Robock, A., et al., 2000: The global soil moisture data bank. *Bull. Am. Meteorol. Soc.*, **81**, 1281–1299.

Robock, A., et al., 2005: Forty five years of observed soil moisture in Ukraine: No summer desiccation (yet). *Geophys. Res. Lett.*, **32**, L03401, doi:10.0129/2004GL021914.

Röckmann, T., et al., 2004: The impact of anthropogenic chlorine emissions, stratospheric ozone change and chemical feedbacks on stratospheric water. *Atmos. Chem. Phys.*, **4**, 693–699.

Roderick, M.L., and G.D. Farquhar, 2002: The cause of decreased pan evaporation over the past 50 years. *Science*, **298**, 1410–1411.

Roderick, M.L., and G.D. Farquhar, 2004: Changes in Australian pan evaporation from 1970–2002. *Int. J. Climatol.*, **24**, 1077–1090.

Roderick, M.L., and G.D. Farquhar, 2005: Changes in New Zealand pan evaporation since the 1970s. *Int. J. Climatol.*, **25**, 2031–2039.

Rodwell, M.J., 2003: On the predictability of North Atlantic climate. In: *The North Atlantic Oscillation: Climatic significance and environmental impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 173–192.

Roscoe, H.K., 2004: A review of stratospheric $H_2O$ and $NO_2$. *Adv. Space Res.*, **34**, 1747–1754.

Rosenfeld, D., 2000: Suppression of rain and snow by urban and industrial air pollution. *Science*, **287**, 1793–1796.

Rosenlof, K.H., 2002: Transport changes inferred from HALOE water and methane measurements. *J. Meteorol. Soc. Japan*, **80**, 831–848.

Rosenlof, K.H., 2001: Stratospheric water vapor increases over the past half-century. *Geophys. Res. Lett*, **28**, 1195–1198.

Rossow, W.B., and E.N. Dueñas, 2004: The International Satellite Cloud Climatology Project (ISCCP) web site. *Bull. Am. Meteorol. Soc.*, **85**, 167–172.

Rudolf, B., and J. Rapp, 2003: The century flood of the River Elbe in August 2002: Synoptic weather development and climatological aspects. In: *Quart. Rep. German NWP-System Deutscher Wetterdienst*, No. 2, Pt 1, pp. 8–23.

Rudolf, B., et al., 1994: Terrestrial precipitation analysis: Operational method and required density of point measurements. In: *Global Precipitations and Climate Change* [M. Bubois, and F. Désalmand (eds.)]. NATO ASI Series I, **26**, Springer Verlag, Berlin, 173–186.

Ruiz-Barradas, A., and S. Nigam, 2005: Warm-season rainfall variability over the US Great Plains in observations, NCEP and ERA-40 reanalyses, and NCAR and NASA atmospheric model simulations: Intercomparisons for NAME. *J. Clim.*, **18**, 1808–1830.

Russak, V., 1990: Trends of solar radiation, cloudiness and atmospheric transparency during recent decades in Estonia. *Tellus*, **42B**, 206–210.

Rusticucci, M., and O. Penalba, 2000: Precipitation seasonal cycle over southern South America. *Clim. Res.*, **16**, 1–15.

Rusticucci, M., and M. Barrucand, 2004: Observed trends and changes in temperature extremes in Argentina. *J. Clim.*, **17**, 4099–4107.

Rutllant, J., and H. Fuenzalida, 1991: Synoptic aspects of the central Chile rainfall variability associated with the Southern Oscillation. *Int. J. Climatol.*, **11**, 63–76.

Saji, N.H., and T. Yamagata, 2003: Structure of SST and surface wind variability during Indian Ocean dipole mode events: COADS observations. *J. Clim.*, **16**, 2735–2751.

Saji, N.H., et al., 1999: A dipole mode in the tropical Indian Ocean. *Nature*, **401**, 360–363.

Salinger, M.J., J.A. Renwick, and A.B. Mullan, 2001: Interdecadal Pacific Oscillation and South Pacific climate. *Int. J. Climatol.*, **21**, 1705–1721.

Salinger, M.J., G.M. Griffiths, and A. Gosai, 2005: Extreme pressure differences at 0900 NZST and winds across New Zealand. *Int. J. Climatol.*, **25**, 1203–1222.

Santer, B.D., et al., 1999: Uncertainties in observationally based estimates of temperature change in the free atmosphere. *J. Geophys. Res.*, **104**, 6305–6333.

Santer, B.D., et al., 2004: Identification of anthropogenic climate change using a second-generation reanalysis. *J. Geophys. Res.*, **109**, D21104, doi:1029/2004/JD005075.

Santer, B.D., et al., 2005: Amplification of surface temperature trends and variability in the tropical atmosphere. *Science*, **309**, 1551–1556.

Sarkar, S., R.P. Singh, and M. Kafatos, 2004: Further evidences for the weakening relationship of Indian rainfall and ENSO over India. *Geophys. Res. Lett.*, **31**, L13209, doi:10.1029/2004GL020259.

Scaife A.A., et al., 2005: A stratospheric influence on the winter NAO and North Atlantic surface climate, *Geophys. Res. Lett.*, **32**, L18715, doi:10.1029/2005GL023226.

Schär, C., et al., 2004: The role of increasing temperature variability in European summer heat waves. *Nature*, **427**, 332–336.

Scherrer, S.C., et al., 2005: European temperature distribution changes in observations and climate change scenarios. *Geophys. Res. Lett.*, **32**, L19705, doi:10.1029/2005GL024108.

Scherrer, S.C., et al., 2006: Two dimensional indices of atmospheric blocking and their statistical relationship with winter climate patterns in the Euro-Atlantic region. *Int. J. Climatol.*, **20**, 233–249.

Schlesinger, M.E., and N. Ramankutty, 1994: An oscillation in the global climate system of period 65–70 years. *Nature*, **367**, 723–726.

Schmidli, J., and C. Frei, 2005: Trends of heavy precipitation and wet and dry spells in Switzerland during the 20th century. *Int. J. Climatol.*, **25**, 753–771.

Schmith, T., E. Kaas, and T.-S. Li, 1998: Northeast Atlantic winter storminess 1875–1995 re-analysed. *Clim. Dyn.*, **14**, 529–536.

Schneider, D.P., E.J. Steig, and J.C. Comiso, 2004: Recent climate variability in Antarctica from satellite-derived temperature data. *J. Clim.*, **17**, 1569–1583.

Schneider, N., and B.D. Cornuelle, 2005: The forcing of the Pacific Decadal Oscillation. *J. Clim.*, **18**, 4355–4373.

Schönwiese, C.-D., and J. Rapp, 1997: *Climate Trend Atlas of Europe Based on Observations 1891–1990*. Kluwer Academic Press, Dordrecht, 228 pp.

Schreck, C.J. III, and F.H.M. Semazzi, 2004: Variability of the recent climate of Eastern Africa. *Int. J. Climatol.*, **24**, 681–701.

Schwartz, R.D., 2005: Global dimming: clear sky atmospheric transmission from astronomical extinction measurements. *J. Geophys. Res.*, **110**, D14210, doi:10.1029/2005JD005882.

Schwarzkopf, M., and V. Ramaswamy, 2002: Effects of changes in well-mixed gases and ozone on stratospheric seasonal temperatures. *Geophys. Res. Lett.*, **29**, 2184, doi:10.1029/2002GL015759.

Schwierz, C., et al., 2006: Challenges posed by and approaches to the study of seasonal-to-decadal climate variability. *Clim. Change*, **79**, 31–63.

Seidel, D.J., and J. Lanzante, 2004: An assessment of three alternatives to linear trends for characterizing global atmospheric temperature changes. *J. Geophys. Res.*, **109**, D14108, doi:10.1029/2003JD004414.

Seidel, D.J., et al., 2001: Climatological characteristics of the tropical tropopause as revealed by radiosondes. *J. Geophys. Res.*, **106**, 7857–7878.

Seidel, D.J., et al., 2004: Uncertainty in signals of large-scale climate variations in radiosonde and satellite upper-air temperature datasets. *J. Clim.*, **17**, 2225–2240.

Sen Roy, S., and R.C. Balling, 2004: Trends in extreme daily rainfall indices in India. *Intl. J. Climatol.*, **24**, 457–466.

Serreze, M.C., et al., 1997: Icelandic low cyclone activity: climatological features, linkages with the NAO, and relationships with recent changes in the Northern Hemisphere circulation. *J. Clim.*, **10**, 453–464.

Sexton, D.M.H., 2001: The effect of stratospheric ozone depletion on the phase of the Antarctic Oscillation. *Geophys. Res. Lett.*, **28**, 3697–3700.

Shabbar, A., and W. Skinner, 2004: Summer drought patterns in Canada and the relationship to global sea surface temperatures. *J. Clim.*, **17**, 2866–2880.

Shepherd, J.M., and S.J. Burian, 2003: Detection of urban-induced rainfall anomalies in a major coastal city. *Earth Interactions*, 7, 1–17.

Shepherd, J.M., H. Pierce, and A.J. Negri, 2002: Rainfall modification by major urban areas: Observations from spaceborne rain radar on the TRMM satellite. *J. Appl. Meteorol.*, **41**, 689–701.

Shepherd, J.M., L. Taylor, and C. Garza, 2004: A dynamic multi-criteria technique for siting NASA-Clark Atlanta rain gauge network. *J. Atmos. Ocean. Technol.*, **21**, 1346–1363.

Sherwood, S.C., 2002: A microphysical connection among biomass burning, cumulus clouds, and stratospheric moisture. *Science*, **295**, 1271–1275.

Sherwood, S.C., J. Lanzante, and C. Meyer, 2005: Radiosonde daytime biases and late 20th century warming. *Science*, **309**, 1556–1559.

Shine, K.P., et al., 2003: A comparison of model-simulated trends in stratospheric temperatures. *Q. J. R. Meteorol. Soc.*, **129**, 1565–1588.

Silvestri, G.E., and C.S. Vera, 2003: Antarctic Oscillation signal on precipitation anomalies over southeastern South America. *Geophys. Res. Lett.*, **30**, 2115, doi:10.1029/2003GL018277.

Simmonds, I., 2003: Modes of atmospheric variability over the Southern Ocean. *J. Geophys. Res.*, **108**, 8078, doi:10.1029/2000JC000542.

Simmonds, I., and K. Keay, 2000: Variability of Southern Hemisphere extratropical cyclone behavior 1958–97. *J. Clim.*, **13**, 550–561.

Simmonds, I., and K. Keay, 2002: Surface fluxes of momentum and mechanical energy over the North Pacific and North Atlantic Oceans. *Meteorol. Atmos. Phys.*, **80**, 1–18.

Simmonds, I., K. Keay, and E.-P. Lim, 2003: Synoptic activity in the seas around Antarctica. *Mon. Weather Rev.*, **131**, 272–288.

Simmons, A.J., et al., 2004: Comparison of trends and low-frequency variability in CRU, ERA-40 and NCEP/NCAR analyses of surface air temperature. *J. Geophys. Res.*, **109**, D24115, doi:10.1029/2004JD005306.

Simmons, A.J., et al., 2005: ECMWF analyses and forecasts of stratospheric winter polar vortex breakup: September 2002 in the Southern Hemisphere and related events. *J. Atmos. Sci.*, **62**, 668–689.

Sinclair, M.R., J.A. Renwick, and J.W. Kidson, 1997: Low-frequency variability of Southern Hemisphere sea level pressure and weather system activity. *Mon. Weather Rev.*, **125**, 2531–2543.

Small, E.E., L.C. Sloan, and R. Nychka, 2001: Changes in surface air temperature caused by desiccation of the Aral Sea. *J. Clim.*, **14**, 284–299.

Smith, C.A., J.D. Haigh, and R. Toumi, 2001: Radiative forcing due to trends in stratospheric water vapour. *Geophys. Res. Lett.*, **28**, 179–182.

Smith, I., 2004: An assessment of recent trends in Australian rainfall. *Aust. Meteorol. Mag.*, **53**, 163–173.

Smith, L.C., 2000: Trends in Russian Arctic river-ice formation and breakup, 1917 to 1994. *Phys. Geogr.*, **21**, 46–56.

Smith, T.M., and R.W. Reynolds, 2004: Improved extended reconstruction of SST (1854–1997). *J. Clim.*, **17**, 2466–2477.

Smith, T.M., and R.W. Reynolds, 2005: A global merged land and sea surface temperature reconstruction based on historical observations (1880–1997). *J. Clim.*, **18**, 2021–2036.

Smith, T.M., et al., 2005: New surface temperature analyses for climate monitoring. *Geophys. Res. Lett.*, **32**, L14712, doi:10.1029/2005GL023402.

Smits, A., A.M.G. Klein Tank, and G.P. Können, 2005: Trends in storminess over the Netherlands, 1962–2002. *Int. J. Climatol.*, **25**, 1331–1344.

Snow, J.T. (ed.), 2003: Special Issue: European Conference on Severe Storms. *Atmos. Res.*, **67–68**, 703pp.

Soden, B.J., and S.R. Schroeder, 2000: Decadal variations in tropical water vapor: A comparison of observations and a model simulation. *J. Clim.*, **13**, 3337–3340.

Soden, B.J., et al., 2002: Global cooling after the eruption of Mount Pinatubo: A test of climate feedback by water vapor. *Science*, **296**, 727–730.

Soden, B.J., et al., 2004: An analysis of satellite, radiosonde, and lidar observations of upper tropospheric water vapor from the Atmospheric Radiation Measurement Program. *J. Geophys. Res.*, **109**, D04105, doi:10.1029/2003JD003828.

Soden, B.J., et al., 2005: The radiative signature of upper tropospheric moistening. *Science*, **310**, 841–844.

Sohn, B.-J., and E.A. Smith, 2003: Explaining sources of discrepancy in SSM/I water vapor algorithms. *J. Clim.*, **16**, 3229–3255.

Song, Y., and W.A. Robinson, 2004: Dynamical mechanisms for stratospheric influences on the troposphere. *J. Atmos. Sci.*, **61**, 1711–1725.

Sparks, J., D. Changnon, and J. Starke, 2002: Changes in the frequency of extreme warm-season surface dewpoints in northeastern Illinois: Implications for cooling-system design and operation. *J. Appl. Meteorol.*, **41**, 890–898.

Stanhill, G., and S. Cohen, 2001: Global dimming, a review of the evidence for a widespread and significant reduction in global radiation with a discussion of its probable causes and possible agricultural consequences. *Agric. For. Meteorol.*, **107**, 255–278.

Sterl, A., 2001: On the impact of gap-filling algorithms on variability patterns of reconstructed oceanic surface fields. *J. Geophys. Res.*, **28**, 2473–2476.

Sterl, A., 2004: On the (in)homogeneity of reanalysis products. *J. Clim.*, **17**, 3866–3873.

Sterl, A., and S. Caires, 2005: Climatology, variability and extrema of ocean waves: the Web-based KNMI/ERA-40 wave atlas. *Int. J. Climatol.*, **25**, 963–977.

Stewart, I.T., D.R. Cayan, and M.D. Dettinger, 2005: Changes towards earlier streamflow timing across western North America. *J. Clim.*, **18**, 1136–1155.

Stone, D.A., A.J. Weaver, and F.W. Zwiers, 2000: Trends in Canadian precipitation intensity. *Atmos.-Ocean*, **38**, 321–347.

Straus, D.M., and J. Shukla, 2002: Does ENSO force the PNA? *J. Clim.*, **15**, 2340–2358.

Straus, D.M., and F. Molteni, 2004: Circulation regimes and SST forcing: Results from large GCM ensembles. *J. Clim.*, **17**, 1641–1656.

Stuber, N., et al., 2001: Is the climate sensitivity to ozone perturbations enhanced by stratospheric water vapor feedback? *Geophys. Res. Lett.*, **28**, 2887–2890.

Sturaro, G., 2003: A closer look at the climatological discontinuities present in the NCEP/NCAR reanalysis temperature due to the introduction of satellite data. *Clim. Dyn.*, **21**, 309–316.

Sun, B.M., 2003: Cloudiness over the contiguous United States: Contemporary changes observed using ground-based and ISCCP D2 data. *Geophys. Res. Lett.*, **30**, doi:10.1029/2002GL015887.

Sun, B.M., and P.Ya. Groisman, 2000: Cloudiness variations over the former Soviet Union. *Int. J. Climatol.*, **20**, 1097–1111.

Sun, B.M., and P.Ya. Groisman, 2004: Variations in low cloud cover over the United States during the second half of the twentieth century. *J. Clim.*, **17**, 1883–1888.

Sun, B.M., P.Ya. Groisman, and I.I. Mokhov, 2001: Recent changes in cloud-type frequency and inferred increases in convection over the United States and the former USSR. *J. Clim.*, **14**, 1864–1880.

Sutton, R.T., and D.L.R. Hodson, 2003: Influence of the ocean on North Atlantic climate variability 1871–1999. *J. Clim.*, **16**, 3296–3313.

Sutton, R.T., and D.L.R. Hodson, 2005: Atlantic Ocean forcing of North American and European summer climate. *Science*, **290**, 2133–2137.

Swanson, R.E., 2003: Evidence of possible sea-ice influence on Microwave Sounding Unit tropospheric temperature trends in polar regions. *Geophys. Res. Lett.*, **30**, 2040, doi:10.1029/2003GL017938.

Tebakari, T., J. Yoshitani, and C. Suvanpimol, 2005: Time-space trend analysis in pan evaporation over kingdom of Thailand. *J. Hydrol. Eng.*, **10**, 205–215.

Terray, P., S. Dominiak, and P. Delecluse, 2005: Role of the southern Indian Ocean in the transition of the monsoon-ENSO system during recent decades. *Clim. Dyn.*, **24**, 169–195.

Tett, S.F.B., and P.W. Thorne, 2004: Tropospheric temperature series from satellites. *Nature*, **429**, doi:10.1038/nature03208.

Thielen, J., et al., 2000: The possible influence of urban surfaces on rainfall development: a sensitivity study in 2D in the meso-gamma scale. *Atmos. Res.*, **54**, 15–39.

Thompson, D.W.J., and J.M. Wallace, 1998: The Arctic Oscillation signature in the wintertime geopotential height and temperature fields. *Geophys. Res. Lett.*, **25**, 1297–1300.

Thompson, D.W.J., and J.M. Wallace, 2000: Annular modes in the extratropical circulation, Pt I: Month-to-month variability. *J. Clim.*, **13**, 1000–1016.

Thompson, D.W.J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D.W.J., and S. Solomon, 2005: Recent stratospheric climate trends: Global structure and tropospheric linkages. *J. Clim.*, **18**, 4785–4795.

Thompson, D.W.J., J.M. Wallace, and G.C. Hegerl, 2000: Annular modes in the extratropical circulation. Part II: Trends. *J. Clim.*, **13**, 1018–1036.

Thompson, D.W.J., M.P. Baldwin, and J.M. Wallace, 2002: Stratospheric connection to Northern Hemisphere wintertime weather: Implications for prediction. *J. Clim.*, **15**, 1421–1428.

Thompson, D.W.J., S. Lee, and M.P. Baldwin, 2003: Atmospheric processes governing the Northern Hemisphere Annular Mode/North Atlantic Oscillation. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 81–112.

Thompson, D.W.J., M.P. Baldwin, and S. Solomon, 2005: Stratosphere/ troposphere coupling in the Southern Hemisphere. *J. Atmos. Sci.*, **62**, 708–715.

Thorne, P.W., et al., 2005a: Revisiting radiosonde upper air temperatures from 1958 to 2002. *J. Geophys. Res.*, **110**, D18105, doi:10.1029/2004JD005753.

Thorne, P.W., et al., 2005b: Uncertainties in climate trends: Lessons from upper-air temperature records. *Bull. Am. Meteorol. Soc.*, **86**, 1437–1442.

Thornthwaite, C.W., 1948: An approach toward a rational classification of climate. *Geogr. Rev.*, **38**, 55–94.

Tibaldi, S., et al., 1994: Northern and Southern Hemisphere seasonal variability of blocking frequency and predictability. *Mon. Weather Rev.*, **122**, 1971–2003.

Trapp, R.J., et al., 2005: Tornadoes from squall lines and bow echoes. Pt I: Climatological distribution. *Weather Forecasting*, **20**, 23–34.

Trenberth, K.E., 1984: Signal versus noise in the Southern Oscillation. *Mon. Weather Rev.*, **112**, 326–332.

Trenberth, K.E., 1990: Recent observed interdecadal climate changes in the Northern Hemisphere. *Bull. Am. Meteorol. Soc.*, **71**, 988–993.

Trenberth, K.E., 2002: Changes in tropical clouds and radiation. *Science*, **296**, 2095a (online), http://www.sciencemag.org/cgi/content/full/296/5576/2095a.

Trenberth, K.E., 2004: Rural land-use change and climate. *Nature*, **427**, 213.

Trenberth, K.E., and J.W. Hurrell, 1994: Decadal atmosphere–ocean variations in the Pacific. *Clim. Dyn.*, **9**, 303–319.

Trenberth, K.E., and J.M. Caron, 2000: The Southern Oscillation revisited: Sea level pressures, surface temperatures and precipitation. *J. Clim.*, **13**, 4358–4365.

Trenberth, K.E., and J.M. Caron, 2001: Estimates of meridional atmosphere and ocean heat transports. *J. Clim.*, **14**, 3433–3443.

Trenberth, K.E., and D.P. Stepaniak, 2001: Indices of El Niño evolution. *J. Clim.*, **14**, 1697–1701.

Trenberth, K.E., and D.P. Stepaniak, 2003a: Co-variability of components of poleward atmospheric energy transports on seasonal and interannual timescales. *J. Clim.*, **16**, 3690–3704.

Trenberth, K.E., and D.P. Stepaniak, 2003b: Seamless poleward atmospheric energy transports and implications for the Hadley circulation. *J. Clim.*, **16**, 3705–3721.

Trenberth, K.E., and D.J. Shea, 2005: Relationships between precipitation and surface temperature. *Geophys. Res. Lett.*, **32**, L14703, doi:10.1029/2005GL022760.

Trenberth, K.E., and L. Smith, 2005: The mass of the atmosphere: A constraint on global analyses. *J. Clim.*, **18**, 864–875.

Trenberth, K.E., and D.J. Shea, 2006: Atlantic hurricanes and natural variability in 2005, *Geophys. Res. Lett.*, **33**, L12704, doi:10.1029/2006GL026894.

Trenberth, K.E., D.P. Stepaniak, and J.M. Caron, 2000: The global monsoon as seen through the divergent atmospheric circulation. *J. Clim.*, **13**, 3969–3993.

Trenberth, K.E., D.P. Stepaniak, and J.M. Caron, 2002a: Interannual variations in the atmospheric heat budget. *J. Geophys. Res.*, **107**, 4066, doi:10.1029/2000JD000297.

Trenberth, K.E., J. Fasullo, and L. Smith, 2005a: Trends and variability in column integrated atmospheric water vapor. *Clim. Dyn.*, **24**, 741–758.

Trenberth, K.E., D.P. Stepaniak, and L. Smith, 2005b: Interannual variability of the patterns of atmospheric mass distribution. *J. Clim.*, **18**, 2812–2825.

Trenberth, K.E., et al., 2002b: The evolution of ENSO and global atmospheric temperatures. *J. Geophys. Res.*, **107**, 4065, doi:10.1029/2000JD000298.

Trenberth, K.E., et al., 2003: The changing character of precipitation. *Bull. Am. Meteorol. Soc.*, **84**, 1205–1217.

Trigo, R.M., et al., 2004: Climate impact of the European winter blocking episodes from the NCEP/NCAR Reanalyses. *Clim. Dyn.*, **23**, 17–28.

Trömel, S., and C.-D. Schönwiese, 2005: A generalized method of time series decomposition into significant components including probability assessments of extreme events and application to observed German precipitation data. *Meteorol. Z.*, **14**, 417–427.

Troup, A.J., 1965: The Southern Oscillation. *Q. J. R. Meteorol. Soc.*, **91**, 490–506.

Tuller, S.E., 2004: Measured wind speed trends on the west coast of Canada. *Int. J. Climatol.*, **24**, 1359–1374.

Tuomenvirta, R.H., et al., 2000: Trends in Nordic and Arctic temperature extremes. *J. Clim.*, **13**, 977–990.

Turner, D.D., et al., 2003: Dry bias and variability in Vaisala RS80-H radiosondes: The ARM experience. *J. Atmos. Ocean. Technol.*, **20**, 117–132.

Turner, J., et al., 2005: Antarctic climate change during the last 50 years. *Int. J. Climatol.*, **25**, 279–294.

Turner, J., et al., 2006: Significant warming of the Antarctic winter troposphere. *Science*, **311**, 1914–1917.

Ulbrich, U., et al., 2003a: The central European floods of August 2002: Pt. 1 – Rainfall periods and flood development. *Weather*, **58**, 371–377.

Ulbrich, U., et al., 2003b: The central European floods of August 2002: Pt. 2 – Synoptic causes and considerations with respect to climatic change. *Weather*, **58**, 434–442.

Uppala, S.M., et al., 2005: The ERA-40 reanalysis. *Q. J. R. Meteorol. Soc.*, **131**, 2961–3012.

van den Broeke, M.R., and N.P.M. van Lipzig, 2003: Response of wintertime Antarctic temperatures to the Antarctic Oscillation: Results of a regional climate model. In: *Antarctic Peninsula Climate Variability: Historical and Paleoenvironmental Perspectives* [Domack, E., et al. (eds.)]. Antarctic Research Series 79, American Geophysical Union, Washington, DC, pp. 43–58.

van den Dool, H., J. Huang, and Y. Fan, 2003: Performance and analysis of the constructed analogue method applied to U.S. soil moisture over 1981–2001. *J. Geophys. Res.*, **108**, 8617, doi:10.1029/2002JD003114.

van der Schrier, G., et al., 2006: Summer moisture variability across Europe. *J. Clim.*, **19**, 2818–2834.

van Wijngaarden, W.A., and L.A. Vincent, 2005: Examination of discontinuities in hourly surface relative humidity in Canada during 1953-2003. *J. Geophys. Res.*, **110**, D22102, doi:10.1029/2005JD005925.

Venegas, S.A., 2003: The Antarctic Circumpolar Wave: A combination of two signals? *J. Clim.*, **16**, 2509–2525.

Venegas, S.A., and L.A. Mysak, 2000: Is there a dominant timescale of natural climate variability in the Arctic? *J. Clim.*, **13**, 3412–3434.

Vera, C., et al., 2006: A unified view of the American monsoon systems. *J. Clim.*, **19**, 4977–5000.

Vikebo, F., et al., 2003: Wave height variations in the North Sea and on the Norwegian continental shelf, 1881-1999. *Continental Shelf Res.*, **23**, 251–263.

Vimont, D.J., D.S. Battisti, and A.C. Hirst, 2001: Footprinting: A seasonal connection between the Tropics and midlatitudes. *Geophys. Res. Lett.*, **28**, 3923–2936.

Vincent, L.A., and É. Mekis, 2006: Changes in daily and extreme temperature and precipitation indices for Canada over the 20th century. *Atmos.-Ocean*, **44**, 177–193.

Vincent, L.A., et al., 2002: Homogenization of daily temperatures over Canada.. *J. Clim.*, **15**, 1322–1334.

Vincent, L.A., et al., 2005: Observed trends in indices of daily temperature extremes in South America 1960–2000. *J. Clim.*, **18**, 5011–5023.

Vinnikov, K.Y., and N.C. Grody, 2003: Global warming trend of mean tropospheric temperature observed by satellites. *Science*, **302**, 269–272.

Vinnikov, K.Y., et al., 2006: Temperature trends at the surface and in the troposphere. *J. Geophys. Res.*, **111**, D03106, doi:10.1029/2005JD006392.

Visbeck, M., et al., 2003: The ocean's response to North Atlantic Oscillation variability. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, pp. 113–145.

Vose, R.S., D.R. Easterling, and B. Gleason, 2005a: Maximum and minimum temperature trends for the globe: An update through 2004. *Geophys. Res. Lett.*, **32**, L23822, doi:10.1029/2004GL024379.

Vose, R.S., et al., 1992: *The Global Historical Climatology Network: Long-Term Monthly Temperature, Precipitation, Sea Level Pressure, and Station Pressure Data.* ORNL/CDIAC-53, NDP-041, Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, TN, 325 pp.

Vose, R.S., et al., 2004: Impact of land-use change on climate. *Nature*, **427**, 213–214.

Vose, R.S., et al., 2005b: An intercomparison of surface air temperature analyses at the global, hemispheric and grid-box scale. *Geophys. Res. Lett.*, **32**, L18718, doi:10.1029/2005GL023502.

Wallace, J.M., and D.S. Gutzler, 1981: Teleconnections in the geopotential height field during the Northern Hemisphere winter. *Mon. Weather Rev.*, **109**, 784–812.

Walter, K., and H.-F. Graf, 2002: On the changing nature of the regional connection between the North Atlantic Oscillation and sea surface temperature. *J. Geophys. Res.*, **107**, 4338, doi:10.1029/2001JD000850.

Walter, M.T., et al., 2004: Increasing evapotranspiration from the conterminous United States. *J. Hydrometeorol.*, **5**, 405–408.

Wang, B., 1994: Climatic regimes of tropical convection and rainfall. *J. Clim.*, **7**, 1109–1118.

Wang, B., and Z. Fan, 1999: Choice of South Asian summer monsoon indices. *Bull. Am. Meteorol. Sci.*, **80**, 629–638.

Wang, B., and J.C.L. Chan, 2002: How strong ENSO events affect tropical storm activity over the western North Pacific. *J. Clim.*, **15**, 1643–1658.

Wang, B., and Q. Ding, 2006: Changes in global monsoon precipitation over the past 56 years. *Geophys. Res. Lett.*, **33**, L06711, doi:10.1029/2005GL025347.

Wang, H.J., 2001: The weakening of the Asian monsoon circulation after the end of 1970's. *Adv. Atmos. Sci.*, **18**, 376–386.

Wang, J., et al., 2003: Performance of operational radiosonde humidity sensors in direct comparison with a chilled mirror dew-point hygrometer and its climate implication. *Geophys. Res. Lett.*, **30**, 1860, 10.129/2003GL016985.

Wang, J.H., H.L. Cole, and D.J. Carlson, 2001: Water vapor variability in the tropical western Pacific from 20-year radiosonde data. *Adv. Atmos. Sci.*, **18**, 752–766.

Wang, J.H., et al., 2002a: Corrections of humidity measurement errors from the Vaisala RS80 radiosonde – Application to TOGA COARE data. *J. Atmos. Ocean. Technol.*, **19**, 981–1002.

Wang, J.X.L., and D.J. Gaffen, 2001: Trends in extremes of surface humidity, temperatures and summertime heat stress in China. *Adv. Atmos. Sci.*, **18**, 742–751.

Wang, P.H., et al., 2002b: Satellite observations of long-term changes in tropical cloud and outgoing longwave radiation from 1985 to 1998. *Geophys. Res. Lett.*, **29**, 1397, doi:10.1029/2001GL014264.

Wang, X.L., and V.R. Swail, 2001: Changes of extreme wave heights in Northern Hemisphere oceans and related atmospheric circulation regimes. *J. Clim.*, **14**, 2204–2201.

Wang, X.L., and V.R. Swail, 2002: Trends of Atlantic wave extremes as simulated in a 40-yr wave hindcast using kinematically reanalyzed wind fields. *J. Clim.*, **15**, 1020–1035.

Wang, X.L., and P.M. Zhai, 2004: Variation of spring dust storms in China and its association with surface winds and sea level pressures. *Acta Meteorol. Sin.*, **62**, 96–103 (in Chinese).

Wang, X.L., V.R. Swail, and F.W. Zwiers, 2006a: Climatology and changes of extratropical storm tracks and cyclone activity: Comparison of ERA-40 with NCEP/NCAR Reanalysis for 1958–2001. *J. Clim.*, **19**, 3145–3166.

Wang, X.L., H. Wan, and V.R. Swail, 2006b: Observed changes in cyclone activity in Canada and their relationships to major circulation regimes. *J. Clim.*, **19**, 896–915.

Wang, Z.W., and P.M. Zhai, 2003: Climate change in drought over northern China during 1950–2000. *Acta Geogr. Sin.*, **58**(supplement), 61–68 (in Chinese).

Waple, A.M., and J.H. Lawrimore, 2003: State of the climate in 2002. *Bull. Am. Meteorol. Soc.*, **84**(6), S1–S68.

Waple, A.M., et al., 2002: Climate assessment for 2001. *Bull. Am. Meteorol. Soc.*, **83**(6), S1–S62.

Ward, M.N., 1998: Diagnosis and short-lead time prediction of summer rainfall in tropical North Africa at interannual and multidecadal timescales. *J. Clim.*, **11**, 3167–3191.

Ward, M.N., and B.J. Hoskins, 1996: Near surface wind over the global ocean 1949–1988. *J. Clim.*, **9**, 1877–1895.

Wardle, R., and I. Smith, 2004: Modeled response of the Australian monsoon to changes in land surface temperatures. *Geophys. Res. Lett.*, **31**, L16205, doi:10.1029/2004GL020157.

Watkins, A., 2002: 2002 Australian climate summary: Dry and warm conditions dominate. *Bull. Aust. Meteorol. Oceanogr. Soc.*, **15**, 109–114.

Waugh, D., et al., 1999: Persistence of the lower stratospheric polar vortices. *J. Geophys. Res.*, **104**, 27191–27201.

Webster, P.J., and S. Yang, 1992: Monsoon and ENSO: selective interactive systems. *Q. J. R. Meteorol. Soc.*, **118**, 877–926.

Webster, P.J., et al., 1998: Monsoons: processes, predictability, and the prospects for prediction. *J. Geophys. Res.*, **103**, 14451–14510.

Webster, P.J., et al., 1999: Coupled ocean-atmosphere dynamics in the Indian Ocean during 1997-98. *Nature*, **401**, 356–360.

Webster, P.J., et al., 2005: Changes in tropical cyclone number, duration and intensity in a warning environment. *Science*, **309**, 1844–1846.

Webster, P. J., et al., 2006: Response to comment on "Changes in tropical cyclone number, duration, and intensity in a warming environment". *Science*, **311**, 1713c.

Weisse, R., H. von Storch, and F. Feser, 2005: Northeast Atlantic and North Sea storminess as simulated by a regional climate model during 1958-2001 and comparison with observations. *J. Clim.*, **18**, 465–479.

Wells, N., S. Goddard, and M.J. Hayes, 2004: A self-calibrating Palmer Drought Severity Index. *J. Clim.*, **17**, 2335–2351.

Wentz, F.J., and M. Schabel, 1998: Effects of satellite orbital decay on MSU lower tropospheric temperature trends. *Nature*, **394**, 661–664.

Wentz, F.J., and M. Schabel, 2000: Precise climate monitoring using complementary satellite data sets. *Nature*, **403**, 414–416.

Wettstein, J.J., and L.O. Mearns, 2002: The influence of the North Atlantic-Arctic Oscillation on mean, variance, and extremes of temperature in the northeastern United States and Canada. *J. Clim.*, **15**, 3586–3600.

Wheeler, M.C., and J.L. McBride, 2005: Australian-Indonesian monsoon. In: *Intraseasonal Variability of the Atmosphere-Ocean Climate System* [Lau, W.K.M., and D.E. Waliser, (eds.)]. Praxis Publishing, Chichester, UK, pp. 125–173.

White, W.B., and R.G. Peterson, 1996: An Antarctic Circumpolar Wave in surface pressure, wind, temperature and sea-ice extent. *Nature*, **380**, 699–702.

White, W.B., and J. Annis, 2004: Influence of the Antarctic Circumpolar Wave on El Niño and its multidecadal changes from 1950 to 2001. *J. Geophys. Res.*, **109**, C06019, doi:10.1029/2002JC001666.

White, W.B., and I. Simmonds, 2006: SST-induced cyclogenesis in the Antarctic Circumpolar Wave. *J. Geophys. Res.*, **111**, C08011, doi:10.1029/2004JC002395.

White, W.B., P. Gloersen, and I. Simmonds, 2004: Tropospheric response in the Antarctic Circumpolar Wave along the sea ice edge around Antarctica. *J. Clim.*, **17**, 2765–2779.

Wiedenmann, J.M., et al., 2002: The climatology of blocking anticyclones for the Northern and Southern Hemispheres: Block intensity as a diagnostic. *J. Clim.*, **15**, 3459–3473.

Wielicki, B.A., et al., 2002a: Evidence for large decadal variability in the tropical mean radiative energy budget. *Science*, **295**, 841–844.

Wielicki, B.A., et al., 2002b: Response. *Science*, **296**, http://www/sciencemag.org/cgi/content/full/296/5576/2095a.

Wielicki, B.A., et al., 2005: Change in Earth's albedo measured by satellite. *Science*, **308**, 825.

Wijngaard, J.B., A.M.G. Klein Tank, and G.P. Können, 2003: Homogeneity of 20th century European daily temperature and precipitation series. *Int. J. Climatol.*, **23**, 679–692.

Wild, M.A., et al., 2004: On the consistency of trends in radiation and temperature records and implications for the global hydrological cycle. *Geophys. Res. Lett.*, **31**, L11201, doi:10.1029/2003GL019188.

Wild, M.A., et al., 2005: From dimming to brightening: Decadal changes in solar radiation at Earth's surface. *Science*, **308**, 847–850.

Willis, J.K., D. Roemmich, and B. Cornuelle, 2004: Interannual variability in upper-ocean heat content, temperature and thermosteric expansion on global scales. *J. Geophys. Res.*, **109**, C12036, doi:10.1029/2003JC002260.

Wittman, M.A.H., et al., 2004: Stratospheric influence on baroclinic lifecycles and its connection to the Arctic Oscillation. *Geophys. Res. Lett.*, **31**, L16113, doi:10.1029/2004GL020503.

WMO, 2004: *World Meteorological Organization Statement on the Status of Global Climate in 2003.* World Meteorological Organization, Geneva, 12 pp.

Wong, T.D.F., M.H. Young, and S. Weckmann, 2000: Validation of the CERES/TRMM ERBE-like monthly mean clear-sky longwave dataset and the effects of the 1998 ENSO event. *J. Clim.*, **13**, 4256–4267.

Wong, T., et al., 2006: Re-examination of the observed decadal variability of Earth Radiation Budget using altitude-corrected ERBE/ERBS nonscanner WFOV data. *J. Clim.*, **19**, 4028–4040.

Woolf, D.K., P.G. Challenor, and P.D. Cotton, 2002: The variability and predictability of North Atlantic wave climate. *J. Geophys. Res.*, **107**, 3145, doi:10.1029/2001JC001124.

Worley, S.J., et al., 2005: ICOADS release 2.1 data and products. *Int. J. Climatol.*, **25**, 823–842.

Wu, M.C., W.L. Chang, and W.M. Leung, 2004: Impacts of El Niño-Southern Oscillation events on tropical cyclone landfalling activity in the western North Pacific. *J. Clim.*, **17**, 1419–1428.

Wylie, D.P., et al., 2005: Trends in global cloud cover in two decades of HIRS observations. *J. Clim.*, **18**, 3021–3031.

Xie, P., and Arkin, P.A. 1997: Global precipitation: A 17-year monthly analysis based on gauge observations, satellite estimates and numerical model outputs. *Bull. Am. Meteorol. Soc.*, **78**, 2539–2558.

Xie, S.P., et al., 2002: Structure and mechanisms of South Indian Ocean climate variability. *J. Clim.*, **15**, 864–878.

Yan, Z., et al., 2002: Trends of extreme temperatures in Europe and China based on daily observations. *Clim. Change*, **53**, 355–392.

Yang, D., B. Ye, and D.L. Kane, 2004: Streamflow changes over Siberian Yenisei River Basin. *J. Hydrol.*, **296**, 59–80.

Yang, D., et al., 2002: Siberian Lena River hydrologic regime and recent change. *J. Geophys. Res.*, **107**, 4694, doi:10.1029/2002JD002542.

Ye, B.S., D.Q. Yang, and D.L. Kane, 2003: Changes in Lena River streamflow hydrology: Human impacts versus natural variations. *Water Resour. Res.*, **39**, 1200, doi:10.1029/2003WR001991.

Yin, X., A. Gruber, and P. Arkin, 2004: Comparison of the GPCP and CMAP merged gauge-satellite monthly precipitation products for the period 1979–2001. *J. Hydrometeorol.*, **5**, 1207–1222.

Yu, L.S., and M.M. Rienecker, 1999: Mechanisms for the Indian Ocean warming during the 1997–1998 El Niño. *Geophys. Res. Lett.*, **26**, 735–738.

Yu, R., B. Wang, and T. Zhou, 2004a: Climate effects of the deep continental stratus clouds generated by the Tibetan Plateau. *J. Clim.*, **17**, 2702–2713.

Yu, R., B. Wang, and T. Zhou, 2004b: Tropospheric cooling and summer monsoon weakening trend over East Asia. *Geophys.Res. Lett.*, **31**, L22212, doi:10.1029/2004GL021270.

Zhai, P.M., and X.H. Pan, 2003: Trends in temperature extremes during 1951–1999 in China. *Geophys. Res. Lett.*, **30**, 1913, doi:10.1029/203GL018004.

Zhai, P.M., et al., 2004: Trends in total precipitation and frequency of daily precipitation extremes over China. *J. Clim.*, **18**, 1096–1108.

Zhang, R., and T.L. Delworth, 2005: Simulated tropical response to a substantial weakening of the Atlantic thermohaline circulation. *J. Clim.*, **18**, 1853–1860.

Zhang, X., W.D. Hogg, and E. Mekis, 2001a: Spatial and temporal characteristics of heavy precipitation events over Canada. *J. Clim.*, **14**, 1923–1936.

Zhang, X., F.W. Zwiers, and G. Li, 2004a: Monte Carlo experiments on the detection of trends in extreme values. *J. Clim.*, **17**, 1945–1952.

Zhang, X., et al., 2001b: Trends in Canadian streamflow. *Water Resour. Res.*, **37**, 987–998.

Zhang, X., et al., 2004b: Climatology and interannual variability of Arctic cyclone activity: 1948–2002. *J. Clim.*, **17**, 2300–2317.

Zhang, X., et al., 2005: Trends in Middle East climate extremes indices from 1950 to 2003. *J. Geophys. Res.*, **110**, D22104, doi:10.1029/2005JD006181.

Zhang, Y., et al., 2004c: Calculation of radiative fluxes from the surface to top of atmosphere based on ISCCP and other global data sets: refinements of the radiative transfer model and the input data. *J. Geophys. Res.*, **109**, D19105, doi:10.1029/2003JD004457.

Zheng, X., and R.E. Basher, 1999: Structural time series models and trend detection in global and regional temperature series. *J. Clim.*, **12**, 2347–2358.

Zhou, S., et al., 2000: An inter-hemisphere comparison of the persistent stratospheric polar vortex. *Geophys. Res. Lett.*, **27**, 1123–1126.

Zhou, X.L., M.A. Geller, and M.H. Zhang, 2001: Cooling trend of the tropical cold point tropopause temperatures and its implications. *J. Geophys. Res.*, **106**, 1511–1522.

Zhou, Z.J., and G.C. Zhang, 2003: Typical severe dust storms in northern China (1954–2002). *Chinese Sci. Bull.*, **48**, 1224–1228 (in Chinese).

Zou, X.K., and P.M. Zhai, 2004: Relationship between vegetation coverage and spring dust storms over northern China. *J. Geophys. Res.*, **109**, D03104, doi:10.1029/2003JD003913.

Zou, X.K., P.M. Zhai, and Q. Zhang, 2005: Variations in droughts over China: 1951–2003. *Geophys. Res. Lett.*, **32**, L04707, doi:10.1029/2004GL021853.

Zveryaev, I.I., and P.S. Chu, 2003: Recent climate changes in precipitable water in the global tropics as revealed in National Centers for Environmental Prediction/National Center for Atmospheric Research reanalysis. *J. Geophys. Res.*, **108**, 4311, doi:10.129/2002JD002476.

## Appendix 3.A:
## Low-Pass Filters and Linear Trends

The time series used in this report have undergone diverse quality controls that have, for example, led to removal of outliers, thereby building in some smoothing. In order to highlight decadal and longer time-scale variations and trends, it is often desirable to apply some kind of low-pass filter to the monthly, seasonal or annual data. In the literature cited for the many indices used in this chapter, a wide variety of schemes was employed. In this chapter, the same filter was used wherever it was reasonable to do so. The desirable characteristics of such filters are 1) they should be easily understood and transparent; 2) they should avoid introducing spurious effects such as ripples and ringing (Duchon, 1979); 3) they should remove the high frequencies; and 4) they should involve as few weighting coefficients as possible, in order to minimise end effects. The classic low-pass filters widely used have been the binomial set of coefficients that remove 2Δt fluctuations, where Δt is the sampling interval. However, combinations of binomial filters are usually more efficient, and those have been chosen for use here, for their simplicity and ease of use. Mann (2004) discusses smoothing time series and especially how to treat the ends. This chapter uses the 'minimum slope' constraint at the beginning and end of all time series, which effectively reflects the time series about the boundary. If there is a trend, it will be conservative in the sense that this method will underestimate the anomalies at the end.

The first filter (e.g., Figure 3.5) is used in situations where only the smoothed series is shown, and it is designed to remove interannual fluctuations and those on El Niño time scales. It has 5 weights 1/12 [1-3-4-3-1] and its response function (ratio of amplitude after to before) is 0.0 at 2 and 3Δt, 0.5 at 6Δt, 0.69 at 8Δt, 0.79 at 10Δt, 0.91 at 16Δt, and 1 for zero frequency, so for yearly data (Δt = 1) the half-amplitude point is for a 6-year period, and the half-power point is near 8.4 years.

The second filter used in conjunction with annual values (Δt =1) or for comparisons of multiple curves (e.g., Figure 3.8) is designed to remove fluctuations on less than decadal time scales. It has 13 weights 1/576 [1-6-19-42-71-96-106-96-71-42-19-6-1]. Its response function is 0.0 at 2, 3 and 4Δt, 0.06 at 6Δt, 0.24 at 8Δt, 0.41 at 10Δt, 0.54 at 12Δt, 0.71 at 16Δt, 0.81 at 20Δt, and 1 for zero frequency, so for yearly data the half-amplitude point is about a 12-year period, and the half-power point is 16 years. This filter has a very similar response function to the 21-term binomial filter used in the TAR.

Another low-pass filter, widely used and easily understood, is to fit a linear trend to the time series although there is generally no physical reason why trends should be linear, especially over long periods. The overall change in the time series is often inferred from the linear trend over the given time period, but can be quite misleading. Such measures are typically not stable and are sensitive to beginning and end points, so that adding or subtracting a few points can result in marked differences in the estimated trend. Furthermore, as the climate system exhibits highly nonlinear behaviour, alternative perspectives of overall change are provided by comparing low-pass-filtered values (see above) near the beginning and end of the major series.

The linear trends are estimated by Restricted Maximum Likelihood regression (REML, Diggle et al., 1999), and the estimates of statistical significance assume that the terms have serially uncorrelated errors and that the residuals have an AR1 structure. Brohan et al. (2006) and Rayner et al. (2006) provide annual uncertainties, incorporating effects of measurement and sampling error and uncertainties regarding biases due to urbanisation and earlier methods of measuring SST. These are taken into account, although ignoring their serial correlation. The error bars on the trends, shown as 5 to 95% ranges, are wider and more realistic than those provided by the standard ordinary least squares technique. If, for example, a century-long series has multi-decadal variability as well as a trend, the deviations from the fitted linear trend will be autocorrelated. This will cause the REML technique to widen the error bars, reflecting the greater difficulty in distinguishing a trend when it is superimposed on other long-term variations and the sensitivity of estimated trends to the period of analysis in such circumstances. Clearly, however, even the REML technique cannot widen its error estimates to take account of variations outside the sample period of record. Robust methods for the estimation of linear and nonlinear trends in the presence of episodic components became available recently (Grieser et al., 2002).

As some components of the climate system respond slowly to change, the climate system naturally contains persistence. Hence, the statistical significances of REML AR1-based linear trends could be overestimated (Zheng and Basher, 1999; Cohn and Lins, 2005). Nevertheless, the results depend on the statistical model used, and more complex models are not as transparent and often lack physical realism. Indeed, long-term persistence models (Cohn and Lins, 2005) have not been shown to provide a better fit to the data than simpler models.

## Appendix 3.B: Techniques, Error Estimation and Measurement Systems: See Supplementary Material

*This material is included in the supplementary material. Please note that the many references that are cited only in Appendix 3.B have not been included in the list above, but are just as valuable in formulating the report.*

# 4

# Observations:
# Changes in Snow, Ice and Frozen Ground

**Coordinating Lead Authors:**

Peter Lemke (Germany), Jiawen Ren (China)

**Lead Authors:**

Richard B. Alley (USA), Ian Allison (Australia), Jorge Carrasco (Chile), Gregory Flato (Canada), Yoshiyuki Fujii (Japan), Georg Kaser (Austria, Italy), Philip Mote (USA), Robert H. Thomas (USA, Chile), Tingjun Zhang (USA, China)

**Contributing Authors:**

J. Box (USA), D. Bromwich (USA), R. Brown (Canada), J.G. Cogley (Canada), J. Comiso (USA), M. Dyurgerov (Sweden, USA), B. Fitzharris (New Zealand), O. Frauenfeld (USA, Austria), H. Fricker (USA), G. H. Gudmundsson (UK, Iceland), C. Haas (Germany), J.O. Hagen (Norway), C. Harris (UK), L. Hinzman (USA), R. Hock (Sweden), M. Hoelzle (Switzerland), P. Huybrechts (Belgium), K. Isaksen (Norway), P. Jansson (Sweden), A. Jenkins (UK), Ian Joughin (USA), C. Kottmeier (Germany), R. Kwok (USA), S. Laxon (UK), S. Liu (China), D. MacAyeal (USA), H. Melling (Canada), A. Ohmura (Switzerland), A. Payne (UK), T. Prowse (Canada), B.H. Raup (USA), C. Raymond (USA), E. Rignot (USA), I. Rigor (USA), D. Robinson (USA), D. Rothrock (USA), S.C. Scherrer (Switzerland), S. Smith (Canada), O. Solomina (Russian Federation), D. Vaughan (UK), J. Walsh (USA), A. Worby (Australia), T. Yamada (Japan), L. Zhao (China)

**Review Editors:**

Roger Barry (USA), Toshio Koike (Japan)

**This chapter should be cited as:**

Lemke, P., J. Ren, R.B. Alley, I. Allison, J. Carrasco, G. Flato, Y. Fujii, G. Kaser, P. Mote, R.H. Thomas and T. Zhang, 2007: Observations: Changes in Snow, Ice and Frozen Ground. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

Executive Summary ....................................................... 339

4.1   Introduction ................................................................. 341

4.2   Changes in Snow Cover .................................... 343

   4.2.1   Background ..................................................... 343

   4.2.2   Observations of Snow Cover, Snow Duration
       and Snow Quantity? ............................................ 343

4.3   Changes in River and Lake Ice ..................... 346

   4.3.1   Background ..................................................... 346

   4.3.2   Changes in Freeze-up and Breakup Dates ......... 346

4.4   Changes in Sea Ice ................................................. 350

   4.4.1   Background ..................................................... 350

   4.4.2   Sea Ice Extent and Concentration .................... 350

   4.4.3   Sea Ice Thickness ............................................ 352

   4.4.4   Pack Ice Motion .............................................. 355

4.5   Changes in Glaciers and Ice Caps ............... 356

   4.5.1   Background ..................................................... 356

   4.5.2   Large and Global-Scale Analyses ..................... 356

   4.5.3   Special Regional Features ................................. 359

4.6   Changes and Stability of Ice Sheets
     and Ice Shelves ......................................................... 361

   4.6.1   Background ..................................................... 361

   4.6.2   Mass Balance of the Ice Sheets and
       Ice Shelves ..................................................... 361

   4.6.3   Causes of Changes .......................................... 366

      Box 4.1: Ice Sheet Dynamics and Stability ........................ 367

4.7   Changes in Frozen Ground ............................. 369

   4.7.1   Background ..................................................... 369

   4.7.2   Changes in Permafrost ..................................... 369

   4.7.3   Changes in Seasonally Frozen Ground ............. 372

4.8   Synthesis .................................................................... 374

Frequently Asked Question

   FAQ 4.1:   Is the Amount of Snow and Ice on the
           Earth Decreasing? ............................................... 376

References ....................................................................... 378

## Executive Summary

In the climate system, the cryosphere (which consists of snow, river and lake ice, sea ice, glaciers and ice caps, ice shelves and ice sheets, and frozen ground) is intricately linked to the surface energy budget, the water cycle, sea level change and the surface gas exchange. The cryosphere integrates climate variations over a wide range of time scales, making it a natural sensor of climate variability and providing a visible expression of climate change. In the past, the cryosphere has undergone large variations on many time scales associated with ice ages and with shorter-term variations like the Younger Dryas or the Little Ice Age (see Chapter 6). Recent decreases in ice mass are correlated with rising surface air temperatures. This is especially true for the region north of 65°N, where temperatures have increased by about twice the global average from 1965 to 2005.

- Snow cover has decreased in most regions, especially in spring and summer. Northern Hemisphere (NH) snow cover observed by satellite over the 1966 to 2005 period decreased in every month except November and December, with a stepwise drop of 5% in the annual mean in the late 1980s. In the Southern Hemisphere, the few long records or proxies mostly show either decreases or no changes in the past 40 years or more. Where snow cover or snowpack decreased, temperature often dominated; where snow increased, precipitation almost always dominated. For example, NH April snow cover extent is strongly correlated with 40°N to 60°N April temperature, reflecting the feedback between snow and temperature, and declines in the mountains of western North America and in the Swiss Alps have been largest at lower elevations.

- Freeze-up and breakup dates for river and lake ice exhibit considerable spatial variability (with some regions showing trends of opposite sign). Averaged over available data for the NH spanning the past 150 years, freeze-up date has occurred later at a rate of $5.8 \pm 1.6$ days per century, while the breakup date has occurred earlier at a rate of $6.5 \pm 1.2$ days per century. (The uncertainty range given throughout this chapter denotes the 5 to 95% confidence interval.)

- Satellite data indicate a continuation of the $2.7 \pm 0.6\%$ per decade decline in annual mean arctic sea ice extent since 1978. The decline for summer extent is larger than for winter, with the summer minimum declining at a rate of $7.4 \pm 2.4\%$ per decade since 1979. Other data indicate that the summer decline began around 1970. Similar observations in the Antarctic reveal larger interannual variability but no consistent trends.

- Submarine-derived data for the central Arctic indicate that the average sea ice thickness in the central Arctic has *very likely* decreased by up to 1 m from 1987 to 1997. Model-based reconstructions support this, suggesting an arctic-wide reduction of 0.6 to 0.9 m over the same period. Large-scale trends prior to 1987 are ambiguous.

- Mass loss of glaciers and ice caps is estimated to be $0.50 \pm 0.18$ mm yr$^{-1}$ in sea level equivalent (SLE) between 1961 and 2004, and $0.77 \pm 0.22$ mm yr$^{-1}$ SLE between 1991 and 2004. The late 20th-century glacier wastage likely has been a response to post-1970 warming. Strongest mass losses per unit area have been observed in Patagonia, Alaska and northwest USA and southwest Canada. Because of the corresponding large areas, the biggest contributions to sea level rise came from Alaska, the Arctic and the Asian high mountains.

- Taken together, the ice sheets in Greenland and Antarctica have *very likely* been contributing to sea level rise over 1993 to 2003. Thickening in central regions of Greenland has been more than offset by increased melting near the coast. Flow speed has increased for some Greenland and Antarctic outlet glaciers, which drain ice from the interior. The corresponding increased ice sheet mass loss has often followed thinning, reduction or loss of ice shelves or loss of floating glacier tongues. Assessment of the data and techniques suggests a mass balance of the Greenland Ice Sheet of between +25 and –60 Gt yr$^{-1}$ (–0.07 to 0.17 mm yr$^{-1}$ SLE) from 1961 to 2003, and –50 to –100 Gt yr$^{-1}$ (0.14 to 0.28 mm yr$^{-1}$ SLE) from 1993 to 2003, with even larger losses in 2005. Estimates for the overall mass balance of the Antarctic Ice Sheet range from +100 to –200 Gt yr$^{-1}$ (–0.28 to 0.55 mm yr$^{-1}$ SLE) for 1961 to 2003, and from +50 to –200 Gt yr$^{-1}$ (–0.14 to 0.55 mm yr$^{-1}$ SLE) for 1993 to 2003. The recent changes in ice flow are *likely* to be sufficient to explain much or all of the estimated antarctic mass imbalance, with changes in ice flow, snowfall and melt water runoff sufficient to explain the mass imbalance of Greenland.

- Temperature at the top of the permafrost layer has increased by up to 3°C since the 1980s in the Arctic. The permafrost base has been thawing at a rate ranging up to 0.04 m yr$^{-1}$ in Alaska since 1992 and 0.02 m yr$^{-1}$ on the Tibetan Plateau since the 1960s. Permafrost degradation is leading to changes in land surface characteristics and drainage systems.

- The maximum extent of seasonally frozen ground has decreased by about 7% in the NH from 1901 to 2002, with a decrease in spring of up to 15%. Its maximum depth has decreased about 0.3 m in Eurasia since the mid-20th century. In addition, maximum seasonal thaw depth over permafrost has increased about 0.2 m in the Russian Arctic from 1956 to 1990. Onset dates of thaw in spring and freeze in autumn advanced five to seven days in Eurasia from 1988 to 2002, leading to an earlier growing season but no change in duration.

- Results summarised here indicate that the total cryospheric contribution to sea level change ranged from 0.2 to 1.2 mm yr$^{-1}$ between 1961 and 2003, and from 0.8 to 1.6 mm yr$^{-1}$ between 1993 and 2003. The rate increased over the 1993 to 2003 period primarily due to increasing losses from mountain glaciers and ice caps, from increasing surface melt on the Greenland Ice Sheet and from faster flow of parts of the Greenland and Antarctic Ice Sheets. Estimates of changes in the ice sheets are highly uncertain, and no best estimates are given for their mass losses or gains. However, strictly for the purpose of considering the possible contributions to the sea level budget, a total cryospheric contribution of $1.2 \pm 0.4$ mm yr$^{-1}$ SLE is estimated for 1993 to 2003 assuming a midpoint mean plus or minus uncertainties and Gaussian error summation.

## 4.1    Introduction

The main components of the cryosphere are snow, river and lake ice, sea ice, glaciers and ice caps, ice shelves, ice sheets, and frozen ground (Figure 4.1). In terms of the ice mass and its heat capacity, the cryosphere is the second largest component of the climate system (after the ocean). Its relevance for climate variability and change is based on physical properties, such as its high surface reflectivity (albedo) and the latent heat associated with phase changes, which have a strong impact on the surface energy balance. The presence (absence) of snow or ice in polar regions is associated with an increased (decreased) meridional temperature difference, which affects winds and ocean currents. Because of the positive temperature-ice albedo feedback, some cryospheric components act to amplify both changes and variability. However, some, like glaciers and permafrost, act to average out short-term variability and so are sensitive indicators of climate change. Elements of the cryosphere are found at all latitudes, enabling a near-global assessment of cryosphere-related climate changes.

The cryosphere on land stores about 75% of the world's freshwater. The volumes of the Greenland and Antarctic Ice Sheets are equivalent to approximately 7 m and 57 m of sea level rise, respectively. Changes in the ice mass on land have contributed to recent changes in sea level. On a regional scale, many glaciers and ice caps play a crucial role in freshwater availability.

Presently, ice permanently covers 10% of the land surface, of which only a tiny fraction lies in ice caps and glaciers outside Antarctica and Greenland (Table 4.1). Ice also covers approximately 7% of the oceans in the annual mean. In midwinter, snow covers approximately 49% of the land surface in the Northern Hemisphere (NH). Frozen ground has the largest area of any component of the cryosphere. Changes in the components of the cryosphere occur at different time scales, depending on their dynamic and thermodynamic characteristics (Figure 4.1). All parts of the cryosphere contribute to short-term climate changes, with permafrost, ice shelves and ice sheets also contributing to longer-term changes including the ice age cycles.



**Figure 4.1.** *Components of the cryosphere and their time scales.*

341

Seasonally, the area covered by snow in the NH ranges from a mean maximum in January of $45.2 \times 10^6$ km$^2$ to a mean minimum in August of $1.9 \times 10^6$ km$^2$ (1966–2004). Snow covers more than 33% of lands north of the equator from November to April, reaching 49% coverage in January. The role of snow in the climate system includes strong positive feedbacks related to albedo and other, weaker feedbacks related to moisture storage, latent heat and insulation of the underlying surface (M.P. Clark et al., 1999), which vary with latitude and season.

High-latitude rivers and lakes develop an ice cover in winter. Although the area and volume are small compared to other components of the cryosphere, this ice plays an important role in freshwater ecosystems, winter transportation, bridge and pipeline crossings, etc. Changes in the thickness and duration of these ice covers can therefore have consequences for both the natural environment and human activities. The breakup of river ice is often accompanied by 'ice jams' (blockages formed by accumulation of broken ice); these jams impede the flow of water and may lead to severe flooding.

At maximum extent arctic sea ice covers more than $15 \times 10^6$ km$^2$, reducing to only $7 \times 10^6$ km$^2$ in summer. Antarctic sea ice is considerably more seasonal, ranging from a winter maximum of over $19 \times 10^6$ km$^2$ to a minimum extent of about $3 \times 10^6$ km$^2$. Sea ice less than one year old is termed 'first-year ice' and that which survives more than one year is called 'multi-year ice'. Most sea ice is part of the mobile 'pack ice', which circulates in the polar oceans, driven by winds and surface currents. This pack ice is extremely inhomogeneous, with differences in ice thicknesses and age, snow cover, open

water distribution, etc. occurring at spatial scales from metres to hundreds of kilometres.

Glaciers and ice caps adapt to a change in climate conditions much more rapidly than does a large ice sheet, because they have a higher ratio between annual mass turnover and their total mass. Changes in glaciers and ice caps reflect climate variations, in many cases providing information in remote areas where no direct climate records are available, such as at high latitudes or on the high mountains that penetrate high into the middle troposphere. Glaciers and ice caps contribute to sea level changes and affect the freshwater availability in many mountains and surrounding regions. Formation of large and hazardous lakes is occurring as glacier termini retreat from prominent Little Ice Age moraines, especially in the steep Himalaya and Andes.

The ice sheets of Greenland and Antarctica are the main reservoirs capable of affecting sea level. Ice formed from snowfall spreads under gravity towards the coast, where it melts or calves into the ocean to form icebergs. Until recently (including IPCC, 2001) it was assumed that the spreading velocity would not change rapidly, so that impacts of climate change could be estimated primarily from expected changes in snowfall and surface melting. Observations of rapid ice flow changes since IPCC (2001) have complicated this picture, with strong indications that floating ice shelves 'regulate' the motion of tributary glaciers, which can accelerate manyfold following ice shelf breakup.

Frozen ground includes seasonally frozen ground and permafrost. The permafrost region occupies approximately

**Table 4.1:** Area, volume and sea level equivalent (SLE) of cryospheric components. Indicated are the annual minimum and maximum for snow, sea ice and seasonally frozen ground, and the annual mean for the other components. The sea ice area is represented by the extent (area enclosed by the sea ice edge). The values for glaciers and ice caps denote the smallest and largest estimates excluding glaciers and ice caps surrounding Greenland and Antarctica.

| Cryospheric Component | Area ($10^6$ km$^2$) | Ice Volume ($10^6$ km$^3$) | Potential Sea Level Rise (SLE) (m)[g] |
|---|---|---|---|
| Snow on land (NH) | 1.9–45.2 | 0.0005–0.005 | 0.001–0.01 |
| Sea ice | 19–27 | 0.019–0.025 | ~0 |
| Glaciers and ice caps | | | |
|   Smallest estimate[a] | 0.51 | 0.05 | 0.15 |
|   Largest estimate[b] | 0.54 | 0.13 | 0.37 |
| Ice shelves[c] | 1.5 | 0.7 | ~0 |
| Ice sheets | 14.0 | 27.6 | 63.9 |
|   Greenland[d] | 1.7 | 2.9 | 7.3 |
|   Antarctica[c] | 12.3 | 24.7 | 56.6 |
| Seasonally frozen ground (NH)[e] | 5.9–48.1 | 0.006–0.065 | ~0 |
| Permafrost (NH)[f] | 22.8 | 0.011–0.037 | 0.03–0.10 |

Notes:
[a] Ohmura (2004); glaciers and ice caps surrounding Greenland and Antarctica are excluded.
[b] Dyurgerov and Meier (2005); glaciers and ice caps surrounding Greenland and Antarctica are excluded.
[c] Lythe et al. (2001).
[d] Bamber et al. (2001).
[e] Zhang et al. (2003).
[f] Zhang et al. (1999), excluding permafrost under ocean, ice sheets and glaciers.
[g] Assuming an oceanic area of $3.62 \times 10^8$ km$^2$, an ice density of 917 kg m$^{-3}$, a seawater density of 1,028 kg m$^{-3}$, and seawater replacing grounded ice below sea level.

$23 \times 10^6$ km² or 24% of the land area in the NH. On average, the long-term maximum areal extent of the seasonally frozen ground, including the active layer over permafrost, was $48 \times 10^6$ km² or 51% of the land area in the NH. In terms of areal extent, frozen ground is the single largest cryospheric component. Permafrost also acts to record air temperature and snow cover variations, and under changing climate can be involved in feedbacks related to moisture and greenhouse gas exchange with the atmosphere.

## 4.2   Changes in Snow Cover

### 4.2.1   Background

The high albedo of snow (0.8 to 0.9 for fresh snow) has an important influence on the surface energy budget and on Earth's radiative balance (e.g., Groisman et al., 1994). Snow albedo, and hence the strength of the feedback, depends on a number of factors such as the depth and age of a snow cover, vegetation height, the amount of incoming solar radiation and cloud cover. The albedo of snow may be decreasing because of anthropogenic soot (Hansen and Nazarenko, 2004; see Section 2.5.4 for details).

In addition to the direct snow-albedo feedback, snow may influence climate through indirect feedbacks (i.e., those in which there are more than two causal steps), such as summer soil moisture. Indirect feedbacks to atmospheric circulation may involve two types of circulation, monsoonal (e.g., Lo and Clark, 2001) and annular (e.g., Saito and Cohen, 2003; see Section 3.6.4), although there are large uncertainties in the physical mechanisms involved (Bamzai, 2003; Robock et al., 2003).

In this section, observations of snow cover extent are updated from IPCC (2001). In addition, several new topics are covered: changes in snow depth and snow water equivalent; relationships of snow to temperature and precipitation; and observations and estimates of changes in snow in the Southern Hemisphere (SH). Changes in the fraction of precipitation falling as snow or other frozen forms are covered in Section 3.3.2.3. This section covers only snow on land; snow on various forms of ice is covered in subsequent sections.

### 4.2.2   Observations of Snow Cover, Snow Duration and Snow Quantity

#### 4.2.2.1   *Sources of Snow Data*

Daily observations of the depth of snow and of new snowfall have been made by various methods in many countries, dating to the late 1800s in a few countries (e.g., Switzerland, USA, the former Soviet Union and Finland). Measurements of snow depth and snow water equivalent (SWE) became widespread by 1950 in the mountains of western North America and Europe, and a few sites in the mountains of Australia have been monitored since 1960. *In situ* snow data are affected by changes in station location, observing practices and land cover, and are not uniformly distributed.

The premier data set used to evaluate large-scale snow covered area (SCA), which dates to 1966 and is the longest satellite-derived environmental data set of any kind, is the weekly visible wavelength satellite maps of NH snow cover produced by the US National Oceanic and Atmospheric Administration's (NOAA) National Environmental Satellite Data and Information Service (NESDIS; Robinson et al., 1993). Trained meteorologists produce the weekly NESDIS snow product from visual analyses of visible satellite imagery. These maps are well validated against surface observations, although changes in mapping procedures in 1999 affected the continuity of data series at a small number of mountain and coastal grid points. For the SH, mapping of SCA began only in 2000 with the advent of Moderate Resolution Imaging Spectroradiometer (MODIS) satellite data.

Space-borne passive microwave sensors offer the potential for global monitoring since 1978 of not just snow cover, but also snow depth and SWE, unimpeded by cloud cover and winter darkness. In order to generate homogeneous depth or SWE data series, differences between Scanning Multichannel Microwave Radiometer (SMMR; 1978 to 1987) and Special Sensor Microwave/Imager (SSM/I; 1987 to present) in 1987 must be resolved (Derksen et al., 2003). Estimates of SCA from microwave satellite data compare moderately well with visible data except in autumn (when microwave estimates are too low) and over the Tibetan plateau (microwave too high; Armstrong and Brodzik, 2001). Work is ongoing to develop reliable depth and SWE retrievals from passive microwave for areas with heavy forest or deep snowpacks, and the relatively coarse spatial resolution (~10–25 km) still limits applications over mountainous regions.

#### 4.2.2.2   *Variability and Trends in Northern Hemisphere Snow Cover*

In this subsection, following the hemispheric view provided by the large-scale analyses by Brown (2000) and Robinson et al. (1993), regional and national-scale studies are discussed. The mean annual NH SCA (1966–2004) is $23.9 \times 10^6$ km², not including the Greenland Ice Sheet. Interannual variability of SCA is largest not in winter, when mean SCA is greatest, but in autumn (in absolute terms) or summer (in relative terms). Monthly standard deviations range from $1.0 \times 10^6$ km² in August and September to $2.7 \times 10^6$ km² in October, and are generally just below $2 \times 10^6$ km² in non-summer months.

Since the early 1920s, and especially since the late 1970s, SCA has declined in spring (Figure 4.2) and summer, but not substantially in winter (Table 4.2) despite winter warming (see Section 3.2.2). Recent declines in SCA in the months of

February through August have resulted in (1) a shift in the month of maximum SCA from February to January; (2) a statistically significant decline in annual mean SCA; and (3) a shift towards earlier spring melt by almost two weeks in the 1972 to 2000 period (Dye, 2002). Early in the satellite era, between 1967 and 1987, mean annual SCA was $24.4 \times 10^6$ km$^2$. An abrupt transition occurred between 1986 and 1988, and since 1988 the mean annual extent has been $23.1 \times 10^6$ km$^2$, a statistically significant (T test, p <0.01) reduction of approximately 5% (Robinson and Frei, 2000). Over the longer 1922 to 2005 period (updated from Brown, 2000), the linear trend in March and April NH SCA (Figure 4.2) is a statistically significant reduction of $2.7 \pm 1.5 \times 10^6$ km$^2$ or $7.5 \pm 3.5\%$.

Temperature variations and trends play a significant role in variability and trends of NH SCA, by determining whether precipitation falls as rain or snow, and by determining snowmelt. In almost every month, SCA is correlated with temperature in the latitude band of greatest variability in SCA, owing to the snow-albedo feedback. For example, temperature in the 40°N to 60°N band and NH SCA are highly correlated in spring (r = –0.68; updated from Brown, 2000) and the largest reductions in March-April average snow cover occurred roughly between the 0°C and 5°C isotherms (Figure 4.3). The snow-albedo feedback also helps determine the longer-term trends (for temperature see Section 3.2.2; see also M.P. Clark et al., 1999; Groisman et al., 1994).

The following paragraphs discuss regional details, including information not available or missing from the satellite data and from Brown's (2000) hemispheric reconstruction.

*4.2.2.2.1    North America*

From 1915 to 2004, North American SCA increased in November, December and January owing to increases in precipitation (Section 3.3.2; Groisman et al., 2004). Decreases in snow cover are mainly confined to the latter half of the 20th century, and are most apparent in the spring period over western North America (Groisman et al., 2004). Shifts towards earlier melt by about eight days since the mid-1960s were also observed in northern Alaska (Stone et al., 2002).

Another dimension of change in snow is provided by the annual measurements of mountain SWE near April 1 in western North America, which indicate declines since 1950 at about 75% of locations monitored (Mote et al., 2005). The date of maximum mountain SWE appears to have shifted earlier by about two weeks since 1950, as inferred from streamflow measurements (Stewart et al., 2005). That these reductions are predominantly due to warming is shown by regression analysis of streamflow (Stewart et al., 2005) and SWE (Mote, 2006) on temperature and precipitation, and by the dependence of trends in SWE (Mote et al., 2005) on elevation or equivalently mean winter temperature (Figure 4.4a), with the largest percentage changes near the 0°C level.

*4.2.2.2.2    Europe and Eurasia*

Snow cover trends in mountain regions of Europe are characterised by large regional and altitudinal variations. Recent declines in snow cover have been documented in the mountains of Switzerland (e.g., Scherrer et al., 2004) and Slovakia (Vojtek et al., 2003), but no change was observed in Bulgaria over the 1931 to 2000 period (Petkova et al., 2004). Declines, where observed, were largest at lower elevations, and Scherrer et al.



**Figure 4.2.** *Update of NH March-April average snow-covered area (SCA) from Brown (2000). Values of SCA before 1972 are based on the station-derived snow cover index of Brown (2000); values beginning in 1972 are from the NOAA satellite data set. The smooth curve shows decadal variations (see Appendix 3A), and the shaded area shows the 5 to 95% range of the data estimated after first subtracting the smooth curve.*

**Table 4.2.** *Trend ($10^6$ km$^2$ per decade) in monthly NH SCA from satellite data (Rutgers-corrected, D. Robinson) over the 1966 to 2005 period and for three months covering the 1922 to 2005 period based on the NH SCA reconstruction of Brown (2000).*

| Years | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Ann |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1966–2005 | –0.11 | –0.49 | –0.80[a] | –0.74[a] | –0.57 | –1.10[a] | –1.17[a] | –0.82[a] | –0.20 | –0.36 | 0.12 | 0.19 | –0.33[a] |
| 1922–2005 | n/a | n/a | –0.25[a] | –0.35[a] | n/a | n/a | n/a | n/a | n/a | 0.24[a] | n/a | n/a | n/a |

Notes:
[a]   Statistically significant at the 0.05 level of confidence.
n/a: not available.

(2004) statistically attributed the declines in the Swiss Alps to warming, as is clear when trends are plotted against winter temperature (Figure 4.4b).

Lowland areas of central Europe are characterised by recent reductions in annual snow cover duration by about 1 day yr$^{-1}$ (e.g., Falarz, 2002). Trends towards greater maximum snow depth but shorter snow season have been noted in Finland (Hyvärinen, 2003), the former Soviet Union from 1936 to 1995 (Ye and Ellison, 2003), and in the Tibetan Plateau (Zhang et al., 2004) since the late 1970s. Qin et al. (2006) reported no trends in snow depth or snow cover in western China since 1957.

### 4.2.2.3    Southern Hemisphere

Outside of Antarctica (see Section 4.6), very little land area in the SH experiences snow cover. Long-term records of snow cover, snowfall, snow depth or SWE are scarce. In some cases, proxies for snow line can be used, but the quality of data is much lower than for most NH areas.

#### 4.2.2.3.1    South America

Estimates from microwave satellite observations for mid-latitude alpine regions of South America for the period of



**March — April Snow Departure**
(1988 - 2004) minus (1967 - 1987)

-36 to -26 | -25 to -16 | -15 to -6 | -5 to 5 | 6 to 15 | 16 to 25 | 26 to 38

**Figure 4.3.** *Differences in the distribution of Northern Hemisphere March-April average snow cover between earlier (1967–1987) and later (1988–2004) portions of the satellite era (expressed in % coverage). Negative values indicate greater extent in the earlier portion of the record. Extents are derived from NOAA/NESDIS snow maps. Red curves show the 0°C and 5°C isotherms averaged for March and April 1967 to 2004, from the Climatic Research Unit (CRU) gridded land surface temperature version 2 (CRUTEM2v) data.*



**Figure 4.4.** *Dependence of trends in snow on mean winter temperature (°C) at each location. (a) Relative trends in 1 April SWE, 1950 to 2000, in the mountains of western North America (British Columbia, Washington, Oregon and California), binned by mean December to February (DJF) temperature. For each 1°C temperature bin, '×' symbols indicate the mean trend, bars indicate the span of the 5 to 95% confidence interval for bins with at least 10 points, and circles indicate outliers. Total number of data points is 323 (adapted from Mote et al., 2005). (b) Relative trend in days of winter (DJF) snow cover at 109 sites in Switzerland, 1958 to 1999, binned by mean DJF temperature (adapted from Scherrer et al., 2004).*

record 1979 to 2002 show substantial interannual variability with little or no long-term trend. A long-term increasing trend in the number of snow days was found in the eastern side of the central Andes region (33°S) from 1885 to 1996, derived from newspaper reports of Mendoza City (Prieto et al., 2001).

Other approaches suggest some response of snow line to warming in South America. The 0°C isotherm altitude (ZIA), an indication of snow line, has been derived from the daily temperature profile obtained from radiosonde data located at Quintero (32°47'S, 71°33'W, 8 m above sea level; Carrasco et al., 2005), which represents the snow line behaviour in the

western Andes from about 30°S to 36°S. Over the 1975 to 2001 period of record, the linear change in winter ZIA was 121.9 ± 7.7 m, and the positive trend was dominated by atmospheric conditions on dry days (enhancing melt) with no trend on wet days (accumulation zone unchanged).

*4.2.2.3.2    Australia and New Zealand*

For the mountainous south-eastern area of Australia, studies of late winter (August–September) snow depth have shown some significant declines (as much as 40%) since 1962. Trends in maximum snow depth were more modest. The stronger declines in late winter are attributed to spring season warming, while maximum snow depth is largely determined by winter precipitation, which has declined only slightly (Hennessy et al., 2003; Nicholls, 2005).

In New Zealand, annual observations of end-of-summer snow line on 47 glaciers have been made by airplane since 1977, and reveal large interannual variability primarily associated with atmospheric circulation anomalies (Clare et al., 2002); it is noteworthy, however, that the four years with highest snow line occurred in the 1990s. The only study of seasonal snow cover in the Southern Alps found no trend over the 1930 to 1985 period (Fitzharris and Garr, 1995) and has not been updated.

<div style="background-color: green; color: white; padding: 5px;">

## 4.3    Changes in River and Lake Ice

</div>

### 4.3.1    Background

Because of its importance to many human activities, freeze-up and breakup dates of river and lake ice have been recorded for a long time at many locations. These records provide useful climate information, although they must be interpreted with care. In the case of rivers, both freeze-up and breakup at a given location can be strongly affected by conditions far distant from the observing location (for example, heavy rains or snowmelt in a distant portion of the watershed). In the case of lakes, the historical observations have typically been made at coastal locations (often protected bays and harbours) and so may not be representative of the lake as a whole, or comparable to more recent satellite-based observations. Nevertheless, these observations represent some of the longest records of cryospheric change available.

Observations of ice thickness are considerably sparser and are generally made using direct drilling methods. Long-term records are available at a few locations; however it should be noted that, just as for sea ice, changes in lake and river ice thickness are a consequence not just of temperature and radiative forcing, but also of changes in snowfall (via the insulating effect of snow).

### 4.3.2    Changes in Freeze-up and Breakup Dates

Freeze-up is defined conceptually as the time at which a continuous and immobile ice cover forms; however, operational definitions range from local observations of the presence



**Figure 4.5.** *Time series of freeze-up and breakup dates from several northern lakes and rivers (reprinted with permission from Magnuson et al., 2000, copyright AAAS). Dates have been smoothed with a 10-year moving average. See the cited publication for locations and other details.*

or absence of ice to inferences drawn from river discharge measurements. Breakup is typically the time when the ice cover begins to move downstream in a river or when open water becomes extensive at the measurement location for lakes. Here again, there is some ambiguity in the specific date, and in the extent to which local observations reflect conditions elsewhere on a large lake or in a large river basin.

Selected time series from a recent compilation of river and lake freeze-up and breakup records by Magnuson et al. (2000) are shown in Figure 4.5. They limited consideration to records spanning at least 150 years. Eleven out of 15 records showed significant trends towards later freeze-up and 17 out of 25 records showed significant trends towards earlier breakup. When averaged together, the freeze-up date has become later at

a rate of $5.8 \pm 1.6$ days per century, while the breakup date has occurred earlier at a rate of $6.5 \pm 1.2$ days per century.

A larger sample of Canadian rivers spanning the last 30 to 50 years was analysed by Zhang et al. (2001). These freeze-up and breakup estimates (based on inferences from streamflow data) exhibit considerable variability, with a trend towards earlier freeze-up and breakup over much of the country. The earlier freeze-up dominates, however, leading to a significant decrease in open water duration at many locations as shown in Figure 4.6. A recent analysis of Russian river data by Smith (2000) revealed a trend towards earlier freeze-up of western Russian rivers and later freeze-up in rivers of eastern Siberia over the last 50 to 70 years. Breakup dates did not exhibit statistically significant trends.



**Figure 4.6.** *Trends in river ice cover duration in Canada. Upward pointing triangles indicate lengthening of the ice cover period while downward triangles indicate shortening of the ice cover period. Trends significant at the 99 and 90% confidence levels are marked by larger filled and hollow triangles, respectively. Smaller triangles indicate trends that are not significant at the 90% level (Zhang et al., 2001).*

A comparable analysis of freeze-up and breakup dates for Canadian lakes has recently been completed by Duguay et al. (2006). These results (shown in Figure 4.7) indicate a fairly general trend towards earlier breakup (particularly in western Canada), while freeze-up exhibited a mix of early and later dates.

There are insufficient published data on river and lake ice thickness to allow assessment of trends. Modelling studies (e.g., Duguay et al., 2003) indicate that, as with the landfast sea ice case, much of the variability in maximum ice thickness and breakup date is driven by variations in snowfall.



**Figure 4.7.** *Trends in (a) freeze-up and (b) breakup dates observed at lakes in Canada over the period 1965 to 1995. Downward pointing arrows indicate a trend towards earlier dates; upward pointing arrows, a trend towards later dates. Open symbols indicate that the trend is not significant while solid symbols indicate that the trend is significant at the 90% confidence level (modified from Duguay et al., 2006).*

## 4.4   Changes in Sea Ice

### 4.4.1   Background

Sea ice is formed by freezing of seawater in the polar oceans. It is an important, interactive component of the global climate system because: a) it is central to the powerful 'ice-albedo' feedback mechanism that enhances climate response at high latitudes (see Chapter 2); b) it modifies the exchange of heat, gases and momentum between the atmosphere and polar oceans; and c) it redistributes freshwater via the transport and subsequent melt of relatively fresh sea ice, and hence alters ocean buoyancy forcing.

The thickness of sea ice is a consequence of past growth, melt and deformation, and so is an important indicator of climatic conditions. Ice thickness is also closely connected to ice strength, and so changes in thickness are important to navigability by ships, to the stability of the ice as a platform for use by humans and marine mammals, to light transmission through the ice cover, etc. Sea ice increases in thickness as bottom freezing balances heat conduction through the ice to the surface (heat conduction is strongly influenced by the insulating thickness of the ice itself and the snow on it). Most of the inhomogeneity in the pack results from deformation of the ice due to differential movement of individual pieces of ice (called 'floes'). Open water areas created within the ice pack under divergence or shear (called 'leads') are a major contributor to ocean-atmosphere heat exchange (turbulent heat loss from the ocean in winter and shortwave heating in the summer). In some locations, due either to persistent ice divergence or to persistent upwelling of oceanic heat, open water areas within an otherwise ice-covered region can be sustained over much of the winter. These are called 'polynyas' and are important feeding areas for marine mammals and birds.

Under convergence, thin ice sheets may 'raft' on top of each other, doubling the ice thickness, and under strong convergence (for example, when wind drives sea ice against a coast), the ice buckles and crushes to form sinuous 'ridges' of thick ice. In the Arctic, ridges can be tens of metres thick, account for nearly half of the total ice volume and constitute a major impediment to transportation on, through, or under the ice. Although ridging is generally less severe in the Antarctic, ice deformation is still an important process in thickening the ice cover.

Near the shore, in bays and fjords, and among islands like those of the Canadian Arctic Archipelago, sea ice can be attached to land and therefore be immobile. This is termed 'landfast' ice. In the Arctic such ice (and in particular its freeze-up and breakup) is of special importance to local residents as it is used as a platform for hunting and fishing, and is an impediment to shipping.

Some climatically important characteristics of sea ice include: its concentration (that fraction of the ocean covered by ice); its extent (the area enclosed by the ice edge – operationally defined as the 15% concentration contour); the total area of ice within its extent (i.e., extent weighted by concentration); the area of multi-year ice within the total extent; its thickness (and the thickness of the snow cover on it); its velocity; and its growth and melt rates (and hence salt or freshwater flux into the ocean). Ice extent, or ice edge position, is the only sea ice variable for which observations are available for more than a few decades. Expansion or retreat of the ice edge may be amplified by the ice-albedo feedback.

### 4.4.2   Sea Ice Extent and Concentration

#### *4.4.2.1   Data Sources and Time Periods Covered*

The most complete record of sea ice extent is provided by passive microwave data from satellites that are available since the early 1970s. Prior to that, aircraft, ship and coastal observations are available at certain times and in certain locations. Portions of the North Atlantic are unique in having ship observations extending well back into the 19th century. Far fewer historic data exist from the SH, with one notable exception being the record of annual landfast ice duration from the sub-antarctic South Orkney islands starting in 1903 (Murphy et al., 1995).

Estimation of sea ice properties from passive microwave emission requires an algorithm to convert observed radiance into ice concentration (and type). Several such algorithms are available (e.g., Steffen et al., 1992) and their accuracy has been evaluated using high-resolution satellite and aircraft imagery (e.g., Cavalieri, 1992; Kwok, 2002) and operational ice charts (e.g., Agnew and Howell, 2003). The accuracy of satellite-derived ice concentration is usually 5% or better, although errors of 10 to 20% can occur during the melt season. The accuracy of the ice edge (relevant to estimating ice extent) is largely determined by the spatial resolution of the satellite radiometer, and is of the order of 25 km (recently launched instruments provide improved resolution of about 12.5 km). Summer concentration errors do lead to a bias in estimated ice-covered area in both the NH and SH warm seasons (Agnew and Howell, 2003; Worby and Comiso, 2004). This is an important consideration when comparing the satellite period with older proxy records of ice extent.

Distinguishing between first-year and multi-year ice from passive microwave data is more difficult, although algorithms are improving (e.g., Johannessen et al., 1999). However, the summer minimum ice extent, which is by definition the multi-year ice extent at that time of year, is not as prone to algorithm errors (e.g., Comiso, 2002).

#### *4.4.2.2   Hemispheric, Regional and Seasonal Time Series from Passive Microwave*

Most analyses of variability and trend in ice extent using the satellite record have focussed on the period after 1978 when the satellite sensors have been relatively constant. Different estimates, obtained using different retrieval algorithms, produce

very similar results for hemispheric extent, and all show an asymmetry between changes in the Arctic and Antarctic. As an example, an updated version of the analysis done by Comiso (2003), spanning the period from November 1978 through December 2005, is shown in Figure 4.8. The annual mean ice extent anomalies are shown. There is a significant decreasing trend in arctic sea ice extent of $-33 \pm 7.4 \times 10^3$ km$^2$ yr$^{-1}$ (equivalent to $-2.7 \pm 0.6\%$ per decade), whereas the antarctic results show a small positive trend of $5.6 \pm 9.2 \times 10^3$ km$^2$ yr$^{-1}$ ($0.47 \pm 0.8\%$ per decade), which is not statistically significant. The uncertainties represent the 90% confidence interval around the trend estimate and the percentages are based on the 1978 to 2005 mean. In both hemispheres, the trends are larger in summer and smaller in winter. In addition, there is considerable variation in the magnitude, and even the sign, of the trend from region to region within each hemisphere.

The most remarkable change observed in the arctic ice cover has been the decrease in ice that survives the summer, shown in Figure 4.9. The trend in the minimum arctic sea ice extent, between 1979 and 2005, was $-60 \pm 20 \times 10^3$ km$^2$ yr$^{-1}$ ($-7.4 \pm 2.4\%$ per decade). These trends are superimposed on substantial interannual to decadal variability, which is associated with variability in atmospheric circulation (Belchansky et al., 2005).



**Figure 4.9.** *Summer minimum arctic sea ice extent from 1979 to 2005. Symbols indicate annual mean values while the smooth blue curve shows decadal variations (see Appendix 3.A). The dashed line indicates the linear trend, which is $-60 \pm 20 \times 10^3$ km$^2$ yr$^{-1}$, or approximately $-7.4\%$ per decade (updated from Comiso, 2002).*

### 4.4.2.3   Longer Records of Hemispheric Extent

The lack of comprehensive sea ice data prior to the satellite era hampers estimates of hemispheric-scale trends over longer time scales. Rayner et al. (2003) compiled a data set of sea ice extent for the 20th century from available sources and accounted for the inhomogeneity between them (Figure 4.10). There is a clear indication of sustained decline in arctic ice extent since about the early 1970s, particularly in summer. On a regional basis, portions of the North Atlantic have sufficient historical data, based largely on ship reports and coastal observations, to permit trend assessments over periods exceeding 100 years. Vinje (2001) compiled information from ship reports in the Nordic Seas to estimate April sea ice extent in this region for the period since about 1860. This time series is also shown in Figure 4.10 and indicates a generally continuous decline from the start of the record to the end. Ice extent data from Russian sources have recently been published (Polyakov et al., 2003), and cover essentially the entire 20th century for the Russian coastal seas (Kara, Laptev, East Siberian and Chukchi). These data, which exhibit large inter-decadal variability, show a declining trend since the 1960s until a reversal in the late 1990s. The Russian data indicate anomalously little ice during the 1940s and 1950s, whereas the Nordic Sea data indicate anomalously large extent at this time, showing the importance of regional variability.

Omstedt and Chen (2001) obtained a proxy record of the annual maximum extent of sea ice in the region of the Baltic Sea over the period 1720 to 1997. This record showed a substantial decline in sea ice that occurred around 1877, and greater variability in sea ice extent in the colder 1720 to 1877 period than in the warmer 1878 to 1997 period. Hill et al. (2002) have examined sea ice information for the Canadian maritime region and deduced that sea ice incursions occurred during the 19th century in the Grand Banks and surrounding areas that are now ice-free. Although there are problems with homogeneity of all these data (with quality declining further back in history), and with the disparity in spatial scales represented by each, they are all consistent in terms of the declining ice extent during the latter decades of the 20th century, with the decline beginning



**Figure 4.8.** *Sea ice extent anomalies (computed relative to the mean of the entire period) for (a) the NH and (b) the SH, based on passive microwave satellite data. Symbols indicate annual mean values while the smooth blue curves show decadal variations (see Appendix 3.A). Linear trend lines are indicated for each hemisphere. For the Arctic, the trend is $-33 \pm 7.4 \times 10^3$ km$^2$ yr$^{-1}$ (equivalent to approximately $-2.7\%$ per decade), whereas the Antarctic results show a small positive trend of $5.6 \pm 9.2 \times 10^3$ km$^2$ yr$^{-1}$. The negative trend in the NH is significant at the 90% confidence level whereas the small positive trend in the SH is not significant (updated from Comiso, 2003).*

prior to the satellite era. Those data that extend far enough back in time imply, with high confidence, that sea ice was more extensive in the North Atlantic during the 19th century.

Continuous long-term data records for the Antarctic are lacking, as systematic information on the entire Southern Ocean ice cover became available only with the advent of routine microwave satellite reconnaissance in the early 1970s. Parkinson (1990) examined ice edge observations from four exploration voyages in the late 18th and early 19th centuries. Her analysis suggested that the summer antarctic sea ice was more extensive in the eastern Weddell Sea in 1772 and in the Amundsen Sea in 1839 than the present day range from satellite observations. However, many of the early observations are within the present range for the same time of year. An analysis of whaling records by de la Mare (1997) suggested a step decline in antarctic sea ice coverage of 25% (a 2.8° poleward shift in average ice edge latitude) between the mid-



**Figure 4.10.** *Time series of NH sea ice extent for March and September from the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) data set (the blue and red curves, updated from Rayner et al., 2003), the April Nordic Sea ice extent (the black curve, redrafted from Vinje, 2001) and the August ice extent anomaly (computed relative to the mean of the entire period) in the Russian Arctic seas – Kara, Laptev, East Siberian and Chukchi (dotted green curve, redrafted from Polyakov et al., 2003). For the NH time series, the symbols indicate yearly values while the curves show the decadal variation (see Appendix 3.A).*

1950s and the early 1970s. A reanalysis by Ackley et al. (2003), which accounted for offsets between satellite-derived ice edge and whaling ship locations, challenged evidence of significant change in ice edge location. Curran et al. (2003) made use of a correlation between methanesulphonic acid concentration (a by-product of marine phytoplankton) in a near-coastal antarctic ice core and the regional sea ice extent in the sector from 80°E to 140°E to infer a quasi-decadal pattern of interannual variability in the ice extent in this region, along with a roughly 20% decline (approximately two degrees of latitude) since the 1950s.

In summary, the antarctic data provide evidence of a decline in sea ice extent in some regions, but there are insufficient data to draw firm conclusions about hemispheric changes prior to the satellite era.

### 4.4.3   Sea Ice Thickness

#### 4.4.3.1   Sea Ice Thickness Data Sources and Time Periods Covered

Until recently there have been no satellite remote sensing techniques capable of mapping sea ice thickness, and this parameter has primarily been determined by drilling or by under-ice sonar measurement of draft (the submerged portion of sea ice).

Subsea sonar from submarines or moored instruments can be used to measure ice draft over a footprint of 1 to 10 m diameter.

Draft is converted to thickness, assuming an average density for the measured floe, including its snow cover. The principal challenges to accurate observation with sonar are uncertainties in sound speed and atmospheric pressure, and the identification of spurious targets. Upward-looking sonar has been on submarines operating beneath arctic pack ice since 1958. US and UK naval data are now being released for science, and some dedicated arctic submarine missions were made for science during 1993 to 1999. Ice draft measurement by moored ice-profiling sonar, best suited to studies of ice transport or change at fixed sites, began in the Arctic in the late 1980s. Instruments have operated since 1990 in the Beaufort and Greenland Seas and for shorter intervals in other areas, but few records span more than 10 years. In the SH there are no data from submarines and only short time series from moored sonar.

Other techniques, such as electromagnetic induction sounders deployed on the ice surface, ships or aircraft, or airborne laser altimetry to measure freeboard (the portion of sea ice above the waterline), have limited applicability to wide-scale climate analysis of sea ice thickness. Indirect estimates, based on measurement of surface gravity waves, are available in some regions for the 1970s and 1980s (Nagurnyi et al., 1999 as reported in Johannessen et al., 2004), but the accuracy of these estimates is difficult to quantify.

Quantitative data on the thickness of antarctic pack ice only started to become available in the 1980s from sparsely scattered drilling programs covering only small areas and primarily for use in validating other techniques. Visual observations of ice

characteristics from ships (Worby and Ackley, 2000) are not adequate for climate monitoring, but are providing one of the first broad pictures of antarctic sea ice thickness.

### 4.4.3.2   Evidence of Changes in Arctic Pack Ice Thickness from Submarine Sonar

Estimates of thickness change over limited regions are possible when submarine transects are repeated (e.g., Wadhams, 1992). The North Pole is a common waypoint in many submarine cruises and this allowed McLaren et al. (1994) to analyse data from 12 submarine cruises near the pole between 1958 and 1992. They found considerable interannual variability, but no significant trend. Shy and Walsh (1996) examined the same data in relation to ice drift and found that much of the thickness variability was due to the source location and path followed by the ice prior to arrival at the pole.

Rothrock et al. (1999) provided the first 'basin-scale' analysis and found that ice draft in the mid-1990s was less than that measured between 1958 and 1977 at every available location (including the North Pole). The change was least (–0.9 m) in the southern Canada Basin and greatest (–1.7 m) in the Eurasian Basin (with an estimated overall error of less than 0.3 m). The decline averaged about 42% of the average 1958 to 1977 thickness. Their study included very few data within the seasonal sea ice zone and none within 300 km of Canada or Greenland.

Subsequent studies indicate that the reduction in ice thickness was not gradual, but occurred abruptly before 1991. Winsor (2001) found no evidence of thinning along 150°W from six spring cruises during 1991 to 1996, but Tucker et al. (2001), using spring observations from 1976 to 1994 along the same meridian, noted a decrease in ice draft sometime between the mid-1980s and early 1990s, with little subsequent change. The observed change in mean draft resulted from a decrease in the fraction of thick ice (draft of more than 3.5 m) and an increase in the fraction of thin ice, which was probably due to reduced storage of multi-year ice in a smaller Beaufort Gyre and the export of 'surplus' via Fram Strait. Yu et al. (2004) presented evidence of a similar change in ice thickness over a wider area. However, ice thickness varies considerably from year to year at a given location and so the rather sparse temporal sampling provided by submarine data makes inferences regarding long-term change difficult.

### 4.4.3.3   Other Evidence of Sea Ice Thickness Change in the Arctic and Antarctic

Haas (2004, and references therein) used ground-based electromagnetic induction measurements to show a decrease of approximately 0.5 m between 1991 and 2001 in the modal thickness (i.e., the most commonly observed thickness) of ice floes in the Arctic Trans-Polar Drift. Their survey of 120 km of ice on 146 floes during four cruises is biased by an absence of ice-free and thin-ice fractions and underestimation of ridged ice, but the data are descriptive of floes that are safe to traverse

in summer, and the observed changes are most likely due to thermodynamic forcing.

An emerging new technique, using satellite radar or laser altimetry to estimate ice freeboard from the measured ranges to the ice and sea surface in open leads (and assuming an average floe density and snow depth), offers promise for future monitoring of large-scale sea ice thickness. Laxon et al. (2003) estimated average arctic sea ice thickness over the cold months (October–March) for 1993 to 2001 from satellite-borne radar altimeter measurements. Their data reveal a realistic geographic variation in thickness (increasing from about 2 m near Siberia to 4.5 m off the coasts of Canada and Greenland) and a significant (9%) interannual variability in winter ice thickness, but no indication of a trend over this time.

There are no available data on change in the thickness of antarctic sea ice, much of which is considerably thinner and less ridged than ice in the Arctic Basin.

### 4.4.3.4   Model-Based Estimates of Change

Physically based sea ice models, forced with winds and temperatures from atmospheric reanalyses and sometimes constrained by observed ice concentration fields, can provide continuous time series of sea ice extent and thickness that can be compared to the sparse observations, and used to interpret the observational record. Models such as those described by Rothrock et al. (2003) and references therein are able to reproduce the observed interannual variations in ice thickness, at least when averaged over fairly large regions. In particular, model studies can elucidate some of the forcing agents responsible for observed changes in ice thickness.

A comparison of various model simulations of historical arctic ice thickness or volume is shown in Figure 4.11. All the models indicate a marked reduction in ice thickness of 0.6 to 0.9 m starting in the late 1980s, but disagree somewhat with respect to trends and/or variations earlier in the century. Most models indicate a maximum in ice thickness in the mid-1960s, with local maxima around 1980 and 1990 as well. There is an emerging suggestion from both models and observations that much of the decrease in thickness occurred between the late 1980s and late 1990s.

It is not possible to attribute the abrupt decrease in thickness inferred from submarine observations entirely to the (rather slow) observed warming in the Arctic, and some of the dramatic decrease may be a consequence of spatial redistribution of ice volume over time (e.g., Holloway and Sou, 2002). Low-frequency, large-scale modes of atmospheric variability (such as interannual changes in circulation connected to the Northern Annular Mode) affect both wind-driving of sea ice and heat transport in the atmosphere, and therefore contribute to interannual variations in ice formation, growth and melt (e.g., Rigor et al., 2002; Dumas et al., 2003).

For the Antarctic, Fichefet et al. (2003) conducted one of the few long-term simulations of ice thickness using observationally based atmospheric forcing covering the period 1958 to 1999. They noted pronounced decadal variability, with area-average



**Figure 4.11.** *Comparison of model-based time series of the annual mean average sea ice thickness anomaly (computed relative to the mean of the entire period) in the Arctic Basin, obtained from a variety of models (redrafted from Rothrock et al., 2003; see this paper for identification of the individual models and their attributes), along with the sea ice volume anomalies in the Arctic Basin (grey curve and right-hand scale; computed by Koeberle and Gerdes, 2003).*

ice thickness varying by ±0.1 m (over a mean thickness of roughly 0.9 m), but no long-term trend.

#### 4.4.3.5    Landfast Ice Changes

Interannual variations in landfast ice thickness for selected stations in northern Canada were analysed by Brown and Coté (1992). At each of the four sites studied, where ice typically thickens to about 2 m at the end of winter, they detected both positive and negative trends in ice thickness, but no spatially coherent pattern. Interannual variation in ice thickness at the end of the season was determined principally by variation in the amount and timing of snow accumulation, not variation in air temperature. An analysis of several half-century records in Siberian seas has provided evidence that trends in landfast ice thickness over the past century in this area have been small, diverse and generally not statistically significant. Some of the variability is correlated with multi-decadal atmospheric variability (Polyakov et al., 2003).

For the Antarctic, a combined record of the seasonal duration of fast ice in the South Orkney Islands (60.6°S, 45.6°W) has been compiled for observations from two correlated sites for the period 1903 to 1992 (Murphy et al., 1995). The ice duration in these coastal locations is linked to the cycle of pack ice extent in the Weddell Sea, and the duration shows a likely decrease of 7.3 days per decade. This decrease is not linear over the 90-year period and occurs within a strong 7- to 9-year cyclical component of variability over the latter 30 to 40 years of the record. Fast ice thickness measurements have been intermittently made at the coastal sites of Mawson (67.6°S, 62.9°E) and Davis (68.6°S, 78.0°E) for about the last 50 years. Although there is no long-term trend in maximum ice thickness,

at both sites there is a trend for the date of maximum thickness to become later at a rate of about four days per decade (Heil and Allison, 2002).

#### 4.4.3.6    Snow on Sea Ice

Warren et al. (1999) analysed 37 years (1954–1991) of snow depth and density measurements made at Soviet drifting stations on multi-year arctic sea ice. They found a weak negative trend for all months, with the largest trend a decrease of 8 cm (23%) over 37 years in May, the month of maximum snow depth.

There are few data on snow cover and distribution in the Antarctic, and none adequate for detecting any trend in snow cover. Massom et al. (2001) collated available ship observations (between 1981 and 1987) to show that average antarctic snow thickness is typically 0.15 to 0.20 m, and varies widely both seasonally and regionally. An important process in the antarctic sea ice zone is the formation of snow-ice, which occurs when a snow loading depresses thin sea ice below sea level, causing seawater flooding of the near-surface snow and subsequent rapid freezing.

#### 4.4.3.7    Assessment of Changes in Sea Ice Thickness

Sea ice thickness is one of the most difficult geophysical parameters to measure at large scales and, because of the large variability inherent in the sea-ice-climate system, evaluation of ice thickness trends from the available observational data is difficult. Nevertheless, on the basis of submarine sonar data and interpolation of the average sea ice thickness in the Arctic Basin from a variety of physically based sea ice models, it is very likely that the average sea ice thickness in the central Arctic

has decreased by up to 1 m since the late 1980s, and that most of this decrease occurred between the late 1980s and the late 1990s. The steady decrease in the area of the summer minimum arctic sea ice cover since the 1980s, resulting in less-thick multi-year ice at the start of the next growth season, is consistent with this. This recent decrease, however, occurs within the context of longer-term decadal variability, with strong maxima in arctic ice thickness in the mid-1960s and around 1980 and 1990, due to both dynamic and thermodynamic forcing of the ice by circulation changes associated with low-frequency modes of atmospheric variability.

There are insufficient data to draw any conclusions about trends in the thickness of antarctic sea ice.

### 4.4.4   Pack Ice Motion

Pack ice motion influences ice mass locally, through deformation and creation of open water areas; regionally, through advection of ice from one area to another; and globally through export of ice from polar seas to lower latitudes where it melts. The drift of sea ice is primarily forced by the winds and ocean currents. On time scales of days to weeks, winds are responsible for most of the variance in sea ice motion. On longer time scales, the patterns of ice motion follow surface currents and the evolving patterns of wind forcing. Here we consider whether there are trends in the pattern of ice motion.

#### *4.4.4.1    Data Sources and Time Periods Covered*

Sea ice motion data are primarily derived from the drift of ships, manned stations and buoys set on or in the pack ice. Although some individual drift trajectories date back to the late 19th century in the Arctic and the early 20th century in the Antarctic, a coordinated observing program did not begin until the International Arctic Buoy Programme (IABP) in the late 1970s. The IABP currently maintains an array of about 25 buoys at any given time and produces gridded fields of ice motion from these using objective analysis (Rigor et al., 2002 and references therein).

Sea ice motion may also be derived from satellite data by estimating the displacement of sea ice features found in two consecutive images from a variety of satellite instruments (e.g., Agnew et al., 1997; Kwok, 2000). The passive microwave sensors provide the longest period of coverage (1979 to present) but their spatial resolution limits the precision of motion estimates. The optimal interpolation of satellite and buoy data (e.g., Kwok et al., 1998) seems to be the most consistent data set to assess interannual variability of sea ice motion.

In the Antarctic, buoy deployments have only been reasonably frequent since the late 1980s. Since 1995, buoy operations have been organised within the World Climate Research Programme (WCRP) International Programme for Antarctic Buoys (IPAB), although spatial and temporal coverage remain poor. A digital atlas of antarctic sea ice has been compiled from two decades of combined passive microwave and IPAB buoy data (Schmitt et al., 2004).

#### *4.4.4.2    Changes in Patterns of Sea Ice Motion and Modes of Climate Variability that Affect Sea Ice Motion*

Gudkovich (1961) hypothesised the existence of two regimes of arctic ice motion driven by large-scale variations in atmospheric circulation. Using a coupled atmosphere-ocean-ice model, Proshutinsky and Johnson (1997) showed that the regimes proposed by Gudkovich (1961) alternated on five- to seven-year intervals. Similarly, Rigor et al. (2002) showed that the changes in the patterns of sea ice motion from the 1980s to the 1990s are related to the Northern Annular Mode (NAM). There is, however, no indication of a long-term trend in ice motion.

In the Antarctic, ice motion undergoes an annual cycle caused by stronger winds in winter. Interannual oscillations are found in all regions, most regularly in the Ross, Amundsen and Bellingshausen Seas with periods of about three to six years (Venegas et al., 2001). These wind-driven ice drift oscillations account for the ice extent oscillations seen in the Antarctic Circumpolar Wave (see Section 3.6.6.2). As for the Arctic, no trend in ice motion is apparent based on the limited data available.

#### *4.4.4.3    Ice Export and Advection*

The sea ice outflow through Fram Strait is a major component of the ice mass balance of the Arctic Ocean. Approximately 14% of the sea ice mass is exported each year through Fram Strait. Vinje (2001) constructed a time series of ice export during 1950 to 2000 using available moored ice-profiling sonar observations and a parametrization based on geostrophic wind. He found substantial inter-decadal variability in export but no trend.

Kwok and Rothrock (1999) assembled an 18-year time series of ice area and volume flux through Fram Strait based on satellite-derived ice motion and concentration estimates. They found a mean annual area flux of $919 \times 10^3$ km$^2$ yr$^{-1}$ (nearly 10% of the Arctic Ocean area), with large interannual variability that is positively correlated in part with the NAM or North Atlantic Oscillation (NAO) index. Using the thickness data of Vinje et al. (1998), they estimated a mean annual volume flux of 2,366 km$^3$. Subsequent modelling by Hilmer and Jung (2000) indicated that the correlation between NAO (or nearly equivalently, the NAM) and Fram Strait ice outflow is somewhat transient, with significant correlation during the period 1978 to 1997, but no correlation during 1958 to 1977 (Figure 4.12). This was a consequence of rather subtle shifts in the spatial pattern of surface pressure (and hence wind) anomalies associated with the NAO. A recent update of this time series (Kwok et al., 2004) to 24 years (ending in 2002) shows only minor variations in the mean volume and area flux and the correlation with NAO persists.

Overall, while there is considerable low-frequency variability in the pattern of sea ice motion, there is no evidence of a trend in either hemisphere.



**Figure 4.12.** *Time series of modelled Fram Strait sea ice area and volume flux, along with the NAO index. Also shown are observational estimates of area flux (Kwok and Rothrock, 1999) and volume flux (Vinje et al., 1998). Reproduced from Hilmer and Jung (2000).*

## 4.5   Changes in Glaciers and Ice Caps

### 4.5.1   Background

Those glaciers and ice caps not immediately adjacent to the large ice sheets of Greenland and Antarctica cover an area between $512 \times 10^3$ and $546 \times 10^3$ km² according to inventories from different authors (Table 4.3); volume estimates differ considerably from $51 \times 10^3$ to $133 \times 10^3$ km³, representing sea level equivalent (SLE) of between 0.15 and 0.37 m. Including the glaciers and ice caps surrounding the Greenland Ice Sheet and West Antarctica, but excluding those on the Antarctic

Peninsula and those surrounding East Antarctica, yields $0.72 \pm 0.2$ m SLE. These new estimates are about 40% higher than those given in IPCC (2001), but area inventories are still incomplete and volume measurements more so, despite increasing efforts.

Glaciers and ice caps provide among the most visible indications of the effects of climate change. The mass balance at the surface of a glacier (the gain or loss of snow and ice over a hydrological cycle) is determined by the climate. At high and mid-latitudes, the hydrological cycle is determined by the annual cycle of air temperature, with accumulation dominating in winter and ablation in summer. In wide parts of the Himalaya most accumulation and ablation occur during summer (Fujita and Ageta, 2000), in the tropics ablation occurs year round and the seasonality in precipitation controls accumulation (Kaser and Osmaston, 2002). A climate change will affect the magnitude of the accumulation and ablation terms and the length of the mass balance seasons. The glacier will then change its extent towards a size that makes the total mass balance (the mass gain or loss over the entire glacier) zero. However, climate variability and the time lag of the glacier response mean that static equilibrium is never attained. Changes in glacier extent lag behind climate changes by only a few years on the short, steep and shallow glaciers of the tropical mountains with year-round ablation (Kaser et al., 2003), but by up to several centuries on the largest glaciers and ice caps with small slopes and cold ice (Paterson, 2004). Glaciers also lose mass by iceberg calving: this does not have an immediate and straightforward link to climate, but general relations to climate can often be discerned. Mass loss by basal melting is considered negligible at a global or large regional scale.

### 4.5.2   Large and Global-Scale Analyses

Records of glacier length changes (WGMS(ICSI-IAHS), various years-a) go far back in time – written reports as far back as 1600 in a few cases – and are directly related to low-frequency climate change. From 169 glacier length records, Oerlemans (2005) compiled mean length variations of glacier tongues for large-scale regions between 1700 and 2000 (Figure 4.13).

**Table 4.3.** *Extents of glaciers and ice caps as given by different authors.*

| Reference | Area (10³ km²) | Volume (10³ km³) | SLE[f] (m) |
|---|---|---|---|
| Raper and Braithwaite, 2005[a,c] | 522 ± 42 | 87 ± 10 | 0.24 ± 0.03 |
| Ohmura, 2004[a,d] | 512 | 51 | 0.15 |
| Dyurgerov and Meier, 2005[a,e] | 546 ± 30 | 133 ± 20 | 0.37 ± 0.06 |
| Dyurgerov and Meier, 2005[b,e] | 785 ± 100 | 260 ± 65 | 0.72 ± 0.2 |
| IPCC, 2001[b] | 680 | 180 ± 40 | 0.50 ± 0.1 |

Notes:
[a]  glaciers and ice caps surrounding Greenland and Antarctic Ice Sheets are excluded.
[b]  glaciers and ice caps surrounding Greenland and West Antarctic Ice Sheets are included.
[c]  volume derived from hypsometry and volume/area scaling within 1° × 1° grid cells.
[d]  volume derived from a statistical relationship between glacier volume and area, calibrated with 61 glacier volumes derived from radio-echo-sounding measurements.
[e]  volume derived from a statistical relationship between glacier volume and area, calibrated with 144 glacier volumes derived from radio-echo-sounding measurements.
[f]  calculated for the ocean surface area of 362 × 10⁶ km².



**Figure 4.13.** *Large-scale regional mean length variations of glacier tongues (Oerlemans, 2005). The raw data are all constrained to pass through zero in 1950. The curves shown are smoothed with the Stineman (1980) method and approximate this. Glaciers are grouped into the following regional classes: SH (tropics, New Zealand, Patagonia), northwest North America (mainly Canadian Rockies), Atlantic (South Greenland, Iceland, Jan Mayen, Svalbard, Scandinavia), European Alps and Asia (Caucasus and central Asia).*

Although much local, regional and high-frequency variability is superimposed, the smoothed series give an apparently homogeneous signal. General retreat of glacier tongues started after 1800, with considerable mean retreat rates in all regions after 1850 lasting throughout the 20th century. A slow down of retreat between about 1970 and 1990 is more evident in the raw data (Oerlemans, 2005). Retreat was again generally rapid in the 1990s; the Atlantic and the SH curves reflect precipitation-driven growth and advances of glaciers in western Scandinavia and New Zealand during the late 1990s (Chinn et al., 2005).

Records of directly measured glacier mass balances are few and stretch back only to the mid-20th century. Because of the very intensive fieldwork required, these records are biased towards logistically and morphologically 'easy' glaciers. Uncertainty in directly measured annual mass balance is typically ±200 kg m$^{-2}$ yr$^{-1}$ due to measurement and analysis errors (Cogley, 2005). Mass balance data are archived and distributed by the World Glacier Monitoring Service (WGMS/ICSI-IAHS), various years-b). From these and from several other new and historical sources, quality checked time series of the annual mean specific mass balance (the total mass balance of a glacier or ice cap divided by its total surface area) for about 300 individual glaciers have been constructed, analysed and presented in three databases (Ohmura, 2004; Cogley, 2005; Dyurgerov and Meier, 2005). Dyurgerov and Meier (2005) also incorporated recent findings from repeat altimetry of glaciers and ice caps in Alaska (Arendt et al., 2002) and Patagonia (Rignot et al., 2003). Only a few individual series stretch over the entire period. From these statistically small samples, global estimates have been obtained as five-year (pentadal) means by arithmetic averaging (C05a in Figure 4.14), area-weighted averaging (DM05 and O04) and

spatial interpolation (C05i). Although mass balances reported from individual glaciers include the effect of changing glacier area, deficiencies in the inventories do not allow for general consideration of area changes. The effect of this inaccuracy is considered minor. Table 4.4 summarises the data plotted in Figure 4.14.

The time series of globally averaged mean specific mass balance from different authors have very similar shapes despite some offsets in magnitude. Around 1970, mass balances were close to zero or slightly positive in most regions (Figure 4.15) and close to zero in the global mean (Figure 4.14), indicating near-equilibration with climate after the strong earlier mass loss. This gives confidence that the glacier wastage in the late 20th century is essentially a response to post-1970 global warming (Greene, 2005). Strong mass losses are indicated for the 1940s but uncertainty is great since the arithmetic mean values (C05a in Figure 4.14) are from only a few glaciers. The most recent period consists of four years only (2000/2001–2003/2004) and does not cover all regions completely. The shortage of data from Alaska and Patagonia likely causes a positive bias on the area-weighted and interpolated analyses (DM05, O04, C05i) due to the large ice areas in these regions. There is probably also a negative bias in the arithmetic mean (C05a), due to the strongly negative northern mid-latitudes mass balances in 2002/2003, particularly in the European Alps (Zemp et al., 2005). Mass loss rates for 1990/1991 to 2003/2004 are roughly double those for 1960/1961 to 1989/1990 (Table 4.4).

Over the last half century, both global mean winter accumulation and summer melting have increased steadily (Ohmura, 2004; Dyurgerov and Meier, 2005; Greene, 2005). At least in the NH, winter accumulation and summer melting correlate positively with hemispheric air temperature, whereas the mean specific mass balance correlates negatively with hemispheric air temperature (Greene, 2005). Dyurgerov and Dwyer (2000) analysed time series of 21 NH glaciers and found a rather uniformly increased mass turnover rate, qualitatively consistent with moderately increased precipitation and substantially increased low-altitude melting. This general trend is also indicated for Alaska (Arendt et al., 2002), the Canadian Arctic Archipelago (Abdalati et al., 2004) and Patagonia (Rignot et al., 2003).

Regional analyses by Dyurgerov and Meier (2005) show strongest negative mean specific mass balances in Patagonia, the northwest USA and southwest Canada, and Alaska, with losses especially rapid in Patagonia and Alaska after the mid-1990s (Figure 4.15a). A cumulative mean specific mass balance of –10 × 10³ kg m$^{-2}$ corresponds to a loss of 10 m of water, or about 11 m of ice, averaged over the glacier area; cumulative losses in Patagonia since 1960 are approximately 40 m of ice thickness averaged over the glaciers. Only Europe showed a mean value close to zero, with strong mass losses in the Alps compensated by mass gains in maritime Scandinavia until the end of the 20th century. High spatial variability in climate and, thus, in glacier variations, also exists in other large regions such as in the high mountains of Asia (Liu et al., 2004; Dyurgerov

**Table 4.4.** *Global average mass balance of glaciers and ice caps for different periods, showing mean specific mass balance (kg m$^{-2}$ yr$^{-1}$); total mass balance (Gt yr$^{-1}$); and SLE (mm yr$^{-1}$) derived from total mass balance and an ocean surface area of 362 × 10$^6$ km$^2$. Values for glaciers and ice caps excluding those around the ice sheets (total area 546 × 10$^3$ km$^2$) are derived from MB values in Figure 4.14. Values for glaciers and ice caps including those surrounding Greenland and West Antarctica (total area 785.0 × 10$^3$ km$^2$) are modified from Dyurgerov and Meier (2005) by applying pentadal DM05 to MB ratios. Uncertainties are for the 90% confidence level. Sources: Ohmura (2004), Cogley (2005) and Dyurgerov and Meier (2005), all updated to 2003/2004.*

| Period | Mean Specific Mass Balance[a] (kg m$^{-2}$ yr$^{-1}$) | Total Mass Balance[a] (Gt yr$^{-1}$) | Sea Level Equivalent[a] (mm yr$^{-1}$) | Mean Specific Mass Balance[b] (kg m$^{-2}$ yr$^{-1}$) | Total Mass Balance[b] (Gt yr$^{-1}$) | Sea Level Equivalent[b] (mm yr$^{-1}$) |
|---|---|---|---|---|---|---|
| 1960/1961–2003/2004 | –283 ± 102 | –155 ± 55 | 0.43 ± 0.15 | –231 ± 82 | –182 ± 64 | 0.50 ± 0.18 |
| 1960/1961–1989/1990 | –219 ± 92 | –120 ± 50 | 0.33 ± 0.14 | –173 ± 73 | –136 ± 57 | 0.37 ± 0.16 |
| 1990/1991–2003/2004 | –420 ± 121 | –230 ± 66 | 0.63 ± 0.18 | –356 ± 101 | –280 ± 79 | 0.77 ± 0.22 |

Notes:
[a] Excluding glaciers and ice caps around ice sheets
[b] Including glaciers and ice caps around ice sheets



**Figure 4.14.** *Pentadal (five-year) average mass balance of the world's glaciers and ice caps excluding those around the ice sheets of Greenland and Antarctica. Mean specific mass balance (left axis) is converted to total mass balance and to SLE (right axis) using the total ice surface area of 546 × 10$^3$ km$^2$ (Table 4.3) and the ocean surface area of 362 × 10$^6$ km$^2$. C05a is an arithmetic mean over all annual measurements within each pentade (Cogley, 2005); the grey envelope is the 90% confidence level of the C05a data and represents the spatial variability of the measured mass balances. The number of measurements in each time period is given at the top of the graph. C05i is obtained by spatial interpolation (Cogley, 2005), while DM05 (Dyurgerov and Meier, 2005) and O04 (Ohmura, 2004) are area-weighted global numbers. MB is the arithmetic mean of C05i, DM05 and O04, and its uncertainty (red shading) combines the spatial variability and the structural uncertainty calculated for the 90% confidence level. This does not include uncertainties that derive from uncertainties in the glacier area inventories. The authors performed area weighting and spatial interpolation only after 1960, when up to 100 measured mass balances were available. The most recent period consists of four years only (2000/2001 to 2003/2004).*

and Meier, 2005). Values for Patagonia and Alaska are mainly derived from altimetry evaluations made by Arendt et al. (2002) and Rignot et al. (2003), and authors of both papers note that the observed mass losses cannot be explained by surface mass loss only, but also include increased ice discharge due to enhanced ice velocity. The latter, in turn, has possibly been triggered by previous negative mass balances of glaciers calving icebergs, as well as by increased melt water production that enhances basal sliding. Some glaciers exhibit quasi-periodic internal instabilities (surging), which can affect data from those glaciers (Arendt et al., 2002; Rignot et al., 2003), but these effects are expected to average very close to zero over large regions and many years or decades. Because of a lack of suitable information, the temporal variation of the mass loss of the Patagonian ice fields has been interpolated to match the time series of Alaskan mass balances assuming similar climate regimes (Dyurgerov and Meier, 2005).

The surface mass balance of snow and ice is determined by a complex interaction of energy fluxes towards and away from the surface and the occurrence of solid precipitation. Nevertheless, glacier fluctuations show a strong statistical correlation with air temperature at least at a large spatial scale throughout the 20th century (Greene, 2005), and a strong physical basis exists to explain why warming would cause mass loss (Ohmura, 2001). Changes in snow accumulation also matter, and may dominate in response to strong circulation changes or when temperature is not changing greatly. For example, analyses of glacier mass balances, volume changes, length variations and homogenised temperature records for the western portion of the European Alps (Vincent et al., 2005) clearly indicate the role of precipitation changes in glacier variations in the 18th and 19th centuries. Similarly, Nesje and Dahl (2003) explained glacier advances in southern Norway in the early 18th century as being due to increased winter precipitation rather than colder temperatures.

Total mass balances are the integration of mean specific mass balances (which have a climate signal) over the existing glacier area. Consequently, the biggest mass losses and, thus, contributions to sea level rise are from Alaska with 0.11 mm yr$^{-1}$ SLE from 1960/1961 to 1989/1990 and 0.24 mm yr$^{-1}$ SLE from 1990/1991 to 2002/2003, the Arctic (0.09 and 0.19), and the high mountains of Asia (0.08 and 0.10) (Figure 4.15b).



Figure 4.15. Cumulative mean specific mass balances (a) and cumulative total mass balances (b) of glaciers and ice caps, calculated for large regions (Dyurgerov and Meier, 2005). Mean specific mass balance shows the strength of climate change in the respective region. Total mass balance is the contribution from each region to sea level rise.

### 4.5.3   Special Regional Features

Although reports on individual glaciers or limited glacier areas support the global picture of ongoing strong ice shrinkage in almost all regions, some exceptional results indicate the complexity of both regional- to local-scale climate and respective glacier regimes.

For glaciers in the dry and cold Taylor Valley, Antarctica, Fountain et al. (2004) hypothesised that an increase in average air temperature of 2°C alone can explain the observed glacier advance through ice softening.

Altimetric measurements in Svalbard suggested a small ice cap growth (Bamber et al., 2004), however, an alternative evaluation of mass balance processes indicates a slight sea level contribution of 0.01 mm yr$^{-1}$ for the last three decades of the 20th century (Hagen et al., 2003). Svalbard glaciers were recently close to balance, which is exceptional for the Arctic.

In Scandinavia, Norwegian coastal glaciers, which advanced in the 1990s due to increased accumulation in response to a positive phase of the NAO (Nesje et al., 2000), started to shrink around 2000 as a result of a combination of reduced winter accumulation and greater summer melting (Kjøllmoen, 2005). Norwegian glacier tongues farther inland have retreated continuously at a moderate rate. Warming is also indicated by a change in temperature distribution in northern Sweden's Storglaciären where, between 1989 and 2001, 8.3 m of the cold surface layer (or 22% of the long-term average thickness of this cold layer) warmed to the melting point. This is attributed

primarily to increased winter temperatures yielding a longer melt season; summer ablation was normal (Pettersson et al., 2003). As with coastal Scandinavia, glaciers in the New Zealand Alps advanced during the 1990s, but have started to shrink since 2000. Increased precipitation may have caused the glacier growth (Chinn et al., 2005).

In the European Alps, exceptional mass loss during 2003 removed an average of 2,500 kg m$^{-2}$ yr$^{-1}$ over nine measured Alpine glaciers, almost 60% higher than the previous record of 1,600 kg m$^{-2}$ yr$^{-1}$ loss in 1996 and four times more than the mean loss from 1980 to 2001 (600 kg m$^{-2}$ yr$^{-1}$; Zemp et al., 2005). This was caused by extraordinarily high air temperatures over a long period, extremely low precipitation, and albedo feedback from Sahara dust depositions and a previous series of negative mass balance years (see Box 3.6.).

Whereas glaciers in the Asian high mountains have generally shrunk at varying rates (Su and Shi, 2002; Ren et al., 2004; Solomina et al., 2004; Dyurgerov and Meier, 2005), several high glaciers in the central Karakoram are reported to have advanced and/or thickened at their tongues (Hewitt, 2005), probably due to enhanced precipitation.

Tropical glaciers have shrunk from a maximum in the mid-19th century, following the global trend (Figure 4.16). Strong shrinkage rates in the 1940s were followed by relatively stable extents that lasted into the 1970s. Since then, shrinkage has become stronger again; as in other mountain ranges, the smallest glaciers are more strongly affected. Since the publication of IPCC (2001), evidence has increased that changes in the mass balance of tropical glaciers are mainly driven by coupled changes in energy and mass fluxes related to interannual variations of regional-scale hygric seasonality (Wagnon et al., 2001; Francou et al., 2003, 2004). Variations in atmospheric moisture content affect incoming solar radiation, precipitation and albedo, atmospheric longwave emission, and sublimation (Wagnon et al., 2001; Kaser and Osmaston, 2002; Mölg et al., 2003a; Favier et al., 2004; Mölg and Hardy, 2004; Sicart et al., 2005). At a large scale, the mass balance of tropical glaciers strongly correlates with tropical sea surface temperature anomalies and related atmospheric circulation modes (Francou et al., 2003, 2004; Favier et al., 2004). Glaciers on Kilimanjaro behaved exceptionally throughout the 20th century (Figure 4.16). The geometry of the volcano and the dry climate above the freezing level maintain vertical ice walls around the tabular ice on the summit plateau and these retreat at about 0.9 m yr$^{-1}$ (Thompson et al., 2002) forced by solar radiation (Mölg et al., 2003b). Their retreat is responsible for the steady shrinkage of the ice area on the summit plateau (Figure 4.16, insert) (Cullen et al., 2006). In contrast, the slope glaciers, which extend from the plateau rim onto the steep slopes of the volcano, decreased strongly at the beginning of the 20th century, but more slowly recently. This shrinkage is interpreted as an ongoing response to a dramatic change from a wetter to a drier regime, supposedly around 1880, and a subsequent negative trend in mid-troposphere atmospheric moisture content over East Africa (Cullen et al., 2006).



**Figure 4.16.** *Changes in the surface area of tropical glaciers relative to their extent around 1900, grouped according to different glacier sizes. The sizes are given for 1990 or the closest available date to 1990. The broken red line highlights the retreat of Kilimanjaro glaciers. The insert shows the area change (km²) of the Kilimanjaro plateau (red) and slope (purple) glaciers as separated by the 5,700 m contour line (Kaser and Osmaston, 2002 (updated courtesy of S. Lieb); Mölg et al., 2003b; Georges, 2004; Hastenrath, 2005; Cullen et al., 2006; Klein and Kincaid, 2006).*

## 4.6   Changes and Stability of Ice Sheets and Ice Shelves

New and improved observational techniques, and extended time series, reveal changes in many parts of the large ice sheets. Greenland has experienced mass loss recently in response to increases in near-coastal melting and in ice flow velocity more than offsetting increases in snowfall. Antarctica appears to be losing mass at least partly in response to recent ice flow acceleration in some near-coastal regions, although with greater uncertainty in overall balance than for Greenland. Shortcomings in forcing, physics and resolution in comprehensive ice flow models have prevented them from fully capturing the ice flow changes.

### 4.6.1   Background

The ice sheets of Greenland and Antarctica hold enough ice to raise sea level about 64 m if fully melted (Bamber et al., 2001; Lythe et al., 2001). Even a modest change in ice sheet balance could strongly affect future sea level and freshwater flux to the oceans, with possible climatic implications. These ice sheets consist of vast central reservoirs of slow-moving ice drained by rapidly moving, ice-walled ice streams or rock-walled outlet glaciers typically flowing into floating ice shelves or narrower ice tongues, or directly into the ocean. Ice shelves often form in embayments, or run aground on local bedrock highs to produce ice rumples or ice rises, and friction with embayment sides or local grounding points helps restrain the motion of the ice shelves and their tributaries. About half of the ice lost from Greenland is by surface melting and runoff into the sea, but surface melting is much less important to the mass balance of Antarctica. Dynamics of the slow-moving ice and of ice shelves are reasonably well understood and can be modelled adequately, but this is not so for fast-moving ice streams and outlet glaciers. Until recently (including IPCC, 2001), it was assumed that velocities of these outlet glaciers and ice streams cannot change rapidly, and impacts of climate change were estimated primarily as changes in snowfall and surface melting. Recent observations show that outlet glacier and ice stream speeds can change rapidly, for reasons that are still under investigation. Consequently, this assessment will not adequately quantify such effects.

### 4.6.2   Mass Balance of the Ice Sheets and Ice Shelves

The current state of balance of the Greenland and Antarctic Ice Sheets is discussed here, focussing on the substantial progress made since IPCC (2001). Possible future changes are considered in Chapter 10, and in Chapter 19 of the Working Group II contribution to the IPCC Fourth Assessment Report.

### *4.6.2.1   Techniques*

Several techniques are used to measure the mass balance of large ice masses. The mass budget approach compares input from snow accumulation with output from ice flow and melt water runoff. Repeated altimetry measures surface elevation changes. Temporal variations in gravity over the ice sheets reveal mass changes. Changes in day length and in the direction of the Earth's rotation axis also reveal mass redistribution.

#### *4.6.2.1.1   Mass budget*

Snow accumulation is often estimated from annual layering in ice cores, with interpolation between core sites using satellite microwave measurements or radar sounding (Jacka et al., 2004). Increasingly, atmospheric modelling techniques are also applied (e.g., Monaghan et al., 2006). Ice discharge is calculated from radar or seismic measurements of ice thickness, and from *in situ* or remote measurements of ice velocity, usually where the ice begins to float and velocity is nearly depth-independent. A major advance since IPCC (2001) has been widespread application of Interferometric Synthetic Aperture Radar (InSAR) techniques from satellites to measure ice velocity over very large areas of the ice sheets (e.g., Rignot et al., 2005). Calculation of mass discharge also requires estimates for runoff of surface melt water, which is large for low-elevation regions of Greenland and parts of the Antarctic Peninsula but small or zero elsewhere on the ice sheets. Surface melt amounts usually are estimated from modelling driven by atmospheric reanalyses, global models or climatology, and often calibrated against surface observations where available (e.g., Hanna et al., 2005; Box et al., 2006). The typically small mass loss by melting beneath grounded ice is usually estimated from models. Mass loss from melting beneath ice shelves can be large, and is difficult to measure; it is generally calculated as the remainder after accounting for other mass inputs and outputs.

Ice sheet mass inputs and outputs are difficult to estimate with high accuracy. For example, van de Berg et al. (2006) summarised six estimates of net accumulation on the grounded section of Antarctica published between 1999 and 2006, which ranged from 1,811 to 2,076 Gt yr$^{-1}$ or ±7% about the midpoint. Transfer of 360 Gt of grounded (non-floating) ice to the ocean would raise sea level about 1 mm. Uncertainty in the Greenland accumulation rate is probably about 5% (Hanna et al., 2005; Box et al., 2006). Although broad InSAR coverage and progressively improving estimates of grounding-line ice thickness have substantially improved ice discharge estimates, incomplete data coverage implies uncertainties in discharge estimates of a few percent. Uncorrelated errors of 5% on input and output would imply mass budget uncertainties of about 40 Gt yr$^{-1}$ for Greenland and 140 Gt yr$^{-1}$ for Antarctica. Large interannual variability and trends also complicate interpretation. Box et al. (2006) estimated average accumulation on the Greenland Ice Sheet of 543 Gt yr$^{-1}$ from 1988 to 2004, but with an annual minimum of 482 Gt yr$^{-1}$, a maximum of 613 Gt yr$^{-1}$ and a

best-fit linear trend yielding an increase of 68 Gt yr$^{-1}$ during the period. Glacier velocities can change substantially, sometimes in months or years, adding to the overall uncertainty of mass budget calculations.

### 4.6.2.1.2   Repeated altimetry

Surface elevation changes reveal ice sheet mass changes after correction for changes in depth-density profiles and in bedrock elevation, or for hydrostatic equilibrium if the ice is floating. Satellite radar altimetry (SRALT) has been widely used to estimate elevation changes (Shepherd et al., 2002; Davis et al., 2005; Johannessen et al., 2005; Zwally et al., 2006), together with laser altimetry from airplanes (Krabill et al., 2004) and from the Ice, Cloud and land Elevation Satellite (ICESat; Thomas et al., 2006). Modelled corrections for isostatic changes in bedrock elevation are small (a few millimetres per year), but with uncertainties nearly as large as the corrections in some cases (Zwally et al., 2006). Corrections for near-surface firn density changes are larger (>10 mm yr$^{-1}$; Cuffey, 2001) and also uncertain.

Radar altimetry has provided long-term and widespread coverage for more than a decade, but with important challenges (described by Legresy et al., 2006). The available SRALT data are from altimeters with a beam width of 20 km or more, designed and demonstrated to make accurate measurements over the almost flat, horizontal ocean. Data interpretation is more complex over sloping, undulating ice sheet surfaces with spatially and temporally varying dielectric properties and thus penetration into near-surface firn. Empirical corrections are applied for some of these effects, and for inter-satellite biases. The correction for the offset between the European Remote Sensing Satellite (ERS-1 and ERS-2) altimeters is reported by Zwally et al. (2006) to affect mass change estimates for the interval 1992 to 2002 by about 50 Gt yr$^{-1}$ for Greenland, and to differ from the corresponding correction of Johannessen et al. (2005) by about 20 Gt yr$^{-1}$, although some of this difference may reflect differences in spatial coverage of the studies combined with spatial dependence of the correction. Changes in surface dielectric properties affect the returned waveform and thus the measured range, so a correction is made for elevation changes correlated to returned-power changes. This effect is small averaged over an ice sheet but often of the same magnitude as the remaining signal at a point, and could remove part or all of the signal if climate change affected both elevation and surface character, hence returned power.

The SRALT tracking algorithms use leading edges of reflected radar waveforms, thus primarily sampling higher-elevation parts of the large footprint. This probably introduces only small errors over most of an ice sheet, where surfaces are nearly flat. However, glaciers and ice streams often flow in surface depressions that can be narrower than the radar footprint, so that SRALT-derived elevation changes are weighted towards slower-moving ice at the glacier sides (Thomas et al., 2006). This is of most concern in Greenland, where other studies show thinning along outlet glaciers just a few kilometres wide

(Abdalati et al., 2001). Elevation-change estimates from SRALT have not been validated against independent data except at higher elevations, where surfaces are nearly flat and horizontal and dielectric properties nearly unchanging (Thomas et al., 2001). Although SRALT coverage is lacking within 900 km of the poles, and some data are lost in steep regions, coverage has now been achieved for about 90% of the Greenland Ice Sheet and 80% of the Antarctic Ice Sheet (Zwally et al., 2006) (Figure 4.19).

Laser altimeters reduce some of the difficulties with SRALT by having negligible penetration of near-surface layers and a smaller footprint (about 1 m for airborne laser, and 60 m for ICESat). However, clouds limit data acquisition, and accuracy is affected by atmospheric conditions and particularly by laser pointing errors. Airborne surveys over Greenland in 1993/1994 and 1998/1999 yielded estimates of elevation change accurate to ±14 mm yr$^{-1}$ along survey tracks (Krabill et al., 2002). However, the large gaps between flight lines must be filled, often by simple interpolation in regions of weak variability or by interpolation using physical models in more complex regions (Krabill et al., 2004; Figure 4.17).

### 4.6.2.1.3   Geodetic measurements, including measurement of temporal variations in Earth gravity

Since 2002, the Gravity Recovery and Climate Experiment (GRACE) satellite mission has been providing routine measurement of the Earth's gravity field and its temporal variability. After removing the effects of tides, atmospheric loading, etc., high-latitude data contain information on temporal changes in the mass distribution of the ice sheets and underlying rock (Velicogna and Wahr, 2005). Estimates of ice sheet mass balance are sensitive to modelled estimates of bedrock vertical motion, primarily arising from response to changes in mass loading from the end of the last ice age. Velicogna and Wahr (2005) estimated a correction for Greenland Ice Sheet mass balance of 5 ± 17 Gt yr$^{-1}$ for the bedrock motion, with an equivalent value of 177 ± 73 Gt yr$^{-1}$ for Antarctica (Velicogna and Wahr, 2006). (Note that stated uncertainties for ice sheet mass balances referenced to published papers are given here as published. Some papers include error terms that were estimated without formal statistical derivations, and other papers note omission of estimates for certain possible systematic errors, so that these as-published errors generally cannot be interpreted as representing any specific confidence interval such as 5 to 95%.)

Other geodetic data provide constraints on mass changes at high latitudes. These data include the history of changing length of day from eclipse records, the related ongoing changes in the spherical-harmonic coefficients of the geopotential, and true polar wander (changes in the planet's rotation vector; Peltier, 1998; Munk, 2002; Mitrovica et al., 2006). At present, unique solutions are not possible from these techniques, but hypothesised histories of ice sheet changes can be tested against the data for consistency, and progress is rapidly being made.

#### 4.6.2.2    Measured Balance of the Ice Sheets and Ice Shelves

Mass balance of the large ice sheets was summarised by Rignot and Thomas (2002) and Alley et al. (2005a).

##### 4.6.2.2.1    Greenland

Many recent studies have addressed Greenland mass balance. They yield a broad picture (Figure 4.17) of inland thickening (Thomas et al., 2001; Johannessen et al., 2005; Thomas et al., 2006; Zwally et al., 2006), faster near-coastal thinning primarily in the south along fast-moving outlet glaciers (Abdalati et al., 2001; Rignot and Kanagaratnam, 2006), and a recent acceleration in overall shrinkage.

Analysis of GRACE data showed total losses of 75 ± 26 Gt yr$^{-1}$ between April 2002 and July 2004 (Velicogna and Wahr, 2005). Ramillien et al. (2006), also working from GRACE data, found a mass loss of 129 ± 15 Gt yr$^{-1}$ for July 2002 to March 2005. Because of the low spatial resolution of GRACE, these include losses from isolated mountain glaciers and ice caps near the coast, whereas the results discussed here do not.

Mass loss from the ice sheet surface (net snow accumulation minus melt water runoff) has increased recently. Box et al. (2006) used calibrated atmospheric modelling and a single approximation for ice flow discharge to estimate average ice sheet mass loss of more than 100 Gt yr$^{-1}$ during 1988 to 2004; they also found acceleration of surface mass loss during this interval of 43 Gt yr$^{-1}$. A similar analysis by Hanna et al. (2005) for 1961 to 2003 found somewhat higher net accumulation but similar trends, with ice sheet growth of 22 ± 51 Gt yr$^{-1}$ from 1961 to 1990, shifting to shrinkage of 14 ± 55 Gt yr$^{-1}$ from 1993 to 1998 and shrinkage of 36 ± 59 Gt yr$^{-1}$ from 1998 to 2003. Again, ice flow acceleration was not included in these estimates.

In a study especially using SRALT but incorporating laser elevation measurements from aircraft and a correction for the effect of changing temperature on near-surface density, Zwally et al. (2006) estimated slight growth of the ice sheet by 11 ± 3 Gt yr$^{-1}$ from 1992 to 2002. However, they noted that mass loss of 18 ± 2 Gt yr$^{-1}$ would be indicated if the thickness changes at higher elevations are largely low-density firn rather than high-density ice, as might apply if the effects of increasing accumulation rate were also taken into account (Hanna et al., 2005; Box et al., 2006). The more spatially limited results of Johannessen et al. (2005) from the same radar data indicated slightly less shrinkage or slightly more growth than found by Zwally et al. (2006) in regions of overlap. Krabill et al. (2000) also found thickening of central regions (~10 mm yr$^{-1}$) from laser measurements covering 1993/1994 to 1998/1999.

Krabill et al. (2004) used repeat laser altimetry and modelled surface mass balance to estimate mass loss of about 45 Gt yr$^{-1}$ from 1993/1994 to 1998/1999, with acceleration to a loss of 73 ± 11 Gt yr$^{-1}$ during the overlapping interval 1997 to 2003. These values may underestimate total losses, because they do not take account of rapid thinning in sparsely surveyed regions such as the southeast, where mass budget studies show large losses (Rignot and Kanagaratnam, 2006). Thomas et al. (2006)



**Figure 4.17.** *Rates of surface elevation change (dS/dt) derived from laser altimeter measurements at more than 16,000 locations on the Greenland Ice Sheet where ICESat data from 2005 overlay aircraft surveys in 1998/1999 (using methods described by Thomas et al., 2006). Locations of rapidly thinning outlet glaciers at Jakobshavn (J), Kangerdlugssuaq (K), Helheim (H) and along the southeast coast (SE) are shown, together with an inset showing their estimated total mass balance (**M**, Gt yr$^{-1}$) between 1996 and 2005 (Rignot and Kanagaratnam, 2006).*

extended these results to 2004 using ICESat data to include approximate corrections for density changes in the near surface. Results showed ice sheet mass loss of 27 ± 23 Gt yr$^{-1}$ for 1993/1994 to 1998/1999, loss of 55 ± 25 Gt yr$^{-1}$ for 1997 to 2003, with an updated loss of 81 ± 24 Gt yr$^{-1}$ from 1998/1999 to 2004.

Rignot and Kanagaratnam (2006) combined several data sets, with special focus on the acceleration in velocity of outlet glaciers measured by Synthetic Aperture Radar (SAR) interferometry. Starting from an estimated excess ice flow discharge of 51 ± 28 Gt yr$^{-1}$ in 1996, these authors estimated that the ice flow loss increased to 83 ± 27 Gt yr$^{-1}$ in 2000 and 150 ± 36 Gt yr$^{-1}$ in 2005. Adding surface mass balance deviations

from the long-term average as calculated by Hanna et al. (2005) yielded mass losses of $82 \pm 28$ Gt yr$^{-1}$ in 1996, $124 \pm 28$ Gt yr$^{-1}$ in 2000 and $202 \pm 37$ Gt yr$^{-1}$ in 2005. The more pronounced ice flow accelerations were restricted to regions south of 66°N before 2000 but extended to 70°N by 2005. These estimates of rapid mass loss would be reduced somewhat if ice surface velocities are higher than depth-averaged velocities, which may apply in some places.

Greenland Ice Sheet mass balance estimates are summarised in Figure 4.18 (top). Most results indicate accelerating mass loss from Greenland during the 1990s up to 2005. The different estimates are not fully independent (there is, for example, some commonality in the isostatic corrections used for GRACE and altimetry estimates, and other overlaps can be found), but sufficient independence remains to increase confidence in the result. Different techniques have not fully converged quantitatively, with mismatches larger than formal error estimates suggesting structural uncertainties in the analyses, some of which were discussed above. The SRALT results showing overall near-balance or slight thickening, in contrast to other estimates, may result from the SRALT limitations over narrow glaciers discussed earlier.

Assessment of the data and techniques suggests a mass balance for the Greenland Ice Sheet ranging between growth of 25 Gt yr$^{-1}$ and shrinkage of 60 Gt yr$^{-1}$ for 1961 to 2003, shrinkage of 50 to 100 Gt yr$^{-1}$ for 1993 to 2003 and shrinkage at even higher rates between 2003 and 2005. Lack of agreement between techniques and the small number of estimates preclude assignment of statistically rigorous error bounds. Interannual variability is very large, driven mainly by variability in summer melting, but also by sudden glacier accelerations (Rignot and Kanagaratnam, 2006). Consequently, the short time interval covered by instrumental data is of concern in separating fluctuations from trends.

### 4.6.2.2.2    Antarctica

Recent estimates of Antarctic Ice Sheet mass balance are summarised in Figure 4.18 (bottom). Rignot and Thomas (2002) combined several data sets including improved estimates of glacier velocities from InSAR to obtain antarctic mass budget estimates. For East Antarctica, growth of $20 \pm 21$ Gt yr$^{-1}$ was indicated, with estimated losses of $44 \pm 13$ Gt yr$^{-1}$ from West Antarctica. The balance of the Antarctic Peninsula was not assessed. Combining the East and West Antarctic numbers yielded a loss of $24 \pm 25$ Gt yr$^{-1}$ for the region monitored. The time interval covered by these estimates is not tightly constrained, because ice input was estimated from data sets of varying length; output data were determined primarily in the few years before 2002.

Zwally et al. (2006) obtained SRALT coverage for about 80% of the ice sheet, including some portions of the Antarctic Peninsula, and interpolated to the rest of the ice sheet. The resulting balance included West Antarctic loss of $47 \pm 4$ Gt yr$^{-1}$, East Antarctic gain of $17 \pm 11$ Gt yr$^{-1}$ and overall loss of $30 \pm 12$ Gt yr$^{-1}$. If all the ice thickness changes were low-density firn rather than ice, the loss would be smaller ($14 \pm 5$ Gt yr$^{-1}$).



**Figure 4.18.** *(Top) Mass balance estimates for Greenland. The coloured rectangles, following Thomas et al. (2006), indicate the time span over which the measurements apply and the estimated range, given as (mean + uncertainty) and (mean – uncertainty) as reported in the original papers. Code: B (orange; Box et al, 2006), surface mass balance, using stated trend in accumulation, ice flow discharge (assumed constant), with added arrow indicating additional loss from ice flow acceleration; H (brown; Hanna et al., 2005), surface mass balance, with arrow as for B; T (dark green; Thomas et al., 2006), laser altimetry, showing new results and revision of Krabill et al. (2004) to include firn densification changes; Z (violet; Zwally et al., 2006), primarily radar altimetry, with uncertainty reflecting the difference between a thickness change due to ice everywhere and that due to low-density firn in the accumulation zone; R (red; Rignot and Kanagaratnam, 2006), ice discharge combined with surface mass balance; V (blue; Velicogna and Wahr, 2005) GRACE gravity; RL (blue; Ramillen et al., 2006) GRACE gravity; J (magenta dashed; Johannessen et al., 2005), radar altimetry without firn densification correction and applying only to central regions that are thickening but omitting thinning of coastal regions. (Bottom) Mass balance estimates for grounded ice of Antarctica. Coloured rectangles show age span and error range as in the top panel. Code: Z (violet; Zwally et al., 2006), radar altimetry, with uncertainty reflecting the difference between a thickness change due to ice everywhere and that due to low-density firn everywhere; RT (dark green; Rignot and Thomas, 2002), ice discharge and surface mass balance, with dashed end line because some of the accumulation rate data extend beyond the time limits shown; RT2 (dark green; Rignot and Thomas, 2002), updated to include additional mass losses indicated by Thomas et al. (2004) and Rignot et al. (2005), dashed because the original authors did not produce this as an estimate for the whole ice sheet nor are accumulation rates updated; V (blue; Velicogna and Wahr, 2006), GRACE gravity; RL (blue; Ramillen et al., 2006), GRACE gravity.*



**Figure 4.19.** *Rates of surface elevation change (dS/dt) derived from ERS radar-altimeter measurements between 1992 and 2003 over the Antarctic Ice Sheet (Davis et al., 2005). Locations of ice shelves estimated to be thickening or thinning by more than 30 cm yr$^{-1}$ (Zwally et al., 2006) are shown by red triangles (thickening) and purple triangles (thinning).*

Davis et al. (2005) compiled SRALT data for about 70% of the ice sheet, and did not interpolate to the rest. The same pattern of East Antarctic thickening and West Antarctic thinning was observed (Figure 4.19). Davis et al. (2005) suggested that the East Antarctic change was primarily from increased snowfall. Assigning all thickness change to low-density firn produces growth of the monitored portions of the ice sheet of 45 ± 8 Gt yr$^{-1}$; if all thickness changes were ice, this growth would be 105 ± 20 Gt yr$^{-1}$. Following the suggestion that the East Antarctic changes are from increased snow accumulation and the West Antarctic changes are more likely to be ice-dynamical would yield growth of monitored regions of 33 ± 9 Gt yr$^{-1}$. Note, however, that Monaghan et al. (2006) did not find the strong increase in snow accumulation suggested by Davis et al. (2005) in arguing for use of low-density firn in East Antarctic changes.

Rignot et al. (2005) documented discharges 84 ± 30% larger than accumulation rates for the glaciers that feed the Wordie Ice Shelf on the west coast of the northern Antarctic Peninsula (which shrank greatly between 1966 and 1989), a region largely absent from the SRALT studies. Consideration of strong imbalances in glaciers feeding the former Larsen B Ice Shelf across the Peninsula, and extrapolation of the results to undocumented basins, suggested mass loss from the ice in the northern part of the Antarctic Peninsula of 42 ± 7 Gt yr$^{-1}$. Observation of widespread glacier front retreat in the region (Cook et al., 2005) motivates the extrapolation,

although mass loss would be overestimated if snow accumulation has been systematically underestimated (van de Berg et al., 2006).

Taking the Rignot and Thomas (2002), Zwally et al. (2006) and Rignot et al. (2005) results as providing the most complete antarctic coverage suggests ice sheet thinning of about 60 Gt yr$^{-1}$, with uncertainty of similar magnitude to the signal. Consideration of acceleration of some near-coastal glaciers, discussed below, and the difficulty of SRALT sampling of such regions, might allow slightly faster mass loss. The time interval considered is not uniform; the Rignot et al. (2005) results include changes after the collapse of the Larsen B Ice Shelf in 2002, more recent than data in the other studies, and suggest the possibility of accelerating mass loss. Use of the more spatially restricted Davis et al. (2005) SRALT data rather than the Zwally et al. (2006) results illustrates the persistent uncertainties; depending on the assumed density structure of the changes, Davis et al. (2005) combined with the Rignot et al. (2005) estimate for the Antarctic Peninsula would suggest near-balance or antarctic growth.

Interpretations of GRACE satellite gravity data indicate mass loss from the Antarctic Ice Sheet, including the Antarctic Peninsula and small glaciers and ice caps nearby, of 139 ± 73 Gt yr$^{-1}$ between April 2002 and July 2005 (Velicogna and Wahr, 2006). Near-balance was indicated for East Antarctica, at 0 ± 51 Gt yr$^{-1}$, with mass loss in West Antarctica of 136 ± 21 Gt yr$^{-1}$. Independent analyses by Ramillien et al. (2006) found, for July 2002 to March 2005, East Antarctic growth of 67 ± 28 Gt yr$^{-1}$, West Antarctic shrinkage of 107 ± 23 Gt yr$^{-1}$ and a net antarctic loss of 40 ± 36 Gt yr$^{-1}$.

Assessment of the data and techniques suggests overall Antarctic Ice Sheet mass balance ranging from growth of 50 Gt yr$^{-1}$ to shrinkage of 200 Gt yr$^{-1}$ from 1993 to 2003. As in the case of Greenland, the small number of measurements, lack of agreement between techniques, and existence of systematic errors that cannot be estimated accurately preclude formal error analyses and confidence limits. There is no implication that the midpoint of the range given provides the best estimate. Lack of older data complicates a similar estimate for the period 1961 to 2003. Acceleration of mass loss is likely to have occurred, but not so dramatically as in Greenland. Considering the lack of estimated strong trends in accumulation rate, assessment of the possible acceleration and the slow time scales affecting central regions of the ice sheets, it is reasonable to estimate that the behaviour from 1961 to 2003 falls between ice sheet growth of 100 Gt yr$^{-1}$ and shrinkage of 200 Gt yr$^{-1}$.

Simply summing the 1993 to 2003 contributions from Greenland and Antarctica produces a range from balance

(0 Gt yr$^{-1}$) to shrinkage of 300 Gt yr$^{-1}$, or a contribution to sea level rise of 0 to 0.8 mm yr$^{-1}$. Because it is very unlikely that each of the ice sheets would exhibit the upper limit of its estimated mass balance range, it is very likely that, taken together, the ice sheets in Greenland and Antarctica have been contributing to sea level rise over the period 1993 to 2003. For 1961 to 2003, the same calculation spans growth of 125 Gt yr$^{-1}$ to shrinkage of 260 Gt yr$^{-1}$, with 1993 to 2003 likely having the fastest mass loss of any decade in the 1961 to 2003 interval. Geodetic data on Earth rotation and polar wander provide additional insight (Peltier, 1998). Although Munk (2002) suggested that the geodetic data did not allow much contribution to sea level rise from ice sheets, subsequent reassessment of the errors involved in some of the data sets and analyses allows an anomalous late 20th century sea level rise of up to about 1 mm yr$^{-1}$ (360 Gt yr$^{-1}$) from land ice (Mitrovica et al., 2006). Estimated mountain glacier contributions do not supply this, so a contribution from the polar ice sheets is consistent with the geodetic constraints, although little change in polar ice is also consistent.

*4.6.2.2.3    Ice shelves*

Changes in the mass of ice shelves, which are already floating, do not directly affect sea level, but ice shelf changes can affect flow of adjacent ice that is not floating, and thus affect sea level indirectly. Most ice shelves are in Antarctica, where they cover an area of about $1.5 \times 10^6$ km$^2$, or 11% of the entire ice sheet, and where nearly all ice streams and outlet glaciers flow into ice shelves. By contrast, Greenland ice shelves occupy only a few thousand square kilometres, and many are little more than floating glacier tongues. Mass loss by surface melt water runoff is not important for most ice shelf regions, which lose mass primarily by iceberg calving and basal melting, although basal freeze-on occurs in some regions.

Developments since IPCC (2001) include improved velocity and thickness data to estimate fluxes, and interpretation of repeated SRALT surveys over ice shelves to infer thickening or thinning rates. Melting of up to tens of metres per year has been estimated beneath deeper ice near grounding lines (Rignot and Jacobs, 2002; Joughin and Padman, 2003). Significant changes are observed on most ice shelves, with both positive and negative trends, and with faster changes on smaller shelves. Overall, Zwally et al. (2006) estimated mass loss from ice shelves fed by glaciers flowing from West Antarctica of $95 \pm 11$ Gt yr$^{-1}$, and mass gain to ice shelves fed by glaciers flowing from East Antarctica of $142 \pm 10$ Gt yr$^{-1}$. Rapid thinning of more than 1 m yr$^{-1}$, and locally more than 5 m yr$^{-1}$, was observed between 1992 and 2001 for many small ice shelves in the Amundsen Sea and along the Antarctic Peninsula. Thinning of about 1 m yr$^{-1}$ (Shepherd et al., 2003; Zwally et al., 2006) preceded the fragmentation of almost all (3,300 km$^2$) of the Larsen B Ice Shelf along the Antarctic Peninsula in fewer than five weeks in early 2002 (Scambos et al., 2003).

### 4.6.3    Causes of Changes

#### 4.6.3.1    Changes in Snowfall and Surface Melting

For Greenland, modelling driven by reanalyses and calibrated against surface observations indicates recent increases in temperature, precipitation minus evaporation, surface melt water runoff and net mass loss from the surface of the ice sheet, as well as areal expansion of melting and reduction in albedo (Hanna et al., 2005, 2006; Box et al., 2006). High interannual variability means that many of the trends are not highly significant, but the trends are supported by the consistency between the various component data sets and results from different groups. Estimated net snowfall minus melt water runoff includes an increase in the Greenland contribution to sea level rise of 58 Gt yr$^{-1}$ between the 1961 to 1990 and 1998 to 2003 intervals (Hanna et al., 2005), or of 43 Gt yr$^{-1}$ from 1998 to 2004 (Box et al., 2006).

For Antarctica, the recent summaries by van de Berg et al. (2006), van den Broeke et al. (2006) and Monaghan et al. (2006) have updated trends in accumulation rate. Contrary to some earlier work, these new studies found no continent-wide significant trends in accumulation over the interval 1980 to 2004 (van de Berg et al., 2006; van den Broeke et al., 2006) or 1985 to 2001 (Monaghan et al., 2006) from atmospheric reanalysis products (National Centers for Environmental Prediction (NCEP), the European Centre for Medium Range Weather Forecasts (ECMWF), Japanese), or from two mesoscale models driven by ECMWF and one by NCEP reanalyses. Strong interannual variability was found, approaching 5% for the continent, and important regional and seasonal trends that fit into larger climatic patterns, including an upward trend in accumulation in the Antarctic Peninsula. Studies of surface temperature (e.g., van den Broeke, 2000; Vaughan et al., 2001; Thompson and Solomon, 2002; Doran et al., 2002; Schneider et al., 2004; Turner et al., 2005) similarly showed regional patterns including strong warming in the Antarctic Peninsula region, and cooling at some other stations. Long-term data are very sparse, precluding confident identification of continent-wide trends.

#### 4.6.3.2    Ongoing Dynamic Ice Sheet Response to Past Forcing

Because some portions of ice sheets respond only slowly to climate changes (decades to thousands of years or longer), past forcing may be influencing ongoing changes (Box 4.1). Some geologic data support recent and perhaps ongoing antarctic mass loss (e.g., Stone et al., 2003). A comprehensive attempt to discern such long-term trends contributing to recently measured imbalances was made by Huybrechts (2002) and Huybrechts et al. (2004). They found little long-term trend in volume of the Greenland Ice Sheet, but a trend in antarctic shrinkage of about 90 Gt yr$^{-1}$, primarily because of retreat of the West Antarctic grounding line in response to the end of the last ice age. Models project that this trend will largely disappear over

## Box 4.1: Ice Sheet Dynamics and Stability

The ice sheets of Antarctica and Greenland could raise sea level greatly. Central parts of these ice sheets have been observed to change only slowly, but near the coast rapid changes over quite large areas have been observed. In these areas, uncertainties about glacier basal conditions, ice deformation and interactions with the surrounding ocean seriously limit the ability to make accurate projections.

Ice sheets are thick, broad masses of ice formed mainly from compaction of snow (Paterson, 2004). They spread under their own weight, transferring mass towards their margins where it is lost primarily by runoff of surface melt water or by calving of icebergs into marginal seas or lakes. Water vapour fluxes (sublimation and condensation), and basal melting or freezing (especially beneath ice shelves) may also be important processes of mass gain and loss.

Ice sheets flow by internal deformation, basal sliding or a combination of both. Deformation in ice occurs through solid-state processes analogous to those involved in polycrystalline metals that are relatively close to their melting points. Deformation rates depend on the gravitational stress (which increases with ice thickness and with the slope of the upper surface), temperature, impurities, and size and orientation of the crystals (which in turn depend in part on the prior deformational history of the ice). While these characteristics are not completely known, model tuning allows slow ice flow by deformation to be simulated with reasonable accuracy.

For basal sliding to be an important component of the total motion, melt water or deformable wet sediment slurries at the base are required for lubrication. While the central regions of ice sheets (typically above 2,000 m elevation) seldom experience surface melting, the basal temperature may be raised to the melting point by heat conducted from the earth's interior, delivered by melt water transport, or from the 'friction' of ice motion. Sliding velocities under a given gravitational stress can differ by orders of magnitude, depending on the presence or absence of unconsolidated sediment, the roughness of the substrate and the supply and distribution of water. Basal conditions are well characterised in few regions, introducing important uncertainties to the modelling of basal motion.

Ice flow is often channelled into fast-moving ice streams (which flow between slower-moving ice walls) or outlet glaciers (with rock walls). Enhanced flow in ice streams arises either from higher gravitational stress linked to thicker ice in bedrock troughs, or from increased basal lubrication.

Ice flowing into a marginal sea or lake may break off immediately to form icebergs, or may remain attached to the ice sheet to become a floating ice shelf. An ice shelf moves forward, spreading and thinning under its own weight, and fed by snowfall on its surface and ice input from the ice sheet. Friction at ice shelf sides and over local shoals slows the flow of the ice shelf and thus the discharge from the ice sheet. An ice shelf loses mass by calving icebergs from the front and by basal melting into the ocean cavity beneath. Estimates based on available data suggest a 1°C ocean warming could increase ice shelf basal melt by 10 m yr$^{-1}$, but inadequate knowledge of the bathymetry and circulation in the largely inaccessible ice shelf cavities restricts the accuracy of such estimates.

Ice deformation is nonlinear, increasing approximately proportional to the cube of the applied stress. Moreover, an increase in any of the six independent applied stresses (three stretching stresses and three shear stresses) increases the deformation rate for all other stresses. For computational efficiency, most long simulations with comprehensive ice flow models use a simplified stress distribution, but recent changes in ice sheet margins and ice streams cannot be simulated accurately with these models, demonstrating a need for resolving the full stress configuration. Development of such models is still in its infancy, with few results yet available.

Ice sheets respond to environmental forcing over numerous time scales. A surface warming may take more than 10,000 years to penetrate to the bed and change temperatures there, while a crevasse filled with melt water might penetrate to the bed and affect the temperature locally within minutes. Ice velocity over most of an ice sheet changes slowly in response to changes in the ice sheet shape or surface temperature, but large velocity changes may occur rapidly on ice streams and outlet glaciers in response to changing basal conditions or changes in the ice shelves into which they flow.

The palaeo-record of previous ice ages indicates that ice sheets shrink in response to warming and grow in response to cooling. The data also indicate that shrinkage can be far faster than growth. Understanding of the processes suggests that this arises both because surface melting rates can be much larger than the highest snowfall rates, and because ice discharge may be accelerated by strong positive feedbacks (Paterson, 1994; P.U. Clark et al., 1999). Thawing of the bed, loss of restraint from ice shelves or changes in melt water supply and transmission can increase flow speed greatly. The faster flow may then generate additional lubrication from frictional heating and from erosion to produce wet sediment slurries. Surface lowering as the faster flow thins the ice will enhance surface melting, and will reduce basal friction where the thinner ice becomes afloat. Despite competition from stabilising feedbacks, warming-induced changes have led to rapid shrinkage and loss of ice sheets in the past, with possible implications for the future.

the next millennium. In tests of the sensitivity of this result to various model parameters, Huybrechts (2002) found a modern thinning trend in most simulations but an opposite trend in one; in addition, simulated trends for today depend on the poorly known timing of retreat in West Antarctica. Moreover, the ice flow model responds too slowly to some forcings owing to the coarse model grid and lack of some stresses and processes (see Section 4.6.3.3), perhaps causing the modelled long-term trend to end more slowly than it should.

The recent ice flow accelerations discussed in Section 4.6.3.3 are likely to be sufficient to explain much or all of the estimated antarctic mass imbalance, and ice flow and surface mass balance changes are sufficient to explain the mass imbalance in Greenland. This points to little or no contribution from long-term trends to modern ice sheet balance, although with considerable uncertainties.

### 4.6.3.3    Dynamic Response to Recent Forcing

Numerous papers since IPCC (2001) have documented rapid changes in marginal regions of the ice sheets. Attention has especially focused on increased flow velocity of glaciers along the Antarctic Peninsula (Scambos et al., 2004; Rignot et al., 2004, 2005), the glaciers draining into Pine Island Bay and nearby parts of the Amundsen Sea from West Antarctica (Shepherd et al., 2004; Thomas et al., 2004) and Greenland's Jakobshavn Glacier (Thomas et al., 2003; Joughin et al., 2004) and other glaciers south of about 70°N (Howat et al., 2005; Rignot and Kanagaratnam, 2006). Accelerations may have occurred in some coastal parts of East Antarctica (Zwally et al., 2006), and ice flow deceleration has been observed on Whillans and Bindschadler Ice Streams on the Siple Coast of West Antarctica (Joughin and Tulaczyk, 2002). Rignot and Kanagaratnam (2006) estimated that ice discharge increase in Greenland caused mass loss in 2005 to be about 100 Gt yr$^{-1}$ larger than in 1996; consideration of the changes in the Amundsen Sea and Antarctic Peninsula regions of West Antarctica (and the minor opposing trend on Whillans and Bindschadler Ice Streams) suggests an antarctic signal of similar magnitude, although with greater uncertainty and occurring perhaps over a longer interval (Joughin and Tulaczyk, 2002; Thomas et al., 2004; Rignot et al., 2005; van den Broeke et al., 2006).

Most of the other coastal changes appear to have involved inland acceleration following reduction or loss of ice shelves. Very soon after breakup of the Larsen B Ice Shelf along the Antarctic Peninsula, the speeds of tributary glaciers increased up to eight-fold, but with little change in velocity of adjacent ice still buttressed by the remaining ice shelf (Rignot et al., 2004; Scambos et al., 2004). Thinning and breakup of the floating ice tongue of Jakobshavn Glacier were accompanied by approximate doubling of the ice flow velocity (Thomas et al., 2003; Joughin et al., 2004; Thomas, 2004). Ice shelf thinning has occurred with the acceleration of tributary glaciers entering the Amundsen Sea (Shepherd et al., 2002, 2004; Joughin et al., 2003).

Because of drag between ice shelves and embayment sides or localised re-grounding points on seabed topographic highs, shortening or thinning of ice shelves is expected to accelerate ice flow (Thomas, 1979), with even small ice shelves potentially important (Dupont and Alley, 2006). Targeted models addressing acceleration of particular glaciers in response to ice shelf reduction are capable of simulating the observed time scales (notable changes in years or less) and patterns of change (largest thinning and acceleration near the coast, decreasing inland and following ice streams; Payne et al., 2004; Dupont and Alley, 2005). Comprehensive model runs for ice sheet behaviour over the last century, using known forcings and flow processes but omitting full stress coupling with ice shelves and poorly known details of oceanographic changes beneath the ice shelves, match overall ice sheet trends rather well (Huybrechts et al., 2004) but fail to show these rapid marginal thinning events. This suggests that the changes are in response to processes (either forcings from ocean temperature or ocean circulation changes, or ice flow processes) not included in the comprehensive modelling, or that the coarse spatial resolution of the comprehensive models slows their simulated response rates enough to be important.

The acceleration of Helheim Glacier in Greenland may be akin to changes linked to ice shelves. Enhanced calving may have removed not-quite-floating ice at Helheim, reducing restraint on the remaining ice and allowing faster flow (Howat et al., 2005).

Other ice flow changes have occurred that are not linked to ice shelf reduction. The changes in Siple Coast, Antarctica, likely reflect inherent flow variability rather than recent forcing (Parizek et al., 2003). Zwally et al. (2002) showed for one site near the equilibrium line on the west coast of Greenland that the velocity of comparatively slow-moving ice increased just after the seasonal onset of drainage of surface melt water into the ice sheet, and that greater melt water input produced greater ice flow acceleration. The total acceleration was not large (of the order of 10%), but the effect is not included in most ice flow models. Inclusion in one model (Parizek and Alley, 2004) somewhat increased the sensitivity of the ice sheet to various specified warmings, mostly beyond the year 2100. Much uncertainty remains, especially related to whether fast-moving glaciers and ice streams are similarly affected, and whether access of melt water to the bed through more than 1 km of cold ice would migrate inland if warming caused surface melting to migrate inland (Alley et al., 2005b). This could thaw ice that is frozen to the bed, allowing faster flow through enhanced basal sliding or sub-glacial sediment deformation. Data are not available to assess whether effects of increased surface melting in Greenland have been transmitted to the bed and contributed to ice flow acceleration.

### 4.6.3.4    Melting and Calving of Ice Shelves

Many of the largest and fastest ice sheet changes thus appear to be at least in part responses to ice shelf shrinkage or loss. Although ice shelf shrinkage does not directly contribute to sea level change because shelf ice is already floating, the very tight coupling to inland ice means that ice shelf balance does matter to sea level. The available data suggest that the ice shelf changes have resulted from environmental warming, with both oceanic and atmospheric temperatures important, although changes in oceanic circulation cannot be ruled out as important contributors.

The southward-progressing loss of ice shelves along the Antarctic Peninsula is consistent with a thermal limit to ice shelf viability (Morris and Vaughan, 2003). Cook et al. (2005) found that no ice shelves exist on the warmer side of the $-5°C$ mean annual isotherm, whereas no ice shelves on the colder side of the $-9°C$ isotherm have broken up. Before the 2002 breakup of the Larsen B Ice Shelf, local air temperatures had increased by more than $1.5°C$ over the previous 50 years (Vaughan et al., 2003), increasing summer melting and formation of large melt ponds on the ice shelf. These likely contributed to breakup by draining into and wedging open surface crevasses that linked to bottom crevasses filled with seawater (Scambos et al., 2000). Large ice flow models do not accurately capture the physical processes involved in such dramatic iceberg calving, or in more common calving behaviour.

Despite an increased ice supply from tributary glaciers, thinning of up to several metres per year has been measured for ice shelves on the Amundsen Sea coastline in the absence of large surface mass balance changes. This suggests that increased basal ice melting is responsible for the thinning (Shepherd et al., 2003, 2004). Similarly, the 15-km floating ice tongue of Jakobshavn Glacier survived air temperatures during the 1950s similar to or even warmer than those associated with thinning and collapse near the end of the 20th century, implicating oceanic heat transport in the more recent changes, although air temperature increases may have contributed (Thomas et al., 2003).

The basal mass balance of an ice shelf depends on temperature and ocean circulation beneath it. Isolation from direct wind forcing means that the main drivers of circulation below an ice shelf are tidal and density (thermohaline) forces. Lack of knowledge of sub-ice bathymetry has hampered the use of three-dimensional models to simulate circulation beneath the thinning ice shelves. Both the west side of the Antarctic Peninsula and the Amundsen Sea coast are exposed to warm Circumpolar Deep Water (CDW; Hellmer et al., 1998), capable of causing rapid ice shelf basal melting. Increased melting in the Amundsen Sea is consistent with observed recent warming by $0.2°C$ of ocean waters seaward of the continental shelf break (Jacobs et al., 2002; Robertson et al., 2002). Simple regression analysis of available data including those from the Amundsen Sea indicated that $1°C$ warming of waters below an ice shelf increases basal melt rate by about $10\ m\ yr^{-1}$ (Shepherd et al., 2004).

## 4.7    Changes in Frozen Ground

### 4.7.1    Background

Frozen ground, in a broad sense, includes near-surface soil affected by short-term freeze-thaw cycles, seasonally frozen ground and permafrost. In terms of areal extent, frozen ground is the single largest component of the cryosphere. The presence of frozen ground depends on the ground temperature, which is controlled by the surface energy balance. While the climate is an important factor determining the distribution of frozen ground, local factors are also important, such as vegetation conditions, snow cover, physical and thermal properties of soils and soil moisture conditions. The permafrost temperature regime is a sensitive indicator of decadal to centennial climatic variability (Lachenbruch and Marshall, 1986; Osterkamp, 2005). Thawing of ice-rich permafrost can lead to subsidence of the ground surface as masses of ground ice melt and to the formation of uneven topography know as thermokarst, generating dramatic changes in ecosystems, landscape and infrastructure performance (Nelson et al., 2001; Walsh et al., 2005). Surface soil freezing and thawing processes play a significant role in the land surface energy and moisture balance, hence in climate and hydrologic systems. The primary controls on local hydrological processes in northern regions are the presence or absence of permafrost and the thickness of the active layer (Hinzman et al., 2003). Changes in soil seasonal freeze-thaw processes have a strong influence on spatial patterns, seasonal to interannual variability, and long-term trends in terrestrial carbon budgets and surface-atmosphere trace gas exchange, both directly through biophysical controls on photosynthesis and respiration and indirectly through controls on soil nutrient availability.

### 4.7.2    Changes in Permafrost

#### 4.7.2.1    Data Sources

Although there are some earlier measurements, systematic permafrost temperature monitoring in Russia started in the 1950s at hydrometeorological stations to depths of up to 3.2 m (Zhang et al., 2001) and in boreholes greater than 100 m deep (Pavlov, 1996). Permafrost temperatures in northern Alaska have been measured from deep boreholes (generally >200 m) since the 1940s (Lachenbruch and Marshall, 1986) and from shallow boreholes (generally <80 m) since the mid-1980s (Osterkamp, 2005). Some permafrost temperature measurements on the Tibetan Plateau were conducted in the early 1960s, while continuous permafrost monitoring only started in the late 1980s (Zhao et al., 2003). Monitoring of permafrost temperatures mainly started in the early 1980s in northern Canada (S.L. Smith et al., 2005) and in the 1990s in Europe (Harris et al., 2003).

#### 4.7.2.2    Changes in Permafrost Temperature

Permafrost in the NH has typically warmed in recent decades (Table 4.5), although at a few sites there was little warming or even a cooling trend. For example, measurements (Osterkamp, 2003) and modelling results (see Hinzman et al., 2005; Walsh et al., 2005) indicate that permafrost temperature has increased by up to 2°C to 3°C in northern Alaska since the 1980s. Changes in air temperature alone over the same period cannot account for the permafrost temperature increase, and so changes in the insulation provided by snow may be responsible for some of the change (Zhang, 2005). Data from the northern Mackenzie Valley in the continuous permafrost zone show that permafrost

temperature between depths of 20 to 30 m has increased about 1°C in the 1990s (S.L. Smith et al., 2005), with smaller changes in the central Mackenzie Valley. There is no significant trend in temperatures at the top of permafrost in the southern Mackenzie Valley, where permafrost is thin (less than 10 to 15 m thick) and warmer than –0.3°C (S.L. Smith et al., 2005, Couture et al., 2003). The absence of a trend is likely due to the absorption of latent heat required to melt ice. Similar results are reported for warm permafrost in the southern Yukon Territory (Haeberli and Burn, 2002). Cooling of permafrost was observed from the late 1980s to the early 1990s at a depth of 5 m at Iqaluit in the eastern Canadian Arctic. This cooling, however, was followed by warming of 0.4°C yr$^{-1}$ between 1993 and 2000 (S.L. Smith

**Table 4.5.** *Recent trends in permafrost temperature (updated from Romanovsky et al., 2002 and Walsh et al., 2005).*

| Region | Depth (m) | Period of Record | Permafrost Temperature Change (°C) | Reference |
|---|---|---|---|---|
| **United States** | | | | |
| Northern Alaska | ~1 | 1910s–1980s | 2–4 | Lachenbruch and Marshall, 1986 |
| Northern Alaska | 20 | 1983–2003 | 2–3 | Osterkamp, 2005 |
| Interior of Alaska | 20 | 1983–2003 | 0.5–1.5 | Osterkamp, 2005 |
| **Canada** | | | | |
| Alert, Nunavut | 15 | 1995–2000 | 0.8 | S.L. Smith et al., 2003 |
| Northern Mackenzie Valley | 20–30 | 1990–2002 | 0.3–0.8 | S.L. Smith et al., 2005 |
| Central Mackenzie Valley | 10–20 | Mid-1980s–2003 | 0.5 | S.L. Smith et al., 2005 |
| Southern Mackenzie Valley & Southern Yukon Territory | ~20 | Mid-1980s–2003 | 0 | Haeberli and Bum, 2002 |
| Northern Quebec | 10 | Late 1980s–mid-1990s | <–1 | Allard et al., 1995 |
| Northern Quebec | 10 | 1996–2001 | 1.0 | DesJarlais, 2004 |
| Lake Hazen | 2.5 | 1994–2000 | 1.0 | Broll et al., 2003 |
| Iqaluit, Eastern Canadian Arctic | 5 | 1993–2000 | 2.0 | S.L. Smith et al., 2005 |
| **Russia** | | | | |
| East Siberia | 1.6–3.2 | 1960–2002 | ~1.3 | Walsh et al., 2005 |
| Northern West Siberia | 10 | 1980–1990 | 0.3–0.7 | Pavlov, 1996 |
| European north of Russia, continuous permafrost zone | 6 | 1973–1992 | 1.6–2.8 | Pavlov, 1996 |
| Northern European Russia | 6 | 1970–1995 | 1.2–2.8 | Oberman and Mazhitova, 2001 |
| **Europe** | | | | |
| Juvvasshoe, Southern Norway | ~3 | Past 30–40 years | 0.5–1.0 | Isaksen et al., 2001 |
| Janssonhaugen, Svalbard | ~2 | Past 60–80 years | 1–2 | Isaksen et al., 2001 |
| Murtel-Corvatsch | 11.5 | 1987–2001 | 1.0 | Vonder Muhll et al., 2004 |
| **China** | | | | |
| Tibetan Plateau | ~10 | 1970s–1990s | 0.2–0.5 | Zhao et al., 2004 |
| Qinghai-Xizang Highway | 3–5 | 1995–2002 | Up to 0.5 | Wu and Liu, 2003; Zhao et al., 2004 |
| Tianshan Mountains | 16–20 | 1973–2002 | 0.2–0.4 | Qiu et al., 2000; Zhao et al., 2004 |
| Da Hinggan Mountains, Northeastern China | ~2 | 1978–1991 | 0.7–1.5 | Zhou et al., 1996 |

et al., 2005). This trend is similar to that observed in Northern Quebec, where permafrost cooling was observed between the mid-1980s and mid-1990s at a depth of 10 m (Allard et al., 1995) followed by warming beginning in 1996 (Brown et al., 2000). Warming of permafrost at depths of 15 to 30 m since the mid-1990s has also been observed in the Canadian High Arctic (Smith et al., 2003).

There is also evidence of permafrost warming in the Russian Arctic. Permafrost temperature increased approximately 1°C at depths between 1.6 and 3.2 m from the 1960s to the 1990s in East Siberia (Pavlov, 1996) and about 1.2°C to 2.8°C at a depth of 6 m from 1973 through 1992 in northern European Russia (Oberman and Mazhitova, 2001). Fedorov and Konstantinov (2003) reported that permafrost temperatures from three central Siberian stations did not show an apparent trend between 1991 and 2000. Mean annual temperature in Central Mongolia at depths from 10 to 90 m increased 0.05°C to 0.15°C per decade over 30 years (Sharkhuu, 2003).

At the Murtèl-Corvatsch borehole in the Swiss Alps, permafrost temperatures in 2001 and 2003, at a depth of 11.5 m in ice-rich frozen debris, were only slightly below –1°C, and were the highest since readings began in 1987 (Vonder Mühll et al., 2004). Analysis of the long-term thermal record from this site has shown that in addition to summer air temperatures, the depth and duration of snow cover, particularly in early winter, have a major influence on permafrost temperatures (Harris et al., 2003). Results from six years of ground temperature monitoring at Janssonhaugen, Svalbard, indicate that the permafrost has warmed at a rate of about 0.5°C per decade at a depth of 20 m (Isaksen et al., 2001). Results from Juvvasshøe, in southern Norway, indicate that ground temperature has increased by about 0.3°C at a depth of 15 m from 1999 to 2006. At both these sites, wind action prevents snow accumulation in winter and so a close relationship is observed between air, ground surface and ground subsurface temperatures, which makes the geothermal records from Janssonhaugen and Juvvasshøe more direct indicators of climate change.

Permafrost temperature increased about 0.2°C to 0.5°C from the 1970s to 1990s over the hinterland of the Tibetan Plateau (Zhao et al., 2003), up to 0.5°C along the Qinghai-Xizang Highway over a period from 1995 to 2002 (Wu and Liu, 2003; Zhao et al., 2004) and about 0.2°C to 0.4°C from 1973 to 2002 at depths of 16 to 20 m in Tianshan Mountain regions (Qiu et al., 2000; Zhao et al., 2004). Over the Da Hinggan Mountains in north-eastern China, permafrost surface temperature increased about 0.7°C to 1.5°C over a period from 1978 through 1991 from the valley bottom to the north-facing slopes (Zhou et al., 1996). Permafrost temperature at the depth of the zero annual temperature variation increased about 2.1°C on the valley bottom, 0.7°C on the north-facing slopes and 0.8°C on south-facing slopes. In areas of the south-facing slopes where no permafrost exists, soil temperature at depths of 2 to 3 m increased about 2.4°C (Zhou et al., 1996).

### 4.7.2.3    Permafrost Degradation

Permafrost degradation refers to a naturally or artificially caused decrease in the thickness and/or areal extent of permafrost. Evidence of change in the southern boundary of the discontinuous permafrost zone in the past decades has been reported. In North America, the southern boundary has migrated northward in response to warming since the Little Ice Age, and continues to do so today (Halsey et al., 1995). In recent years, widespread permafrost warming and thawing have occurred on the Tibetan Plateau, China. Based on data from ground penetration radar and *in situ* measurements, the lower limit of permafrost has moved upward about 25 m from 1975 through 2002 on the north-facing slopes of the Kunlun Mountains (Nan et al., 2003). From Amdo to Liangdehe along the Qinghai-Xizang Highway on the Tibetan Plateau, areal extent of permafrost islands decreased approximately 36% over the past three decades (Wang, 2002). Areal extent of taliks (areas of unfrozen ground within permafrost) expanded about 1.2 km on both sides of the Tongtian River (Wang, 2002). Overall, the northern limit of permafrost retreated about 0.5 to 1.0 km southwards and the southern limit moved northwards about 1.0 to 2.0 km along the Qinghai-Xizang (Tibet) Highway (Wang and Zhao, 1997; Wu and Liu, 2003).

When the warming at the top of permafrost eventually penetrates to the base of permafrost and the new surface temperature remains stable, thawing at the base of the ice-bearing permafrost occurs (i.e., basal thawing), especially for thin discontinuous permafrost. At Gulkana, Alaska, permafrost thickness is about 50 to 60 m and basal thawing of permafrost has averaged 0.04 m yr$^{-1}$ since 1992 (Osterkamp, 2003). Over the Tibetan Plateau, basal thawing of 0.01 to 0.02 m yr$^{-1}$ was observed since the 1960s in permafrost of less than 100 m thickness (Zhao et al., 2003). It is expected that the basal thawing rate will accelerate over the Tibetan Plateau as the permafrost surface continues to warm.

If ice-rich permafrost thaws, the ground surface subsides. This downward displacement of the ground surface is called thaw settlement. Typically, thaw settlement does not occur uniformly and so yields a chaotic surface with small hills and wet depressions known as thermokarst terrain; this is particularly common in areas underlain by ice wedges. On slopes, thawing of ice-rich, near-surface permafrost layers can create mechanical discontinuities in the substrate, leading to active-layer detachment slides (Lewkowicz, 1992), which have the capacity to damage structures similar to other types of rapid mass movements. Thermokarst processes pose a serious threat to arctic biota through either oversaturation or drying (Hinzman et al., 2005; Walsh et al., 2005). Extensive thermokarst development has been discovered near Council, Alaska (Yoshikawa and Hinzman, 2003) and in central Yakutia (Gavrilov and Efremov, 2003). Significant expansion and deepening of thermokarst lakes were observed near Yakutsk (Fedorov and Konstantinov, 2003) between 1992 and 2001. The largest subsidence rates of 17 to 24 cm yr$^{-1}$ were observed

in depressions holding young thermokarst lakes. Satellite data reveal that in the continuous permafrost zone of Siberia, total lake area increased by about 12% and lake number rose by 4% during the past three decades (L.C. Smith et al., 2005). Over the discontinuous permafrost zone, total area and lake number decreased by up to 9% and 13%, respectively, probably due to lake water drainage through taliks.

The most sensitive regions of permafrost degradation are coasts with ice-bearing permafrost that are exposed to the Arctic Ocean. Mean annual erosion rates vary from 2.5 to 3.0 m yr⁻¹ for the ice-rich coasts to 1.0 m yr⁻¹ for the ice-poor permafrost coasts along the Russian Arctic Coast (Rachold et al., 2003). Over the Alaskan Beaufort Sea Coast, mean annual erosion rates range from 0.7 to 3.2 m yr⁻¹ with maximum rates up to 16.7 m yr⁻¹ (Jorgenson and Brown, 2005).

#### *4.7.2.4    Subsea Permafrost*

Subsea (or offshore) permafrost refers to permafrost occurring beneath the seabed. It exists in continental shelves of the polar regions. Subsea permafrost formed either in response to the negative mean annual sea-bottom temperature or as the result of sea level rise so that terrestrial permafrost was covered by seawater. Although the potential release of methane trapped within subsea permafrost may provide a positive feedback to climate warming, available observations do not permit an assessment of changes that might have occurred.

### 4.7.3    Changes in Seasonally Frozen Ground

Seasonally frozen ground refers to a soil layer that freezes and thaws annually regardless of whether there is underlying permafrost. It includes both seasonal soil freeze-thaw in non-permafrost regions and the active layer over permafrost. Significant changes in seasonally frozen ground have been observed worldwide.

#### *4.7.3.1    Changes in the Active Layer*

The active layer is that portion of the soil above permafrost that thaws and freezes seasonally. It plays an important role in cold regions because most ecological, hydrological, biogeochemical and pedogenic (soil-forming) activity takes place within it (Kane et al., 1991; Hinzman et al., 2003). Changes in active layer thickness are influenced by many factors, including surface

temperature, physical and thermal properties of the surface cover and substrate, vegetation, soil moisture and duration and thickness of snow cover (Brown et al., 2000; Frauenfeld et al., 2004; Zhang et al., 2005). The interannual and spatial variations in thaw depth at point locations can be large, an artefact of year-to-year and microtopographic variations in both surface





**Figure 4.20.** *Variations in the thickness of the active layer over permafrost (middle) and maximum soil freeze depth in non-permafrost areas (bottom) in Russia from 1956 through 1990. Active layer thickness has increased by about 20 cm while seasonal freeze depth has decreased by about 34 cm over the period of record (black lines in middle and lower panels). The anomaly in active layer thickness (blue line) is an average of anomalies from 31 stations (blue dots in the top panel) after removing the mean over the period of record for each station. The anomaly in maximum soil freeze depth (red line) is an average of anomalies from 211 stations (red dots in the top panel) after removing the mean over the period of record for each station. The shaded area represents the 5 to 95% confidence interval from the mean for each year, and the dashed line is the zero reference (from Frauenfeld et al., 2004).*

temperature and soil moisture, and so presents monitoring challenges. When the other conditions remain constant, changes in active layer thickness could be expected to increase in response to climate warming, especially in summer.

Long-term monitoring of the active layer has been conducted over the past several decades in Russia. By the early 1990s, there were about 25 stations, each containing 8 to 10 plots and 20 to 30 boreholes to a depth of 10 to 15 m (Pavlov, 1996). Measurements of soil temperature in the active layer and permafrost at depths up to 3.20 m have been carried out in Russia from 31 hydrometeorological stations, most of them started in the 1950s (Figure 4.20). Active layer thickness can be estimated using these daily soil temperature measurements. Over the period 1956 to 1990, the active layer exhibited a statistically significant deepening of about 21 cm. Increases in summer air temperature and winter snow depth are responsible for the increase in active layer thickness.

Monitoring of the active layer was developed at a global scale in the 1990s and currently incorporates more than 125 sites in the Arctic, the Antarctic and several mid-latitude mountain ranges (Brown et al., 2000; Nelson, 2004a,b; Figure 4.21). These sites were designed to observe the response of the active layer and near-surface permafrost to climate change. The results from northern high-latitude sites demonstrate substantial interannual and inter-decadal fluctuations in active layer thickness in response to air temperature variations. During the mid- to late 1990s in Alaska and north-western Canada, maximum and minimum thaw depths were observed in 1998 and in 2000, corresponding to the warmest and coolest summers, respectively. There is evidence of an increase in active layer thickness and thermokarst development, indicating degradation of warmer permafrost (Brown et al., 2000). Evidence from European monitoring sites indicates that active layer thickness has been the greatest in the summers of 2002 and 2003, approximately 20% greater than in previous years (Harris et al., 2003). Active layer thickness has increased by up to 1.0 m along the Qinghai-Xizang Highway over the Tibetan Plateau since the early 1980s (Zhao et al., 2004).



**Figure 4.21.** *Locations of sites and changes in active layer thickness from selected sites (after Nelson, 2004a,b).*

#### 4.7.3.2    Seasonally Frozen Ground in Non-Permafrost Areas

The thickness of seasonally frozen ground has decreased by more than 0.34 m from 1956 through 1990 in Russia (Figure 4.20), primarily controlled by the increase in winter air temperature and snow depth (Frauenfeld et al., 2004). Over the Tibetan Plateau, the thickness of seasonally frozen ground has decreased by 0.05 to 0.22 m from 1967 through 1997 (Zhao et al., 2004). The driving force for the decrease in thickness of the seasonally frozen ground is the significant warming in cold seasons, while changes in snow depth play a minor role. The duration of seasonally frozen ground decreased by more than 20 days from 1967 through 1997 over the Tibetan Plateau, mainly due to the earlier onset of thaw in spring (Zhao et al., 2004).

The estimated maximum extent of seasonally frozen ground has decreased by about 7% in the NH from 1901 to 2002, with a decrease in spring of up to 15% (Figure 4.22; Zhang et al., 2003). There was little change in the areal extent of seasonally frozen ground during the early and midwinters.

#### 4.7.3.3    Near-Surface Soil Freeze-Thaw Cycle

Satellite remote sensing data have been used to detect the near-surface soil freeze-thaw cycle at regional and hemispheric scales. Evidence from the satellite record indicates that the onset dates of thaw in spring and freeze in autumn advanced five to seven days in Eurasia over the period 1988 to 2002, leading to an earlier start to the growing season but no change in its length (Smith et al., 2004). In North America, a trend towards later freeze dates in autumn by about five days led, in part, to a lengthening of the growing season by eight days. Overall, the timing of seasonal thawing and subsequent initiation of the growing season in early spring has advanced by approximately eight days from 1988 to 2001 for the pan-arctic basin and Alaska (McDonald et al., 2004).

### 4.8    Synthesis

Observations show a consistent picture of surface warming and reduction in all components of the cryosphere (FAQ 4.1, Figure 1),[1] except antarctic sea ice, which exhibits a small positive but insignificant trend since 1978 (Figure 4.23).

Since IPCC (2001) the cryosphere has undergone significant changes, such as the substantial retreat of arctic sea ice, especially in summer; the continued shrinking of mountain glaciers; the decrease in the extent of snow cover and seasonally frozen ground, particularly in spring; the earlier breakup of river and lake ice; and widespread thinning of antarctic ice shelves along the Amundsen Sea coast, indicating increased basal



**Figure 4.22.** Historical variations in the monthly areal extent ($10^6$ km$^2$) of seasonally frozen ground (including the active layer over permafrost) for the period from 1901 through 2002 in the NH. The positive anomaly (blue) represents above-average monthly extent, while the negative anomaly (red) represents below-average extent. The time series is smoothed with a low-pass filter (after Zhang et al., 2003).

melting due to increased ocean heat fluxes in the cavities below the ice shelves. An additional new feature is the increasingly visible fast dynamic response of ice shelves, for example, the dramatic breakup of the Larsen B Ice Shelf in 2002, and the acceleration of tributary glaciers and ice streams, with possible consequences for the adjacent part of the ice sheets.

One difficulty with using cryospheric quantities as indicators of climate change is the sparse historical database. Although 'extent' of ice (sea ice and glacier margins for example) has been observed for a long time at a few locations, the 'amount' of ice (thickness or depth) is difficult to measure. Therefore, reconstructions of past mass balance are often not possible.

**Table 4.6.** Estimates of cryospheric contributions to sea level change.

| Cryospheric component | Sea Level Equivalent (mm yr$^{-1}$) | |
|---|---|---|
| | 1961–2003 | 1993–2003 |
| Glaciers and Ice Caps | +0.32 to +0.68 | +0.55 to +0.99 |
| Greenland | –0.07 to +0.17 | +0.14 to +0.28 |
| Antarctica | –0.28 to +0.55 | –0.14 to +0.55 |
| Total (adding ranges) | –0.03 to +1.40 | +0.55 to +1.82 |
| Total (Gaussian error summation) | +0.22 to +1.15 | +0.77 to +1.60 |

---

[1] Surface air temperature data are updated from Jones and Moberg, 2003; sea ice data are updated from Comiso, 2003; frozen ground data are from Zhang et al., 2003; snow cover data are updated from Brown et al., 2000; glacier mass balance data are from Ohmura, 2004; Cogley, 2005; and Dyurgerov and Meier, 2005.

The most important cryospheric contributions to sea level variations (see Chapter 5) arise from changes in the ice on land (e.g., glaciers, ice caps and ice sheets). In IPCC (2001), the contribution of glaciers and ice caps to sea level rise during the 20th century was estimated as 0.2 to 0.4 mm yr$^{-1}$ (of 1 to 2 mm yr$^{-1}$ total sea level rise). New results presented here indicate that all glaciers contributed about 0.50 ± 0.18 mm yr$^{-1}$ during 1961 to 2003, increasing to 0.77 ± 0.22 mm yr$^{-1}$ from 1993 to 2003 (interpolation from five-year analyses in Table 4.4). Estimates for both ice sheets combined give a contribution ranging from –0.35 to +0.72 mm yr$^{-1}$ for 1961 to 2003, increasing to 0 to 0.8 mm yr$^{-1}$ for 1993 to 2003. A conservative error estimate in terms of summing ranges is given in Table 4.6. Assuming a midpoint mean, interpreting the range as uncertainty and using Gaussian error summation of estimates for glaciers and both ice sheets suggests that the total ice contribution to sea level rise was approximately 0.7 ± 0.5 mm yr$^{-1}$ during 1961 to 2003 and 1.2 ± 0.4 mm yr$^{-1}$ during 1993 to 2003.

The large uncertainties reflect the difficulties in estimating the global ice mass and its variability, because global monitoring of ice thickness is impossible (even the total area of glaciers is not exactly known) and extrapolation from local measurements is therefore necessary. A regional extension of the monitored ice masses and an improvement of measurement and extrapolation techniques are urgently required.

In spite of the large uncertainties, the data that are available portray a rather consistent picture of a cryosphere in decline over the 20th century, increasingly so during 1993 to 2003.



**Figure 4.23.** *Summary of observed variations in the cryosphere.*

## Frequently Asked Question 4.1
# Is the Amount of Snow and Ice on the Earth Decreasing?

*Yes. Observations show a global-scale decline of snow and ice over many years, especially since 1980 and increasing during the past decade, despite growth in some places and little change in others (Figure 1). Most mountain glaciers are getting smaller. Snow cover is retreating earlier in the spring. Sea ice in the Arctic is shrinking in all seasons, most dramatically in summer. Reductions are reported in permafrost, seasonally frozen ground and river and lake ice. Important coastal regions of the ice sheets on Greenland and West Antarctica, and the glaciers of the Antarctic Peninsula, are thinning and contributing to sea level rise. The total contribution of glacier, ice cap and ice sheet melt to sea level rise is estimated as 1.2 ± 0.4 mm yr$^{-1}$ for the period 1993 to 2003.*

Continuous satellite measurements capture most of the Earth's seasonal snow cover on land, and reveal that Northern Hemisphere spring snow cover has declined by about 2% per decade since 1966, although there is little change in autumn or early winter. In many places, the spring decrease has occurred despite increases in precipitation.

Satellite data do not yet allow similarly reliable measurement of ice conditions on lakes and rivers, or in seasonally or permanently frozen ground. However, numerous local and regional reports have been published, and generally seem to indicate warming of permafrost, an increase in thickness of the summer thawed layer over permafrost, a decrease in winter freeze depth in seasonally frozen areas, a decrease in areal extent of permafrost and a decrease in duration of seasonal river and lake ice.

Since 1978, satellite data have provided continuous coverage of sea ice extent in both polar regions. For the Arctic, average annual sea ice extent has decreased by 2.7 ± 0.6% per decade, while summer sea ice extent has decreased by 7.4 ± 2.4% per decade. The antarctic sea ice extent exhibits no significant trend. Thickness data, especially from submarines, are available but restricted to the central Arctic, where they indicate thinning of approximately 40% between the period 1958 to 1977 and the 1990s. This is likely an overestimate of the thinning over the entire arctic region however.

Most mountain glaciers and ice caps have been shrinking, with the retreat probably having started about 1850. Although many Northern Hemisphere glaciers had a few years of near-balance around 1970, this was followed by increased shrinkage. Melting of glaciers and ice caps contributed 0.77 ± 0.22 mm yr$^{-1}$ to sea level rise between 1991 and 2004.

Taken together, the ice sheets of Greenland and Antarctica are very likely shrinking, with Greenland contributing about 0.2 ± 0.1 mm yr$^{-1}$ and Antarctica contributing 0.2 ± 0.35 mm yr$^{-1}$ to sea level rise over the period 1993 to 2003. There is evidence of accelerated loss through 2005. Thickening of high-altitude, cold regions of Greenland and East Antarctica, perhaps from increased snowfall, has been more than offset by thinning in

coastal regions of Greenland and West Antarctica in response to increased ice outflow and increased Greenland surface melting.

Ice interacts with the surrounding climate in complex ways, so the causes of specific changes are not always clear. Nonetheless, it is an unavoidable fact that ice melts when the local temperature is *(continued)*



**FAQ 4.1, Figure 1.** *Anomaly time series (departure from the long-term mean) of polar surface air temperature (A, G), arctic and antarctic sea ice extent (B, F), Northern Hemisphere (NH) frozen ground extent (C), NH snow cover extent (D) and global glacier mass balance (E). The solid red line in E denotes the cumulative global glacier mass balance; in the other panels it shows decadal variations (see Appendix 3.A).*

above the freezing point. Reductions in snow cover and in mountain glaciers have occurred despite increased snowfall in many cases, implicating increased air temperatures. Similarly, although snow cover changes affect frozen ground and lake and river ice, this does not seem sufficient to explain the observed changes, suggesting that increased local air temperatures have been important. Observed arctic sea ice reductions can be simulated fairly well in models driven by historical circulation and temperature changes. The observed increases in snowfall on ice sheets in some cold central regions, surface melting in coastal regions and sub-ice-shelf melting along many coasts are all consistent with warming. The geographically widespread nature of these snow and ice changes suggests that widespread warming is the cause of the Earth's overall loss of ice.

# References

Abdalati, W., et al., 2001: Outlet glacier and margin elevation changes: Near-coastal thinning of the Greenland ice sheet. *J. Geophys. Res.*, **106**(D24), 33729–33741.

Abdalati, W., et al., 2004: Elevation changes of ice caps in the Canadian Arctic Archipelago. *J. Geophys. Res.*, **109**, F04007, doi:10.1029/2003JF000045.

Ackley, S., P. Wadhams, J.C. Comiso, and A.P. Worby, 2003: Decadal decrease of Antarctic sea ice extent inferred from whaling records revisited on the basis of historical and modern sea ice records. *Polar Res.*, **22**(1), 19–25.

Agnew, T. and S. Howell, 2003: The use of operational ice charts for evaluating passive microwave ice concentration data. *Atmos.-Ocean*, **41**(4), 317–331.

Agnew, T., H. Le, and T. Hirose, 1997: Estimation of large-scale sea-ice motion from SSM/I 85.5 GHz imagery. *Ann. Glaciol.*, **25**, 305–311.

Allard, M., B. Wang, and J.A. Pilon, 1995: Recent cooling along the southern shore of Hudson Strait Quebec, Canada, documented from permafrost temperature measurements. *Arctic and Alpine Res.*, **27**, 157–166.

Alley, R.B., P.U. Clark, P. Huybrechts, and I. Joughin, 2005a: Ice-sheet and sea-level changes. *Science*, **310**, 456–460.

Alley, R.B., T.K. Dupont, B.R. Parizek, and S. Anandakrishnan, 2005b: Access of surface meltwater to beds of sub-freezing glaciers: preliminary insights. *Ann. Glaciol.*, **40**, 8–14.

Arendt, A.A., et al., 2002: Rapid wastage of Alaska glaciers and their contribution to rising sea level. *Science*, **297**, 382–386.

Armstrong, R.L. and M.J. Brodzik, 2001: Recent Northern Hemisphere snow extent: A comparison of data derived from visible and microwave satellite sensors. *Geophys. Res. Lett.*, **28**, 3673–3676.

Bamber, J.L., R.L. Layberry, and S.P. Gogineni, 2001: A new ice thickness and bed data set for the Greenland ice sheet, 1. Measurement, data reduction, and errors. *J. Geophys. Res.*, **106**, 33733–33780.

Bamber, J.L., W. Krabill, V. Raper, and J. Dowdeswell, 2004: Anomalous recent growth of part of a large Arctic ice cap: Austfonna, Svalbard. *Geophys. Res. Lett.*, **31**(12), L12402, doi: 10.1029/2004GL019667.

Bamzai, A.S., 2003: Relationship between snow cover variability and Arctic Oscillation Index on a hierarchy of time scales. *Int. J. Climatol.*, **23**, 131–142.

Belchansky, G. I., D.C. Douglas, V.A. Eremeev, and N.G. Platonov, 2005: Variations in the Arctic's multiyear sea ice cover: A neural network analysis of SMMR-SSM/I data, 1979-2004. *Geophys. Res. Lett.*, **32**, L09605, doi:10.1029/2005GL022395.

Box, J.E., et al., 2006: Greenland ice-sheet surface mass balance variability (1988-2004) from calibrated Polar MM5 output. *J. Clim.*, **19**(12), 2783–2800.

Broll, G., C. Tarnocai, and J. Gould, 2003: Long-term high Arctic ecosystem monitoring in Quttinirpaaq National Park, Ellesmere Island, Canada. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 89–94.

Brown, J., K.M. Hinkel, and F.E. Nelson, 2000: The Circumpolar Active Layer Monitoring (CALM) program: research design and initial results. *Polar Geogr.*, **24**(3), 166–258.

Brown, R.D., 2000: Northern hemisphere snow cover variability and change, 1915-97. *J. Clim.*, **13**, 2339–2355.

Brown, R.D., and P. Coté, 1992: Interannual variability of landfast ice thickness in the Canadian high Arctic, 1950-1989. *Arctic*, **45**, 273–284.

Carrasco, J.F., G. Casassa, and J. Quintana, 2005: Changes of the 0°C isotherm and the equilibrium line altitude in central Chile during the last quarter of the XX[th] century. *Hydrolog. Sci. J.*, **50**, 933–948.

Cavalieri, D.J., 1992: The validation of geophysical products using multisensor data. In: *Microwave Remote Sensing of Sea Ice* [Carsey, F.D. (ed.)]. Geophysical Monograph 68, American Geophysical Union, Washington, DC, pp 233–242.

Chinn, T.J.H., S. Winkler, M.J. Salinger, and N. Haakensen, 2005: Recent glacier advances in Norway and New Zealand: a comparison of their glaciological and meteorological causes. *Geografiska Annaler*, **87A**(1), 141–157.

Clare, G.R., B.B. Fizharris, T.J.H. Chinn, and M.J. Salinger, 2002: Interannual variation in end-of-summer snowlines of the Southern Alps of New Zealand, and relationships with Southern Hemisphere atmospheric circulation and sea surface temperature patterns. *Int. J. Climatol.*, **22**, 107–120.

Clark, M.P., M.C. Serreze, and D.A. Robinson, 1999: Atmospheric controls on Eurasian snow extent. *Int. J. Climatol.*, **19**, 27–40.

Clark, P.U., R.B. Alley, and D. Pollard, 1999: Northern hemisphere ice-sheet influences on global climate change. *Science*, **286**, 1103–1111.

Cogley, J.G., 2005: Mass and energy balances of glaciers and ice sheets. In: *Encyclopedia of Hydrological Sciences* [Anderson, M. (ed.)]. John Wiley & Sons, Ltd, Chichester, pp 2555–2573.

Comiso, J.C., 2002: A rapidly declining perennial sea ice cover in the Arctic. *Geophys. Res. Lett.*, **29**, 1956–1959.

Comiso, J.C., 2003: Large scale characteristics and variability of the global sea ice cover. In: *Sea Ice - An Introduction to its Physics, Biology, Chemistry, and Geology* [Thomas, D. and G.S. Dieckmann (eds.)]. Blackwell Science, Oxford, UK, pp. 112–142.

Cook, A., A. Fox, D. Vaughan, and J. Ferigno, 2005: Retreating glacier fronts on the Antarctic Peninsula over the past half century. *Science*, **308**, 541–544.

Couture, R., et al., 2003: On the hazards to infrastructure in the Canadian North associated with thawing of permafrost. In: *Proceedings of Geohazards 2003, 3rd Canadian Conference on Geotechnique and Natural Hazards*. Canadian Geotechnical Society, Alliston, Ontario, pp. 97–104.

Cuffey, K.M., 2001: Interannual variability of elevation on the Greenland ice sheet: effects of firn densification, and establishment of a benchmark. *Journal of Glaciol.*, **47**(158), 369–377.

Cullen, N.J., et al., 2006: Kilimanjaro glaciers: Recent areal extent from satellite data and new interpretation of observed 20th century retreat rates. *Geophys. Res. Lett.*, **33**, L16502, doi:10.1029/2006GL027084.

Curran, M.A.J., et al., 2003: Ice core evidence for Antarctic sea ice decline since the 1950s. *Science*, **302**(14), 1203–1206.

Davis, C.H., et al., 2005: Snowfall-driven growth in East Antarctic ice sheet mitigates recent sea-level rise. *Science*, **308**, 1898–1901, doi:10.1126/science.1110662.

de la Mare, W.K., 1997: Abrupt mid-20th century decline in Antarctic sea ice extent from whaling records. *Nature*, **389**, 57–61.

Derksen, C., A. Walker, E. LeDrew, and B. Goodison, 2003: Combining SMMR and SSM/I data for time series analysis of central North American snow water equivalent. *J. Hydrometeorol.*, **4**(2), 304–316.

DesJarlais, C., 2004: *S'adapter aux Changements Climatiques*. Ouranos, Montreal, 91pp.

Doran, P.T., et al., 2002: Antarctic climate cooling and terrestrial ecosystem response. *Nature*, **415**, 517–520.

Duguay, C.R., et al., 2003: Ice-cover variability on shallow lakes at high latitudes: model simulations and observations. *Hydrolog. Process.*, **17**, 3465–3483.

Duguay, C.R., et al., 2006: Recent trends in Canadian lake ice cover. *Hydrological Processes*, **20**, 781–801.

Dumas, J.A., G.M. Flato, and A.J. Weaver, 2003: The impact of varying atmospheric forcing on the thickness of arctic multi-year sea ice. *Geophys. Res. Lett.*, **30**(18), 1918–1921.

Dupont, T.K., and R.B. Alley, 2005: Assessment of the importance of ice-shelf buttressing to ice-sheet flow. *Geophys. Res. Lett.*, **32**, L04503, doi:10.1029/2004GL022024.

Dupont, T.K., and R.B. Alley, 2006: The importance of small ice shelves in sea-level rise. *Geophys. Res. Lett.*, **33**, L09503, doi:10.1029/2005GL025665.

Dye, D.G., 2002: Variability and trends in the annual snow-cover cycle in Northern Hemisphere land areas, 1972–2000. *Hydrolog. Process.*, **16**, 3065–3077.

Dyurgerov, M., and J. Dwyer, 2000: The steepening of glacier mass balance gradients with Northern Hemisphere warming. *Zeitschrift für Gletscherkunde und Glazialgeologie*, **36**, 107–118.

Dyurgerov, M., and M.F. Meier, 2005: *Glaciers and the Changing Earth System: A 2004 Snapshot*. Occasional Paper 58, Institute of Arctic and Alpine Research, University of Colorado, Boulder, CO, 118 pp.

Falarz, M., 2002: Long-term variability in reconstructed and observed snow cover over the last 100 winter seasons in Cracow and Zakopane (southern Poland). *Clim. Res.*, **19**(3), 247–256.

Favier, V., P. Wagnon, and P. Ribstein, 2004: Glaciers of the outer and inner tropics: A different behaviour but a common response to climatic forcing. *Geophys. Res. Lett.*, **31**, L16403, doi:10.1029/2004GL020654.

Fedorov, A., and P. Konstantinov, 2003: Observations of surface dynamics with thermokarst initiation, Yukechi site, central Yakutia. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 239–243.

Fichefet, T., B. Tartinville, and H. Goosse, 2003: Antarctic sea ice variability during 1958-1999: A simulation with a global ice-ocean model. *J. Geophys. Res.*, **108**(C3), 3102–3113.

Fitzharris, B.B., and C.E. Garr, 1995: Simulation of past variability in seasonal snow in the Southern Alps, New Zealand. *Ann. Glaciol.*, **21**, 377–382.

Fountain, A.G., T.A. Neumann, P.L. Glenn, and T. Chinn, 2004: Can warming induce advances of polar glaciers, Taylor Valley, Antarctica. *J. Glaciol.*, **50**(171), 556–564.

Francou, B., et al., 2003: Tropical climate change recorded by a glacier in the central Andes during the last decades of the twentieth century: Chacaltaya, Bolivia, 16°S. *J. Geophys. Res.*, **108**(D5), 4154, doi:10.1029/2002JD002959.

Francou, B., M. Vuille, V. Favier, and B. Cáceres, 2004: New evidence for an ENSO impact on low-latitude glaciers: Antizana 15, Andes of Ecuador, 0°28'S. *J. Geophys. Res.*, **109**, D18106, doi:10.1029/2003JD004484.

Frauenfeld, O.W., T. Zhang, R.G. Barry, and D. Gilichinsky, 2004: Interdecadal changes in seasonal freeze and thaw depths in Russia. *J. Geophys. Res.*, **109**, D5101, doi:10.1029/2003JD004245.

Fujita, K., and Y. Ageta, 2000: Effect of summer accumulation on glacier mass balance on the Tibetan Plateau revealed by mass-balance model. *J. Glaciol.*, **46**(153), 244–252.

Gavrilov, P.P. and P.V. Efremov, 2003: Effects of cryogenic processes on Yakutia landscapes under climate warming. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 277–282.

Georges, C., 2004: The 20th century glacier fluctuations in the Cordillera Blanca (Perú). *Arctic, Antarctic, and Alpine Res.*, **36**(1), 100–107.

Greene, A.M., 2005: A time constant for hemispheric glacier mass balance. *J. Glaciol.*, **51**(174), 353–362.

Groisman, P.Ya, T.R. Karl, and R.W. Knight, 1994: Observed impact of snow cover on the heat balance and the rise of continental spring temperatures. *Science*, **263**, 198–200.

Groisman, P.Ya., et al., 2004: Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in situ observations. *J. Hydrometeorol.*, **5**, 64–85.

Gudkovich, Z.M., 1961: Relation of the ice drift in the Arctic Basin to ice conditions in the Soviet Arctic seas. *Tr. Okeanogr. Kom. Akad. Nauk SSSR*, **11**, 14–21 (in Russian).

Haas, C., 2004: Late-summer sea ice thickness variability in the Arctic Transpolar Drift 1991–2001 derived from ground-based electromagnetic sounding. *Geophys. Res. Lett.*, **31**, L09402, doi:10.1029/2003GL019394.

Haeberli, W., and C.R. Burn, 2002: Natural hazards in forests: glacier and permafrost effects as related to climate change. In: *Environmental Change and Geomorphic Hazards in Forests* [Sidle, R.C. (ed.)]. IUFRO Research Series 9, CABI Publishing, Wallingford and New York, pp. 167–202.

Hagen, J.O., K. Melvold, F. Pinglot, and J.A. Dowdeswell, 2003: On the net mass balance of the glaciers and ice caps in Svalbard, Norwegian Arctic. *Arctic, Antarctic, and Alpine Res.*, **35**(2), 264–270.

Halsey, L.A., D.H. Vitt, and S.C. Zoltai, 1995: Disequilibrium response of permafrost in boreal continental western Canada to climate change. *Clim. Change*, **30**, 57–73.

Hanna, E., et al., 2005: Runoff and mass balance of the Greenland ice sheet: 1958-2003. *J. Geophys. Res.*, **110**, D13108, doi:10.1029/2004JD005641.

Hanna, E., et al., 2006: Observed and modeled Greenland Ice Sheet snow accumulation, 1958–2003, and links with regional climate forcing. *J. Clim.*, **19**(3), 344–358.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**(2), 423–428.

Harris, C., et al., 2003: Warming permafrost in European mountains. *Global Planet. Change*, **39**, 215–225.

Hastenrath, S., 2005: The glaciers of Mount Kenya 1899-2004. *Erdkunde*, **59**, 120–125.

Heil, P., and I. Allison, 2002: Long-term fast-ice variability off Davis and Mawson stations, Antarctica. In: *Ice in the Environment: Proceedings of the 16th IAHR International Symposium on Ice (Volume 1), Dunedin, New Zealand, 2-6 December 2002* [Squire, V., and P. Langhorne (eds)]. University of Otago, Dunedin, NZ, pp. 360–367.

Hellmer, H., S. Jacobs, and A. Jenkins, 1998: Oceanic erosion of a floating Antarctic glacier in the Amundsen Sea. In: *Ocean, Ice, and Atmosphere: Interactions at the Antarctic Continental Margin* [Jacobs, S. and R. Weiss (eds.)]. Antarctic Research Series 75, American Geophysical Union, Washington, DC, pp. 83–99.

Hennessy, K.J., et al., 2003: *The Impact of Climate Change on Snow Conditions in Mainland Australia*. CSIRO Atmospheric Research, Aspendale, Australia, 47 pp, http://www.cmar.csiro.au/e-print/open/hennessy_2003a.pdf.

Hewitt, K., 2005: The Karakoram anomaly? Glacier expansion and the "elevation effect", Karakoram Himalaya. *Mountain Research and Development*, **25**(4), 332–340.

Hill, B.T., A. Ruffman, and K. Drinkwater. 2002: Historical record of the incidence of sea ice on the Scotian Shelf and the Gulf of St. Lawrence. In: *Ice in the Environment: Proceedings of the 16th IAHR International Symposium on Ice (Volume 1). Dunedin, New Zealand, 2-6 December 2002* [Squire, V., and P. Langhorne (eds)]. University of Otago, Dunedin, NZ.

Hilmer, M., and T. Jung, 2000: Evidence for a recent change in the link between the North Atlantic Oscillation and Arctic sea ice export. *Geophys. Res. Lett.*, **27**, 989–992.

Hinzman, L.D., et al., 2003: Hydrological variations among watersheds with varying degrees of permafrost. *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 407–411.

Hinzman, L.D., et al., 2005: Evidence and implications of recent climate change in northern Alaska and other arctic regions. *Clim. Change*, **72**(3), 251–298.

Holloway, G., and T. Sou, 2002: Has Arctic sea ice rapidly thinned? *J. Clim.*, **15**, 1691–1701.

Howat, I.M., I. Joughin, S. Tulaczyk, and S. Gogineni, 2005: Rapid retreat and acceleration of Helheim Glacier, east Greenland. *Geophys. Res. Lett.*, **32**, L22502, doi: 10.1029/2005GL024737.

Huybrechts, P., 2002: Sea-level changes at the LGM from ice-dynamic reconstructions of the Greenland and Antarctic ice sheets during the glacial cycles. *Quat. Sci. Rev.*, **21**(1–3), 203–231.

Huybrechts, P., J. Gregory, I. Janssens, and M. Wild, 2004: Modelling Antarctic and Greenland volume changes during the 20th and 21st centuries forced by GCM time slice integrations. *Global Planet. Change*, **42**(1–4), 83–105.

Hyvärinen, V., 2003: Trends and characteristics of hydrological time series in Finland. *Nord. Hydrol.*, **34**(1–2), 71–90.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Isaksen, K., P. Holmlund, J.L. Sollid, and C. Harris, 2001: Three deep alpine-permafrost boreholes in Svalbard and Scandinavia. *Permafrost and Periglacial Processes*, **12**, 13–25.

Jacka, T.H., et al., 2004: Recommendations for the collection and synthesis of Antarctic Ice Sheet mass balance data. *Global Planet. Change*, **42**(1–4), 1–15.

Jacobs, S.S., C.F. Giulivi, and P.A. Mele, 2002: Freshening of the Ross Sea during the late 20th century. *Science*, **297**(5580), 386–389.

Johannessen, O.M, E.V. Shalina, and M.W. Miles, 1999: Satellite evidence for an Arctic sea ice cover in transformation. *Science*, 286, 1937–1939.

Johannessen, O.M., K. Khvorostovsky, M.W. Miles, and L.P. Bobylev, 2005: Recent ice-sheet growth in the interior of Greenland. *Science*, **310**, 1013–1016.

Johannessen, O.M., et al., 2004: Arctic climate change – observed and modelled temperature and sea ice. *Tellus*, **56A**, 328–341.

Jones, P.D., and A. Moberg, 2003: Hemispheric and large-scale surface air temperature variations: an extensive revision and an update to 2001. *J Climate*, **16**, 206–223.

Jorgenson, M.T., and J. Brown, 2005: Classification of the Alaskan Beaufort Sea Coast and estimation of carbon and sediment inputs from coastal erosion. *Geo-Marine Lett.*, **25**, 69–80.

Joughin, I., and S. Tulaczyk, 2002: Positive mass balance of the Ross Ice Streams, West Antarctica. *Science*, **295**(5554), 476–480.

Joughin, I., and L. Padman, 2003: Melting and freezing beneath Filchner-Ronne Ice Shelf, Antarctica. *Geophys. Res. Lett.*, **30**(9), 1477, doi:10.1029/2003GL016941.

Joughin, I., W. Abdalati, and M. Fahnestock, 2004: Large fluctuations in speed on Greenland's Jakobshavn Isbræ glacier. *Nature*, **432**, 608–610.

Joughin, I., et al., 2003: Timing of recent accelerations of Pine Island Glacier, Antarctica. *Geophys. Res. Lett.*, **30**(13), 1706, doi:10.1029/2003GL017609.

Kane, D.L., L.D. Hinzman, and J.P. Zarling, 1991: Thermal response of the active layer to climate warming in a permafrost environment. *Cold Regions Sci. Technol.*, **19**, 111–122.

Kaser, G., and H. Osmaston, 2002: *Tropical Glaciers*. UNESCO International Hydrological Series. Cambridge University Press, Cambridge, UK, 207pp.

Kaser, G., et al., 2003: The impact of glaciers on the runoff and the reconstruction of mass balance history from hydrological data in the tropical Cordillera Blanca, Peru. *J. Hydrol.*, **282**, 130–144.

Kjøllmoen, B.E., 2005: *Glaciological Investigations in Norway in 2004.* Norwegian Water Resources and Energy Directorate, Oslo, http://www.nve.no/FileArchive/176/Glac_invest2004.pdf.

Klein, A.G., and J.L. Kincaid, 2006: Retreat of glaciers on Puncak Jaya, Irian Jaya, determined from 2000 and 2002 IKONOS satellite images. *J. Glaciol.*, **52**(176), 65–79.

Koeberle, C., and R. Gerdes, 2003: Mechanisms determining the variability of Arctic sea ice conditions and export. *J. Clim.*, **16**, 2843–2858.

Krabill, W.B., et al., 2000: Greenland Ice Sheet: High elevation balance and peripheral thinning. *Science*, **289**, 428–430.

Krabill, W.B., et al., 2002: Aircraft laser altimetry measurement of elevation changes of the Greenland ice sheet: Technique and accuracy assessment. *J. Geodyn.*, **34**, 357–376.

Krabill, W.B., et al., 2004: Greenland Ice Sheet: Increased coastal thinning. *Geophys. Res. Lett.*, **31**, L24402, doi:10.1029/2004GL021533.

Kwok, R., 2000: Recent changes of the Arctic Ocean sea ice motion associated with the North Atlantic Oscillation. *Geophys. Res. Lett*, **27**(6), 775–778.

Kwok, R., 2002: Sea ice concentration from passive microwave radiometry and openings from SAR ice motion. *Geophys. Res. Lett*, **29**(10), doi:10.1029/2002GL014787.

Kwok, R., and D.A. Rothrock, 1999: Variability of Fram Strait ice flux and North Atlantic Oscillation. *J. Geophys. Res.*, **104**, 5177–5189.

Kwok, R., G.F. Cunningham, and S.S. Pang, 2004: Fram Strait sea ice outflow. *J. Geophys. Res.*, **109**, C01009, doi:10.1029/2003JC001785.

Kwok, R., et al., 1998: Assessment of sea ice motion from sequential passive microwave observations with ERS and buoy ice motions. *J. Geophys. Res.*, **103**(C4), 8191–8213.

Lachenbruch, A.H., and B.V. Marshall, 1986: Changing climate: geothermal evidence from permafrost in the Alaskan Arctic. *Science*, **234**, 689–696.

Laxon, S., N. Peacock, and D. Smith, 2003: High interannual variability of sea ice thickness in the Arctic region. *Nature*, **425**, 947–950.

Legresy, B., F. Remy, and F. Blarel, 2006: Along track repeat altimetry for ice sheets and continental surface studies. In: *Proceedings of the Symposium on 15 years of Progress in Radar Altimetry, Venice, Italy, 13-18 March 2006* [Danesy, D. (ed.)]. ESA-SP614, Paper 181, European Space Agency Publications Division, Noordwijk, The Netherlands, 4 pp., http://earth.esa.int/workshops/venice06/participants/181/paper_181_legrsy.pdf.

Lewkowicz, A.G., 1992: Factors influencing the distribution and initiation of active-layer detachment slides on Ellesmere Island, arctic Canada. In: *Periglacial Geomorphology* [Dixon, J.C. and A.D. Abrahams (eds.)]. Wiley, New York, pp. 223–250.

Liu, S., et al., 2004: Recent progress in glaciological studies in China. *J. Geogr. Sci.*, **14**(4), 401–410.

Lo, F., and M.P. Clark, 2001: Relationships between spring snow mass and summer precipitation in the southwestern US associated with the North American monsoon system. *J. Clim.*, **15**, 1378–1385.

Lythe, M.B., D.G. Vaughan, and the BEDMAP Group, 2001: BEDMAP: A new ice thickness and subglacial topographic model of Antarctica. *J. Geophys. Res.*, **106**(B6), 11335–11351.

Magnuson, J.J., et al., 2000: Historical trends in lake and river ice cover in the Northern Hemisphere. *Science*, **289**, 1743–1746.

Massom, R.A., et al., 2001: Snow on Antarctic sea ice: a review of physical characteristics. *Rev. Geophys.*, **39**(3), 413–445

McDonald, K.C., et al., 2004: Variability in springtime thaw in the terrestrial high latitudes: monitoring a major control on the biospheric assimilation of atmospheric $CO_2$ with spaceborne microwave remote sensing. *Earth Interactions*, **8**, Paper No. 20.

McLaren, A.S., R.H. Bourke, J.E. Walsh, and R.L. Weaver, 1994: Variability in sea-ice thickness over the North Pole from 1958 to 1992. In: *The Polar Oceans and Their Role in Shaping the Global Environment* [Johannessen, O.M., R.D. Muench, and J.E. Overland (eds.)]. American Geophysical Union, Washington, DC, pp. 363–371.

Mitrovica, J.X., et al., 2006: Reanalysis of ancient eclipse, astronomic and geodetic data: A possible route to resolving the enigma of global sea level rise. *Earth Planet. Sci. Lett.*, **243**, 390–399.

Mölg, T., and D.R. Hardy, 2004: Ablation and associated energy balance of a horizontal glacier surface on Kilimanjaro. *J. Geophys. Res.*, **109**, 1–13, D16104, doi:10.1029/2003JD004338.

Mölg, T., C. Georges, and G. Kaser, 2003a: The contribution of increased incoming shortwave radiation to the retreat of the Rwenzori Glaciers, East Africa, during the 20th century. *Int. J. Climatol.*, **23**, 291–303, doi:10.1002/joc.877.

Mölg, T., D.R. Hardy, and G. Kaser, 2003b: Solar-radiation-maintained glacier recession on Kilimanjaro drawn from combined ice-radiation geometry modeling. *J. Geophys. Res.*, **108**(D23), 4731, doi:10.1029/2003JD003546.

Monaghan, A.J., et al., 2006: Insignificant change in Antarctic snowfall since the International Geophysical Year. *Science*, **313**(5788), 827–831.

Morris, E.M., and D.G. Vaughan, 2003: Glaciological climate relationships spatial and temporal variation of surface temperature on the Antarctic Peninsula and the limit of viability of ice shelves. In: *Antarctic Peninsula Climate Variability: Historical and Paleoenvironmental Perspectives* [Domack, E., et al. (eds.)]. Antarctic Research Series 79, American Geophysical Union, Washington, DC, pp. 61–68.

Mote, P.W., 2006: Climate-driven variability and trends in mountain snowpack in western North America. *J. Clim.*, **19**(23), 6209–6220.

Mote, P.W., A.F. Hamlet, M.P. Clark, and D.P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bull. Am. Meteorol. Soc.*, **86**, 39–49, doi:10.1175/BAMS-86-1-39.

Munk, W., 2002: Twentieth century sea level: An enigma. *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 6550–6555.

Murphy, E.J., A. Clarke, C. Symon, and J. Priddle, 1995: Temporal variation in Antarctic sea-ice: analysis of a long term fast-ice record from the South Orkney Islands. *Deep-Sea Res.*, **42**, 1045–1062.

Nagurnyi, A.P., V.G. Korostolev, and V.V. Ivanov, 1999: Multiyear variability of sea ice thickness in the Arctic basin measured by elastic-gravity waves on the ice surface. *Meteorol. Hydrol.*, **3**, 72–78 (in Russian).

Nan, Z., Z. Gao, S. Li, and T. Wu, 2003: Permafrost changes in the northern limit of permafrost on the Qinghai-Tibet Plateau in the last 30 years. *Acta Geogr. Sin.*, **58**(6), 817–823 (in Chinese).

Nelson, F.E., O.A. Anisimov, and N.I. Shiklomanov, 2001: Subsidence risk from thawing permafrost. *Nature*, **410**, 889–890.

Nelson, F.E. (ed.), 2004a: Circumpolar Active Layer Monitoring (CALM) Workshop. *Permafrost and Periglacial Processes*, **15**(2), 99–188.

Nelson, F.E. (ed.), 2004b: Eurasian contributions to the Circumpolar Active Layer Monitoring (CALM) Workshop. *Polar Geogr.*, **28**(4), 253–340.

Nesje, A., and S.O. Dahl, 2003: The 'Little Ice Age' - only temperature? *The Holocene*, **13**(1), 139–145.

Nesje, A., Ø. Lie, and S.O. Dahl, 2000: Is the North Atlantic Oscillation reflected in Scandinavian glacier mass balance records? *J. Quat. Sci.*, **15**(6), 587–601.

Nicholls, N., 2005: Climate variability, climate change and the Australian snow season. *Aust. Meteorol. Mag.*, **54**, 177–185.

Oberman, N.G., and G.G. Mazhitova, 2001: Permafrost dynamics in the northeast of European Russia at the end of the 20th century. *Norwegian J. Geogr.*, **55**, 241–244.

Oerlemans, J., 2005: Extracting a climate signal from 169 glacier records. *Science*, **308**, 675-677.

Ohmura, A., 2001: Physical basis for the temperature/melt-index method. *J. Appl. Meteorol.*, **40**, 753–761.

Ohmura, A., 2004: Cryosphere during the twentieth century. In: *The State of the Planet: Frontiers and Challenges in Geophysics* [Sparks, R.S.J. and C.J. Hawkesworth (eds.)]. Geophysical Monograph 150, International Union of Geodesy and Geophysics, Boulder, CO and American Geophysical Union, Washington, DC, pp. 239–257.

Omstedt, A., and D. Chen, 2001: Influence of atmospheric circulation on the maximum ice extent in the Baltic Sea. *J. Geophys. Res.*, **106**, 4493–4500.

Osterkamp, T.E., 2003: A thermal history of permafrost in Alaska. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 863–867.

Osterkamp, T.E., 2005: The recent warming of permafrost in Alaska. *Global Planet. Change*, **49**, 187–202, doi: 10.1016/j.gloplacha.2005.09.001.

Parizek, B.R., and R.B. Alley, 2004: Implications of increased Greenland surface melt under global-warming scenarios: ice-sheet simulations. *Quat. Sci. Rev.*, **23**(9–10), 1013–1027.

Parizek, B.R., R.B. Alley, and C.L. Hulbe, 2003: Subglacial thermal balance permits ongoing grounding-line retreat along the Siple Coast of West Antarctica. *Ann. Glaciol.*, **36**, 251–256.

Parkinson, C.L., 1990: Search for the Little Ice Age in Southern Ocean sea-ice records. *Ann. Glaciol.*, **14**, 221–225.

Paterson, W.S.B., 2004: *The Physics of Glaciers*, Ed. 3.A, Elsevier, Oxford, UK, 496pp.

Pavlov, A.V., 1996: Permafrost-climate monitoring of Russia: analysis of field data and forecast. *Polar Geogr.*, **20**(1), 44–64.

Payne, A.J., et al., 2004: Recent dramatic thinning of largest West Antarctic ice stream triggered by oceans. *Geophys. Res. Lett.*, **31**, L23401, doi:10.1029/2004GL021284.

Peltier, W.R., 1998: Postglacial variations in the level of the sea: implications for climate dynamics and solid-earth geophysics. *Rev. Geophys.*, **36**, 603–689.

Petkova, N., E. Koleva, and V. Alexandrov, 2004: Snow cover variability and change in mountainous regions of Bulgaria, 1931-2000. *Meteorol. Z.*, **13**(1), 19–23.

Pettersson, R., P. Jansson, and P. Holmlund, 2003: Cold surface layer thinning on Storglaciären, Sweden, observed by repeated ground penetrating radar surveys. *J. Geophys. Res.*, **108**(F1), 6004, doi:10.1029/2003JF000024.

Polyakov, I.V., et al., 2003: Long-term ice variability in Arctic marginal seas. *J. Clim.*, **16**, 2078–2085.

Prieto, R, et al., 2001: Interannual oscillations and trend of snow occurrence in the Andes region since 1885. *Aust. Meteorol. Mag.*, **50**(2), 164.

Proshutinsky, A.Y., and M.A. Johnson, 1997: Two circulation regimes of the wind-driven Arctic Ocean. *J. Geophys. Res.*, **102**(C6), 12493–12514.

Qin, D., S. Liu, and P. Li, 2006: Snow cover distribution, variability, and response to climate change in Western China. *J. Clim.*, **19**, 1820–1833.

Qiu, G., Y. Zhou, D. Guo, and Y. Wang, 2000: The map of geocryological regionalization and classification in China. In: *Geocryology in China* [Zhou, Y., D. Guo, G. Qiu, G. Cheng, and S. Li (eds.)]. Science Press, Beijing (in Chinese). The digital version of the map is available at the National Snow and Ice Data Center, University of Colorado at Boulder, Boulder, CO, http://nsidc.org/data/ggd603.html.

Rachold, V., et al., 2003: Modern terrigenous organic carbon input to the Arctic Ocean. In: *Organic Carbon Cycle in the Arctic Ocean: Present and Past* [Stein, R., and R.W. Macdonald (eds.)]. Springer Verlag, Berlin, pp. 33–55.

Ramillien, G., et al., 2006: Interannual variations of the mass balance of the Antarctica and Greenland ice sheets from GRACE. *Global Planet. Change*, **53**, 198–208.

Randerson, J.T., C.B. Field, I.Y. Fung, and C.B. Tans, 1999: Increases in early season ecosystem uptake explain recent changes in the seasonal cycle of the atmospheric $CO_2$ at high northern latitudes. *Geophys. Res. Lett.*, **26**, 2765–2768.

Raper, S.C.B., and R.J. Braithwaite, 2005: The potential for sea level rise: New estimates from glacier and ice cap area and volume distribution. *Geophys. Res. Lett.*, **32**, L05502, doi:10.1029/2004GL021981.

Rayner, N.A., et al., 2003: Global analyses of sea surface temperature, sea ice and night marine air temperature since the late nineteenth century. *J. Geophys. Res.*, **108**(D14), 4407, doi: 10.1029/2002JD002670.

Ren, J., et al., 2004: Glacier variations and climate warming and drying in the central Himalayas. *Chin. Sci. Bull.*, **49**(1), 65–69.

Rignot, E., and S. Jacobs, 2002: Rapid bottom melting widespread near Antarctic Ice Sheet grounding lines. *Science*, **296**, 2020–2023.

Rignot, E., and R.H. Thomas, 2002: Mass balance of polar ice sheets. *Science*, **297**(5586), 1502–1506.

Rignot, E., and P. Kanagaratnam, 2006: Changes in the velocity structure of the Greenland Ice Sheet. *Science*, **311**, 986–990.

Rignot, E., A. Rivera, and G. Casassa, 2003: Contribution of the Patagonia Icefields of South America to sea level rise. *Science*, **302**, 434–437.

Rignot, E., et al., 2004: Accelerated ice discharge from the Antarctic Peninsula following the collapse of Larsen B ice shelf. *Geophys. Res. Lett.*, **31**(18), L18401, doi:10.1029/2004GL020697.

Rignot, E., et al., 2005: Recent ice loss from the Fleming and other glaciers, Wordie Bay, West Antarctic Peninsula. *Geophys. Res. Lett.*, **32**(7), 1–4.

Rigor, I.G., J.M. Wallace, and R.L. Colony, 2002: Response of sea ice to the arctic oscillation. *J. Clim.*, **15**, 2648–2663.

Robertson, R., M. Visbek, A. Gordon, and E. Fahrbach, 2002: Long term temperature trends in the deep waters of the Weddell. *Deep-Sea Res.*, **49**, 4791–4802.

Robinson, D.A., and A. Frei, 2000: Seasonal variability of northern hemisphere snow extent using visible satellite data. *Professional Geogr.*, **51**, 307–314.

Robinson, D.A., K.F. Dewey, and R.R. Heim Jr., 1993: Global snow cover monitoring: an update. *Bull. Am. Meteorol. Soc.*, **74**, 1689–1696.

Robock, A., M. Mu, K. Vinnikov, and D. Robinson, 2003: Land surface conditions over Eurasia and Indian summer monsoon rainfall. *J. Geophys. Res.*, **108**(D4), 4131, doi: 10.1029/2002JD002286.

Romanovsky, V.E., et al., 2002: Permafrost temperature records: Indicator of climate change. *Eos*, **83**(50), 589, 593–594.

Rothrock, D.A., Y. Yu, and G.A. Maykut, 1999: Thinning of the Arctic sea-ice cover. *Geophys. Res. Lett.*, **26**(23), 3469.

Rothrock, D.A., J. Zhang, and Y. Yu., 2003: The arctic ice thickness anomaly of the 1990s: A consistent view from observations and models. *J. Geophys. Res.*, **108**(C3), 3083, doi:10.1029/2001JC001208.

Saito, K., and J. Cohen, 2003: The potential role of snow cover in forcing interannual variability of the major Northern Hemisphere mode. *Geophys. Res. Lett.*, **30**, 1302, doi:10.1029/2002GL016341.

Scambos, T., C. Hulbe, and M. Fahnestock, 2003: Climate-induced ice shelf disintegration in the Antarctic Peninsula. In: *Antarctic Peninsula Climate Variability: Historical and Paleoenvironmental Perspectives* [Domack, E., et al. (eds.)]. Antarctic Research Series 79, American Geophysical Union, Washington, DC, pp. 79–92.

Scambos, T., C. Hulbe, M. Fahnestock, and J. Bohlander, 2000: The link between climate warming and break-up of ice shelves in the Antarctic Peninsula. *J. Glaciol.*, **46**, 516–530.

Scambos, T., J. Bohlander, C. Shuman, and P. Skvarca, 2004: Glacier acceleration and thinning after ice shelf collapse in the Larsen B embayment, Antarctica. *Geophys. Res. Lett.*, **31**, L18401, doi:10.1029/2004GL020670.

Scherrer, S.C., C. Appenzeller, and M. Laternser, 2004: Trends in Swiss alpine snow days – the role of local and large scale climate variability. *Geophys. Res. Lett.*, **31**, L13215, doi:10.1029/2004GL020255.

Schmitt, C., Ch. Kottmeier, S. Wassermann, and M. Drinkwater, 2004: *Atlas of Antarctic Sea Ice Drift*. University of Karlsruhe, Karlsruhe, http://imkhp7.physik.uni-karlsruhe.de/~eisatlas/eisatlas_start.html.

Schneider, D.P., E.J. Steig, and J.C. Comiso, 2004: Recent climate variability in Antarctica from satellite-derived temperature data. *J. Clim.*, **17**, 1569–1583.

Sharkhuu, N., 2003: Recent changes in the permafrost of Mongolia. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 1029–1034.

Shepherd, A., D.J. Wingham, and J.A.D. Mansley, 2002: Inland thinning of the Amundsen Sea sector, West Antarctica. *Geophys. Res. Lett.*, **29**(10), 1364.

Shepherd, A., D. Wingham, and E. Rignot, 2004: Warm ocean is eroding West Antarctic Ice Sheet. *Geophys. Res. Lett.*, **31**(23), 1–4.

Shepherd, A., D. Wingham, T. Payne, and P. Skvarca, 2003: Larsen Ice Shelf has progressively thinned. *Science*, **302**, 856–859.

Shy, T.L., and J.E. Walsh, 1996: North Pole ice thickness and association with ice motion history. *Geophys. Res. Lett.*, **23**(21), 2975–2978.

Sicart, J.E., P. Wagnon, and P. Ribstein, 2005: Atmospheric controls of the heat balance of Zongo Glacier (16°S, Bolivia). *J. Geophys. Res.*, **110**, D12106, doi:10.1029/2004JD005732.

Smith, L.C., 2000: Trends in Russian Arctic river-ice formation and breakup, 1917-1994. *Phys. Geogr.*, **21**, 46–56.

Smith, L.C., Y. Sheng, G.M. MacDonald, and L.D. Hinzman, 2005: Disappearing Arctic lakes. *Science*, **308**, 1429.

Smith, N.V., S.S. Saatchi, and T. Randerson, 2004: Trends in high latitude soil freeze and thaw cycles from 1988 to 2002. *J. Geophys. Res.*, **109**, D12101, doi:10.1029/2003JD004472.

Smith, S.L., M.M. Burgess, and A.E. Taylor, 2003: High Arctic permafrost observatory at Alert, Nunavut – analysis of a 23 year data set. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 1073–1078.

Smith, S.L., M.M. Burgess, D. Riseborough, and F.M. Nixon, 2005: Recent trends from Canadian permafrost thermal monitoring network sites. *Permafrost and Periglacial Processes*, **16**, 19–30.

Solomina, O., R. Barry, and M. Bodnya, 2004: The retreat of Tien Shan glaciers (Kyrgyzstan) since the Little Ice Age estimated from aerial photographs, lichonometric and historical data. *Geografiska Annaler*, **86**A(2), 205–215.

Steffen, K., et al., 1992: The estimation of geophysical parameters using passive microwave algorithms. In: *Microwave Remote Sensing of Sea Ice* [Carsey, F.D. (ed.)]. Geophysical Monograph 68, American Geophysical Union, Washington, DC, pp 201–231.

Stewart, I.T., D.R. Cayan, and M.D. Dettinger, 2005: Changes towards earlier streamflow timing across western North America. *J. Clim.*, **18**, 1136–1155.

Stineman, R.W., 1980: A consistently well-behaved method of interpolation. *Creative Computing*, July 1980, 54–57.

Stone, J.O., et al., 2003: Holocene deglaciation of Marie Byrd Land, West Antarctica. *Science*, **299**, 99–102.

Stone, R.S., E.G. Dutton, J.M. Harris, and D. Longnecker, 2002: Earlier spring snowmelt in northern Alaska as an indicator of climate change. *J. Geophys. Res.*, **107**(D10), doi:10.1029/2000JD000286.

Su, Z., and Shi, Y., 2002: Response of monsoonal temperate glaciers to global warming since the Littel Ice Age. *Quat. Int.*, **97–98**, 123–131.

Thomas, R.H., 1979: The dynamics of marine ice sheets. *J. Glaciol.*, **24**, 167–177.

Thomas, R., 2004: Force-perturbation analysis of recent thinning and acceleration of Jakobshavn Isbrae, Greenland. *J. Glaciol.*, **50**, 57–66.

Thomas, R., et al., 2001: Mass balance of higher-elevation parts of the Greenland ice sheet. *J. Geophys. Res.*, **106D**, 33707–33716.

Thomas, R., et al., 2003: Investigation of surface melting and dynamic thinning on Jakobshavn Isbrae, Greenland. *J. Glaciol.*, **49**, 231–239.

Thomas, R., et al., 2004: Accelerated sea-level rise from West Antarctica. *Science*, **306**(5694), 255–258.

Thomas, R., et al., 2006: Progressive increase in ice loss from Greenland. *Geophys. Res. Lett.*, **33**, L10503, doi: 10.1029/2006GL026075.

Thompson, D.W.J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thompson, L.G., et al., 2002: Kilimanjaro ice core records: Evidence of Holocene climate change in tropical Africa. *Science*, **298**, 589–593.

Tucker, W.B. III, et al., 2001: Evidence for the rapid thinning of sea ice in the western Arctic Ocean at the end of the 1980s. *Geophys. Res. Lett.*, **28**(14), 2851–2854.

Turner, J., et al., 2005: Antarctic climate change during the last 50 years. *Int. J. Climatol.*, **25**(3), 279–294.

van de Berg, W.J., M.R. van den Broeke, C.H. Reijmer, and E. van Meijgaard, 2006: Reassessment of the Antarctic surface mass balance using calibrated output of a regional atmospheric climate model. *J. Geophys. Res.*, **111**, D11104, doi:10.1029/2005JD006495.

van den Broeke, M.R., 2000: On the interpretation of Antarctic temperature trends. *J. Clim.*, **13**(21), 3885–3889.

van den Broeke, M.R., W.J. van de Berg, and E. van Meijgaard, 2006: Snowfall in coastal West Antarctica much greater than previously assumed. *Geophys. Res. Lett.*, **33**, L02505, doi:10.1029/2005GL025239.

Vaughan, D.G., et al., 2001: Climate change – Devil in the detail. *Science*, **293**(5536), 1777–1779.

Vaughan, D.G., et al., 2003: Recent rapid regional climate warming on the Antarctic Peninsula. *Clim. Change*, **60**, 243–274.

Velicogna, I., and J. Wahr, 2005: Greenland mass balance from GRACE. *Geophys. Res. Lett.*, **32**, L18505, doi:10.1029/2005GL023955.

Velicogna, I., and J. Wahr, 2006: Measurements of time variable gravity show mass loss in Antarctica. *Science*, **311**(5768), 1754–1756, doi:10.1126/science.1123785.

Venegas, S.A., M.R. Drinkwater, and G. Shaffer, 2001: Coupled oscillations in Antarctic sea ice and atmosphere in the South Pacific sector. *Geophys. Res. Lett.*, **28**,(17), 3301–3304.

Vincent, C., E. Le Meur, D. Six, and M. Funk, 2005: Solving the paradox of the end of the Little Ice Age in the Alps. *Geophys. Res. Lett.*, **32**, L09706, doi:10.1029/2005GL022552.

Vinje, T., 2001: Anomalies and trends of sea ice extent and atmospheric circulation in the Nordic Seas during the period 1864-1998. *J. Clim.*, **14**, 255–267.

Vinje, T., N. Nordlund, and A. Kvambekk, 1998: Monitoring ice thickness in Fram Strait. *J. Geophys. Res.*, **103**(C5), 10437–10450.

Vojtek, M., P. Fasko, and P. St'astny, 2003: Some selected snow climate trends in Slovakia with respect to altitude. *Acta Meteorologica Universitatis Comenianae.* **32**, 17–27.

Vonder Mühll, D., J. Nötzli, K. Makowski, and R. Delaloye, 2004: *Permafrost in Switzerland 2000/2001 and 2001/2002.* Glaciological Report (Permafrost) No. 2/3, Glaciological Commission of the Swiss Academy of Sciences, Zurich, 86 pp.

Wadhams, P., 1992: Sea ice thickness distribution in the Greenland Sea and Eurasian Basin, May 1987. *J. Geophys. Res.*, **97**, 5331–5348.

Wagnon, P., P. Ribstein, B. Francou, and J.E. Sicart, 2001. Anomalous heat and mass budget of Glaciar Zongo, Bolivia during the 1997/98 El Niño year. *J. Glaciol.*, **47**(156), 21–28.

Walsh, J., et al., 2005: Cryosphere and hydrology. In: *Arctic Climate Impact Assessment.* Cambridge University Press, Cambridge and New York, pp. 183–242.

Wang, S., 2002: Permafrost degradation, desertification and $CH_4$ release. In: *Dynamic Characteristic of Cryosphere in the Central Section of Qinghai-Tibet Plateau* [Yao, T., et al. (eds.)]. Geology Press, Beijing, 234–255 (in Chinese).

Wang, S., and Zhao, X., 1997: Environmental change in patchy permafrost zone in the south section of Qinghai-Tibet Highway. *J. Glaciol. Geocryol.*, **19**, 231–239 (in Chinese).

Warren, S.G., et al., 1999: Snow depth on arctic sea ice. *J. Clim.*, **12**, 1814–1829.

WGMS(ICSI-IAHS), various years-a: *Fluctuations of Glaciers.* World Glacier Monitoring Service, Zurich.

WGMS(ICSI-IAHS), various years-b: *Mass Balance Bulletin.* World Glacier Monitoring Service, Zurich, http://www.wgms.ch/mbb.html.

Winsor, P., 2001: Arctic sea ice thickness remained constant during the 1990s. *Geophys. Res. Lett.*, **28**(6), 1039–1041.

Worby, A.P., and S.F. Ackley, 2000: Antarctic research yields circumpolar sea ice thickness data. *Eos*, **81**(17), 181, 184–185.

Worby, A.P., and J.C. Comiso, 2004: Studies of the Antarctic sea ice edge and ice extent from satellite and ship observations. *Remote Sensing of Environment*, **92**, 98–111.

Wu, Q., and Y. Liu, 2003: Ground temperature monitoring and its recent change in Qinghai–Tibet Plateau. *Cold Regions Sci. Technol.*, **18**, 85–92.

Ye, H.C., and M. Ellison, 2003: Changes in transitional snowfall season length in northern Eurasia. *Geophys. Res. Lett.*, **30**(5), 1252.

Yoshikawa, K., and L.D. Hinzman, 2003: Shrinking thermokarst ponds and groundwater dynamics in discontinuous permafrost. *Permafrost and Periglacial Processes*, **14**(2), 151–160.

Yu, Y., G.A. Maykut, and D.A. Rothrock, 2004: Changes in the thickness distribution of Arctic sea ice between 1958-1970 and 1993-1997. *J. Geophys. Res.*, **109**, C08004, doi:10.1029/2003JC001982.

Zemp, M., R. Frauenfelder, W. Haeberli, and M. Hoelzle, 2005: Worldwide glacier mass balance measurements: general trends and first results of the extraordinary year 2003 in Central Europe. In: *XIII Glaciological Symposium, Shrinkage of the Glaciosphere: Facts and Analyses, St. Petersburg, Russia* [Science, R.A.O. (ed.)]. Data of Glaciological Studies [Materialy glyatsiologicheskikh issledovaniy], Moscow, Russia, pp. 3–12.

Zhang, T., 2005: Influence of the seasonal snow cover on the ground thermal regime: An overview. *Rev. Geophys.*, **43**, RG4002, doi:10.1029/2004RG000157.

Zhang, T., et al., 1999: Statistics and characteristics of permafrost and ground-ice distribution in the Northern Hemisphere. *Polar Geogr.*, 23(2), 132–154.

Zhang, T., et al., 2003: Distribution of seasonally and perennially frozen ground in the Northern Hemisphere. In: *Proceedings of the 8th International Conference on Permafrost, 21-25 July 2003, Zurich, Switzerland* [Phillips, M., S.M. Springman, and L.U. Arenson (eds.)]. A.A. Balkema, Lisse, the Netherlands, pp. 1289–1294.

Zhang, T., et al., 2005: Spatial and temporal variability in active layer thickness over the Russian Arctic drainage basin. *J. Geophys. Res.*, **110**, D16101, doi:10.1029/2004JD005642.

Zhang, X., L.A. Vincent, W.D. Hogg, and A. Niitsoo, 2000: Temperature and precipitation trends in Canada during the 20th century. *Atmos-Ocean*, **38**(3), 395–429.

Zhang, X., K.D. Harvey, W.D. Hogg, and T.R. Yuzyk, 2001: Trends in Canadian streamflow. *Water Resour. Res.*, **37**(4), 987–998.

Zhang, Y.S., T. Li, and B. Wang, 2004: Decadal change of the spring snow depth over the Tibetan Plateau: The associated circulation and influence on the East Asian summer monsoon. *J. Clim.*, **17**(14), 2780–2793.

Zhao, L., G. Cheng, and Li, S., 2003: Changes of plateau frozen-ground and environmental engineering effects. In: *The Formation Environment and Development of Qinghai-Tibet Plateau* [Zheng, D., et al. (eds)]. Heibei Science and Technology Press, Shijiazhang, pp. 143–150 (in Chinese).

Zhao, L., et al., 2004: Changes of climate and seasonally frozen ground over the past 30 years in Qinghai-Xizang (Tibetan) Plateau, China. *Global Planet. Change*, **43**, 19–31.

Zhou, Y., X. Gao, and Y. Wang,1996: The ground temperature changes of seasonally freeze-thaw layers and climate warming in Northeast China in the past 40 years. In: *Proceeding of the 5th Chinese Conference on Glaciology and Geocryology (Volume 1).* Gansu Culture Press, Lanzhou, pp. 3–9 (in Chinese).

Zwally, H.J., et al., 2002: Surface melt-induced acceleration of Greenland ice-sheet flow. *Science*, **297**(5579), 218–222.

Zwally, H.J., et al., 2006: Mass changes of the Greenland and Antarctic ice sheets and shelves and contributions to sea level rise: 1992-2002. *J. Glaciol.*, **51**, 509–527.

# 5

# Observations:
# Oceanic Climate Change and Sea Level

**Coordinating Lead Authors:**

Nathaniel L. Bindoff (Australia), Jürgen Willebrand (Germany)

**Lead Authors:**

Vincenzo Artale (Italy), Anny Cazenave (France), Jonathan M. Gregory (UK), Sergey Gulev (Russian Federation), Kimio Hanawa (Japan), Corrine Le Quéré (UK, France, Canada), Sydney Levitus (USA), Yukihiro Nojiri (Japan), C.K. Shum (USA), Lynne D. Talley (USA), Alakkat S. Unnikrishnan (India)

**Contributing Authors:**

J. Antonov (USA, Russian Federation), N.R. Bates (Bermuda), T. Boyer (USA), D. Chambers (USA), B. Chao (USA), J. Church (Australia), R. Curry (USA), S. Emerson (USA), R. Feely (USA), H. Garcia (USA), M. González-Davíla (Spain), N. Gruber (USA, Switzerland), S. Josey (UK), T. Joyce (USA), K. Kim (Republic of Korea), B. King (UK), A. Koertzinger (Germany), K. Lambeck (Australia), K. Laval (France), N. Lefevre (France), E. Leuliette (USA), R. Marsh (UK), C.  Mauritzen (Norway), M. McPhaden (USA), C. Millot (France), C. Milly (USA), R. Molinari (USA), R.S. Nerem (USA), T. Ono (Japan), M. Pahlow (Canada), T.-H. Peng (USA), A. Proshutinsky (USA), B. Qiu (USA),  D. Quadfasel (Germany), S. Rahmstorf (Germany), S. Rintoul (Australia), M. Rixen (NATO, Belgium), P. Rizzoli (USA, Italy), C. Sabine (USA), D. Sahagian (USA), F. Schott (Germany), Y. Song (USA), D. Stammer (Germany), T. Suga (Japan), C. Sweeney (USA), M. Tamisiea (USA), M. Tsimplis (UK, Greece), R. Wanninkhof (USA), J. Willis (USA), A.P.S. Wong (USA, Australia), P. Woodworth (UK), I. Yashayaev (Canada), I. Yasuda (Japan)

**Review Editors:**

Laurent Labeyrie (France), David Wratt (New Zealand)

**This chapter should be cited as:**

Bindoff, N.L., J. Willebrand, V. Artale, A, Cazenave, J. Gregory, S. Gulev, K. Hanawa, C. Le Quéré, S. Levitus, Y. Nojiri, C.K. Shum, L.D. Talley and A. Unnikrishnan, 2007: Observations: Oceanic Climate Change and Sea Level.  In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** ................................................... 387

**5.1  Introduction** .......................................................... 389

**5.2  Changes in Global-Scale Temperature
and Salinity** ......................................................... 389

   5.2.1  Background ...................................................... 389

   5.2.2  Ocean Heat Content........................................... 390

   5.2.3  Ocean Salinity................................................... 393

   5.2.4  Air-Sea Fluxes and Meridional Transports.......... 393

**5.3  Regional Changes in Ocean Circulation
and Water Masses** .............................................. 394

   5.3.1  Introduction ..................................................... 394

   5.3.2  Atlantic and Arctic Oceans ................................. 395

   Box 5.1:Has the Meridional Overturning Circulation
           in the Atlantic Changed? ...................................... 397

   5.3.3  Pacific Ocean ................................................... 399

   5.3.4  Indian Ocean .................................................... 400

   5.3.5  Southern Ocean ................................................ 401

   5.3.6  Relation of Regional to Global Changes ............. 402

**5.4  Ocean Biogeochemical Changes** ...................... 403

   5.4.1  Introduction ..................................................... 403

   5.4.2  Carbon............................................................. 403

   5.4.3  Oxygen ............................................................ 406

   5.4.4  Nutrients .......................................................... 406

   5.4.5  Biological Changes Relevant to Ocean
        Biogeochemistry................................................. 408

   5.4.6  Consistency with Physical Changes ................... 408

**5.5  Changes in Sea Level**........................................ 408

   5.5.1  Introductory Remarks......................................... 408

   5.5.2  Observations of Sea Level Changes ................... 410

   5.5.3  Ocean Density Changes..................................... 414

   5.5.4  Interpretation of Regional Variations in the
        Rate of Sea Level Change................................... 416

   5.5.5  Ocean Mass Change.......................................... 417

   5.5.6  Total Budget of the Global Mean Sea
        Level Change..................................................... 419

**5.6  Synthesis** ........................................................... 420

**Frequently Asked Question**

   **FAQ 5.1:** *Is Sea Level Rising?* .............................................. 409

**References**................................................................... 422

**Appendix 5.A: Techniques, Error
Estimation and Measurement Systems** ................ 429

## Executive Summary

- The oceans are warming. Over the period 1961 to 2003, global ocean temperature has risen by 0.10°C from the surface to a depth of 700 m. Consistent with the Third Assessment Report (TAR), global ocean heat content (0–3,000 m) has increased during the same period, equivalent to absorbing energy at a rate of $0.21 \pm 0.04$ W m$^{-2}$ globally averaged over the Earth's surface. Two-thirds of this energy is absorbed between the surface and a depth of 700 m. Global ocean heat content observations show considerable interannual and inter-decadal variability superimposed on the longer-term trend. Relative to 1961 to 2003, the period 1993 to 2003 has high rates of warming but since 2003 there has been some cooling.

- Large-scale, coherent trends of salinity are observed for 1955 to 1998, and are characterised by a global freshening in subpolar latitudes and a salinification of shallower parts of the tropical and subtropical oceans. Freshening is pronounced in the Pacific while increasing salinities prevail over most of Atlantic and Indian Oceans. These trends are consistent with changes in precipitation and inferred larger water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific. Observations do not allow for a reliable estimate of the global average change in salinity in the oceans.

- Key oceanic water masses are changing; however, there is no clear evidence for ocean circulation changes. Southern Ocean mode waters and Upper Circumpolar Deep Waters have warmed from the 1960s to about 2000. A similar but weaker pattern of warming in the Gulf Stream and Kuroshio mode waters in the North Atlantic and North Pacific has been observed. Long-term cooling is observed in the North Atlantic subpolar gyre and in the central North Pacific. Since 1995, the upper North Atlantic subpolar gyre has been warming and becoming more saline. It is *very likely* that up to the end of the 20th century, the Atlantic meridional overturning circulation has been changing significantly at interannual to decadal time scales. Over the last 50 years, no coherent evidence for a trend in the strength of the meridional overturning circulation has been found.

- Ocean biogeochemistry is changing. The total inorganic carbon content of the oceans has increased by $118 \pm 19$ GtC between the end of the pre-industrial period (about 1750) and 1994 and continues to increase. It is *more likely than not* that the fraction of emitted carbon dioxide that was taken up by the oceans has decreased, from $42 \pm 7\%$ during 1750 to 1994 to $37 \pm 7\%$ during 1980 to 2005. This would be consistent with the expected rate at which the oceans

can absorb carbon, but the uncertainty in this estimate does not allow firm conclusions. The increase in total inorganic carbon caused a decrease in the depth at which calcium carbonate dissolves, and also caused a decrease in surface ocean pH by an average of 0.1 units since 1750. Direct observations of pH at available time series stations for the last 20 years also show trends of decreasing pH at a rate of 0.02 pH units per decade. There is evidence for decreased oxygen concentrations, likely driven by reduced rates of water renewal, in the thermocline (~100–1,000 m) in most ocean basins from the early 1970s to the late 1990s.

- Global mean sea level has been rising. From 1961 to 2003, the average rate of sea level rise was $1.8 \pm 0.5$ mm yr$^{-1}$. For the 20th century, the average rate was $1.7 \pm 0.5$ mm yr$^{-1}$, consistent with the TAR estimate of 1 to 2 mm yr$^{-1}$. There is *high confidence* that the rate of sea level rise has increased between the mid-19th and the mid-20th centuries. Sea level change is highly non-uniform spatially, and in some regions, rates are up to several times the global mean rise, while in other regions sea level is falling. There is evidence for an increase in the occurrence of extreme high water worldwide related to storm surges, and variations in extremes during this period are related to the rise in mean sea level and variations in regional climate.

- The rise in global mean sea level is accompanied by considerable decadal variability. For the period 1993 to 2003, the rate of sea level rise is estimated from observations with satellite altimetry as $3.1 \pm 0.7$ mm yr$^{-1}$, significantly higher than the average rate. The tide gauge record indicates that similar large rates have occurred in previous 10-year periods since 1950. It is unknown whether the higher rate in 1993 to 2003 is due to decadal variability or an increase in the longer-term trend.

- There are uncertainties in the estimates of the contributions to sea level change but understanding has significantly improved for recent periods. For the period 1961 to 2003, the average contribution of thermal expansion to sea level rise was $0.4 \pm 0.1$ mm yr$^{-1}$. As reported in the TAR, it is *likely* that the sum of all known contributions for this period is smaller than the observed sea level rise, and therefore it is not possible to satisfactorily account for the processes causing sea level rise. However, for the period 1993 to 2003, for which the observing system is much better, the contributions from thermal expansion ($1.6 \pm 0.5$ mm yr$^{-1}$) and loss of mass from glaciers, ice caps and the Greenland and Antarctic Ice Sheets together give $2.8 \pm 0.7$ mm yr$^{-1}$. For the latter period, the climate contributions constitute the main factors in the sea level budget, which is closed to within known errors.

- The patterns of observed changes in global ocean heat content and salinity, sea level, thermal expansion, water mass evolution and biogeochemical parameters described in this chapter are broadly consistent with the observed ocean surface changes and the known characteristics of the large-scale ocean circulation.

## 5.1   Introduction

The ocean has an important role in climate variability and change. The ocean's heat capacity is about 1,000 times larger than that of the atmosphere, and the oceans net heat uptake since 1960 is around 20 times greater than that of the atmosphere (Levitus et al., 2005a). This large amount of heat, which has been mainly stored in the upper layers of the ocean, plays a crucial role in climate change, in particular variations on seasonal to decadal time scales. The transport of heat and freshwater by ocean currents can have an important effect on regional climates, and the large-scale Meridional Overturning Circulation (MOC; also referred to as thermohaline circulation) influences the climate on a global scale (e.g., Vellinga and Wood, 2002). Life in the sea is dependent on the biogeochemical status of the ocean and is influenced by changes in the physical state and circulation. Changes in ocean biogeochemistry can directly feed back to the climate system, for example, through changes in the uptake or release of radiatively active gases such as carbon dioxide. Changes in sea level are also important for human society, and are linked to changes in ocean circulation. Finally, oceanic parameters can be useful for detecting climate change, in particular temperature and salinity changes in the deeper layers and in different regions where the short-term variability is smaller and the signal-to-noise ratio is higher.

The large-scale, three-dimensional ocean circulation and the formation of water masses that ventilate the main thermocline together create pathways for the transport of heat, freshwater and dissolved gases such as carbon dioxide from the surface ocean into the density-stratified deeper ocean, thereby isolating them from further interaction with the atmosphere. These pathways are also important for the transport of anomalies in these parameters caused by changes in the surface conditions. Furthermore, changes in the storage of heat and in the distribution of ocean salinity cause the ocean to expand or contract and hence change the sea level both regionally and globally.

The ocean varies over a broad range of time scales, from seasonal (e.g., in the surface mixed layer) to decadal (e.g., circulation in the main subtropical gyres) to centennial and longer (associated with the MOC). The main modes of climate variability, which are described in Chapter 3, are the El Niño-Southern Oscillation (ENSO), the Pacific Decadal Oscillation (PDO), the Northern Annular Mode (NAM), which is related to the North Atlantic Oscillation (NAO), and the Southern Annular Mode (SAM). Forcing of the oceans is often related to these modes, which cause changes in ocean circulation through changed patterns of winds and changes in surface ocean density.

The Third Assessment Report (TAR) discussed some aspects of the ocean's role. Folland et al. (2001) concluded that the global ocean has significantly warmed since the late 1950's. This assessment provides updated estimates of temperature changes for the oceans. Furthermore, it discusses new evidence for changes in the ocean freshwater budget and the ocean circulation. The TAR estimate of the total inorganic carbon increase in the ocean (Prentice et al., 2001) was based entirely on indirect evidence. This assessment provides updated indirect estimates and reports on new and direct evidence for changes in total carbon increase and for changes in ocean biogeochemistry (including pH and oxygen). Church et al. (2001) determined a range of 1 to 2 mm yr$^{-1}$ for the observed global average sea level rise in the 20th century. This assessment provides new estimates for sea level change and the climate-related contributions to sea level change from thermal expansion and melting of ice sheets, glaciers and ice caps. The focus of this chapter is on observed changes in the global ocean basins, however some regional changes in the ocean state are also considered.

Many ocean observations are poorly sampled in space and time, and regional distributions often are quite heterogeneous. Furthermore, the observational records only cover a relatively short period of time (e.g., the 1950s to the present). Many of the observed changes have significant decadal variability associated with them, and in some cases decadal variability and/or poor sampling may prevent detection of long-term trends. When time series of oceanic parameters are considered, linear trends are often computed in order to quantify the observed long-term changes; however, this does not imply that the original signal is best represented by a linear increase in time. For plotting time series, this chapter generally uses the difference (anomaly) from the average value for the years 1961 to 1990. Wherever possible, error bars are provided to quantify the uncertainty of the observations. As in other parts of this report, 90% confidence intervals are used throughout. If not otherwise stated, values with error bars given as $x \pm e$ should hence be interpreted as a 90% chance that the true value is in the range $x - e$ to $x + e$.

## 5.2   Changes in Global-Scale Temperature and Salinity

### 5.2.1   Background

Among the major challenges in understanding the climate system are quantifying the Earth's heat balance and the freshwater balance (hydrological cycle), which both have a substantial contribution from the World Ocean. This chapter presents observational evidence that directly or indirectly helps to quantify changes in these balances.

The TAR included estimates of ocean heat content changes for the upper 3,000 m of the World Ocean. Ocean heat content change is closely proportional to the average temperature change in a volume of seawater, and is defined here as the deviation from a reference period. This section reports on updates of this estimate and presents estimates for the upper 700 m based on additional modern and historical data (Willis et al., 2004; Levitus et al., 2005b; Ishii et al., 2006). The section also presents new estimates of the temporal variability of salinity. The data used for temperature and heat content estimates are based on the World Ocean Database 2001 (e.g., Boyer et al.,

2002; Conkright et al., 2002), which has been updated with more recent data. Temperature data include measurements from reversing thermometers, expendable bathythermographs, mechanical bathythermographs, conductivity-temperature-depth instruments, Argo profiling floats, moored buoys and drifting buoys. The salinity data are described by Locarnini et al. (2002) and Stephens et al. (2002).

### 5.2.2   Ocean Heat Content

#### 5.2.2.1   Long-Term Temperature Changes

Figure 5.1 shows two time series of ocean heat content for the 0 to 700 m layer of the World Ocean, updated from Ishi et al. (2006) and Levitus et al. (2005a) for 1955 to 2005, and a time series for 0 to 750 m for 1993 to 2005 updated from Willis et al. (2004). Approximately 7.9 million temperature profiles were used in constructing the two longer time series. The three heat content analyses cover different periods but where they overlap in time there is good agreement. The time series shows an overall trend of increasing heat content in the World Ocean with interannual and inter-decadal variations superimposed on this trend. The root mean square difference between the three data sets is $1.5 \times 10^{22}$ J. These year-to-year differences, which are due to differences in quality control and data used, are small and now approaching the accuracies required to close the Earth's radiation budget (e.g., Carton et al., 2005). On longer time scales, the two longest time series (using independent criteria for selection, quality control, interpolation and analysis

of similar data sets) show good agreement about long-term trends and also on decadal time scales.

For the period 1993 to 2003, the Levitus et al. (2005a) analysis has a linear global ocean trend of $0.42 \pm 0.18$ W m$^{-2}$, Willis et al. (2004) has a trend of $0.66 \pm 0.18$ W m$^{-2}$ and Ishii et al. (2006) a trend of $0.33 \pm 0.18$ W m$^{-2}$. Overall, we assess the trend for this period as $0.5 \pm 0.18$ W m$^{-2}$. For the 0 to 700 m layer and the period 1955 to 2003 the heat content change is $10.9 \pm 3.1 \times 10^{22}$ J or $0.14 \pm 0.04$ W m$^{-2}$ (data from Levitus et al., 2005a). All of these estimates are per unit area of Earth surface. Despite the fact that there are differences between these three ocean heat content estimates due to the data used, quality control applied, instrumental biases, temporal and spatial averaging and analysis methods (Appendix 5.A.1), they are consistent with each other giving a high degree of confidence for their use in climate change studies. The global increase in ocean heat content during the period 1993 to 2003 in two ocean models constrained by assimilating altimetric sea level and other observations (Carton et al., 2005; Köhl et al., 2006) is considerably larger than these observational estimates. We assess the heat content change from both of the long time series (0 to 700 m layer and the 1961 to 2003 period) to be $8.11 \pm 0.74 \times 10^{22}$ J, corresponding to an average warming of 0.1°C or $0.14 \pm 0.04$ W m$^{-2}$, and conclude that the available heat content estimates from 1961 to 2003 show a significant increasing trend in ocean heat content.

The data used in estimating the Levitus et al. (2005a) ocean temperature fields (for the above heat content estimates) do not include sea surface temperature (SST) observations,



**Figure 5.1.** *Time series of global annual ocean heat content ($10^{22}$ J) for the 0 to 700 m layer. The black curve is updated from Levitus et al. (2005a), with the shading representing the 90% confidence interval. The red and green curves are updates of the analyses by Ishii et al. (2006) and Willis et al. (2004, over 0 to 750 m) respectively, with the error bars denoting the 90% confidence interval. The black and red curves denote the deviation from the 1961 to 1990 average and the shorter green curve denotes the deviation from the average of the black curve for the period 1993 to 2003.*

which are discussed in Chapter 3. However, comparison of the global, annual mean time series of near-surface temperature (approximately 0 to 5 m depth) from this analysis and the corresponding SST series based on a subset of the International Comprehensive Ocean-Atmosphere Data Set (ICOADS) database (approximately 134 million SST observations; Smith and Reynolds, 2003 and additional data) shows a high correlation (r = 0.96) for the period 1955 to 2005. The consistency between these two data sets gives confidence in the ocean temperature data set used for estimating depth-integrated heat content, and supports the trends in SST reported in Chapter 3.

There is a contribution to the global heat content integral from depths greater than 700 m as documented by Levitus et al. (2000; 2005a). However, due to the lack of data with increasing depth the data must be composited using five-year running pentads in order to have enough data for a meaningful analysis in the deep ocean. Even then, there are not enough deep ocean data to extend the time series for the upper 3,000 m past the 1994–1998 pentad. There is a close correlation between the 0 to 700 and 0 to 3,000 m time series of Levitus et al. (2005a). A comparison of the linear trends from these two series indicates that about 69% of the increase in ocean heat content during 1955 to 1998 (the period when estimates from both time series are available) occurred in the upper 700 m of the World Ocean. Based on the linear trend, for the 0 to 3,000 m layer for the period 1961 to 2003 there has been an increase of ocean heat content of approximately $14.2 \pm 2.4 \times 10^{22}$ J, corresponding to a global ocean volume mean temperature increase of 0.037°C during this period. This increase in ocean heat content corresponds to an average heating rate of $0.21 \pm 0.04$ W m$^{-2}$ for the Earth's surface.

The geographical distribution of the linear trend of 0 to 700 m heat content for 1955 to 2003 for the World Ocean is shown in Figure 5.2. These trends are non-uniform in space, with some regions showing cooling and others warming. Most of the Atlantic Ocean exhibits warming with a major exception being the subarctic gyre. The Atlantic Ocean accounts for approximately half of the global linear trend of ocean heat content (Levitus et al., 2005a). Much of the Indian Ocean has warmed since 1955 with a major exception being the 5°S to 20°S latitude belt. The Southern Ocean (south of 35°S) in the Atlantic, Indian and Pacific sectors has generally warmed. The Pacific Ocean is characterised by warming with major exceptions along 40°N and the western tropical Pacific.

Figure 5.3 shows the linear trends (1955 to 2003) of zonally averaged temperature anomalies (0 to 1,500 m) for the World Ocean and individual basins based on yearly anomaly fields (Levitus et al., 2005a). The strongest trends in these anomalies are concentrated in the upper ocean. Warming occurs at most latitudes in all three of the ocean basins. The regions that exhibit cooling are mainly in the shallow equatorial areas and in some high-latitude regions. In the Indian Ocean, cooling occurs at subsurface depths centred on 12°S at 150 m depth and in the Pacific centred on the equator and 150 m depth. Cooling also occured in the 32°N to 48°N region of the Pacific Ocean and the 49°N to 60°N region of the Atlantic Ocean. Regional temperature changes are discussed further in Section 5.3.

### 5.2.2.2    *Variability of Heat Content*

A major feature of Figure 5.1 is the relatively large increase in global ocean heat content during 1969 to 1980 and a sharp



**Figure 5.2.** *Linear trends (1955–2003) of change in ocean heat content per unit surface area (W m$^{-2}$) for the 0 to 700 m layer, based on the work of Levitus et al. (2005a). The linear trend is computed at each grid point using a least squares fit to the time series at each grid point. The contour interval is 0.25 W m$^{-2}$. Red shading indicates values equal to or greater than 0.25 W m$^{-2}$ and blue shading indicates values equal to or less than –0.25 W m$^{-2}$.*



**Figure 5.3.** *Linear trend (1955–2003) of zonally averaged temperature in the upper 1,500 m of the water column of the Atlantic, Pacific, Indian and World Oceans. The contour interval is 0.05°C per decade, and the dark solid line is the zero contour. Red shading indicates values equal to or greater than 0.025°C per decade and blue shading indicates values equal to or less than –0.025°C per decade. Based on the work of Levitus et al. (2005a).*

decrease during 1980 to 1983. The 0 to 700 m layer cooled at a rate of 1.2 W m$^{-2}$ during this period. Most of this cooling occurred in the Pacific Ocean and may have been associated with the reversal of polarity of the PDO (Stephens et al., 2001; Levitus et al., 2005c, see also Section 3.6.3). Examination of the geographical distribution of the differences in 0 to 700 m heat content between the 1977–1981 and 1965–1969 pentads and the 1986–1990 and 1977–1981 pentads shows that the pattern of heat content change has spatial scales of entire ocean basins and is also found in similar analyses by Ishii et al. (2006). The Pacific Ocean dominates the decadal variations of global heat content during these two periods. The origin of this variability is not well understood.

Based on model experiments, it has been suggested that errors resulting from the highly inhomogeneous distribution of ocean observations in space and time (see Appendix 5.A.1) could lead to spurious variability in the analysis (e.g., Gregory et al., 2004, AchutaRao et al., 2006). As discussed in the appendix, even in periods with overall good coverage in the observing system, large regions in Southern Hemisphere (SH) are not well sampled, and their contribution to global heat content variability is less certain. However, the large-scale nature of heat content variability, the similarity of the Levitus et al. (2005a) and the Ishii et al. (2006) analyses and new results showing a decrease in the

global heat content in a period with much better data coverage (Lyman et al., 2006), gives confidence that there is substantial inter-decadal variability in global ocean heat content.

### 5.2.2.3    *Implications for Earth's Heat Balance*

To place the changes of ocean heat content in perspective, Figure 5.4 provides updated estimates of the change in heat content of various components of the Earth's climate system for the period 1961 to 2003 (Levitus et al., 2005a). This includes changes in heat content of the lithosphere (Beltrami et al., 2002), the atmosphere (e.g., Trenberth et al., 2001) and the total heat of fusion due to melting of i) glaciers, ice caps and the Antarctic and Greenland Ice Sheets (see Chapter 4) and ii) arctic sea ice (Hilmer and Lemke, 2000). The increase in ocean heat content is much larger than any other store of energy in the Earth's heat balance over the two periods 1961 to 2003 and 1993 to 2003, and accounts for more than 90% of the possible increase in heat content of the Earth system during these periods. Ocean heat content variability is thus a critical variable for detecting the effects of the observed increase in greenhouse gases in the Earth's atmosphere and for resolving the Earth's overall energy balance. It is noteworthy that whereas ice melt from glaciers, ice caps and ice sheets is very important in the sea level budget



**Figure 5.4.** *Energy content changes in different components of the Earth system for two periods (1961–2003 and 1993–2003). Blue bars are for 1961 to 2003, burgundy bars for 1993 to 2003. The ocean heat content change is from this section and Levitus et al. (2005c); glaciers, ice caps and Greenland and Antarctic Ice Sheets from Chapter 4; continental heat content from Beltrami et al. (2002); atmospheric energy content based on Trenberth et al. (2001); and arctic sea ice release from Hilmer and Lemke (2000). Positive energy content change means an increase in stored energy (i.e., heat content in oceans, latent heat from reduced ice or sea ice volumes, heat content in the continents excluding latent heat from permafrost changes, and latent and sensible heat and potential and kinetic energy in the atmosphere). All error estimates are 90% confidence intervals. No estimate of confidence is available for the continental heat gain. Some of the results have been scaled from published results for the two respective periods. Ocean heat content change for the period 1961 to 2003 is for the 0 to 3,000 m layer. The period 1993 to 2003 is for the 0 to 700 m (or 750 m) layer and is computed as an average of the trends from Ishii et al. (2006), Levitus et al. (2005a) and Willis et al. (2004).*

(contributing about 40%), the energy associated with ice melt contributes only about 1% to the Earth's energy budget.

### 5.2.3   Ocean Salinity

Ocean salinity changes are an indirect but potentially sensitive indicator for detecting changes in precipitation, evaporation, river runoff and ice melt. The patterns of salinity change can be used to infer changes in the Earth's hydrological cycle over the oceans (Wong et al., 1999; Curry et al., 2003) and are an important complement to atmospheric measurements. Figure 5.5 shows the linear trends (based on pentadal anomaly fields) of zonally averaged salinity in the upper 500 m of the World Ocean and individual ocean basins (Boyer et al., 2005) from 1955 to 1998. A total of 2.3 million salinity profiles were used in this analysis, about one-third of the amount of data used in the ocean heat content estimates in Section 5.2.2.

Estimates of changes in the freshwater content of the global ocean have suggested that the global ocean is freshening (e.g., Antonov et al., 2002), however, sampling limitations due to data sparsity in some regions, particularly the SH, means that such estimates have an uncertainty that is not possible to quantify.

Between 15°S and 42°N in the Atlantic Ocean there is a salinity increase in the upper 500 m layer. This region includes the North Atlantic subtropical gyre. In the 42°N to 72°N region, including the Labrador, Irminger and Icelandic Seas, there is a freshening trend (discussed further in Section 5.3). The increase in salinity north of 72°N (Arctic Ocean) is highly uncertain because of the paucity of data in this region.

South of 50°S in the polar region of the Southern Ocean, there is a relatively weak freshening signal. Freshening occurs throughout most of the Pacific with the exception of the South Pacific subtropical gyre between 8°S and 32°S and above 300 m where there is an increase in salinity. The near-surface Indian Ocean is characterised mainly by increasing salinity. However, in the latitude band 5°S to 42°S (South Indian gyre) in the depth range of 200 to 1,000 m, there is a freshening of the water column.

The results shown here document that ocean salinity and hence freshwater are changing on gyre and basin scales, with the near-surface waters in the more evaporative regions increasing in salinity in almost all ocean basins. In the high-latitude regions in both hemispheres the surface waters are freshening consistent with these regions having greater precipitation, although higher runoff, ice melting, advection and changes in the MOC (Häkkinen, 2002) may also contribute. In addition to these meridional changes, the Atlantic is becoming saltier over much of the water column (Figure 5.5 and Boyer et al., 2005). Although the South Pacific subtropical region is becoming saltier, on average the whole water column in the Pacific Basin is becoming fresher (Boyer et al., 2005). The increasing difference in volume-averaged salinity between the Atlantic and Pacific Oceans suggests changes in freshwater transport between these two ocean basins.

We are confident that vertically coherent gyre and basin scale changes have occurred in the salinity (freshwater content) of parts of the World Ocean during the past several decades. While the available data and their analyses are insufficient to identify in detail the origin of these changes, the patterns are consistent with a change in the Earth's hydrological cycle, in particular with changes in precipitation and inferred larger water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific (see Section 3.3.2).

### 5.2.4   Air-Sea Fluxes and Meridional Transports

The global average changes in ocean heat content discussed above are driven by changes in the air-sea net energy flux (see Section 5.2.2.1). At regional scales, few estimates of heat flux changes have been possible. During the last 50 years, net heat fluxes from the ocean to the atmosphere demonstrate locally decreasing values (up to 1 W m$^{-2}$ yr$^{-1}$) over the southern flank of the Gulf Stream and positive trends (up to 0.5 W m$^{-2}$ yr$^{-1}$) in the Atlantic central subpolar regions (Gulev et al., 2006). At the global scale, the accuracy of the flux observations is insufficient to permit a direct assessment of changes in heat flux. Air-sea fluxes are discussed in Section 3.5.6.



**Figure 5.5:** *Linear trends (1955–1998) of zonally averaged salinity (psu) in the upper 500 m of the Atlantic, Pacific, Indian and World Oceans. The contour interval is 0.01 psu per decade and dashed contours are ±0.005 psu per decade. The dark solid line is the zero contour. Red shading indicates values equal to or greater than 0.005 psu per decade and blue shading indicates values equal to or less than −0.005 psu per decade. Based on the work of Boyer et al. (2005).*

Estimates of the climatological mean oceanic meridional heat transport derived from atmospheric observations (e.g., Trenberth and Caron, 2001) and from oceanographic cross sections (e.g., Ganachaud and Wunsch, 2003) are in fair agreement, despite considerable uncertainties (see Appendix 5.A.2). The ocean heat transport estimate derived from integration of climatological air-sea heat flux fields (e.g., Grist and Josey, 2003) is in good agreement with an independent oceanographic cross section at 32°S. Estimates of changes in the Atlantic meridional heat transport are discussed in Section 5.3.2.

## 5.3 Regional Changes in Ocean Circulation and Water Masses

### 5.3.1 Introduction

Robust long-term trends in global- and basin-scale ocean heat content and basin-scale salinity were shown in Section 5.2. The observed heat and salinity trends are linked to changes in ocean circulation and other manifestations of global change such as oxygen and carbon system parameters (see Section 5.4). Global ocean changes result from regional changes in these properties,

assessed in this section. Evidence for change in temperature, salinity and circulation is described globally and then for each of the major oceans. Two marginal seas with multi-decadal time series are also examined as examples of regional variations.

The upper ocean in all regions is close to the atmospheric forcing and has the largest variability; it is also the best sampled. For these reasons, Section 5.2 mainly assessed upper-ocean observations for long-term trends in heat content and salinity. However, there are important changes in heat and salinity at intermediate and abyssal depths, restricted to regions that are relatively close to the main sources of deep and intermediate waters. These sources are most vigorous in the northern North Atlantic and the Southern Ocean around Antarctica. This is illustrated well in salinity differences shown for the Atlantic (1985–1999 minus 1955–1969) and Pacific (1980s minus 1960s) in Figure 5.6. Striking changes in salinity are found from the surface to the bottom in the northern North Atlantic near water mass formation sites that fill the water column (Section 5.3.2); bottom changes elsewhere are small, being most prevalent at the under-sampled southern ends of both sections. At mid-depth (500 to 2,000 m), the Atlantic and southern end of the Pacific section show widespread change, but the North Pacific signal is weaker and shallower because it has only weak intermediate water formation (and no deep water formation). Changes in intermediate and deep waters can ultimately affect

the ocean's vertical stratification and overturning circulation; the topic of the overturning circulation in the North Atlantic is considered in Section 5.3.2.

The observed changes in salinity are of global scale, with similar patterns in different ocean basins (Figure 5.6). The subtropical waters have increased in salinity and the subpolar surface and intermediate waters have freshened in both the Atlantic and Pacific Oceans during the period from the 1960s to the 1990s and in both hemispheres in each ocean. The waters that underlie the near-surface subtropical waters have freshened due to equatorward circulation of the freshened subpolar surface waters; in particular, the fresh intermediate water layer (at ~1,000 m) in the SH has freshened in both the Atlantic and Pacific Oceans. In the Northern Hemisphere (NH), the Pacific intermediate waters have freshened, and the underlying deep waters did not change, consistent with no local bottom water source in the North Pacific. In the central North Atlantic, the intermediate layer (approximately 900–1,200 m) became saltier due to increased salinity in the outflow from the Mediterranean that feeds this layer.

### 5.3.2   Atlantic and Arctic Oceans

The North Atlantic Ocean has a special role in long-term climate assessment because it is central to one of the two global-scale MOCs (see Box 5.1), the other location being the Southern Ocean. The long-term trends in depth-integrated Atlantic heat content for the period 1955 to 2003 (Figure 5.2) are broadly consistent with the warming tendencies identified from the global analyses of SST (see Section 3.2.2.3). The subtropical gyre warmed and the subpolar gyre cooled over that period, consistent with a predominantly positive phase of the NAO during the last several decades. The warming extended down to below 1,000 m, deeper than anywhere else in the World Ocean (Figure 5.3 Atlantic), and was particularly pronounced under the Gulf Stream and North Atlantic Current near 40°N. Long-term trends in salinity towards freshening in the subpolar regions and increased salinity in the subtropics through the mid-1990s (Figure 5.5 Atlantic and Figure 5.6a) are consistent with the global tendencies for freshening of relatively fresher regions and increased salinity in saltier regions (Section 5.2.3).



**Figure 5.6.** *Meridional sections of differences in salinity (psu) of the a) Atlantic Ocean for the period 1985 to 1999 minus 1955 to 1969 and b) Pacific Ocean for the World Ocean Circulation Experiment (WOCE) 150°W section (1991–1992) and historical data from 1968 plus or minus 7.5 years. Contours are the mean salinity fields along each section and show the key features. The salinity differences are differences along isopycnals that have been mapped to pressure surfaces. The Atlantic section is along the western side of the Atlantic Ocean and the Pacific section is along 150°W. The two figures are redrafted from Curry et al. (2003) and Wong et al. (2001). Water masses shown include Antarctic Intermediate Water (AAIW), Circumpolar Deep Water (CDW), North Atlantic Deep Water (NADW), Mediterranean Water (MW), Labrador Sea Water (LSW), Denmark Strait Overflow Water (DSOW) and North Pacific Intermediate Water NPIW). The areas shaded in grey represent the seafloor and oceanic crust.*

### 5.3.2.1   North Atlantic Subpolar Gyre, Labrador Sea and Nordic Seas

In the North Atlantic subpolar gyre, Labrador Sea and Nordic Seas, large salinity changes have been observed that have been associated with changed inputs of fresh water (ice melt, ocean circulation and river runoff) and with the NAO. Advection of these surface and deep salinity anomalies has been traced around the whole subpolar gyre including the Labrador and Nordic Seas. These anomalies are often called 'Great Salinity Anomalies' (GSAs; e.g., Dickson et al., 1988; Belkin, 2004). During a positive phase of the NAO, the subpolar gyre strengthens and expands towards the east, resulting in lower surface salinity in the central subpolar region (Levitus, 1989; Reverdin et al., 1997; Bersch, 2002). Three GSAs have been thoroughly documented: one from 1968 to 1978, one in

the 1980s and one in the 1990s. Observational and modelling studies show that the relative influence of local events and advection differ between different GSA events and regions (Houghton and Visbeck, 2002; Josey and Marsh, 2005).

These surface salinity anomalies have affected the Labrador Sea and the production of Labrador Sea Water (LSW), a major component of the North Atlantic Deep Water (NADW) and contributor to the lower limb of the MOC. The LSW appears to alternate between dense, cold types and less dense, warm types (Yashayaev et al., 2003; Kieke et al., 2006) possibly with more production of dense LSW during years of positive-phase NAO (Dickson et al., 1996). Since 1965 to 1970, the LSW has had a significant freshening trend with a superimposed variability consisting of three saltier periods, coinciding with warmer water, and two freshening and cooling periods in the 1970s and 1990s (Figure 5.7). During the period 1988 to 1994, an exceptionally large volume of cold, fresh and dense LSW was produced (Sy et al., 1997; Lazier et al., 2002), unprecedented in the sparse time series that extends back to the 1930s (Talley and McCartney, 1982). The Labrador Sea has now returned to a warmer, more saline state; most of the excess volume of the dense LSW has disappeared, the mid-layers became warmer and saltier, and the production of LSW shifted to the warmer type (e.g., Lazier et al., 2002; Yashayaev et al., 2003; Stramma et al., 2004). This warming and increased salinity and reduction in LSW was associated with the weakening of the North Atlantic subpolar gyre, seen also in satellite altimetry data (Häkkinen and Rhines, 2004).



The eastern half of the subpolar North Atlantic also freshened through the 1980s and into the 1990s, but the upper ocean has been increasing in salinity or remaining steady since then, depending on location. About two-thirds of the freshening in this region has been attributed to an increase in precipitation associated with a climate pattern known as the East Atlantic Pattern (Josey and Marsh, 2005), with the NAO playing a secondary role. From 1965 to 1995, the subpolar freshening amounted to an equivalent freshwater layer of approximately 3 m spread evenly over its total area (Belkin, 2004; Curry and Mauritzen, 2005).

**Figure 5.7.** *The longest available time series of salinity (psu; upper panel) and potential temperature (°C, lower panel) in the central Labrador Sea from 1949 to 2005 (updated from Yashayaev et al., 2003). The dashed lines are contours of potential density (kg m⁻³, difference from 1,000 kg m⁻³) and are the same on both panels.*

### Box 5.1:  Has the Meridional Overturning Circulation in the Atlantic Changed?

The global Meridional Overturning Circulation consists primarily of dense waters that sink to the abyssal ocean at high latitudes in the North Atlantic Ocean and near Antarctica. These dense waters then spread across the equator with comparable flows of approximately 17 and 14 Sv ($10^6$ m$^3$ s$^{-1}$), respectively (Orsi et al., 2002; Talley et al., 2003a). The North Atlantic overturning circulation (henceforth 'MOC') is characterised by an inflow of warm, saline upper-ocean waters from the south that gradually increase in density from cooling as they move northward through the subtropical and subpolar gyres. They also freshen, which reduces the density increase. The inflows reach the Nordic Seas (Greenland, Iceland and Norwegian Seas) and the Labrador Sea, where they are subject to deep convection, sill overflows and vigorous mixing. Through these processes NADW is formed, constituting the southward-flowing lower limb of the MOC.

Climate models show that the Earth's climate system responds to changes in the MOC (e.g., Vellinga and Wood, 2002), and also suggest that the MOC might gradually decrease in transport in the 21st century as a consequence of anthropogenic warming and additional freshening in the North Atlantic (Bi et al., 2001; Gregory et al., 2005; see also Chapter 10). However, observations of changes in the MOC strength and variability are fragmentary; the best evidence for observational change comes from the North Atlantic.

There is evidence for a link between the MOC and abrupt changes in surface climate during the past 120 kyr, although the exact mechanism is not clear (Clark et al., 2002). At the end of the last glacial period, as the climate warmed and ice sheets melted, there were a number of abrupt oscillations, for example, the Younger Dryas and the 8.2 ka cold event (see Section 6.4), which may have been caused by changes in ocean circulation. The variability of the MOC during the Holocene after the 8.2 ka cooling event is clearly much smaller than during glacial times (Keigwin et al., 1994; see Section 6.4).

Observed changes in MOC transport, water properties and water mass formation are inconclusive about changes in the MOC strength (see Section 5.3.2.2). This is partially due to decadal variability and partially due to inadequate long-term observations. From repeated hydrographic sections in the subtropics, Bryden et al. (2005) concluded that the MOC transport at 25°N had decreased by 30% between 1957 and 2004, but the presence of significant unsampled variability in time and the lack of supporting direct current measurements reduces confidence in this estimate. Direct measurements of the two major sill overflows have shown considerable variability in the dominant Denmark Strait Overflow without enough years of coverage to discern long-term trends (Macrander et al., 2005). The observed freshening of the overflows and the associated reduction in density from 1965 to 2000 (see Section 5.3.2) has so far not led to a significant weakening of the MOC (Dickson et al., 2003; Curry and Mauritzen, 2005). Moreover, large decadal variability observed since 1960 in salinity and temperature of the surface waters, including the recent increase in salinity of the surface waters feeding the MOC, obscures the long-term trend (Hátún et al., 2005; ICES 2005) and hence conclusions about potential MOC changes.

Changes in the MOC can also be caused by changes in Labrador Sea convection, with strong convection corresponding to higher MOC. Convection was strong from the 1970s to 1995, but thereafter the Labrador Sea warmed and re-stratified (Lazier et al., 2002; Yashayaev et al., 2003) and convection has been weaker. Based on observed SST patterns, it was concluded that the MOC transport has increased by about 10% from 1970 to the 1990s (Knight et al., 2005; Latif et al., 2006). From direct current meter observations at the exit of the subpolar North Atlantic, Schott et al. (2004) concluded that the Deep Water outflow, while varying at shorter time scales, had no significant trend during the 1993 to 2001 period.

In summary, it is very likely that up to the end of the 20th century the MOC was changing significantly at interannual to decadal time scales. Given the above evidence from components of the MOC as well as uncertainties in the observational records, over the modern instrumental record no coherent evidence for a trend in the mean strength of the MOC has been found.

Subsurface salinity in the Nordic Seas has also decreased markedly since the 1970s (Dickson et al., 2003), directly affecting the salinity of the Nordic Sea overflow waters that contribute to NADW. This decrease in subsurface salinity was associated with lower salinity of the Atlantic waters entering the Nordic seas and related to the high NAO index and intensification of the subpolar gyre. Since 1994, the salinity of the inflow from the North Atlantic has been increasing, reaching the highest values since 1948, largely due to a weakening of the subpolar gyre circulation that allowed more warm water into the Nordic Seas, associated with a decreasing NAO index (Hátún et al., 2005).

The densest waters contributing to NADW and to the deep limb of the MOC arise as overflows from the upper 1,500 m of

the Nordic Seas through the Denmark Strait and Faroe Channel. The marked freshening of the overflow water masses exiting the Arctic was associated with growing sea ice export from the Arctic and precipitation in the Nordic Seas (Dickson et al., 2002, 2003). The transports of the overflow waters, of which the largest component is through Denmark Strait, have varied by about 30% (Macrander et al., 2005), but there has been no clear trend in this location. Overall, the overflows that contribute to NADW from the Nordic Seas have remained constant to within the known variability.

The overall pattern of change in the North Atlantic subpolar gyre is one of a trend towards fresher values over most of the water column from the mid-1960s until the mid-1990s. Since then, there has been a return to warmer and more saline waters

(Figure 5.7), which coincides with the change in NAO and East Atlantic Pattern. However, this return to saltier waters has not been sustained for a long enough period to change the sign of the long-term trends (Figure 5.5 Atlantic).

### 5.3.2.2 Arctic Ocean

Climate change in the Arctic Ocean and Nordic Seas is closely linked to the North Atlantic subpolar gyre (Østerhus et al., 2005). Within the Arctic Ocean and Nordic Seas, surface temperature has increased since the mid-1980s and continues to increase (Comiso, 2003). In the Atlantic waters entering the Nordic Seas, a temperature increase in the late 1980s and early 1990s (Quadfasel et al., 1991; Carmack et al., 1995) has been associated with the transition in the 1980s towards more positive NAO states. Warm Atlantic waters have also been observed to enter the Arctic as pulses via Fram Strait and then along the slope to the Laptev Sea (Polyakov et al., 2005); the increased heat content and increased transport in the pulses both contribute to net warming of the arctic waters (Schauer et al., 2004). Multi-decadal variability in the temperature of the Atlantic Water core affecting the top 400 m in the Arctic Ocean has been documented (Polyakov et al., 2004). Within the Arctic, salinity increased in the upper layers of the Amundsen and Makarov Basins, while salinity of the upper layers in the Canada Basin decreased (Morison et al., 1998). Compared to the 1980s, the area of upper waters of Pacific origin has decreased (McLaughlin et al., 1996; Steele and Boyd, 1998).

During the 1990s, changed winds caused eastward redirection of river runoff from the Laptev Sea (Lena River, etc.), reducing the low-salinity surface layer in the central Arctic Ocean (Steele and Boyd, 1998), thus allowing greater convection and heat transport into the surface arctic layer from the more saline subsurface Atlantic layer. Thereafter, however, the stratification in the central Arctic (Amundsen Basin) increased and a low-salinity mixed layer was again observed at the North Pole in 2001, possibly due to a circulation change that restored the river water input (Björk et al., 2002). Circulation variability that shifts the balance of fresh and saline surface waters in the Arctic, with associated changes in sea ice, might be associated with the NAM (Proshutinsky and Johnson, 1997; Rigor et al., 2002); however, the long-term decline in arctic sea ice cover appears to be independent of the NAM (Comiso, 2002). While there is significant decadal variability in the Arctic Ocean, no systematic long-term trend in subsurface arctic waters has been identified.

### 5.3.2.3 Subtropical and Equatorial Atlantic

In the North Atlantic subtropical gyre, circulation, SST, the thickness of near-surface Subtropical Mode Water (STMW, Hanawa and Talley, 2001) and thermocline ventilation are all highly correlated with the NAO, with some time lags. A more positive NAO state, with westerlies shifted northwards, results in a decreased Florida Current transport (Baringer and Larsen, 2001), a likely delayed northward shift of the Gulf Stream position (Joyce et al., 2000; Seager et al., 2001; Molinari,

2004), and decreased subtropical eddy variability (Penduff et al., 2004). In the STMW, low thickness and production and higher temperature result from a high NAO index (e.g., Talley, 1996; e.g., Hazeleger and Drijfhout, 1998; Marsh, 2000). The volume of STMW is likely to lag changes in the NAO by two to three years, and low (high) volumes are associated with high (low) surface layer temperatures because of changes in both convective forcing and location of STMW formation. While quasi-cyclic variability in STMW renewal is apparent over the 1960 to 1980 period, the total volume of STMW has remained low through 2000 since a peak in 1983 to 1984, associated with a relatively persistent positive NAO phase during the late 1980s and early 1990s (Lazier et al., 2002; Kwon and Riser, 2004).

In the subtropics at depths of 1,000 to 2,000 m, the temperature has increased since the late 1950s at Bermuda, at 24°N, and at 52°W and 66°W in the Gulf Stream (Bryden et al., 1996; Joyce and Robbins, 1996; Joyce et al., 1999). These warming trends reflect reduced production of LSW (Lazier, 1995) and increased salinity and temperature of the waters from the Mediterranean (Roether et al., 1996; Potter and Lozier, 2004). After the mid-1990s at greater depths (1,500–2,500 m), temperature and salinity decreased, reversing the previous warming trend, most likely due to delayed appearance of the new colder and fresher Labrador Sea Water produced in the mid-1990s.

Intermediate water (800–1,200 m) in the mid-latitude eastern North Atlantic is strongly influenced by the saline Mediterranean Water (MW; Section 5.3.2.3). This saline layer joins the southward-flowing NADW and becomes part of it in the tropical Atlantic. This layer has warmed and become more saline since at least 1957 (Bryden et al., 1996), continuing during the last decade (1994–2003) at a rate of more than 0.2°C per decade with a rate of 0.4°C per decade at some levels (Vargas-Yáñez et al., 2004). In the Bay of Biscay (44°N; González-Pola et al., 2005) and at Gibraltar (Millot et al., 2006), similar warming was observed through the thermocline and into the core of the MW. From 1955 to 1993, the trend was about 0.1°C per decade in a zone west of Gibraltar (Potter and Lozier, 2004), and of almost the same magnitude even west of the mid-Atlantic Ridge (Curry et al., 2003).

Surface waters in the Southern Ocean, including the high-latitude South Atlantic, set the initial conditions for bottom water in the (SH). This extremely dense Antarctic Bottom Water (AABW), which is formed around the coast of Antarctica (see Section 5.3.5.2), spreads equatorward and enters the Brazil Basin through the narrow Vema Channel of the Rio Grande Rise at 31°S. Ongoing observations of the lowest bottom temperatures there have revealed a slow but consistent increase of the order 0.002°C yr$^{-1}$ in the abyssal layer over the last 30 years (Hogg and Zenk, 1997).

In the tropical Atlantic, the surface water changes are partly associated with the variability of the marine Inter-tropical Convergence Zone, which has strong seasonal variability (Mitchell and Wallace, 1992; Biasutti et al., 2003; Stramma et al., 2003). Tropical Atlantic variability on interannual to decadal time scales can be influenced by a South Atlantic dipole in SST

(Venegas et al., 1998), associated with latent heat fluxes related to changes in the subtropical high (Sterl and Hazeleger, 2003). The South Equatorial Current provides a region for subduction of the water masses (Hazeleger et al., 2003) and may also maintain a propagation pathway for water mass anomalies towards the north (Lazar et al., 2002).

The North Atlantic Oscillation is an important driver of the oceanic water mass variations in the upper North Atlantic subtropical gyre. Its effects are also observed at depths greater than 1,500 m within the subtropical gyre consistent with the large-scale circulation and changes in source waters in the North Atlantic Ocean. While there are coherent changes in the long-term trends in temperature and salinity (Section 5.2), decadal variations are an important climate signal for this region.

### 5.3.2.4    *Mediterranean Sea*

Marked changes in thermohaline properties have been observed throughout the Mediterranean (Manca et al., 2002). In the western basin, the Western Mediterranean Deep Water (WMDW), formed in the Gulf of Lions, warmed during the last 50 years, interrupted by a short period of cooling in the early 1980s, the latter reflected in cooling of the Levantine Intermediate Water between the late 1970s and mid-1980s (Brankart and Pinardi, 2001). The WMDW warming is in agreement with recent atmospheric temperature changes over the Mediterranean (Luterbacher et al., 2004). The salt content of the WMDW has also been steadily increasing during the last 50 years, mainly attributed to decreasing precipitation over the region since the 1940s (Krahmann and Schott, 1998; Mariotti et al., 2002) and to anthropogenic reduction in the freshwater inflow (Rohling and Bryden, 1992). These changes in water properties and circulation in the long-term variability of surface fluxes (Krahmann and Schott, 1998) with contributions from the NAO (Vignudelli et al., 1999) that produce consistent changes in surface heat fluxes and a net warming of the Mediterranean Sea (Rixen et al., 2005).

These changes in the temperature and salinity within the Mediterranean have affected the outflow of water into the North Atlantic at Gibraltar (see also Section 5.3.2.3). Part of this shift in Mediterranean outflow properties has been traced to the Eastern Mediterranean. During 1987 to 1991, the Eastern Mediterranean Deep Water became warmer and saltier due to the switch of its source water from the Adriatic to the Aegean (Klein et al., 2000; Gertman et al., 2006), most likely related to changes in the heat and freshwater flux anomalies in the Aegean Sea (Tsimplis and Rixen, 2002; Josey, 2003; Rupolo et al., 2003). This 1987 to 1991 switch of source waters has continued and increased its impact, with density of the westward outflow in Sicily Strait now denser (Gasparini et al., 2005). While there are strong natural variations in the Mediterranean, overall there is a discernible trend of increased salinity and warmer temperature in key water masses over the last 50 years and this signal is observable in the North Atlantic.

### 5.3.3    Pacific Ocean

The upper Pacific Ocean has been warming and freshening overall, as revealed in global heat and freshwater analyses (Section 5.2, Figure 5.5). The subtropical North and South Pacific have been warming. In the SH, the major warming footprint is associated with the thick mode waters north of the Antarctic Circumpolar Current. The North Pacific has cooled along 40°N. Long-term trends are rather difficult to discern in the upper Pacific Ocean because of the strong interannual and decadal variability (ENSO and the PDO) and the relatively short length of the observational records. Changes associated with ENSO are described in Section 3.6.2 and are not included here. Overall, the Pacific is freshening but there are embedded salinity increases in the subtropical upper ocean, where strong evaporation dominates.

### 5.3.3.1    *Pacific Upper Ocean Changes*

In the North Pacific, the zonally averaged temperature warming trend from 1955 to 2003 (Figure 5.3) is dominated by the PDO increase in the mid-1970s. The strong cooling between 50 and 200 m is due to relaxation and subsequent shallowing of the tropical thermocline, resulting from a decrease in the shallow tropical MOC and a relaxation of the equatorial thermocline (McPhaden and Zhang, 2002), although after 1998 this shallow overturning circulation returned to levels almost as high as in the 1970s (McPhaden and Zhang, 2004).

Warming in the North Pacific subtropics, cooling around 40°N and slight warming farther north is the pattern associated with a positive PDO (strengthened Aleutian Low; Miller and Douglas, 2004; see Figure 3.28). Within the North Pacific Ocean, a positive PDO state such as occurred after 1976 is characterised by a strengthened Kuroshio Extension. After 1976, the Kuroshio Extension and North Pacific Current transport increased by 8% and expanded southward (Parrish et al., 2000). The Kuroshio's advection of temperature anomalies has been shown to be of similar importance to variations in ENSO and the strength of the Aleutian Low in maintaining the positive PDO (Schneider and Cornuelle, 2005). The Oyashio penetrated farther southward along the coast of Japan during the 1980s than during the preceding two decades, consistent with a stronger Aleutian Low (Sekine, 1988; Hanawa, 1995; Sekine, 1999). A shoaling of the halocline in the centre of the western subarctic gyre and a concurrent southward shift of the Oyashio extension front during 1976 to 1998 vs. 1945 to 1975 has been detected (Joyce and Dunworth-Baker, 2003). Similarly, mixed layer depth decreased throughout the eastern subarctic gyre, with a distinct trend over 50 years (Freeland et al., 1997; Li et al., 2005).

Temperature changes in upper-ocean water masses in response to the more positive phase of the PDO after 1976 are well documented. The thick water mass just south of the Kuroshio Extension in the subtropical gyre (Subtropical Mode Water) warmed by 0.8°C from the mid-1970s to the late 1980s, associated with stronger Kuroshio advection, and the thick water mass along the subtropical-subpolar boundary near 40°N

(North Pacific Central Mode Water) cooled by 1°C following the shift in the PDO after 1976 (Yasuda et al., 2000; Hanawa and Kamada, 2001).

Trends towards increased heat content include a major signal in the subtropical South Pacific, within the thick mixed layers just north of the Antarctic Circumpolar Current (Willis et al., 2004; Section 5.3.5). The strength of the South Pacific subtropical gyre circulation increased more than 20% after 1993, peaking in 2003, and subsequently declined. This spin up is linked to an increase of Ekman pumping over the gyre due to an increase in the SAM index (Roemmich et al., 2007).

The marginal seas of the Pacific Ocean are also subject to climate variability and change. Like the Mediterranean in the North Atlantic, the Japan (or East) Sea is nearly completely isolated from the adjacent ocean basin, and forms all of its own waters beneath the shallow pycnocline. Because of this sea's limited size, it responds quickly through its entire depth to surface forcing changes. The warming evident through the global ocean is clearly apparent in this isolated basin, which warmed by 0.1°C at 1,000 m and 0.05°C below 2,500 m since the 1960s. Salinity at these depths also changed, by 0.06 psu per century for depths of 300 to 1,000 m and by –0.02 psu per century below 1,500 m (Kwon et al., 2004). These changes have been attributed to reduced surface heat loss and increased surface salinity, which have changed the mode of ventilation (Kim et al., 2004). Deep water production in the Japan (East) Sea slowed for many decades, with a marked decrease in dissolved oxygen from the 1930s to 2000 at a rate of about 0.8 μmol kg$^{-1}$ yr$^{-1}$ (Gamo et al., 1986; Minami et al., 1998). However, possibly because of weakened vertical stratification at mid-depths associated with the decades-long warming, deep-water production reappeared after the 2000–2001 severe winter (e.g., Kim et al., 2002; Senjyu et al., 2002; Talley et al., 2003b). Nevertheless, the overall trend has continued with lower deep-water production in subsequent years.

### 5.3.3.2   *Intermediate and Deep Circulation and Water Property Changes*

Since the 1970s, the major mid-depth water mass in the North Pacific, North Pacific Intermediate Water (NPIW), has been freshening and has become less ventilated, as measured by oxygen content (see Section 5.4.3). The NPIW is formed in the subpolar North Pacific, with most influence from the Okhotsk Sea, and reflects changes in northern North Pacific surface conditions. The salinity of NPIW decreased by 0.1 and 0.02 psu in the subpolar and subtropical gyres, respectively (Wong et al., 2001; Joyce and Dunworth-Baker, 2003). An oxygen decrease and nutrient increase in the NPIW south of Hokkaido from 1970 to 1999 was reported (Ono et al., 2001), along with a subpolar basin-wide oxygen decrease from the mid-1980s to the late 1990s (Watanabe et al., 2001). Warming and freshening occurred in the Okhotsk Sea in the latter half of the 20th century (Hill et al., 2003). The Okhotsk Sea intermediate water thickness was reduced and its density decreased in the 1990s (Yasuda et al., 2001).

In the southwest Pacific, in the deepest waters originating from the North Atlantic and Antarctica, cooling and freshening of 0.07°C and 0.01 psu from 1968 to 1991 was observed (Johnson and Orsi, 1997) and attributed to a change in the relative importance of Antarctic and North Atlantic source waters and weakening bottom transport. Bottom waters in the North Pacific are farther from the surface sources than any other of the world's deep waters. They are also the most uniform, in terms of spatial temperature and salinity variations. A large-scale, significant warming of the bottom 1,000 m across the entire North Pacific of the order of 0.002°C occurred between 1985 and 1999, measurable because of the high accuracy of modern instruments (Fukasawa et al., 2004). The cause of this warming is uncertain, but could have resulted from warming of the deep waters in the South Pacific and Southern Ocean, where mid-depth changes since the 1950s are as high as 0.17°C (Gille, 2002; see Figure 5.8), and/or from the declining bottom water transport into the deep North Pacific (Johnson et al., 1994).

### 5.3.4   Indian Ocean

The upper Indian Ocean has been warming everywhere except in a band centred at about 12°S (South Equatorial Current), as seen in Section 5.2 (Figure 5.3). In the tropical and eastern subtropical Indian Ocean (north of 10°S), warming in the upper 100 m (Qian et al., 2003) is consistent with the significant warming of the sea surface from 1900 to 1999 (see Section 3.2.2 and Figure 3.9). The surface warming trend during the period 1900 to 1970 was relatively weak, but increased significantly in the 1970 to 1999 period, with some regions exceeding 0.2°C per decade.

The global-scale circulation includes transport of warm, relatively fresh waters from the Pacific passing through the Indonesian Seas to the Indian Ocean and then onward into the South Atlantic. Much of this throughflow occurs in the tropics south of the equator, and is strongly affected by ENSO and the Indian Ocean Dipole (see Section 3.6.7.2). The latter causes pronounced thermocline variability (Qian et al., 2003) and includes propagation of upper-layer thickness anomalies by Rossby waves (Xie et al., 2002; Feng and Meyers, 2003; Yamagata et al., 2004) in the 3°S to 15°S latitude band that includes the westward-flowing throughflow water.

Long-term trends in transport and properties of the throughflow have not been reported. The mean transport into the Indonesian Seas measured at Makassar Strait from 1996 to 1998 was 9 to 10 Sv (Vranes et al., 2002), matching transports exiting the Indonesian Seas (e.g., Sprintall et al., 2004). Large variability in this transport is associated with varying tropical Pacific and Indian winds (Wijffels and Meyers, 2004), including a strong ENSO response (e.g., Meyers, 1996), and may be associated with changes in SST in the tropical Indian Ocean.

Models suggest that upper-ocean warming in the south Indian Ocean can be attributed to a reduction in the southeast trade winds and associated decrease in the southward transport of heat from the tropics to the subtropics (Lee, 2004). The export of heat from the northern Indian Ocean to the south

across the equator is accomplished by a wind-driven, shallow cross-equatorial cell; data assimilation analysis has shown a significant decadal reduction in the mass exchange during 1950 to 1990 but little change in heat transport (Schoenefeldt and Schott, 2006).

Changes in Indian subtropical gyre circulation since the 1960s include a 20% slowdown from 1962 to 1987 (Bindoff and McDougall, 2000) and a 20% speedup from 1987 to 2002 (Bryden et al., 2003; McDonagh et al., 2005), with the speedup mainly between 1995 and 2002 (Palmer et al., 2004). The upper thermocline warmed during the slowdown, and then cooled during speedup. Simulations of this region and the analysis of climate change scenarios show that the slowdown and speedup were part of an oscillatory pattern in the upper part of this gyre over periods of decades (Murray et al., 2007; Stark et al., 2006). On the other hand, the lower thermocline (<10°C) freshened and warmed from 1936 to 2002 (Bryden et al., 2003), consistent with heat content increases discussed in Section 5.2 and earlier results.

### 5.3.5   Southern Ocean

The Southern Ocean, which is the region south of 30°S, connects the Atlantic, Indian and Pacific Oceans together, allowing inter-ocean exchange. This region is active in the formation and subduction of waters that contributed strongly to the storage of anthropogenic carbon and heat (see Section 5.2). It is also the location of the densest part of the global overturning circulation, through formation of bottom waters around Antarctica, fed by deep waters from all of the oceans to the north. Note that some observed changes found in the Atlantic, Indian and Pacific Oceans are related to changes in the Southern Ocean waters but have largely been described in those sections.

#### 5.3.5.1   *Upper-Ocean Property Changes*

The upper ocean in the SH has warmed since the 1960s, dominated by changes in the thick near-surface layers called Subantarctic Mode Water (SAMW), located just north of the Antarctic Circumpolar Current (ACC) that encircles Antarctica. The observed warming of SAMW is consistent with the subduction of warmer surface waters from south of the ACC (Wong et al., 2001; Aoki et al., 2003). In the Upper Circumpolar Deep Water (UCDW) in the Indian and Pacific sectors of the Southern Ocean, temperature and salinity have been increasing (on density surfaces) and oxygen has been decreasing between the Subantarctic Front near 45°S and the Antarctic Divergence near 60°S (Aoki et al., 2005a). These changes just below the mixed layer (~100 to 300 m) are consistent with the mixing of warmer and fresher surface waters with UCDW, suggesting an increase in stratification in the surface layer of this polar region.

Mid-depth waters of the Southern Ocean have also warmed in recent decades. As shown in Figure 5.8, temperatures increased near 900 m depth between the 1950s and the 1980s throughout most of the Southern Ocean (Aoki et al., 2003; Gille, 2004).



**Figure 5.8.** *Temperature trends (°C yr$^{-1}$) at 900 m depth using data collected from the 1930s to 2000, including shipboard profile and Autonomous LAgrangian Current Explorer float data. The largest warming occurs in subantarctic regions, and a slight cooling occurs to the north. From Gille (2002).*

The largest changes are found near the Antarctic Circumpolar Current, where the warming at 900 m depth is similar in magnitude to the increase in regional surface air temperatures. Analysis of altimeter and Argo float profile data suggests that, over the last 10 years, the zonally averaged warming in the upper 400 m of the ocean near 40°S (Willis et al. 2004) is much larger than that seen in long-term trends (see Section 5.2, Figure 5.3 World). The warming results from these analyses have been attributed to a southward shift and increased intensity of the SH westerlies, which would shift the ACC slightly southward and intensify the subtropical gyres (e.g., Cai, 2006).

The major mid-depth water mass in the SH, Antarctic Intermediate Water (AAIW), has also been freshening since the 1960s (Wong et al., 1999; Bindoff and McDougall, 2000; see Figure 5.6). The Atlantic freshening of AAIW is also supported by direct observations of a freshening of southern surface waters (Curry et al., 2003).

#### 5.3.5.2.   *Antarctic Regions and Antarctic Circumpolar Current*

The ACC, the longest current system in the world, has a transport through Drake Passage of about 130 Sv, with significant interannual variability. Measurements over 25 years across Drake Passage show no evidence for a systematic trend in total volume transport between the 1970s and the present (Cunningham et al., 2003), although continuous subsurface pressure measurements suggest that trends in seasonality of transport are highly correlated with similar trends in the SAM index (Meredith and King, 2005).

There is growing evidence for the changes in the AABW and intermediate depth waters around Antarctica. In the Weddell Sea, the deep and bottom water properties varied in the 1990s

(Robertson et al., 2002; Fahrbach et al., 2004). Changes in bottom water properties have also been observed downstream of these source regions (Hogg, 2001; Andrie et al., 2003) and in the South Atlantic (Section 5.3.2.3). The upper ocean adjacent to the West Antarctic Peninsula warmed by more than 1°C and became more saline by 0.25 psu from 1951 to 1994 (Meredith and King, 2005). The warming is likely to have resulted from large regional atmospheric warming (Vaughan et al., 2003) and reduced winter sea ice observed in this region.

In the Ross Sea and near the Ross Ice Shelf, significant decreases in salinity of 0.003 psu yr$^{-1}$ (and density decreases) over the last four decades (Jacobs et al., 2002) have been observed. Downstream of the Ross Ice Shelf in the Australian-Antarctic Basin, AABW has also cooled and freshened (Aoki et al., 2005b). These observed decreases are significantly greater than earlier reports of AABW variability (Whitworth, 2002) and suggest that changes in the antarctic shelf waters can be quite quickly communicated to deep waters. Jacobs et al. (2002) concluded that the freshening appears to have resulted from a combination of factors including increased precipitation, reduced sea ice production and increased melting of the West Antarctic Ice Sheet.

### 5.3.6    Relation of Regional to Global Changes

#### 5.3.6.1    *Changes in Global Water Mass Properties*

The regional analyses described in the previous sections have global organisation, as described partially in Section 5.3.1 (Figure 5.6), and as reflected in the global trend analyses in Section 5.2. The data sets used for the largest-scale descriptions over the last 30 to 50 years are reliable; different types of data and widely varying methods yield similar results, increasing confidence in the reality of the changes found in both the global and regional analyses.

The regional and global analyses of ocean warming generally show a pattern of increased ocean temperature in the regions of very thick surface mixed layer (mode water) formation. This is clearest in the North Atlantic and North Pacific and in all sectors of the Southern Ocean (Figure 5.3). There are also regions of decreased ocean temperature in both the global and regional analyses in parts of the subpolar and equatorial regions.

Both the global and regional analyses show long-term freshening in the subpolar waters in the North Atlantic and North Pacific and a salinity increase in the upper ocean (<100 m deep) at low to mid-latitudes. This is consistent with an increase in the atmospheric hydrological cycle over the oceans and could result in changes in ocean advection (Section 5.3.2). In the North Atlantic, the subpolar freshening occurred throughout the entire water column, from the 1960s to the mid-1990s (Figure 5.5 and Figure 5.6a). Increased salinity and temperature in the upper water column in the subpolar North Atlantic after 1994 are not apparent from the linear trend applied to the full time series in Figure 5.5, but are clear in all regional time series (Section 5.3.2). Freshening in the North Pacific subpolar gyre north of 45°N is apparent in both regional analyses (Section 5.3.3.2) and

global analyses (Figure 5.5). Freshening of intermediate depth waters (>300 m) from Southern Ocean sources (Section 5.3.5) is apparent in both the global and regional analyses (e.g., Figure 5.5 World).

Many of the observed changes in the temperature and salinity fields have been linked to atmospheric forcing through correlations with atmospheric indices associated with the NAO, PDO and SAM. Indeed, most of the few time series of ocean measurements or repeat measurements of long sections (see Sections 5.3.2 and 5.3.4) show evidence of decadal variability. Because of the long time scales of these natural climate patterns, it is difficult to discern if observed decadal oceanic variability is natural or a climate change signal; indeed, changes in these natural patterns themselves might be related to climate change. In the North Atlantic, freshening at high latitudes and increased evaporation at subtropical latitudes prior to the mid-1990s might have been associated with an increasing NAO index, and the reversal towards higher salinity at high latitudes thereafter with a decreasing NAO index after 1990 (see Figure 3.31). Likewise in the Pacific, freshening at high latitudes and increased evaporation in the subtropics, cooling in the central North Pacific, warming in the eastern and tropical Pacific and reduced ventilation in the Kuroshio region, Japan and Okhotsk Seas could be associated with the extended positive phase of the PDO. The few detection and attribution studies of ocean changes are discussed in Section 9.5.1.

At a global scale, the observed long-term patterns of zonal temperature and salinity changes tend to be approximately symmetric around the equator (Figure 5.6) and occur simultaneously in different ocean basins (Figures 5.3 and 5.5). The scale of these patterns, which extends beyond the regions of influence normally associated with the NAO, PDO and SAM, suggests that these coherent changes between both hemispheres are associated with a global phenomenon.

#### 5.3.6.2    *Consistency with the Large-Scale Ocean Circulation*

The observed changes are broadly consistent with scientific understanding of the circulation of the global oceans. The North Atlantic and antarctic regions, where the oceans ventilate the deep waters over short time scales (<50 years), show strong evidence of change over the instrumental record. For example, the North Atlantic shows evidence of a deep warming and freshening. There is evidence of change in the Southern Ocean bottom waters consistent with the sinking of fresher antarctic shelf waters. Deep waters that are far from the North Atlantic and Antarctic, remote from interaction with the atmosphere, and with replenishment rates that are long compared with the instrumental record, typically show no significant changes. Mode waters, key global water masses found in every ocean basin equatorward of major oceanic frontal systems or separated boundary currents, have a relatively rapid formation and ventilation rate (<20 years) and provide a pathway for heat (and salinity) to be transported into the main subtropical gyres of the global oceans as observed.

## 5.4   Ocean Biogeochemical Changes

### 5.4.1   Introduction

The observed increase in atmospheric carbon dioxide ($CO_2$; see Chapter 2) and the observed changes in the physical properties of the ocean reported in this chapter can affect marine biogeochemical cycles (here mainly carbon, oxygen, and nutrients). The increase in atmospheric $CO_2$ causes additional $CO_2$ to dissolve in the ocean. Changes in temperature and salinity affect the solubility and chemical equilibration of gases. Changes in circulation affect the supply of carbon and nutrients from below, the ventilation of oxygen-depleted waters and the downward penetration of anthropogenic carbon. The combined physical and biogeochemical changes also affect biological activity, with further consequences for the biogeochemical cycles.

The increase in surface ocean $CO_2$ has consequences for the chemical equilibrium of the ocean. As $CO_2$ increases, surface waters become more acidic and the concentration of carbonate ions decreases. This change in chemical equilibrium causes a reduction of the capacity of the ocean to take up additional $CO_2$. However, the response of marine organisms to ocean acidification is poorly known and could cause further changes in the marine carbon cycle with consequences that are difficult to estimate (see Section 7.3.4 and Chapter 4 of the Working Group II contribution to the IPCC Fourth Assessment Report).

Dissolved oxygen ($O_2$) in the ocean is affected by the same physical processes that affect $CO_2$, but in contrast to $CO_2$, $O_2$ is not affected by changes in its atmospheric concentration (which are only of the order of $10^{-4}$ of its mean concentration). Changes in oceanic $O_2$ concentration thus provide information on the changes in the physical or biological processes that occur within the ocean, such as ventilation (here used to describe the rate of renewal of thermocline waters), mode water formation, upwelling or biological export and respiration. Furthermore, changes in the oceanic $O_2$ content are needed to estimate the $CO_2$ budget from atmospheric $O_2$/molecular nitrogen ($N_2$) ratio measurements. However, the method currently estimates the change in air-sea fluxes of $O_2$ indirectly based on heat flux changes (see Section 7.3.2).

This section reports observed changes in biogeochemical cycles and assesses their consistency with observed changes in physical properties. Changes in oceanic nitrous oxide ($N_2O$) and methane ($CH_4$) have not been assessed because of the lack of large-scale observations. Observations of the mean fluxes of $N_2O$ and $CH_4$ (including $CH_4$ hydrates) are discussed in Chapter 7.

### 5.4.2   Carbon

#### 5.4.2.1   *Total Change in Dissolved Inorganic Carbon and Air-Sea Carbon Dioxide Flux*

Direct observations of oceanic dissolved inorganic carbon (DIC; i.e., the sum of $CO_2$ plus carbonate and bicarbonate) reflect changes in both the natural carbon cycle and the uptake of anthropogenic $CO_2$ from the atmosphere. Links between the main modes of climate variability and the marine carbon cycle have been observed on interannual time scales in several regions of the world (see Section 7.3.2.4 for quantitative estimates). In the equatorial Pacific, the reduced upwelling associated with El Niño events decreases the regional outgas of natural $CO_2$ to the atmosphere (Feely et al., 1999). In the subtropical North Atlantic, reduced mode water formation and reduced deep winter mixing during the positive NAO phase increase the storage of carbon in the intermediate ocean (Bates et al., 2002). These observations show that variability in the content of natural DIC in the ocean has occurred in association with climate variability.

Longer observations exist for the partial pressure of $CO_2$ ($pCO_2$) at the surface only. Over more than two decades, the oceanic $pCO_2$ increase has generally followed the atmospheric $CO_2$ within the given uncertainty, although regional differences have been observed (Feely et al., 1999; Takahashi et al., 2006). The three stations with the longest time series, all in the northern subtropics, show $pCO_2$ increases at a rate varying between 1.6 and 1.9 $\mu$atm yr$^{-1}$ (Figure 5.9), indistinguishable from the atmospheric increase of 1.5 to 1.9 $\mu$atm yr$^{-1}$. Variability on the order of 20 $\mu$atm over periods of five years was observed in the three time series, as well as in other data sets, and has been associated with regional changes in the natural carbon cycle driven by changes in ocean circulation and by climate variability (Gruber et al., 2002; Dore et al., 2003) or with variations in biological activity (Lefèvre et al., 2004).

Direct surface $pCO_2$ observations have been used to compute a global air-sea $CO_2$ flux of 1.6 ± 1 GtC yr$^{-1}$ for the year 1995 (Takahashi et al., 2002; Section 7.3.2.3.2, Figure 7.8). It is not yet possible to detect large-scale changes in the global air-sea $CO_2$ flux from direct observations because of the large influence of climate variability. However, estimates from inverse methods of the air-sea $CO_2$ flux from the spatio-temporal distribution of atmospheric $CO_2$ suggest that the global air-sea $CO_2$ flux increased by 0.1 to 0.6 GtC yr$^{-1}$ between the 1980s and 1990s, consistent with results from ocean models (Le Quéré et al., 2003).

#### 5.4.2.2   *Anthropogenic Carbon Change*

The recent uptake of anthropogenic carbon in the ocean is well constrained by observations to a decadal mean of 2.2 ± 0.4 GtC yr$^{-1}$ for the 1990s (see Section 7.3.2, Table 7.1). The uptake of anthropogenic carbon over longer time scales can be estimated from oceanic measurements. Changes in DIC between two time periods reflect the anthropogenic carbon uptake plus the changes in DIC concentration due to changes in water masses and biological activity. To estimate the contribution of anthropogenic carbon alone, several corrections must be applied. From observed DIC changes between surveys in the 1970s and the 1990s, an increase in anthropogenic carbon has been inferred down to depths of 1,100 m in the North Pacific (Peng et al., 2003; Sabine et al., 2004a), 200 to 1,200 m in the Indian Ocean (Peng et al., 1998; Sabine et al., 1999) and 1,900 m in the Southern Ocean (McNeil et al., 2003).

An indirect method was used to estimate anthropogenic carbon from observations made at a single time period based on well-known processes that control the distribution of natural DIC in the ocean. The method corrects the observed DIC concentration for organic matter decomposition and dissolution of carbonate minerals, and removes an estimate of the DIC concentration of the water when it was last in contact with the atmosphere (Gruber et al., 1996). With this method, a global DIC increase of 118 ± 19 GtC between pre-industrial times (roughly 1750) and 1994 has been estimated, using 9,618 profiles from the 1990s (Sabine et al., 2004b; see Figure 5.10). The uncertainty of ±19 GtC in this estimate is based on uncertainties in the anthropogenic DIC estimates and mapping errors, which have characteristics of random error, and on an estimate of potential biases, which are not necessarily centred on the mean value. Potential biases of up to 7% in the technique have been identified, mostly caused by assumptions about the time evolution of $CO_2$, the age or the identification of water masses (Matsumoto and Gruber, 2005), and the recent changes in surface warming and stratification (Keeling, 2005). Potential biases from assumptions of constant carbon and nutrient uptake ratios for biological activity have not been assessed. While the magnitude and direction of all potential biases are not yet clear, the given uncertainty of ±16% appears realistic compared to the biases already identified.



**Figure 5.9.** *Changes in surface oceanic $pCO_2$ (left; in μatm) and pH (right) from three time series stations: Blue: European Station for Time-series in the Ocean (ESTOC, 29°N, 15°W; Gonzalez-Dávila et al., 2003); green: Hawaii Ocean Time-Series (HOT, 23°N, 158°W; Dore et al., 2003); red: Bermuda Atlantic Time-series Study (BATS, 31/32°N, 64°W; Bates et al., 2002; Gruber et al., 2002). Values of $pCO_2$ and pH were calculated from DIC and alkalinity at HOT and BATS; pH was directly measured at ESTOC and $pCO_2$ was calculated from pH and alkalinity. The mean seasonal cycle was removed from all data. The thick black line is smoothed and does not contain variability less than 0.5 years period.*

Because of the limited rate of vertical transport in the ocean, more than half of the anthropogenic carbon can still be found in the upper 400 m, and it is undetectable in most of the deep ocean (Figure 5.11). The vertical penetration of anthropogenic carbon is consistent with the DIC changes observed between two cruises (Peng et al., 1998, 2003). Anthropogenic carbon has penetrated deeper in the North Atlantic and subantarctic Southern Ocean compared to other basins, due to a combination of: i) high surface alkalinity (in the Atlantic) which favours the uptake of $CO_2$, and ii) more active vertical exchanges caused by intense winter mixing and by the formation of deep waters (Sabine et al., 2004b). The deeper penetration of anthropogenic carbon in these regions is consistent with similar features observed in the oceanic distribution of chlorofluorocarbons

(CFCs) of atmospheric origin (Willey et al., 2004), confirming that it takes decades to many centuries to transport carbon from the surface into the thermocline and the deep ocean. Deeper penetration in the North Atlantic and subantarctic Southern Ocean is also observed in the changes in heat content shown in Figure 5.3. The large storage of anthropogenic carbon observed in the subtropical gyres is caused by the lateral transport of carbon from the region of mode water formation towards the lower latitudes (Figure 5.10).

The fraction of the net $CO_2$ emissions taken up by the ocean (the uptake fraction) was possibly lower during 1980 to 2005 (37% ± 7%) compared to 1750 to 1994 (42% ± 7%); however the uncertainty in the estimates is larger than the difference between the estimates (Table 5.1). The net $CO_2$ emissions

**Table 5.1.** *Fraction of $CO_2$ emissions taken up by the ocean for different time periods.*

| Time Period | Oceanic Increase (GtC) | Net CO₂ Emissions[a] (GtC) | Uptake Fraction (%) | Reference |
|---|---|---|---|---|
| 1750–1994 | 118 ± 19 | 283 ± 19 | 42 ± 7 | Sabine et al., 2004b |
| 1980–2005[b] | 53 ± 9 | 143 ± 10 | 37 ± 7 | Chapter 7[c] |

Notes:
[a] Sum of emissions from fossil fuel burning, cement production, land use change and the terrestrial biosphere response.
[b] The longest possible time period was used for the recent decades to minimise the effect of the variability in atmospheric $CO_2$.
[c] Sum of the estimates for the 1980s, 1990s and 2000 to 2005 from Table 7.1.



**Figure 5.10.** *Column inventory of anthropogenic carbon (mol m⁻²) as of 1994 from Sabine et al. (2004b). Anthropogenic carbon is estimated indirectly by correcting the measured DIC for the contributions of organic matter decomposition and dissolution of carbonate minerals, and taking into account the DIC concentration the water had in the pre-industrial ocean when it was last in contact with the atmosphere. The global inventory of anthropogenic carbon taken up by the ocean between 1750 and 1994 is estimated to be $118 \pm 19$ GtC.*

include all emissions that have an influence on the atmospheric $CO_2$ concentration (i.e., emissions from fossil fuel burning, cement production, land use change and the terrestrial biosphere response). It is equivalent to the sum of the atmospheric and oceanic $CO_2$ increase. Because the atmospheric $CO_2$ is well constrained by observations, the uncertainty in the net $CO_2$ emissions is nearly equal to the uncertainty in the oceanic $CO_2$ increase. The decrease in oceanic uptake fraction would be consistent with the understanding that the ocean $CO_2$ sink is limited by the transport rate of anthropogenic carbon from the surface to the deep ocean, and also with the nonlinearity in carbon chemistry that reduces the $CO_2$ uptake capacity of water as its $CO_2$ concentration increases (Sarmiento et al., 1995).

### 5.4.2.3 Ocean Acidification by Carbon Dioxide

The uptake of anthropogenic carbon by the ocean changes the chemical equilibrium of the ocean. Dissolved $CO_2$ forms a weak acid.[1] As $CO_2$ increases, pH decreases, that is, the ocean becomes more acidic. Ocean pH can be computed from measurements of DIC and alkalinity. A decrease in surface pH of 0.1 over the global ocean was calculated from the estimated uptake of anthropogenic carbon between 1750 and 1994 (Sabine et al., 2004b; Raven et al., 2005), with the lowest decrease (0.06) in the tropics and subtropics, and the highest decrease (0.12) at high latitudes, consistent with the lower buffer capacity of the high latitudes compared to the low latitudes. The mean pH of surface waters ranges between 7.9 and 8.3 in the open



**Figure 5.11.** *Mean concentration of anthropogenic carbon as of 1994 in μmol kg⁻¹ from Sabine et al. (2004b) averaged over (a) the Pacific and Indian Oceans and (b) the Atlantic Ocean. The calculation of anthropogenic carbon is described in the caption of Figure 5.10 and in the text (Section 5.4).*

---

[1] Acidity is a measure of the concentration of H⁺ ions and is reported in pH units, where pH = $-\log_{10}$(H⁺). A pH decrease of 1 unit means a 10-fold increase in the concentration of H⁺, or acidity.

ocean, so the ocean remains alkaline (pH > 7) even after these decreases. For comparison, pH was higher by 0.1 unit during glaciations, and there is no evidence of pH values more than 0.6 units below the pre-industrial pH during the past 300 million years (Caldeira and Wickett, 2003). A decrease in ocean pH of 0.1 units corresponds to a 30% increase in the concentration of $H^+$ in seawater, assuming that alkalinity and temperature remain constant. Changes in surface temperature may have induced an additional decrease in pH of <0.01. The calculated anthropogenic impact on pH is consistent with results from time series stations where a decrease in pH of 0.02 per decade was observed (Figure 5.9). Results from time series stations include not only the increase in anthropogenic carbon, but also other changes due to local physical and biological variability. The consequences of changes in pH on marine organisms are poorly known (see Section 7.3.4 and Box 7.3).

### 5.4.2.4    Change in Carbonate Species

The uptake of anthropogenic carbon occurs through the injection of $CO_2$ and causes a shift in the distribution of carbon species (i.e., the balance between $CO_2$, carbonate and bicarbonate). The availability of carbonate is particularly important because it controls the maximum amount of $CO_2$ that the ocean is able to absorb. Marine organisms use carbonate to produce shells of calcite and aragonite (both consisting of calcium carbonate; $CaCO_3$). Currently, the surface ocean is super-saturated with respect to both calcite and aragonite, but undersaturated below a depth called the 'saturation horizon'. The undersaturation starts at a depth varying between 200 m in parts of the high-latitude and the Indian Ocean and 3,500 m in the Atlantic. Calcium carbonate dissolves either when it sinks below the calcite or aragonite saturation horizons or under the action of biological activity.

Shoaling of the aragonite saturation horizon has been observed in all ocean basins based on alkalinity, DIC and oxygen measurements (Feely and Chen, 1982; Feely et al., 2002; Sabine et al., 2002; Sarma et al., 2002). The amplitude and direction of the signal was everywhere consistent with the uptake of anthropogenic carbon, with potentially smaller contributions from changes in circulation, temperature and biology. Feely et al. (2004) calculated that the uptake of anthropogenic carbon alone has caused a shoaling of the aragonite saturation horizon between 1750 and 1994 by 30 to 200 m in the eastern Atlantic (50°S–15°N), the North Pacific and the North Indian Ocean, and a shoaling of the calcite saturation horizon by 40 to 100 m in the Pacific (north of 20°N). This calculation is based on the anthropogenic DIC increase estimated by Sabine et al. (2004a), on a global compilation of biogeochemical data and on carbonate chemistry equations. Furthermore, an increase in total alkalinity (primarily controlled by carbonate and bicarbonate) at the depth of the aragonite saturation horizon between 1970 and 1990 has been reported (Sarma et al., 2002). These results are consistent with the calculated increase in $CaCO_3$ dissolution as a result of the shoaling of the aragonite saturation horizon, but with large uncertainty. Carbonate decreases at high latitudes

and particularly in the Southern Ocean may have consequences for marine ecosystems because the current saturation horizon is closer to the surface than in other basins (Orr et al., 2005; see Section 7.3.4).

### 5.4.3    Oxygen

In the thermocline (~100 to 1,000 m), a decrease in the $O_2$ concentration has been observed between about the early 1970s and the late 1990s or later in several repeated hydrographic sections in the North and South Pacific, North Atlantic, and Southern Indian Oceans (Figure 5.12; see summary table in Emerson et al., 2004, and Section 5.3). Section 5.3 reports on a number of $O_2$ decreases that fit the overall message of Section 5.4. The reported $O_2$ decreases range from 0.1 to 6 $\mu$mol $kg^{-1}$ $yr^{-1}$, superposed on decadal variations of ±2 $\mu$mol $kg^{-1}$ $yr^{-1}$ (Ono et al., 2001; Andreev and Watanabe, 2002). In all published studies, the observed $O_2$ decrease appeared to be driven primarily by changes in ocean circulation, and less by changes in the rate of $O_2$ demand from downward settling of organic matter. A few studies have quantified the contribution of the change in ocean circulation using estimates of changes in apparent CFC ages (Doney et al., 1998; Watanabe et al., 2001; Mecking et al., 2006). In nearly all cases, the decrease in $O_2$ could entirely be accounted for by the increased apparent CFC age that resulted from reduced rate of renewal of intermediate waters. Changes in biological processes were only significant at the coast of California and may result from assumptions in the method (Mecking et al., 2006).

It is unclear whether the recent changes in $O_2$ are indicative of trends or of variability. Recent data in the Indian Ocean have shown a reversal of the $O_2$ decrease between 1987 and 2002 in the South Indian Ocean of similar amplitude to the decrease observed during the previous decades (McDonagh et al., 2005). Variability has been observed on decadal time scales in the North Atlantic large enough to mask any potential trends (Johnson and Gruber, 2007).

In the upper 100 m of the global ocean surface, decadal variations of ±0.5 $\mu$mol $kg^{-1}$ in $O_2$ concentration were observed for the period 1956 to 1998 based on a global analysis of 530,000 oxygen profiles, with no clear trends (Garcia et al., 2005). However, the near-surface changes in $O_2$ concentration are difficult to interpret. They can be caused by changes in biological activity, by changes in the physical transport of $O_2$ from intermediate waters or by changes in temperature and salinity. Because there is less confidence in the early measurements and the reported changes cannot be explained by known processes, it cannot be said whether the absence of a long-term trend in surface $O_2$ is realistic or not.

### 5.4.4    Nutrients

Changes in nutrient concentrations can provide information on changes in the physical and biological processes that affect the carbon cycle and could potentially be used as indicators for large-scale changes in marine biology. However, only a



**Figure 5.12.** *Changes in oxygen concentration (μmol kg⁻¹) along two sections in the North Pacific (see map, bottom panel). Top left panel: Difference (1999 minus 1985) along 47°N. Top right panel: Difference (1997 minus 1984) at 152°W. Blue colours indicate a decrease and yellow colours indicate an increase in oxygen over time. The differences were calculated using density as the vertical coordinate. After Deutsch et al. (2005).*

few studies reported decadal changes in inorganic nutrient concentrations. In the North Pacific, the concentration of nitrate plus nitrite (N) and phosphate decreased at the surface (Freeland et al., 1997; Watanabe et al., 2005) and increased below the surface (Emerson et al., 2001; Ono et al., 2001; Keller et al., 2002) in the past two decades. Nutrient changes were observed in the deep ocean of all basins but no clear pattern emerges from available observations. Pahlow and Riebesell (2000) found changes in the ratio of nutrients in the North Pacific and Atlantic Oceans, and no significant changes in the South Pacific. In the North Pacific, Keller et al. (2002) observed a decrease in N associated with the increase in O$_2$ between 1970 and 1990 at 1,050 m, opposite to the results of Pahlow and Riebesell's longer study. Using the same data set extended to the world, large regional changes in nutrient ratios were observed (Li and Peng, 2002) but no consistent basin-scale patterns. Uncertainties in deep ocean nutrient observations may be responsible for the lack of coherence in the nutrient changes. Sources of inaccuracy include the limited number of observations and the lack of compatibility between measurements from different laboratories at different times.

In some cases, the observed trends in nutrients can be explained by either a change in thermocline ventilation or a change in biological activity (Pahlow and Riebesell, 2000; Emerson et al., 2001), but in other cases are mostly consistent with a reduction in thermocline ventilation (Freeland et al., 1997; Ono et al., 2001; Watanabe et al., 2005). Thus, all of the reported trends are consistent with a physical explanation of the observed changes, although changes in biological activity cannot be ruled out.

The concentration of surface nutrients can also be influenced by surface mixing, as a reduction in mixing leads to a decreased concentration of surface nutrients. The observed changes in surface temperature and salinity (see Sections 5.2.3 and 5.3) are indicative of changes in the surface mixing (see Section 7.3.4.3). In most of the Pacific Ocean, surface warming and freshening act in the same direction and contribute to reduced mixing (Figures 5.2 and 5.5), consistent with regional observations (Freeland et al., 1997; Watanabe et al., 2005). In the Atlantic and Indian Oceans, temperature and salinity trends generally act in opposite directions and changes in mixing have not been quantified regionally.

### 5.4.5 Biological Changes Relevant to Ocean Biogeochemistry

Changes in biological activity are an important part of the carbon cycle but are difficult to quantify at the global scale. Marine export production (the fraction of primary production that is not respired at the ocean surface and thus sinks to depth) is the biological process that has the largest influence on element cycles. There are no global observations on changes in export production or respiration. However, estimates of changes in primary production provide partial information. A reduction in global oceanic primary production by about 6% between the early 1980s and the late 1990s was estimated based on the comparison of chlorophyll data from two satellites (Gregg et al., 2003). The errors in this estimate are potentially large because it is based on the comparison of data from two different sensors. Nevertheless, a change in biological fluxes of this order of magnitude is plausible considering that biological production is controlled primarily by nutrient input from intermediate waters, and that a decrease in intermediate water renewal has been observed during that period as indicated by the decrease in $O_2$. Shifts and trends in plankton biomass have been observed for instance in the North Atlantic (Beaugrand and Reid, 2003), the North Pacific (Karl, 1999; Chavez et al., 2003) and in the Southern Indian Ocean (Hirawake et al., 2005), but the spatial and temporal coverage is limited. The potential impacts of changes in marine ecosystems or dissolved organic matter on climate are discussed in Section 7.3.4, and the impact of climate on marine ecosystems in Chapter 4 of the Working Group II contribution to the IPCC Fourth Assessment Report.

### 5.4.6 Consistency with Physical Changes

It is clearly established that climate variability affects the oceanic content of natural and anthropogenic DIC and the air-sea flux of $CO_2$, although the amplitude and physical processes responsible for the changes are less well known. Variability in the marine carbon cycle has been observed in response to physical changes associated with the dominant modes of climate variability such as El Niño events and the PDO (Feely et al., 1999; Takahashi et al., 2006), and the NAO (Bates et al., 2002; Johnson and Gruber, 2007). The regional patterns of anthropogenic $CO_2$ storage are consistent with those of CFCs and with changes in heat content. The observed trends in $CO_2$, DIC, pH and carbonate species can be primarily explained by the response of the ocean to the increase in atmospheric $CO_2$.

Large-scale changes in the $O_2$ content of the thermocline have been observed between the 1970s and the late 1990s. These changes are everywhere consistent with the local changes in ocean ventilation as identified either by changes in density gradients or by changes in apparent CFC ages. Nevertheless, an influence of changes in marine biology cannot be ruled out. The available data are insufficient to say if the changes in $O_2$ are caused by natural variability or are trends that are likely to persist in the future, but they do indicate that large-scale changes

in ocean physics influence natural biogeochemical cycles, and thus the cycles of $O_2$ and $CO_2$ are likely to undergo changes if ocean circulation changes persist in the future.

## 5.5 Changes in Sea Level

### 5.5.1 Introductory Remarks

Present-day sea level change is of considerable interest because of its potential impact on human populations living in coastal regions and on islands. This section focuses on global and regional sea level variations, over time spans ranging from the last decade to the past century; a brief discussion of sea level change in previous centuries is given in Section 5.5.2.4. Changes over previous millennia are discussed in Section 6.4.3.

Processes in several nonlinearly coupled components of the Earth system contribute to sea level change, and understanding these processes is therefore a highly interdisciplinary endeavour. On decadal and longer time scales, global mean sea level change results from two major processes, mostly related to recent climate change, that alter the volume of water in the global ocean: i) thermal expansion (Section 5.5.3), and ii) the exchange of water between oceans and other reservoirs (glaciers and ice caps, ice sheets, other land water reservoirs - including through anthropogenic change in land hydrology, and the atmosphere; Section 5.5.5). All these processes cause geographically non-uniform sea level change (Section 5.5.4) as well as changes in the global mean; some oceanographic factors (e.g., changes in ocean circulation or atmospheric pressure) also affect sea level at the regional scale, while contributing negligibly to changes in the global mean. Vertical land movements such as resulting from glacial isostatic adjustment (GIA), tectonics, subsidence and sedimentation influence local sea level measurements but do not alter ocean water volume; nonetheless, they affect global mean sea level through their alteration of the shape and hence the volume of the ocean basins containing the water.

Measurements of present-day sea level change rely on two different techniques: tide gauges and satellite altimetry (Section 5.5.2). Tide gauges provide sea level variations with respect to the land on which they lie. To extract the signal of sea level change due to ocean water volume and other oceanographic change, land motions need to be removed from the tide gauge measurement. Land motions related to GIA can be simulated in global geodynamic models. The estimation of other land motions is not generally possible unless there are adequate nearby geodetic or geological data, which is usually not the case. However, careful selection of tide gauge sites such that records reflecting major tectonic activity are rejected, and averaging over all selected gauges, results in a small uncertainty for global sea level estimates (Appendix 5.A.4). Sea level change based on satellite altimetry is measured with respect to the Earth's centre of mass, and thus is not distorted by land motions, except for a small component due to large-scale deformation of ocean basins from GIA.

## Frequently Asked Question 5.1
## Is Sea Level Rising?

*Yes, there is strong evidence that global sea level gradually rose in the 20th century and is currently rising at an increased rate, after a period of little change between AD 0 and AD 1900. Sea level is projected to rise at an even greater rate in this century. The two major causes of global sea level rise are thermal expansion of the oceans (water expands as it warms) and the loss of land-based ice due to increased melting.*

Global sea level rose by about 120 m during the several millennia that followed the end of the last ice age (approximately 21,000 years ago), and stabilised between 3,000 and 2,000 years ago. Sea level indicators suggest that global sea level did not change significantly from then until the late 19th century. The instrumental record of modern sea level change shows evidence for onset of sea level rise during the 19th century. Estimates for the 20th century show that global average sea level rose at a rate of about 1.7 mm yr$^{-1}$.

Satellite observations available since the early 1990s provide more accurate sea level data with nearly global coverage. This decade-long satellite altimetry data set shows that since 1993, sea level has been rising at a rate of around 3 mm yr$^{-1}$, significantly higher than the average during the previous half century. Coastal tide gauge measurements confirm this observation, and indicate that similar rates have occurred in some earlier decades.

In agreement with climate models, satellite data and hydrographic observations show that sea level is not rising uniformly around the world. In some regions, rates are up to several times the global mean rise, while in other regions sea level is falling. Substantial spatial variation in rates of sea level change is also inferred from hydrographic observations. Spatial variability of the rates of sea level rise is mostly due to non-uniform changes in temperature and salinity and related to changes in the ocean circulation.

Near-global ocean temperature data sets made available in recent years allow a direct calculation of thermal expansion. It is believed that on average, over the period from 1961 to 2003, thermal expansion contributed about one-quarter of the observed sea level rise, while melting of land ice accounted for less than half. Thus, the full magnitude of the observed sea level rise during that period was not satisfactorily explained by those data sets, as reported in the IPCC Third Assessment Report.

During recent years (1993–2003), for which the observing system is much better, thermal expansion and melting of land ice each account for about half of the observed sea level rise, although there is some uncertainty in the estimates.

The reasonable agreement in recent years between the observed rate of sea level rise and the sum of thermal expansion and loss of land ice suggests an upper limit for the magnitude of change in land-based water storage, which is relatively poorly known. Model results suggest no net trend in the storage of water over land due to climate-driven changes but there are large interannual and decadal fluctuations. However, for the recent period 1993 to 2003, the small discrepancy between observed sea level rise and the sum of known contributions might be due to unquantified human-induced processes (e.g., groundwater extraction, impoundment in reservoirs, wetland drainage and deforestation).

Global sea level is projected to rise during the 21st century at a greater rate than during 1961 to 2003. Under the IPCC Special Report on Emission Scenarios (SRES) A1B scenario by the mid-2090s, for instance, global sea level reaches 0.22 to 0.44 m above 1990 levels, and is rising at about 4 mm yr$^{-1}$. As in the past, sea level change in the future will not be geographically uniform, with regional sea level change varying within about ±0.15 m of the mean in a typical model projection. Thermal expansion is projected to contribute more than half of the average rise, but land ice will lose mass increasingly rapidly as the century progresses. An important uncertainty relates to whether discharge of ice from the ice sheets will continue to increase as a consequence of accelerated ice flow, as has been observed in recent years. This would add to the amount of sea level rise, but quantitative projections of how much it would add cannot be made with confidence, owing to limited understanding of the relevant processes.

Figure 1 shows the evolution of global mean sea level in the past and as projected for the 21st century for the SRES A1B scenario.



**FAQ 5.1, Figure 1.** *Time series of global mean sea level (deviation from the 1980-1999 mean) in the past and as projected for the future. For the period before 1870, global measurements of sea level are not available. The grey shading shows the uncertainty in the estimated long-term rate of sea level change (Section 6.4.3). The red line is a reconstruction of global mean sea level from tide gauges (Section 5.5.2.1), and the red shading denotes the range of variations from a smooth curve. The green line shows global mean sea level observed from satellite altimetry. The blue shading represents the range of model projections for the SRES A1B scenario for the 21st century, relative to the 1980 to 1999 mean, and has been calculated independently from the observations. Beyond 2100, the projections are increasingly dependent on the emissions scenario (see Chapter 10 for a discussion of sea level rise projections for other scenarios considered in this report). Over many centuries or millennia, sea level could rise by several metres (Section 10.7.4).*

The TAR chapter on sea level change provided estimates of climate and other anthropogenic contributions to 20th-century sea level rise, based mostly on models (Church et al., 2001). The sum of these contributions ranged from –0.8 to 2.2 mm yr$^{-1}$, with a mean value of 0.7 mm yr$^{-1}$, and a large part of this uncertainty was due to the lack of information on anthropogenic land water change. For observed 20th-century sea level rise, based on tide gauge records, Church et al. (2001) adopted as a best estimate a value in the range of 1 to 2 mm yr$^{-1}$, which was more than twice as large as the TAR's estimate of climate-related contributions. It thus appeared that either the processes causing sea level rise had been underestimated or the rate of sea level rise observed with tide gauges was biased towards higher values.

Since the TAR, a number of new results have been published. The global coverage of satellite altimetry since the early 1990s (TOPography EXperiment (TOPEX)/Poseidon and Jason) has improved the estimate of global sea level rise and has revealed the complex geographical patterns of sea level change in open oceans. Near-global ocean temperature data for the last 50 years have been recently made available, allowing the first observationally based estimate of the thermal expansion contribution to sea level rise in past decades. For recent years, better estimates of the land ice contribution to sea level are available from various observations of glaciers, ice caps and ice sheets.

In this section, we summarise the current knowledge of present-day sea level rise. The observational results are assessed, followed by our current interpretation of these observations in terms of climate change and other processes, and ending with a discussion of the sea level budget (Section 5.5.6).

### 5.5.2   Observations of Sea Level Changes

#### 5.5.2.1   20th-Century Sea Level Rise from Tide Gauges

Table 11.9 of the TAR listed several estimates for global and regional 20th-century sea level trends based on the Permanent Service for Mean Sea Level (PSMSL) data set (Woodworth and Player, 2003). The concerns about geographical bias in the PSMSL data set remain, with most long sea level records stemming from the NH, and most from continental coastlines rather than ocean interiors. Based on a small number (~25) of high-quality tide gauge records from stable land regions, the rate of sea level rise has been estimated as 1.8 mm yr$^{-1}$ for the past 70 years (Douglas, 2001; Peltier, 2001), and Miller and Douglas (2004) find a range of 1.5 to 2.0 mm yr$^{-1}$ for the 20th century from 9 stable tide gauge sites. Holgate and Woodworth (2004) estimated a rate of 1.7 ± 0.4 mm yr$^{-1}$ sea level change averaged along the global coastline during the period 1948 to 2002, based on data from 177 stations divided into 13 regions. Church et al. (2004) (discussed further below) determined



**Figure 5.13.** *Annual averages of the global mean sea level (mm). The red curve shows reconstructed sea level fields since 1870 (updated from Church and White, 2006); the blue curve shows coastal tide gauge measurements since 1950 (from Holgate and Woodworth, 2004) and the black curve is based on satellite altimetry (Leuliette et al., 2004). The red and blue curves are deviations from their averages for 1961 to 1990, and the black curve is the deviation from the average of the red curve for the period 1993 to 2001. Error bars show 90% confidence intervals.*

a global rise of 1.8 ± 0.3 mm yr$^{-1}$ during 1950 to 2000, and Church and White (2006) determined a change of 1.7 ± 0.3 mm yr$^{-1}$ for the 20th century. Changes in global sea level as derived from analyses of tide gauges are displayed in Figure 5.13. Considering the above results, and allowing for the ongoing higher trend in recent years shown by altimetry (see Section 5.5.2.2), we assess the rate for 1961 to 2003 as 1.8 ± 0.5 mm yr$^{-1}$ and for the 20th century as 1.7 ± 0.5 mm yr$^{-1}$.

While the recently published estimates of sea level rise over the last decades remain within the range of the TAR values (i.e., 1–2 mm yr$^{-1}$), there is an increasing opinion that the best estimate lies closer to 2 mm yr$^{-1}$ than to 1 mm yr$^{-1}$. The lower bound reported in the TAR resulted from local and regional studies; local and regional rates may differ from the global mean, as discussed below (see Section 5.5.2.5).

A critical issue concerns how the records are adjusted for vertical movements of the land upon which the tide gauges are located and of the oceans. Trends in tide gauge records are corrected for GIA using models, but not for other land motions. The GIA correction ranges from about 1 mm yr$^{-1}$ (or more) near to former ice sheets to a few tenths of a millimetre per year in the far field (e.g., Peltier, 2001); the error in tide-gauge based global average sea level change resulting from GIA is assessed as 0.15 mm yr$^{-1}$. The TAR mentioned the developing geodetic technologies (especially the Global Positioning System; GPS) that hold the promise of measuring rates of vertical land movement at tide gauges, no matter if those movements are due to GIA or to other geological processes. Although there has been some model validation, especially for GIA models, systematic problems with such techniques, including short data spans, have yet to be fully resolved.

### 5.5.2.2    Sea Level Change during the Last Decade from Satellite Altimetry

Since 1992, global mean sea level can be computed at 10-day intervals by averaging the altimetric measurements from the TOPEX/Poseidon (T/P) and Jason satellites over the area of coverage (66°S to 66°N) (Nerem and Mitchum, 2001). Each 10-day estimate of global mean sea level has an accuracy of approximately 5 mm. Numerous papers on the altimetry results (see Cazenave and Nerem, 2004, for a review) show a current rate of sea level rise of $3.1 \pm 0.7$ mm $yr^{-1}$ over 1993 to 2003 (Cazenave and Nerem, 2004; Leuliette et al., 2004; Figure 5.14). A significant fraction of the 3 mm $yr^{-1}$ rate of change has been shown to arise from changes in the Southern Ocean (Cabanes et al., 2001).

The accuracy needed to compute mean sea level change pushes the altimeter measurement system to its performance limits, and thus care must be taken to ensure that the instrument is precisely calibrated (see Appendix 5.A.4.1). The tide gauge calibration method (Mitchum, 2000) provides diagnoses of problems in the altimeter instrument, the orbits, the measurement corrections and ultimately the final sea level data. Errors in determining the altimeter instrument drift using the tide gauge calibration, currently estimated to be about 0.4 mm $yr^{-1}$, are almost entirely driven by errors in knowledge of vertical land motion at the ganges (Mitchum, 2000).

Altimetry-based sea level measurements include variations in the global ocean basin volume due to GIA. Averaged over the oceanic regions sampled by the altimeter satellites, this effect yields a value close to –0.3 mm $yr^{-1}$ in sea level (Peltier, 2001), with possible uncertainty of 0.15 mm $yr^{-1}$. This number is subtracted from altimetry-derived global mean sea level in order to obtain the contribution due to ocean (water) volume change.

Altimetry from T/P allows the mapping of the geographical distribution of sea level change (Figure 5.15a). Although regional variability in coastal sea level change had been reported from tide gauge analyses (e.g., Douglas, 1992; Lambeck, 2002), the global coverage of satellite altimetry provides unambiguous evidence of non-uniform sea level change in open oceans, with some regions exhibiting rates of sea level change about five times the global mean. For the past decade, sea level rise shows the highest magnitude in the western Pacific and eastern Indian oceans, regions that exhibit large interannual variability associated with ENSO. Except for the Gulf Stream region, most of the Atlantic Ocean shows sea level rise during the past decade. Despite the global mean rise, Figure 5.15a shows that sea level has been dropping in some regions (eastern Pacific and western Indian oceans). These spatial patterns likely reflect decadal fluctuations rather than long-term trends. Empirical Orthogonal Functions (EOF) analyses of altimetry-based sea level maps over 1993 to 2003 show a strong influence of the 1997–1998 El Niño, with the geographical patterns of the dominant mode being very similar to those of the sea level trend map (e.g., Nerem et al., 1999).

### 5.5.2.3    Reconstructions of Sea Level Change during the Last 50 Years Based on Satellite Altimetry and Tide Gauges

Attempts have been made to reconstruct historical sea level fields by combining the near-global coverage from satellite altimeter data with the longer but spatially sparse tide gauge records (Chambers et al., 2002; Church et al., 2004). These sea level reconstructions use the short altimeter record to determine the principal EOF of sea level variability, and the tide gauge data to estimate the evolution of the amplitude of the EOFs over time. The method assumes that the geographical patterns of decadal sea level trends can be represented by a superposition of the patterns of variability that are manifest in interannual variability. The sea level for the period 1870 to 2000 (Church and White, 2006) shown in Figure 5.13 is based on this approach. As a caveat, note that variability on different time scales may have different characteristic patterns (see Section 5.5.4.1).

The trends in the EOF amplitudes (and the implied global correlations) allow the reconstruction of a spatially variable rate of sea level rise. Figure 5.16a (updated from Church et al., 2004) shows the geographical distribution of linear sea level trends for 1955 to 2003 based on this reconstruction technique. Comparison with the altimetry-based trend map for the shorter period (1993 to 2003) indicates quite different geographical patterns. These differences mainly arise from thermal expansion changes through time (see Section 5.5.3)

Changes in spatial sea level patterns through time may help reconcile apparently inconsistent estimates of regional variations in tide-gauge based sea level rise. For example, the minimum in rise along the northwest Australian coast is consistent with the results of Lambeck (2002) in having smaller rates of sea level rise and indeed sea level fall off north-western Australia over the last few decades. In addition, for the North Atlantic Ocean,



**Figure 5.14.** *Variations in global mean sea level (difference to the mean 1993 to mid-2001) computed from satellite altimetry from January 1993 to October 2005, averaged over 65°S to 65°N. Dots are 10-day estimates (from the TOPEX/Poseidon satellite in red and from the Jason satellite in green). The blue solid curve corresponds to 60-day smoothing. Updated from Cazenave and Nerem (2004) and Leuliette et al. (2004).*



**Figure 5.15.** *(a) Geographic distribution of short-term linear trends in mean sea level (mm yr⁻¹) for 1993 to 2003 based on TOPEX/Poseidon satellite altimetry (updated from Cazenave and Nerem, 2004) and (b) geographic distribution of linear trends in thermal expansion (mm yr⁻¹) for 1993 to 2003 (based on temperature data down to 700 m from Ishii et al., 2006).*

the rate of rise reaches a maximum (over 2 mm yr⁻¹) in a band running east-northeast from the US east coast. The trends are lower in the eastern than in the western Atlantic (Lambeck et al., 1998; Woodworth et al., 1999; Mitrovica et al., 2001).

### 5.5.2.4   Interannual and Decadal Variability and Long-Term Changes in Sea Level

Sea level records contain a considerable amount of interannual and decadal variability, the existence of which is coherent throughout extended parts of the ocean. For example, the global sea level curve in Figure 5.13 shows an approximately 10 mm rise and fall of global mean sea level accompanying the 1997–1998 ENSO event. Over the past few decades, the time series of the first EOF of Church et al. (2004) represents ENSO variability, as shown by a significant (negative) correlation with the Southern Oscillation Index. The signature of the 1997–1998 El Niño is also clear in the altimetric maps of sea level anomalies (see Section 5.5.2.2). Model results suggest that large volcanic eruptions produce interannual to decadal fluctuations in the global mean sea level (see Section 9.5.2).

Holgate and Woodworth (2004) concluded that the 1990s had one of the fastest recorded rates of sea level rise averaged along the global coastline (~4 mm yr⁻¹), slightly higher than the altimetry-based open ocean sea level rise (3 mm yr⁻¹). However, their analysis also shows that some previous decades had comparably large rates of coastal sea level rise (e.g., around 1980; Figure 5.17). White et al. (2005) confirmed the larger sea level rise during the 1990s around coastlines compared to the open ocean but found that in some previous periods the coastal rate was smaller than the open ocean rate, and concluded that over the last 50 years the coastal and open ocean rates of change were the same on average. The global reconstruction of Church et al. (2004) and Church and White (2006) also exhibits large decadal variability in the rate of global mean sea level rise, and the 1993 to 2003 rate has been exceeded in some previous decades (Figure 5.17). The variability is smaller in the global reconstruction (standard deviation of overlapping 10-year rates is 1.1 mm yr⁻¹) than in the Holgate and Woodworth (2004) coastal time series (standard deviation 1.7 mm yr⁻¹). The rather



**Figure 5.16.** *(a) Geographic distribution of long-term linear trends in mean sea level (mm yr⁻¹) for 1955 to 2003 based on the past sea level reconstruction with tide gauges and altimetry data (updated from Church et al., 2004) and (b) geographic distribution of linear trends in thermal expansion (mm yr⁻¹) for 1955 to 2003 (based on temperature data down to 700 m from Ishii et al., 2006). Note that colours in (a) denote 1.6 mm yr⁻¹ higher values than those in (b).*



**Figure 5.17.** *Overlapping 10-year rates of global sea level change from tide gauge data sets (Holgate and Woodworth, 2004, in solid black; Church and White, 2006, in dashed black) and satellite altimetry (updated from Cazenave and Nerem, 2004, in green), and contributions to global sea level change from thermal expansion (Ishii et al., 2006, in solid red; Antonov et al., 2005, in dashed red) and climate-driven land water storage (Ngo-Duc et al., 2005, in blue). Each rate is plotted against the middle of its 10-year period.*

low temporal correlation (r = 0.44) between the two time series suggests that the statistical uncertainty in the linear trends calculated from either data set probably underestimates the systematic uncertainty in the results (Section 5.5.6).

Interannual or longer variability is a major reason why no long-term acceleration of sea level has been identified using 20th-century data alone (Woodworth, 1990; Douglas, 1992). Another possibility is that the sparse tide gauge network may have been inadequate to detect it if present (Gregory et al., 2001). The longest records available from Europe and North America contain accelerations of the order of 0.4 mm yr$^{-1}$ per century between the 19th and 20th century (Ekman, 1988; Woodworth et al., 1999). For the reconstruction shown in Figure 5.13, Church and White (2006) found an acceleration of 1.3 ± 0.5 mm yr$^{-1}$ per century over the period 1870 to 2000. These data support an inference that the onset of acceleration occurred during the 19th century (see Section 9.5.2).

Geological observations indicate that during the last 2,000 years (i.e., before the recent rise recorded by tide gauges), sea level change was small, with an average rate of only 0.0 to 0.2 mm yr$^{-1}$ (see Section 6.4.3). The use of proxy sea level data from archaeological sources is well established in the Mediterranean. Oscillations in sea level from 2,000 to 100 yr before present did not exceed ±0.25 m, based on the Roman-Byzantine-Crusader well data (Sivan et al., 2004). Many Roman and Greek constructions are relatable to the level of the sea. Based on sea level data derived from Roman fish ponds, which are considered to be a particularly reliable source of such information, together with nearby tide gauge records, Lambeck et al. (2004) concluded that the onset of the modern sea level rise occurred between 1850 and 1950. Donnelly et al. (2004) and Gehrels et al. (2004), employing geological data from Connecticut, Maine and Nova Scotia salt-marshes together with

nearby tide gauge records, demonstrated that the sea level rise observed during the 20th century was in excess of that averaged over the previous several centuries.

The joint interpretation of the geological observations, the longest instrumental records and the current rate of sea level rise for the 20th century gives a clear indication that the rate of sea level rise has increased between the mid-19th and the mid-20th centuries.

### 5.5.2.5   *Regional Sea Level Change*

Two regions are discussed here to give examples of local variability in sea level: the northeast Atlantic and small Pacific Islands.

Interannual variability in northeast Atlantic sea level records exhibits a clear relationship to the air pressure and wind changes associated with the NAO, with the magnitude and sign of the response depending primarily upon latitude (Andersson, 2002; Wakelin et al., 2003; Woolf et al., 2003). The signal of the NAO can also be observed to some extent in ocean temperature records, suggesting a possible, smaller NAO influence on regional mean sea level via steric (density) changes (Tsimplis et al., 2006). In the Russian Arctic Ocean, sea level time series for recent decades also have pronounced decadal variability that correlates with the NAO index. In this region, wind stress and atmospheric pressure loading contribute nearly half of the observed sea level rise of 1.85 mm yr$^{-1}$ (Proshutinsky et al., 2004).

Small Pacific Islands are the subject of much concern in view of their vulnerability to sea level rise. The Pacific Ocean region is the centre of the strongest interannual variability of the climate system, the coupled ocean-atmosphere ENSO mode. There are only a few Pacific Island sea level records extending back to before 1950. Mitchell et al. (2001) calculated rates of relative sea level rise for the stations in the Pacific region. Using their results (from their Table 1) and focusing on only the island stations with more than 50 years of data (only 4 locations), the average rate of sea level rise (relative to the Earth's crust) is 1.6 mm yr$^{-1}$. For island stations with record lengths greater than 25 years (22 locations), the average rate of relative sea level rise is 0.7 mm yr$^{-1}$. However, these data sets contain a large range of rates of relative sea level change, presumably as a result of poorly quantified vertical land motions.

An example of the large interannual variability in sea level is Kwajalein (8°44'N, 167°44'E) (Marshall Archipelago). As shown in Figure 5.18, the local tide gauge data, the sea level reconstructions of Church et al. (2004) and Church and White (2006) and the shorter satellite altimeter record all agree and indicate that interannual variations associated with ENSO events are greater than 0.2 m. The Kwajalein data also suggest increased variability in sea level after the mid-1970s, consistent with the trend towards more frequent, persistent and intense ENSO events since the mid-1970s (Folland et al., 2001). For the Kwajalein record, the rate of sea level rise, after correction for GIA land motions and isostatic response to atmospheric pressure changes, is 1.9 ± 0.7 mm yr$^{-1}$. However,



**Figure 5.18.** *Monthly mean sea level curve for 1950 to 2000 at Kwajalein (8°44'N, 167°44'E). The observed sea level (from tide gauge measurements) is in blue, the reconstructed sea level in red and the satellite altimetry record in green. Annual and semi-annual signals have been removed from each time series and the tide gauge data have been smoothed. The figure was drawn using techniques in Church et al. (2004) and Church and White (2006).*

the uncertainties in rates of sea level change increase rapidly with decreasing record length and can be several mm yr$^{-1}$ for decade-long records (depending on the magnitude of the interannual variability). Sea level change on the atolls of Tuvalu (western Pacific) has been the subject of intense interest as a result of their low-lying nature and increasing incidence of flooding. There are two records available at Funafuti, Tuvalu; the first record commences in 1977 and the second (with rigorous datum control) in 1993. After allowing for subsidence affecting the first record, Church et al. (2006) estimate sea level rise at Tuvalu to be 2.0 ± 1.7 mm yr$^{-1}$, in agreement with the reconstructed rate of sea level rise.

### 5.5.2.6   Changes in Extreme Sea Level

Societal impacts of sea level change primarily occur via the extreme levels rather than as a direct consequence of mean sea level changes. Apart from non-climatic events such as tsunamis, extreme sea levels occur mainly in the form of storm surges generated by tropical or extra tropical cyclones. Secular changes and decadal variability in storminess are discussed in Chapter 3. Studies of variations in extreme sea levels during the 20th century based on tide gauge data are fewer than studies of changes in mean sea level for several reasons. A study on changes in extremes, which are caused by changes in mean sea level as well as changes in surges, is more complex than the study of mean sea level changes. Moreover, the hourly sampling interval normally used in tide gauge records is not always sufficient to accurately capture the true extreme. Among the different parameters often used to describe extremes, annual maximum surge is a good indicator of climatic trends. For study of long records extending back to the 19th century or before, annual maximum surge-at-high-water (defined as the maximum of the difference between observed high water and the predicted tide at high water) is a better-suited parameter because during that period high waters and not the full tidal curve were recorded.

Studies of the longest records of extremes are inevitably restricted to a small number of locations. From observed sea level extremes at Liverpool since 1768, Woodworth and Blackman (2002) concluded that the annual maximum surge-at-high-water was larger in the late 18th, late 19th and late 20th centuries than for most of the 20th century, qualitatively consistent with the long-term variability in storminess from meteorological data. From the tide gauge record at Brest from 1860 to 1994, Bouligand and Pirazzoli (1999) found an increasing trend in annual maxima and 99th percentile of surges; however, a decreasing trend was found during the period 1953 to 1994. From non-tidal residuals ('surges') at San Francisco since 1858, Bromirski et al. (2003) concluded that extreme winter residuals have exhibited a significant increasing trend since about 1950, a trend that is attributed to an increase in storminess during this period. Zhang et al. (2000) concluded from records at 10 stations along the east coast of the USA since 1900 that the rise in extreme sea level closely followed the rise in mean sea level. A similar conclusion can be drawn from a recent study of Firing and Merrifield (2004), who found long-term increases in the number and height of daily extremes at Honolulu (interestingly, the highest-ever value being due an anticyclonic oceanic eddy system in 2003), but no evidence for an increase relative to the underlying upward mean sea level trend.

An analysis of 99th percentiles of hourly sea level at 141 stations over the globe for recent decades (Woodworth and Blackman, 2004) showed that there is evidence for an increase in extreme high sea level worldwide since 1975. In many cases, the secular changes in extremes were found to be similar to those in mean sea level. Likewise, interannual variability in extremes was found to be correlated with regional mean sea level, as well as to indices of regional climate patterns.

### 5.5.3   Ocean Density Changes

Sea level will rise if the ocean warms and fall if it cools, since the density of the water column will change. If the thermal expansivity were constant, global sea level change would parallel the global ocean heat content discussed in Section 5.2. However, since warm water expands more than cold water (with the same input of heat), and water at higher pressure expands more than at lower pressure, the global sea level change depends on the three-dimensional distribution of ocean temperature change.

Analysis of the last half century of temperature observations indicates that the ocean has warmed in all basins (see Section 5.2). The average rate of thermosteric sea level rise caused by heating of the global ocean is estimated to be 0.40 ± 0.09 mm yr$^{-1}$ over 1955 to 1995 (Antonov et al., 2005), based on five-year mean temperature data down to 3,000 m. For the 0 to 700 m layer and the 1955 to 2003 period, the averaged thermosteric trend, based on annual mean temperature data from Levitus et al. (2005a), is 0.33 ± 0.07 mm yr$^{-1}$ (Antonov et al., 2005). For the same period and depth range, the mean thermosteric rate based on monthly ocean temperature data from Ishii et al. (2006) is 0.36 ± 0.12 mm yr$^{-1}$. Figure 5.19

shows the thermosteric sea level curve over 1955 to 2003 for both the Levitus and Ishii data sets. The rate of thermosteric sea level rise is clearly not constant in time and shows considerable fluctuations (Figure 5.17). A rise of more than 20 mm occurred from the late 1960s to the late 1970s (giving peak 10-year rates in the early 1970s) with a smaller drop afterwards. Another large rise began in the 1990s, but after 2003, the steric sea level is decreasing in both estimates (peak rates in the late 1990s). Overlapping 10-year rates from these two estimates have a very high temporal correlation (r = 0.97) and the standard deviation of the rates is 0.7 mm yr$^{-1}$.

The Levitus and Ishii data sets both give 0.32 ± 0.09 mm yr$^{-1}$ for the upper 700 m during 1961 to 2003, but the Levitus data set of temperature down to 3,000 m ends in 1998. From the results of Antonov et al. (2005) for thermal expansion, the difference between the trends in the upper 3,000 m and the upper 700 m for 1961 to 1998 is about 0.1 mm yr$^{-1}$. Assuming that the ocean below 700 m continues to contribute beyond 1998 at a similar rate, with an uncertainty similar to that of the upper-ocean contribution, we assess the thermal expansion of the ocean down to 3,000 m during 1961 to 2003 as 0.42 ± 0.12 mm yr$^{-1}$.

For the recent period 1993 to 2003, a value of 1.2 ± 0.5 mm yr$^{-1}$ for thermal expansion in the upper 700 m is estimated both by Antonov et al. (2005) and Ishii et al. (2006). Willis et al. (2004) estimate thermal expansion to be 1.6 ± 0.5 mm yr$^{-1}$, based on combined *in situ* temperature profiles down to 750 m and satellite measurements of altimetric height. Including the satellite data reduces the error caused by the inadequate sampling of the profile data. Error bars were estimated to be about 2 mm for individual years in the time series, with most of the remaining error due to inadequate profile availability. A close result (1.8 ± 0.4 mm yr$^{-1}$ steric sea level rise for 1993 to 2003) was recently obtained by Lombard et al. (2006), based on a combined analysis of *in situ* hydrographic data and satellite sea surface height and



**Figure 5.19.** *Global sea level change due to thermal expansion for 1955 to 2003, based on Levitus et al. (2005a; black line) and Ishii et al. (2006; red line) for the 0 to 700 m layer, and based on Willis et al. (2004; green line) for the upper 750 m. The shaded area and the vertical red and green error bars represent the 90% confidence interval. The black and red curves denote the deviation from their 1961 to 1990 average, the shorter green curve the deviation from the average of the black curve for the period 1993 to 2003.*

SST data (Guinehut et al., 2004). It is presently unclear why the latter two estimates are significantly larger than the thermosteric rates based on temperature data alone. It is possible that the *in situ* data underestimate thermal expansion because of poor coverage in Southern Oceans, and it is interesting to note that a model based on assimilation of hydrographic data yields a somewhat higher estimate of 2.3 mm yr$^{-1}$ (Carton et al., 2005). Published estimates of the steric sea level rates for 1955 to 2003 and 1993 to 2003 are shown in Table 5.2.

We assess the thermal expansion of the upper 700 m during 1993 to 2003 as 1.5 ± 0.5 mm yr$^{-1}$, and that of the upper 3,000 m as 1.6 ± 0.5 mm yr$^{-1}$, allowing for the ocean below 700 m as for the earlier period (see also Section 5.5.6, Table 5.3).

**Table 5.2.** *Recent estimates for steric sea level trends from different studies.*

| Reference | Steric sea level change with errors (mm yr$^{-1}$) | Period | Depth range (m) | Data Source |
|---|---|---|---|---|
| Antonov et al. (2005) | 0.40 ± 0.09 | 1955–1998 | 0–3,000 | Levitus et al. (2005b) |
| Antonov et al. (2005) | 0.33 ± 0.07 | 1955–2003 | 0–700 | Levitus et al. (2005b) |
| Ishii et al. (2006) | 0.36 ± 0.06 | 1955–2003 | 0–700 | Ishii et al. (2006) |
| Antonov et al. (2005) | 1.2 ± 0.5 | 1993–2003 | 0–700 | Levitus et al. (2005b) |
| Ishii et al. (2006) | 1.2 ± 0.5 | 1993–2003 | 0–700 | Ishii et al. (2006) |
| Willis et al. (2004) | 1.6 ± 0.5 | 1993–2003 | 0–750 | Willis et al. (2004) |
| Lombard et al. (2006) | 1.8 ± 0.4 | 1993-2003 | 0-700 | Guinehut et al. (2004) |

Antonov et al. (2002) attributed about 10% of the global average steric sea level rise during recent decades to halosteric expansion (i.e., the volume increase caused by freshening of the water column). A similar result was obtained by Ishii et al. (2006) who estimated a halosteric contribution to 1955 to 2003 sea level rise of $0.04 \pm 0.02$ mm yr$^{-1}$. While it is of interest to quantify this effect, only about 1% of the halosteric expansion contributes to the global sea level rise budget. This is because the halosteric expansion is nearly compensated by a decrease in volume of the added freshwater when its salinity is raised (by mixing) to the mean ocean value; the compensation would be exact for a linear state equation (Gille, 2004; Lowe and Gregory, 2006). Hence, for global sums of sea level change, halosteric expansion cannot be counted separately from the volume of added land freshwater (which Antonov et al., 2002, also calculate; see Section 5.5.5.1). However, for regional changes in sea level, thermosteric and halosteric contributions can be comparably important (see, e.g., Section 5.5.4.1).

### 5.5.4   Interpretation of Regional Variations in the Rate of Sea Level Change

Sea level observations show that whatever the time span considered, rates of sea level change display considerable regional variability (see Sections 5.5.2.2 and 5.5.2.3). A number of processes can cause regional sea level variations.

#### 5.5.4.1    *Steric Sea Level Changes*

Like the sea level trends observed by satellite altimetry (see Section 5.5.2.3), the global distribution of thermosteric sea level trends is not spatially uniform. This is illustrated by Figure 5.15b and Figure 5.16b, which show the geographical distribution of thermosteric sea level trends over two different periods, 1993 to 2003 and 1955 to 2003 respectively (updated from Lombard et al., 2005). Some regions experienced sea level rise while others experienced a fall, often with rates that are several times the global mean. However, the patterns of thermosteric sea level rise over the approximately 50-year period are different from those seen in the 1990s. This occurs because the spatial patterns, like the global average, are also subject to decadal variability. In other words, variability on different time scales may have different characteristic patterns.

An EOF analysis of gridded thermosteric sea level time series since 1955 (updated from Lombard et al., 2005) displays a spatial pattern that is similar to the spatial distribution of thermosteric sea level trends over the same time span (compare Figure 5.20 with Figure 5.16b). In addition, the first principal component is negatively correlated with the Southern Oscillation Index. Thus, it appears that ENSO-related ocean variability accounts for the





**Figure 5.20.** *(a) First mode of the EOF decomposition of the gridded thermosteric sea level time series of yearly temperature data down to 700 m from Ishii et al. (2006). (b) The normalised principal component (black solid curve) is highly correlated with the negative Southern Oscillation Index (dotted red curve).*

largest fraction of variance in spatial patterns of thermosteric sea level. Similarly, decadal thermosteric sea level in the North Pacific and North Atlantic appears strongly influenced by the PDO and NAO respectively.

For the recent years (1993–2003), the geographic distribution of observed sea level trends (Figure 5.15a) shows correlation with the spatial patterns of thermosteric sea level change (Figure 5.15b). This suggests that at least part of the non-uniform pattern of sea level rise observed in the altimeter data over the past decade can be attributed to changes in the ocean's thermal structure, which is itself driven by surface heating effects and ocean circulation. Note that the steric changes due to salinity changes have not been included in these figures due to insufficient salinity data in parts of the World Ocean.

Ocean salinity changes, while unimportant for sea level at the global scale, can have an effect on regional sea level (e.g., Antonov et al., 2002; Ishii et al., 2006; Section 5.5.3). For example, in the subpolar gyre of the North Atlantic, especially in the Labrador Sea, the halosteric contribution nearly

counteracts the thermosteric contribution. This observational result is supported by results from data assimilation into models (e.g., Stammer et al., 2003). Since density changes can result not only from surface buoyancy fluxes but also from the wind, a simple attribution of density changes to buoyancy forcing is not possible.

While much of the non-uniform pattern of sea level change can be attributed to thermosteric volume changes, the difference between observed and thermosteric spatial trends show a high residual signal in a number of regions, especially in the southern oceans. Part of these residuals is likely due to the lack of ocean temperature coverage in remote oceans as well as in deep layers (below 700 m), and to regional salinity change.

### 5.5.4.2    Ocean Circulation Changes

The highly non-uniform geographical distribution of steric sea level trends is closely connected, through geostrophic balance, with changes in ocean surface circulation. Density and circulation changes result from changes in atmospheric forcing that is primarily by surface wind stress and buoyancy flux (i.e., heat and freshwater fluxes). The wind alone can therefore cause local (but not global) changes in steric sea level. Ocean general circulation models based on the assimilation of ocean data satisfactorily reproduce the spatial structure of sea level trends for the past decade, and show in particular that the tropical Pacific pattern results from decadal fluctuations in the depth of the tropical thermocline and change in equatorial trade winds (Carton et al., 2005; Köhl et al., 2006). The similarity of the patterns of steric and actual sea level change indicates that density changes are the dominant influence. Discrepancies may indicate a significant contribution from changes in the wind-driven barotropic circulation, especially at high latitudes.

### 5.5.4.3    Surface Atmospheric Pressure Changes

Surface atmospheric pressure also causes regional sea level variations. Over time scales longer than a few days, the ocean adjusts nearly isostatically to changes in atmospheric pressure (inverted barometer effect), that is, for each 1 hPa sea level pressure increase the ocean is depressed by approximately 10 mm, shifting the underlying mass sideways to other regions. For the temporal average, regional changes in sea level caused by atmospheric pressure loading reach about 0.2 m (e.g., between the subtropical Atlantic and the subpolar Atlantic). Such effects are generally corrected for in tide gauge and altimetry-based sea level analyses. The inverted barometer effect has a negligible effect on global mean sea level, because water is nearly incompressible, but is significant when averaged over the area of T/P and Jason-1 altimetry, which does not cover the whole World Ocean (Ponte, 2006). For that reason, the altimetry-based mean sea level curve is corrected for the inverted barometer effect.

### 5.5.4.4    Solid Earth and Geoid Changes

Geodynamical processes related to the solid Earth's elastic and viscoelastic response to spatially variable ice melt loading (due to the last deglaciation and present-day land ice melt) also cause non-uniform sea level change (e.g., Mitrovica et al., 2001; Peltier, 2001, 2004; Plag, 2006). The solid Earth and oceans continue to respond to the ice and complementary water loads associated with the late Pleistocene and early Holocene glacial cycles through GIA. This process not only drives large crustal uplift near the location of former ice complexes, but also produces a worldwide signature in sea level that results from gravitational, deformational and rotational effects: as the viscous mantle material flows to restore isostasy during and after the last deglaciation, uplift occurs under the former centres of the ice sheets while the surrounding peripheral bulges experience a subsidence. The return of the melt water to the oceans produces an ongoing geoid change resulting in subsidence of the ocean basins and an upward warping of the continents, while the flow of water into the subsiding peripheral bulges contributes a broad scale sea level fall in the far field of the ice complexes. The combined gravitational and deformational effects also perturb the rotation vector of the planet, and this perturbation feeds back into variations in the position of the crust and the geoid (an equipotential surface of the Earth's gravity field that coincides with the mean surface of the oceans). Corrections for GIA effects are made to both tide gauge and altimeter estimates of global sea level change (see Sections 5.5.2.1 and 5.5.2.2).

Self-gravitation and deformation of the Earth's surface in response to the ongoing change in loading by glaciers and ice sheets is another cause of regional sea level variations. Model predictions show quite different patterns of non-uniform sea level change depending on the source of the ice melt (Mitrovica et al., 2001; Plag, 2006), and associated regional sea level variations reach up to a few $0.1~\mathrm{mm~yr}^{-1}$.

## 5.5.5    Ocean Mass Change

Global mean sea level will rise if water is added to the ocean from other reservoirs in the climate system. Water storage in the atmosphere is equivalent to only about 35 mm of global mean sea level, and the observed atmospheric storage trend of about $0.04~\mathrm{mm~yr}^{-1}$ in recent decades (Section 3.4.2.1) is unimportant compared with changes in ice and water stored on land, described in this subsection. Variations in land water storage result from variations in climatic conditions, direct human intervention in the water cycle and human modification of the land surface.

### 5.5.5.1    Ocean Mass Change Estimated from Salinity Change

Global salinity changes can be caused by changes in the global sea ice volume (which do not influence sea level) and by ocean mass changes (which do). Thus in principle, global salinity

changes can be used to estimate the global average sea level change due to fresh water input (Antonov et al., 2002; Munk, 2003; Wadhams and Munk, 2004). However, the accuracy of these estimates depends on the accuracy for the estimates for both sea ice volume (Hilmer and Lemke, 2000; Wadhams and Munk, 2004; see also Section 4.4) and global salinity change (Section 5.2.3). We assess that the error in estimates of ocean mass changes derived from salinity changes and sea ice melt is too large to provide useful constraints on the sea level change budget (Section 5.5.6).

### 5.5.5.2    Land Ice

During the 20th century, glaciers and ice caps have experienced considerable mass losses, with strong retreats in response to global warming after 1970. For 1961 to 2003, their contribution to sea level is assessed as $0.50 \pm 0.18$ mm yr$^{-1}$ and for 1993 to 2003 as $0.77 \pm 0.22$ mm yr$^{-1}$ (see Section 4.5.2).

As discussed in Section 4.6.2.2 and Table 4.6, the Greenland Ice Sheet has also been losing mass in recent years, contributing $0.05 \pm 0.12$ mm yr$^{-1}$ to sea level rise during 1961 to 2003 and $0.21 \pm 0.07$ mm yr$^{-1}$ during 1993 to 2003. Assessments of contributions to sea level rise from the Antarctic Ice Sheet are less certain, especially before the advent of satellite measurements, and are $0.14 \pm 0.41$ mm yr$^{-1}$ for 1961 to 2003 and $0.21 \pm 0.35$ mm yr$^{-1}$ for 1993 to 2003. Geodetic data on Earth rotation and polar wander allow a late-20th century sea level contribution of up to about 1 mm yr$^{-1}$ from land ice (Mitrovica et al., 2006). However, recent estimates of ice sheet mass change exclude the large contribution inferred for Greenland by Mitrovica et al. (2001) from the geographical pattern of sea level change, confirming the lower rates reported above.

### 5.5.5.3    Climate-Driven Change in Land Water Storage

Continental water storage includes water (both liquid and solid) stored in subsurface saturated (groundwater) and unsaturated (soil water) zones, in the snowpack, and in surface water bodies (lakes, artificial reservoirs, rivers, floodplains and wetlands). Changes in concentrated stores, most notably very large lakes, are relatively well known from direct observation. In contrast, global estimates of changes in distributed surface stores (soil water, groundwater, snowpack and small areas of surface water) rely on computations with detailed hydrological models coupled to global ocean-atmosphere circulation models or forced by observations. Such models estimate the variation in land water storage by solving the water balance equation. The Land Dynamics (LaD) model developed by Milly and Shmakin (2002) provides global 1° by 1° monthly gridded time series of root zone soil water, groundwater and snowpack for the last two decades. With these data, the contributions of time-varying land water storage to sea level rise in response to climate change have been estimated, resulting in a small positive sea level trend of about 0.12 mm yr$^{-1}$ for the last two decades, with larger interannual and decadal fluctuations (Milly et al., 2003).

From a land surface model forced by a global climatic data set based on standard reanalysis products and on observations, land water changes during the past five decades were found to have low-frequency (decadal) variability of about 2 mm in amplitude but no significant trend (Ngo-Duc et al., 2005). These decadal variations are related to groundwater and are caused by precipitation variations. They are strongly negatively correlated with the de-trended thermosteric sea level (Figure 5.17). This suggests that the land water contribution to sea level and thermal expansion partly compensate each other on decadal time scales. However, this conclusion depends on the accuracy of the precipitation in reanalysis products.

### 5.5.5.4    Anthropogenic Change in Land Water Storage

The amount of anthropogenic change in land water storage systems cannot be estimated with much confidence, as already discussed by Church et al. (2001). A number of factors can contribute to sea level rise. First, natural groundwater systems typically are in a condition of dynamic equilibrium where, over long time periods, recharge and discharge are in balance. When the rate of groundwater pumping greatly exceeds the rate of recharge, as is often the case in arid or even semi-arid regions, water is removed permanently from storage. The water that is lost from groundwater storage eventually reaches the ocean through the atmosphere or surface flow, resulting in sea level rise. Second, wetlands contain standing water, soil moisture and water in plants equivalent to water roughly 1 m deep. Hence, wetland destruction contributes to sea level rise. Over time scales shorter than a few years, diversion of surface waters for irrigation in the internally draining basins of arid regions results in increased evaporation. The water lost from the basin hydrologic system eventually reaches the ocean. Third, forests store water in living tissue both above and below ground. When a forest is removed, transpiration is eliminated so that runoff is favoured in the hydrologic budget.

On the other hand, impoundment of water behind dams removes water from the ocean and lowers sea level. Dams have led to a sea level drop over the past few decades of –0.5 to –0.7 mm yr$^{-1}$ (Chao, 1994; Sahagian et al., 1994). Infiltration from dams and irrigation may raise the water table, storing more water. Gornitz (2001) estimated –0.33 to –0.27 mm yr$^{-1}$ sea level change equivalent held by dams (not counting additional potential storage due to subsurface infiltration).

It is very difficult to provide accurate estimates of the net anthropogenic contribution, given the lack of worldwide information on each factor, although the effect caused by dams is possibly better known than other effects. According to Sahagian (2000), the sum of the above effects could be of the order of 0.05 mm yr$^{-1}$ sea level rise over the past 50 years, with an uncertainty several times as large.

In summary, our assessment of the land hydrology contribution to sea level change has not led to a reduction in the uncertainty compared to the TAR, which estimated the rather wide ranges of –1.1 to +0.4 mm yr$^{-1}$ for 1910 to 1990

and –1.9 to +1.0 mm yr$^{-1}$ for 1990. However, indirect evidence from considering other contributions to the sea level budget (see Section 5.5.6) suggests that the land contribution either is small (<0.5 mm yr$^{-1}$) or is compensated for by unaccounted or underestimated contributions.

### 5.5.6   Total Budget of the Global Mean Sea Level Change

The various contributions to the budget of sea level change are summarised in Table 5.3 and Figure 5.21 for 1961 to 2003 and 1993 to 2003. Some terms known to be small have been omitted, including changes in atmospheric water vapour and climate-driven change in land water storage (Section 5.5.5), permafrost and sedimentation (see, e.g., Church et al., 2001), which very likely total less than 0.2 mm yr$^{-1}$. The poorly known anthropogenic contribution from terrestrial water storage (see Section 5.5.5.4) is also omitted.

For 1961 to 2003, thermal expansion accounts for only 23 ± 9% of the observed rate of sea level rise. Miller and Douglas (2004) reached a similar conclusion by computing steric sea level change over the past 50 years in three oceanic regions (northeast Pacific, northeast Atlantic and western Atlantic); they found it to be too small by about a factor of three to account for the observed sea level rise based on nine tide gauges in these regions. They concluded that sea level rise in the second half of the 20th century was mostly due to water mass added to the oceans. However, Table 5.3 shows that the sum of thermal expansion and contributions from land ice is smaller by 0.7 ± 0.7 mm yr$^{-1}$ than the observed global average sea level rise. This is likely to be a significant difference. The assessment of Church et al. (2001) could allow this difference to be explained by positive anthropogenic terms (especially groundwater mining) but these are expected to have been



**Figure 5.21.** *Estimates of the various contributions to the budget of the global mean sea level change (upper four entries), the sum of these contributions and the observed rate of rise (middle two), and the observed rate minus the sum of contributions (lower), all for 1961 to 2003 (blue) and 1993 to 2003 (brown). The bars represent the 90% error range. For the sum, the error has been calculated as the square root of the sum of squared errors of the contributions. Likewise the errors of the sum and the observed rate have been combined to obtain the error for the difference.*

outweighed by negative terms (especially impoundment). We conclude that the budget has not yet been closed satisfactorily.

Given the large temporal variability in the rate of sea level rise evaluated from tide gauges (Section 5.5.2.4 and Figure 5.17), the budget is rather problematic on decadal time scales. The thermosteric contribution has smaller variability (though still substantial; Section 5.5.3) and there is only moderate temporal correlation between the thermosteric rate and the tide gauge rate. The difference between them has to be explained by ocean mass change. Because the thermosteric and climate-driven land water contributions are negatively correlated (Section 5.5.5.3),

**Table 5.3.** *Estimates of the various contributions to the budget of global mean sea level change for 1961 to 2003 and 1993 to 2003 compared with the observed rate of rise. ice sheet mass loss of 100 Gt yr$^{-1}$ is equivalent to 0.28 mm yr$^{-1}$ of sea level rise. A GIA correction has been applied to observations from tide gauges and altimetry. For the sum, the error has been calculated as the square root of the sum of squared errors of the contributions. The thermosteric sea level changes are for the 0 to 3,000 m layer of the ocean.*

| Sea Level Rise (mm yr$^{-1}$) | | | |
| --- | --- | --- | --- |
| Source | 1961–2003 | 1993–2003 | Reference |
| Thermal Expansion | 0.42 ± 0.12 | 1.6 ± 0.5 | Section 5.5.3 |
| Glaciers and Ice Caps | 0.50 ± 0.18 | 0.77 ± 0.22 | Section 4.5 |
| Greenland Ice Sheet | 0.05 ± 0.12 | 0.21 ± 0.07 | Section 4.6.2 |
| Antarctic Ice Sheet | 0.14 ± 0.41 | 0.21 ± 0.35 | Section 4.6.2 |
| Sum | 1.1 ± 0.5 | 2.8 ± 0.7 | |
| Observed | 1.8 ± 0.5 | | Section 5.5.2.1 |
| | | 3.1 ± 0.7 | Section 5.5.2.2 |
| Difference (Observed –Sum) | 0.7 ± 0.7 | 0.3 ± 1.0 | |

the apparent difference implies contributions during some 10-year periods from land ice, the only remaining term, exceeding 2 mm yr$^{-1}$ (Figure 5.17). Since it is unlikely that the land ice contributions of 1993 to 2003 were exceeded in earlier decades (Figure 4.14 and Section 4.6.2.2), we conclude that the maximum 10-year rates of global sea level rise are likely overestimated from tide gauges, indicating that the estimated variability is excessive.

For 1993 to 2003, thermal expansion is much larger and land ice contributes $1.2 \pm 0.4$ mm yr$^{-1}$. These increases may partly reflect decadal variability rather than an acceleration (Section 5.5.3; attribution of changes in rates and comparison with model results are discussed in Section 9.5.2). The sum is still less than the observed trend but the discrepancy of $0.3 \pm 1.0$ mm yr$^{-1}$ is consistent with zero. It is interesting to note that the difference between the observed total and thermal expansion (assumed to be due to ocean mass change) is about the same in the two periods. The more satisfactory assessment for recent years, during which individual terms are better known and satellite altimetry is available, indicates progress since the TAR.

## 5.6   Synthesis

The patterns of observed changes in global heat content and salinity, sea level, steric sea level, water mass evolution and biogeochemical cycles described in the previous four sections are broadly consistent with known characteristics of the large-scale ocean circulation (e.g., ENSO, NAO and SAM).

There is compelling evidence that the heat content of the World Ocean has increased since 1955 (Section 5.2). In the North Atlantic, the warming is penetrating deeper than in the Pacific, Indian and Southern Oceans (Figure 5.3), consistent with the strong convection, subduction and deep overturning circulation cell that occurs in the North Atlantic Ocean. The overturning cell in the North Atlantic region (carrying heat and water downwards through the water column) also suggests that there should be a higher anthropogenic carbon content as observed (Figure 5.11). Subduction of SAMW (and to a lesser extent AAIW) also carries anthropogenic carbon into the ocean, which is observed to be higher in the formation areas of these subantarctic water masses (Figure 5.10). The transfer of heat into the ocean also leads to sea level rise through thermal expansion, and the geographical pattern of sea level change since 1955 is largely consistent with thermal expansion and with the change in heat content (Figure 5.2).

Although salinity measurements are relatively sparse compared with temperature measurements, the salinity data also show significant changes. In global analyses, the waters at high latitudes (poleward of 50°N and 70°S) are fresher in the upper 500 m (Figure 5.5 World). In the upper 500 m, the subtropical latitudes in both hemispheres are characterised by an increase in salinity. The regional analyses of salinity also



**Figure 5.22.** *Averages of temperature change (blue, from Levitus et al., 2005a), anthropogenic carbon (red, from Sabine et al., 2004b) and CFC-11 (green, from Willey et al., 2004) along lines of constant latitude over the top 700-m layer of the upper ocean. Also shown is sea level change averaged along lines of constant latitude (black, from Cazenave and Nerem, 2004). The temperature changes are for the 1955 to 2003 period, the anthropogenic carbon is since pre-industrial times (i.e., 1750), CFC-11 concentrations are for the period 1930 to 1994 and sea level for the period 1993 to 2003.*

show a similar distributional change with a freshening of key high-latitude water masses such as LSW, AAIW and NPIW, and increased salinity in some of the subtropical gyres such as that at 24°N. The North Atlantic (and other key ocean water masses) also shows significant decadal variations, such as the recent increase in surface salinity in the North Atlantic subpolar gyre. At high latitudes (particularly in the NH), there is an observed increase in melting of perennial sea ice, precipitation, and glacial melt water (see Chapter 4), all of which act to freshen high-latitude surface waters. At mid-latitudes it is likely that evaporation minus precipitation has increased (i.e., the transport of freshwater from the ocean to the atmosphere has increased). The pattern of salinity change suggests an intensification in the Earth's hydrological cycle over the last 50 years. These trends are consistent with changes in precipitation and inferred greater water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific.

Figure 5.22 shows zonal means of changes in temperature, anthropogenic carbon, sea level rise and a passive tracer (CFC). It is remarkable that these independent variables (albeit with widely varying reference periods) show a common pattern of change in the ocean. Specifically, the close similarity of higher levels of warming, sea level rise, anthropogenic carbon and CFC-11 at mid-latitudes and near the equator strongly suggests that these changes are the result of changes in ocean ventilation and circulation. Warming of the upper ocean should lead to a decrease in ocean ventilation and subduction rates, for which there is some evidence from observed decreases in O$_2$ concentrations.

In the equatorial Pacific, the pattern of steric sea level rise also shows that strong west to east gradients in the Pacific have weakened (i.e., it is now cooler in the western Pacific and warmer in the eastern Pacific). This decrease in the equatorial temperature gradient is consistent with a tendency towards more prolonged and stronger El Niños over this same period (see Section 3.6.2).



**Figure 5.23.** *Schematic of the observed changes in the ocean state, including ocean temperature, ocean salinity, sea level, sea ice and biogeochemical cycles. The legend identifies the direction of the changes in these variables.*

The subduction of carbon into the ocean has resulted in calcite and aragonite saturation horizons generally becoming shallower and pH decreasing primarily in the surface and near-surface ocean causing the ocean to become more acidic.

Since the TAR, the capability to measure most of the processes that contribute to sea level has been developed. In the 1990s, the observed sea level rise that was not explained through steric sea level rise could largely be explained by the transfer of mass from glaciers, ice sheets and river runoff (see Section 5.5). Figure 5.23 is a schematic that summarises the observed changes.

All of these observations taken together give high confidence that the ocean state has changed, that the spatial distribution of the changes is consistent with the large-scale ocean circulation and that these changes are in response to changed ocean surface conditions.

While there are many robust findings regarding the changed ocean state, key uncertainties still remain. Limitations in ocean sampling (particularly in the SH) mean that decadal variations in global heat content, regional salinity patterns, and rates of global sea level rise can only be evaluated with moderate confidence. Furthermore, there is low confidence in the evidence for trends

in the MOC and the global ocean freshwater budget. Finally, the global average sea level rise for the last 50 years is likely to be larger than can be explained by thermal expansion and loss of land ice due to increased melting, and thus for this period it is not possible to satisfactorily quantify the known processes causing sea level rise.

# References

AchutaRao, K.M. et al., 2006: Variability of ocean heat uptake: Reconciling observations and models, *J. Geophys. Res.*, **111**, C05019, doi:10.1029/2005JC003136.

Andersson, H.C., 2002: Influence of long-term regional and large-scale atmospheric circulation on the Baltic sea level. *Tellus*, A**54**, 76–88.

Andreev, A., and S. Watanabe, 2002: Temporal changes in dissolved oxygen of the intermediate water in the subarctic North Pacific. *Geophys. Res. Lett.*, **29**(14), 1680, doi:10.1029/2002GL015021.

Andrie, C., et al., 2003: Variability of AABW properties in the equatorial channel at 35 degrees W. *Geophys. Res. Lett.*, **30**(5), 8007, doi:10.1029/2002GL015766.

Antonov, J.I., S. Levitus, and T.P. Boyer, 2002: Steric sea level variations during 1957-1994: Importance of salinity. *J. Geophys. Res.*, **107**(C12), 8013, doi:10.1029/2001JC000964.

Antonov, J.I., S. Levitus, and T.P. Boyer, 2005: Steric variability of the world ocean, 1955-2003. *Geophys. Res. Lett.*, **32**(12), L12602, doi:10.1029/2005GL023112.

Aoki, S., M. Yoritaka, and A. Masuyama, 2003: Multidecadal warming of subsurface temperature in the Indian sector of the Southern Ocean. *J. Geophys. Res.*, **108**(C4), 8081, doi:10.1029/JC000307.

Aoki, S., N.L. Bindoff, and J.A. Church, 2005a: Interdecadal water mass changes in the Southern Ocean between 30E and 160E. *Geophys. Res. Lett.*, **32**, L07607, doi:10.1029/2004GL022220.

Aoki, S., S.R. Rintoul, S. Ushio, and S. Watanabe, 2005b: Freshening of the Adélie Land Bottom water near 140°E. *Geophys. Res. Lett.*, **32**, L23601, doi:10.1029/2005GL024246.

Baringer, M.O., and J.C. Larsen, 2001: Sixteen years of Florida Current transport at 27° N. *Geophys. Res. Lett.*, **28**(16), 3179–3182.

Bates, N.R., A.C. Pequignet, R.J. Johnson, and N. Gruber, 2002: A short-term sink for atmospheric $CO_2$ in subtropical mode water of the North Atlantic Ocean. *Nature*, **420**(6915), 489–493.

Beaugrand, G., and P.C. Reid, 2003: Long-term changes in phytoplankton, zooplankton and salmon related to climate. *Global Change Biol.*, **9**(6), 801–817.

Belkin, I.M., 2004: Propagation of the "Great Salinity Anomaly" of the 1990s around the northern North. *Geophys. Res. Lett.*, **31**, L08306, doi:10.1029/2003GL019334.

Beltrami, H., J.E. Smerdon, H.N. Pollack, and S. Huang, 2002: Continental heat gain in the global climate system. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL014310.

Bersch, M., 2002: North Atlantic Oscillation-induced changes of the upper layer circulation in the northern North Atlantic Ocean. *J. Geophys. Res.*, **107**(C10), 3156, doi:10.1029/JC000901.

Bi, D.H., W.F. Budd, A.C. Hirst, and X.R. Wu, 2001: Collapse and reorganisation of the Southern Ocean overturning under global warming in a coupled model. *Geophys. Res. Lett.*, **28**(20), 3927–3930.

Biasutti, M., D.S. Battisti, and E.S. Sarachik, 2003: The annual cycle over the tropical Atlantic, South America, and Africa. *J. Clim.*, **16**(15), 2491–2508.

Bindoff, N.L., and T.J. McDougall, 2000: Decadal changes along an Indian Ocean section at 32 degrees S and their interpretation. *J. Phys. Oceanogr.*, **30**(6), 1207–1222.

Björk, G., et al., 2002: Return of the cold halocline layer to the Amundsen Basin of the Arctic Ocean: Implications for the sea ice mass balance. *Geophys. Res. Lett.*, **29**(11), 1513, doi:10.1029/2001GL014157.

Bouligand, R., and P.A. Pirazzoli, 1999: Les surcotes et les décotes marines à Brest, étude statistique et évolution. *Oceanol. Acta*, **22**(2), 153–166.

Boyer, T.P., J.I. Antonov, S. Levitus, and R. Locarnini, 2005: Linear trends of salinity for the world ocean, 1955-1998. *Geophys. Res. Lett.*, **32**, L01604, doi:10.1029/2004GL021791.

Boyer, T.P., et al., 2002: World ocean database 2001, Volume 2: Temporal distribution of bathythermograph profiles. In: *NOAA Atlas NESDIS 43* [Levitus, S. (ed.)]. Vol. 2. U.S. Government Printing Office, Washington, DC, 119 pp, CD-ROMs.

Brankart, J.M., and N. Pinardi, 2001: Abrupt cooling of the Mediterranean Levantine Intermediate Water at the beginning of the 1980s: Observational evidence and model simulation. *J. Phys. Oceanogr.*, **31**(8), 2307–2320.

Bromirski, P.D., R.E. Flick, and D.R. Cayan, 2003: Storminess variability along the California coast: 1858-2000. *J. Clim.*, **16**, 982–993.

Bryden, H.L., E.L. McDonagh, and B.A. King, 2003: Changes in ocean water mass properties: Oscillations or trends? *Science*, **300**, 2086–2088.

Bryden, H.L., H.R. Longworth, and S.A. Cunningham, 2005: Slowing of the Atlantic meridional overturning circulation at 25°N. *Nature*, **438**, 655–657, doi:10.1038/nature04385.

Bryden, H.L., et al., 1996: Decadal changes in water mass characteristics at 24 degrees N in the subtropical North Atlantic Ocean. *J. Clim.*, **9**(12), 3162–3186.

Cabanes, C., A. Cazenave, and C. Le Provost, 2001: Sea level change from Topex-Poseidon altimetry for 1993-1999 and possible warming of the southern oceans. *Geophys. Res. Lett.*, **28**(1), 9–12.

Cai, W., 2006: Antarctic ozone depletion causes an intensification of the Southern Ocean super-gyre circulation. *Geophys. Res. Lett.*, **33**, doi:10229/2005GL024911.

Caldeira, K., and M.E. Wickett, 2003: Anthropogenic carbon and ocean pH. *Nature*, **425**(6956), 365.

Carmack, E.C., et al., 1995: Evidence for warming of Atlantic Water in the southern Canadian Basin of the Arctic-Ocean - Results from the Larsen-93 Expedition. *Geophys. Res. Lett.*, **22**(9), 1061–1064.

Carton, J., B. Giese, and S. Grodsky, 2005: Sea level rise and the warming of the oceans in the Simple Ocean Data Assimilation (SODA) ocean reanalysis. *J. Geophys. Res.*, **110**, C09006, doi:1029/2004JC002817.

Cazenave, A., and R.S. Nerem, 2004: Present-day sea level change: observations and causes. *Rev. Geophys.*, **42**(3), RG3001, doi:10.1029/2003RG000139.

Chambers, D., J.C. Ries, C.K. Shum, and B.D. Tapley, 1998: On the use of tide gauges to determine altimeter drift. *J. Geophys. Res.*, **103**(C6), 12885–12890.

Chambers, D.P., et al., 2002: Low-frequency variations in global mean sea level: 1950-2000. *J. Geophys. Res.*, **107**(C4), doi:10.1029/2001JC001089.

Chao, B., 1994: Man-made lakes and global sea level. *Nature*, **370**, 258.

Chavez, F.P., J. Ryan, S.E. Lluch-Cota, and M. Niquen, 2003: From anchovies to sardines and back: Multidecadal change in the Pacific Ocean. *Science*, **299**(5604), 217–221.

Chelton, B., et al., 2001: Satellite altimetry. In: *Satellite Altimetry and Earth Sciences: A Handbook of Techniques and Applications* [Fu, L.-L., and A. Cazenave (eds.)]. Academic Press, San Diego, pp. 1–131.

Church, J.A., and N.J. White, 2006: A 20th century acceleration in global sea-level rise. *Geophys. Res. Lett.*, **33**, L01602, doi:10.1029/2005GL024826.

Church, J.A., N.J. White, and J.R. Hunter, 2006: Sea-level rise at tropical Pacific and Indian Ocean islands. *Global Planet. Change*, **53**, 155–168.

Church, J.A., et al., 2001: Changes in sea level. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 639–693.

Church, J.A., et al., 2004: Estimates of the regional distribution of sea-level rise over the 1950 to 2000 period. *J. Clim.*, **17**(13), 2609–2625.

Clark, P.U., N.G. Pisias, T.F. Stocker, and A.J. Weaver, 2002: The role of the thermohaline circulation in abrupt climate change. *Nature*, **415**, 863–869.

Comiso, J.C., 2002: A rapidly declining perennial sea ice cover in the Arctic. *Geophys. Res. Lett.*, **29**, 1956–1959.

Comiso, J.C., 2003: Warming trends in the Arctic from clear sky satellite observations. *J. Clim.*, **16**(21), 3498–3510.

Conkright, M.E., et al., 2002: World ocean database 2001, Volume 1: Introduction. In: *NOAA Atlas NESDIS 42* [Levitus, S. (ed.). Vol. 1. U.S. Government Printing Office, Washington, DC, 159 pp, CD-ROMs.

Cunningham, S.A., S.G. Alderson, B.A. King, and M.A. Brandon, 2003: Transport and variability of the Antarctic Circumpolar Current in Drake Passage. *J. Geophys. Res.*, **108**(C5), 8084, doi:10.1029/2001JC001147.

Curry, R., and C. Mauritzen, 2005: Dilution of the northern North Atlantic Ocean in recent decades. *Science*, **308**(5729), 1772–1774.

Curry, R., B. Dickson, and I. Yashayaev, 2003: A change in the freshwater balance of the Atlantic Ocean over the past four decades. *Nature*, **426**(6968), 826–829.

Deutsch, C., S. Emerson, and L. Thompson, 2005: Fingerprints of climate change in North Pacific oxygen. *Geophys. Res. Lett.*, **32**, L16604, doi:10.1029/2005GL023190.

Dickson, B., et al., 2002: Rapid freshening of the deep North Atlantic Ocean over the past four decades. *Nature*, **416**(6883), 832–837.

Dickson, R., et al., 1996: Long-term coordinated changes in the convective activity of the North Atlantic. *Prog. Oceanogr.*, **38**, 241–295.

Dickson, R.R., R. Curry, and I. Yashayaev, 2003: Recent changes in the North Atlantic. *Philos. Trans. R. Soc. London Ser. A*, **361**(1810), 1917–1933.

Dickson, R.R., J. Meincke, S.A. Malmberg, and A.J. Lee, 1988: The Great Salinity Anomaly in the Northern North Atlantic 1968-1982. *Prog. Oceanogr.*, **20**(2), 103–151.

Doney, S.C., J.L. Bullister, and R. Wanninkhof, 1998: Climatic variability in upper ocean ventilation rates diagnosed using chlorofluorocarbons. *Geophys. Res. Lett.*, **25**(9), 1399–1402.

Donnelly, J.P., P. Cleary, P. Newby, and R. Ettinger, 2004: Coupling instrumental and geological records of sea-level change: Evidence from southern New England of an increase in the rate of sea-level rise in the late 19th century. *Geophys. Res. Lett.*, **31**(5), L05203, doi:10.1029/2003GL018933.

Dore, J.E., R. Lukas, D.W. Sadler, and D.M. Karl, 2003: Climate-driven changes to the atmospheric $CO_2$ sink in the subtropical North Pacific Ocean. *Nature*, **424**(6950), 754–757.

Douglas, B.C., 1992: Global sea level acceleration. *J. Geophys. Res.*, **97**(C8), 12699–12706.

Douglas, B.C., 2001: Sea level change in the era of the recording tide gauges. In: *Sea Level Rise: History and Consequences* [Douglas, B.C., Kearney, M.S., and S.P. Leatherman (eds.)]. Academic Press, New York, pp. 37–64.

Ekman, M., 1988: The world's longest continued series of sea level observations. *Pure Appl. Geophys.*, **127**, 73–77.

Emerson, S., S. Mecking, and J. Abell, 2001: The biological pump in the subtropical North Pacific Ocean: Nutrient sources, Redfield ratios, and recent changes. *Global Biogeochem. Cycles*, **15**(3), 535–554.

Emerson, S., Y.W. Watanabe, T. Ono, and S. Mecking, 2004: Temporal trends in apparent oxygen utilization in the upper pycnocline of the North Pacific: 1980-2000. *J. Oceanogr.*, **60**(1), 139–147.

Fahrbach, E., et al., 2004: Decadal-scale variations of water mass properties in the deep Weddell Sea. *Ocean Dyn.*, **54**(1), 77–91.

Feely, R.A., and C.T.A. Chen, 1982: The effect of excess $CO_2$ on the calculated calcite and aragonite saturation horizons in the northeast Pacific. *Geophys. Res. Lett.*, **9**(11), 1294–1297.

Feely, R.A., R. Wanninkhof, T. Takahashi, and P. Tans, 1999: Influence of El Niño on the equatorial Pacific contribution to atmospheric $CO_2$ accumulation. *Nature*, **398**(6728), 597–601.

Feely, R.A., et al., 2002: In situ calcium carbonate dissolution in the Pacific Ocean. *Global Biogeochem. Cycles*, **16**(4), 1144, doi:10.1029/2002GB001866.

Feely, R.A., et al., 2004: Impact of anthropogenic $CO_2$ on the $CaCO_3$ system in the oceans. *Science*, **305**(5682), 362–366.

Feng, M., and G. Meyers, 2003: Interannual variability in the tropical Indian Ocean: A two-year time-scale of Indian Ocean Dipole. *Deep-Sea Res. II*, **50**, 2263–2284.

Firing, Y.L., and M.A. Merrifield, 2004: Extreme sea level events at Hawaii: the influence of mesoscale eddies. *Geophys. Res. Lett.*, **31**(24), L24306, doi:10.1029/2004GL021539.

Folland, C.K., et al., 2001: Observed climate variability and change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, pp. 99–181.

Freeland, H., et al., 1997: Evidence of change in the winter mixed layer in the Northeast Pacific Ocean. *Deep-Sea Res. I*, **44**(12), 2117–2129.

Fu, L.L., and A. Cazenave, 2001: *Satellite Altimetry and Earth Sciences: A Handbook of Techniques and Applications*. International Geophysics Series Vol. 69, Academic Press, San Diego, 457 pp.

Fukasawa, M., et al., 2004: Bottom water warming in the North Pacific Ocean. *Nature*, **427**(6977), 825–827.

Gamo, T., et al., 1986: Spatial and temporal variations of water characteristics in the Japan Sea bottom layer. *J. Mar. Res.*, **44**(4), 781–793.

Ganachaud, A., and C. Wunsch, 2003: Large-scale ocean heat and freshwater transports during the World Ocean Circulation Experiment. *J. Clim.*, **16**(4), 696–705.

Garcia, H.E., et al., 2005: On the variability of dissolved oxygen and apparent oxygen utilization content for the upper world ocean: 1955 to 1998. *Geophys. Res. Lett.*, **32**, L09604, doi:10.1029/2004GL022286.

Gasparini, G.P., et al., 2005: The effect of the Eastern Mediterranean Transient on the hydrographic characteristics in the Strait of Sicily and in the Tyrrhenian Sea. *Deep-Sea Res. I*, **52**(6), 915–935.

Gehrels, W.R., et al., 2004: Late Holocene sea-level changes and isostatic crustal movements in Atlantic Canada. *Quat. Int.*, **120**, 79–89.

Gertman, I., N. Pinardi, Y. Popov, and A. Hecht, 2006: Aegean sea water masses during the early stages of the eastern Mediterranean climatic transient (1988-1990). *J. Phys. Oceanogr.*, **36**(9), 1841–1859.

Gille, S.T., 2002: Warming of the Southern Ocean since the 1950s. *Science*, **295**(5558), 1275–1277.

Gille, S.T., 2004: How nonlinearities in the equation of state of seawater can confound estimates of steric sea level change. *J. Geophys. Res.*, **109**(3), C03005, doi:10.1029/2003JC002012.

Gonzalez-Dávila, M., et al., 2003: Seasonal and interannual variability of sea-surface carbon dioxide species at the European Station for Time Series in the Ocean at the Canary Islands (ESTOC) between 1996 and 2000. *Global Biogeochem. Cycles*, **17**(3), 1076, doi:10.1029/2002GB001993.

González-Pola, C., A. Lavin, and M. Vargas-Yanez, 2005: Intense warming and salinity modification of intermediate water masses in the southeastern corner of the Bay of Biscay for the period 1992-2003. *J. Geophys. Res.*, **110**, C05020, doi:10.1029/2004JC002367.

Gornitz, V., 2001: Impoundment, groundwater mining, and other hydrologic transformations: Impacts on global sea level rise. In: *Sea Level Rise: History and Consequences* [Douglas, B.C., M.S. Kearney, and S.P. Leatherman (eds.)]. Academic Press, San Diego, pp. 97–119.

Gregg, W.W., et al., 2003: Ocean primary production and climate: Global decadal changes. *Geophys. Res. Lett.*, **30**(15), 1809, doi:10.1029/2003GL016889.

Gregory, J.M., et al., 2001: Comparison of results from several AOGCMs for global and regional sea-level changes 1900-2100. *Clim. Dyn.*, **18**, 225–240.

Gregory, J.M., et al., 2004: Simulated and observed decadal variability in ocean heat content. *Geophys. Res. Lett.*, **31**, L15312, doi:10.1029/2004/GL020258.

Gregory, J.M., et al., 2005: A model intercomparison of changes in the Atlantic thermohaline circulation in response to increasing atmospheric $CO_2$ concentration. *Geophys. Res. Lett.*, **32**, L12703, doi:10.1029/2005GL023209.

Grist, J.P., and S.A. Josey, 2003: Inverse analysis adjustment of the SOC air-sea flux climatology using ocean heat transport constraints. *J. Clim.*, **16**(20), 3274–3295.

Gruber, N., J.L. Sarmiento, and T.F. Stocker, 1996: An improved method for detecting anthropogenic $CO_2$ in the oceans. *Global Biogeochem. Cycles*, **10**(4), 809–837.

Gruber, N., C.D. Keeling, and N.R. Bates, 2002: Interannual variability in the North Atlantic Ocean carbon sink. *Science*, **298**(5602), 2374–2378.

Guinehut, S., P.-Y. Le Traon, G. Larnicol, and S. Phillips, 2004: Combining ARGO and remote-sensing data to estimate the ocean three-dimensional temperature fields. *J. Mar. Syst.*, **46**, 85–98.

Gulev, S.K., T. Jung, and E. Ruprecht, 2006: Estimation of the sampling errors in global surface flux fields based on VOS data. *J. Clim.*, **20**(2), 279-301.

Häkkinen, S., 2002: Surface salinity variability in the northern North Atlantic during recent decades.*J. Geophys. Res.*, **107**(C12), doi:10.1029/2001JC000812.

Häkkinen, S., and P.B. Rhines, 2004: Decline of subpolar North Atlantic circulation during the 1990s. *Science*, **304**, 555–559.

Hanawa, K., 1995: Southward penetration of the Oyashio water system and the wintertime condition of midlatitude westerlies over the North Pacific. *Bull. Hokkaido Natl. Fish. Res. Inst.*, **59**, 103–119.

Hanawa, K., and J. Kamada, 2001: Variability of core layer temperature (CLT) of the North Pacific subtropical mode water. *Geophys. Res. Lett.*, **28**(11), 2229–2232.

Hanawa, K., and L.D. Talley, 2001: Mode waters. In: *Ocean Circulation and Climate* [Siedler, G., J.A. Church, and J. Gould (eds.)]. Academic Press, San Diego, pp. 373–386.

Harrison, D.E., and M. Carson, 2006: Is the World Ocean warming? Upper ocean temperature trends, 1950-2000. *J. Phys. Oceanogr*, **37** (2), 174–187.

Hátún, H., et al., 2005: Influence of the Atlantic Subpolar Gyre on the thermohaline circulation. *Science*, **309**, 1841–1844.

Hazeleger, W., and S.S. Drijfhout, 1998: Mode water variability in a model of the subtropical gyre: Response to anomalous forcings. *J. Phys. Oceanogr*, **28**, 266–288.

Hazeleger, W., P. de Vries, and Y. Friocourt, 2003: Sources of the Equatorial Undercurrent in the Atlantic in a high-resolution ocean model. *J. Phys. Oceanogr*, **33**, 677–693.

Hill, K.L., A.J. Weaver, H.J. Freeland, and A. Bychkov, 2003: Evidence of change in the Sea of Okhotsk: Implications for the North Pacific. *Atmos.-Ocean*, **41**(1), 49–63.

Hilmer, M., and P. Lemke, 2000: On the decrease of Arctic sea ice volume. *Geophys. Res. Lett.*, **27**(22), 3751–3754.

Hirawake, T., T. Odate, and M. Fukuchi, 2005: Long-term variation of surface phytoplankton chlorophyll a in the Southern Ocean during 1965-2002. *Geophys. Res. Lett.*, **32**(5), L05606, doi:10.1029/2004GL021394.

Hogg, N.G., 2001: Quantification of the deep circulation. In: *Ocean Circulation and Climate* [Siedler, G., J.A. Church, and J. Gould (eds.)]. Academic Press, San Diego, pp. 259–270.

Hogg, N.G., and W. Zenk, 1997: Long-period changes in the bottom water flowing through Vema Channel. *J. Geophys. Res.*, **102**, 15639–15646.

Holgate, S.J., and P.L. Woodworth, 2004: Evidence for enhanced coastal sea level rise during the 1990s. *Geophys. Res. Lett.*, **31**, L07305, doi:10.1029/2004GL019626.

Houghton, R.W., and M. Visbeck, 2002: Quasi-decadal salinity fluctuations in the Labrador Sea. *J. Phys. Oceanogr*, **32**, 687–701.

ICES, 2005: *The Annual ICES Ocean Climate Status Summary 2004/2005.* ICES Cooperative Research Report No.275, International Council for the Exploration of the Sea, Copenhagen, Denmark, 37 pp.

IOC, 2002: *Manual on Sea-Level Measurement and Interpretation. Volume 3 - Reappraisals and Recommendations as of the Year 2000.* Manuals and Guides No. 14, Intergovernmental Oceanographic Commission, Paris, 47 pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Ishii, M., M. Kimoto, K. Sakamoto, and S.I. Iwasaki, 2006: Steric sea level changes estimated from historical ocean subsurface temperature and salinity analyses. *J. Oceanogr*, **62**(2), 155–170.

Jacobs, S.S., C.F. Giulivi, and P.A. Mele, 2002: Freshening of the Ross Sea during the late 20th century. *Science*, **297**(5580), 386–389.

Johnson, G.C., and A.H. Orsi, 1997: Southwest Pacific Ocean water-mass changes between 1968/69 and 1990/91. *J. Clim.*, **10**(2), 306–316.

Johnson, G.C., and N. Gruber, 2007: Decadal water mass variations along 20°W in the northeastern Atlantic Ocean. *Prog. Oceanogr*, in press.

Johnson, G.C., D.L. Rudnick, and B.A. Taft, 1994: Bottom water variability in the Samoa Passage. *J. Mar. Res.*, **52**, 177–196.

Josey, S.A., 2003: Changes in the heat and freshwater forcing of the eastern Mediterranean and their influence on deep water formation. *J. Geophys. Res.*, **108**(C7), 3237, doi:10.1029/2003JC001778.

Josey, S.A., and R. Marsh, 2005: Surface freshwater flux variability and recent freshening of the North Atlantic in the eastern Subpolar Gyre. *J. Geophys. Res.*, **110**, C05008, doi:10.1029/2004JC002521.

Joyce, T.M., and P.E. Robbins, 1996: The long-term hydrographic record at Bermuda. *J. Clim.*, **9**, 3121–3131.

Joyce, T.M., and J. Dunworth-Baker, 2003: Long-term hydrographic variability in the Northwest Pacific Ocean. *Geophys. Res. Lett.*, **30**(2), 1043, doi:10.1029/2002GL015225.

Joyce, T.M., R.S. Pickart, and R.C. Millard, 1999: Long-term hydrographic changes at 52 and 66 degrees W in the North Atlantic Subtropical Gyre & Caribbean. *Deep-Sea Res. II*, **46**(1–2), 245–278.

Joyce, T.M., C. Deser, and M.A. Spall, 2000: The relation between decadal variability of subtropical mode water and the North Atlantic Oscillation. *J. Clim.*, **13**(14), 2550–2569.

Karl, D.M., 1999: A sea of change: Biogeochemical variability in the North Pacific Subtropical Gyre. *Ecosystems*, **2**(3), 181–214.

Keeling, R.F., 2005: Comment on "The ocean sink for anthropogenic CO$_2$". *Science*, **308**(5729), 1743c.

Keigwin, L.D., W.B. Curry, S.J. Lehman, and S. Johnsen, 1994: The role of the deep ocean in North Atlantic climate change between 70 and 130 kyr ago. *Nature*, **371**, 323–326.

Keller, K., R.D. Slater, M. Bender, and R.M. Key, 2002: Possible biological or physical explanations for decadal scale trends in North Pacific nutrient concentrations and oxygen utilization. *Deep-Sea Res. II*, **49**(1–3), 345–362.

Kieke, D., et al., 2006: Changes in the CFC inventories and formation rates of Upper Labrador Sea water. *J. Phys. Oceanogr*, **36**, 64–86.

Kim, K., et al., 2004: Water masses and decadal variability in the East Sea (Sea of Japan). *Prog. Oceanogr*, **61**(2–4), 157–174.

Kim, K.R., et al., 2002: A sudden bottom-water formation during the severe winter 2000-2001: The case of the East/Japan Sea. *Geophys. Res. Lett.*, **29**(8), doi:10.1029/2001GL014498.

Klein, B., et al., 2000: Is the Adriatic returning to dominate the production of Eastern Mediterranean Deep Water? *Geophys. Res. Lett.*, **27**(20), 3377–3380.

Knight, J.R., et al., 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. *Geophys. Res. Lett.*, **32**, L20708, doi:1029/2005GL024233.

Köhl, A., D. Stammer, and B. Cornuelle, 2006: Interannual to decadal changes in the ECCO global synthesis. *J. Phys. Oceanogr*, **37**(2), 313-337.

Krahmann, G., and F. Schott, 1998: Long-term increases in Western Mediterranean salinities and temperatures: anthropogenic and climatic sources. *Geophys. Res. Lett.*, **25**(22), 4209–4212.

Kwon, Y.O., and S.C. Riser, 2004: North Atlantic Subtropical Mode Water: A history of ocean-atmosphere interaction 1961-2000. *Geophys. Res. Lett.*, **31**(19), L19307, doi:10.1029/2004GL021116.

Kwon, Y.O., K. Kim, Y.G. Kim, and K.R. Kim, 2004: Diagnosing long-term trends of the water mass properties in the East Sea (Sea of Japan). *Geophys. Res. Lett.*, **31**(20), L20306, doi:10.1029/2004GL020881.

Lambeck, K., 2002: Sea-level change from mid-Holocene to recent time: An Australian example with global implications. In: *Ice Sheets, Sea Level and the Dynamic Earth* [Mitrovica, J.X., and B. L.A. Vermeersen (eds.)]. Geodynamics Series Vol. 29, American Geophysical Union, Washington, DC, doi:10.1029/029GD03. 33–50.

Lambeck, K., C. Smither, and M. Ekman, 1998: Tests of glacial rebound models for Fennoscandinavia based on instrumental sea- and lake-level records. *Geophys. J. Int.*, **135**, 375–387.

Lambeck, K., et al., 2004: Sea level in Roman time in the Central Mediterranean and implications for recent change. *Earth Planet. Sci. Lett.*, **224**, 563–575.

Latif, M., et al., 2006: Is the thermohaline circulation changing? *J. Clim.*, **19**, 4631–4637.

Lazar, A., et al., 2002: Seasonality of the ventilation of the tropical Atlantic thermocline in an ocean general circulation mode. *J. Geophys. Res.*, **107**(C8), doi:10.1029/2000JC000667.

Lazier, J.R.N., 1995: The salinity decrease in the Labrador Sea over the past thirty years. In: *Natural Climate Variability on Decade-to-Century Time Scales* [Martinson, D.G., et al. (eds.)]. National Academy Press, Washington, DC, pp. 295–304.

Lazier, J.R.N., et al., 2002: Convection and restratification in the Labrador Sea, 1990-2000. *Deep-Sea Res. I*, **49**(10), 1819–1835.

Le Quéré, C., et al., 2003: Two decades of ocean $CO_2$ sink and variability. *Tellus*, **B55**(2), 649–656.

Lee, T., 2004: Decadal weakening of the shallow overturning circulation of the South Indian Ocean. *Geophys. Res. Lett.*, **31**, L18305, doi:10.1029/2004GL020884.

Lefèvre, N., et al., 2004: A decrease in the sink for atmospheric $CO_2$ in the North Atlantic. *Geophys. Res. Lett.*, **31**(7), L07306, doi:10.1029/2003GL018957.

Leuliette, E.W., R.S. Nerem, and G.T. Mitchum, 2004: Calibration of TOPEX/Poseidon and Jason altimeter data to construct a continuous record of mean sea level change. *Mar. Geodesy*, **27**(1–2), 79–94.

Levitus, S., 1989: Interpendatal variability of salinity in the upper 150m of the North-Atlantic Ocean, 1970-1974 versus 1955-1959. *J. Geophys. Res.*, **94**(C7), 9679–9685.

Levitus, S., J.I. Antonov, and T.P. Boyer, 2005a: Warming of the World Ocean, 1955-2003. *Geophys. Res. Lett.*, **32**, L02604, doi:10.1029/2004GL021592.

Levitus, S., J. Antonov, T.P. Boyer, and C. Stephens, 2000: Warming of the World Ocean. *Science*, **287**, 2225–2229.

Levitus, S., et al., 2005b: *Building Ocean Profile-Plankton Databases for Climate and Ecosystem System Research*. NOAA Technical Report NESDIS 117, U.S. Government Printing Office, Washington, DC, 29 pp.

Levitus, S., et al., 2005c: EOF analysis of upper ocean heat content, 1956-2003. *Geophys. Res. Lett.*, **32**, L18607, doi:10.1029/2005GL023606.

Li, M., P.G. Myers, and H. Freeland, 2005: An examination of historical mixed layer depths along Line-P in the Gulf of Alaska. *Geophys. Res. Lett.*, **32**, L05613, doi:10.1029/2004GL021911.

Li, Y.-H., and T.-H. Peng, 2002: Latitudinal change of remineralization ratios in the oceans and its implication for nutrient cycles. *Global Biogeochem. Cycles*, **16**(4), 1130, doi:10.1029/2001GB001828.

Locarnini, R.A., et al., 2002: World ocean database 2001. In: *NOAA Atlas NESDIS 45. Vol. 4: Temporal Distribution of Temperature, Salinity and Oxygen Profiles* [Levitus, S. (ed.)]. U.S. Government Printing Office, Washington, DC, 332 pp, CD-ROMs.

Lombard, A., et al., 2005: Thermosteric sea level rise for the past 50 years; comparison with tide gauges and inference on water mass contribution. *Global Planet. Change*, **48**, 303–312.

Lombard, A., et al., 2006: Perspectives on present-day sea level change: a tribute to Christian le Provost. *Ocean Dyn.*, **56**(5-6), doi:10.1007/s10236-005-0046-x.

Lowe, J.A., and J.M. Gregory, 2006: Understanding projections of sea level rise in a Hadley Centre coupled climate model. *J. Geophys. Res.*, **111**, C11014, doi:10.1029/2005JC003421.

Luterbacher, J., et al., 2004: European seasonal and annual temperature variability, trends, and extremes since 1500. *Science*, **303**(5663), 1499–1503.

Lyman, J.M., J.K. Willis, and G.C. Johnson, 2006: Recent cooling of the upper ocean. *Geophys. Res. Lett.*, **33**, L18604, doi:10.1029/2006GL027033.

Macrander, A., et al., 2005: Interannual changes in the overflow from the Nordic Seas into the Atlantic Ocean through Denmark Strait. *Geophys. Res. Lett.*, **32**, L06606, doi:10.1029/2004GL021463.

Manca, B.B., V. Kovacevic, M. Gacic, and D. Viezzoli, 2002: Dense water formation in the Southern Adriatic Sea and spreading into the Ionian Sea in the period 1997-1999. *J. Mar. Syst.*, **33**, 133–154.

Mariotti, A., et al., 2002: The hydrological cycle in the Mediterranean region and implications for the water budget of the Mediterranean Sea. *J. Clim.*, **15**(13), 1674.

Marsh, R., 2000: Recent variability of the North Atlantic thermohaline circulation inferred from surface heat and freshwater fluxes. *J. Clim.*, **13**(18), 3239–3260.

Matsumoto, K., and N. Gruber, 2005: How accurate is the estimation of anthropogenic carbon in the ocean? An evaluation of the delta C* method. *Global Biogeochem. Cycles*, **19**, GB3014, doi:10.1029/2004GB002397.

McDonagh, E.L., et al., 2005: Decadal changes in the south Indian Ocean thermocline. *J. Clim.*, **18**, 1575–1590.

McLaughlin, F.A., E.C. Carmack, R.W. Macdonald, and J.K.B. Bishop, 1996: Physical and geochemical properties across the Atlantic Pacific water mass front in the southern Canadian Basin. *J. Geophys. Res.*, **101**(C1), 1183–1197.

McNeil, B.I., et al., 2003: Anthropogenic $CO_2$ uptake by the ocean based on the global chlorofluorocarbon data set. *Science*, **299**(5604), 235–239.

McPhaden, M.J., and D.X. Zhang, 2002: Slowdown of the meridional overturning circulation in the upper Pacific Ocean. *Nature*, **415**(6872), 603–608.

McPhaden, M.J., and D.X. Zhang, 2004: Pacific Ocean circulation rebounds. *Geophys. Res. Lett.*, **31**(18), L18301, doi:10.1029/2004GL020727.

Mecking, S., M.J. Warner, and J.L. Bullister, 2006: Temporal changes in pCFC-12 ages and AOU along two hydrographic sections in the eastern subtropical North Pacific. *Deep-Sea Res.*, **53**(1), 169–187.

Meredith, M.P., and J.C. King, 2005: Rapid climate change in the ocean west of the Antarctic Peninsula during the second half of the 20th century. *Geophys. Res. Lett.*, **32**, L19604, doi:1029/2005GL024042.

Meyers, G., 1996: Variation of the Indonesian throughflow and the El Nino-Southern Oscillation. *J. Geophys. Res.*, **101**, 12255–12263.

Miller, L., and B.C. Douglas, 2004: Mass and volume contributions to 20th century global sea level rise. *Nature*, **428**, 406–409.

Millot, C., J.-L. Fuda, J. Candela, and Y. Tber, 2006: Large warming and salinification of the Mediterranean outflow due to changes in its composition. *Deep-Sea Res. I*, **53**, 656–666.

Milly, P.C.D., and A.B. Shmakin, 2002: Global modeling of land water and energy balances: 1. The land dynamics (LaD) model. *J. Hydrometeorol.*, **3**, 283–299.

Milly, P.C.D., A. Cazenave, and M.C. Gennero, 2003: Contribution of climate-driven change in continental water storage to recent sea-level rise. *Proc. Natl. Acad. Sci. U.S.A.*, **100**(213), 13158–13161.

Minami, H., Y. Kano, and K. Ogawa, 1998: Long-term variations of potential temperature and dissolved oxygen of the Japan Sea Water. *J. Oceanogr.*, **55**, 197–205.

Mitchell, T.P., and J.M. Wallace, 1992: The annual cycle in equatorial convection and sea-surface temperature. *J. Clim.*, **5**(10), 1140–1156.

Mitchell, W., J. Chittleborough, B. Ronai, and G.W. Lennon, 2001: Sea level rise in Australia and the Pacific. In: *Pacific Islands Conference on Climate Change, Climate Variability and Sea Level Rise, National Tidal Facility Australia, Rarotonga, Cook Islands, 3-7 April 2000*. Flinders Press, Adelaide, Australia, pp. 47–57.

Mitchum, G.T., 1994: Comparison of Topex sea surface heights and tide gauge sea levels. *J. Geophys. Res.*, **99**(C12), 24541–24554.

Mitchum, G.T., 2000: An improved calibration of satellite altimetric heights using tide gauge sea levels with adjustment for land motion. *Mar. Geodesy*, **23**, 145–166.

Mitrovica, J.X., M. Tamisiea, J.L. Davis, and G.A. Milne, 2001: Recent mass balance of polar ice sheets inferred from patterns of global sea-level change. *Nature*, **409**, 1026–1029.

Mitrovica, J.X., et al., 2006: Reanalysis of ancient eclipses, astronomic and geodetic data: a possible route to resolving the enigma of global sea level rise. *Earth Planet. Sci. Lett.*, **243**, 390–399.

Molinari, R.L., 2004: Annual and decadal variability in the western subtropical North Atlantic: signal characteristics and sampling methodologies. *Prog. Oceanogr.*, **62**(1), 33–66.

Morison, J., M. Steele, and R. Andersen, 1998: Hydrography of the upper Arctic Ocean measured from the nuclear submarine USS Pargo. *Deep-Sea Res. I*, **45**(1), 15–38.

Munk, W., 2003: Ocean freshening, sea level rising. *Science*, **300**, 2041–2043.

Murray, R.J., N.L. Bindoff, and C.J.C. Reason, 2007: Modelling decadal changes on the Indian Ocean Section I5 at 32°S. *J. Clim.*, in press.

Nerem, R.S., and G.T. Mitchum, 2001: Observations of sea level change from satellite altimetry. In: *Sea Level Rise: History and Consequences* [Douglas, B.C., M.S. Kearney, and S.P. Leatherman (eds.)]. Academic Press, San Diego, pp. 121–163.

Nerem, R.S., et al., 1999: Variations in global mean sea level associated with the 1997-1998 ENSO event: Implications for measuring long term sea level change. *Geophys. Res. Lett.*, **26**, 3005–3008.

Ngo-Duc, T., et al., 2005: Effects of land water storage on the global mean sea level over the last half century. *Geophys. Res. Lett.*, **32**, L09704, doi:10.1029/2005GL022719.

Ono, T., et al., 2001: Temporal increases of phosphate and apparent oxygen utilization in the subsurface waters of western subarctic Pacific from 1968 to 1998. *Geophys. Res. Lett.*, **28**(17), 3285–3288.

Orr, J.C., et al., 2005: 21st century decline in ocean carbonate and high latitude aragonitic organisms. *Nature*, **437**, 681–686.

Orsi, A.H., W.M. Smethie, and J.L. Bullister, 2002: On the total input of Antarctic waters to the deep ocean: A preliminary estimate from chlorofluorocarbon measurements. *J. Geophys. Res.*, **107**(C8), 3122, doi:10.1029/2001JC000976.

Østerhus, S., W.R. Turrell, S. Jónsson, and B. Hansen, 2005: Measured volume, heat, and salt fluxes from the Atlantic to the Arctic Mediterranean. *Geophys. Res. Lett.*, **32**, L07603, doi:10.1029/2004GL022188.

Pahlow, M., and U. Riebesell, 2000: Temporal trends in deep ocean Redfield ratios. *Science*, **287**(5454), 831–833.

Palmer, M.H., H.L. Bryden, J.L. Hirschi, and J. Marotzke, 2004: Observed changes in the South Indian Ocean gyre circulation, 1987-2002. *Geophys. Res. Lett.*, **31**(15), L15303, doi:15310.11029/12004GL020506.

Parrish, R.H., F.B. Schwing, and R. Mendelssohn, 2000: Midlatitude wind stress: the energy source for climatic regimes in the North Pacific Ocean. *Fish. Oceanogr.*, **9**, 224–238.

Peltier, W.R., 2001: Global glacial isostatic adjustment and modern instrumental records of relative sea level history. In: *Sea Level Rise: History and Consequences* [Douglas, B.C., M.S. Kearney, and S.P. Leatherman (eds.)]. Academic Press, San Diego, pp. 65–95.

Peltier, W.R., 2004: Global glacial isostasy and the surface of the ice-age earth: the ICE-5G (VM2) model and GRACE. *Annu. Rev. Earth Planet. Sci.*, **32**, 111–149.

Penduff, T., B. Barnier, W.K. Dewar, and J.J. O'Brien, 2004: Dynamical response of the oceanic eddy field to the North Atlantic Oscillation: A model-data comparison. *J. Phys. Oceanogr.*, **34**, 2615–2629.

Peng, T.-H., R. Wanninkhof, and R.A. Feely, 2003: Increase of anthropogenic $CO_2$ in the Pacific Ocean over the last two decades. *Deep-Sea Res. II*, **50**, 3065–3082.

Peng, T.-H., et al., 1998: Quantification of decadal anthropogenic $CO_2$ uptake in the ocean based on dissolved inorganic carbon measurements. *Nature*, **396**(6711), 560–563.

Plag, H.-P., 2006: Recent relative sea level trends: an attempt to quantify the forcing factors. *Philos. Trans. R. Soc. London A*, **364**(1841), 821–844.

Polyakov, I.V., et al., 2004: Variability of the intermediate Atlantic water of the Arctic Ocean over the last 100 years. *J. Clim.*, **17**(23), 4485–4497.

Polyakov, I.V., et al., 2005: One more step toward a warmer Arctic. *Geophys. Res. Lett.*, **32**, L17605, doi:10.1029/2005GL023740.

Ponte, R.M., 2006: Low frequency sea level variability and the inverted barometer effect. *J. Atmos. Ocean. Technol.*, **23**(4), 619–629.

Potter, R.A., and M.S. Lozier, 2004: On the warming and salinification of the Mediterranean outflow waters in the North Atlantic. *Geophys. Res. Lett.*, **31**(1), L01202, doi:10.1029/2003GL018161.

Prentice, I.C., et al., 2001: The carbon cycle and atmospheric carbon dioxide. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group 1 to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 183–237.

Proshutinsky, A.Y., and M.A. Johnson, 1997: Two circulation regimes of the wind-driven Arctic Ocean. *J. Geophys. Res.*, **102**(C6), 12493–12514.

Proshutinsky, A., et al., 2004: Secular sea level change in the Russian sector of the Arctic Ocean. *J. Geophys. Res.*, **109**(C3), C03042, doi:10.1029/2003JC002007.

Qian, H., Y. Yin, and Y. Ni, 2003: Tropical Indian Ocean subsurface dipole mode and diagnostic analysis of dipole event in 1997-1998. *J. Appl. Meteorol. Sci.*, **14**, 129–139 (in Chinese).

Quadfasel, D., A. Sy, D. Wells, and A. Tunik, 1991: Warming in the Arctic. *Nature*, **350**(6317), 385.

Raven, J., et al., 2005: *Ocean Acidification due to Increasing Atmospheric Carbon Dioxide.* The Royal Society, London, 59 pp.

Reverdin, G., D. Cayan, and Y. Kushnir, 1997: Decadal variability of hydrography in the upper northern North Atlantic in 1948-1990. *J. Geophys. Res.*, **102**(C4), 8505–8531.

Rigor, I.G., J.M. Wallace, and R.L. Colony, 2002: Response of sea ice to the Arctic Oscillation. *J. Clim.*, **15**, 2648–2663.

Rixen, M., et al., 2005: The Western Mediterranean Deep Water: A new proxy for global climate change. *Geophys. Res. Lett.*, **32**, L12608, doi:10.1029/2005GL022702.

Robertson, R., M. Visbeck, A.L. Gordon, and E. Fahrbach, 2002: Long-term temperature trends in the deep waters of the Weddell Sea. *Deep-Sea Res. II*, **49**(21), 4791–4806.

Roemmich, et al., 2007: Decadal spin-up of the South Pacific Subtropical Gyre. *J. Phys. Oceanogr.*, 37, 162-173.

Roether, W., et al., 1996: Recent changes in eastern Mediterranean deep waters. *Science*, **271**(5247), 333–335.

Rohling, E.J., and H.L. Bryden, 1992: Man-induced salinity and temperature increases in western Mediterranean deep-water. *J. Geophys. Res.*, **97**(C7), 11191–11198.

Rupolo, V., S. Marullo, and D. Iudicone, 2003: Eastern Mediterranean transient studied with Lagrangian diagnostics applied to a Mediterranean OGCM forced by satellite SST and ECMWF wind stress for the years 1988-1993. *J. Geophys. Res.*, **108**(C9), 8121.

Sabine, C.L., R.M. Key, R.A. Feely, and D. Greeley, 2002: Inorganic carbon in the Indian Ocean: Distribution and dissolution processes. *Global Biogeochem. Cycles*, **16**(4), 1067, doi:10.1029/2002GB001869.

Sabine, C.L., R.A. Feely, Y.W. Watanabe, and M. Lamb, 2004a: Temporal evolution of the North Pacific $CO_2$ uptake rate. *J. Oceanogr.*, **60**(1), 5–15.

Sabine, C.L., et al., 1999: Anthropogenic $CO_2$ inventory of the Indian Ocean. *Global Biogeochem. Cycles*, **13**, 179–198.

Sabine, C.L., et al., 2004b: The oceanic sink for anthropogenic $CO_2$. *Science*, **305**(5682), 367–371.

Sahagian, D.L., 2000: Global physical effects of anthropogenic hydrological alterations: sea level and water redistribution. *Global Planet. Change*, **25**, 39–48.

Sahagian, D.L., F.W. Schwartz, and D.K. Jacobs, 1994: Direct anthropogenic contributions to sea level rise in the twentieth century. *Nature*, **367**, 54–56.

Sarma, V.V.S.S., T. Ono, and T. Saino, 2002: Increase of total alkalinity due to shoaling of aragonite saturation horizon in the Pacific and Indian Oceans: Influence of anthropogenic carbon inputs. *Geophys. Res. Lett.*, **29**(20), 1971, doi:10.1029/2002GL015135.

Sarmiento, J.L., C. Le Quéré, and S.W. Pacala, 1995: Limiting future atmospheric carbon dioxide. *Global Biogeochem. Cycles*, **9**(1), 121–137.

Schauer, U., E. Fahrbach, and S. Østerhus, 2004: Arctic warming through the Fram Strait - Oceanic heat transport from three years of measurements. *J. Geophys. Res.*, **109**, C06026, doi:10.1029/2003JC001823.

Schneider, N., and B.D. Cornuelle, 2005: The forcing of the Pacific Decadal Oscillation. *J. Clim.*, **18**(21), 4355–4373.

Schoenefeldt, R., and F. Schott, 2006: Decadal variability of the Indian Ocean cross-equatorial exchange in SODA. *Geophys. Res. Lett.*, **33**, L08602, doi:10.1029/2006GL025891.

Schott, F.A., et al., 2004: Circulation and deep-water export at the western exit of the subpolar North Atlantic. *J. Phys. Oceanogr.*, **34**, 817–843.

Seager, R., et al., 2001: Wind-driven shifts in the latitude of the Kuroshio-Oyashio Extension and generation of SST anomalies on decadal timescales. *J. Clim.*, **14**(22), 4249–4265.

Sekine, Y., 1988: Anomalous southward intrusion of the Oyashio east of Japan.1. Influence of the seasonal and interannual variations in the wind stress over the North Pacific. *J. Geophys. Res.*, **93**(C3), 2247–2255.

Sekine, Y., 1999: On variations in the subarctic circulation in the North Pacific. *Prog. Oceanogr.*, **43**(2–4), 193–203.

Senjyu, T., et al., 2002: Renewal of the bottom water after the winter 2000-2001 may spin-up the thermohaline circulation in the Japan Sea. *Geophys. Res. Lett.*, **29**(7), 1149, doi:10.1029/2001GL014093.

Sivan, D., et al., 2004: Ancient coastal wells of Caesarea Maritima, Israel, an indicator for sea level changes during the last 2000 years. *Earth Planet. Sci. Lett.*, **222**, 315–330.

Smith, T.M., and R.W. Reynolds, 2003: Extended reconstructions of global sea surface temperatures based on COADS Data (1854-1997). *J. Clim.*, **16**, 1495–1510.

Sprintall, J., et al., 2004: INSTANT: A new international array to measure the Indonesian Throughflow. *EOS*, **85**(39), 369.

Stammer, D., et al., 2003: Volume, heat and freshwater transports of the global ocean circulation 1993-2000. *J. Geophys. Res.*, **108**(C1), doi:10.1029/2001JC001115.

Stark, S., R.A. Wood, and H.T. Banks, 2006: Re-evaluating the causes of observed changes in Indian Ocean water masses. *J. Clim.*, **19**(16), 4075–4086.

Steele, M., and T. Boyd, 1998: Retreat of the cold halocline layer in the Arctic Ocean. *J. Geophys. Res.*, **103**(C5), 10419–10435.

Stephens, C., S. Levitus, J. Antonov, and T. Boyer, 2001: On the Pacific Ocean regime shift. *Geophys. Res. Lett.*, **28**, 3721–3724.

Stephens, C., et al., 2002: World ocean database 2001, Volume 3: Temporal distribution of conductivity-temperature-depth profiles. In: *NOAA Atlas NESDIS 44* [Levitus, S. (ed.)]. U.S. Government Printing Office, Washington, DC, pp. 47, CD-ROMs.

Sterl, A., and W. Hazeleger, 2003: Coupled variability and air-sea interaction in the South Atlantic Ocean. *J. Clim.*, **21**, 559–571.

Stramma, L., J. Fischer, P. Brandt, and F. Schott, 2003: Circulation, variability and near-equatorial meridional flow in the central tropical Atlantic. In: *Interhemispheric Water Exchange in the Atlantic Ocean* [Goni, G., and P. Malanotte-Rizzoli (eds.)]. Elsevier, Amsterdam, pp. 1–22.

Stramma, L., et al., 2004: Deep water changes at the western boundary of the subpolar North Atlantic during 1996 to 2001. *Deep-Sea Res.*, **51A**, 1033–1056.

Sy, A., et al., 1997: Surprisingly rapid spreading of newly formed intermediate waters across the North Atlantic Ocean. *Nature*, **386**(6626), 675–679.

Takahashi, T., S.C. Sutherland, R.A. Feely, and R. Wanninkhof, 2006: Decadal change of the surface water $pCO_2$ in the North Pacific: A synthesis of 35 years of observations. *J. Geophys. Res.*, **111**, C07S05, doi:10.1029/2005JC003074.

Takahashi, T., et al., 2002: Global sea-air $CO_2$ flux based on climatological surface ocean $pCO_2$, and seasonal biological and temperature effects. *Deep-Sea Res. II*, **49**(9–10), 1601–1622.

Talley, L.D., 1996: North Atlantic circulation and variability, reviewed for the CNLS conference. *Physica D*, **98**(2–4), 625–646.

Talley, L.D., and M.S. McCartney, 1982: Distribution and circulation of Labrador Sea-water. *J. Phys. Oceanogr.*, **12**(11), 1189–1205.

Talley, L.D., J.L. Reid, and P.E. Robbins, 2003a: Data-based meridional overturning streamfunctions for the global ocean. *J. Clim.*, **16**, 3213–3226.

Talley, L.D., et al., 2003b: Deep convection and brine rejection in the Japan Sea. *Geophys. Res. Lett.*, **30**(4), 1159, doi:10.1029/2002GL016545l.

Trenberth, K.E., and J.M. Caron, 2001: Estimates of meridional atmosphere and ocean heat transports. *J. Clim.*, **14**(16), 3433–3443.

Trenberth, K.E., J.M. Caron, and D.P. Stepaniak, 2001: The atmospheric energy budget and implications for surface fluxes and ocean heat transports. *Clim. Dyn.*, **17**, 259–276.

Tsimplis, M.N., and M. Rixen, 2002: Sea level in the Mediterranean Sea: The contribution of temperature and salinity changes. *Geophys. Res. Lett.*, **29**(23), 2136, doi:10.1029/2002GL015870.

Tsimplis, M.N., A.G.P. Shaw, R.A. Flather, and D.K. Woolf, 2006: The influence of the North Atlantic Oscillation on the sea level around the northern European coasts reconsidered: the thermosteric effects. *Phil. Trans. R. Soc.London A*, **364**(1841), 845–856, doi:10.1098/rsta.2006.1740.

Vargas-Yáñez, M., et al., 2004: Temperature and salinity increase in the eastern North Atlantic along the 24.5°N in the last ten years. *Geophys. Res. Lett.*, **31**, L06210, doi:10.1029/2003GL019308.

Vaughan, D., et al., 2003: Recent rapid regional climate warming on the Antarctic Peninsula. *Clim. Change*, **60**, 243–274.

Vellinga, M., and R.A. Wood, 2002: Global climatic impacts of a collapse of the Atlantic thermohaline circulation. *Clim. Change*, **54**, 251–267.

Venegas, S.A., L.A. Mysak, and D.N. Straub, 1998: An interdecadal climate cycle in the South Atlantic and its links to other ocean basins. *J. Geophys. Res.*, **103**(C11), 24723–24736.

Vignudelli, S., G.P. Gasparini, M. Astraldi, and M.E. Schiano, 1999: A possible influence of the North Atlantic Oscillation on the circulation of the Western Mediterranean Sea. *Geophys. Res. Lett.*, **26**(5), 623–626.

Vranes, K., A.L. Gordon, and A. Ffield, 2002: The heat transport of the Indonesian Throughflow and implications for the Indian Ocean heat budget. *Deep-Sea Res. I*, **49**, 1391–1410.

Wadhams, P., and W. Munk, 2004: Ocean freshening, sea level rising, sea ice melting. *Geophys. Res. Lett.*, **31**(11), L11311, doi:10.1029/2004GL020039.

Wakelin, S.L., P.L. Woodworth, R.A. Flather, and J.A. Williams, 2003: Sea-level dependence on the NAO over the NW European continental shelf. *Geophys. Res. Lett.*, **30**(7), 1403, doi:10.1029/2003GL017041.

Watanabe, Y.W., H. Ishida, T. Nakano, and N. Nagai, 2005: Spatiotemporal decreases of nutrients and chlorophyll-a in the surface mixed layer of the western North Pacific from 1971 to 2000. *J. Oceanogr.*, **61**, 1011–1016.

Watanabe, Y.W., et al., 2001: Probability of a reduction in the formation rate of the subsurface water in the North Pacific during the 1980s and 1990s. *Geophys. Res. Lett.*, **28**(17), 3289–3292.

White, N.J., J.A. Church, and J.M. Gregory, 2005: Coastal and global averaged sea-level rise for 1950 to 2000. *Geophys. Res. Lett.*, **32**(1), L01601, doi:10.1029/2004GL021391.

Whitworth, T., 2002: Two modes of bottom water in the Australian-Antarctic Basin. *Geophys. Res. Lett.*, **29**(5), 1973, doi:10.1029/2001GL014282.

Wijffels, S., and G.A. Meyers, 2004: An intersection of oceanic wave guides: Variability in the Indonesian Throughflow region. *J. Phys. Oceanogr.*, **34**, 1232–1253.

Willey, D.A., et al., 2004: Global oceanic chlorofluorocarbon inventory. *Geophys. Res. Lett.*, **31**, L01303, doi:10.1029/2003GL018816.

Willis, J.K., D. Roemmich, and B. Cornuelle, 2004: Interannual variability in upper-ocean heat content, temperature and thermosteric expansion on global scales. *J. Geophys. Res.*, **109**, C12036, doi:10.1029/2003JC002260.

Wong, A.P.S., N.L. Bindoff, and J.A. Church, 1999: Large-scale freshening of intermediate waters in the Pacific and Indian oceans. *Nature*, **400**(6743), 440–443.

Wong, A.P.S., N.L. Bindoff, and J.A. Church, 2001: Freshwater and heat changes in the North and South Pacific Oceans between the 1960s and 1985-94. *J. Clim.*, **14**(7), 1613–1633.

Woodworth, P.L., 1990: A search for accelerations in records of European mean sea level. *Int. J. Climatol.*, **10**, 129–143.

Woodworth, P.L., and D.L. Blackman, 2002: Changes in extreme high waters at Liverpool since 1768. *Int. J. Climatol.*, **22**, 697–714.

Woodworth, P.L., and R. Player, 2003: The Permanent Service for Mean Sea Level: An update to the 21st century. *J. Coastal Res.*, **19**, 287–295.

Woodworth, P.L., and D.L. Blackman, 2004: Evidence for systematic changes in extreme high waters since the mid-1970s. *J. Clim.*, **17**, 1190–1197.

Woodworth, P.L., M.N. Tsimplis, R.A. Flather, and I. Shennan, 1999: A review of the trends observed in British Isles mean sea level data measured by tide gauges. *Geophys. J. Int.*, **136**, 651–670.

Woolf, D., A. Shaw, and M.N. Tsimplis, 2003: The influence of the North Atlantic Oscillation on sea level variability in the North Atlantic Region. *Global Atmos. Ocean System*, **9**(4), 145–167.

Xie, S.P., H. Annamalai, F.A. Schott, and J.P. McCreary, 2002: Structure and mechanisms of South Indian Ocean climate variability. *J. Clim.*, **15**(8), 864–878.

Yamagata, T., et al., 2004: Coupled ocean-atmosphere variability in the tropical Indian Ocean. In: *Earth Climate: The Ocean-Atmosphere Interaction* [Wang, C., S.-P. Xie, and J.A. Carton (eds.)]. American Geophysical Union, Washington, DC, pp. 189–212.

Yashayaev, I., J.R.N. Lazier, and R.A. Clarke, 2003: Temperature and salinity in the central Labrador Sea. *ICES Marine Symposia Series*, **219**, 32–39.

Yasuda, I., T. Tozuka, M. Noto, and S. Kouketsu, 2000: Heat balance and regime shifts of the mixed layer in the Kuroshio Extension. *Prog. Oceanogr.*, **47**(2–4), 257–278.

Yasuda, I., et al., 2001: Hydrographic structure and transport of the Oyashio south of Hokkaido and the formation of North Pacific Intermediate Water. *J. Geophys. Res.*, **106**(C4), 6931–6942.

Zhang, K., B.C. Douglas, and S.P. Leatherman, 2000: Twentieth-century storm activity along the U.S. east coast. *J. Clim.*, **13**, 1748–1761.

## Appendix 5.A:
## Techniques, Error Estimation and Measurement Systems

### 5.A.1   Ocean Temperature and Salinity

Sections 5.2 and 5.3 report on the changes in the oceans using two different approaches to the oceanic part of the climate system. Section 5.2 documents the changes found in the most comprehensive ocean data sets that exist for temperature and salinity. These data sets are collected from a wide range of organisations and are a composite of heterogeneous measurement systems, including mechanical and expendable bathythermographs, research ship measurements, voluntary observing ships, moored and drifting buoys and Argo floats for recent years. The advantage of these composite data sets is the greater spatial and temporal coverage that they offer for climate studies. The main disadvantage of these composite data sets, relative to the research data sets used in Section 5.3, is that they can have more problems related to the quality and heterogeneity of the measurements systems. This heterogeneity can lead to subtle biases and artificial noise and consequently difficulties in estimating trends at small regional scales (Harrison and Carson, 2006). On the other hand, Section 5.3 described the changes found in detailed analyses of very specific research voyages that consist mainly of very tightly calibrated and monitored temperature and salinity measurements (and other variables). The internal consistency of these research data sets is much higher than the composite data sets, and as a consequence they have significant advantages in their ease of interpretation and analysis. However, research quality oceanographic data sets are only collected occasionally and are focussed more frequently on regional rather than global issues. This means that in the poorly sampled oceans, such as the Indian, South Pacific and Southern Oceans, observational records only cover a relatively short period of time (e.g., the 1960s to present) with some decades poorly covered and highly heterogeneous in space (see Figure 5.A.1).

An example of the distribution of ocean temperature observations in both space and time is shown in Figure 5.A.1. This figure shows the *in situ* temperature data distribution for two five-year periods used to create estimates of global heat content change (e.g., Figure 5.1), one with a low (a) and one with a high (b) density of observations. It is clear that parts of the ocean, in particular in the SH, are not well sampled even in periods of high observation density. Hence, sampling errors resulting from the lack of data are potentially important but cannot easily be quantified.

Several different objective analysis techniques have been used to produce the gridded fields of temperature anomalies used to compute ocean heat content and steric sea level rise presented in this chapter. The technique used by Levitus et al. (2005b), Garcia et al. (2005) and Antonov et al. (2005) in their estimates of temperature (heat content), oxygen and the

thermosteric component of sea level change is based on the construction of gridded (1° latitude by 1° longitude grid) fields at standard depth measurement levels. The objective analysis procedure used for interpolation (filling in data-void areas and smoothing the entire field) is described by Boyer et al. (2002). At each standard depth level, all data are averaged within each 1° square, and the deviation from climatology yields the observed anomaly. From all observations within the surrounding region of diameter 888 km, the analysed value is computed. Features with a wavelength of less than 500 to 600 km are substantially reduced in amplitude; in regions without sufficient data, it is essentially the climatological information that is used. Ishii et al. (2006) employed similar techniques, with a smaller de-correlation length scale of 300 km and a least-squares technique for estimating corrections to the climatological field. Willis et al. (2004) used a two-scale covariance function, but also used altimetric data in areas where ocean observations were lacking.

There are some differences in the data used in these studies. In addition to ocean temperature profile data, Ishii et al. (2006) also used the product of climatological mixed layer depth and individual SST measurements in their estimates of ocean heat content. Southern Hemisphere World Ocean Circulation Experiment profiling float temperature profiles for the 1990s were used by Willis et al. (2004) that were not used by Levitus et al. (2005a) and Ishii et al. (2006). The similarity of the three independently estimated heat content time series shown in Figure 5.1 to within confidence intervals indicates that the differences between analysis techniques and data sources do not substantially influence the estimates of the three global ocean heat content time series.

All analyses are subject to statistical errors and sampling errors. Statistical errors are estimated in a straightforward way. For example, for the Levitus et al. (2005a) fields, the uncertainty at any grid point is estimated from the variability of observations that contributed to the analysed value. In this way, 90% errors for all analysed variables are computed as a function of depth and horizontal position, and correspondingly for integrated variables such as heat content. Both Ishii et al. (2006) and Willis et al. (2004) used the interannual variability of heat content as the basis for error analyses.

### 5.A.2   Heat Transports

Estimates of meridional heat transport (MHT) derived from the surface heat balance involve the integration of the zonally averaged balances in the longitudinal direction. This integration also implies the integration of uncertainties in the zonally averaged estimates. For instance, an uncertainty in zonally averaged estimates of $\pm 10$ W m$^{-2}$ results in an uncertainty of $0.5 \times 10^{15}$ W in MHT in the Atlantic and nearly twice that value in the Pacific. Thus, all climatological estimates of MHT based on the surface heat balance have considerable uncertainties, and estimates of MHT variability are unlikely to be significant when derived from the surface heat balance.