In addition to the uncertainties in diagnostic computations of transports from vertical sections, estimates of MHT based on oceanic cross sections are largely influenced by sparse sampling of these sections during continuous time periods. As a result, there is no way to discriminate between the long-term signals and interannual variability using the estimates of MHT for individual years.

### 5.A.3  Estimates of Oxygen Changes

Estimates of changes in $O_2$ in the surface 100 m of the ocean between 1955 and 1998 were made for each pentad using a total of 530,000 $O_2$ profiles (Garcia et al., 2005). The measurement method was not reported for all the cruises. Only the Winkler titration was reported, with only manual titrations prior to 1990. The Carpenter method to improve accuracy was reported for some cruises after 1970. An automated titration gives a significant improvement for measurement reproducibility but is not the essential solution for accuracy. Problems of $O_2$ leakage were reported from the older samples using Nansen bottles (generally before 1970). The Niskin bottles more widely used after 1970 are thought to be more reliable. There are no agreed standards for $O_2$ measurements because of reagent impurity and the difficulty in preparing a stable solution, which limits accuracy of these measurements to typically less than 10 $\mu$mol kg$^{-1}$ for modern methods.



**Figure 5.A.1** *The number of ocean temperature observations in each 1° grid box at 250 m depth for two periods: (a) 1955 to 1959, with a low density of observations, and (b) 1994 to 1998, with a high density of observations. A blue dot indicates a 1° grid box containing 1 observation, a green dot 2 to 5 observations, an orange dot 6 to 20 observations, and a red dot more than 20 observations.*

## 5.A.4    Estimation of Sea Level Change

### 5.A.4.1    *Satellite Altimetry: Measurement Principle and Associated Errors*

The concept of satellite altimetry measurement is rather straightforward. The onboard radar altimeter transmits a short pulse of microwave radiation with known power towards the nadir. Part of the incident radiation reflects back to the altimeter. Measurement of the round-trip travel time provides the height of the satellite above the instantaneous sea surface. The quantity of interest in oceanography is the height of the instantaneous sea surface above a fixed reference surface, which is computed as the difference between the altitude of the satellite above the reference ellipsoid and the altimeter range. The satellite position is computed through precise orbit determination, combining accurate modelling of the satellite motion and tracking measurements between the satellite and observing stations on Earth or other observing satellites. A number of corrections must be applied to obtain the correct sea surface height. These include instrumental corrections, ionospheric correction, dry and wet tropospheric corrections, electromagnetic bias correction, ocean and solid Earth tidal corrections, ocean loading correction, pole tide correction and an inverted barometer correction that has to be applied since the altimeter does not cover the global ocean completely. The total measurement accuracy for the TOPEX/Poseidon altimetry-based sea surface height is about 80 mm (95% error) for a single measurement based on one-second along-track averages (Chelton et al., 2001).

The above error estimates concern instantaneous sea surface height measurements. For estimating the mean sea level variations, the procedure consists of simply averaging over the ocean the point-to-point measurements collected by the satellite during a complete orbital cycle (10 days for TOPEX/Poseidon and Jason-1), accounting for the spatial distribution of the data using an equal area weighting. In effect, during this time interval, the satellite realises an almost complete coverage of the oceanic domain. The 95% error associated with a 10-day mean sea level estimate is approximately 8 mm.

When computing global mean sea level variations through time, proper account of instrumental bias and drifts (including the terrestrial reference frame) is of considerable importance. These effects (e.g., the radiometer drift onboard TOPEX/Poseidon used to correct for the wet tropospheric delay) are of the same order of magnitude as the sea level signal. Studies by Chambers et al. (1998) and Mitchum (1994; 2000) have demonstrated that comparing the altimeter sea level measurements to tide gauge sea level measurements produces the most robust way of correcting for instrumental bias and drifts. This approach uses a network of high-quality tide gauges, well distributed over the ocean domain. Current results indicate that the residual error in the mean sea level variation using the tide gauge calibration is about 0.8 mm yr$^{-1}$ (a value resulting mainly from the uncertainties in vertical land motion at the tide gauges). The current altimeter-inferred sea level measurements do not include modelling of the geocenter or mitigating the effect resulting from the potential drift in the terrestrial reference frame.

Detailed information about satellite altimetry, uncertainty and applications can be found in Fu and Cazenave (2001).

### 5.A.4.2    *Sea Level from Tide Gauge Observations*

Tide gauges are based on a number of different technologies (float, pressure, acoustic, radar), each of which has its advantages in particular applications. The Global Sea Level Observing System (GLOSS) specifies that a gauge must be capable of measuring sea level to centimetre accuracy (or better) in all weather conditions (i.e., in all wave conditions). The most important consideration is the need to maintain the gauge datum relative to the level of the Tide Gauge Bench Mark (TGBM), which provides the land reference level for the sea level measurements. The specifications for GLOSS require that local levelling must be repeated at least annually between the reference mark of the gauge, TGBM and a set of approximately five ancillary marks in the area, in order to maintain the geodetic integrity of the measurements. In practice, this objective is easier to meet if the area around the gauge is hard rock, rather than reclaimed land, for example. The question of whether the TGBM is moving vertically within a global reference frame (for whatever reason) is being addressed by advanced geodetic methods (GPS, Determination d'Orbite et Radiopositionnement Intégrés par Satellite (DORIS), Absolute Gravity). With typical rates of sea and land level change of order of 1 mm yr$^{-1}$, it is necessary to maintain the accuracy of the overall gauge system at the centimetre level over many decades. This demanding requirement has been met in many countries for many years (see IOC, 2002 for more information). The tide gauge observation system for three periods is shown in Figure 5.A.2, together with the evolution over time of the number of stations in both hemispheres. The distribution of tide gauge stations was particularly sparse in space at the beginning of the 20th century, but rapidly improved in the 1950s through to the current network of GLOSS standard instruments. This distribution of instruments through time means that confidence in the estimates of sea level rise has been improving and this certainty is reflected in the shrinking confidence intervals (Figure 5.13).

**Figure 5.A.2.** *(a) Number of tide gauge stations in the Northern Hemisphere (NH) and Southern Hemisphere (SH) used to derive the global sea level curve (red and blue curves in Figure 5.13) as a function of time. Lower panels show the spatial distribution of tide gauge stations (denoted by red dots) for the periods (b) 1900 to 1909, (c) 1950 to 1959 and (d) 1980 to 1989.*





**6**

# Palaeoclimate

### Coordinating Lead Authors:

Eystein Jansen (Norway), Jonathan Overpeck (USA)

### Lead Authors:

Keith R. Briffa (UK), Jean-Claude Duplessy (France), Fortunat Joos (Switzerland), Valérie Masson-Delmotte (France), Daniel Olago (Kenya), Bette Otto-Bliesner (USA), W. Richard Peltier (Canada), Stefan Rahmstorf (Germany), Rengaswamy Ramesh (India), Dominique Raynaud (France), David Rind (USA), Olga Solomina (Russian Federation), Ricardo Villalba (Argentina), De'er Zhang (China)

### Contributing Authors:

J.-M. Barnola (France), E. Bauer (Germany), E. Brady (USA), M. Chandler (USA), J. Cole (USA), E. Cook (USA), E. Cortijo (France), T. Dokken (Norway), D. Fleitmann (Switzerland, Germany), M. Kageyama (France), M. Khodri (France), L. Labeyrie (France), A. Laine (France), A. Levermann (Germany), Ø. Lie (Norway), M.-F. Loutre (Belgium), K. Matsumoto (USA), E. Monnin (Switzerland), E. Mosley-Thompson (USA), D. Muhs (USA), R. Muscheler (USA), T. Osborn (UK), Ø. Paasche (Norway), F. Parrenin (France), G.-K. Plattner (Switzerland), H. Pollack (USA), R. Spahni (Switzerland), L.D. Stott (USA), L. Thompson (USA), C. Waelbroeck (France), G. Wiles (USA), J. Zachos (USA), G. Zhengteng (China)

### Review Editors:

Jean Jouzel (France), John Mitchell (UK)

### This chapter should be cited as:

Jansen, E., J. Overpeck, K.R. Briffa, J.-C. Duplessy, F. Joos, V. Masson-Delmotte, D. Olago, B. Otto-Bliesner, W.R. Peltier, S. Rahmstorf, R. Ramesh, D. Raynaud, D. Rind, O. Solomina, R. Villalba and D. Zhang, 2007: Palaeoclimate. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** .................................................. 435

**6.1   Introduction** ........................................................ 438

**6.2   Palaeoclimatic Methods** ................................. 438

6.2.1   Methods – Observations of Forcing
        and Response...................................................... 438

6.2.2   Methods – Palaeoclimate Modelling ................... 439

**6.3   The Pre-Quaternary Climates** ....................... 440

6.3.1   What is the Relationship Between Carbon
        Dioxide and Temperature in this Time Period?.... 440

6.3.2   What Does the Record of the
        Mid-Pliocene Show? ........................................... 440

6.3.3   What Does the Record of the Palaeocene-Eocene
        Thermal Maximum Show?.................................... 442

**6.4   Glacial-Interglacial Variability
        and Dynamics**.................................................... 444

6.4.1   Climate Forcings and Responses Over
        Glacial-Interglacial Cycles .................................. 444

Box 6.1: Orbital Forcing...................................................... 445

Box 6.2: What Caused the Low Atmospheric Carbon
        Dioxide Concentrations During
        Glacial Times?...................................................... 446

6.4.2   Abrupt Climatic Changes in the
        Glacial-Interglacial Record ................................. 454

6.4.3   Sea Level Variations Over the Last
        Glacial-Interglacial Cycle .................................... 457

**6.5   The Current Interglacial** ................................ 459

6.5.1   Climate Forcing and Response During
        the Current Interglacial ....................................... 459

Box 6.3: Holocene Glacier Variability .................................. 461

6.5.2   Abrupt Climate Change During the
        Current Interglacial ............................................. 463

6.5.3   How and Why Has the El Niño-Southern
        Oscillation Changed Over the
        Present Interglacial? ............................................ 464

**6.6   The Last 2,000 Years**........................................ 466

6.6.1   Northern Hemisphere Temperature Variability..... 466

Box 6.4: Hemispheric Temperatures in the
        'Medieval Warm Period' ...................................... 468

6.6.2   Southern Hemisphere Temperature
        Variability ........................................................... 474

6.6.3   Comparisons of Millennial Simulations
        with Palaeodata................................................... 476

6.6.4   Consistency Between Temperature, Greenhouse
        Gas and Forcing Records; and Compatibility of
        Coupled Carbon Cycle-Climate Models with
        the Proxy Records................................................ 481

6.6.5   Regional Variability in Quantities Other
        than Temperature................................................ 481

**6.7   Concluding Remarks on
        Key Uncertainties** ........................................... 483

**Frequently Asked Questions**

FAQ 6.1: *What Caused the Ice Ages and Other Important
        Climate Changes Before the Industrial Era?* ............ 449

FAQ 6.2: *Is the Current Climate Change Unusual Compared
        to Earlier Changes in Earth's History?* ................... 465

**References**.................................................................. 484

## Supplementary Material

*The following supplementary material is available on CD-ROM and
in on-line versions of this report.*

**Appendix 6.A:** *Glossary of Terms Specific to Chapter 6*

## Executive Summary

**What is the relationship between past greenhouse gas concentrations and climate?**

- The sustained rate of increase over the past century in the combined radiative forcing from the three well-mixed greenhouse gases carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) is *very likely* unprecedented in at least the past 16 kyr. Pre-industrial variations of atmospheric greenhouse gas concentrations observed during the last 10 kyr were small compared to industrial era greenhouse gas increases, and were *likely* mostly due to natural processes.

- It is *very likely* that the current atmospheric concentrations of $CO_2$ (379 ppm) and $CH_4$ (1,774 ppb) exceed by far the natural range of the last 650 kyr. Ice core data indicate that $CO_2$ varied within a range of 180 to 300 ppm and $CH_4$ within 320 to 790 ppb over this period. Over the same period, antarctic temperature and $CO_2$ concentrations co-vary, indicating a close relationship between climate and the carbon cycle.

- It is *very likely* that glacial-interglacial $CO_2$ variations have strongly amplified climate variations, but it is *unlikely* that $CO_2$ variations have triggered the end of glacial periods. Antarctic temperature started to rise several centuries before atmospheric $CO_2$ during past glacial terminations.

- It is *likely* that earlier periods with higher than present atmospheric $CO_2$ concentrations were warmer than present. This is the case both for climate states over millions of years (e.g., in the Pliocene, about 5 to 3 Ma) and for warm events lasting a few hundred thousand years (i.e., the Palaeocene-Eocene Thermal Maximum, 55 Ma). In each of these two cases, warming was *likely* strongly amplified at high northern latitudes relative to lower latitudes.

**What is the significance of glacial-interglacial climate variability?**

- Climate models indicate that the Last Glacial Maximum (about 21 ka) was 3°C to 5°C cooler than the present due to changes in greenhouse gas forcing and ice sheet conditions. Including the effects of atmospheric dust content and vegetation changes gives an additional 1°C to 2°C global cooling, although scientific understanding of these effects is very low. It is *very likely* that the global warming of 4°C to 7°C since the Last Glacial Maximum occurred at an average rate about 10 times slower than the warming of the 20th century.

- For the Last Glacial Maximum, proxy records for the ocean indicate cooling of tropical sea surface temperatures (average *likely* between 2°C and 3°C) and much greater cooling and expanded sea ice over the high-latitude oceans. Climate models are able to simulate the magnitude of these latitudinal ocean changes in response to the estimated Earth orbital, greenhouse gas and land surface changes for this period, and thus indicate that they adequately represent many of the major processes that determine this past climate state.

- Last Glacial Maximum land data indicate significant cooling in the tropics (up to 5°C) and greater magnitudes at high latitudes. Climate models vary in their capability to simulate these responses.

- It is *virtually certain* that global temperatures during coming centuries will not be significantly influenced by a natural orbitally induced cooling. It is *very unlikely* that the Earth would naturally enter another ice age for at least 30 kyr.

- During the last glacial period, abrupt regional warmings (likely up to 16°C within decades over Greenland) and coolings occurred repeatedly over the North Atlantic region. They *likely* had global linkages, such as with major shifts in tropical rainfall patterns. It is *unlikely* that these events were associated with large changes in global mean surface temperature, but instead *likely* involved a redistribution of heat within the climate system associated with changes in the Atlantic Ocean circulation.

- Global sea level was *likely* between 4 and 6 m higher during the last interglacial period, about 125 ka, than in the 20th century. In agreement with palaeoclimatic evidence, climate models simulate arctic summer warming of up to 5°C during the last interglacial. The inferred warming was largest over Eurasia and northern Greenland, whereas the summit of Greenland was simulated to be 2°C to 5°C higher than present. This is consistent with ice sheet modelling suggestions that large-scale retreat of the south Greenland Ice Sheet and other arctic ice fields *likely* contributed a maximum of 2 to 4 m of sea level rise during the last interglacial, with most of any remainder *likely* coming from the Antarctic Ice Sheet.

**What does the study of the current interglacial climate show?**

- Centennial-resolution palaeoclimatic records provide evidence for regional and transient pre-industrial warm periods over the last 10 kyr, but it is *unlikely* that any of these commonly cited periods were globally synchronous. Similarly, although individual decadal-resolution interglacial palaeoclimatic records support the existence of regional quasi-periodic climate variability, it is *unlikely*

that any of these regional signals were coherent at the global scale, or are capable of explaining the majority of global warming of the last 100 years.

- Glaciers in several mountain regions of the Northern Hemisphere retreated in response to orbitally forced regional warmth between 11 and 5 ka, and were smaller (or even absent) at times prior to 5 ka than at the end of the 20th century. The present day near-global retreat of mountain glaciers cannot be attributed to the same natural causes, because the decrease of summer insolation during the past few millennia in the Northern Hemisphere should be favourable to the growth of the glaciers.

- For the mid-Holocene (about 6 ka), GCMs are able to simulate many of the robust qualitative large-scale features of observed climate change, including mid-latitude warming with little change in global mean temperature (<0.4°C), as well as altered monsoons, consistent with the understanding of orbital forcing. For the few well-documented areas, models tend to underestimate hydrological change. Coupled climate models perform generally better than atmosphere-only models, and reveal the amplifying roles of ocean and land surface feedbacks in climate change.

- Climate and vegetation models simulate past northward shifts of the boreal treeline under warming conditions. Palaeoclimatic results also indicated that these treeline shifts *likely* result in significant positive climate feedback. Such models are also capable of simulating changes in the vegetation structure and terrestrial carbon storage in association with large changes in climate boundary conditions and forcings (i.e., ice sheets, orbital variations).

- Palaeoclimatic observations indicate that abrupt decadal- to centennial-scale changes in the regional frequency of tropical cyclones, floods, decadal droughts and the intensity of the African-Asian summer monsoon *very likely* occurred during the past 10 kyr. However, the mechanisms behind these abrupt shifts are not well understood, nor have they been thoroughly investigated using current climate models.

### How does the 20th-century climate change compare with the climate of the past 2,000 years?

- It is *very likely* that the average rates of increase in $CO_2$, as well as in the combined radiative forcing from $CO_2$, $CH_4$ and $N_2O$ concentration increases, have been at least five times faster over the period from 1960 to 1999 than over any other 40-year period during the past two millennia prior to the industrial era.

- Ice core data from Greenland and Northern Hemisphere mid-latitudes show a *very likely* rapid post-industrial era increase in sulphate concentrations above the pre-industrial background.

- Some of the studies conducted since the Third Assessment Report (TAR) indicate greater multi-centennial Northern Hemisphere temperature variability over the last 1 kyr than was shown in the TAR, demonstrating a sensitivity to the particular proxies used, and the specific statistical methods of processing and/or scaling them to represent past temperatures. The additional variability shown in some new studies implies mainly cooler temperatures (predominantly in the 12th to 14th, 17th and 19th centuries), and only one new reconstruction suggests slightly warmer conditions (in the 11th century, but well within the uncertainty range indicated in the TAR).

- The TAR pointed to the 'exceptional warmth of the late 20th century, relative to the past 1,000 years'. Subsequent evidence has strengthened this conclusion. It is *very likely* that average Northern Hemisphere temperatures during the second half of the 20th century were higher than for any other 50-year period in the last 500 years. It is also *likely* that this 50-year period was the warmest Northern Hemisphere period in the last 1.3 kyr, and that this warmth was more widespread than during any other 50-year period in the last 1.3 kyr. These conclusions are most robust for summer in extratropical land areas, and for more recent periods because of poor early data coverage.

- The small variations in pre-industrial $CO_2$ and $CH_4$ concentrations over the past millennium are consistent with millennial-length proxy Northern Hemisphere temperature reconstructions; climate variations larger than indicated by the reconstructions would *likely* yield larger concentration changes. The small pre-industrial greenhouse gas variations also provide indirect evidence for a limited range of decadal- to centennial-scale variations in global temperature.

- Palaeoclimate model simulations are broadly consistent with the reconstructed NH temperatures over the past 1 kyr. The rise in surface temperatures since 1950 *very likely* cannot be reproduced without including anthropogenic greenhouse gases in the model forcings, and it is *very unlikely* that this warming was merely a recovery from a pre-20th century cold period.

- Knowledge of climate variability over the last 1 kyr in the Southern Hemisphere and tropics is very limited by the low density of palaeoclimatic records.

- Climate reconstructions over the past millennium indicate with *high confidence* more varied spatial climate teleconnections related to the El Niño-Southern Oscillation than are represented in the instrumental record of the 20th century.

- The palaeoclimate records of northern and eastern Africa, as well as the Americas, indicate with *high confidence* that droughts lasting decades or longer were a recurrent feature of climate in these regions over the last 2 kyr.

**What does the palaeoclimatic record reveal about feedback, biogeochemical and biogeophysical processes?**

- The widely accepted orbital theory suggests that glacial-interglacial cycles occurred in response to orbital forcing. The large response of the climate system implies a strong positive amplification of this forcing. This amplification has *very likely* been influenced mainly by changes in greenhouse gas concentrations and ice sheet growth and decay, but also by ocean circulation and sea ice changes, biophysical feedbacks and aerosol (dust) loading.

- It is *virtually certain* that millennial-scale changes in atmospheric $CO_2$ associated with individual antarctic warm events were less than 25 ppm during the last glacial period. This suggests that the associated changes in North Atlantic Deep Water formation and in the large-scale deposition of wind-borne iron in the Southern Ocean had limited impact on $CO_2$.

- It is *very likely* that marine carbon cycle processes were primarily responsible for the glacial-interglacial $CO_2$ variations. The quantification of individual marine processes remains a difficult problem.

- Palaeoenvironmental data indicate that regional vegetation composition and structure are *very likely* sensitive to climate change, and in some cases can respond to climate change within decades.

## 6.1    Introduction

This chapter assesses palaeoclimatic data and knowledge of how the climate system changes over interannual to millennial time scales, and how well these variations can be simulated with climate models. Additional palaeoclimatic perspectives are included in other chapters.

Palaeoclimate science has made significant advances since the 1970s, when a primary focus was on the origin of the ice ages, the possibility of an imminent future ice age, and the first explorations of the so-called Little Ice Age and Medieval Warm Period. Even in the first IPCC assessment (IPCC, 1990), many climatic variations prior to the instrumental record were not that well known or understood. Fifteen years later, understanding is much improved, more quantitative and better integrated with respect to observations and modelling.

After a brief overview of palaeoclimatic methods, including their strengths and weaknesses, this chapter examines the palaeoclimatic record in chronological order, from oldest to youngest. This approach was selected because the climate system varies and changes over all time scales, and it is instructive to understand the contributions that lower-frequency patterns of climate change might make in influencing higher-frequency patterns of variability and change. In addition, an examination of how the climate system has responded to large changes in climate forcing in the past is useful in assessing how the same climate system might respond to the large anticipated forcing changes in the future.

Cutting across this chronologically based presentation are assessments of climate forcing and response, and of the ability of state-of-the-art climate models to simulate the responses. Perspectives from palaeoclimatic observations, theory and modelling are integrated wherever possible to reduce uncertainty in the assessment. Several sections also assess the latest developments in the rapidly advancing area of abrupt climate change, that is, forced or unforced climatic change that involves crossing a threshold to a new climate regime (e.g., new mean state or character of variability), often where the transition time to the new regime is short relative to the duration of the regime (Rahmstorf, 2001; Alley et al., 2003; Overpeck and Trenberth, 2004).

## 6.2    Palaeoclimatic Methods

### 6.2.1    Methods – Observations of Forcing and Response

The field of palaeoclimatology has seen significant methodological advances since the Third Assessment Report (TAR), and the purpose of this section is to emphasize these advances while giving an overview of the methods underlying the data used in this chapter. Many critical methodological details are presented in subsequent sections where needed.

Thus, this methods section is designed to be more general, and to give readers more insight to and confidence in the findings of the chapter. Readers are referred to several useful books and special issues of journals for additional methodological detail (Bradley, 1999; Cronin, 1999; Fischer and Wefer, 1999; Ruddiman and Thomson, 2001; Alverson et al., 2003; Mackay et al., 2003; Kucera et al., 2005; NRC, 2006).

#### 6.2.1.1    How are Past Climate Forcings Known?

Time series of astronomically driven insolation change are well known and can be calculated from celestial mechanics (see Section 6.4, Box 6.1). The methods behind reconstructions of past solar and volcanic forcing continue to improve, although important uncertainties still exist (see Section 6.6).

#### 6.2.1.2    How are Past Changes in Global Atmospheric Composition Known?

Perhaps one of the most important aspects of modern palaeoclimatology is that it is possible to derive time series of atmospheric trace gases and aerosols for the period from about 650 kyr to the present from air trapped in polar ice and from the ice itself (see Sections 6.4 to 6.6 for more methodological citations). As is common in palaeoclimatic studies of the Late Quaternary, the quality of forcing and response series are verified against recent (i.e., post-1950) measurements made by direct instrumental sampling. Section 6.3 cites several papers that reveal how atmospheric $CO_2$ concentrations can be inferred back millions of years, with much lower precision than the ice core estimates. As is common across all aspects of the field, palaeoclimatologists seldom rely on one method or proxy, but rather on several. This provides a richer and more encompassing view of climatic change than would be available from a single proxy. In this way, results can be cross-checked and uncertainties understood. In the case of pre-Quaternary carbon dioxide ($CO_2$), multiple geochemical and biological methods provide reasonable constraints on past $CO_2$ variations, but, as pointed out in Section 6.3, the quality of the estimates is somewhat limited.

#### 6.2.1.3    How Precisely Can Palaeoclimatic Records of Forcing and Response be Dated?

Much has been researched and written on the dating methods associated with palaeoclimatic records, and readers are referred to the background books cited above for more detail. In general, dating accuracy gets weaker farther back in time and dating methods often have specific ranges where they can be applied. Tree ring records are generally the most accurate, and are accurate to the year, or season of a year (even back thousands of years). There are a host of other proxies that also have annual layers or bands (e.g., corals, varved sediments, some cave deposits, some ice cores) but the age models associated with these are not always exact to a specific year. Palaeoclimatologists strive to generate age information from multiple sources to

reduce age uncertainty, and palaeoclimatic interpretations must take into account uncertainties in time control.

There continue to be significant advances in radiometric dating. Each radiometric system has ranges over which the system is useful, and palaeoclimatic studies almost always publish analytical uncertainties. Because there can be additional uncertainties, methods have been developed for checking assumptions and cross verifying with independent methods. For example, secular variations in the radiocarbon clock over the last 12 kyr are well known, and fairly well understood over the last 35 kyr. These variations, and the quality of the radiocarbon clock, have both been well demonstrated via comparisons with age models derived from precise tree ring and varved sediment records, as well as with age determinations derived from independent radiometric systems such as uranium series. However, for each proxy record, the quality of the radiocarbon chronology also depends on the density of dates, the material available for dating and knowledge about the radiocarbon age of the carbon that was incorporated into the dated material.

### 6.2.1.4    *How Can Palaeoclimatic Proxy Methods Be Used to Reconstruct Past Climate Dynamics?*

Most of the methods behind the palaeoclimatic reconstructions assessed in this chapter are described in some detail in the aforementioned books, as well as in the citations of each chapter section. In some sections, important methodological background and controversies are discussed where such discussions help assess palaeoclimatic uncertainties.

Palaeoclimatic reconstruction methods have matured greatly in the past decades, and range from direct measurements of past change (e.g., ground temperature variations, gas content in ice core air bubbles, ocean sediment pore-water change and glacier extent changes) to proxy measurements involving the change in chemical, physical and biological parameters that reflect – often in a quantitative and well-understood manner – past change in the environment where the proxy carrier grew or existed. In addition to these methods, palaeoclimatologists also use documentary data (e.g., in the form of specific observations, logs and crop harvest data) for reconstructions of past climates. While a number of uncertainties remain, it is now well accepted and verified that many organisms (e.g., trees, corals, plankton, insects and other organisms) alter their growth and/or population dynamics in response to changing climate, and that these climate-induced changes are well recorded in the past growth of living and dead (fossil) specimens or assemblages of organisms. Tree rings, ocean and lake plankton and pollen are some of the best-known and best-developed proxy sources of past climate going back centuries and millennia. Networks of tree ring width and density chronologies are used to infer past temperature and moisture changes based on comprehensive calibration with temporally overlapping instrumental data. Past distributions of pollen and plankton from sediment cores can be used to derive quantitative estimates of past climate (e.g., temperatures, salinity and precipitation) via statistical methods calibrated against their modern distribution and associated climate

parameters. The chemistry of several biological and physical entities reflects well-understood thermodynamic processes that can be transformed into estimates of climate parameters such as temperature. Key examples include: oxygen (O) isotope ratios in coral and foraminiferal carbonate to infer past temperature and salinity; magnesium/calcium (Mg/Ca) and strontium/calcium (Sr/Ca) ratios in carbonate for temperature estimates; alkenone saturation indices from marine organic molecules to infer past sea surface temperature (SST); and O and hydrogen isotopes and combined nitrogen and argon isotope studies in ice cores to infer temperature and atmospheric transport. Lastly, many physical systems (e.g., sediments and aeolian deposits) change in predictable ways that can be used to infer past climate change. There is ongoing work on further development and refinement of methods, and there are remaining research issues concerning the degree to which the methods have spatial and seasonal biases. Therefore, in many recent palaeoclimatic studies, a combination of methods is applied since multi-proxy series provide more rigorous estimates than a single proxy approach, and the multi-proxy approach may identify possible seasonal biases in the estimates. No palaeoclimatic method is foolproof, and knowledge of the underlying methods and processes is required when using palaeoclimatic data.

The field of palaeoclimatology depends heavily on replication and cross-verification between palaeoclimate records from independent sources in order to build confidence in inferences about past climate variability and change. In this chapter, the most weight is placed on those inferences that have been made with particularly robust or replicated methodologies.

### 6.2.2    Methods – Palaeoclimate Modelling

Climate models are used to simulate episodes of past climate (e.g., the Last Glacial Maximum, the last interglacial period or abrupt climate events) to help understand the mechanisms of past climate changes. Models are key to testing physical hypotheses, such as the Milankovitch theory (Section 6.4, Box 6.1), quantitatively. Models allow the linkage of cause and effect in past climate change to be investigated. Models also help to fill the gap between the local and global scale in palaeoclimate, as palaeoclimatic information is often sparse, patchy and seasonal. For example, long ice core records show a strong correlation between local temperature in Antarctica and the globally mixed gases $CO_2$ and methane, but the causal connections between these variables are best explored with the help of models. Developing a quantitative understanding of mechanisms is the most effective way to learn from past climate for the future, since there are probably no direct analogues of the future in the past.

At the same time, palaeoclimate reconstructions offer the possibility of testing climate models, particularly if the climate forcing can be appropriately specified, and the response is sufficiently well constrained. For earlier climates (i.e., before the current 'Holocene' interglacial), forcing and responses cover a much larger range, but data are more sparse and uncertain, whereas for recent millennia more records are

available, but forcing and response are much smaller. Testing models with palaeoclimatic data is important, as not all aspects of climate models can be tested against instrumental climate data. For example, good performance for present climate is not a conclusive test for a realistic sensitivity to $CO_2$ – to test this, simulation of a climate with a very different $CO_2$ level can be used. In addition, many parametrizations describing sub-grid scale processes (e.g., cloud parameters, turbulent mixing) have been developed using present-day observations; hence climate states not used in model development provide an independent benchmark for testing models. Palaeoclimate data are key to evaluating the ability of climate models to simulate realistic climate change.

In principle the same climate models that are used to simulate present-day climate, or scenarios for the future, are also used to simulate episodes of past climate, using differences in prescribed forcing and (for the deep past) in configuration of oceans and continents. The full spectrum of models (see Chapter 8) is used (Claussen et al., 2002), ranging from simple conceptual models, through Earth System Models of Intermediate Complexity (EMICs) and coupled General Circulation Models (GCMs). Since long simulations (thousands of years) can be required for some palaeoclimatic applications, and computer power is still a limiting factor, relatively 'fast' coupled models are often used. Additional components that are not standard in models used for simulating present climate are also increasingly added for palaeoclimate applications, for example, continental ice sheet models or components that track the stable isotopes in the climate system (LeGrande et al., 2006). Vegetation modules as well as terrestrial and marine ecosystem modules are increasingly included, both to capture biophysical and biogeochemical feedbacks to climate, and to allow for validation of models against proxy palaeoecological (e.g., pollen) data. The representation of biogeochemical tracers and processes is a particularly important new advance for palaeoclimatic model simulations, as a rich body of information on past climate has emerged from palaeoenvironmental records that are intrinsically linked to the cycling of carbon and other nutrients.

## 6.3    The Pre-Quaternary Climates

### 6.3.1    What is the Relationship Between Carbon Dioxide and Temperature in this Time Period?

Pre-Quaternary climates prior to 2.6 Ma (e.g., Figure 6.1) were mostly warmer than today and associated with higher $CO_2$ levels. In that sense, they have certain similarities with the anticipated future climate change (although the global biology and geography were increasingly different further back in time). In general, they verify that warmer climates are to be expected with increased greenhouse gas concentrations. Looking back in time beyond the reach of ice cores, that is, prior to about

1 Ma, data on greenhouse gas concentrations in the atmosphere become much more uncertain. However, there are ongoing efforts to obtain quantitative reconstructions of the warm climates over the past 65 Myr and the following subsections discuss two particularly relevant climate events of this period.

How accurately is the relationship between $CO_2$ and temperature known? There are four primary proxies used for pre-Quaternary $CO_2$ levels (Jasper and Hayes, 1990; Royer et al., 2001; Royer, 2003). Two proxies apply the fact that biological entities in soils and seawater have carbon isotope ratios that are distinct from the atmosphere (Cerling, 1991; Freeman and Hayes, 1992; Yapp and Poths, 1992; Pagani et al., 2005). The third proxy uses the ratio of boron isotopes (Pearson and Palmer, 2000), while the fourth uses the empirical relationship between stomatal pores on tree leaves and atmospheric $CO_2$ content (McElwain and Chaloner, 1995; Royer, 2003). As shown in Figure 6.1 (bottom panel), while there is a wide range of reconstructed $CO_2$ values, magnitudes are generally higher than the interglacial, pre-industrial values seen in ice core data. Changes in $CO_2$ on these long time scales are thought to be driven by changes in tectonic processes (e.g., volcanic activity source and silicate weathering drawdown; e.g., Ruddiman, 1997). Temperature reconstructions, such as that shown in Figure 6.1 (middle panel), are derived from O isotopes (corrected for variations in the global ice volume), as well as Mg/Ca in forams and alkenones. Indicators for the presence of continental ice on Earth show that the planet was mostly ice-free during geologic history, another indication of the general warmth. Major expansion of antarctic glaciations starting around 35 to 40 Ma was likely a response, in part, to declining atmospheric $CO_2$ levels from their peak in the Cretaceous (~100 Ma) (DeConto and Pollard, 2003). The relationship between $CO_2$ and temperature can be traced further back in time as indicated in Figure 6.1 (top panel), which shows that the warmth of the Mesozoic Era (230–65 Ma) was likely associated with high levels of $CO_2$ and that the major glaciations around 300 Ma likely coincided with low $CO_2$ concentrations relative to surrounding periods.

### 6.3.2    What Does the Record of the Mid-Pliocene Show?

The Mid-Pliocene (about 3.3 to 3.0 Ma) is the most recent time in Earth's history when mean global temperatures were substantially warmer for a sustained period (estimated by GCMs to be about 2°C to 3°C above pre-industrial temperatures; Chandler et al., 1994; Sloan et al., 1996; Haywood et al., 2000; Jiang et al., 2005), providing an accessible example of a world that is similar in many respects to what models estimate could be the Earth of the late 21st century. The Pliocene is also recent enough that the continents and ocean basins had nearly reached their present geographic configuration. Taken together, the average of the warmest times during the middle Pliocene presents a view of the equilibrium state of a globally warmer world, in which atmospheric $CO_2$ concentrations (estimated



**Figure 6.1.** *(Top) Atmospheric $CO_2$ and continental glaciation 400 Ma to present. Vertical blue bars mark the timing and palaeolatitudinal extent of ice sheets (after Crowley, 1998). Plotted $CO_2$ records represent five-point running averages from each of the four major proxies (see Royer, 2006 for details of compilation). Also plotted are the plausible ranges of $CO_2$ from the geochemical carbon cycle model GEOCARB III (Berner and Kothavala, 2001). All data have been adjusted to the Gradstein et al. (2004) time scale. (Middle) Global compilation of deep-sea benthic foraminifera $^{18}O$ isotope records from 40 Deep Sea Drilling Program and Ocean Drilling Program sites (Zachos et al., 2001) updated with high-resolution records for the Eocene through Miocene interval (Billups et al., 2002; Bohaty and Zachos, 2003; Lear et al., 2004). Most data were derived from analyses of two common and long-lived benthic taxa, Cibicidoides and Nuttallides. To correct for genus-specific isotope vital effects, the $^{18}O$ values were adjusted by +0.64 and +0.4 (Shackleton et al., 1984), respectively. The ages are relative to the geomagnetic polarity time scale of Berggren et al. (1995). The raw data were smoothed using a five-point running mean, and curve-fitted with a locally weighted mean. The $^{18}O$ temperature values assume an ice-free ocean (−1.0‰ Standard Mean Ocean Water), and thus only apply to the time preceding large-scale antarctic glaciation (~35 Ma). After the early Oligocene much of the variability (~70%) in the $^{18}O$ record reflects changes in antarctic and Northern Hemisphere ice volume, which is represented by light blue horizontal bars (e.g., Hambrey et al., 1991; Wise et al., 1991; Ehrmann and Mackensen, 1992). Where the bars are dashed, they represent periods of ephemeral ice or ice sheets smaller than present, while the solid bars represent ice sheets of modern or greater size. The evolution and stability of the West Antarctic Ice Sheet (e.g., Lemasurier and Rocchi, 2005) remains an important area of uncertainty that could affect estimates of future sea level rise. (Bottom) Detailed record of $CO_2$ for the last 65 Myr. Individual records of $CO_2$ and associated errors are colour-coded by proxy method; when possible, records are based on replicate samples (see Royer, 2006 for details and data references). Dating errors are typically less than ±1 Myr. The range of error for each $CO_2$ proxy varies considerably, with estimates based on soil nodules yielding the greatest uncertainty. Also plotted are the plausible ranges of $CO_2$ from three geochemical carbon cycle models.*

441

to be between 360 to 400 ppm) were likely higher than pre-industrial values (Raymo and Rau, 1992; Raymo et al., 1996), and in which geologic evidence and isotopes agree that sea level was at least 15 to 25 m above modern levels (Dowsett and Cronin, 1990; Shackleton et al., 1995), with correspondingly reduced ice sheets and lower continental aridity (Guo et al., 2004).

Both terrestrial and marine palaeoclimate proxies (Thompson, 1991; Dowsett et al., 1996; Thompson and Fleming, 1996) show that high latitudes were significantly warmer, but that tropical SSTs and surface air temperatures were little different from the present. The result was a substantial decrease in the lower-tropospheric latitudinal temperature gradient. For example, atmospheric GCM simulations driven by reconstructed SSTs from the Pliocene Research Interpretations and Synoptic Mapping Group (Dowsett et al., 1996; Dowsett et al., 2005) produced winter surface air temperature warming of 10°C to 20°C at high northern latitudes with 5°C to 10°C increases over the northern North Atlantic (~60°N), whereas there was essentially no tropical surface air temperature change (or even slight cooling) (Chandler et al., 1994; Sloan et al., 1996; Haywood et al., 2000, Jiang et al., 2005). In contrast, a coupled atmosphere-ocean experiment with an atmospheric $CO_2$ concentration of 400 ppm produced warming relative to pre-industrial times of 3°C to 5°C in the northern North Atlantic, and 1°C to 3°C in the tropics (Haywood et al., 2005), generally similar to the response to higher $CO_2$ discussed in Chapter 10.

The estimated lack of tropical warming is a result of basing tropical SST reconstructions on marine microfaunal evidence. As in the case of the Last Glacial Maximum (see Section 6.4), it is uncertain whether tropical sensitivity is really as small as such reconstructions suggest. Haywood et al. (2005) found that alkenone estimates of tropical and subtropical temperatures do indicate warming in these regions, in better agreement with GCM simulations from increased $CO_2$ forcing (see Chapter 10). As in the study noted above, climate models cannot produce a response to increased $CO_2$ with large high-latitude warming, and yet minimal tropical temperature change, without strong increases in ocean heat transport (Rind and Chandler, 1991).

The substantial high-latitude response is shown by both marine and terrestrial palaeodata, and it may indicate that high latitudes are more sensitive to increased $CO_2$ than model simulations suggest for the 21st century. Alternatively, it may be the result of increased ocean heat transports due to either an enhanced thermohaline circulation (Raymo et al., 1989; Rind and Chandler, 1991) or increased flow of surface ocean currents due to greater wind stresses (Ravelo et al., 1997; Haywood et al., 2000), or associated with the reduced extent of land and sea ice (Jansen et al., 2000; Knies et al., 2002; Haywood et al., 2005). Currently available proxy data are equivocal concerning a possible increase in the intensity of the meridional overturning cell for either transient or equilibrium climate states during the Pliocene, although an increase would contrast with the North Atlantic transient deep-water production decreases that are found in most coupled model simulations for the 21st century

(see Chapter 10). The transient response is likely to be different from an equilibrium response as climate warms. Data are just beginning to emerge that describe the deep ocean state during the Pliocene (Cronin et al., 2005). Understanding the climate distribution and forcing for the Pliocene period may help improve predictions of the likely response to increased $CO_2$ in the future, including the ultimate role of the ocean circulation in a globally warmer world.

### 6.3.3   What Does the Record of the Palaeocene-Eocene Thermal Maximum Show?

Approximately 55 Ma, an abrupt warming (in this case of the order of 1 to 10 kyr) by several degrees celsius is indicated by changes in $^{18}O$ isotope and Mg/Ca records (Kennett and Stott, 1991; Zachos et al., 2003; Tripati and Elderfield, 2004). The warming and associated environmental impact was felt at all latitudes, and in both the surface and deep ocean. The warmth lasted approximately 100 kyr. Evidence for shifts in global precipitation patterns is present in a variety of fossil records including vegetation (Wing et al., 2005). The climate anomaly, along with an accompanying carbon isotope excursion, occurred at the boundary between the Palaeocene and Eocene epochs, and is therefore often referred to as the Palaeocene-Eocene Thermal Maximum (PETM). The thermal maximum clearly stands out in high-resolution records of that time (Figure 6.2). At the same time, $^{13}C$ isotopes in marine and continental records show that a large mass of carbon with low $^{13}C$ concentration must have been released into the atmosphere and ocean. The mass of carbon was sufficiently large to lower the pH of the ocean and drive widespread dissolution of seafloor carbonates (Zachos et al., 2005). Possible sources for this carbon could have been methane ($CH_4$) from decomposition of clathrates on the sea floor, $CO_2$ from volcanic activity, or oxidation of sediments rich in organic matter (Dickens et al., 1997; Kurtz et al., 2003; Svensen et al., 2004). The PETM, which altered ecosystems worldwide (Koch et al., 1992; Bowen et al., 2002; Bralower, 2002; Crouch et al., 2003; Thomas, 2003; Bowen et al., 2004; Harrington et al., 2004), is being intensively studied as it has some similarity with the ongoing rapid release of carbon into the atmosphere by humans. The estimated magnitude of carbon release for this time period is of the order of 1 to $2 \times 10^{18}$ g of carbon (Dickens et al., 1997), a similar magnitude to that associated with greenhouse gas releases during the coming century. Moreover, the period of recovery through natural carbon sequestration processes, about 100 kyr, is similar to that forecast for the future. As in the case of the Pliocene, the high-latitude warming during this event was substantial (~20°C; Moran et al., 2006) and considerably higher than produced by GCM simulations for the event (Sluijs et al., 2006) or in general for increased greenhouse gas experiments (Chapter 10). Although there is still too much uncertainty in the data to derive a quantitative estimate of climate sensitivity from the PETM, the event is a striking example of massive carbon release and related extreme climatic warming.



**Figure 6.2.** *The Palaeocene-Eocene Thermal Maximum as recorded in benthic (bottom dwelling) foraminifer (Nuttallides truempyi) isotopic records from sites in the Antarctic, south Atlantic and Pacific (see Zachos et al., 2003 for details). The rapid decrease in carbon isotope ratios in the top panel is indicative of a large increase in atmospheric greenhouse gases $CO_2$ and $CH_4$ that was coincident with an approximately 5°C global warming (centre panel). Using the carbon isotope records, numerical models show that $CH_4$ released by the rapid decomposition of marine hydrates might have been a major component (~2,000 GtC) of the carbon flux (Dickens and Owen, 1996). Testing of this and other models requires an independent constraint on the carbon fluxes. In theory, much of the additional greenhouse carbon would have been absorbed by the ocean, thereby lowering seawater pH and causing widespread dissolution of seafloor carbonates. Such a response is evident in the lower panel, which shows a transient reduction in the carbonate ($CaCO_3$) content of sediments in two cores from the south Atlantic (Zachos et al., 2004, 2005). The observed patterns indicate that the ocean's carbonate saturation horizon rapidly shoaled more than 2 km, and then gradually recovered as buffering processes slowly restored the chemical balance of the ocean. Initially, most of the carbonate dissolution is of sediment deposited prior to the event, a process that offsets the apparent timing of the dissolution horizon relative to the base of the benthic foraminifer carbon isotope excursion. Model simulations show that the recovery of the carbonate saturation horizon should precede the recovery in the carbon isotopes by as much as 100 kyr (Dickens and Owen, 1996), another feature that is evident in the sediment records.*

Palaeoclimate

Chapter 6

## 6.4   Glacial-Interglacial Variability and Dynamics

### 6.4.1   Climate Forcings and Responses Over Glacial-Interglacial Cycles

Palaeoclimatic records document a sequence of glacial-interglacial cycles covering the last 740 kyr in ice cores (EPICA community members, 2004), and several million years in deep oceanic sediments (Lisiecki and Raymo, 2005) and loess (Ding et al., 2002). The last 430 kyr, which are the best documented, are characterised by 100-kyr glacial-interglacial cycles of very large amplitude, as well as large climate changes corresponding to other orbital periods (Hays et al., 1976; Box 6.1), and at millennial time scales (McManus et al., 2002; NorthGRIP, 2004). A minor proportion (20% on average) of each glacial-interglacial cycle was spent in the warm interglacial mode, which normally lasted for 10 to 30 kyr (Figure 6.3). There is

evidence for longer interglacial periods between 430 and 740 ka, but these were apparently colder than the typical interglacials of the latest Quaternary (EPICA community members, 2004). The Holocene, the latest of these interglacials, extends to the present.

The ice core record indicates that greenhouse gases co-varied with antarctic temperature over glacial-interglacial cycles, suggesting a close link between natural atmospheric greenhouse gas variations and temperature (Box 6.2). Variations in $CO_2$ over the last 420 kyr broadly followed antarctic temperature, typically by several centuries to a millennium (Mudelsee, 2001). The sequence of climatic forcings and responses during deglaciations (transitions from full glacial conditions to warm interglacials) are well documented. High-resolution ice core records of temperature proxies and $CO_2$ during deglaciation indicates that antarctic temperature starts to rise several hundred years before $CO_2$ (Monnin et al., 2001; Caillon et al., 2003). During the last deglaciation, and likely also the three previous ones, the onset of warming at both high southern and northern



Figure 6.3. Variations of deuterium (δD; black), a proxy for local temperature, and the atmospheric concentrations of the greenhouse gases $CO_2$ (red), $CH_4$ (blue), and nitrous oxide ($N_2O$; green) derived from air trapped within ice cores from Antarctica and from recent atmospheric measurements (Petit et al., 1999; Indermühle et al., 2000; EPICA community members, 2004; Spahni et al., 2005; Siegenthaler et al., 2005a,b). The shading indicates the last interglacial warm periods. Interglacial periods also existed prior to 450 ka, but these were apparently colder than the typical interglacials of the latest Quaternary. The length of the current interglacial is not unusual in the context of the last 650 kyr. The stack of 57 globally distributed benthic δ¹⁸O marine records (dark grey), a proxy for global ice volume fluctuations (Lisiecki and Raymo, 2005), is displayed for comparison with the ice core data. Downward trends in the benthic δ¹⁸O curve reflect increasing ice volumes on land. Note that the shaded vertical bars are based on the ice core age model (EPICA community members, 2004), and that the marine record is plotted on its original time scale based on tuning to the orbital parameters (Lisiecki and Raymo, 2005). The stars and labels indicate atmospheric concentrations at year 2000.

## Box 6.1: Orbital Forcing

It is well known from astronomical calculations (Berger, 1978) that periodic changes in parameters of the orbit of the Earth around the Sun modify the seasonal and latitudinal distribution of incoming solar radiation at the top of the atmosphere (hereafter called 'insolation'). Past and future changes in insolation can be calculated over several millions of years with a high degree of confidence (Berger and Loutre, 1991; Laskar et al., 2004). This box focuses on the time period from the past 800 kyr to the next 200 kyr.

Over this time interval, the obliquity (tilt) of the Earth axis varies between 22.05° and 24.50° with a strong quasi-periodicity around 41 kyr. Changes in obliquity have an impact on seasonal contrasts. This parameter also modulates annual mean insolation changes with opposite effects in low vs. high latitudes (and therefore no effect on global average insolation). Local annual mean insolation changes remain below 6 W m$^{-2}$.

The eccentricity of the Earth's orbit around the Sun has longer quasi-periodicities at 400 and around 100 kyr, and varies between values of about 0.002 and 0.050 during the time period from 800 ka to 200 kyr in the future. Changes in eccentricity alone modulate the Sun-Earth distance and have limited impacts on global and annual mean insolation. However, changes in eccentricity affect the intra-annual changes in the Sun-Earth distance and thereby modulate significantly the seasonal and latitudinal effects induced by obliquity and climatic precession.

Associated with the general precession of the equinoxes and the longitude of perihelion, periodic shifts in the position of solstices and equinoxes on the orbit relative to the perihelion occur, and these modulate the seasonal cycle of insolation with periodicities of about 19 and about 23 kyr. As a result, changes in the position of the seasons on the orbit strongly modulate the latitudinal and seasonal distribution of insolation. When averaged over a season, insolation changes can reach 60 W m$^{-2}$ (Box 6.1, Figure 1). During periods of low eccentricity, such as about 400 ka and during the next 100 kyr, seasonal insolation changes induced by precession are less strong than during periods of larger eccentricity (Box 6.1, Figure 1). High-frequency variations of orbital variations appear to be associated with very small insolation changes (Bertrand et al., 2002a).

The Milankovitch theory proposes that ice ages are triggered by minima in summer insolation near 65°N, enabling winter snowfall to persist all year and therefore accumulate to build NH glacial ice sheets. For example, the onset of the last ice age, about 116 ± 1 ka (Stirling et al., 1998), corresponds to a 65°N mid-June insolation about 40 W m$^{-2}$ lower than today (Box 6.1, Figure 1).

Studies of the link between orbital parameters and past climate changes include spectral analysis of palaeoclimatic records and the identification of orbital periodicities; precise dating of specific climatic transitions; and modelling of the climate response to orbital forcing, which highlights the role of climatic and biogeochemical feedbacks. Sections 6.4 and 6.5 describe some aspects of the state-of-the-art understanding of the relationships between orbital forcing, climate feedbacks and past climate changes.



**Box 6.1, Figure 1.** *(Left) December to February (top), annual mean (middle) and June to August (bottom) latitudinal distribution of present-day (year 1950) incoming mean solar radiation (W m$^{-2}$). (Right) Deviations with respect to the present of December to February (top), annual mean (middle) and June to August (bottom) latitudinal distribution of incoming mean solar radiation (W m$^{-2}$) from the past 500 kyr to the future 100 kyr (Berger and Loutre, 1991; Loutre et al., 2004).*

## Box 6.2: What Caused the Low Atmospheric Carbon Dioxide Concentrations During Glacial Times?

Ice core records show that atmospheric $CO_2$ varied in the range of 180 to 300 ppm over the glacial-interglacial cycles of the last 650 kyr (Figure 6.3; Petit et al., 1999; Siegenthaler et al., 2005a). The quantitative and mechanistic explanation of these $CO_2$ variations remains one of the major unsolved questions in climate research. Processes in the atmosphere, in the ocean, in marine sediments and on land, and the dynamics of sea ice and ice sheets must be considered. A number of hypotheses for the low glacial $CO_2$ concentrations have emerged over the past 20 years, and a rich body of literature is available (Webb et al., 1997; Broecker and Henderson, 1998; Archer et al., 2000; Sigman and Boyle, 2000; Kohfeld et al., 2005). Many processes have been identified that could potentially regulate atmospheric $CO_2$ on glacial-interglacial time scales. However, the existing proxy data with which to test hypotheses are relatively scarce, uncertain, and their interpretation is partly conflicting.

Most explanations propose changes in oceanic processes as the cause for low glacial $CO_2$ concentrations. The ocean is by far the largest of the relatively fast-exchanging (<1 kyr) carbon reservoirs, and terrestrial changes cannot explain the low glacial values because terrestrial storage was also low at the Last Glacial Maximum (see Section 6.4.1). On glacial-interglacial time scales, atmospheric $CO_2$ is mainly governed by the interplay between ocean circulation, marine biological activity, ocean-sediment interactions, seawater carbonate chemistry and air-sea exchange. Upon dissolution in seawater, $CO_2$ maintains an acid/base equilibrium with bicarbonate and carbonate ions that depends on the acid-titrating capacity of seawater (i.e., alkalinity). Atmospheric $CO_2$ would be higher if the ocean lacked biological activity. $CO_2$ is more soluble in colder than in warmer waters; therefore, changes in surface and deep ocean temperature have the potential to alter atmospheric $CO_2$. Most hypotheses focus on the Southern Ocean, where large volume-fractions of the cold deep-water masses of the world ocean are currently formed, and large amounts of biological nutrients (phosphate and nitrate) upwelling to the surface remain unused. A strong argument for the importance of SH processes is the co-evolution of antarctic temperature and atmospheric $CO_2$.

One family of hypotheses regarding low glacial atmospheric $CO_2$ values invokes an increase or redistribution in the ocean alkalinity as a primary cause. Potential mechanisms are (i) the increase of calcium carbonate ($CaCO_3$) weathering on land, (ii) a decrease of coral reef growth in the shallow ocean, or (iii) a change in the export ratio of $CaCO_3$ and organic material to the deep ocean. These mechanisms require large changes in the deposition pattern of $CaCO_3$ to explain the full amplitude of the glacial-interglacial $CO_2$ difference through a mechanism called carbonate compensation (Archer et al., 2000). The available sediment data do not support a dominant role for carbonate compensation in explaining low glacial $CO_2$ levels. Furthermore, carbonate compensation may only explain slow $CO_2$ variation, as its time scale is multi-millennial.

Another family of hypotheses invokes changes in the sinking of marine plankton. Possible mechanisms include (iv) fertilization of phytoplankton growth in the Southern Ocean by increased deposition of iron-containing dust from the atmosphere after being carried by winds from colder, drier continental areas, and a subsequent redistribution of limiting nutrients; (v) an increase in the whole ocean nutrient content (e.g., through input of material exposed on shelves or nitrogen fixation); and (vi) an increase in the ratio between carbon and other nutrients assimilated in organic material, resulting in a higher carbon export per unit of limiting nutrient exported. As with the first family of hypotheses, this family of mechanisms also suffers from the inability to account for the full amplitude of the reconstructed $CO_2$ variations when constrained by the available information. For example, periods of enhanced biological production and increased dustiness (iron supply) are coincident with $CO_2$ concentration changes of 20 to 50 ppm (see Section 6.4.2, Figure 6.7). Model simulations consistently suggest a limited role for iron in regulating past atmospheric $CO_2$ concentration (Bopp et al., 2002).

Physical processes also likely contributed to the observed $CO_2$ variations. Possible mechanisms include (vii) changes in ocean temperature (and salinity), (viii) suppression of air-sea gas exchange by sea ice, and (ix) increased stratification in the Southern Ocean. The combined changes in temperature and salinity increased the solubility of $CO_2$, causing a depletion in atmospheric $CO_2$ of perhaps 30 ppm. Simulations with general circulation ocean models do not fully support the gas exchange-sea ice hypothesis. One explanation (ix) conceived in the 1980s invokes more stratification, less upwelling of carbon and nutrient-rich waters to the surface of the Southern Ocean and increased carbon storage at depth during glacial times. The stratification may have caused a depletion of nutrients and carbon at the surface, but proxy evidence for surface nutrient utilisation is controversial. Qualitatively, the slow ventilation is consistent with very saline and very cold deep waters reconstructed for the last glacial maximum (Adkins et al., 2002), as well as low glacial stable carbon isotope ratios ($^{13}C/^{12}C$) in the deep South Atlantic.

In conclusion, the explanation of glacial-interglacial $CO_2$ variations remains a difficult attribution problem. It appears likely that a range of mechanisms have acted in concert (e.g., Köhler et al., 2005). The future challenge is not only to explain the amplitude of glacial-interglacial $CO_2$ variations, but the complex temporal evolution of atmospheric $CO_2$ and climate consistently.

latitudes preceded by several thousand years the first signals of significant sea level increase resulting from the melting of the northern ice sheets linked with the rapid warming at high northern latitudes (Petit et al., 1999; Shackleton, 2000; Pépin et al., 2001). Current data are not accurate enough to identify whether warming started earlier in the Southern Hemisphere (SH) or Northern Hemisphere (NH), but a major deglacial feature is the difference between North and South in terms of the magnitude and timing of strong reversals in the warming trend, which are not in phase between the hemispheres and are more pronounced in the NH (Blunier and Brook, 2001).

Greenhouse gas (especially $CO_2$) feedbacks contributed greatly to the global radiative perturbation corresponding to the transitions from glacial to interglacial modes (see Section 6.4.1.2). The relationship between antarctic temperature and $CO_2$ did not change significantly during the past 650 kyr, indicating a rather stable coupling between climate and the carbon cycle during the late Pleistocene (Siegenthaler et al., 2005a). The rate of change in atmospheric $CO_2$ varied considerably over time. For example, the $CO_2$ increase from about 180 ppm at the Last Glacial Maximum to about 265 ppm in the early Holocene occurred with distinct rates over different periods (Monnin et al., 2001; Figure 6.4).

### 6.4.1.1   *How Do Glacial-Interglacial Variations in the Greenhouse Gases Carbon Dioxide, Methane and Nitrous Oxide Compare with the Industrial Era Greenhouse Gas Increase?*

The present atmospheric concentrations of $CO_2$, $CH_4$ and nitrous oxide ($N_2O$) are higher than ever measured in the ice core record of the past 650 kyr (Figures 6.3 and 6.4). The measured concentrations of the three greenhouse gases fluctuated only slightly (within 4% for $CO_2$ and $N_2O$ and within 7% for $CH_4$) over the past millennium prior to the industrial era, and also varied within a restricted range over the late Quaternary. Within the last 200 years, the late Quaternary natural range has been exceeded by at least 25% for $CO_2$, 120% for $CH_4$ and 9% for $N_2O$. All three records show effects of the large and increasing growth in anthropogenic emissions during the industrial era.

Variations in atmospheric $CO_2$ dominate the radiative forcing by all three gases (Figure 6.4). The industrial era increase in $CO_2$, and in the radiative forcing (Section 2.3) by all three gases, is similar in magnitude to the increase over the transitions from glacial to interglacial periods, but started from an interglacial level and occurred one to two orders of magnitude faster (Stocker and Monnin, 2003). There is no indication in the ice core record that an increase comparable in magnitude and rate to the industrial era has occurred in the past 650 kyr. The data resolution is sufficient to exclude with very high confidence a peak similar to the anthropogenic rise for the past 50 kyr for $CO_2$, for the past 80 kyr for $CH_4$ and for the past 16 kyr for $N_2O$. The ice core records show that during the industrial era, the average rate of increase in the radiative forcing from $CO_2$, $CH_4$ and $N_2O$ is greater than at any time during the past 16

kyr (Figure 6.4). The smoothing of the atmospheric signal (Schwander et al., 1993; Spahni et al., 2003) is small at Law Dome, a high-accumulation site in Antarctica, and decadal-scale rates of change can be computed from the Law Dome record spanning the past two millennia (Etheridge et al., 1996; Ferretti et al., 2005; MacFarling Meure et al., 2006). The average rate of increase in atmospheric $CO_2$ was at least five times larger over the period from 1960 to 1999 than over any other 40-year period during the two millennia before the industrial era. The average rate of increase in atmospheric $CH_4$ was at least six times larger, and that for $N_2O$ at least two times larger over the past four decades, than at any time during the two millennia before the industrial era. Correspondingly, the recent average rate of increase in the combined radiative forcing by all three greenhouse gases was at least six times larger than at any time during the period AD 1 to AD 1800 (Figure 6.4d).

### 6.4.1.2   *What Do the Last Glacial Maximum and the Last Deglaciation Show?*

Past glacial cold periods, sometimes referred to as 'ice ages', provide a means for evaluating the understanding and modelling of the response of the climate system to large radiative perturbations. The most recent glacial period started about 116 ka, in response to orbital forcing (Box 6.1), with the growth of ice sheets and fall of sea level culminating in the Last Glacial Maximum (LGM), around 21 ka. The LGM and the subsequent deglaciation have been widely studied because the radiative forcings, boundary conditions and climate response are relatively well known.

The response of the climate system at the LGM included feedbacks in the atmosphere and on land amplifying the orbital forcing. Concentrations of well-mixed greenhouse gases at the LGM were reduced relative to pre-industrial values (Figures 6.3 and 6.4), amounting to a global radiative perturbation of $-2.8$ W m$^{-2}$ – approximately equal to, but opposite from, the radiative forcing of these gases for the year 2000 (see Section 2.3). Land ice covered large parts of North America and Europe at the LGM, lowering sea level and exposing new land. The radiative perturbation of the ice sheets and lowered sea level, specified as a boundary condition for some LGM simulations, has been estimated to be about $-3.2$ W m$^{-2}$, but with uncertainties associated with the coverage and height of LGM continental ice (Mangerud et al., 2002; Peltier, 2004; Toracinta et al., 2004; Masson-Delmotte et al., 2006) and the parametrization of ice albedo in climate models (Taylor et al., 2000). The distribution of vegetation was altered, with tundra expanded over the northern continents and tropical rain forest reduced (Prentice et al., 2000), and atmospheric aerosols (primarily dust) were increased (Kohfeld and Harrison, 2001), partly as a consequence of reduced vegetation cover (Mahowald et al., 1999). Vegetation and atmospheric aerosols are treated as specified conditions in some LGM simulations, each contributing about $-1$ W m$^{-2}$ of radiative perturbation, but with very low scientific understanding of their radiative influence at the LGM (Claquin et al., 2003;

Palaeoclimate                                                                                           Chapter 6

Crucifix and Hewitt, 2005). Changes in biogeochemical cycles thus played an important role and contributed, through changes in greenhouse gas concentration, dust loading and vegetation cover, more than half of the known radiative perturbation during the LGM. Overall, the radiative perturbation for the changed greenhouse gas and aerosol concentrations and land surface was approximately –8 W m$^{-2}$ for the LGM, although with

significant uncertainty in the estimates for the contributions of aerosol and land surface changes (Figure 6.5).

Understanding of the magnitude of tropical cooling over land at the LGM has improved since the TAR with more records, as well as better dating and interpretation of the climate signal associated with snow line elevation and vegetation change. Reconstructions of terrestrial climate show strong spatial



**Figure 6.4.** The concentrations and radiative forcing by (a) $CO_2$, (b) $CH_4$ and (c) nitrous oxide ($N_2O$), and (d) the rate of change in their combined radiative forcing over the last 20 kyr reconstructed from antarctic and Greenland ice and firn data (symbols) and direct atmospheric measurements (red and magenta lines). The grey bars show the reconstructed ranges of natural variability for the past 650 kyr (Siegenthaler et al., 2005a; Spahni et al., 2005). Radiative forcing was computed with the simplified expressions of Chapter 2 (Myhre et al., 1998). The rate of change in radiative forcing (black line) was computed from spline fits (Enting, 1987) of the concentration data (black lines in panels a to c). The width of the age distribution of the bubbles in ice varies from about 20 years for sites with a high accumulation of snow such as Law Dome, Antarctica, to about 200 years for low-accumulation sites such as Dome C, Antarctica. The Law Dome ice and firn data, covering the past two millennia, and recent instrumental data have been splined with a cut-off period of 40 years, with the resulting rate of change in radiative forcing shown by the inset in (d). The arrow shows the peak in the rate of change in radiative forcing after the anthropogenic signals of $CO_2$, $CH_4$ and $N_2O$ have been smoothed with a model describing the enclosure process of air in ice (Spahni et al., 2003) applied for conditions at the low accumulation Dome C site for the last glacial transition. The $CO_2$ data are from Etheridge et al. (1996); Monnin et al. (2001); Monnin et al. (2004); Siegenthaler et al. (2005b; South Pole); Siegenthaler et al. (2005a; Kohnen Station); and MacFarling Meure et al. (2006). The $CH_4$ data are from Stauffer et al. (1985); Steele et al. (1992); Blunier et al. (1993); Dlugokencky et al. (1994); Blunier et al. (1995); Chappellaz et al. (1997); Monnin et al. (2001); Flückiger et al. (2002); and Ferretti et al. (2005). The $N_2O$ data are from Machida et al. (1995); Battle et al. (1996); Flückiger et al. (1999, 2002); and MacFarling Meure et al. (2006). Atmospheric data are from the National Oceanic and Atmospheric Administration's global air sampling network, representing global average concentrations (dry air mole fraction; Steele et al., 1992; Dlugokencky et al., 1994; Tans and Conway, 2005), and from Mauna Loa, Hawaii (Keeling and Whorf, 2005). The globally averaged data are available from http://www.cmdl.noaa.gov/.

448

### Frequently Asked Question 6.1

## What Caused the Ice Ages and Other Important Climate Changes Before the Industrial Era?

*Climate on Earth has changed on all time scales, including long before human activity could have played a role. Great progress has been made in understanding the causes and mechanisms of these climate changes. Changes in Earth's radiation balance were the principal driver of past climate changes, but the causes of such changes are varied. For each case – be it the Ice Ages, the warmth at the time of the dinosaurs or the fluctuations of the past millennium – the specific causes must be established individually. In many cases, this can now be done with good confidence, and many past climate changes can be reproduced with quantitative models.*

Global climate is determined by the radiation balance of the planet (see FAQ 1.1). There are three fundamental ways the Earth's radiation balance can change, thereby causing a climate change: (1) changing the incoming solar radiation (e.g., by changes in the Earth's orbit or in the Sun itself), (2) changing the fraction of solar radiation that is reflected (this fraction is called the albedo – it can be changed, for example, by changes in cloud cover, small particles called aerosols or land cover), and (3) altering the longwave energy radiated back to space (e.g., by changes in greenhouse gas concentrations). In addition, local climate also depends on how heat is distributed by winds and ocean currents. All of these factors have played a role in past climate changes.

Starting with the ice ages that have come and gone in regular cycles for the past nearly three million years, there is strong evidence that these are linked to regular variations in the Earth's orbit around the Sun, the so-called Milankovitch cycles (Figure 1). These cycles change the amount of solar radiation received at each latitude in each season (but hardly affect the global annual mean), and they can be calculated with astronomical precision. There is still some discussion about how exactly this starts and ends ice ages, but many studies suggest that the amount of summer sunshine on northern continents is crucial: if it drops below a critical value, snow from the past winter does not melt away in summer and an ice sheet starts to grow as more and more snow accumulates. Climate model simulations confirm that an Ice Age can indeed be started in this way, while simple conceptual models have been used to successfully 'hindcast' the onset of past glaciations based on the orbital changes. The next large reduction in northern summer insolation, similar to those that started past Ice Ages, is due to begin in 30,000 years.

Although it is not their primary cause, atmospheric carbon dioxide ($CO_2$) also plays an important role in the ice ages. Antarctic ice core data show that $CO_2$ concentration is low in the cold glacial times (~190 ppm), and high in the warm interglacials (~280 ppm); atmospheric $CO_2$ follows temperature changes in Antarctica with a lag of some hundreds of years. Because the climate changes at the beginning and end of ice ages take several thousand years,



**FAQ 6.1, Figure 1.** *Schematic of the Earth's orbital changes (Milankovitch cycles) that drive the ice age cycles. 'T' denotes changes in the tilt (or obliquity) of the Earth's axis, 'E' denotes changes in the eccentricity of the orbit (due to variations in the minor axis of the ellipse), and 'P' denotes precession, that is, changes in the direction of the axis tilt at a given point of the orbit. Source: Rahmstorf and Schellnhuber (2006).*

most of these changes are affected by a positive $CO_2$ feedback; that is, a small initial cooling due to the Milankovitch cycles is subsequently amplified as the $CO_2$ concentration falls. Model simulations of ice age climate (see discussion in Section 6.4.1) yield realistic results only if the role of $CO_2$ is accounted for.

During the last ice age, over 20 abrupt and dramatic climate shifts occurred that are particularly prominent in records around the northern Atlantic (see Section 6.4). These differ from the glacial-interglacial cycles in that they probably do not involve large changes in global mean temperature: changes are not synchronous in Greenland and Antarctica, and they are in the opposite direction in the South and North Atlantic. This means that a major change in global radiation balance would not have been needed to cause these shifts; a redistribution of heat within the climate system would have sufficed. There is indeed strong evidence that changes in ocean circulation and heat transport can explain many features of these abrupt events; sediment data and model simulations show that some of these changes could have been triggered by instabilities in the ice sheets surrounding the Atlantic at the time, and the associated freshwater release into the ocean.

Much warmer times have also occurred in climate history – during most of the past 500 million years, Earth was probably completely free of ice sheets (geologists can tell from the marks ice leaves on rock), unlike today, when Greenland and Antarctica are ice-covered. Data on greenhouse gas abundances going back beyond a million years, that is, beyond the reach of antarctic ice cores, are still rather uncertain, but analysis of geological *(continued)*

samples suggests that the warm ice-free periods coincide with high atmospheric $CO_2$ levels. On million-year time scales, $CO_2$ levels change due to tectonic activity, which affects the rates of $CO_2$ exchange of ocean and atmosphere with the solid Earth. See Section 6.3 for more about these ancient climates.

Another likely cause of past climatic changes is variations in the energy output of the Sun. Measurements over recent decades show that the solar output varies slightly (by close to 0.1%) in an 11-year cycle. Sunspot observations (going back to the 17th century), as well as data from isotopes generated by cosmic radiation, provide evidence for longer-term changes in solar activity. Data correlation and model simulations indicate that solar variability and volcanic activity are likely to be leading reasons for climate variations during the past millennium, before the start of the industrial era.

These examples illustrate that different climate changes in the past had different causes. The fact that natural factors caused climate changes in the past does not mean that the current climate change is natural. By analogy, the fact that forest fires have long been caused naturally by lightning strikes does not mean that fires cannot also be caused by a careless camper. FAQ 2.1 addresses the question of how human influences compare with natural ones in their contributions to recent climate change.

---

differentiation, regionally and with elevation. Pollen records with their extensive spatial coverage indicate that tropical lowlands were on average 2°C to 3°C cooler than present, with strong cooling (5°C–6°C) in Central America and northern South America and weak cooling (<2°C) in the western Pacific Rim (Farrera et al., 1999). Tropical highland cooling estimates derived from snow-line and pollen-based inferences show similar spatial variations in cooling although involving substantial uncertainties from dating and mapping, multiple climatic causes of treeline and snow line changes during glacial periods (Porter, 2001; Kageyama et al., 2004), and temporal asynchroneity between different regions of the tropics (Smith et al., 2005). These new studies give a much richer regional picture of tropical land cooling, and stress the need to use more than a few widely scattered proxy records as a measure of low-latitude climate sensitivity (Harrison, 2005).

The Climate: Long-range Investigation, Mapping, and Prediction (CLIMAP) reconstruction of ocean surface temperatures produced in the early 1980s indicated about 3°C cooling in the tropical Atlantic, and little or no cooling in the tropical Pacific. More pronounced tropical cooling for the LGM tropical oceans has since been proposed, including 4°C to 5°C based on coral skeleton records from off Barbados (Guilderson et al., 1994) and up to 6°C in the cold tongue off western South America based on foraminiferal assemblages (Mix et al., 1999). New data syntheses from multiple proxy types using carefully defined chronostratigraphies and new calibration data sets are now available from the Glacial Ocean Mapping (GLAMAP) and Multiproxy Approach for the Reconstruction of the Glacial Ocean surface (MARGO) projects, although with caveats including selective species dissolution, dating precision, non-analogue situations, and environmental preferences of the organisms (Sarnthein et al., 2003b; Kucera et al., 2005; and references therein). These recent reconstructions confirm moderate cooling, generally 0°C to 3.5°C, of tropical SST at the LGM, although with significant regional variation, as well as greater cooling in eastern boundary currents and equatorial upwelling regions. Estimates of cooling show notable differences among the different proxies. Faunal-based proxies argue for an intensification of the eastern equatorial Pacific cold tongue in contrast to Mg/Ca-based SST estimates that suggest a relaxation of SST gradients within the cold tongue (Mix et al., 1999; Koutavas et al., 2002; Rosenthal and Broccoli, 2004). Using a Bayesian approach to combine different proxies, Ballantyne et al. (2005) estimated a LGM cooling of tropical SSTs of 2.7°C ± 0.5°C (1 standard deviation).

These ocean proxy synthesis projects also indicate a colder glacial winter North Atlantic with more extensive sea ice than present, whereas summer sea ice only covered the glacial Arctic Ocean and Fram Strait with the northern North Atlantic and Nordic Seas largely ice free and more meridional ocean surface circulation in the eastern parts of the Nordic Seas (Sarnthein et al., 2003a; Meland et al., 2005; de Vernal et al., 2006). Sea ice around Antarctica at the LGM also responded with a large expansion of winter sea ice and substantial seasonal variation (Gersonde et al., 2005). Over mid- and high-latitude northern continents, strong reductions in temperatures produced southward displacement and major reductions in forest area (Bigelow et al., 2003), expansion of permafrost limits over northwest Europe (Renssen and Vandenberghe, 2003), fragmentation of temperate forests (Prentice et al., 2000; Williams et al., 2000) and predominance of steppe-tundra in Western Europe (Peyron et al., 2005). Temperature reconstructions from polar ice cores indicate strong cooling at high latitudes of about 9°C in Antarctica (Stenni et al., 2001) and about 21°C in Greenland (Dahl-Jensen et al., 1998).

The strength and depth extent of the LGM Atlantic overturning circulation have been examined through the application of a variety of new marine proxy indicators (Rutberg et al., 2000; Duplessy et al., 2002; Marchitto et al., 2002; McManus et al., 2004). These tracers indicate that the boundary between North Atlantic Deep Water (NADW) and Antarctic Bottom Water was much shallower during the LGM, with a reinforced pycnocline between intermediate and particularly

cold and salty deep water (Adkins et al., 2002). Most of the deglaciation occurred over the period about 17 to 10 ka, the same period of maximum deglacial atmospheric $CO_2$ increase (Figure 6.4). It is thus very likely that the global warming of 4°C to 7°C since the LGM occurred at an average rate about 10 times slower than the warming of the 20th century.

In summary, significant progress has been made in the understanding of regional changes at the LGM with the development of new proxies, many new records, improved understanding of the relationship of the various proxies to climate variables and syntheses of proxy records into reconstructions with stricter dating and common calibrations.

### 6.4.1.3   How Realistic Are Results from Climate Model Simulations of the Last Glacial Maximum?

Model intercomparisons from the first phase of the Paleoclimate Modelling Intercomparison Project (PMIP-1), using atmospheric models (either with prescribed SST or with simple slab ocean models), were featured in the TAR. There are now six simulations of the LGM from the second phase (PMIP-2) using Atmosphere-Ocean General Circulation Models (AOGCMs) and EMICs, although only a few regional comparisons were completed in time for this assessment. The radiative perturbation for the PMIP-2 LGM simulations available for this assessment, which do not yet include the effects of vegetation or aerosol changes, is –4 to –7 W m$^{-2}$.



**Figure 6.5.** *The Last Glacial Maximum climate (approximately 21 ka) relative to the pre-industrial (1750) climate. (Top left) Global annual mean radiative influences (W m$^{-2}$) of LGM climate change agents, generally feedbacks in glacial-interglacial cycles, but also specified in most Atmosphere-Ocean General Circulation Model (AOGCM) simulations for the LGM. The heights of the rectangular bars denote best estimate values guided by published values of the climate change agents and conversion to radiative perturbations using simplified expressions for the greenhouse gas concentrations and model calculations for the ice sheets, vegetation and mineral dust. References are included in the text. A judgment of each estimate's reliability is given as a level of scientific understanding based on uncertainties in the climate change agents and physical understanding of their radiative effects. Paleoclimate Modelling Intercomparison Project 2 (PMIP-2) simulations shown in bottom left and right panels do not include the radiative influences of LGM changes in mineral dust or vegetation. (Bottom left) Multi-model average SST change for LGM PMIP-2 simulations by five AOGCMs (Community Climate System Model (CCSM), Flexible Global Ocean-Atmosphere-Land System (FGOALS), Hadley Centre Coupled Model (HadCM), Institut Pierre Simon Laplace Climate System Model (IPSL-CM), Model for Interdisciplinary Research on Climate (MIROC)). Ice extent over continents is shown in white. (Right) LGM regional cooling compared to LGM global cooling as simulated in PMIP-2, with AOGCM results shown as red circles and EMIC (ECBilt-CLIO) results shown as blue circles. Regional averages are defined as: Antarctica, annual for inland ice cores; tropical Indian Ocean, annual for 15°S to 15°N, 50°E to 100°E; and North Atlantic Ocean, July to September for 42°N to 57°N, 35°W to 20°E. Grey shading indicates the range of observed proxy estimates of regional cooling: Antarctica (Stenni et al., 2001; Masson-Delmotte et al., 2006), tropical Indian Ocean (Rosell-Mele et al., 2004; Barrows and Juggins, 2005), and North Atlantic Ocean (Rosell-Mele et al., 2004; Kucera et al., 2005; de Vernal et al., 2006; Kageyama et al., 2006).*

These simulations allow an assessment of the response of a subset of the models presented in Chapters 8 and 10 to very different conditions at the LGM.

The PMIP-2 multi-model LGM SST change shows a modest cooling in the tropics, and greatest cooling at mid- to high latitudes in association with increases in sea ice and changes in ocean circulation (Figure 6.5). The PMIP-2 modelled strengthening of the SST meridional gradient in the LGM North Atlantic, as well as cooling and expanded sea ice, agrees with proxy indicators (Kageyama et al., 2006). Polar amplification of global cooling, as recorded in ice cores, is reproduced for Antarctica (Figure 6.5), but the strong LGM cooling over Greenland is underestimated, although with caveats about the heights of these ice caps in the PMIP-2 simulations (Masson-Delmotte et al., 2006).

The PMIP-2 AOGCMs give a range of tropical ocean cooling between 15°S to 15°N of 1.7°C to 2.4°C. Sensitivity simulations with models indicate that this tropical cooling can be explained by the reduced glacial greenhouse gas concentrations, which had direct effects on the tropical radiative forcing (Shin et al., 2003; Otto-Bliesner et al., 2006b) and indirect effects through LGM cooling by positive sea ice-albedo feedback in the Southern Ocean contributing to enhanced ocean ventilation of the tropical thermocline and the intermediate waters (Liu et al., 2002). Regional variations in simulated tropical cooling are much smaller than indicated by MARGO data, partly related to models at current resolutions being unable to simulate the intensity of coastal upwelling and eastern boundary currents. Simulated cooling in the Indian Ocean (Figure 6.5), a region with important present-day teleconnections to Africa and the North Atlantic, compares favourably to proxy estimates from alkenones (Rosell-Mele et al., 2004) and foraminifera assemblages (Barrows and Juggins, 2005).

Considering changes in vegetation appears to improve the realism of simulations of the LGM, and points to important climate-vegetation feedbacks (Wyputta and McAvaney, 2001; Crucifix and Hewitt, 2005). For example, extension of the tundra in Asia during the LGM contributes to the local surface cooling, while the tropics warm where savannah replaces tropical forest (Wyputta and McAvaney, 2001). Feedbacks between climate and vegetation occur locally, with a decrease in the tree fraction in central Africa reducing precipitation, and remotely with cooling in Siberia (tundra replacing trees) altering (diminishing) the Asian summer monsoon. The physiological effect of $CO_2$ concentration on vegetation needs to be included to properly represent changes in global forest (Harrison and Prentice, 2003), as well as to widen the climatic range where grasses and shrubs dominate. The biome distribution simulated with dynamic global vegetation models reproduces the broad features observed in palaeodata (e.g., Harrison and Prentice, 2003).

In summary, the PMIP-2 LGM simulations confirm that current AOGCMs are able to simulate the broad-scale spatial patterns of regional climate change recorded by palaeodata in response to the radiative forcing and continental ice sheets of the LGM, and thus indicate that they adequately represent the primary feedbacks that determine the climate sensitivity of this past climate state to these changes. The PMIP-2 AOGCM simulations using glacial-interglacial changes in greenhouse gas forcing and ice sheet conditions give a radiative perturbation in reference to pre-industrial conditions of –4.6 to –7.2 W m$^{-2}$ and mean global temperature change of –3.3°C to –5.1°C, similar to the range reported in the TAR for PMIP-1 (IPCC, 2001). The climate sensitivity inferred from the PMIP-2 LGM simulations is 2.3°C to 3.7°C for a doubling of atmospheric $CO_2$ (see Section 9.6.3.2). When the radiative perturbations of dust content and vegetation changes are estimated, climate models yield an additional cooling of 1°C to 2°C (Crucifix and Hewitt, 2005; Schneider et al., 2006), although scientific understanding of these effects is very low.

### 6.4.1.4    How Realistic Are Simulations of Terrestrial Carbon Storage at the Last Glacial Maximum?

There is evidence that terrestrial carbon storage was reduced during the LGM compared to today. Mass balance calculations based on $^{13}C$ measurements on shells of benthic foraminifera yield a reduction in the terrestrial biosphere carbon inventory (soil and living vegetation) of about 300 to 700 GtC (Shackleton, 1977; Bird et al., 1994) compared to the pre-industrial inventory of about 3,000 GtC. Estimates of terrestrial carbon storage based on ecosystem reconstructions suggest an even larger difference (e.g., Crowley, 1995). Simulations with carbon cycle models yield a reduction in global terrestrial carbon stocks of 600 to 1,000 GtC at the LGM compared to pre-industrial time (Francois et al., 1998; Beerling, 1999; Francois et al., 1999; Kaplan et al., 2002; Liu et al., 2002; Kaplan et al., 2003; Joos et al., 2004). The majority of this simulated difference is due to reduced simulated growth resulting from lower atmospheric $CO_2$. A major regulating role for $CO_2$ is consistent with the model-data analysis of Bond et al. (2003), who suggested that low atmospheric $CO_2$ could have been a significant factor in the reduction of trees during glacial times, because of their slower regrowth after disturbances such as fire. In summary, results of terrestrial models, also used to project future $CO_2$ concentrations, are broadly compatible with the range of reconstructed differences in glacial-interglacial carbon storage on land.

### 6.4.1.5    How Long Did the Previous Interglacials Last?

The four interglacials of the last 450 kyr preceding the Holocene (Marine Isotope Stages 5, 7, 9 and 11) were all different in multiple aspects, including duration (Figure 6.3). The shortest (Stage 7) lasted a few thousand years, and the longest (Stage 11; ~420 to 395 ka) lasted almost 30 kyr. Evidence for an unusually long Stage 11 has been recently reinforced by new ice core and marine sediment data. The European Programme for Ice Coring in Antarctica (EPICA) Dome C antarctic ice core record suggests that antarctic temperature remained approximately as warm as the Holocene

for 28 kyr (EPICA community members, 2004). A new stack of 57 globally distributed benthic $\delta^{18}O$ records presents age estimates at Stage 11 nearly identical to those provided by the EPICA results (Lisiecki and Raymo, 2005).

It has been suggested that Stage 11 was an extraordinarily long interglacial period because of its low orbital eccentricity, which reduces the effect of climatic precession on insolation (Box 6.1) (Berger and Loutre, 2003). In addition, the EPICA Dome C and the recently revisited Vostok records show $CO_2$ concentrations similar to pre-industrial Holocene values throughout Stage 11 (Raynaud et al., 2005). Thus, both the orbital forcing and the $CO_2$ feedback were providing favourable conditions for an unusually long interglacial. Moreover, the length of Stage 11 has been simulated by conceptual models of the Quaternary climate, based on threshold mechanisms (Paillard, 1998). For Stage 11, these conceptual models show that the deglaciation was triggered by the insolation maximum at about 427 ka, but that the next insolation minimum was not sufficiently low to start another glaciation. The interglacial thus lasts an additional precessional cycle, yielding a total duration of 28 kyr.

### 6.4.1.6 How Much Did the Earth Warm During the Previous Interglacial?

Globally, there was less glacial ice on Earth during the Last Interglacial, also referred to as "Last Interglaciation" (LIG, 130 ± 1 to 116 ± 1 ka; Stirling et al., 1998) than now. This suggests significant reduction in the size of the Greenland and possibly Antarctic Ice Sheets (see Section 6.4.3). The climate of the LIG has been inferred to be warmer than present (Kukla et al., 2002), although the evidence is regional and not necessarily synchronous globally, consistent with understanding of the primary forcing. For the first half of this interglacial (~130–123 ka), orbital forcing (Box 6.1) produced a large increase in NH summer insolation. Proxy data indicate warmer-than-present coastal waters in parts of the Pacific, Atlantic, and Indian Oceans as well as in the Mediterranean Sea, greatly reduced sea ice in the coastal waters around Alaska, extension of boreal forest into areas now occupied by tundra in interior Alaska and Siberia and a generally warmer Arctic (Brigham-Grette and Hopkins, 1995; Lozhkin and Anderson, 1995; Muhs et al., 2001, CAPE Last Interglacial Project Members, 2006). Ice core data indicate a large response over Greenland and Antarctica with early LIG temperatures 3°C to 5°C warmer than present (Watanabe et al., 2003; NGRIP, 2004; Landais et al., 2006). Palaeofauna evidence from New Zealand indicates LIG warmth during the late LIG consistent with the latitudinal dependence of orbital forcing (Marra, 2003).

There are AOGCM simulations available for the LIG, but no standardised intercomparison simulations have been performed. When forced with orbital forcing of 130 to 125 ka (Box 6.1), with over 10% more summer insolation in the NH than today, AOGCMs produce a summer arctic warming of up to 5°C, with greatest warming over Eurasia and in the Baffin Island/northern Greenland region (Figure 6.6) (Montoya et al., 2000; Kaspar et al., 2005; Otto-Bliesner et al., 2006a). Simulations generally match proxy reconstructions of the maximum arctic summer warmth (Kaspar and Cubasch, 2006; CAPE Last Interglacial Project Members, 2006) although may still underestimate warmth in Siberia because vegetation feedbacks are not included in current simulations. Simulated LIG annual average global temperature is not notably higher than present, consistent with the orbital forcing.

### 6.4.1.7 What Is Known About the Mechanisms of Transitions Into Ice Ages?

Successful simulation of glacial inception has been a key target for models simulating climate change. The Milankovitch theory proposes that ice ages were triggered by reduced summer insolation at high latitudes in the NH, enabling winter snowfall to persist all year and accumulate to build NH glacial ice sheets (Box 6.1). Continental ice sheet growth and associated sea level lowering took place at about 116 ka (Waelbroeck et al., 2002) when the summer incoming solar radiation in the NH at high latitudes reached minimum values. The inception took place while the continental ice volume was minimal and stable, and low and mid-latitudes of the North Atlantic continuously warm (Cortijo et al., 1999; Goni et al., 1999; McManus et al., 2002; Risebrobakken et al., 2005). When forced with orbital insolation changes, atmosphere-only models failed in the past to find the proper magnitude of response to allow for perennial snow cover. Models and data now show that shifts in the northern treeline, expansion of sea ice at high latitudes and warmer low-latitude oceans as a source of moisture for the ice sheets provide feedbacks that amplify the local insolation forcing over the high-latitude continents and allow for growth of ice sheets (Pons et al., 1992; Cortijo et al., 1999; Goni et al., 1999; Crucifix and Loutre, 2002; McManus et al., 2002; Jackson and Broccoli, 2003; Khodri et al., 2003; Meissner et al., 2003; Vettoretti and Peltier, 2003; Khodri et al., 2005; Risebrobakken et al., 2005). The rapid growth of ice sheets after inception is captured by EMICs that include models for continental ice, with increased Atlantic Meridional Overturning Circulation (MOC) allowing for increased snowfall. Increasing ice sheet altitude and extent is also important, although the ice volume-equivalent drop in sea level found in data records (Waelbroeck et al., 2002; Cutler et al., 2003) is not well reproduced in some EMIC simulations (Wang and Mysak, 2002; Kageyama et al., 2004; Calov et al., 2005).

### 6.4.1.8 When Will the Current Interglacial End?

There is no evidence of mechanisms that could mitigate the current global warming by a natural cooling trend. Only a strong reduction in summer insolation at high northern latitudes, along with associated feedbacks, can end the current interglacial. Given that current low orbital eccentricity will persist over the next tens of thousand years, the effects of

Palaeoclimate                                                                                              Chapter 6

precession are minimised, and extremely cold northern summer orbital configurations like that of the last glacial initiation at 116 ka will not take place for at least 30 kyr (Box 6.1). Under a natural $CO_2$ regime (i.e., with the global temperature-$CO_2$ correlation continuing as in the Vostok and EPICA Dome C ice cores), the next glacial period would not be expected to start within the next 30 kyr (Loutre and Berger, 2000; Berger and Loutre, 2002; EPICA Community Members, 2004). Sustained high atmospheric greenhouse gas concentrations, comparable to a mid-range $CO_2$ stabilisation scenario, may lead to a complete melting of the Greenland Ice Sheet (Church et al., 2001) and further delay the onset of the next glacial period (Loutre and Berger, 2000; Archer and Ganopolski, 2005).

### 6.4.2 Abrupt Climatic Changes in the Glacial-Interglacial Record

#### 6.4.2.1 What Is the Evidence for Past Abrupt Climate Changes?

Abrupt climate changes have been variously defined either simply as large changes within less than 30 years (Clark et al., 2002), or in a physical sense, as a threshold transition or a response that is rapid compared to forcing (Rahmstorf, 2001; Alley et al., 2003). Overpeck and Trenberth (2004) noted that not all abrupt changes need to be externally forced. Numerous terrestrial, ice and oceanic climatic records show that large, widespread, abrupt climate changes have occurred repeatedly throughout the past glacial interval (see review by Rahmstorf,



**Figure 6.6.** *Summer surface air temperature change over the Arctic (left) and annual minimum ice thickness and extent for Greenland and western arctic glaciers (right) for the LIG from a multi-model and a multi-proxy synthesis. The multi-model summer warming simulated by the National Center for Atmospheric Research (NCAR) Community Climate System Model (CCSM), 130 ka minus present (Otto-Bliesner et al., 2006b), and the ECHAM4 HOPE-G (ECHO-G) model, 125 ka minus pre-industrial (Kaspar et al., 2005), is contoured in the left panel and is overlain by proxy estimates of maximum summer warming from terrestrial (circles) and marine (diamonds) sites as compiled in the syntheses published by the CAPE Project Members (2006) and Kaspar et al. (2005). Extents and thicknesses of the Greenland Ice Sheet and eastern Canadian and Iceland glaciers are shown at their minimum extent for the LIG as a multi-model average from three ice models (Tarasov and Peltier, 2003; Lhomme et al., 2005a; Otto-Bliesner et al., 2006a). Ice core observations (Koerner, 1989; NGRIP, 2004) indicate LIG ice (white dots) at Renland (R), North Greenland Ice Core Project (N), Summit (S, Greenland Ice Core Project and Greenland Ice Sheet Project 2) and possibly Camp Century (C), but no LIG ice (black dots) at Devon (De) and Agassiz (A) in the eastern Canadian Arctic. Evidence for LIG ice at Dye-3 (D) in southern Greenland is equivocal (grey dot; see text for detail).*

2002). High-latitude records show that ice age abrupt temperature events were larger and more widespread than were those of the Holocene. The most dramatic of these abrupt climate changes were the Dansgaard-Oeschger (D-O) events, characterised by a warming in Greenland of 8°C to 16°C within a few decades (see Severinghaus and Brook, 1999; Masson-Delmotte et al., 2005a for a review) followed by much slower cooling over centuries. Another type of abrupt change were the Heinrich events; characterised by large discharges of icebergs into the northern Atlantic leaving diagnostic drop-stones in the ocean sediments (Hemming, 2004). In the North Atlantic, Heinrich events were accompanied by a strong reduction in sea surface salinity (Bond et al., 1993), as well as a sea surface cooling on a centennial time scale. Such ice age cold periods lasted hundreds to thousands of years, and the warming that ended them took place within decades (Figure 6.7; Cortijo et al., 1997; Voelker, 2002). At the end of the last glacial, as the climate warmed and ice sheets melted, climate went through a number of abrupt cold phases, notably the Younger Dryas and the 8.2 ka event.

The effects of these abrupt climate changes were global, although out-of-phase responses in the two hemispheres (Blunier et al., 1998; Landais et al., 2006) suggest that they were not primarily changes in global mean temperature. The highest amplitude of the changes, in terms of temperature, appears centred around the North Atlantic. Strong and fast changes are found in the global $CH_4$ concentration (of the order of 100 to 150 ppb within decades), which may point to changes in the extent or productivity of tropical wetlands (see Chappellaz et al., 1993; Brook et al., 2000 for a review; Masson-Delmotte et al., 2005a), and in the Asian monsoon (Wang et al., 2001). The NH cold phases were linked with a reduced northward flow of warm waters in the Nordic Seas (Figure 6.7), southward shift of the Inter-Tropical Convergence Zone (ITCZ) and thus the location of the tropical rainfall belts (Peterson et al., 2000; Lea et al., 2003). Cold, dry and windy conditions with low $CH_4$ and high dust aerosol concentrations generally occurred together in the NH cold events. The accompanying changes in atmospheric $CO_2$ content were relatively small (less than 25 ppm; Figure 6.7) and parallel to the antarctic counterparts of Greenland D-O events. The record in $N_2O$ is less complete and shows an increase of about 50 ppb and a decrease of about 30 ppb during warm and cold periods, respectively (Flückiger et al., 2004).

A southward shift of the boreal treeline and other rapid vegetation responses were associated with past cold events (Peteet, 1995; Shuman et al., 2002; Williams et al., 2002). Decadal-scale changes in vegetation have been recorded in annually laminated sequences at the beginning and the end of the Younger Dryas and the 8.2 ka event (Birks and Ammann, 2000; Tinner and Lotter, 2001; Veski et al., 2004). Marine pollen records with a typical sampling resolution of 200 years provide unequivocal record of the immediate response of vegetation in Southern Europe to the climate fluctuations during glacial times (Sánchez Goñi et al., 2002; Tzedakis, 2005). The same holds true for the vegetation response in northern South America during the last deglaciation (Hughen et al., 2004).



**Figure 6.7.** *The evolution of climate indicators from the NH (panels a to d), and from Antarctica (panels e to g), over the period 64 to 30 ka. (a) Anhysteretic remanent magnetisation (ARM), here a proxy of the northward extent of Atlantic MOC, from an ocean sediment core from the Nordic Seas (Dokken and Jansen, 1999); (b) $CH_4$ as recorded in Greenland ice cores at the Greenland Ice Core Project (GRIP), Greenland Ice Sheet Project (GISP) and North GRIP (NGRIP) sites (Blunier and Brook, 2001; Flückiger et al., 2004; Huber et al., 2006); $CH_4$ data for the period 40 to 30 ka were selected for the GRIP site and for 64 to 40 ka for the GISP site when sample resolution is highest in the cores; (c) surface temperature estimated from nitrogen isotope ratios that are influenced by thermal diffusion (Huber et al., 2006); (d) $\delta^{18}O$, a proxy for surface temperature, from NGRIP (2004) with the D-O NH warm events 8, 12, 14 and 17 indicated; (e) $\delta^{18}O$ from Byrd, Antarctica (Blunier and Brook, 2001) with A1 to A4 denoting antarctic warm events; (f) nss-$Ca^{2+}$, a proxy of dust and iron deposition, from Dome C, Antarctica (Röthlisberger et al., 2004); and (g) $CO_2$ as recorded in ice from Taylor Dome, Antarctica (Indermühle et al., 2000). The Heinrich events (periods of massive ice-rafted debris recorded in marine sediments) H3, H4, H5, H5.2, and H6, are shown. All data are plotted on the Greenland SS09sea time scale (Johnsen et al., 2001). $CO_2$ and $CH_4$ are well mixed in the atmosphere. $CH_4$ variations are synchronous within the resolution of ±50 years with variations in Greenland temperature, but a detailed analysis suggests that $CH_4$ rises lag temperature increases at the onset of the D-O events by 25 to 70 years (Huber et al., 2006). $CO_2$ co-varied with the antarctic temperature, but the exact synchronisation between Taylor Dome and Byrd is uncertain, thus making the determination of leads or lags between temperature and $CO_2$ elusive. The evolution of Greenland and antarctic temperature is consistent with a reorganisation of the heat transport and the MOC in the Atlantic (Knutti et al., 2004).*

### 6.4.2.2 What Is Known About the Mechanism of these Abrupt Changes?

There is good evidence now from sediment data for a link between these glacial-age abrupt changes in surface climate and ocean circulation changes (Clark et al., 2002). Proxy data show that the South Atlantic cooled when the north warmed (with a possible lag), and vice versa (Voelker, 2002), a seesaw of NH and SH temperatures that indicates an ocean heat transport change (Crowley, 1992; Stocker and Johnsen 2003). During D-O warming, salinity in the Irminger Sea increased strongly (Elliot et al., 1998; van Kreveld et al., 2000) and northward flow of temperate waters increased in the Nordic Seas (Dokken and Jansen, 1999), indicative of saline Atlantic waters advancing northward. Abrupt changes in deep water properties of the Atlantic have been documented from proxy data (e.g., $^{13}C$, $^{231}Pa/^{230}Th$), which reconstruct the ventilation of the deep water masses and changes in the overturning rate and flow speed of the deep waters (Vidal et al., 1998; Dokken and Jansen, 1999; McManus et al., 2004; Gherardi et al., 2005). Despite this evidence, many features of the abrupt changes are still not well constrained due to a lack of precise temporal control of the sequencing and phasing of events between the surface, the deep ocean and ice sheets.

Heinrich events are thought to have been caused by ice sheet instability (MacAyeal, 1993). Iceberg discharge would have provided a large freshwater forcing to the Atlantic, which can be estimated from changes in the abundance of the isotope $^{18}O$. These yield a volume of freshwater addition typically corresponding to a few (up to 15) metres of global sea level rise occurring over several centuries (250–750 years), that is, a flux of the order of 0.1 Sv (Hemming, 2004). For Heinrich event 4, Roche et al. (2004) have constrained the freshwater amount to $2 \pm 1$ m of sea level equivalent provided by the Laurentide Ice Sheet, and the duration of the event to $250 \pm 150$ years. Volume and timing of freshwater release is still controversial, however.

Freshwater influx is the likely cause for the cold events at the end of the last ice age (i.e., the Younger Dryas and the 8.2 ka event). Rather than sliding ice, it is the inflow of melt water from melting ice due to the climatic warming at this time that could have interfered with the MOC and heat transport in the Atlantic – a discharge into the Arctic Ocean of the order 0.1 Sv may have triggered the Younger Dryas (Tarasov and Peltier, 2005), while the 8.2 ka event was probably linked to one or more floods equal to 11 to 42 cm of sea level rise within a few years (Clarke et al., 2004; see Section 6.5.2). This is an important difference relative to the D-O events, for which no large forcing of the ocean is known; model simulations suggest that a small forcing may be sufficient if the ocean circulation is close to a threshold (Ganopolski and Rahmstorf, 2001). The exact cause and nature of these ocean circulation changes, however, are not universally agreed. Some authors have argued that some of the abrupt climate shifts discussed could have been triggered from the tropics (e.g., Clement and Cane, 1999), but a more specific and quantitative explanation for D-O events building on this idea is yet to emerge.

Atmospheric $CO_2$ changes during the glacial antarctic warm events, linked to changes in NADW (Knutti et al., 2004), were small (less than 25 ppm; Figure 6.7). A relatively small positive feedback between atmospheric $CO_2$ and changes in the rate of NADW formation is found in palaeoclimate and global warming simulations (Joos et al., 1999; Marchal et al., 1999). Thus, palaeodata and available model simulations agree that possible future changes in the NADW formation rate would have only modest effects on atmospheric $CO_2$. This finding does not, however, preclude the possibility that circulation changes in other ocean regions, in particular in the Southern Ocean, could have a larger impact on atmospheric $CO_2$ (Greenblatt and Sarmiento, 2004).

### 6.4.2.3 Can Climate Models Simulate these Abrupt Changes?

Modelling the ice sheet instabilities that are the likely cause of Heinrich events is a difficult problem because the physics are not sufficiently understood, although recent results show some promise (Calov et al., 2002). Many model studies have been performed in which an influx of freshwater from an ice sheet instability (Heinrich event) or a melt water release (8.2 ka event; see Section 6.5.2) has been assumed and prescribed, and its effects on ocean circulation and climate have been simulated. These experiments suggest that freshwater input of the order of magnitude deduced from palaeoclimatic data could indeed have caused the Atlantic MOC to shut down, and that this is a physically viable explanation for many of the climatic repercussions found in the data (e.g., the high-latitude northern cooling, the shift in the ITCZ and the hemispheric seesaw; Vellinga and Wood, 2002; Dahl et al., 2005; Zhang and Delworth, 2005). The phase relation between temperature in Greenland and Antarctic has been explained by a reduction in the NADW formation rate and oceanic heat transport into the North Atlantic region, producing cooling in the North Atlantic and a lagged warming in the SH (Ganopolski and Rahmstorf, 2001; Stocker and Johnsen, 2003). In freshwater simulations where the North Atlantic MOC is forced to collapse, the consequences also include an increase in nutrient-rich water in the deep Atlantic Ocean, higher $^{231}Pa/^{230}Th$ ratios in North Atlantic sediments (Marchal et al., 2000), a retreat of the northern treeline (Scholze et al., 2003; Higgins, 2004; Köhler et al., 2005), a small (10 ppm) temporary increase in atmospheric $CO_2$ in response to a reorganisation of the marine carbon cycle (Marchal et al., 1999) and $CO_2$ changes of a few parts per million due to carbon stock changes in the land biosphere (Köhler et al., 2005). A 10 ppb reduction in atmospheric $N_2O$ is found in one ocean-atmosphere model (Goldstein et al., 2003), suggesting that part of the measured $N_2O$ variation (up to 50 ppb) is of terrestrial origin. In summary, model simulations broadly reproduce the observed variations during abrupt events of this type.

Dansgaard-Oeschger events appear to be associated with latitudinal shifts in oceanic convection between the Nordic Seas and the open mid-latitude Atlantic (Alley and Clark, 1999). Models suggest that the temperature evolution in Greenland, the

seesaw response in the South Atlantic, the observed Irminger Sea salinity changes and other observed features of the events may be explained by such a mechanism (Ganopolski and Rahmstorf, 2001), although the trigger for the ocean circulation changes remains undetermined. Alley et al. (2001) showed evidence for a stochastic resonance process at work in the timing of these events, which means that a regular cycle together with random 'noise' could have triggered them. This can be reproduced in models (e.g., the above), as long as a threshold mechanism is involved in causing the events.

Some authors have argued that climate models tend to underestimate the size and extent of past abrupt climate changes (Alley et al., 2003), and hence may underestimate the risk of future ones. However, such a general conclusion is probably too simple, and a case-by-case evaluation is required to understand which effects may be misinterpreted in the palaeoclimatic record and which mechanisms may be underestimated in current models. This issue is important for an assessment of risks for the future: the expected rapid warming in the coming centuries could approach the amount of warming at the end of the last glacial, and would occur at a much faster rate. Hence, melt water input from ice sheets could again become an important factor influencing the ocean circulation, as for the Younger Dryas and 8.2 ka events. A melting of the Greenland Ice Sheet (equivalent to 7 m of global sea level) over 1 kyr would contribute an average freshwater flux of 0.1 Sv; this is a comparable magnitude to the estimated freshwater fluxes associated with past abrupt climate events. Most climate models used for future scenarios have thus far not included melt water runoff from melting ice sheets. Intercomparison experiments subjecting different models to freshwater influx have revealed that while responses are qualitatively similar, the amount of freshwater needed for a shutdown of the Atlantic circulation can differ greatly between models; the reasons for this model dependency are not yet fully understood (Rahmstorf et al., 2005; Stouffer et al., 2006). Given present knowledge, future abrupt climate changes due to ocean circulation changes cannot be ruled out.

### 6.4.3    Sea Level Variations Over the Last Glacial-Interglacial Cycle

#### 6.4.3.1    *What Is the Influence of Past Ice Volume Change on Modern Sea Level Change?*

Palaeorecords of sea level history provide a crucial basis for understanding the background variations upon which the sea level rise related to modern processes is superimposed. Even if no anthropogenic effect were currently operating in the climate system, measurable and significant changes in relative sea level (RSL) would still be occurring. The primary cause of this natural variability in sea level has to do with the planet's memory of the last deglaciation event. Through the so-called glacial isostatic adjustment (GIA) process, gravitational equilibrium is restored

following deglaciation, not only by crustal 'rebound', but also through the horizontal redistribution of water in the ocean basins required to maintain the ocean surface at gravitational equipotential.

Models of the global GIA process have enabled isolation of a contribution to the modern rate of sea level rise being measured by the TOPography EXperiment (TOPEX)/Poseidon (T/P) satellite of –0.28 mm yr$^{-1}$ for the ICE-4G(VM2) model of Peltier (1996) and –0.36 mm yr$^{-1}$ for the ICE-5G(VM2) model of Peltier (2004). These analyses (Peltier, 2001) imply that the impact of modern climate change on the global rate of sea level rise is larger than implied by the uncorrected T/P measurements (see also Chapter 5).

By employing the same theory to predict the impact upon Earth's rotational state due to both the Late Pleistocene glacial cycle and the influence of present-day melting of the great polar ice sheets on Greenland and Antarctica, it has also proven possible to estimate the extent to which these ice sheets may have been losing mass over the past century. In Peltier (1998), such analysis led to an upper-bound estimate of approximately 0.5 mm yr$^{-1}$ for the rate of global sea level rise equivalent to the mass loss. This suggests the plausibility of the notion that polar ice sheet and glacier melting may provide the required closure of the global sea level rise budget (see Chapters 4 and 5).

#### 6.4.3.2    *What Was the Magnitude of Glacial-Interglacial Sea Level Change?*

Model-based palaeo-sea level analysis also helps to refine estimates of the eustatic (globally averaged) sea level rise that occurred during the most recent glacial-interglacial transition from the LGM to the Holocene. The extended coral-based RSL curve from the island of Barbados in the Caribbean Sea (Fairbanks, 1989; Peltier and Fairbanks, 2006) is especially important, as the RSL history from this site has been shown to provide a good approximation to the ice-equivalent eustatic curve itself (Peltier, 2002). The fit of the prediction of the ICE-5G(VM2) model to the Fairbanks data set, as shown in Figure 6.8b, constrains the net ice-equivalent eustatic rise subsequent to 21 ka to a value of 118.7 m, very close to the value of approximately 120 m conventionally inferred (e.g., Shackleton, 2000) on the basis of deep-sea O isotopic information (Figure 6.8b). Waelbroeck et al. (2002) produced a sea level reconstruction based upon coral records and deep-sea O isotopes corrected for the influence of abyssal ocean temperature changes for the entire glacial-interglacial cycle. This record (Figure 6.8a) is characterised by a best estimate of the LGM depression of ice-equivalent eustatic sea level that is also near 120 m. The analysis of the Red Sea O isotopic record by Siddall et al. (2003) further supports the validity of the interpretation of the extended Barbados record by Peltier and Fairbanks (2006).

The ice-equivalent eustatic sea level curve of Lambeck and Chappell (2001), based upon data from a variety of different



**Figure 6.8.** *(A) The ice-equivalent eustatic sea level history over the last glacial-interglacial cycle according to the analysis of Waelbroeck et al. (2002). The smooth black line defines the mid-point of their estimates for each age and the surrounding hatched region provides an estimate of error. The red line is the prediction of the ICE-5G(VM2) model for the Barbados location for which the RSL observations themselves provide an excellent approximation to the ice-equivalent eustatic sea level curve. (B) The fit of the ICE-5G(VM2) model prediction (red line) to the extended coral-based record of RSL history from the island of Barbados in the Caribbean Sea (Fairbanks, 1989; Peltier and Fairbanks, 2006) over the age range from 32 ka to present. The actual ice-equivalent eustatic sea level curve for this model is shown as the step-discontinuous brown line. The individual coral-based estimates of RSL (blue) have an attached error bar that depends upon the coral species. The estimates denoted by the short error bars are derived from the Acropora palmata species, which provide the tightest constraints upon relative sea level as this species is found to live within approximately 5 m of sea level in the modern ecology. The estimates denoted by the longer error bars are derived either from the Montastrea annularis species of coral (error bars of intermediate 20 m length) or from further species that are found over a wide range of depths with respect to sea level (longest error bars). These additional data are most useful in providing a lower bound for the sea level depression. The data denoted by the coloured crosses are from the ice-equivalent eustatic sea level reconstruction of Lambeck and Chappell (2001) for Barbados (cyan), Tahiti (grey), Huon (black), Bonaparte Gulf (orange) and Sunda Shelf (magenta).*

sources, including the Barbados coral record, measurements from the Sunda Shelf of Indonesia (Hanebuth et al., 2000) and observations from the Bonaparte Gulf of northern Australia (Yokoyama et al., 2000), is also shown in Figure 6.8b. This suggests an ice-equivalent eustatic sea level history that conflicts with that based upon the extended Barbados record. First, the depth of the low stand of the sea at the LGM is approximately 140 m below present sea level rather than the value of approximately 120 m required by the Barbados data set. Second, the Barbados data appear to rule out the possibility of the sharp rise of sea level at 19 ka suggested by Yokoyama et al. (2000). That the predicted RSL history at Barbados using the ICE-5G(VM2) model is essentially identical to the ice-equivalent eustatic curve for the same model is shown explicitly in Figure 6.8, where the red curve is the model prediction and the step-discontinuous purple curve is the ice-equivalent eustatic curve.

### 6.4.3.3   What Is the Significance of Higher than Present Sea Levels During the Last Interglacial Period?

The record of eustatic sea level change can be extended into the time of the LIG. Direct sea level measurements based upon coastal sedimentary deposits and tropical coral sequences (e.g., in tectonically stable settings) have clearly established that eustatic sea level was higher than present during this last interglacial by approximately 4 to 6 m (e.g., Rostami et al., 2000; Muhs et al., 2002). The undisturbed ice core record of the North Greenland Ice Core Project (NGRIP) to 123 ka, and older but disturbed LIG ice in the Greenland Ice Core Project (GRIP) and Greenland Ice Sheet Project 2 (GISP2) cores, indicate that the Greenland Summit region remained ice-covered during the LIG (Raynaud et al., 1997; NGRIP, 2004). Similar isotopic value differences found in the Camp Century and Renland cores (Johnsen et al., 2001) suggest that relative elevation differences during the LIG in northern Greenland were not large

(NGRIP, 2004). Interpretation of the Dye-3 ice core in southern Greenland is equivocal. The presence of isotopically enriched ice, possibly LIG ice, at the bottom of the Dye-3 core has been interpreted as substantial reduction in southern Greenland ice thickness during the LIG (NGRIP, 2004). Equally plausible interpretations suggest that the Greenland Ice Sheet's southern dome did not survive the peak interglacial warmth and that Dye-3 is recording the growth of late-LIG ice when the ice sheet re-established itself in southern Greenland (Koerner and Fisher, 2002), or ice that flowed into the region from central Greenland or from a surviving but isolated southern dome (Lhomme et al., 2005a). The absence of pre-LIG ice in the larger ice caps in the eastern Canadian Arctic indicates that they melted completely during the LIG (Koerner, 1989).

Most of the global sea level rise during the LIG must have been the result of polar ice sheet melting. Greenland Ice Sheet models forced with Greenland temperature scenarios derived from data (Cuffey and Marshall, 2000; Tarasov and Peltier, 2003; Lhomme et al., 2005a), or temperatures and precipitation produced by an AOGCM (Otto-Bliesner et al., 2006a), simulate the minimal LIG Greenland Ice Sheet as a steep-sided ice sheet in central and northern Greenland (Figure 6.6). This inferred ice sheet, combined with the change in other arctic ice fields, likely generated no more than 2 to 4 m of early LIG sea level rise over several millennia. The simulated contribution of Greenland to this sea level rise was likely driven by orbitally forced summer warming in the Arctic (see Section 6.4.1). The evidence that sea level was 4 to 6 m above present implies there may also have been a contribution from Antarctica (Scherer et al., 1998; Overpeck et al., 2006). Overpeck et al. (2006) argued that since the circum-arctic LIG warming was very similar to that expected in a future doubled $CO_2$ climate, significant retreat of the Greenland Ice Sheet can be expected to occur under this future condition. Since not all of the LIG increment of sea level appears to be explained by the melt-back of the Greenland Ice Sheet, it is possible that parts of the Antarctic Ice Sheet might also retreat under this future condition (see also Scherer et al., 1998; Tarasov and Peltier, 2003; Domack et al., 2005 and Oppenheimer and Alley, 2005).

### 6.4.3.4   *What Is the Long-Term Contribution of Polar Ice-sheet Derived Melt Water to the Observed Globally Averaged Rate of Sea Level Rise?*

Models of postglacial RSL history together with Holocene observations can be employed to assess whether or not a significant fraction of the observed globally averaged rate of sea level rise of about 2 mm yr$^{-1}$ during the 20th century can be explained as a long term continuing influence of the most recent partial deglaciation of the polar ice sheets. Based upon post-TAR estimates derived from geological observations of Holocene sea level from 16 equatorial Pacific islands (Peltier, 2002; Peltier et al., 2002), it appears likely that the average rate of sea level rise due to this hypothetical source over the last 2 kyr was zero and at most in the range 0 to 0.2 mm yr$^{-1}$ (Lambeck, 2002).

## 6.5   The Current Interglacial

A variety of proxy records provide detailed temporal and spatial information concerning climate change during the current interglacial, the Holocene, an approximately 11.6 kyr period of increasingly intense anthropogenic modifications of the local (e.g., land use) to global (e.g., atmospheric composition) environment. The well-dated reconstructions of the past 2 kyr are covered in Section 6.6. In the context of both climate forcing and response, the Holocene is far better documented in terms of spatial coverage, dating and temporal resolution than previous interglacials. The evidence is clear that significant changes in climate forcing during the Holocene induced significant and complex climate responses, including long-term and abrupt changes in temperature, precipitation, monsoon dynamics and the El Niño-Southern Oscillation (ENSO). For selected periods such as the mid-Holocene, about 6 ka, intensive efforts have been dedicated to the synthesis of palaeoclimatic observations and modelling intercomparisons. Such extensive data coverage provides a sound basis to evaluate the capacity of climate models to capture the response of the climate system to the orbital forcing.

### 6.5.1   Climate Forcing and Response During the Current Interglacial

#### 6.5.1.1   *What Were the Main Climate Forcings During the Holocene?*

During the current interglacial, changes in the Earth's orbit modulated the latitudinal and seasonal distribution of insolation (Box 6.1). Ongoing efforts to quantify Holocene changes in stratospheric aerosol content recorded in the chemical composition of ice cores from both poles (Zielinski, 2000; Castellano et al., 2005) confirm that volcanic forcing amplitude and occurrence varied significantly during the Holocene (see also Section 6.6.3). Fluctuations of cosmogenic isotopes (ice core $^{10}$Be and tree ring $^{14}$C) have been used as proxies for Holocene changes in solar activity (e.g., Bond et al., 2001), although the quantitative link to solar irradiance remains uncertain and substantial work is needed to disentangle solar from non-solar influences on these proxies over the full Holocene (Muscheler et al., 2006). Residual continental ice sheets formed during the last ice age were retreating during the first half of the current interglacial period (Figure 6.8). The associated ice sheet albedo is thought to have locally modulated the regional climate response to the orbital forcing (e.g., Davis et al., 2003).

The evolution of atmospheric trace gases during the Holocene is well known from ice core analyses (Figure 6.4). A first decrease in atmospheric $CO_2$ of about 7 ppm from 11 to 8 ka was followed by a 20 ppm $CO_2$ increase until the onset of the industrial revolution (Monnin et al., 2004). Atmospheric $CH_4$ decreased from a NH value of about 730 ppb around 10 ka to about 580 ppb around 6 ka, and increased again slowly to 730

ppb in pre-industrial times (Chappellaz et al., 1997; Flückiger et al., 2002). Atmospheric $N_2O$ largely followed the evolution of atmospheric $CO_2$ and shows an early Holocene decrease of about 10 ppb and an increase of the same magnitude between 8 and 2 ka (Flückiger et al., 2002). Implied radiative forcing changes from Holocene greenhouse gas variations are 0.4 W $m^{-2}$ ($CO_2$) and 0.1 W $m^{-2}$ ($N_2O$ and $CH_4$), relative to pre-industrial forcing.

### 6.5.1.2  Why Did Holocene Atmospheric Greenhouse Gas Concentrations Vary Before the Industrial Period?

Recent transient carbon cycle-climate model simulations with a predictive global vegetation model have attributed the early Holocene $CO_2$ decrease to forest regrowth in areas of the waning Laurentide Ice Sheet, partly counteracted by ocean sediment carbonate compensation (Joos et al., 2004). Carbonate compensation of terrestrial carbon uptake during the glacial-interglacial transition and the early Holocene, as well as coral reef buildup during the Holocene, likely contributed to the subsequent $CO_2$ rise (Broecker and Clark, 2003; Ridgwell et al., 2003; Joos et al., 2004), whereas recent carbon isotope data (Eyer, 2004) and model results (Brovkin et al., 2002; Kaplan et al., 2002; Joos et al., 2004) suggest that the global terrestrial carbon inventory has been rather stable over the 7 kyr preceding industrialisation. Variations in carbon storage in northern peatlands may have contributed to the observed atmospheric $CO_2$ changes. Such natural mechanisms cannot account for the much more significant industrial trace gas increases; atmospheric $CO_2$ would be expected to remain well below 290 ppm in the absence of anthropogenic emissions (Gerber et al., 2003).

It has been hypothesised, based on Vostok ice core $CO_2$ data (Petit et al., 1999), that atmospheric $CO_2$ would have dropped naturally by 20 ppm during the past 8 kyr (in contrast with the observed 20 ppm increase) if prehistoric agriculture had not caused a release of terrestrial carbon and $CH_4$ during the Holocene (Ruddiman, 2003; Ruddiman et al., 2005). This hypothesis also suggests that incipient late-Holocene high-latitude glaciation was prevented by these pre-industrial greenhouse gas emissions. However, this hypothesis conflicts with several, independent lines of evidence, including the lack of orbital similarity of the three previous interglacials with the Holocene and the recent finding that $CO_2$ concentrations were high during the entire Stage 11 (Siegenthaler et al., 2005a; Figure 6.3), a long (~28 kyr) interglacial (see Section 6.4.1.5). This hypothesis also requires much larger changes in the Holocene atmospheric stable carbon isotope ratio ($^{13}C/^{12}C$) than found in ice cores (Eyer, 2004), as well as a carbon release by anthropogenic land use that is larger than estimated by comparing carbon storage for natural vegetation and present day land cover (Joos et al., 2004).

### 6.5.1.3  Was Any Part of the Current Interglacial Period Warmer than the Late 20th Century?

The temperature evolution over the Holocene has been established for many different regions, often with centennial-resolution proxy records more sensitive to specific seasons (see Section 6.1). At high latitudes of the North Atlantic and adjacent Arctic, there was a tendency for summer temperature maxima to occur in the early Holocene (10 to 8 ka), pointing to the direct influence of the summer insolation maximum on sea ice extent (Kim et al., 2004; Kaplan and Wolfe, 2006). Climate reconstructions for the mid-northern latitudes exhibit a long-term decline in SST from the warmer early to mid-Holocene to the cooler pre-industrial period of the late Holocene (Johnsen et al., 2001; Marchal et al., 2002; Andersen et al., 2004; Kim et al., 2004; Kaplan and Wolfe 2006), most likely in response to annual mean and summer orbital forcings at these latitudes (Renssen et al., 2005). Near ice sheet remnants in northern Europe or North America, peak warmth was locally delayed, probably as a result of the interplay between ice elevation, albedo, atmospheric and oceanic heat transport and orbital forcing (MacDonald et al., 2000; Davis et al., 2003; Kaufman et al., 2004). The warmest period in northern Europe and north-western North America occurs from 7 to 5 ka (Davis et al., 2003; Kaufman et al., 2004). During the mid-Holocene, global pollen-based reconstructions (Prentice and Webb, 1998; Prentice et al., 2000) and macrofossils (MacDonald et al., 2000) show a northward expansion of northern temperate forest (Bigelow et al., 2003; Kaplan et al., 2003), as well as substantial glacier retreat (see Box 6.3). Warmer conditions at mid- and high latitudes of the NH in the early to mid-Holocene are consistent with deep borehole temperature profiles (Huang et al., 1997). Other early warm periods were identified in the equatorial west Pacific (Stott et al., 2004), China (He et al., 2004), New Zealand (Williams et al., 2004), southern Africa (Holmgren et al., 2003) and Antarctica (Masson et al., 2000). At high southern latitudes, the early warm period cannot be explained by a linear response to local summer insolation changes (see Box 6.1), suggesting large-scale reorganisation of latitudinal heat transport. In contrast, tropical temperature reconstructions, only available from marine records, show that Mediterranean, tropical Atlantic, Pacific and Indian Ocean SSTs exhibit a progressive warming from the beginning of the current interglacial onwards (Kim et al., 2004; Rimbu et al., 2004; Stott et al., 2004), possibly a reflection of tropical annual mean insolation increase (Box 6.1, Figure 1).

Extratropical centennial-resolution records therefore provide evidence for local multi-centennial periods warmer than the last decades by up to several degrees in the early to mid-Holocene. These local warm periods were very likely not globally synchronous and occurred at times when there is evidence that some areas of the tropical oceans were cooler than today (Figure 6.9) (Lorenz et al., 2006). When forced by 6 ka orbital parameters, state-of-the-art coupled climate models and EMICs capture reconstructed regional temperature and precipitation

## Box 6.3: Holocene Glacier Variability

The near-global retreat of mountain glaciers is among the most visible evidence of 20th- and 21st-century climate change (see Chapter 4), and the question arises as to the significance of this current retreat within a longer time perspective. The climatic conditions that cause an advance or a retreat may be different for glaciers located in different climate regimes (see Chapter 4). This distinction is crucial if reconstructions of past glacier activity are to be understood properly.

Records of Holocene glacier fluctuations provide a necessary backdrop for evaluating the current global retreat. However, in most mountain regions, records documenting past glacier variations exist as discontinuous low-resolution series (see Box 6.3, Figure 1), whereas continuous records providing the most coherent information for the whole Holocene are available so far only in Scandinavia (e.g., Nesje et al., 2005; see Box 6.3, Figure 1).

### What do glaciers reveal about climate change during the Holocene?

Most archives from the NH and the tropics indicate short, or in places even absent, glaciers between 11 and 5 ka, whereas during the second half of the Holocene, glaciers reformed and expanded. This tendency is most probably related to changes in summer insolation due to the configuration of orbital forcing (see Box 6.1). Long-term changes in solar insolation, however, cannot explain the shorter, regionally diverse glacier responses, driven by complex glacier and climate (mainly precipitation and temperature) interactions. On these shorter time scales, climate phenomena such as the North Atlantic Oscillation (NAO) and ENSO affected glaciers' mass balance, explaining some of the discrepancies found between regions. This is exemplified in the anti-phasing between glacier mass balance variations from the Alps and Scandinavia (Reichert et al., 2001; Six et al., 2001). Comparing the ongoing retreat of glaciers with the reconstruction of glacier variations during the Holocene, no period analogous to the present with a globally homogenous trend of retreating glaciers over centennial and shorter time scales could be identified in the past, although account must be taken of the large gaps in the data coverage on retreated glaciers in most regions. This is in line with model experiments suggesting that present-day glacier retreat exceed any variations simulated by the GCM control experiments and must have an external cause, with anthropogenic forcing the most likely candidate (Reichert et al., 2002).



**Box 6.3, Figure 1.** *Timing and relative scale of selected glacier records from both hemispheres. The different records show that Holocene glacier patterns are complex and that they should be interpreted regionally in terms of precipitation and temperature. In most cases, the scale of glacier retreat is unknown and indicated on a relative scale. Lines upper the horizontal line indicate glaciers smaller than at the end of the 20th century and lines below the horizontal line denote periods with larger glaciers than at the end of the 20th century. The radiocarbon dates are calibrated and all curves are presented in calendar years. Franz Josef Land (Lubinski et al., 1999), Svalbard from Svendsen and Mangerud (1997) corrected with Humlum et al. (2005), Northern Scandinavia (Bakke et al., 2005a,b; Nesje et al., 2005), Southern Scandinavia (Dahl and Nesje, 1996; Matthews et al., 2000, 2005; Lie et al., 2004), Brooks Range (Ellis and Calkin, 1984), Canadian Cordillera (Luckman and Kearney, 1986; Osborn and Luckman, 1988; Koch et al., 2004; Menounos et al., 2004), Alps (Holzhauser et al., 2005; Jörin et al., 2006), Himalaya and Karakorum (Röthlisberger and Geyh, 1985; Bao et al., 2003), Mt. Kenya (Karlén et al., 1999), New Zealand (Gellatly et al., 1988).*



**Figure 6.9.** *Timing and intensity of maximum temperature deviation from pre-industrial levels, as a function of latitude (vertical axis) and time (horizontal axis, in thousands of years before present ). Temperatures above pre-industrial levels by 0.5°C to 2°C appear in orange (above 2°C in red). Temperatures below pre-industrial levels by 0.5°C to 2°C appear in blue. References for data sets are: Barents Sea (Duplessy et al., 2001), Greenland (Johnsen et al., 2001), Europe (Davis et al., 2003), northwest and northeast America (MacDonald et al., 2000; Kaufman et al., 2004), China (He et al., 2004), tropical oceans (Rimbu et al., 2004; Stott et al., 2004; Lorentz et al., 2006), north Atlantic (Marchal et al., 2002; Kim et al., 2004), Tasmania (Xia et al., 2001), East Antarctica (Masson et al., 2000), southern Africa (Holmgren et al., 2003) and New Zealand (Williams et al., 2004).*

changes (Sections 6.5.1.4 and 6.5.1.5), whereas simulated global mean temperatures remain essentially unchanged (<0.4°C; Masson-Delmotte et al., 2005b), just as expected from the seasonality of the orbital forcing (see Box 6.1). Due to different regional temperature responses from the tropics to high latitudes, as well as between hemispheres, commonly used concepts such as 'mid-Holocene thermal optimum', 'altithermal', etc. are not globally relevant and should only be applied in a well-articulated regional context. Current spatial coverage, temporal resolution and age control of available Holocene proxy data limit the ability to determine if there were multi-decadal periods of global warmth comparable to the last half of 20th century.

### 6.5.1.4   *What Are the Links Between Orbital Forcing and Mid-Holocene Monsoon Intensification?*

Lake levels and vegetation changes reconstructed for the early to mid-Holocene indicate large precipitation increases in North Africa (Jolly et al., 1998). Simulating this intensification of the African monsoon is widely used as a benchmark for climate models within PMIP. When forced by mid-Holocene insolation resulting from changes in the Earth's orbit (see Box 6.1), but fixed present-day vegetation and ocean temperatures, atmospheric models simulate NH summer continental warming and a limited enhancement of summer monsoons but underestimate the reconstructed precipitation increase and extent over the Sahara (Joussaume et al., 1999; Coe and Harrison., 2002; Braconnot et al., 2004). Differences among simulations appear related to atmospheric model characteristics together with the mean tropical temperature of the control simulation (Braconnot et al., 2002). As already noted in the TAR, the vegetation and surface albedo feedbacks play a major role in the enhancement of the African monsoon (e.g., Claussen and Gayler, 1997; de Noblet-Ducoudre et al., 2000; Levis et al., 2004). New coupled ocean-atmosphere simulations show that the ocean feedback strengthens the inland monsoon flow and the length of the monsoon season, due to robust changes in late summer dipole SST patterns and in mixed layer depth (Braconnot et al., 2004; Zhao et al., 2005). When combined,

vegetation, soil characteristics and ocean feedbacks produce nonlinear interactions resulting in simulated precipitation in closer agreement with data (Braconnot et al., 2000; Levis et al., 2004). Transient simulations of Holocene climate performed with EMICs have further shown that land surface feedbacks are possibly involved in abrupt monsoon fluctuations (see Section 6.5.2). The mid-Holocene intensification of the North Australian, Indian and southwest American monsoons is captured by coupled ocean-atmosphere climate models in response to orbital forcing, again with amplifying ocean feedbacks (Harrison et al., 2003; Liu et al., 2004; Zhao et al., 2005).

### 6.5.1.5   What Are the Links Between Orbital Forcing and mid-Holocene Climate at Middle and High Latitudes?

Terrestrial records of the mid-Holocene indicate an expansion of forest at the expense of tundra at mid- to high latitudes of the NH (MacDonald et al., 2000; Prentice et al., 2000). Since the TAR, coupled atmosphere-ocean models, including the recent PMIP-2 simulations, have investigated the response of the climate system to orbital forcing at 6 ka during the mid-Holocene (Section 6.6.1, Box 6.1). Fully coupled atmosphere-ocean-vegetation models do produce the northward shift in the position of the northern limit of boreal forest, in response to simulated summer warming, and the northward expansion of temperate forest belts in North America, in response to simulated winter warming (Wohlfahrt et al., 2004). At high latitudes, the vegetation-snow albedo and ocean feedbacks enhance the warming in spring and autumn, respectively and transform the seasonal orbital forcing into an annual response (Crucifix et al., 2002; Wohlfahrt et al., 2004). Ocean changes simulated for this period are generally small and difficult to quantify from data due to uncertainties in the way proxy methods respond to the seasonality and stratification of the surface waters (Waelbroeck et al., 2005). Simulations with atmosphere and slab ocean models indicate that a change in the mean tropical Pacific SSTs in the mid-Holocene to conditions more like La Niña conditions can explain North American drought conditions at mid-Holocene (Shin et al., 2006). Based on proxies of SST in the North Atlantic, it has been suggested that trends from early to late Holocene are consistent with a shift from a more meridional regime over northern Europe to a positive North Atlantic Oscillation (NAO)-like mean state in the early to mid-Holocene (Rimbu et al., 2004). A PMIP2 intercomparison shows that three of nine models support a positive NAO-like atmospheric circulation in the mean state for the mid-Holocene as compared to the pre-industrial period, without significant changes in simulated NAO variability (Gladstone et al., 2005).

### 6.5.1.6   Are There Long-Term Modes of Climate Variability Identified During the Holocene that Could Be Involved in the Observed Current Warming?

An increasing number of Holocene proxy records are of sufficiently high resolution to describe the climate variability on centennial to millennial time scales, and to identify possible natural quasi-periodic modes of climate variability at these time scales (Haug et al., 2001; Gupta et al., 2003). Although earlier studies suggested that Holocene millennial variability could display similar frequency characteristics as the glacial variability in the North Atlantic (Bond et al., 1997), this assumption is being increasingly questioned (Risebrobakken et al., 2003; Schulz et al., 2004). In many records, there is no apparent consistent pacing at specific centennial to millennial frequencies through the Holocene period, but rather shifts between different frequencies (Moros et al., 2006). The suggested synchroneity of tropical and North Atlantic centennial to millennial variability (de Menocal et al., 2000; Mayewski et al., 2004; Y.J. Wang et al., 2005) is not common to the SH (Masson et al., 2000; Holmgren et al., 2003), suggesting that millennial scale variability cannot account for the observed 20th-century warming trend. Based on the correlation between changes in cosmogenic isotopes ($^{10}$Be or $^{14}$C) – related to solar activity changes – and climate proxy records, some authors argue that solar activity may be a driver for centennial to millennial variability (Karlén and Kuylenstierna, 1996; Bond et al., 2001; Fleitmann et al., 2003; Y.J. Wang et al., 2005). The possible importance of (forced or unforced) modes of variability within the climate system, for instance related to the deep ocean circulation, have also been highlighted (Bianchi and McCave, 1999; Duplessy et al., 2001; Marchal et al., 2002; Oppo et al., 2003). The current lack of consistency between various data sets makes it difficult, based on current knowledge, to attribute the millennial time scale large-scale climate variations to external forcings (solar activity, episodes of intense volcanism), or to variability internal to the climate system.

## 6.5.2   Abrupt Climate Change During the Current Interglacial

### 6.5.2.1   What Do Abrupt Changes in Oceanic and Atmospheric Circulation at Mid- and High-Latitudes Show?

An abrupt cooling of 2°C to 6°C identified as a prominent feature of Greenland ice cores at 8.2 ka (Alley et al., 1997; Alley and Agustsdottir, 2005) is documented in Europe and North America by high-resolution continental proxy records (Klitgaard-Kristensen et al., 1998; von Grafenstein et al., 1998; Barber et al., 1999; Nesje et al., 2000; Rohling and Palike, 2005). A large decrease in atmospheric $CH_4$ concentrations (several tens of parts per billion; Spahni et al., 2003) reveals the widespread signature of the abrupt '8.2 ka event' associated

with large-scale atmospheric circulation change recorded from the Arctic to the tropics with associated dry episodes (Hughen et al., 1996; Stager and Mayewski, 1997; Haug et al., 2001; Fleitmann et al., 2003; Rohling and Palike, 2005). The 8.2 ka event is interpreted as resulting from a brief reorganisation of the North Atlantic MOC (Bianchi and McCave, 1999; Risebrobakken et al., 2003; McManus et al., 2004), however, without a clear signature identified in deep water formation records. Significant volumes of freshwater were released in the North Atlantic and Arctic at the beginning of the Holocene by the decay of the residual continental ice (Nesje et al., 2004). A likely cause for the 8.2 ka event is an outburst flood during which pro-glacial Lake Agassiz drained about $10^{14}$ m$^3$ of freshwater into Hudson Bay extremely rapidly (possibly 5 Sv over 0.5 year, Clarke et al., 2004). Climate models have been used to test this hypothesis and assess the vulnerability of the ocean and atmospheric circulation to different amounts of freshwater release (see Alley and Agustsdottir, 2005 for a review; Section 6.4.2.2). Ensemble simulations conducted with EMICs (Renssen et al., 2002; Bauer et al., 2004) and coupled ocean-atmosphere GCMs (Alley and Agustsdottir, 2005; LeGrande et al., 2006) with different boundary conditions and freshwater forcings show that climate models are capable of simulating the broad features of the observed 8.2 ka event (including shifts in the ITCZ).

The end of the first half of the Holocene – between about 5 and 4 ka – was punctuated by rapid events at various latitudes, such as an abrupt increase in NH sea ice cover (Jennings et al., 2001); a decrease in Greenland deuterium excess, reflecting a change in the hydrological cycle (Masson-Delmotte et al., 2005b); abrupt cooling events in European climate (Seppa and Birks, 2001; Lauritzen, 2003); widespread North American drought for centuries (Booth et al., 2005); and changes in South American climate (Marchant and Hooghiemstra, 2004). The processes behind these observed abrupt shifts are not well understood. As these particular events took place at the end of a local warm period caused by orbital forcing (see Box 6.1 and Section 6.5.1), these observations suggest that under gradual climate forcings (e.g., orbital) the climate system can change abruptly.

### 6.5.2.2   *What Is the Understanding of Abrupt Changes in Monsoons?*

In the tropics, precipitation-sensitive records and models indicate that summer monsoons in Africa, India and Southeast Asia were enhanced in the early to mid-Holocene due to orbital forcing, a resulting increase in land-sea temperature gradients and displacement of the ITCZ. All high-resolution precipitation-sensitive records reveal that the local transitions from wetter conditions in the early Holocene to drier modern conditions occurred in one or more steps (Guo et al., 2000; Fleitmann et al., 2003; Morrill et al., 2003; Y.J.Wang et al., 2005). In the early Holocene, large increases in monsoon-related northern African runoff and/or wetter conditions over the Mediterranean

are associated with dramatic changes in Mediterranean Sea ventilation, as evidenced by sapropel layers (Ariztegui et al., 2000).

Transient simulations of the Holocene, although usually after the final disappearance of ice sheets, have been performed with EMICs and forced by orbital parameters (Box 6.1). These models have pointed to the operation of mechanisms that can generate rapid events in response to orbital forcing, such as changes in African monsoon intensity due to nonlinear interactions between vegetation and monsoon dynamics (Claussen et al., 1999; Renssen et al., 2003).

### 6.5.3   How and Why Has the El Niño-Southern Oscillation Changed Over the Present Interglacial?

High-resolution palaeoclimate records from diverse sources (corals, archaeological middens, lake and ocean sediments) consistently indicate that the early to mid-Holocene likely experienced weak ENSO variability, with a transition to a stronger modern regime occurring in the past few thousand years (Shulmeister and Lees, 1995; Gagan et al., 1998; Rodbell et al., 1999; Tudhope et al., 2001; Moy et al., 2002; McGregor and Gagan, 2004). Most data sources are discontinuous, providing only snapshots of mean conditions or interannual variability, and making it difficult to precisely characterise the rate and timing of the transition to the modern regime.

A simple model of the coupled Pacific Ocean and atmosphere, forced with orbital insolation variations, suggests that seasonal changes in insolation can produce systematic changes in ENSO behaviour (Clement et al., 1996, 2000; Cane, 2005). This model simulates a progressive, somewhat irregular increase in both event frequency and amplitude throughout the Holocene, due to the Bjerknes feedback mechanism (Bjerknes, 1969) and ocean dynamical thermostat (Clement and Cane, 1999; Clement et al., 2001; Cane, 2005). Snapshot experiments conducted with some coupled GCMs also reproduce an intensification of ENSO between the early Holocene and the present, although with some disagreement as to the magnitude of change. Both model results and data syntheses suggest that before the mid-Holocene, the tropical Pacific exhibited a more La Niña-like background state (Clement et al., 2000; Liu et al., 2000; Kitoh and Murakami, 2002; Otto-Bliesner et al., 2003; Liu, 2004). In palaeoclimate simulations with GCMs, ENSO teleconnections robust in the modern system show signs of weakening under mid-Holocene orbital forcing (Otto-Bliesner, 1999; Otto-Bliesner et al., 2003).

## Frequently Asked Question 6.2
## Is the Current Climate Change Unusual Compared to Earlier Changes in Earth's History?

*Climate has changed on all time scales throughout Earth's history. Some aspects of the current climate change are not unusual, but others are. The concentration of $CO_2$ in the atmosphere has reached a record high relative to more than the past half-million years, and has done so at an exceptionally fast rate. Current global temperatures are warmer than they have ever been during at least the past five centuries, probably even for more than a millennium. If warming continues unabated, the resulting climate change within this century would be extremely unusual in geological terms. Another unusual aspect of recent climate change is its cause: past climate changes were natural in origin (see FAQ 6.1), whereas most of the warming of the past 50 years is attributable to human activities.*

When comparing the current climate change to earlier, natural ones, three distinctions must be made. First, it must be clear which variable is being compared: is it greenhouse gas concentration or temperature (or some other climate parameter), and is it their absolute value or their rate of change? Second, local changes must not be confused with global changes. Local climate changes are often much larger than global ones, since local factors (e.g., changes in oceanic or atmospheric circulation) can shift the delivery of heat or moisture from one place to another and local feedbacks operate (e.g., sea ice feedback). Large changes in global mean temperature, in contrast, require some global forcing (such as a change in greenhouse gas concentration or solar activity). Third, it is necessary to distinguish between time scales. Climate changes over millions of years can be much larger and have different causes (e.g., continental drift) compared to climate changes on a centennial time scale.

The main reason for the current concern about climate change is the rise in atmospheric carbon dioxide ($CO_2$) concentration (and some other greenhouse gases), which is very unusual for the Quaternary (about the last two million years). The concentration of $CO_2$ is now known accurately for the past 650,000 years from antarctic ice cores. During this time, $CO_2$ concentration varied between a low of 180 ppm during cold glacial times and a high of 300 ppm during warm interglacials. Over the past century, it rapidly increased well out of this range, and is now 379 ppm (see Chapter 2). For comparison, the approximately 80-ppm rise in $CO_2$ concentration at the end of the past ice ages generally took over 5,000 years. Higher values than at present have only occurred many millions of years ago (see FAQ 6.1).

Temperature is a more difficult variable to reconstruct than $CO_2$ (a globally well-mixed gas), as it does not have the same value all over the globe, so that a single record (e.g., an ice core) is only of limited value. Local temperature fluctuations, even those over just a few decades, can be several degrees celsius, which is larger than the global warming signal of the past century of about 0.7°C.

More meaningful for global changes is an analysis of large-scale (global or hemispheric) averages, where much of the local varia-tion averages out and variability is smaller. Sufficient coverage of instrumental records goes back only about 150 years. Further back in time, compilations of proxy data from tree rings, ice cores, etc., go back more than a thousand years with decreasing spatial coverage for earlier periods (see Section 6.5). While there are differences among those reconstructions and significant uncertainties remain, all published reconstructions find that temperatures were warm during medieval times, cooled to low values in the 17th, 18th and 19th centuries, and warmed rapidly after that. The medieval level of warmth is uncertain, but may have been reached again in the mid-20th century, only to have likely been exceeded since then. These conclusions are supported by climate modelling as well. Before 2,000 years ago, temperature variations have not been systematically compiled into large-scale averages, but they do not provide evidence for warmer-than-present global annual mean temperatures going back through the Holocene (the last 11,600 years; see Section 6.4). There are strong indications that a warmer climate, with greatly reduced global ice cover and higher sea level, prevailed until around 3 million years ago. Hence, current warmth appears unusual in the context of the past millennia, but not unusual on longer time scales for which changes in tectonic activity (which can drive natural, slow variations in greenhouse gas concentration) become relevant (see Box 6.1).

A different matter is the current rate of warming. Are more rapid global climate changes recorded in proxy data? The largest temperature changes of the past million years are the glacial cycles, during which the global mean temperature changed by 4°C to 7°C between ice ages and warm interglacial periods (local changes were much larger, for example near the continental ice sheets). However, the data indicate that the global warming at the end of an ice age was a gradual process taking about 5,000 years (see Section 6.3). It is thus clear that the current rate of global climate change is much more rapid and very unusual in the context of past changes. The much-discussed abrupt climate shifts during glacial times (see Section 6.3) are not counter-examples, since they were probably due to changes in ocean heat transport, which would be unlikely to affect the global mean temperature.

Further back in time, beyond ice core data, the time resolution of sediment cores and other archives does not resolve changes as rapid as the present warming. Hence, although large climate changes have occurred in the past, there is no evidence that these took place at a faster rate than present warming. If projections of approximately 5°C warming in this century (the upper end of the range) are realised, then the Earth will have experienced about the same amount of global mean warming as it did at the end of the last ice age; there is no evidence that this rate of possible future global change was matched by any comparable global temperature increase of the last 50 million years.

## 6.6   The Last 2,000 Years

### 6.6.1   Northern Hemisphere Temperature Variability

#### 6.6.1.1   What Do Reconstructions Based on Palaeoclimatic Proxies Show?

Figure 6.10 shows the various instrumental and proxy climate evidence of the variations in average large-scale surface temperatures over the last 1.3 kyr. Figure 6.10a shows two instrumental compilations representing the mean annual surface temperature of the NH since 1850, one based on land data only, and one using land and surface ocean data combined (see Chapter 3). The uncertainties associated with one of these series are also shown (30-year smoothed combined land and marine). These arise primarily from the incomplete spatial coverage of instrumentation through time (Jones et al., 1997) and, whereas these uncertainties are larger in the 19th compared to the 20th century, the prominence of the recent warming, especially in the last two to three decades of the record, is clearly apparent in this 150-year context. The land-only record shows similar variability, although the rate of warming is greater than in the combined record after about 1980. The land-only series can be extended back beyond the 19th century, and is shown plotted from 1781 onwards. The early section is based on a much sparser network of available station data, with at least 23 European stations, but only one North American station, spanning the first two decades, and the first Asian station beginning only in the 1820s. Four European records (Central England, De Bilt, Berlin and Uppsala) provide an even longer, though regionally restricted, indication of the context for the warming observed in the last approximately 20 to 30 years, which is even greater in this area than is observed over the NH land as a whole.

The instrumental temperature data that exist before 1850, although increasingly biased towards Europe in earlier periods, show that the warming observed after 1980 is unprecedented compared to the levels measured in the previous 280 years, even allowing for the greater variance expected in an average of so few early data compared to the much greater number in the 20th century. Recent analyses of instrumental, documentary and proxy climate records, focussing on European temperatures, have also pointed to the unprecedented warmth of the 20th century and shown that the extreme summer of 2003 was very likely warmer than any that has occurred in at least 500 years (Luterbacher et al., 2004; Guiot et al., 2005; see Box 3.6).

If the behaviour of recent temperature change is to be understood, and the mechanisms and causes correctly attributed, parallel efforts are needed to reconstruct the longer and more widespread pre-instrumental history of climate variability, as well as the detailed changes in various factors that might influence climate (Bradley et al., 2003b; Jones and Mann, 2004).

The TAR discussed various attempts to use proxy data to reconstruct changes in the average temperature of the NH for the period after AD 1000, but focused on three reconstructions (included in Figure 6.10), all with yearly resolution. The first (Mann et al., 1999) represents mean annual temperatures, and is based on a range of proxy types, including data extracted from tree rings, ice cores and documentary sources; this reconstruction also incorporates a number of instrumental (temperature and precipitation) records from the 18th century onwards. For 900 years, this series exhibits multi-decadal fluctuations with amplitudes up to 0.3°C superimposed on a negative trend of 0.15°C, followed by an abrupt warming (~0.4°C) matching that observed in the instrumental data during the first half of the 20th century. Of the other two reconstructions, one (Jones et al., 1998) was based on a much smaller number of proxies, whereas the other (Briffa et al., 2001) was based solely on tree ring density series from an expansive area of the extratropics, but reached back only to AD 1400. These two reconstructions emphasise warm season rather than annual temperatures, with a geographical focus on extratropical land areas. They indicate a greater range of variability on centennial time scales prior to the 20th century, and also suggest slightly cooler conditions during the 17th century than those portrayed in the Mann et al. (1998, 1999) series.

The 'hockey stick' reconstruction of Mann et al. (1999) has been the subject of several critical studies. Soon and Baliunas (2003) challenged the conclusion that the 20th century was the warmest at a hemispheric average scale. They surveyed regionally diverse proxy climate data, noting evidence for relatively warm (or cold), or alternatively dry (or wet) conditions occurring at any time within pre-defined periods assumed to bracket the so-called 'Medieval Warm Period' (and 'Little Ice Age'). Their qualitative approach precluded any quantitative summary of the evidence at precise times, limiting the value of their review as a basis for comparison of the relative magnitude of mean hemispheric 20th-century warmth (Mann and Jones, 2003; Osborn and Briffa, 2006). Box 6.4 provides more information on the 'Medieval Warm Period'.

McIntyre and McKitrick (2003) reported that they were unable to replicate the results of Mann et al. (1998). Wahl and Ammann (2007) showed that this was a consequence of differences in the way McIntyre and McKitrick (2003) had implemented the method of Mann et al. (1998) and that the original reconstruction could be closely duplicated using the original proxy data. McIntyre and McKitrick (2005a,b) raised further concerns about the details of the Mann et al. (1998) method, principally relating to the independent verification of the reconstruction against 19th-century instrumental temperature data and to the extraction of the dominant modes of variability present in a network of western North American tree ring chronologies, using Principal Components Analysis. The latter may have some theoretical foundation, but Wahl and Amman (2006) also show that the impact on the amplitude of the final reconstruction is very small (~0.05°C; for further discussion of these issues see also Huybers, 2005; McIntyre and McKitrick, 2005c,d; von Storch and Zorita, 2005).

Since the TAR, a number of additional proxy data syntheses based on annually or near-annually resolved data, variously representing mean NH temperature changes over the last



**Figure 6.10.** *Records of NH temperature variation during the last 1.3 kyr. (a) Annual mean instrumental temperature records, identified in Table 6.1. (b) Reconstructions using multiple climate proxy records, identified in Table 6.1, including three records (JBB..1998, MBH..1999 and BOS..2001) shown in the TAR, and the HadCRUT2v instrumental temperature record in black. (c) Overlap of the published multi-decadal time scale uncertainty ranges of all temperature reconstructions identified in Table 6.1 (except for RMO..2005 and PS2004), with temperatures within ±1 standard error (SE) of a reconstruction 'scoring' 10%, and regions within the 5 to 95% range 'scoring' 5% (the maximum 100% is obtained only for temperatures that fall within ±1 SE of all 10 reconstructions). The HadCRUT2v instrumental temperature record is shown in black. All series have been smoothed with a Gaussian-weighted filter to remove fluctuations on time scales less than 30 years; smoothed values are obtained up to both ends of each record by extending the records with the mean of the adjacent existing values. All temperatures represent anomalies (°C) from the 1961 to 1990 mean.*

### Box 6.4: Hemispheric Temperatures in the 'Medieval Warm Period'

At least as early as the beginning of the 20th century, different authors were already examining the evidence for climate changes during the last two millennia, particularly in relation to North America, Scandinavia and Eastern Europe (Brooks, 1922). With regard to Iceland and Greenland, Pettersson (1914) cited evidence for considerable areas of Iceland being cultivated in the 10th century. At the same time, Norse settlers colonised areas of Greenland, while a general absence of sea ice allowed regular voyages at latitudes far to the north of what was possible in the colder 14th century. Brooks (1922) described how, after some amelioration in the 15th and 16th centuries, conditions worsened considerably in the 17th century; in Iceland, previously cultivated land was covered by ice. Hence, at least for the area of the northern North Atlantic, a picture was already emerging of generally warmer conditions around the centuries leading up to the end of the first millennium, but framed largely by comparison with strong evidence of much cooler conditions in later centuries, particularly the 17th century.

Lamb (1965) seems to have been the first to coin the phrase 'Medieval Warm Epoch' or 'Little Optimum' to describe the totality of multiple strands of evidence principally drawn from western Europe, for a period of widespread and generally warmer temperatures which he put at between AD 1000 and 1200 (Lamb, 1982). It is important to note that Lamb also considered the warmest conditions to have occurred at different times in different areas: between 950 and 1200 in European Russia and Greenland, but somewhat later, between 1150 and 1300 (though with notable warmth also in the later 900s) in most of Europe (Lamb, 1977).

Much of the evidence used by Lamb was drawn from a very diverse mixture of sources such as historical information, evidence of treeline and vegetation changes, or records of the cultivation of cereals and vines. He also drew inferences from very preliminary analyses of some Greenland ice core data and European tree ring records. Much of this evidence was difficult to interpret in terms of accurate quantitative temperature influences. Much was not precisely dated, representing physical or biological systems that involve complex lags between forcing and response, as is the case for vegetation and glacier changes. Lamb's analyses also predate any formal statistical calibration of much of the evidence he considered. He concluded that 'High Medieval' temperatures were probably 1.0°C to 2.0°C above early 20th-century levels at various European locations (Lamb, 1977; Bradley et al., 2003a).

A later study, based on examination of more quantitative evidence, in which efforts were made to control for accurate dating and specific temperature response, concluded that it was not possible to say anything other than '… in some areas of the Globe, for some part of the year, relatively warm conditions may have prevailed' (Hughes and Diaz, 1994).

In medieval times, as now, climate was unlikely to have changed in the same direction, or by the same magnitude, everywhere (Box 6.4, Figure 1). At some times, some regions may have experienced even warmer conditions than those that prevailed throughout the 20th century (e.g., see Bradley et al., 2003a). Regionally restricted evidence by itself, especially when the dating is imprecise, is of little practical relevance to the question of whether climate in medieval times was globally as warm or warmer than today. Local climate variations can be dominated by internal climate variability, often the result of the redistribution of heat by regional climate processes. Only very large-scale climate averages can be expected to reflect global forcings over recent millennia (Mann and Jones, 2003; Goosse

*(continued)*



**Box 6.4, Figure 1.** *The heterogeneous nature of climate during the 'Medieval Warm Period' is illustrated by the wide spread of values exhibited by the individual records that have been used to reconstruct NH mean temperature. These consist of individual, or small regional averages of, proxy records collated from those used by Mann and Jones (2003), Esper et al. (2002) and Luckman and Wilson (2005), but exclude shorter series or those with no evidence of sensitivity to local temperature. These records have not been calibrated here, but each has been smoothed with a 20-year filter and scaled to have zero mean and unit standard deviation over the period 1001 to 1980.*

et al., 2005a). To define medieval warmth in a way that has more relevance for exploring the magnitude and causes of recent large-scale warming, widespread and continuous palaeoclimatic evidence must be assimilated in a homogeneous way and scaled against recent measured temperatures to allow a meaningful quantitative comparison against 20th-century warmth (Figure 6.10).

A number of studies that have attempted to produce very large spatial-scale reconstructions have come to the same conclusion: that medieval warmth was heterogeneous in terms of its precise timing and regional expression (Crowley and Lowery, 2000; Folland et al., 2001; Esper et al., 2002; Bradley et al., 2003a; Jones and Mann, 2004; D'Arrigo et al., 2006).

The uncertainty associated with present palaeoclimate estimates of NH mean temperatures is significant, especially for the period prior to 1600 when data are scarce (Mann et al., 1999; Briffa and Osborn, 2002; Cook et al., 2004a). However, Figure 6.10 shows that the warmest period prior to the 20th century very likely occurred between 950 and 1100, but temperatures were probably between 0.1°C and 0.2°C below the 1961 to 1990 mean and significantly below the level shown by instrumental data after 1980.

In order to reduce the uncertainty, further work is necessary to update existing records, many of which were assembled up to 20 years ago, and to produce many more, especially early, palaeoclimate series with much wider geographic coverage. There are far from sufficient data to make any meaningful estimates of *global* medieval warmth (Figure 6.11). There are very few long records with high temporal resolution data from the oceans, the tropics or the SH.

The evidence currently available indicates that NH mean temperatures during medieval times (950–1100) were indeed warm in a 2-kyr context and even warmer in relation to the less sparse but still limited evidence of widespread average cool conditions in the 17th century (Osborn and Briffa, 2006). However, the evidence is not sufficient to support a conclusion that hemispheric mean temperatures were as warm, or the extent of warm regions as expansive, as those in the 20th century as a whole, during any period in medieval times (Jones et al., 2001; Bradley et al., 2003a,b; Osborn and Briffa, 2006).

**Table 6.1.** *Records of Northern Hemisphere temperature shown in Figure 6.10.*

| Instrumental temperatures | | | |
|---|---|---|---|
| Series | Period | Description | Reference |
| HadCRUT2v[a] | 1856–2005 | Land and marine temperatures for the NH | Jones and Moberg, 2003; errors from Jones et al., 1997 |
| CRUTEM2v[b] | 1781–2004 | Land-only temperatures for the NH | Jones and Moberg, 2003; extended using data from Jones et al., 2003 |
| 4 European Stations | 1721–2004 | Average of central England, De Bilt, Berlin and Uppsala | Jones et al., 2003 |

| Proxy-based reconstructions of temperature | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Series | Period | Reconstructed Season | Region | H | M | L | O | Reference |
| JBB..1998 | 1000–1991 | Summer | Land, 20°N–90°N | ◣ | ◣ | □ | □ | Jones et al., 1998; calibrated by Jones et al., 2001 |
| MBH1999 | 1000–1980 | Annual | Land + marine, 0–90°N | ■ | ■ | ◣ | □ | Mann et al., 1999 |
| BOS..2001 | 1402–1960 | Summer | Land, 20°N–90°N | ■ | ◣ | □ | □ | Briffa et al., 2001 |
| ECS2002 | 831–1992 | Annual | Land, 20°N–90°N | ◣ | ■ | □ | □ | Esper et al., 2002; recalibrated by Cook et al., 2004a |
| B2000 | 1–1993 | Summer | Land, 20°N–90°N | ◣ | □ | □ | □ | Briffa, 2000; calibrated by Briffa et al., 2004 |
| MJ2003 | 200–1980 | Annual | Land + marine, 0–90°N | ◣ | ◣ | □ | ◣ | Mann and Jones, 2003 |
| RMO..2005 | 1400–1960 | Annual | Land + marine, 0–90°N | ■ | ■ | ◣ | ◣ | Rutherford et al., 2005 |
| MSH..2005 | 1–1979 | Annual | Land + marine, 0–90°N | ■ | ■ | ◣ | ◣ | Moberg et al., 2005 |
| DWJ2006 | 713–1995 | Annual | Land, 20°N–90°N | ■ | ◣ | □ | □ | D'Arrigo et al., 2006 |
| HCA..2006 | 558–1960 | Annual | Land, 20°N–90°N | ◣ | ◣ | □ | □ | Hegerl et al., 2006 |
| PS2004 | 1500–2000 | Annual | Land, 0–90°N | ◣ | ■ | □ | □ | Pollack and Smerdon, 2004; reference level adjusted following Moberg et al., 2005 |
| O2005 | 1600–1990 | Summer | Global land | ◣ | ■ | □ | □ | Oerlemans, 2005 |

Notes:
[a] Hadley Centre/Climatic Research Unit gridded surface temperature data set, version 2 variance adjusted.
[b] Climatic Research Unit gridded land surface air temperature, version 2 variance corrected.
[c] Location of proxies from H = high-latitude land, M = mid-latitude land, L = low-latitude land, O = oceans is indicated by □ (none or very few), ◣ (limited coverage) or ■ (moderate or good coverage).



**Figure 6.11.** *Locations of proxy records with data back to AD 1000, 1500 and 1750 (instrumental: red thermometers; tree ring: brown triangles; borehole: black circles; ice core/ice borehole: blue stars; other including low-resolution records: purple squares) that have been used to reconstruct NH or SH temperatures by studies shown in Figure 6.10 (see Table 6.1, excluding O2005) or used to indicate SH regional temperatures (Figure 6.12).*

1 or 2 kyr, have been published (Esper et al., 2002; Crowley et al., 2003; Mann and Jones, 2003; Cook et al., 2004a; Moberg et al., 2005; Rutherford et al., 2005; D'Arrigo et al., 2006). These are shown, plotted from AD 700 in Figure 6.10b, along with the three series from the TAR. As with the original TAR series, these new records are not entirely independent reconstructions inasmuch as there are some predictors (most often tree ring data and particularly in the early centuries) that are common between them, but in general, they represent some expansion in the length and geographical coverage of the previously available data (Figures 6.10 and 6.11).

Briffa (2000) produced an extended history of interannual tree ring growth incorporating records from sites across northern Fennoscandia and northern Siberia, using a statistical technique to construct the tree ring chronologies that is capable of preserving multi-centennial time scale variability. Although ostensibly representative of northern Eurasian summer conditions, these data were later scaled using simple linear regression against a mean NH land series to provide estimates of summer temperature over the past 2 kyr (Briffa et al., 2004). Esper et al. (2002) took tree ring data from 14 sites in Eurasia and North America, and applied a variant of the same statistical technique designed to produce ring width chronologies in which evidence of long time scale climate forcing is better represented compared with earlier tree ring processing methods. The resulting series were averaged, smoothed and then scaled so that the multi-decadal variance matched that in the Mann et al. (1998) reconstruction over the period 1900 to 1977. This produced a reconstruction with markedly cooler temperatures during the 12th to the end of the 14th century than are apparent in any other series. The relative amplitude of this reconstruction is reduced somewhat when recalibrated directly against smoothed instrumental temperatures (Cook et al., 2004a) or by using annually resolved temperature data (Briffa and Osborn, 2002), but even then, this reconstruction remains at the coldest end of the range defined by all currently available reconstructions.

Mann and Jones (2003) selected only eight normalised series (all screened for temperature sensitivity) to represent annual mean NH temperature change over the last 1.8 kyr. Four of these eight represent integrations of multiple proxy site records or reconstructions, including some O isotope records from ice cores and documentary information as well tree ring records. A weighted average of these decadally smoothed series was scaled so that its mean and standard deviation matched those of the NH decadal mean land and marine record over the period 1856 to 1980. Moberg et al. (2005) used a mixture of tree ring and other proxy-based climate reconstructions to represent changes at short and longer time scales, respectively, across the NH. Seven tree ring series provided information on time scales shorter than 80 years, while 11 far less accurately dated records with lower resolution (including ice melt series, lake diatoms and pollen data, chemistry of marine shells and foraminifera, and one borehole temperature record from the Greenland Ice Sheet) were combined and scaled to match the mean and standard deviation of the instrumental record between 1856 and

1979. This reconstruction displays the warmest temperatures of any reconstruction during the 10th and early 11th centuries, although still below the level of warmth observed since 1980.

Many of the individual annually resolved proxy series used in the various reconstruction studies cited above have been combined in a new reconstruction (only back to AD 1400) based on a climate field reconstruction technique (Rutherford et al., 2005). This study also involved a methodological exploration of the sensitivity of the results to the precise specification of the predictor set, as well as the predictand target region and seasonal window. It concluded that the reconstructions were reasonably robust to differences in the choice of proxy data and statistical reconstruction technique.

D'Arrigo et al. (2006) used only tree ring data, but these include a substantial number not used in other reconstructions, particularly in northern North America. Their reconstruction, similar to that of Esper et al. (2002), displays a large amplitude of change during the past 1 kyr, associated with notably cool excursions during most of the 9th, 13th and 14th centuries, clearly below those of most other reconstructions. Hegerl et al. (2006) used a mixture of 14 regional series, of which only 3 were not made up from tree ring data (a Greenland ice O isotope record and two composite series, from China and Europe, including a mixture of instrumental, documentary and other data). Many of these are common to the earlier reconstructions. However, these series were combined and scaled using a regression approach (total least squares) intended to prevent the loss of low-frequency variance inherent in some other regression approaches. The reconstruction produced lies close to the centre of the range defined by the other reconstructions.

Various statistical methods are used to convert the various sets of original palaeoclimatic proxies into the different estimates of mean NH temperatures shown in Figure 6.10 (see discussions in Jones and Mann, 2004; Rutherford et al., 2005). These range from simple averaging of regional data and scaling of the resulting series so that its mean and standard deviation match those of the observed record over some period of overlap (Jones et al., 1998; Crowley and Lowery, 2000), to complex climate field reconstruction, where large-scale modes of spatial climate variability are linked to patterns of variability in the proxy network via a multivariate transfer function that explicitly provides estimates of the spatio-temporal changes in past temperatures, and from which large-scale average temperature changes are derived by averaging the climate estimates across the required region (Mann et al., 1998; Rutherford et al., 2003, 2005). Other reconstructions can be considered to represent what are essentially intermediate applications between these two approaches, in that they involve regionalisation of much of the data prior to the use of a statistical transfer function, and so involve fewer, but potentially more robust, regional predictors (Briffa et al., 2001; Mann and Jones, 2003; D'Arrigo et al., 2006). Some of these studies explicitly or implicitly reconstruct tropical temperatures based on data largely from the extratropics, and assume stability in the patterns of climate association between these regions. This assumption has been

questioned on the basis of both observational and model-simulated data suggesting that tropical to extratropical climate variability can be decoupled (Rind et al., 2005), and also that extratropical teleconnections associated with ENSO may vary through time (see Section 6.5.6).

Oerlemans (2005) constructed a temperature history for the globe based on 169 glacier length records. He used simplified glacier dynamics that incorporate specific response time and climate sensitivity estimates for each glacier. The reconstruction suggests that moderate global warming occurred after the middle of the 19th century, with about 0.6°C warming by the middle of the 20th century. Following a 25-year cooling, temperatures rose again after 1970, though much regional and high-frequency variability is superimposed on this overall interpretation. However, this approach does not allow for changing glacier sensitivity over time, which may limit the information before 1900. For example, analyses of glacier mass balances, volume changes and length variations along with temperature records in the western European Alps (Vincent et al., 2005) indicate that between 1760 and 1830, glacier advance was driven by precipitation that was 25% above the 20th century average, while there was little difference in average temperatures. Glacier retreat after 1830 was related to reduced winter precipitation and the influence of summer warming only became effective at the beginning of the 20th century. In southern Norway, early 18th-century glacier advances can be attributed to increased winter precipitation rather than cold temperatures (Nesje and Dahl, 2003).

Changes in proxy records, either physical (such as the isotopic composition of various elements in ice) or biological (such as the width of a tree ring or the chemical composition of a growth band in coral), do not respond precisely or solely to changes in any specific climate parameter (such as mean temperature or total rainfall), or to the changes in that parameter as measured over a specific 'season' (such as June to August or January to December). For this reason, the proxies must be 'calibrated' empirically, by comparing their measured variability over a number of years with available instrumental records to identify some optimal climate association, and to quantify the statistical uncertainty associated with scaling proxies to represent this specific climate parameter. All reconstructions, therefore, involve a degree of compromise with regard to the specific choice of 'target' or dependent variable. Differences between the temperature reconstructions shown in Figure 6.10b are to some extent related to this, as well as to the choice of different predictor series (including differences in the way these have been processed). The use of different statistical scaling approaches (including whether the data are smoothed prior to scaling, and differences in the period over which this scaling is carried out) also influences the apparent spread between the various reconstructions. Discussions of these issues can also be found in Harris and Chapman (2001), Beltrami (2002), Briffa and Osborn (2002), Esper et al. (2002), Trenberth and Otto-Bliesner (2003), Zorita et al. (2003), Jones and Mann (2004), Pollack and Smerdon (2004), Esper et al. (2005) and Rutherford et al. (2005).

The considerable uncertainty associated with individual reconstructions (2-standard-error range at the multi-decadal time scale is of the order of ±0.5°C) is shown in several publications, calculated on the basis of analyses of regression residuals (Mann et al., 1998; Briffa et al., 2001; Jones et al., 2001; Gerber et al., 2003; Mann and Jones, 2003; Rutherford et al., 2005; D'Arrigo et al., 2006). These are often calculated from the error apparent in the calibration of the proxies. Hence, they are likely to be minimum uncertainties, as they do not take into account other sources of error not apparent in the calibration period, such as any reduction in the statistical robustness of the proxy series in earlier times (Briffa and Osborn, 1999; Esper et al., 2002; Bradley et al., 2003b; Osborn and Briffa, 2006).

All of the large-scale temperature reconstructions discussed in this section, with the exception of the borehole and glacier interpretations, include tree ring data among their predictors so it is pertinent to note several issues associated with them. The construction of ring width and ring density chronologies involves statistical processing designed to remove non-climate trends that could obscure the evidence of climate that they contain. In certain situations, this process may restrict the extent to which a chronology portrays the evidence of long time scale changes in the underlying variability of climate that affected the growth of the trees; in effect providing a high-pass filtered version of past climate. However, this is generally not the case for chronologies used in the reconstructions illustrated in Figure 6.10. Virtually all of these used chronologies or tree ring climate reconstructions produced using methods that preserve multi-decadal and centennial time scale variability. As with all biological proxies, the calibration of tree ring records using linear regression against some specific climate variable represents a simplification of what is inevitably a more complex and possibly time-varying relationship between climate and tree growth. That this is a defensible simplification, however, is shown by the general strength of many such calibrated relationships, and their significant verification using independent instrumental data. There is always a possibility that non-climate factors, such as changing atmospheric $CO_2$ or soil chemistry, might compromise the assumption of uniformity implicit in the interpretation of regression-based climate reconstructions, but there remains no evidence that this is true for any of the reconstructions referred to in this assessment. A group of high-elevation ring width chronologies from the western USA that show a marked growth increase during the last 100 years, attributed by LaMarche et al. (1984) to the fertilizing effect of increasing atmospheric $CO_2$, were included among the proxy data used by Mann et al. (1998, 1999). However, their tree ring data from the western USA were adjusted specifically in an attempt to mitigate this effect. Several analyses of ring width and ring density chronologies, with otherwise well-established sensitivity to temperature, have shown that they do not emulate the general warming trend evident in instrumental temperature records over recent decades, although they do track the warming that occurred during the early part of the 20th century and they continue to maintain a good correlation with observed temperatures over the full instrumental period at the

interannual time scale (Briffa et al., 2004; D'Arrigo, 2006). This 'divergence' is apparently restricted to some northern, high-latitude regions, but it is certainly not ubiquitous even there. In their large-scale reconstructions based on tree ring density data, Briffa et al. (2001) specifically excluded the post-1960 data in their calibration against instrumental records, to avoid biasing the estimation of the earlier reconstructions (hence they are not shown in Figure 6.10), implicitly assuming that the 'divergence' was a uniquely recent phenomenon, as has also been argued by Cook et al. (2004a). Others, however, argue for a breakdown in the assumed linear tree growth response to continued warming, invoking a possible threshold exceedance beyond which moisture stress now limits further growth (D'Arrigo et al., 2004). If true, this would imply a similar limit on the potential to reconstruct possible warm periods in earlier times at such sites. At this time there is no consensus on these issues (for further references see NRC, 2006) and the possibility of investigating them further is restricted by the lack of recent tree ring data at most of the sites from which tree ring data discussed in this chapter were acquired.

Figure 6.10b illustrates how, when viewed together, the currently available reconstructions indicate generally greater variability in centennial time scale trends over the last 1 kyr than was apparent in the TAR. It should be stressed that each of the reconstructions included in Figure 6.10b is shown scaled as it was originally published, despite the fact that some represent seasonal and others mean annual temperatures. Except for the borehole curve (Pollack and Smerdon, 2004) and the interpretation of glacier length changes (Oerlemans, 2005), they were originally also calibrated against different instrumental data, using a variety of statistical scaling approaches. For all these reasons, these reconstructions would be expected to show some variation in relative amplitude.

Figure 6.10c is a schematic representation of the most likely course of hemispheric mean temperature change during the last 1.3 kyr based on all of the reconstructions shown in Figure 6.10b, and taking into account their associated statistical uncertainty. The envelopes that enclose the two standard error confidence limits bracketing each reconstruction have been overlain (with greater emphasis placed on the area within the 1 standard error limits) to show where there is most agreement between the various reconstructions. The result is a picture of relatively cool conditions in the 17th and early 19th centuries and warmth in the 11th and early 15th centuries, but the warmest conditions are apparent in the 20th century. Given that the confidence levels surrounding all of the reconstructions are wide, virtually all reconstructions are effectively encompassed within the uncertainty previously indicated in the TAR. The major differences between the various proxy reconstructions relate to the magnitude of past cool excursions, principally during the 12th to 14th, 17th and 19th centuries. Several reconstructions exhibit a short-lived maximum just prior to AD 1000 but only one (Moberg et al., 2005) indicates persistent hemispheric-scale conditions (i.e., during AD 990 to 1050 and AD 1080 to 1120) that were as warm as those in the 1940s and 50s. However, the long time scale variability in this reconstruction is determined by low-resolution proxy records that cannot be rigorously calibrated against recent instrumental temperature data (Mann et al., 2005b). None of the reconstructions in Fig. 6.10 show pre-20th century temperatures reaching the levels seen in the instrumental temperature record for the last two decades of the 20th century.

It is important to recognise that in the NH as a whole there are few long and well-dated climate proxies, particularly for the period prior to the 17th century (Figure 6.11). Those that do exist are concentrated in extratropical, terrestrial locations, and many have greatest sensitivity to summer rather than winter (or annual) conditions. Changes in seasonality probably limit the conclusions that can be drawn regarding annual temperatures derived from predominantly summer-sensitive proxies (Jones et al., 2003). There are very few strongly temperature-sensitive proxies from tropical latitudes. Stable isotope data from high-elevation ice cores provide long records and have been interpreted in terms of past temperature variability (Thompson, 2000), but recent calibration and modelling studies in South America and southern Tibet (Hoffmann et al., 2003; Vuille and Werner, 2005; Vuille et al., 2005) indicate a dominant sensitivity to precipitation changes, at least on seasonal to decadal time scales, in these regions. Very rapid and apparently unprecedented melting of tropical ice caps has been observed in recent decades (Thompson et al., 2000; Thompson, 2001; see Box 6.3), likely associated with enhanced warming at high elevations (Gaffen et al., 2000; see Chapter 4). Coral O isotopes and Sr/Ca ratios reflect SSTs, although the former are also influenced by salinity changes associated with precipitation variability (Lough, 2004). Unfortunately, these records are invariably short, of the order of centuries at best, and can be associated with age uncertainties of 1 or 2%. Virtually all coral records currently available from the tropical Indo-Pacific indicate unusual warmth in the 20th century (Cole, 2003), and in the tropical Indian Ocean many isotope records show a trend towards warmer conditions (Charles et al., 1997; Kuhnert et al., 1999; Cole et al., 2000). In most multi-centennial length coral series, the late 20th century is warmer than any time in the last 100 to 300 years.

Using pseudo-proxy networks extracted from GCM simulations of global climate for the last millennium, von Storch et al. (2004) suggested that temperature reconstructions may not fully represent variance on long time scales. This would represent a bias, as distinct from the random error represented by published reconstruction uncertainty ranges. At present, the extent of any such biases in specific reconstructions and as indicated by pseudo-proxy studies is uncertain (being dependent on the choice of statistical regression model and climate model simulation used to provide the pseudo-proxies). It is very unlikely, however, that any bias would be as large as the factor of two suggested by von Storch et al. (2004) with regard to the reconstruction by Mann et al. (1998), as discussed by Burger and Cubash (2005) and Wahl et al. (2006). However, the bias will depend on the degree to which past climate departs from the range of temperatures encompassed within the calibration period data (Mann et al., 2005b; Osborn and Briffa, 2006) and on the proportions of temperature variability

occurring on short and long time scales (Osborn and Briffa, 2004). In any case, this bias would act to damp the amplitude of reconstructed departures that are further from the calibration period mean, so that temperatures during cooler periods may have been colder than estimated by some reconstructions, while periods with comparable temperatures (e.g., possible portions of the period between AD 950 and 1150, Figure 6.10) would be largely unbiased. As only one reconstruction (Moberg et al., 2005) shows an early period that is noticeably warmer than the mean for the calibration period, the possibility of a bias does not affect the general conclusion about the relative warmth of the 20th century based on these data.

The weight of current multi-proxy evidence, therefore, suggests greater 20th-century warmth, in comparison with temperature levels of the previous 400 years, than was shown in the TAR. On the evidence of the previous and four new reconstructions that reach back more than 1 kyr, it is likely that the 20th century was the warmest in at least the past 1.3 kyr. Considering the recent instrumental and longer proxy evidence together, it is very likely that average NH temperatures during the second half of the 20th century were higher than for any other 50-year period in the last 500 years. Greater uncertainty associated with proxy-based temperature estimates for individual years means that it is more difficult to gauge the significance, or precedence, of the extreme warm years observed in the recent instrumental record, such as 1998 and 2005, in the context of the last millennium.

### 6.6.1.2 *What Do Large-Scale Temperature Histories from Subsurface Temperature Measurements Show?*

Hemispheric or global ground surface temperature (GST) histories reconstructed from measurements of subsurface temperatures in continental boreholes have been presented by several geothermal research groups (Huang et al., 2000; Harris and Chapman, 2001; Beltrami, 2002; Beltrami and Bourlon, 2004; Pollack and Smerdon, 2004); see Pollack and Huang (2000) for a review of this methodology. These borehole reconstructions have been derived using the contents of a publicly available database of borehole temperatures and climate reconstructions (Huang and Pollack, 1998) that in 2004 included 695 sites in the NH and 166 in the SH (Figure 6.11). Because the solid Earth acts as a low-pass filter on downward-propagating temperature signals, borehole reconstructions lack annual resolution; accordingly they typically portray only multi-decadal to centennial changes. These geothermal reconstructions provide independent estimates of surface temperature history with which to compare multi-proxy reconstructions. Figure 6.10b shows a reconstruction of average NH GST by Pollack and Smerdon (2004). This reconstruction, very similar to that presented by Huang et al. (2000), shows an overall warming of the ground surface of about 1.0°C over the past five centuries. The two standard error uncertainties for their series (not shown here) are 0.20°C (in 1500), 0.10°C (1800) and 0.04°C (1900). These are errors associated with various scales of areal weighting

and consequent suppression of site-specific noise through aggregation (Pollack and Smerdon, 2004). The reconstruction is similar to the cooler multi-proxy reconstructions in the 16th and 17th centuries, but sits in the middle of the multi-proxy range in the 19th and early 20th centuries. A geospatial analysis by Mann et al. (2003; see correction by Rutherford and Mann, 2004) of the results of Huang et al. (2000) argued for significantly less overall warming, a conclusion contested by Pollack and Smerdon (2004) and Beltrami and Bourlon (2004). Geothermal reconstructions based on the publicly available database generally yield somewhat muted estimates of the 20th-century warming, because of a relatively sparse representation of borehole data north of 60°N. About half of the borehole sites at the time of measurement had not yet been exposed to the significant warming of the last two decades of the 20th century (Taylor et al., 2006; Majorowicz et al., 2004).

The assumption that the reconstructed GST history is a good representation of the surface air temperature (SAT) history has been examined with both observational data and model studies. Observations of SAT and GST display differences at daily and seasonal time scales, and indicate that the coupling of SAT and GST over a single year is complex (Sokratov and Barry, 2002; Stieglitz et al., 2003; Bartlett et al., 2004; Smerdon et al., 2006). The mean annual GST differs from the mean annual SAT in regions where there is snow cover and/or seasonal freezing and thawing (Gosnold et al., 1997; Smerdon et al., 2004; Taylor et al., 2006), as well as in regions without those effects (Smerdon et al., 2006). Observational time series of ground temperatures are not long enough to establish whether the mean annual differences are stable over long time scales. The long-term coupling between SAT and GST has been addressed by simulating both air and soil temperatures in global three-dimensional coupled climate models. Mann and Schmidt (2003), in a 50-year experiment using the GISS Model E, suggested that GST reconstructions may be biased by seasonal influences and snow cover variability, an interpretation contested by Chapman et al (2004). Thousand-year simulations by González-Rouco et al. (2003, 2006) using the ECHO-G model suggest that seasonal differences in coupling are of little significance over long time scales. They also indicate that deep soil temperature is a good proxy for the annual SAT on continents and that the spatial array of borehole locations is adequate to reconstruct the NH mean SAT. Neither of these climate models included time-varying vegetation cover.

### 6.6.2   Southern Hemisphere Temperature Variability

There are markedly fewer well-dated proxy records for the SH compared to the NH (Figure 6.11), and consequently little evidence of how large-scale average surface temperatures have changed over the past two thousand years. Mann and Jones (2003) used only three series to represent annual mean SH temperature change over the last 1.5 kyr. A weighted combination of the individual standardised series was scaled to match (at decadal time scales) the mean and the standard deviation of SH annual

mean land and marine temperatures over the period 1856 to 1980. The recent proxy-based temperature estimates, up to the end of the reconstruction in 1980, do not capture the full magnitude of the warming seen in the instrumental temperature record. Earlier periods, around AD 700 and 1000, are reconstructed as warmer than the estimated level in the 20th century, and may have been as warm as the measured values in the last 20 years. The paucity of SH proxy data also means that uncertainties associated with hemispheric temperature estimates are much greater than for the NH, and it is more appropriate at this time to consider the evidence in terms of limited regional indicators of temperature change (Figure 6.12).

The long-term oscillations in warm-season temperatures shown in a tree ring reconstruction for Tasmania (Cook et al., 2000) suggest that the last 30 years was the warmest multi-decadal period in the last 1 kyr, but only by a marginal degree. Conditions were generally warm over a longer period from 1300 to 1500 (Figure 6.12). Another tree ring reconstruction, of austral summer temperatures based on data from South Island, New Zealand, spans the past 1.1 kyr and is the longest yet produced for the region (Cook et al., 2002a). Disturbance at the site from which the trees were sampled restricts the calibration of this record to the 70 years up until 1950, but both tree rings and instrumental data indicate that the 20th century was not anomalously warm when compared to several warm periods reconstructed in the last 1 kyr (around the mid-12th and early 13th centuries and around 1500).

Tree-ring based temperature reconstructions across the Southern Andes (37°S to 55°S) of South America indicate that the annual temperatures during the 20th century have been anomalously high in the context of the past four centuries. The mean annual temperatures for northern and southern Patagonia during the interval 1900 to 1990 are 0.53°C and 0.86°C above the 1640 to 1899 means, respectively (Figure 6.12). In Northern Patagonia, the highest temperatures occurred in the 1940s. In Southern Patagonia, the year 1998 was the warmest of the past four centuries. The rate of temperature increase from 1850 to 1920 was the highest over the past 360 years (Villalba et al., 2003).

Figure 6.12 also shows the evidence of GST changes over the last 500 years, provided by regionally aggregated borehole

temperature inversions (Figure 6.11) from southern Africa (92 records) and Australia (57 records) described in Huang et al. (2000). The instrumental records for these areas show warmer conditions that postdate the time when the boreholes were logged; thus, the most recent warming is not registered in these borehole curves. A more detailed analysis of the Australian geothermal reconstruction (Pollack et al., 2006), indicates that the warming of Australia in the past five centuries was apparently only half that experienced over the continents of the NH during the same period and shows good correspondence with the tree-ring based reconstructions for Tasmania and New Zealand (Cook et al., 2000, 2002a). Contrasting evidence of past temperature variations at Law Dome, Antarctica has been derived from ice core isotope measurements and from the inversion of a subsurface temperature profile (Dahl-Jensen et al., 1999; Goosse et al., 2004; Jones and Mann, 2004). The borehole analysis indicates colder intervals at around 1250 and 1850, followed by a gradual warming of 0.7°C to the present. The isotope record indicates a relatively cold 20th century and warmer conditions throughout the period 1000 to 1750.

Taken together, the very sparse evidence for SH temperatures prior to the period of instrumental records indicates that unusual warming is occurring in some regions. However, more proxy data are required to verify the apparent warm trend.



**Figure 6.12.** *Temperature reconstructions for regions in the SH: two annual temperature series from South American tree ring data (Villalba et al., 2003); annual temperature estimates from borehole inversions for southern Africa and Australia (Huang et al, 2000); summer temperature series from Tasmania and New Zealand tree ring data (Cook et al., 2000, 2002a). The black curves show summer or annual instrumental temperatures for each region. All tree ring and instrumental series were smoothed with a 25-year filter and represent anomalies (°C) from the 1961 to 1990 mean (indicated by the horizontal lines).*

### 6.6.3    Comparisons of Millennial Simulations with Palaeodata

A range of increasingly complex climate models has been used to simulate NH temperatures over the last 500 to 1,000 years using both natural and anthropogenic forcings (Figure 6.13). These models include an energy balance formulation (Crowley et al., 2003, Gerber et al., 2003), two- and three-dimensional reduced complexity models (Bertrand et al., 2002b; Bauer et al., 2003), and three fully coupled AOGCMs (Ammann et al., 2003; Von Storch et al., 2004; Tett et al., 2007).

Comparison and evaluation of the output from palaeoclimate simulations is complicated by their use of different historical forcings, as well as by the way indirect evidence of the history of various forcings is translated into geographically and seasonally specific radiative inputs within the models. Some factors, such as orbital variations of the Earth in relation to the Sun, can be calculated accurately (e.g., Berger, 1977; Bradley et al., 2003b) and directly implemented in terms of latitudinal and seasonal changes in incoming shortwave radiation at the top of the atmosphere. For the last 2 kyr, although this forcing is incorporated in most models, its impact on climate can be neglected compared to the other forcings (Bertrand et al., 2002b).

Over recent millennia, the analysis of the gas bubbles in ice cores with high deposition rates provides good evidence of greenhouse gas changes at near-decadal resolution (Figure 6.4). Other factors, such as land use changes (Ramankutty and Foley, 1999) and the concentrations and distribution of tropospheric aerosols and ozone, are not as well known (Mickley et al.,

2001). However, because of their magnitude, uncertainties in the history of solar irradiance and volcanic effects are more significant for the pre-industrial period.

#### 6.6.3.1    Solar Forcing

The direct measurement of solar irradiance by satellite began less than 30 years ago, and over this period only very small changes are apparent (0.1% between the peak and trough of recent sunspot cycles, which equates to only about 0.2 W m$^{-2}$ change in radiative forcing; Fröhlich and Lean (2004); see Section 2.7). Earlier extensions of irradiance change used in most model simulations are estimated by assuming a direct correlation with evidence of changing sunspot numbers and cosmogenic isotope production as recorded in ice cores ($^{10}$Be) and tree rings ($^{14}$C) (Lean et al., 1995; Crowley, 2000).

There is general agreement in the evolution of the different proxy records of solar activity such as cosmogenic isotopes, sunspot numbers or aurora observations, and the annually resolved records clearly depict the well-known 11-year solar cycle (Muscheler et al., 2006). For example, palaeoclimatic $^{10}$Be and $^{14}$C values are higher during times of low or absent sunspot numbers. During these periods, their production is high as the shielding of the Earth's atmosphere from cosmic rays provided by the Sun's open magnetic field is weak (Beer et al., 1998). However, the relationship between the isotopic records indicative of the Sun's open magnetic field, sunspot numbers and the Sun's closed magnetic field or energy output are not fully understood (Wang and Sheeley, 2003).

**Table 6.2.** *Climate model simulations shown in Figure 6.13.*

| Series | Model[a] | Model type | Forcings[b] | Reference |
|---|---|---|---|---|
| GSZ2003 | ECHO-G | GCM | SV -G - - - - | González-Rouco et al., 2003 |
| ORB2006 | ECHO-G/MAGICC | GCM adj. using EBM[c] | SV -G -A -Z | Osborn et al., 2006 |
| TBC..2006 | HadCM3 | GCM | SVOG -ALZ | Tett et al., 2007 |
| AJS..2006 | NCAR CSM | GCM | SV -G -A -Z | Mann et al., 2005b |
| BLC..2002 | MoBiDiC | EMIC | SV -G -AL - | Bertrand et al., 2002b |
| CBK..2003 | - | EBM[c] | SV -G -A - - | Crowley et al., 2003 |
| GRT..2005 | ECBilt-CLIO | EMIC | SV -G -A - - | Goosse et al., 2005b |
| GJB..2003 | Bern CC | EBM[c] | SV -G -A -Z | Gerber et al., 2003 |
| B..03-14C | Climber2 | EMIC (solar from $^{14}$C) | SV - -C -L - | Bauer et al., 2003 |
| B..03-10Be | Climber2 | EMIC (solar from $^{10}$Be) | SV - -C -L - | Bauer et al., 2003 |
| GBZ..2006 | ECHO-G | GCM | SV -G - - - - | González-Rouco et al., 2006 |
| SMC2006 | ECHAM4/OPYC3 | GCM | SV -G -A -Z | Stendel et al., 2006 |

Notes:
[a] Models: ECHO-G = ECHAM4 atmospheric GCM/HOPE-G ocean GCM, MAGICC = Model for the Assessment of Greenhouse-gas Induced Climate Change, HadCM3 = Hadley Centre Coupled Model 3; NCAR CSM = National Center for Atmospheric Research Climate System Model, MoBiDiC =  Modèle Bidimensionnel du Climat , ECBilt-CLIO = ECBilt-Coupled Large-scale Ice Ocean, Bern CC = Bern Carbon Cycle-Climate Model, CLIMBER2 = Climate Biosphere Model 2, ECHAM4/OPYC3 = ECHAM4 atmospheric GCM/Ocean Isopycnal GCM 3.
[b] Forcings: S = solar, V = volcanic, O = orbital, G = well-mixed greenhouse gases, C = CO$_2$ but not other greenhouse gases, A = tropospheric sulphate aerosol, L = land use change, Z=tropospheric and/or stratospheric ozone changes and/or halocarbons.
[c] EBM =  Energy Balance Model.



**Figure 6.13.** *Radiative forcings and simulated temperatures during the last 1.1 kyr. Global mean radiative forcing (W m⁻²) used to drive climate model simulations due to (a) volcanic activity, (b) solar irradiance variations and (c) all other forcings (which vary between models, but always include greenhouse gases, and, except for those with dotted lines after 1900, tropospheric sulphate aerosols). (d) Annual mean NH temperature (°C) simulated under the range of forcings shown in (a) to (c), compared with the concentration of overlapping NH temperature reconstructions (shown by grey shading, modified from Figure 6.10c to account for the 1500 to 1899 reference period used here). All forcings and temperatures are expressed as anomalies from their 1500 to 1899 means and then smoothed with a Gaussian-weighted filter to remove fluctuations on time scales less than 30 years; smoothed values are obtained up to both ends of each record by extending the records with the mean of the adjacent existing values. The individual series are identified in Table 6.2.*

The cosmogenic isotope records have been linearly scaled to estimate solar energy output (Bard et al., 2000) in many climate simulations. More recent studies utilise physics-based models to estimate solar activity from the production rate of cosmogenic isotopes taking into account nonlinearities between isotope production and the Sun's open magnetic flux and variations in the geomagnetic field (Solanki et al., 2004; Muscheler et al., 2005). Following this approach, Solanki et al. (2004) suggested that the current level of solar activity has been without precedent over the last 8 kyr. This is contradicted by a more recent analysis linking the isotope proxy records to instrumental data that identifies, for the last millennium, three periods (around AD 1785, 1600 and 1140) when solar activity was as high, or higher, than in the satellite era (Muscheler et al., 2006).

The magnitude of the long-term trend in solar irradiance remains uncertain. A reassessment of the stellar data (Hall and Lockwood, 2004) has been unable to confirm or refute the analysis by Baliunas and Jastrow (1990) that implied significant long-term solar irradiance changes, and also underpinned some of the earlier reconstructions (see Section 2.7). Several new studies (Lean et al., 2002; Foster, 2004; Foukal et al., 2004; Y.M. Wang et al., 2005) suggest that long-term irradiance changes were notably less than in earlier reconstructions (Hoyt and Schatten, 1993; Lean et al., 1995; Lockwood and Stamper, 1999; Bard et al., 2000; Fligge and Solanki, 2000; Lean, 2000) that were employed in a number of TAR climate change simulations and in many of the simulations shown in Figure 6.13d.

In the previous reconstructions, the 17th-century 'Maunder Minimum' total irradiance was 0.15 to 0.65% (irradiance change about 2.0 to 8.7 W m$^{-2}$; radiative forcing about 0.36 to 1.55 W m$^{-2}$) below the present-day mean (Figure 6.13b). Most of the recent studies (with the exception of Solanki and Krivova, 2003) calculate a reduction of only around 0.1% (irradiance change of the order of –1 W m$^{-2}$, radiative forcing of –0.2 W m$^{-2}$; section 2.7). Following these results, the magnitude of the radiative forcing used in Chapter 9 for the Maunder Minimum period is relatively small (–0.2 W m$^{-2}$ relative to today).

### 6.6.3.2    Volcanic Forcing

There is also uncertainty in the estimates of volcanic forcing during recent millennia because of the necessity to infer atmospheric optical depth changes (including geographic details as well as temporal accuracy and persistence), where there is only indirect evidence in the form of levels of acidity and sulphate measured in ice cores (Figures 6.14 and 6.15). All of the volcanic histories used in current model-based palaeoclimate simulations are based on analyses of polar ice cores containing minor dating uncertainty and obvious geographical bias.

The considerable difficulties in calculating hemispheric and regional volcanic forcing changes (Robock and Free, 1995; Robertson et al., 2001; Crowley et al., 2003) result from sensitivity to the choice of which ice cores are considered, assumptions as to the extent of stratosphere penetration by eruption products, and the radiative properties of different volcanic aerosols and their residence time in the stratosphere. Even after producing some record of volcanic activity, there are major differences in the way models implement this. Some use a direct reduction in global radiative forcing with no spatial discrimination (von Storch et al., 2004), while other models prescribe geographical changes in radiative forcing (Crowley et al., 2003; Goosse et al., 2005a; Stendel et al., 2006). Models with more sophisticated radiative schemes are able to incorporate prescribed aerosol optical depth changes, and interactively calculate the perturbed (longwave and shortwave) radiation budgets (Tett et al., 2007). The effective level of (prescribed or diagnosed) volcanic forcing therefore varies considerably between the simulations (Figure 6.13a).

### 6.6.3.3    Industrial Era Sulphate Aerosols

Ice core data from Greenland and the mid-latitudes of the NH (Schwikowski et al., 1999; Bigler et al., 2002) provide evidence of the rapid increase in sulphur dioxide emissions (Stern, 2005) and tropospheric sulphate aerosol loading, above the pre-industrial background, during the modern industrial era but they also show a very recent decline in these emissions (Figure 6.15). Data from ice cores show that sulphate aerosol deposition has not changed on Antarctica, remote from anthropogenic sulphur dioxide sources. The ice records are indicative of the regional-to-hemispheric scale atmospheric loading of sulphate aerosols that varies regionally as aerosols have a typical lifetime of only weeks in the troposphere. In recent years, sulphur dioxide emissions have decreased globally and in many regions of the NH (Stern, 2005; see Chapter 2). In general, tropospheric sulphate aerosols exert a negative temperature forcing that will be less if sulphur dioxide emissions and the sulphate loading in the atmosphere continue to decrease.

### 6.6.3.4    Comparing Simulations of Northern Hemisphere Mean Temperatures with Palaeoclimatic Observations

Various simulations of NH (mean land and marine) surface temperatures produced by a range of climate models, and the forcings that were used to drive them, are shown in Figure 6.13. Despite differences in the detail and implementation of the different forcing histories, there is generally good qualitative agreement between the simulations regarding the major features: warmth during much of the 12th through 14th centuries, with lower temperatures being sustained during the 17th, mid 15th and early 19th centuries, and the subsequent sharp rise to unprecedented levels of warmth at the end of the 20th century. The spread of this multi-model ensemble is constrained to be small during the 1500 to 1899 reference period (selected following Osborn et al., 2006), but the model spread also remains small back to 1000, with the exception of the ECHO-G simulation (Von Storch et al., 2004). The implications of the greater model spread in the rates

of warming after 1840 will be clear only after determining the extent to which it can be attributed to differences in prescribed forcings and individual model sensitivities (Goosse et al., 2005b). The ECHO-G simulation (dashed red line in Figure 6.13d) is atypical compared to the ensemble as a whole, being notably warmer in the pre-1300 and post-1900 periods. Osborn et al. (2006) showed that these anomalies are likely the result of a large initial disequilibrium and the lack of anthropogenic tropospheric aerosols in that simulation (see Figure 6.13c). One other simulation (González-Rouco et al., 2006) also exhibits greater early 20th-century warming in comparison to the other simulations but, similarly, does not include tropospheric aerosols among the forcings. All of these simulations, therefore, appear to be consistent with the reconstructions of past NH temperatures, for which the evidence (taken from Figure 6.10c)

is shown by the grey shading underlying the simulations in Figure 6.13d.

It is important to note that many of the simulated temperature variations during the pre-industrial period shown in Figure 6.13 have been driven by assumed solar forcing, the magnitude of which is currently in doubt. Therefore, although the data and simulations appear consistent at this hemispheric scale, they are not a powerful test of the models because of the large uncertainty in both the reconstructed NH changes and the total radiative forcing. The influence of solar irradiance variability and anthropogenic forcings on simulated NH surface temperature is further illustrated in Figure 6.14. A range of EMICs (Petoukhov et al., 2000; Plattner et al., 2001; Montoya et al., 2005) were forced with two different reconstructions of solar irradiance (Bard et al., 2000; Y.M. Wang et al., 2005) to compare the



**Figure 6.14.** *Simulated temperatures during the last 1 kyr with and without anthropogenic forcing, and also with weak or strong solar irradiance variations. Global mean radiative forcing (W m⁻²) used to drive climate model simulations due to (a) volcanic activity, (b) strong (blue) and weak (brown) solar irradiance variations, and (c) all other forcings, including greenhouse gases and tropospheric sulphate aerosols (the thin flat line after 1765 indicates the fixed anthropogenic forcing used in the 'Nat' simulations). (d) Annual mean NH temperature (°C) simulated by three climate models under the forcings shown in (a) to (c), compared with the concentration of overlapping NH temperature reconstructions (shown by grey shading, modified from Figure 6.10c to account for the 1500 to 1899 reference period used here). 'All' (thick lines) used anthropogenic and natural forcings; 'Nat' (thin lines) used only natural forcings. All forcings and temperatures are expressed as anomalies from their 1500 to 1899 means; the temperatures were then smoothed with a Gaussian-weighted filter to remove fluctuations on time scales less than 30 years. Note the different vertical scale used for the volcanic forcing compared with the other forcings. The individual series are identified in Table 6.3.*

influence of large versus small changes in the long-term strength of solar irradiance over the last 1 kyr (Figure 6.14b). Radiative forcing related to explosive volcanism (Crowley, 2000), atmospheric $CO_2$ and other anthropogenic agents (Joos et al., 2001) were identically prescribed within each model simulation. Additional simulations, in which anthropogenic forcings were not included, enable a comparison to be made between 'natural' versus 'all' (i.e., natural plus anthropogenic) forcings on the evolution of hemispheric temperatures before and during the 20th century.

The alternative solar irradiance histories used in the simulations differ in their low-frequency amplitudes by a factor of about three. The 'high-amplitude' case (strong solar irradiance forcing) corresponds roughly with the level of irradiance change assumed in many of the simulations shown in Figure 6.13b, whereas the 'low-amplitude' case (weaker solar irradiance forcing) is representative of the more recent reconstructions of solar irradiance changes (as discussed in Section 6.6.3). The high-amplitude forcing history ('Bard25', Table 6.3) is based on an ice core record of $^{10}Be$ scaled to give an average reduction in solar irradiance of 0.25% during the Maunder Minimum, as compared to today (Bard et al., 2000). The low-amplitude history ('Bard08-WLS') is estimated using sunspot data and a model of the Sun's closed magnetic flux for the period from 1610 to the present (Y.M. Wang et al., 2005), with an earlier extension based on the Bard et al. (2000) record scaled to a Maunder Minimum reduction of 0.08% compared to today. The low-frequency evolution of these two reconstructions is very similar (Figure 6.14) even



**Figure 6.15.** Sulphate ($SO_4^{2-}$) concentrations in Greenland (Bigler et al., 2002, red line; Mieding, 2005, blue) and antarctic (Traufetter et al., 2004, dash, violet) ice cores during the last millennium. Also shown are the estimated anthropogenic sulphur (S) emissions for the NH (Stern, 2005; dashed black). The ice core data have been smoothed with a 10-year running median filter, thereby removing the peaks of major volcanic eruptions. The inset illustrates the influence of volcanic emissions over the last millennium and shows monthly sulphate data in ppm as measured (green), with identified volcanic spikes removed (black, most recent volcanic events were not assigned nor removed), and results from the 10-year filter (red) (Bigler et al., 2002). The records represent illustrative examples and can be influenced by local deposition events.

though they are based on completely independent sources of observational data (sunspots versus cosmogenic isotopes) and are produced differently (simple linear scaling versus modelled Sun's magnetic flux) after 1610.

The EMIC simulations shown in Figure 6.14, like those in Figure 6.13d, fall within the range of proxy-based NH temperature reconstructions shown in Figure 6.10c and are compatible with reconstructed and observed 20th-century warming only when anthropogenic forcings are incorporated. The standard deviation of multi-decadal variability in NH SAT is greater by 0.04°C to 0.07°C for the stronger solar forcing (Bard25, Table 6.3) compared to the weaker solar forcing (Bard08-WLS). The uncertainty associated with the proxy-

**Table 6.3.** Simulations with intermediate complexity climate models shown in Figure 6.14.

| Models[a]: | |
|---|---|
| Bern2.5CC | Plattner et al., 2001 |
| Climber2 | Petoukhov et al., 2000 |
| Climber3α | Montoya et al., 2005 |
| **Forcings:** | |
| Volcanic | Forcing from Crowley (2000) used in all runs |
| Solar | 'Bard25' runs used strong solar irradiance changes, based on $^{10}Be$ record scaled to give a Maunder Minimum irradiance 0.25% lower than today, from Bard et al. (2000) |
| | 'Bard08-WLS' runs used weak solar irradiance changes, using sunspot records and a model of the Sun's magnetic flux for the period since 1610, from Y.M. Wang et al. (2005), and extended before this by the $^{10}Be$ record scaled to give a Maunder Minimum irradiance 0.08% lower than today |
| Anthropogenic | 'All' runs included anthropogenic forcings after 1765, from Joos et al. (2001) |
| | 'Nat' runs did not include any anthropogenic forcings |

Notes:
[a] Models: Bern2.5CC = Bern 2.5D Carbon Cycle-Climate Model, CLIMBER = Climate Biosphere Model.

based temperature reconstructions and climate sensitivity of the models is too large to establish, based on these simulations, which of the two solar irradiance histories is the most likely. However, in the simulations that do not include anthropogenic forcing, NH temperatures reach a peak in the middle of the 20th century, and decrease afterwards, for both the strong and weak solar irradiance cases. This suggests that the contribution of natural forcing to observed 20th-century warming is small, and that solar and volcanic forcings are not responsible for the degree of warmth that occurred in the second half of the 20th century, consistent with the evidence of earlier work based on simple and more complex climate models (Crowley and Lowery, 2000; Bertrand et al., 2002b; Gerber et al., 2003; Hegerl et al., 2006; Tett et al., 2007; see also Chapter 9).

An overall conclusion can be drawn from the available instrumental and proxy evidence for the history of hemispheric average temperature change over the last 500 to 2,000 years, as well as the modelling studies exploring the possible roles of various causal factors: that is, greenhouse gases must be included among the forcings in order to simulate hemispheric mean temperatures that are compatible with the evidence of unusual warmth observed in the second half of the 20th century. It is very unlikely that this warming was merely a recovery from a pre-20th century cold period.

### 6.6.4   Consistency Between Temperature, Greenhouse Gas and Forcing Records; and Compatibility of Coupled Carbon Cycle-Climate Models with the Proxy Records

It is difficult to constrain the climate sensitivity from the proxy records of the last millennium (see Chapter 9). As noted above, the evidence for hemispheric temperature change as interpreted from the different proxy records, and for atmospheric trace greenhouse gases, inferred solar forcing and reconstructed volcanic forcing, is to varying degrees uncertain. The available temperature reconstructions suggest that decadally averaged NH temperatures varied within 1°C or less during the two millennia preceding the 20th century (Figure 6.10), but the magnitude of the reconstructed low-frequency variations differs by up to about a factor of two for different reconstructions. The reconstructions of natural forcing (solar and volcanic) are uncertain for this period. If they produced substantial negative energy balances (reduced solar, increased volcanic activity), then low-to-medium estimates of climate sensitivity are compatible with the reconstructed temperature variations (Figure 6.10); however, if solar and volcanic forcing varied only weakly, then moderate-to-high climate sensitivity would be consistent with the temperature reconstructions, especially those showing larger cooling (see also Chapter 9), assuming that the sensitivity of the climate system to solar irradiance changes and explosive volcanism is not different than the sensitivity to changes in greenhouse gases or other forcing agents.

The greenhouse gas record provides indirect evidence for a limited range of low-frequency hemispheric-scale climate variations over the last two millennia prior to the industrial

period (AD 1–1750). The greenhouse gas histories of $CO_2$, $CH_4$ and $N_2O$ show only small changes over this time period (MacFarling Meure et al., 2006; Figure 6.4), although there is evidence from the ice core record (Figures 6.3 and 6.7), as well as from models, that greenhouse gas concentrations react sensitively to climatic changes.

The sensitivity of atmospheric $CO_2$ to climatic changes as simulated by coupled carbon cycle-climate models is broadly consistent with the ice core $CO_2$ record and the amplitudes of the pre-industrial, decadal-scale NH temperature changes in the proxy-based reconstructions (Joos and Prentice, 2004). The $CO_2$ climate sensitivity can be formally defined as the change in atmospheric $CO_2$ relative to a nominal change in NH temperature in units of ppm per °C. Its strength depends on several factors, including the change in solubility of $CO_2$ in seawater, and the responses of productivity and heterotrophic respiration on land to temperature and precipitation (see Section 7.3). The sensitivity was estimated for modest (NH temperature change less than about 1°C) temperature variations from simulations with the Bern Carbon Cycle-Climate model driven with solar and volcanic forcing over the last millennium (Gerber et al., 2003) and from simulations with the range of models participating in the Coupled Carbon Cycle-Climate Model Intercomparison Project ($C^4MIP$) over the industrial period (Friedlingstein et al., 2006). The range of the $CO_2$ climate sensitivity is 4 to 16 ppm per °C for the 10 models participating in the $C^4MIP$ intercomparison (evaluated as the difference in atmospheric $CO_2$ for the 1990 decade between a simulation with, and without, climate change, divided by the increase in NH temperature from the 1860 decade to the 1990 decade). This is comparable to a range of 10 to 17 ppm per °C obtained for $CO_2$ variations in the range of 6 to 10 ppm (Etheridge et al., 1996; Siegenthaler et al., 2005b) and the illustrative assumption that decadally averaged NH temperature varied within 0.6°C.

### 6.6.5   Regional Variability in Quantities Other than Temperature

#### 6.6.5.1   *Changes in the El Niño-Southern Oscillation System*

Considerable interest in the ENSO system has encouraged numerous attempts at its palaeoclimatic reconstruction. These include a boreal winter (December–February) reconstruction of the Southern Oscillation Index (SOI) based on ENSO-sensitive tree ring indicators (Stahle et al., 1998), two multi-proxy reconstructions of annual and October to March Niño 3 index (average SST anomalies over 5°N to 5°S, 150°W to 90°W; Mann et al., 2005a,b), and a tropical coral-based Niño 3.4 SST reconstruction (Evans et al., 2002). Fossil coral records from Palmyra Island in the tropical Pacific also provide 30- to 150-year windows of ENSO variability within the last 1.1 kyr (Cobb et al., 2003). Finally, a new 600-year reconstruction of December to February Niño-3 SST has recently been developed (D'Arrigo et al., 2005), which is considerably longer than previous series. Although not totally independent (i.e., the

reconstructions share a number of common predictors), these palaeorecords display significant common variance (typically more than 30% during their respective cross-validation periods), suggesting a relatively consistent history of El Niño in past centuries (Jones and Mann, 2004). In most coral records from the western Pacific and the Indian Ocean, late 20th-century warmth is unprecedented over the past 100 to 300 years (Bradley et al., 2003b). However, reliable and consistent interpretation of geochemical records from corals is still problematic (Lough, 2004). Reconstructions of extratropical temperatures and atmospheric circulation features (e.g., the North Pacific Index) correlate significantly with tropical estimates, supporting evidence for tropical/high-latitude Pacific links during the past three to four centuries (Evans et al., 2002; Linsley et al., 2004; D'Arrigo et al., 2006).

The El Niño-Southern Oscillation may have responded to radiative forcing induced by solar and volcanic variations over the past millennium (Adams et al., 2003; Mann et al., 2005a). Model simulations support a statistically significant response of ENSO to radiative changes such that during higher radiative inputs, La Niña-like conditions result from an intensified zonal SST gradient that drives stronger trade winds, and vice versa (Mann et al., 2005a). Comparing data and model results over the past millennium suggests that warmer background conditions are associated with higher variability (Cane, 2005). Numerical experiments suggest that the dynamics of ENSO may have played an important role in the climatic response to past changes in radiative forcing (Mann et al., 2005b). Indeed, the low-frequency changes in both amplitude of variability and mean state indicated by ENSO reconstructions from Palmyra corals (Cobb et al., 2003) were found to correspond well with the model responses to changes in tropical volcanic radiative forcing over the past 1 kyr, with solar forcing playing a secondary role.

Proxy records suggest that ENSO's global climate imprint evolves over time, complicating predictions. Comparisons of ENSO and drought indices clearly show changes in the linkage between ENSO and moisture balance in the USA over the past 150 years. Significant ENSO-drought correlations occur consistently in the southwest USA, but the strength of moisture penetration into the continent varies substantially over time (Cole and Cook, 1998; Cook et al., 2000). Comparing reconstructed Niño 3 SST with global temperature patterns suggests that some features are robust through time, such as the warming in the eastern tropical Pacific and western coasts of North and South America, whereas teleconnections into North America, the Atlantic and Eurasia are variable (Mann et al., 2000). The spatial correlation pattern for the period 1801 to 1850 provides striking evidence of non-stationarity in ENSO teleconnections, showing a distinct absence of the typical pattern of tropical Pacific warming (Mann et al., 2000).

### 6.6.5.2    *The Record of Past Atlantic Variability*

Climate variations over the North Atlantic are related to changes in the NAO (Hurrell, 1995) and the Atlantic Multidecadal Oscillation (Delworth and Mann, 2000; Sutton

and Hodson, 2005). From 1980 to 1995, the NAO tended to remain in one extreme phase and accounted for a substantial part of the winter warming over Europe and northern Eurasia. The North Atlantic region has a unique combination of long instrumental observations, many documentary records and multiple sources of proxy records. However, it remains difficult to document past variations in the dominant modes of climate variability in the region, including the NAO, due to problems of establishing proxies for atmospheric pressure, as well as the lack of stationarity in the NAO frequency and in storm tracks. Several reconstructions of NAO have been proposed (Cook et al., 2002b; Cullen et al., 2002; Luterbacher et al., 2002). Although the reconstructions differ in many aspects, there is a general tendency for more negative NAO indices during the 17th and 18th centuries than in the 20th century, thus indicating that the colder mean climate was characterised by a more zonal atmospheric pattern than in the 20th century. The coldest reconstructed European winter in 1708/1709, and the strong warming trend between 1684 and 1738 (+0.32°C per decade), have been related to a negative NAO index and the NAO response to increasing radiative forcing, respectively (Luterbacher et al., 2004). Some spatially resolved simulations employing GCMs indicate that solar and volcanic forcings lead to continental warming associated with a shift towards a high NAO index (Shindell et al., 2001, 2003, 2004; Stendel et al., 2006). Increased solar irradiance at the end of the 17th century and through the first half of the 18th century might have induced such a shift towards a high NAO index (Shindell et al., 2001; Luterbacher et al., 2004; Xoplanki et al., 2005).

It is well known that the NAO exerts a dominant influence on winter temperature and precipitation over Europe, but the strength of the relationship can change over time and region (Jones et al., 2003). The strong trend towards a more positive NAO index in the early part of the 18th century in the Luterbacher et al. (2002) NAO reconstruction appears connected with positive winter precipitation anomalies over northwest Europe and marked expansions of maritime glaciers in a manner similar to the effect of positive winter precipitation anomalies over recent decades for the same glaciers (Nesje and Dahl, 2003; Pauling et al., 2006).

### 6.6.5.3    *Asian Monsoon Variability*

Fifteen severe (three years or longer) droughts have occurred in a region of China dominated by the East Asian Monsoon over the last 1 kyr (Zhang, 2005). These palaeodroughts were generally more severe than droughts in the same region within the last 50 years. In contrast, the South Asian (Indian) monsoon, in the drier areas of its influence, has recently reversed its millennia-long orbitally driven low-frequency trend towards less rainfall. This recent reversal in monsoon rainfall also appears to coincide with a synchronous increase in inferred monsoon winds over the western Arabian Sea (Anderson et al., 2002), a change that could be related to increased summer heating over and around the Tibetan Plateau (Bräuning and Mantwill, 2004; Morrill et al., 2006).

#### 6.6.5.4    Northern and Eastern Africa Hydrologic Variability

Lake sediment and historical documentary evidence indicate that northern Africa and the Sahel region have for a long time experienced substantial droughts lasting from decades to centuries (Kadomura, 1992; Verschuren, 2001; Russell et al., 2003; Stager et al., 2003; Nguetsop et al., 2004; Brooks et al., 2005; Stager et al., 2005). Although there have been attempts to link these dry periods to solar variations, the evidence is not conclusive (Stager et al., 2005), particularly given that the relationship between hypothesised solar proxies and variation in total solar irradiance remains unclear (see Section 6.6.3). The palaeoclimate record indicates that persistent droughts have been a common feature of climate in northern and eastern Africa. However, it has not been demonstrated that these droughts can be simulated with coupled ocean-atmosphere models.

#### 6.6.5.5    The Record of Hydrologic Variability and Change in the Americas

Multiple proxies, including tree rings, sediments, historical documents and lake sediment records make it clear that the past 2 kyr included periods with more frequent, longer and/or geographically more extensive droughts in North America than during the 20th century (Stahle and Cleaveland, 1992; Stahle et al., 1998; Woodhouse and Overpeck, 1998; Forman et al., 2001; Cook et al., 2004b; Hodell et al., 2005; MacDonald and Case, 2005). Past droughts, including decadal-length 'megadroughts' (Woodhouse and Overpeck, 1998), are most likely due to extended periods of anomalous SST (Hoerling and Kumar, 2003; Schubert et al., 2004; MacDonald and Case, 2005; Seager et al., 2005), but remain difficult to simulate with coupled ocean-atmosphere models. Thus, the palaeoclimatic record suggests that multi-year, decadal and even centennial-scale drier periods are likely to remain a feature of future North American climate, particularly in the area west of the Mississippi River.

There is some evidence that North American drought was more regionally extensive, severe and frequent during past intervals that were characterised by warmer than average NH summer temperatures (e.g., during medieval times and the mid-Holocene; Forman et al., 2001; Cook et al., 2004b). There is evidence that changes in the North American hydrologic regime can occur abruptly relative to the rate of change in climate forcing and duration of the subsequent climate regime. Abrupt shifts in drought frequency and duration have been found in palaeohydrologic records from western North America (Cumming et al., 2002; Laird et al., 2003; Cook et al., 2004b). Similarly, the upper Mississippi River Basin and elsewhere have seen abrupt shifts in the frequency and size of the largest flood events (Knox, 2000). Recent investigations of past large-hurricane activity in the southeast USA suggest that changes in the regional frequency of large hurricanes can shift abruptly in response to more gradual forcing (Liu, 2004). Although the palaeoclimatic record indicates that hydrologic shifts in drought, floods and tropical storms have occurred abruptly (i.e., within years), this past abrupt change has not been simulated with coupled atmosphere ocean models. Decadal variability of Central Chilean precipitation was greater before the 20th century, with more intense and prolonged dry episodes in the past. Tree-ring based precipitation reconstructions for the past eight centuries reveal multi-year drought episodes in the 14th and 16th to 18th centuries that exceed the estimates of decadal drought during the 20th century (LeQuesne et al., 2006).

## 6.7    Concluding Remarks on Key Uncertainties

Each palaeoclimatic time scale covered in this chapter contributes to the understanding of how the climate system varies naturally and also responds to changes in climate forcing. The existing body of knowledge is sufficient to support the assertions of this chapter. At the same time, key uncertainties remain, and greater confidence would result if these uncertainties were reduced.

Even though a great deal is known about glacial-interglacial variations in climate and greenhouse gases, a comprehensive mechanistic explanation of these variations remains to be articulated. Similarly, the mechanisms of abrupt climate change (for example, in ocean circulation and drought frequency) are not well enough understood, nor are the key climate thresholds that, when crossed, could trigger an acceleration in sea level rise or regional climate change. Furthermore, the ability of climate models to simulate realistic abrupt change in ocean circulation, drought frequency, flood frequency, ENSO behaviour and monsoon strength is uncertain. Neither the rates nor the processes by which ice sheets grew and disintegrated in the past are known well enough.

Knowledge of climate variability over the last 1 to 2 kyr in the SH and tropics is severely limited by the lack of palaeoclimatic records. In the NH, the situation is better, but there are important limitations due to a lack of tropical records and ocean records. Differing amplitudes and variability observed in available millennial-length NH temperature reconstructions, and the extent to which these differences relate to choice of proxy data and statistical calibration methods, need to be reconciled. Similarly, the understanding of how climatic extremes (i.e., in temperature and hydro-climatic variables) varied in the past is incomplete. Lastly, this assessment would be improved with extensive networks of proxy data that run right up to the present day. This would help measure how the proxies responded to the rapid global warming observed in the last 20 years, and it would also improve the ability to investigate the extent to which other, non-temperature, environmental changes may have biased the climate response of proxies in recent decades.

# References

Adams, J.B., M.E. Mann, and C.M. Ammann, 2003: Proxy evidence for an El Niño-like response to volcanic forcing. *Nature*, **426**(6964), 274–278.

Adkins, J.F., K. McIntyre, and D.P. Schrag, 2002: The salinity, temperature, and δ18O of the glacial deep ocean. *Science*, **298**, 1769–1773.

Alley, R.B., and P.U. Clark, 1999: The deglaciation of the northern hemisphere: A global perspective. *Annu. Rev. Earth Planet. Sci.*, **27**, 149–182.

Alley, R.B., and A.M. Agustsdottir, 2005: The 8k event: cause and consequences of a major Holocene abrupt climate change. *Quat. Sci. Rev.*, **24**, 1123–1149.

Alley, R.B., S. Anandakrishnan, and P. Jung, 2001: Stochastic resonance in the North Atlantic. *Paleoceanography*, **16**, 190–198.

Alley, R.B., et al., 1997: Holocene climatic instability: A large, widespread event 8200 years ago. *Geology*, **25**, 483–486.

Alley, R.B., et al., 2003: Abrupt climate change. *Science*, **299**(5615), 2005–2010.

Alverson, K.D., R.S. Bradley, and T.F. Pedersen (eds.), 2003: *Paleoclimate, Global Change and the Future*. International Geosphere Biosphere Programme Book Series, Springer-Verlag, Berlin, 221 pp.

Ammann, C.M., G.A. Meehl, W.M. Washington, and C.S. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**(12), 1657, doi:10.1029/2003GL016875.

Andersen, C., N. Koç, A. Jennings, and J.T. Andrews, 2004: Non uniform response of the major surface currents in the Nordic Seas to insolation forcing: implications for the Holocene climate variability. *Paleoceanography*, **19**, 1–16.

Anderson, D.M., J.T. Overpeck, and A.K. Gupta, 2002: Increase in the Asian southwest monsoon during the past four centuries. *Science*, **297**(5581), 596–599.

Archer, D., and A. Ganopolski, 2005: A movable trigger: Fossil fuel CO$_2$ and the onset of the next glaciation. *Geochem. Geophys. Geosystems*, **6**, Q05003.

Archer, D.A., A. Winguth, D. Lea, and N. Mahowald, 2000: What caused the glacial/interglacial atmospheric pCO$_2$ cycles? *Rev. Geophys.*, **12**, 159–189.

Ariztegui, D., et al., 2000: Paleoclimate and the formation of sapropel S1: inferences from Late Quaternary lacustrine and marine sequences in the central Mediterranean region. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **158**, 215–240.

Bakke, J., S.O. Dahl, and A. Nesje, 2005a: Late glacial and early Holocene palaeoclimatic reconstruction based on glacier fluctuations and equilibrium-line altitudes at northern Folgefonna, Hardanger, western Norway. *J. Quat. Sci.*, **20**(2), 179–198.

Bakke, J., et al., 2005b: Glacier fluctuations, equilibrium-line altitudes and palaeoclimate in Lyngen, northern Norway, during the Late glacial and Holocene. *The Holocene*, **15**(4), 518–540.

Baliunas, S., and R. Jastrow, 1990: Evidence for long-term brightness changes of solar-type stars. *Nature*, **348**, 520–522.

Ballantyne, A.P., et al., 2005: Meta-analysis of tropical surface temperatures during the Last Glacial Maximum. *Geophys. Res. Lett.*, **32**, L05712, doi:10.1029/2004GL021217.

Bao, Y., A. Brauning, and S. Yafeng, 2003: Late Holocene temperature fluctuations on the Tibetan Plateau. *Quat. Sci. Rev.*, **22**(21), 2335–2344.

Barber, D.C., et al., 1999: Forcing of the cold event of 8,200 years ago by catastrophic drainage of Laurentide lakes. *Nature*, **400**, 344–347.

Bard, E., G. Raisbeck, F. Yiou, and J. Jouzel, 2000: Solar irradiance during the last millennium based on cosmogenic nucleides. *Tellus*, **52B**, 985–992.

Barrows, T.T., and S. Juggins, 2005: Sea-surface temperatures around the Australian margin and Indian Ocean during the Last Glacial Maximum. *Quat. Sci. Rev.*, **24**, 1017–1047.

Bartlett, M.G., D.S. Chapman, and R.N. Harris, 2004: Snow and the ground temperature record of climate change. *J. Geophys Res.*, **109**. F04008, doi:10.1029/2004JF000224.

Battle, M., et al., 1996: Atmospheric gas concentrations over the past century measured in air from firn at the South Pole. *Nature*, **383**(6597), 231–235.

Bauer, E., A. Ganopolski, and M. Montoya, 2004: Simulation of the cold climate event 8200 years ago by meltwater outburst from Lake Agassiz. *Paleoceanography*, **19**, PA3014, doi:10.1029/2004PA001030.

Bauer, E., M. Claussen, V. Brovkin, and A. Huenerbein, 2003: Assessing climate forcings of the Earth system for the past millennium. *Geophys. Res. Lett.*, **30**(6), 1276, doi:10.1029/2002GL016639.

Beer, J., S. Tobias, and N. Weiss, 1998: An active sun throughout the Maunder Minimum. *Sol. Phys.*, **181**(1), 237–249.

Beerling, D.J., 1999: New estimates of carbon transfer to terrestrial ecosystems between the last glacial maximum and the Holocene. *Terra Nova*, **11**(4), 162–167.

Beltrami, H., 2002: Paleoclimate: Earth's long-term memory. *Science*, **297**(5579), 206–207.

Beltrami, H., and E. Bourlon, 2004: Ground warming patterns in the Northern Hemisphere during the last five centuries. *Earth Planet. Sci. Lett.*, **227**(3–4), 169–177.

Berger, A., 1977: Long-term variations of earth's orbital elements. *Celestial Mechanics*, **15**(1), 53–74.

Berger, A., 1978: Long-term variation of caloric solar radiation resulting from the earth's orbital elements. *Quat. Res.*, **9**, 139–167.

Berger, A.L., and M.F. Loutre, 1991: Insolation values for the climate of the last 10 million years. *Quat. Sci. Rev.*, **10**, 297–317.

Berger, A.L., and M.F. Loutre, 2002: An exceptionally long interglacial ahead? *Science*, **297**, 1287–1288.

Berger, A.L., and M.F. Loutre, 2003: Climate 400,000 years ago, a key to the future? In: *Earth's Climate and Orbital Eccentricity* [Droxler, A.W., R.Z. Poore, and L.H. Burckle (eds.)]. American Geophysical Union, Washington, DC, pp. 17–26.

Berggren, W.A., D.V. Kent, C.C.I. Swisher, and M.P. Aubry, 1995: *Geochronology, Time Scales and Global Stratigraphic Correlation* [W.A. Berggren (ed)]. Special Publication No. 54, Society for Sedimentary Geology, Tulsa, OK, 386 pp.

Berner, R.A., and Z. Kothavala, 2001: GEOCARB III: A revised model of atmospheric CO$_2$ over phanerozoic time. *Am. J. Sci.*, **301**(2), 182–204.

Bertrand, C., M.F. Loutre, and A. Berger, 2002a: High frequency variations of the Earth's orbital parameters and climate change. *Geophys. Res. Lett.*, **29**, doi:10.1029/2002GL015622.

Bertrand, C., M.F. Loutre, M. Crucifix, and A. Berger, 2002b: Climate of the last millennium: a sensitivity study. *Tellus*, **54A**(3), 221–244.

Bianchi, G., and I.N. McCave, 1999: Holocene periodicity in north Atlantic climate and deep ocean flow south of Iceland. *Nature*, **397**, 515–518.

Bigelow, N., et al., 2003: Climate change and Arctic ecosystems: 1. Vegetation changes north of 55 degrees N between the last glacial maximum, mid-Holocene, and present. *J. Geophys. Res.*, **108**, doi:10.1029/2002JD002576.

Bigler, M., et al., 2002: Sulphate record from a northeast Greenland ice core over the last 1200 years based on continuous flow analysis. *Ann. Glaciol.*, **35**, 250–256.

Billups, K., J.E.T. Channell, and J. Zachos, 2002: Late Oligocene to early Miocene geochronology and paleoceanography from the subantarctic South Atlantic. *Paleoceanography*, **17**(1), 1004, doi:10.1029/2000PA000568.

Bird, M.I., J. Lloyd, and G.D. Farquhar, 1994: Terrestrial carbon storage at the LGM. *Nature*, **371**(6498), 566–566.

Birks, H.H., and B. Ammann, 2000: Two terrestrial records of rapid climatic change during the glacial-Holocene transition (14,000-9,000 calendar years B.P.) from Europe. *Proc. Natl. Acad. Sci. U.S.A.*, **97**, 1390–1394.

Bjerknes, J., 1969: Atmospheric teleconnections from equatorial pacific. *Mon. Weather Rev.*, **97**(3), 163–172

Blunier, T., and E.J. Brook, 2001: Timing of millennial-scale climate change in Antarctica and Greenland during the last glacial period. *Science*, **291**, 109–112.

Blunier, T., et al., 1993: Atmospheric methane record from a Greenland ice core over the last 1000 years. *Geophys. Res. Lett.*, **20**(20), 2219–2222.

Blunier, T., et al., 1995: Variations in atmospheric methane concentration during the Holocene epoch. *Nature*, **374**(6517), 46–49.

Blunier, T., et al., 1998: Asynchrony of Antarctic and Greenland climate change during the last glacial period. *Nature*, **394**, 739–743.

Bohaty, S.M., and J.C. Zachos, 2003: Significant Southern Ocean warming event in the late middle Eocene. *Geology*, **31**(11), 1017–1020.

Bond, G., et al., 1993: Correlations between climate records from North Atlantic sediments and Greenland ice. *Nature*, **365**, 143–147.

Bond, G., et al., 1997: A pervasive millennial-scale cycle in the North Atlantic Holocene and glacial climates. *Science*, **278**, 1257–1266.

Bond, G., et al., 2001: Persistent solar influence on North Atlantic climate during the Holocene. *Science*, **294**, 2130–2136.

Bond, W.J., G.F. Midgley, and F.I. Woodward, 2003: The importance of low atmospheric $CO_2$ and fire in promoting the spread of grasslands and savannas. *Global Change Biol.*, **9**(7), 973–982.

Booth, R.K., et al., 2005: A severe centennial-scale drought in mid-continental North America 4200 years ago and apparent global linkages. *The Holocene*, **15**, 321–328.

Bopp, L., K.E. Kohlfeld, C. Le Quéré, and O.O. Aumont, 2002: Dust impact on marine biota and atmospheric $CO_2$ in glacial periods. *Geochim. Cosmochim. Acta*, **66**(15A), A91, Suppl. 1, Aug. 2002.

Bowen, G.J., et al., 2002: Mammalian dispersal at the Paleocene/Eocene boundary. *Science*, **295**(5562), 2062–2065.

Bowen, G.J., et al., 2004: A humid climate state during the Palaeocene/Eocene thermal maximum. *Nature*, **432**(7016), 495–499.

Braconnot, P., O. Marti, S. Joussaume, and Y. Leclaninche, 2000: Ocean feedbacks in response to 6 kyr insolation. *J. Clim.*, **13**, 1537–1553.

Braconnot, P., et al., 2002: How the simulated change in monsoon at 6 ka BP is related to the simulation of the modern climate: results from the Paleoclimate Modeling Intercomparison Project. *Clim. Dyn.*, **19**(2), 107–121.

Braconnot, P., et al., 2004: Evaluation of PMIP coupled ocean-atmosphere simulations of the Mid-Holocene. In: *Past Climate Variability through Europe and Africa*, Vol. 6 [Battarbee, R.W., F. Gasse, and C.E. Stickley (eds)], Springer, Dordrecht, The Netherlands, 515–534.

Bradley, R.S., 1999: Climatic variability in sixteenth-century Europe and its social dimension - Preface. *Clim. Change*, **43**(1), 1–2.

Bradley, R.S., M.K. Hughes, and H.F. Diaz, 2003a: Climate in Medieval time. *Science*, **302**(5644), 404–405.

Bradley, R.S., K.R. Briffa, J. Cole, and T.J. Osborn, 2003b: The climate of the last millennium. In: *Paleoclimate, Global Change and the Future* [Alverson, K.D., R.S. Bradley, and T.F. Pedersen (eds.)]. Springer, Berlin, pp. 105–141.

Bralower, T.J., 2002: Evidence of surface water oligotrophy during the Paleocene-Eocene thermal maximum: Nannofossil assemblage data from Ocean Drilling Program Site 690, Maud Rise, Weddell Sea. *Paleoceanography*, **17**(2), 1023, doi:10.1029/2001PA000662.

Bräuning, A., and B. Mantwill, 2004: Summer temperature and summer monsoon history on the Tibetan plateau during the last 400 years recorded by tree rings. *Geophys. Res. Lett.*, **31**(24), L24205, doi:10.1029/2004GL020793.

Briffa, K.R., 2000: Annual climate variability in the Holocene: interpreting the message of ancient trees. *Quat. Sci. Rev.*, **19**(1–5), 87–105.

Briffa, K.R., and T.J. Osborn, 1999: Perspectives: Climate warming - Seeing the wood from the trees. *Science*, **284**(5416), 926–927.

Briffa, K.R., and T.J. Osborn, 2002: Paleoclimate - Blowing hot and cold. *Science*, **295**(5563), 2227–2228.

Briffa, K.R., T.J. Osborn, and F.H. Schweingruber, 2004: Large-scale temperature inferences from tree rings: a review. *Global Planet. Change*, **40**(1–2), 11–26.

Briffa, K.R., et al., 2001: Low-frequency temperature variations from a northern tree ring density network. *J. Geophys. Res.*, **106**(D3), 2929–2941.

Brigham-Grette, J., and D.M. Hopkins, 1995: Emergent marine record and paleoclimate of the last interglaciation along the northwest Alaskan coast. *Quat. Res.*, **43**, 159–173.

Broecker, W.S., and G.M. Henderson, 1998: The sequence of events surrounding Termination II and their implications for the cause of glacial-interglacial $CO_2$ changes. *Paleoceanography*, **13**, 352–364.

Broecker, W.S., and E. Clark, 2003: Holocene atmospheric $CO_2$ increase as viewed from the seafloor. *Global Biogeochem. Cycles*, **17**(2), doi:10.1029/2002GB001985.

Brook, E.J., et al., 2000: On the origin and timing of rapid changes in atmospheric methane during the last glacial period. *Global Biogeochem. Cycles*, **14**(2), 559–572.

Brooks, C.E.P., 1922: *The Evolution of Climate*. [Preface by Simpson, G.C.] Benn Brothers, London, 173 pp.

Brooks, K., et al., 2005: Late-Quaternary lowstands of Lake Bosumtwi, Ghana: evidence from high-resolution seismic-reflection and sediment-core data. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **216**(3–4), 235–249.

Brovkin, V., et al., 2002: Carbon cycle, vegetation and climatic dynamics in the Holocene: Experiments with the CLIMBER-2 model. *Global Biogeochem. Cycles*, **16**, 1139, doi:10.1029/2001GB001662.

Burger, G., and U. Cubasch, 2005: Are multiproxy climate reconstructions robust? *Geophys. Res. Lett.*, **32**(23), doi:10.1029/2005GL024155.

Caillon, N., et al., 2003: Timing of atmospheric $CO_2$ and Antarctic temperature changes across Termination III. *Science*, **299**, 1728–1731.

Calov, R., A. Ganopolski, V. Petoukhov, and M. Claussen, 2002: Large-scale instabilities of the Laurentide ice sheet simulated in a fully coupled climate-system model. *Geophys. Res. Lett.*, **29**, 2216, doi:10.1029/2002GL016078.

Calov, R., et al., 2005: Transient simulation of the last glacial inception. Part II: Sensitivity and feedback analysis. *Clim. Dyn.*, **24**, 563–576.

Cane, M.A., 2005: The evolution of El Niño, past and future. *Earth Planet. Sci. Lett.*, **230**(3–4), 227–240.

CAPE Last Interglacial Project Members, 2006: Last Interglacial Arctic warmth confirms polar amplification of climate change. *Quat. Sci. Rev.*, **25**(13–14), 1383–1400.

Castellano, E., et al., 2005: Holocene volcanic history as recorded in the sulfate stratigraphy of the European Project for Ice Coring in Antarctica Dome C (EDC96) ice core. *J. Geophys. Res.*, **110**, D06114, doi:10.1029/2004JD005259.

Cerling, T.E., 1991: Carbon dioxide in the atmosphere: Evidence from Cenozoic and Mesozoic paleosols. *Am. J. Sci.*, **291**, 377–400.

Chandler, M.A., D. Rind, and R.S. Thompson, 1994: Joint investigations of the middle Pliocene climate II: GISS GCM Northern Hemisphere results. *Global Planet. Change*, **9**, 197–219.

Chapman, D.S., M.G. Bartlett, and R.N. Harris, 2004: Comment on "Ground vs. surface air temperature trends: Implications for borehole surface temperature reconstructions" by M. E. Mann and G. Schmidt. *Geophys. Res. Lett.*, **31**(7), L07205, doi:10.1029/2003GL019054.

Chappellaz, J.A., I.Y. Fung, and A.M. Thompson, 1993: The atmospheric $CH_4$ increase since the last glacial maximum. *Tellus*, **B45**(3), 228–241.

Chappellaz, J., et al., 1997: Changes in the atmospheric $CH_4$ gradient between Greenland and Antarctica during the Holocene. *J. Geophys. Res.*, **102**(D13), 15987–15997.

Charles, C.D., D.E. Hunter, and R.G. Fairbanks, 1997: Interaction between the ENSO and the Asian monsoon in a coral record of tropical climate. *Science*, **277**(5328), 925–928.

Church, J.A., et al., 2001: Changes in sea level. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group 1 to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T. et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 639–693.

Claquin, T., et al., 2003: Radiative forcing of climate by ice-age atmospheric dust. *Clim. Dyn.*, **20**, 193–202.

Clark, P.U., N.G. Pisias, T.F. Stocker, and A.J. Weaver, 2002: The role of the thermohaline circulation in abrupt climate change. *Nature*, **415**, 863–869.

Clarke, G.K.C., D.W. Leverington, J.T. Teller, and A.S. Dyke, 2004: Paleohydraulics of the last outburst flood from glacial Lake Agassiz and the 8200 BP cold event. *Quat. Sci. Rev.*, **23**, 389–407.

Claussen, M., and Gayler, V., 1997: The greening of Sahara during the mid-Holocene: results of an interactive atmosphere-biome model. *Global Ecol. Biogeogr. Lett.*, **6**, 369–377.

Claussen, M., et al., 1999: Simulation of an abrupt change in Saharan vegetation in the mid-Holocene. *Geophys. Res. Lett.*, **26**(14), 2037–2040.

Claussen, M., et al., 2002: Earth system models of intermediate complexity: closing the gap in the spectrum of climate system models. *Clim. Dyn.*, **18**(7), 579–586.

Clement, A.C., and M.A. Cane, 1999: A role for the tropical Pacific coupled ocean-atmosphere system on Milankovitch and millennial timescales. Part I: A modeling study of tropical Pacific variability. In: *Mechanisms of Global Climate Change at Millennial Time Scales* [Clark, P.U., R.S. Webb, and L.D. Keigwin (eds.)]. American Geophysical Union, Washington, DC, pp. 363–371.

Clement, A.C., R. Seager, and M.A. Cane, 2000: Suppression of El Niño during the mid-Holocene by changes in the earth's orbit. *Paleoceanography*, **15**(6), 731–737.

Clement, A.C., M.A. Cane, and R. Seager, 2001: An orbitally driven tropical source for abrupt climate change. *J. Clim.*, **14**(11), 2369–2375.

Clement, A.C., R. Seager, M.A. Cane, and S.E. Zebiak, 1996: An ocean dynamical thermostat. *J. Clim.*, **9**(9), 2190–2196.

Cobb, K.M., C.D. Charles, H. Cheng, and R.L. Edwards, 2003: El Niño/Southern Oscillation and tropical Pacific climate during the last millennium. *Nature*, **424**(6946), 271–276.

Coe, M.T., and S.P. Harrison 2002: The water balance of northern Africa during the mid-Holocene: an evaluation of the 6 ka BPPMIP simulations. *Clim. Dyn.*, **19**(2), 155–166.

Cole, J., 2003: Global change - Dishing the dirt on coral reefs. *Nature*, **421**(6924), 705–706.

Cole, J.E., and E.R. Cook, 1998: The changing relationship between ENSO variability and moisture balance in the continental United States. *Geophys. Res. Lett.*, **25**(24), 4529–4532.

Cole, J.E., R.B. Dunbar, T.R. McClanahan, and N.A. Muthiga, 2000: Tropical Pacific forcing of decadal SST variability in the western Indian Ocean over the past two centuries. *Science*, **287**(5453), 617–619.

Cook, E.R., J.G. Palmer, and R.D. D'Arrigo, 2002a: Evidence for a 'Medieval Warm Period' in a 1,100 year tree-ring reconstruction of past austral summer temperatures in New Zealand. *Geophys. Res. Lett.*, **29**(14), 1667, doi:10.1029/2001GL014580.

Cook, E.R., R.D. D'Arrigo, and M.E. Mann, 2002b: A well-verified, multiproxy reconstruction of the winter North Atlantic Oscillation index since AD 1400. *J. Clim.*, **15**(13), 1754–1764.

Cook, E.R., J. Esper, and R.D. D'Arrigo, 2004a: Extra-tropical Northern Hemisphere land temperature variability over the past 1000 years. *Quat. Sci. Rev.*, **23**(20–22), 2063–2074.

Cook, E.R., B.M. Buckley, R.D. D'Arrigo, and M.J. Peterson, 2000: Warm-season temperatures since 1600 BC reconstructed from Tasmanian tree rings and their relationship to large-scale sea surface temperature anomalies. *Clim. Dyn.*, **16**(2–3), 79–91.

Cook, E.R., et al., 2004b: Long-term aridity changes in the western United States. *Science*, **306**(5698), 1015–1018.

Cortijo, E., et al., 1997: Changes in the sea surface hydrology associated with Heinrich event 4 in the North Atlantic Ocean (40-60°N). *Earth Planet. Sci. Lett.*, **146**, 29–45.

Cortijo, E., et al., 1999: Changes in meridional temperature and salinity gradients in the North Atlantic Ocean (30°-72°N) during the last interglacial period. *Paleoceanography*, **14**(1), 23–33.

Cronin, T.M., 1999: *Principles of Paleoclimatology*. Perspectives in Paleobiology and Earth History. Columbia University Press, New York, NY, 560 pp.

Cronin, T.M., et al., 2005: Mid-Pliocene deep-sea bottom-water temperatures based on ostracode Mg/Ca ratios. *Mar. Micropaleontol.*, **54**(3–4), 249–261.

Crouch, E.M., et al., 2003: The Apectodinium acme and terrestrial discharge during the Paleocene-Eocene thermal maximum: new palynological, geochemical and calcareous nannoplankton observations at Tawanui, New Zealand. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **194**(4), 387–403.

Crowley, T.J., 1992: North Atlantic deep water cools the Southern Hemisphere. *Paleoceanography*, 7, 489–497.

Crowley, T.J., 1995: Ice-age terrestrial carbon changes revisited. *Global Biogeochem. Cycles*, **9**(3), 377–389.

Crowley, T.J., 1998: Significance of tectonic boundary conditions for paleoclimate simulations. In: *Tectonic Boundary Conditions for Climate Reconstructions* [Crowley, T.J., and K.C. Burke (eds.)]. Oxford University Press, New York, pp. 3–17.

Crowley, T.J., 2000: Causes of climate change over the past 1000 years. *Science*, **289**(5477), 270–277.

Crowley, T.J., and T.S. Lowery, 2000: How warm was the medieval warm period? *Ambio*, **29**(1), 51–54.

Crowley, T.J., et al., 2003: Modeling ocean heat content changes during the last millennium. *Geophys. Res. Lett.*, **30**(18), 1932, doi:10.1029/2003GL017801.

Crucifix, M., and M.F. Loutre, 2002: Transient simulations over the last interglacial period (126-115 kyr BP). *Clim. Dyn.*, **19**, 417–433.

Crucifix, M., and C.D. Hewitt, 2005: Impact of vegetation changes on the dynamics of the atmosphere at the Last Glacial Maximum. *Clim. Dyn.*, **25**(5), 447–459.

Crucifix, M., et al., 2002: Climate evolution during the Holocene, a study with an Earth System model of intermediate complexity. *Clim. Dyn.*, **19**, 43–60.

Cuffey, K.M., and S.J. Marshall, 2000: Substantial contribution to sea-level rise during the last interglacial from the Greenland ice sheet. *Nature*, **404**, 591–594.

Cullen, H.M., A. Kaplan, P.A. Arkin, and P.B. Demenocal, 2002: Impact of the North Atlantic Oscillation on Middle Eastern climate and streamflow. *Clim. Change*, **55**(3), 315–338.

Cumming, B.F., et al., 2002: Persistent millennial-scale shifts in moisture regimes in western Canada during the past six millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **99**(25), 16117–16121.

Cutler, K.B., et al., 2003: Rapid sea-level fall and deep-ocean temperature change since the last interglacial period, *Earth Planet. Sci. Lett.*, **206**, 253–271.

Dahl, K., A. Broccoli, and R. Stouffer, 2005: Assessing the role of North Atlantic freshwater forcing in millennial scale climate variability: a tropical Atlantic perspective. *Clim. Dyn.*, **24**(4), 325–346.

Dahl, S.O., and A. Nesje, 1996: A new approach to calculating Holocene winter precipitation by combining glacier equilibrium-line altitudes and pine-tree limits: A case study from Hardangerjokulen, central southern Norway. *The Holocene*, **6**(4), 381–398.

Dahl-Jensen, D., V.I. Morgan, and A. Elcheikh, 1999: Monte Carlo inverse modelling of the Law Dome (Antarctica) temperature profile. *Ann. Glaciol.*, **29**, 145–150.

Dahl-Jensen, D., et al., 1998: Past temperature directly from the Greenland Ice Sheet. *Science*, **282**, 268–271.

D'Arrigo, R., R. Wilson, and G. Jacoby, 2006: On the long-term context for late twentieth century warming. *J. Geophys. Res.*, **111**(D3), doi:10.1029/2005JD006352.

D'Arrigo, R.D., et al., 2004: Thresholds for warming-induced growth decline at elevational tree line in the Yukon Territory, Canada. *Global Biogeochem. Cycles*, **18**(3), GB3021, doi:10.1029/2004GB002249.

D'Arrigo, R., et al., 2005: On the variability of ENSO over the past six centuries. *Geophys. Res. Lett.*, **32**(3), L03711, doi:10.1029/2004GL022055.

Davis, B.A.S., et al., 2003: The temperature of Europe during the Holocene reconstructed from pollen data. *Quat. Sci. Rev.*, **22**, 1701–1716.

de Menocal, P., J. Ortiz, T. Guilderson, and M. Sarnthein, 2000: Coherent high- and low-latitude climate variability during the Holocene warm period. *Science*, **288**(5474), 2198–2202.

de Noblet-Ducoudre, N., R. Claussen, and C. Prentice, 2000: Mid-Holocene greening of the Sahara: first results of the GAIM 6000 year BP experiment with two asynchronously coupled atmosphere/biome models. *Clim. Dyn.*, **16**(9), 643–659.

de Vernal, A., et al., 2006: Comparing proxies for the reconstruction of LGM sea-surface conditions in the northern North Atlantic. *Quat. Sci. Rev.*, **25**(21–22), 2820–2834.

DeConto, R.M., and D. Pollard, 2003: Rapid Cenozoic glaciation of Antarctica induced by declining atmospheric $CO_2$. *Nature*, **421**(6920), 245–249.

Delworth, T.L., and M.E. Mann, 2000: Observed and simulated multidecadal variability in the Northern Hemisphere. *Clim. Dyn.*, **16**(9), 661–676.

Dickens, G.R., and R.M. Owen, 1996: Sediment geochemical evidence for an early-middle Gilbert (early Pliocene) productivity peak in the North Pacific Red Clay Province. *Mar. Micropaleontol.*, **27**(1–4), 107–120.

Dickens, G.R., M.M. Castillo, and J.C.G. Walker, 1997: A blast of gas in the latest Paleocene: Simulating first-order effects of massive dissociation of oceanic methane hydrate. *Geology*, **25**(3), 259–262.

Ding, Z.L., et al., 2002: Stacked 2.6-Ma grain size record from the Chinese loess based on five sections and correlation with the deep-sea $\delta^{18}O$ record. *Paleoceanography*, **17**(3), 1033, doi:10.1029/2001PA000725.

Dlugokencky, E.J., L.P. Steele, P.M. Lang, and K.A. Masarie, 1994: The growth rate and distribution of atmospheric methane. *J. Geophys. Res.*, **99**, 17021–17043.

Dokken, T.M., and E. Jansen, 1999: Rapid changes in the mechanism of ocean convection during the last glacial period. *Nature*, **401**, 458–461.

Domack, E., et al., 2005: Stability of the Larsen B ice shelf on the Antarctic Peninsula during the Holocene epoch. *Nature*, **436**, 681–685.

Dowsett, H.J., and T.M. Cronin, 1990: High eustatic sea level during the middle Pliocene: evidence from southeastern U.S. Atlantic coastal plain. *Geology*, **18**, 435–438.

Dowsett, H., J. Barron, and R. Poore, 1996: Middle Pliocene sea surface temperatures: A global reconstruction. *Mar. Micropaleontol.*, **27**(1–4), 13–25.

Dowsett, H.J., M.A. Chandler, T.M. Cronin, and G.S. Dwyer, 2005: Middle Pliocene sea surface temperature variability. *Paleoceanography*, **20**(2), doi:10.1029/2005PA001133.

Duplessy, J.C., L. Labeyrie, and C. Waelbroeck, 2002: Constraints on the ocean oxygen isotopic enrichment between the Last Glacial Maximum and the Holocene: Paleoceanographic implications. *Quat. Sci. Rev.*, **21**, 315–330.

Duplessy, J.C., et al., 2001: Holocene paleoceanography of the northern Barents Sea and variations of the northward heat transport by the Atlantic Ocean. *Boreas*, **30**, 2–16.

Ehrmann, W.U., and A. Mackensen, 1992: Sedimentological evidence for the formation of an East Antarctic ice-sheet in Eocene Oligocene time. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **93**(1–2), 85–112.

Elliot, M., et al., 1998: Millennial scale iceberg discharges in the Irminger Basin during the last glacial period: relationship with the Heinrich events and environmental settings. *Paleoceanography*, **13**, 433–446.

Ellis, J.M., and Calkin, P.E., 1984: Chronology of Holocene glaciation, central Brooks Range, Alaska. *Geol. Soc. Am. Bull.*, **95**, 897–912.

Enting, I.G., 1987: On the use of smoothing splines to filter $CO_2$ data. *J. Geophys. Res.*, **92**, 10977–10984.

EPICA community members, 2004: Eight glacial cycles from an Antarctic ice core. *Nature*, **429**(6992), 623–628.

Esper, J., E.R. Cook, and F.H. Schweingruber, 2002: Low-frequency signals in long tree-ring chronologies for reconstructing past temperature variability. *Science*, **295**(5563), 2250–2253.

Esper, J., D.C. Frank, R.J.S. Wilson, and K.R. Briffa, 2005: Effect of scaling and regression on reconstructed temperature amplitude for the past millennium. *Geophys. Res. Lett.*, **32**(7), doi:10.1029/2004GL021236.

Etheridge, D.M., et al., 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *J. Geophys. Res.*, **101**(D2), 4115–4128.

Evans, M.N., A. Kaplan, and M.A. Cane, 2002: Pacific sea surface temperature field reconstruction from coral $\delta^{18}O$ data using reduced space objective analysis. *Paleoceanography*, **17**(1), 1007, doi:10.1029/2000PA000590.

Eyer, M., 2004: *Highly Resolved $\delta^{13}C$ Measurements on $CO_2$ in Air from Antarctic Ice Cores*. PhD Thesis, University of Bern, 113 pp.

Fairbanks, R.G., 1989: A 17,000 year glacio-eustatic sea level record: Influence of glacial melting rates on the Younger Dryas event and deep-ocean circulation. *Paleoceanography*, **342**, 637–642.

Farrera, I., et al., 1999: Tropical climates at the Last Glacial Maximum: a new synthesis of terrestrial palaeoclimate data. I. Vegetation, lake-levels and geochemistry. *Clim. Dyn.*, **15**, 823–856.

Ferretti, D.F., et al., 2005: Unexpected changes to the global methane budget over the past 2000 years. *Science*, **309**, 1714–1717.

Fischer, G., and G. Wefer (eds.), 1999: *Use of Proxies in Paleoceanography: Examples from the South Atlantic*. Springer, Berlin, 735 pp.

Fleitmann, D., et al., 2003: Holocene forcing of the Indian monsoon recorded in a stalagmite from southern Oman. *Science*, **300**, 1737–1740.

Fligge, M., and S.K. Solanki, 2000: The solar spectral irradiance since 1700. *Geophys. Res. Lett.*, **27**, 2157–2160.

Flückiger, J., et al., 1999: Variations in atmospheric $N_2O$ concentration during abrupt climatic changes. *Science*, **285**(5425), 227–230.

Flückiger, J., et al., 2002: High resolution Holocene $N_2O$ ice core record and its relationship with $CH_4$ and $CO_2$. *Global Biogeochem. Cycles*, **16**, doi:10.1029/2001GB001417.

Flückiger, J., et al., 2004: $N_2O$ and $CH_4$ variations during the last glacial epoch: Insight into global processes. *Global Biogeochem. Cycles*, **18**, doi:10.1029/2003GB002122.

Folland, C.K., et al., 2001: Observed climate variability and change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T. et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 99–181.

Forman, S.L., R. Oglesby, and R.S. Webb, 2001: Temporal and spatial patterns of Holocene dune activity on the Great Plains of North America: megadroughts and climate links. *Global Planet. Change*, **29**(1–2), 1–29.

Foster, S., 2004: *Reconstruction of Solar Irradiance Variations for Use in Studies of Global Climate Change: Application of Recent SOHO Observations with Historic Data from the Greenwich Observatory*. Ph.D. Thesis, University of Southampton, Southampton, UK.

Foukal, P., G. North, and T. Wigley, 2004: A stellar view on solar variations and climate. *Science*, **306**(5693), 68–69.

Francois, L.M., C. Delire, P. Warnant, and G. Munhoven, 1998: Modelling the glacial-interglacial changes in the continental biosphere. *Global Planet. Change*, **17**, 37–52.

Francois, L.M., et al., 1999: Carbon stocks and isotopic budgets of the terrestrial biosphere at mid-Holocene and last glacial maximum times. *Chem. Geol.*, **159**, 163–189.

Freeman, K.H., and J.M. Hayes, 1992: Fractionation of carbon isotopes by phytoplankton and estimates of ancient CO2 levels. *Global Biogeochem. Cycles*, **6**, 185–198.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis, results from the C$^4$MIP model intercomparison. *J. Clim.*, **19** (14), 3337–3353.

Fröhlich, C., and J. Lean, 2004: Solar radiative output and its variability: evidence and mechanisms. *Astron. Astrophys. Rev.*, **12**, 273–320.

Gaffen, D.J., et al., 2000: Multidecadal changes in the vertical temperature structure of the tropical troposphere. *Science*, **287**(5456), 1242–1245.

Gagan, M.K., et al., 1998: Temperature and surface-ocean water balance of the mid-Holocene tropical western Pacific. *Science*, **279**, 1014–1018.

Ganopolski, A., and S. Rahmstorf, 2001: Rapid changes of glacial climate simulated in a coupled climate model. *Nature*, **409**, 153–158.

Gellatly, A.F., T.J. Chinn, and F. Röthlisberger, 1988: Holocene glacier variations in New Zealand: a review. *Quat. Sci. Rev.*, **7**, 227–242.

Gerber, S., et al., 2003: Constraining temperature variations over the last millennium by comparing simulated and observed atmospheric $CO_2$. *Clim. Dyn.*, **20**(2–3), 281–299.

Gersonde, R., X. Crosta, A. Abelmann, and L. Armand, 2005: Sea-surface temperature and sea ice distribution of the Southern Ocean at the EPILOG Last Glacial Maximum - a circum-Antarctic view based on siliceous microfossil records. *Quat. Sci. Rev.*, **24** (7–9), 869–896

Gherardi, J.M., et al., 2005: Evidence from the North Eastern Atlantic Basin for variability of the Meridional Overturning Circulation through the last deglaciation. *Earth Planet. Sci. Lett.*, **240**, 710–723.

Gladstone, R.M., et al., 2005: Mid-Holocene NAO: a PMIP2 model intercomparison. *Geophys. Res. Lett.*, **32**, L16707, doi:10.1029/2005GL023596.

Goldstein, B., F. Joos, and T.F. Stocker, 2003: A modeling study of oceanic nitrous oxide during the Younger Dryas cold period. *Geophys. Res. Lett.*, **30**, doi:10.1029/2002GL016418.

Goni, M.F.S., F. Eynaud, J.L. Turon, and N.J. Shackleton, 1999: High resolution palynological record off the Iberian margin: direct land-sea correlation for the Last Interglacial complex. *Earth Planet. Sci. Lett.*, **171**(1), 123–137.

González-Rouco, F., H. von Storch, and E. Zorita, 2003: Deep soil temperature as proxy for surface air-temperature in a coupled model simulation of the last thousand years. *Geophys. Res. Lett.*, **30**(21), 2116, doi:10.1029/2003GL018264.

González-Rouco, J.F., H. Beltrami, E. Zorita, and H. von Storch, 2006: Simulation and inversion of borehole temperature profiles in surrogate climates: Spatial distribution and surface coupling. *Geophys. Res. Lett.*, **33**(1), L01703, doi:10.1029/2005GL024693.

Goosse, H., H. Renssen, A. Timmermann, and R.S. Bradley, 2005a: Internal and forced climate variability during the last millennium: a model-data comparison using ensemble simulations. *Quat. Sci. Rev.*, **24**, 1345–1360.

Goosse, H., et al., 2004: A late medieval warm period in the Southern Ocean as a delayed response to external forcing? *Geophys. Res. Lett.*, **31**, L06203, doi:10.1029/2003GL019140.

Goosse, H., et al., 2005b: Modelling the climate of the last millennium: what causes the differences between simulations? *Geophys. Res. Lett.*, **32**, L06710, doi:10.1029/2005GL022368.

Gosnold, W.D., P.E. Todhunter, and W. Schmidt, 1997: The borehole temperature record of climate warming in the mid- continent of North America. *Global Planet. Change*, **15**(1–2), 33–45.

Gradstein, F.M., J.G. Ogg, and A.G. Smith (eds.), 2004: *A Geologic Time Scale*. Cambridge University Press, Cambridge, 589 pp.

Greenblatt, J.B., and J.L. Sarmiento, 2004: Variability and climate feedback mechanisms in ocean uptake of $CO_2$. In: *The Global Carbon Cycle* [Field, C.B., and M.R. Raupach (eds)]. Island Press, Washington, DC, pp. 257–275.

Guilderson, T.P., R.G. Fairbanks, and J.L. Rubenstone, 1994: Tropical temperature variations since 20,000 years ago: modulating interhemispheric climate change. *Science*, **263**, 663–665.

Guiot, J., et al., 2005: Last-millennium summer-temperature variations in Western Europe based on proxy data. *The Holocene*, **15**(4), 489–500.

Guo, Z.T., N. Petit-Maire, and S. Kropelin, 2000: Holocene non-orbital climatic events in present-day arid areas of Northern Africa and China. *Global Planet. Change*, **26**(1–3), 97–103.

Guo, Z.T., et al., 2004: Late Miocene-Pliocene development of Asian aridification as recorded in the Red-Earth formation in northern China. *Global Planet. Change*, **41**(3–4), 135–145.

Gupta, A.K., D.M. Anderson, and J.T. Overpeck, 2003: Abrupt changes in the Asian southwest monsoon during the Holocene and their links to the North Atlantic Ocean. *Nature*, **421**, 354–357.

Hall, J.C., and G.M. Lockwood, 2004: The chromospheric activity and variability of cycling and flat activity solar-analog stars. *Astrophys. J.*, **614**, 942–946.

Hambrey, M.J., W.U. Ehrmann, and B. Larsen, 1991: Cenozoic glacial record of the Prydz Bay continental shelf, East Antarctica. In: *Proceedings of the Ocean Drilling Program: Scientific Results*, Vol. 119. Ocean Drilling Program, College Station, TX, pp. 77–131.

Hanebuth, T., K. Stattegger, and P.M. Grootes, 2000: Rapid flooding of the Sunda Shelf: A late-glacial sea-level record. *Science*, **288**(5468), 1033–1035.

Harrington, G.J., S.J. Kemp, and P.L. Koch, 2004: Palaeocene-Eocene paratropical floral change in North America: responses to climate change and plant immigration. *J. Geol. Soc. London*, **161**, 173–184.

Harris, R.N., and D.S. Chapman, 2001: Mid-latitude (30°-60° N) climatic warming inferred by combining borehole temperatures with surface air temperatures. *Geophys. Res. Lett.*, **28**(5), 747–750.

Harrison, S.P., 2005: Snowlines at the last glacial maximum and tropical cooling. *Quat. Int.*, **138**, 5–7.

Harrison, S.P., and I.C. Prentice, 2003: Climate and $CO_2$ controls on global vegetation distribution at the last glacial maximum: analysis based on palaeovegetation data, biome modelling and palaeoclimate simulations. *Global Change Biol.*, **9**, 983–1004.

Harrison, S.P., et al., 2003: Mid-Holocene climates of the Americas: a dynamical response to changed seasonality. *Clim. Dyn.*, **20**(7–8), 663–688.

Haug, G.H., et al., 2001: Southward migration of the Intertropical Convergence Zone through the Holocene. *Science*, **17**(293), 1304–1308.

Hays, J.D., J. Imbrie, and N.J. Shackleton, 1976: Variations in the earth's orbit: pacemaker of the ice ages. *Science*, **194**, 1121–1132.

Haywood, A.M., P.J. Valdes, and B.W. Sellwood, 2000: Global scale paleoclimate reconstruction of the middle Pliocene climate using the UKMO GCM: initial results. *Global Planet. Change*, **25**, 239–256.

Haywood, A.M., P. Dekens, A.C. Ravelo, and M. Williams, 2005: Warmer tropics during the mid-Pliocene? Evidence from alkenone paleothermometry and a fully coupled ocean-atmosphere GCM. *Geochem. Geophys. Geosystems*, **6**, Q03010, doi:10.1029/2004GC000799.

He, Y., et al., 2004: Asynchronous Holocene climatic change across China. *Quat. Res.*, **61**, 52–63.

Hegerl, G.C., T.J. Crowley, W.T. Hyde, and D.J. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, 1029–1032.

Hemming, S.R., 2004: Heinrich events: Massive late Pleistocene detritus layers of the North Atlantic and their global climate imprint. *Rev. Geophys.*, **42**(1), RG1005, doi:10.1029/2003RG000128.

Higgins, P.A.T., 2004: Biogeochemical and biophysical responses of the land surface to a sustained thermohaline circulation weakening. *J. Clim.*, **17**, 4135–4142.

Hodell, D.A., M. Brenner, and J.H. Curtis, 2005: Terminal classic drought in the northern Maya lowlands inferred from multiple sediment cores in Lake Chichancanab (Mexico). *Quat. Sci. Rev.*, **24**(12–13), 1413–1427.

Hoerling, M., and A. Kumar, 2003: The perfect ocean for drought. *Science*, **299**(5607), 691–694.

Hoffmann, G., et al., 2003: Coherent isotope history of Andean ice cores over the last century. *Geophys. Res. Lett.*, **30**(4), doi:10.1029/2002GL014870.

Holmgren, K., et al., 2003: Persistent millennial-scale climate variability over the past 25,000 years in Southern Africa. *Quat. Sci. Rev.*, **22**, 2311–2326.

Holzhauser, H., M.J. Magny, and H.J. Zumbuhl, 2005: Glacier and lake-level variations in west-central Europe over the last 3500 years. *The Holocene*, **15**(6), 789–801.

Hoyt, D.V., and K.H. Schatten, 1993: A discussion of plausible solar irradiance variations. *J. Geophys. Res.*, **98**, 18895–18906.

Huang, S.P., and H.N. Pollack, 1998: *Global Borehole Temperature Database for Climate Reconstruction*. IGBP PAGES/World Data Center-A for Paleoclimatology Data Contribution Series #1998-044, NOAA/NGDC Paleoclimatology Program, Boulder, CO.

Huang, S.P., H.N. Pollack, and P.Y. Shen, 1997: Late Quaternary temperature changes seen in the world-wide continental heat flow measurements. *Geophys. Res. Lett.*, **24**, 1947–1950.

Huang, S.P., H.N. Pollack, and P.Y. Shen, 2000: Temperature trends over the past five centuries reconstructed from borehole temperatures. *Nature*, **403**(6771), 756–758.

Huber, C., et al., 2006: Isotope calibrated Greenland temperature record over Marine Isotope Stage 3 and its relation to CH$_4$. *Earth Planet. Sci. Lett.*, **243**(3–4), 504–519.

Hughen, K.A., J.T. Overpeck, L.C. Peterson, and S. Trumbore, 1996: Rapid climate changes in the tropical Atlantic region during the last deglaciation. *Nature*, **380**(6569), 51–54.

Hughen, K.A., T.I. Eglinton, L. Xu, and M. Makou, 2004: Abrupt tropical vegetation response to rapid climate changes. *Science*, **304**(5679), 1955–1959.

Hughes, M.K., and H.F. Diaz, 1994: Was there a Medieval Warm Period, and if so, where and when? *Clim. Change*, **26**(2–3), 109–142.

Humlum, O., et al., 2005: Late-Holocene glacier growth in Svalbard, documented by subglacial relict vegetation and living soil microbes. *The Holocene*, **15**(3), 396–407.

Hurrell, J.W., 1995: Decadal trends in the North-Atlantic Oscillation - regional temperatures and precipitation. *Science*, **269**(5224), 676–679.

Huybers, P., 2005: Comment on "Hockey sticks, principal components, and spurious significance" by S. McIntyre and R. McKitrick. *Geophys. Res. Lett.*, **32**(20), doi:10.1029/2005GL023395.

Indermühle, A., et al., 2000: Atmospheric CO$_2$ concentration from 60 to 20 kyr BP from the Taylor Dome ice core, Antarctica. *Geophys. Res. Lett.*, **27**(5), 735–738.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment* [Houghton, J.T., G.J. Jenkins, and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 362 pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Jackson, S.C., and A.J. Broccoli, 2003: Orbital forcing of Arctic climate: mechanisms of climate response and implications for continental glaciation. *Clim. Dyn.*, **21**, 539–557.

Jansen, E., T. Fronval, F. Rack, and J.E.T. Channell, 2000: Pliocene-Pleistocene ice rafting history and cyclicity in the Nordic Seas during the last 3.5 Myr. *Paleoceanography*, **15**(6), 709–721.

Jasper, J.P., and J.M. Hayes, 1990: A carbon isotope record of CO$_2$ levels during the late Quaternary. *Nature*, **347**, 462–464.

Jennings, A.E., et al., 2001: A mid-Holocene shift in Arctic sea-ice variability on the East Greenland Shelf. *The Holocene*, **12**, 49–58.

Jiang, D., et al., 2005: Modeling the middle Pliocene climate with a global atmospheric general circulation model. *J. Geophys. Res.*, **110**, D14107, doi:10.1029/2004JD005639.

Jörin, U.E., T.F. Stocker, and C. Schlüchter, 2006: Multi-century glacier fluctuations in the Swiss Alps during the Holocene. *The Holocene*, **16**(5), 697–704.

Johnsen, S.J., et al., 2001: Oxygen isotope and palaeotemperature records from six Greenland ice-core stations: Camp Century, Dye-3, GRIP, GISP2, Renland and NorthGRIP. *J. Quat. Sci.*, **16**, 299–307.

Jolly, D., S.P. Harrison, B. Damnati, and R. Bonnefille, 1998: Simulated climate and biomes of Africa during the Late Quaternary: comparison with pollen and lake status data. *Quat. Sci. Rev.*, **17**, 629–657.

Jones, P.D., and A. Moberg, 2003: Hemispheric and large-scale surface air temperature variations: An extensive revision and an update to 2001. *J. Clim.*, **16**(2), 206–223.

Jones, P.D., and M.E. Mann, 2004: Climate over past millennia. *Rev. Geophys.*, **42**(2), RG2002, doi:10.1029/2003RG000143.

Jones, P.D., T.J. Osborn, and K.R. Briffa, 1997: Estimating sampling errors in large-scale temperature averages. *J. Clim.*, **10**(10), 2548–2568.

Jones, P.D., T.J. Osborn, and K.R. Briffa, 2001: The evolution of climate over the last millennium. *Science*, **292**(5517), 662–667.

Jones, P.D., K.R. Briffa, and T.J. Osborn, 2003: Changes in the Northern Hemisphere annual cycle: Implications for paleoclimatology? *J. Geophys. Res.*, **108**(D18), 4588, doi:10.1029/2003JD003695.

Jones, P.D., K.R. Briffa, T.P. Barnett, and S.F.B. Tett, 1998: High-resolution palaeoclimatic records for the last millennium: interpretation, integration and comparison with General Circulation Model control-run temperatures. *The Holocene*, **8**(4), 455–471.

Joos, F., and I.C. Prentice, 2004: A paleo-perspective on changes in atmospheric CO$_2$ and climate. In: *The Global Carbon Cycle: Integrating Humans, Climate and the Natural World* [Field, C.B., and M.R. Raupach (eds.)]. Island Press, Washington DC, pp. 165–186.

Joos, F., et al., 1999: Global warming and marine carbon cycle feedbacks on future atmospheric CO2. *Science*, **284**, 464–467.

Joos, F., et al., 2001: Global warming feedbacks on terrestrial carbon uptake under the Intergovernmental Panel on Climate Change (IPCC) emission scenarios. *Global Biogeochem. Cycles*, **15**(4), 891–907.

Joos, F., et al., 2004: Transient simulations of Holocene atmospheric carbon dioxide and terrestrial carbon since the Last Glacial Maximum. *Global Biogeochem. Cycles*, **18**, doi:10.1029/2003GB002156.

Joussaume, S., et al., 1999: Monsoon changes for 6000 years ago: Results of 18 simulations from the Paleoclimate Modeling Intercomparison Project (PMIP). *Geophys. Res. Lett.*, **26**(7), 859–862.

Kadomura, H., 1992: Climate change in the West African Sahel-Sudan zone since the Little Ice Age. In: *Symposium on the Little Ice Age* [Mikami, T. (ed.)]. Tokyo Metropolitan University, Tokyo, pp. 40–45.

Kageyama, M., et al., 2004: Quantifying ice-sheet feedbacks during the last glacial inception. *Geophys. Res. Lett.*, **31**, doi:10.1029/2004GL021339.

Kageyama, M., et al., 2006: Last Glacial Maximum temperatures over the North Atlantic, Europe, and western Siberia: a comparison between PMIP models, MARGO sea-surface temperatures and pollen-base reconstructions. *Quat. Sci. Rev.*, **25**, 2082–2102.

Kaplan, J.O., I.C. Prentice, W. Knorr, and P.J. Valdes, 2002: Modeling the dynamics of terrestrial carbon storage since the Last Glacial Maximum. *Geophys. Res. Lett.*, **29**, doi:10.1029/2002GL015230.

Kaplan, J.O., et al., 2003: Climate change and Arctic ecosystems: 2. Modeling, paleodata-model comparisons, and future projections. *J. Geophys. Res.*, **108**, doi:10.1029/2002JD002559.

Kaplan, M.R., and A.P. Wolfe, 2006: Spatial and temporal variability of Holocene temperature in the North Atlantic region. *Quat. Res.*, **65**, 223–231.

Karlén, W. and J. Kuylenstierna, 1996: On solar forcing of Holocene climate: evidence from Scandinavia. *The Holocene*, **6**, 359–365.

Karlén, W., et al., 1999: Glacier fluctuations on Mount Kenya since ca 6000 cal. years BP: implications for Holocene climatic change in Africa. *Ambio*, **28**(5), 409–418.

Kaspar, F., and U. Cubasch, 2006: Simulations of the Eemian interglacial and the subsequent glacial inception with a coupled ocean-atmosphere general circulation model. In: *The Climate of Past Interglacials* [Sirocko, F., M. Claussen, M.F. Sánchez-Goñi and T. Litt (eds.)], Elsevier Science, Amsterdam, pp. 499-516.

Kaspar, F., N. Kuhl, U. Cubasch, and T. Litt, 2005: A model-data comparison of European temperatures in the Eemian interglacial. *Geophys. Res. Lett.*, **32**, L11703, doi:10.1029/2005GL022456.

Kaufman, D.S., et al., 2004: Holocene thermal maximum in the western Arctic (0-180°W). *Quat. Sci. Rev.*, **23**, 529–560.

Keeling, C.D., and T.P. Whorf, 2005: Atmospheric CO$_2$ records from sites in the SiO air sampling network. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN.

Kennett, J.P., and L.D. Stott, 1991: Abrupt deep-sea warming, palaeoceanographic changes and benthic extinctions at the end of the Palaeocene. *Nature*, **353**, 225–229.

Khodri, M., G. Ramstein, N. De Noblet, and M. Kageyama, 2003: Sensitivity of the northern extratropics hydrological cycle to the changing insolation forcing at 126 and 115 ky BP. *Clim. Dyn.*, **21**, 273–287.

Khodri, M., et al., 2005: The impact of precession changes on the Arctic climate during the last interglacial glacial transition. *Earth Planet. Sci. Lett.*, **236**, 285–304.

Kim, J.H., et al., 2004: North Pacific and North Atlantic sea-surface temperature variability during the Holocene. *Quat. Sci. Rev.*, **23**, 2141–2154.

Kitoh, A., and S. Murakami, 2002: Tropical Pacific climate at the mid-Holocene and the Last Glacial Maximum simulated by a coupled ocean-atmosphere general circulation model. *Paleoceanography*, **17**, 1047, doi:10.1029/2001PA000724.

Klitgaard-Kristensen, D., et al., 1998: The short cold period 8,200 years ago documented in oxygen isotope records of precipitation in Europe and Greenland. *J. Quat. Sci.*, **13**(2), 165–169.

Knies, J., J. Matthiessen, C. Vogt, and R. Stein, 2002: Evidence of 'Mid-Pliocene (similar to 3 Ma) global warmth' in the eastern Arctic Ocean and implications for the Svalbard/Barents Sea ice sheet during the late Pliocene and early Pleistocene (similar to 3-1.7 Ma). *Boreas*, **31**(1), 82–93.

Knox, J.C., 2000: Sensitivity of modern and Holocene floods to climate change. *Quat. Sci. Rev.*, **19**(1–5), 439–457.

Knutti, R., J. Flückiger, T.F. Stocker, and A. Timmermann, 2004: Strong hemispheric coupling of glacial climate through freshwater discharge and ocean circulation. *Nature*, **430**(7002), 851–856.

Koch, J., B. Menounos, J. Clague, and G.D. Osborn, 2004: Environmental change in Garibaldi Provincial Park, Southern Coast Mountains, British Columbia. *Geoscience Canada*, **31**(3), 127–135.

Koch, P.L., J.C. Zachos, and P.D. Gingerich, 1992: Correlation between isotope records in marine and continental carbon reservoirs near the Paleocene Eocene boundary. *Nature*, **358**(6384), 319–322.

Koerner, R.M., 1989: Ice core evidence for extensive melting of the Greenland Ice-sheet in the last interglacial. *Science*, **244**(4907), 964–968.

Koerner, R.M., and D.A. Fisher, 2002: Ice-core evidence for widespread Arctic glacier retreat in the Last Interglacial and the early Holocene. *Ann. Glaciol.*, **35**, 19–24.

Kohfeld, K., and S.P. Harrison, 2001: DIRTMAP: the geological record of dust. *Earth Sci. Rev.*, **54**, 81–114.

Kohfeld, K.E., C. LeQuéré, S.P. Harrison, and R.F. Anderson, 2005: Role of marine biology in glacial-interglacial $CO_2$ cycles. *Science*, **308**, 74–78.

Köhler, P., F. Joos, S. Gerber, and R. Knutti, 2005: Simulating changes in vegetation distribution, land carbon storage, and atmospheric $CO_2$ in response to a collapse of the North Atlantic thermohaline circulation. *Clim. Dyn.*, **25** (7–8), 689–708.

Koutavas, A., J. Lynch-Stieglitz, T.M. Marchitto Jr., and J.P. Sachs, 2002: El Niño-like pattern in ice age tropical Pacific sea surface temperature. *Science*, **297**, 226–230.

Kucera, M., et al., 2005: Multiproxy approach for the reconstruction of the glacial ocean surface (MARGO). *Quat. Sci. Rev.*, **24**, 813–819.

Kuhnert, H., et al., 1999: A 200-year coral stable oxygen isotope record from a high-latitude reef off western Australia. *Coral Reefs*, **18**(1), 1–12.

Kukla, G.J., et al., 2002: Last interglacial climates. *Quat. Res.*, **58**, 2–13.

Kurtz, A.C., et al., 2003: Early Cenozoic decoupling of the global carbon and sulphur cycles. *Paleoceanography*, **18**(4), doi:10.1029/2003PA000908.

Laird, K.R., et al., 2003: Lake sediments record large-scale shifts in moisture regimes across the northern prairies of North America during the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **100**(5), 2483–2488.

LaMarche, V.C., D.A. Graybill, H.C. Fritts, and M.R. Rose, 1984: Increasing atmospheric carbon dioxide: Tree ring evidence for growth enhancement in natural vegetation. *Science*, **225**, 1019–1021.

Lamb, H.H., 1965. The early medieval warm epoch and its sequel. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **1**(13), 13–37.

Lamb, H.H., 1977: *Climates of the Past, Present and Future*. Vol. I and II. Metheun, London.

Lamb, H.H., 1982: *Climate History and the Modern World*. Routledge, London and New York, 433 pp.

Lambeck, K., 2002: Sea-level change from mid-Holocene to recent time: An Australian example with global implications. In: *Ice Sheets, Sea Level and the Dynamic Earth* [Mitrovica, J.X., and L.A. Vermeersen (eds.)]. Geodynamic Series Vol. 29, American Geophysical Union, Washington, DC, pp. 33–50.

Lambeck, K., and J. Chappell, 2001: Sea level change through the last glacial cycle. *Science*, **292**(5517), 679–686.

Landais, A., et al., 2006: The glacial inception as recorded in the NorthGRIP Greenland ice core: timing, structure and associated abrupt temperature changes. *Clim. Dyn.*, **26**(2–3), 273–284.

Laskar, J., et al., 2004: A long-term numerical solution for the insolation quantities of the Earth. *Astron. Astrophys.*, **428**(1), 261–285.

Lauritzen, S.E., 2003: Reconstruction of Holocene climate records from speleothems. In: *Global Change in the Holocene* [Mackay, A., R. Battarbee, J. Birks, and F. Oldfield (eds)]. Arnold, London, pp. 242–263.

Le Quesne, C., et al., 2006: Ancient *Austrocedrus* tree-ring chronologies used to reconstruct Central Chile precipitation variability from AD 1200 to 2000. *J. Clim.*, **19**(22), 5731–5744.

Lea, D.W., D.K. Pak, L.C. Peterson, and K.A. Hughen, 2003: Synchroneity of tropical and high-latitude Atlantic temperatures over the last glacial termination. *Science*, **301**(5638), 1361–1364.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.*, **27**(16), 2425–2428.

Lean, J.L., Y.M. Wang, and N.R. Sheeley, 2002: The effect of increasing solar activity on the sun's total and open magnetic flux during multiple cycles: Implications for solar forcing of climate. *Geophys. Res. Lett.*, **29**(24), 2224, doi:10.1029/2002GL015880.

Lean, J.L., et al., 1995: Correlated brightness variations in solar radiative output from the photosphere to the corona. *Geophys. Res. Lett.*, **22**(5), 655–658.

Lear, C.H., Y. Rosenthal, H.K. Coxall, and P.A. Wilson, 2004: Late Eocene to early Miocene ice sheet dynamics and the global carbon cycle. *Paleoceanography*, **19**(4), PA4015, doi:10.1029/2004PA001039.

LeGrande, A.N., et al., 2006: Consistent simulations of multiple proxy responses to an abrupt climate change event. *Proc. Natl. Acad. Sci. U.S.A.*, **103**(4), 837–842.

Lemasurier, W.E., and S. Rocchi, 2005: Terrestrial record of post-Eocene climate history in Marie Byrd Land, West Antarctica. *Geografiska Annaler*, **87A**(1), 51–66.

Levis, S., G. B. Bonan, and C. Bonfils 2004: Soil feedback drives the mid-Holocene North African monsoon northward in fully coupled CCSM2 simulations with a dynamic vegetation model. *Clim. Dyn.*, **23**, 791–802.

Lhomme, N., G.K.C. Clarke, and S.J. Marshall, 2005: Tracer transport in the Greenland Ice Sheet: constraints on ice cores and glacial history. *Quat. Sci. Rev.*, **24**, 173–194.

Lie, O., et al., 2004: Holocene fluctuations of a polythermal glacier in high-alpine eastern Jotunheimen, central-southern Norway. *Quat. Sci. Rev.*, **23**(18–19), 1925–1945.

Linsley, B.K., et al., 2004: Geochemical evidence from corals for changes in the amplitude and spatial pattern of South Pacific interdecadal climate variability over the last 300 years. *Clim. Dyn.*, **22**(1), 1–11.

Lisiecki, L.E., and M.E. Raymo, 2005: A Pliocene-Pleistocene stack of 57 globally distributed benthic $\delta^{18}O$ records. *Paleoceanography*, **20**, PA1003, doi:10.1029/2004PA001071.

Liu, K.B., 2004: Paleotempestology: Principles, methods, and examples from Gulf coast lake-sediments. In: *Hurricanes and Typhoons: Past, Present and Future* [Murnane, R., and K. Liu (eds.)]. Columbia University Press, New York, pp. 13–57.

Liu, Z., J.E. Kutzbach, and L. Wu, 2000: Modeling climate shift of El Niño variability in the Holocene. *Geophys. Res. Lett.*, **27**, 2265–2268.

Liu, Z., S.P. Harrison, J.E. Kutzbach, and B. Otto-Bleisner, 2004: Global monsoons in the mid-Holocene and oceanic feedback. *Clim. Dyn.*, **22**, 157–182.

Liu, Z., et al., 2002: Tropical cooling at the last glacial maximum and extratropical ocean ventilation. *Geophys. Res. Lett.*, **29**, 1409, doi:10.1029/2001GL013938.

Lockwood, M., and R. Stamper, 1999: Long-term drift of the coronal source magnetic flux and the total solar irradiance. *Geophys. Res. Lett.*, **26**, 2461–2464.

Lorentz, S.J., et al., 2006: Orbitally driven insolation forcing on Holocene climate trends: evidence from alkenone data and climate modeling. *Paleoceanography*, **21**, doi:10.1029/2005PA001152.

Lough, J.M., 2004: A strategy to improve the contribution of coral data to high-resolution paleoclimatology. *Palaeogeogr. Paleoclimatol. Palaeoecol.*, **204**, 115–143.

Loutre, M.F., and A.L. Berger, 2000: Future climate changes: Are we entering an exceptionally long interglacial? *Clim. Change*, **46**, 61–90.

Loutre, M.F., D. Paillard, F. Vimeux, and E. Cortijo, 2004: Does mean annual insolation have the potential to change the climate? *Earth Planet. Sci. Lett.*, **221**(1–4), 1–14.

Lozhkin, A.V., and P.M. Anderson, 1995: The last interglaciation in northeast Siberia. *Quat. Res.*, **43**, 147–158.

Lubinski, D.J., S.L. Forman, and G.H. Miller, 1999: Holocene glacier and climate fluctuations on Franz Josef Land, Arctic Russia, 80° N. *Quat. Sci. Rev.*, **18**(1), 85–108.

Luckman, B.H., and M.S. Kearney, 1986: Reconstruction of Holocene changes in alpine vegetation and climate in the Maligne Range, Jasper National Park, Alberta. *Quat. Res.*, **26**(2), 244–261.

Luckman, B.H., and R.J.S. Wilson, 2005: Summer temperatures in the Canadian Rockies during the last millennium: a revised record. *Clim. Dyn.*, **24**(2–3), 131–144.

Luterbacher, J., et al., 2002: Reconstruction of sea level pressure fields over the Eastern North Atlantic and Europe back to 1500. *Clim. Dyn.*, **18**(7), 545–561.

Luterbacher, J., et al., 2004: European seasonal and annual temperature variability, trends, and extremes since 1500. *Science*, **303**(5663), 1499–1503.

MacAyeal, D.R., 1993: Binge/Purge oscillations of the Laurentide Ice-Sheet as a cause of the North-Atlantics Heinrich Events. *Paleoceanography*, **8**(6), 775–784.

MacDonald, G.M., and R.A. Case, 2005: Variations in the Pacific Decadal Oscillation over the past millennium. *Geophys. Res. Lett.*, **32**(8), doi:10.1029/2005GL022478.

MacDonald, G.M., et al., 2000: Holocene treeline history and climate change across northern Eurasia. *Quat. Res.*, **53**, 302–311.

MacFarling Meure, C., et al., 2006: The Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **33**, L14810, doi:10.1029/2006GL026152.

Machida, T., et al., 1995: Increase in the atmospheric nitrous oxide concentration during the last 250 years. *Geophys. Res. Lett.*, **22**, 2921–2924.

Mackay, A., R. Battarbee, J. Birks, and F.E. Oldfield (eds.), 2003: *Global Change in the Holocene*. Hodder Arnold, London, 480 pp.

Mahowald, N., et al., 1999: Dust sources and deposition during the Last Glacial Maximum and current climate: A comparison of model results with paleodata from ice cores and marine sediments. *J. Geophys. Res.*, **104**, 15859–15916.

Majorowicz, J.A., W.R., Skinner, and J. Safanda, 2004: Large ground warming in the Canadian Arctic inferred from inversions of temperature logs. *Earth Planet. Sci. Lett.*, **221**, 15–25.

Mangerud, J., V. Astakhov, and J.I. Svendsen, 2002: The extent of the Barents-Kara Ice Sheet during the Last Glacial Maximum. *Quat. Sci. Rev.*, **21**, 111–119.

Mann, M.E., and P.D. Jones, 2003: Global surface temperatures over the past two millennia. *Geophys. Res. Lett.*, **30**(15), 1820, doi:10.1029/2003GL017814.

Mann, M.E., and G.A. Schmidt, 2003: Ground vs. surface air temperature trends: Implications for borehole surface temperature reconstructions. *Geophys. Res. Lett.*, **30**(12), 1607, doi:10.1029/2003GL017170.

Mann, M.E., R.S. Bradley, and M.K. Hughes, 1998: Global-scale temperature patterns and climate forcing over the past six centuries. *Nature*, **392**(6678), 779–787.

Mann, M.E., R.S. Bradley, and M.K. Hughes, 1999: Northern hemisphere temperatures during the past millennium: Inferences, uncertainties, and limitations. *Geophys. Res. Lett.*, **26**(6), 759–762.

Mann, M.E., R.S. Bradley, and M.K. Hughes, 2000: Long-term variability in the El Niño/Southern Oscillation and associated teleconnections. In: *El Niño and the Southern Oscillation: Multiscale Variability and Global and Regional Impacts* [Diaz, H.F., and V. Markgraf (eds.)]. Cambridge University Press, Cambridge, pp. 357–412.

Mann, M.E., M.A. Cane, S.E. Zebiak, and A. Clement, 2005a: Volcanic and solar forcing of the tropical Pacific over the past 1000 years. *J. Clim.*, **18**(3), 447–456.

Mann, M.E., S. Rutherford, E. Wahl, and C.M. Ammann, 2005b: Testing the fidelity of methods used in 'proxy-based' reconstructions of past climate. *J. Clim.*, **18**(20), 4097–4107.

Mann, M.E., et al., 2003: Optimal surface temperature reconstructions using terrestrial borehole data. *J. Geophys. Res.*, **108**(D7), doi:10.1029/2002JD002532.

Marchal, O., R. Francois, T.F. Stocker, and F. Joos, 2000: Ocean thermohaline circulation and sedimentary $^{231}Pa/^{230}Th$ ratio. *Paleoceanography*, **6**, 625–641.

Marchal, O., et al., 1999: Modelling the concentration of atmospheric $CO_2$ during the Younger Dryas climate event. *Clim. Dyn.*, **15**, 341–354.

Marchal, O., et al., 2002: Apparent long-term cooling of the sea surface in the northeast Atlantic and Mediterranean during the Holocene. *Quat. Sci. Rev.*, **21** (4–6), 455–483.

Marchant, R., and H. Hooghiemstra, 2004: Rapid environmental change in African and South American tropics around 4000 years before present : a review. *Earth Sci. Rev.*, **66**, 217–260.

Marchitto, T.N.J., D.W. Oppo, and W.B. Curry, 2002: Paired benthic foraminiferal Cd/Ca and Zn/Ca evidence for a greatly increased presence of Southern Ocean Water in the glacial North Atlantic. *Paleoceanography*, **17**, 1038, doi:10.1029/2000PA000598.

Marra, M.J., 2003: Last interglacial beetle fauna from New Zealand. *Quart. Res.*, **59**, 122–131.

Masson, V., et al., 2000: Holocene climate variability in Antarctica based on 11 ice cores isotopic records. *Quat. Res.*, **54**, 348–358.

Masson-Delmotte, V., et al., 2005a: Rapid climate variability during warm and cold periods in polar regions and Europe. *Comptes Rendus Geoscience*, **337**(10–11), 935–946.

Masson-Delmotte, V., et al., 2005b: GRIP deuterium excess reveals rapid and orbital-scale changes in Greenland moisture origin. *Science*, **309**(5731), 118–121.

Masson-Delmotte, V., et al., 2006: Past and future polar amplification of climate change: climate model intercomparisons and ice-core constraints. *Clim. Dyn.*, **26** (5), 513–529.

Matthews, J.A., et al., 2000: Holocene glacier variations in central Jotunheimen, southern Norway based on distal glaciolacustrine sediment cores. *Quat. Sci. Rev.*, **19**, 1625–1647.

Matthews, J.A., et al., 2005: Holocene glacier history of Bjørnbreen and climatic reconstruction in central Jotunheimen, Norway, based on proximal glaciofluvial stream-bank mires. *Quat. Sci. Rev.*, **24**(1–2), 67–90.

Mayewski, P.A., et al., 2004: Holocene climate variability. *Quat. Res.*, **62** (3), 243–255.

McElwain, J.C., and W.G. Chaloner, 1995: Stomatal density and index of fossil plants track atmospheric carbon dioxide in the Palaeozoic. *Ann. Bot.(London)*, **76**, 389–395.

McGregor, H.V., and M.K. Gagan, 2004: Western Pacific coral δ18O records of anomalous Holocene variability in the El Niño-Southern Oscillation. *Geophys. Res. Lett.*, **31**(11), doi:10.1029/2004GL019972.

McIntyre, S., and R. McKitrick, 2003: Corrections to the Mann et al. (1998) proxy database and northern hemispheric average temperature series. *Energy Environ.*, **14**, 751–771.

McIntyre, S., and R. McKitrick, 2005a: Hockey sticks, principal components, and spurious significance. *Geophys. Res. Lett.*, **32**(3), L03710, doi:10.1029/2004GL021750.

McIntyre, S., and R. McKitrick, 2005b: The M&M critique of the MBH98 Northern Hemisphere climate index: Update and implications. *Energy Environ.*, **16**, 69–99.

McIntyre, S., and R. McKitrick, 2005c: Reply to comment by von Storch and Zorita on "Hockey sticks, principal components, and spurious significance". *Geophys. Res. Lett.*, **32**(20), L20714, doi:10.1029/2005GL023089.

McIntyre, S., and R. McKitrick, 2005d: Reply to comment by von Huybers on "Hockey sticks, principal components, and spurious significance". *Geophys. Res. Lett.*, **32**(20), L20713, doi:10.1029/2005GL023586.

McManus, J.F., et al., 2002: Thermohaline circulation and prolonged interglacial warmth in the North Atlantic. *Quat. Res.*, **58**, 17–21.

McManus, J.F., et al., 2004: Collapse and rapid resumption of Atlantic meridional circulation linked to deglacial climate changes. *Nature*, **428**, 834–837.

Meissner, K.J., A.J. Weaver, H.D. Matthews, and P.M. Cox, 2003: The role of land surface dynamics in glacial inception: a study with the UVic Earth System Model. *Clim. Dyn.*, **21**, 7–8.

Meland, M.Y., E. Jansen, and H. Elderfield, 2005: Constraints on SST estimates for the northern North Atlantic/Nordic Seas during the LGM. *Quat. Sci. Rev.*, **24**(7–9), 835–852.

Menounos, B., et al., 2004: Early Holocene glacier advance, southern Coast Mountains, British Columbia, Canada. *Quat. Sci. Rev.*, **23**(14–15), 1543–1550.

Mickley, L.J., D.J. Jacob, and D. Rind, 2001: Uncertainty in preindustrial abundance of tropospheric ozone: Implications for radiative forcing calculations. *J. Geophys. Res.*, **106**(D4), 3389–3399.

Mieding, B., 2005: *Reconstruction of Millennial Aerosol-Chemical Ice Core Records from the Northeast Greenland: Quantification of Temporal Changes in the Atmospheric Circulation, Emission and Deposition.* Reports on Polar and Marine Research No. 513, Alfred Wegener Institute for Polar and Marine Research, Bremerhaven, 119 pp.

Mix, A.C., A.E. Morey, N.G. Pisias, and S.W. Hostetler, 1999: Foraminiferal faunal estimates of paleotemperature: Circumventing the no-analog problem yields cool ice age tropics. *Paleoceanography*, **14**, 350–359.

Moberg, A., et al., 2005: Highly variable Northern Hemisphere temperatures reconstructed from low- and high-resolution proxy data. *Nature*, **433**(7026), 613–617.

Monnin, E., et al., 2001: Atmospheric $CO_2$ concentrations over the last glacial termination. *Science*, **291**(5501), 112–114.

Monnin, E., et al., 2004: Evidence for substantial accumulation rate variability in Antarctica during the Holocene, through synchronization of $CO_2$ in the Taylor Dome, Dome C and DML ice cores. *Earth Planet. Sci. Lett.*, **224**(1–2), 45–54.

Montoya, M., H. von Storch, and T.J. Crowley, 2000: Climate simulation for 125 kyr BP with a coupled ocean-atmosphere general circulation model. *J. Clim.*, **13**, 1057–1072.

Montoya, M., et al., 2005: The Earth System Model of Intermediate Complexity CLIMBER-3α Part I: description and performance for present day conditions. *Clim. Dyn.*, **25**, 237–263.

Moran, K., et al., 2006: The Cenozoic palaeoenvironment of the Arctic Ocean. *Nature*, **441**, 601–605.

Moros, M., J.T. Andrews, D.E. Eberl, and E. Jansen, 2006: Holocene history of drift ice in the northern North Atlantic: Evidence for different spatial and temporal modes. *Paleoceanography*, **21**, PA2017, doi:10.1029/2005PA001214.

Morrill, C., J.T. Overpeck, and J.E. Cole, 2003: A synthesis of abrupt changes in the Asian summer monsoon since the last deglaciation. *The Holocene*, **13**, 465–476.

Morrill, C., et al., 2006: Holocene variations in the Asian monsoon inferred from the geochemistry of lake sediments in central Tibet. *Quat. Res.*, **65**(2), 232–243.

Moy, C.M., G.O. Seltzer, D.T. Rodbell, and D.M. Anderson, 2002: Variability of El Niño/Southern Oscillation activity at millennial timescales during the Holocene epoch. *Nature*, **420**, 162–165.

Mudelsee, M., 2001: The phase relations among atmospheric $CO_2$ content, temperature and global ice volume over the past 420 ka. *Quat. Sci. Rev.*, **20**, 583–589.

Muhs, D.R., T.A. Ager, and J.E. Beget, 2001: Vegetation and paleoclimate of the last interglacial period, central Alaska. *Quat. Sci. Rev.*, **20**, 41–61.

Muhs, D.R., K.R. Simmons, and B. Steinke, 2002: Timing and warmth of the last interglacial period: New U-series evidence from Hawaii and Bermuda and a new fossil compilation for North America. *Quat. Sci. Rev.*, **21**, 1355–1383.

Muscheler R., F. Joos, S.A. Müller, and I. Snowball, 2005: Climate - How unusual is today's solar activity? *Nature*, **436**(7050), E3–E4.

Muscheler, R., et al., 2007: Solar activity during the last 1000 years inferred from radionuclide records. *Quat. Sci. Rev.*, **26**, 82-97.

Myhre, G., E.J. Highwood, K.P. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–1718.

Nesje, A., and S.O. Dahl, 2003: The 'Little Ice Age' - only temperature? *The Holocene*, **13**(1), 139–145.

Nesje, A., S.O. Dahl, and J. Bakke, 2004: Were abrupt late glacial and early-Holocene climate changes in northwest Europe linked to freshwater outbursts to the North Atlantic and Arctic oceans? *The Holocene*, **14**, 299–310.

Nesje, A., S.O. Dahl, C. Andersson, and J.A. Matthews, 2000: The lacustrine sedimentary sequence in Sygneskardvatnet, western Norway: a continuous, high-resolution record of the Jostedalsbreen ice cap during the Holocene. *Quat. Sci. Rev.*, **19**, 1047–1065.

Nesje, A., et al., 2005: Holocene climate variability in the Northern North Atlantic region: A review of terrestrial and marine evidence. In: *The Nordic Seas: An Integrated Perspective* [Drange, H., et al. (eds.)]. Geophysical Monographs Vol. 158, American Geophysical Union, Washington, DC, pp. 289–322.

NGRIP (North Greenland Ice Core Project), 2004: High-resolution record of Northern Hemisphere climate extending into the last interglacial period. *Nature*, **431**, 147–151.

Nguetsop, V.F., S. Servant-Vildary, and M. Servant, 2004: Late Holocene climate changes in west Africa, a high resolution diatom record from equatorial Cameroon. *Quat. Sci. Rev.*, **23**(5–6), 591–609.

NRC (National Research Council), 2006: *Surface Temperature Reconstructions for the Last 2,000 Years.* National Academies Press, Washington, DC, 196 pp.

Oerlemans, J., 2005: Extracting a climate signal from 169 glacier records. *Science*, **308**(5722), 675–677.

Oppenheimer, M., and R.B. Alley, 2005: Ice sheets, global warming, and Article 2 of the UNFCCC. *Clim. Change*, **68**(3), 257–267.

Oppo, D.W., J.F. McManus, and J.L. Cullen, 2003: Deepwater variability in Holocene epoch. *Nature*, **422**, 277–278.

Osborn, G., and B.H. Luckman, 1988: Holocene glacier fluctuations in the Canadian Cordillera (Alberta and British Columbia). *Quat. Sci. Rev.*, **7**(2), 115–128.

Osborn, T.J., and K.R. Briffa, 2004: The real color of climate change? *Science*, **306**(5296), 621–622.

Osborn, T.J., and K.R. Briffa, 2006: The spatial extent of 20th-century warmth in the context of the past 1200 years. *Science*, **311**(5762), 841–844.

Osborn, T.J., S.C.B. Raper, and K.R. Briffa, 2006: Simulated climate change during the last 1,000 years: comparing the ECHO-G general circulation model with the MAGICC simple climate model. *Clim. Dyn.*, **27** (2–3), 185–197, doi:10.1007/s00382-006-0129-5.

Otto-Bliesner, B.L., 1999: El Niño La Niña and Sahel precipitation during the middle Holocene. *Geophys. Res. Lett.*, **26**, 87–90.

Otto-Bliesner, B.L., S.J. Marshall, J.T. Overpeck, and G. Miller, 2006a: Simulating Arctic climate warmth and icefield retreat in the Last Interglaciation. *Science*, **311**, 1751–1753.

Otto-Bliesner, B.L., et al., 2003: Modeling El Niño and its tropical teleconnections during the last glacial-interglacial cycle. *Geophys. Res. Lett.*, **30**(23), doi:10.1029/2003GL018553.

Otto-Bliesner, B.L., et al., 2006b: Last Glacial Maximum and Holocene climate in CCSM3. *J. Clim.*, **19**, 2567–2583.

Overpeck, J., and K.E. Trenberth, 2004: *A Multi-Millennia Perspective on Drought and Implications for the Future.* Proceedings of a joint CLIVAR/PAGES/IPCC Workshop, 18-21 Nov. 2003, Tucson, AZ. University Corporation for Atmospheric Research, Boulder CO, 30 pp.

Overpeck, J.T., et al., 2006: Paleoclimatic evidence for future ice sheet instability and rapid sea level rise. *Science*, **311**(5768), 1747–1750.

Pagani, M., et al., 2005: Marked decline in atmospheric carbon dioxide concentrations during the Paleogene. *Science*, **309**(5734), 600–603.

Paillard, D., 1998: The timing of Pleistocene glaciations from a simple multiple-state climate model. *Nature*, **391**, 378–381.

Pauling, A., J. Luterbacher, C. Casty, and H. Wanner, 2006: 500 years of gridded high-resolution precipitation reconstructions over Europe and the connection to large-scale circulation. *Clim. Dyn.*, **26**, 387–405.

Pearson, P.N., and M.R. Palmer, 2000: Atmospheric carbon dioxide concentrations over the past 60 million years. *Nature*, **406**, 695–699.

Peltier, W.R., 1996: Mantle viscosity and ice age ice sheet topography. *Science*, **273**, 1359–1364.

Peltier, W.R., 1998: Postglacial variations in the level of the sea: Implications for climate dynamics and solid-earth geophysics. *Rev. Geophys.*, **36**(4), 603–689.

Peltier, W.R., 2001: Global glacial isostatic adjustment and modern instrumental records of relative sea level history. In: *Sea Level Rise: History and Consequences* [Douglas, B.C., M.S. Kearney, and S.P. Leatherman (eds.)]. Academic Press, San Diego, CA, pp. 65–95.

Peltier, W.R., 2002: On eustatic sea level history: Last Glacial Maximum to Holocene. *Quat. Sci. Rev.*, **21**(1–3), 377–396.

Peltier, W.R., 2004: Global glacial isostasy and the surface of the ice-age Earth: The ICE-5G (VM2) model and GRACE. *Annu. Rev. Earth Planet. Sci.*, **32**, 111–149.

Peltier, W.R., and R.G. Fairbanks, 2006: Global glacial ice volume and last glacial maximum duration from an extended Barbados sea level record. *Quat. Sci. Rev.*, **25**, 3322-3337.

Peltier, W.R., I. Shennan, R. Drummond, and B. Horton, 2002: On the postglacial isostatic adjustment of the British Isles and the shallow viscoelastic structure of the earth. *Geophys. J. Int.*, **148**(3), 443–475.

Pépin, L., D. Raynaud, J.-M. Barnola, and M.F. Loutre, 2001: Hemispheric roles of climate forcings during glacial-interglacial transitions, as deduced from the Vostok record and LLN-2D model experiments. *J. Geophys. Res.*, **106**(D23), 31885–31892.

Peteet, D., 1995: Global Younger Dryas. *Quat. Int.*, **28**, 93–104.

Peterson, L.C., G.H. Haug, K.A. Hughen, and U. Röhl, 2000: Rapid changes in the hydrologic cycle of the tropical Atlantic during the last glacial. *Science*, **290**, 1947–1951.

Petit, J.R., et al., 1999: Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. *Nature*, **399**, 429–436.

Petoukhov, V., et al., 2000: CLIMBER-2: a climate system model of intermediate complexity. Part I: model description and performance for present climate. *Clim. Dyn.*, **16**(1), 1–17.

Pettersson, O., 1914: Climate variations in historic and prehistoric time. *Svenska Hydrogr. - Biol. Komm. Skriften*, **5**, 1–26.

Peyron, O., et al., 2005: Lateglacial climate in the Jura Mountains (France) based on different quantitative reconstruction approaches from pollen, lake-levels, and chironomids. *Quat. Res.*, **62**(2), 197–211.

Plattner, G.K., F. Joos, T.F. Stocker, and O. Marchal, 2001: Feedback mechanisms and sensitivities of ocean carbon uptake under global warming. *Tellus*, **53B**(5), 564–592.

Pollack, H.N., and S.P. Huang, 2000: Climate reconstruction from subsurface temperatures. *Annu. Rev. Earth Planet. Sci.*, **28**, 339–365.

Pollack, H.N., and J.E. Smerdon, 2004: Borehole climate reconstructions: Spatial structure and hemispheric averages. *J. Geophys. Res.*, **109**(D11), D11106, doi:10.1029/2003JD004163.

Pollack, H.N., S. Huang, and J.E. Smerdon, 2006: Five centuries of climate change in Australia: The view from underground. *J. Quat. Sci*, **21**(7), 701–706.

Pons, A., J. Guiot, J.L. Debeaulieu, and M. Reille, 1992: Recent contributions to the climatology of the last glacial interglacial cycle based on French pollen sequences. *Quat. Sci. Rev.*, **11**(4), 439–448.

Porter, S.C., 2001: Snowline depression in the tropics during the last glaciation. *Quat. Sci. Rev.*, **20**, 1067–1091.

Prentice, I.C., and T. Webb, 1998: BIOME 6000: reconstructing global mid-Holocene vegetation patterns from palaeoecological records. *J. Biogeogr.*, **25** (6), 997–1005.

Prentice, I.C., D. Jolly, and BIOME 6000 participants, 2000: Mid-Holocene and glacial-maximum vegetation geography of the northern continents and Africa. *J. Biogeogr.*, **27**, 507–519.

Rahmstorf, S., 2001: Abrupt climate change. In: *Encyclopedia of Ocean Sciences*, Vol.1 [Steele, J., S. Thorpe, and K. Turekian (eds.)]. Academic Press, London, pp. 1–6.

Rahmstorf, S., 2002: Ocean circulation and climate during the past 120,000 years. *Nature*, **419**, 207–214.

Rahmstorf, S., and H.J. Schellnhuber, 2006: *Der Klimawandel*. Beck Verlag, Munich, 144 pp.

Rahmstorf, S., et al., 2005: Thermohaline circulation hysteresis: A model intercomparison. *Geophys. Res. Lett.*, **32**(23), doi:10.1029/2005GL023655.

Ramankutty, N., and J.A. Foley, 1999: Estimating historical changes in global land cover: Croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **13**(4), 997–1027.

Ravelo, A.C., et al., 1997: Pliocene carbonate accumulation along the California margin. *Paleoceanography*, **12**, 729–741.

Raymo, M.E., and G.H. Rau, 1992: Plio-Pleistocene atmospheric $CO_2$ levels inferred from POM δ13C at DSDP Site 607. *Eos*, **73**, 95.

Raymo, M.E., B. Grant, M. Horowitz, and G.H. Rau, 1996: Mid-Pliocene warmth: Stronger greenhouse and stronger conveyor. *Mar. Micropaleontol.*, **27**(1–4), 313–326.

Raymo, M.E., et al., 1989: Late Pliocene variation in northern hemisphere ice sheets and North Atlantic deep water circulation. *Paleoceanography*, **4**, 413–446.

Raynaud, D., J. Chappellaz, C. Ritz, and P. Martinerie, 1997: Air content along the Greenland Ice Core Project core: A record of surface climatic parameters and elevation in central Greenland. *J. Geophys. Res.*, **102**, 26607–26614.

Raynaud, D., et al., 2005: The record for marine isotopic stage 11. *Nature*, **436**(7047), 39–40.

Reichert, B.K., L. Bengtsson, and J. Oerlemans, 2001: Midlatitude forcing mechanisms for glacier mass balance investigated using general circulation models. *J. Clim.*, **14**(17), 3767–3784.

Reichert, B.K., L. Bengtsson, and J. Oerlemans, 2002: Recent glacier retreat exceeds internal variability. *J. Clim.*, **15**(21), 3069–3081.

Renssen, H., and J. Vandenberghe, 2003: Investigation of the relationship between permafrost distribution in NW Europe and extensive winter sea-ice cover in the North Atlantic Ocean during the cold phases of the last glaciation. *Quat. Sci. Rev.*, **22**, 209–223.

Renssen, H., H. Goosse, and T. Fichefet, 2002: Modeling the effect of freshwater pulses on the early Holocene climate: the influence of high frequency climate variability. *Paleoceanography*, **17**, 1020, doi:10.1029/2001PA000649.

Renssen, H., V. Brovkin, T. Fichefet, and H. Goosse, 2003: Holocene climate instability during the termination of the African humid period. *Geophys. Res. Lett.*, **30**, 1184, doi:10.1029/2002GL016636.

Renssen, H., et al., 2005: Simulating the Holocene climate evolution at northern high latitudes using a coupled atmosphere-sea ice-ocean-vegetation model. *Clim. Dyn.*, **24**(1), 23–43.

Ridgwell, A.J., A.J. Watson, M.A. Maslin, and J.O. Kaplan, 2003: Implications of coral reef buildup for the controls on atmospheric $CO_2$ since the Last Glacial Maximum *Paleoceanography*, **18**(4), doi:10.1029/2003PA000893.

Rimbu, N., et al., 2004: Holocene climate variability as derived from alkenone sea surface temperature and coupled ocean-atmosphere model experiments. *Clim. Dyn.*, **23**, 215–227.

Rind, D., and M.A. Chandler, 1991: Increased ocean heat transports and warmer climate. *J. Geophys. Res.*, **96**, 7437–7461.

Rind, D., J. Perlwitz, and P. Lonergan, 2005: AO/NAO response to climate change: 1. Respective influences of stratospheric and tropospheric climate changes. *J. Geophys. Res.*, **110**(D12), doi:10.1029/2004JD005103.

Risebrobakken, B., T.M. Dokken, and E. Jansen, 2005: Extent and variability of the meridional Atlantic circulation in the eastern Nordic seas during marine isotope stage 5 and its influence on the inception of the last glacial. In: *The Nordic Seas: An Integrated Perspective* [Drange, H., et al. (eds.)]. Geophysical Monographs Vol. 158, American Geophysical Union, Washington, DC, pp. 323–340.

Risebrobakken, B., et al., 2003: A high resolution study of Holocene paleoclimatic and paleoceanographic changes in the Nordic Seas. *Paleoceanography*, **18**, 1–14.

Robertson, A., et al., 2001: Hypothesized climate forcing time series for the last 500 years. *J. Geophys. Res.*, **106**(D14), 14783–14803.

Robock, A., and M.P. Free, 1995: Ice cores as an index of global volcanism from 1850 to the present. *J. Geophys. Res.*, **100**(D6), 11549–11567.

Roche, D., D. Paillard, and E. Cortijo, 2004: Constraints on the duration and freshwater release of Heinrich event 4 through isotope modelling. *Nature*, **432**, 379–382.

Rodbell, D.T., et al., 1999: An ~15,000-year record of El Niño-driven alluviation in southwestern Ecuador. *Science*, **283**, 516–520.

Rohling, E.J., and H. Palike, 2005: Centennial-scale climate cooling with a sudden cold event around 8,200 years ago. *Nature*, **434**, 975–979.

Rosell-Mele, A., et al., 2004: Sea surface temperature anomalies in the oceans at the LGM estimated from the alkenone-$U^{K'}_{37}$ index: comparison with GCMs. *Geophys. Res. Lett.*, **31**, L03208, doi:10.1029/2003GL018151.

Rosenthal, Y., and A.J. Broccoli, 2004: In search of Paleo-ENSO. *Science*, **304**, 219–221.

Rostami, K., W.R. Peltier, and A. Mangini, 2000: Quaternary marine terraces, sea-level changes and uplift history of Patagonia, Argentina. Comparisons with predictions of ICE-4G (VM2) model of the global process of glacial isostatic adjustment. *Quat. Sci. Rev.*, **19**, 1495–1525.

Röthlisberger, F., and M.A. Geyh, 1985: Glacier variations in Himalayas and Karakorum. *Z. Gletscherkunde Glazialgeologie*, **21**, 237–249.

Röthlisberger, R., et al., 2004: Ice core evidence for the extent of past atmospheric $CO_2$ change due to iron fertilisation. *Geophys. Res. Lett.*, **31**(16), L16207, doi:10.1029/2004GL020338.

Royer, D., 2003: Estimating latest Cretaceous and Tertiary atmospheric $CO_2$ from stomatal indices. In: *Causes and Consequences of Globally Warm Climates in the Early Paleogene* [Wing, S.L., P.D. Gingerich, B. Schmitz, and E. Thomas (eds.)]. Special Paper Vol. 369, Geological Society of America, Boulder, CO, pp. 79–93.

Royer, D.L., 2006: $CO_2$-forced climate thresholds during the Phanerozoic. *Geochim. Cosmochim. Acta*, **70**(23), 5665–5675.

Royer, D.L., et al., 2001: Paleobotanical evidence for near present-day levels of atmospheric $CO_2$ during part of the tertiary. *Science*, **292**(5525), 2310–2313.

Ruddiman, W.F. (ed.), 1997: *Tectonic Uplift and Climate Change*. Plenum Press, New York, 535 pp.

Ruddiman, W.F., 2003: Orbital insolation, ice volume and greenhouse gases. *Quat. Sci. Rev.*, **15–17**, 1597–1629.

Ruddiman, W.F., and J.S. Thomson, 2001: The case for human causes of increased atmospheric $CH_4$. *Quat. Sci. Rev.*, **20**(18), 1769–1777.

Ruddiman, W.F., S.J. Vavrus, and J.E. Kutzbach, 2005: A test of the overdue-glaciation hypothesis. *Quat. Sci. Rev.*, **24**, 1–10.

Russell, J.M., T.C. Johnson, and M.R. Talbot, 2003: A 725 yr cycle in the climate of central Africa during the late Holocene. *Geology*, **31**(8), 677–680.

Rutberg, R.L., S.R. Hemming, and S.L. Goldstein, 2000: Reduced North Atlantic deep water flux to the glacial Southern Ocean inferred from neodymium isotope ratios. *Nature*, **405**, 935–938.

Rutherford, S., and M.E. Mann, 2004: Correction to "Optimal surface temperature reconstructions using terrestrial borehole data" by Mann et al. *J. Geophys. Res.*, **109**, D11107, doi:10.1029/2003JD004163.

Rutherford, S., M.E. Mann, T.L. Delworth, and R.J. Stouffer, 2003: Climate field reconstruction under stationary and nonstationary forcing. *J. Clim.*, **16**(3), 462–479.

Rutherford, S., et al., 2005: Proxy-based Northern Hemisphere surface temperature reconstructions: Sensitivity to method, predictor network, target season, and target domain. *J. Clim.*, **18**(13), 2308–2329.

Sánchez Goñi, M.F., et al., 2002: Synchroneity between marine and terrestrial responses to millennial scale climatic variability during the last glacial period in the Mediterranean region. *Clim. Dyn.*, **19**, 95–105.

Sarnthein, M., U. Pflaumann, and M. Weinelt, 2003a: Past extent of sea ice in the northern North Atlantic inferred from foraminiferal paleotemperature estimates. *Paleoceanography*, **18**, doi:10.1029/2002PA000771.

Sarnthein, M., et al., 2003b: Overview of the Glacial Atlantic Ocean Mapping (GLAMAP 2000). *Paleoceanography*, **18**, 1030, doi:10.1029/2002PA000769.

Scherer, R.P., et al., 1998: Pleistocene collapse of the West Antarctic ice sheet. *Science*, **281**(5373), 82–85.

Schneider von Deimling, T., A. Ganopolski, H. Held, and S. Rahmstorf, 2006: How cold was the Last Glacial Maximum? *Geophys. Res. Lett.*, **33**, doi: 10.1029/2006GL026484.

Scholze, M., W. Knorr, and M. Heimann, 2003: Modelling terrestrial vegetation dynamics and carbon cycling for an abrupt climate change event. *The Holocene*, **13**, 327–333.

Schubert, S.D., et al., 2004: Causes of long-term drought in the US Great Plains. *J. Clim.*, **17**(3), 485–503.

Schulz, M., A. Paul, and A. Timmermann, 2004: Glacial-interglacial contrast in climate variability at centennial-to-millennial timescales: observations and conceptual model. *Quat. Sci. Rev.*, **23**, 2219–2230.

Schwander, J., et al., 1993: The age of the air in the firn and the ice at Summit, Greenland. *J. Geophys. Res.*, **98**(D2), 2831–2838.

Schwikowski, M., A. Döscher, H.W. Gäggeler, and U. Schotterer, 1999: Anthropogenic versus natural sources of atmospheric sulphate from an Alpine ice core. *Tellus*, **51B**, 938–951.

Seager, R., et al., 2005: Modeling of tropical forcing of persistent droughts and pluvials over western North America: 1856-2000. *J. Clim.*, **18**(19), 4065–4088.

Seppa, H., and H.J.B. Birks, 2001: July mean temperature and annual precipitation trends during Holocene in the Fennoscandian tree-line area: pollen-based climate reconstructions. *The Holocene*, **11**, 527–539.

Severinghaus, J.P., and E.J. Brook, 1999: Abrupt climate change at the end of the last glacial period inferred from trapped air in polar ice. *Science*, **286**(5441), 930–934.

Shackleton, N.J., 1977: Carbon-13 in Uvigerina: Tropical rainforest history and the equatorial Pacific carbonate dissolution cycles. In: *The Fate of Fossil Fuel $CO_2$ in the Ocean* [Andersen, N., and A. Malahoff (eds.)]. Plenum, New York, pp. 401–428.

Shackleton, N.J., 2000: The 100,000-year ice-age cycle identified and found to lag temperature, carbon dioxide, and orbital eccentricity. *Science*, **289**, 1897–1902.

Shackleton, N.J., M.A. Hall, and A. Boersma, 1984: Oxygen and carbon isotope data from Leg-74 foraminifers. In: *Initial Reports of the Deep Sea Drilling Project*, Vol. 74. Ocean Drilling Program, College Station, TX, pp. 599–612.

Shackleton, N.J., J.C. Hall, and D. Pate, 1995: Pliocene stable isotope stratigraphy of ODP Site 846. In: *Proceedings of the Ocean Drilling Program, Scientific Results*. Vol. 138. Ocean Drilling Program, College Station, TX, pp. 337–356.

Shin, S.I., et al., 2003: A simulation of the Last Glacial Maximum climate using the NCAR CSM. *Clim. Dyn.*, **20**, 127–151.

Shin, S.I., et al., 2006: Understanding the mid-Holocene climate. *J. Clim.*, **19**(12), 2801–2818.

Shindell, D.T., G.A. Schmidt, R.L. Miller, and M.E. Mann, 2003: Volcanic and solar forcing of climate change during the preindustrial era. *J. Clim.*, **16**(24), 4094–4107.

Shindell, D.T., G.A. Schmidt, M.E. Mann, and G. Faluvegi, 2004: Dynamic winter climate response to large tropical volcanic eruptions since 1600. *J. Geophys. Res.*, **109**(D5), D05104, doi:10.1029/2003JD004151.

Shindell, D.T., et al., 2001: Solar forcing of regional climate change during the Maunder Minimum. *Science*, **294**(5549), 2149–2152.

Shulmeister, J., and B.G. Lees, 1995: Pollen evidence from tropical Australia for the onset of an ENSO-dominated climate at c. 4000 BP. *The Holocene*, **5**, 10–18.

Shuman, B., W. Thompson, P. Bartlein, and J.W. Williams, 2002: The anatomy of a climatic oscillation: vegetation change in eastern North America during the Younger Dryas chronozone. *Quat. Sci. Rev.*, **21**(16–17), 1777–1791.

Siddall, M., et al., 2003: Sea-level fluctuations during the last glacial cycle. *Nature*, **423**, 853–858.

Siegenthaler, U., et al., 2005a: Stable carbon cycle-climate relationship during the late Pleistocene. *Science*, **310**(5752), 1313–1317.

Siegenthaler, U., et al., 2005b: Supporting evidence from the EPICA Dronning Maud Land ice core for atmospheric $CO_2$ changes during the past millennium. *Tellus*, **57B**(1), 51–57.

Sigman, D.M., and E.A. Boyle, 2000: Glacial/interglacial variations in atmospheric carbon dioxide. *Nature*, **407**, 859–869.

Six, D., L. Reynaud, and A. Letréguilly, 2001: Bilans de masse des glaciers alpins et scandinaves, leurs relations avec l oscillation du climat de l Atlantique nord. *C. R. Acad. Sci. Paris, Sciences de la Terre et des planètes/Earth and Planetary Sciences*, **333**, 693–698.

Sloan, L.C., T.J. Crowley, and D. Pollard, 1996: Modeling of middle Pliocene climate with the NCAR GENESIS general circulation model. *Mar. Micropaleontol.*, **27**, 51–61.

Sluijs, A., et al., 2006: Subtropical Arctic Ocean temperatures during the Palaeocene/Eocene thermal maximum. *Nature*, **441**, 610–613.

Smerdon, J.E., et al., 2004: Air-ground temperature coupling and subsurface propagation of annual temperature signals. *J. Geophys. Res.*, **109**(D21), D21107, doi:10.1029/2004JD005056.

Smerdon, J.E., et al., 2006: Daily, seasonal and annual relationships between air and subsurface temperatures. *J. Geophys. Res.*, **111**, D07101, doi:10.1029/2004JD005578.

Smith, J.A., et al., 2005: Early local last glacial maximum in the tropical Andes. *Science*, **308**, 678–681.

Sokratov, S.A., and R.G. Barry, 2002: Intraseasonal variation in the thermoinsulation effect of snow cover on soil temperatures and energy balance. *J. Geophys. Res.*, **107**(D19), 4374, doi:10.1029/2001JD000489.

Solanki, S.K., and N.S. Krivova, 2003: Can solar variability explain global warming since 1970? *J. Geophys. Res.*, **108**, 1200, doi:10.1029/2002JA009753.

Solanki, S.K., et al., 2004: Unusual activity of the sun during recent decades compared to the previous 11,000 years. *Nature*, **431**, 1084–1087.

Soon, W., and S. Baliunas, 2003: Proxy climatic and environmental changes of the past 1000 years. *Clim. Res.*, **23**(2), 89–110.

Spahni, R., et al., 2003: The attenuation of fast atmospheric $CH_4$ variations recorded in polar ice cores. *Geophys. Res. Lett.*, **30**(11), doi:10.1029/2003GL017093.

Spahni, R., et al., 2005: Atmospheric methane and nitrous oxide of the late Pleistocene from Antarctic ice cores. *Science*, **310**(5752), 1317–1321.

Stager, J.C., and P.A. Mayewski, 1997: Abrupt early to Mid-Holocene climatic transition registered at the equator and the poles. *Science*, **276**, 1834–1836.

Stager, J.C., B.F. Cumming, and L.D. Meeker, 2003: A 10,000-year high-resolution diatom record from Pilkington Bay, Lake Victoria, East Africa. *Quat. Res.*, **59**(2), 172–181.

Stager, J.C., et al., 2005: Solar variability and the levels of Lake Victoria, East Africa, during the last millennium. *J. Paleolimnol.*, **33**(2), 243–251.

Stahle, D.W., and M.K. Cleaveland, 1992: Reconstruction and analysis of spring rainfall over southeastern U.S. for the past 1000 years. *Bull. Am. Meteorol. Soc.*, **73**, 1947–1961.

Stahle, D.W., et al., 1998: Experimental dendroclimatic reconstruction of the Southern Oscillation. *Bull. Am. Meteorol. Soc.*, **79**(10), 2137–2152.

Stauffer, B., G. Fischer, A. Neftel, and H. Oeschger, 1985: Increase of atmospheric methane recorded in Antarctic ice core. *Science*, **229**(4720), 1386–1388.

Steele, L.P., et al., 1992: Slowing down of the accumulation of atmospheric methane during the 1980s. *Nature*, **358**, 313–316.

Stendel, M., I.A. Mogensen, and J.H. Christensen, 2006: Influence of various forcings on global climate in historical times using a coupled atmosphere-ocean general circulation model. *Clim. Dyn.*, **26**(1), 1–15.

Stenni, B., et al., 2001: An oceanic cold reversal during the last deglaciation. *Science*, **293**, 2074–2077.

Stern, D.I., 2005: Global sulfur emissions from 1850 to 2000. *Chemosphere*, **58**, 163–175.

Stieglitz, M., S.J. Dery, V.E. Romanovsky, and T.E. Osterkamp, 2003: The role of snow cover in the warming of arctic permafrost. *Geophys. Res. Lett.*, **30**(13), 1721, doi:10.1029/2003GL017337.

Stirling C.H., T.M. Esat, K. Lambeck, and M.T. McCulloch, 1998: Timing and duration of the last interglacial: evidence for a restricted interval of widespread coral reef growth. *Earth Planet. Sci. Lett.*, **160**, 745–762.

Stocker, T.F., and S.J. Johnsen, 2003: A minimum thermodynamic model for the bipolar seesaw. *Paleoceanography*, **18**(4), doi:10.1029/2003PA000920.

Stocker, T.F., and E. Monnin, 2003: Past rates of carbon dioxide changes and their relevance for future climate. *Pages News*, **11**(1), 6–8.

Stott, L., et al., 2004: Decline in surface temperature and salinity in the western tropical Pacific Ocean in Holocene epoch. *Nature*, **431**, 56–59.

Stouffer, R.J., et al., 2006: Investigating the causes of the response of the thermohaline circulation to past and future climate changes. *J. Clim.*, **19**(8), 1365–1386.

Sutton, R.T., and D.L.R. Hodson, 2005: Atlantic Ocean forcing of North American and European summer climate. *Science*, **309**(5731), 115–118.

Svendsen, J.I., and J. Mangerud, 1997: Holocene glacial and climatic variations on Spitsbergen, Svalbard. *The Holocene*, **7**, 45–57.

Svensen, H., et al., 2004: Release of methane from a volcanic basin as a mechanism for initial Eocene global warming. *Nature*, **429**, 542–545.

Tajika, E., 1998: Climate change during the last 150 million years: reconstruction from a carbon cycle. *Earth Planet. Sci. Lett.*, **160**(3–4), 695–707.

Tans, P.P., and T.J. Conway, 2005: Monthly atmospheric $CO_2$ mixing ratios from the NOAA CMDL Carbon Cycle Cooperative Global Air Sampling Network, 1968-2002. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN.

Tarasov, L., and W.R. Peltier, 2003: Greenland glacial history, borehole constraints, and Eemian extent. *J. Geophys. Res.*, **108**, 2143, doi:10.1029/2001JB001731.

Tarasov, L., and W.R. Peltier, 2005: Arctic freshwater forcing of the Younger Dryas cold reversal. *Nature*, **435**(7042), 662–665.

Taylor, A.E., et al., 2006: Canadian arctic permafrost observatories: detecting contemporary climate change through inversion of subsurface temperature time-series. *J. Geophys. Res.*, **111**, B02411, doi:10.1029/2004JB003208.

Taylor, K.E., et al., 2000: Analysis of forcing, response, and feedbacks in a paleoclimate modeling experiment. In: *Proceedings of the Third Paleoclimate Modelling Intercomparison Project (PMIP) Workshop, 4-8 Oct. 1999, La Huardière, Canada* [Braconnot, P. (ed.)]. WCRP-111, WMO/TD-No. 1007, World Meteorological Organization, Geneva, pp. 43–49.

Tett, S.F.B., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, **28**(1), 3–34.

Thomas, E., 2003: Extinction and food at the sea floor: a high-resolution benthic foraminiferal record across the Initial Eocene Thermal Maximum, Southern Ocean Site 690. In: *Causes and Consequences of Globally Warm Climates of the Paleogene* [Wing, S., Gingerich, P., Schmitz, B., and Thomas, E., (eds.)]. Special Paper Vol. 369, Geological Society of America, Boulder, CO, pp. 319–332.

Thompson, L.G., 2000: Ice core evidence for climate change in the Tropics: implications for our future. *Quat. Sci. Rev.*, **19**(1–5), 19–35.

Thompson, L.G., 2001: Stable isotopes and their relationship to temperature as recorded in low latitude ice cores. In: *Geological Perspectives of Global Climate Change* [Gerhard, L.C., W.E. Harrison, and B.M. Hanson (eds.)]. Studies in Geology No. 47, American Association of Petroleum Geologists, Tulsa, OK, pp. 99–119.

Thompson, L.G., et al., 2000: A high-resolution millennial record of the South Asian Monsoon from Himalayan ice cores. *Science*, **289**(5486), 1916–1919.

Thompson, R.S., 1991: Pliocene environments and climates in the Western United States. *Quat. Sci. Rev.*, **10**, 115–132.

Thompson, R.S., and R.F. Fleming, 1996: Middle Pliocene vegetation: Reconstructions, paleoclimate inferences, and boundary conditions for climate modeling. *Mar. Micropaleontol.*, **27**, 27–49.

Tinner, W., and A.F. Lotter, 2001: Central European vegetation response to abrupt climate change at 8.2 ka. *Geology*, **29**, 551–554.

Toracinta, E.R., R.J. Oglesby, and D.H. Bromwich, 2004: Atmospheric response to modified CLIMAP ocean boundary conditions during the Last Glacial Maximum. *J. Clim.*, **17**, 504–522.

Traufetter, F., et al., 2004: Spatio-temporal variability in volcanic sulphate deposition over the past 2 kyr in snow pits and firn cores from Amundsenisen, Dronning Maud Land, Antarctica. *J. Glaciol.*, **50**, 137–146.

Trenberth, K.E., and B.L. Otto-Bliesner, 2003: Toward integrated reconstruction of past climates. *Science*, **300**(5619), 589–591.

Tripati, A.K., and H. Elderfield, 2004: Abrupt hydrographic changes in the equatorial Pacific and subtropical Atlantic from foraminiferal Mg/Ca indicate greenhouse origin for the thermal maximum at the Paleocene-Eocene Boundary. *Geochem. Geophys. Geosystems*, **5**, doi:10.1029/2003GC000631.

Tudhope, A.W., et al., 2001: Variability in the El Niño-Southern Oscillation through a glacial-interglacial cycle. *Science*, **291**, 1511–1517.

Tzedakis, P.C., 2005: Towards an understanding of the response of southern European vegetation to orbital and suborbital climate variability. *Quat. Sci. Rev.*, **24**, 1585–1599.

van Kreveld, S., et al., 2000: Potential links between surging ice sheets, circulation changes, and the Dansgaard-Oeschger cycles in the Irminger Sea, 60-18 kyr. *Paleoceanography*, **15**, 425–442.

Vellinga, M., and R.A. Wood, 2002: Global climatic impacts of a collapse of the Atlantic thermohaline circulation. *Clim. Change*, **54**(3), 251–267.

Verschuren, D., 2001: Reconstructing fluctuations of a shallow East African lake during the past 1800 yrs from sediment stratigraphy in a submerged crater basin. *J. Paleolimnol.*, **25**(3), 297–311.

Veski, S., H. Seppa, and A.E.K. Ojala, 2004: Cold event at 8200 yr BP recorded in annually laminated lake sediments in eastern Europe. *Geology*, **32**(8), 681–684.

Vettoretti, G., and W.R. Peltier, 2003: Post-Eemian glacial inception. Part II: Elements of a cryospheric moisture pump. *J. Clim.*, **16**(6), 912–927.

Vidal, L., L. Labeyrie, and T.C.E. van Weering, 1998: Benthic δ18O records in the North Atlantic over the last glacial period (60-10 kyr): Evidence for brine formation. *Paleoceanography*, **13**(3), 245–251.

Villalba, R., et al., 2003: Large-scale temperature changes across the southern Andes: 20th-century variations in the context of the past 400 years. *Clim. Change*, **59**(1–2), 177–232.

Vincent, C., et al., 2005: Glacier fluctuations in the Alps and in the tropical Andes. *Comptes Rendus Geoscience*, **337**(1–2), 97–106.

Voelker, A.H.L., 2002: Global distribution of centennial-scale records for Marine Isotope Stage (MIS) 3: a database. *Quat. Sci. Rev.*, **21**(10), 1185–1212.

von Grafenstein, U., et al., 1998: The cold event 8,200 years ago documented in oxygen isotope records of precipitation in Europe and Greenland. *Clim. Dyn.*, **14**, 73–81.

von Storch, H., and E. Zorita, 2005: Comment on "Hockey sticks, principal components, and spurious significance" by S. McIntyre and R. McKitrick. *Geophys. Res. Lett.*, **32**(20), doi:10.1029/2005GL022753.

von Storch, H., et al., 2004: Reconstructing past climate from noisy data. *Science*, **306**(5296), 679–682.

Vuille, M., and M. Werner, 2005: Stable isotopes in precipitation recording South American summer monsoon and ENSO variability: observations and model results. *Clim. Dyn.*, **25**(4), 401–413.

Vuille, M., M. Werner, R.S. Bradley, and F. Keimig, 2005: Stable isotopes in precipitation in the Asian monsoon region. *J. Geophys. Res.*, **110**(D23), doi:10.1029/2005JD006022.

Waelbroeck, C., et al., 2002: Sea-level and deep water temperature changes derived from benthic foraminifera isotopic records. *Quat. Sci. Rev.*, **21**(1–3), 295–305.

Waelbroeck, C., et al., 2005: A global compilation of late Holocene planktonic foraminiferal δ18O: Relationship between surface water temperature and δ18O. *Quat. Sci. Rev.*, **24**, 853–858.

Wahl, E.R., and C.M. Ammann, 2007: Robustness of the Mann, Bradley, Hughes reconstruction of Northern Hemisphere surface temperatures: Examination of criticisms based on the nature and processing of proxy climate evidence. *Clim. Change*, in press.

Wahl, E.R., D.M. Ritson and C.M. Ammann, 2006: Comment on "Reconstructing past climate from noisy data". *Science*, **312**, 529.

Wallmann, K., 2001: Controls on the Cretaceous and Cenozoic evolution of seawater composition, atmospheric $CO_2$ and climate. *Geochim. Cosmochim. Acta.*, **65**(18), 3005–3025.

Wang, Y.J., et al., 2001: A high-resolution absolute-dated late Pleistocene monsoon record from Hulu Cave, China. *Science*, **294**, 2345–2348.

Wang, Y.J., et al., 2005: Holocene Asian monsoon: Links to solar changes and North Atlantic climate. *Science*, **308**, 854–857.

Wang, Y.M., and N.R. Sheeley, 2003: Modeling the sun's large-scale magnetic field during the Maunder minimum. *Astrophys. J.*, **591**(2), 1248–1256.

Wang, Y.M., J.L. Lean, and N.R. Sheeley, 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Wang, Z., and L.A. Mysak, 2002: Simulation of the last glacial inception and rapid ice sheet growth in the McGill paleoclimate model. *Geophys. Res. Lett.*, **29**, doi:10.1029/2002GL015120.

Watanabe, O., et al., 2003: Homogeneous climate variability across East Antarctica over the past three glacial cycles. *Nature*, **422**, 509–512.

Webb, R.S., et al., 1997: Influence of ocean heat transport on the climate of the Last Glacial Maximum. *Nature*, **385**, 695–699.

Williams, J.W., T.I. Webb, P.H. Richard, and P. Newby, 2000: Late Quaternary biomes of Canada and the eastern United States. *J. Biogeogr.*, **27**, 585–607.

Williams, J.W., et al., 2002: Rapid and widespread vegetation responses to past climate change in the North Atlantic region. *Geology*, **30**(11), 971–974.

Williams, P.W., D.N.T. King, J.-X. Zhao, and K.D. Collerson, 2004: Speleothem master chronologies : combined Holocene 18O and 13C records from the north Island of New Zealand and their palaeoenvironmental interpretation. *The Holocene*, **14**, 194–208.

Wing, S.L., et al., 2005: Transient floral change and rapid global warming at the Paleocene-Eocene boundary. *Science*, **310**(5750), 993–996.

Wise, S.W.J., J.R. Breza, D.M. Harwood, and W. Wei, 1991: Paleogene glacial history of Antarctica. In: *Controversies in Modern Geology: Evolution of Geological Theories in Sedimentology, Earth History and Tectonics* [Müller, D.W., J.A. McKenzie, and H. Weissert (eds.)]. Cambridge University Press, Cambridge, pp. 133–171.

Wohlfahrt, J., S.P. Harrison, and P. Braconnot, 2004: Synergistic feedbacks between ocean and vegetation on mid- and high- latitude climates during the mid-Holocene. *Clim. Dyn.*, **22**, 223–238.

Woodhouse, C.A., and J.T. Overpeck, 1998: 2000 years of drought variability in the central United States. *Bull. Am. Meteorol. Soc.*, **79**(12), 2693–2714.

Wyputta, U., and B.J. McAvaney, 2001: Influence of vegetation changes during the Last Glacial Maximum using the BMRC atmospheric general circulation model. *Clim. Dyn.*, **17**, 923–932.

Xia, Q.K., H.X. Zhao, and K.D. Collerson, 2001: Early-Mid Holocene climatic variations in Tasmania, Australia: multi-proxy records in a stalagmite from Lynds Cave. *Earth Planet. Sci. Lett.*, **194**(1–2), 177–187.

Xoplaki, E., et al., 2005: European spring and autumn temperature variability and change of extremes over the last half millennium. *Geophys. Res. Lett.*, **32**, L15713, doi:10.1029/2005GL023424.

Yapp, C.J., and H. Poths, 1992: Ancient atmospheric $CO_2$ pressures inferred from natural goethites. *Nature*, **355**, 342–344.

Yokoyama, Y., et al., 2000: Timing of the Last Glacial Maximum from observed sea-level minima. *Nature*, **406**(6797), 713–716.

Zachos, J., et al., 2001: Trends, rhythms, and aberrations in global climate 65 Ma to present. *Science*, **292**(5517), 686–693.

Zachos, J.C., et al., 2003: A transient rise in tropical sea surface temperature during the Paleocene-Eocene Thermal Maximum. *Science*, **302**(5650), 1551–1554.

Zachos, J.C., et al., 2004: *Early Cenozoic Extreme Climates: The Walvis Ridge Transect, Sites 1262-1267.* Proceedings of the Ocean Drilling Program, Initial Reports Vol. 208, Ocean Drilling Program, College Station, TX.

Zachos, J.C., et al., 2005: Rapid acidification of the ocean during the Paleocene-Eocene thermal maximum. *Science*, **308**(5728), 1611–1615.

Zhang, D.E., 2005: Severe drought events as revealed in the climate record of China and their temperature situations over the last 1000 years. *Acta Meteorol. Sin.*, **19**(4), 485–491.

Zhang, R., and T.L. Delworth, 2005: Simulated tropical response to a substantial weakening of the Atlantic thermohaline circulation. *J. Clim.*, **18**(12), 1853–1860.

Zhao, Y., et al., 2005: A multi-model analysis of the role of the ocean on the African and Indian monsoon during the mid-Holocene. *Clim. Dyn.*, **25**. (7–8), 777–800.

Zielinski, G.A., 2000: Use of paleo-records in determining variability within the volcanism-climate system. *Quat. Sci. Rev.*, **19**(1), 417–438.

Zorita, E., F. Gonzalez-Rouco, and S. Legutke, 2003: Testing the Mann et al. (1998) approach to paleoclimate reconstructions in the context of a 1000-yr control simulation with the ECHO-G coupled climate model. *J. Clim.*, **16**(9), 1378–1390.

# 7

# Couplings Between Changes in the Climate System and Biogeochemistry

**Coordinating Lead Authors:**

Kenneth L. Denman (Canada), Guy Brasseur (USA, Germany)

**Lead Authors:**

Amnat Chidthaisong (Thailand), Philippe Ciais (France), Peter M. Cox (UK), Robert E. Dickinson (USA), Didier Hauglustaine (France), Christoph Heinze (Norway, Germany), Elisabeth Holland (USA), Daniel Jacob (USA, France), Ulrike Lohmann (Switzerland), Srikanthan Ramachandran (India), Pedro Leite da Silva Dias (Brazil), Steven C. Wofsy (USA), Xiaoye Zhang (China)

**Contributing Authors:**

D. Archer (USA), V. Arora (Canada), J. Austin (USA), D. Baker (USA), J.A. Berry (USA), R. Betts (UK), G. Bonan (USA), P. Bousquet (France), J. Canadell (Australia), J. Christian (Canada), D.A. Clark (USA), M. Dameris (Germany), F. Dentener (EU), D. Easterling (USA), V. Eyring (Germany), J. Feichter (Germany), P. Friedlingstein (France, Belgium), I. Fung (USA), S. Fuzzi (Italy), S. Gong (Canada), N. Gruber (USA, Switzerland), A. Guenther (USA), K. Gurney (USA), A. Henderson-Sellers (Switzerland), J. House (UK), A. Jones (UK), C. Jones (UK), B. Kärcher (Germany), M. Kawamiya (Japan), K. Lassey (New Zealand), C. Le Quéré (UK, France, Canada), C. Leck (Sweden), J. Lee-Taylor (USA, UK), Y. Malhi (UK), K. Masarie (USA), G. McFiggans (UK), S. Menon (USA), J.B. Miller (USA), P. Peylin (France), A. Pitman (Australia), J. Quaas (Germany), M. Raupach (Australia), P. Rayner (France), G. Rehder (Germany), U. Riebesell (Germany), C. Rödenbeck (Germany), L. Rotstayn (Australia), N. Roulet (Canada), C. Sabine (USA), M.G. Schultz (Germany), M. Schulz (France, Germany), S.E. Schwartz (USA), W. Steffen (Australia), D. Stevenson (UK), Y. Tian (USA, China), K.E. Trenberth (USA), T. Van Noije (Netherlands), O. Wild (Japan, UK), T. Zhang (USA, China), L. Zhou (USA, China)

**Review Editors:**

Kansri Boonpragob (Thailand), Martin Heimann (Germany, Switzerland), Mario Molina (USA, Mexico)

**This chapter should be cited as:**

Denman, K.L., G. Brasseur, A. Chidthaisong, P. Ciais, P.M. Cox, R.E. Dickinson, D. Hauglustaine, C. Heinze, E. Holland, D. Jacob, U. Lohmann, S Ramachandran, P.L. da Silva Dias, S.C. Wofsy and X. Zhang, 2007: Couplings Between Changes in the Climate System and Biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** ................................................... 501

**7.1   Introduction** ........................................... 503

7.1.1   Terrestrial Ecosystems and Climate ................... 503

7.1.2   Ocean Ecosystems and Climate ......................... 503

7.1.3   Atmospheric Chemistry and Climate.................... 504

7.1.4   Aerosol Particles and Climate ............................ 504

7.1.5   Coupling the Biogeochemical Cycles with the
Climate System ................................................... 504

**7.2   The Changing Land Climate System** ......... 504

7.2.1   Introduction to Land Climate ......................... 504

7.2.2   Dependence of Land Processes and
Climate on Scale ............................................... 505

Box 7.1: Surface Energy and Water Balance ...................... 505

Box 7.2: Urban Effects on Climate ................................. 506

7.2.3   Observational Basis for the Effects of
Land Surface on Climate..................................... 507

7.2.4   Modelling the Coupling of Vegetation,
Moisture Availability, Precipitation and Surface
Temperature....................................................... 509

7.2.5   Evaluation of Models Through
Intercomparison.................................................. 510

7.2.6   Linking Biophysical to Biogeochemical and
Ecohydrological Components ............................. 511

**7.3   The Carbon Cycle and the
Climate System** ........................................... 511

7.3.1   Overview of the Global Carbon Cycle ................. 511

7.3.2   The Contemporary Carbon Budget..................... 517

7.3.3   Terrestrial Carbon Cycle Processes and
Feedbacks to Climate.......................................... 526

7.3.4   Ocean Carbon Cycle Processes and
Feedbacks to Climate.......................................... 528

Box 7.3: Marine Carbon Chemistry and
Ocean Acidification ............................................. 529

7.3.5   Coupling Between the Carbon Cycle
and Climate ...................................................... 533

**7.4   Reactive Gases and the Climate
System** ........................................................... 539

7.4.1   Methane............................................................ 539

Box 7.4: Effects of Climate Change on Air Quality............. 540

7.4.2   Nitrogen Compounds ...................................... 544

7.4.3.  Molecular Hydrogen ........................................ 547

7.4.4   Global Tropospheric Ozone.............................. 547

7.4.5.  The Hydroxyl Radical........................................ 550

7.4.6   Stratospheric Ozone and Climate ..................... 553

**7.5   Aerosol Particles and the Climate
System** ........................................................... 555

7.5.1   Aerosol Emissions and Burdens Affected
by Climatic Factors............................................. 555

7.5.2   Indirect Effects of Aerosols on Clouds
and Precipitation................................................. 559

7.5.3   Effects of Aerosols and Clouds on Solar
Radiation at the Earth's Surface ......................... 563

7.5.4   Effects of Aerosols on Circulation Patterns......... 564

**7.6   Concluding Remarks**............................................ 566

**Frequently Asked Question**

FAQ 7.1:   *Are the Increases in Atmospheric Carbon
Dioxide and Other Greenhouse Gases During the
Industrial Era Caused by Human Activities?* .......... 512

**References**................................................................. 568

## Executive Summary

Emissions of carbon dioxide, methane, nitrous oxide and of reactive gases such as sulphur dioxide, nitrogen oxides, carbon monoxide and hydrocarbons, which lead to the formation of secondary pollutants including aerosol particles and tropospheric ozone, have increased substantially in response to human activities. As a result, biogeochemical cycles have been perturbed significantly. Nonlinear interactions between the climate and biogeochemical systems could amplify (positive feedbacks) or attenuate (negative feedbacks) the disturbances produced by human activities.

**The Land Surface and Climate**

• Changes in the land surface (vegetation, soils, water) resulting from human activities can affect regional climate through shifts in radiation, cloudiness and surface temperature.

• Changes in vegetation cover affect surface energy and water balances at the regional scale, from boreal to tropical forests. Models indicate increased boreal forest reduces the effects of snow albedo and causes regional warming. Observations and models of tropical forests also show effects of changing surface energy and water balance.

• The impact of land use change on the energy and water balance may be very significant for climate at regional scales over time periods of decades or longer.

**The Carbon Cycle and Climate**

• Atmospheric carbon dioxide ($CO_2$) concentration has continued to increase and is now almost 100 ppm above its pre-industrial level. The annual mean $CO_2$ growth rate was significantly higher for the period from 2000 to 2005 ($4.1 \pm 0.1$ GtC yr$^{-1}$) than it was in the 1990s ($3.2 \pm 0.1$ GtC yr$^{-1}$). Annual emissions of $CO_2$ from fossil fuel burning and cement production increased from a mean of $6.4 \pm 0.4$ GtC yr$^{-1}$ in the 1990s to $7.2 \pm 0.3$ GtC yr$^{-1}$ for 2000 to 2005.[1]

• Carbon dioxide cycles between the atmosphere, oceans and land biosphere. Its removal from the atmosphere involves a range of processes with different time scales. About 50% of a $CO_2$ increase will be removed from the atmosphere within 30 years, and a further 30% will be removed within a few centuries. The remaining 20% may stay in the atmosphere for many thousands of years.

• Improved estimates of ocean uptake of $CO_2$ suggest little change in the ocean carbon sink of $2.2 \pm 0.5$ GtC yr$^{-1}$

between the 1990s and the first five years of the 21st century. Models indicate that the fraction of fossil fuel and cement emissions of $CO_2$ taken up by the ocean will decline if atmospheric $CO_2$ continues to increase.

• Interannual and inter-decadal variability in the growth rate of atmospheric $CO_2$ is dominated by the response of the land biosphere to climate variations. Evidence of decadal changes is observed in the net land carbon sink, with estimates of $0.3 \pm 0.9$, $1.0 \pm 0.6$, and $0.9 \pm 0.6$ GtC yr$^{-1}$ for the 1980s, 1990s and 2000 to 2005 time periods, respectively.

• A combination of techniques gives an estimate of the flux of $CO_2$ to the atmosphere from land use change of 1.6 (0.5 to 2.7) GtC yr$^{-1}$ for the 1990s. A revision of the Third Assessment Report (TAR) estimate for the 1980s downwards to 1.4 (0.4 to 2.3) GtC yr$^{-1}$ suggests little change between the 1980s and 1990s, and continuing uncertainty in the net $CO_2$ emissions due to land use change.

• Fires, from natural causes and human activities, release to the atmosphere considerable amounts of radiatively and photochemically active trace gases and aerosols. If fire frequency and extent increase with a changing climate, a net increase in $CO_2$ emissions is expected during this fire regime shift.

• There is yet no statistically significant trend in the $CO_2$ growth rate as a fraction of fossil fuel plus cement emissions since routine atmospheric $CO_2$ measurements began in 1958. This 'airborne fraction' has shown little variation over this period.

• Ocean $CO_2$ uptake has lowered the average ocean pH (increased acidity) by approximately 0.1 since 1750. Consequences for marine ecosystems may include reduced calcification by shell-forming organisms, and in the longer term, the dissolution of carbonate sediments.

• The first-generation coupled climate-carbon cycle models indicate that global warming will increase the fraction of anthropogenic $CO_2$ that remains in the atmosphere. This positive climate-carbon cycle feedback leads to an additional increase in atmospheric $CO_2$ concentration of 20 to 224 ppm by 2100, in models run under the IPCC (2000) Special Report on Emission Scenarios (SRES) A2 emissions scenario.

**Reactive Gases and Climate**

• Observed increases in atmospheric methane concentration, compared with pre-industrial estimates, are directly linked to human activity, including agriculture, energy production,

---

[1] The uncertainty ranges given here and especially in Tables 7.1 and 7. 2 are the authors' estimates of the *likely* (66%) range for each term based on their assessment of the currently available studies. There are not enough comparable studies to enable estimation of a *very likely* (90%) range for all the main terms in the carbon cycle budget.

**501**

waste management and biomass burning. Constraints from methyl chloroform observations show that there have been no significant trends in hydroxyl radical (OH) concentrations, and hence in methane removal rates, over the past few decades (see Chapter 2). The recent slowdown in the growth rate of atmospheric methane since about 1993 is thus *likely* due to the atmosphere approaching an equilibrium during a period of near-constant total emissions. However, future methane emissions from wetlands are *likely* to increase in a warmer and wetter climate, and to decrease in a warmer and drier climate.

- No long-term trends in the tropospheric concentration of OH are expected over the next few decades due to offsetting effects from changes in nitric oxides ($NO_x$), carbon monoxide, organic emissions and climate change. Interannual variability of OH may continue to affect the variability of methane.

- New model estimates of the global tropospheric ozone budget indicate that input of ozone from the stratosphere (approximately 500 Tg yr$^{-1}$) is smaller than estimated in the TAR (770 Tg yr$^{-1}$), while the photochemical production and destruction rates (approximately 5,000 and 4,500 Tg yr$^{-1}$ respectively) are higher than estimated in the TAR (3,400 and 3,500 Tg yr$^{-1}$). This implies greater sensitivity of ozone to changes in tropospheric chemistry and emissions.

- Observed increases in $NO_x$ and nitric oxide emissions, compared with pre-industrial estimates, are *very likely* directly linked to 'acceleration' of the nitrogen cycle driven by human activity, including increased fertilizer use, intensification of agriculture and fossil fuel combustion.

- Future climate change may cause either an increase or a decrease in background tropospheric ozone, due to the competing effects of higher water vapour and higher stratospheric input; increases in regional ozone pollution are expected due to higher temperatures and weaker circulation.

- Future climate change may cause significant air quality degradation by changing the dispersion rate of pollutants, the chemical environment for ozone and aerosol generation and the strength of emissions from the biosphere, fires and dust. The sign and magnitude of these effects are highly uncertain and will vary regionally.

- The future evolution of stratospheric ozone, and therefore its recovery following its destruction by industrially manufactured halocarbons, will be influenced by stratospheric cooling and changes in the atmospheric circulation resulting from enhanced $CO_2$ concentrations. With a possible exception in the polar lower stratosphere where colder temperatures favour ozone destruction by chlorine activated on polar stratospheric cloud particles, the expected cooling of the stratosphere should reduce ozone depletion and therefore enhance the ozone column amounts.

## Aerosol Particles and Climate

- Sulphate aerosol particles are responsible for globally averaged temperatures being lower than expected from greenhouse gas concentrations alone.

- Aerosols affect radiative fluxes by scattering and absorbing solar radiation (direct effect, see Chapter 2). They also interact with clouds and the hydrological cycle by acting as cloud condensation nuclei (CCN) and ice nuclei. For a given cloud liquid water content, a larger number of CCN increases cloud albedo (indirect cloud albedo effect) and reduces the precipitation efficiency (indirect cloud lifetime effect), both of which are *likely* to result in a reduction of the global, annual mean net radiation at the top of the atmosphere. However, these effects may be partly offset by evaporation of cloud droplets due to absorbing aerosols (semi-direct effect) and/or by more ice nuclei (glaciation effect).

- The estimated total aerosol effect is lower than in TAR mainly due to improvements in cloud parametrizations, but large uncertainties remain.

- The radiative forcing resulting from the indirect cloud albedo effect was estimated in Chapter 2 as –0.7 W m$^{-2}$ with a 90% confidence range of –0.3 to –1.8 W m$^{-2}$. Feedbacks due to the cloud lifetime effect, semi-direct effect or aerosol-ice cloud effects can either enhance or reduce the cloud albedo effect. Climate models estimate the sum of all aerosol effects (total indirect plus direct) to be –1.2 W m$^{-2}$ with a range from –0.2 to –2.3 W m$^{-2}$ in the change in top-of-the-atmosphere net radiation since pre-industrial times, whereas inverse estimates constrain the indirect aerosol effect to be between –0.1 and –1.7 W m$^{-2}$ (see Chapter 9).

- The magnitude of the total aerosol effect on precipitation is more uncertain, with model results ranging from almost no change to a decrease of 0.13 mm day$^{-1}$. Decreases in precipitation are larger when the atmospheric General Circulation Models are coupled to mixed-layer ocean models where the sea surface temperature and, hence, the evaporation is allowed to vary.

- Deposition of dust particles containing limiting nutrients can enhance photosynthetic carbon fixation on land and in the oceans. Climate change is likely to affect dust sources.

- Since the TAR, advances have been made to link the marine and terrestrial biospheres with the climate system via the aerosol cycle. Emissions of aerosol precursors from vegetation and from the marine biosphere are expected to respond to climate change.

## 7.1   Introduction

The Earth's climate is determined by a number of complex connected physical, chemical and biological processes occurring in the atmosphere, land and ocean. The radiative properties of the atmosphere, a major controlling factor of the Earth's climate, are strongly affected by the biophysical state of the Earth's surface and by the atmospheric abundance of a variety of trace constituents. These constituents include long-lived greenhouse gases (LLGHGs) such as carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$), as well as other radiatively active constituents such as ozone and different types of aerosol particles. The composition of the atmosphere is determined by processes such as natural and anthropogenic emissions of gases and aerosols, transport at a variety of scales, chemical and microphysical transformations, wet scavenging and surface uptake by the land and terrestrial ecosystems, and by the ocean and its ecosystems. These processes and, more generally the rates of biogeochemical cycling, are affected by climate change, and involve interactions between and within the different components of the Earth system. These interactions are generally nonlinear and may produce negative or positive feedbacks to the climate system.

An important aspect of climate research is to identify potential feedbacks and assess if such feedbacks could produce large and undesired responses to perturbations resulting from human activities. Studies of past climate evolution on different time scales can elucidate mechanisms that could trigger nonlinear responses to external forcing. The purpose of this chapter is to identify the major biogeochemical feedbacks of significance to the climate system, and to assess current knowledge of their magnitudes and trends. Specifically, this chapter will examine the relationships between the physical climate system and the land surface, the carbon cycle, chemically reactive atmospheric gases and aerosol particles. It also presents the current state of knowledge on budgets of important trace gases. Large uncertainties remain in many issues discussed in this chapter, so that quantitative estimates of the importance of the coupling mechanisms discussed in the following sections are not always available. In addition, regional differences in the role of some cycles and the complex interactions between them limit our present ability to provide a simple quantitative description of the interactions between biogeochemical processes and climate change.

### 7.1.1   Terrestrial Ecosystems and Climate

The terrestrial biosphere interacts strongly with the climate, providing both positive and negative feedbacks due to biogeophysical and biogeochemical processes. Some of these feedbacks, at least on a regional basis, can be large. Surface climate is determined by the balance of fluxes, which can be changed by radiative (e.g., albedo) or non-radiative (e.g., water cycle related processes) terms. Both radiative and non-radiative terms are controlled by details of vegetation. High-latitude climate is strongly influenced by snow albedo feedback, which

is drastically reduced by the darkening effect of vegetation. In semi-arid tropical systems, such as the Sahel or northeast Brazil, vegetation exerts both radiative and hydrological feedbacks. Surface climate interacts with vegetation cover, biomes, productivity, respiration of vegetation and soil, and fires, all of which are important for the carbon cycle. Various processes in terrestrial ecosystems influence the flux of carbon between land and the atmosphere. Terrestrial ecosystem photosynthetic productivity changes in response to changes in temperature, precipitation, $CO_2$ and nutrients. If climate becomes more favourable for growth (e.g., increased rainfall in a semi-arid system), productivity increases, and carbon uptake from the atmosphere is enhanced. Organic carbon compounds in soils, originally derived from plant material, are respired (i.e., oxidized by microbial communities) at different rates depending on the nature of the compound and on the microbial communities; the aggregate rate of respiration depends on soil temperature and moisture. Shifts in ecosystem structure in response to a changing climate can alter the partitioning of carbon between the atmosphere and the land surface. Migration of boreal forest northward into tundra would initially lead to an increase in carbon storage in the ecosystem due to the larger biomass of trees than of herbs and shrubs, but over a longer time (e.g., centuries), changes in soil carbon would need to be considered to determine the net effect. A shift from tropical rainforest to savannah, on the other hand, would result in a net flux of carbon from the land surface to the atmosphere.

### 7.1.2   Ocean Ecosystems and Climate

The functioning of ocean ecosystems depends strongly on climatic conditions including near-surface density stratification, ocean circulation, temperature, salinity, the wind field and sea ice cover. In turn, ocean ecosystems affect the chemical composition of the atmosphere (e.g. $CO_2$, $N_2O$, oxygen ($O_2$), dimethyl sulphide (DMS) and sulphate aerosol). Most of these components are expected to change with a changing climate and high atmospheric $CO_2$ conditions. Marine biota also influence the near-surface radiation budget through changes in the marine albedo and absorption of solar radiation (bio-optical heating). Feedbacks between marine ecosystems and climate change are complex because most involve the ocean's physical responses and feedbacks to climate change. Increased surface temperatures and stratification should lead to increased photosynthetic fixation of $CO_2$, but associated reductions in vertical mixing and overturning circulation may decrease the return of required nutrients to the surface ocean and alter the vertical export of carbon to the deeper ocean. The sign of the cumulative feedback to climate of all these processes is still unclear. Changes in the supply of micronutrients required for photosynthesis, in particular iron, through dust deposition to the ocean surface can modify marine biological production patterns. Ocean acidification due to uptake of anthropogenic $CO_2$ may lead to shifts in ocean ecosystem structure and dynamics, which may alter the biological production and export from the surface ocean of organic carbon and calcium carbonate ($CaCO_3$).

### 7.1.3   Atmospheric Chemistry and Climate

Interactions between climate and atmospheric oxidants, including ozone, provide important coupling mechanisms in the Earth system. The concentration of tropospheric ozone has increased substantially since the pre-industrial era, especially in polluted areas of the world, and has contributed to radiative warming. Emissions of chemical ozone precursors (carbon monoxide, $CH_4$, non-methane hydrocarbons, nitrogen oxides) have increased as a result of larger use of fossil fuel, more frequent biomass burning and more intense agricultural practices. The atmospheric concentration of pre-industrial tropospheric ozone is not accurately known, so that the resulting radiative forcing cannot be accurately determined, and must be estimated from models. The decrease in concentration of stratospheric ozone in the 1980s and 1990s due to manufactured halocarbons (which produced a slight cooling) has slowed down since the late 1990s. Model projections suggest a slow steady increase over the next century, but continued recovery could be affected by future climate change. Recent changes in the growth rate of atmospheric $CH_4$ and in its apparent lifetime are not well understood, but indications are that there have been changes in source strengths. Nitrous oxide continues to increase in the atmosphere, primarily as a result of agricultural activities. Changes in atmospheric chemical composition that could result from climate changes are even less well quantified. Photochemical production of the hydroxyl radical (OH), which efficiently destroys many atmospheric compounds, occurs in the presence of ozone and water vapour, and should be enhanced in an atmosphere with increased water vapour, as projected under future global warming. Other chemistry-related processes affected by climate change include the frequency of lightning flashes in thunderstorms (which produce nitrogen oxides), scavenging mechanisms that remove soluble species from the atmosphere, the intensity and frequency of convective transport events, the natural emissions of chemical compounds (e.g., biogenic hydrocarbons by the vegetation, nitrous and nitric oxide by soils, DMS from the ocean) and the surface deposition on molecules on the vegetation and soils. Changes in the circulation and specifically the more frequent occurrence of stagnant air events in urban or industrial areas could enhance the intensity of air pollution events. The importance of these effects is not yet well quantified.

### 7.1.4   Aerosol Particles and Climate

Atmospheric aerosol particles modify Earth's radiation budget by absorbing and scattering incoming solar radiation. Even though some particle types may have a warming effect, most aerosol particles, such as sulphate ($SO_4$) aerosol particles, tend to cool the Earth surface by scattering some of the incoming solar radiation back to space. In addition, by acting as cloud condensation nuclei, aerosol particles affect radiative properties of clouds and their lifetimes, which contribute to additional surface cooling. A significant natural source of sulphate is DMS, an organic compound whose production by phytoplankton and release to the atmosphere depends on climatic factors. In many areas of the Earth, large amounts of $SO_4$ particles are produced as a result of human activities (e.g., coal burning). With an elevated atmospheric aerosol load, principally in the Northern Hemisphere (NH), it is likely that the temperature increase during the last century has been smaller than the increase that would have resulted from radiative forcing by greenhouse gases alone. Other indirect effects of aerosols on climate include the evaporation of cloud particles through absorption of solar radiation by soot, which in this case provides a positive warming effect. Aerosols (i.e., dust) also deliver nitrogen (N), phosphorus and iron to the Earth's surface; these nutrients could increase uptake of $CO_2$ by marine and terrestrial ecosystems.

### 7.1.5   Coupling the Biogeochemical Cycles with the Climate System

Models that attempt to perform reliable projections of future climate changes should account explicitly for the feedbacks between climate and the processes that determine the atmospheric concentrations of greenhouse gases, reactive gases and aerosol particles. An example is provided by the interaction between the carbon cycle and climate. It is well established that the level of atmospheric $CO_2$, which directly influences the Earth's temperature, depends critically on the rates of carbon uptake by the ocean and the land, which are also dependent on climate. Climate models that include the dynamics of the carbon cycle suggest that the overall effect of carbon-climate interactions is a positive feedback. Hence predicted future atmospheric $CO_2$ concentrations are therefore higher (and consequently the climate warmer) than in models that do not include these couplings. As understanding of the role of the biogeochemical cycles in the climate system improves, they should be explicitly represented in climate models. The present chapter assesses the current understanding of the processes involved and highlights the role of biogeochemical processes in the climate system.

## 7.2   The Changing Land Climate System

### 7.2.1   Introduction to Land Climate

The land surface relevant to climate consists of the terrestrial biosphere, that is, the fabric of soils, vegetation and other biological components, the processes that connect them and the carbon, water and energy they store. This section addresses from a climate perspective the current state of understanding of the land surface, setting the stage for consideration of carbon and other biogenic processes linked to climate. The land climate consists of 'internal' variables and 'external' drivers, including the various surface energy, carbon and moisture stores, and their response to precipitation, incoming radiation and near-surface atmospheric variables. The drivers and response variables change over various temporal and spatial scales.

This variation in time and space can be at least as important as averaged quantities. The response variables and drivers for the terrestrial system can be divided into biophysical, biological, biogeochemical and human processes. The present biophysical viewpoint emphasizes the response variables that involve the stores of energy and water and the mechanisms coupling these terms to the atmosphere. The exchanges of energy and moisture between the atmosphere and land surface (Boxes 7.1 and 7.2) are driven by radiation, precipitation and the temperature, humidity and winds of the overlying atmosphere. Determining how much detail to include to achieve an understanding of the system is not easy: many choices can be made and more detail becomes necessary when more processes are to be addressed.

### 7.2.2 Dependence of Land Processes and Climate on Scale

#### 7.2.2.1 Multiple Scales are Important

Temporal variability ranges from the daily and weather time scales to annual, interannual, and decadal or longer scales: the amplitudes of shorter time scales change with long-term changes from global warming. The land climate system has controls on amplitudes of variables on all these time scales, varying with season and geography. For example, Trenberth and Shea (2005)

evaluate from climatic observations the correlation between surface air temperature and precipitation, and find a strong $r > 0.3$) positive correlation over most winter land areas (i.e., poleward of 40°N) but a strong ($|r| > 0.3$) negative correlation over much of summer and tropical land. These differences result from competing feedbacks with the water cycle. On scales large enough that surface temperatures control atmospheric temperatures, the atmosphere will hold more water vapour and may provide more precipitation over warmer temperatures. Low clouds strongly control surface temperatures, especially in cold regions where they make the surface warmer. In warm regions without precipitation, the land surface can become warmer because of lack of evaporation, or lack of clouds. Although a drier surface will become warmer from lack of evaporative cooling, more water can evaporate from a moist surface if the temperature is warmer (see Box 7.1).

#### 7.2.2.2 Spatial Dependence

Drivers of the land climate system have larger effects at regional and local scales than on global climate, which is controlled primarily by processes of global radiation balance. Myhre et al. (2005) point out that the albedo of agricultural systems may be only slightly higher than that of forests and estimate that the impact since pre-agricultural times of land use

---

## Box 7.1: Surface Energy and Water Balance

The land surface on average is heated by net radiation balanced by exchanges with the atmosphere of sensible and latent heat, known as the 'surface energy balance'. Sensible heat is the energy carried by the atmosphere in its temperature and latent heat is the energy lost from the surface by evaporation of surface water. The latent heat of the water vapour is converted to sensible heat in the atmosphere through vapour condensation and this condensed water is returned to the surface through precipitation.

The surface also has a 'surface water balance'. Water coming to the surface from precipitation is eventually lost either through water vapour flux or by runoff. The latent heat flux (or equivalently water vapour flux) under some conditions can be determined from the energy balance. For a fixed amount of net surface radiation, if the sensible heat flux goes up, the latent flux will go down by the same amount. Thus, if the ratio of sensible to latent heat flux depends only on air temperature, relative humidity and other known factors, the flux of water vapour from the surface can be found from the net radiative energy at the surface. Such a relationship is most readily obtained when water removal (evaporation from soil or transpiration by plants) is not limited by availability of water. Under these conditions, the increase of water vapour concentration with temperature increases the relative amount of the water flux as does low relative humidity. Vegetation can prolong the availability of soil water through the extent of its roots and so increase the latent heat flux but also can resist movement through its leaves, and so shift the surface energy fluxes to a larger fraction carried by the sensible heat flux. Fluxes to the atmosphere modify atmospheric temperatures and humidity and such changes feed back to the fluxes. Storage and the surface can also be important at short time scales, and horizontal transports can be important at smaller spatial scales.

If a surface is too dry to exchange much water with the atmosphere, the water returned to the atmosphere should be on average not far below the incident precipitation, and radiative energy beyond that needed for evaporating this water will heat the surface. Under these circumstances, less precipitation and hence less water vapour flux will make the surface warmer. Reduction of cloudiness from the consequently warmer and drier atmosphere may act as a positive feedback to provide more solar radiation. A locally moist area (such as an oasis or pond), however, would still evaporate according to energy balance with no water limitation and thus should increase its evaporation under such warmer and drier conditions.

Various feedbacks coupling the surface to the atmosphere may work in opposite directions and their relative importance may depend on season and location as well as on temporal and spatial scales. A moister atmosphere will commonly be cloudier making the surface warmer in a cold climate and cooler in a warm climate. The warming of the atmosphere by the surface may reduce its relative humidity and reduce precipitation as happens over deserts. However, it can also increase the total water held by the atmosphere, which may lead to increased precipitation as happens over the tropical oceans.

conversion to agriculture on global radiative forcing has been only –0.09 W m$^{-2}$, that is, about 5% of the warming contributed by $CO_2$ since pre-industrial times (see Chapter 2 for a more comprehensive review of recent estimates of land surface albedo change). Land comprises only about 30% of the Earth's surface, but it can have the largest effects on the reflection of global solar radiation in conjunction with changes in ice and snow cover, and the shading of the latter by vegetation.

At a regional scale and at the surface, additional more localised and shorter time-scale processes besides radiative forcing can affect climate in other ways, and possibly be of comparable importance to the effects of the greenhouse gases. Changes over land that modify its evaporative cooling can cause large changes in surface temperature, both locally and regionally (see Boxes 7.1, 7.2). How this change feeds back to precipitation remains a major research question. Land has a strong control on the vertical distribution of atmospheric heating. It determines how much of the radiation delivered to land goes into warming the near-surface atmosphere compared with how much is released as latent heat fuelling precipitation at higher levels. Low clouds are normally closely coupled to the surface and over land can be significantly changed by modifications of surface temperature or moisture resulting from changes in land properties. For example, Chagnon et al. (2004) find a large increase in boundary layer clouds in the Amazon in areas of partial deforestation (also, e.g., Durieux et al., 2003; Ek and Holtslag, 2004). Details of surface properties at scales as small as a few kilometres can be important for larger scales. Over some fraction of moist soils, water tables can be high enough to be hydrologically connected to the rooting zone, or reach the surface as in wetlands (e.g., Koster et al., 2000; Marani et al., 2001; Milly and Shmakin, 2002; Liang et al., 2003; Gedney and Cox, 2003).

The consequences of changes in atmospheric heating from land changes at a regional scale are similar to those from ocean temperature changes such as from El Niño, potentially producing patterns of reduced or increased cloudiness and precipitation elsewhere to maintain global energy balance. Attempts have been made to find remote adjustments (e.g., Avissar and Werth, 2005). Such adjustments may occur in multiple ways, and are part of the dynamics of climate models. The locally warmer temperatures can lead to more rapid vertical decreases of atmospheric temperature so that at some level overlying temperature is lower and radiates less. The net effect of such compensations is that averages over larger areas or longer time scales commonly will give smaller estimates of change. Thus, such regional changes are better described by local and regional metrics or at larger scales by measures of change in spatial and temporal variability rather than simply in terms of a mean global quantity.

### 7.2.2.3    *Daily and Seasonal Variability*

Diurnal and seasonal variability result directly from the temporal variation of the solar radiation driver. Large-scale changes in climate variables are of interest as part of the

### Box 7.2:  Urban Effects on Climate

If the properties of the land surface are changed locally, the surface net radiation and the partitioning between latent and sensible fluxes (Box 7.1) may also change, with consequences for temperatures and moisture storage of the surface and near-surface air. Such changes commonly occur to meet human needs for agriculture, housing, or commerce and industry. The consequences of urban development may be especially significant for local climates. However, urban development may have different features in different parts of an urban area and between geographical regions.

Some common modifications are the replacement of vegetation by impervious surfaces such as roads or the converse development of dry surfaces into vegetated surfaces by irrigation, such as lawns and golf courses. Buildings cover a relatively small area but in urban cores may strongly modify local wind flow and surface energy balance (Box 7.1). Besides the near-surface effects, urban areas can provide high concentrations of aerosols with local or downwind impacts on clouds and precipitation. Change to dark dry surfaces such as roads will generally increase daytime temperatures and lower humidity while irrigation will do the opposite. Changes at night may depend on the retention of heat by buildings and can be exacerbated by the thinness of the layer of atmosphere connected to the surface by mixing of air. Chapter 3 further addresses urban effects.

observational record of climate changes (Chapter 3). Daytime during the warm season produces a thick layer of mixed air with temperature relatively insensitive to perturbations in daytime radiative forcing. Nighttime and high-latitude winter surface temperatures, on the other hand, are coupled by mixing to only a thin layer of atmosphere, and can be more readily altered by changes in atmospheric downward thermal radiation. Thus, land is more sensitive to changes in radiative drivers under cold stable conditions and weak winds than under warm unstable conditions. Winter or nighttime temperatures (hence diurnal temperature range) are strongly correlated with downward longwave radiation (e.g., Betts, 2006; Dickinson et al., 2006); consequently, average surface temperatures may change (e.g., Pielke and Matsui, 2005) with a change in downward longwave radiation.

Modification of downward longwave radiation by changes in clouds can affect land surface temperatures. Qian and Giorgi (2000) discussed regional aerosol effects, and noted a reduction in the diurnal temperature range of –0.26°C per decade over Sichuan China. Huang et al. (2006) model the growth of sulphate aerosols and their interactions with clouds in the context of a RCM, and find over southern China a decrease in the diurnal temperature range comparable with that observed by Zhou et al. (2004) and Qian and Giorgi. They show the nighttime temperature change to be a result of increased nighttime cloudiness and hence downward longwave radiation connected to the increase in aerosols.

In moist warm regions, large changes are possible in the fraction of energy going into water fluxes, for example, by changes in vegetation cover or precipitation, and hence in soil moisture. Bonan (2001) and Oleson et al. (2004) indicate that conversion of mid-latitude forests to agriculture could cause a daytime cooling. This cooling is apparently a result of higher albedo and increased transpiration. Changes in reflected solar radiation due to changing vegetation, hence feedbacks, are most pronounced in areas with vegetation underlain by snow or light-coloured soil. Seasonal and diurnal precipitation cycles can be pronounced. Climate models simulate the diurnal precipitation cycle but apparently not yet very well (e.g., Collier and Bowman, 2004). Betts (2004) reviews how the diurnal cycle of tropical continental precipitation is linked to land surface fluxes and argues that errors in a model can feed back to model dynamics with global impacts.

### 7.2.2.4 *Coupling of Precipitation Intensities to Leaf Water – An Issue Involving both Temporal and Spatial Scales*

The bulk of the water exchanged with the atmosphere is stored in the soil until taken up by plant roots, typically weeks later. However, the rapidity of evaporation of the near-surface stores allows plant uptake and evaporation to be of comparable importance for surface water and energy balances. (Dickinson et al., 2003, conclude that feedbacks between surface moisture and precipitation may act differently on different time scales). Evaporation from the fast reservoirs acts primarily as a surface energy removal mechanism. Leaves initially intercept much of the precipitation over vegetation, and a significant fraction of this leaf water re-evaporates in an hour or less. This loss reduces the amount of water stored in the soil for use by plants. Its magnitude depends inversely on the intensity of the precipitation, which can be larger at smaller temporal and spatial scales. Modelling results can be wrong either through neglect of or through exaggeration of the magnitude of the fast time-scale moisture stores.

Leaf water evaporation may have little effect on the determination of monthly evapotranspiration (e.g., as found in the analysis of Desborough, 1999) but may still produce important changes in temperature and precipitation. Pitman et al. (2004), in a coupled study with land configurations of different complexity, were unable to find any impacts on atmospheric variability, but Bagnoud et al. (2005) found that precipitation and temperature extremes were affected. Some studies that change the intensity of precipitation find a very large impact from leaf water. For example, Wang and Eltahir (2000) studied the effect of including more realistic precipitation intensity compared to the uniform intensity of a climate model. Hahmann (2003) used another model to study this effect. Figure 7.1 compares their tropical results (Wang and Eltahir over equatorial Africa and Hahmann over equatorial Amazon). The model of Wang and Eltahir shows that more realistic precipitation greatly increases runoff whereas Hahmann shows that it reduces runoff. It has not been determined whether these contradictory results are more a consequence of model differences or of differences between the climates of the two continents, as Hahmann suggests.

### 7.2.3   Observational Basis for the Effects of Land Surface on Climate

#### 7.2.3.1   *Vegetative Controls on Soil Water and its Return Flux to the Atmosphere*

Scanlon et al. (2005) provide an example of how soil moisture can depend on vegetation. They monitored soil moisture in the Nevada desert with lysimeters either including or excluding vegetation and for a multi-year period that included times of anomalously strong precipitation. Without vegetation, much of the moisture penetrated deeply, had a long lifetime and became available for recharge of deep groundwater, whereas for the vegetated plot, the soil moisture was all transpired. In the absence of leaves, forests in early spring also appear as especially dry surfaces with consequent large sensible fluxes that mix the atmosphere to a great depth (e.g., Betts et al., 2001). Increased water fluxes with spring green-up are observed in terms of a reduction in temperature. Trees in the Amazon can have the largest water fluxes in the dry season by development of deep roots (Da Rocha et al., 2004; Quesada et al., 2004). Forests can also retard fluxes through control by their leaves. Such control by vegetation of water fluxes is most pronounced for taller or sparser vegetation in cooler or drier climates, and from leaves that are sparse or exert the strongest resistance to water movement. The boreal forest, in particular, has been characterised as a 'green desert' because of its small release of water to the atmosphere (Gamon et al., 2003).



**Figure 7.1.** *Rainfall, runoff and evapotranspiration derived from climate simulation results of Hahmann (H; 2004) and Wang and Eltahir (W; 2000). Hahmann's results are for the Amazon centred on the equator, and Wang and Eltahir's for Africa at the equator. Both studies examined the differences between 'uniform' precipitation over a model grid square and 'variable' precipitation (added to about 10% of the grid square). Large differences are seen between the two cases in the two studies: a large reduction in precipitation is seen in the Hahmann variable case relative to the uniform case, whereas an increase is seen for the Wang and Eltahir variable case. The differences are even greater for runoff: Hahmann's uniform case runoff is three times as large as the variable case, whereas Wang and Eltahir have almost no runoff for their uniform case.*

### 7.2.3.2    Land Feedback to Precipitation

Findell and Eltahir (2003) examine the correlation between early morning near-surface humidity over the USA and an index of the likelihood of precipitation occurrence. They identify different geographical regions with positive, negative or little correlation. Koster et al. (2003) and Koster and Suarez (2004) show during summer over the USA, and all land 30°N to 60°N, respectively, a significant correlation of monthly precipitation with that of prior months. They further show that their model only reproduces this correlation if soil moisture feedback is allowed to affect precipitation. Additional observational evidence for such feedback is noted by D'Odorico and Porporato (2004) in support of a simplified model of precipitation soil moisture coupling (see, e.g., Salvucci et al., 2002, for support of the null hypothesis of no coupling). Liebmann and Marengo (2001) point out that the interannual variation of precipitation over the Amazon is largely controlled by the timing of the onset and end of the rainy season. Li and Fu (2004) provide evidence that onset time of the rainy season is strongly dependent on transpiration by vegetation during the dry season. Previous modelling and observational studies have also suggested that Amazon deforestation should lead to a longer dry season. Fu and Li (2004) further argue from observations that removal of tropical forest reduces surface moisture fluxes, and that such land use changes should contribute to a lengthening of the Amazon dry season. Durieux et al. (2003) find more rainfall in the deforested area in the wet season and a reduction of the dry season precipitation over deforested regions compared with forested areas. Negri et al. (2004) obtain an opposite result (although their result is consistent with Durieux during the wet season).

### 7.2.3.3    Properties Affecting Radiation

Albedo (the fraction of reflected solar radiation) and emissivity (the ratio of thermal radiation to that of a black body) are important variables for the radiative balance. Surfaces that have more or taller vegetation are commonly darker than are those with sparse or shorter vegetation. With sparse vegetation, the net surface albedo also depends on the albedo of the underlying surfaces, especially if snow or a light-coloured soil. A large-scale transformation of tundra to shrubs, possibly connected to warmer temperatures over the last few decades, has been observed (e.g., Chapin et al., 2005). Sturm et al. (2005) report on winter and melt season observations of how varying extents of such shrubs can modify surface albedo. New satellite data show the importance of radiation heterogeneities at the plot scale for the determination of albedo and the solar radiation used for photosynthesis, and appropriate modelling concepts to incorporate the new data are being advanced (e.g., Yang and Friedl, 2003; Niu and Yang, 2004; Wang, 2005; Pinty et al., 2006).

### 7.2.3.4    Improved Global and Regional Data

Specification of land surface properties has improved through new, more accurate global satellite observations. In particular, satellite observations have provided albedos of soils in non-vegetated regions (e.g., Tsvetsinskaya et al., 2002; Ogawa and Schmugge, 2004; Z. Wang, et al., 2004; Zhou et al., 2005) and their emissivities (Zhou et al., 2003a,b). They also constrain model-calculated albedos in the presence of vegetation (Oleson et al., 2003) and vegetation underlain by snow (Jin et al., 2002), and help to define the influence of leaf area on albedo (Tian et al., 2004). Precipitation data sets combining rain gauge and satellite observations (Chen et al., 2002; Adler et al., 2003) are providing diagnostic constraints for climate modelling, as are observations of runoff (Dai and Trenberth, 2002; Fekete et al., 2002).

### 7.2.3.5    Field Observational Programs

New and improved local site observational constraints collectively describe the land processes that need to be modelled. The largest recent such activity has been the Large-Scale Biosphere-Atmosphere Experiment in Amazonia (LBA) project (Malhi et al., 2002; Silva Dias et al., 2002). Studies within LBA have included physical climate at all scales, carbon and nutrient dynamics and trace gas fluxes. The physical climate aspects are reviewed here. Goncalves et al. (2004) discuss the importance of incorporating land cover heterogeneity. Da Rocha et al. (2004) and Quesada et al. (2004) quantify water and energy budgets for a forested and a savannah site, respectively. Dry season evapotranspiration for the savannah averaged 1.6 mm day$^{-1}$ compared with 4.9 mm day$^{-1}$ for the forest. Both ecosystems depend on deep rooting to sustain evapotranspiration during the dry season, which may help control the length of the dry season (see, e.g., Section 7.2.3.2). Da Rocha et al. (2004) also observed that hydraulic lift recharged the forest upper soil profiles each night. At Tapajós, the forest showed no signs of drought stress allowing uniformly high carbon uptake throughout the dry season (July through December 2000; Da Rocha et al., 2004; Goulden et al., 2004). Tibet, another key region, continues to be better characterised from observational studies (e.g., Gao et al., 2004; Hong et al., 2004). With its high elevation, hence low air densities, heating of the atmosphere by land mixes air to a much higher altitude than elsewhere, with implications for vertical exchange of energy. However, the daytime water vapour mixing ratio in this region decreases rapidly with increasing altitude (Yang et al., 2004), indicating a strong insertion of dry air from above or by lateral transport.

### 7.2.3.6    Connecting Changing Vegetation to Changing Climate

Only large-scale patterns are assessed here. Analysis of satellite-sensed vegetation greenness and meteorological station data suggest an enhanced plant growth and lengthened growing season duration at northern high latitudes since the 1980s (Zhou

et al., 2001, 2003c). This effect is further supported by modelling linked to observed climate data (Lucht et al., 2002). Nemani et al. (2002, 2003) suggest that increased rainfall and humidity spurred plant growth in the USA and that climate changes may have eased several critical climatic constraints to plant growth and thus increased terrestrial net primary production.

### 7.2.4   Modelling the Coupling of Vegetation, Moisture Availability, Precipitation and Surface Temperature

#### 7.2.4.1   *How do Models of Vegetation Control Surface Water Fluxes?*

Box 7.1 provides a general description of water fluxes from surface to atmosphere. The most important factors affected by vegetation are soil water availability, leaf area and surface roughness. Whether water has been intercepted on the surface of the leaves or its loss is only from the leaf interior as controlled by stomata makes a large difference. Shorter vegetation with more leaves has the most latent heat flux and the least sensible flux. Replacement of forests with shorter vegetation together with the normally assumed higher albedo could then cool the surface. However, if the replacement vegetation has much less foliage or cannot access soil water as successfully, a warming may occur. Thus, deforestation can modify surface temperatures by up to several degrees celsius in either direction depending on what type of vegetation replaces the forest and the climate regime. Drier air can increase evapotranspiration, but leaves may decrease their stomatal conductance to counter this effect.

#### 7.2.4.2   *Feedbacks Demonstrated Through Simple Models*

In semi-arid systems, the occurrence and amounts of precipitation can be highly variable from year to year. Are there mechanisms whereby the growth of vegetation in times of adequate precipitation can act to maintain the precipitation? Various analyses with simple models have demonstrated how this might happen (Zeng et al., 2002; Foley et al., 2003; G. Wang, et al., 2004; X. Zeng et al., 2004). Such models demonstrate how assumed feedbacks between precipitation and surface fluxes generated by dynamic vegetation may lead to the possibility of transitions between multiple equilibria for two soil moisture and precipitation regimes. That is, the extraction of water by roots and shading of soil by plants can increase precipitation and maintain the vegetation, but if the vegetation is removed, it may not be able to be restored for a long period. The Sahel region between the deserts of North Africa and the African equatorial forests appears to most readily generate such an alternating precipitation regime.

#### 7.2.4.3   *Consequences of Changing Moisture Availability and Land Cover*

Soil moisture control of the partitioning of energy between sensible and latent heat flux is very important for local and regional temperatures, and possibly their coupling to precipitation. Oglesby et al. (2002) carried out a study starting with dry soil where the dryness of the soil over the US Great Plains for at least the first several summer months of their integration produced a warming of about 10°C to 20°C. Williamson et al. (2005), have shown that flaws in model formulation of thunderstorms can cause excessive evapotranspiration that lowers temperatures by more than 1°C. Many modelling studies have demonstrated that changing land cover can have local and regional climate impacts that are comparable in magnitude to temperature and precipitation changes observed over the last several decades as reported in Chapter 3. However, since such regional changes can be of both signs, the global average impact is expected to be small. Current literature has large disparities in conclusions. For example, Snyder et al. (2004) found that removal of northern temperate forests gave a summer warming of 1.3°C and a reduction in precipitation of 1.5 mm day$^{-1}$. Conversely, Oleson et al. (2004) found that removal of temperate forests in the USA would cool summer temperatures by 0.4°C to 1.5°C and probably increase precipitation, depending on the details of the model and prescription of vegetation. The discrepancy between these two studies may be largely an artefact of different assumptions. The first study assumes conversion of forest to desert and the second to crops. Such studies collectively demonstrate a potentially important impact of human activities on climate through land use modification.

Other recent such studies illustrate various aspects of this issue. Maynard and Royer (2004) address the sensitivity to different parameter changes in African deforestation experiments and find that changes in roughness, soil depth, vegetation cover, stomatal resistance, albedo and leaf area index all could make significant contributions. Voldoire and Royer (2004) find that such changes may affect temperature and precipitation extremes more than means, in particular the daytime maximum temperature and the drying and temperature responses associated with El Niño events. Guillevic et al. (2002) address the importance of interannual leaf area variability as inferred from Advanced Very High Resolution Radiometer (AVHRR) satellite data, and infer a sensitivity of climate to this variation. In contrast, Lawrence and Slingo (2004) find little difference in climate simulations that use annual mean vegetation characteristics compared with those that use a prescribed seasonal cycle. However, they do suggest model modifications that would give a much larger sensitivity. Osborne et al. (2004) examine effects of changing tropical soils and vegetation: variations in vegetation produce variability in surface fluxes and their coupling to precipitation. Thus, interactive vegetation can promote additional variability of surface temperature and precipitation as analysed by Crucifix et al. (2005). Marengo and Nobre (2001) found that removal of vegetation led to a decrease in precipitation and evapotranspiration and a decrease in moisture convergence in central and northern Amazonia. Oyama and Nobre (2004) show that removal of vegetation in northeast Brazil would substantially decrease precipitation.

Couplings Between Changes in the Climate System and Biogeochemistry                                    Chapter 7

*7.2.4.4    Mechanisms for Modification of Precipitation by Spatial Heterogeneity*

Clark et al. (2004) show an example of a 'squall-line' simulation where soil moisture variation at the scale of the rainfall modifies the rainfall pattern. Pielke (2001), Weaver et al. (2002) and S. Roy et al. (2003) also address various aspects of small-scale precipitation coupling to land surface heterogeneity. If deforestation occurs in patches rather than uniformly, the consequences for precipitation could be different. Avissar et al. (2002) and Silva Dias et al. (2002) suggest that there may be a small increase in precipitation (of the order of 10%) resulting from partial deforestation as a consequence of the mesoscale circulations triggered by the deforestation.

*7.2.4.5    Interactive Vegetation Response Variables*

Prognostic approaches estimate leaf cover based on physiological processes (e.g., Arora and Boer, 2005). Levis and Bonan (2004) discuss how spring leaf emergence in mid-latitude forests provides a negative feedback to rapid increases in temperature. The parametrization of water uptake by roots contributes to the computed soil water profile (Feddes et al., 2001; Barlage and Zeng, 2004), and efforts are being made to make the roots interactive (e.g., Arora and Boer, 2003). Dynamic vegetation models have advanced and now explicitly simulate competition between plant functional types (e.g., Bonan et al., 2003; Sitch et al., 2003; Arora and Boer, 2006). New coupled climate-carbon models (Betts et al., 2004; Huntingford et al., 2004) demonstrate the possibility of large feedbacks between future climate change and vegetation change, discussed further in Section 7.3.5 (i.e., a die back of Amazon vegetation and reductions in Amazon precipitation). They also indicate that the physiological forcing of stomatal closure by rising atmospheric $CO_2$ levels could contribute 20% to the rainfall reduction. Levis et al. (2004) demonstrate how African rainfall and dynamic vegetation could change each other.

### 7.2.5    Evaluation of Models Through Intercomparison

Intercomparison of vegetation models usually involves comparing surface fluxes and their feedbacks. Henderson-Sellers et al. (2003), in comparing the surface fluxes among 20 models, report over an order of magnitude range among sensible fluxes of different models. However, recently developed models cluster more tightly. Irannejad et al. (2003) developed a statistical methodology to fit monthly fluxes from a large number of climate models to a simple linear statistical model, depending on factors such as monthly net radiation and surface relative humidity. Both the land and atmosphere models are major sources of uncertainty for feedbacks. Irannejad et al. find that coupled models agree more closely due to offsetting differences in the atmospheric and land models. Modelling studies have long reported that soil moisture can influence precipitation. Only recently, however, have there been attempts to quantify this coupling from a statistical viewpoint (Dirmeyer, 2001; Koster and Suarez, 2001; Koster et al., 2002; Reale and Dirmeyer, 2002; Reale et al., 2002; Koster et al., 2003; Koster and Suarez, 2004). Koster et al. (2004, 2006) and Guo et al. (2006) report on a new model intercomparison activity, the Global Land Atmosphere Coupling Experiment (GLACE), which compares among climate models differences in precipitation variability caused by interaction with soil moisture. Using an experimental protocol to generate ensembles of simulations with soil moisture that is either prescribed or interactive as it evolves in time, they report a wide range of differences between models (Figure 7.2). Lawrence and Slingo (2005) show that the relatively weak coupling strength of the Hadley Centre model results from its atmospheric component. There is yet little confidence in this feedback component of climate models and therefore its possible contribution to global warming (see Chapter 8).



**Figure 7.2.** *Coupling strength (a nondimensional pattern similarity diagnostic defined in Koster et al., 2006) between summer rainfall and soil water in models assessed by the GLACE study (Guo et al., 2006), divided into how strongly soil water causes evaporation (including from plants) and how strongly this evaporation causes rainfall. The soil water-precipitation coupling is scaled up by a factor of 10, and the two indices for evaporation to precipitation coupling given in the study are averaged. Models include the Geophysical Fluid Dynamics Laboratory (GFDL) model, the National Aeronautics and Space Administration (NASA) Seasonal to Interannual Prediction Program (NSIPP) model, the National Center for Atmospheric Research Community Atmosphere Model (CAM3), the Canadian Centre for Climate Modelling and Analysis (CCCma) model, the Centre for Climate System Research (CCSR) model, the Bureau of Meteorology Research Centre (BMRC) model and the Hadley Centre Atmospheric Model version 3 (HadAM3).*

### 7.2.6    Linking Biophysical to Biogeochemical and Ecohydrological Components

Soil moisture and surface temperatures work together in response to precipitation and radiative inputs. Vegetation influences these terms through its controls on energy and water fluxes, and through these fluxes, precipitation. It also affects the radiative heating. Clouds and precipitation are affected through modifications of the temperature and water vapour content of near-surface air. How the feedbacks of land to the atmosphere work remains difficult to quantify from either observations or modelling (as addressed in Sections 7.2.3.2 and 7.2.5.1). Radiation feedbacks depend on vegetation or cloud cover that has changed because of changing surface temperatures or moisture conditions. How such conditions may promote or discourage the growth of vegetation is established by various ecological studies. The question of how vegetation will change its distribution at large scales and the consequent changes in absorbed radiation is quantified through remote sensing studies. At desert margins, radiation and precipitation feedbacks may act jointly with vegetation. Radiation feedbacks connected to vegetation may be most pronounced at the margins between boreal forests and tundra and involve changes in the timing of snowmelt. How energy is transferred from the vegetation to underlying snow surfaces is understood in general terms but remains problematic in modelling and process details. Dynamic vegetation models (see Section 7.2.4.5) synthesize current understanding.

Changing soil temperatures and snow cover affect soil microbiota and their processing of soil organic matter. How are nutrient supplies modified by these surface changes or delivery from the atmosphere? In particular, the treatment of carbon fluxes (addressed in more detail in Section 7.3) may require comparable or more detail in the treatment of N cycling (as attempted by S. Wang, et al., 2002; Dickinson et al., 2003). The challenge is to establish better process understanding at local scales and appropriately incorporate this understanding into global models. The Coupled Carbon-Cycle Climate Model Intercomparison Project ($C^4MIP$) simulations described in Section 7.3.5 are a first such effort.

Biomass burning is a major mechanism for changing vegetation cover and generation of atmospheric aerosols and is directly coupled to the land climate variables of moisture and near-surface winds, as addressed for the tropics by Hoffman et al. (2002). The aerosol plume produced by biomass burning at the end of the dry season contains black carbon that absorbs radiation. The combination of a cooler surface due to lack of solar radiation and a warmer boundary layer due to absorption of solar radiation increases the thermal stability and reduces cloud formation, and thus can reduce rainfall. Freitas et al. (2005) indicate the possibility of rainfall decrease in the Plata Basin as a response to the radiative effect of the aerosol load transported from biomass burning in the Cerrado and Amazon regions. Aerosols and clouds reduce the availability of visible light needed by plants for photosynthesis. However, leaves in full sun may be light saturated, that is, they do not develop

sufficient enzymes to utilise that level of light. Leaves that are shaded, however, are generally light limited. They are only illuminated by diffuse light scattered by overlying leaves or by atmospheric constituents. Thus, an increase in diffuse light at the expense of direct light may promote leaf carbon assimilation and transpiration (Roderick et al., 2001; Cohan et al., 2002; Gu et al., 2002, 2003). Yamasoe et al. (2006) report the first observational tower evidence for this effect in the tropics. Diffuse radiation resulting from the Mt. Pinatubo eruption may have created an enhanced terrestrial carbon sink (Roderick et al., 2001; Gu et al., 2003). Angert et al. (2004) provide an analysis that rejects this hypothesis relative to other possible mechanisms.

## 7.3    The Carbon Cycle and the Climate System

### 7.3.1    Overview of the Global Carbon Cycle

#### 7.3.1.1    The Natural Carbon Cycle

Over millions of years, $CO_2$ is removed from the atmosphere through weathering by silicate rocks and through burial in marine sediments of carbon fixed by marine plants (e.g., Berner, 1998). Burning fossil fuels returns carbon captured by plants in Earth's geological history to the atmosphere. New ice core records show that the Earth system has not experienced current atmospheric concentrations of $CO_2$, or indeed of $CH_4$, for at least 650 kyr – six glacial-interglacial cycles. During that period the atmospheric $CO_2$ concentration remained between 180 ppm (glacial maxima) and 300 ppm (warm interglacial periods) (Siegenthaler et al., 2005). It is generally accepted that during glacial maxima, the $CO_2$ removed from the atmosphere was stored in the ocean. Several causal mechanisms have been identified that connect astronomical changes, climate, $CO_2$ and other greenhouse gases, ocean circulation and temperature, biological productivity and nutrient supply, and interaction with ocean sediments (see Box 6.2).

Prior to 1750, the atmospheric concentration of $CO_2$ had been relatively stable between 260 and 280 ppm for 10 kyr (Box 6.2). Perturbations of the carbon cycle from human activities were insignificant relative to natural variability. Since 1750, the concentration of $CO_2$ in the atmosphere has risen, at an increasing rate, from around 280 ppm to nearly 380 ppm in 2005 (see Figure 2.3 and FAQ 2.1, Figure 1). The increase in atmospheric $CO_2$ concentration results from human activities: primarily burning of fossil fuels and deforestation, but also cement production and other changes in land use and management such as biomass burning, crop production and conversion of grasslands to croplands (see FAQ 7.1). While human activities contribute to climate change in many direct and indirect ways, $CO_2$ emissions from human activities are considered the single largest anthropogenic factor contributing to climate change (see FAQ 2.1, Figure 2). Atmospheric $CH_4$

## Frequently Asked Question 7.1

## Are the Increases in Atmospheric Carbon Dioxide and Other Greenhouse Gases During the Industrial Era Caused by Human Activities?

*Yes, the increases in atmospheric carbon dioxide ($CO_2$) and other greenhouse gases during the industrial era are caused by human activities. In fact, the observed increase in atmospheric $CO_2$ concentrations does not reveal the full extent of human emissions in that it accounts for only 55% of the $CO_2$ released by human activity since 1959. The rest has been taken up by plants on land and by the oceans. In all cases, atmospheric concentrations of greenhouse gases, and their increases, are determined by the balance between sources (emissions of the gas from human activities and natural systems) and sinks (the removal of the gas from the atmosphere by conversion to a different chemical compound). Fossil fuel combustion (plus a smaller contribution from cement manufacture) is responsible for more than 75% of human-caused $CO_2$ emissions. Land use change (primarily deforestation) is responsible for the remainder. For methane, another important greenhouse gas, emissions generated by human activities exceeded natural emissions over the last 25 years. For nitrous oxide, emissions generated by human activities are equal to natural emissions to the atmosphere. Most of the long-lived halogen-containing gases (such as chlorofluorocarbons) are manufactured by humans, and were not present in the atmosphere before the industrial era. On average, present-day tropospheric ozone has increased 38% since pre-industrial times, and the increase results from atmospheric reactions of short-lived pollutants emitted by human activity. The concentration of $CO_2$ is now 379 parts per million (ppm) and methane is greater than 1,774 parts per billion (ppb), both very likely much higher than any time in at least 650 kyr (during which $CO_2$ remained between 180 and 300 ppm and methane between 320 and 790 ppb). The recent rate of change is dramatic and unprecedented; increases in $CO_2$ never exceeded 30 ppm in 1 kyr – yet now $CO_2$ has risen by 30 ppm in just the last 17 years.*

### Carbon Dioxide

Emissions of $CO_2$ (Figure 1a) from fossil fuel combustion, with contributions from cement manufacture, are responsible for more than 75% of the increase in atmospheric $CO_2$ concentration since pre-industrial times. The remainder of the increase comes from land use changes dominated by deforestation (and associated biomass burning) with contributions from changing agricultural practices. All these increases are caused by human activity. The natural carbon cycle cannot explain the observed atmospheric increase of 3.2 to 4.1 GtC yr$^{-1}$ in the form of $CO_2$ over the last 25 years. (One GtC equals $10^{15}$ grams of carbon, i.e., one billion tonnes.)

Natural processes such as photosynthesis, respiration, decay and sea surface gas exchange lead to massive exchanges, sources and sinks of $CO_2$ between the land and atmosphere (estimated at

~120 GtC yr$^{-1}$) and the ocean and atmosphere (estimated at ~90 GtC yr$^{-1}$; see figure 7.3). The natural sinks of carbon produce a small net uptake of $CO_2$ of approximately 3.3 GtC yr$^{-1}$ over the last 15 years, partially offsetting the human-caused emissions. Were it not for the natural sinks taking up nearly half the human-produced $CO_2$ over the past 15 years, atmospheric concentrations would have grown even more dramatically.

The increase in atmospheric $CO_2$ concentration is known to be caused by human activities because the character of $CO_2$ in the atmosphere, in particular the ratio of its heavy to light carbon atoms, has changed in a way that can be attributed to addition of fossil fuel carbon. In addition, the ratio of oxygen to nitrogen in the atmosphere has declined as $CO_2$ has increased; this is as expected because oxygen is depleted when fossil fuels are burned. A heavy form of carbon, the carbon-13 isotope, is less abundant in vegetation and in fossil fuels that were formed from past vegetation, and is more abundant in carbon in the oceans and in volcanic or geothermal emissions. The relative amount of the carbon-13 isotope in the atmosphere has been declining, showing that the added carbon comes from fossil fuels and vegetation. Carbon also has a rare radioactive isotope, carbon-14, which is present in atmospheric $CO_2$ but absent in fossil fuels. Prior to atmospheric testing of nuclear weapons, decreases in the relative amount of carbon-14 showed that fossil fuel carbon was being added to the atmosphere.

### Halogen-Containing Gases

Human activities are responsible for the bulk of long-lived atmospheric halogen-containing gas concentrations. Before industrialisation, there were only a few naturally occurring halogen-containing gases, for example, methyl bromide and methyl chloride. The development of new techniques for chemical synthesis resulted in a proliferation of chemically manufactured halogen-containing gases during the last 50 years of the 20th century. Emissions of key halogen-containing gases produced by humans are shown in Figure 1b. Atmospheric lifetimes range from 45 to 100 years for the chlorofluorocarbons (CFCs) plotted here, from 1 to 18 years for the hydrochlorofluorocarbons (HCFCs), and from 1 to 270 years for the hydrofluorocarbons (HFCs). The perfluorocarbons (PFCs, not plotted) persist in the atmosphere for thousands of years. Concentrations of several important halogen-containing gases, including CFCs, are now stabilising or decreasing at the Earth's surface as a result of the Montreal Protocol on Substances that Deplete the Ozone Layer and its Amendments. Concentrations of HCFCs, production of which is to be phased out by 2030, and of the Kyoto Protocol gases HFCs and PFCs, are currently increasing. *(continued)*

## Methane

Methane ($CH_4$) sources to the atmosphere generated by human activities exceed $CH_4$ sources from natural systems (Figure 1c). Between 1960 and 1999, $CH_4$ concentrations grew an average of at least six times faster than over any 40-year period of the two millennia before 1800, despite a near-zero growth rate since 1980. The main natural source of $CH_4$ to the atmosphere is wetlands. Additional natural sources include termites, oceans, vegetation and $CH_4$ hydrates. The human activities that produce $CH_4$ include energy production from coal and natural gas, waste disposal in landfills, raising ruminant animals (e.g., cattle and sheep), rice agriculture and biomass burning. Once emitted, $CH_4$ remains in the atmosphere for approximately 8.4 years before removal, mainly by chemical oxidation in the troposphere. Minor sinks for $CH_4$ include uptake by soils and eventual destruction in the stratosphere.

## Nitrous Oxide

Nitrous oxide ($N_2O$) sources to the atmosphere from human activities are approximately equal to $N_2O$ sources from natural systems (Figure 1d). Between 1960 and 1999, $N_2O$ concentrations grew an average of at least two times faster than over any 40-year period of the two millennia before 1800. Natural sources of $N_2O$ include oceans, chemical oxidation of ammonia in the atmosphere, and soils. Tropical soils are a particularly important source of $N_2O$ to the atmosphere. Human activities that emit $N_2O$ include transformation of fertilizer nitrogen into $N_2O$ and its subsequent emission from agricultural soils, biomass burning, raising cattle and some industrial activities, including nylon manufacture. Once emitted, $N_2O$ remains in the atmosphere for approximately 114 years before removal, mainly by destruction in the stratosphere.

## Tropospheric Ozone

Tropospheric ozone is produced by photochemical reactions in the atmosphere involving forerunner chemicals such as carbon monoxide, $CH_4$, volatile organic compounds and nitrogen oxides. These chemicals are emitted by natural biological processes and by human activities including land use change and fuel combustion. Because tropospheric ozone is relatively short-lived, lasting for a few days to weeks in the atmosphere, its distributions are highly variable and tied to the abundance of its forerunner compounds, water vapour and sunlight.







**FAQ 7.1, Figure 1.** *Breakdown of contributions to the changes in atmospheric greenhouse gas concentrations, based on information detailed in Chapters 4 and 7. In (a) through (d), human-caused sources are shown in orange, while natural sources and sinks are shown in teal. In (e), human-caused tropospheric ozone amounts are in orange while natural ozone amounts are in green. (a) Sources and sinks of $CO_2$ (GtC). Each year $CO_2$ is released to the atmosphere from human activities including fossil fuel combustion and land use change. Only 57 to 60% of the $CO_2$ emitted from human activity remains in the atmosphere. Some is dissolved into the oceans and some is incorporated into plants as they grow. Land-related fluxes are for the 1990s; fossil fuel and cement fluxes and net ocean uptake are for the period 2000 to 2005. All values and uncertainty ranges are from Table 7.1. (b) Global emissions of CFCs and other halogen-containing compounds for 1990 (light orange) and 2002 (dark orange). These chemicals are exclusively human-produced. Here, 'HCFCs' comprise HCFC-22, -141b and -142b, while 'HFCs' comprise HFC-23, -125, -134a and -152a. One Gg = $10^9$ g (1,000 tonnes). Most data are from reports listed in Chapter 2. (c) Sources and sinks of $CH_4$ for the period 1983 to 2004. Human-caused sources of $CH_4$ include energy production, landfills, ruminant animals (e.g., cattle and sheep), rice agriculture and biomass burning. One Tg = $10^{12}$ g (1 million tonnes). Values and uncertainties are the means and standard deviations for $CH_4$ of the corresponding aggregate values from Table 7.6. (d) Sources and sinks of $N_2O$. Human-caused sources of $N_2O$ include the transformation of fertilizer nitrogen into $N_2O$ and its subsequent emission from agricultural soils, biomass burning, cattle and some industrial activities including nylon manufacture. Source values and uncertainties are the midpoints and range limits from Table 7.7. $N_2O$ losses are from Chapter 7.4. (e) Tropospheric ozone in the 19th and early 20th centuries and from 1990 to 2000 period. The increase in tropospheric ozone formation is human-induced, resulting from atmospheric chemical reactions of pollutants emitted by burning of fossil fuels or biofuels. The pre-industrial value and uncertainty range are from Table 4.9 of the IPCC Third Assessment Report (TAR), estimated from reconstructed observations. The present-day total and its uncertainty range are the average and standard deviation of model results quoted in Table 7.9 of this report, excluding those from the TAR.*

Tropospheric ozone concentrations are significantly higher in urban air, downwind of urban areas and in regions of biomass burning. The increase of 38% (20–50%) in tropospheric ozone since the pre-industrial era (Figure 1e) is human-caused.

It is very likely that the increase in the combined radiative forcing from $CO_2$, $CH_4$ and $N_2O$ was at least six times faster between 1960 and 1999 than over any 40-year period during the two millennia prior to the year 1800.

concentrations have similarly experienced a rapid rise from about 700 ppb in 1750 (Flückiger et al., 2002) to about 1,775 ppb in 2005 (see Section 2.3.2): sources include fossil fuels, landfills and waste treatment, peatlands/wetlands, ruminant animals and rice paddies. The increase in $CH_4$ radiative forcing is slightly less than one-third that of $CO_2$, making it the second most important greenhouse gas (see Chapter 2). The $CH_4$ cycle is presented in Section 7.4.1.

Both $CO_2$ and $CH_4$ play roles in the natural cycle of carbon, involving continuous flows of large amounts of carbon among the ocean, the terrestrial biosphere and the atmosphere, that maintained stable atmospheric concentrations of these gases for 10 kyr prior to 1750. Carbon is converted to plant biomass by photosynthesis. Terrestrial plants capture $CO_2$ from the atmosphere; plant, soil and animal respiration (including decomposition of dead biomass) returns carbon to the atmosphere as $CO_2$, or as $CH_4$ under anaerobic conditions. Vegetation fires can be a significant source of $CO_2$ and $CH_4$ to the atmosphere on annual time scales, but much of the $CO_2$ is recaptured by the terrestrial biosphere on decadal time scales if the vegetation regrows.

Carbon dioxide is continuously exchanged between the atmosphere and the ocean. Carbon dioxide entering the surface ocean immediately reacts with water to form bicarbonate ($HCO_3^-$) and carbonate ($CO_3^{2-}$) ions. Carbon dioxide, $HCO_3^-$ and $CO_3^{2-}$ are collectively known as dissolved inorganic carbon (DIC). The residence time of $CO_2$ (as DIC) in the surface ocean, relative to exchange with the atmosphere and physical exchange with the intermediate layers of the ocean below, is less than a decade. In winter, cold waters at high latitudes, heavy and enriched with $CO_2$ (as DIC) because of their high solubility, sink from the surface layer to the depths of the ocean. This localised sinking, associated with the Meridional Overturning Circulation (MOC; Box 5.1) is termed the 'solubility pump'. Over time, it is roughly balanced by a distributed diffuse upward transport of DIC primarily into warm surface waters.

Phytoplankton take up carbon through photosynthesis. Some of that sinks from the surface layer as dead organisms and particles (the 'biological pump'), or is transformed into dissolved organic carbon (DOC). Most of the carbon in sinking particles is respired (through the action of bacteria) in the surface and intermediate layers of the ocean and is eventually recirculated to the surface as DIC. The remaining particle flux reaches abyssal depths and a small fraction reaches the deep ocean sediments, some of which is re-suspended and some of which is buried. Intermediate waters mix on a time scale of decades to centuries, while deep waters mix on millennial time scales. Several mixing times are required to bring the full buffering capacity of the ocean into effect (see Section 5.4 for long-term observations of the ocean carbon cycle and their consistency with ocean physics).

Together the solubility and biological pumps maintain a vertical gradient in $CO_2$ (as DIC) between the surface ocean (low) and the deeper ocean layers (high), and hence regulate exchange of $CO_2$ between the atmosphere and the ocean. The strength of the solubility pump depends globally on the strength of the MOC, surface ocean temperature, salinity, stratification and ice cover. The efficiency of the biological pump depends on the fraction of photosynthesis exported from the surface ocean as sinking particles, which can be affected by changes in ocean circulation, nutrient supply and plankton community composition and physiology.

In Figure 7.3 the natural or unperturbed exchanges (estimated to be those prior to 1750) among oceans, atmosphere and land are shown by the black arrows. The gross natural fluxes between the terrestrial biosphere and the atmosphere and between the oceans and the atmosphere are (circa 1995) about 120 and 90 GtC yr$^{-1}$, respectively. Just under 1 GtC yr$^{-1}$ of carbon is transported from the land to the oceans via rivers either dissolved or as suspended particles (e.g., Richey, 2004). While these fluxes vary from year to year, they are approximately in balance when averaged over longer time periods. Additional small natural fluxes that are important on longer geological time scales include conversion of labile organic matter from terrestrial plants into inert organic carbon in soils, rock weathering and sediment accumulation ('reverse weathering'), and release from volcanic activity. The net fluxes in the 10 kyr prior to 1750, when averaged over decades or longer, are assumed to have been less than about 0.1 GtC yr$^{-1}$. For more background on the carbon cycle, see Prentice et al. (2001), Field and Raupach (2004) and Sarmiento and Gruber (2006).

### 7.3.1.2   Perturbations of the Natural Carbon Cycle from Human Activities

The additional burden of $CO_2$ added to the atmosphere by human activities, often referred to as 'anthropogenic $CO_2$' leads to the current 'perturbed' global carbon cycle. Figure 7.3 shows that these 'anthropogenic emissions' consist of two fractions: (i) $CO_2$ from fossil fuel burning and cement production, newly released from hundreds of millions of years of geological storage (see Section 2.3) and (ii) $CO_2$ from deforestation and agricultural development, which has been stored for decades to centuries. Mass balance estimates and studies with other gases indicate that the net land-atmosphere and ocean-atmosphere fluxes have become significantly different from zero, as indicated by the red arrows in Figure 7.3 (see also Section 7.3.2). Although the anthropogenic fluxes of $CO_2$ between the atmosphere and both the land and ocean are just a few percent of the gross natural fluxes, they have resulted in measurable changes in the carbon content of the reservoirs since pre-industrial times as shown in red. These perturbations to the natural carbon cycle are the dominant driver of climate change because of their persistent effect on the atmosphere. Consistent with the response function to a $CO_2$ pulse from the Bern Carbon Cycle Model (see footnote (a) of Table 2.14), about 50% of an increase in atmospheric $CO_2$ will be removed within 30 years, a further 30% will be removed within a few centuries and the remaining 20% may remain in the atmosphere for many thousands of years (Prentice et al., 2001; Archer, 2005; see also Sections 7.3.4.2 and 10.4).

About 80% of anthropogenic $CO_2$ emissions during the 1990s resulted from fossil fuel burning, with about 20% from land use



**Figure 7.3.** *The global carbon cycle for the 1990s, showing the main annual fluxes in GtC yr$^{-1}$: pre-industrial 'natural' fluxes in black and 'anthropogenic' fluxes in red (modi-fied from Sarmiento and Gruber, 2006, with changes in pool values from Sabine et al., 2004a). The net terrestrial loss of –39 GtC is inferred from cumulative fossil fuel emissions minus atmospheric increase minus ocean storage. The loss of –140 GtC from the 'vegetation, soil and detritus' compartment represents the cumulative emissions from land use change (Houghton, 2003), and requires a terrestrial biosphere sink of 101 GtC (in Sabine et al., given only as ranges of –140 to –80 GtC and 61 to 141 GtC, respectively; other uncertainties given in their Table 1). Net anthropogenic exchanges with the atmosphere are from Column 5 'AR4' in Table 7.1. Gross fluxes generally have uncertainties of more than ±20% but fractional amounts have been retained to achieve overall balance when including estimates in fractions of GtC yr$^{-1}$ for riverine transport, weathering, deep ocean burial, etc. 'GPP' is annual gross (terrestrial) primary production. Atmospheric carbon content and all cumulative fluxes since 1750 are as of end 1994.*

change (primarily deforestation) (Table 7.1). Almost 45% of combined anthropogenic $CO_2$ emissions (fossil fuel plus land use) have remained in the atmosphere. Oceans are estimated to have taken up approximately 30% (about 118 ± 19 GtC: Sabine et al., 2004a; Figure 7.3), an amount that can be accounted for by increased atmospheric concentration of $CO_2$ without any change in ocean circulation or biology. Terrestrial ecosystems have taken up the rest through growth of replacement vegetation on cleared land, land management practices and the fertilizing effects of elevated $CO_2$ and N deposition (see Section 7.3.3).

Because $CO_2$ does not limit photosynthesis significantly in the ocean, the biological pump does not take up and store anthropogenic carbon directly. Rather, marine biological cycling of carbon may undergo changes due to high $CO_2$ concentrations, via feedbacks in response to a changing climate. The speed with which anthropogenic $CO_2$ is taken up effectively by the ocean, however, depends on how quickly surface waters are transported and mixed into the intermediate and deep layers of the ocean. A considerable amount of anthropogenic $CO_2$ can be buffered or neutralized by dissolution of $CaCO_3$ from surface sediments in the deep sea, but this process requires many thousands of years.

The increase in the atmospheric $CO_2$ concentration relative to the emissions from fossil fuels and cement production only is defined here as the 'airborne fraction'.[2] Land emissions, although significant, are not included in this definition due to the difficulty of quantifying their contribution, and to the complication that much land emission from logging and clearing of forests may be compensated a few years later by

uptake associated with regrowth. The 'airborne fraction of total emissions' is thus defined as the atmospheric $CO_2$ increase as a fraction of total anthropogenic $CO_2$ emissions, including the net land use fluxes. The airborne fraction varies from year to year mainly due to the effect of interannual variability in land uptake (see Section 7.3.2).

### 7.3.1.3    New Developments in Knowledge of the Carbon Cycle Since the Third Assessment Report

Sections 7.3.2 to 7.3.5 describe where knowledge and understanding have advanced significantly since the Third Assessment Report (TAR). In particular, the budget of anthropogenic $CO_2$ (shown by the red fluxes in Figure 7.3) can be calculated with improved accuracy. In the ocean, newly available high-quality data on the ocean carbon system have been used to construct robust estimates of the cumulative ocean burden of anthropogenic carbon (Sabine et al., 2004a) and associated changes in the carbonate system (Feely et al., 2004). The pH in the surface ocean is decreasing, indicating the need to understand both its interaction with a changing climate and the potential impact on organisms in the ocean (e.g., Orr et al., 2005; Royal Society, 2005). On land, there is a better understanding of the contribution to the buildup of $CO_2$ in the atmosphere since 1750 associated with land use and of how the land surface and the terrestrial biosphere interact with a changing climate. Globally, inverse techniques used to infer the magnitude and location of major fluxes in the global carbon

[2] This definition follows the usage of C. Keeling, distinct from that of Oeschger et al. (1980).

**Table 7.1.** *The global carbon budget (GtC yr⁻¹); errors represent ±1 standard deviation uncertainty estimates and not interannual variability, which is larger. The atmospheric increase (first line) results from fluxes to and from the atmosphere: positive fluxes are inputs to the atmosphere (emissions); negative fluxes are losses from the atmosphere (sinks); and numbers in parentheses are ranges. Note that the total sink of anthropogenic $CO_2$ is well constrained. Thus, the ocean-to-atmosphere and land-to-atmosphere fluxes are negatively correlated: if one is larger, the other must be smaller to match the total sink, and vice versa.*

| | 1980s | | 1990s | | 2000–2005c |
| | TAR | TAR revisedᵃ | TAR | AR4 | AR4 |
|---|---|---|---|---|---|
| Atmospheric Increaseᵇ | 3.3 ± 0.1 | 3.3 ± 0.1 | 3.2 ± 0.1 | 3.2 ± 0.1 | 4.1 ± 0.1 |
| Emissions (fossil + cement)ᶜ | 5.4 ± 0.3 | 5.4 ± 0.3 | 6.4 ± 0.4 | 6.4 ± 0.4 | 7.2 ± 0.3 |
| Net ocean-to-atmosphere fluxᵈ | –1.9 ± 0.6 | –1.8 ± 0.8 | –1.7 ± 0.5 | –2.2 ± 0.4 | –2.2 ± 0.5 |
| Net land-to-atmosphere fluxᵉ | –0.2 ± 0.7 | –0.3 ± 0.9 | –1.4 ± 0.7 | –1.0 ± 0.6 | –0.9 ± 0.6 |
| *Partitioned as follows* | | | | | |
| Land use change flux | 1.7 (0.6 to 2.5) | 1.4 (0.4 to 2.3) | n.a. | 1.6 (0.5 to 2.7) | n.a. |
| Residual terrestrial sink | –1.9 (–3.8 to –0.3) | –1.7 (–3.4 to 0.2) | n.a. | –2.6 (–4.3 to –0.9) | n.a. |

Notes:

ᵃ TAR values revised according to an ocean heat content correction for ocean oxygen fluxes (Bopp et al., 2002) and using the Fourth Assessment Report (AR4) best estimate for the land use change flux given in Table 7.2.

ᵇ Determined from atmospheric $CO_2$ measurements (Keeling and Whorf, 2005, updated by S. Piper until 2006) at Mauna Loa (19°N) and South Pole (90°S) stations, consistent with the data shown in Figure 7.4, using a conversion factor of 2.12 GtC yr⁻¹ = 1 ppm.

ᶜ Fossil fuel and cement emission data are available only until 2003 (Marland et al., 2006). Mean emissions for 2004 and 2005 were extrapolated from energy use data with a trend of 0.2 GtC yr⁻¹.

ᵈ For the 1980s, the ocean-to-atmosphere and land-to-atmosphere fluxes were estimated using atmospheric $O_2:N_2$ and $CO_2$ trends, as in the TAR. For the 1990s, the ocean-to-atmosphere flux alone is estimated using ocean observations and model results (see Section 7.3.2.2.1), giving results identical to the atmospheric $O_2:N_2$ method (Manning and Keeling, 2006), but with less uncertainty. The net land-to-atmosphere flux then is obtained by subtracting the ocean-to-atmosphere flux from the total sink (and its errors estimated by propagation). For 2000 to 2005, the change in ocean-to-atmosphere flux was modelled (Le Quéré et al., 2005) and added to the mean ocean-to-atmosphere flux of the 1990s. The error was estimated based on the quadratic sum of the error of the mean ocean flux during the 1990s and the root mean square of the five-year variability from three inversions and one ocean model presented in Le Quéré et al. (2003).

ᵉ Balance of emissions due to land use change and a residual land sink. These two terms cannot be separated based on current observations.



**Figure 7.4.** *Changes in global atmospheric $CO_2$ concentrations. (a) Annual (bars) and five-year mean (lower black line) changes in global $CO_2$ concentrations, from Scripps Institution of Oceanography observations (mean of South Pole and Mauna Loa; Keeling and Whorf, 2005, updated). The upper stepped line shows annual increases that would occur if 100% of fossil fuel emissions (Marland et al., 2006, updated as described in Chapter 2) remained in the atmosphere, and the red line shows five-year mean annual increases from National Oceanic and Atmospheric Administration (NOAA) data (mean of Samoa and Mauna Loa; Tans and Conway, 2005, updated). (b) Fraction of fossil fuel emissions remaining in the atmosphere ('airborne fraction') each year (bars), and five-year means (solid black line) (Scripps data) (mean since 1958 is 0.55). Note the anomalously low airborne fraction in the early 1990s.*

cycle have continued to mature, reflecting both refinement of the techniques and the availability of new observations. During preparation of the TAR, inclusion of the carbon cycle in climate models was new. Now, results from the first C4MIP are available: when the carbon cycle is included, the models consistently simulate climate feedbacks that tend to reduce uptake of $CO_2$ by land and ocean from 1850 to 2100 (see Section 7.3.5).

### 7.3.2   The Contemporary Carbon Budget

#### 7.3.2.1   *Atmospheric Increase*

The atmospheric $CO_2$ increase is measured with great accuracy at various monitoring stations (see Chapter 2; and Keeling and Whorf, 2005 updated by S. Piper through 2006). The mean yearly increase in atmospheric $CO_2$ (the $CO_2$ 'growth rate') is reported in the Table 7.1. Atmospheric $CO_2$ has continued to increase since the TAR (Figure 7.4), and the rate of increase appears to be higher, with the average annual increment rising from $3.2 \pm 0.1$ GtC yr[-1] in the 1990s to $4.1 \pm 0.1$ GtC yr[-1] in the period 2000 to 2005. The annual increase represents the net effect of several processes that regulate global land-atmosphere and ocean-atmosphere fluxes, examined below. The 'airborne fraction' (atmospheric increase in $CO_2$ concentration/fossil fuel emissions) provides a basic benchmark for assessing short- and long-term changes in these processes. From 1959 to the present, the airborne fraction has averaged 0.55, with remarkably little variation when block-averaged into five-year bins (Figure 7.4). Thus, the terrestrial biosphere and the oceans together have consistently removed 45% of fossil $CO_2$ for the last 45 years, and the recent higher rate of atmospheric $CO_2$ increase largely reflects increased fossil fuel emissions. Year-to-year fluctuations in the airborne fraction are associated with major climatic events (see Section 7.3.2.4). The annual increase in 1998, 2.5 ppm, was the highest ever observed, but the airborne fraction (0.82) was no higher than values observed several times in prior decades. The airborne fraction dropped significantly below the average in the early 1990s, and preliminary data suggest it may have risen above the average in 2000 to 2005.

The inter-hemispheric gradient of $CO_2$ provides additional evidence that the increase in atmospheric $CO_2$ is caused primarily by NH sources. The excess atmospheric $CO_2$ in the NH compared with the Southern Hemisphere (SH), $\Delta CO_2^{N-S}$, has increased in proportion to fossil fuel emission rates (which are predominantly in the NH) at about 0.5 ppm per (GtC yr[-1]) (Figure 7.5). The intercept of the best-fit line indicates that, without anthropogenic emissions, atmospheric $CO_2$ would be 0.8 ppm higher in the SH than in the NH, presumably due to transport of $CO_2$ by the ocean circulation. The consistency of the airborne fraction and the relationship between $\Delta CO_2^{N-S}$ and fossil fuel emissions suggest broad consistency in the functioning of the carbon cycle over the period. There are interannual fluctuations in $\Delta CO_2^{N-S}$ as large as $\pm 0.4$ ppm, at least some of which may be attributed to changes in atmospheric circulation (Dargaville et al., 2000), while others may be due to shifts in sources and sinks, such as large forest fires.

#### 7.3.2.1.1   *Fossil fuel and cement emissions*

Fossil fuel and cement emissions rose from $5.4 \pm 0.3$ GtC yr[-1] in the 1980s to $6.4 \pm 0.4$ GtC yr[-1] in the 1990s (Marland et al., 2006). They have continued to increase between the 1990s and 2000 to 2005, climbing to $7.2 \pm 0.3$ GtC yr[-1]. These numbers are estimated based upon international energy statistics for the 1980 to 2003 period (Marland et al., 2006) with extrapolated trends for 2004 to 2005 (see Table 7.1). The error ($\pm 1$ standard deviation) for fossil fuel and cement emissions is of the order of 5% globally. Cement emissions are small compared with fossil fuel emissions (roughly 3% of the total).

#### 7.3.2.1.2   *Land use change*

During the past two decades, the $CO_2$ flux caused by land use changes has been dominated by tropical deforestation. Agriculture and exploitation of forest resources have reached into formerly remote areas of old growth forest in the tropics, in contrast to mid-latitudes where exploitation previously eliminated most old growth forests. The land use change fluxes reported in this section include explicitly some accumulation of carbon by regrowing vegetation (e.g., Houghton et al., 2000). In the TAR, the global land use flux, adapted from Houghton (1999), was estimated to be 1.7 (0.6–2.5) GtC yr[-1] for the 1980s. No estimate was available at the time for the 1990s. This estimate is based on a 'bookkeeping' carbon model prescribed with deforestation statistics (Houghton, 1999). A markedly lower estimate of the land use flux in the 1980s (Table 7.2) was obtained by McGuire et al. (2001) from four process-driven



**Figure 7.5.** *The difference between $CO_2$ concentration in the NH and SH (y axis), computed as the difference between annual mean concentrations (ppm) at Mauna Loa and the South Pole (Keeling and Whorf, 2005, updated), compared with annual fossil fuel emissions (x axis; GtC; Marland, et al., 2006), with a line showing the best fit. The observations show that the north-south difference in $CO_2$ increases proportionally with fossil fuel use, verifying the global impact of human-caused emissions.*

terrestrial carbon models, prescribed with changes in cropland area from Ramankutty and Foley (1999). The higher land use emissions of Houghton (2003a) may reflect both the additional inclusion of conversion of forest to pasture and the use of a larger cropland expansion rate than the one of Ramankutty and Foley (1999), as noted by Jain and Yang (2005). Houghton (2003a) updated the land use flux to $2.0 \pm 0.8$ GtC yr$^{-1}$ for the 1980s and $2.2 \pm 0.8$ GtC yr$^{-1}$ for the 1990s (see Table 7.2). This update gives higher carbon losses from tropical deforestation than those in the TAR (Houghton 2003b).

In addition, DeFries et al. (2002) estimated a tropical land use flux of 0.7 (0.4–1.0) GtC yr$^{-1}$ for the 1980s and 1.0 (0.5–1.6) GtC yr$^{-1}$ for the 1990s, using the same bookkeeping approach as Houghton (1999) but driven by remotely sensed data on deforested areas. A similar estimate was independently produced by Achard et al. (2004) for the 1990s, also based on remote sensing. These different land use emissions estimates are reported in Table 7.2. Although the two recent satellite-based estimates point to a smaller source than that of Houghton (2003a), it is premature to say that Houghton's numbers are overestimated. The land use carbon source has the largest uncertainties in the global carbon budget. If a high value for the land use source is adopted in the global budget, then the residual land uptake over undisturbed ecosystems should be a large sink, and vice versa. For evaluating the global carbon budget, the mean of DeFries et al. (2002) and Houghton (2003a), which both cover the 1980s and the 1990s (Table 7.2), was chosen and the full range of uncertainty is reported. The fraction of carbon emitted by fossil fuel burning, cement production and land use changes that does not accumulate in the atmosphere must be taken up by land ecosystems and by the oceans.

**Table 7.2.** *Land to atmosphere emissions resulting from land use changes during the 1990s and the 1980s (GtC yr$^{-1}$). The Fourth Assessment Report (AR4) estimates used in the global carbon budget (Table 7.1) are shown in bold. Positive values indicate carbon losses from land ecosystems. Uncertainties are reported as ±1 standard deviation. Numbers in parentheses are ranges of uncertainty.*

| | Tropical Americas | Tropical Africa | Tropical Asia | Pan-Tropical | Non-tropics | Total Globe |
|---|---|---|---|---|---|---|
| **1990s** | | | | | | |
| Houghton (2003a)[a] | $0.8 \pm 0.3$ | $0.4 \pm 0.2$ | $1.1 \pm 0.5$ | $2.2 \pm 0.6$ | $-0.02 \pm 0.5$ | $2.2 \pm 0.8$ |
| DeFries et al. (2002)[b] | 0.5 (0.2 to 0.7) | 0.1 (0.1 to 0.2) | 0.4 (0.2 to 0.6) | 1.0 (0.5 to 1.6) | n.a. | n.a. |
| Achard et al. (2004)[c] | 0.3 (0.3 to 0.4) | 0.2 (0.1 to 0.2) | 0.4 (0.3 to 0.5) | 0.9 (0.5 to 1.4) | n.a. | n.a. |
| **AR4**[d] | 0.7 (0.4 to 0.9) | 0.3 (0.2 to 0.4) | 0.8 (0.4 to 1.1) | 1.6 (1.0 to 2.2) | -0.02 (-0.5 to +0.5) | **1.6 (0.5 to 2.7)** |
| **1980s** | | | | | | |
| Houghton (2003a)[a] | $0.8 \pm 0.3$ | $0.3 \pm 0.2$ | $0.9 \pm 0.5$ | $1.9 \pm 0.6$ | $0.06 \pm 0.5$ | $2.0 \pm 0.8$ |
| DeFries et al. (2002)[b] | 0.4 (0.2 to 0.5) | 0.1 (0.08 to 0.14) | 0.2 (0.1 to 0.3) | 0.7 (0.4 to 1.0) | n.a. | n.a. |
| McGuire et al. (2001)[e] | | | | 0.6 to 1.2 | -0.1 to +0.4 | (0.6 to 1.0) |
| Jain and Yang (2005)[f] | 0.22 to 0.24 | 0.08 to 0.48 | 0.58 to 0.34 | - | - | 1.33 to 2.06 |
| TAR[g] | | | | | | 1.7 (0.6 to 2.5) |
| **AR4**[d] | 0.6 (0.3 to 0.8) | 0.2 (0.1 to 0.3) | 0.6 (0.3 to 0.9) | 1.3 (0.9 to 1.8) | 0.06 (-0.4 to +0.6) | **1.4 (0.4 to 2.3)** |

Notes:

[a] His Table 2.

[b] Their Table 3.

[c] Their Table 2 for mean estimates with the range indicated in parentheses corresponding to their reported minimum and maximum estimates.

[d] Best estimate calculated from the mean of Houghton (2003a) and DeFries et al. (2002), the only two studies covering both the 1980s and the 1990s. For non-tropical regions where DeFries et al. have no estimate, Houghton has been used.

[e] Their Table 5; range is obtained from four terrestrial carbon models.

[f] The range indicated in parentheses corresponds to two simulations using the same model, but forced with different land cover change datasets from Houghton (2003a) and DeFries et al. (2002).

[g] In the TAR estimate, no values were available for the 1990s.

### 7.3.2.2    Uptake of $CO_2$ by Natural Reservoirs and Global Carbon Budget

#### 7.3.2.2.1    Ocean-atmosphere flux

To assess the mean ocean sink, seven methods have been used. The methods are based on: (1) observations of the partial pressure of $CO_2$ at the ocean surface and gas-exchange estimates (Takahashi et al., 2002); (2) atmospheric inversions based upon diverse observations of atmospheric $CO_2$ and atmospheric transport modelling (see Section 7.2.3.4); (3) observations of carbon, oxygen, nutrients and chlorofluorocarbons (CFCs) in seawater, from which the concentration of anthropogenic $CO_2$ is estimated (Sabine et al., 2004a) combined with estimates of oceanic transport (Gloor et al., 2003; Mikaloff Fletcher et al., 2006); (4) estimates of the distribution of water age based on CFC observations combined with the atmospheric $CO_2$ history (McNeil et al., 2003); (5) the simultaneous observations of the increase in atmospheric $CO_2$ and decrease in atmospheric $O_2$ (Manning and Keeling, 2006); (6) various methods using observations of change in $^{13}C$ in the atmosphere (Ciais et al., 1995) or the oceans (Gruber and Keeling, 2001; Quay et al., 2003); and (7) ocean General Circulation Models (Orr et al., 2001). The ocean uptake estimates obtained with methods (1) and (2) include in part a flux component due to the outgassing of river-supplied inorganic and organic carbon (Sarmiento and Sundquist, 1992). The magnitude of this necessary correction to obtain the oceanic flux of anthropogenic $CO_2$ is not well known, as these estimates pertain to the open ocean, whereas a substantial fraction of the river-induced outgassing likely occurs in coastal regions. These estimates of the net oceanic sink are shown in Figure 7.3.

With these corrections, estimates from all methods are consistent, resulting in a well-constrained global oceanic sink for anthropogenic $CO_2$ (see Table 7.1). The uncertainty around the different estimates is more difficult to judge and varies considerably with the method. Four estimates appear better constrained than the others. The estimate for the ocean uptake of atmospheric $CO_2$ of $-2.2 \pm 0.5$ GtC yr$^{-1}$ centred around 1998 based on the atmospheric $O_2/N_2$ ratio needs to be corrected for the oceanic $O_2$ changes (Manning and Keeling, 2006). The estimate of $-2.0 \pm 0.4$ GtC yr$^{-1}$ centred around 1995 based on CFC observations provides a constraint from observed physical transport in the ocean. These estimates of the ocean sink are shown in Figure 7.6. The mean estimates of $-2.2 \pm 0.25$ and $-2.2 \pm 0.2$ GtC yr$^{-1}$ centred around 1995 and 1994 provide constraints based on a large number of ocean carbon observations. These well-constrained estimates all point to a decadal mean ocean $CO_2$ sink of $-2.2 \pm 0.4$ GtC yr$^{-1}$ centred around 1996, where the uncertainty is the root mean square of all errors. See Section 5.4 for a discussion of changes in the ocean $CO_2$ sink.

#### 7.3.2.2.2    Land-atmosphere flux

The land-atmosphere $CO_2$ flux is the sum of the land use change $CO_2$ flux (see Section 7.3.2.1) plus sources and sinks due for instance to legacies of prior land use, climate, rising $CO_2$ or N deposition (see Section 7.3.3 for a review of

processes). For assessing the global land-atmosphere flux, more than just direct terrestrial observations must be used, because observations of land ecosystem carbon fluxes are too sparse and the ecosystems are too heterogeneous to allow global assessment of the net land flux with sufficient accuracy. For instance, large-scale biomass inventories (Goodale et al., 2002; UN-ECE/FAO, 2000) are limited to forests with commercial value, and they do not adequately survey tropical forests. Direct flux observations by the eddy covariance technique are only available at point locations, most do not yet have long-term coverage and they require considerable upscaling to obtain global estimates (Baldocchi et al., 2001). As a result, two methods can be used to quantify the net global land-atmosphere flux: (1) deducing that quantity as a residual between the fossil fuel and cement emissions and the sum of ocean uptake and atmospheric increase (Table 7.1), or (2) inferring the land-atmosphere flux simultaneously with the ocean sink by inverse analysis or mass balance computations using atmospheric $CO_2$ data, with terrestrial and marine processes distinguished using $O_2/N_2$ and/or $^{13}C$ observations. Individual estimates of the land-atmosphere flux deduced using either method 1 or method 2





**Figure 7.6.** *Individual estimates of the ocean-atmosphere flux reported in Chapter 5 and of the related land-atmosphere flux required to close the global carbon budget. The dark thick lines are the revised budget estimates in the AR4 for the 1980s, the 1990s and the early 2000s, respectively.*