are shown in Figure 7.6. Method 2 was used in the TAR, based upon $O_2/N_2$ data (Langenfelds et al., 1999; Battle et al., 2000). Corrections have been made to the results of method 2 to account for the effects of thermal $O_2$ fluxes by the ocean (Le Quéré et al., 2003). This chapter includes these corrections to update the 1980s budget, resulting in a land net flux of $-0.3 \pm 0.9$ GtC yr$^{-1}$ during the 1980s. For the 1990s and after, method 1 was adopted for assessing the ocean sink and the land-atmosphere flux. Unlike in the TAR, method 1 is preferred for the 1990s and thereafter (i.e., estimating first the ocean uptake, and then deducing the land net flux) because the ocean uptake is now more robustly determined by various oceanographic approaches (see 7.3.2.2.1) than by the atmospheric $O_2$ trends. The numbers are reported in Table 7.1. The land-atmosphere flux evolved from a small sink in the 1980s of $-0.3 \pm 0.9$ GtC yr$^{-1}$ to a large sink during the 1990s of $-1.0 \pm 0.6$ GtC yr$^{-1}$, and returned to an intermediate value of $-0.9 \pm 0.6$ GtC yr$^{-1}$ over the past five years. A recent weakening of the land-atmosphere uptake has also been suggested by other independent studies of the flux variability over the past decades (Jones and Cox, 2005). The global $CO_2$ budget is summarised in Table 7.1.

### 7.3.2.2.3   Residual land sink

In the context of land use change, deforestation dominates over forest regrowth (see Section 7.3.2.1), and the observed net uptake of $CO_2$ by the land biosphere implies that there must be an uptake by terrestrial ecosystems elsewhere, called the 'residual land sink' (formerly the 'missing sink'). Estimates of the residual land sink necessarily depend on the land use change flux, and its uncertainty reflects predominantly the (large) errors associated with the land use change term. With the high land use source of Houghton (2003a), the residual land sink equals $-2.3$ ($-4.0$ to $-0.3$) and $-3.2$ ($-4.5$ to $-1.9$) GtC yr$^{-1}$ respectively for the 1980s and the 1990s. With the smaller land use source of DeFries et al. (2002), the residual land sink is $-0.9$ ($-2.0$ to $-0.3$) and $-1.9$ ($-2.9$ to $-1.0$) GtC yr$^{-1}$ for the 1980s and the 1990s. Using the mean value of the land use source from Houghton (2003a) and DeFries et al. (2002) as reported in Table 7.2, a residual land sink of $-1.7$ ($-3.4$ to 0.2) and $-2.6$ ($-4.3$ to $-0.9$) GtC yr$^{-1}$ for the 1980s and 1990s respectively is obtained. Houghton (2003a) and DeFries et al. (2002) give different estimates of the land use source, but they robustly indicate that deforestation emissions were 0.2 to 0.3 GtC yr$^{-1}$ higher in the 1990s than in the 1980s (see Table 7.2). To compensate for that increase and to match the larger land-atmosphere uptake during the 1990s, the inferred residual land sink must have increased by 1 GtC yr$^{-1}$ between the 1980s and the 1990s. This finding is insensitive to the method used to determine the land use flux, and shows considerable decadal variability in the residual land sink.

### 7.3.2.2.4   Undisturbed tropical forests: are they a carbon dioxide sink?

Despite expanding areas of deforestation and degradation, there are still large areas of tropical forests that are among the world's great wilderness areas, with fairly light human impact, especially in Amazonia. A major uncertainty in the carbon budget relates to possible net change in the carbon stocks in these forests. Old growth tropical forests contain huge stores of organic matter, and are very dynamic, accounting for a major fraction of global net primary productivity (and about 46% of global biomass; Brown and Lugo, 1982). Changes in the carbon balance of these regions could have significant effects on global $CO_2$.

Recent studies of the carbon balance of study plots in mature, undisturbed tropical forests (Phillips et al., 1998; Baker et al., 2004) report accumulation of carbon at a mean rate of $0.7 \pm 0.2$ MgC ha$^{-1}$ yr$^{-1}$, implying net carbon uptake into global Neotropical biomass of $0.6 \pm 0.3$ GtC yr$^{-1}$. An intriguing possibility is that rising $CO_2$ levels could stimulate this uptake by accelerating photosynthesis, with ecosystem respiration lagging behind. Atmospheric $CO_2$ concentration has increased by about 1.5 ppm (0.4%) yr$^{-1}$, suggesting incremental stimulation of photosynthesis of about 0.25% (e.g., next year's photosynthesis should be 1.0025 times this year's) (Lin et al., 1999; Farquhar et al., 2001). For a mean turnover rate of about 10 years for organic matter in tropical forests, the present imbalance between uptake of $CO_2$ and respiration might be 2.5% ($1.0025^{10}$), consistent with the reported rates of live biomass increase (~3%).

But the recent pan-tropical warming, about 0.26°C per decade (Malhi and Wright, 2004), could increase water stress and respiration, and stimulation by $CO_2$ might be limited by nutrients (Chambers and Silver, 2004; Koerner, 2004; Lewis et al., 2005; see below), architectural constraints on how much biomass a forest can hold, light competition, or ecological shifts favouring short lived trees or agents of disturbance (insects, lianas) (Koerner, 2004). Indeed, Baker et al. (2004) note higher mortality rates and increased prevalence of lianas, and, since dead organic pools were not measured, effects of increased disturbance may give the opposite sign of the imbalance inferred from live biomass only (see, e.g., Rice et al., 2004). Methodological bias associated with small plots, which under-sample natural disturbance and recovery, might also lead to erroneous inference of net growth (Koerner, 2004). Indeed, studies involving large-area plots (9–50 ha) have indicated either no net long-term change or a long-term net decline in above ground live biomass (Chave et al., 2003; Baker et al., 2004; Clark, 2004; Laurance et al., 2004), and a five-year study of a 20 ha plot in Tapajos, Brazil show increasing live biomass offset by decaying necromass (Fearnside, 2000; Saleska et al., 2003).

Koerner (2004) argues that accurate assessment of trends in forest carbon balance requires long-term monitoring of many replicate plots or very large plots; lacking these studies, the net carbon balance of undisturbed tropical forests cannot be authoritatively assessed based on *in situ* studies. If the results from the plots are extrapolated for illustration, the mean above ground carbon sink would be $0.89 \pm 0.32$ MgC ha$^{-1}$ yr$^{-1}$ (Baker et al., 2004), or $0.54 \pm 0.19$ GtC yr$^{-1}$ (Malhi and Phillips 2004) extrapolated to all Neotropical moist forest area ($6.0 \times 10^6$ km$^2$). If the uncompiled data from the African and Asian tropics (50% of global moist tropical forest area) were to show a similar trend, the associated tropical live biomass sink would be about

$1.2 \pm 0.4$ GtC yr$^{-1}$, close to balancing the net source due to deforestation inferred by DeFries et al. (2002) and Achard et al. (2004) (Table 7.2).

#### 7.3.2.2.5    New findings on the carbon budget

The revised carbon budget in Table 7.1 shows new estimates of two key numbers. First, the flux of $CO_2$ released to the atmosphere from land use change is estimated to be 1.6 (0.5 to 2.7) GtC yr$^{-1}$ for the 1990s. A revision of the TAR estimate for the 1980s (see TAR, Chapter 3) downwards to 1.4 (0.4 to 2.3) GtC yr$^{-1}$ suggests little change between the 1980s and 1990s, but there continues to be considerable uncertainty in these estimates. Second, the net residual terrestrial sink seems to have been larger in the 1990s than in the periods before and after. Thus, a transient increase in terrestrial uptake during the 1990s explains the lower airborne fraction observed during that period. The ocean uptake has increased by 22% between the 1980s and the 1990s, but the fraction of emissions (fossil plus land use) taken up by the ocean has remained constant.

### 7.3.2.3    Regional Fluxes

Quantifying present-day regional carbon sources and sinks and understanding the underlying carbon mechanisms are needed to inform policy decisions. Furthermore, by analysing spatial and temporal detail, mechanisms can be isolated.

#### 7.3.2.3.1    The top-down view: atmospheric inversions

The atmosphere mixes and integrates surface fluxes that vary spatially and temporally. The distribution of regional fluxes over land and oceans can be retrieved using observations of atmospheric $CO_2$ and related tracers within models of atmospheric transport. This is called the 'top-down' approach to estimating fluxes. Atmospheric inversions belong to that approach, and determine an optimal set of fluxes that minimise the mismatch between modelled and observed concentrations, accounting for measurement and model errors. Fossil fuel emissions have small uncertainties that are often ignored and, when considered (e.g., Enting et al., 1995; Rodenbeck et al., 2003a), are found to have little influence on the inversion. Fossil fuel emissions are generally considered perfectly known in inversions, so that their effect can be easily modelled and subtracted from atmospheric $CO_2$ data to solve for regional land-atmosphere and ocean-atmosphere fluxes, although making such an assumption biases the results (Gurney et al., 2005). Input data for inversions come from a global network of about 100 $CO_2$ concentration measurement sites,[3] with mostly discrete flask sampling, and a smaller number of in situ continuous measurement sites. Generally, regional fluxes derived from inverse models have smaller uncertainties upwind of regions with denser data coverage. Measurement and modelling errors and uneven and sparse coverage of the network generate random errors in inversion results. In addition, inverse methodological details, such as the choice of transport model, can introduce

systematic errors. A number of new inversion ensembles, with different methodological details, have been produced since the TAR (Gurney et al., 2003; Rödenbeck et al., 2003a,b; Peylin et al., 2005; Baker et al., 2006). Generally, confidence in the long-term mean inverted regional fluxes is lower than confidence in the year-to-year anomalies (see Section 7.3.2.4). For individual regions, continents or ocean basins, the errors of inversions increase and the significance can be lost. Because of this, Figure 7.7 reports the oceans and land fluxes aggregated into large latitude bands, as well as a breakdown of five land and ocean regions in the NH, which is constrained by denser atmospheric stations. Both random and systematic errors are reported in Figure 7.7.

#### 7.3.2.3.2    The bottom-up view: land and ocean observations and models

The range of carbon flux and inventory data enables quantification of the distribution and variability of $CO_2$ fluxes between the Earth's surface and the atmosphere. This is called the 'bottom-up' approach. The fluxes can be determined by measuring carbon stock changes at repeated intervals, from which time-integrated fluxes can be deduced, or by direct observations of the fluxes. The stock change approach includes basin-scale in situ measurements of dissolved and particulate organic and inorganic carbon or tracers in the ocean (e.g., Sabine et al., 2004a), extensive forest biomass inventories (e.g., UN-ECE/FAO, 2000; Fang et al., 2001; Goodale et al., 2002; Nabuurs et al., 2003; Shvidenko and Nilsson, 2003) and soil carbon inventories and models (e.g., Ogle et al., 2003; Bellamy et al., 2005; van Wesemael et al., 2005; Falloon et al., 2006). The direct flux measurement approach includes surveys of ocean $CO_2$ partial pressure (pCO$_2$) from ship-based measurements, drifters and time series (e.g., Lefèvre et al., 1999; Takahashi et al., 2002), and ecosystem flux measurements via eddy covariance flux networks (e.g., Valentini et al., 2000; Baldocchi et al., 2001).

The air-sea $CO_2$ fluxes consist of a superposition of natural and anthropogenic $CO_2$ fluxes, with the former being globally nearly balanced (except for a small net outgassing associated with the input of carbon by rivers). Takahashi et al. (2002) present both surface ocean pCO$_2$ and estimated atmosphere-ocean $CO_2$ fluxes (used as prior knowledge in many atmospheric inversions) normalised to 1995 using National Centers for Environmental Prediction (NCEP)/National Center for Atmospheric Research (NCAR) 41-year mean monthly winds. Large annual $CO_2$ fluxes to the ocean occur in the Southern Ocean subpolar regions (40°S–60°S), in the North Atlantic poleward of 30°N and in the North Pacific poleward of 30°N (see Figure 7.8). Ocean inversions calculate natural and anthropogenic air-sea fluxes (Gloor et al., 2003; Mikaloff Fletcher et al., 2006), by optimising ocean carbon model results against vertical profiles of DIC data. These studies indicate that the Southern Ocean is the largest sink of anthropogenic $CO_2$, together with mid- to high-latitude regions in the North Atlantic. This is consistent with global ocean hydrographic surveys (Sabine et al., 2004a

---

[3]  Data can be accessed for instance via the World Data Centre for Greenhouse Gases (http://gaw.kishou.go.jp/wdcgg.html) or the NOAA ESRL Global Monitoring Division (http://www.cmdl.noaa.gov/ccgg/index.html)

and Figure 5.10). However, only half of the anthropogenic $CO_2$ absorbed by the Southern Ocean is stored there, due to strong northward transport (Mikaloff Fletcher et al., 2006). The tropical Pacific is a broad area of natural $CO_2$ outgassing to the atmosphere, but this region is a sink of anthropogenic $CO_2$.

Models are used to extrapolate flux observations into regional estimates, using remote-sensing properties and knowledge of the processes controlling the $CO_2$ fluxes and their variability. Rayner et al. (2005) use inverse process-based models, where observations are 'assimilated' to infer optimised fluxes. Since the TAR, the global air-sea flux synthesis has been updated (Takahashi et al., 2002 and Figure 7.8), and new syntheses have been made of continental-scale carbon budgets of the NH continents (Pacala et al., 2001; Goodale et al., 2002; Janssens et al., 2003; Shvidenko and Nilsson, 2003; Ciais et al., 2005a), and of tropical forests (Malhi and Grace, 2000). These estimates are shown in Figure 7.7 and compared with inversion results.

Comparing bottom-up regional fluxes with inversion results is not straightforward because: (1) inversion fluxes may contain a certain amount of prior knowledge of bottom-up fluxes so that the two approaches are not fully independent; (2) the time period for which inversion models and bottom-up estimates are compared is often not consistent, in the presence of interannual variations in fluxes[4] (see Section 7.3.2.4); and (3) inversions of $CO_2$ data produce estimates of $CO_2$ fluxes, so the results will differ from budgets for carbon fluxes (due to the emission of reduced carbon compounds that get oxidized into $CO_2$ in the atmosphere and are subject to transport and chemistry) and carbon storage changes (due to lateral carbon transport, e.g., by rivers) (Sarmiento and Sundquist, 1992). Some of these effects can be included by 'off-line' conversion of inversion results (Enting and Mansbridge, 1991; Suntharalingam et al., 2005). Reduced carbon compounds such as volatile organic compounds (VOCs), carbon monoxide (CO) and $CH_4$ emitted by ecosystems and human activities are transported and oxidized into $CO_2$ in the atmosphere (Folberth et al., 2005). Trade of forest and crop products displaces carbon from ecosystems (Imhoff et al., 2004). Rivers displace dissolved and particulate inorganic and organic carbon from land to ocean (e.g., Aumont et al., 2001). A summary of the main results of inversion and bottom-up estimates of regional $CO_2$ fluxes is given below.





**Figure 7.7.** *Regional ocean-atmosphere and land-atmosphere $CO_2$ fluxes for the NH (top) and the globe (bottom) from inversion ensembles and bottom-up studies. Fluxes to the atmosphere are positive and uptake has a negative sign. Inversion results all correspond to the post-Pinatubo period 1992 to 1996. Orange: Bottom-up terrestrial fluxes from Pacala et al. (2001) and Kurz and Apps (1999) for North America, from Janssens et al. (2003) for Europe and from Shvidenko and Nilsson (2003) plus Fang et al. (2001) for North Asia (Asian Russia and China). Cyan (filled circles): Bottom-up ocean flux estimates from Takahashi, et al. (2002). Blue: ocean fluxes from atmospheric inversions. Green: terrestrial fluxes from inversion models. Magenta: total inversion fluxes. Red: fossil fuel emissions. The mean flux of different inversion ensembles is reported. Inversion errors for regional fluxes are not reported here; their values usually range between 0.5 and 1 GtC $yr^{-1}$. Error bar: range of atmospheric inversion fluxes from the TAR. Squares: Gurney et al. (2002) inversions using annual mean $CO_2$ observations and 16 transport models. Circles: Gurney et al. (2003) inversions using monthly $CO_2$ observations and 13 transport models. Triangles: Peylin et al. (2005) inversions with three transport models, three regional breakdowns and three inversion settings. Inverted triangles: Rödenbeck et al. (2003a) inversions where the fluxes are solved on the model grid using monthly flask data.*

### 7.3.2.3.3    Robust findings of regional land-atmosphere flux

- Tropical lands are found in inversions to be either carbon neutral or sink regions, despite widespread deforestation, as is apparent in Figure 7.7, where emissions from land include deforestation. This implies carbon uptake by undisturbed tropical ecosystems, in agreement with limited forest inventory data in the Amazon (Phillips et al., 1998; Malhi and Grace, 2000).
- Inversions place a substantial land carbon sink in the NH. The inversion estimate is –1.7 (–0.4 to –2.3) GtC $yr^{-1}$ (from data in Figure 7.7). A bottom-up value of the NH land sink of –0.98 (–0.38 to –1.6) GtC $yr^{-1}$ was also estimated,

---

[4]  For instance, the chosen 1992 to 1996 time period for assessing inversion fluxes, dictated by the availability of the Atmospheric Tracer Transport Model Intercomparison Project (TransCom 3) intercomparison results (Gurney et al., 2002, 2003, 2004), corresponds to a low growth rate and to a stronger terrestrial carbon sink, likely due to the eruption of Mt. Pinatubo.

based upon regional synthesis studies (Kurz and Apps, 1999; Fang et al., 2001; Pacala et al., 2001; Janssens et al., 2003; Nilsson et al., 2003; Shvidenko and Nilsson, 2003). The inversion sink value is on average higher than the bottom-up value. Part of this discrepancy could be explained by lateral transport of carbon via rivers, crop trade and emission of reduced carbon compounds.

- The longitudinal partitioning of the northern land sink between North America, Europe and Northern Asia has large uncertainties (see Figure 7.7). Inversions give a very large spread over Europe (–0.9 to +0.2 GtC yr$^{-1}$), and Northern Asia (–1.2 to +0.3 GtC yr$^{-1}$) and a large spread over North America (–0.6 to –1.1 GtC yr$^{-1}$). Within the uncertainties of each approach, continental-scale carbon fluxes from bottom-up and top-down methods over Europe, North America and Northern Asia are mutually consistent (Pacala et al., 2001; Janssens et al., 2003). The North American carbon sink estimated by recent inversions is on average lower than an earlier widely cited study by Fan et al. (1998). Nevertheless, the Fan et al. (1998) estimate remains within the range of future uncertainties. In addition, the fluxes calculated in Fan et al. (1998) coincide with the low growth rate post-Pinatubo period, and hence are not necessarily representative of long-term behaviour.



**Figure 7.8.** Estimates (4° × 5°) of sea-to-air flux of $CO_2$ computed using 940,000 measurements of surface water p$CO_2$ collected since 1956 and averaged monthly, together with NCEP/NCAR 41-year mean monthly wind speeds and a (10-m wind speed)$^2$ dependence on the gas transfer rate (Wanninkhof, 1992). The fluxes were normalised to the year 1995 using techniques described in Takahashi et al. (2002), who used wind speeds taken at the 0.995 standard deviation level (about 40 m above the sea surface). The annual flux of $CO_2$ for 1995 with 10-m winds is –1.6 GtC yr$^{-1}$, with an approximate uncertainty (see Footnote 1) of ±1 GtC yr$^{-1}$, mainly due to uncertainty in the gas exchange velocity and limited data coverage. This estimated global flux consists of an uptake of anthropogenic $CO_2$ of –2.2 GtC yr$^{-1}$ (see text) plus an outgassing of 0.6 GtC yr$^{-1}$, corresponding primarily to oxidation of organic carbon borne by rivers (Figure 7.3). The monthly flux values with 10-m winds used here are available from T. Takahashi at http://www.ldeo.columbia.edu/res/pi/CO2/carbondioxide/pages/air_sea_flux_rev1.html.

### 7.3.2.3.4 Robust findings of regional ocean-atmosphere flux

- The regional air-sea $CO_2$ fluxes consist of a superposition of natural and anthropogenic $CO_2$ fluxes, with the former being globally nearly balanced (except for a small net outgassing associated with the input of carbon by rivers), and the latter having a global integral uptake of 2.2 ± 0.5 GtC yr$^{-1}$ (see Table 7.1).
- The tropical oceans are outgassing $CO_2$ to the atmosphere (see Figure 7.8), with a mean flux of the order of 0.7 GtC yr$^{-1}$, estimated from an oceanic inversion (Gloor et al., 2003), in good agreement with atmospheric inversions (0 to 1.5 GtC yr$^{-1}$), and estimates based on oceanic p$CO_2$ observations (0.8 GtC yr$^{-1}$; Takahashi et al., 2002).
- The extratropical NH ocean is a net sink for anthropogenic and natural $CO_2$, with a magnitude of the order of 1.2 GtC yr$^{-1}$, consistent among various estimates.
- The Southern Ocean is a large sink of atmospheric $CO_2$ (Takahashi et al., 2002; Gurney et al., 2002) and of anthropogenic $CO_2$ (Gloor et al., 2003; Mikaloff Fletcher et al., 2006). Its magnitude has been estimated to be about 1.5 GtC yr$^{-1}$. This estimate is consistent among the different methods at the scale of the entire Southern Ocean. However,

differences persist with regard to the Southern Ocean flux distribution between subpolar and polar latitudes (T. Roy et al., 2003). Atmospheric inversions and oceanic inversions indicate a larger sink in subpolar regions (Gurney et al., 2002; Gloor et al., 2003), consistent with the distribution of $CO_2$ fluxes based on available Δp$CO_2$ observations (Figure 7.8 and Takahashi, 2002).

### 7.3.2.4 Interannual Changes in the Carbon Cycle

#### 7.3.2.4.1 Interannual changes in global fluxes

The atmospheric $CO_2$ growth rate exhibits large interannual variations (see Figure 3.3, the TAR and http://lgmacweb.env.uea.ac.uk/lequere/co2/carbon_budget). The variability of fossil fuel emissions and the estimated variability in net ocean uptake are too small to account for this signal, which must be caused by year-to-year fluctuations in land-atmosphere fluxes. Over the past two decades, higher than decadal-mean $CO_2$ growth rates occurred in 1983, 1987, 1994 to 1995, 1997 to 1998 and 2002 to 2003. During such episodes, the net uptake of anthropogenic $CO_2$ (sum of land and ocean sinks) is temporarily weakened. Conversely, small growth rates occurred in 1981, 1992 to 1993 and 1996 to 1997, associated with enhanced uptake. Generally, high $CO_2$ growth rates correspond to El Niño conditions, and low growth rates to La Niña (Bacastow and Keeling, 1981; Lintner, 2002). However, two episodes of $CO_2$ growth rate variations during the past two decades did not reflect such an El Niño forcing. In 1992 to 1993, a marked reduction in growth rate occurred, coincident with the cooling and radiation

anomaly caused by the eruption of Mt. Pinatubo in June 1991. In 2002 to 2003, an increase in growth rate occurred, larger than expected based on the very weak El Niño (Jones and Cox, 2005). It coincided with droughts in Europe (Ciais et al., 2005b), in North America (Breshears et al., 2005) and in Asian Russia (IFFN, 2003).

Since the TAR, many studies have confirmed that the variability of $CO_2$ fluxes is mostly due to land fluxes, and that tropical lands contribute strongly to this signal (Figure 7.9). A predominantly terrestrial origin of the growth rate variability can be inferred from (1) atmospheric inversions assimilating time series of $CO_2$ concentrations from different stations (Bousquet et al., 2000; Rödenbeck et al., 2003b; Baker et al., 2006), (2) consistent relationships between $\delta^{13}C$ and $CO_2$ (Rayner et al., 1999), (3) ocean model simulations (e.g., Le Quéré et al., 2003; McKinley et al., 2004a) and (4) terrestrial carbon cycle and coupled model simulations (e.g., C. Jones et al., 2001; McGuire et al., 2001; Peylin et al., 2005; Zeng et al., 2005). Currently, there is no evidence for basin-scale interannual variability of the air-sea $CO_2$ flux exceeding $\pm 0.4$ GtC yr$^{-1}$, but there are large ocean regions, such as the Southern Ocean, where interannual variability has not been well observed.

### 7.3.2.4.2   Interannual variability in regional fluxes, atmospheric inversions and bottom-up models

Year-to-year flux anomalies can be more robustly inferred by atmospheric inversions than mean fluxes. Yet, at the scale of continents or ocean basins, the inversion errors increase and the statistical significance of the inferred regional fluxes decreases.[5] This is why Figure 7.9 shows the land-atmosphere and ocean-atmosphere flux anomalies over broad latitude bands only for the inversion ensembles of Baker et al. (2006), Bousquet et al. (2000) and Rödenbeck et al. (2003b). An important finding of these studies is that differences in transport models have little impact on the interannual variability of fluxes. Interannual variability of global land-atmosphere fluxes ($\pm 4$ GtC yr$^{-1}$ between extremes) is larger than that of air-sea fluxes and dominates the global fluxes. This result is also true over large latitude bands (Figure 7.9). Tropical land fluxes exhibit on average a larger variability than temperate and boreal fluxes. Inversions give tropical land flux anomalies of the order of $\pm 1.5$ to 2 GtC yr$^{-1}$, which compare well in timing and magnitude with terrestrial model results (Tian et al., 1998; Peylin et al., 2005; Zeng et al., 2005). In these studies, enhanced sources occur during El Niño episodes and abnormal sinks during La Niña. In addition to the influence of these climate variations on ecosystem processes (Gérard et al., 1999; C. Jones et al., 2001), regional droughts during El Niño events promote large biomass fires, which appear to contribute to high $CO_2$ growth rates during the El Niño episodes (Barbosa et al., 1999; Langenfelds et al., 2002; Page et al., 2002; van der Werf et al., 2003, 2004; Patra et al., 2005).

Inversions robustly attribute little variability to ocean-atmosphere $CO_2$ flux ($\pm 0.5$ GtC yr$^{-1}$ between extremes), except for the recent work of Patra et al. (2005). This is in agreement with ocean model and ocean observations (Lee et al., 1998; Le Quéré et al., 2003; Obata and Kitamura, 2003; McKinley et al., 2004b). However, inversions and ocean models differ on the dominant geographic contributions to the variability. Inversions estimate similar variability in both hemispheres, whereas ocean models estimate more variability in the Southern Ocean (Bousquet et al., 2000; Rödenbeck et al., 2003b; Baker et al., 2006). Over the North Atlantic, Gruber et al. (2002) suggest a regional $CO_2$ flux variability (extremes of $\pm 0.3$ GtC yr$^{-1}$) by extrapolating data from a single ocean station, but McKinley et al. (2004a,b) model a small variability (extremes of $\pm 0.1$ GtC yr$^{-1}$). The equatorial Pacific is the ocean region of the world where the variability is constrained with repeated $\Delta pCO_2$ observations (variations of about $\pm 0.4$ GtC yr$^{-1}$; Feely et al., 2002), with a reduced source of $CO_2$ during El Niño associated with decreased upwelling of $CO_2$-rich waters. Over this region, some inversion results (e.g., Bousquet et al., 2000) compare well in magnitude and timing with ocean and coupled model results (Le Quéré et al., 2000; C. Jones et al., 2001; McKinley et al., 2004a,b) and with $\Delta pCO_2$ observations (Feely et al., 1999, 2002).

### 7.3.2.4.3   Slowdown in carbon dioxide growth rates during the early 1990s

The early 1990s had anomalously strong global sinks for atmospheric $CO_2$, compared with the decadal mean (Table 7.1). Although a weak El Niño from 1991 to 1995 may have helped to enhance ocean uptake at that time, inversions and $O_2$:$N_2$ and $\delta^{13}C$-$CO_2$ atmospheric data (Battle et al., 2000) indicate that the enhanced uptake was of predominantly terrestrial origin. The regions where the 1992 to 1993 abnormal sink is projected to be are not robustly estimated by inversions. Both Bousquet et al. (2000) and Rödenbeck et al. (2003b) project a large fraction of that sink in temperate North America, while Baker et al. (2006) place it predominantly in the tropics. Model results suggest that cooler temperatures caused by the Mt. Pinatubo eruption reduced soil respiration and enhanced NH carbon uptake (Jones and Cox, 2001b; Lucht et al., 2002), despite lower productivity as indicated by remote sensing of vegetation activity. In addition, aerosols from the volcanic eruption scattered sunlight and increased its diffuse fraction, which is used more efficiently by plant canopies in photosynthesis than direct light (Gu et al., 2003). It has been hypothesised that a transient increase in the diffuse fraction of radiation enhanced $CO_2$ uptake by land ecosystems in 1992 to 1993, but the global significance and magnitude of this effect remains unresolved (Roderick et al., 2001; Krakauer and Randerson, 2003; Angert et al., 2004; Robock, 2005).

---

[5]   In other words, the model bias has only a small influence on inversions of interannual variability. These interannual inversion studies all report a random error and a systematic error range derived from sensitivity tests with different settings. Bousquet et al. (2000) used large regions and different inversion settings for the period 1980 to 1998. Rödenbeck et al. (2003) used one transport model and inverted fluxes at the resolution of the model grid for the period 1982 to 2002, with different inversion settings. Baker et al. (2006) used large regions but 13 different transport models for the period 1988 to 2002.



**Figure 7.9.** *Year-to-year anomalies in ocean-atmosphere and land-atmosphere $CO_2$ fluxes (GtC yr⁻¹) from interannual inversion ensembles covering the past 20 years or so, grouped into large latitude bands, and over the globe. Three different inversion ensembles from Bousquet et al. (2000), Rödenbeck et al. (2003a) and Baker et al. (2006) are shown. For each flux and each region, the anomalies were obtained by subtracting the long-term mean flux and removing the seasonal signal. Grey shaded regions indicate El Niño episodes, and the black bars indicate the cooling period following the Mt. Pinatubo eruption.*

*7.3.2.4.4    Speed-up in carbon dioxide growth rates during the late 1990s*

The high $CO_2$ growth in 1998 coincided with a global increase in CO concentrations attributable to wildfires (Yurganov et al., 2005) in Southeast Asia (60%), South America (30%) and Siberia (van der Werf et al., 2004). Langenfelds et al. (2002) analyse the correlations in the interannual growth rate of $CO_2$ and other species at 10 stations and link the 1997 to 1998 (and the 1994 to 1995) anomalies to high fire emissions as a single process. Achard et al. (2004) estimate a source of $0.88 \pm 0.07$ GtC emitted from the burning of $2.4 \times 10^6$ ha of peatland in the Indonesian forest fires in 1997 to 1998, and Page et al. (2002) estimate a source of +0.8 to +2.6 GtC. During the 1997 to 1998 high $CO_2$ growth rate episode, inversions place an abnormal source over tropical Southeast Asia, in good agreement with such bottom-up evidence. The relationship between El Niño and $CO_2$ emissions from fires is not uniform: fire emissions from low productivity ecosystems in Africa and northern Australia are limited by fuel load density and thus decrease during drier periods, in contrast to the response in tropical forests (Barbosa et al., 1999; Randerson et al., 2005). In addition, co-varying processes such as reduced productivity caused by drought in tropical forests during El Niño episodes may be superimposed on fire emissions. From 1998 to 2003, extensive drought in mid-latitudes of the NH (Hoerling and Kumar, 2003), accompanied by more wildfires in some regions (Balzter et al., 2005; Yurganov et al., 2005) may have led to decreased photosynthesis and carbon uptake (Angert et al., 2005; Ciais et al., 2005b), helping to increase the atmospheric $CO_2$ growth rate.

**7.3.3    Terrestrial Carbon Cycle Processes and Feedbacks to Climate**

The net exchange of carbon between the terrestrial biosphere and the atmosphere is the difference between carbon uptake by photosynthesis and release by plant respiration, soil respiration and disturbance processes (fire, windthrow, insect attack and herbivory in unmanaged systems, together with deforestation, afforestation, land management and harvest in managed systems). Over at least the last 30 years, the net result of all these processes has been uptake of atmospheric $CO_2$ by terrestrial ecosystems (Table 7.1, 'land-atmosphere flux' row). It is critical to understand the reasons for this uptake and its likely future course. Will uptake by the terrestrial biosphere grow or diminish with time, or even reverse so that the terrestrial biosphere becomes a net source of $CO_2$ to the atmosphere? To answer this question it is necessary to understand the underlying processes and their dependence on the key drivers of climate, atmospheric composition and human land management.

Drivers that affect the carbon cycle in terrestrial ecosystems can be classified as (1) direct climate effects (changes in precipitation, temperature and radiation regime); (2) atmospheric composition effects ($CO_2$ fertilization, nutrient deposition, damage by pollution); and (3) land use change effects (deforestation, afforestation, agricultural practices, and

their legacies over time). This section first summarises current knowledge of the processes by which each of these drivers influence the terrestrial carbon balance, and then examines knowledge of the integrative consequences of all these processes in the key case of tropical forests.

**7.3.3.1    Processes Driven by Climate, Atmospheric Composition and Land Use Change**

*7.3.3.1.1    Climatic regulation of terrestrial carbon exchange*

Ecosystem responses to environmental drivers (sunlight, temperature, soil moisture) and to ecological factors (e.g., forest age, nutrient supply, organic substrate availability; see, e.g., Clark, 2002; Ciais et al., 2005b; Dunn et al., 2007) are complex. For example, elevated temperature and higher soil water content enhance rates for heterotrophic respiration in well-aerated soils, but depress these rates in wet soils. Soil warming experiments typically show marked soil respiration increases at elevated temperature (Oechel et al., 2000; Rustad et al., 2001; Melillo et al., 2002), but $CO_2$ fluxes return to initial levels in a few years as pools of organic substrate re-equilibrate with inputs (Knorr et al., 2005). However, in dry soils, decomposition may be limited by moisture and not respond to temperature (Luo et al., 2001). Carbon cycle simulations need to capture both the short- and long-term responses to changing climate to predict carbon cycle responses.

Current models of terrestrial carbon balance have difficulty simulating measured carbon fluxes over the full range of temporal and spatial scales, including instantaneous carbon exchanges at the leaf, plot or ecosystem level, seasonal and annual carbon fluxes at the stand level and decadal to centennial accumulation of biomass and organic matter at stand or regional scales (Melillo et al., 1995; Thornton et al., 2002). Moreover, projections of changes in land carbon storage are tied not only to ecosystem responses to climate change, but also to the modelled projections of climate change itself. As there are strong feedbacks between these components of the Earth system (see Section 7.3.5), future projections must be considered cautiously.

*7.3.3.1.2    Effects of elevated carbon dioxide*

On physiological grounds, almost all models predict stimulation of carbon assimilation and sequestration in response to rising $CO_2$, called '$CO_2$ fertilization' (Cramer et al., 2001; Oren et al., 2001; Luo et al., 2004; DeLucia et al., 2005). Free Air $CO_2$ Enrichment (FACE) and chamber studies have been used to examine the response of ecosystems to large (usually about 50%) step increases in $CO_2$ concentration. The results have been variable (e.g., Oren et al., 2001; Nowak et al., 2004; Norby et al., 2005). On average, net $CO_2$ uptake has been stimulated, but not as much as predicted by some models. Other factors (e.g., nutrients or genetic limitations on growth) can limit plant growth and reduce response to $CO_2$. Eleven FACE experiments, encompassing bogs, grasslands, desert and young temperate tree stands report an average increased net primary productivity (NPP) of 12% when compared to ambient $CO_2$ levels (Nowak et al., 2004). There is a large range of responses, with woody

plants consistently showing NPP increases of 23 to 25% (Norby et al., 2005), but much smaller increases for grain crops (Ainsworth and Long, 2005), reflecting differential allocation of the incremental organic matter to shorter- vs. longer-lived compartments. Overall, about two-thirds of the experiments show positive response to increased $CO_2$ (Ainsworth and Long, 2005; Luo et al., 2005). Since saturation of $CO_2$ stimulation due to nutrient or other limitations is common (Dukes et al., 2005; Koerner et al., 2005), it is not yet clear how strong the $CO_2$ fertilization effect actually is.

### 7.3.3.1.3    Nutrient and ozone limitations to carbon sequestration

The basic biochemistry of photosynthesis implies that stimulation of growth will saturate under high $CO_2$ concentrations and be further limited by nutrient availability (Dukes et al., 2005; Koerner et al., 2005) and by possible acclimation of plants to high $CO_2$ levels (Ainsworth and Long, 2005). Carbon storage by terrestrial plants requires net assimilation of nutrients, especially N, a primary limiting nutrient at middle and high latitudes and an important nutrient at lower latitudes (Vitousek et al., 1998). Hungate et al. (2003) argue that 'soil C sequestration under elevated $CO_2$ is constrained both directly by N availability and indirectly by nutrients needed to support $N_2$ fixation', and Reich et al. (2006) conclude that 'soil N supply is probably an important constraint on global terrestrial responses to elevated $CO_2$'. This view appears to be consistent with other recent studies (e.g., Finzie et al., 2006; Norby et al., 2006; van Groenigen et al., 2006) and with at least some of the FACE data, further complicating estimation of the current effects of rising $CO_2$ on carbon sequestration globally.

Additional N supplied through atmospheric deposition or direct fertilization can stimulate plant growth (Vitousek, 2004) and in principle could relieve the nutrient constraint on $CO_2$ fertilization. Direct canopy uptake of atmospheric N may be particularly effective (Sievering et al., 2000). Overall, the effectiveness of N inputs appears to be limited by immobilisation and other mechanisms. For example, when labelled nitrogen ([15]N) was added to soil and litter in a forest over seven years, only a small fraction became available for tree growth (Nadelhoffer et al., 2004). Moreover, atmospheric N deposition is spatially correlated with air pollution, including elevated atmospheric ozone. Ozone and other pollutants may have detrimental effects on plant growth, possibly further limiting the stimulation of carbon uptake by anthropogenic N emissions (Ollinger and Aber, 2002; Holland and Carroll, 2003). Indeed, Felzer et al. (2004) estimate that surface ozone increases since 1950 may have reduced $CO_2$ sequestration in the USA by 18 to 20 TgC yr$^{-1}$. The current generation of coupled carbon-climate models (see Section 7.3.5) does not include nutrient limitations or air pollution effects.

### 7.3.3.1.4    Fire

Fire is a major agent for conversion of biomass and soil organic matter to $CO_2$ (Randerson et al., 2002a–d; Cochrane, 2003; Nepstad et al., 2004; Jones and Cox, 2005; Kasischke et al., 2005; Randerson et al., 2005). Globally, wildfires (savannah and forest fires, excluding biomass burning for fuel and land clearing) oxidize 1.7 to 4.1 GtC yr$^{-1}$ (Mack et al., 1996; Andreae and Merlet, 2001), or about 3 to 8% of total terrestrial NPP. There is an additional large enhancement of $CO_2$ emissions associated with fires stimulated by human activities, such as deforestation and tropical agricultural development. Thus, there is a large potential for future alteration in the terrestrial carbon balance through altered fire regimes. A striking example occurred during the 1997 to 1998 El Niño, when large fires in the Southeast Asian archipelago are estimated to have released 0.8 to 2.6 GtC (see Section 7.3.2.4). Fire frequency and intensity are strongly sensitive to climate change and variability, and to land use practices. Over the last century, trends in burned area have been largely driven by land use practices, through fire suppression policies in mid-latitude temperate regions and increased use of fire to clear forest in tropical regions (Mouillot and Field, 2005). However, there is also evidence that climate change has contributed to an increase in fire frequency in Canada (Gillett et al., 2004). The decrease in fire frequency in regions like the USA and Europe has contributed to the land carbon sink there, while increased fire frequency in regions like Amazonia, Southeast Asia and Canada has contributed to the carbon source. At high latitudes, the role of fire appears to have increased in recent decades: fire disturbance in boreal forests was higher in the 1980s than in any previous decade on record (Kurz et al., 1995; Kurz and Apps, 1999; Mouillot and Field, 2005). Flannigan et al. (2005) estimate that in the future, the $CO_2$ source from fire will increase.

### 7.3.3.1.5    Direct effects of land use and land management

**Evolution of landscape structure, including woody thickening:** Changes in the structure and distribution of ecosystems are driven in part by changes in climate and atmospheric $CO_2$, but also by human alterations of landscapes through land management and the introduction of invasive species and exotic pathogens. The single most important process in the latter category is woody encroachment or vegetation thickening, the increase in woody biomass occurring in (mainly semi-arid) grazing lands. In many regions, this increase arises from fire suppression and associated grazing management practices, but there is also a possibility that increases in $CO_2$ are giving $C_3$ woody plants a competitive advantage over $C_4$ grasses (Bond et al., 2003). Woody encroachment could account for as much as 22 to 40% of the regional carbon sink in the USA (Pacala et al., 2001), and a high proportion in northeast Australia (Burrows et al., 2002). Comprehensive data are lacking to define this effect accurately.

**Deforestation:** Forest clearing (mainly in the tropics) is a large contributor to the land use change component of the current atmospheric $CO_2$ budget, accounting for up to one-third of total anthropogenic emissions (see Table 7.2; Section 7.3.2.1; also Table 7.1, row 'land use change flux'). The future evolution of this term in the $CO_2$ budget is therefore of critical importance. Deforestation in Africa, Asia and the tropical Americas is expected to decrease towards the end of the 21st century to a

small fraction of the levels in 1990 (IPCC, 2000). The declines in Asia and Africa are driven by the depletion of forests, while trends in the Americas have the highest uncertainty given the extent of the forest resource.

**Afforestation:** Recent (since 1970) afforestation and reforestation as direct human-induced activities have not yet had much impact on the global terrestrial carbon sink. However, regional sinks have been created in areas such as China, where afforestation since the 1970s has sequestered 0.45 GtC (Fang et al., 2001). The largest effect of afforestation is not immediate but through its legacy.

**Agricultural practices:** Improvement of agricultural practices on carbon-depleted soils has created a carbon sink. For instance, the introduction of conservation tillage in the USA is estimated to have increased soil organic matter (SOM) stocks by about 1.4 GtC over the last 30 years. However, yearly increases in SOM can be sustained only for 50 to 100 years, after which the system reaches a new equilibrium (Cole et al., 1996; Smith et al., 1997). Moreover, modern conservation tillage often entails large inputs of chemicals and fertilizer, which are made using fossil fuels, reducing the $CO_2$ benefit from carbon sequestration in agricultural soils. The increase in soil carbon stocks under low-tillage systems may also be mostly a topsoil effect with little increase in total profile carbon storage observed, confounded by the fact that most studies of low-tillage systems have only sampled the uppermost soil layers.

*7.3.3.1.6    Forest regrowth*

Some studies suggest that forest regrowth could be a major contributor to the global land carbon sink (e.g., Pacala et al., 2001; Schimel et al., 2001; Hurtt et al., 2002). Forest areas generally increased during the 20th century at middle and high latitudes (unlike in the tropics). This surprising trend reflects the intensification of agriculture and forestry. Globally, more food is being grown on less land, reflecting mechanisation of agriculture, increased fertilizer use and adoption of high-yield cultivars, although in parts of Africa and Asia the opposite is occurring. Likewise, intensive forest management and agroforestry produce more fibre on less land; improved forest management favours more rapid regrowth of forests after harvest. These trends have led to carbon sequestration by regrowing forests. It should be noted, however, that industrialised agriculture and forestry require high inputs of fossil energy, so it is difficult to assess the net global effects of agricultural intensification on atmospheric greenhouse gases and radiative forcing.

Regional studies have confirmed the plausibility of strong mid-latitude sinks due to forest regrowth. Data from the eddy flux tower network show that forests on long-abandoned former agricultural lands (Curtis et al., 2002) and in industrial managed forests (Hollinger et al., 2002) take up significant amounts of carbon every year. Analysis of forest inventory data shows that, in aggregate, current forest lands are significant sinks for atmospheric $CO_2$ (Pacala et al., 2001). Few old growth forests remain at mid-latitudes (most forests are less than 70 years old), in part due to forest management. Therefore, forests in

these areas are accumulating biomass because of their ages and stages of succession. Within wide error bands (see Section 7.3.2.3), the uptake rates inferred from flux towers are generally consistent with those inferred from inverse methods (e.g., Hurtt et al., 2002). Stocks of soil carbon are also likely increasing due to replenishment of soil organic matter and necromass depleted during the agricultural phase, and changes in soil microclimate associated with reforestation; these effects might add 30 to 50% to the quantity of $CO_2$ sequestered (e.g., Barford et al., 2001). It is important to note that at least some of this sequestration is 'refilling' the deficits in biomass and soil organic matter, accumulated in previous epochs (see Figure 7.3), and the associated $CO_2$ uptake should be expected to decline in the coming decades unless sustained by careful management strategies designed to accomplish that purpose.

### 7.3.4    Ocean Carbon Cycle Processes and Feedbacks to Climate

*7.3.4.1    Overview of the Ocean Carbon Cycle*

Oceanic carbon exists in several forms: as DIC, DOC, and particulate organic carbon (POC) (living and dead) in an approximate ratio DIC:DOC:POC = 2000:38:1 (about 37,000 GtC DIC: Falkowski et al., 2000 and Sarmiento and Gruber, 2006; 685 GtC DOC: Hansell and Carlson, 1998; and 13 to 23 GtC POC: Eglinton and Repeta, 2004). Before the industrial revolution, the ocean contained about 60 times as much carbon as the atmosphere and 20 times as much carbon as the terrestrial biosphere/soil compartment.

Seawater can, through inorganic processes, absorb large amounts of $CO_2$ from the atmosphere, because $CO_2$ is a weakly acidic gas and the minerals dissolved in the ocean have over geologic time created a slightly alkaline ocean (surface pH 7.9 to 8.25: Degens et al., 1984; Royal Society, 2005). The air-sea exchange of $CO_2$ is determined largely by the air-sea gradient in p$CO_2$ between atmosphere and ocean. Equilibration of surface ocean and atmosphere occurs on a time scale of roughly one year. Gas exchange rates increase with wind speed (Wanninkhof and McGillis, 1999; Nightingale et al., 2000) and depend on other factors such as precipitation, heat flux, sea ice and surfactants. The magnitudes and uncertainties in local gas exchange rates are maximal at high wind speeds. In contrast, the equilibrium values for partitioning of $CO_2$ between air and seawater and associated seawater pH values are well established (Zeebe and Wolf-Gladrow, 2001; see Box 7.3).

In addition to changes in advection and mixing, the ocean can alter atmospheric $CO_2$ concentration through three mechanisms (Volk and Hoffert, 1985), illustrated in Figure 7.10: (1) absorption or release of $CO_2$ due to changes in solubility of gaseous $CO_2$ ('solubility pump'); (2) changes in carbon fixation to POC in surface waters by photosynthesis and export of this carbon through sinking of organic particles out of the surface layer ('organic carbon pump') – this process is limited to first order by availability of light and nutrients (phosphate, nitrate, silicic acid and micronutrients such as iron); and (3) changes in

## Box 7.3:  Marine Carbon Chemistry and Ocean Acidification

The marine carbonate buffer system allows the ocean to take up $CO_2$ far in excess of its potential uptake capacity based on solubility alone, and in doing so controls the pH of the ocean. This control is achieved by a series of reactions that transform carbon added as $CO_2$ into $HCO_3^-$ and $CO_3^{2-}$. These three dissolved forms (collectively known as DIC) are found in the approximate ratio $CO_2$:$HCO_3^-$: $CO_3^{2-}$ of 1:100:10 (Equation (7.1)). $CO_2$ is a weak acid and when it dissolves, it reacts with water to form carbonic acid, which dissociates into a hydrogen ion ($H^+$) and a $HCO_3^-$ ion, with some of the $H^+$ then reacting with $CO_3^{2-}$ to form a second $HCO_3^-$ ion (Equation (7.2)).

$$CO_2 + H_2O \rightarrow H^+ + HCO_3^- \rightarrow 2H^+ + CO_3^{2-} \qquad (7.1)$$
$$CO_2 + H_2O + CO_3^{2-} \rightarrow HCO_3^- + H^+ + CO_3^{2-} \rightarrow 2HCO_3^- \qquad (7.2)$$

Therefore, the net result of adding $CO_2$ to seawater is an increase in $H^+$ and $HCO_3^-$, but a reduction in $CO_3^{2-}$. The decrease in the $CO_3^{2-}$ ion reduces the overall buffering capacity as $CO_2$ increases, with the result that proportionally more $H^+$ ions remain in solution and increase acidity.

This ocean acidification is leading to a decrease in the saturation state of $CaCO_3$ in the ocean. Two primary effects are expected: (1) the biological production of corals as well as calcifying phytoplankton and zooplankton within the water column may be inhibited or slowed down (Royal Society, 2005), and (2) the dissolution of $CaCO_3$ at the ocean floor will be enhanced (Archer, 2005). Aragonite, the meta-stable form of $CaCO_3$ produced by corals and pteropods (planktonic snails; Lalli and Gilmer, 1989), will be particularly susceptible to a pH reduction (Kleypas et al., 1999b; Hughes et al., 2003; Orr et al., 2005). Laboratory experiments under high ambient $CO_2$ with the coccolithophore species *Emiliania huxleyi* and *Gephyrocapsa oceanica* produce a significant reduction in $CaCO_3$ production and a stimulation of POC production (Riebesell et al., 2000; Zondervan et al., 2001). Other species and growth under other conditions may show different responses, so that no conclusive quantification of the $CaCO_3$ feedback is possible at present (Tortell et al., 2002; Sciandra et al., 2003).

The sinking speed of marine particle aggregates depends on their composition: $CaCO_3$ may act as an efficient ballast component, leading to high sinking speeds of aggregates (Armstrong et al., 2002; Klaas and Archer, 2002). The relatively small negative feedback of reduced $CaCO_3$ production to atmospheric p$CO_2$ may be compensated for by a change in the ballast for settling biogenic particles and the associated shallowing of re-mineralization depth levels in the water column for organic carbon (Heinze, 2004). On the other hand, production of extracellular organic carbon could increase under high $CO_2$ levels and lead to an increase in export (Engel et al., 2004).

Ecological changes due to expected ocean acidification may be severe for corals in tropical and cold waters (Gattuso et al., 1999; Kleypas et al., 1999a; Langdon et al., 2003; Buddemeier et al., 2004; Roberts et al., 2006) and for pelagic ecosystems (Tortell et al., 2002; Royal Society, 2005). Acidification can influence the marine food web at higher trophic levels (Langenbuch and Pörtner, 2003; Ishimatsu et al., 2004).

Since the beginning of the industrial revolution, sea surface pH has dropped by about 0.1 pH units (corresponding to a 30% increase in the H ion concentration). The expected continued decrease may lead within a few centuries to an ocean pH estimated to have occurred most recently a few hundred million years before present (Caldeira and Wickett, 2003; Key et al., 2004; Box 7.3, Figure 1).

According to a model experiment based on the IPCC Scenarios 1992a (IS92a) emission scenario, bio-calcification will be reduced by 2100, in particular within the Southern Ocean (Orr et al., 2005), and by 2050 for aragonite-producing organisms (see also Figure 10.24). It is important to note that ocean acidification is not a direct consequence of climate change but a consequence of fossil fuel $CO_2$ emissions, which are the main driver of the anticipated climate change.

**Box 7.3, Figure 1.** *(a) Atmospheric $CO_2$ emissions, historical atmospheric $CO_2$ levels and predicted $CO_2$ concentrations from the given emission time series, together with changes in ocean pH based on horizontally averaged chemistry. The emission time series is based on the mid-range IS92a emission scenario (solid line) prior to 2100 and then assumes that emissions continue until fossil fuel reserves decline. (b) Estimated maximum change in surface ocean pH as a function of final atmospheric $CO_2$ pressure, and the transition time over which this $CO_2$ pressure is linearly approached from 280 ppm. A: Glacial-interglacial $CO_2$ changes; B: slow changes over the past 300 Myr; C: historical changes in ocean surface waters; D: unabated fossil fuel burning over the next few centuries. Source: Caldeira and Wickett (2003). Reprinted with permission from Macmillan Publishers Ltd: Nature, Caldeira and Wickett (2003), copyright (2003).*



the release of $CO_2$ in surface waters during formation of $CaCO_3$ shell material by plankton ('$CaCO_3$ counter pump').

Organic particles are re-mineralized (oxidized to DIC and other inorganic compounds through the action of bacteria) primarily in the upper 1,000 m of the oceanic water column, with an accompanying decrease in dissolved O. On the average, $CaCO_3$ particles sink deeper before they undergo dissolution: deep waters are undersaturated with respect to $CaCO_3$. The remainder of the particle flux enters marine sediments and is subject to either re-dissolution within the water column or accumulation within the sediments. Although the POC reservoir is small, it plays an important role in keeping DIC concentrations low in surface waters and high in deep waters. The loop is closed through the three-dimensional ocean circulation: upwelling water brings inorganic carbon and nutrients to the surface again, leading to outgassing and biogenic particle production. Dissolved organic carbon enters the ocean water column from rivers and marine metabolic processes. A large fraction of DOC has a long ocean residence time (1–10 kyr), while other fractions are more short-lived (days to hundreds of years; Loh et al., 2004). The composition of dissolved organic matter is still largely unknown.

In conjunction with the global ocean mixing or overturning time of the order of 1 kyr (Broecker and Peng, 1982), small changes in the large ocean carbon reservoir can induce significant changes in atmospheric $CO_2$ concentration. Likewise, perturbations in the atmospheric $pCO_2$ can be buffered by the ocean. Glacial-interglacial changes in the atmospheric $CO_2$ content can potentially be attributed to a change in functioning of the marine carbon pump (see Chapter 6). The key role for the timing of the anthropogenic carbon uptake by the ocean is played by the downward transport of surface water, with a high burden of anthropogenic carbon, into the ocean's interior. The organic carbon cycle and the $CaCO_3$ counter pump modulate, but do not dominate, the net marine uptake of anthropogenic carbon.



**Figure 7.10.** *Three main ocean carbon pumps govern the regulation of natural atmospheric $CO_2$ changes by the ocean (Heinze et al., 1991): the solubility pump, the organic carbon pump and the $CaCO_3$ 'counter pump'. The oceanic uptake of anthropogenic $CO_2$ is dominated by inorganic carbon uptake at the ocean surface and physical transport of anthropogenic carbon from the surface to deeper layers. For a constant ocean circulation, to first order, the biological carbon pumps remain unaffected because nutrient cycling does not change. If the ocean circulation slows down, anthropogenic carbon uptake is dominated by inorganic buffering and physical transport as before, but the marine particle flux can reach greater depths if its sinking speed does not change, leading to a biologically induced negative feedback that is expected to be smaller than the positive feedback associated with a slower physical downward mixing of anthropogenic carbon. Reprinted with permission, copyright 1991 American Geophysical Union.*

### 7.3.4.2   Carbon Cycle Feedbacks to Changes in Atmospheric Carbon Dioxide

Chemical buffering of anthropogenic $CO_2$ is the quantitatively most important oceanic process acting as a carbon sink. Carbon dioxide entering the ocean is buffered due to scavenging by the $CO_3^{2-}$ ions and conversion to $HCO_3^-$, that is, the resulting increase in gaseous seawater $CO_2$ concentration is smaller than the amount of $CO_2$ added per unit of seawater volume. Carbon dioxide buffering in seawater is quantified by the Revelle factor ('buffer factor', Equation (7.3)), relating the fractional change in seawater $pCO_2$ to the fractional change in total DIC after re-equilibration (Revelle and Suess, 1957; Zeebe and Wolf-Gladrow, 2001):

Revelle factor (or buffer factor) =
$$(\Delta[CO_2] / [CO_2]) / (\Delta[DIC] / [DIC]) \qquad (7.3)$$

The lower the Revelle factor, the larger the buffer capacity of seawater. Variability of the buffer factor in the ocean depends mainly on changes in $pCO_2$ and the ratio of DIC to total alkalinity. In the present-day ocean, the buffer factor varies between 8 and 13 (Sabine et al., 2004a; Figure 7.11). With respect to atmospheric $pCO_2$ alone, the inorganic carbon system of the ocean reacts in two ways: (1) seawater re-equilibrates, buffering a significant amount of $CO_2$ from the atmosphere depending on the water volume exposed to equilibration; and (2) the Revelle factor increases with $pCO_2$ (positive feedback; Figure 7.11). Both processes are quantitatively important. While the first is generally considered as a system response, the latter is a feedback process.

The ocean will become less alkaline (seawater pH will decrease) due to $CO_2$ uptake from the atmosphere (see Box 7.3).

The ocean's capacity to buffer increasing atmospheric $CO_2$ will decline in the future as ocean surface $pCO_2$ increases (Figure 7.11a). This anticipated change is certain, with potentially severe consequences.

Increased carbon storage in the deep ocean leads to the dissolution of calcareous sediments below their saturation depth (Broecker and Takahashi, 1978; Feely et al., 2004). The feedback of $CaCO_3$ sediment dissolution to atmospheric $pCO_2$ increase is negative and quantitatively significant on a 1 to 100 kyr time scale, where $CaCO_3$ dissolution will account for a 60 to 70% absorption of the anthropogenic $CO_2$ emissions, while the ocean water column will account for 22 to 33% on a time scale of 0.1 to 1 kyr. In addition, the remaining 7 to 8% may be compensated by long-term terrestrial weathering cycles involving silicate carbonates (Archer et al., 1998). Due to the slow $CaCO_3$ buffering mechanism (and the slow silicate weathering), atmospheric $pCO_2$ will approach a new equilibrium asymptotically only after several tens of thousands of years (Archer, 2005; Figure 7.12).

Elevated ambient $CO_2$ levels appear to also influence the production rate of POC by marine calcifying planktonic organisms (e.g., Zondervan et al., 2001). This increased carbon fixation under higher $CO_2$ levels was also observed for three diatom (siliceous phytoplankton) species (Riebesell et al., 1993). It is critical to know whether these increased carbon fixation rates translate into increased export production rates (i.e., removal of carbon to greater depths). Studies of the nutrient to carbon ratio in marine phytoplankton have not yet shown any significant changes related to $CO_2$ concentration of the nutrient utilisation efficiency (expressed through the 'Redfield ratio' – carbon:nitrogen:phosphorus:silicon) in organic tissue (Burkhardt et al., 1999).



**Figure 7.11.** *(a) The Revelle factor (or buffer factor) as a function of $CO_2$ partial pressure (for temperature 25°C, salinity 35 psu, and total alkalinity 2,300 μmol kg$^{-1}$) (Zeebe and Wolf-Gladrow, 2001, page 73; reprinted with permission, copyright 2001 Elsevier). (b) The geographical distribution of the buffer factor in ocean surface waters in 1994 (Sabine et al., 2004a; reprinted with permission, copyright 2004 American Association for the Advancement of Science). High values indicate a low buffer capacity of the surface waters.*



**Figure 7.12.** *Model projections of the neutralization of anthropogenic $CO_2$ for an ocean-only model, a model including dissolution of $CaCO_3$ sediment and a model including weathering of silicate rocks, (top) for a total of 1,000 GtC of anthropogenic $CO_2$ emissions and (bottom) for a total of 5,000 GtC of anthropogenic $CO_2$. Note that the y-axis is different for the two diagrams. Without $CaCO_3$ dissolution from the sea-floor, the buffering of anthropogenic $CO_2$ is limited. Even after 100 kyr, the remaining $pCO_2$ is substantially higher than the pre-industrial value. Source: Archer (2005).*

### 7.3.4.3   *Carbon Cycle Feedbacks to Changes in Physical Forcing*

A more sluggish ocean circulation and increased density stratification, both expected in a warmer climate, would slow down the vertical transport of carbon, alkalinity and nutrients, and the replenishment of the ocean surface with water that has not yet been in contact with anthropogenic $CO_2$. This narrowing of the 'bottleneck' for anthropogenic $CO_2$ invasion into the ocean would provide a significant positive feedback to atmospheric greenhouse gas concentrations (Bolin and Eriksson, 1959; see also the carbon cycle climate model simulations by Cox et al., 2000; Friedlingstein et al., 2001, 2006). As long as the vertical transfer rates for marine biogenic particles remain unchanged, in a more sluggish ocean the biological carbon pump will be more efficient (Boyle, 1988; Heinze et al., 1991), thus inducing a negative feedback, which is expected to be smaller than the physical transport feedback (Broecker, 1991; Maier-Reimer et al., 1996; Plattner et al., 2001; see Figure 7.10). However, a modelling study by Bopp et al. (2005) predicts a decrease in vertical particle transfer and hence shallower depths of re-mineralization of particulate organic carbon resulting in a positive $CO_2$ feedback. Further changes in plankton community structure including the role of $N_2$-fixing organisms can feed

back to the carbon cycle (Sarmiento et al., 2004; Mahaffey et al., 2005). Changes in ocean circulation can affect the regional circulation of shelf and coastal seas, leading either to increased export of nutrients plus carbon from the shallow seas into the open ocean or to increased upwelling of nutrients plus carbon onto the shelf and towards coastal areas (Walsh, 1991; Smith and Hollibaugh, 1993; Chen et al., 2003; Borges, 2005). A reduction in sea ice cover may increase the uptake area for anthropogenic $CO_2$ and act as a minor negative carbon feedback (ACIA, 2005). The physical 'bottleneck' feedback dominates over biological feedbacks induced by circulation change, resulting in an anticipated overall positive feedback to climate change. Both feedbacks depend on details of the future ocean circulation and model projections show a large range.

The solubility of $CO_2$ gas in seawater and the two dissociation constants of carbonic acid in seawater depend on temperature and salinity (Weiss, 1974; Millero et al., 2002). A 1°C increase in sea surface temperature produces an increase in $pCO_2$ of 6.9 to 10.2 ppm after 100 to 1,000 years (Heinze et al., 2003; see also Broecker and Peng, 1986; Plattner et al., 2001). Warming may increase the biological uptake rate of nutrients and carbon from surface waters, but the net effect on export and DIC is uncertain. Laws et al. (2000) proposed that export efficiency increases with net photosynthesis at low temperatures, which implies a positive feedback to warming. In addition, DOC may be degraded more quickly at higher temperatures.

### 7.3.4.4   *Carbon Cycle Feedbacks Induced by Nutrient Cycling and Land Ocean Coupling*

Rivers deliver carbon (DIC, DOC) and nutrients to the ocean. Rising $CO_2$ levels in the atmosphere and land use may lead to increased chemical and physical weathering, resulting in increased carbon and alkalinity loads in rivers (Clair et al., 1999; Hejzlar et al., 2003; Raymond and Cole, 2003; Freeman et al., 2004). Depending on the lithology and soil composition of the catchment areas, increased levels of alkalinity, DIC or DOC can lead to local positive or negative feedbacks. Mobilisation of silicate carbonates from soils and transfer to the ocean would lead to a negative feedback to atmospheric $CO_2$ on long time scales (Dupre et al., 2003). Variations in nutrient supply can lead to species shifts and to deviations from the large-scale average Redfield ratios mainly in coastal waters, but also in the open ocean (Pahlow and Riebesell, 2000). Nutrient supply to the ocean has been changed through increased nitrate release from land due to fertilizer use as well as nitrogen deposition from the atmosphere in highly polluted areas (De Leeuw et al., 2001; Green et al., 2004).

Dust deposition to the ocean provides an important source of micronutrients (iron, zinc and others, e.g., Frew et al., 2001; Boyd et al., 2004) and ballast material to the ocean. Areas where iron is not supplied by aeolian dust transport in sufficient amounts tend to be iron-limited. A warmer climate may result on the average in a decrease of dust mobilisation and transport (Werner et al., 2002; Mahowald and Luo, 2003) although increased dust loads may result as well due to changes in land

use (Tegen et al., 2004) and in vegetation cover (Woodward et al., 2005). A decrease in dust loads could result in a net positive feedback, further increasing $CO_2$ through a weakening of marine biological production and export of aggregates due to clay ballast (Haake and Ittekkot, 1990; Ittekkot, 1993). Changes in plankton species composition and regional shifts of high production zones due to a changing climate could lead to a series of further feedbacks. Light absorption due to changes in bio-optical heating may change and induce a respective temperature change in ocean surface water (Sathyendranath et al., 1991; Wetzel et al., 2006). An increase in blooms involving calcifying organisms as indicated for the high northern latitudes (Broerse et al., 2003; Smyth et al., 2004) can temporarily increase surface ocean albedo, though the effect on the radiation budget is small (Tyrell et al., 1999).

### 7.3.4.5    Summary of Marine Carbon Cycle Climate Couplings

Couplings between the marine carbon cycle and climate are summarised in Table 7.3 and below.

#### 7.3.4.5.1    Robust findings

- A potential slowing down of the ocean circulation and the decrease of seawater buffering with rising $CO_2$ concentration will suppress oceanic uptake of anthropogenic $CO_2$.
- Ocean $CO_2$ uptake has lowered the average ocean pH (increased acidity) by approximately 0.1 since 1750. Ocean acidification will continue and is directly and inescapably coupled to the uptake of anthropogenic $CO_2$ by the ocean.
- Inorganic chemical buffering and dissolution of marine $CaCO_3$ sediments are the main oceanic processes for neutralizing anthropogenic $CO_2$. These processes cannot prevent a temporary buildup of a large atmospheric $CO_2$ pool because of the slow large-scale overturning circulation.

#### 7.3.4.5.2    Key uncertainties

- Future changes in ocean circulation and density stratification are still highly uncertain. Both the physical uptake of $CO_2$ by the ocean and changes in the biological cycling of carbon depend on these factors.
- The overall reaction of marine biological carbon cycling (including processes such as nutrient cycling as well as ecosystem changes including the role of bacteria and viruses) to a warm and high-$CO_2$ world is not yet well understood. Several small feedback mechanisms may add up to a significant one.
- The response of marine biota to ocean acidification is not yet clear, both for the physiology of individual organisms and for ecosystem functioning as a whole. Potential impacts are expected especially for organisms that build $CaCO_3$ shell material ('bio-calcification'). Extinction thresholds will likely be crossed for some organisms in some regions in the coming century.

### 7.3.5    Coupling Between the Carbon Cycle and Climate

#### 7.3.5.1    Introduction

Atmospheric $CO_2$ is increasing at only about half the rate implied by fossil fuel plus land use emissions, with the remainder being taken up by the ocean, and vegetation and soil on land. Therefore, the land and ocean carbon cycles are currently helping to mitigate $CO_2$-induced climate change. However, these carbon cycle processes are also sensitive to climate. The glacial-interglacial cycles are an example of tight coupling between climate and the carbon cycle over long time scales, but there is also clear evidence of the carbon cycle responding to short-term climatic anomalies such as the El Niño-Southern Oscillation (ENSO) and Arctic Oscillation (Rayner et al., 1999; Bousquet et al., 2000; C. Jones et al., 2001; Lintner, 2002; Russell and Wallace, 2004) and the climate perturbation arising from the Mt. Pinatubo volcanic eruption (Jones and Cox, 2001a; Lucht et al., 2002; Angert et al., 2004).

Previous IPCC reports have used simplified or 'reduced-form' models to estimate the impact of climate change on the carbon cycle. However, detailed climate projections carried out with Atmosphere-Ocean General Circulation Models (AOGCMs) have typically used a prescribed $CO_2$ concentration scenario, neglecting two-way coupling between climate and the carbon cycle. This section discusses the first generation of coupled climate-carbon cycle AOGCM simulations, using the results to highlight a number of critical issues in the interaction between climate change and the carbon cycle.

#### 7.3.5.2    Coupled Climate-Carbon Cycle Projections

The TAR reported two initial climate projections using AOGCMs with interactive carbon cycles. Both indicated positive feedback due largely to the impacts of climate warming on land carbon storage (Cox et al., 2000; Friedlingstein et al., 2001), but the magnitude of the feedback varied markedly between the models (Friedlingstein et al., 2003). Since the TAR a number of other climate modelling groups have completed climate-carbon cycle projections (Brovkin et al., 2004; Thompson et al., 2004; N. Zeng et al., 2004, Fung et al., 2005; Kawamiya et al., 2005; Matthews et al., 2005; Sitch et al., 2005) as part of C[4]MIP. The 11 models involved in C[4]MIP differ in the complexity of their components (Friedlingstein et al., 2006), including both Earth System Models of Intermediate Complexity and AOGCMs.

The models were forced by historical and Special Report on Emission Scenarios (SRES; IPCC, 2000) A2 anthropogenic $CO_2$ emissions for the 1850 to 2100 time period. Each modelling group carried out at least two simulations: one 'coupled' in which climate change affects the carbon cycle, and one 'uncoupled' in which atmospheric $CO_2$ increases do not influence climate (so that the carbon cycle experiences no $CO_2$-induced climate change). A comparison of the runs defines the climate-carbon cycle feedback, quantified by the feedback factor:

**Table 7.3.** Couplings between climate change (increased atmospheric pCO$_2$, warming) and ocean carbon cycle processes. The response in terms of direct radiative forcing is considered (furthering or counteracting uptake of anthropogenic CO$_2$ from the atmosphere). The two quantitatively most important marine processes for neutralization of anthropogenic CO$_2$ work on long time scales only and are virtually certain to be in effect.

| Marine Carbon Cycle Process | Major Forcing Factors | Response + = positive feedback – = negative feedback and Quantitative Potential | Start | Re-equilibration Time Scale (kyr) | Likelihood | Comment |
|---|---|---|---|---|---|---|
| Biological export production of organic carbon and changes in organic carbon cycling | Warming, ocean circulation, nutrient supply, radiation, atmospheric CO$_2$, pH value | (Sum of effects not clear) +/– medium | immediate | 0.001–10 | *Likely* | Complex feedback chain, reactions can be fast for surface ocean, nutrient supply from land works on longer time scales, patterns of biodiversity and ecosystem functioning may be affected |
| Biological export production of calcium carbonate | Warming, atmospheric CO$_2$, pH value | (Sum of effects not clear) +/– small | immediate | 0.001–1 | *Likely* | Complex feedback chain, extinction of species likely, patterns of biodiversity and ecosystem functioning may be affected |
| Seawater buffering | Atmospheric CO$_2$, ocean circulation | – high | immediate | 5–10 | *Virtually certain* | System response, leads to ocean acidification |
| Changes in inorganic carbon chemistry (solubility, dissociation, buffer factor) | Warming, atmospheric CO$_2$, ocean circulation | + medium | immediate | 5–10 | *Virtually certain* | Positive feedback dependent on 'bottleneck' ocean mixing |
| Dissolution of calcium carbonate sediments | pH value, ocean circulation | – high | immediate | 40 | *Virtually certain* | Patterns of biodiversity and ecosystem functioning in deep sea may be affected |
| Weathering of silicate carbonates | Atmospheric CO$_2$, warming | – medium | immediate | 100 | *Likely* | Very long-term negative feedback |

**Table 7.4.** *Impact of carbon cycle feedbacks in the C⁴MIP models. Column 2 shows the impact of climate change on the $CO_2$ concentration by 2100, and column 3 shows the related amplification of the atmospheric $CO_2$ increase (i.e., the climate-carbon cycle feedback factor). Columns 4 to 8 list effective sensitivity parameters of the models: transient sensitivity of mean global temperature to $CO_2$ and the sensitivities of land and ocean carbon storage to $CO_2$ and climate (Friedlingstein et al., 2006). These parameters were calculated by comparison of the coupled and uncoupled runs over the entire period of the simulations (typically 1860 to 2100). Model details are given in Friedlingstein et al. (2006).*

| Model[a] | Impact of Climate Change on the $CO_2$ Concentration by 2100 (ppm) | Climate-Carbon Feedback Factor | Transient Climate Sensitivity to Doubling $CO_2$ (°C) | Land Carbon Storage Sensitivity to $CO_2$ (GtC ppm⁻¹) | Ocean Carbon Storage Sensitivity to $CO_2$ (GtC ppm⁻¹) | Land Carbon Storage Sensitivity to Climate (GtC °C⁻¹) | Ocean Carbon Storage Sensitivity to Climate (GtC °C⁻¹) |
|---|---|---|---|---|---|---|---|
| A. HadCM3LC | 224 | 1.44 | 2.3 | 1.3 | 0.9 | −175 | −24 |
| B. IPSL-CM2C | 74 | 1.18 | 2.3 | 1.6 | 1.6 | −97 | −30 |
| C. MPI-M | 83 | 1.18 | 2.6 | 1.4 | 1.1 | −64 | −22 |
| D. LLNL | 51 | 1.13 | 2.5 | 2.5 | 0.9 | −81 | −14 |
| E. NCAR CSM-1 | 20 | 1.04 | 1.2 | 1.1 | 0.9 | −24 | −17 |
| F. FRCGC | 128 | 1.26 | 2.3 | 1.4 | 1.2 | −111 | −47 |
| G. Uvic-2.7 | 129 | 1.25 | 2.3 | 1.2 | 1.1 | −97 | −43 |
| H. UMD | 98 | 1.17 | 2.0 | 0.2 | 1.5 | −36 | −60 |
| I. BERN-CC | 65 | 1.15 | 1.5 | 1.6 | 1.3 | −104 | −38 |
| J. CLIMBER2-LPJ | 59 | 1.11 | 1.9 | 1.2 | 0.9 | −64 | −22 |
| K. IPSL-CM4-LOOP | 32 | 1.07 | 2.7 | 1.2 | 1.1 | −19 | −17 |
| **Mean** | **87** | **1.18** | **2.1** | **1.4** | **1.1** | **−79** | **−30** |
| Standard Deviation | ±57 | ±0.11 | ±0.4 | ±0.5 | ±0.3 | ±45 | ±15 |

Notes:

[a] HadCM3LC: Hadley Centre coupled climate-carbon cycle general circulation model; IPSL-CM2C: Institut Pierre-Simon Laplace; MPI-M: Max Planck Institute for Meteorology; LLNL: Lawrence Livermore National Laboratory; NCAR CSM-1: NCAR Climate System Model version 1; FRCGC: Frontier Research Center for Global Change; Uvic-2.7: University of Victoria Earth System Climate Model; UMD: University of Maryland; BERN-CC: Bern Carbon Cycle Model; CLIMBER2-LPJ: Climate Biosphere Model 2 - Lund Potsdam Jena Terrestrial Carbon Model; IPSL-CM4-LOOP: Institute Pierre-Simon Laplace.

$F = \Delta C_A{}^c / \Delta C_A{}^u$, where $\Delta C_A{}^c$ is the change in $CO_2$ in the coupled run, and $\Delta C_A{}^u$ is the change in $CO_2$ in the uncoupled run. All of the eleven C⁴MIP models produce a positive climate-carbon cycle feedback, but with feedback factors varying from 1.04 (Model E) to 1.44 (Model A). This translates into an additional $CO_2$ concentration of between 20 and 224 ppm by 2100, with a mean of 87 ppm (Table 7.4).

All C⁴MIP models predict that an increasing fraction of total anthropogenic $CO_2$ emissions will remain airborne through the 21st century. Figure 7.13 shows the simulated partitioning of anthropogenic $CO_2$ for the entire simulation period to 2100 from each of the coupled models, and compares this with the partitioning simulated by the same models over the historical period to 1999. The dashed box shows observational constraints on the historical $CO_2$ partitioning, based on estimates of changes in ocean carbon storage (Sabine et al., 2004a) and total anthropogenic $CO_2$ emissions. The area of this box is largely due to uncertainties in the net land use emissions. The majority of the models sit within or very close to the historical constraints, but they differ in the magnitude of the changes projected for the 21st century. However, all models produce an increase in the fraction of total emissions that remain in the atmosphere, and most also indicate a decline in the fraction of emissions absorbed by the ocean (9 out of 11 models) and the land (10 out of 11 models).

In the case of the oceanic uptake, this is largely a consequence of the reduced buffering capacity as $CO_2$ increases, and therefore also occurs in the uncoupled C⁴MIP models.

### 7.3.5.3    *Sensitivity Analysis*

The coupled and uncoupled model experiments can be used to separate the effects of climate change and $CO_2$ increase on land and ocean carbon storage (Friedlingstein et al., 2003). Table 7.4 also shows the linear sensitivity parameters diagnosed from each of the C⁴MIP models (Friedlingstein et al., 2006).

#### 7.3.5.3.1    *Increase in ocean carbon uptake with increasing atmospheric carbon dioxide*

The ocean takes up $CO_2$ at a rate that depends on the difference between $pCO_2$ in the atmosphere and in the surface ocean. Model estimates of uptake differ primarily because of differences in the rate at which carbon is exported from the surface ocean to depth by the large-scale circulation (Doney et al., 2004; Section 7.3.4.1; Box 7.3) and the biological pump (Sarmiento et al., 2004). Ocean carbon cycle model intercomparisons have shown that the simulated circulation in the Southern Ocean can have a large impact on the efficiency with which $CO_2$, and other anthropogenic tracers such as CFCs,



**Figure 7.13.** *Predicted increase in the fraction of total emissions that add to atmospheric $CO_2$. Changes in the mean partitioning of emissions as simulated by the $C^4MIP$ models up to 2000 (black symbols) and for the entire simulation period to 2100 (red symbols). The letters represent the models as given in Table 7.4. The box shown by the dotted line is a constraint on the historical carbon balance based on records of atmospheric $CO_2$ increase, and estimates of total emissions (fossil fuel plus land use emissions) and the oceanic uptake of anthropogenic $CO_2$ (Sabine et al., 2004a). The black and red diamonds show the model-mean carbon partitioning for the historical period and the entire simulation period, respectively. The red line shows the mean tendency towards an increasing airborne fraction through the 21st century, which is common to all models.*

are drawn down (Orr et al., 2001; Dutay et al., 2002). The $C^4MIP$ models show ocean carbon storage increases ranging from 0.9 to 1.6 GtC ppm$^{-1}$, which is equivalent to ocean uptake increasing at between 42 and 75% of the rate of atmospheric $CO_2$ increase. Basic ocean carbonate chemistry suggests that the ocean-borne fraction of emissions will fall in the future, even in the absence of climate change, because of an increasing ocean buffer factor (Section 7.3.4.2).

*7.3.5.3.2    Increase in land carbon uptake with increasing atmospheric carbon dioxide*

In the absence of land use change and forest fires, land carbon storage depends on the balance between the input of carbon as NPP, and the loss of carbon as heterotrophic (soil) respiration (Section 7.3.3). There is an ongoing debate concerning the importance of $CO_2$ fertilization at the patch scale where other constraints such as N limitation may dominate; recent surveys indicate a wide range of possible responses to a $CO_2$ increase of around 50%, with average increases of 12 to 23% (Norby et al., 2005; see Section 7.3.3.1).

The $C^4MIP$ models show increases in global NPP of between 6 and 33% when $CO_2$ increases over the same range. These figures are not directly comparable: some $C^4MIP$ models include vegetation dynamics, which are likely to increase the vegetation cover as well as the NPP per unit of vegetation area, and therefore lead to higher overall sensitivity of global NPP to $CO_2$. The FACE experiments also typically involve an

instantaneous increase in $CO_2$. However, most $C^4MIP$ models are within the range of the $CO_2$ sensitivities measured.

The overall response of land carbon storage to $CO_2$ is given by the fifth column of Table 7.4. The $C^4MIP$ models show time-mean land carbon storage increases ranging from 0.2 to 2.5 GtC ppm$^{-1}$, with all but two models between 1.1 and 1.6 GtC ppm$^{-1}$. This response is driven by the $CO_2$ fertilization of NPP in each model, with a counteracting tendency for the mean soil carbon turnover rate (i.e., the heterotrophic respiration per unit soil carbon) to increase even in the absence of climate change. This somewhat surprising effect of $CO_2$ is seen to varying degrees in all $C^4MIP$ models. It appears to arise because $CO_2$ fertilization of NPP acts particularly to increase vegetation carbon, and therefore litter fall and soil carbon, in productive tropical regions that have high intrinsic decomposition rates. This increases the average turnover rate of the global soil carbon pool even though local turnover rates are unchanged. In some models (e.g., model C) this acts to offset a significant fraction of the land carbon increase arising from $CO_2$ fertilization. Models with large responses of ocean or land carbon storage to $CO_2$ tend to have weaker climate-carbon cycle feedbacks because a significant fraction of any carbon released through climate change effects is reabsorbed through direct $CO_2$ effects (Thompson et al., 2004).

*7.3.5.3.3    Transient climate sensitivity to carbon dioxide*

The strength of the climate-carbon cycle feedback loop depends on both the sensitivity of the carbon cycle to climate, and the sensitivity of climate to $CO_2$. The equilibrium climate sensitivity to a doubling of atmospheric $CO_2$ concentration remains a critical uncertainty in projections of future climate change, but also has a significant bearing on future $CO_2$ concentrations, with higher climate sensitivities leading to larger climate-carbon cycle feedbacks (Andreae et al., 2005). The fourth column of Table 7.4 shows the transient global climate sensitivity (i.e., the global climate warming that results when the transient simulation passes doubled atmospheric $CO_2$) for each of the $C^4MIP$ models. All but two models (models E and 1) have transient climate sensitivities in the range 1.9°C to 2.7°C. However, differences in carbon cycle responses are likely to occur because of potentially large differences in regional climate change, especially where this affects water availability on the land.

*7.3.5.3.4    Dependence of ocean carbon uptake on climate.*

Climate change can reduce ocean uptake through reductions in $CO_2$ solubility, suppression of vertical mixing by thermal stratification and decreases in surface salinity. On longer time scales (>70 years) the ocean carbon sink may also be affected by climate-driven changes in large-scale circulation (e.g., a slowing down of the thermohaline circulation). The last column of Table 7.4 shows the sensitivity of ocean carbon storage to climate change as diagnosed from the $C^4MIP$ models. All models indicate a reduction in the ocean carbon sink by climate change of between –14 and –60 GtC °C$^{-1}$, implying a positive climate-$CO_2$ feedback.

##### 7.3.5.3.5 Dependence of land carbon storage on climate.

The major land-atmosphere fluxes of $CO_2$ are strongly climate dependent. Heterotrophic respiration and NPP are both very sensitive to water availability and ambient temperatures. Changes in water availability depend critically on uncertain regional aspects of climate change projections and are therefore likely to remain a dominant source of uncertainty (see Chapter 11). The overall sensitivity of land carbon storage to climate (Table 7.4, seventh column) is negative in all models, implying a positive climate-$CO_2$ feedback, but the range is large: –19 to –175 GtC $°C^{-1}$. These values are determined by the combined effects of climate change on NPP and the soil carbon turnover (or decomposition) rate, as shown in Table 7.5.

The C[4]MIP models utilise different representations of soil carbon turnover, ranging from single-pool models (model A) to nine-pool models (model E). However, most soil models assume a similar acceleration of decay with temperature, approximately equivalent to a doubling of the specific respiration rate for every 10°C warming. This temperature sensitivity is broadly consistent with a long history of lab and field measurements of soil efflux (Raich and Schlesinger, 1992), although there is an ongoing difficulty in separating root and soil respiration. Note, however, that the expected dependence on temperature was not found at the whole ecosystem level for decadal time scales, in forest soils (Giardina and Ryan, 2000; Melillo et al., 2002), grasslands (Luo et al., 2001) or boreal forests (Dunn et al., 2007). These apparent discrepancies may reflect the rapid depletion of labile pools of organic matter, with strong temperature responses likely so long as litter inputs are maintained (Knorr

et al., 2005). Nevertheless, the temperature sensitivity of the slow carbon pools is still poorly known.

Table 7.5 shows that all C[4]MIP models simulate an overall increase in soil carbon turnover rate as the climate warms, ranging from 2 to 10% per °C. The use of a single soil carbon pool in the Hadley model (A) cannot completely account for the relatively large sensitivity of soil respiration to temperature in this model (Jones et al., 2005), as evidenced by the lower effective sensitivity diagnosed from the UVic model (model G), which uses the same soil-vegetation component. It seems more likely that differences in soil moisture simulations are playing the key part in determining the effective sensitivity of soil turnover rate to climate. Table 7.5 also shows the effective sensitivities of NPP to climate, ranging from a significant reduction of 6% per °C to smaller climate-change driven increases of 2% per °C under climate change. This variation may reflect different time scales for boreal forest response to warming (leading to a positive impact on global NPP), as well as different regional patterns of climate change (Fung et al., 2005). The models with the largest negative responses of NPP to climate (models A, B and C) also show the tendency for tropical regions to dry under climate change, in some cases significantly (Cox et al., 2004).

#### 7.3.5.4 Summary of Coupling Between the Carbon Cycle and Climate

##### 7.3.5.4.1 Robust findings

Results from the coupled climate-carbon cycle models participating in the C[4]MIP project support the following statements:

**Table 7.5.** Effective sensitivities of land processes in the C[4]MIP models: percent change of vegetation NPP to a doubling of atmospheric $CO_2$ concentration (Column 2), and sensitivities of vegetation NPP and specific heterotrophic soil respiration to a 1°C global temperature increase (Columns 3 and 4).

| Model[a] | Sensitivity of Vegetation NPP to $CO_2$: % change for a $CO_2$ doubling | Sensitivity of Vegetation NPP to Climate: % change for a 1°C increase | Sensitivity of Specific Heterotrophic Respiration Rate to Climate: % change for a 1°C increase |
|---|---|---|---|
| A. HadCM3LC | 57 | –5.8 | 10.2 |
| B. IPSL-CM2C | 50 | –4.5 | 2.3 |
| C. MPI-M | 76 | –4.0 | 2.8 |
| D. LLNL | 73 | –0.4 | 7.0 |
| E. NCAR CSM-1 | 34 | 0.8 | 6.2 |
| F. FRCGC | 21 | 1.2 | 7.2 |
| G. UVic-2.7 | 47 | –2.3 | 6.5 |
| H. UMC | 12 | –1.6 | 4.8 |
| I. BERN-CC | 46 | 1.2 | 8.7 |
| J. CLIMBER2-LPJ | 44 | 1.9 | 9.4 |
| K. IPSL-CM4-LOOP | 64 | –0.3 | 2.9 |
| Mean | 48 | –1.3 | 6.2 |
| Std Dev | ±20 | ±2.6 | ±2.7 |

Notes:

[a] See Table 7.4 for model descriptions.

- All C$^4$MIP models project an increase in the airborne fraction of total anthropogenic CO$_2$ emissions through the 21st century.
- The CO$_2$ increase alone will lead to continued uptake by the land and the ocean, although the efficiency of this uptake will decrease through the carbonate buffering mechanism in the ocean, and through saturation of the land carbon sink.
- Climate change alone will tend to suppress both land and ocean carbon uptake, increasing the fraction of anthropogenic CO$_2$ emissions that remain airborne and producing a positive feedback to climate change. The magnitude of this feedback varies among the C$^4$MIP models, ranging from a 4 to 44% increase in the rate of increase of CO$_2$, with a mean ($\pm$ standard deviation) of 18 $\pm$ 11%.

### 7.3.5.4.2    Key uncertainties

The C$^4$MIP models also exhibit uncertainties in the evolution of atmospheric CO$_2$ for a given anthropogenic emissions scenario. Figure 7.14 shows how uncertainties in the sensitivities of ocean and land carbon processes contribute to uncertainties in the fraction of emissions that remain in the atmosphere. The confidence limits were produced by spanning the range of sensitivities diagnosed from the 11 C$^4$MIP models

(Tables 7.4 and 7.5). In the absence of climate change effects (lowest three bars), models simulate increased uptake by ocean and land (primarily as a result of CO$_2$ enhancement of NPP), with a slight offset of the land uptake by enhancement of the specific heterotrophic respiration rate (see Section 7.3.5.3.2). However, there is a wide range of response to CO$_2$, even in the absence of climate change effects on the carbon cycle. Climate change increases the fraction of emissions that remain airborne by suppressing ocean uptake, enhancing soil respiration and reducing plant NPP. The sensitivity of NPP to climate change is especially uncertain because it depends on changing soil water availability, which varies significantly between General Circulation Models (GCMs), with some models suggesting major drying and reduced productivity in tropical ecosystems (Cox et al., 2004). The transient climate sensitivity to CO$_2$ is also a major contributor to the overall uncertainty in the climate-carbon cycle feedback (top bar).

Other potentially important climate-carbon cycle interactions were not included in these first generation C$^4$MIP experiments. The ocean ecosystem models used in C$^4$MIP are at an early stage of development. These models have simple representations of the biological fluxes, which include the fundamental response to changes in internal nutrients, temperature and light availability, but for most models do not include the more complex responses



**Figure 7.14.** *Uncertainties in carbon cycle feedbacks estimated from analysis of the results from the C$^4$MIP models. Each effect is given in terms of its impact on the mean airborne fraction over the simulation period (typically 1860 to 2100), with bars showing the uncertainty range based on the ranges of effective sensitivity parameters given in Tables 7.4 and 7.5. The lower three bars are the direct response to increasing atmospheric CO$_2$ (see Section 7.3.5 for details), the middle four bars show the impacts of climate change on the carbon cycle, and the top black bar shows the range of climate-carbon cycle feedbacks given by the C$^4$MIP models.*

to changes in ecosystem structure. Changes in ecosystem structure can occur when specific organisms respond to surface warming, acidification, changes in nutrient ratios resulting from changes in external sources of nutrients (atmosphere or rivers) and changes in upper trophic levels (fisheries). Shifts in the structure of ocean ecosystems can influence the rate of $CO_2$ uptake by the ocean (Bopp et al., 2005).

The first-generation $C^4MIP$ models also currently exclude, by design, the effects of forest fires and prior land use change. Forest regrowth may account for a large part of the land carbon sink in some regions (e.g., Pacala et al., 2001; Schimel et al., 2001; Hurtt et al., 2002; Sitch et al., 2005), while combustion of vegetation and soil organic matter may be responsible for a significant fraction of the interannual variability in $CO_2$ (Cochrane, 2003; Nepstad et al., 2004; Kasischke et al., 2005; Randerson et al., 2005). Other important processes were excluded in part because modelling these processes is even less straightforward. Among these are N cycling on the land (which could enhance or suppress $CO_2$ uptake by plants) and the impacts of increasing ozone concentrations on plants (which could suppress $CO_2$ uptake).

## 7.4    Reactive Gases and the Climate System

The atmospheric concentration of many reactive gases has increased substantially during the industrial era as a result of human activities. Some of these compounds ($CH_4$, $N_2O$, halocarbons, ozone, etc.) interact with longwave (infrared) solar radiation and, as a result, contribute to 'greenhouse warming'. Ozone also efficiently absorbs shortwave (ultraviolet and visible) solar energy, so that it protects the biosphere (including humans) from harmful radiation and plays a key role in the energy budget of the middle atmosphere. Many atmospheric chemical species are emitted at the surface as a result of biological processes (soils, vegetation, oceans) or anthropogenic activities (fossil fuel consumption, land use changes) before being photochemically destroyed in the atmosphere and converted to compounds that are eventually removed by wet and dry deposition. The oxidizing power (or capacity) of the atmosphere is determined primarily by the atmospheric concentration of the OH radical (daytime) and to a lesser extent the concentrations of the nitrate radical ($NO_3$; nighttime), ozone and hydrogen peroxide ($H_2O_2$). The coupling between chemical processes in the atmosphere and the climate system (Figure 7.15) are complex because they involve a large number of physical, chemical and biological processes that are not always very well quantified. An important issue is to determine to what extent predicted climate change could affect air quality (see Box 7.4). The goal of this section is assess recent progress made in the understanding of the two-way interactions between reactive gases and the climate system.



Figure 7.15. Schematic representation of the multiple interactions between tropospheric chemical processes, biogeochemical cycles and the climate system. RF represents radiative forcing, UV ultraviolet radiation, T temperature and $HNO_3$ nitric acid.

### 7.4.1    Methane

#### 7.4.1.1    Biogeochemistry and Budgets of Methane

Atmospheric $CH_4$ originates from both non-biogenic and biogenic sources. Non-biogenic $CH_4$ includes emissions from fossil fuel mining and burning (natural gas, petroleum and coal), biomass burning, waste treatment and geological sources (fossil $CH_4$ from natural gas seepage in sedimentary basins and geothermal/volcanic $CH_4$). However, emissions from biogenic sources account for more than 70% of the global total. These sources include wetlands, rice agriculture, livestock, landfills, forests, oceans and termites. Emissions of $CH_4$ from most of these sources involve ecosystem processes that result from complex sequences of events beginning with primary fermentation of organic macromolecules to acetic acid ($CH_3COOH$), other carboxylic acids, alcohols, $CO_2$ and hydrogen ($H_2$), followed by secondary fermentation of the alcohols and carboxylic acids to acetate, $H_2$ and $CO_2$, which are finally converted to $CH_4$ by the so-called methanogenic Archaea: $CH_3COOH \rightarrow CH_4 + CO_2$ and $CO_2 + 4H_2 \rightarrow CH_4 + 2H_2O$ (Conrad, 1996). Alternatively, $CH_4$ sources can be divided into anthropogenic and natural. The anthropogenic sources include rice agriculture, livestock, landfills and waste treatment, some biomass burning, and fossil fuel combustion. Natural $CH_4$ is emitted from sources such as wetlands, oceans, forests, fire, termites and geological sources (Table 7.6).

## Box 7.4:  Effects of Climate Change on Air Quality

Weather is a key variable affecting air quality. Surface air concentrations of pollutants are highly sensitive to boundary layer ventilation, winds, temperature, humidity and precipitation. Anomalously hot and stagnant conditions in the summer of 1988 were responsible for the highest ozone year on record in the north-eastern USA (Lin et al., 2001). The summer heat wave in Europe in 2003 was associated with exceptionally high ozone (Ordonez et al., 2005). Such high interannual variability of surface ozone correlated with temperature demonstrates the potential air quality implications of climate change over the next century.

A few GCM studies have investigated how air pollution meteorology might respond to future climate change. Rind et al. (2001) found that increased continental ventilation as a result of more vigorous convection should decrease surface concentrations, while Holzer and Boer (2001) found that weaker winds should result in slower dilution of pollution plumes and hence higher concentrations. A focused study by Mickley et al. (2004) for the eastern USA found an increase in the severity and persistence of regional pollution episodes due to the reduced frequency of ventilation by cyclones tracking across Canada. This effect more than offsets



**Box 7.4, Figure 1.** *Probability that the daily maximum eight-hour average ozone concentration will exceed the US National Ambient Air Quality Standard of 0.08 ppm for a given daily maximum temperature based on 1980 to 1998 data. Values are shown for New England (bounded by 36°N, 44°N, 67.5°W and 87.5°W), the Los Angeles Basin (bounded by 32°N, 40°N, 112.5°W and 122.5°W) and the southeastern USA (bounded by 32°N, 36°N, 72.5°W and 92.5°W). Redrawn from Lin et al. (2001).*

the dilution associated with the small rise in mixing depths. A decrease in cyclone frequency at northern mid-latitudes and a shift to higher latitudes has been noted in observations from the past few decades (McCabe et al., 2001). An urban air quality model study by Jacobson (1999) pointed out that decreasing soil moisture or increasing surface temperature would decrease mixing depths and reduce near-surface pollutant concentrations.

A number of studies in the USA have shown that summer daytime ozone concentrations correlate strongly with temperature (NRC, 1991). This correlation appears to reflect contributions of comparable magnitude from (1) temperature-dependent biogenic VOC emissions, (2) thermal decomposition of peroxyacetylnitrate, which acts as a reservoir for $NO_x$ and (3) association of high temperatures with regional stagnation (Jacob et al., 1993; Sillman and Samson, 1995; Hauglustaine et al., 2005). Empirical relationships between ozone air quality standard exceedances and temperature, as shown in Figure 1, integrate all of these effects and could be used to estimate how future regional changes in temperature would affect ozone air quality. Changes in the global ozone background would also have to be accounted for (Stevenson et al., 2005).

A few GCM studies have examined more specifically the effect of changing climate on regional ozone air quality, assuming constant emissions. Knowlton et al. (2004) use a GCM coupled to a Regional Climate Model (RCM) to investigate the impact of 2050 climate change (compared with 1990) on ozone concentrations in the New York City metropolitan area. They found a significant ozone increase that they translated into a 4.5% increase in ozone-related acute mortality. Langner et al. (2005) use an RCM driven by two different GCMs to examine changes in the Accumulated Ozone concentration above a Threshold of 40 ppb (AOT40) statistic (ozone-hours above 40 ppb) over Europe in 2050 to 2070 relative to the present. They found an increase in southern and central Europe and a decrease in northern Europe that they attributed to different regional trends in cloudiness and precipitation. Dentener et al. (2006) synthesise the results of 10 global model simulations for 2030 driven by future compared with present climate. They find that climate change caused mean decreases in surface ozone of 0.5 to 1 ppb over continents and 1 to 2 ppb over the oceans, although some continental regions such as the Eastern USA experienced slight increases.

There has been less work on the sensitivity of aerosols to meteorological conditions. Regional model simulations by Aw and Kleeman (2003) find that increasing temperatures should increase surface aerosol concentrations due to increased production of aerosol precursors (in particular semi-volatile organic compounds and $HNO_3$) although this is partly compensated by the increasing vapour pressure of these compounds at higher temperatures. Perturbations of precipitation frequencies and patterns might be expected to have a major impact on aerosol concentrations, but the GCM study by Mickley et al. (2004) for 2000 to 2050 climate change finds little effect in the USA.

The net rate of $CH_4$ emissions is generally estimated from three approaches: (1) extrapolation from direct flux measurements and observations, (2) process-based modelling (bottom-up approach) and (3) inverse modelling that relies on spatially distributed, temporally continuous observations of concentration, and in some cases isotopic composition in the atmosphere (top-down approach). The top-down method also includes aircraft and satellite observations (Xiao et al., 2004; Frankenberg et al., 2005, 2006). When the bottom-up approach is used to extrapolate the emissions to larger scales, uncertainty results from the inherent large temporal and spatial variations of fluxes and the limited range of observational conditions. The top-down approach helps to overcome the weaknesses of bottom-up methods. However, obstacles to extensive application of the top-down approach include inadequate observations, and insufficient capabilities of the models to account for error amplification in the inversion process and to simulate complex topography and meteorology (Dentener et al., 2003a; Mikaloff Fletcher et al., 2004a, 2004b; Chen and Prinn, 2005, 2006). Measurements of isotopes of $CH_4$ ($^{13}C$, $^{14}C$, and $^2H$) provide additional constraints on $CH_4$ budgets and specific sources, but such data are even more limited (Bergamaschi et al., 2000; Lassey et al., 2000; Mikaloff Fletcher et al., 2004a, 2004b).

Since the TAR, availability of new data from various measurement networks and from national reporting documents has enabled re-estimates of $CH_4$ source magnitudes and insights into individual source strengths. Total global pre-industrial emissions of $CH_4$ are estimated to be 200 to 250 $Tg(CH_4)$ $yr^{-1}$ (Chappellaz et al., 1993; Etheridge et al., 1998; Houweling et al., 2000; Ferretti et al., 2005; Valdes et al., 2005). Of this, natural $CH_4$ sources emitted between 190 and 220 $Tg(CH_4)$ $yr^{-1}$, and anthropogenic sources (rice agriculture, livestock, biomass burning and waste) accounted for the rest (Houweling et al., 2000; Ruddiman and Thomson, 2001). In contrast, anthropogenic emissions dominate present-day $CH_4$ budgets, accounting for more than 60% of the total global budget (Table 7.6).

The single largest $CH_4$ source is natural wetlands. Recent estimates combine bottom-up and top-down fluxes, and global observations of atmospheric $CH_4$ concentrations in a three-dimensional Atmospheric Transport and Chemical Model (ATCM) simulation (Chen and Prinn, 2005, 2006). In these estimates, southern and tropical regions account for more than 70% of total global wetland emissions. Other top-down studies that include both direct observations and $^{13}C/^{12}C$ ratios of $CH_4$ suggest greater emissions in tropical regions compared with previously estimates (Mikaloff Fletcher et al., 2004a, 2004b; Xiao et al., 2004; Frankenberg et al., 2006). However, several bottom-up studies indicate fewer emissions from tropical rice agriculture (Li et al., 2002; Yan et al., 2003; Khalil and Shearer 2006). Frankenberg et al. (2005, 2006) and Keppler et al. (2006) suggest that tropical trees emit $CH_4$ via an unidentified process. The first estimate of this source was 10 to 30% (62–236 $Tg(CH_4)$ $yr^{-1}$) of the global total, but Kirschbaum et al. (2006) revise this estimate downwards to 10 to 60 $Tg(CH_4)$ $yr^{-1}$. Representative $^{13}C/^{12}C$ ratios ($\delta^{13}C$ values) of $CH_4$ emitted from individual sources are included in Table 7.6. Due to isotope

fractionation associated with $CH_4$ production and consumption processes, $CH_4$ emitted from each source exhibits a measurably different $\delta^{13}C$ value. Therefore, it is possible, using mixing models, to constrain further the sources of atmospheric $CH_4$.

Geological sources of $CH_4$ are not included in Table 7.6. However, several studies suggest that significant amounts of $CH_4$, produced within the Earth's crust (mainly by bacterial and thermogenic processes), are released into the atmosphere through faults and fractured rocks, mud volcanoes on land and the seafloor, submarine gas seepage, microseepage over dry lands and geothermal seeps (Etiope and Klusman, 2002; Etiope, 2004; Kvenvolden and Rogers, 2005). Emissions from these sources are estimated to be as large as 40 to 60 $Tg(CH_4)$ $yr^{-1}$.

The major $CH_4$ sinks are oxidation by OH in the troposphere, biological $CH_4$ oxidation in drier soil, and loss to the stratosphere (Table 7.6). Oxidation by chlorine (Cl) atoms in the marine atmospheric boundary layer is suggested as an additional sink for $CH_4$, possibly constituting an additional loss of about 19 $Tg(CH_4)$ $yr^{-1}$ (Gupta et al., 1997; Tyler et al., 2000; Platt et al., 2004; Allan et al., 2005). However, the decline in the growth rate of atmospheric $CH_4$ concentration since the TAR shows no correlation with change in sink strengths over the same period (Prinn et al., 2001, 2005; Allan et al., 2005). This trend has continued since 1993, and the reduction in the $CH_4$ growth rate has been suggested to be a consequence of source stabilisation and the approach of the global $CH_4$ budget towards steady state (Dlugokencky et al., 1998, 2003). Thus, total emissions are likely not increasing but partitioning among the different sources may have changed (see Section 2.3). Consequently, in the Fourth Assessment Report (AR4) the sink strength is treated as in the TAR (576 $Tg(CH_4)$ $yr^{-1}$). However, the AR4 estimate has been increased by 1% (to 581 $Tg(CH_4)$ $yr^{-1}$) to take into account the recalibration of the $CH_4$ scale explained in Chapter 2. The main difference between TAR and AR4 estimates is the source-sink imbalance inferred from the annual increment in concentration. The TAR used 8 ppb $yr^{-1}$ for a period centred on 1998 when there was clearly an anomalously high growth rate. The present assessment uses 0.2 ppb $yr^{-1}$, the average over 2000 to 2005 (see Section 2.3 and Figure 2.4). Thus, using the $CH_4$ growth rate for a single anomalous year, as in the TAR, gives an anomalously high top-down value relative to the longer-term average source. For a conversion factor of 2.78 $Tg(CH_4)$ per ppb and an atmospheric concentration of 1,774 ppb, the atmospheric burden of $CH_4$ in 2005 was 4,932 Tg, with an annual average increase (2000–2005) of about 0.6 Tg $yr^{-1}$. Total average annual emissions during the period considered here are approximately 582 $Tg(CH_4)$ $yr^{-1}$.

Uncertainty in this estimate may arise from several sources. Uncertainty in the atmospheric concentration measurement, given in Chapter 2 as $1,774 \pm 1.8$ ppb in 2005, is small (about 0.1%). Uncertainty ranges for individual sink estimates are $\pm 103$ $Tg(CH_4)$ (20%), $\pm 15$ $Tg(CH_4)$ (50%), $\pm 8$ $Tg(CH_4)$ (20%) for OH, soil and stratospheric loss, respectively (as reported in the Second Assessment Report). The use of a different lifetime for $CH_4$ ($8.7 \pm 1.3$ years) leads to an uncertainty in overall sink strength of $\pm 15$%. Thus, the top-down method used in AR4 is

**Table 7.6** Sources, sinks and atmospheric budgets of $CH_4$ ($Tg(CH_4)$ $yr^{-1}$).[a]

| References | Indicative $^{13}C$, ‰[b] | Hein et al., 1997[c] | Houweling et al., 2000[c] | Olivier et al., 2005 | Wuebbles and Hayhoe, 2002 | Scheehle et al., 2002 | J. Wang et al., 2004[c] | Mikaloff Fletcher et al., 2004a[c] | Chen and Prinn, 2006[c] | TAR | AR4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base year | | 1983–1989 | | 2000 | | 1990 | 1994 | 1999 | 1996–2001 | 1998 | 2000–2004 |
| **Natural sources** | | | **222** | | **145** | | **200** | **260** | **168** | | |
| Wetlands | −58 | 231 | 163 | | 100 | | 176 | 231 | 145 | | |
| Termites | −70 | | 20 | | 20 | | 20 | 29 | 23 | | |
| Ocean | −60 | | 15 | | 4 | | | | | | |
| Hydrates | −60 | | | | 5 | | 4 | | | | |
| Geological sources | −40 | | 4 | | 14 | | | | | | |
| Wild animals | −60 | | 15 | | | | | | | | |
| Wildfires | −25 | | 5 | | 2 | | | | | | |
| **Anthropogenic sources** | | **361** | | **320** | **358** | **264** | **307** | **350** | **428** | | |
| Energy | | | | | | 74 | 77 | | | | |
| Coal mining | −37 | 32 | | 34 | 46 | | | 30 | 48[d] | | |
| Gas, oil, industry | −44 | 68 | | 64 | 60 | | | 52 | 36[e] | | |
| Landfills & waste | −55 | 43 | | 66 | 61 | 69 | 49 | 35 | | | |
| Ruminants | −60 | 92 | | 80 | 81 | 76 | 83 | 91 | 189[f] | | |
| Rice agriculture | −63 | 83 | | 39 | 60 | 31 | 57 | 54 | 112 | | |
| Biomass burning | −25 | 43 | | | 50 | 14 | 41 | 88 | 43[e] | | |
| C3 vegetation | −25 | | | 27 | | | | | | | |
| C4 vegetation | −12 | | | 9 | | | | | | | |
| **Total sources** | | **592** | | | **503** | | **507** | **610** | **596** | **598** | **582** |
| Imbalance | | +33 | | | | | | | | +22 | +1 |
| **Sinks** | | | | | | | | | | | |
| Soils | −18 | 26 | | | 30 | | 34 | 30 | | 30 | 30[g] |
| Tropospheric OH | −3.9 | 488 | | | 445 | | 428 | 507 | | 506 | 511[g] |
| Stratospheric loss | | 45 | | | 40 | | 30 | 40 | | 40 | 40[g] |
| **Total sink** | | **559** | | | **515** | | **492** | **577** | | **576** | **581**[g] |

Notes:

[a] Table shows the best estimate values.

[b] Indicative $^{13}C$ values for sources are taken mainly from Mikaloff Fletcher et al. (2004a). Entries for sinks are the fractionation, ($k_{13}/k_{12}$−1) where $k_n$ is the removal rate of $^{n}CH_4$; the fractionation for OH is taken from Saueressig et al. (2001) and that for the soil sink from Snover and Quay (2000) as the most recent determinations.

[c] Estimates from global inverse modelling (top-down method).

[d] Includes natural gas emissions.

[e] Biofuel emissions are included under Industry.

[f] Includes emissions from landfills and wastes.

[g] Numbers are increased by 1% from the TAR according to recalibration described in Chapter 2.

constrained mainly by uncertainty in sink estimates and the choice of lifetime used in the mass balance calculation.

### 7.4.1.2    Effects of Climate

Effects of climate on $CH_4$ biogeochemistry are investigated by examining records of the past and from model simulations under various climate change scenarios. Ice core records going back 650 ka (Petit et al., 1999; Spahni et al., 2005) reveal that the atmospheric concentration of $CH_4$ is closely tied to atmospheric temperature, falling and rising in phase with temperature at the inception and termination of glacial episodes (Wuebbles and Hayhoe, 2002). Brook et al. (2000) show that, following each transition, temperature increased more rapidly than $CH_4$ concentration. Since biogenic $CH_4$ production and emission from major sources (wetlands, landfills, rice agriculture and biomass burning) are influenced by climate variables such as temperature and moisture, the effect of climate on emissions from these sources is significant.

Several studies indicate a high sensitivity of wetland $CH_4$ emissions to temperature and water table. Before the 1990s, elevated surface temperature and emissions from wetlands were believed to contribute to the increase in global $CH_4$ emissions (Walter and Heimann, 2001a,b; Christensen et al., 2003; Zhuang et al., 2004). Observations indicate substantial increases in $CH_4$ released from northern peatlands that are experiencing permafrost melt (Christensen et al., 2004; Wickland et al., 2006). Based on the relationship between emissions and temperature at two wetland sites in Scotland, Chapman and Thurlow (1996) predicted that $CH_4$ emissions would increase by 17, 30 and 60% for warmings of 1.5°C, 2.5°C and 4.5°C (warming above the site's mean temperature during 1951 to 1980), respectively. A model simulation by Cao et al. (1998) yielded a 19% emission increase under a uniform 2°C warming. The combined effects of a 2°C warming and a 10% increase in precipitation yielded an increase of 21% in emissions. In most cases, the net emission depends on how an increase in temperature affects net ecosystem production (NEP), as this is the source of methanogenic substrates (Christensen et al., 2003), and on the moisture regime of wetlands, which determines if decomposition is aerobic or anaerobic. Emissions increase under a scenario where an increase in temperature is associated with increases in precipitation and NEP, but emissions decrease if elevated temperature results in either reduced precipitation or reduced NEP.

For a doubling in atmospheric $CO_2$ concentration, the GCM of Shindell et al. (2004) simulates a 3.4°C warming. Changes in the hydrological cycle due to this $CO_2$ doubling cause $CH_4$ emissions from wetlands to increase by 78%. Gedney et al. (2004) also simulate an increase in $CH_4$ emissions from northern wetlands due to an increase in wetland area and an increase in $CH_4$ production due to higher temperatures. Zhuang et al. (2004) use a terrestrial ecosystem model based on emission data for the 1990s to study how rates of $CH_4$ emission and consumption in high-latitude soils of the NH (north of 45°N) have changed over the past century (1900–2000) in response to observed change in

the region's climate. They estimate that average net emissions of $CH_4$ increased by 0.08 Tg $yr^{-1}$ over the 20th century. Their decadal net $CH_4$ emission rate correlates with soil temperature and water table depth.

In rice agriculture, climate factors that will likely influence $CH_4$ emission are those associated with plant growth. Plant growth controls net emissions by determining how much substrate will be available for either methanogenesis or methanotrophy (Matthews and Wassmann, 2003). Sass et al. (2002) show that $CH_4$ emissions correlate strongly with plant growth (height) in a Texas rice field. Any climate change scenario that results in an increase in plant biomass in rice agriculture is likely to increase $CH_4$ emissions (Xu et al., 2004). However, the magnitude of increased emission depends largely on water management. For example, field drainage could significantly reduce emission due to aeration of the soil (i.e., influx of air into anaerobic zones that subsequently suppresses methanogenesis, Li et al., 2002).

Past observations indicate large interannual variations in $CH_4$ growth rates (Dlugokencky et al., 2001). The mechanisms causing these variations are poorly understood and the role of climate is not well known. Emissions from wetlands and biomass burning may have contributed to emission peaks in 1993 to 1994 and 1997 to 1998 (Langenfelds et al., 2002; Butler et al., 2004). Unusually warm and dry conditions in the NH during ENSO periods increase biomass burning. Kasischke and Bruhwiler (2002) attribute $CH_4$ releases of 3 to 5 Tg in 1998 to boreal forest fires in Eastern Siberia resulting from unusually warm and dry conditions.

Meteorological conditions can affect global mean removal rates (Warwick et al., 2002; Dentener et al., 2003a). Dentener et al. find that over the period 1979 to 1993, the primary effect resulted from changes in OH distribution caused by variations in tropical tropospheric water vapour. Johnson et al. (2001) studied predictions of the $CH_4$ evolution over the 21st century and found that there is also a substantial increase in $CH_4$ destruction due to increases in the $CH_4 + OH$ rate coefficient in a warming climate. There also appear to be significant interannual variations in the active Cl sink, but a climate influence has yet to be identified (Allan et al., 2005). On the other hand, several model studies indicate that $CH_4$ oxidation in soil is relatively insensitive to temperature increase (Ridgwell at al., 1999; Zhuang et al., 2004). A doubling of atmospheric $CO_2$ would likely change the sink strength only marginally (in the range of $-1$ to $+3$ Tg($CH_4$) $yr^{-1}$; Ridgwell et al., 1999). However, any change in climate that alters the amount and pattern of precipitation may significantly affect the $CH_4$ oxidation capacity of soils. A process-based model simulation indicated that $CH_4$ oxidation strongly depends on soil gas diffusivity, which is a function of soil bulk density and soil moisture content (Bogner et al., 2000; Del Grosso et al., 2000).

Climate also affects the stability of $CH_4$ hydrates beneath the ocean, where large amounts of $CH_4$ are stored ($\sim 4 \times 10^6$ Tg; Buffett and Archer, 2004). The $\delta^{13}C$ values of ancient seafloor carbonates reveal several hydrate dissociation events that appear to have occurred in connection with rapid warming episodes in the Earth's history (Dickens et al., 1997; Dickens, 2001). Model

results indicate that these hydrate decomposition events occurred too fast to be controlled by the propagation of the temperature change into the sediments (Katz et al., 1999; Paull et al., 2003). Additional studies infer other indirect and inherently more rapid mechanisms such as enhanced migration of free gas, or reordering of gas hydrates due to slump slides (Hesselbo et al., 2000; Jahren et al., 2001; Kirschvink et al., 2003; Ryskin, 2003). Recent modelling suggests that today's seafloor $CH_4$ inventory would be diminished by 85% with a warming of bottom water temperatures by 3°C (Buffett and Archer, 2004). Based on this inventory, the time-dependent feedback of hydrate destabilisation to global warming has been addressed using different assumptions for the time constant of destabilisation: an anthropogenic release of 2,000 GtC to the atmosphere could cause an additional release of $CH_4$ from gas hydrates of a similar magnitude (~2,000 Gt($CH_4$)) over a period of 1 to 100 kyr (Archer and Buffett, 2005). Thus, gas hydrate decomposition represents an important positive $CH_4$ feedback to be considered in global warming scenarios on longer time scales.

In summary, advances have been made since the TAR in constraining estimates of $CH_4$ source strengths and in understanding emission variations. These improvements are attributed to increasing availability of worldwide observations and improved modelling techniques. Emissions from anthropogenic sources remain the major contributor to atmospheric $CH_4$ budgets. Global emissions are likely not to have increased since the time of the TAR, as nearly zero growth rates in atmospheric $CH_4$ concentrations have been observed with no significant change in the sink strengths.

### 7.4.2    Nitrogen Compounds

The N cycle is integral to functioning of the Earth system and to climate (Vitousek et al., 1997; Holland et al., 2005a). Over the last century, human activities have dramatically increased emissions and removal of reactive N to the global atmosphere by as much as three to five fold. Perturbations of the N cycle affect the atmosphere climate system through production of three key N-containing trace gases: $N_2O$, ammonia ($NH_3$) and $NO_x$ (nitric oxide (NO) + nitrogen dioxide ($NO_2$)). Nitrous oxide is the fourth largest single contributor to positive radiative forcing, and serves as the only long-lived atmospheric tracer of human perturbations of the global N cycle (Holland et al., 2005a). Nitrogen oxides have short atmospheric lifetimes of hours to days (Prather et al., 2001). The dominant impact of $NO_x$ emissions on the climate is through the formation of tropospheric ozone, the third largest single contributor to positive radiative forcing (Sections 2.3.6, 7.4.4). Emissions of $NO_x$ generate indirect negative radiative forcing by shortening the atmospheric lifetime of $CH_4$ (Prather 2002). Ammonia contributes to the formation of sulphate and nitrate aerosols, thereby contributing to aerosol cooling and the aerosol indirect effect (Section 7.5), and to increased nutrient supply for the carbon cycle (Section 7.5). Ammonium and $NO_x$ are removed from the atmosphere by deposition, thus affecting the carbon cycle through increased nutrient supply (Section 7.3.3.1.3).

Atmospheric concentrations of $N_2O$ have risen 16%, from about 270 ppb during the pre-industrial era to 319 ppb in 2005 (Figure 7.16a). The average annual growth rate for 1999 to 2000 was 0.85 to 1.1 ppb yr$^{-1}$, or about 0.3% per year (WMO, 2003). The main change in the global $N_2O$ budget since the TAR is quantification of the substantial human-driven emission of $N_2O$ (Table 7.7; Naqvi et al., 2000; Nevison et al., 2004; Kroeze et al., 2005; Hirsch et al., 2006). The annual source of $N_2O$ from the Earth's surface has increased by about 40 to 50% over pre-industrial levels as a result of human activity (Hirsch et al., 2006). Human activity has increased N supply to coastal and open oceans, resulting in decreased $O_2$ availability and $N_2O$ emissions (Naqvi et al., 2000; Nevison et al., 2004).

Since the TAR, both top-down and bottom-up estimates of $N_2O$ have been refined. Agriculture remains the single biggest anthropogenic $N_2O$ source (Bouwman et al., 2002; Smith and Conen, 2004; Del Grosso et al., 2005). Land use change continues to affect $N_2O$ and NO emissions (Neill et al., 2005): logging is estimated to increase $N_2O$ and NO emissions by 30 to 350% depending on conditions (Keller et al., 2005). Both studies underscore the importance of N supply, temperature and moisture as regulators of trace gas emissions. The inclusion of several minor sources (human excreta, landfills and atmospheric deposition) has increased the total bottom-up budget to 20.6 TgN yr$^{-1}$ (Bouwman et al., 2002). Sources of $N_2O$ now estimated since the TAR include coastal $N_2O$ fluxes of 0.2 TgN yr$^{-1}$ (±70%; Nevison et al., 2004) and river and estuarine $N_2O$ fluxes of 1.5 TgN yr$^{-1}$ (Kroeze et al., 2005). Box model calculations show the additional river and estuarine sources to be consistent with the observed rise in atmospheric $N_2O$ (Kroeze et al., 2005).

Top-down estimates of surface sources use observed concentrations to constrain total sources and their spatial distributions. A simple calculation, using the present-day $N_2O$ burden divided by its atmospheric lifetime, yields a global stratospheric loss of about 12.5 ± 2.5 TgN yr$^{-1}$. Combined with the atmospheric increase, this loss yields a surface source of 16 TgN yr$^{-1}$. An inverse modelling study of the surface flux of $N_2O$ yields a global source of 17.2 to 17.4 TgN yr$^{-1}$ with an estimated uncertainty of 1.4 (1 standard deviation; Hirsch et al., 2006). The largest sources of $N_2O$ are from land at tropical latitudes, the majority located north of the equator. The Hirsch et al. inversion results further suggest that $N_2O$ source estimates from agriculture and fertilizer may have increased markedly over the last three decades when compared with an earlier inverse model estimate (Prinn et al., 1990). Bottom-up estimates, which sum individual source estimates, are more evenly distributed with latitude and lack temporal variability. However, there is clear consistency between top-down and bottom-up global source estimates, which are 17.3 (15.8–18.4) and 17.7 (8.5–27.7) TgN yr$^{-1}$, respectively.

Concentrations of $NO_x$ and reduced nitrogen ($NH_x$ = $NH_3$ + ammonium ion ($NH_4^+$)) are difficult to measure because the atmospheric lifetimes of hours to days instead of years generate pronounced spatial and temporal variations in their distributions. Atmospheric concentrations of $NO_x$ and $NH_x$





**Figure 7.16.** *(a) Changes in the emissions of fuel combustion $NO_x$ and atmospheric $N_2O$ mixing ratios since 1750. Mixing ratios of $N_2O$ provide the atmospheric measurement constraint on global changes in the N cycle. (b) Changes in the indices of the global agricultural N cycle since 1850: the production of manure, fertilizer and estimates of crop N fixation. For data sources see http://www-eosdis.ornl.gov/ (Holland et al., 2005b) and http://www.cmdl.noaa.gov/. Figure adapted from Holland et al. (2005c).*

vary more regionally and temporally than concentrations of $N_2O$. Total global $NO_x$ emissions have increased from an estimated pre-industrial value of 12 TgN yr$^{-1}$ (Holland et al., 1999; Galloway et al., 2004) to between 42 and 47 TgN yr$^{-1}$ in 2000 (Table 7.7). Lamarque et al. (2005a) forecast them to be 105 to 131 TgN yr$^{-1}$ by 2100. The range of surface $NO_x$ emissions (excluding lightning and aircraft) used in the current generation of global models is 33 to 45 TgN yr$^{-1}$ with small ranges for individual sources. The agreement reflects the use

of similar inventories and parametrizations. Current estimates of $NO_x$ emissions from fossil fuel combustion are smaller than in the TAR.

Since the TAR, estimates of tropospheric $NO_2$ columns from space by the Global Ozone Monitoring Experiment (GOME, launched in 1995) and the SCanning Imaging Absorption SpectroMeter for Atmospheric CHartographY (SCIAMACHY, launched in 2002) (Richter and Burrows, 2002; Heue et al., 2005) provide constraints on estimates of $NO_x$ emissions (Leue et al., 2001). Martin et al. (2003a) use GOME data to estimate a global surface source of $NO_x$ of 38 TgN yr$^{-1}$ for 1996 to 1997 with an uncertainty factor of 1.6. Jaeglé et al. (2005) partition the surface $NO_x$ source inferred from GOME into 25.6 TgN yr$^{-1}$ from fuels, 5.9 TgN yr$^{-1}$ from biomass burning and 8.9 TgN yr$^{-1}$ from soils. Interactions between soil emissions and scavenging by plant canopies have a significant impact on soil $NO_x$ emissions to the free troposphere: the impact may be greatest in subtropical and tropical regions where emissions from fuel combustion are rising (Ganzeveld et al., 2002). Boersma et al. (2005) find that GOME data constrain the global lightning $NO_x$ source for 1997 to the range 1.1 to 6.4 TgN yr$^{-1}$. Comparison of the tropospheric $NO_2$ column of three state-of-the-art retrievals from GOME for the year 2000 with model results from 17 global atmospheric chemistry models highlights significant differences among the various models and among the three GOME retrievals (Figure 7.17, van Noije et al., 2006). The discrepancies among the retrievals (10 to 50% in the annual mean over polluted regions) indicate that the previously estimated retrieval uncertainties have a large systematic component. Top-down estimates of $NO_x$ emissions from satellite retrievals of tropospheric $NO_2$ are strongly dependent on the choice of model and retrieval.

Knowledge of the spatial distribution of $NO_x$ emissions has evolved significantly since the TAR. An Asian increase in emissions has been compensated by a European decrease over the past decade (Naja et al., 2003). Richter et al. (2005; see also Irie et al., 2005) use trends for 1996 to 2004 observed by GOME and SCIAMACHY to deduce a 50% increase in $NO_x$ emissions over industrial areas of China. Observations of $NO_2$ in shipping lanes from GOME (Beirle et al., 2004) and SCIAMACHY (Richter et al., 2004) give values at the low end of emission inventories. Data from GOME and SCIAMACHY further reveal large pulses of soil $NO_x$ emissions associated with rain (Jaeglé et al., 2004) and fertilizer application (Bertram et al., 2005).

All indices show an increase since pre-industrial times in the intensity of agricultural nitrogen cycling, the primary source of $NH_3$ emissions (Figure 7.16b and Table 7.7; Bouwman et al., 2002). Total global $NH_3$ emissions have increased from an estimated pre-industrial value of 11 TgN yr$^{-1}$ to 54 TgN yr$^{-1}$ for 2000 (Holland et al., 1999; Galloway et al., 2004), and are projected to increase to 116 TgN yr$^{-1}$ by 2050.

The primary sink for $NH_x$ and $NO_x$ and their reaction products is wet and dry deposition. Estimates of the removal rates of both $NH_x$ and $NO_x$ are provided by measurements of

wet deposition over the USA and Western Europe to quantify acid rain inputs (Hauglustaine et al., 2004; Holland et al., 2005a; Lamarque et al., 2005a). Chemical transport models represent the wet and dry deposition of $NO_x$ and $NH_x$ and their reaction products. A study of 29 simulations with 6 different tropospheric chemistry models, focusing on present-day and 2100 conditions for $NO_x$ and its reaction products, projects an average increase in N deposition over land by a factor of 2.5 by 2100 (Lamarque et al., 2005b), mostly due to increases in $NO_x$

emissions. Nitrogen deposition rates over Asia are projected to increase by a factor of 1.4 to 2 by 2030. Climate contributions to the changes in oxidized N deposition are limited by the models' ability to represent changes in precipitation patterns. An intercomparison of 26 global atmospheric chemistry models demonstrates that current scenarios and projections are not sufficient to stabilise or reduce N deposition or ozone pollution before 2030 (Dentener et al., 2006).

**Table 7.7.** Global sources (TgN yr[-1]) of $NO_x$, $NH_3$ and $N_2O$ for the 1990s.

| Source | $NO_x$ TAR[a] | $NO_x$ AR4[b] | $NH_3$ TAR[a] | $NH_3$ AR4[a] | $N_2O$ TAR[c] | $N_2O$ AR4 |
|---|---|---|---|---|---|---|
| **Anthropogenic sources** | | | | | | |
| Fossil fuel combustion & industrial processes | 33 (20–24) | 25.6 (21–28) | 0.3 (0.1–0.5) | 2.5[d] | 1.3/0.7 (0.2–1.8) | 0.7 (0.2–1.8)[d] |
| Aircraft | 0.7 (0.2–0.9) | –[e] (0.5–0.8) | – | – | – | – |
| Agriculture | 2.3[f] (0–4) | 1.6[g] | 34.2 (16–48) | 35[g] (16–48) | 6.3/2.9 (0.9–17.9) | 2.8 (1.7–4.8)[g] |
| Biomass and biofuel burning | 7.1 (2–12) | 5.9 (6–12) | 5.7 (3–8) | 5.4[g] (3–8) | 0.5 (0.2–1.0) | 0.7 (0.2–1.0)[g] |
| Human excreta | – | – | 2.6 (1.3–3.9) | 2.6[g] (1.3–3.9) | – | 0.2[g] (0.1–0.3)[h] |
| Rivers, estuaries, coastal zones | – | – | – | – | – | 1.7 (0.5–2.9)[i] |
| Atmospheric deposition | – | 0.3[g] | – | – | – | 0.6 (0.3–0.9)[h] |
| **Anthropogenic total** | **43.1** | **33.4** | **42.8** | **45.5** | **8.1/4.1** | **6.7** |
| **Natural sources** | | | | | | |
| Soils under natural vegetation | 3.3[f] (3–8) | 7.3[j] (5–8) | 2.4 (1–10) | 2.4[g] (1–10) | 6.0/6.6 (3.3–9.9) | 6.6 (3.3–9.0)[g] |
| Oceans | – | – | 8.2 (3–16) | 8.2[g] (3–6) | 3.0/3.6 (1.0–5.7) | 3.8 (1.8–5.8)[k] |
| Lightning | 5 (2–12) | 1.1–6.4 (3–7) | – | – | – | – |
| Atmospheric chemistry | <0.5 | – | – | – | 0.6 (0.3–1.2) | 0.6 (0.3–1.2)[c] |
| **Natural total** | **8.8** | **8.4–13.7** | **10.6** | **10.6** | **9.6/10.8** | **11.0** |
| **Total sources** | **51.9** (27.2–60.9) | **41.8–47.1** (37.4–57.7) | **53.4** (40–70) | **56.1** (26.8–78.4) | **17.7/14.9** (5.9–37.5) | **17.7** (8.5–27.7) |

Notes:
[a]  Values from the TAR: $NO_x$ from Table 4.8 with ranges from Tables 4.8 and 5.2; $NH_3$ from Table 5.2, unless noted.
[b]  Parentheses show the range of emissions used in the model runs described in Table 7.9. See text for explanation. Where possible, the best estimate $NO_x$ emission is based on satellite observations. None of the model studies includes the $NO_x$ source from oxidation of $NH_3$, which could contribute up to 3 TgN yr[-1]. The source of $NO_x$ from stratosphere-troposphere exchange is less than 1 TgN yr[-1] in all models, which is well constrained from observations of $N_2O$-$NO_x$ correlations in the lower stratosphere (Olsen et al., 2001).
[c]  Values are from the TAR, Table 4.4; Mosier et al. (1998); Kroeze et al. (1999)/Olivier et al. (1998): a single value indicates agreement between the sources and methodologies of the different studies.
[d]  Van Aardenne et al. (2001), range from the TAR.
[e]  The aircraft source is included in the total for industrial processes. The parentheses indicate values used in model runs.
[f]  The total soil $NO_x$ emissions estimate of 5.6 provided in Table 4.8 of the TAR was distributed between agriculture and soil $NO_x$ according to the proportions provided in the TAR, Table 5.2.
[g]  Bowman et al. (2001, Table 1); Bowman et al. (2002) for the 1990s; range from the TAR or calculated as ±50%.
[h]  Estimated as ±50%.
[i]  Kroeze et al. (2005); Nevison et al. (2004); estimated uncertainty is ±70% from Nevison et al. (2004).
[j]  All soils, minus the fertilized agricultural soils indicated above.
[k]  Nevison et al. (2003, 2004), combining the uncertainties in ocean production and oceanic exchange.



$NO_2$ column density [$10^{15}$ molecules cm$^{-2}$]

| 0.0 | 0.2 | 0.5 | 1.0 | 1.5 | 2.0 | 3.0 | 4.0 | 6.0 | 8.0 | 10.0 | 20.0 |

**Figure 7.17.** *Tropospheric column $NO_2$ from (a) satellite measurements and (b) atmospheric chemistry models. The maps represent ensemble average annual mean tropospheric $NO_2$ column density maps for the year 2000. The satellite retrieval ensemble comprises three state-of-the-art retrievals from GOME; the model ensemble includes 17 global atmospheric chemistry models. These maps were obtained after smoothing the data to a common horizontal resolution of 5° × 5° (adapted from van Noije et al., 2006).*

### 7.4.3. Molecular Hydrogen

Increased interest in atmospheric $H_2$ is due to its potential role as an indirect greenhouse gas (Derwent et al., 2001) and expected perturbations of its budget in a prospective 'hydrogen economy' (Schultz et al., 2003; Tromp et al., 2003; Warwick et al., 2004). Potential consequences of increased $H_2$ emissions include a reduction of global oxidizing capacity (presently $H_2$ constitutes 5 to 10% of the global average OH sink, Schultz et al., 2003) and increased formation of water vapour, which could lead to increased cirrus formation in the troposphere and increased polar stratospheric clouds (PSCs) and additional cooling in the stratosphere, thereby leading to more efficient ozone depletion (Tromp et al., 2003).

Studies of the global tropospheric $H_2$ budget (see Table 7.8) generally agree on a total source strength of between 70 and 90 Tg($H_2$) yr$^{-1}$, which is approximately balanced by its sinks. About half of the $H_2$ is produced in the atmosphere via photolysis of formaldehyde ($CH_2O$), which itself originates from the oxidation of $CH_4$ and other volatile organic compounds. The other half stems from the combustion of fossil fuels (e.g., car exhaust) and biomass burning. About 10% of the global $H_2$ source is due to ocean biochemistry and N fixation in soils. Presently, about 50 Tg($H_2$) yr$^{-1}$ are produced in the industrial sector, mostly for the petrochemical industry (e.g., refineries) (Lovins, 2003). Evaporative losses of industrial $H_2$ are generally assumed to be negligible (Zittel and Altmann, 1996). The dominant sink of atmospheric $H_2$ is deposition with catalytic destruction by soil microorganisms and possibly enzymes (Conrad and Seiler, 1981). The seasonal cycle of observed $H_2$ concentrations implies an atmospheric lifetime of about 2 years (Novelli et al., 1999; Simmonds et al., 2000; Hauglustaine and Ehhalt, 2002), whereas the lifetime with respect to OH oxidation is 9 to 10 years, which implies

that the deposition sink is about three to four times as large as the oxidation. Loss of $H_2$ to the stratosphere and its subsequent escape to space is negligible for the tropospheric $H_2$ budget, because the budgets of the troposphere and stratosphere are largely decoupled (Warneck, 1988).

Estimates of $H_2$ required to fuel a future carbon-free energy system are highly uncertain and depend on the technology as well as the fraction of energy that might be provided by $H_2$. In the future, $H_2$ emissions could at most double: the impact on global oxidizing capacity and stratospheric temperatures and ozone concentrations is estimated to be small (Schultz et al., 2003; Warwick et al., 2004). According to Schultz et al. (2003), the side effects of a global $H_2$ economy could have a stronger impact on global climate and air pollution. Global oxidizing capacity is predominantly controlled by the concentration of $NO_x$. Large-scale introduction of $H_2$-powered vehicles would lead to a significant decrease in global $NO_x$ emissions, leading to a reduction in OH of the order of 5 to 10%. Reduced $NO_x$ levels could also significantly reduce tropospheric ozone concentrations in urban areas. Despite the expected large-scale use of natural gas for $H_2$ production, the impact of a $H_2$ economy on the global $CH_4$ budget is likely to be small, except for the feedback between reduced oxidizing capacity (via $NO_x$ reduction) and $CH_4$ lifetime.

### 7.4.4   Global Tropospheric Ozone

#### *7.4.4.1     Present-Day Budgets of Ozone and its Precursors*

Tropospheric ozone is (after $CO_2$ and $CH_4$) the third most important contributor to greenhouse radiative forcing. Trends over the 20th century are discussed in Chapter 2. Ozone is produced in the troposphere by photochemical oxidation of CO, $CH_4$ and non-methane VOCs (NMVOCs) in the presence

**Table 7.8.** *Summary of global budget studies of atmospheric* $H_2$ *(Tg($H_2$) yr$^{-1}$).*

|  | Sanderson et al. (2003a) | Hauglustaine and Ehhalt (2002) | Novelli et al. (1999) | Ehhalt (1999) | Warneck (1988) | Seiler and Conrad (1987) |
|---|---|---|---|---|---|---|
| *Sources* | | | | | | |
| Oxidation of $CH_4$ and VOC | 30.2 | 31 | 40 ± 16 | 35 ± 15 | 50 | 40 ± 15 |
| Fossil fuel combustion | 20 | 16 | 15 ± 10 | 15 ± 10 | 17 | 20 ± 10 |
| Biomass burning | 20 | 13 | 16 ± 11 | 16 ± 5 | 15 | 20 ± 10 |
| $N_2$ fixation | 4 | 5 | 3 ± 1 | 3 ± 2 | 3 | 3 ± 2 |
| Ocean release | 4 | 5 | 3 ± 2 | 3 ± 2 | 4 | 4 ± 2 |
| Volcanoes | – | – | – | – | 0.2 | – |
| Total | 78.2 | 70 | 77 ± 16 | 71 ± 20 | 89 | 87 |
| *Sinks* | | | | | | |
| Deposition | 58.3 | 55 | 56 ± 41 | 40 ± 30 | 78 | 90 ± 20 |
| Oxidation by OH | 17.1 | 15 | 19 ± 5 | 25 ± 5 | 11 | 8 ± 3 |
| Total | 74.4 | 70 | 75 ± 41 | 65 ± 30 | 89 | 98 |

of $NO_x$. Stratosphere-troposphere exchange (STE) is another source of ozone to the troposphere. Loss of tropospheric ozone takes place through chemical reactions and dry deposition. Understanding of tropospheric ozone and its relationship to sources requires three-dimensional tropospheric chemistry models that describe the complex nonlinear chemistry involved and its coupling to transport.

The past decade has seen considerable development in global models of tropospheric ozone, and the current generation of models can reproduce most climatological features of ozone observations. The TAR reported global tropospheric ozone budgets from 11 models in the 1996 to 2000 literature. Table 7.9 presents an update to the post-2000 literature, including a recent intercomparison of 25 models (Stevenson et al., 2006). Models concur that chemical production and loss are the principal terms in the global budget. Although STE is only a minor term in the global budget, it delivers ozone to the upper troposphere where its lifetime is particularly long (about one month, limited by transport to the lower troposphere) and where it is of most importance from a radiative forcing perspective.

The post-2000 model budgets in Table 7.9 show major differences relative to the older generation TAR models: on average a 34% weaker STE, a 35% stronger chemical production, a 10% larger tropospheric ozone burden, a 16% higher deposition velocity and a 10% shorter chemical lifetime. It is now well established that many of the older studies overestimated STE, as observational constraints in the lower stratosphere impose an STE ozone flux of 540 ± 140 Tg yr$^{-1}$ (Gettelman et al., 1997; Olsen et al., 2001). Overestimation of the STE flux appears to be most serious in models using assimilated meteorological data, due to the effect of assimilation on vertical motions (Douglass et al., 2003; Schoeberl et al., 2003; Tan et al., 2004; Van Noije et al., 2004). The newer models correct for this effect by using dynamic flux boundary conditions in the

tropopause region (McLinden et al., 2000) or by relaxing model results to observed climatology (Horowitz et al., 2003). Such corrections, although matching the global STE flux constraints, may still induce errors in the location of the transport (Hudman et al., 2004) with implications for the degree of stratospheric influence on tropospheric concentrations (Fusco and Logan, 2003).

The faster chemical production and loss of ozone in the current generation of models could reflect improved treatment of NMVOC sources and chemistry (Houweling et al., 1998), ultraviolet (UV) actinic fluxes (Bey et al., 2001) and deep convection (Horowitz et al., 2003), as well as higher $NO_x$ emissions (Stevenson et al., 2006). Subtracting ozone chemical production and loss terms in Table 7.9 indicates that the current generation of models has net production of ozone in the troposphere, while the TAR models had net loss, reflecting the decrease in STE. Net production is not a useful quantity in analysing the ozone budget because (1) it represents only a small residual between production and loss and (2) it reflects a balance between STE and dry deposition, both of which are usually parametrized in models.

Detailed budgets of ozone precursors were presented in the TAR. The most important precursors are $CH_4$ and $NO_x$ (Wang et al., 1998; Grenfell et al., 2003; Dentener et al., 2005). Methane is in general not simulated explicitly in ozone models and is instead constrained from observations. Nitrogen oxides are explicitly simulated and proper representation of sources and chemistry is critical for the ozone simulation. The lightning source is particularly uncertain (Nesbitt et al., 2000; Tie et al., 2002), yet is of great importance because of the high production efficiency of ozone in the tropical upper troposphere. The range of the global lightning $NO_x$ source presently used in models (3–7 TgN yr$^{-1}$) is adjusted to match atmospheric observations of ozone and $NO_x$, although large model uncertainties in deep

**Table 7.9.** *Global budgets of tropospheric ozone (Tg yr$^{-1}$) for the present-day atmosphere[a].*

| Reference | Model[b] | Stratosphere-Troposphere Exchange | Chemical Production[c] | Chemical Loss[c] | Dry Deposition | Burden (Tg) | Lifetime[d] (days) |
|---|---|---|---|---|---|---|---|
| TAR[e] | 11 models | 770 ± 400 | 3420 ± 770 | 3470 ± 520 | 770 ± 180 | 300 ± 30 | 24 ± 2 |
| Lelieveld and Dentener (2000) | TM3 | 570 | 3310 | 3170 | 710 | 350 | 33 |
| Bey et al. (2001) | GEOS-Chem | 470 | 4900 | 4300 | 1070 | 320 | 22 |
| Sudo et al. (2002b) | CHASER | 593 | 4895 | 4498 | 990 | 322 | 25 |
| Horowitz et al. (2003) | MOZART-2 | 340 | 5260 | 4750 | 860 | 360 | 23 |
| Von Kuhlmann et al. (2003) | MATCH-MPIC | 540 | 4560 | 4290 | 820 | 290 | 21 |
| Shindell et al. (2003) | GISS | 417 | NR[f] | NR | 1470 | 349 | NR |
| Hauglustaine et al. (2004) | LMDz-INCA | 523 | 4486 | 3918 | 1090 | 296 | 28 |
| Park et al. (2004) | UMD-CTM | 480 | NR | NR | 1290 | 340 | NR |
| Rotman et al. (2004) | IMPACT | 660 | NR | NR | 830 | NR | NR |
| Wong et al. (2004) | SUNY/UiO GCCM | 600 | NR | NR | 1100 | 376 | NR |
| Stevenson et al. (2004) | STOCHEM | 395 | 4980 | 4420 | 950 | 273 | 19 |
| Wild et al. (2004) | FRSGC/UCI | 520 | 4090 | 3850 | 760 | 283 | 22 |
| Folberth et al. (2006) | LMDz-INCA | 715 | 4436 | 3890 | 1261 | 303 | 28 |
| Stevenson et al. (2006) | 25 models | 520 ± 200 | 5060 ± 570 | 4560 ± 720 | 1010 ± 220 | 340 ± 40 | 22 ± 2 |

Notes:

[a] From global model simulations describing the atmosphere of the last decade of the 20th century.

[b] TM3: Royal Netherlands Meteorological Institute (KNMI) chemistry transport model; GEOS-Chem: atmospheric composition model driven by observations from the Goddard Earth Observing System; CHASER: Chemical AGCM for Study of Atmospheric Environment and Radiative Forcing; MOZART-2: Model for (tropospheric) Ozone and Related Tracers; MATCH-MPIC: Model of Atmospheric Transport and Chemistry – Max Planck Institute for Chemistry; GISS: Goddard Institute for Space Studies chemical transport model; LMDz-INCA: Laboratoire de Météorologie Dynamique GCM-Interactive Chemistry and Aerosols model; UMD-CTM: University of Maryland Chemical Transport Model; IMPACT: Integrated Massively Parallel Atmospheric Chemistry Transport model; SUNY/UiO GCCM: State University of New York/University of Oslo Global Tropospheric Climate-Chemistry Model; STOCHEM: Hadley Centre global atmospheric chemistry model; FRSGC/UCI: Frontier Research System for Global Change/University of California at Irvine chemical transport model.

[c] Chemical production and loss rates are calculated for the odd oxygen family, usually defined as $O_x$ = ozone + O + $NO_2$ + $2NO_2$ + 3 dinitrogen pentoxide ($N_2O_5$) + pernitric acid ($HNO_4$) + peroxyacylnitrates (and sometimes nitric acid; $HNO_3$), to avoid accounting for rapid cycling of ozone with short-lived species that have little implication for its budget. Chemical production is mainly contributed by reactions of NO with peroxy radicals, while chemical loss is mainly contributed by the oxygen radical in the 1D excited state (O($^1$D)) plus water ($H_2O$) reaction and by the reactions of ozone with the hydroperoxyl radical ($HO_2$), OH, and alkenes.

[d] Calculated as the ratio of the burden to the sum of chemical and deposition losses.

[e] Means and standard deviations for 11 global model budgets from the 1996 to 2000 literature reported in the TAR. The mean budget does not balance exactly because only nine chemical transport models reported their chemical production and loss statistics.

[f] Not reported.

convection and lightning vertical distributions detract from the strength of this constraint. Process-based models tend to predict higher lightning emissions (5–20 TgN yr$^{-1}$; Price et al., 1997).

Other significant precursors for tropospheric ozone are CO and NMVOCs, the most important of which is biogenic isoprene. Satellite measurements of CO from the Measurements of Pollution in the Troposphere (MOPITT) instrument launched in 1999 (Edwards et al., 2004) have provided important new constraints for CO emissions, pointing in particular to an underestimate of Asian sources in current inventories (Kasibhatla et al., 2002; Arellano et al., 2004; Heald et al., 2004; Petron et al., 2004), as confirmed also by aircraft observations of Asian outflow (Palmer et al., 2003a; Allen et al., 2004). Satellite measurements of formaldehyde columns from

the GOME instrument (Chance et al., 2000) have been used to place independent constraints on isoprene emissions and indicate values generally consistent with current inventories, although with significant regional discrepancies (Palmer et al., 2003b; Shim et al., 2005).

A few recent studies have examined the effect of aerosols on global tropospheric ozone involving both heterogeneous chemistry and perturbations to actinic fluxes. Jacob (2000) reviewed the heterogeneous chemistry involved. Hydrolysis of dinitrogen pentoxide ($N_2O_5$) in aerosols is a well-known sink for $NO_x$, but other processes involving reactive uptake of the hydroperoxyl radical ($HO_2$), $NO_2$ and ozone itself could also be significant. Martin et al. (2003b) find that including these processes along with effects of aerosols on UV radiation in

a global Chemical Transport Model (CTM) reduced ozone production rates by 6% globally, with larger effects over aerosol source regions.

Although the current generation of tropospheric ozone models is generally successful in describing the principal features of the present-day global ozone distribution, there is much less confidence in the ability to reproduce the changes in ozone associated with perturbations of emissions or climate. There are major discrepancies with observed long-term trends in ozone concentrations over the 20th century (Hauglustaine and Brasseur, 2001; Mickley et al., 2001; Shindell and Favulegi, 2002; Shindell et al., 2003; Lamarque et al., 2005c), including after 1970 when the reliability of observed ozone trends is high (Fusco and Logan, 2003). Resolving these discrepancies is needed to establish confidence in the models.

### 7.4.4.2    Effects of Climate Change

Climate change can affect tropospheric ozone by modifying emissions of precursors, chemistry, transport and removal (European Commission, 2003). These and other effects are discussed below. They could represent positive or negative feedbacks to climate change.

#### 7.4.4.2.1    Effects on emissions
Climate change affects the sources of ozone precursors through physical response (lightning), biological response (soils, vegetation, biomass burning) and human response (energy generation, land use, agriculture). It is generally expected that lightning will increase in a warmer climate (Price and Rind, 1994a; Brasseur et al., 2005; Hauglustaine et al., 2005), although a GCM study by Stevenson et al. (2006) for the 2030 climate finds no global increase but instead a shift from the tropics to mid-latitudes. Perturbations to lightning could have a large effect on ozone in the upper troposphere (Toumi et al., 1996; Thompson et al., 2000; Martin et al., 2002; Wong et al., 2004). Mickley et al. (2001) find that observed long-term trends in ozone over the past century might be explainable by an increase in lightning.

Biomass burning in the tropics and at high latitudes is likely to increase with climate change, both as a result of increased lightning and as a result of increasing temperatures and dryness (Price and Rind, 1994b; Stocks et al., 1998; A. Williams et al., 2001; Brown et al., 2004). Biomass burning is known to make a large contribution to the budget of ozone in the tropical troposphere (Thompson et al., 1996), and there is evidence that boreal forest fires can enhance ozone throughout the extratropical NH (Jaffe et al., 2004). With climate warming, it is likely that boreal fires will increase due to a shorter duration of the seasonal snowpack and decreased soil moisture (Kasischke et al., 1995).

Biogenic VOC emissions may be highly sensitive to climate change. The most important global ozone precursors are $CH_4$ and isoprene. The effect of climate change on $CH_4$ is discussed in Section 7.4.1. The effect on NMVOCs was examined by Constable et al. (1999), Sanderson et al. (2003b), and Lathière

et al. (2005). Although biogenic NMVOC emissions increase with increasing temperature, all three studies concur that climate-driven changes in vegetation types unfavourable to isoprene emissions (notably the recession of tropical forests) would partly compensate for the effect of warming in terms of ozone generation.

#### 7.4.4.2.2    Effects on chemistry
Changes in temperature, humidity and UV radiation intensity brought about by climate change could affect ozone significantly. Simulations with GCMs by Stevenson et al. (2000) and Grewe et al. (2001) for the 21st century indicate a decrease in the lifetime of tropospheric ozone as increasing water vapour enhances the dominant ozone sink from the oxygen radical in the 1D excited state ($O(^1D)$) plus water ($H_2O$) reaction. Stevenson et al. (2006) find similar results in an intercomparison of nine models for 2030 compared with 2000 climate. However, regional ozone pollution may increase in the future climate as a result of higher temperatures (see Section 7.6, Box 7.4).

#### 7.4.4.2.3    Effects on transport
Changes in atmospheric circulation could have a major effect on tropospheric ozone. Studies using GCMs concur that STE should increase in the future climate because of the stronger Brewer-Dobson stratospheric circulation (Sudo et al., 2002a; Collins et al., 2003; Zeng and Pyle, 2003; Hauglustaine et al., 2005; Stevenson et al., 2005). Changes in vertical transport within the troposphere are also important, in view of the rapid increase in both ozone production efficiency and ozone lifetime with altitude. Convection is expected to intensify as climate warms (Rind et al., 2001), although this might not be the case in the tropics (Stevenson et al., 2005). The implications are complex, as recently discussed by Pickering et al. (2001), Lawrence et al. (2003), Olivié et al. (2004), Doherty et al. (2005) and Li et al. (2005). On the one hand, convection brings down ozone-rich air from the upper troposphere to the lower troposphere where it is rapidly destroyed, and replaces it with low-ozone air. On the other hand, injection of $NO_x$ to the upper troposphere greatly increases its ozone production efficiency.

### 7.4.5    The Hydroxyl Radical

The hydroxyl radical (OH) is the primary cleansing agent of the lower atmosphere, providing the dominant sink for many greenhouse gases (e.g., $CH_4$, hydrochlorofluorocarbons (HCFCs), hydrofluorocarbons) and pollutants (e.g., CO, non-methane hydrocarbons). Steady-state lifetimes of these trace gases are determined by the morphology of their atmospheric distribution, the kinetics of their reaction with OH and the OH distribution. Local abundance of OH is controlled mainly by local abundances of $NO_x$, CO, $CH_4$ and higher hydrocarbons, ozone, water vapour, as well as the intensity of solar UV radiation at wavelengths shorter than $0.310\ \mu m$. New laboratory and field work also shows significant formation of $O(^1D)$ from ozone photolysis in the wavelength range between

0.310 μm and 0.350 μm (Matsumi et al., 2002; Hofzumahaus et al., 2004). The primary source of tropospheric OH is a pair of reactions starting with the photodissociation of ozone by solar UV radiation.

Additionally, in the remote, and in particular upper, troposphere, photodissociation of oxygenated volatile organic chemicals such as peroxides, acetone and other ketones, alcohols, and aldehydes may be the dominant sources of OH radical (e.g., Müller and Brasseur, 1999; Collins et al., 1999; Jaeglé et al., 2001; Tie et al., 2003; Singh et al., 2004). Over continents, measurements in the lower troposphere suggest that processing of unsaturated hydrocarbons or photolysis of carbonyls can also sustain a large pool of radicals (e.g., Handisides et al., 2003; Heard et al., 2004). Furthermore, the net formation of OH by photolysis of nitrous acid (HONO) was found to be the dominant OH radical source in urban atmospheres (e.g., Ren et al., 2003) and in a forest canopy (Kleffmann et al., 2005). The hydroxyl radical reacts with many atmospheric trace gases, in most cases as the first and rate-determining step of a reaction chain that leads to more or less complete oxidation of the compound. These chains often lead to formation of $HO_2$, which then reacts with ozone or NO to recycle back to OH. Tropospheric OH and $HO_2$ are lost through radical-radical reactions leading to the formation of peroxides or with $NO_2$ to form nitric acid ($HNO_3$). Sources and sinks of OH involve most of the fast photochemistry of the troposphere.

### 7.4.5.1 Changes in the Hydroxyl Radical Over Time

#### 7.4.5.1.1 Impact of emissions

Because of its dependence on $CH_4$ and other pollutants, tropospheric OH is also expected to have changed since the pre-industrial era and to change in the future. Pre-industrial OH is likely to have been different than today, but because of the counteracting effects of higher CO and $CH_4$ (decreasing OH) and increased $NO_x$ and ozone (increasing OH) there is still little consensus on the magnitude of this change. Several model studies suggest a decline in weighted global mean OH from pre-industrial to the present of less than 10% (Shindell et al., 2001; Lelieveld et al., 2002a; Lamarque et al., 2005a). Other studies have reported larger decreases in global OH of 16% (Mickley et al., 1999), 25% (Wong et al., 2004) and 33% (Hauglustaine and Brasseur, 2001). The model study by Lelieveld et al. (2002b) suggests that during the past century, OH concentration decreased substantially in the marine troposphere through reaction with $CH_4$ and CO. However, on a global scale it has been compensated for by an increase over the continents associated with strong emissions of $NO_x$.

Karlsdottir and Isaksen (2000) used a three-dimensional CTM accounting for varying $NO_x$, CO and NMVOC emissions and found a positive trend in OH of 0.43% $yr^{-1}$ over the period 1980 to 1996. Dentener et al. (2003a,b), with a three-dimensional CTM accounting for varying emissions of ozone precursors and $CH_4$, meteorology and column ozone, derive a positive trend of 0.26% $yr^{-1}$ over the 1979 to 1993 period. J. Wang et al. (2004) also use a three-dimensional CTM accounting for

interannual variations in $CH_4$ and CO emissions, transport and column ozone to analyse the trend in $CH_4$ from 1988 to 1997. They do not account for interannual variability of a number of other variables that affect OH such as concentrations of $NO_x$, tropospheric ozone and NMVOCs. They also derive a positive trend in OH over the period considered of 0.63% $yr^{-1}$. Their calculated trend in OH is associated primarily with the negative trend in the overhead column ozone over the period considered and the trend is reduced to 0.16% $yr^{-1}$ when the total ozone column is held constant.

Future changes in OH depend on relative changes in hydrocarbons compared with $NO_x$ abundances. In the TAR, Prather et al. (2001), using scenarios reported in the IPCC SRES (IPCC, 2000) and on the basis of a comparison of results from 14 models, predicted that global OH could decrease by 10 to 18% by 2100 for five emission scenarios and increase by 5% for one scenario (which assumes large decreases in $CH_4$ and other ozone precursor emissions). Based on a different emission scenario for future emissions, Wang and Prinn (1999) also predicted an OH decrease of 16 ± 3% in 2100.

#### 7.4.5.1.2 Effects of climate change

In addition to the emission changes, future increases in greenhouse gases could also induce changes in OH, arising through direct participation in OH-controlling chemistry and indirectly through stratospheric ozone changes that could increase solar UV radiation in the troposphere. OH will also be affected by changes in temperature, humidity and clouds or climate change effects on biogenic emissions of $CH_4$ and other ozone precursors. Changes in tropospheric water could have important chemical repercussions. The reaction between water vapour and electronically excited oxygen atoms constitutes the major source of tropospheric OH. So, in a warmer climate characterised by increased specific humidity, the abundance of OH is expected to increase. This effect was proposed by Pinto and Khalil (1991) to explain the variation of OH during the cold dry Last Glacial Maximum (LGM). It was quantified by Martinerie et al. (1995) who calculated that the global mean OH concentration during the LGM was 7% lower than at present because the atmospheric water vapour concentration was lower during that period. Valdes et al. (2005) estimate that the cold and dry LGM climate was responsible for a 7% decrease in global OH. Brasseur et al. (1998) and Johnson et al. (1999) estimated that in a warmer (doubled atmospheric $CO_2$) climate, the global and annual mean OH concentration would increase by 7% and 12.5%, respectively. More recently, Hauglustaine et al. (2005) use a climate-chemistry three-dimensional model to estimate a 16% reduction in global OH from the present day to 2100 accounting solely for changes in surface emissions. The effect of climate change and mainly of increased water vapour in this model is to increase global OH by 13%. In this study, the competing effects of emissions and climate change maintain the future global average OH concentration close to its present-day value. The importance of the water vapour distribution to global OH is illustrated by Lamarque et al. (2005a), who show that under reduced aerosol emissions, a warmer and moister climate significantly increases global OH concentration.

Changes in lightning $NO_x$ emissions in a warmer climate may also affect OH. Labrador et al. (2004) show that global OH is sensitive to the magnitude of lightning $NO_x$ emissions, and increases by 10% and 23% when global lightning is increased by a factor of 2 and 4, respectively, from a 5 TgN yr$^{-1}$ best estimate. Similar sensitivity of global OH to the lightning source was estimated by Wang et al. (1998), who calculated a 10.6% increase in OH for a doubling of the source (from 3 to 6 TgN yr$^{-1}$). Regarding the large uncertainty about lightning emissions and the sensitivity of OH to the total amount of N emitted, an improved understanding of this source appears important for the ability to simulate OH accurately over time.

### 7.4.5.2    Consequences for Lifetimes

#### 7.4.5.2.1    Lifetime definition

The global instantaneous atmospheric lifetime of a trace gas in the atmosphere is obtained by integrating the loss frequency $l$ over the atmospheric domain considered. The integral must be weighted by the distribution of the trace gas on which the sink processes act. Considering a distribution of the trace gas $C(x,y,z,t)$, a global instantaneous lifetime derived from the budget can be defined as:

$$\tau_{global} = \int C \, dv \, / \int C \, l \, dv \qquad (7.4)$$

where $dv$ is an atmospheric volume element. This expression can be averaged over one year to determine the global and annual mean lifetime. The global atmospheric lifetime (also called 'burden lifetime' or 'turnover lifetime') characterises the time required to turn over the global atmospheric burden.

The global atmospheric lifetime characterises the time to achieve an $e$-fold decrease of the global atmospheric burden. Unfortunately $\tau_{global}$ is a constant only in very limited circumstances. In the case where the loss rate depends on the burden, the perturbation or pulse decay lifetime ($\tau_{pert}$) is introduced (see Velders et al., 2005). The perturbation lifetime is used to determine how a one-time pulse emission may decay as a function of time as needed for the calculation of Global Warming Potentials (GWPs). The perturbation lifetime can be distinctly different from the global atmospheric lifetime. For example, if the $CH_4$ abundance increases above its present-day value due to a one-time emission, the time it takes for $CH_4$ to decay back to its background value is longer than its global unperturbed atmospheric lifetime. This delay occurs because the added $CH_4$ will cause a suppression of OH, in turn increasing the background $CH_4$. Such feedbacks cause the decay time of a perturbation ($\tau_{pert}$) to differ from the global atmospheric lifetime ($\tau_{global}$). In the limit of small perturbations, the relation between the perturbation lifetime of a gas and its global atmospheric lifetime can be derived from a simple budget relationship as $\tau_{pert} = \tau_{global} \, / \, (1 - f)$, where the sensitivity coefficient $f = d\ln(\tau_{global}) \, / \, d\ln(B)$. Prather et al. (2001) estimated the feedback of $CH_4$ to tropospheric OH and its lifetime and determined a sensitivity coefficient $f = 0.28$, giving a ratio $\tau_{pert} \, / \, \tau_{global}$ of 1.4. Stevenson et al. (2006), from 25 CTMs,

calculate an ensemble mean and 1 standard deviation uncertainty in present-day $CH_4$ global lifetime $\tau_{global}$ of 8.7 ± 1.3 years, which is the AR4 updated value. The corresponding perturbation lifetime that should be used in the GWP calculation is 12 ± 1.8 years.

Perturbation lifetimes can be estimated from global models by simulating the injection of a pulse of gas and tracking the decay of the added amount. The pulse of added CO, HCFCs or hydrocarbons, by causing the concentration of OH to decrease and thus the lifetime of $CH_4$ to increase temporarily, causes a buildup of $CH_4$ while the added burden of the gas persists. Thus, changes in the emissions of short-lived gases can generate long-lived perturbations as shown in global models (Derwent et al., 2001; Wild et al., 2001; Collins et al., 2002). Changes in tropospheric ozone accompany the $CH_4$ decay on a 12-year time scale as an inherent component of this mode, a key example of chemical coupling in the troposphere. Any chemically reactive gas, whether a greenhouse gas or not, will produce some level of indirect greenhouse effect through its impact on atmospheric chemistry.

#### 7.4.5.2.2 Changes in lifetime

Since OH is the primary oxidant in the atmosphere of many greenhouse gases including $CH_4$ and hydrogenated halogen species, changes in OH will directly affect their lifetime in the atmosphere and hence their impact on the climate system. Recent studies show that interannual variations in the chemical removal of $CH_4$ by OH have an important impact on the variability of the $CH_4$ growth rate (Johnson et al., 2002; Warwick et al., 2002; J. Wang et al., 2004). Variations in $CH_4$ oxidation by OH contribute to a significant fraction of the observed variations in the annual accumulation rate of $CH_4$ in the atmosphere. In particular, the 1992 to 1993 anomaly in the $CH_4$ growth rate can be explained by fluctuations in OH and wetland emissions after the eruption of Mt. Pinatubo (J. Wang et al., 2004). $CH_4$ variability simulated by Johnson et al. (2002), resulting only from OH sink processes, also indicates that the ENSO cycle is the largest component of that variability. These findings are consistent with the variability of global OH reconstructed by Prinn et al. (2005), Manning and Keeling (2006) and Bousquet et al. (2005), is strongly affected by large-scale wildfires as in 1997 to 1998, by El Niño events and by the Mt. Pinatubo eruption.

The effect of climate change on tropospheric chemistry has been investigated in several studies. In most cases, the future $CH_4$ lifetime increases when emissions increase and climate change is ignored (Brasseur et al., 1998; Stevenson et al., 2000; Hauglustaine and Brasseur, 2001; Prather et al., 2001; Hauglustaine et al., 2005). This reflects the fact that increased levels of $CH_4$ and CO depress OH, reducing the $CH_4$ sink. However, climate warming increases the temperature-dependent $CH_4$ oxidation rate coefficient (Johnson et al., 1999), and increases in water vapour and $NO_x$ concentrations tend to increase OH. In most cases, these effects partly offset or exceed the $CH_4$ lifetime increase due to emissions. As a consequence, the future $CH_4$ lifetime calculated by Brasseur et al. (1998), Stevenson et al. (2000) and Hauglustaine et al.

(2005) remains relatively constant (within a few percent) over the 21st century. In their transient simulation over the period 1990 to 2100, Johnson et al. (2001) find a dominant effect of climate change on OH in the free troposphere so that the global $CH_4$ lifetime declines from about 9 years in 1990 to about 8.3 years by 2025 but does not change significantly thereafter. Hence the evolution of the $CH_4$ lifetime depends on the relative timing of $NO_x$ and hydrocarbon emission changes in the emission scenarios, causing the calculated $CH_4$ increase in 2100 to be reduced by 27% when climate change is considered. Stevenson et al. (2006) reach a similar conclusion about the relatively constant $CH_4$ lifetime. As a result of future changes in emissions, the $CH_4$ steady-state lifetime simulated by 25 state-of-the-art CTMs increases by $2.7 \pm 2.3\%$ in 2030 from an ensemble mean of $8.7 \pm 1.3$ years for the present day (mean $\pm$ 1 standard deviation) for a current legislation scenario of future emissions of ozone precursors. Under the 2030 warmer climate scenario, the lifetime is reduced by $4.0 \pm 1.8\%$: the total effect of both emission and climate changes reduces the $CH_4$ lifetime by only 1.3%.

### 7.4.6    Stratospheric Ozone and Climate

From about 1980 to the mid-1990s a negative trend in globally averaged total ozone occurred, due primarily to an increase in Cl and bromine loading (Montzka et al., 1999). A reduction in halogen loading appears to have occurred recently (Montzka et al., 2003) as well as the beginning of ozone recovery (e.g., Newchurch et al., 2003; Huck et al., 2005; Reinsel et al., 2005; Yang et al., 2005). Evidence suggests that a sustainable recovery of ozone is not expected before the end of the current decade (e.g., Steinbrecht et al., 2004; Dameris et al., 2006). Atmospheric concentrations of LLGHGs have increased (see Chapter 2) and are expected to continue to increase, with consequences for the ozone layer. This section assesses current understanding of interactions and feedbacks between stratospheric ozone and climate. More detailed discussions can be found in recent reports (European Commission, 2003; IPCC/TEAP, 2005).

#### 7.4.6.1    Interactions

Stratospheric ozone is affected by climate change through changes in dynamics and in the chemical composition of the troposphere and stratosphere. An increase in the concentrations of LLGHGs, especially $CO_2$, cools the stratosphere, allowing the possibility of more PSCs, and alters the ozone distribution (Rosenlof et al., 2001; Rosenfield et al., 2002; Randel et al., 2004, 2006; Fueglistaler and Haynes, 2005). With the possible exception of the polar lower stratosphere, a decrease in temperature reduces ozone depletion leading to higher ozone column amounts and a positive correction to the LLGHG-induced radiative cooling of the stratosphere. Moreover, ozone itself is a greenhouse gas and absorbs UV radiation in the stratosphere. Absorption of UV radiation provides the heating responsible for the observed temperature increase with height

above the tropopause. Changes in stratospheric temperatures, induced by changes in ozone or LLGHG concentration, alter the Brewer-Dobson circulation (Butchart and Scaife, 2001; Butchart et al., 2006), controlling the rate at which long-lived molecules, such as LLGHGs, CFCs, HCFCs and halogens are transported from the troposphere to various levels in the stratosphere. Furthermore, increases in the Brewer-Dobson circulation increase temperatures adiabatically in the polar regions and decrease temperatures adiabatically in the tropics.

Climate is affected by changes in stratospheric ozone, which radiates infrared radiation down to the troposphere. For a given percentage change in the vertical structure of ozone, the largest dependence of the radiative forcing is in the upper troposphere and ozone layer regions (e.g., TAR, Figure 6.1). Past ozone depletion has induced surface cooling (Chapter 2). The observed decrease in stratospheric ozone and the resultant increase in UV irradiance (e.g., Zerefos et al., 1998; McKenzie et al., 1999) have affected the biosphere and biogenic emissions (Larsen, 2005). Such UV radiation increases lead to an enhanced OH production, reducing the lifetime of $CH_4$ and influencing tropospheric ozone, both important greenhouse gases (European Commission, 2003). In addition to global mean equilibrium surface temperature changes, local surface temperature changes have been identified by Gillett and Thompson (2003) as a result of ozone loss from the lower stratosphere. Observational (e.g., Baldwin and Dunkerton, 1999, 2001; Thompson et al., 2005) and modelling (Polvani and Kushner, 2002; Norton, 2003; Song and Robinson, 2004; Thompson et al., 2005) evidence exists for month-to-month changes to the stratospheric flow feedback to the troposphere, affecting its circulation. Model results show that trends in the SH stratosphere can affect high-latitude surface climate (Gillett and Thompson, 2003).

#### 7.4.6.2    Past Changes in Stratospheric Ozone

Ozone losses have been largest in the polar lower stratosphere during later winter and spring. For example, the ozone hole over Antarctica has occurred every spring since the early 1980s (Fioletov et al., 2002). Antarctic ozone destruction is driven by climatologically low temperatures combined with high Cl and bromine amounts produced from photochemical breakdown of primarily anthropogenic CFCs and halons. Similar losses, smaller in magnitude, have occurred over the Arctic due to the same processes during cold winters. During warm winters, arctic ozone has been relatively unaffected (Tilmes et al., 2004). The antarctic lower stratosphere is nearly always cold enough to produce substantial ozone loss, but in the year 2002, a sudden stratospheric warming split the early ozone hole into two separate regions (e.g., Simmons et al., 2005). Temperatures were subsequently too high to produce further ozone loss. Following the later merging of the two separate regions back into a single vortex, the dynamical conditions were unsuitable for further ozone loss. This is not an indication of recovery in ozone amounts, but rather the result of a dynamical disturbance (e.g., Newman et al., 2004). A summary of recent stratospheric ozone changes is given in Chapter 2.

### 7.4.6.3    Future Changes in Stratospheric Ozone

The evolution of stratospheric ozone over the next few decades will depend on natural, including solar and volcanic activity (e.g., Steinbrecht et al., 2004; Dameris et al., 2005), and human-caused factors such as stratospheric halogen loading, which is expected to decrease over future decades (WMO, 2003; IPCC/TEAP, 2005). The evolution of ozone will also depend on changes in many stratospheric constituents: it is expected that the reduction of ozone-depleting substances in the 21st century will cause ozone to increase via chemical processes (Austin et al., 2003). However, this increase could be strongly affected by temperature changes (due to LLGHGs), other chemical changes (e.g., due to water vapour) and transport changes. Coupled Chemistry-Climate Models (CCMs) provide tools to simulate future atmospheric composition and climate. For this purpose, a set of consistent model forcings has been prescribed as part of the CCM Validation Activity for Stratospheric Processes and their Role in Climate (SPARC CCMVal; Eyring et al., 2005). Forcings include natural and anthropogenic emissions based on existing scenarios, atmospheric observations and the Kyoto and Montreal Protocols and Amendments. The simulations follow the IPCC SRES scenario A1B (IPCC, 2000) and changes in halocarbons as prescribed in Table 4B-2 of WMO (2003). Figure 7.18 shows the late winter minimum total column ozone poleward of 60° for various transient CCM reference simulations compared with observations. Antarctic ozone follows mainly the behaviour of Cl and bromine in the models. The peak depletion simulated by the CCMs occurs around the year 2000 followed by a slow increase with minimum values remaining constant between 2000 and 2010 in many models. Most models predict that antarctic ozone amounts will increase to 1980 values close to the time when modelled halogen amounts decrease to 1980 values, lagging the recovery in mid-latitudes due to the delay associated with transport of stratospheric air to polar regions. The late return to pre-1980 values by about 2065 in the Atmospheric Model with Transport and Chemistry (AMTRAC) model (Austin and Wilson, 2006) is consistent with an empirical model study based on observations (Newman et al., 2006). Moreover, increased atmospheric fluxes of CFCs have recently been reported (Hurst et al., 2006), which may point to a still later recovery. The CCMs do not predict consistent values for minimum arctic column ozone, with some models showing large discrepancies with observations. In all CCMs that have been run long enough, arctic ozone increases to 1980 values before antarctic ozone does, by as much as 30 years (e.g., Austin and Wilson 2006). This delay in the Antarctic arises from an increased Brewer-Dobson circulation (Butchart and Scaife, 2001; Butchart et al., 2006) combined with a reduction in stratospheric temperatures.





**Figure 7.18.** *(a) Minimum arctic total column ozone for March to April and (b) minimum antarctic total column ozone for September to October (both poleward of 60°) in Dobson Units (DU). Simulations of future evolution of ozone were performed by 11 CCMs analysed as part of the CCM Validation Activity for SPARC (http://www.pa.op.dlr.de/CCMVal/). Model results are compared with values calculated from the National Institute of Water and Atmospheric Research (NIWA) assimilated total column ozone database shown as black dots (Bodeker et al., 2005). The light grey shading between 2060 and 2070 shows the period when halogen amounts in the polar lower stratosphere are expected to return to 1980 values. Models include AMTRAC: Atmospheric Model with Transport and Chemistry; CCSRNIES: Center for Climate System Research - National Institute for Environmental Studies; CMAM: Canadian Middle Atmosphere Model; E39C: German Aerospace Center (DLR) version of ECHAM4 with chemistry and 39 levels; GEOSCCM: Goddard Earth Observing System Chemistry-Climate Model; MAECHAM4/CHEM: Middle Atmosphere ECHAM4 with Chemistry; MRI: Meteorological Research Institute; SOCOL: Solar Climate Ozone Links; ULAQ: University of L'Aquila; UMSLIMCAT: Unified Model SLIMCAT; WACCM: Whole Atmosphere Community Climate Model.*

### 7.4.6.4    Uncertainties Due to Atmospheric Dynamics

Changes in atmospheric dynamics could affect ozone. For example, sub-grid scale processes such as gravity wave propagation (e.g., Warner and McIntyre, 2001), prescribed for past and present conditions, may change in the future. Tropospheric climate changes will also alter planetary-scale waves. Together with changes in orographic gravity waves, these waves give rise to the increase in the Brewer-Dobson circulation seen in most models (Butchart et al., 2006). The magnitude of this effect varies from model to model and leads to increased adiabatic heating of the polar regions, compensating in part the increased radiative cooling from $CO_2$ increases. Hence, the net heating or cooling is subject to large uncertainty, and available model simulations do not give a consistent picture of future development of ozone, particularly in the Arctic (Figure 7.18).

## 7.5    Aerosol Particles and the Climate System

Aerosols are an integral part of the atmospheric hydrological cycle and the atmosphere's radiation budget, with many possible feedback mechanisms that are not yet fully understood. This section assesses (1) the impact of meteorological (climatic) factors like wind, temperature and precipitation on the natural aerosol burden and (2) possible effects of aerosols on climate parameters and biogeochemistry. The most easily understood interaction between aerosols and climate is the direct effect (scattering and absorption of shortwave and thermal radiation), which is discussed in detail in Chapter 2. Interactions with the hydrological cycle, and additional impacts on the radiation budget, occur through the role of aerosols in cloud microphysical processes, as aerosol particles act as cloud condensation nuclei (CCN) and ice nuclei (IN). The suite of possible impacts of aerosols through the modification of cloud properties is called 'indirect effects'. The forcing aspect of the indirect effect at the top of the atmosphere is discussed in Chapter 2, while the processes that involve feedbacks or interactions, like the 'cloud lifetime effect'[6], the 'semi-direct effect' and aerosol impacts on the large-scale circulation, convection, the biosphere through nutrient supply and the carbon cycle, are discussed here.

### 7.5.1    Aerosol Emissions and Burdens Affected by Climatic Factors

Most natural aerosol sources are controlled by climatic parameters like wind, moisture and temperature. Hence, human-induced climate change is also expected to affect the natural aerosol burden. The sections below give a systematic overview of the major natural aerosol sources and their relations to climate parameters while anthropogenic aerosol emissions and combined aerosols are the subject of Chapter 2.

### 7.5.1.1    Dust

Estimates of the global source strength of bulk dust aerosols with diameters below 10 μm of between 1,000 and 3,000 Tg $yr^{-1}$ agree well with a wide range of observations (Duce, 1995; Textor et al., 2005; Cakmur et al., 2006). Seven to twenty percent of the dust emissions are less than 1 μm in diameter (Cakmur et al., 2006; Schulz et al., 1998). Zhang et al. (1997) estimated that about 800 Tg $yr^{-1}$ of Asian dust emissions are injected into the atmosphere annually, about 30% of which is re-deposited onto the deserts and 20% is transported over regional scales, while the remaining approximately 50% is subject to long-range transport to the Pacific Ocean and beyond. Asian dust appears to be a continuous source that dominates background dust aerosol concentrations on the west coast of the USA (Duce, 1995; Perry et al., 2004). Uncertainties in the estimates of global dust emissions are greater than a factor of two (Zender et al., 2004) due to problems in validating and modelling the global emissions. The representation of the high wind tail of the wind speed distribution alone, responsible for most of the dust flux, leads to differences in emissions of more then 30% (Timmreck and Schulz, 2004). Observations suggest that annual mean African dust may have varied by a factor of four during 1960 to 2000 (Prospero and Lamb, 2003), possibly due to rainfall variability in the Sahel zone. Likewise, simulations of dust emissions in 2100 are highly uncertain, ranging from a 60% decrease to a factor of 3.8 increase as compared to present-day dust emissions (Mahowald and Luo, 2003; Tegen et al., 2004; Woodward et al., 2005; Stier et al., 2006a). Reasons for these discrepancies include different treatments of climate-biosphere interactions and the climate model used to drive the vegetation and dust models. The potentially large impact of climate change on dust emissions shows up in particular when comparing present-day with LGM conditions for dust erosion (e.g., Werner et al., 2002).

The radiative effect of dust, which, for example, could intensify the African Easterly Waves, may be a feedback mechanism between climate and dust (Jones et al., 2004). It also alters the atmospheric circulation, which feeds back to dust emission from natural sources (see Section 7.5.4). Perlwitz et al. (2001) estimate that this feedback reduces the global dust load by roughly 15%, as dust radiative forcing reduces the downward mixing of momentum within the planetary boundary layer, the surface wind speed, and thus dust emission (Miller et al., 2004a). In addition to natural dust production, human activities have created another potential source for dust mobilisation through desertification. The contribution to global dust emission of desertification through human activities is uncertain: estimates vary from 50% (Tegen et al., 1996; Mahowald et al., 2004) to less than 10% (Tegen et al., 2004) to insignificant values (Ginoux et al., 2001; Prospero et al., 2002). A 43-year estimate of Asian dust emissions reveals that meteorology and climate have a greater influence on Asian

---

[6]    The processes involved are more complex than can be encompassed in a single expression. The term 'cloud lifetime effect' thus should be understood to mean that aerosols can change precipitation efficiency in addition to increasing cloud albedo.

dust emissions and associated Asian dust storm occurrences than does desertification (Figure 7.19; Zhang et al., 2003).

In addition, aerosol deposition affects global ecosystems. Deposition of mineral dust plays an important role in the biogeochemical cycle of the oceans, by providing the nutrient iron, which affects ocean biogeochemistry with feedbacks to climate and dust production (Jickells et al., 2005; Section 7.3.4.4). Conversely, water-soluble particulate iron over the Pacific Ocean is linked to elemental carbon emissions resulting from anthropogenic activity in Asia (Chuang et al., 2005). The input of trace elements by dust deposition is also of importance to terrestrial ecosystems. For example, it has been proposed that the vegetation of the Amazon basin is highly dependent on Saharan dust deposition, which provides phosphorus, necessary for maintenance of long-term productivity (Okin et al., 2004; Section 7.3). The Hawaiian Islands also depend on phosphorus from Asian dust transport (Chadwick et al., 1999). Moreover, mineral dust can act as a sink for acidic trace gases, such as sulphur dioxide ($SO_2$) and $HNO_3$, and thereby interact with the sulphur and N cycles (e.g., Dentener et al., 1996; Umann et al., 2005). Coatings with soluble substances, such as sulphate or nitrate, will change the ability of mineral dust aerosols to nucleate cloud droplets (Levin et al., 1996; Section 7.5.2.1).

### 7.5.1.2    Sea Salt

Sea salt aerosol is a key aerosol constituent of the marine atmosphere. Sea salt aerosol particles affect the formation of clouds and rain. They serve as sinks for reactive gases and small particles and possibly suppress new particle formation. Sea salt is also responsible for a large fraction of the non-sea salt sulphate formation (e.g., Sievering et al., 1992). The major meteorological and environmental factors that affect sea salt formation are wind speed, atmospheric stability and wind friction velocity, sea surface and air temperatures, present and prior rain or snow and the amount and nature of surface-active materials in the near-surface ocean waters (Lewis and Schwartz, 2005). The average annual global sea salt flux from 12 models is estimated to be 16,300 Tg ± 200% (Textor et al., 2005) of which 15% is emitted into the submicron mode.

### 7.5.1.3    Natural Organic Carbon

Biogenic organic material is both directly emitted into the atmosphere and produced by VOCs. Primary emissions from the continents have been thought to be a relatively minor source but some studies suggest that these emissions could be much higher





**Figure 7.19.** (a) Chinese desert distributions from 1960 to 1979 and desert plus desertification areas from 1980 to 1999. (b) Sources (S1 to S10) and typical depositional areas (D1 and D2) for Asian dust indicated by spring average dust emission flux (kg km$^{-2}$ per month) averaged over 1960 to 2002. The percentages with standard deviations in parentheses denote the average amount of dust production in each source region and the total amount of emissions between 1960 and 2002. The deserts in Mongolia (S2) and in western (S4) and northern (S6) China (mainly the Taklimakan and Badain Juran, respectively) can be considered the major sources of Asian dust emissions. Several areas with more expansions of deserts (S7, S8, S9 and S5) are not key sources. Adapted from Zhang et al. (2003).

than previously estimated (Folberth et al., 2005; Jaenicke, 2005). Kanakidou et al. (2005) estimate a global biogenic secondary organic aerosol production of about 30 Tg yr$^{-1}$ and recognise the potentially large, but uncertain, flux of primary biogenic particles. Annual global biogenic VOC emission estimates range from 500 to 1,200 Tg yr$^{-1}$ (Guenther et al., 1995). There is a large range (less than 5 to greater than 90%) of organic aerosol yield for individual compounds and atmospheric conditions resulting in estimates of global annual secondary organic aerosol production from biogenic VOCs that range from 2.5 to 44.5 Tg of organic matter per year (Tsigaridis and Kanakidou, 2003). All biogenic VOC emissions are highly sensitive to changes in temperature, and some emissions respond to changes in solar radiation and precipitation (Guenther et al., 1995). In addition to the direct response to climatic changes, biogenic VOC emissions are also highly sensitive to climate-induced changes in plant species composition and biomass distributions.

Global biogenic VOC emissions respond to climate change (e.g., Turner et al., 1991; Adams et al., 2001; Penner et al., 2001; Sanderson et al., 2003b). These model studies predict that solar radiation and climate-induced vegetation change can affect emissions, but they do not agree on the sign of the change. Emissions are predicted to increase by 10% per °C (Guenther et al., 1993). There is evidence of physiological adaptation to higher temperatures that would lead to a greater response for long-term temperature changes (Guenther et al., 1999). The response of biogenic secondary organic carbon aerosol production to a temperature change, however, could be considerably lower than the response of biogenic VOC emissions since aerosol yields can decrease with increasing temperature. A potentially important feedback among forest ecosystems, greenhouse gases, aerosols and climate exists through increased photosynthesis and forest growth due to increasing temperatures and $CO_2$ fertilization (Kulmala et al., 2004). Increased forest biomass would increase VOC emissions and thereby organic aerosol production. This couples the climate effect of $CO_2$ with that of aerosols.

New evidence shows that the ocean also acts as a source of organic matter from biogenic origin (O'Dowd et al., 2004; Leck and Bigg, 2005b). O'Dowd et al. (2004) show that during phytoplankton blooms (summer conditions), the organic aerosols can constitute up to 63% of the total aerosol. Surface-active organic matter of biogenic origin (such as lipidic and proteinaceous material and humic substances), enriched in the oceanic surface layer and transferred to the atmosphere by bubble-bursting processes, are the most likely candidates to contribute to the observed organic fraction in marine aerosol. Insoluble heat-resistant organic sub-micrometre particles (peaking at 40 to 50 nm in diameter), mostly combined into chains or aggregated balls of 'marine microcolloids' linked by an amorphous electron-transparent material with properties entirely consistent with exopolymer secretions (Decho, 1990; Verdugo et al., 2004), are found in near-surface water of lower-latitude oceans (Benner et al., 1992; Wells and Goldberg, 1994), in leads between ice floes (Bigg et al., 2004), above the arctic pack ice (Leck and Bigg, 2005a) and over lower-latitude oceans (Leck and Bigg, 2005b). This aerosol formation pathway may constitute an ice (microorganisms)-ocean-aerosol-cloud feedback.

### 7.5.1.4   Aerosols from Dimethyl Sulphide

Dimethyl sulphide produced by phytoplankton is the most abundant form in which the ocean releases gaseous sulphur. Sea-air fluxes of DMS vary by orders of magnitude depending mainly on DMS sea surface concentration and on wind speed. Estimates of the global DMS flux vary widely depending mainly on the DMS sea surface climatology utilised, sea-air exchange parametrization and wind speed data, and range from 16 to 54 Tg $yr^{-1}$ of sulphur (see Kettle and Andreae, 2000 for a review). According to model studies (Gondwe et al., 2003; Kloster et al., 2006), 18 to 27% of the DMS is converted into sulphate aerosols. Penner et al. (2001) show a small increase in DMS emissions between 2000 and 2100 (from 26.0 to 27.7

Tg $yr^{-1}$ of sulphur) using constant DMS sea surface concentrations together with a constant monthly climatological ice cover. Gabric et al. (2004) predict an increase of the globally integrated DMS flux perturbation of 14% for a tripling of the pre-industrial atmospheric $CO_2$ concentration.

Bopp et al. (2004) estimate the feedback of DMS to cloud albedo with a coupled atmosphere-ocean-biogeochemical climate model that includes phytoplankton species in the ocean and a sulphur cycle in the atmospheric climate model. They obtain an increase in the sea-air DMS flux of 3% for doubled atmospheric $CO_2$ conditions, with large spatial heterogeneities (−15 to +30%). The mechanisms affecting these fluxes are marine biology, relative abundance of phytoplankton types and wind intensity. The simulated increase in fluxes causes an increase in sulphate aerosols and, hence, cloud droplets resulting in a radiative perturbation of cloud albedo of −0.05 W $m^{-2}$, which represents a small negative climate feedback to global warming.

### 7.5.1.5   Aerosols from Iodine Compounds

Intense new aerosol particle formation has been frequently observed in the coastal environment (O'Dowd et al., 2002a). Simultaneous coastal observations of reactive iodine species (Saiz-Lopez et al., 2005), chamber studies using iodocarbon precursors and laboratory characterisation of iodine oxide particles formed from exposure of *Laminaria* macroalgae to ozone (McFiggans et al., 2004) have demonstrated that coastal particle formation is linked to iodine compound precursor released from abundant infralittoral beds of macroalgae. The particle bursts overwhelmingly occur during daytime low tides (O'Dowd et al., 2002b; Saiz-Lopez et al., 2005). Tidal exposure of kelp leads to the well-documented release of significant fluxes of iodocarbons (Carpenter et al., 2003), the most photolabile of which, di-iodomethane ($CH_2I_2$), may yield a high iodine atom flux. However, the iodine monoxide (IO) and iodine dioxide (OIO) radicals, and new particles are thought more likely to result from emissions of molecular iodine (McFiggans et al., 2004), which will yield a much greater iodine atom flux (Saiz-Lopez and Plane, 2004). It is unclear whether such particles grow sufficiently to act as CCN (O'Dowd, 2002; Saiz-Lopez et al., 2005). Thus, a hitherto undiscovered remote ocean source of iodine atoms (such as molecular iodine) must be present if iodine-mediated particle formation is to be important in the remote marine boundary layer (McFiggans, 2005).

### 7.5.1.6   Climatic Factors Controlling Aerosol Burdens and Cycling

As discussed above, near-surface wind speed determines the source strength for primary aerosols (sea salt, dust, primary organic particles) and precursors of secondary aerosols (mainly DMS). Progress has been made in the development of source functions (in terms of wind speed) for sea salt and desert dust (e.g., Tegen et al., 2002; Gong, 2003; Balkanski et al., 2004).

Wind speed also affects dry deposition velocities and hence the lifetime of aerosols. In addition, biogenic emissions are strongly dependent on temperature (together with humidity/moisture; e.g., Guenther et al., 1995). Temperature also is a key factor in the gas-aerosol partitioning of semi-volatile secondary organics (Kanakidou et al., 2005).

Precipitation directly affects the wet removal and hence the lifetime of atmospheric aerosols. More aerosols decrease the precipitation formation rate, which in turn increases the lifetime of aerosols and results in more long-range aerosol transport to remote regions where wet removal is less efficient. At the same time, precipitating boundary layer clouds maintain themselves by keeping aerosol concentrations low (e.g., Baker and Charlson, 1990; Stevens et al., 2005; Sharon et al., 2006). Precipitation also affects soil moisture, with impacts on dust source strength and on stomatal opening/closure of plant leaves, hence affecting biogenic emissions. Cloud processing is an important pathway in the gas-to-particle conversion. It is the most important oxidation pathway for sulphate aerosols and shifts the aerosol size distribution to larger sizes, such that aerosols are more easily activated in subsequent cloud events

(e.g., Hoppel et al., 1990; Kerkweg et al., 2003; Yin et al., 2005). It is also important in the conversion of hydrophobic to hydrophilic carbon.

Aerosol burden and lifetime are also affected by microphysical interactions among the different aerosol compounds as well as by changes in the spatial and seasonal distribution of the emissions. Sea salt aerosols, for example, provide surfaces for conversion of $SO_2$ into sulphate aerosols (Sievering et al., 1992) with consequences for cloud formation (Gong and Barrie, 2003; Section 7.5.2.1). A future reduction in $SO_2$ emissions and the associated reduced conversion of hydrophobic to hydrophilic soot could lead to a prolonged residence time of soot (Cooke et al., 2002; Stier et al., 2006b) and increased ammonium nitrate (Liao and Seinfeld, 2005). However, in a transient AOGCM climate simulation with an embedded microphysical aerosol module, Stier et al. (2006a) show that the effect on the hydrophobic to hydrophilic conversion can be outweighed by a general shift to low-latitude dry-season soot emissions. Consequently, soot lifetime increases in a future climate despite an enhanced conversion of hydrophobic to hydrophilic soot.

**Table 7.10a.** *Overview of the different aerosol indirect effects and their sign of the net radiative flux change at the top of the atmosphere (TOA).*

| Effect | Cloud Types Affected | Process | Sign of Change in TOA Radiation | Potential Magnitude | Scientific Understanding |
|---|---|---|---|---|---|
| Cloud albedo effect | All clouds | For the same cloud water or ice content more but smaller cloud particles reflect more solar radiation | Negative | Medium | Low |
| Cloud lifetime effect | All clouds | Smaller cloud particles decrease the precipitation efficiency thereby presumably prolonging cloud lifetime | Negative | Medium | Very low |
| Semi-direct effect | All clouds | Absorption of solar radiation by absorbing aerosols affects static stability and the surface energy budget, and may lead to an evaporation of cloud particles | Positive or negative | Small | Very low |
| Glaciation indirect effect | Mixed-phase clouds | An increase in IN increases the precipitation efficiency | Positive | Medium | Very low |
| Thermodynamic effect | Mixed-phase clouds | Smaller cloud droplets delay freezing causing super-cooled clouds to extend to colder temperatures | Positive or negative | Medium | Very low |

**Table 7.10b.** *Overview of the different aerosol indirect effects and their implications for the global mean net shortwave radiation at the surface, $F_{sfc}$ (Columns 2-4) and for precipitation (Columns 5-7).*

| Effect | Sign of Change in $F_{sfc}$ | Potential Magnitude | Scientific Understanding | Sign of Change in Precipitation | Potential Magnitude | Scientific Understanding |
|---|---|---|---|---|---|---|
| Cloud albedo effect | Negative | Medium | Low | n.a. | n.a. | n.a. |
| Cloud lifetime effect | Negative | Medium | Very low | Negative | Small | Very low |
| Semi-direct effect | Negative | Large | Very low | Negative | Large | Very low |
| Glaciation indirect effect | Positive | Medium | Very low | Positive | Medium | Very low |
| Thermodynamic effect | Positive or negative | Medium | Very low | Positive or negative | Medium | Very low |

### 7.5.2 Indirect Effects of Aerosols on Clouds and Precipitation

Aerosols can interact with clouds and precipitation in many ways, acting either as CCN or IN, or as absorbing particles, redistributing solar energy as thermal energy inside cloud layers. These indirect effects (in contrast to the direct interaction with radiation, see Chapter 2) are the subject of this subsection. They can be subdivided into different contributing processes, as summarised in Table 7.10 and shown in Figure 7.20. Cloud feedbacks remain the largest source of uncertainty in climate sensitivity estimates and the relatively poor simulation of boundary layer clouds in the present climate is a reason for some concern (see Chapter 8). Therefore the results discussed below need to be considered with caution.

The cloud-albedo effect, that is, the distribution of the same cloud liquid water content over more, hence smaller, cloud droplets leading to higher cloud reflectivity, is a purely radiative forcing and is therefore treated in Chapter 2. The other effects involve feedbacks in the climate system and are discussed here. The albedo effect cannot be easily separated from the other effects; in fact, the processes that decrease the cloud droplet size per given liquid water content also decrease precipitation formation, presumably prolonging cloud lifetime (cloud lifetime effect, Section 7.5.2.1 and Figure 7.20). In turn, an increase in cloud lifetime also contributes to a change in the time-averaged cloud albedo. The semi-direct effect refers to the absorption of solar radiation by soot, re-emitted as thermal radiation, hence heating the air mass and increasing static stability relative to the surface. It may also cause evaporation of cloud droplets (see Sections 2.4 and 7.5.4.1 and Figure 7.20). The glaciation effect refers to an increase in IN resulting in a rapid glaciation of a super-cooled liquid water cloud due to the difference in vapour pressure over ice and water. Unlike cloud droplets, these ice crystals grow in an environment of high super-saturation with respect to ice,

**Cloud albedo and lifetime effect (negative radiative effect for warm clouds at TOA; less precipitation and less solar radiation at the surface)**



**Semi-direct effect (positive radiative effect at TOA for soot inside clouds, negative for soot above clouds)**



**Glaciation effect (positive radiative effect at TOA and more precipitation), thermodynamic effect (sign of radiative effect and change in precipitation not yet known)**



**Figure 7.20.** *Schematic diagram of the aerosol effects discussed in Table 7.10. TOA refers to the top-of-the-atmosphere.*

quickly reaching precipitation size, with the potential to turn a non-precipitating cloud into a precipitating cloud (Section 7.5.2.2 and Figure 7.20). The thermodynamic effect refers to a delay in freezing by the smaller droplets causing super-cooled clouds to extend to colder temperatures (Section 7.5.2.2 and Figure 7.20). In addition to aerosol-induced changes at the top of the atmosphere (TOA), aerosols affect the surface energy budget (Table 7.10b; Section 7.5.2) with consequences for convection, evaporation and precipitation (Figure 7.20).

### 7.5.2.1   Aerosol Effects on Water Clouds and Warm Precipitation

Aerosols are hypothesised to increase the lifetime of clouds because increased concentrations of smaller droplets lead to decreased drizzle production and reduced precipitation efficiency (Albrecht, 1989). It is difficult to devise observational studies that can separate the cloud lifetime from the cloud albedo effect (see Section 2.4). Thus, observational studies usually provide estimates of the combined effects. Similarly, climate models cannot easily separate the cloud lifetime indirect effect once the aerosol scheme is fully coupled to a cloud microphysics scheme, but also predict the combined cloud albedo, lifetime and semi-direct effect.

Evidence for the absence of a drizzle mode due to anthropogenic emissions of aerosols and their precursors comes, for instance, from ship tracks perturbing marine stratus cloud decks off the coast of California (Ferek et al., 1998) as well as from analysing polluted compared with clean clouds off the Atlantic coast of Canada (Peng et al., 2002). One problem is that most climate models suggest an increase in liquid water when adding anthropogenic aerosols, whereas newer ship track studies show that polluted marine water clouds can have less liquid water than clean clouds (Platnick et al., 2000; Coakley and Walsh, 2002). Ackerman et al. (2004) attribute this effect to enhanced entrainment of dry air in polluted clouds in these instances with subsequent evaporation of cloud droplets. Similarly, when cloud lifetime is analysed, an increase in aerosol concentration from very clean to very polluted does not increase cloud lifetime, even though precipitation is suppressed (Jiang et al., 2006). This effect is due to competition between precipitation suppression and enhanced evaporation of the more numerous smaller cloud droplets in polluted clouds. Observed lower aerosol concentrations in pockets of open cells (Stevens et al., 2005) and in rifts of broken clouds surrounded by solid decks of stratocumulus with higher aerosol concentrations (Sharon et al., 2006) are manifestations of two stable aerosol regimes (Baker and Charlson, 1990). The low aerosol concentration regimes maintain themselves by higher drizzle rates. However, it is hard to disentangle cause and effect from these studies.

Smoke from burning vegetation reduces cloud droplet sizes and delays the onset of precipitation (Warner and Twomey, 1967; Rosenfeld, 1999; Andreae et al., 2004). In addition, desert dust suppresses precipitation in thin low-altitude clouds (Rosenfeld et al., 2001; Mahowald and Kiehl, 2003). Contradictory results have been found regarding the suppression of precipitation by aerosols downwind of urban areas (Givati and Rosenfeld, 2004; Jin et al., 2005) and in Australia (Rosenfeld, 2000; Ayers, 2005).

Models suggest that anthropogenic aerosols suppress precipitation in the absence of giant CCN and aerosol-induced changes in ice microphysics (e.g., Lohmann, 2002; Menon and DelGenio, 2007) as well as in mixed-phase clouds where the ice phase only plays a minor role (Phillips et al., 2002). A reduction in precipitation formation leads to increased cloud processing

of aerosols. Feingold et al. (1998) and Wurzler et al. (2000) showed that cloud processing could either lead to an increase or decrease in precipitation formation in subsequent cloud cycles, depending on the size and concentration of activated CCN. Giant sea salt nuclei, on the other hand, may override the precipitation suppression effect of the large number of small pollution nuclei (Johnson, 1982; Feingold et al., 1999; Rosenfeld et al., 2002). Likewise, Gong and Barrie (2003) predict a reduction of 20 to 60% in marine cloud droplet number concentrations and an increase in precipitation when interactions of sulphate with sea salt aerosols are considered. When aerosol effects on warm convective clouds are included in addition to their effect on warm stratiform clouds, the overall indirect aerosol effect and the change in surface precipitation can be larger or smaller than if just the aerosol effect on stratiform clouds is considered (Nober et al., 2003; Menon and Rotstayn, 2006). Besides changes in the distribution of precipitation, the frequency of extreme events may also be reduced by the presence of aerosols (Paeth and Feichter, 2006).

Observations show that aerosols can decrease or increase cloud cover. Kaufman et al. (2005) conclude from satellite observations that the aerosol indirect effect is likely primarily due to an increase in cloud cover, rather than an increase in cloud albedo. In contrast, model results of Lohmann et al. (2006) associate the increase in cloud cover with differing dynamic regimes and higher relative humidities that maintain higher aerosol optical depths. On the other hand, the semi-direct effect of absorbing aerosols can cause evaporation of cloud droplets and/or inhibit cloud formation. In a large area with absorbing biomass-burning aerosol, few low-lying clouds were observed when the aerosol optical depth exceeded 1.2 (Koren et al., 2004). Increasing emissions of absorbing aerosols from the late 1980s to the late 1990s in China also reduced cloud amount leading to a decrease in local planetary albedo, as deduced from satellite data (Krüger and Grassl, 2004). When the combined effect of pollution and smoke aerosols is considered from ground-based observations, the net effect seems to be an increase in cloud cover with increasing aerosol column concentrations (Kaufman and Koren, 2006).

### 7.5.2.2   Aerosol Impacts on Mixed-Phase Clouds

As satellite observations of aerosol effects on mixed-phase clouds are not conclusive (Mahowald and Kiehl, 2003), this section only refers to model results and field studies. Studies with GCMs suggest that if, in addition to mineral dust, hydrophilic black carbon aerosols are assumed to act as IN at temperatures between 0°C and −35°C, then increases in aerosol concentration from pre-industrial to present times may cause a glaciation indirect effect (Lohmann, 2002). Increases in IN can result in more frequent glaciation of super-cooled stratiform clouds and increase the amount of precipitation via the ice phase, which could decrease the global mean cloud cover leading to more absorption of solar radiation. Whether the glaciation effect or warm cloud lifetime effect is larger depends on the chemical

nature of the dust (Lohmann and Diehl, 2006). Likewise, the number and size of ice particles in convective mixed-phase clouds is sensitive to the chemical composition of the insoluble fraction (e.g., dust, soot, biological particles) of the aerosol particles (Diehl and Wurzler, 2004).

Rosenfeld (1999) and Rosenfeld and Woodley (2000) analysed aircraft data together with satellite data suggesting that pollution aerosols suppress deep convective precipitation by decreasing cloud droplet size and delaying the onset of freezing. This hypothesis was supported by a cloud-resolving model study (Khain et al., 2001) showing that super-cooled cloud droplets down to $-37.5°C$ could only be simulated if the cloud droplets were small and numerous. Precipitation from single-cell mixed-phase convective clouds is reduced under continental and maritime conditions when aerosol concentrations are increased (Yin et al., 2000; Khain et al., 2004; Seifert and Beheng, 2006). In the modelling study by Cui et al. (2006), this is caused by drops evaporating more rapidly in the high aerosol case (see also Jiang et al., 2006), which eventually reduces ice mass and hence precipitation. Khain et al. (2005) postulate that smaller cloud droplets, such as those originating from human activity, would change the thermodynamics of convective clouds. More, smaller droplets would reduce the production of rain in convective clouds. When these droplets freeze, the associated latent heat release would then result in more vigorous convection and more precipitation. In a clean cloud, on the other hand, rain would have depleted the cloud so that less latent heat is released when the cloud glaciates, resulting in less vigorous convection and less precipitation. Similar results were obtained by Koren et al. (2005), Zhang et al. (2005) and for the multi-cell cloud systems studied by Seifert and Beheng (2006). For a thunderstorm in Florida in the presence of Saharan dust, the simulated precipitation enhancement only lasted two hours after which precipitation decreased as compared with clean conditions (van den Heever et al., 2006). Cloud processing of dust particles, sulphate particles and trace gases can lead to an acceleration of precipitation formation in continental mixed-phase clouds, whereas in maritime clouds, which already form on rather large CCN, the simulated effect on precipitation is small (Yin et al., 2002). This highlights the complexity of the system and indicates that the sign of the global change in precipitation due to aerosols is not yet known. Note that microphysical processes can only change the temporal and spatial distribution of precipitation while the total amount of precipitation can only change if evaporation from the surface changes.

### 7.5.2.3    *Aerosol Impacts on Cirrus Clouds*

Cirrus clouds can form by homogeneous and heterogeneous ice nucleation mechanisms at temperatures below 235 K. While homogeneous freezing of super-cooled aqueous phase aerosol particles is rather well understood, understanding of heterogeneous ice nucleation is still in its infancy. A change in the number of ice crystals in cirrus clouds could exert a cloud albedo effect in the same way that the cloud albedo effect acts for water

clouds. In addition, a change in the cloud ice water content could exert a radiative effect in the infrared. The magnitude of these effects in the global mean has not yet been fully established, but the development of physically based parametrization schemes of cirrus formation for use in global models led to significant progress in understanding underlying mechanisms of aerosol-induced cloud modifications (Kärcher and Lohmann, 2002; Liu and Penner, 2005; Kärcher et al., 2006).

A global climate model study concluded that a cloud albedo effect based solely on ubiquitous homogeneous freezing is small globally (Lohmann and Kärcher, 2002). This is expected to also hold in the presence of heterogeneous IN that cause cloud droplets to freeze at relative humidities over ice close to homogeneous values (above 130–140%) (Kärcher and Lohmann, 2003). Efficient heterogeneous IN, however, would be expected to lower the relative humidity over ice, so that the climate effect may be larger (Liu and Penner, 2005). *In situ* measurements reveal that organic-containing aerosols are less abundant than sulphate aerosols in ice cloud particles, suggesting that organics do not freeze preferentially (Cziczo et al., 2004). A model study explains this finding by the disparate water uptake of organic aerosols, and suggests that organics are unlikely to significantly modify cirrus formation unless they are present in very high concentrations (compared with sulphate-rich particles) at low temperatures (Kärcher and Koop, 2004).

With regard to aerosol effects on cirrus clouds, a strong link has been established between gravity wave induced, mesoscale variability in vertical velocities and climate forcing by cirrus (Kärcher and Ström, 2003; Hoyle et al., 2005). Hemispheric-scale studies of aerosol-cirrus interactions using ensemble trajectories suggest that changes in upper-tropospheric cooling rates and ice-forming aerosols in a future climate may induce changes in cirrus occurrence and optical properties that are comparable in magnitude with observed decadal trends in global cirrus cover (Haag and Kärcher, 2004). Optically thin and sub-visible cirrus are particularly susceptible to IN and therefore likely affected by anthropogenic activities.

Radiative forcing estimates and observed trends of aviation-induced cloudiness are discussed in Section 2.6. In terms of indirect effects of aircraft-induced aerosols on cirrus clouds, Lohmann and Kärcher (2002) show that the impact of aircraft sulphur emissions on cirrus properties via homogeneous freezing is small. The contribution from air traffic to the global atmospheric black carbon cycle was assessed by Hendricks et al. (2004). Assuming that black carbon particles from aviation serve as efficient IN, maximum increases or decreases in ice crystal number concentrations of more than 40% are simulated in a climate model study assuming that the 'background' (no aviation impact) cirrus cloud formation is dominated by heterogeneous or homogeneous nucleation, respectively (Hendricks et al., 2005). Progress in assessing the impact of aircraft black carbon on cirrus is hampered by the poor knowledge of natural freezing modes in cirrus conditions and the inability to describe the full complexity of cirrus processes in global models.

#### 7.5.2.4    *Global Climate Model Estimates of the Total Anthropogenic Aerosol Effect*

The total anthropogenic aerosol effect as defined here includes estimates of the direct effect, semi-direct effect, indirect cloud albedo and cloud lifetime effect for warm clouds from several climate models. The total anthropogenic aerosol effect is obtained as the difference between a multi-year simulation with present-day aerosol emissions and a simulation representative for pre-industrial conditions, where anthropogenic emissions are turned off. It should be noted that the representation of the cloud lifetime effect in GCMs is essentially one of changing the auto-conversion of cloud water to rainwater.

The global mean total anthropogenic aerosol effect on net radiation at TOA from pre-industrial times to the present day is shown in Figure 7.21. Whereas Chapter 2 only considers the radiative forcing of the cloud albedo effect, here feedbacks are included in the radiative flux change. In most simulations shown in Figures 7.21 to 7.23, the total aerosol effect is restricted to warm clouds except for the simulations by Jacobson (2006) and Lohmann and Diehl (2006), who also include aerosol effects on mixed-phase and ice clouds. The total aerosol effect ranges from –0.2 W m$^{-2}$ in the combined GCM plus satellite simulations (Quaas et al., 2006) to –2.3 W m$^{-2}$ in the simulations by Ming et al. (2005), with an average forcing of –1.2 W m$^{-2}$. The total aerosol effect is larger when sulphate aerosols are used as surrogates for all anthropogenic aerosols than if multiple



**Figure 7.21.** *Global mean total anthropogenic aerosol effect (direct, semi-direct and indirect cloud albedo and lifetime effects) defined as the response in net radiation at TOA from pre-industrial times to the present day and its contribution over the NH and SH, over oceans and over land, and the ratio over oceans/land. Red bars refer to anthropogenic sulphate (Easter et al., 2004; Ming et al., 2005+), green bars refer to anthropogenic sulphate and black carbon (Kristjánsson, 2002*·+), blue bars to anthropogenic sulphate and organic carbon (Quaas et al., 2004; Rotstayn and Liu, 2005+), cyan bars to anthropogenic sulphate and black and organic carbon (Menon and Del Genio, 2005; Takemura et al., 2005; Johns et al., 2006; Storelvmo et al., 2006), dark purple bars to anthropogenic sulphate and black and organic carbon effects on water and ice clouds (Jacobson, 2006; Lohmann and Diehl, 2006), teal bars refer to a combination of GCM and satellite results (European Centre for Medium Range Weather Forecasts/Max-Planck Institute for Meteorology Atmospheric GCM (ECHAM) plus Polarisation and Directionality of the Earth's Reflectance (POLDER), Lohmann and Lesins, 2002; Laboratoire de Météorologie Dynamique GCM (LMDZ)/ECHAM plus Moderate Resolution Imaging Spectroradiometer (MODIS), Quaas et al., 2006) and olive bars to the mean and standard deviation from all simulations. Vertical black lines for individual results refer to ±1 standard deviation in cases of multiple simulations and/or results.*

*\* refers to estimates of the aerosol effect deduced from the shortwave radiative flux only*
*+ refers to estimates solely from the indirect effects*

aerosol types are considered (Figure 7.21). Although most model estimates also include the direct and semi-direct effects, their contribution to the TOA radiation is generally small compared with the indirect effect, ranging from +0.1 to –0.5 W m$^{-2}$ due to variations in the locations of black carbon with respect to the cloud (Lohmann and Feichter, 2005). The simulated cloud lifetime effect in a subset of models displayed in Figure 7.21 varies between –0.3 and –1.4 W m$^{-2}$ (Lohmann and Feichter, 2005), which highlights some of the differences among models. The importance of the cloud albedo effect compared with the cloud lifetime effect varies even when the models use the same aerosol fields (Penner et al., 2006). Other differences among the simulations include an empirical treatment of the relationship between aerosol mass and cloud droplet number concentration vs. a mechanistic relationship, the dependence of the indirect aerosol effect on the assumed background aerosol or cloud droplet number concentration, and the competition between natural and anthropogenic aerosols as CCN (Ghan et al., 1998; O'Dowd et al., 1999). Likewise, differences in the cloud microphysics scheme, especially in the auto-conversion rate, cause different cloud responses (e.g., A. Jones et al., 2001; Menon et al., 2002a, 2003; Penner et al., 2006).

All models agree that the total aerosol effect is larger over the NH than over the SH (Figure 7.21). The values of the NH total aerosol effect vary between –0.5 and –3.6 W m$^{-2}$ and in the SH between slightly positive and –1.1 W m$^{-2}$, with an average SH to NH ratio of 0.3. Estimates of the ocean/land partitioning of the total indirect effect vary from 0.03 to 1.8 with an average value of 0.7. While the combined European Centre for Medium Range Weather Forecasts/Max-Planck Institute for Meteorology Atmospheric GCM (ECHAM4) plus Polarisation and Directionality of the Earth's Reflectance (POLDER) satellite estimate suggests that the total aerosol effect should be larger over oceans (Lohmann and Lesins, 2002), combined estimates of the Laboratoire de Météorologie Dynamique (LMD) and ECHAM4 GCMs with Moderate Resolution Imaging Spectroradiometer (MODIS) satellite data reach the opposite conclusion (Quaas et al., 2006). The average total aerosol effect over the ocean of –1 W m$^{-2}$ agrees with estimates of between –1 and –1.6 W m$^{-2}$ from the Advanced Very High Resolution Radiometer (AVHRR)/POLDER (Sekiguchi et al., 2003). Estimates from GCMs of the total aerosol effect are generally larger than those from inverse models (Anderson et al., 2003 and Chapter 9).

As compared with the estimates of the total aerosol effect in Lohmann and Feichter (2005), some new estimates (Chen and Penner, 2005; Rotstayn and Liu, 2005; Lohmann and Diehl, 2006) now also include the influence of aerosols on the cloud droplet size distribution (dispersion effect; Liu and Daum, 2002). The dispersion effect refers to a widening of the size distribution in the polluted clouds that partly counteracts the reduction in the effective cloud droplet radius in these clouds. Thus, if the dispersion effect is taken into account, the indirect cloud albedo aerosol effect is reduced by 12 to 42% (Peng and Lohmann, 2003; Rotstayn and Liu, 2003; Chen and Penner, 2005). The global mean total indirect aerosol effect in the

simulation by Rotstayn and Liu (2005) has also been reduced due to a smaller cloud lifetime effect resulting from a new treatment of auto-conversion.

Global climate model estimates of the change in global mean precipitation due to the total aerosol effects are summarised in Figure 7.22. Consistent with the conflicting results from detailed cloud system studies, the change in global mean precipitation varies between 0 and –0.13 mm day$^{-1}$. These differences are amplified over the SH, ranging from –0.06 mm day$^{-1}$ to 0.12 mm day$^{-1}$. In general, the decreases in precipitation are larger when the atmospheric GCMs are coupled to mixed-layer ocean models (green bars), where the sea surface temperature and, hence, evaporation are allowed to vary.

### 7.5.3 Effects of Aerosols and Clouds on Solar Radiation at the Earth's Surface

By increasing aerosol and cloud optical depth, anthropogenic emissions of aerosols and their precursors contribute to a reduction of solar radiation at the surface. As such, worsening air quality contributes to regional aerosol effects. The partially conflicting observations on solar dimming/brightening are discussed in detail in Section 3.4 and Box 3.2. This section focuses on the possible contribution by aerosols. The decline in solar radiation from 1961 to 1990 affects the partitioning between direct and diffuse solar radiation: Liepert and Tegen (2002) concluded that over Germany, both aerosol absorption and scattering must have declined from 1975 to 1990 in order to explain the simultaneously weakened aerosol forcing and increased direct/diffuse solar radiation ratio. The direct/diffuse solar radiation ratio over the USA also increased from 1975 to 1990, likely due to increases in absorbing aerosols. Increasing aerosol optical depth associated with scattering aerosols alone in otherwise clear skies produces a larger fraction of diffuse radiation at the surface, which results in larger carbon assimilation into vegetation (and therefore greater transpiration) without a substantial reduction in the total surface solar radiation (Niyogi et al., 2004; Section 7.2.6.2).

For the tropical Indian Ocean, Ramanathan et al. (2001) estimate an indirect aerosol effect of –5 W m$^{-2}$ at TOA and –6 W m$^{-2}$ at the surface. While the direct effect is negligible at TOA, its surface forcing amounts to –14 W m$^{-2}$ as a consequence of large atmospheric absorption in this region. In South Asia, absorbing aerosols may have masked up to 50% of the surface warming due to the global increase in greenhouse gases (Ramanathan et al., 2005). Global climate model estimates of the mean decrease in surface shortwave radiation in response to all aerosol effects vary between –1.3 and –3.3 W m$^{-2}$ (Figure 7.23). It is larger than the TOA radiation flux change because some aerosols like black carbon absorb solar radiation within the atmosphere (see also Jacobson, 2001; Lohmann and Feichter, 2001; Ramanathan et al., 2001; Liepert et al., 2004). As for the TOA net radiation, the decrease is largest over land, with values approaching –9 W m$^{-2}$. Consistent with the above-mentioned regional studies, most models predict larger decreases over land than over the oceans.

563



**Figure 7.22.** *Global mean change in precipitation due to the total anthropogenic aerosol effect (direct, semi-direct and indirect cloud albedo and lifetime effects) from pre-industrial times to the present day and its contribution over the NH and SH, over oceans and over land. Red bars refer to anthropogenic sulphate (Easter et al., 2004; Ming et al., 2005+), blue bars to anthropogenic sulphate and organic carbon (Quaas et al., 2004; Rotstayn and Liu, 2005+), cyan bars to anthropogenic sulphate, and black and organic carbon (Menon and Del Genio, 2005; Takemura et al., 2005; Johns et al., 2006; Storelvmo et al., 2006), dark purple bars to anthropogenic sulphate and black and organic carbon effects on water and ice clouds (Jacobson, 2006; Lohmann and Diehl, 2006), teal bars refer to a combination of GCM and satellite results (LMDZ/ECHAM plus MODIS, Quaas et al., 2006), green bars refer to results from coupled atmosphere/mixed-layer ocean (MLO) experiments (Feichter et al., 2004: sulphate and black and organic carbon; Kristjansson et al., 2005: sulphate and black carbon; Rotstayn and Lohmann, 2002+: sulphate only) and olive bars to the mean from all simulations. Vertical black lines refer to ±1 standard deviation.*

*+ refers to estimates solely from the indirect effects*

Transient simulations (Roeckner et al., 1999) and coupled GCM-mixed-layer ocean equilibrium simulations (Feichter et al., 2004; Liepert et al., 2004) suggest that the decrease in solar radiation at the surface resulting from increases in optical depth due to the direct and indirect anthropogenic aerosol effects is more important for controlling the surface energy budget than the greenhouse-gas induced increase in surface temperature. There is a slight increase in downwelling longwave radiation due to aerosols, which in the global mean is small compared to the decrease in shortwave radiation at the surface. The other components of the surface energy budget (thermal radiative flux, sensible and latent heat fluxes) decrease in response to the reduced input of solar radiation. As global mean evaporation must equal precipitation, a reduction in the latent heat flux in the model leads to a reduction in precipitation (Liepert et al., 2004). This is in contrast to the observed precipitation evolution in the last century (see Section 3.3) and points to an overestimation of aerosol influences on precipitation. The simulated decrease

in global mean precipitation from pre-industrial times to the present may reverse into an increase of about 1% in 2031 to 2050 as compared to 1981 to 2000, because the increased warming due to black carbon and greenhouse gases then dominates over the sulphate cooling (Roeckner et al., 2006).

### 7.5.4    Effects of Aerosols on Circulation Patterns

#### *7.5.4.1    Effects on Stability*

Changes in the atmospheric lapse rate modify the longwave emission and affect the water vapour feedback (Hu, 1996) and the formation of clouds (see, e.g., Section 8.6). Observations and model studies show that an increase in the lapse rate produces an amplification of the water vapour feedback (Sinha, 1995). As aerosols cool the Earth's surface and warm the aerosol layer, the lapse rate will decrease globally and suppress the water vapour feedback (e.g., Feichter et al., 2004). The local change



**Figure 7.23.** *Global mean change in net solar radiation at the surface due to the total anthropogenic aerosol effect (direct, semi-direct and indirect cloud albedo and lifetime effects) from pre-industrial times to the present day and its contribution over the NH and SH, over oceans and over land and the ratio over oceans/land. Red bars refer to anthropogenic sulphate (Easter et al., 2004; Ming et al., 2005+), blue bars to anthropogenic sulphate and organic carbon (Quaas et al., 2004; Rotstayn and Liu, 2005+), cyan bars to anthropogenic sulphate and black and organic carbon (Menon and Del Genio, 2005; Takemura et al., 2005; Johns et al., 2006; Storelvmo et al., 2006), dark purple bars to anthropogenic sulphate and black and organic carbon effects on water and ice clouds (Jacobson, 2006; Lohmann and Diehl, 2006), teal bars refer to a combination of GCM and satellite results (LMDZ/ECHAM plus MODIS, Quaas et al., 2006), green bars refer to results from coupled atmosphere/mixed-layer ocean (MLO) experiments (Feichter et al., 2004: sulphate and black and organic carbon; Kristjansson et al., 2005: sulphate and black and organic carbon; Rotstayn and Lohmann, 2002+: sulphate only) and olive bars to the mean from all simulations. Vertical black lines refer to ±1 standard deviation.*

+ *refers to estimates solely from the indirect effects*

in atmospheric stability strongly depends on the altitude of the black carbon heating (Penner et al., 2003).

Absorption of solar radiation by aerosols can change the cloud amount (semi-direct effect; Grassl, 1975; Hansen et al., 1997; Ackerman et al., 2000; Ramanathan et al., 2001; Jacobson, 2006; Figure 7.20). The semi-direct effect has been simulated with GCMs and high-resolution cloud-resolving models, since it is implicitly accounted for whenever absorbing aerosols coupled to the radiation scheme are included (Hansen et al., 1997; Lohmann and Feichter, 2001; Jacobson, 2002; Menon et al., 2002b; Penner et al., 2003; Cook and Highwood, 2004; Hansen et al., 2005). Aerosol heating within cloud layers reduces cloud fractions, whereas aerosol heating above the cloud layer tends to increase cloud fractions. When diagnosed within a GCM framework, the semi-direct effect can also include cloud changes due to circulation effects and/or surface albedo effects. Moreover, the semi-direct effect is not exclusive to absorbing aerosol, as potentially any radiative heating of

the mid-troposphere can produce a similar response in a GCM (Hansen et al., 2005; see also Section 2.8). Cloud-resolving models of cumulus and stratocumulus case studies also diagnose semi-direct effects indicating a similar relationship between the height of the aerosol layer relative to the cloud and the sign of the semi-direct effect (Ackerman et al., 2000; Ramanathan et al., 2001; Johnson et al., 2004; Johnson, 2005). Using a large eddy simulation, Feingold et al. (2005) show that the reduction in net surface radiation and in surface latent and sensible heat fluxes is the most simple explanation of the reduction in cloudiness associated with absorbing aerosols.

### 7.5.4.2    Effects on the Large-Scale Circulation

Several studies have considered the response of a GCM with a mixed-layer ocean to indirect aerosol effects (Rotstayn et al., 2000; K. Williams et al., 2001; Rotstayn and Lohmann, 2002) or to a combination of direct and indirect aerosol effects

(Feichter et al., 2004; Kristjansson et al., 2005; Takemura et al., 2005). All of these, and recent transient simulations (Held et al., 2005; Paeth and Feichter, 2006), found a substantial cooling that was strongest in the NH, with a consequent southward shift of the Inter-Tropical Convergence Zone (ITCZ) and the associated tropical rainfall belt. Rotstayn and Lohmann (2002) even suggest that aerosol effects might have contributed to the Sahelian droughts of the 1970s and 1980s (see Sections 9.5 and 11.2). If in turn the NH is warmed, for instance due to the direct forcing by black carbon aerosols, the ITCZ is found to shift northward (Chung and Seinfeld, 2005).

Menon et al. (2002b) and Wang (2004) found that circulation changes could be caused by aerosols in southeast China. In India and China, where absorbing aerosols have been added, increased rising motions are seen as well as increased subsidence to the south and north (Menon et al., 2002b). However, Ramanathan et al. (2005) found that convection was suppressed due to increased stability resulting from black carbon heating. Drier conditions resulting from suppressed rainfall can induce more dust and smoke due to the burning of drier vegetation (Ramanathan et al., 2001), thus affecting both regional and global hydrological cycles (Wang, 2004). Heating of a lofted dust layer could increase the occurrence of deep convection (Stephens et al., 2004). It can also strengthen the Asian summer monsoon circulation and cause a local increase in precipitation, despite the global reduction of evaporation that compensates aerosol radiative heating at the surface (Miller et al., 2004b). The dust-induced thermal contrast changes between the Eurasian continent and the surrounding oceans are found to trigger or modulate a rapidly varying or unstable Asian winter monsoon circulation, with a feedback to reduce the dust emission from its sources (Zhang et al., 2002).

In summary, an increase in atmospheric aerosol load decreases air quality and reduces the amount of solar radiation reaching the surface. This negative radiative forcing competes with the greenhouse gas warming for determining the change in evaporation and precipitation. At present, no transient climate simulation accounts for all aerosol-cloud interactions, so that the net aerosol effect on clouds deduced from models is not conclusive.

## 7.6   Concluding Remarks

Biogeochemical cycles interact closely with the climate system over a variety of temporal and spatial scales. On geological time scales, this interaction is illustrated by the Vostok ice core record, which provides dramatic evidence of the coupling between the carbon cycle and the climate system. The dynamics of the Earth system inferred from this record result from a combination of external forcing (in this case long-term periodic changes in the orbital parameters of the Earth and hence solar forcing) and an array of feedback mechanisms within the Earth environment (see Chapter 6). On shorter time scales, a range of forcings originating from human activities (conversion and fragmentation of natural ecosystems, emissions of greenhouse gases, nitrogen fixation, degradation of air quality, stratospheric ozone depletion) is expected to produce planet-wide effects and perturb numerous feedback mechanisms that characterise the dynamics of the Earth system.

A number of feedbacks that amplify or attenuate the climate response to radiative forcing have been identified. In addition to the well-known positive water vapour and ice-albedo feedbacks, a feedback between the carbon cycle and the climate system could produce substantial effects on climate. The reduction in surface carbon uptake expected in future climate should produce an additional increase in the atmospheric $CO_2$ concentration and therefore enhance climate forcing. Large differences between models, however, make the quantitative estimate of this feedback uncertain. Other feedbacks (involving, for example, atmospheric chemical and aerosol processes) are even less well understood. Their magnitude and even their sign remain uncertain. Potentially important aerosol-cloud interactions such as changes in cloud lifetime and aerosol effects on ice clouds can influence the hydrologic cycle and the radiative budget; however, the scientific understanding of these processes is low. The response of the climate system to anthropogenic forcing is expected to be more complex than simple cause and effect relationships would suggest; rather, it could exhibit chaotic behaviour with cascades of effects across the different scales and with the potential for abrupt and perhaps irreversible transitions.

This chapter has assessed how processes related to vegetation dynamics, carbon exchanges, gas-phase chemistry and aerosol microphysics could affect the climate system. These processes, however, cannot be considered in isolation because of the potential interactions that exist between them. Air quality and climate change, for example, are intimately coupled (Dentener et al., 2006). Brasseur and Roeckner (2005) estimate that the hypothetical removal from the atmosphere of the entire burden of anthropogenic sulphate aerosol particles (in an effort to improve air quality) would produce a rather immediate increase of about 0.8°C in the globally averaged temperature, with geographical patterns that bear a resemblance to the temperature changes found in greenhouse gas scenario experiments (Figure 7.24). Thus, environmental strategies

aimed at maintaining 'global warming' below a prescribed threshold must therefore account not only for $CO_2$ emissions but also for measures implemented to improve air quality. To cope with the complexity of Earth system processes and their interactions, and particularly to evaluate sophisticated models of the Earth system, observations and long-term monitoring of climate and biogeochemical quantities will be essential. Climate models will have to reproduce accurately the important processes and feedback mechanisms discussed in this chapter.



**Figure 7.24.** *Effect of removing the entire burden of sulphate aerosols in the year 2000 on (a) the annual mean clear sky TOA shortwave radiation (W m$^{-2}$) calculated by Brasseur and Roeckner (2005) for the time period 2071 to 2100 and (b) on the annual mean surface air temperature (°C) calculated for the same time period. (c) temporal evolution of global and annual mean surface air temperature anomalies (°C) with respect to the mean 1961 to 1990 values. The evolution prior to the year 2000 is driven by observed atmospheric concentrations of greenhouse gases and aerosols as adopted by IPCC (see Chapter 10). After 2000, the concentration of greenhouse gases remains constant while the aerosol burden is unchanged (blue line) or set to zero (red line). The black curve shows observations (A. Jones et al., 2001; Jones et al., 2006).*

# References

Achard, F., et al., 2004: Improved estimates of net carbon emissions from land cover change in the tropics for the 1990s. *Global Biogeochem. Cycles*, **18**, GB2008, doi:10.1029/2003GB002142.

ACIA, 2005: *Arctic Climate Impact Assessment*. Cambridge University Press, Cambridge, 1042 pp.

Ackerman, A.S., M.P. Kirkpatrick, D.E. Stevens, and O.B. Toon, 2004: The impact of humidity above stratiform clouds on indirect climate forcing. *Nature*, **432**, 1014–1017.

Ackerman, A.S., et al., 2000: Reduction of tropical cloudiness by soot. *Science*, **288**, 1042–1047.

Adams, J., J. Constable, A. Guenther, and P. Zimmerman, 2001: An estimate of natural volatile organic compound emissions from vegetation since the last glacial maximum. *Chemosphere*, **3**, 73–91.

Adler, R.F., et al., 2003: The version-2 Global Precipitation Climatology Project (GPCP) monthly precipitation analysis (1979-present). *J. Hydrometeorol.*, **4**, 1147–1167.

Ainsworth, E.A., and S.P. Long, 2005: What have we learned from 15 years of free-air $CO_2$ enrichment (FACE)? A meta-analytic review of the responses of photosynthesis, canopy. *New Phytol.*, **165**(3), 351–371.

Albrecht, B., 1989: Aerosols, cloud microphysics, and fractional cloudiness. *Science*, **245**, 1227–1230.

Allan, W., et al., 2005: Interannual variations of $^{13}C$ in tropospheric methane: Implications for a possible atomic chlorine sink in the marine boundary layer. *J. Geophys. Res.*, **110**, doi:10.1029/2004JD005650.

Allen, D., K. Pickering, and M. Fox-Rabinovitz, 2004: Evaluation of pollutant outflow and CO sources during TRACE-P using model-calculated, aircraft-based, and Measurements of Pollution in the Troposphere (MOPITT)-derived CO concentrations. *J. Geophys. Res.*, **109**, D15S03, doi:10.1029/2003JD004250.

Anderson, T.L., et al., 2003: Climate forcing by aerosols - a hazy picture. *Science*, **300**, 1103–1104.

Andreae, M.O., and P. Merlet, 2001: Emission of trace gases and aerosols from biomass burning. *Global Biogeochem. Cycles*, **15**, 955–966.

Andreae, M.O., C.D. Jones, and P.M. Cox, 2005: Strong present-day aerosol cooling implies a hot future. *Nature*, **435**(7046), 1187–1190.

Andreae, M.O., et al., 2004: Smoking rain clouds over the Amazon. *Science*, **303**, 1337–1342.

Angert, A., et al., 2004: $CO_2$ seasonality indicates origins of post-Pinatubo sink. *Geophys. Res. Lett.*, **31**(11), L11103, doi:10.1029/2004GL019760.

Angert, A., et al., 2005: Drier summers cancel out the $CO_2$ uptake enhancement induced by warmer springs. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 10823–10827.

Archer, D., 2005: The fate of fossil fuel $CO_2$ in geologic time. *J. Geophys. Res.*, **110**(C9), C09S05, doi:10.1029/2004JC002625.

Archer, D., and B. Buffett, 2005: Time-dependent response of the global ocean clathrate reservoir to climatic and anthropogenic forcing. *Geochem. Geophys. Geosystems*, **6**, Q03002, doi:10.1029/2004GC000854.

Archer, D., H. Kheshgi, and E. Maier-Reimer, 1998: Dynamics of fossil fuel $CO_2$ neutralization by marine $CaCO_3$. *Global Biogeochem. Cycles*, **12**(2), 259–276.

Arellano, A.F. Jr., et al., 2004: Top-down estimates of global CO sources using MOPITT measurements. *Geophys. Res. Lett.*, **31**, L01104, doi:10.1029/ 2003GL018609.

Armstrong, R.A., et al., 2002: A new, mechanistic model for organic carbon fluxes in the ocean based on the quantitative association of POC with ballast minerals. *Deep-Sea Res. II*, **49**, 219–236.

Arora, V.K., and G.J. Boer, 2003: A representation of variable root distribution in dynamic vegetation models. *Earth Interactions*, **7**(6), 1–19.

Arora, V.K., and G.J. Boer, 2005: A parameterization of leaf phenology for the terrestrial ecosystem component of climate models. *Global Change Biol.*, **11**(1), 39–59.

Arora, V.K., and G.J. Boer, 2006: Simulating competition and coexistence between plant functional types in a dynamic vegetation model. *Earth Interactions*, **10**, Paper 10, 30 pp., doi:10.1175/EI170.1.

Aumont, O., et al., 2001: Riverine-driven interhemispheric transport of carbon. *Global Biogeochem. Cycles*, **15**, 393–405.

Austin, J., and R.J. Wilson, 2006: Ensemble simulations of the decline and recovery of stratospheric ozone. *J. Geophys. Res.*, **111**, D16314, doi:10.1029/2005JD006907.

Austin, J., et al., 2003: Uncertainties and assessments of chemistry-climate models of the stratosphere. *Atmos. Chem. Phys.*, **3**, 1–27.

Avissar, R., and D. Werth, 2005: Global hydroclimatological teleconnections resulting from tropical deforestation. *J. Hydrometeorol.*, **6**(2), 134–145.

Avissar, R., P.L. Silva Dias, M.A.F. Silva Dias, and C. Nobre, 2002: The Large-scale Biosphere-Atmosphere Experiment in Amazonia (LBA): Insights and future research needs. *J. Geophys. Res.*, **107**(D20), 8034, doi:10.1029/2002JD002507.

Aw, J., and M.J. Kleeman, 2003: Evaluating the first-order effect of intraannual air pollution on urban air pollution. *J. Geophys. Res.*, **108**, 4365, doi:10.1029/2002JD002688.

Ayers, G.P., 2005: "Air pollution and climate change: has air pollution suppressed rainfall over Australia?" *Clean Air and Environmental Quality*, **39**, 51–57.

Bacastow, R.B., and C.D. Keeling, 1981: Atmospheric carbon dioxide concentration and the observed airborne fraction. In: *Carbon Cycle Modelling* [Bolin, B. (ed.)]. SCOPE 16. John Wiley and Sons, New York, pp. 103–112.

Bagnoud, N., A.J. Pitman, B.J. McAvaney, and N.J. Holbrook, 2005: The contribution of the land surface energy balance complexity to differences in means, variances and extremes using the AMIP-II methodology. *Clim. Dyn.*, **25**, 171–188. doi:10.1007/S00382-005-0004-9.

Baker, D.F., et al., 2006: TransCom 3 inversion intercomparison: impact of transport model errors on the interannual variability of regional $CO_2$ fluxes, 1988-2003. *Global Biogeochem. Cycles*, **20**, GB1002, doi:1010.1029/2004GB002439.

Baker, M., and R.J. Charlson, 1990: Bistability of CCN concentrations and thermodynamics in the cloud-topped boundary layer. *Nature*, **345**, 142–145.

Baker, T.R., et al., 2004: Increasing biomass in Amazonian forest plots. *Philos. Trans. R. Soc. London Ser. B*, **359**, 353–365.

Baldocchi, D., et al., 2001: FLUXNET: A new tool to study the temporal and spatial variability of ecosystem-scale carbon dioxide, water vapor, and energy flux densities. *Bull. Am. Meteorol. Soc.*, **82**, 2415–2434.

Baldwin, M.P., and T.J. Dunkerton, 1999: Downward propagation of the Arctic Oscillation from the stratosphere to the troposphere. *J. Geophys. Res.*, **104**, 30937–30946.

Baldwin, M.P., and T.J. Dunkerton, 2001: Stratospheric harbingers of anomalous weather regimes. *Science*, **244**, 581–584.

Balkanski, Y., et al., 2004: Global emissions of mineral aerosol: formulation and validation using satellite imagery. In: *Emission of Atmospheric Trace Compounds* [Granier, C., P. Artaxo, and C.E. Reeves (eds.)]. Kluwer, Dordrecht, pp. 239–267.

Balzter H., et al., 2005: Impact of the Arctic Oscillation pattern on interannual forest fire variability in Central Siberia. *Geophys. Res. Lett.*, **32**, L14709, doi:10.1029/2005GL022526.

Barbosa, P.M., et al., 1999: An assessment of vegetation fire in Africa (1981–1991): Burned areas, burned biomass, and atmospheric emissions. *Global Biogeochem. Cycles*, **13**, 933–950.

Barford, C.C., et al., 2001: Factors controlling long and short term sequestration of atmospheric $CO_2$ in a mid-latitude forest. *Science*, **294**(5547), 1688–1691.

Barlage, M., and X. Zeng, 2004: Impact of observed vegetation root distribution on seasonal global simulations of land surface processes. *J. Geophys. Res.*, **109**, D09101, doi:10.1029/2003JD003847.

Battle, M., et al., 2000: Global carbon sinks and their variability inferred from atmospheric $O_2$ and $\delta^{13}C$. *Science*, **287**(5462), 2467–2470.

Beirle, S., et al., 2004: Estimate of nitrogen oxide emissions from shipping by satellite remote sensing. *Geophys. Res. Lett.*, **31**, L18102, doi:10.1029/2004GL020312.

Bellamy, P.H., et al., 2005: Carbon losses from all soils across England and Wales 1978–2003. *Nature*, **437**, 245248.

Benner R., et al., 1992: Bulk chemical characteristics of dissolved organic matter in the ocean. *Science*, **255**, 1561–1564.

Bergamaschi, P., M. Braeunlich, T. Marik, and C.A.M. Brenninkmeijer. 2000: Measurements of the carbon and hydrogen isotopes of atmospheric methane at Izana, Tenerife: Seasonal cycles and synoptic-scale variations. *J. Geophys. Res.*, **105**, 14531–14546.

Berner, R.A., 1998: The carbon cycle and $CO_2$ over Phanerozoic time: the role of land plants. *Philos. Trans. R. Soc. London Ser. B*, **353**(1365), 75–81.

Bertram, T.H., et al., 2005: Satellite measurements of daily variations in soil $NO_x$ emissions. *Geophys. Res. Lett.*, **32**, L24812, doi:10.1029/ 2005GL024640.

Betts, A.K., 2004: Understanding hydrometeorology using global models. *Bull. Am. Meteorol. Soc.*, **85**, 1673–1688.

Betts, A.K., 2006: Radiative scaling of the nocturnal boundary layer and the diurnal temperature range. *J. Geophys. Res.*, **111**, D07105, doi:10.1029/2005JD006560.

Betts, A.K., J. Ball, and J. McCaughey, 2001: Near-surface climate in the boreal forest. *J. Geophys. Res.*, **106**, 33529–33541.

Betts, R., et al., 2004: The role of ecosystem-atmosphere interactions in simulated Amazonian precipitation decrease and forest dieback under global change warming. *Theor. Appl. Climatol.*, **78**(1–3), 157–175.

Bey, I., et al., 2001: Global modeling of tropospheric chemistry with assimilated meteorology: model description and evaluation. *J. Geophys. Res.*, **106**(D19), 23073–23096.

Bigg, E.K., C. Leck, and L. Tranvik, 2004: Particulates of the surface microlayer of open water in the central Arctic Ocean in summer. *Mar. Chem.*, **91**(1–4), 131–141.

Bodeker, G.E., H. Shiona, and H. Eskes, 2005: Indicators of Antarctic ozone depletion. *Atmos. Chem. Phys.*, **5**, 2603–2615.

Boersma, K.F., H.J. Eskes, E.W. Meijer, and H.M. Keider, 2005: Estimates of lightning $NO_x$ production from GOME satellite observations. *Atmos. Chem. Phys. Discussions*, **5**, 3047–3104.

Bogner, J.E., R.L. Sass, and B.P. Walter, 2000: Model comparisons of methane oxidation across a management gradient: Wetlands, rice production systems, and landfill. *Global Biogeochem. Cycles.*, **14**, 1021–1033.

Bolin, B., and E. Eriksson, 1959: Changes in the carbon dioxide content of the atmosphere and sea due to fossil fuel combustion. In: *The Atmosphere and Sea in Motion* [Bolin, B. (ed.)]. Rossby Memorial Volume. Rockefeller Institute, New York, NY, pp. 130–142.

Bonan, G.B., 2001: Observational evidence for reduction of daily maximum temperature by croplands in the midwest United States. *J. Clim.*, **14**, 2430–2442.

Bonan, G.B., et al., 2003: A dynamic global vegetation model for use with climate models: concepts and description of simulated vegetation dynamics. *Global Change Biol.*, **9**, 1543–1566.

Bond, W.J., G.F. Midgley, and F.I. Woodward, 2003: The importance of low atmospheric $CO_2$ and fire in promoting the spread of grasslands and savannas. *Global Change Biol.*, **9**, 973–982.

Bopp, L., et al., 2002: Climate-induced oceanic oxygen fluxes: Implications for the contemporary carbon budget. *Global Biogeochem. Cycles*, **16**, doi:10.1029/2001GB001445.

Bopp, L., et al., 2004: Will marine dimethyl sulfide emissions amplify or alleviate global warming? A model study. *Can. J. Fish Aquat. Sci.*, **61**(5), 826–835.

Bopp, L., et al., 2005: Response of diatoms distribution to global warming and potential implications – a global model study. *Geophys. Res. Lett.*, **32**(19), L19606, doi:10.1029/2005GL023653.

Borges, A.V., 2005: Do we have enough pieces of the jigsaw to integrate $CO_2$ fluxes in the coastal ocean? *Estuaries*, **28**, 3–27.

Bousquet, P., et al., 2000: Regional changes in carbon dioxide fluxes of land and oceans since 1980. *Science*, **290**(5495), 1342–1346.

Bousquet, P., et al., 2005: Two decades of OH variability as inferred by an inversion of atmospheric transport and chemistry of methyl chloroform. *Atmos. Chem. Phys.*, **5**, 2635–2656.

Bouwman, A.F., L.J.M. Boumans, and N.H. Batjes, 2001: *Global Estimates of Gaseous Emission of $NH_3$, $NO$ and $N_2O$ from Agricultural Land*. Food and Agriculture Organisation, Rome, 57 pp.

Bouwman, A.F., L.J.M. Boumans, and N.H. Batjes, 2002: Modeling global annual $N_2O$ and $NO$ emissions from fertilized fields. *Global Biogeochem. Cycles*, **16**(4), 1080, doi:10.1029/2001GB001812.

Boyd, P.W., et al., 2004: The decline and fate of an iron-induced subarctic phytoplankton bloom. *Nature*, **428**, 549–553.

Boyle, E.D., 1988: The role of vertical chemical fractionation in controlling late quaternary atmospheric carbon dioxide. *J. Geophys. Res.*, **93**(C12), 15701–15714.

Brasseur, G.P., and E. Roeckner, 2005: Impact of improved air quality on the future evolution of climate. *Geophys. Res. Lett.*, **32**, L23704, doi:10.1029/2005GL023902.

Brasseur, G.P., et al., 1998: Past and future changes in global tropospheric ozone: impact on radiative forcing. *Geophys. Res. Lett.*, **25**(20), 3807–3810.

Brasseur, G.P., et al., 2005: Impact of climate change on the future chemical composition of the global troposphere. *J. Clim.*, **19**, 3932–3951

Breshears, D.D., et al., 2005: Regional vegetation die-off in response to global-change-type drought. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(42), 15144–15148.

Broecker, W.S., 1991: Keeping global change honest. *Global Biogeochem. Cycles*, **5**, 191–195.

Broecker, W.S., and T. Takahashi, 1978: Neutralization of fossil fuel $CO_2$ by marine calcium carbonate. In: *The Fate of Fossil Fuel $CO_2$ in the Ocean* [Andersen, N.R., and A. Malahoff (eds.)]. Plenum Press, New York, NY, pp. 213–248.

Broecker, W.S., and T.-H. Peng, 1982: *Tracers in the Sea*. ELDIGIO Press, New York, NY, 689 pp.

Broecker, W.S., and T.-H. Peng, 1986: Carbon cycle: 1985 – glacial to interglacial changes in the operation of the global carbon cycle. *Radiocarbon*, **28**, 309–327.

Broerse, A.T.C., et al., 2003: The cause of bright waters in the Bering Sea in winter. *Continental Shelf Res.*, **23**, 1579–1596.

Brook, E., et al., 2000: On the origin and timing of rapid changes in atmospheric methane during the last glacial period. *Global Biogeochem. Cycles*, **14**, 559–572.

Brovkin, V., et al., 2004: Role of land cover changes for atmospheric $CO_2$ increase and climate change during the last 150 years. *Global Change Biol.*, **10**, 1253–1266, doi:10.1111/j.1365-2486.2004.00812.

Brown, S., and A.E. Lugo, 1982: The storage and production of organic-matter in tropical forests and their role in the global carbon-cycle. *Biotropica*, **14**(3), 161–187.

Brown, T.J., B.L. Hall, and A.L. Westerling, 2004: The impact of twenty-first century climate change on wildland fire danger in the western United States: an applications perspective. *Clim. Change*, **62**, 365–388.

Buddemeier, R.W., J.A. Kleypas, and R.B. Aronson, 2004: *Coral Reefs and Global Climate Change*. Pew Centre on Global Climate Change, Arlington, VA, 44 pp.

Buffett, B., and D. Archer, 2004: Global inventory of methane clathrate: sensitivity to changes in the deep ocean. *Earth Planet. Sci. Lett.*, **227**, 185–199.

Burkhardt, S., I. Zondervan, and U. Riebesell, 1999: Effect of $CO_2$ concentration on C:N:P ratio in marine phytoplankton: a species comparison. *Limnol. Oceanogr.*, **44**(3), 683–690.

Burrows, W.H., et al., 2002: Growth and carbon stock change in eucalypt woodlands in northeast Australia: ecological and greenhouse sink implications. *Global Change Biol.*, **8**, 769–784.

Butchart, N., and A.A. Scaife, 2001: Removal of chlorofluorocarbons by increased mass exchange between the stratosphere and troposphere in a changing climate. *Nature*, **410**, 799–802.

Butchart, N., et al., 2006: Simulations of anthropogenic change in the strength of the Brewer–Dobson circulation. *Clim. Dyn.*, **27**, doi:10.1007/s00382-006-0162-4.

Butler, T.M., I. Simmonds, and P.J. Rayner, 2004: Mass balance inverse modeling of methane in the 1990s using a chemistry transport model. *Atmos. Chem. Phys.*, **4**, 2561–2580.

Cakmur, R.V., et al., 2006: Constraining the magnitude of the global dust cycle by minimizing the difference between a model and observations. *J. Geophys. Res.*, **111**, doi:10.1029/2005JD005791

Caldeira, K., and M.E. Wickett, 2003: Anthropogenic carbon and ocean pH. *Nature*, **425**(6956), 365–368.

Cao, M., K. Gregson, and S. Marshall, 1998: Global methane emission from wetlands and its sensitivity to climate change. *Atmos. Environ.*, **32**, 3291–3299.

Carpenter, L.J., 2003: Iodine in the marine boundary layer. *Chem. Rev.*, 103, 4953–4962.

Chadwick, O.A., et al., 1999: Changing sources of nutrients during four million years of ecosystem development. *Nature*, **397**(6719), 491.

Chagnon, F.J.F., R.L. Bras, and J. Wang, 2004: Climatic shift in patterns of shallow clouds over the Amazon. *Geophys. Res. Lett.*, **31**(24), L24212, doi:10.1029/2004GL021188.

Chambers, J.Q., and S.E. Trumbore, 1999: An age-old problem. *Trends Plant Sci.*, **4**(10), 385–386.

Chambers, J.Q., and W.L. Silver, 2004: Some aspects of ecophysiological and biogeochemical responses of tropical forests to atmospheric change. *Philos. Trans. R. Soc. London Ser. B*, **359**(1443), 463–476.

Chance, K., et al., 2000: Satellite observations of formaldehyde over North America from GOME. *Geophys. Res. Lett.*, **27**, 3461–3464.

Chapin, F.S. III, et al., 2005: Role of land-surface changes in arctic summer warming. *Science*, **310**, 657–660.

Chapman, S.J., and M. Thurlow, 1996: The influence of climate on $CO_2$ and $CH_4$ emissions from organic soils. *J. Agric. For. Meteorol.*, **79**, 205–217.

Chappellaz, J.A., I.Y. Fung, and A.M. Thompson, 1993: The atmospheric $CH_4$ increase since the last Glacial Maximum (1) Source estimates. *Tellus*, **45B**, 228–241.

Chave, J., et al., 2003: Spatial and temporal variation of biomass in a tropical forest: results from a large census plot in Panama. *J. Ecol.*, **91**, 240–252.

Chen, C.-T.A., K.-K. Liu, and R. MacDonald, 2003: Continental margin exchanges. In: *Ocean Biogeochemistry* [Fasham, M.J.R. (ed.)]. Springer-Verlag, Berlin, pp. 53–97.

Chen, M., P. Xie, and J.E. Janowiak, 2002: Global land precipitation: a 50-yr monthly analysis based on gauge observations. *J. Hydrometeorol.*, **3**, 249–266.

Chen, Y., and J.E. Penner, 2005: Uncertainty analysis for estimates of the first indirect effect. *Atmos. Chem. Phys.*, **5**, 2935–2948.

Chen, Y-H., and R.G. Prinn, 2005: Atmospheric modeling of high- and low-frequency methane observations: Importance of interannually varying transport. *J. Geophys. Res.*, **110**, D10303, doi:10.1029/2004JD005542.

Chen, Y-H., and R.G. Prinn, 2006: Estimation of atmospheric methane emission between 1996-2001 using a 3-D global chemical transport model. *J. Geophys. Res.*, **111**, D10307, doi:10.1029/2005JD006058.

Christensen, T.R., A. Ekberg, L. Ström, and M. Mastepanov, 2003: Factors controlling large scale variations in methane emission from wetlands. *Geophys. Res. Lett.*, **30**, 1414, doi:10.1029/2002GL016848.

Christensen, T.R., et al., 2004: Thawing sub-arctic permafrost: Effects on vegetation and methane emissions. *Geophys. Res. Lett.*, **31**, doi:10.1029/2003GL018680.

Chuang, P.Y., R.M. Duvall, M.M. Shafer, and J.J. Schauer, 2005: The origin of water soluble particulate iron in the Asian atmospheric outflow. *Geophys. Res. Lett.*, **32**, doi:10.1029/2004GL021946.

Chung, S.H., and J.H. Seinfeld, 2005: Climate response of direct radiative forcing of anthropogenic black carbon. *J. Geophys. Res.*, **110**, D11102, doi:10.1029/2004JD005441.

Ciais, P., et al., 1995: Partitioning of ocean and land uptake of $CO_2$ as inferred by $\delta^{13}C$ measurements from the NOAA Climate Monitoring and Diagnostics Laboratory Global Air Sampling Network. *J. Geophys. Res.*, **100**(D3), 5051–5070.

Ciais, P., et al., 2005a: The potential for rising $CO_2$ to account for the observed uptake of carbon by tropical, temperate, and boreal forest biomes. In: *The Carbon Balance of Forest Biomes* [Griffiths, H., and P. G. Jarvis (eds.)]. Taylor and Francis, New York, pp. 109–150.

Ciais, P., et al., 2005b: Europe-wide reduction in primary productivity caused by the heat and drought in 2003. *Nature*, **437**(7058), 529–533.

Clair, T.A., J.M. Ehrman, and K. Higuchi, 1999: Changes in freshwater carbon exports from Canadian terrestrial basins to lakes and estuaries under $2\times CO_2$ atmospheric scenario. *Global Biogeochem. Cycles*, **13**(4), 1091–1097.

Clark, D.A., 2002: Are tropical forests an important carbon sink? Reanalysis of the long-term plot data. *Ecol. Appl.*, **12**, 3–7.

Clark, D.A., 2004: Sources or sinks? The responses of tropical forests to current and future climate and atmospheric composition. *Philos. Trans. R. Soc. London Ser. B*, **359**, 477–491.

Clark, D.B., C.M. Taylor, and A.J. Thorpe, 2004: Feedback between the land surface and rainfall at convective length scales. *J. Hydrometeorol.*, **5**(4), 625–639.

Coakley, J.A. Jr., and C.D. Walsh, 2002: Limits to the aerosol indirect radiative forcing derived from observations of ship tracks. *J. Atmos. Sci.*, **59**, 668–680.

Cochrane, M.A., 2003: Fire science for rainforests. *Nature*, **421**(6926), 913–919.

Cohan, D.S., et al., 2002: Impact of atmospheric aerosol light scattering and absorption on terrestrial net primary productivity. *Global Biogeochem. Cycles*, **16**(4), 25–34, 1090, doi:10.1029/2001GB001441.

Cole, V., et al., 1996: Agricultural options for mitigation of greenhouse gas emissions. In: *Climate Change 1995. Impacts, Adaptations and Mitigation of Climate Change: Scientific-Technical Analyses* [Watson, R.T, M.C. Zinyowera, R.H. Moss, and D.J. Dokken (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp 745–771.

Collier, J.C., and K.P. Bowman, 2004: Diurnal cycle of tropical precipitation in a general circulation model. *J. Geophys. Res.*, **109**, D17105, doi:10.1029/2004JD004818.

Collins, W.J., D.S. Stevenson, C.E. Johnson, and R.G. Derwent, 1999: Role of convection in determining the budget of odd hydrogen in the upper troposphere. *J. Geophys. Res.*, **104**(D21), 26927–26942.

Collins, W.J., R.G. Derwent, C.E. Johnson, and D.S. Stevenson, 2002: The oxidation of organic compounds in the troposphere and their global warming potentials. *Clim. Change*, **52**(4), 453–479.

Collins, W.J., et al., 2003: Effect of stratosphere-troposphere exchange on the future tropospheric ozone trend. *J. Geophys.Res.*, **108**(D12), 8528, doi:10.1029/2002JD002617.

Conrad, R., 1996: Soil microorganisms as controllers of atmospheric trace gases ($H_2$, CO, $CH_4$, OCS, $N_2O$, and NO). *Microbiol. Rev.*, **60**, 609–640.

Conrad, R., and W. Seiler, 1981: Decomposition of atmospheric hydrogen by soil-microorganisms and soil enzymes. *Soil Biol. Biochem.*, **13**, 43–49.

Constable, J.V.H., A.B. Guenther, D.S. Schimel, and R.K. Monson, 1999: Modeling changes in VOC emission in response to climate change in the continental United States. *Global Change Biol.*, **5**, 791–806.

Cook, J., and E.J. Highwood, 2004: Climate response to tropospheric absorbing aerosols in an intermediate general circulation model. *Q. J. R. Meteorol. Soc.*, **130**, 175–191.

Cooke, W.F., V. Ramaswamy, and P. Kasibhatla, 2002: A general circulation model study of the global carbonaceous aerosol distribution. *J. Geophys. Res.*, **107**, 4279, doi:10.1029/2001JD001274.

Cox, P.M., et al., 2000: Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. *Nature*, **408**(6809), doi:10.1038/35041539.

Cox, P.M., et al., 2004: Amazonian forest dieback under climate-carbon cycle projections for the 21st century. *Theor. Appl. Climatol.*, **78**, 137–156.

Cramer, W., et al., 2001: Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: results from six dynamic global vegetation models. *Global Change Biol.*, **7**(4), 357–374.

Crucifix, M., R.A. Betts, and P.M. Cox, 2005: Vegetation and climate variability: a GCM modeling study. *Clim. Dyn.*, **24**, 457–467, doi:10.1007/S00382-004-0504-z.

Cui, Z.Q., K.S. Carslaw, Y. Yin, and S. Davies, 2006: A numerical study of aerosol effects on the dynamics and microphysics of a deep convective cloud in a continental environment. *J. Geophys. Res.*, **111**, D05201, doi:10.1029/2005JD005981.

Curtis, P.S., et al., 2002: Biometric and eddy-covariance based estimates of annual carbon storage in five eastern North American deciduous forests. *Agric. For. Meteorol.*, **113**, 3–19.

Cziczo, D.J., et al., 2004: Observations of organic species and atmospheric ice formation. *Geophys. Res. Lett.*, **31**, doi:10.1029/2004GL019822.

Da Rocha, H.R., et al., 2004: Seasonality of water and heat fluxes over a tropical forest in eastern Amazonia. *Ecol. Appl.*, **14**, S114–S126.

Dai, A., and K.E. Trenberth, 2002: Estimates of freshwater discharge from continents: latitudinal and seasonal variations. *J. Hydrometeorol.*, **3**, 660–687.

Dameris, M., et al., 2005: Long-term changes and variability in a transient simulation with a chemistry-climate model employing realistic forcing. *Atmos. Chem. Phys.*, **5**, 2121–2145.

Dameris, M., et al., 2006: Impact of solar cycle for onset of ozone recovery. *Geophys. Res. Lett.*, **33**, L03806, doi:10.1029/2005GL024741.

Dargaville, R.J., et al., 2000: Implications of interannual variability in atmospheric circulation on modeled $CO_2$ concentrations and source estimates. *Global Biogeochem. Cycles*, **14**, 931–943.

De Leeuw, G., et al., 2001: Atmospheric input of nitrogen into the North Sea: ANICE project overview. *Continental Shelf Res.*, **21**(18–19), 2073–2094.

Decho, A.W., 1990: Microbial exopolymer secretions in ocean environments: their role(s) in food webs and marine processes. *Oceanogr. Mar. Biol. Annu. Rev.*, **28**, 73–153.

DeFries, R.S., et al., 2002: Carbon emissions from tropical deforestation and regrowth based on satellite observations for the 1980s and 1990s. *Proc. Natl. Acad. Sci. U.S.A.*, **99**(22), 14256–14261.

Degens, E.T., S. Kempe, and A. Spitzy, 1984: Carbon dioxide: A biogeochemical portrait. In: *The Handbook of Environmental Chemistry* [Hutzinger, O. (ed.)]. Vol. 1, Part C, Springer-Verlag, Berlin, Heidelberg, pp. 127–215.

Del Grosso, S.J., A.R. Mosier, W.J. Parton, and D.S. Ojima, 2005: DAYCENT model analysis of past and contemporary soil $N_2O$ and net greenhouse gas flux for major crops in the USA. *Soil Tillage Res.*, **83**(1), 9–24.

Del Grosso, S.J., et al., 2000: General $CH_4$ oxidation model and comparison of $CH_4$ oxidation in natural and managed systems. *Global Biogeochem. Cycles*, **14**, 999–1019.

DeLucia, E.H., D.J. Moore, and R.J. Norby, 2005: Contrasting responses of forest ecosystems to rising atmospheric $CO_2$: implications for the global C cycle. *Global Biogeochem. Cycles*, **19**, G3006, doi:10.1029/2004GB002346.

Dentener, F., et al., 1996: Role of mineral aerosol as a reactive surface in the global troposphere. *J. Geophys. Res.*, **101**, 22869–22889.

Dentener, F., et al., 2003a: Interannual variability and trend of $CH_4$ lifetime as a measure for OH changes in the 1979–1993 time period. *J. Geophys. Res.*, **108**(D15), 4442, doi:10.1029/2002JD002916.

Dentener, F., et al., 2003b: Trends and inter-annual variability of methane emissions derived from 1979–1993 global CTM simulations. *Atmos. Chem. Phys.*, **3**, 73–88.

Dentener, F., et al., 2005: The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. *Atmos. Chem. Phys.*, **5**, 1731–1755.

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**(11), 3586–3594.

Derwent, R.G., W.J. Collins, C.E. Johnson, and D.S. Stevenson, 2001: Transient behaviour of tropospheric ozone precursors in a global 3-D CTM and their indirect greenhouse effects. *Clim. Change*, **49**(4), 463–487.

Desborough, C.E., 1999: Surface energy balance complexity in GCM land surface models. *Clim. Dyn.*, **15**, 389–403.

Dickens, G.R., 2001: Modeling the global carbon cycle with gas hydrate capacitor: Significance for the latest Paleocene thermal maximum. In: *Natural Gas Hydrates: Occurrence, Distribution, and Detection* [Paull, C.K., and W.P. Dillon (eds.)]. Geophysical Monographs Vol. 124, American Geophysical Union, Washington, DC, pp. 19–38.

Dickens, G.R., M.M. Castillo, and J.G.C. Walker, 1997: A blast of gas in the latest Paleocene: Simulating first-order effects of massive dissociation of oceanic methane hydrate. *Geology*, **25**, 259–262.

Dickinson, R.E., G. Wang, X. Zeng, and Q.-C. Zeng, 2003: How does the partitioning of evapotranspiration and runoff between different processes affect the variability and predictability of soil moisture and precipitation? *Adv. Atmos. Sci.*, **20**(3), 475–478.

Dickinson, R.E., et al., 2006: The community land model and its climate statistics as a component of the community climate system model. *J. Clim.*, **19**, 2302–2324.

Diehl, K., and S. Wurzler, 2004: Heterogeneous drop freezing in the immersion mode: Model calculations considering soluble and insoluble particles in the drops. *J. Atmos. Sci.*, **61**, 2063–2072.

Dirmeyer, P.A., 2001: An evaluation of the strength of land-atmosphere coupling. *J. Hydrometeorol.*, **2**(4), 329–344.

Dlugokencky, E.J., K.A. Masarie, P.M. Lang, and P.P. Tans, 1998: Continuing decline in the growth rate of the atmospheric methane burden. *Nature*, **393**, 447–450.

Dlugokencky, E.J., et al., 2001: Measurements of an anomalous global methane increase during 1998. *Geophys. Res. Lett.*, **28**, 499–502.

Dlugokencky, E.J., et al., 2003: Atmospheric methane levels off: Temporary pause or a new steady state. *Geophys. Res. Lett.*, **30**, doi:10.1029/2003GL018126.

D'Odorico, P., and A. Porporato, 2004: Preferential states in soil moisture and climate dynamics. *Proc. Natl. Acad. Sci. U.S.A.*, **101**(24), 8848–8851.

Doherty, R.M., D.S. Stevenson, W.J. Collins, and M.G. Sanderson, 2005: Influence of convective transport on tropospheric ozone and its precursors in a chemistry-climate model. *Atmos. Chem. Phys.*, **5**, 3747–3771.

Doney, S.C., et al., 2004: Evaluating global ocean carbon models: the importance of realistic physics. *Global Biogeochem. Cycles*, **18**(3), GB3017, doi:10.1029/2003GB002150.

Douglass, A.R., M.R. Schoeberl, R.B. Rood, and S. Pawson, 2003: Evaluation of transport in the lower tropical stratosphere in a global chemistry and transport model. *J. Geophys. Res.*, **108**(D9), 4259, doi:10.1029/2002JD002696.

Duce, R.A., 1995: Sources, distributions and fluxes of mineral aerosols and their relationship to climate. In: *Aerosol Forcing of Climate* [Charlson, R.J. and J. Heintzenberg (eds.)]. John Wiley & Sons Ltd., Chichester, New York, pp. 43–72.

Dukes, J.S., et al., 2005: Responses of grassland production to single and multiple global environmental changes. *PLoS Biol.*, **3**(10), 1829–1836.

Dunn, A.L., et al., 2007: A long-term record of carbon exchange in a boreal black spruce forest: means, responses to interannual variability, and decadal trends. *Global Change Biol.*, **13**, 577-590, doi:10.1111/j.1365-2486.2006.01221.x.

Dupre, B., et al., 2003: Rivers, chemical weathering and Earth's climate. *Comptes Rendus Geoscience*, **335**(16), 1141–1160.

Durieux, L., L.A.T. Machado, and H. Laurent, 2003: The impact of deforestation on cloud cover over the Amazon arc of deforestation. *Remote Sens. Environ.*, **86**(1), 132–140.

Dutay, J.C., et al., 2002: Evaluation of ocean model ventilation with CFC-11: comparison of 13 global ocean models. *Ocean Modelling*, 4(2), 89–102.

Easter, R.C., et al., 2004: MIRAGE: Model description and evaluation of aerosols and trace gases. *J. Geophys. Res.*, 109, doi:10.1029/2004JD004571.

Edwards, D.P., et al., 2004: Observations of carbon monoxide and aerosols from the Terra satellite: Northern Hemisphere variability. *J. Geophys. Res.*, 109, D24202, doi:10.1029/2004JD004727.

Eglinton, T.I., and D.J. Repeta, 2004, Organic matter in the contemporary ocean. In: *Treatise on Geochemistry* [Holland, H.D., and K.K. Turekian (eds.)]. Volume 6, The Oceans and Marine Geochemistry, Elsevier Pergamon, Amsterdam, pp. 145–180.

Ehhalt, D.H., 1999: Gas phase chemistry of the troposphere. In: *Global Aspects of Atmospheric Chemistry* [Baumgärtl, H., W. Grünbein, and F. Hensel (eds.)]. Dr. Dietrich Steinkopf Verlag, Darmstadt, Germany, pp. 21–110.

Ek, M.B., and A.A.M. Holtslag, 2004: Influence of soil moisture on boundary layer cloud development. *J. Hydrometeorol.*, 5, 86–99.

Engel, A., et al., 2004: Polysaccharide aggregation as a potential sink of marine dissolved organic carbon. *Nature*, 428, 929–932.

Enting, I.G., and J.V. Mansbridge, 1991: Latitudinal distribution of sources and sinks of $CO_2$ - Results of an inversion study. *Tellus*, 43B, 156–170.

Enting, I.G., C.M. Trudinger, and R.J. Francey, 1995: A synthesis inversion of the concentration and $^{13}C$ of atmospheric $CO_2$. *Tellus*, 47B, 35–52.

Etheridge, D.M., L.P. Steel, R.J. Francey, and R.L. Langenfelds, 1998: Atmospheric methane between 1000 A.D. and present: Evidence of anthropogenic emissions and climatic variability. *J. Geophys. Res.*, 103, 15979–15993.

Etiope, G., 2004: GEM-Geologic Emission of Methane, the missing source in the atmospheric methane budget. *Atmos. Environ.*, 38, 3099–3100.

Etiope, G., and R.W. Klusman, 2002: Geologic emissions of methane to the atmosphere. *Chemosphere*, 49, 777–789.

European Commission, 2003: *Ozone-Climate Interactions*. Air Pollution Research Report 81, EUR 20623, European Commission, Luxembourg, 143 pp.

Eyring, V., et al., 2005: A strategy for process-oriented validation of coupled chemistry-climate models. *Bull. Am. Meteorol. Soc.*, 86, 1117–1133.

Falkowski, P., et al., 2000: The global carbon cycle: A test of our knowledge of Earth as a system. *Science*, 290(5490), 291–296.

Falloon, P., et al., 2006: RothCUK – a dynamic modelling system for estimating changes in soil C at 1km scale in the UK. *Soil Use Management*, 22, 274–288.

Fan, S., et al., 1998: A large terrestrial carbon sink in North America implied by atmospheric and oceanic carbon dioxide data and models. *Science*, 282, 442–446.

Fang, J., et al., 2001: Changes in forest biomass carbon storage in China between 1949 and 1998. *Science*, 292, 2320–2322.

Farquhar, G.D., S. von Caemmerer, and J.A. Berry, 2001: Models of photosynthesis. *Plant Physiol.*, 125(1), 42–45.

Fearnside, P.M., 2000: Global warming and tropical land-use change: greenhouse gas emissions from biomass burning, decomposition and soils in forest conversion, shifting cultivation and secondary vegetation. *Clim. Change*, 46, 115–158.

Feddes, R.A., et al., 2001: Modeling root water uptake in hydrological and climate models. *Bull. Am. Meteorol. Soc.*, 82(12), 2797–2809.

Feely, R.A., R. Wanninkhof, T. Takahashi, and P. Tans, 1999: Influence of El Nino on the equatorial Pacific contribution to atmospheric $CO_2$ accumulation. *Nature*, 398(6728), 597–601.

Feely, R.A., et al., 2002: Seasonal and interannual variability of $CO_2$ in the equatorial Pacific. *Deep-Sea Res. II*, 49, 2443–2469.

Feely, R.A., et al., 2004: Impact of anthropogenic $CO_2$ on the $CaCO_3$ system in the oceans. *Science*, 305, 362–366.

Feichter, J., E. Roeckner, U. Lohmann, and B. Liepert, 2004: Nonlinear aspects of the climate response to greenhouse gas and aerosol forcing. *J. Clim.*, 17(12), 2384–2398.

Feingold, G., S.M. Kreidenweis, and Y.P. Zhang, 1998: Stratocumulus processing of gases and cloud condensation nuclei - 1. Trajectory ensemble model. *J. Geophys. Res.*, 103(D16), 19527–19542.

Feingold, G., H. Jiang, and J. Y. Harrington, 2005: On smoke suppression of clouds in Amazonia. *Geophys. Res. Lett.*, 32, L02804, doi:10.1029/2004GL021369.

Feingold, G., W.R. Cotton, S.M. Kreidenweis, and J.T. Davis, 1999: The impact of giant cloud condensation nuclei on drizzle formation in stratocumulus: Implications for cloud radiative properties. *J. Atmos. Sci.*, 56, 4100–4117.

Fekete, B.M., C.J. Vorosmarty, and W. Grabs, 2002: High-resolution fields of global runoff combining observed river discharge and simulated water balances. *Global Biogeochem. Cycles*, 16, doi:10.1029/1999GB001254.

Felzer, B., et al., 2004: Effects of ozone on net primary production and carbon sequestration in the conterminous United States using a biogeochemistry model. *Tellus*, 56B, 230–248.

Ferek, R.J., et al., 1998: Measurements of ship-induced tracks in clouds off the Washington coast. *J. Geophys. Res.*, 103, 23199–23206.

Ferretti, D.F., et al., 2005: Unexpected changes to the global methane budget over the past 2000 years. *Science*, 309, 1714–1717.

Field, C.B., and M.R. Raupach (eds.), 2004: *The Global Carbon Cycle: Integrating Humans, Climate, and the Natural World*. SCOPE 62, Island Press, Washington, DC, 526 pp.

Finzi, A.C., et al., 2006: Progressive nitrogen limitation of ecosystem processes under elevated $CO_2$ in a warm-temperate forest. *Ecology*, 87, 15–25.

Findell, K.L., and E.A.B. Eltahir, 2003: Atmospheric controls on soil moisture–boundary layer interactions. Part II: Feedbacks within the continental United States. *J. Hydrometeorol.*, 4, 570–583.

Fioletov, V.E., et al., 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res.*, 107(D22), 4647, doi:10.1029/2001JD001350.

Flannigan, M.D., B.J. Stocks, and B.M. Wotton, 2000: Climate change and forest fires. *Sci. Total Environ.*, 262, 221–229.

Flückiger, J., et al., 2002: High resolution Holocene $N_2O$ ice core record and its relationship with $CH_4$ and $CO_2$. *Global Biogeochem. Cycles*, 16, doi: 10.1029/2001GB001417.

Folberth, G., D.A. Hauglustaine, P. Ciais, and J. Lathière, 2005: On the role of atmospheric chemistry in the global $CO_2$ budget. *Geophys. Res. Lett.*, 32, L08801, doi:10.1029/2004GL021812.

Folberth, G.A., D.A. Hauglustaine, J. Lathière, and F. Brocheton, 2006: Interactive chemistry in the Laboratoire de Météorologie Dynamique general circulation model: model description and impact of biogenic hydrocarbons on tropospheric chemistry. *Atmos. Chem. Phys.*, 6, 2273–2319.

Foley, J.A., et al., 2003: Green Surprise? How terrestrial ecosystems could affect Earth's climate. *Frontiers Ecol. Environ.*, 1(1), 38–44.

Frankenberg, C., et al., 2005: Assessing methane emission from global space-borne observation. *Science*, 308, 1010–1014.

Frankenberg, C., et al., 2006: Satellite chartography of atmospheric methane from SCIAMACHY on board EMVISAT: Analysis of the years 2003 and 2004. *J. Geophys. Res.*, 111, doi:10.1029/2005JD006235.

Freeman, C., et al., 2004: Export of dissolved organic carbon from peatlands under elevated carbon dioxide levels. *Nature*, 430, 195–198.

Freitas, S.R., et al., 2005: Monitoring the transport of biomass burning emissions in South America. *Environ. Fluid Mech.*, 5, 135–167.

Frew, R., A. Bowie, P. Croot, and S. Pickmere, 2001: Macronutrient and trace-metal geochemistry of an in situ iron-induced Southern Ocean bloom. *Deep-Sea Res. II*, 48(11–12), 2467–2481.

Friedlingstein, P., J.-L. Dufresne, P.M. Cox, and P. Rayner, 2003: How positive is the feedback between climate change and the carbon cycle? *Tellus*, 55B(2), 692–700.

Friedlingstein, P., et al., 2001: Positive feedback between future climate change and the carbon cycle. *Geophys. Res. Lett.*, 28, 1543–1546, doi:10.1029/2000GL012015.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: results from the C4MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Fu, R., and W. Li, 2004: The influence of the land surface on the transition from dry to wet season in Amazonia. *Theor. Appl. Climatol.*, **78**, 97–110, doi:10.1007/s00704-004-0046-7.

Fueglistaler, S., and P.H. Haynes, 2005: Control of interannual and longer-term variability of stratospheric water vapor. *J. Geophys. Res.*, **110**, D24108, doi:10.1029/2005JD006019.

Fung, I., S.C. Doney, K. Lindsay, and J. John, 2005: Evolution of carbon sinks in a changing climate. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(32), 11201–11206.

Fusco, A.C., and J.A. Logan, 2003: Analysis of 1970-1995 trends in tropospheric ozone at northern hemisphere midlatitudes with the GEOS-CHEM model. *J. Geophys. Res.*, **108**(D15), 4449, doi:10.1029/2002JD002742.

Gabric, A.J., et al., 2004: Modeling estimates of the global emission of dimethylsulfide under enhanced greenhouse conditions. *Global Biogeochem. Cycles*, **18**(2), GB2014, doi:10.1029/2003GB002183.

Galloway, J.N., et al., 2004: Nitrogen cycles: past, present, and future. *Biogeochemistry*, **70**(2), 153–226.

Gamon, J.A., et al., 2003. Remote sensing in BOREAS: Lessons learned. *Remote Sens. Environ.*, **89**, 139–162.

Ganzeveld, L.N., et al., 2002: Global soil-biogenic $NO_x$ emissions and the role of canopy processes. *J. Geophys. Res.*, **107**(D16), 4298, doi:10.1029/2001JD001289.

Gao, Z., et al., 2004: Modeling of surface energy partitioning, surface temperature, and soil wetness in the Tibetan prairie using the Simple Biosphere Model 2 (SiB2). *J. Geophys. Res.*, **109**, D06102, doi:10.1029/2003JD004089.

Gattuso, J.-P., D. Allemand, and M. Frankignoulle, 1999: Photosynthesis and calcification at cellular, organismal and community levels in coral reefs: a review on interactions and control by carbonate chemistry. *Am. Zool.*, **39**, 160–183.

Gedney, N., and P. Cox, 2003: The sensitivity of global climate model simulations to the representation of soil moisture heterogeneity. *J. Hydrometeorol.*, **4**, 1265–1275.

Gedney, N., P.M. Cox, and C. Huntingford, 2004: Climate feedback from wetland methane emissions. *Geophys. Res. Lett.*, **31**, L20503, doi:10.1029/2004GL020919.

Gérard, J.C., et al., 1999: The interannual change of atmospheric $CO_2$: contribution of subtropical ecosystems. *Geophys. Res. Lett.*, **26**, 243–246.

Gettelman, A., J.R. Holton, and K.H. Rosenlof, 1997: Mass fluxes of $O_3$, $CH_4$, $N_2O$, and $CF_2Cl_2$ in the lower stratosphere calculated from observational data. *J. Geophys. Res.*, **102**, 19149–19159.

Ghan, S.J., G. Guzman, and H. Abdul-Razzak, 1998: Competition between sea salt and sulphate particles as cloud condensation nuclei. *J. Atmos. Sci.*, **55**, 3340–3347.

Giardina, C.P., and M.G. Ryan, 2000: Evidence that decomposition rates of organic carbon in mineral soil do not vary with temperature. *Nature*, **404**, 858–861.

Gillett, N.P., and D.W.J. Thompson, 2003: Simulation of recent Southern Hemisphere climate change. *Science*, **302**, 273–275.

Gillett, N.P., A.J. Weaver, F.W. Zwiers, and M.D. Flannigan, 2004: Detecting the effect of climate change on Canadian forest fires. *Geophys. Res. Lett.*, **31**(18), L18211, doi:10.1029/2004GL020876.

Ginoux, P., et al., 2001: Sources and distributions of dust aerosols simulated with the GOCART model. *J. Geophys. Res.*, **16**, 20255–20274.

Givati, A., and D. Rosenfeld, 2004: Quantifying precipitation suppression due to air pollution. *J. Appl. Meteorol.*, **43**(7), 1038–1056.

Gloor, M., et al., 2003: A first estimate of present and preindustrial air-sea $CO_2$ flux patterns based on ocean interior carbon measurements and models. *Geophys. Res. Lett.*, **30**(1), 1010, doi:10.1029/2002GL015594.

Goncalves, L.G.G., J.E.F. Burke, and W.J. Shuttleworth, 2004: Application of improved ecosystem aerodynamics in regional weather forecasts. *Ecol. Appl.*, **14**, S17–S21.

Gondwe, M., et al., 2003: Correction to "The contribution of ocean-leaving DMS to the global atmospheric burdens of DMS, MSA, SO, and NSS SO=". *Global Biogeochem. Cycles*, **17**, 1106, doi:10.1029/2003GB002153.

Gong, S.L., 2003: A parameterization of sea-salt aerosol source function for sub- and super-micron particles. *Global Biogeochem. Cycles*, **17**(4), 1097, doi:10.1029/2003GB002079.

Gong, S.L., and L.A. Barrie, 2003: Simulating the impact of sea salt on global nss sulphate aerosols. *J. Geophys. Res.*, **108**(D16), 4516, doi:10.1029/2002JD003181.

Goodale, C.L., et al., 2002: Forest carbon sinks in the northern hemisphere. *Ecol. Appl.*, **12**(3), 891–899.

Goulden, M.L., et al., 2004: Diel and seasonal patterns of tropical forest $CO_2$ exchange. *Ecol. Appl.*, **14**, S42–S54.

Grassl, H., 1975: Albedo reduction and radiating heating of clouds by absorbing aerosol particles. *Contrib. Atmos. Phys.*, **48**, 199–210.

Green, P.A., et al., 2004: Pre-industrial and contemporary fluxes of nitrogen through rivers: a global assessment based on typology. *Biogeochemistry*, **68**(1), 71–105.

Grenfell, J.L., D.T. Shindell, and V. Grewe, 2003: Sensitivity studies of oxidative changes in the troposphere in 2100 using the GISS GCM. *Atmos. Chem. Phys.*, **3**, 1267–1283.

Grewe, V., et al., 2001: Future changes of the atmospheric composition and the impact on climate change. *Tellus*, **53B**(2), 103–121.

Gruber, N., and C.D. Keeling, 2001: An improved estimate of the isotopic air-sea disequilibrium of $CO_2$: Implications for the oceanic uptake of anthropogenic $CO_2$. *Geophys. Res. Lett.*, **28**, 555–558.

Gruber, N., N. Bates, and C.D. Keeling, 2002: Interannual variability in the North Atlantic Ocean carbon sink. *Science*, **298**(5602), 2374–2378.

Gu, L., et al., 2002: Advantages of diffuse radiation for terrestrial ecosystem productivity. *J. Geophys. Res.*, **107**(6), 4050, doi:10.1029/2001JD001242.

Gu, L., et al., 2003: Response of a deciduous forest to the Mt. Pinatubo eruption: enhanced photosynthesis. *Science*, **299**(5615), 2035–2038.

Guenther, A.B., et al., 1993: Isoprene and monoterpene emission rate variability - model evaluations and sensitivity analyses. *J. Geophys. Res.*, **98**(D7), 12609–12617.

Guenther, A.B., et al., 1995: A global-model of natural volatile organic-compound emissions. *J. Geophys. Res.*, **100**(D5), 8873–8892.

Guenther, A.B., et al., 1999: Isoprene emission estimates and uncertainties for the Central African EXPRESSO study domain. *J. Geophys. Res.*, **104**(D23), 30625–30639.

Guillevic, P., et al., 2002: Influence of the interannual variability of vegetation on the surface energy balance - a global sensitivity study. *J. Hydrometeorol.*, **3**, 617–629.

Guo, Z., et al., 2006. GLACE: The Global Land-Atmosphere Coupling Experiment. 2. Analysis. *J. Hydrometeorol.*, **7**, 611–625.

Gupta, M., et al., 1997: $^{12}C/^{13}C$ kinetic isotope effects in the reactions of $CH_4$ with OH and Cl. *Geophys. Res. Lett.*, **24**, 2761–2764.

Gurney, K.R., et al., 2002: Towards robust regional estimates of $CO_2$ sources and sinks using atmospheric transport models. *Nature*, **415**(6872), 626–630.

Gurney, K.R., et al., 2003: TransCom 3 $CO_2$ inversion intercomparison: 1. Annual mean control results and sensitivity to transport and prior flux information. *Tellus*, **55B**(2), 555–579.

Gurney, K.R., et al., 2004: Transcom 3 inversion intercomparison: model mean results for the estimation of seasonal carbon sources and sinks. *Global Biogeochem. Cycles*, **18**(1), GB1010, doi:10.1029/2003GB002111.

Gurney, K.R., et al., 2005: Sensitivity of atmospheric $CO_2$ inversions to seasonal and interannual variations in fossil fuel emissions. *J. Geophys. Res.*, **110**, D10308, doi:10.1029/2004JD005373.

Haag, W., and B. Kärcher. 2004: The impact of aerosols and gravity waves on cirrus clouds at midlatitudes. *J. Geophys. Res.*, **109**, doi:10.1029/2004JD004579.

Haake, B., and V. Ittekkot, 1990: The wind-driven biological pump and carbon removal in the ocean. *Naturwissenschaften*, **77**(2), 75–79.

Hahmann, A.N., 2003: Representing spatial sub-grid precipitation variability in a GCM. *J. Hydrometeorol.*, **4**(5), 891–900.

Handisides, G.M., et al., 2003: Hohenpeissenberg photochemical experiment (HOPE 2000): measurements and photostationary state calculations of OH and peroxy radicals. *Atmos. Chem. Phys.*, **3**, 1565–1588.

Hansell, D.A., and C.A. Carlson, 1998: Deep-ocean gradients in the concentration of dissolved organic carbon. *Nature*, **395**, 263–266.

Hansen, J., M. Sato, and R. Ruedy, 1997: Radiative forcing and climate response. *J. Geophys. Res.*, **102**, 6831–6864.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res.*, **110**(D18), D18104, doi:10.1029/2005JD005776.

Hauglustaine, D.A., and G.P. Brasseur, 2001: Evolution of tropospheric ozone under anthropogenic activities and associated radiative forcing of climate. *J. Geophys. Res.*, **106**(D23), 32337–32360.

Hauglustaine, D., and D.H. Ehhalt, 2002: A three-dimensional model of molecular hydrogen in the troposphere. *J. Geophys. Res.*, **107**(D17), doi:10.1029/2001JD001156.

Hauglustaine, D.A., J. Lathière, S. Szopa, and G. Folberth, 2005: Future tropospheric ozone simulated with a climate-chemistry-biosphere model. *Geophys. Res. Lett.*, **32**, L24807, doi:10.1029/2005GL024031.

Hauglustaine, D.A., et al., 2004: Interactive chemistry in the laboratoire de meteorologie dynamique general circulation model: description and background tropospheric chemistry. *J. Geophys. Res.*, **109**, D04314, doi:10.1029/2003JD003957.

Heald, C.L., et al., 2004: Comparative inverse analysis of satellite (MOPITT) and aircraft (TRACE-P) observations to estimate Asian sources of carbon monoxide. *J. Geophys. Res.*, **109**(D23), D23306, doi:10.1029/2004JD005185.

Heard, D.E., et al., 2004: High levels of the hydroxyl radical in the winter urban troposphere. *Geophys. Res. Lett.*, **31**, L18112, doi:10.1029/2004GL020544.

Hein, R., P.J. Crutzen, and M. Heimann, 1997: An inverse modeling approach to investigate the global atmospheric methane cycle. *Global Biogeochem. Cycles*, **11**, 43–76.

Heinze, C., 2004: Simulating oceanic $CaCO_3$ export production in the greenhouse. *Geophys. Res. Lett.*, **31**, L16308, doi:10.1029/2004GL020613.

Heinze, C., E. Maier-Reimer, and K. Winn, 1991: Glacial $pCO_2$ reduction by the World Ocean: experiments with the Hamburg carbon cycle model. *Paleoceanography*, **6**(4), 395–430.

Heinze, C., et al., 2003: Sensitivity of the marine biospheric Si cycle for biogeochemical parameter variations. *Global Biogeochem. Cycles*, **17**(3), 1086, doi:10.1029/2002GB001943.

Hejzlar, J., M. Dubrovsky, J. Buchtele, and M. Ruzicka, 2003: The apparent and potential effects of climate change on the inferred concentration of dissolved organic matter in a temperate stream (the Malse River, South Bohemia). *Sci. Total Environ.*, **310**(1–3), 143–152.

Held, I.M., et al., 2005: Simulation of Sahel drought in the 20th and 21st centuries. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(50), 17891–17896

Henderson-Sellers, A., P. Irannejad, K. McGuffie, and A.J. Pitman, 2003: Predicting land-surface climates - better skill or moving targets? *Geophys. Res. Lett.*, **30**(14), 1777, doi:10.1029/2003GL017387.

Hendricks, J., B. Kärcher, M. Ponater, and U. Lohmann, 2005: Do aircraft black carbon emissions affect cirrus clouds on a global scale? *Geophys. Res. Lett.*, **32**, L12814, doi:10.1029/2005GL022740.

Hendricks, J., et al., 2004: Simulating the global atmospheric black carbon cycle: A revisit to the contribution of aircraft emissions. *Atmos. Chem. Phys.* **4**, 2521–2541.

Hesselbo, S.P., et al., 2000: Massive dissociation of gas hydrate during a Jurassic oceanic anoxic event. *Nature*, **406**, 392–395.

Heue, K.-P., et al., 2005: Validation of SCIAMACHY tropospheric $NO_2$ columns with AMAXDOAS measurements. *Atmos. Chem. Phys.*, **5**, 1039–1051.

Hirsch, A.I., et al., 2006: Inverse modeling estimates of the global nitrous oxide surface flux from 1998–2001. *Global Biogeochem. Cycles*, **20**, GB1008, doi:10.1029/2004GB002443.

Hoerling, M., and A. Kumar, 2003: The perfect ocean for drought. *Science*, **299**(5607), 691–694.

Hoffman, W.A., W. Schroeder, and R.B. Jackson, 2002: Positive feedbacks of fire, climate, and vegetation and the conversion of tropical savanna. *Geophys. Res. Lett.*, **15**, doi:10.1029/2002G0152.

Hofzumahaus, A., et al., 2004: Photolysis frequency of $O_3$ to O(1D): Measurements and modeling during the International Photolysis Frequency Measurement and Modeling Intercomparison (IPMMI). *J. Geophys. Res.*, **109**, D08S90, doi:10.1029/2003JD004333.

Holland, E.A., and M.A. Carroll, 2003: Atmospheric chemistry and the bio-atmospheric carbon and nitrogen cycles. In: *Interactions of the Major Biogeochemical Cycles, Global Change and Human Impacts* [Melillo, J.M., C.B. Field, and B. Moldan (eds.)]. SCOPE 61, Island Press, Washington, DC, pp. 273–294.

Holland, E.A., F.J. Dentener, B.H. Braswell, and J.M. Sulzman, 1999: Contemporary and pre-industrial reactive nitrogen budgets. *Biogeochemistry*, **46**, 7–43.

Holland, E.A., B.H. Braswell, J. Sulzman, and J.F. Lamarque, 2005a: Nitrogen deposition onto the United States and Western Europe: synthesis of observations and models. *Ecol. Appl.*, **15**, 38–57.

Holland, E.A., J. Lee-Taylor, C. Nevison, and J. Sulzman, 2005b: Global N Cycle: Fluxes and $N_2O$ mixing ratios originating from human activity. Data set. Available online from Oak Ridge National Laboratory Distributed Active Archive Center, Oak Ridge, TN, http://www.daac.ornl.gov.

Holland, E.A., et al., 2005c: U.S. nitrogen science plan focuses collaborative efforts. *Eos*, **86**(27), 253–260.

Hollinger, D.Y., et al., 1999: Seasonal patterns and environmental control of carbon dioxide and water vapour exchange in an ecotonal boreal forest. *Global Change Biol.*, **5**, 891–902.

Holzer, M., and G.J. Boer, 2001: Simulated changes in atmospheric transport climate. *J. Clim.*, **14**, 4398–4420.

Hong, J., T. Choi, H. Ishikawa, and J. Kim, 2004: Turbulence structures in the near-neutral surface layer on the Tibetan Plateau. *Geophys. Res. Lett.*, **31**, L15106, doi:10.1029/2004GL019935.

Hoppel, W.A., J.W. Fitzgerald, G.M. Frick, and R.E. Larson, 1990: Aerosol size distributions and optical properties found in the marine boundary layer over the Atlantic Ocean. *J. Geophys. Res.*, **95**, 3659–3686.

Horowitz, L.W., et al., 2003: A global simulation of tropospheric ozone and related tracers: description and evaluation of MOZART, version 2. *J. Geophys. Res.*, **108**, 4784, doi:10.1029/2002JD002853.

Houghton, R.A., 1999: The annual net flux of carbon to the atmosphere from changes in land use 1850-1990. *Tellus*, **51B**, 298–313.

Houghton, R.A., 2003a: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850-2000. *Tellus*, **55B**(2), 378–390.

Houghton, R.A., 2003b: Why are estimates of the terrestrial carbon balance so different? *Global Change Biol.*, **9**, 500–509.

Houghton, R.A., et al., 2000: Annual fluxes of carbon from deforestation and regrowth in the Brazilian Amazon. *Nature*, **403**, 301–304.

Houweling, S., F. Dentener, and J. Lelieveld, 1998: The impact of nonmethane hydrocarbon compounds on tropospheric photochemistry. *J. Geophys. Res.*, **103**, 10673–10696.

Houweling, S., F. Dentener, and J. Lelieveld, 2000: Simulation of preindustrial atmospheric methane to constrain the global source strength of natural wetlands. *J. Geophys. Res.*, **105**, 17243–17255.

Hoyle, C.R., B.P. Luo, and T. Peter, 2005: The origin of high ice crystal number densities in cirrus clouds. *J. Atmos. Sci.*, **62**, 2568–2579.

Hu, H., 1996: Water vapour and temperature lapse rate feedbacks in the mid-latitude seasonal cycle. *Geophys. Res. Lett.*, **23**, 1761–1764.

Huang, Y., R.E. Dickinson, and W.L. Chameides, 2006: Impact of aerosol indirect effect on climate over East Asia. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 4371–4376.

Huck, P.E., A.J. McDonald, G.E. Bodeker, and H. Struthers, 2005: Interannual variability in Antarctic ozone depletion controlled by planetary waves and polar temperatures. *Geophys. Res. Lett.*, **32**, L13819, doi:10.1029/2005GL022943.

Hudman, R.C., et al., 2004: Ozone production in transpacific Asian pollution plumes and implications for ozone air quality in California. *J. Geophys. Res.*, **109**, D23S10, doi:10.1029/2004JD004974.

Hughes, T.P., et al., 2003: Climate change, human impacts, and the resilience of coral reefs. *Science*, **301**, 929–933.

Hungate, B., et al., 2003: Nitrogen and climate change. *Science*, **302**(5650), 1512–1513.

Huntingford, C., et al., 2004: Using a GCM analogue model to investigate the potential for Amazonian forest dieback. *Theor. Appl. Climatol.*, **78**(1–3), 177–185.

Hurst, D.F., et al., 2006: Continuing global significance of emissions of Montreal Protocol-restricted halocarbons in the USA and Canada. *J. Geophys. Res.*, **111**, D15302, doi:10.1029/2005JD006785.

Hurtt, G.C., et al., 2002: Projecting the future of the U.S. carbon sink. *Proc. Natl. Acad. Sci. U.S.A.*, **99**(3), 1389–1394.

IFFN, 2003: Russian Federation Fire 2002 Special. Part III: The 2002 fire season in the Asian part of the Russian Federation: A view from space. *International Forest Fire News (IFFN)*, **28**, 18–28.

Imhoff, M.L., et al., 2004: Global patterns in human consumption of net primary production. *Nature*, **429**(6994), 870–873.

IPCC, 2000: *Special Report on Emission Scenarios. A Special Report of Working Group III of the Intergovernmental Panel on Climate Change* [Nakićenović, N., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 599 pp.

IPCC/TEAP, 2005: *IPCC/TEAP Special Report on Safeguarding the Ozone Layer and the Global Climate System: Issues related to Hydrofluorocarbons and Perfluorocarbons. Prepared by Working Group I and III of the Intergovernmental Panel on Climate Change and the Technology and Economic Assessment Panel* [Metz, B., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 488 pp.

Irannejad, P., A. Henderson-Sellers, and S. Sharmeen, 2003: Importance of land-surface parameterisation for latent heat simulation in global atmospheric models. *Geophys. Res. Lett.*, **30**(17), 1904, doi:10.1029/2003GL018044.

Irie, H., et al., 2005: Evaluation of long-term tropospheric $NO_2$ data obtained by GOME over East Asia in 1996-2002. *Geophys. Res. Lett.*, **32**, L11810, doi:10.1029/2005GL022770.

Ishimatsu, A., et al., 2004: Effects of $CO_2$ on marine fish: larvae and adults. *J. Oceanogr.*, **60**, 731–741.

Ittekkot, V., 1993: The abiotically driven biological pump in the ocean and short-term fluctuations in atmospheric $CO_2$ contents. *Global Planet. Change*, **8**(1–2), 17–25.

Jacob, D.J., 2000: Heterogeneous chemistry and tropospheric ozone. *Atmos. Environ.*, **34**, 2131–2159.

Jacob, D.J., et al., 1993: Factors regulating ozone over the United States and its export to the global atmosphere. *J. Geophys. Res.*, **98**, 14817–14826.

Jacobson, M.Z., 1999: Effects of soil moisture on temperatures, winds, and pollutant concentrations in Los Angeles. *J. Appl. Meteorol.*, **38**(5), 607–616.

Jacobson, M.Z., 2001: Global direct radiative forcing due to multicomponent anthropogenic and natural aerosols. *J. Geophys. Res.*, **106**, 1551–1568.

Jacobson, M.Z., 2002: Control of fossil-fuel particulate black carbon and organic matter, possibly the most effective method of slowing global warming. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD001376.

Jacobson, M.Z., 2006: Effects of externally-through-internally-mixed soot inclusions within clouds and precipitation on global climate. *J. Phys. Chem. A*, **110**, 6860–6873.

Jaeglé, L., D.J. Jacob, W.H. Brune, and P.O. Wenberg, 2001: Chemistry of $HO_x$ radicals in the upper troposphere. *Atmos. Environ.*, **35**, 469–489.

Jaeglé, L., L. Steinberger, R.V. Martin, and K. Chance, 2005: Global partitioning of $NO_x$ sources using satellite observations: Relative roles of fossil fuel combustion, biomass burning and soil emissions. *Faraday Discuss.*, **130**, 407–423.

Jaeglé, L., et al., 2004: Satellite mapping of rain-induced nitric oxide emissions from soils. *J. Geophys. Res.*, **109**, D21310, doi:10.1029/2004JD004787.

Jaenicke, R., 2005: Abundance of cellular material and proteins in the atmosphere. *Science*, **308**(5718), doi:10.1126/science.1106335.

Jaffe, D., et al., 2004: Long-range transport of Siberian biomass burning emissions and impact on surface ozone in western North America. *Geophys. Res. Lett.*, **31**, L16106, doi:10.1029/2004GL020093.

Jahren, A.H., et al., 2001: Terrestrial record of methane hydrate dissociation in the Early Cretaceous. *Geology*, **29**(2), 159–162.

Jain, A.K., and X. Yang, 2005: Modeling the effects of two different land cover change data sets on the carbon stocks of plants and soils in concert with $CO_2$ and climate change. *Global Biogeochem. Cycles*, **19**, doi:10.1029/2004GB002349.

Janssens, I.A., et al., 2003: Europe's terrestrial biosphere absorbs 7 to 12% of European anthropogenic $CO_2$ emissions. *Science*, **300**(5625), 1538–1542.

Jiang, H., et al., 2006: Aerosol effects on the lifetime of shallow cumulus. *Geophys. Res. Lett.*, **33**, doi:10.1029/2006GL026024.

Jickells, T.D., et al., 2005: Global iron connections between desert dust, ocean biogeochemistry, and climate. *Science*, **308**(5718), 67–71.

Jin, M.L., J.M. Shepherd, and M.D. King, 2005: Urban aerosols and their variations with clouds and rainfall: a case study for New York and Houston. *J. Geophys. Res.*, **110**, doi:10.1029/2004JD005081.

Jin, Y., et al., 2002: How does snow impact the albedo of vegetated land surfaces as analyzed with MODIS data? *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GLO14132.

Johns, T.C., et al., 2006: The new Hadley Centre climate model HadGEM1: Evaluation of coupled simulations. *J. Clim.*, **19**, 1327–1353.

Johnson, B.T., 2005: The semidirect aerosol effect: Comparison of a single-column model with large eddy simulation for marine stratocumulus. *J. Clim.*, **18**, 119–130.

Johnson, B.T., K.P. Shine, and P.M. Forster, 2004: The semi-direct aerosol effect: Impact of absorbing aerosols on marine stratocumulus. *Q. J .R. Meteorol. Soc.*, **130**, 1407–1422.

Johnson, C.E., W.J. Collins, D.S. Stevenson, and R.G. Derwent, 1999: Relative roles of climate and emissions changes on future tropospheric oxidant concentrations. *J. Geophys. Res.*, **104**(D15), 18631–18645.

Johnson, C.E., D.S. Stevenson, W.J. Collins, and R.G. Derwent, 2001: Role of climate feedback on methane and ozone studied with a coupled ocean-atmosphere-chemistry model. *Geophys. Res. Lett.*, **28**(9), 1723–1726.

Johnson, C.E., D.S. Stevenson, W.J. Collins, and R.G. Derwent, 2002: Interannual variability in methane growth rate simulated with a coupled ocean-atmosphere-chemistry model. *Geophys. Res. Lett.*, **29**(19), 1903, doi:10.1029/2002GL015269.

Johnson, D.B., 1982: The role of giant and ultragiant aerosol particles in warm rain initiation. *J. Atmos. Sci.*, **39**, 448–460.

Jones, A., D.L. Roberts, M.J. Woodage, and C. E. Johnson, 2001: Indirect sulphate aerosol forcing in a climate model with an interactive sulphur cycle. *J. Geophys. Res.*, **106**, 20293–20310.

Jones, C., N. Mahowald, and C. Luo, 2004: Observational evidence of African desert dust intensification of easterly waves. *Geophys. Res. Lett.*, **31**, doi:10.1029/2004GL020107.

Jones, C.D., and P.M. Cox, 2001a: Modelling the volcanic signal in the atmospheric $CO_2$ record. *Global Biogeochem. Cycles*, **15**(2), 453–466.

Jones, C.D., and P.M. Cox, 2001b: Constraints on the temperature sensitivity of global soil respiration from the observed interannual variability in atmospheric $CO_2$. *Atmos. Sci. Lett.*, **1**, doi:10.1006/asle.2001.0041.

Jones, C.D., and P.M. Cox, 2005: On the significance of atmospheric $CO_2$ growth rate anomalies in 2002–2003. *Geophys. Res. Lett.*, **32**, L14816, doi:10.1029/2005GL023027.

Jones, C.D., M. Collins, P.M. Cox, and S.A. Spall, 2001: The carbon cycle response to ENSO: a coupled climate-carbon cycle model study. *J. Clim.*, **14**, 4113–4129.

Jones, C.D., et al., 2005: Global climate change and soil carbon stocks: predictions from two contrasting models for the turnover of organic carbon in soil. *Global Change Biol.*, **11**(1), 154–166.

Jones, P.D., D.E. Parker, T.J. Osborn, and K.R. Briffa, 2006: Global and hemispheric temperature anomalies--land and marine instrumental records. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN.

Kanakidou, M., et al., 2005: Organic aerosol and global climate modelling: a review. *Atmos. Chem. Phys.*, **5**, 1053–1123.

Kärcher, B., and U. Lohmann, 2002: A parameterization of cirrus cloud formation: homogeneous freezing of supercooled aerosols. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD000470.

Kärcher, B., and U. Lohmann, 2003: A parameterization of cirrus cloud formation: heterogeneous freezing. *J. Geophys. Res.*, **108**, doi:10.1029/2002JD003220.

Kärcher, B., and J. Ström, 2003: The roles of dynamical variability and aerosols in cirrus cloud formation. *Atmos. Chem. Phys.*, **3**, 823–838.

Kärcher, B., and T. Koop. 2004: The role of organic aerosols in homogeneous ice formation. *Atmos. Chem. Phys.*, **4**, 6719–6745.

Kärcher, B., J. Hendricks, and U. Lohmann, 2006: Physically-based parameterization of cirrus cloud formation for use in global atmospheric models. *J. Geophys. Res.*, **111**, doi:10.1029/2005JD006219.

Karlsdottir, S., and I.S.A. Isaksen, 2000: Changing methane lifetime: Possible cause for reduced growth. *Geophys. Res. Lett.*, **27**(1), 93–96.

Kasibhatla, P., et al., 2002: Top-down estimate of a large source of atmospheric carbon monoxide associated with fuel combustion in Asia. *Geophys. Res. Lett.*, **29**(19), 1900, doi:10.1029/2002GL015581.

Kasischke, E.S., and L.P. Bruhwiler, 2002: Emissions of carbon dioxide, carbon monoxide, and methane from boreal forest fires in 1998. *J. Geophys. Res.*, **107**, 8146, doi:10.1029/2001JD000461.

Kasischke, E.S., N.L. Christensen, and B.J. Stocks, 1995: Fire, global warming and the carbon balance of boreal forests. *Ecol. Appl.*, **5**(2), 437–451.

Kasischke, E.S., et al., 2005: Influences of boreal fire emissions on Northern Hemisphere atmospheric carbon and carbon monoxide. *Global Biogeochem. Cycles*, **19**(1), GB1012, doi:10.1029/2004GB002300.

Katz, M.E., D.K. Pak, G.R. Dickens, and K.G. Miller. 1999: The source and fate of massive carbon input during the Latest Paleocene Thermal Maximum. *Science*, **286**, 1531–1533.

Kaufman, Y.J., and I. Koren, 2006: Smoke and pollution aerosol effect on cloud cover. *Science*, **313**, 655–658, doi:10.1126/science.1126232.

Kaufman, Y.J., et al., 2005: The effect of smoke, dust, and pollution aerosol on shallow cloud development over the Atlantic Ocean. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(32), 11207–11212.

Kawamiya, M., et al., 2005: Development of an integrated Earth system model on the Earth Simulator. *J. Earth Simulator*, **4**, 18–30.

Keeling, C.D., and T.P. Whorf, 2005: Atmospheric $CO_2$ records from sites in the SIO air sampling network. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.esd.ornl.gov/trends/co2/sio-keel-flask/sio-keel-flask.html.

Keller, M., et al., 2005: Soil-atmosphere exchange for nitrous oxide, nitric oxide, methane, and carbon dioxide in logged and undisturbed forest in the Tapajos National Forest, Brazil. *Earth Interactions*, **9**, 1–28, doi:10.1175/EI125.1.

Keppler, F., J.T.G. Hamilton, M. Brass, and T. Roeckmann, 2006: Methane emissions from terrestrial plants under aerobic conditions. *Nature*, **439**, 187–191.

Kerkweg, A., S. Wurzler, T. Reisin, and A. Bott, 2003: On the cloud processing of aerosol particles: An entraining air-parcel model with two-dimensional spectral cloud microphysics and a new formulation of the collection kernel. *Q. J. R. Meteorol. Soc.*, **129**(587), 1–18.

Kettle, A., and M. Andreae, 2000: Flux of the dimethylsulfide from the oceans: A comparison of updated data sets and flux models. *J. Geophys. Res.*, **105**, 26793–26808.

Key, R.M., et al., 2004: A global ocean carbon climatology: Results from Global Data Analysis Project (GLODAP). *Global Biogeochem. Cycles*, **18**(4), GB4031, doi:10.1029/2004GB002247.

Khain, A.P., D. Rosenfeld, and A. Pokrovsky, 2001: Simulating convective clouds with sustained supercooled liquid water down to −37.5°C using a spectral microphysics model. *Geophys. Res. Lett.*, **28**, 3887–3890.

Khain, A.P., D. Rosenfeld, and A. Pokrovsky, 2005: Aerosol impact on the dynamics and microphysics of convective clouds. *Q. J. R. Meteorol. Soc.*, **131**(611), 2639–2663.

Khain, A.P., et al., 2004: Simulation of effects of atmospheric aerosols on deep turbulent convective using a spectral microphysics mixed-phase cumulus cloud model. 1. Model description and possible applications. *J. Atmos. Sci.*, **61**, 2963–2982.

Khalil, M.A.K., and M.J. Shearer, 2006: Decreasing emissions of methane from rice agriculture. *Int. Congress Ser.*, **1293**, 33–41.

Kirschbaum, M.U.F., et al., 2006: A comment on the quantitative significance of aerobic methane release by plants. *Funct. Plant Biol.*, **33**, 521–530.

Kirschvink, J.L., and T.D. Raub, 2003: A methane fuse for the Cambrian explosion: carbon cycles and true polar wander. *Comptes Rendus Geoscience*, **335**, 65–78.

Klaas, C., and D.E. Archer, 2002: Association of sinking organic matter with various types of mineral ballast in the deep sea: Implications for the rain ratio. *Global Biogeochem. Cycles*, **16**(4), 1116, doi:10.1029/2001GB001765.

Kleffmann, J., et al., 2005: Daytime formation of nitrous acid: a major source of OH radicals in a forest. *Geophys. Res. Lett.*, **32**, L05818, doi:10.1029/2005GL022524.

Kleypas, J.A., J. McManus, and L. Menez, 1999a: Using environmental data to define reef habitat: where do we draw the line? *Am. Zool.*, **39**, 146–159.

Kleypas, J.A., et al., 1999b: Geochemical consequences of increased atmospheric carbon dioxide on coral reefs. *Science*, **284**, 118–120.

Kloster, S., et al., 2006: DMS cycle in the marine ocean-atmosphere system - a global model study. *Biogeosciences*, **3**, 29–51.

Knorr, W., I.C. Prentice, J.I. House, and E.A. Holland, 2005: Long-term sensitivity of soil carbon turnover to warming. *Nature*, **433**, 298–301.

Knowlton, K., et al., 2004: Assessing ozone-related health impacts under a changing climate. *Environ. Health Perspect.*, **112**, 1557–1563.

Koerner, C., 2004: Through enhanced tree dynamics carbon dioxide enrichment may cause tropical forests to lose carbon. *Philos. Trans. R. Soc. London Ser. B*, **359**, 493–498.

Koerner, C., et al., 2005: Carbon flux and growth in mature deciduous forest trees exposed to elevated $CO_2$. *Science*, **309**(5739), 1360–1362.

Koren, I., Y.J. Kaufman, L.A. Remer, and J.V. Martins, 2004: Measurements of the effect of smoke aerosol on inhibition of cloud formation. *Science*, **303**, 1342–1345.

Koren, I., et al., 2005: Aerosol invigoration and restructuring of Atlantic convective clouds. *Geophys. Res. Lett.*, **32**(14), L14828, doi:10.1029/2005GL023187.

Koster, R.D., and M.J. Suarez, 2001: Soil moisture memory in climate models. *J. Hydrometeorol.*, **2**(6), 558–570.

Koster, R.D., and M.J. Suarez, 2004: Suggestions in the observational record of land-atmosphere feedback operating at seasonal time scales. *J. Hydrometeorol.*, **5**(3), doi: 10.1175/1525.

Koster, R.D., M.J. Suarez, R.W. Higgins, and H.M. Van den Dool, 2003: Observational evidence that soil moisture variations affect precipitation. *Geophys. Res. Lett.*, **30**(5), 1241. doi:10.1029/2002GL016571.

Koster, R.D., et al., 2000: A catchment-based approach to modeling land surface processes in a general circulation model. 1. Model structure. *J. Geophys. Res.*, **105**, 24809–24822.

Koster, R.D., et al., 2002: Comparing the degree of land-atmosphere interaction in four atmospheric general circulation models. *J. Hydrometeorol.*, **3**(3), 363–375.

Koster, R.D., et al., 2004: Regions of strong coupling between soil moisture and precipitation. *Science*, **305**, 1138–1140.

Koster, R.D., et al., 2006: GLACE: The Global Land-Atmosphere Coupling Experiment. 1. Overview. *J. Hydrometeorol.*, **7**, 590–610.

Krakauer, N.Y., and J.T. Randerson, 2003: Do volcanic eruptions enhance or diminish net primary production? Evidence from tree rings. *Global Biogeochem. Cycles*, **17**(4), 1118, doi:10.1029/2003GB002076.

Kristjánsson, J.E., 2002: Studies of the aerosol indirect effect from sulphate and black carbon aerosols. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD000887.

Kristjánsson, J.E., et al., 2005: Response of the climate system to aerosol direct and indirect forcing: Role of cloud feedbacks. *J. Geophys. Res.*, **110**, D24206, doi:10.1029/2005JD006299.

Kroeze, C., A. Mosier, and L. Bouwman, 1999: Closing the $N_2O$ budget: A retrospective analysis. *Global Biogeochem. Cycles*, **13**, 1–8.

Kroeze, C., E. Dumont, and S.P. Seitzinger, 2005: New estimates of global emissions of $N_2O$ from rivers and estuaries. *Environ. Sci.*, **2**, 159–165.

Krüger, O., and H. Grassl, 2004: Albedo reduction by absorbing aerosols over China. *Geophys. Res. Lett.*, **31**, doi:10.1029/2003GL019111.

Kulmala, M., et al., 2004: A new feedback mechanism linking forests, aerosols, and climate. *Atmos. Chem. Phys.*, **4**, 557–562.

Kurz, W.A., and M. Apps, 1999: A 70-years retrospective analysis of carbon fluxes in the Canadian forest sector. *Ecol. Appl.*, **9**, 526–547.

Kurz, W.A., M.J.Apps, S.J. Beukema, and T. Lekstrum, 1995: 20th-century carbon budget of Canadian forests. *Tellus*, **47B**(1–2), 170–177.

Kvenvolden, K.A., and B.W. Rogers, 2005: Gaia's breath - global methane exhalations. *Mar. Petrol. Geol.*, **22**, 579–590.

Labrador, L.J., R. von Kuhlmann, and M.G. Lawrence, 2004: Strong sensitivity of the global mean OH concentration and the tropospheric oxidizing efficiency to the source of $NO_x$ from lightning. *Geophys. Res. Lett.*, **31**, L06102, doi:10.1029/2003GL019229.

Lalli, C.M., and R.W. Gilmer, 1989: *Pelagic Snails: The Biology of Holoplanktonic Gastropod Mollusks*. Stanford University Press, Palo Alto, CA, 259 pp.

Lamarque, J.-F., et al., 2005a: Coupled chemistry-climate response to changes in aerosol emissions: global impact on the hydrological cycle and the tropospheric burdens of OH, ozone and $NO_x$. *Geophys. Res. Lett.*, **32**, L16809, doi:10.1029/2005GL023419.

Lamarque J.-F., et al., 2005b: Assessing future nitrogen deposition and carbon cycle feedback using a multimodel approach: Part 1. Analysis of nitrogen deposition. *J. Geophys. Res.*, **110**, D19303, doi:10.1029/2005JD005825.

Lamarque, J.-F., et al., 2005c: Tropospheric ozone evolution between 1890 and 1990. *J. Geophys. Res.*, **110**, D08304, doi:10.1029/2004JD005537.

Langdon, C., et al., 2003: Effect of elevated $CO_2$ on the community metabolism of an experimental coral reef. *Global Biogeochem. Cycles*, **17**, 1011, doi:10.1029/2002GB001941.

Langenbuch, H., and H.O. Pörtner, 2003: Energy budget of heptocytes from Antarctic fish (*Pachycara brachycephalum* and *Lepidonotothen kempi*) as a function of ambient $CO_2$: pH-dependent limitations of cellular protein biosynthesis? *J. Exp. Biol.*, **206**, 3895–3903.

Langenfelds, R.L., et al., 1999: Partitioning of the global fossil $CO_2$ sink using a 19-year trend in atmospheric $O_2$. *Geophys. Res. Lett.*, **26**, 1897–1900.

Langenfelds, R.L., et al., 2002: Interannual growth rate variations of atmospheric $CO_2$ and its $^{13}C$, $H_2$, $CH_4$, and CO between 1992 and 1999 linked to biomass burning. *Global Biogeochem. Cycles*, **16**(3), 1048, doi:10.1029/2001GB001466.

Langner, J., R. Bergstrom, and V. Foltescu, 2005: Impact of climate change on surface ozone and deposition of sulphur and nitrogen in Europe. *Atmos. Environ.*, **39**, 1129–1141.

Larsen, S.H., 2005: Solar variability, dimethyl sulphide, clouds, and climate. *Global Biogeochem. Cycles*, **19**, GB1014, doi:10.1029/2004GB002333.

Lassey, K.R., D.C Lowe, and M.R. Manning, 2000: The trend in atmospheric methane $\delta^{13}C$ and implications for isotopic constraints on the global methane budget. *Global Biogeochem. Cycles*, **14**, 41–49.

Lathière, J., et al., 2005: Past and future changes in biogenic volatile organic compound emissions simulated with a global dynamic vegetation model. *Geophys. Res. Lett.*, **32**, L20818, doi:10.1029/2005GL024164.

Laurance, W.F., et al., 2004: Pervasive alteration of tree communities in undisturbed Amazonian forests. *Nature*, **428**, 171–175.

Lawrence, D.M., and J.M. Slingo, 2004: An annual cycle of vegetation in a GCM. Part I: implementation and impact on evaporation. *Clim. Dyn.*, **22**, doi:10.1007/s0038200303669.

Lawrence, D.M., and J.M. Slingo, 2005: Weak land-atmosphere coupling strength in HadAM3: The role of soil moisture variability. *J. Hydrometeorol.*, **6**(5), 670–680, doi:10.1775/JHM445.1.

Lawrence, M.G., R. von Kuhlmann, M. Salzmann, and P.J. Rasch, 2003: The balance of effects of deep convective mixing on tropospheric ozone. *Geophys. Res. Lett.*, **30**(18), 1940, doi:10.1029/2003GL017644.

Laws, E.A., et al., 2000: Temperature effects on export production in the open ocean. *Global Biogeochem. Cycles*, **14**, 1231–1246.

Le Quéré, C., et al., 2000: Interannual variability of the oceanic sink of $CO_2$ from 1979 to 1997. *Global Biogeochem. Cycles*, **14**, 1247–1265.

Le Quéré, C., et al., 2003: Two decades of ocean $CO_2$ sink and variability. *Tellus*, **55B**(2), 649–656.

Le Quéré, C., et al., 2005: Ecosystem dynamics based on plankton functional types for global ocean biogeochemistry models. *Global Change Biol.*, **11**, doi:10.1111/j.1365-2486.2005.001004.x.

Leck, C., and E.K. Bigg, 2005a: Biogenic particles in the surface microlayer and overlaying atmosphere in the central Arctic Ocean during summer. *Tellus*, **57B**(4), 305–316.

Leck, C., and E.K. Bigg, 2005b: Source and evolution of the marine aerosol - A new perspective. *Geophys. Res. Lett.*, **32**, L19803, doi:10.1029/2005GL023651.

Lee, K., et al., 1998: Low interannual variability in recent oceanic uptake of atmospheric carbon dioxide. *Nature*, **396**, 155–159.

Lefèvre, N., et al., 1999: Assessing the seasonality of the oceanic sink for $CO_2$ in the northern hemisphere. *Glob. Biogeochem. Cycles*, **13**, 273–286.

Lelieveld, J., and F.J. Dentener, 2000: What controls tropospheric ozone? *J. Geophys. Res.*, **105**, 3531–3551.

Lelieveld, J., W. Peters, F.J. Dentener, and M.C. Krol, 2002a: Stability of tropospheric hydroxyl chemistry. *J. Geophys. Res.*, **107**(D23), 4715, doi:10.1029/2002JD002427.

Lelieveld, J., et al., 2002b: Global air pollution crossroads over the Mediterranean. *Science*, **298**, 794–799.

Leue, C., et al., 2001: Quantitative analysis of $NO_x$ emissions from GOME satellite image sequences. *J. Geophys. Res.*, **106**, 5493–5505.

Levin, Z., E. Ganor, and V. Gladstein, 1996: The effects of desert particles coated with sulfate on rain formation in the eastern Mediterranean. *J. Appl. Meteorol.*, **35**, 1511–1523.

Levis, S., and G.B. Bonan, 2004: Simulating springtime temperature patterns in the community atmosphere model coupled to the community land model using prognostic leaf area. *J. Clim.*, **17**, 4531–4540.

Levis, S., G.B. Bonan, and C. Bonfils, 2004: Soil feedback drives the mid-Holocene North African monsoon northward in fully coupled CCSM2 simulations with a dynamic vegetation model. *Clim. Dyn.*, **23**, doi:10.1007/s00382-004-0477-y.

Lewis, E.R., and S.E. Schwartz, 2005: *Sea Salt Aerosol Production: Mechanisms, Methods, Measurements, and Models: A Critical Review*. Geophysical Monograph Vol. 152, American Geophysical Union, Washington, DC, 413 pp.

Lewis, S.L., Y. Malhi, and O.L. Phillips, 2005: Fingerprinting the impacts of global change on tropical forests. *Philos. Trans. R. Soc. London Ser. B*, **359**, doi:10.1098/rstb.2003.1432.

Li, C., et al., 2002: Reduced methane emissions from large-scale changes in water management of China's rice paddies during 1980-2000. *Geophys. Res. Lett.*, **29**, doi: 10.1029/2002GL015370.

Li, Q., et al., 2005: North American pollution outflow and the trapping of convectively lifted pollution by upper-level anticyclone. *J. Geophys. Res.*, **110**, D10301, doi:10.1029/2004JD005039.

Li, W., and R. Fu, 2004: Transition of the large-scale atmospheric and land surface conditions from the dry to the wet season over Amazonia as diagnosed by the ECMWF re-analysis. *J. Clim.*, **17**, 2637–2651.

Liang X., Z. Xie, and M. Huang, 2003: A new parameterization for surface and groundwater interactions and its impact on water budgets with the variable infiltration capacity (VIC) land surface model. *J. Geophys. Res.*, **108**, 8613, doi:19.1029/2002JD003090.

Liao, H., and J.H. Seinfeld, 2005: Global impacts of gas-phase chemistry-aerosol interactions on direct radiative forcing by anthropogenic aerosols and ozone. *J. Geophys. Res.*, **110**, D18208, doi:10.1029/2005JD005907.

Liebmann, B., and J.A. Marengo, 2001: Interannual variability of the rainy season and rainfall in the Brazilian Amazon basin. *J. Clim.*, **14**(22), 4308–4318.

Liepert, B.G., and I. Tegen, 2002: Multidecadal solar radiation trends in the United States and Germany and direct tropospheric aerosol forcing. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD000760.

Liepert, B.G., J. Feichter, U. Lohmann, and E. Roeckner, 2004: Can aerosols spin down the water cycle in a warmer and moister world. *Geophys. Res. Lett.*, **31**, L06207, doi:10.1029/2003GL019060.

Lin, C.-Y.C., D.J. Jacob, and A.M. Fiore, 2001: Trends in exceedances of the ozone air quality standard in the continental United States, 1980-1998. *Atmos. Environ.*, **35**, 3217–3228.

Lin, G.H., et al., 1999: Ecosystem carbon exchange in two terrestrial ecosystem mesocosms under changing atmospheric $CO_2$ concentrations. *Oecologia*, **119**(1), 97–108.

Lintner, B.R., 2002: Characterizing global $CO_2$ interannual variability with empirical orthogonal function/principal component (EOF/PC) analysis. *Geophys. Res. Lett.*, **29**(19), 1921, doi:10.1029/2001GL014419.

Liu, X., and J.E. Penner, 2005: Ice nucleation parameterization for a global model. *Meteorol. Z.*, **14**(4), 499–514.

Liu, Y., and P.H. Daum, 2002: Indirect warming effect from dispersion forcing. *Nature*, **419**, 580–581.

Loh, A.N., J.E. Bauer, and E.R.M. Druffel, 2004: Variable ageing and storage of dissolved organic components in the open ocean. *Nature*, **430**, 877–881.

Lohmann, U., 2002: A glaciation indirect aerosol effect caused by soot aerosols. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL014357.

Lohmann, U., and J. Feichter, 2001: Can the direct and semi-direct aerosol effect compete with the indirect effect on a global scale? *Geophys. Res. Lett.*, **28**(1), 159–161, doi:10.1029/2000GL012051.

Lohmann, U., and B. Kärcher, 2002: First interactive simulations of cirrus clouds formed by homogeneous freezing in the ECHAM GCM. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD000767.

Lohmann, U., and G. Lesins, 2002: Stronger constraints on the anthropogenic indirect aerosol effect. *Science*, **298**, 1012–1016.

Lohmann, U., and J. Feichter, 2005: Global indirect aerosol effects: a review. *Atmos. Chem. Phys.*, **5**, 715–737.

Lohmann, U., and K. Diehl, 2006: Sensitivity studies of the importance of dust ice nuclei for the indirect aerosol effect on stratiform mixed-phase clouds. *J. Atmos. Sci.*, **63**, 1338–1347.

Lohmann, U., I. Koren, and Y.J. Kaufman, 2006: Disentangling the role of microphysical and dynamical effects in determining cloud properties over the Atlantic. *Geophys. Res. Lett.*, **33**, L09802, doi:10.1029/2005GL024625.

Lovins, A.B., 2003: Hydrogen primer. *RMI Solutions Newsletter*, **19**(2), 1–4; 36–39.

Lucht, W., et al., 2002: Climatic control of the high-latitude vegetation greening trend and Pinatubo effect. *Science*, **296**(5573), 1687–1689.

Luo, Y., S.Q. Wan, D.F. Hui, and L.L. Wallace, 2001: Acclimatization of soil respiration to warming in a tall grass prairie. *Nature*, **413**, 622–625.

Luo, Y., et al., 2004: Progressive nitrogen limitation of ecosystem responses to rising atmospheric carbon dioxide. *Bioscience*, **54**, 731–739.

Mack, F., J. Hoffstadt, G. Esser, and J.G. Goldammer, 1996: Modeling the influence of vegetation fires on the global carbon cycle. In: *Biomass Burning and Global Change* [Levine, J.S. (ed)]. MIT Press, Cambridge, MA, pp. 149–159.

Mahaffey, C., A.F. Michaels, and D.G. Capone, 2005: The conundrum of marine $N_2$ fixation. *Am. J. Sci.*, **305**(6–8): 546–595.

Mahowald, N.M., and L.M. Kiehl, 2003: Mineral aerosol and cloud interactions. *Geophys. Res. Lett.*, **30**, doi:10.1029/2002GL016762.

Mahowald, N.M., and C. Luo, 2003: A less dusty future? *Geophys. Res. Lett.*, **30**(7), 1903, doi:10.1029/2003GL017880.

Mahowald, N.M., G.D.R. Rivera, and C. Luo, 2004: Comment on "Relative importance of climate and land use in determining present and future global soil dust emission" by I. Tegen et al. *Geophys. Res. Lett.*, **31**(24), L24105, doi:10.1029/2004GL021272.

Maier-Reimer, E., U. Mikolajewicz, and A.Winguth, 1996: Future ocean uptake of $CO_2$: interaction between ocean circulation and biology. *Clim. Dyn.*, **12**, 711–721.

Malhi, Y., and J. Grace, 2000: Tropical forests and atmospheric carbon dioxide. *Trends Ecol. Evol.*, **15**(8), 332–337.

Malhi, Y., and O.L. Phillips, 2004: Tropical forests and global atmospheric change: a synthesis. *Philos. Trans. R. Soc. London Ser. B*, **359**, doi:10.1098/rstb.2003.1449.

Malhi, Y., and J. Wright, 2004: Spatial patterns and recent trends in the climate of tropical rainforest regions. *Philos. Trans. R. Soc. London Ser. B*, **359**, doi:10.1098/rstb.2003.1433.

Malhi, Y., et al., 2002: An international network to understand the biomass and dynamics of Amazonian forests (RAINFOR). *J. Veg. Sci.*, **13**, 439–450.

Manning, A.C., and R.F. Keeling, 2006: Global oceanic and land biotic carbon sinks from the Scripps atmospheric oxygen flask sampling network. *Tellus*, **58B**(2), 95–116.

Marani, M., E. Eltahir, and A. Rinaldo, 2001: Geomorphic controls on regional base flow. *Water Resour. Res.*, **37**, 2619–2630.

Marengo, J., and C.A. Nobre, 2001: The hydroclimatological framework in Amazonia. In: *Biogeochemistry of the Amazon Basin* [McClaine, M., R. Victoria, and J. Richey (eds.)]. Oxford University Press, Oxford, UK, pp. 17–42.

Marland, G., T.A. Boden, and R.J. Andres, 2006: Global, regional, and national $CO_2$ emissions. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.esd.ornl.gov/trends/emis/tre_glob.htm.

Martin, R.V., et al., 2002: Interpretation of TOMS observations of tropical tropospheric ozone with a global model and in-situ observations. *J. Geophys. Res.*, **107**(D18), 4351, doi:10.1029/2001JD001480.

Martin, R.V., et al., 2003a: Global inventory of nitrogen oxide emissions constrained by space-based observations of $NO_2$ columns. *J. Geophys. Res.*, **108**(D17), 4537, doi:10.1029/2003JD003453.

Martin, R.V., et al., 2003b: Global and regional decreases in tropospheric oxidants from photochemical effects of aerosols. *J. Geophys. Res.*, **108**(D3), 4097, doi:10.1029/2002JD002622.

Martinerie, P., G.P. Brasseur, and C. Granier, 1995: The chemical composition of ancient atmospheres: a model study constrained by ice core data. *J. Geophys. Res.*, **100**, 14291–14304.

Matsumi, Y., et al., 2002: Quantum yields for production of O(1D) in the ultraviolet photolysis of ozone: Recommendation based on evaluation of laboratory data. *J. Geophys. Res.*, **104**(D3), doi:10.1029/2001JD000510.

Matthews, H.D., M. Eby, A.J. Weaver, and B.J. Hawkins, 2005: Primary productivity control of simulated carbon cycle-climate feedbacks. *Geophys. Res. Lett.*, **32**, L14708, doi:10.1029/2005GL022941.

Matthews, R., and R. Wassmann, 2003: Modelling the impacts of climate change and methane emission reductions on rice production: a review. *Eur. J. Agron.*, **19**, 573–598.

Maynard, K., and J.-F. Royer, 2004: Sensitivity of a general circulation model to land surface parameters in African tropical deforestation experiments. *Clim. Dyn.*, **22**, doi:10.1007/s0038200403989.

McCabe, G.J., M.P. Clark, and M.C. Serreze, 2001: Trends in northern hemisphere surface cyclone frequency and intensity. *J. Clim.*, **14**, 2763–2768.

McFiggans, G., 2005: Marine aerosols and iodine emissions. *Nature*, **433**, E13.

McFiggans, G., et al., 2004: Direct evidence for coastal iodine particles from Laminaria macroalgae - linkage to emissions of molecular iodine. *Atmos. Chem. Phys.*, **4**, 701–713.

McGuire, A.D. III, et al., 2001: Carbon balance of the terrestrial biosphere in the twentieth century: Analyses of $CO_2$, climate and land use effects with four process-based ecosystem models. *Global Biogeochem. Cycles*, **15**, 183–206.

McKenzie, R.L., B.J. Connor, and G.E. Bodeker, 1999: Increased summertime UV observed in New Zealand in response to ozone loss. *Science*, **285**, 1709–1711.

McKinley, G.A., M.J. Follows, and J. Marshall, 2004a: Mechanisms of air-sea $CO_2$ flux variability in the equatorial Pacific and the North Atlantic. *Global Biogeochem. Cycles*, **18**, GB2011, doi:10.1029/2003GB002179.

McKinley, G.A., et al., 2004b: Pacific dominance to global air-sea $CO_2$ flux variability: A novel atmospheric inversion agrees with ocean models. *Geophys. Res. Lett.*, **31**, L22308, doi:10.1029/2004GL021069.

McLinden, C., et al., 2000: Stratospheric ozone in 3-D models: a simple chemistry and the cross-tropopause flux. *J. Geophys. Res.*, **105**, 14653–14665.

McNeil, B.I., et al., 2003: Anthropogenic $CO_2$ uptake by the ocean based on the global chlorofluorocarbon data set. *Science*, **299**(5604), 235–239.

Melillo, J.M., et al., 1995: Vegetation/ecosystem modeling and analysis project: Comparing biogeography and biogeochemistry models in a continental-scale study of terrestrial ecosystem responses to climate change and $CO_2$ doubling. *Global Biogeochem. Cycles*, **9**, 407–437.

Melillo, J.M., et al., 2002: Soil warming and carbon-cycle feedbacks to the climate system. *Science*, **298**, 2173–2176.

Menon, S., and A. Del Genio, 2007: Evaluating the impacts of carbonaceous aerosols on clouds and climate. In: *An Interdisciplinary Assessment: Human-Induced Climate Change* [Schlesinger, M., et al. (eds.)]. Cambridge University Press, Cambridge, UK, in press.

Menon, S., and L. Rotstayn, 2006: The radiative influence of aerosol effects on liquid-phase cumulus and stratiform clouds based on sensitivity studies with two climate models. *Clim. Dyn.*, **27**, 345–356.

Menon, S., A.D. Del Genio, D. Koch, and G. Tselioudis, 2002a: GCM Simulations of the aerosol indirect effect: sensitivity to cloud parameterization and aerosol burden. *J. Atmos. Sci.*, **59**, 692–713.

Menon, S., J. Hansen, L. Nazarenko, and Y. Luo, 2002b: Climate effects of black carbon aerosols in China and India. *Science*, **297**, 2250–2252.

Menon, S., et al., 2003: Evaluating aerosol/cloud/radiation process parameterizations with single-column models and Second Aerosol Characterization Experiment (ACE-2) cloudy column observations. *J. Geophys. Res.*, **108**, doi:10.1029/2003JD003902.

Mickley, L.J., D.J. Jacob, and D. Rind, 2001: Uncertainty in preindustrial abundance of tropospheric ozone: implications for radiative forcing calculations. *J. Geophys. Res.*, **106**, 3389–3399.

Mickley, L.J., D.J. Jacob, B.D. Field, and D. Rind, 2004: Effects of future climate change on regional air pollution episodes in the United States. *Geophys. Res. Lett.*, **30**, 1862, doi:10.1029/2004GL017933.

Mickley, L.J., et al., 1999: Radiative forcing from tropospheric ozone calculated with a unified chemistry–climate model. *J. Geophys. Res.*, **104**(D23), 30153–30172.

Mikaloff Fletcher, S.E., et al., 2004a: $CH_4$ sources estimated from atmospheric observations of $CH_4$ and its $^{13}C/^{12}C$ isotopic ratios: 1. Inverse modeling of source processes. *Global Biogeochem. Cycles*, **18**, GB4004, doi:10.1029/2004GB002223.

Mikaloff Fletcher, S.E., et al., 2004b: $CH_4$ sources estimated from atmospheric observations of $CH_4$ and its $^{13}C/^{12}C$ isotopic ratios: 2. Inverse modeling of $CH_4$ fluxes from geographical regions. *Global Biogeochem. Cycles*, **18**, doi:10.1029/2004GB002224.

Mikaloff Fletcher, S.E., et al., 2006: Inverse estimates of anthropogenic $CO_2$ uptake, transport, and storage by the ocean. *Global Biogeochem. Cycles*, **18**, doi:10.1029/2005GB002530.

Miller, R.L., J. Perlwitz, and I. Tegen, 2004a: Feedback upon dust emission by dust radiative forcing through the planetary boundary layer. *J. Geophys. Res.*, **109**, D24209, doi:10.1029/2004JD004912.

Miller, R.L., I. Tegen, and J. Perlwitz, 2004b: Surface radiative forcing by soil dust aerosols and the hydrologic cycle. *J. Geophys. Res.*, **109**, D04203, doi:10.1029/2003JD004085.

Millero, F.J., et al., 2002: Dissociation constants for carbonic acid determined from field measurements. *Deep-Sea Res. I*, **49**, 1705–1723.

Milly, P.C.D. and A.B. Schmakin, 2002: Global modeling of land water and energy balances, Part I: The Land Dynamics (LaD) model. *J. Hydrometeorol.*, **3**, 301–310.

Ming, Y., et al., 2005: Geophysical Fluid Dynamics Laboratory general circulation model investigation of the indirect radiative effects of anthropogenic sulfate aerosol. *J. Geophys. Res.*, **110**, D22206, doi:10.1029/2005JD006161.

Montzka, S.A., et al., 1999: Present and future trends in the atmospheric burden of ozone depleting halogens. *Nature*, **398**, 690–694.

Montzka, S.A., et al., 2003: A decline in tropospheric bromine. *Geophys. Res. Lett.*, **30**(15), 1826, doi:10.1029/2003GL017745.

Mosier, A., et al., 1998: Closing the global $N_2O$ budget: $N_2O$ emissions through the agricultural nitrogen cycle-OECD/IPCC.IEA phase II development of IPCC guidelines for national greenhouse gas inventory methodology. *Nutrient Cycling in Agroecosystems*, **52**, 225–248.

Mouillot, F., and C.B. Field, 2005: Fire history and the global carbon budget: a $1° \times 1°$ fire history reconstruction for the 20th century. *Global Change Biol.*, **11**, 398–420.

Müller, J., and G. Brasseur, 1999: Sources of upper tropospheric $HO_x$: A three-dimensional study. *J. Geophys. Res.*, **104**(D1), 1705–1716.

Myhre, G., M.M. Kvalevag, and C.B. Schaaf, 2005: Radiative forcing due to anthropogenic vegetation change based on MODIS surface albedo data. *Geophys. Res. Lett.*, **32**, L21410, doi: 10.1029/2005GLO24004.

Nabuurs, G.J., et al., 2003: Temporal evolution of the European forest sector carbon sink from 1950 to 1999. *Global Change Biol.*, **9**, 152–160.

Nadelhoffer, K., et al., 2004: Decadal-scale fates of N-15 tracers added to oak and pine stands under ambient and elevated N inputs at the Harvard Forest (USA). *For. Ecol. Manage.*, **196**, 89–107.

Naja, M., H. Akimoto, and J. Staehelin, 2003: Ozone in background and photochemically aged air over central Europe: analysis of long-term ozonesonde data from Hohenpeissenberg and Payerne. *J. Geophys. Res.*, **108**(D2), 4063, doi:10.1029/2002JD002477.

Naqvi, S.W.A., et al., 2000: Increased marine production of $N_2O$ due to intensifying anoxia on the Indian continental shelf. *Nature*, **408**(6810), 346–349.

Negri, A.J., R.F. Adler, L.M. Xu, and J. Surratt, 2004: The impact of Amazonian deforestation on dry season rainfall. *J. Clim.*, **17**(6), 1306–1319.

Neill, C., et al., 2005: Rates and controls of nitrous oxide and nitric oxide emissions following conversion of forest to pasture in Rondônia. *Nutrient Cycling in Agroecosystems*, **71**, 1–15.

Nemani, R., et al., 2002: Recent trends in hydrologic balance have enhanced the terrestrial carbon sink in the United States. *Geophys. Res. Lett.*, **29**(10), 1468, doi:10.1029/2002GL014867.

Nemani, R.R., et al., 2003: Climate-driven increases in global terrestrial net primary production from 1982 to 1999. *Science*, **300**, 1560–1563.

Nepstad, D., et al., 2004: Amazon drought and its implications for forest flammability and tree growth: a basin-wide analysis. *Global Change Biol.*, **10**(5), 704–717.

Nesbitt, S.W., R.Y. Zhang, and R.E. Orville, 2000: Seasonal and global $NO_x$ production by lightning estimated from the Optical Transient Detector (OTD). *Tellus*, **52B**, 1206–1215.

Nevison, C.D., J.H. Butler, and J.W. Elkins, 2003: Global distribution of $N_2O$ and the $N_2O/AOU$ yield in the subsurface ocean. *Global Biogeochem. Cycles*, **17**(4), 1119, doi:10.1029/2003GB002068.

Nevison, C.D., T. Lueker, and R.F. Weiss, 2004: Quantifying the nitrous oxide source from coastal upwelling. *Global Biogeochem. Cycles*, **18**, GB1018, doi:10.1029/2003GB002110.

Newchurch, M.J., et al., 2003: Evidence for slowdown in stratospheric ozone loss: first stage of ozone recovery. *J. Geophys. Res.*, **108**(D16), 4507, doi:10.1029/2003jd003471.

Newman, P.A., S.R. Kawa, and E.R. Nash, 2004: On the size of the Antarctic ozone hole. *Geophys. Res. Lett.*, **31**, L21104, doi:10.1029/2004GL020596.

Newman, P.A., et al., 2006: When will the Antarctic ozone hole recover? *Geophys. Res. Lett.*, **33**, L12814, doi:10.1029/2005GL025232.

Nightingale, P.D., et al., 2000: In situ evaluation of air-sea gas exchange parameterisations using novel conservative and volatile tracers. *Global Biogeochem. Cycles*, **14**(1), 373–387.

Nilsson, S., et al., 2003: The missing "missing sink". *Forestry Chronicle*, **79**(6), 1071–1074.

Niu, G.-Y., and Z.-L. Yang, 2004: Effects of vegetation canopy processes on snow surface energy and mass balances. *J. Geophys. Res.*, **109**, D23111, doi:10.1029/2004JD004884.

Niyogi, D., et al., 2004: Direct observations of the effects of aerosol loading on net ecosystem $CO_2$ exchanges over different landscapes. *Geophys. Res. Lett.*, **31**, L20506, doi:10.1029/2004GL020915.

Nober, F.J., H.-F. Graf, and D. Rosenfeld, 2003: Sensitivity of the global circulation to the suppression of precipitation by anthropogenic aerosols. *Global Planet. Change*, **37**, 57–80.

Norby, R.J., and C.M. Iversen, 2006: Nitrogen uptake, distribution, turnover, and efficiency of use in a $CO_2$-enriched sweetgum forest. *Ecology*, **87**, 5–14.

Norton, W.A., 2003: Sensitivity of northern hemisphere surface climate to simulation of the stratospheric polar vortex. *Geophys. Res. Lett.*, **30**(12), doi:10.1029/2003GL016958.

Novelli, P.C., et al., 1999: Molecular hydrogen in the troposphere: global distribution and budget. *J. Geophys. Res.*, **104**(D23), 30427–30444.

Nowak, R.S., D.S. Ellsworth, and S.D. Smith, 2004: Functional responses of plants to elevated atmospheric $CO_2$ – do photosynthetic and productivity data from FACE experiments support early predictions? *New Phytol.*, **162**, 253–280.

NRC (National Research Council), 1991: *Rethinking the Ozone Problem in Urban and Regional Air Pollution*. National Academy Press, Washington, DC, 524 pp.

Obata, A., and Y. Kitamura, 2003: Interannual variability of the sea-air exchange of $CO_2$ from 1961 to 1998 simulated with a global ocean circulation-biogeochemistry model. *J. Geophys. Res.*, **108**, 3337, doi:10.1029/2001JC001088.

O'Dowd, C.D., 2002: On the spatial extent and evolution of coastal aerosol plumes. *J. Geophys. Res.*, **107**(D19), 8105, doi:10.1029/2001JD000422.

O'Dowd, C.D., J.A. Lowe, and M.H. Smith, 1999: Coupling sea-salt and sulphate interactions and its impact on cloud droplet concentration predictions. *Geophys. Res. Lett.*, **26**, 1311–1314.

O'Dowd, C.D., et al., 2002a: Coastal new particle formation: Environmental conditions and aerosol physicochemical characteristics during nucleation bursts. *J. Geophys. Res.*, **107**(D19), 8107, doi:10.1029/2000JD000206.

O'Dowd, C.D., et al., 2002b: A dedicated study of New Particle Formation and Fate in the Coastal Environment (PARFORCE): Overview of objectives and achievements. *J. Geophys. Res.*, **107**(D19), 8108, doi:10.1029/2001JD000555.

O'Dowd, C.D., et al., 2004: Biogenically driven organic contribution to marine aerosols. *Nature*, **431**, 676–680.

Oechel, W.C., et al., 2000: Acclimation of ecosystem $CO_2$ exchange in the Alaskan Arctic in response to decadal climate warming. *Nature*, **406**, 978–981.

Ogawa, K., and T. Schmugge, 2004: Mapping surface broadband emissivity of the Sahara desert using ASTER and MODIS data. *Earth Interactions*, **8**(7), 1–14.

Ogle, S.M., M.D. Eve, F.J. Breidt, and K. Paustian, 2003: Uncertainty in estimating land use and management impacts on soil organic carbon storage for US agroecosystems between 1982 and 1997. *Global Change Biol.*, **9**, 1521–1542.

Oglesby, R.J., et al., 2002: Thresholds in atmosphere-soil moisture interactions: results from climate model studies. *J. Geophys. Res.*, **107**(14), doi:10.1029/2001JD001045.

Okin, G.S., N. Mahowald, O.A. Chadwick, and P. Artaxo, 2004: Impact of desert dust on the biogeochemistry of phosphorus in terrestrial ecosystems. *Global Biogeochem. Cycles*, **18**, GB2005, doi:10.1029/2003GB002145.

Oleson, K.W., G.B. Bonan, S. Levis, and M. Vertenstein, 2004: Effects of land use change on North American climate: impact of surface datasets and model biogeophysics. *Clim. Dyn.*, **23**, 117–132, doi:10.1007/s00382-004-0426-9.

Oleson, K.W., et al., 2003: Assessment of global climate model land surface albedo using MODIS data. *Geophys. Res. Lett.*, **30**(8), 1443, doi:10.1029/2002GL016749.

Olivié, D.J.L., P.F.J. van Velthoven, A.C.M. Beliaars, and H.M. Kelder, 2004: Comparison between archived and off-line diagnosed convective mass fluxes in the chemistry transport model TM3. *J. Geophys. Res.*, **109**, D11303, doi:10.1029/2003JD004036.

Olivier, J.G.J., A.F. Bouwman, K.W. Van Der Hoek, and J.J.M. Berdowski, 1998: Global air emission inventories for anthropogenic sources of $NO_x$, $NH_3$ and $N_2O$ in 1990. *Environ. Pollut.*, **102**(1, S1), 135–148.

Olivier, J.G.J., et al., 2005: Recent trends in global greenhouse emissions: regional trends 1970–2000 and spatial distribution of key sources in 2000. *Environ. Sci.*, **2**, 81–99.

Ollinger, S.V., and J.D. Aber, 2002: The interactive effects of land use, carbon dioxide, ozone, and N deposition. *Global Change Biol.*, **8**, 545–562.

Olsen, S.C., C.A. McLinden, and M.J. Prather, 2001: Stratospheric $N_2O$-$NO_y$ system: testing uncertainties in a three-dimensional framework. *J. Geophys. Res.*, **106**, 28771–28784.

Ordóñez, C., et al., 2005: Changes of daily surface ozone maxima in Switzerland in all seasons from 1992 to 2002 and discussion of summer 2003. *Atmos. Chem. Phys.*, **5**, 1187–1203.

Oren, R., et al., 2001: Soil fertility limits carbon sequestration by forest ecosystems in a $CO_2$-enriched atmosphere. *Nature*, **411**(6836), 469–472.

Orr, J.C., et al., 2001: Estimates of anthropogenic carbon uptake from four three-dimensional global ocean models. *Global Biogeochem. Cycles*, **15**(1), 43–60, doi:10.1029/1999GB001256.

Orr, J.C., et al., 2005: Anthropogenic ocean acidification over the twenty-first century and its impact on calcifying organisms. *Nature*, **437**(7059), 681–686.

Osborne, T.M., et al., 2004: Influence of vegetation on the local climate and hydrology in the tropics: sensitivity to soil parameters. *Clim. Dyn.*, **23**, 45–61.

Oyama, M.D., and C.A. Nobre, 2004: Climatic consequences of a large-scale desertification in northeast Brazil: a GCM simulation study. *J. Clim.*, **17**(16), 3203–3213.

Pacala, S.W., et al., 2001: Consistent land- and atmosphere-based US carbon sink estimates. *Science*, **292**, 2316–2320.

Paeth, H., and J. Feichter, 2006: Greenhouse-gas versus aerosol forcing and African climate response. *Clim Dyn.*, **26**(1), 35–54.

Page, S., et al., 2002: The amount of carbon released from peat and forest fires in Indonesia during 1997. *Nature*, **320**, 61–65.

Pahlow, M., and U. Riebesell, 2000, Temporal trends in deep ocean Redfield ratios. *Science*, **287**, 831–833.

Palmer, P.I., et al., 2003a: Inverting for emissions of carbon monoxide from Asia using aircraft observations over the western Pacific. *J. Geophys. Res.*, **108**(D21), 8828, doi:10.1029/2003JD003397.

Palmer, P.I., et al., 2003b: Mapping isoprene emissions over North America using formaldehyde column observations from space. *J. Geophys. Res.*, **108**, 4180, doi:10.1029/2002JD002153.

Park, R.J., et al., 2004: Global simulation of tropospheric ozone using the University of Maryland Chemical Transport Model (UMD-CTM): 1. Model description and evaluation. *J. Geophys. Res.*, **109**, D09301, doi:10.1029/2003JD004266.

Patra, P.K., et al., 2005: Role of biomass burning and climate anomalies for land-atmosphere carbon fluxes based on inverse modeling of atmospheric $CO_2$. *Global Biogeochem. Cycles*, **19**, GB3005, doi:10.1029/2004GB002258 .

Paull, C.K., et al., 2003: An experiment demonstrating that marine slumping is a mechanism to transfer methane from seafloor gas-hydrate deposits into the upper ocean and atmosphere. *Geo.-Marine Lett.*, **22**, 198–203.

Peng, Y., and U. Lohmann, 2003: Sensitivity study of the spectral dispersion of the cloud droplet size distribution on the indirect aerosol effect. *Geophys. Res. Lett.*, **30**(10), 1507, doi:10.1029/2003GL017192.

Peng, Y., et al., 2002: The cloud albedo-cloud droplet effective radius relationship for clean and polluted clouds from ACE and FIRE. *J. Geophys. Res.*, **107**(D11), doi:10.1029/2002JD000281.

Penner, J., et al., 2001: Aerosols, their direct and indirect effects. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 289–348.

Penner, J.E., S.Y. Zhang, and C.C. Chuang, 2003: Soot and smoke aerosol may not warm climate. *J. Geophys. Res.*, **108**(21), 4657, doi:10.1029/2003JD003409.

Penner., J.E., et al., 2006: Model intercomparison of indirect aerosol effects. *Atmos. Chem. Phys. Discuss.*, **6**, 1579–1617.

Perlwitz., I. Tegen, and R.L. Miller, 2001: Interactive soil dust aerosol model in the GISS GCM 1. Sensitivity of the soil dust cycle to radiative properties of soil dust aerosols. *J. Geophys. Res.*, **106**(D16), doi:10.1029/2000JD900668.

Perry, K.D., S.S. Cliff, and M.P. Jimenez-Cruz, 2004: Evidence for hygroscopic mineral dust particles from the Intercontinental Transport and Chemical Transformation Experiment. *J. Geophys. Res.*, **109**, D23S28, doi:10.1029/2004JD004979.

Petit, J., et al., 1999: Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. *Nature*, **399**, 429–436.

Pétron, G., et al., 2004: Monthly CO surface sources inventory based on the 2000-2001 MOPITT data. *Geophys. Res. Lett.*, **31**, L21107, doi:10.1029/2004GL020560.

Peylin, P., et al., 2005: Multiple constraints on regional $CO_2$ flux variations over land and oceans. *Global Biogeochem. Cycles*, **19**, GB1011, doi:10.1029/2003GB002214.

Phillips, O.L., et al., 1998: Changes in the carbon balance of tropical forests: evidence from long-term plots. *Science*, **282**(5388), 439–442.

Phillips, V.T.J., T.W. Choularton, A.M. Blyth, and J. Latham, 2002: The influence of aerosol concentrations on the glaciation and precipitation of a cumulus cloud. *Q. J. R. Meteorol. Soc.*, **128**(581), 951–971.

Pickering, K.E., et al., 2001: Trace gas transport and scavenging in PEM-Tropics B South Pacific convergence zone convection. *J. Geophys. Res.*, **106**(D23), doi:10.1029/2001JD000328.

Pielke, R.A. Sr., 2001: Influence of the spatial distribution of vegetation and soils on the prediction of cumulus convective rainfall. *Rev. Geophys.*, **39**(2), 151–177.

Pielke, R.A. Sr., and T. Matsui, 2005: Should light wind and windy nights have the same temperature trends at individual levels even if the boundary layer averaged heat content change is the same? *Geophys. Res. Lett.*, **32**, L21813, doi:10.1029/2005GL024407.

Pinto, J.P., and M.A.K. Khalil, 1991: The stability of tropospheric OH during ice ages, inter-glacial epochs and modern times. *Tellus*, **43B**, 347–352.

Pinty, B., et al., 2006: Simplifying the interaction of land surfaces with radiation for relating remote sensing products to climate models. *J. Geophys. Res.*, **111**, D02116, doi:10.1029/2005JD005952.

Pitman, A.J., B.J. McAvaney, N. Bagnound, and B. Chemint, 2004: Are inter-model differences in AMIP-II near surface air temperature means and extremes explained by land surface energy balance complexity. *Geophys. Res. Lett.*, **31**, L05205, doi:10.1029/2003GL019233.

Platnick, S., et al., 2000: The role of background cloud microphysics in the radiative formation of ship tracks. *J. Atmos. Sci.*, **57**, 2607–2624.

Platt, U., W. Allan, and D. Lowe. 2004: Hemispheric average Cl atom concentration from $^{12}C/^{13}C$ ratios in atmospheric methane. *Atmos. Chem. Phys.*, **4**, 2393–2399.

Plattner, G.-K., F. Joos, T.F. Stocker, and O. Marchal, 2001: Feedback mechanisms and sensitivities of ocean carbon uptake under global warming. *Tellus*, **53B**, 564–592.

Polvani, L.M. and P.J. Kushner, 2002: Tropospheric response to stratospheric perturbations in a relatively simple general circulation model. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL014284.

Prather, M.J., 2002: Lifetimes of atmospheric species: integrating environmental impacts. *Geophys. Res. Lett.*, **29**(22), 2063, doi:10.1029/2002GL016299

Prather, M.J., et al., 2001: Atmospheric chemistry and greenhouse gases. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 239–287.

Prentice, I.C., et al., 2001: The Carbon Cycle and Atmospheric Carbon Dioxide. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 99–181.

Price, C., and D. Rind, 1994a: Possible implications of global climate change on global lightning distributions and frequencies. *J. Geophys. Res.*, **99**(D5), doi:10.1029/94JD00019.

Price, C., and D. Rind, 1994b: The impact of a 2xCO₂ climate on lightning-caused fires. *J. Clim.*, **7**, 1484–1494.

Price, C., J. Penner, and M. Prather, 1997: NO$_x$ from lightning 1. Global distribution based on lightning physics. *J. Geophys. Res.*, **102**(D5), doi:10.1029/96JD03504.

Prinn, R.G., et al., 1990: Atmospheric emissions and trends of nitrous-oxide deduced from 10 years of ALE-gauge data. *J. Geophys. Res.*, **95**(D11), 18369–18385.

Prinn, R.G., et al., 2001: Evidence for substantial variations of atmospheric hydroxyl radicals in the past two decades. *Science*, **292**(5523), 1882–1888.

Prinn, R.G., et al., 2005: Evidence for variability of atmospheric hydroxyl radicals over the past quarter century. *Geophys.Res.Lett.*, **32**, L07809, doi:10.1029/2004GL022228.

Prospero, J.M., and P.J. Lamb, 2003: African droughts and dust transport to the Caribbean: Climate change implications. *Science*, **302**, 1024–1027.

Prospero, J.M., et al., 2002: Environmental characterization of global sources of atmospheric soil dust identified with the NIMBUS 7 total ozone mapping spectrometer (TOMS) absorbing aerosol product. *Rev. Geophys.*, **40**, doi:10.1029/2000RG000095.

Qian, Y., and F. Giorgi, 2000: Regional climatic effects of anthropogenic aerosols? The case of Southwestern China. *Geophys. Res. Lett.*, **27**(21), doi:10.1029/2000GL011942.

Quaas, J., O. Boucher, and F.-M. Bréon, 2004: Aerosol indirect effects in POLDER satellite data and the Laboratoire de Météorologie Dynamique-Zoom (LMDZ) general circulation model. *J. Geophys. Res.*, **109**, doi:10.1029/2003JD004317.

Quaas, J., O. Boucher, and U. Lohmann, 2006: Constraining the total aerosol indirect effect in the LMDZ and ECHAM4 GCMs using MODIS satellite data. *Atmos. Chem. Phys.*, **6**, 947-955.

Quay, P., et al., 2003: Changes in the $^{13}C/^{12}C$ of dissolved inorganic carbon in the ocean as a tracer of anthropogenic $CO_2$ uptake. *Global Biogeochem. Cycles*, **17**(1), 1004, doi:10.1029/2001GB001817.

Quesada, C.A., et al., 2004: Seasonal and depth variation of soil moisture in a burned open savanna (campo sujo) in central Brazil. *Ecol. Appl.*, **14**, S33–41.

Raich, J., and W. Schlesinger, 1992: The global carbon dioxide flux in soil respiration and its relationship to vegetation and climate. *Tellus*, **44B**, 81–99.

Ramanathan, V., P.J. Crutzen, J.T. Kiehl, and D. Rosenfeld, 2001: Aerosols, climate, and the hydrological cycle. *Science*, **294**, 2119–2123.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Ramankutty, N., and J.A. Foley, 1999: Estimating historical changes in global land cover: Croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **13**, 997–1028.

Randel, W.J., et al., 2004: Interannual changes of stratospheric water vapor and correlations with tropical tropopause temperatures. *J. Atmos. Sci.*, **61**, 2133–2148.

Randel, W.J., et al., 2006: Decreases in stratospheric water vapor after 2001: Links to changes in the tropical tropopause and the Brewer-Dobson circulation. *J. Geophys. Res.*, **111**, D12312, doi:10.1029/2005JD006744.

Randerson, J.T., et al., 2002a: Net ecosystem production: A comprehensive measure of net carbon accumulation by ecosystems. *Ecol. Appl.*, **12**(4), 937–947.

Randerson, J.T., et al., 2002b: Seasonal and latitudinal variability of troposphere $\Delta^{14}CO_2$: Post bomb contributions from fossil fuels, oceans, the stratosphere, and the terrestrial biosphere. *Global Biogeochem. Cycles*, **16**(4), 1112, doi:10.1029/2002GB001876.

Randerson, J.T., et al., 2002c: A possible global covariance between terrestrial gross primary production and $^{13}C$ discrimination: Consequences for the atmospheric $^{13}C$ budget and its response to ENSO. *Global Biogeochem. Cycles*, **16**(4), 1136, doi:10.1029/2001GB001845.

Randerson, J.T., et al., 2002d: Carbon isotope discrimination of arctic and boreal biomes inferred from remote atmospheric measurements and a biosphere-atmosphere model. *Global Biogeochem. Cycles*, **16**(3), doi:10.1029/2001GB001435.

Randerson, J.T., et al., 2005: Fire emissions from C-3 and C-4 vegetation and their influence on interannual variability of atmospheric $CO_2$ and $\Delta^{13}CO_2$. *Global Biogeochem. Cycles*, **19**(2), GB2019, doi:10.1029/2004GB002366.

Raymond, P.A., and J.J. Cole, 2003: Increase in the export of alkalinity from North America's largest river. *Science*, **301**, 88–91.

Rayner, P.J., I.G. Enting, R.J. Francey, and R. Langenfelds, 1999: Reconstructing the recent carbon cycle from atmospheric $CO_2$, $\delta^{13}C$ and $O_2/N_2$ observations. *Tellus*, **51B**(2), 213–232.

Rayner, P.J., et al., 2005: Two decades of terrestrial carbon fluxes from a Carbon Cycle Data Assimilation System (CCDAS). *Global Biogeochem. Cycles*, **19**, doi:10.1029/2004GB002254.

Reale, O., and P. Dirmeyer, 2002: Modeling the effect of land surface evaporation variability on precipitation variability. I: General response. *J. Hydrometeorol.*, **3**(4), 433–450.

Reale, O., P. Dirmeyer, and A. Schlosser, 2002: Modeling the effect of land surface evaporation variability on precipitation variability. II: Time- and space-scale structure. *J. Hydrometeorol.*, **3**(4), 451–466.

Reich, P.B., et al., 2006: Nitrogen limitation constrains sustainability of ecosystem response to $CO_2$. *Nature*, **440**, 922–925, doi:10.1038/nature04486.

Reinsel, G.C., et al., 2005: Trend analysis of total ozone data for turnaround and dynamical contributions. *J. Geophys. Res.*, **110**, D16306, doi:10.1029/2004JD004662.

Ren, X., et al., 2003: OH and $HO_2$ chemistry in the urban atmosphere of New York City. *Atmos. Environ.*, **37**, 3639–3651.

Revelle, R., and H.E. Suess, 1957: Carbon dioxide exchange between atmosphere and ocean and the question of an increase of atmospheric $CO_2$ during past decades. *Tellus*, **9**, 18–27.

Rice, A.H., et al., 2004: Carbon balance and vegetation dynamics in an old-growth Amazonian Forest. *Ecol. Appl.*, **14**(4), S55–S71.

Richey, J.E., 2004: Pathways of atmospheric $CO_2$ through fluvial systems. In: *The Global Carbon Cycle: Integrating Humans, Climate, and the Natural World* [Field, C., and M. Raupach (eds)]. SCOPE 62, Island Press, Washington, DC, pp. 329–340.

Richter, A., and J.P. Burrows, 2002: Tropospheric $NO_2$ from GOME measurements. *Adv. Space Res.*, **29**, 1673–1683.

Richter, A., et al., 2004: Satellite measurements of $NO_2$ from international shipping emissions. *Geophys. Res. Lett.*, **31**, doi:10.1029/2004GL020822.

Richter, A., et al., 2005: Increase in tropospheric nitrogen dioxide over China observed from space. *Nature*, **437**, 129–132.

Ridgwell, A.J., S.J. Marshall, and K. Gregson, 1999: Consumption of atmospheric methane by soils: A process-based model. *Global Biogeochem. Cycles*, **13**, 59–70.

Riebesell, U., D.A. Wolf-Gladrow, and V. Smetacek, 1993: Carbon dioxide limitation of marine phytoplankton growth rates. *Nature*, **361**, 249–251.

Riebesell, U., et al., 2000: Reduced calcification of marine plankton in response to increased atmospheric $CO_2$. *Nature*, **407**, 364–367.

Rind, D., J. Lerner, and C. McLinden, 2001: Changes of tracer distribution in the doubled $CO_2$ climate. *J. Geophys. Res.*, **106**(D22), doi:10.1029/2001JD000439.

Roberts, J.M., A.J. Wheeler, and A. Freiwald, 2006: Reefs of the deep: The biology and geology of cold-water coral ecosystems. *Science*, **312**, 543–547.

Robock, A., 2005: Cooling following large volcanic eruptions corrected for the effect of diffuse radiation on tree rings. *Geophys. Res. Lett.*, **32**, L06702, doi:10.1029/2004GL022116.

Rödenbeck, C., S. Houweling, M. Gloor, and M. Heimann, 2003a: Time-dependent atmospheric $CO_2$ inversions based on interannually varying tracer transport. *Tellus*, **55B**, 488–497.

Rödenbeck, C., S. Houweling, M. Gloor, and M. Heimann, 2003b: $CO_2$ flux history 1982–2001 inferred from atmospheric data using a global inversion of atmospheric transport. *Atmos. Chem. Phys.*, **3**, 2575–2659.

Roderick, M.L., G.D. Farquhar, S.L. Berry, and I.R. Noble, 2001: On the direct effect of clouds and atmospheric particles on the productivity and structure of vegetation. *Oecologia*, **129**, 21–30.

Roeckner, E., et al., 1999: Transient climate change simulations with a coupled atmosphere-ocean GCM including the tropospheric sulphur cycle. *J. Clim.*, **12**, 3004–3032.

Roeckner, E., et al., 2006: Impact of carbonaceous aerosol emissions on regional climate change. *Clim. Dyn.*, **27**, 553–571.

Rosenfeld, D., 1999: TRMM observed first direct evidence of smoke from forest fires inhibiting rainfall. *Geophys. Res. Lett.*, **26**(20), doi:10.1029/1999GL006066.

Rosenfeld, D., 2000: Suppression of rain and snow by urban and industrial air pollution. *Science*, **287**, 1793–1796.

Rosenfeld, D., and W.L. Woodley, 2000: Deep convective clouds with sustained supercooled liquid water down to −37.5 °C. *Nature*, **405**, 440–442.

Rosenfeld, D., Y. Rudich, and R. Lahav, 2001: Desert dust suppressing precipitation: a possible desertification feedback loop. *Proc. Natl. Acad. Sci. U.S.A.*, **98**, 5975–5980.

Rosenfeld, D., R. Lahav, A. Khain, and M. Pinsky, 2002: The role of sea spray in cleansing air pollution over ocean via cloud processes. *Science*, **297**, 1667–1670.

Rosenfield, J.E., A.R. Douglass, and D.B. Considine, 2002: The impact of increasing carbon dioxide on ozone recovery. *J. Geophys. Res.*, **107**(D6), 4049, doi:10.1029/2001JD000824.

Rosenlof, K.H., et al., 2001: Stratospheric water vapor increase over the past half-century. *Geophys. Res. Lett.*, **28**, 1195–1198.

Rotman, D.A., et al., 2004: IMPACT, the LLNL 3-D global atmospheric chemical transport model for the combined troposphere and stratosphere: Model description and analysis of ozone and other trace gases. *J. Geophys. Res.*, **109**, D04303, doi:10.1029/2002JD003155.

Rotstayn, L.D., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, **15**, 2103–2116.

Rotstayn, L.D., and Y. Liu, 2003: Sensitivity of the first indirect aerosol effect to an increase of cloud droplet spectral dispersion with droplet number concentration. *J. Clim.*, **16**, 3476–3481.

Rotstayn, L.D., and Y. Liu, 2005: A smaller global estimate of the second indirect aerosol effect. *Geophys. Res. Lett.*, **32**, L05708, doi:10.1029/2004GL021922.

Rotstayn, L.D., B.F. Ryan, and J.E. Penner, 2000: Precipitation changes in a GCM resulting from the indirect effects of anthropogenic aerosols. *Geophys. Res. Lett.*, **27**, 3045–3048.

Roy, S.B., G.C. Hurtt, C.P. Weaver, and S.W. Pacala, 2003: Impact of historical land cover change on the July climate of the United States. *J. Geophys. Res.*, **108**(D24), 4793, doi:10.1029/2003JD003565.

Roy, T., P. Rayner, R. Matear, and R. Francey, 2003: Southern hemisphere ocean $CO_2$ uptake: reconciling atmospheric and oceanic estimates. *Tellus*, **55B**(2), 701–710.

Royal Society, 2005: *Ocean Acidification Due to Increasing Atmospheric Carbon Dioxide.* Policy document 12/05, June 2005, The Royal Society, London, 60 pp., http://www.royalsoc.ac.uk/document.asp?tip=0&id=3249.

Ruddiman, W.F., and J.S. Thomson, 2001: The case for human causes of increased atmospheric $CH_4$ over the last 5000 years. *Quat. Sci. Rev.*, **20**, 1769–1777.

Russell, J.L., and J.M. Wallace, 2004: Annual carbon dioxide drawdown and the Northern Annular Mode. *Global Biogeochem. Cycles*, **18**(1), GB1012, doi:10.1029/2003GB002044.

Rustad, L.E., et al., 2001: A meta-analysis of the response of soil respiration, net nitrogen mineralization, and above ground plant growth to experimental ecosystem warming. *Oecologia*, **126**, 543–562.

Ryskin, G., 2003: Methane-driven oceanic eruptions and mass extinctions. *Geology*, **31**(9), 741–744.

Sabine, C.L., et al., 2004a: The oceanic sink for anthropogenic $CO_2$. *Science*, **305**(5682), 367–371.

Sabine, C.L., et al., 2004b: Current status and past trends of the global carbon cycle. In: *The Global Carbon Cycle: Integrating Humans, Climate and the Natural World* [Field, C., and M. Raupach (eds.)]. SCOPE 62, Island Press, Washington, DC, pp. 17–44.

Saiz-Lopez, A., and J.M.C. Plane, 2004: Novel iodine chemistry in the marine boundary layer. *Geophys. Res. Lett.*, **31**, L04112, doi:10.1029/2003GL019215.

Saiz-Lopez, A., et al., 2005: Modelling molecular iodine emissions in a coastal marine environment: the link to new particle formation. *Atmos. Chem. Phys. Discuss.*, **5**, 5405–5439.

Saleska, S.R., et al., 2003: Carbon in Amazon forests: Unexpected seasonal fluxes and disturbance–induced losses. *Science*, **302**(5650), 1554–1557.

Salvucci, G.D., J.A. Saleem, and R. Kaufmann, 2002: Investigating soil moisture feedbacks on precipitation with tests of Granger causality. *Adv. Water Resour.*, **25**, 1305–1312.

Sanderson, M.G., W.J. Collins, R.G. Derwent, and C.E. Johnson, 2003a: Simulation of global hydrogen levels using a Lagrangian three-dimensional model. *J. Atmos. Chem.*, **46**(1), 15–28.

Sanderson, M.G., et al., 2003b: Effect of climate change on isoprene emissions and surface ozone levels. *Geophys. Res. Lett.*, **30**(18), 1936, doi:10.1029/2003GL017642.

Sarmiento, J.L., and E.T. Sundquist, 1992: Revised budget for the oceanic uptake of anthropogenic carbon dioxide. *Nature*, **356**, 589–593.

Sarmiento, J.L., and N. Gruber, 2006: *Ocean Biogeochemical Dynamics.* Princeton University Press, Princeton, NJ, 503 pp.

Sarmiento, J.L., et al., 2004: Response of ocean ecosystems to climate warming. *Global Biogeochem. Cycles*, **18**(3), GB3003, doi:10.1029/2003GB002134.

Sass, R.L., J.A. Andrews, A.J. Ding, and F.M. Fisher, 2002: Spatial and temporal variability in methane emissions from rice paddies: implications for assessing regional methane budgets. *Nutrient Cycling in Agroecosystems*, **64**(1–2), 3–7.

Sathyendranath, S., et al., 1991: Biological control of surface temperature in the Arabian Sea. *Nature*, **349**, 54–56.

Saueressig, G., et al., 2001: Carbon 13 and D kinetic isotope effects in the reaction of $CH_4$ with $O(^1D)$ and OH: New laboratory measurements and their implications for the isotopic composition of stratospheric methane. *J. Geophys. Res.*, **106**, 23127–23138.

Scanlon, B.R., et al., 2005: Ecological controls on water-cycle response to climate variability in deserts. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 6033–6038.

Scheehle, E.A., W.N. Irving, and D. Kruger, 2002: Global anthropogenic methane emission. In: *Non-CO₂ Greenhouse Gases* [Van Ham, J., A.P. Baede, R. Guicherit, and J.Williams-Jacobse (eds)]. Millpress, Rotterdam, pp. 257–262.

Schimel, D.S., et al., 2001: Recent patterns and mechanisms of carbon exchange by terrestrial ecosystems. *Nature*, **414**, 169–172.

Schoeberl, M.R., A.R. Douglass, Z. Zhu, and S. Pawson, 2003: A comparison of the lower stratospheric age-spectra derived from a general circulation model and two data assimilation systems. *J. Geophys. Res.*, **108**(D3), doi:10.1029/2002JD002652.

Schultz, M.G., T. Diehl, G.P. Brasseur, and W. Zittel, 2003: Air pollution and climate-forcing impacts of a global hydrogen economy. *Science*, **302**, 624–627.

Schulz, M., Y. Balkanski, F. Dulac, and W. Guelle, 1998: Role of aerosol size distribution and source location in a three-dimensional simulation of a Saharan dust episode tested against satellite-derived optical thickness. *J. Geophys. Res*, **103**, 10579–10592.

Sciandra, A., et al., 2003: Response of the coccolithophorid *Emiliana huxleyi* to elevated partial pressure of $CO_2$ under nitrogen limitation. *Mar. Ecol. Prog. Ser.*, **261**, 111–122.

Seifert, A., and K.D. Beheng, 2006: A two-moment cloud microphysics parameterization for mixed-phase clouds. Part II: Deep convective storms. *Meteorol. Atmos. Phys.*, **92**, doi:10.1007/s00703-005-0113-3.

Seiler, W., and R. Conrad, 1987: Contribution of tropical ecosystems to the global budget of trace gases, especially $CH_4$, $H_2$, CO, and $N_2O$. In: *The Geophysiology of Amazonia: Vegetation and Climate Interactions* [Dickinson, R.E. (ed.)]. John Wiley, New York, pp. 33–62.

Sekiguchi, M., et al., 2003: A study of the direct and indirect effects of aerosols using global satellite data sets of aerosol and cloud parameters. *J. Geophys. Res.*, **108**, 4699, doi:10.1029/2002JD003359.

Sharon, T.M., et al., 2006: Aerosol and cloud microphysical characteristics of rifts and gradients in maritime stratocumulus clouds. *J. Atmos. Sci.*, **63**(3), 983–997.

Shim, C., et al., 2005: Constraining global isoprene emissions with Global Ozone Monitoring Experiment (GOME) formaldehyde column measurements. *J. Geophys. Res.*, **110**, D24301, doi:10.1029/2004JD005629.

Shindell, D.T., and G. Faluvegi, 2002: An exploration of ozone changes and their radiative forcing prior to the chlorofluorocarbon era. *Atmos. Chem. Phys.*, **2**, 363–374.

Shindell, D.T., G. Faluvegi, and N. Bell, 2003: Preindustrial-to-present-day radiative forcing by tropospheric ozone from improved simulations with the GISS chemistry-climate GCM. *Atmos. Chem. Phys.*, **3**, 1675–1702.

Shindell, D.T., B.P. Walter, and G. Faluvegi, 2004: Impacts of climate change on methane emissions from wetlands. *Geophys. Res. Lett.*, **31**, L21202, doi:10.1029/2004GL021009.

Shindell, D.T., et al., 2001: Chemistry-climate interactions in the Goddard Institute for Space Studies general circulation model 1. Tropospheric chemistry model description and evaluation. *J. Geophys. Res.*, **106**(D8), doi:10.1029/2000JD900704.

Shvidenko, A.Z., and S. Nilsson, 2003: A synthesis of the impact of Russian forests on the global carbon budget for 1961-1998. *Tellus*, **55B**, 391–415.

Siegenthaler, U., et al., 2005: Stable carbon cycle-climate relationship during the late Pleistocene. *Science*, **310**(5752), 1313–1317.

Sievering, H., et al., 1992: Removal of sulphur from the marine boundary layer by ozone oxidation in sea-salt aerosols. *Nature*, **360**, 571–573.

Sievering, H., et al., 2000: Forest canopy uptake of atmospheric nitrogen deposition at eastern U.S. conifer sites: Carbon storage implications. *Global Biogeochem. Cycles*, **14**(4), doi:10.1029/1999GB001250.

Sillman, S., and P.J. Samson, 1995: Impact of temperature on oxidant photochemistry in urban, polluted rural, and remote environments. *J. Geophys. Res.*, **100**(D6), 11497–11508, doi:10.1029/94JD02146.

Silva Dias, M.A.F., et al., 2002: Clouds and rain processes in a biosphere atmosphere interaction context. *J. Geophys. Res.*, **107**(D20), 8072, doi:10.1029/2001JD000335.

Simmonds, P.G., et al., 2000: Continuous high-frequency observations of hydrogen at the Mace Head baseline atmospheric monitoring station over the 1994-1998 period. *J. Geophys. Res.*, **105**(D10), 12105–12121, doi:10.1029/2000JD900007.

Simmons, A.J., et al., 2005: ECMWF analyses and forecasts of stratospheric winter polar vortex breakup: September 2002 in the southern hemisphere and related events. *J. Atmos. Sci.*, **62**, 668–689.

Singh, H.B., et al., 2004: Analysis of the atmospheric distribution, sources, and sinks of oxygenated volatile organic chemicals based on measurements over the Pacific during the TRACE-P. *J. Geophys. Res.*, **109**, D15S07, doi:10.1029/2003JD003883.

Sinha, A., 1995: Relative influence of lapse rate and water vapour on the greenhouse effect. *J. Geophys. Res.*, **100**(D3), 5095–5103, doi:10.1029/94JD03248.

Sitch, S., et al., 2003: Evaluation of ecosystem dynamics, plant geography and terrestrial carbon cycling in the LPJ dynamic global vegetation model. *Global Change Biol.*, **9**, 161–185.

Sitch, S., et al., 2005: Impacts of future land cover changes on atmospheric $CO_2$ and climate. *Global Biogeochem. Cycles*, **19**, doi:10.1029/2004GB002311.

Smith, K.A., and F. Conen, 2004: Impacts of land management on fluxes of trace greenhouse gases. *Soil Use Management*, **20**, 255–263.

Smith, P., D.S. Powlson, M.J. Glendining, and J.U. Smith, 1997: Potential for carbon sequestration in European soils: preliminary estimates for five scenarios using results from long-term experiments. *Global Change Biol.*, **3**, 67–79.

Smith, S.V., and J.T. Hollibaugh, 1993: Coastal metabolism and the oceanic organic carbon balance. *Rev. Geophys.*, **31**(1), 75–89.

Smyth, T.J., T. Tyrrell, and B. Tarrant, 2004: Time series coccolithophore activity in the Barents Sea, from twenty years of satellite imagery. *Geophys. Res. Lett.*, **31**, L11302, doi:10.1029/2004GL019735.

Snover, A.K., and P.D. Quay, 2000: Hydrogen and carbon kinetic effects during soil uptake of atmospheric methane. *Global Biogeochem. Cycles*, **14**, 25–39.

Snyder, P.K., C. Delire, and J.A. Foley, 2004: Evaluating the influence of different vegetation biomes on the global climate. *Clim. Dyn.*, **23**, 279–302, doi:10.1007/s00382-004-0430-0.

Song, Y., and W.A. Robinson, 2004: Dynamical mechanisms for stratospheric influences on the troposphere. *J. Atmos. Sci.*, **61**, 1711–1725.

Spahni, R., et al., 2005: Atmospheric methane and nitrous oxide of the Late Pleistocene from Antarctic ice cores. *Science*, **310**(5752), 1317–1321.

Steinbrecht, W., H. Claude, and P. Winkler, 2004: Enhanced upper stratospheric ozone: Sign of recovery or solar cycle effect? *J. Geophys. Res.*, **109**, D02308, doi:10.1029/2003JD004284.

Stephens, G.L., N.B. Wood, and L.A. Pakula, 2004: On the radiative effects of dust on tropical convection. *Geophys. Res. Lett.*, **31**, L23112, doi:10.1029/2004GL021342.

Stevens, B., et al., 2005: Pockets of open cells and drizzle in marine stratocumulus. *Bull. Am. Meteorol. Soc.*, **86**, 51–57.

Stevenson, D.S., et al., 2000: Future estimates of tropospheric ozone radiative forcing and methane turnover - the impact of climate change. *Geophys. Res. Lett.*, **105**(14), doi:10.1029/1999GL010887.

Stevenson, D.S., et al., 2004: Radiative forcing from aircraft $NO_x$ emissions: mechanisms and seasonal dependence. *J. Geophys. Res.*, **109**, D17307, doi:10.1029/2004JD004759.

Stevenson, D.S., et al., 2005: Impacts of climate change and variability on tropospheric ozone and its precursors. *Faraday Discuss.*, **130**, doi:10.1039/b417412g.

Stevenson, D.S., et al., 2006: Multi-model ensemble of present-day and near-future tropospheric ozone. *J. Geophys. Res.*, **111**, D8301, doi:10.1029/2005JD006338.

Stier, P., et al., 2006a: The evolution of the global aerosol system in a transient climate simulation from 1860 to 2100. *Atmos. Chem. Phys.*, **6**, 3059–3076.

Stier, P., et al., 2006b: Emission-induced nonlinearities in the global aerosol system - results from the ECHAM5-HAM aerosol-climate model. *J. Clim.*, **19**, 3845–3862.

Stocks, B.J., et al., 1998: Climate change and forest fire potential in Russian and Canadian boreal forests. *Clim. Change*, **38**, 1–13.

Storelvmo T., et al., 2006: Predicting cloud droplet number concentration in Community Atmosphere Model (CAM)-Oslo. *J. Geophys. Res.*, **111**, D24208, doi:10.1029/2005JD006300.

Sturm, M., T. Douglas, C. Racine, and G. Liston, 2005: Changing snow and shrub conditions affect albedo with global implications. *J. Geophys. Res.*, **110**, G01004, doi:10.1029/2005JG000013.

Sudo, K., M. Takahashi, and H. Akimoto, 2002a: CHASER: A global chemical model of the troposphere 2. Model results and evaluation. *J. Geophys. Res.*, **107**, 4586, doi:10.1029/2001JD001114.

Sudo, K., M. Takahashi, J. Kurokawa, and H. Akimoto, 2002b: CHASER: A global chemical model of the troposphere 1. Model description. *J. Geophys. Res.*, **107**, 4339, doi:10.1029/2001JD001113.

Suntharalingam, P., et al., 2005: Influence of reduced carbon emissions and oxidation on the distribution of atmospheric $CO_2$: Implications for inversion analyses. *Global Biogeochem. Cycles*, **19**, GB4003, doi:10.1029/2005GB002466.

Takahashi, T., et al., 2002: Global sea-air $CO_2$ flux based on climatological surface ocean $pCO_2$, and seasonal biological and temperature effects. *Deep-Sea Res. II*, **49**(9–10), 1601–1622.

Takemura, T., et al., 2005: Simulation of climate response to aerosol direct and indirect effects with aerosol transport-radiation model. *J. Geophys. Res*, **110**, doi:10.1029/2004JD00502.

Tan, W.W., M.A. Geller, S. Pawson, and A. da Silva, 2004: A case study of excessive subtropical transport in the stratosphere of a data assimilation system. *J. Geophys. Res.*, **109**, D11102, doi:10.1029/2003JD004057.

Tans, P., P., and T.J. Conway, 2005: Monthly atmospheric $CO_2$ mixing ratios from the NOAA CMDL Carbon Cycle Cooperative Global Air Sampling Network, 1968-2002. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN, http://cdiac.ornl.gov/trends/co2/cmdl-flask/cmdl-flask.html.

Tegen, I., A.A. Lacis, and I. Fung, 1996: The influence of mineral aerosols from disturbed soils on the global radiation budget. *Nature*, **380**, 419–422.

Tegen, I., M. Werner, S.P. Harrison, and K.E. Kohfeld, 2004: Relative importance of climate and land use in determining present and future global soil dust emission. *Geophys. Res. Lett.*, **31**, L05105, doi:10.1029/2003GL019216.

Tegen, I., et al., 2002: Impact of vegetation and preferential source areas on global dust aerosol: results from a model study. *J. Geophys. Res.*, **107**(D21), 4576, doi:10.1029/2001JD000963.

Textor, C., et al., 2005: Analysis and quantification of the diversities of aerosol life cycles within AEROCOM. *Atmos. Chem. Phys. Discuss.*, **5**, 8331–8420.

Thompson, A.M., et al., 1996: Where did tropospheric ozone over southern Africa and the tropical Atlantic come from in October 1992? Insights from TOMS, GTE TRACE A, and SAFARI 1992. *J. Geophys. Res.*, **101**(D19), doi:10.1029/96JD01463.

Thompson, A.M., et al., 2000: A tropical Atlantic paradox: shipboard and satellite views of a tropospheric ozone maximum and wave-one in January–February 1999. *Geophys. Res. Lett.*, **27**(20), doi:10.1029/1999GL011273.

Wang, G., et al., 2004: Decadal variability of rainfall in the Sahel: results from the coupled GENESIS-IBIS atmosphere-biosphere model. *Clim. Dyn.*, **22**, doi:10.1007/s00382-004-0411-3.

Wang, J.S., M.B. McElroy, C.M. Spivakovsky, and D.B.A. Jones, 2002: On the contribution of anthropogenic Cl to the increase in $\delta^{13}C$ of atmospheric methane. *Global Biogeochem. Cycles*, **16**, doi:10.1029/2001GB001572.

Wang, J.S., et al., 2004: A 3-D model analysis of the slowdown and interannual variability in the methane growth rate from 1988 to 1997. *Global Biogeochem. Cycles*, **18**, GB3011, doi:10.1029/3003GB002180.

Wang, S.S., 2005: Dynamics of surface albedo of a boreal forest and its simulation. *Ecol. Model.*, **183**, 477–494.

Wang, S.S., et al., 2002: Modelling carbon dynamics of boreal forest ecosystems using the Canadian Land Surface Scheme. *Clim. Change*, **55**(4), 451–477.

Wang, Y., D.J. Jacob, and J.A. Logan, 1998: Global simulation of tropospheric $O_3$-$NO_x$-hydrocarbon chemistry, 3. Origin of tropospheric ozone and effects of non-methane hydrocarbons. *J. Geophys. Res.*, **103**(D9), 10757–10768.

Wang, Z., et al., 2004: Using MODIS BRDF and albedo data to evaluate global model land surface albedo. *J. Hydrometeorol.*, **5**, 3–14.

Wanninkhof, R., and W.R. McGillis, 1999: A cubic relationship between air-sea $CO_2$ exchange and wind speed. *Geophys. Res. Lett.*, **26**(13), 1889–1892.

Warneck, P., 1988: *Chemistry of the Natural Atmosphere*. Academic Press, London, 757 pp.

Warner, C.D., and M.E. McIntyre, 2001: An ultrasimple spectral parameterization for nonorographic gravity waves. *J. Atmos Sci.*, **58**, 1837–1857.

Warner, J., and S. Twomey, 1967: The production of cloud nuclei by cane fires and the effect on cloud droplet concentration. *J. Atmos Sci.*, **24**, 704–706.

Warwick, N.J., S. Bekki, E.G. Nisbet, and J.A. Pyle, 2004: Impact of a hydrogen economy on the stratosphere and troposphere studied in a 2-D model. *Geophys. Res. Lett.*, **31**, L05107, doi:10.1029/2003GL019224.

Warwick, N.J., et al., 2002: The impact of meteorology on the interannual growth rate of atmospheric methane. *Geophys. Res. Lett.*, **29**(20), 1947, doi:10.1029/2002GL015282.

Weaver, C.P., S.B. Roy, and R. Avissar, 2002: Sensitivity of simulated mesoscale atmospheric circulations resulting from landscape heterogeneity to aspects of model configuration. *J. Geophys. Res.*, **107**(D20), 8041, doi:10.1029/2001JD000376.

Weiss, R.F., 1974: Carbon dioxide in water and seawater: the solubility of a non-ideal gas. *Mar. Chem.*, **2**, 203–215.

Wells, M.L., and E.D. Goldberg, 1994: The distribution of colloids in the North Atlantic and Southern Oceans. *Limnol. Oceanogr.*, **39**, 286–302.

Werner, M., et al., 2002: Seasonal and interannual variability of the mineral dust cycle under present and glacial climate conditions. *J. Geophys. Res.*, **107**(D24), 4744, doi:10.1029/2002JD002365.

Wetzel, P., et al., 2006. Effects of ocean biology on the penetrative radiation in a coupled climate model. *J. Clim.*, **19**, 3973–3987.

Wickland, K., R. Striegl, J. Neff, and T. Sachs, 2006: Effects of permafrost melting on $CO_2$ and $CH_4$ exchange of a poorly drained black spruce lowland. *J. Geophys. Res.*, **111**, G02011, doi:10.1029/2005JG000099.

Wild, O., M.J. Prather, and H. Akimoto, 2001: Indirect long-term global radiative cooling from $NO_x$ emissions. *Geophys. Res. Lett.*, **28**(9), 1719–1722.

Wild, O., P. Pochanart, and H. Akimoto, 2004: Trans-Eurasian transport of ozone and its precursors. *J. Geophys. Res.*, **109**, D11302, doi:10.1029/2003JD004501.

Williams, A.A.J., D.J. Karoly, and N. Tapper, 2001: The sensitivity of Australian fire danger to climate change. *Clim. Change*, **49**, 171–191.

Williams, K.D., et al., 2001: The response of the climate system to the indirect effects of anthropogenic sulphate aerosols. *Clim. Dyn.*, **17**, 845–856.

Williamson, D., et al., 2005: Moisture and temperature at the Atmospheric Radiation Measurement Southern Great Plains site in forecasts with the Community Atmosphere Model (CAM2). *J. Geophys. Res.*, **110**, doi:10.1029/2004JD005109.

WMO, 2003: *Scientific Assessment of Ozone Depletion: 2002*. Global Ozone Research and Monitoring Project Report No. 47, World Meteorological Organization, Geneva, 498 pp.

Wong, S., et al., 2004: A global climate-chemistry model study of present-day tropospheric chemistry and radiative forcing from changes in tropospheric $O_3$ since the preindustrial period. *J. Geophys. Res.*, **109**, D11309, doi:10.1029/2003JD003998.

Woodward, S., D.L. Roberts, and R.A. Betts, 2005: A simulation of the effect of climate change-induced desertification on mineral dust aerosol. *Geophys. Res. Lett.*, **32**, L18810, doi:10.1029/2005GL023482.

Wuebbles, D.J., and K. Hayhoe, 2002: Atmospheric methane and global change. *Earth Sci. Rev.*, **57**, 177–210.

Wurzler, S., T.G. Reisin, and Z. Levin, 2000: Modification of mineral dust particles by cloud processing and subsequent effects on drop size distributions. *J. Geophys. Res.*, **105**(D4), 4501–4512.

Xiao, Y., et al., 2004: Constraints on Asian and European sources of methane from $CH_3$-$C_2H_6$-Co correlation in Asian outflow. *J. Geophys. Res.*, **109**, doi:10.1029/2003JD004475.

Xu, Z., et al., 2004: Effects of elevated $CO_2$ and N fertilization of $CH_4$ emissions from paddy rice fields. *Global Biogechem. Cycles*, **18**, GB3009, doi:10.1029/2004GB002233.

Yamasoe, M.A., et al., 2006: Effect of smoke and clouds on the transmissivity of photosynthetically active radiation inside the canopy. *Atmos. Chem. Phys.*, **6**, 1645–1656.

Yan, X., T. Ohara, and H. Akimoto, 2003: Development of region-specific emission factors and estimation of methane emission from rice fields in the East, Southeast, and South Asian countries. *Global Change Biol.*, **9**, 237–254.

Yang, E.-S., D.M. Cunnold, M.J. Newchurch, and R.J. Salawitch, 2005: Change in ozone trends at southern high latitudes. *Geophys. Res. Lett.*, **32**, L12812, doi:10.1029/2004GL022296.

Yang, K., et al., 2004: The daytime evolution of the atmospheric boundary layer and convection over the Tibetan Plateau: observations and simulations. *J. Meteorol. Soc. Japan*, **82**(6), 1777–1792.

Yang, R., and M.A. Friedl, 2003: Modeling the effects of 3-D vegetation structure on surface radiation and energy balance in boreal forests. *J. Geophys. Res.*, **108**(D16), 8615, doi:10.1029/2002JD003109.

Yin, Y., K.S. Carslaw, and G. Feingold, 2005: Vertical transport and processing of aerosols in a mixed-phase convective cloud and the feedback on cloud development. *Q. J. R. Meteorol. Soc.*, **131**, 221–246.

Yin, Y., A. Levin, T.G. Reisin, and S. Tzivion, 2000: The effect of giant cloud condensation nuclei on the development of precipitation in convective clouds - a numerical study. *Atmos. Res.*, **53**, 91–116.

Yin, Y., S. Wurzler, A. Levin, and T.G. Reisin, 2002: Interactions of mineral dust particles and clouds: Effects on precipitation and cloud optical properties. *J. Geophys. Res.*, **107**, doi:10.1029/2001JD001544.

Yurganov, L.N., et al., 2005: Increased Northern Hemispheric carbon monoxide burden in the troposphere in 2002 and 2003 detected from the ground and from space. *Atm. Chem. Phys.*, **5**, 563–573.

Zeebe, R.E., and D. Wolf-Gladrow, 2001: $CO_2$ *in Seawater: Equilibrium, Kinetics, Isotopes*. Elsevier Oceanography Series 65, Elsevier, Amsterdam, 346 pp.

Zender, C., R.L. Miller, and I. Tegen, 2004: Quantifying mineral dust mass budgets: systematic terminology, constraints, and current estimates. *Eos*, **85**(48), 509, 512.

Zeng, G., and J.A. Pyle, 2003: Changes in tropospheric ozone between 2000 and 2100 modeled in a chemistry-climate model. *Geophys. Res. Lett.*, **30**, 1392, doi:10.1029/2002GL016708.

Zeng, N., K. Hales, and J.D. Neelin, 2002: Nonlinear dynamics in a coupled vegetation-atmosphere system and implications for desert-forest gradient. *J. Clim.*, **15**, 3474–3485.

Zeng, N., A. Mariotti, and P. Wetzel, 2005: Terrestrial mechanisms of interannual $CO_2$ variability, *Global Biogeochem. Cycles*, **19**, GB1016, doi:10.1029/2004GB002273.

Zeng, N., H. Qian, E. Munoz, and R. Iacono, 2004: How strong is carbon cycle-climate feedback under global warming? *Geophys. Res. Lett.*, **31**, L20203, doi:10.1029/2004GL020904.

Zeng, X.-D., S.S.P. Shen, X. Zeng, and R.E. Dickinson, 2004: Multiple equilibrium states and the abrupt transitions in a dynamical system of soil water interacting with vegetation. *Geophys. Res. Lett.*, **31**, L05501, doi:10.1029/2003GL018910.

Zerefos, C., et al., 1998: Quasi-biennial and longer-term changes in clear sky UV-B solar irradiance. *Geophys. Res. Lett.*, **25**, 4345–4348.

Zhang, J., U. Lohmann, and P. Stier, 2005: A microphysical parameterization for convective clouds in the ECHAM5 climate model, 1. Single column results evaluated at the Oklahoma ARM site. *J. Geophys. Res.*, **110**, doi:10.1029/2004JD005128.

Zhang, X.Y., R. Arimoto, and Z.S. An, 1997: Dust emission from Chinese desert sources linked to variations in atmospheric circulation. *J. Geophys. Res.*, **102**, 28041–28047.

Zhang, X.Y., H.Y. Lu, R. Arimoto, and S.L. Gong, 2002: Atmospheric dust loadings and their relationship to rapid oscillations of the Asian winter monsoon climate: two 250-kyr loess records. *Earth Planet. Sci. Lett.*, **202**, 637–643.

Zhang, X.Y., et al., 2003: Sources of Asian dust and role of climate change versus desertification in Asian dust emission. *Geophys. Res. Lett.*, **30**, 2272, doi:10.1029/2003GL018206.

Zhou, L., R.E. Dickinson, and Y. Tian, 2005: Derivation of a soil albedo dataset from MODIS using principal component analysis: Northern Africa and the Arabian Peninsula. *Geophys. Res. Lett.*, **32**, L21407, doi:10.1029/205GL024448.

Zhou, L., et al., 2001: Variations in northern vegetation activity inferred from satellite data of vegetation index during 1981 to 1999. *J. Geophys. Res.*, **106**, 20069–20083.

Zhou, L., et al., 2003a: A sensitivity study of climate and energy balance simulations with use of satellite-derived emissivity data over Northern Africa and the Arabian Peninsula. *J. Geophys. Res.*, **108**(D24), 4795, doi:10.1029/2003JD004083.

Zhou, L., et al., 2003b: Relations between albedos and emissivities from MODIS and ASTER data over North African desert. *Geophys. Res. Lett.*, **30**(20), 2026, doi:10/1029/2003GL018069.

Zhou, L., et al., 2003c: Relation between interannual variations in satellite measures of northern forest greenness and climate between 1982 and 1999. *J. Geophys. Res.*, **108**(D1), 4004, doi:10.1029/2002JD002510.

Zhou, L., et al., 2004: Evidence for a significant urbanization effect on climate in China. *Proc. Natl. Acad. Sci. U.S.A.*, **101**(26), 9540–9544.

Zhuang, Q., et al., 2004: Methane fluxes between terrestrial ecosystem and the atmosphere at northern high latitudes during the past century: A retrospective analysis with a process-based biogeochemistry model. *Global Biogeochem.Cycles*, **18**, doi:10.1029/2008GD002239.

Zittel, W., and M. Altmann, 1996: Molecular hydrogen and water vapour emissions in a global hydrogen energy economy. In: *Proceedings of the 11th World Hydrogen Energy Conference, Stuttgart, Germany, June 1996*. Schön & Wetzel, Frankfurt, Germany, pp. 71–82.

Zondervan, I., R.E. Zeebe, B. Rost, and U. Riebesell, 2001: Decreasing marine biogenic calcification: a negative feedback on rising $pCO_2$. *Global Biogeochem. Cycles*, **15**, 507–516.



# 8

# Climate Models and Their Evaluation

## Coordinating Lead Authors:

David A. Randall (USA), Richard A. Wood (UK)

## Lead Authors:

Sandrine Bony (France), Robert Colman (Australia), Thierry Fichefet (Belgium), John Fyfe (Canada), Vladimir Kattsov (Russian Federation), Andrew Pitman (Australia), Jagadish Shukla (USA), Jayaraman Srinivasan (India), Ronald J. Stouffer (USA), Akimasa Sumi (Japan), Karl E. Taylor (USA)

## Contributing Authors:

K. AchutaRao (USA), R. Allan (UK), A. Berger (Belgium), H. Blatter (Switzerland), C. Bonfils (USA, France), A. Boone (France, USA), C. Bretherton (USA), A. Broccoli (USA), V. Brovkin (Germany, Russian Federation), W. Cai (Australia), M. Claussen (Germany), P. Dirmeyer (USA), C. Doutriaux (USA, France), H. Drange (Norway), J.-L. Dufresne (France), S. Emori (Japan), P. Forster (UK), A. Frei (USA), A. Ganopolski (Germany), P. Gent (USA), P. Gleckler (USA), H. Goosse (Belgium), R. Graham (UK), J.M. Gregory (UK), R. Gudgel (USA), A. Hall (USA), S. Hallegatte (USA, France), H. Hasumi (Japan), A. Henderson-Sellers (Switzerland), H. Hendon (Australia), K. Hodges (UK), M. Holland (USA), A.A.M. Holtslag (Netherlands), E. Hunke (USA), P. Huybrechts (Belgium), W. Ingram (UK), F. Joos (Switzerland), B. Kirtman (USA), S. Klein (USA), R. Koster (USA), P. Kushner (Canada), J. Lanzante (USA), M. Latif (Germany), N.-C. Lau (USA), M. Meinshausen (Germany), A. Monahan (Canada), J.M. Murphy (UK), T. Osborn (UK), T. Pavlova (Russian Federationi), V. Petoukhov (Germany), T. Phillips (USA), S. Power (Australia), S. Rahmstorf (Germany), S.C.B. Raper (UK), H. Renssen (Netherlands), D. Rind (USA), M. Roberts (UK), A. Rosati (USA), C. Schär (Switzerland), A. Schmittner (USA, Germany), J. Scinocca (Canada), D. Seidov (USA), A.G. Slater (USA, Australia), J. Slingo (UK), D. Smith (UK), B. Soden (USA), W. Stern (USA), D.A. Stone (UK), K.Sudo (Japan), T. Takemura (Japan), G. Tselioudis (USA, Greece), M. Webb (UK), M. Wild (Switzerland)

## Review Editors:

Elisa Manzini (Italy), Taroh Matsuno (Japan), Bryant McAvaney (Australia)

## This chapter should be cited as:

Randall, D.A., R.A. Wood, S. Bony, R. Colman, T. Fichefet, J. Fyfe, V. Kattsov, A. Pitman, J. Shukla, J. Srinivasan, R.J. Stouffer, A. Sumi and K.E. Taylor, 2007: Cilmate Models and Their Evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** ................................................ 591

**8.1  Introduction and Overview** ....................... 594

  8.1.1  What is Meant by Evaluation? .............................. 594

  8.1.2  Methods of Evaluation ......................................... 594

  8.1.3  How Are Models Constructed? ........................... 596

**8.2  Advances in Modelling** .................................. 596

  8.2.1  Atmospheric Processes ....................................... 602

  8.2.2  Ocean Processes ................................................. 603

  8.2.3  Terrestrial Processes ........................................... 604

  8.2.4  Cryospheric Processes ........................................ 606

  8.2.5  Aerosol Modelling and Atmospheric Chemistry ............................................................. 607

  8.2.6  Coupling Advances .............................................. 607

  8.2.7  Flux Adjustments and Initialisation .................... 607

**8.3  Evaluation of Contemporary Climate as Simulated by Coupled Global Models** ........ 608

  8.3.1  Atmosphere .......................................................... 608

  8.3.2  Ocean ................................................................... 613

  8.3.3  Sea Ice .................................................................. 616

  8.3.4  Land Surface ....................................................... 617

  8.3.5  Changes in Model Performance .......................... 618

**8.4  Evaluation of Large-Scale Climate Variability as Simulated by Coupled Global Models** ......................................... 620

  8.4.1  Northern and Southern Annular Modes ............. 620

  8.4.2  Pacific Decadal Variability .................................. 621

  8.4.3  Pacific-North American Pattern .......................... 622

  8.4.4  Cold Ocean-Warm Land Pattern ........................ 622

  8.4.5  Atmospheric Regimes and Blocking .................. 623

  8.4.6  Atlantic Multi-decadal Variability ...................... 623

  8.4.7  El Niño-Southern Oscillation ............................. 623

  8.4.8  Madden-Julian Oscillation .................................. 625

  8.4.9  Quasi-Biennial Oscillation .................................. 625

  8.4.10  Monsoon Variability ........................................... 626

  8.4.11  Shorter-Term Predictions Using Climate Models ................................................... 626

**8.5  Model Simulations of Extremes** .................... 627

  8.5.1  Extreme Temperature ......................................... 627

  8.5.2  Extreme Precipitation ......................................... 628

  8.5.3  Tropical Cyclones ............................................... 628

  8.5.4  Summary .............................................................. 629

**8.6  Climate Sensitivity and Feedbacks** ............ 629

  8.6.1  Introduction ......................................................... 629

  8.6.2  Interpreting the Range of Climate Sensitivity Estimates Among General Circulation Models .... 629

    Box 8.1: Upper-Tropospheric Humidity and Water Vapour Feedback ............................................... 632

  8.6.3  Key Physical Processes Involved in Climate Sensitivity ............................................. 633

  8.6.4  How to Assess Our Relative Confidence in Feedbacks Simulated by Different Models? ........ 639

**8.7  Mechanisms Producing Thresholds and Abrupt Climate Change** ................................. 640

  8.7.1  Introduction ......................................................... 640

  8.7.2  Forced Abrupt Climate Change .......................... 640

  8.7.3  Unforced Abrupt Climate Change ...................... 643

**8.8  Representing the Global System with Simpler Models** .............................................. 643

  8.8.1  Why Lower Complexity? ...................................... 643

  8.8.2  Simple Climate Models ....................................... 644

  8.8.3  Earth System Models of Intermediate Complexity ........................................................... 644

**Frequently Asked Question**

  FAQ 8.1: *How Reliable Are the Models Used to Make Projections of Future Climate Change?* ................. 600

**References** ................................................................. 648

## Supplementary Material

*The following supplementary material is available on CD-ROM and in on-line versions of this report.*

**Figures S8.1–S8.15:** *Model Simulations for Different Climate Variables*

**Table S8.1:** *MAGICC Parameter Values*

### Developments in model formulation

Improvements in atmospheric models include reformulated dynamics and transport schemes, and increased horizontal and vertical resolution. Interactive aerosol modules have been incorporated into some models, and through these, the direct and the indirect effects of aerosols are now more widely included.

Significant developments have occurred in the representation of terrestrial processes. Individual components continue to be improved via systematic evaluation against observations and against more comprehensive models. The terrestrial processes that might significantly affect large-scale climate over the next few decades are included in current climate models. Some processes important on longer time scales are not yet included.

Development of the oceanic component of AOGCMs has continued. Resolution has increased and models have generally abandoned the 'rigid lid' treatment of the ocean surface. New physical parametrizations and numerics include true freshwater fluxes, improved river and estuary mixing schemes and the use of positive definite advection schemes. Adiabatic isopycnal mixing schemes are now widely used. Some of these improvements have led to a reduction in the uncertainty associated with the use of less sophisticated parametrizations (e.g., virtual salt flux).

Progress in developing AOGCM cryospheric components is clearest for sea ice. Almost all state-of-the-art AOGCMs now include more elaborate sea ice dynamics and some now include several sea ice thickness categories and relatively advanced thermodynamics. Parametrizations of terrestrial snow processes in AOGCMs vary considerably in formulation. Systematic evaluation of snow suggests that sub-grid scale heterogeneity is important for simulating observations of seasonal snow cover. Few AOGCMs include ice sheet dynamics; in all of the AOGCMs evaluated in this chapter and used in Chapter 10 for projecting climate change in the 21st century, the land ice cover is prescribed.

There is currently no consensus on the optimal way to divide computer resources among: finer numerical grids, which allow for better simulations; greater numbers of ensemble members, which allow for better statistical estimates of uncertainty; and inclusion of a more complete set of processes (e.g., carbon feedbacks, atmospheric chemistry interactions).

### Developments in model climate simulation

The large-scale patterns of seasonal variation in several important atmospheric fields are now better simulated by AOGCMs than they were at the time of the TAR. Notably, errors in simulating the monthly mean, global distribution of precipitation, sea level pressure and surface air temperature have all decreased. In some models, simulation of marine low-level clouds, which are important for correctly simulating sea surface temperature and cloud feedback in a changing climate, has also improved. Nevertheless, important deficiencies remain in the simulation of clouds and tropical precipitation (with their important regional and global impacts).

Some common model biases in the Southern Ocean have been identified, resulting in some uncertainty in oceanic heat uptake and transient climate response. Simulations of the thermocline, which was too thick, and the Atlantic overturning and heat transport, which were both too weak, have been substantially improved in many models.

Despite notable progress in improving sea ice formulations, AOGCMs have typically achieved only modest progress in simulations of observed sea ice since the TAR. The relatively slow progress can partially be explained by the fact that improving sea ice simulation requires improvements in both the atmosphere and ocean components in addition to the sea ice component itself.

Since the TAR, developments in AOGCM formulation have improved the representation of large-scale variability over a wide range of time scales. The models capture the dominant extratropical patterns of variability including the Northern and Southern Annular Modes, the Pacific Decadal Oscillation, the Pacific-North American and Cold Ocean-Warm Land Patterns. AOGCMs simulate Atlantic multi-decadal variability, although the relative roles of high- and low-latitude processes appear to differ between models. In the tropics, there has been an overall improvement in the AOGCM simulation of the spatial pattern and frequency of ENSO, but problems remain in simulating its seasonal phase locking and the asymmetry between El Niño and La Niña episodes. Variability with some characteristics of the MJO is simulated by most AOGCMs, but the events are typically too infrequent and too weak.

Atmosphere-Ocean General Circulation Models are able to simulate extreme warm temperatures, cold air outbreaks and frost days reasonably well. Models used in this report for projecting tropical cyclone changes are able to simulate present-day frequency and distribution of cyclones, but intensity is less well simulated. Simulation of extreme precipitation is dependent on resolution, parametrization and the thresholds chosen. In general, models tend to produce too many days with weak precipitation ($<10$ mm day$^{-1}$) and too little precipitation overall in intense events ($>10$ mm day$^{-1}$).

Earth system Models of Intermediate Complexity have been developed to investigate issues in past and future climate change that cannot be addressed by comprehensive AOGCMs because of their large computational cost. Owing to the reduced resolution of EMICs and their simplified representation of some physical processes, these models only allow inferences about very large scales. Since the TAR, EMICs have been evaluated via several coordinated model intercomparisons which have revealed that, at large scales, EMIC results compare well with observational data and AOGCM results. This lends support to the view that EMICS can be used to gain understanding of processes and interactions within the climate system that evolve on time scales beyond those generally accessible to current AOGCMs. The uncertainties in long-term climate change projections can also be explored more comprehensively by using large ensembles of EMIC runs.

**Developments in analysis methods**

Since the TAR, an unprecedented effort has been initiated to make available new model results for scrutiny by scientists outside the modelling centres. Eighteen modelling groups performed a set of coordinated, standard experiments, and the resulting model output, analysed by hundreds of researchers worldwide, forms the basis for much of the current IPCC assessment of model results. The benefits of coordinated model intercomparison include increased communication among modelling groups, more rapid identification and correction of errors, the creation of standardised benchmark calculations and a more complete and systematic record of modelling progress.

A few climate models have been tested for (and shown) capability in initial value predictions, on time scales from weather forecasting (a few days) to seasonal forecasting (annual). The capability demonstrated by models under these conditions increases confidence that they simulate some of the key processes and teleconnections in the climate system.

**Developments in evaluation of climate feedbacks**

Water vapour feedback is the most important feedback enhancing climate sensitivity. Although the strength of this feedback varies somewhat among models, its overall impact on the spread of model climate sensitivities is reduced by lapse rate feedback, which tends to be anti-correlated. Several new studies indicate that modelled lower- and upper-tropospheric humidity respond to seasonal and interannual variability, volcanically induced cooling and climate trends in a way that is consistent with observations. Recent observational and modelling evidence thus provides strong additional support for the combined water vapour-lapse rate feedback being around the strength found in AOGCMs.

Recent studies reaffirm that the spread of climate sensitivity estimates among models arises primarily from inter-model differences in cloud feedbacks. The shortwave impact of changes in boundary-layer clouds, and to a lesser extent mid-level clouds, constitutes the largest contributor to inter-model differences in global cloud feedbacks. The relatively poor simulation of these clouds in the present climate is a reason for some concern. The response to global warming of deep convective clouds is also a substantial source of uncertainty in projections since current models predict different responses of these clouds. Observationally based evaluation of cloud feedbacks indicates that climate models exhibit different strengths and weaknesses, and it is not yet possible to determine which estimates of the climate change cloud feedbacks are the most reliable.

Despite advances since the TAR, substantial uncertainty remains in the magnitude of cryospheric feedbacks within AOGCMs. This contributes to a spread of modelled climate response, particularly at high latitudes. At the global scale, the surface albedo feedback is positive in all the models, and varies between models much less than cloud feedbacks. Understanding and evaluating sea ice feedbacks is complicated by the strong coupling to polar cloud processes and ocean heat and freshwater transport. Scarcity of observations in polar regions also hampers evaluation. New techniques that evaluate surface albedo feedbacks have recently been developed. Model performance in reproducing the observed seasonal cycle of land snow cover may provide an indirect evaluation of the simulated snow-albedo feedback under climate change.

Systematic model comparisons have helped establish the key processes responsible for differences among models in the response of the ocean to climate change. The importance of feedbacks from surface flux changes to the meridional overturning circulation has been established in many models. At present, these feedbacks are not tightly constrained by available observations.

The analysis of processes contributing to climate feedbacks in models and recent studies based on large ensembles of models suggest that in the future it may be possible to use observations to narrow the current spread in model projections of climate change.

For any given metric, it is important to assess how good a test it is of model results for making projections of future climate change. This cannot be tested directly, since there are no observed periods with forcing changes exactly analogous to those expected over the 21st century. However, relationships between observable metrics and the predicted quantity of interest (e.g., climate sensitivity) can be explored across model ensembles. Shukla et al. (2006) correlated a measure of the fidelity of the simulated surface temperature in the 20th century with simulated 21st-century temperature change in a multi-model ensemble. They found that the models with the smallest 20th-century error produced relatively large surface temperature increases in the 21st century. Knutti et al. (2006), using a different, perturbed physics ensemble, showed that models with a strong seasonal cycle in surface temperature tended to have larger climate sensitivity. More complex metrics have also been developed based on multiple observables in present day climate, and have been shown to have the potential to narrow the uncertainty in climate sensitivity across a given model ensemble (Murphy et al., 2004; Piani et al., 2005). The above studies show promise that quantitative metrics for the likelihood of model projections may be developed, but because the development of robust metrics is still at an early stage, the model evaluations presented in this chapter are based primarily on experience and physical reasoning, as has been the norm in the past.

An important area of progress since the TAR has been in establishing and quantifying the feedback processes that determine climate change response. Knowledge of these processes underpins both the traditional and the metric-based approaches to model evaluation. For example, Hall and Qu (2006) developed a metric for the feedback between temperature and albedo in snow-covered regions, based on the simulation of the seasonal cycle. They found that models with a strong feedback based on the seasonal cycle also had a strong feedback under increased greenhouse gas forcing. Comparison with observed estimates of the seasonal cycle suggested that most models in the MMD underestimate the strength of this feedback. Section 8.6 discusses the various feedbacks that operate in the atmosphere-land surface-sea ice system to determine climate sensitivity, and Section 8.3.2 discusses some processes that are important for ocean heat uptake (and hence transient climate response).

### 8.1.2.3    Testing Models Against Past and Present Climate

Testing models' ability to simulate 'present climate' (including variability and extremes) is an important part of model evaluation (see Sections 8.3 to 8.5, and Chapter 11 for specific regional evaluations). In doing this, certain practical choices are needed, for example, between a long time series or mean from a 'control' run with fixed radiative forcing (often pre-industrial rather than present day), or a shorter, transient time series from a '20th-century' simulation including historical variations in forcing. Such decisions are made by individual researchers, dependent on the particular problem being studied.

Differences between model and observations should be considered insignificant if they are within:

1.  unpredictable internal variability (e.g., the observational period contained an unusual number of El Niño events);
2.  expected differences in forcing (e.g., observations for the 1990s compared with a 'pre-industrial' model control run); or
3.  uncertainties in the observed fields.

While space does not allow a discussion of the above issues in detail for each climate variable, they are taken into account in the overall evaluation. Model simulation of present-day climate at a global to sub-continental scale is discussed in this chapter, while more regional detail can be found in Chapter 11.

Models have been extensively used to simulate observed climate change during the 20th century. Since forcing changes are not perfectly known over that period (see Chapter 2), such tests do not fully constrain future response to forcing changes. Knutti et al. (2002) showed that in a perturbed physics ensemble of Earth System Models of Intermediate Complexity (EMICs), simulations from models with a range of climate sensitivities are consistent with the observed surface air temperature and ocean heat content records, if aerosol forcing is allowed to vary within its range of uncertainty. Despite this fundamental limitation, testing of 20th-century simulations against historical observations does place some constraints on future climate response (e.g., Knutti et al., 2002). These topics are discussed in detail in Chapter 9.

### 8.1.2.4    Other Methods of Evaluation

Simulations of climate states from the more distant past allow models to be evaluated in regimes that are significantly different from the present. Such tests complement the 'present climate' and 'instrumental period climate' evaluations, since 20th-century climate variations have been small compared with the anticipated future changes under forcing scenarios derived from the IPCC Special Report on Emission Scenarios (SRES). The limitations of palaeoclimate tests are that uncertainties in both forcing and actual climate variables (usually derived from proxies) tend to be greater than in the instrumental period, and that the number of climate variables for which there are good palaeo-proxies is limited. Further, climate states may have been so different (e.g., ice sheets at last glacial maximum) that processes determining quantities such as climate sensitivity were different from those likely to operate in the 21st century. Finally, the time scales of change were so long that there are difficulties in experimental design, at least for General Circulation Models (GCMs). These issues are discussed in depth in Chapter 6.

Climate models can be tested through forecasts based on initial conditions. Climate models are closely related to the models that are used routinely for numerical weather prediction, and increasingly for extended range forecasting on seasonal to interannual time scales. Typically, however, models used

595

for numerical weather prediction are run at higher resolution than is possible for climate simulations. Evaluation of such forecasts tests the models' representation of some key processes in the atmosphere and ocean, although the links between these processes and long-term climate response have not always been established. It must be remembered that the quality of an initial value prediction is dependent on several factors beyond the numerical model itself (e.g., data assimilation techniques, ensemble generation method), and these factors may be less relevant to projecting the long-term, forced response of the climate system to changes in radiative forcing. There is a large body of literature on this topic, but to maintain focus on the goal of this chapter, discussions here are confined to the relatively few studies that have been conducted using models that are very closely related to the climate models used for projections (see Section 8.4.11).

### 8.1.3   How Are Models Constructed?

The fundamental basis on which climate models are constructed has not changed since the TAR, although there have been many specific developments (see Section 8.2). Climate models are derived from fundamental physical laws (such as Newton's laws of motion), which are then subjected to physical approximations appropriate for the large-scale climate system, and then further approximated through mathematical discretization. Computational constraints restrict the resolution that is possible in the discretized equations, and some representation of the large-scale impacts of unresolved processes is required (the parametrization problem).

#### 8.1.3.1   Parameter Choices and 'Tuning'

Parametrizations are typically based in part on simplified physical models of the unresolved processes (e.g., entraining plume models in some convection schemes). The parametrizations also involve numerical parameters that must be specified as input. Some of these parameters can be measured, at least in principle, while others cannot. It is therefore common to adjust parameter values (possibly chosen from some prior distribution) in order to optimise model simulation of particular variables or to improve global heat balance. This process is often known as 'tuning'. It is justifiable to the extent that two conditions are met:

1.  Observationally based constraints on parameter ranges are not exceeded. Note that in some cases this may not provide a tight constraint on parameter values (e.g., Heymsfield and Donner, 1990).

2.  The number of degrees of freedom in the tuneable parameters is less than the number of degrees of freedom in the observational constraints used in model evaluation. This is believed to be true for most GCMs – for example, climate models are not explicitly tuned to give a good representation of North Atlantic Oscillation (NAO) variability – but no

studies are available that formally address the question. If the model has been tuned to give a good representation of a particular observed quantity, then agreement with that observation cannot be used to build confidence in that model. However, a model that has been tuned to give a good representation of certain key observations may have a greater likelihood of giving a good prediction than a similar model (perhaps another member of a 'perturbed physics' ensemble) that is less closely tuned (as discussed in Section 8.1.2.2 and Chapter 10).

Given sufficient computer time, the tuning procedure can in principle be automated using various data assimilation procedures. To date, however, this has only been feasible for EMICs (Hargreaves et al., 2004) and low-resolution GCMs (Annan et al., 2005b; Jones et al., 2005; Severijns and Hazeleger, 2005). Ensemble methods (Murphy et al., 2004; Annan et al., 2005a; Stainforth et al., 2005) do not always produce a unique 'best' parameter setting for a given error measure.

#### 8.1.3.2   Model Spectra or Hierarchies

The value of using a range of models (a 'spectrum' or 'hierarchy') of differing complexity is discussed in the TAR (Section 8.3), and here in Section 8.8. Computationally cheaper models such as EMICs allow a more thorough exploration of parameter space, and are simpler to analyse to gain understanding of particular model responses. Models of reduced complexity have been used more extensively in this report than in the TAR, and their evaluation is discussed in Section 8.8. Regional climate models can also be viewed as forming part of a climate modelling hierarchy.

## 8.2   Advances in Modelling

Many modelling advances have occurred since the TAR. Space does not permit a comprehensive discussion of all major changes made over the past several years to the 23 AOGCMs used widely in this report (see Table 8.1). Model improvements can, however, be grouped into three categories. First, the dynamical cores (advection, etc.) have been improved, and the horizontal and vertical resolutions of many models have been increased. Second, more processes have been incorporated into the models, in particular in the modelling of aerosols, and of land surface and sea ice processes. Third, the parametrizations of physical processes have been improved. For example, as discussed further in Section 8.2.7, most of the models no longer use flux adjustments (Manabe and Stouffer, 1988; Sausen et al., 1988) to reduce climate drift. These various improvements, developed across the broader modelling community, are well represented in the climate models used in this report.

Despite the many improvements, numerous issues remain. Many of the important processes that determine a model's response to changes in radiative forcing are not resolved by

**Table 8.1.** *Selected model features. Salient features of the AOGCMs participating in the MMD at PCMDI are listed by IPCC identification (ID) along with the calendar year ('vintage') of the first publication of results from each model. Also listed are the respective sponsoring institutions, the pressure at the top of the atmospheric model, the horizontal and vertical resolution of the model atmosphere and ocean models, as well as the oceanic vertical coordinate type (Z: see Griffies (2004) for definitions) and upper boundary condition (BC: free surface or rigid lid). Also listed are the characteristics of sea ice dynamics/structure (e.g., rheology vs 'free drift' assumption and inclusion of ice leads), and whether adjustments of surface momentum, heat or freshwater fluxes are applied in coupling the atmosphere, ocean and sea ice components. Land features such as the representation of soil moisture (single-layer 'bucket' vs multi-layered scheme) and the presence of a vegetation canopy or a river routing scheme are also noted. Relevant features describing details of these aspects of the models are cited.*

| Model ID, Vintage | Sponsor(s), Country | <u>Atmosphere</u><br>Top<br>Resolution[a]<br>References | <u>Ocean</u><br>Resolution[b]<br>Z Coord., Top BC<br>References | <u>Sea Ice</u><br>Dynamics, Leads<br>References | <u>Coupling</u><br>Flux Adjustments<br>References | <u>Land</u><br>Soil, Plants, Routing<br>References |
|---|---|---|---|---|---|---|
| 1: BCC-CM1, 2005 | Beijing Climate Center, China | top = 25 hPa<br>T63 (1.9° x 1.9°) L16<br>Dong et al., 2000; CSMD, 2005; Xu et al., 2005 | 1.9° x 1.9° L30<br>depth, free surface<br>Jin et al., 1999 | no rheology or leads<br>Xu et al., 2005 | heat, momentum<br>Yu and Zhang, 2000;<br>CSMD, 2005 | layers, canopy, routing<br>CSMD, 2005 |
| 2: BCCR-BCM2.0, 2005 | Bjerknes Centre for Climate Research, Norway | top = 10 hPa<br>T63 (1.9° x 1.9°) L31<br>Déqué et al., 1994 | 0.5°–1.5° x 1.5° L35<br>density, free surface<br>Bleck et al., 1992 | rheology, leads<br>Hibler, 1979; Harder, 1996 | no adjustments<br>Furevik et al., 2003 | Layers, canopy, routing<br>Mahfouf et al., 1995;<br>Douville et al., 1995;<br>Oki and Sud, 1998 |
| 3: CCSM3, 2005 | National Center for Atmospheric Research, USA | top = 2.2 hPa<br>T85 (1.4° x 1.4°) L26<br>Collins et al., 2004 | 0.3°–1° x 1° L40<br>depth, free surface<br>Smith and Gent, 2002 | rheology, leads<br>Briegleb et al., 2004 | no adjustments<br>Collins et al., 2006 | layers, canopy, routing<br>Oleson et al., 2004;<br>Branstetter, 2001 |
| 4: CGCM3.1(T47), 2005 | Canadian Centre for Climate Modelling and Analysis, Canada | top = 1 hPa<br>T47 (~2.8° x 2.8°) L31<br>McFarlane et al., 1992;<br>Flato, 2005 | 1.9° x 1.9° L29<br>depth, rigid lid<br>Pacanowski et al., 1993 | rheology, leads<br>Hibler, 1979; Flato and Hibler, 1992 | heat, freshwater<br>Flato, 2005 | layers, canopy, routing<br>Verseghy et al., 1993 |
| 5: CGCM3.1(T63), 2005 | | top = 1 hPa<br>T63 (~1.9° x 1.9°) L31<br>McFarlane et al., 1992;<br>Flato 2005 | 0.9° x 1.4° L29<br>depth, rigid lid<br>Flato and Boer, 2001;<br>Kim et al., 2002 | rheology, leads<br>Hibler, 1979; Flato and Hibler, 1992 | heat, freshwater<br>Flato, 2005 | layers, canopy, routing<br>Verseghy et al., 1993 |
| 6: CNRM-CM3, 2004 | Météo-France/Centre National de Recherches Météorologiques, France | top = 0.05 hPa<br>T63 (~1.9° x 1.9°) L45<br>Déqué et al., 1994 | 0.5°–2° x 2° L31<br>depth, rigid lid<br>Madec et al., 1998 | rheology, leads<br>Hunke-Dukowicz, 1997;<br>Salas-Mélia, 2002 | no adjustments<br>Terray et al., 1998 | layers, canopy,routing<br>Mahfouf et al., 1995;<br>Douville et al., 1995;<br>Oki and Sud, 1998 |
| 7: CSIRO-MK3.0, 2001 | Commonwealth Scientific and Industrial Research Organisation (CSIRO) Atmospheric Research, Australia | top = 4.5 hPa<br>T63 (~1.9° x 1.9°) L18<br>Gordon et al., 2002 | 0.8° x 1.9° L31<br>depth, rigid lid<br>Gordon et al., 2002 | rheology, leads<br>O'Farrell, 1998 | no adjustments<br>Gordon et al., 2002 | layers, canopy<br>Gordon et al., 2002 |
| 8: ECHAM5/MPI-OM, 2005 | Max Planck Institute for Meteorology, Germany | top = 10 hPa<br>T63 (~1.9° x 1.9°) L31<br>Roeckner et al., 2003 | 1.5° x 1.5° L40<br>depth, free surface<br>Marsland et al., 2003 | rheology, leads<br>Hibler, 1979;<br>Semtner, 1976 | no adjustments<br>Jungclaus et al., 2005 | bucket, canopy, routing<br>Hagemann, 2002;<br>Hagemann and Dümenil-Gates, 2001 |
| 9: ECHO-G, 1999 | Meteorological Institute of the University of Bonn, Meteorological Research Institute of the Korea Meteorological Administration (KMA), and Model and Data Group, Germany/Korea | top = 10 hPa<br>T30 (~3.9° x 3.9°) L19<br>Roeckner et al., 1996 | 0.5°–2.8° x 2.8° L20<br>depth, free surface<br>Wolff et al., 1997 | rheology, leads<br>Wolff et al., 1997 | heat, freshwater<br>Min et al., 2005 | bucket, canopy, routing<br>Roeckner et al., 1996;<br>Dümenil and Todini, 1992 |

Table 8.1 (continued)

| Model ID, Vintage | Sponsor(s), Country | Atmosphere Top Resolution[a] References | Ocean Resolution[b] Z Coord., Top BC References | Sea Ice Dynamics, Leads References | Coupling Flux Adjustments References | Land Soil, Plants, Routing References |
|---|---|---|---|---|---|---|
| 10: FGOALS-g1.0, 2004 | National Key Laboratory of Numerical Modeling for Atmospheric Sciences and Geophysical Fluid Dynamics (LASG)/Institute of Atmospheric Physics, China | top = 2.2 hPa T42 (~2.8° x 2.8°) L26 Wang et al., 2004 | 1.0° x 1.0° L16 eta, free surface Jin et al., 1999; Liu et al., 2004 | rheology, leads Briegleb et al., 2004 | no adjustments Yu et al., 2002, 2004 | layers, canopy, routing Bonan et al., 2002 |
| 11: GFDL-CM2.0, 2005 | U.S. Department of Commerce/ National Oceanic and Atmospheric Administration (NOAA)/Geophysical Fluid Dynamics Laboratory (GFDL), USA | top = 3 hPa 2.0° x 2.5° L24 GFDL GAMDT, 2004 | 0.3°–1.0° x 1.0° depth, free surface Gnanadesikan et al., 2004 | rheology, leads Winton, 2000; Delworth et al., 2006 | no adjustments Delworth et al., 2006 | bucket, canopy, routing Milly and Shmakin, 2002; GFDL GAMDT, 2004 |
| 12: GFDL-CM2.1, 2005 | | top = 3 hPa 2.0° x  2.5° L24 GFDL GAMDT, 2004 with semi-Lagrangian transports | 0.3°–1.0° x 1.0° depth, free surface Gnanadesikan et al., 2004 | rheology, leads Winton, 2000; Delworth et al., 2006 | no adjustments Delworth et al., 2006 | bucket, canopy, routing Milly and Shmakin, 2002; GFDL GAMDT, 2004 |
| 13: GISS-AOM, 2004 | National Aeronautics and Space Administration (NASA)/ Goddard Institute for Space Studies (GISS), USA | top = 10 hPa 3° x 4° L12 Russell et al., 1995; Russell, 2005 | 3° x 4° L16 mass/area, free surface Russell et al., 1995; Russell, 2005 | rheology, leads Flato and Hibler, 1992; Russell, 2005 | no adjustments Russell, 2005 | layers, canopy, routing Abramopoulos et al., 1988; Miller et al., 1994 |
| 14: GISS-EH, 2004 | | top = 0.1 hPa 4° x 5° L20 Schmidt et al., 2006 | 2° x 2° L16 density, free surface Bleck, 2002 | rheology, leads Liu et al., 2003; Schmidt et al., 2004 | no adjustments Schmidt et al., 2006 | layers, canopy, routing Friend and Kiang, 2005 |
| 15: GISS-ER, 2004 | NASA/GISS, USA | top = 0.1 hPa 4° x 5° L20 Schmidt et al., 2006 | 4° x 5° L13 mass/area, free surface Russell et al., 1995 | rheology, leads Liu et al., 2003; Schmidt et al., 2004 | no adjustments Schmidt et al., 2006 | layers, canopy, routing Friend and Kiang, 2005 |
| 16: INM-CM3.0, 2004 | Institute for Numerical Mathematics, Russia | top = 10 hPa 4° x 5° L21 Alekseev et al., 1998; Galin et al., 2003 | 2° x 2.5° L33 sigma, rigid lid Diansky et al., 2002 | no rheology or leads Diansky et al., 2002 | regional freshwater Diansky and Volodin, 2002; Volodin and Diansky, 2004 | layers, canopy, no routing Alekseev et al., 1998; Volodin and Lykosoff, 1998 |
| 17: IPSL-CM4, 2005 | Institut Pierre Simon Laplace, France | top = 4 hPa 2.5° x 3.75° L19 Hourdin et al., 2006 | 2° x 2° L31 depth, free surface Madec et al., 1998 | rheology, leads Fichefet and Morales Maqueda, 1997; Goosse and Fichefet, 1999 | no adjustments Marti et al., 2005 | layers, canopy, routing Krinner et al., 2005 |
| 18: MIROC3.2(hires), 2004 | Center for Climate System Research (University of Tokyo), National Institute for Environmental Studies, and Frontier Research Center for Global Change (JAMSTEC), Japan | top = 40 km T106 (~1.1° x 1.1°) L56 K-1 Developers, 2004 | 0.2° x 0.3° L47 sigma/depth, free surface K-1 Developers, 2004 | rheology, leads K-1 Developers, 2004 | no adjustments K-1 Developers, 2004 | layers, canopy, routing K-1 Developers, 2004; Oki and Sud, 1998 |
| 19: MIROC3.2(medres), 2004 | | top = 30 km T42 (~2.8° x 2.8°) L20 K-1 Developers, 2004 | 0.5°–1.4° x 1.4° L43 sigma/depth, free surface K-1 Developers, 2004 | rheology, leads K-1 Developers, 2004 | no adjustments K-1 Developers, 2004 | layers, canopy, routing K-1 Developers, 2004; Oki and Sud, 1998 |

*Table 8.1 (continued)*

| Model ID, Vintage | Sponsor(s), Country | Atmosphere Top Resolution[a] References | Ocean Resolution[b] Z Coord., Top BC References | Sea Ice Dynamics, Leads References | Coupling Flux Adjustments References | Land Soil, Plants, Routing References |
|---|---|---|---|---|---|---|
| 20: MRI-CGCM2.3.2, 2003 | Meteorological Research Institute, Japan | top = 0.4 hPa T42 (~2.8° x 2.8°) L30 Shibata et al., 1999 | 0.5°–2.0° x 2.5° L23 depth, rigid lid Yukimoto et al., 2001 | free drift, leads Mellor and Kantha, 1989 | heat, freshwater, momentum (12°S–12°N) Yukimoto et al., 2001; Yukimoto and Noda, 2003 | layers, canopy, routing Sellers et al., 1986; Sato et al., 1989 |
| 21: PCM, 1998 | National Center for Atmospheric Research, USA | top = 2.2 hPa T42 (~2.8° x 2.8°) L26 Kiehl et al., 1998 | 0.5°–0.7° x 1.1° L40 depth, free surface Maltrud et al., 1998 | rheology, leads Hunke and Dukowicz 1997, 2003; Zhang et al., 1999 | no adjustments Washington et al., 2000 | layers, canopy, no routing Bonan, 1998 |
| 22: UKMO-HadCM3, 1997 | Hadley Centre for Climate Prediction and Research/Met Office, UK | top = 5 hPa 2.5° x 3.75° L19 Pope et al., 2000 | 1.25° x 1.25° L20 depth, rigid lid Gordon et al., 2000 | free drift, leads Cattle and Crossley, 1995 | no adjustments Gordon et al., 2000 | layers, canopy, routing Cox et al., 1999 |
| 23: UKMO-HadGEM1, 2004 | | top = 39.2 km ~1.3° x 1.9° L38 Martin et al., 2004 | 0.3°–1.0° x 1.0° L40 depth, free surface Roberts, 2004 | rheology, leads Hunke and Dukowicz, 1997; Semtner, 1976; Lipscomb, 2001 | no adjustments Johns et al., 2006 | layers, canopy, routing Essery et al., 2001; Oki and Sud, 1998 |

Notes:

[a] Horizontal resolution is expressed either as degrees latitude by longitude or as a triangular (T) spectral truncation with a rough translation to degrees latitude and longitude. Vertical resolution (L) is the number of vertical levels.

[b] Horizontal resolution is expressed as degrees latitude by longitude, while vertical resolution (L) is the number of vertical levels.

**Frequently Asked Question 8.1**

# How Reliable Are the Models Used to Make Projections of Future Climate Change?

*There is considerable confidence that climate models provide credible quantitative estimates of future climate change, particularly at continental scales and above. This confidence comes from the foundation of the models in accepted physical principles and from their ability to reproduce observed features of current climate and past climate changes. Confidence in model estimates is higher for some climate variables (e.g., temperature) than for others (e.g., precipitation). Over several decades of development, models have consistently provided a robust and unambiguous picture of significant climate warming in response to increasing greenhouse gases.*

Climate models are mathematical representations of the climate system, expressed as computer codes and run on powerful computers. One source of confidence in models comes from the fact that model fundamentals are based on established physical laws, such as conservation of mass, energy and momentum, along with a wealth of observations.

A second source of confidence comes from the ability of models to simulate important aspects of the current climate. Models are routinely and extensively assessed by comparing their simulations with observations of the atmosphere, ocean, cryosphere and land surface. Unprecedented levels of evaluation have taken place over the last decade in the form of organised multi-model 'intercomparisons'. Models show significant and

increasing skill in representing many important mean climate features, such as the large-scale distributions of atmospheric temperature, precipitation, radiation and wind, and of oceanic temperatures, currents and sea ice cover. Models can also simulate essential aspects of many of the patterns of climate variability observed across a range of time scales. Examples include the advance and retreat of the major monsoon systems, the seasonal shifts of temperatures, storm tracks and rain belts, and the hemispheric-scale seesawing of extratropical surface pressures (the Northern and Southern 'annular modes'). Some climate models, or closely related variants, have also been tested by using them to predict weather and make seasonal forecasts. These models demonstrate skill in such forecasts, showing they can represent important features of the general circulation across shorter time scales, as well as aspects of seasonal and interannual variability. Models' ability to represent these and other important climate features increases our confidence that they represent the essential physical processes important for the simulation of future climate change. (Note that the limitations in climate models' ability to forecast weather beyond a few days do not limit their ability to predict long-term climate changes, as these are very different types of prediction – see FAQ 1.2.)

*(continued)*

**FAQ 8.1, Figure 1.** *Global mean near-surface temperatures over the 20th century from observations (black) and as obtained from 58 simulations produced by 14 different climate models driven by both natural and human-caused factors that influence climate (yellow). The mean of all these runs is also shown (thick red line). Temperature anomalies are shown relative to the 1901 to 1950 mean. Vertical grey lines indicate the timing of major volcanic eruptions. (Figure adapted from Chapter 9, Figure 9.5. Refer to corresponding caption for further details.)*



A third source of confidence comes from the ability of models to reproduce features of past climates and climate changes. Models have been used to simulate ancient climates, such as the warm mid-Holocene of 6,000 years ago or the last glacial maximum of 21,000 years ago (see Chapter 6). They can reproduce many features (allowing for uncertainties in reconstructing past climates) such as the magnitude and broad-scale pattern of oceanic cooling during the last ice age. Models can also simulate many observed aspects of climate change over the instrumental record. One example is that the global temperature trend over the past century (shown in Figure 1) can be modelled with high skill when both human and natural factors that influence climate are included. Models also reproduce other observed changes, such as the faster increase in nighttime than in daytime temperatures, the larger degree of warming in the Arctic and the small, short-term global cooling (and subsequent recovery) which has followed major volcanic eruptions, such as that of Mt. Pinatubo in 1991 (see FAQ 8.1, Figure 1). Model global temperature projections made over the last two decades have also been in overall agreement with subsequent observations over that period (Chapter 1).

Nevertheless, models still show significant errors. Although these are generally greater at smaller scales, important large-scale problems also remain. For example, deficiencies remain in the simulation of tropical precipitation, the El Niño-Southern Oscillation and the Madden-Julian Oscillation (an observed variation in tropical winds and rainfall with a time scale of 30 to 90 days). The ultimate source of most such errors is that many important small-scale processes cannot be represented explicitly in models, and so must be included in approximate form as they interact with larger-scale features. This is partly due to limitations in computing power, but also results from limitations in scientific understanding or in the availability of detailed observations of some physical processes. Significant uncertainties, in particular, are associated with the representation of clouds, and in the resulting cloud responses to climate change. Consequently, models continue to display a substantial range of global temperature change in response to specified greenhouse gas forcing (see Chapter 10). Despite such uncertainties, however, models are unanimous in their prediction of substantial climate warming under greenhouse gas increases, and this warming is of a magnitude consistent with independent estimates derived from other sources, such as from observed climate changes and past climate reconstructions.

Since confidence in the changes projected by global models decreases at smaller scales, other techniques, such as the use of regional climate models, or downscaling methods, have been specifically developed for the study of regional- and local-scale climate change (see FAQ 11.1). However, as global models continue to develop, and their resolution continues to improve, they are becoming increasingly useful for investigating important smaller-scale features, such as changes in extreme weather events, and further improvements in regional-scale representation are expected with increased computing power. Models are also becoming more comprehensive in their treatment of the climate system, thus explicitly representing more physical and biophysical processes and interactions considered potentially important for climate change, particularly at longer time scales. Examples are the recent inclusion of plant responses, ocean biological and chemical interactions, and ice sheet dynamics in some global climate models.

In summary, confidence in models comes from their physical basis, and their skill in representing observed climate and past climate changes. Models have proven to be extremely important tools for simulating and understanding climate, and there is considerable confidence that they are able to provide credible quantitative estimates of future climate change, particularly at larger scales. Models continue to have significant limitations, such as in their representation of clouds, which lead to uncertainties in the magnitude and timing, as well as regional details, of predicted climate change. Nevertheless, over several decades of model development, they have consistently provided a robust and unambiguous picture of significant climate warming in response to increasing greenhouse gases.

Tompkins (2002), in the IPSL-CM4 AOGCM using Bony and Emanuel (2001) and in the GFDL model using Tiedtke (1993). These are examples of component-level testing.

In parallel with improvement in parametrizations, a non-hydrostatic model has been used for downscaling. A model with a 5 km grid on a domain of 4,000 x 3,000 x 22 km centred over Japan has been run by MRI/JMA, using the time-slice method for the Fourth Assessment Report (AR4) (Yoshizaki et al., 2005).

Aerosols play an important role in the climate system. Interactive aerosol parametrizations are now used in some models (HADGEM1, MIROC-hi, MIROC-med). Both the 'direct' and 'indirect' aerosol effects (Chapter 2) have been incorporated in some cases (e.g., IPSL-CM4). In addition to sulphates, other types of aerosols such as black and organic carbon, sea salt and mineral dust are being introduced as prognostic variables (Takemura et al., 2005; see Chapter 2). Further details are given in Section 8.2.5.

### 8.2.2   Ocean Processes

#### *8.2.2.1    Numerics*

Recently, isopycnic or hybrid vertical coordinates have been adopted in some ocean models (GISS-EH and BCCR-BCM2.0). Tests show that such models can produce solutions for complex regional flows that are as realistic as those obtained with the more common depth coordinate (e.g., Drange et al., 2005). Issues remain over the proper treatment of thermobaricity (nonlinear relationship of temperature, salinity and pressure to density), which means that in some isopycnic coordinate models the relative densities of, for example, Mediterranean and Antarctic Bottom Water masses are distorted. The merits of these vertical coordinate systems are still being established.

An explicit representation of the sea surface height is being used in many models, and real freshwater flux is used to force those models instead of a 'virtual' salt flux. The virtual salt flux method induces a systematic error in sea surface salinity prediction and causes a serious problem at large river basin mouths (Hasumi, 2002a,b; Griffies, 2004).

Generalised curvilinear horizontal coordinates with bipolar or tripolar grids (Murray, 1996) have become widely used in the oceanic component of AOGCMs. These are strategies used to deal with the North Pole coordinate singularity, as alternatives to the previously common polar filter or spherical coordinate rotation. The newer grids have the advantage that the singular points can be shifted onto land while keeping grid points aligned on the equator. The older methods of representing the ocean surface, surface water flux and North Pole are still in use in several AOGCMs.

#### *8.2.2.2    Horizontal and Vertical Resolution*

There has been a general increase in resolution since the TAR, with a horizontal resolution of order one to two degrees now commonly used in the ocean component of most climate models.

To better resolve the equatorial waveguide, several models use enhanced meridional resolution in the tropics. Resolution high enough to allow oceanic eddies, eddy permitting, has not been used in a full suite of climate scenario integrations due to computational cost, but since the TAR it has been used in some idealised and scenario-based climate experiments as discussed below. A limited set of integrations using the eddy-permitting MIROC3.2 (hires) model is used here and in Chapter 10. Some modelling centres have also increased vertical resolution since the TAR.

A few coupled climate models with eddy-permitting ocean resolution ($1/6°$ to $1/3°$) have been developed (Roberts et al., 2004; Suzuki et al., 2005), and large-scale climatic features induced by local air-sea coupling have been successfully simulated (e.g., Sakamoto et al., 2004).

Roberts et al. (2004) found that increasing the ocean resolution of the HadCM3 model from about $1°$ to $0.33°$ by $0.33°$ with 40 levels (while leaving the atmospheric component unchanged) resulted in many improvements in the simulation of ocean circulation features. However, the impact on the atmospheric simulation was relatively small and localised. The climate change response was similar to the standard resolution model, with a slightly faster rate of warming in the Northern Europe-Atlantic region due to differences in the Atlantic Meridional Overturning Circulation (MOC) response. The adjustment time scale of the Atlantic Basin freshwater budget decreased from being of order 400 years to being of order 150 years with the higher resolution ocean, suggesting possible differences in transient MOC response on those time scales, but the mechanisms and the relative roles of horizontal and vertical resolution are not clear.

The Atlantic MOC is influenced by freshwater as well as thermal forcing. Besides atmospheric freshwater forcing, freshwater transport by the ocean itself is also important. For the Atlantic MOC, the fresh Pacific water coming through the Bering Strait could be poorly simulated on its transit to the Canadian Archipelago and the Labrador Sea (Komuro and Hasumi, 2005). These aspects have been improved since the TAR in many of the models evaluated here.

Changes around continental margins are very important for regional climate change. Over these areas, climate is influenced by the atmosphere and open ocean circulation. High-resolution climate models contribute to the improvement of regional climate simulation. For example, the location of the Kuroshio separation from the Japan islands is well simulated in the MIROC3.2 (hires) model (see Figure 8.1), which makes it possible to study a change in the Kuroshio axis in the future climate (Sakamoto et al., 2005).

Guilyardi et al. (2004) suggested that ocean resolution may play only a secondary role in setting the time scale of model El Niño-Southern Oscillation (ENSO) variability, with the dominant time scales being set by the atmospheric model provided the basic speeds of the equatorial ocean wave modes are adequately represented.



**Figure 8.1.** *Long-term mean ocean current velocities at 100 m depth (vectors, unit: m s$^{-1}$) and sea surface temperature (colours, °C) around the Kuroshio and the Kuroshio Extension obtained from a control experiment forced by pre-industrial conditions (CO$_2$ concentration 295.9 ppm) using MIROC3.2 (hires).*

### 8.2.2.3   *Parametrizations*

In the tracer equations, isopycnal diffusion (Redi, 1982) with isopycnal layer thickness diffusion (Gent et al., 1995), including its modification by Visbeck et al. (1997), has become a widespread choice instead of a simple horizontal diffusion. This has led to improvements in the thermocline structure and meridional overturning (Böning et al., 1995; see Section 8.3.2). For vertical mixing of tracers, a wide variety of parametrizations is currently used, such as turbulence closures (e.g., Mellor and Yamada, 1982), non-local diffusivity profiles (Large et al., 1994) and bulk mixed-layer models (e.g., Kraus and Turner, 1967). Representation of the surface mixed layer has been much improved due to developments in these parametrizations (see Section 8.3.2). Observations have shown that deep ocean vertical mixing is enhanced over rough bottoms, steep slopes and where stratification is weak (Kraus, 1990; Polzin et al., 1997; Moum et al., 2002). While there have been modelling studies indicating the significance of such inhomogeneous mixing for the MOC (e.g., Marotzke, 1997; Hasumi and Suginohara, 1999; Otterå et al., 2004; Oliver et al., 2005, Saenko and Merryfield 2005), comprehensive parametrizations of the effects and their application in coupled climate models are yet to be seen.

Many of the dense waters formed by oceanic convection, which are integral to the global MOC, must flow over ocean ridges or down continental slopes. The entrainment of ambient water around these topographic features is an important process determining the final properties and quantity of the deep waters. Parametrizations for such bottom boundary-layer processes have come into use in some AOGCMs (e.g., Winton et al., 1998; Nakano and Suginohara, 2002). However, the impact of the bottom boundary-layer representation on the coupled system is not fully understood (Tang and Roberts, 2005). Thorpe et al.

(2004) studied the impact of the very simple scheme used in the HadCM3 model to control mixing of overflow waters from the Nordic Seas into the North Atlantic. Although the scheme does result in a change of the subpolar water mass properties, it appears to have little impact on the simulation of the strength of the large-scale MOC, or its response to global warming.

### 8.2.3   Terrestrial Processes

Few multi-model analyses of terrestrial processes included in the models in Table 8.1 have been conducted. However, significant advances since the TAR have been reported based on climate models that are similar to these models. Analysis of these models provides insight on how well terrestrial processes are included in the AR4 models.

### 8.2.3.1   *Surface Processes*

The addition of the terrestrial biosphere models that simulate changes in terrestrial carbon sources and sinks into fully coupled climate models is at the cutting edge of climate science. The major advance in this area since the TAR is the inclusion of carbon cycle dynamics including vegetation and soil carbon cycling, although these are not yet incorporated routinely into the AOGCMs used for climate projection (see Chapter 10). The inclusion of the terrestrial carbon cycle introduces a new and potentially important feedback into the climate system on time scales of decades to centuries (see Chapters 7 and 10). These feedbacks include the responses of the terrestrial biosphere to increasing carbon dioxide (CO$_2$), climate change and changes in climate variability (see Chapter 7). However, many issues remain to be resolved. The magnitude of the sink remains uncertain (Cox et al., 2000; Friedlingstein et al., 2001;

Dufresne et al., 2002) because it depends on climate sensitivity as well as on the response of vegetation and soil carbon to increasing $CO_2$ (Friedlingstein et al., 2003). The rate at which $CO_2$ fertilization saturates in terrestrial systems dominates the present uncertainty in the role of biospheric feedbacks. A series of studies have been conducted to explore the present modelling capacity of the response of the terrestrial biosphere rather than the response of just one or two of its components (Friedlingstein et al., 2006). This work has built on systematic efforts to evaluate the capacity of terrestrial biosphere models to simulate the terrestrial carbon cycle (Cramer et al., 2001) via intercomparison exercises. For example, Friedlingstein et al. (2006) found that in all models examined, the sink decreases in the future as the climate warms.

Other individual components of land surface processes have been improved since the TAR, such as root parametrization (Arora and Boer, 2003; Kleidon, 2004) and higher-resolution river routing (Ducharne et al., 2003). Cold land processes have received considerable attention with multi-layer snowpack models now more common (e.g., Oleson et al., 2004) as is the inclusion of soil freezing and thawing (e.g., Boone et al., 2000; Warrach et al., 2001). Sub-grid scale snow parametrizations (Liston, 2004), snow-vegetation interactions (Essery et al., 2003) and the wind redistribution of snow (Essery and Pomeroy, 2004) are more commonly considered. High-latitude organic soils are included in some models (Wang et al., 2002). A recent advance is the coupling of groundwater models into land surface schemes (Liang et al., 2003; Maxwell and Miller, 2005; Yeh and Eltahir, 2005). These have only been evaluated locally but may be adaptable to global scales. There is also evidence emerging that regional-scale projection of warming is sensitive to the simulation of processes that operate at finer scales than current climate models resolve (Pan et al., 2004). In general, the improvements in land surface models since the TAR are based on detailed comparisons with observational data. For example, Boone et al. (2004) used the Rhone Basin to investigate how land surface models simulate the water balance for several annual cycles compared to data from a dense observation network. They found that most land surface schemes simulate very similar total runoff and evapotranspiration but the partitioning between the various components of both runoff and evaporation varies greatly, resulting in different soil water equilibrium states and simulated discharge. More sophisticated snow parametrizations led to superior simulations of basin-scale runoff.

An analysis of results from the second phase of AMIP (AMIP-2) explored the land surface contribution to climate simulation. Henderson-Sellers et al. (2003) found a clear chronological sequence of land surface schemes (early models that excluded an explicit canopy, more recent biophysically based models and very recent biophysically based models). Statistically significant differences in annually averaged evaporation were identified that could be associated with the parametrization of canopy processes. Further improvements in land surface models depends on enhanced surface observations, for example, the use of stable isotopes (e.g., Henderson-Sellers et al., 2004) that allow several components of evaporation to be

evaluated separately. Pitman et al. (2004) explored the impact of the level of complexity used to parametrize the surface energy balance on differences found among the AMIP-2 results. They found that quite large variations in surface energy balance complexity did not lead to systematic differences in the simulated mean, minimum or maximum temperature variance at the global scale, or in the zonal averages, indicating that these variables are not limited by uncertainties in how to parametrize the surface energy balance. This adds confidence to the use of the models in Table 8.1, as most include surface energy balance modules of more complexity than the minimum identified by Pitman et al. (2004).

While little work has been performed to assess the capability of the land surface models used in coupled climate models, the upgrading of the land surface models is gradually taking place and the inclusion of carbon in these models is a major conceptual advance. In the simulation of the present-day climate, the limitations of the standard bucket hydrology model are increasingly clear (Milly and Shmakin, 2002; Henderson-Sellers et al., 2004; Pitman et al., 2004), including evidence that it overestimates the likelihood of drought (Seneviratne et al., 2002). Relatively small improvements to the land surface model, for example, the inclusion of spatially variable water-holding capacity and a simple canopy conductance, lead to significant improvements (Milly and Shmakin, 2002). Since most models in Table 8.1 represent the continental-scale land surface more realistically than the standard bucket hydrology scheme, and include spatially variable water-holding capacity, canopy conductance, etc. (Table 8.1), most of these models likely capture the key contribution made by the land surface to current large-scale climate simulations. However, it is not clear how well current climate models can capture the impact of future warming on the terrestrial carbon balance. A systematic evaluation of AOGCMs with the carbon cycle represented would help increase confidence in the contribution of the terrestrial surface resulting from future warming.

### 8.2.3.2    *Soil Moisture Feedbacks in Climate Models*

A key role of the land surface is to store soil moisture and control its evaporation. An important process, the soil moisture-precipitation feedback, has been explored extensively since the TAR, building on regionally specific studies that demonstrated links between soil moisture and rainfall. Recent studies (e.g., Gutowski et al., 2004; Pan et al., 2004) suggest that summer precipitation strongly depends on surface processes, notably in the simulation of regional extremes. Douville (2001) showed that soil moisture anomalies affect the African monsoon while Schär et al. (2004) suggested that an active soil moisture-precipitation feedback was linked to the anomalously hot European summer in 2003.

The soil moisture-precipitation feedback in climate models had not been systematically assessed at the time of the TAR. It is associated with the strength of coupling between the land and atmosphere, which is not directly measurable at the large scale in nature and has only recently been quantified in models

(Dirmeyer, 2001). Koster et al. (2004) provided an assessment of where the soil moisture-precipitation feedback is regionally important during the Northern Hemisphere (NH) summer by quantifying the coupling strength in 12 atmospheric GCMs. Some similarity was seen among the model responses, enough to produce a multi-model average estimate of where the global precipitation pattern during the NH summer was most strongly affected by soil moisture variations. These 'hot spots' of strong coupling are found in transition regions between humid and dry areas. The models, however, also show strong disagreement in the strength of land-atmosphere coupling. A few studies have explored the differences in coupling strength. Seneviratne et al. (2002) highlighted the importance of differing water-holding capacities among the models while Lawrence and Slingo (2005) explored the role of soil moisture variability and suggested that frequent soil moisture saturation and low soil moisture variability could partially explain the weak coupling strength in the HadAM3 model (note that 'weak' does not imply 'wrong' since the real strength of the coupling is unknown).

Overall, the uncertainty in surface-atmosphere coupling has implications for the reliability of the simulated soil moisture-atmosphere feedback. It tempers our interpretation of the response of the hydrologic cycle to simulated climate change in 'hot spot' regions. Note that no assessment has been attempted for seasons other than NH summer.

Since the TAR, there have been few assessments of the capacity of climate models to simulate observed soil moisture. Despite the tremendous effort to collect and homogenise soil moisture measurements at global scales (Robock et al., 2000), discrepancies between large-scale estimates of observed soil moisture remain. The challenge of modelling soil moisture, which naturally varies at small scales, linked to landscape characteristics, soil processes, groundwater recharge, vegetation type, etc., within climate models in a way that facilitates comparison with observed data is considerable. It is not clear how to compare climate-model simulated soil moisture with point-based or remotely sensed soil moisture. This makes assessing how well climate models simulate soil moisture, or the change in soil moisture, difficult.

## 8.2.4 Cryospheric Processes

### 8.2.4.1 Terrestrial Cryosphere

Ice sheet models are used in calculations of long-term warming and sea level scenarios, though they have not generally been incorporated in the AOGCMs used in Chapter 10. The models are generally run in 'off-line' mode (i.e., forced by atmospheric fields derived from high-resolution time-slice experiments), although Huybrechts et al. (2002) and Fichefet et al. (2003) reported early efforts at coupling ice sheet models to AOGCMs. Ice sheet models are also included in some EMICs (e.g., Calov et al., 2002). Ridley et al. (2005) pointed out that the time scale of projected melting of the Greenland Ice Sheet may be different in coupled and off-line simulations. Presently available thermomechanical ice sheet models do not include processes associated with ice streams or grounding line migration, which may permit rapid dynamical changes in the ice sheets. Glaciers and ice caps, due to their relatively small scales and low likelihood of significant climate feedback at large scales, are not currently included interactively in any AOGCMs. See Chapters 4 and 10 for further detail. For a discussion of terrestrial snow, see Section 8.3.4.1.

### 8.2.4.2 Sea Ice

Sea ice components of current AOGCMs usually predict ice thickness (or volume), fractional cover, snow depth, surface and internal temperatures (or energy) and horizontal velocity. Some models now include prognostic sea ice salinity (Schmidt et al., 2004). Sea ice albedo is typically prescribed, with only crude dependence on ice thickness, snow cover and puddling effects.

Since the TAR, most AOGCMs have started to employ complex sea ice dynamic components. The complexity of sea ice dynamics in current AOGCMs varies from the relatively simple 'cavitating fluid' model (Flato and Hibler, 1992) to the viscous-plastic model (Hibler, 1979), which is computationally expensive, particularly for global climate simulations. The elastic-viscous-plastic model (Hunke and Dukowicz, 1997) is being increasingly employed, particularly due to its efficiency for parallel computers. New numerical approaches for solving the ice dynamics equations include more accurate representations on curvilinear model grids (Hunke and Dukowicz, 2002; Marsland et al., 2003; Zhang and Rothrock, 2003) and Lagrangian methods for solving the viscous-plastic equations (Lindsay and Stern, 2004; Wang and Ikeda, 2004).

Treatment of sea ice thermodynamics in AOGCMs has progressed more slowly: it typically includes constant conductivity and heat capacities for ice and snow (if represented), a heat reservoir simulating the effect of brine pockets in the ice, and several layers, the upper one representing snow. More sophisticated thermodynamic schemes are being developed, such as the model of Bitz and Lipscomb (1999), which introduces salinity-dependent conductivity and heat capacities, modelling brine pockets in an energy-conserving way as part of a variable-layer thermodynamic model (e.g., Saenko et al., 2002). Some AOGCMs include snow ice formation, which occurs when an ice floe is submerged by the weight of the overlying snow cover and the flooded snow layer refreezes. The latter process is particularly important in the antarctic sea ice system.

Even with fine grid scales, many sea ice models incorporate sub-grid scale ice thickness distributions (Thorndike et al., 1975) with several thickness 'categories', rather than considering the ice as a uniform slab with inclusions of open water. An ice thickness distribution enables more accurate simulation of thermodynamic variations in growth and melt rates within a single grid cell, which can have significant consequences for ice-ocean albedo feedback processes (e.g., Bitz et al., 2001; Zhang and Rothrock, 2001). A well-resolved ice thickness distribution enables a more physical formulation for ice ridging and rafting events, based on energetic principles. Although parametrizations of ridging mechanics and their relationship

with the ice thickness distribution have improved (Babko et al., 2002; Amundrud et al., 2004; Toyota et al., 2004), inclusion of advanced ridging parametrizations has lagged other aspects of sea ice dynamics (rheology, in particular) in AOGCMs. Better numerical algorithms used for the ice thickness distribution (Lipscomb, 2001) and ice strength (Hutchings et al., 2004) have also been developed for AOGCMs.

### 8.2.5   Aerosol Modelling and Atmospheric Chemistry

Climate simulations including atmospheric aerosols with chemical transport have greatly improved since the TAR. Simulated global aerosol distributions are better compared with observations, especially satellite data (e.g., Advanced Very High Resolution Radar (AVHRR), Moderate Resolution Imaging Spectroradiometer (MODIS), Multi-angle Imaging Spectroradiometer (MISR), Polarization and Directionality of the Earth's Reflectance (POLDER), Total Ozone Mapping Spectrometer (TOMS)), the ground-based network (Aerosol Robotic Network; AERONET) and many measurement campaigns (e.g., Chin et al., 2002; Takemura et al., 2002). The global Aerosol Model Intercomparison project, AeroCom, has also been initiated in order to improve understanding of uncertainties of model estimates, and to reduce them (Kinne et al., 2003). These comparisons, combined with cloud observations, should result in improved confidence in the estimation of the aerosol direct and indirect radiative forcing (e.g., Ghan et al., 2001a,b; Lohmann and Lesins, 2002; Takemura et al., 2005). Interactive aerosol sub-component models have been incorporated in some of the climate models used in Chapter 10 (HadGEM1 and MIROC). Some models also include indirect aerosol effects (e.g., Takemura et al., 2005); however, the formulation of these processes is still the subject of much research.

Interactive atmospheric chemistry components are not generally included in the models used in this report. However, CCSM3 includes the modification of greenhouse gas concentrations by chemical processes and conversion of sulphur dioxide and dimethyl sulphide to sulphur aerosols.

### 8.2.6   Coupling Advances

In an advance since the TAR, a number of groups have developed software allowing easier coupling of the various components of a climate model (e.g., Valcke et al., 2006). An example, the Ocean Atmosphere Sea Ice Soil (OASIS) coupler, developed at the Centre Europeen de Recherche et de Formation Avancee en Calcul Scientific (CERFACS) (Terray et al., 1998), has been used by many modelling centres to synchronise the different models and for the interpolation of the coupling fields between the atmosphere and ocean grids. The schemes for interpolation between the ocean and the atmosphere grids have been revised. The new schemes ensure both a global and local conservation of the various fluxes at the air-sea interface, and track terrestrial, ocean and sea ice fluxes individually.

Coupling frequency is an important issue, because fluxes are averaged during a coupling interval. Typically, most AOGCMs evaluated here pass fluxes and other variables between the component parts once per day. The K-Profile Parametrization ocean vertical scheme (Large et al., 1994), used in several models, is very sensitive to the wind energy available for mixing. If the models are coupled at a frequency lower than once per ocean time step, nonlinear quantities such as wind mixing power (which depends on the cube of the wind speed) must be accumulated over every time step before passing to the ocean. Improper averaging therefore could lead to too little mixing energy and hence shallower mixed-layer depths, assuming the parametrization is not re-tuned. However, high coupling frequency can bring new technical issues. In the MIROC model, the coupling interval is three hours, and in this case, a poorly resolved internal gravity wave is excited in the ocean so some smoothing is necessary to damp this numerical problem. It should also be noted that the AOGCMs used here have relatively thick top oceanic grid boxes (typically 10 m or more), limiting the sea surface temperature (SST) response to frequent coupling (Bernie et al., 2005).

### 8.2.7   Flux Adjustments and Initialisation

Since the TAR, more climate models have been developed that do not adjust the surface heat, water and momentum fluxes artificially to maintain a stable control climate. As noted by Stouffer and Dixon (1998), the use of such flux adjustments required relatively long integrations of the component models before coupling. In these models, normally the initial conditions for the coupled integrations were obtained from long spin ups of the component models.

In AOGCMs that do not use flux adjustments (see Table 8.1), the initialisation methods tend to be more varied. The oceanic components of many models are initialised using values obtained either directly from an observationally based, gridded data set (Levitus and Boyer, 1994; Levitus and Antonov, 1997; Levitus et al., 1998) or from short ocean-only integrations that used an observational analysis for their initial conditions. The initial atmospheric component data are usually obtained from atmosphere-only integrations using prescribed SSTs.

To obtain initial data for the pre-industrial control integrations discussed in Chapter 10, most AOGCMs use variants of the Stouffer et al. (2004) scheme. In this scheme, the coupled model is initialised as discussed above. The radiative forcing is then set back to pre-industrial conditions. The model is integrated for a few centuries using constant pre-industrial radiative forcing, allowing the coupled system to partially adjust to this forcing. The degree of equilibration in the real pre-industrial climate to the pre-industrial radiative forcing is not known. Therefore, it seems unnecessary to have the pre-industrial control fully equilibrated. After this spin-up integration, the pre-industrial control is started and perturbation integrations can begin. An important next step, once the start of the control integration is determined, is the assessment of the control integration climate drift. Large climate drifts can distort both the natural variability

(e.g., Inness et al., 2003) and the climate response to changes in radiative forcing (Spelman and Manabe, 1984).

In earlier IPCC reports, the initialisation methods were quite varied. In some cases, the perturbation integrations were initialised using data from control integrations where the SSTs were near present-day values and not pre-industrial. Given that many climate models now use some variant of the Stouffer et al. (2004) method, this situation has improved.

## 8.3 Evaluation of Contemporary Climate as Simulated by Coupled Global Models

Due to nonlinearities in the processes governing climate, the climate system response to perturbations depends to some extent on its basic state (Spelman and Manabe, 1984). Consequently, for models to predict future climatic conditions reliably, they must simulate the current climatic state with some as yet unknown degree of fidelity. Poor model skill in simulating present climate could indicate that certain physical or dynamical processes have been misrepresented. The better a model simulates the complex spatial patterns and seasonal and diurnal cycles of present climate, the more confidence there is that all the important processes have been adequately represented. Thus, when new models are constructed, considerable effort is devoted to evaluating their ability to simulate today's climate (e.g., Collins et al., 2006; Delworth et al., 2006).

Some of the assessment of model performance presented here is based on the 20th-century simulations that constitute a part of the MMD archived at PCMDI. In these simulations, modelling groups initiated the models from pre-industrial (circa 1860) 'control' simulations and then imposed the natural and anthropogenic forcing thought to be important for simulating the climate of the last 140 years or so. The 23 models considered here (see Table 8.1) are those relied on in Chapters 9 and 10 to investigate historical and future climate changes. Some figures in this section are based on results from a subset of the models because the data set is incomplete.

In order to identify errors that are systematic across models, the mean of fields available in the MMD, referred to here as the 'multi-model mean field', will often be shown. The multi-model mean field results are augmented by results from individual models available as Supplementary Material (see Figures S8.1 to S8.15). The multi-model averaging serves to filter out biases of individual models and only retains errors that are generally pervasive. There is some evidence that the multi-model mean field is often in better agreement with observations than any of the fields simulated by the individual models (see Section 8.3.1.1.2), which supports continued reliance on a diversity of modelling approaches in projecting future climate change and provides some further interest in evaluating the multi-model mean results.

Faced with the rich variety of climate characteristics that could potentially be evaluated here, this section focuses on those elements that can critically affect societies and natural ecosystems and that are most likely to respond to changes in radiative forcing.

### 8.3.1 Atmosphere

#### 8.3.1.1 Surface Temperature and the Climate System's Energy Budget

For models to simulate accurately the global distribution of the annual and diurnal cycles of surface temperature, they must, in the absence of compensating errors, correctly represent a variety of processes. The large-scale distribution of annual mean surface temperature is largely determined by the distribution of insolation, which is moderated by clouds, other surface heat fluxes and transport of energy by the atmosphere and to a lesser extent by the ocean. Similarly, the annual and diurnal cycles of surface temperature are governed by seasonal and diurnal changes in these factors, respectively, but they are also damped by storage of energy in the upper layers of the ocean and to a lesser degree the surface soil layers.

##### 8.3.1.1.1 Temperature

Figure 8.2a shows the observed time mean surface temperature as a composite of surface air temperature over regions of land and SST elsewhere. Also shown is the difference between the multi-model mean field and the observed field. With few exceptions, the absolute error (outside polar regions and other data-poor regions) is less than 2°C. Individual models typically have larger errors, but in most cases still less than 3°C, except at high latitudes (see Figure 8.2b and Supplementary Material, Figure S8.1). Some of the larger errors occur in regions of sharp elevation changes and may result simply from mismatches between the model topography (typically smoothed) and the actual topography. There is also a tendency for a slight, but general, cold bias. Outside the polar regions, relatively large errors are evident in the eastern parts of the tropical ocean basins, a likely symptom of problems in the simulation of low clouds. The extent to which these systematic model errors affect a model's response to external perturbations is unknown, but may be significant (see Section 8.6).

In spite of the discrepancies discussed here, the fact is that models account for a very large fraction of the global temperature pattern: the correlation coefficient between the simulated and observed spatial patterns of annual mean temperature is typically about 0.98 for individual models. This supports the view that major processes governing surface temperature climatology are represented with a reasonable degree of fidelity by the models.

An additional opportunity for evaluating models is afforded by the observed annual cycle of surface temperature. Figure 8.3 shows the standard deviation of monthly mean surface temperatures, which is dominated by contributions from the amplitudes of the annual and semi-annual components of the annual cycle. The difference between the mean of the model results and the observations is also shown. The absolute



**Figure 8.2.** *(a) Observed climatological annual mean SST and, over land, surface air temperature (labelled contours) and the multi-model mean error in these temperatures, simulated minus observed (colour-shaded contours). (b) Size of the typical model error, as gauged by the root-mean-square error in this temperature, computed over all AOGCM simulations available in the MMD at PCMDI. The Hadley Centre Sea Ice and Sea Surface Temperature (HadISST; Rayner et al., 2003) climatology of SST for 1980 to 1999 and the Climatic Research Unit (CRU; Jones et al., 1999) climatology of surface air temperature over land for 1961 to 1990 are shown here. The model results are for the same period in the 20th-century simulations. In the presence of sea ice, the SST is assumed to be at the approximate freezing point of seawater (–1.8°C). Results for individual models can be seen in the Supplementary Material, Figure S8.1.*

differences are in most regions less than 1°C. Even over extensive land areas of the NH where the standard deviation generally exceeds 10°C, the models agree with observations within 2°C almost everywhere. The models, as a group, clearly capture the differences between marine and continental environments and the larger magnitude of the annual cycle found at higher latitudes, but there is a general tendency to underestimate the annual temperature range over eastern Siberia. In general, the largest fractional errors are found over the oceans (e.g., over much of tropical South America and off the east coasts of North America and Asia). These exceptions to the overall good agreement illustrate a general characteristic of current climate models: the largest-scale features of climate are simulated more accurately than regional- and smaller-scale features.

Like the annual range of temperature, the diurnal range (the difference between daily maximum and minimum surface air temperature) is much smaller over oceans than over land, where it is also better observed, so the discussion here is restricted to continental regions. The diurnal temperature range, zonally and annually averaged over the continents, is generally too small in the models, in many regions by as much as 50% (see Supplementary Material, Figure S8.3). Nevertheless, the models simulate the general pattern of this field, with relatively high values over the clearer, drier regions. It is not yet known why models generally underestimate the diurnal temperature range; it is possible that in some models it is in part due to shortcomings of the boundary-layer parametrizations or in the simulation of freezing and thawing soil, and it is also known that the diurnal cycle of convective cloud, which interacts strongly with surface temperature, is rather poorly simulated.

Surface temperature is strongly coupled with the atmosphere above it. This is especially evident at mid-latitudes, where migrating cold fronts and warm fronts can cause relatively large swings in surface temperature. Given the strong interactions between the surface temperature and the temperature of the air above, it is of special interest to evaluate how well models simulate the vertical profile of atmospheric temperature. The multi-model mean absolute error in the zonal mean, annual mean air temperature is almost everywhere less than 2°C (compared with the observed range of temperatures, which spans more than 100°C when the entire troposphere is considered; see Supplementary Material, Figure S8.4). It is notable, however, that near the tropopause at high latitudes the models are generally biased cold. This bias is a problem that has persisted for many years, but in general is now less severe than in earlier models. In a few of the models, the bias has been eliminated entirely, but



**Figure 8.3.** *Observed standard deviation (labelled contours) of SST and, over land, surface air temperature, computed over the climatological monthly mean annual cycle, and the multi-model mean error in the standard deviations, simulated minus observed (colour-shaded contours). In most regions, the standard deviation provides a measure of the amplitude of the seasonal range of temperature. The observational data sets, the model results and the climatological periods are as described in Figure 8.2. Results for individual models can be seen in the Supplementary Material, Figure S8.2.*

**609**

compensating errors may be responsible. It is known that the tropopause cold bias is sensitive to several factors, including horizontal and vertical resolution, non-conservation of moist entropy, and the treatment of sub-grid scale vertical convergence of momentum ('gravity wave drag'). Although the impact of the tropopause temperature bias on the model's response to radiative forcing changes has not been definitively quantified, it is almost certainly small relative to other uncertainties.

### 8.3.1.1.2    The balance of radiation at the top of the atmosphere

The primary driver of latitudinal and seasonal variations in temperature is the seasonally varying pattern of incident sunlight, and the fundamental driver of the circulation of the atmosphere and ocean is the local imbalance between the shortwave (SW) and longwave (LW) radiation at the top of the atmosphere. The impact on temperature of the distribution of insolation can be strongly modified by the distribution of clouds and surface characteristics.

Considering first the annual mean SW flux at the 'top' of the atmosphere (TOA)[1], the insolation is determined by well-known orbital parameters that ensure good agreement between models and observations. The annual mean insolation is strongest in the tropics, decreasing to about half as much at the poles. This largely drives the strong equator-to-pole temperature gradient. As for outgoing SW radiation, the Earth, on average, reflects about the same amount of sunlight (~100 W m$^{-2}$ in the annual mean) at all latitudes. At most latitudes, the difference between the multi-model mean zonally averaged outgoing SW radiation and observations is in the annual mean less than 6 W m$^{-2}$ (i.e., an error of about 6%; see Supplementary Material, Figure S8.5). Given that clouds are responsible for about half the outgoing SW radiation, these errors are not surprising, for it is known that cloud processes are among the most difficult to simulate with models (see Section 8.6.3.2.3).

There are additional errors in outgoing SW radiation due to variations with longitude and season, and these can be quantified by means of the root-mean-square (RMS) error, calculated for each latitude over all longitudes and months and plotted in Figure 8.4a (see also Supplementary Material, Figure S8.6). Errors in the complete two-dimensional fields (see Supplementary Material, Figure S8.6) tend to be substantially larger than the zonal mean errors of about 6 W m$^{-2}$, an example of the common result that model errors tend to increase as smaller spatial scales and shorter time scales are considered. Figure 8.4a also illustrates a common result that the errors in the multi-model average of monthly mean fields are often smaller than the errors in the individual



**Figure 8.4.** *Root-mean-square (RMS) model error, as a function of latitude, in simulation of (a) outgoing SW radiation reflected to space and (b) outgoing LW radiation. The RMS error is calculated over all longitudes and over all 12 months of a climatology formed from several years of data. The RMS statistic labelled 'Mean Model' is computed by first calculating the multi-model monthly mean fields, and then calculating the RMS error (i.e., it is not the mean of the individual model RMS errors). The Earth Radiation Budget Experiment (ERBE; Barkstrom et al., 1989) observational estimates used here are for the period 1985 to 1989 from satellite-based radiometers, and the model results are for the same period in the 20th-century simulations in the MMD at PCMDI. See Table 8.1 for model descriptions. Results for individual models can be seen in the Supplementary Material, Figures S8.5 to S8.8.*

model fields. In the case of outgoing SW radiation, this is true at nearly all latitudes. Calculation of the global mean RMS error, based on the monthly mean fields and area-weighted over all grid cells, indicates that the individual model errors are in the range 15 to 22 W m$^{-2}$, whereas the error in the multi-model mean climatology is only 13.1 W m$^{-2}$. Why the multi-model mean field turns out to be closer to the observed than the fields in any of the individual models is the subject of ongoing research; a superficial explanation is that at each location and

---

[1] The atmosphere clearly has no identifiable 'top', but the term is used here to refer to an altitude above which the absorption of SW and LW radiation is negligibly small.

for each month, the model estimates tend to scatter around the correct value (more or less symmetrically), with no single model consistently closest to the observations. This, however, does not explain why the results should scatter in this way.

At the TOA, the net SW radiation is everywhere partially compensated by outgoing LW radiation (i.e., infrared emissions) emanating from the surface and the atmosphere. Globally and annually averaged, this compensation is nearly exact. The pattern of LW radiation emitted by earth to space depends most critically on atmospheric temperature, humidity, clouds and surface temperature. With a few exceptions, the models can simulate the observed zonal mean of the annual mean outgoing LW within 10 W m$^{-2}$ (an error of around 5%; see Supplementary Material, Figure S8.7). The models reproduce the relative minimum in this field near the equator where the relatively high humidity and extensive cloud cover in the tropics raises the effective height (and lowers the effective temperature) at which LW radiation emanates to space.

The seasonal cycle of the outgoing LW radiation pattern is also reasonably well simulated by models (see Figure 8.4b). The RMS error for most individual models varies from about 3% of the outgoing LW radiation (OLR) near the poles to somewhat less than 10% in the tropics. The errors for the multi-model mean simulation, ranging from about 2 to 6% across all latitudes, are again generally smaller than those in the individual models.

For a climate in equilibrium, any local annual mean imbalance in the net TOA radiative flux (SW plus LW) must be balanced by a vertically integrated net horizontal divergence of energy carried by the ocean and atmosphere. The fact that the TOA SW and LW fluxes are well simulated implies that the models must also be properly accounting for poleward transport of total energy by the atmosphere and ocean. This proves to be the case, with most models correctly simulating poleward energy transport within about 10%. Although superficially this would seem to provide an important check on models, it is likely that in current models compensating errors improve the agreement of the simulations with observations. There are theoretical and model studies that suggest that if the atmosphere fails to transport the observed portion of energy, the ocean will tend to largely compensate (e.g., Shaffrey and Sutton, 2004).

### 8.3.1.2   *Moisture and Precipitation*

Water is fundamental to life, and if regional seasonal precipitation patterns were to change, the potential impacts could be profound. Consequently, it is of real practical interest to evaluate how well models can simulate precipitation, not only at global scales, but also regionally. Unlike seasonal variation in temperature, which at large scales is strongly determined by the insolation pattern and configuration of the continents, precipitation variations are also strongly influenced by vertical movement of air due to atmospheric instabilities of

various kinds and by the flow of air over orographic features. For models to simulate accurately the seasonally varying pattern of precipitation, they must correctly simulate a number of processes (e.g., evapotranspiration, condensation, transport) that are difficult to evaluate at a global scale. Some of these are discussed further in Sections 8.2 and 8.6. In this subsection, the focus is on the distribution of precipitation and water vapour.

Figure 8.5a shows observation-based estimates of annual mean precipitation and Figure 8.5b shows the multi-model mean field. At the largest scales, the lower precipitation rates at higher latitudes reflect both reduced local evaporation at lower temperatures and a lower saturation vapour pressure of cooler air, which tends to inhibit the transport of vapour from other regions. In addition to this large-scale pattern, captured well by models, is a local minimum in precipitation near the equator in the Pacific, due to a tendency for the Inter-Tropical Convergence Zone (ITCZ)[2] to reside off the equator. There are local maxima at mid-latitudes, reflecting the tendency for subsidence to suppress precipitation in the subtropics and for storm systems to enhance precipitation at mid-latitudes. The models capture these large-scale zonal mean precipitation differences, suggesting that they can adequately represent these features of atmospheric circulation. Moreover, there is some evidence provided in Section 8.3.5 that models have improved over the last several years in simulating the annual cycle of precipitation patterns.

Models also simulate some of the major regional characteristics of the precipitation field, including the major convergence zones and the maxima over tropical rain forests, although there is a tendency to underestimate rainfall over the Amazon. When considered in more detail, however, there are deficiencies in the multi-model mean precipitation field. There is a distinct tendency for models to orient the South Pacific convergence zone parallel to latitudes and to extend it too far eastward. In the tropical Atlantic, the precipitation maximum is too weak in most models with too much rain south of the equator. There are also systematic east-west positional errors in the precipitation distribution over the Indo-Pacific Warm Pool in most models, with an excess of precipitation over the western Indian Ocean and over the Maritime Continent. These lead to systematic biases in the location of the major rising branches of the Walker Circulation and can compromise major teleconnection[3] pathways, in particular those associated with El Niño (e.g., Turner et al., 2005). Systematic dry biases over the Bay of Bengal are related to errors in the monsoon simulations.

Despite the apparent skill suggested by the multi-model mean (Figure 8.5), many models individually display substantial precipitation biases, especially in the tropics, which often approach the magnitude of the mean observed climatology (e.g., Johns et al., 2006; see also the Supplementary Material, Figures S8.9 and S8.10). Although some of these biases can be attributed to errors in the SST field of the coupled model, even

---

[2] The ITCZ is manifested as a band of relatively intense convective precipitation, accompanied by surface convergence of moisture, which tends to locate seasonally over the warmest surface temperatures and circumnavigates the earth in the tropics (though not continuously).

[3] Teleconnection describes the process through which changes in one part of the climate system affect a remote location via changes in atmospheric circulation patterns.



**Figure 8.5.** *Annual mean precipitation (cm), observed (a) and simulated (b), based on the multi-model mean. The Climate Prediction Center Merged Analysis of Precipitation (CMAP; Xie and Arkin, 1997) observation-based climatology for 1980 to 1999 is shown, and the model results are for the same period in the 20th-century simulations in the MMD at PCMDI. In (a), observations were not available for the grey regions. Results for individual models can be seen in Supplementary Material, Figure S8.9.*

atmosphere-only versions of the models show similarly large errors (e.g., Slingo et al., 2003). This may be one factor leading to a lack of consensus among models even as to the sign of future regional precipitation changes predicted in parts of the tropics (see Chapter 10).

At the heart of understanding what determines the regional distribution of precipitation over land and oceans in the tropics is atmospheric convection and its interaction with large-scale circulation. Convection occurs on a wide range of spatial and temporal scales, and there is increasing evidence that interactions across all scales may be crucial for determining the mean tropical climate and its regional rainfall distributions (e.g., Khairoutdinov et al., 2005). Over tropical land, the diurnal cycle dominates, and yet many models have difficulty simulating the early evening maximum in rainfall. Instead, they systematically tend to simulate rain before noon (Yang and Slingo, 2001; Dai, 2006), which compromises the energy budget of the land surface. Similarly, the land-sea breezes around the complex system of islands in Indonesia have been implicated

in the failure of models to capture the regional rainfall patterns across the Indo-Pacific Warm Pool (Neale and Slingo, 2003). Over the oceans, the precipitation distribution along the ITCZ results from organised convection associated with weather systems occurring on synoptic and intra-seasonal time scales (e.g., the Madden-Julian Oscillation (MJO); see Section 8.4.8). These systems are frequently linked to convectively coupled equatorial wave structures (e.g., Yang et al., 2003), but these are poorly represented in models (e.g., Lin et al., 2006; Ringer et al., 2006). Thus the rain-bearing systems, which establish the mean precipitation climatology, are not well simulated, contributing also to the poor temporal characteristics of daily rainfall (e.g., Dai, 2006) in which many models simulate rain too frequently but with reduced intensity.

Precipitation patterns are intimately linked to atmospheric humidity, evaporation, condensation and transport processes. Good observational estimates of the global pattern of evaporation are not available, and condensation and vertical transport of water vapour can often be dominated by sub-grid scale convective processes which are difficult to evaluate globally. The best prospect for assessing water vapour transport processes in humid regions, especially at annual and longer time scales, may be to compare modelled and observed streamflow, which must nearly balance atmospheric transport since terrestrial water storage variations on longer time scales are small (Milly et al., 2005; see Section 8.3.4.2).

Although an analysis of runoff in the MMD at PCMDI has not yet been performed, the net result of evaporation, transport and condensation processes can be seen in the atmospheric humidity distribution. Models reproduce the large-scale decrease in humidity with both latitude and altitude (see Supplementary Material, Figure S8.11), although this is not truly an independent check of models, since it is almost a direct consequence of their reasonably realistic simulation of temperature. The multi-model mean bias in humidity, zonally and annually averaged, is less than 10% throughout most of the lower troposphere compared with reanalyses, but model evaluation in the upper troposphere is considerably hampered by observational uncertainty.

Any errors in the water vapour distribution should affect the outgoing LW radiation (see Section 8.3.1.1.2), which was seen to be free of systematic zonal mean biases. In fact, the observed differences in outgoing LW radiation between the moist and dry regions are reproduced by the models, providing some confidence that any errors in humidity are not critically affecting the net fluxes at the TOA. However, the strength of water vapour feedback, which strongly affects global climate sensitivity, is primarily determined by fractional changes in water vapour in response to warming, and the ability of models to correctly represent this feedback is perhaps better assessed with process studies (see Section 8.6).

### 8.3.1.3   Extratropical Storms

The impact of extratropical cyclones on global climate derives primarily from their role in transporting heat, momentum and humidity. Regionally and individually, these mid-latitude storms often provide beneficial precipitation, but also occasionally produce destructive flooding and high winds. For these reasons, the effect of climate change on extratropical cyclones is of considerable importance and interest.

Among the several approaches used to characterise cyclone activity (e.g., Paciorek et al., 2002), analysis methods that identify and track extratropical cyclones can provide the most direct information concerning their frequency and movement (Hoskins and Hodges, 2002, 2005). Climatologies for the distribution and properties of cyclones found in models can be compared with reanalysis products (Chapter 3), which provide the best observation-constrained data.

Results from a systematic analysis of AMIP-2 simulations (Hodges, 2004; Stratton and Pope, 2004) indicate that models run with observed SSTs are capable of producing storm tracks located in about the right locations, but nearly all show some deficiency in the distribution and level of cyclone activity. In particular, simulated storm tracks are often more zonally oriented than is observed. A study by Lambert and Fyfe (2006), based on the MMD at PCMDI, finds that as a group, the recent models, which include interactive oceans, tend to underestimate slightly the total number of cyclones in both hemispheres. However, the number of intense storms is slightly overestimated in the NH, but underestimated in the Southern Hemisphere (SH), although observations are less certain there.

Increases in model resolution (characteristic of models over the last several years) appear to improve some aspects of extratropical cyclone climatology (Bengtsson et al., 2006), particularly in the NH where observations are most reliable (Hodges et al., 2003; Hanson et al., 2004; Wang et al., 2006). Improvements to the dynamical core and physics of models have also led to better agreement with reanalyses (Ringer et al., 2006; Watterson, 2006).

Our assessment is that although problems remain, climate models are improving in their simulation of extratropical cyclones.

## 8.3.2   Ocean

As noted earlier, this chapter focuses only on those variables important in determining the transient response of climate models (see Section 8.6). Due to space limitations, much of the analysis performed for this section is found in the Supplementary Material (Figures S8.12 to S8.15). An assessment of the modes of natural, internally generated variability can be found in Section 8.4. Comparisons of the type performed here need to be made with an appreciation of the uncertainties in the historical estimates of radiative forcing and various sampling issues in the observations (see Chapters 2 and 5). Unless otherwise noted, all results discussed here are based on the MMD at PCMDI.

### 8.3.2.1   Simulation of Mean Temperature and Salinity Structure

Before discussing the oceanic variables directly involved in determining the climatic response, it is important to discuss the fluxes between the ocean and atmosphere. Modelling experience shows that the surface fluxes play a large part in determining the fidelity of the oceanic simulation. Since the atmosphere and ocean are coupled, the fidelity of the oceanic simulation feeds back to the atmospheric simulation, affecting the surface fluxes.

Unfortunately, the total surface heat and water fluxes (see Supplementary Material, Figure S8.14) are not well observed. Normally, they are inferred from observations of other fields, such as surface temperature and winds. Consequently, the uncertainty in the observational estimate is large – of the order of tens of watts per square metre for the heat flux, even in the zonal mean. An alternative way of assessing the surface fluxes is by looking at the horizontal transports in the ocean. In the long-term average, the heat and water storage in the ocean are small so that the horizontal transports have to balance the surface fluxes. Since the heat transport seems better constrained by the available observations, it is presented here.

North of 45°N, most model simulations transport too much heat northward when compared to the observational estimates used here (Figure 8.6), but there is uncertainty in the observations. At 45°N, for example, the model simulations lie much closer to the estimate of $0.6 \times 10^{15}$ W obtained by Ganachaud and Wunsch (2003). From 45°N to the equator, most model estimates lie near or between the observational estimates shown. In the tropics and subtropical zone of the SH, most models underestimate the southward heat transport away from the equator. At middle



**Figure 8.6.** Annual mean, zonally averaged oceanic heat transport implied by net heat flux imbalances at the sea surface, under an assumption of negligible changes in oceanic heat content. The observationally based estimate, taken from Trenberth and Caron (2001) for the period February 1985 to April 1989, derives from reanalysis products from the National Centers for Environmental Prediction (NCEP)/NCAR (Kalnay et al., 1996) and European Centre for Medium Range Weather Forecasts 40-year reanalysis (ERA40; Uppala et al., 2005). The model climatologies are derived from the years 1980 to 1999 in the 20th-century simulations in the MMD at PCMDI. The legend identifying individual models appears in Figure 8.4.

and high latitudes of the SH, the observational estimates are more uncertain and the model-simulated heat transports tend to surround the observational estimates.

The oceanic heat fluxes have large seasonal variations which lead to large variations in the seasonal storage of heat by the oceans, especially in mid-latitudes. The oceanic heat storage tends to damp and delay the seasonal cycle of surface temperature. The model simulations evaluated here agree well with the observations of seasonal heat storage by the oceans (Gleckler et al., 2006a). The most notable problem area for the models is in the tropics, where many models continue to have biases in representing the flow of heat from the tropics into middle and high latitudes.

The annually averaged zonal component of surface wind stress, zonally averaged over the oceans, is reasonably well simulated by the models (Figure 8.7). At most latitudes, the reanalysis estimates (based on atmospheric models constrained by observations) lie within the range of model results. At middle to low latitudes, the model spread is relatively small and all the model results lie fairly close to the reanalysis. At middle to high latitudes, the model-simulated wind stress maximum tends to lie equatorward of the reanalysis. This error is particularly large in the SH, a region where there is more uncertainty in the reanalysis. Almost all model simulations place the SH wind stress maximum north of the reanalysis estimate. The Southern Ocean wind stress errors in the control integrations may adversely affect other aspects of the simulation and possibly the oceanic heat uptake under climate change, as discussed below.

The largest individual model errors in the zonally averaged SST (Figure 8.8) are found at middle and high latitudes, particularly the mid-latitudes of the NH where the model-simulated temperatures are too cold. Almost every model has some tendency for this cold bias. This error seems to be associated with poor simulation of the path of the North Atlantic Current and seems to be due to an ocean component problem rather than a problem with the surface fluxes. In the zonal averages near 60°S, there is a warm bias in the multi-model mean results. Many models suffer from a too-warm bias in the Southern Ocean SSTs.

In the individual model SST error maps (see Supplementary Material, Figure S8.1), it is apparent that most models have a large warm bias in the eastern parts of the tropical ocean basins, near the continental boundaries. This is also evident in the multi-model mean result (Figure 8.2a) and is associated with insufficient resolution, which leads to problems in the simulation of the local wind stress, oceanic upwelling and under-prediction of the low cloud amounts (see Sections 8.2 and 8.3.1). These are also regions where there is a relatively large spread among the model simulations, indicating a relatively wide range in the magnitude of these errors. Another area where the model error spread is relatively large is found in the North Atlantic Ocean. As noted above, this is an area where many models have problems properly locating the North Atlantic Current, a region of large SST gradients.

In spite of the errors, the model simulation of the SST field is fairly realistic overall. Over all latitudes, the multi-model mean



**Figure 8.7.** Annual mean east-west component of wind stress zonally averaged over the oceans. The observationally constrained estimate is in the years 1980 to 1999 in the European Centre for Medium Range Weather Forecasts 40-year re-analysis (ERA40; Uppala et al., 2005), and the model climatologies are calculated for the same period in the 20th-century simulations in the MMD at PCMDI. The legend identifying individual models appears in Figure 8.4.



**Figure 8.8.** Annual mean, zonally averaged SST error, simulated minus observed climatology. The Hadley Centre Sea Ice and Sea Surface Temperature (HadISST; Rayner et al., 2003) observational climatology for 1980 to 1999 is the reference used here, and the model results are for the same period in the 20th-century simulations in the MMD at PCMDI. In the presence of sea ice, the SST is assumed to be at the freezing point of seawater. The legend identifying individual models appears in Figure 8.4.

zonally averaged SST error is less than 2°C, which is fairly small considering that most models do not use flux adjustments in these simulations. The model mean local SST errors are also less than 2°C over most regions, with only relatively small areas exceeding this value. Even relatively small SST errors, however, can adversely affect the simulation of variability and teleconnections (Section 8.4).

Over most latitudes, at depths ranging from 200 to 3,000 m, the multi-model mean zonally averaged ocean temperature is too warm (see Figure 8.9). The maximum warm bias (about 2°C) is located in the region of the North Atlantic Deep Water (NADW) formation. Above 200 m, however, the multi-model mean is too cold, with maximum cold bias (more than 1°C) near the surface at mid-latitudes of the NH, as discussed above. Most models generally have an error pattern similar to the



**Figure 8.9.** *Time-mean observed potential temperature (°C), zonally averaged over all ocean basins (labelled contours) and multi-model mean error in this field, simulated minus observed (colour-filled contours). The observations are from the 2004 World Ocean Atlas compiled by Levitus et al. (2005) for the period 1957 to 1990, and the model results are for the same period in the 20th-century simulations in the MMD at PCMDI. Results for individual models can be seen in the Supplementary Material, Figure S8.12.*

multi-model mean (see Supplementary Material, Figure S8.12) except for CNRM-CM3 and MRI-CGCM2.3.2, which are too cold throughout most of the mid- and low-latitude ocean (see Supplementary Material, Figure S8.12). The GISS-EH model is much too cold throughout the subtropical thermocline and only the NH part of the FGOALS-g1.0 error pattern is similar to the model mean error described here. The magnitude of these errors, especially in the deeper parts of the ocean, depends on the AOGCM initialisation method (Section 8.2.7).

The error pattern, in which the upper 200 m of the ocean tend to be too cold while the layers below are too warm, indicates that the thermocline in the multi-model mean is too diffuse. This error, which was also present at the time of the TAR, seems partly related to the wind stress errors in the SH noted above and possibly to errors in formation and mixing of NADW. The multi-model mean errors in temperature (too warm) and salinity (too salty; see Supplementary Material, Figure S8.13) at middle and low latitudes near the base of the thermocline tend to cancel in terms of a density error and appear to be associated with the problems in the formation of Antarctic Intermediate Water (AAIW), as discussed below.

### 8.3.2.2   Simulation of Circulation Features Important for Climate Response

#### 8.3.2.2.1   Meridional overturning circulation

The MOC is an important component of present-day climate and many models indicate that it will change in the future (Chapter 10). Unfortunately, many aspects of this circulation are not well observed. The MOC transports large amounts of heat and salt into high latitudes of the North Atlantic Ocean, where the relatively warm, salty surface waters are cooled by the atmosphere, making the water dense enough to sink to depth. These waters then flow southward towards the Southern Ocean where they mix with the rest of the World Ocean waters (see Supplementary Material, Figure S8.15).

The models simulate this major aspect of the MOC and also simulate a number of distinct wind-driven surface cells (see Supplementary Material, Figure S8.15). In the tropics and subtropics, these cells are quite shallow, but at the latitude of the Drake Passage (55°S) the wind-driven cell extends to a much greater depth (2 to 3 km). Most models in the multi-model data set have some manifestation of the wind-driven cells. The strength and pattern of the overturning circulation varies greatly from model to model (see Supplementary Material, Figure S8.15). The GISS-AOM exhibits the strongest overturning circulation, almost 40 to 50 Sv ($10^6$ m³ s⁻¹). The CGCM (T47 and T63) and FGOALS have the weakest overturning circulations, about 10 Sv. The observed value is about 18 Sv (Ganachaud and Wunsch 2000).

In the Atlantic, the MOC, extending to considerable depth, is responsible for a large fraction of the northward oceanic heat transport in both observations and models (e.g., Hall and Bryden, 1982; Gordon et al., 2000). Figure 10.15 contains an index of the Atlantic MOC at 30°N for the suite of AOGCM 20th-century simulations. While the majority of models show an MOC strength that is within observational uncertainty, some show higher and lower values and a few show substantial drifts which could make interpretation of MOC projections using those models very difficult.

Overall, some aspects of the simulation of the MOC have improved since the TAR. This is due in part to improvements in mixing schemes, the use of higher resolution ocean models (see Section 8.2) and better simulation of the surface fluxes. This improvement can be seen in the individual model MOC sections (see Supplementary Material, Figure S8.15) by the

fact that (1) the location of the deep-water formation is more realistic, with more sinking occurring in the Greenland-Iceland-Norwegian and Labrador Seas as evidenced by the larger stream function values north of the sill located at 60°N (e.g., Wood et al., 1999) and (2) deep waters are subjected to less spurious mixing (Thorpe et al., 2004), resulting in better water mass properties (Thorpe et al., 2004) and a larger fraction of the water that sinks in the northern part of the North Atlantic Ocean exiting the Atlantic Ocean near 30°S (Danabasoglu et al., 1995). There is still room for improvement in the models' simulation of these processes, but there is clear evidence of improvement in many of the models analysed here.

### 8.3.2.2.2  Southern Ocean circulation

The Southern Ocean wind stress error has a particularly large detrimental impact on the Southern Ocean simulation by the models. Partly due to the wind stress error identified above, the simulated location of the Antarctic Circumpolar Current (ACC) is also too far north in most models (Russell et al., 2006). Since the AAIW is formed on the north side of the ACC, the water mass properties of the AAIW are distorted (typically too warm and salty: Russell et al., 2006). The relatively poor AAIW simulation contributes to the multi-model mean error identified above where the thermocline is too diffuse, because the waters near the base of thermocline are too warm and salty.

It is likely that the relatively poor Southern Ocean simulation will influence the transient climate response to increasing greenhouse gases by affecting the oceanic heat uptake. When forced by increases in radiative forcing, models with too little Southern Ocean mixing will probably underestimate the ocean heat uptake; models with too much mixing will likely exaggerate it. These errors in oceanic heat uptake will also have a large impact on the reliability of the sea level rise projections. See Chapter 10 for more discussion of this subject.

### 8.3.2.3   Summary of Oceanic Component Simulation

Overall, the improvements in the simulation of the observed time mean ocean state noted in the TAR (McAvaney et al., 2001) have continued in the models evaluated here. It is notable that this improvement has continued in spite of the fact that nearly all models no longer use flux adjustments. This suggests that the improvements in the physical parametrizations, increased resolution (see Section 8.2) and improved surface fluxes are together having a positive impact on model simulations. The temperature and salinity errors in the thermocline, while still large, have been reduced in many models. In the NH, many models still suffer from a cold bias in the upper ocean which is at a maximum near the surface and may distort the ice-albedo feedback in some models (see Section 8.3.3). In the Southern Ocean, the equatorward bias of the westerly wind stress maximum found in most model simulations is a problem that may affect the models' response to increasing radiative forcing.

## 8.3.3    Sea Ice

The magnitude and spatial distribution of the high-latitude climate changes can be strongly affected by sea ice characteristics, but evaluation of sea ice in models is hampered by insufficient observations of some key variables (e.g., ice thickness) (see Section 4.4). Even when sea ice errors can be quantified, it is difficult to isolate their causes, which might arise from deficiencies in the representation of sea ice itself, but could also be due to flawed simulation of the atmospheric and oceanic fields at high latitudes that drive ice movement (see Sections 8.3.1, 8.3.2 and 11.3.8).

Although sea ice treatment in AOGCMs has become more sophisticated, including better representation of both the dynamics and thermodynamics (see Section 8.2.4), improvement in simulating sea ice in these models, as a group, is not obvious (compare Figure 8.10 with TAR Figure 8.10; or Kattsov and Källén, 2005, Figure 4.11). In some models, however, the geographic distribution and seasonality of sea ice is now better reproduced.

For the purposes of model evaluation, the most reliably measured characteristic of sea ice is its seasonally varying extent (i.e., the area enclosed by the ice edge, operationally defined as the 15% contour; see Section 4.4). Despite the wide differences among the models, the multi-model mean of sea ice extent is in reasonable agreement with observations. Based on 14 of the 15 AOGCMs available at the time of analysis (one model was excluded because of unrealistically large ice extents; Arzel et al., 2006), the mean extent of simulated sea ice exceeds that observed in the NH by up to roughly $1 \times 10^6$ km² throughout the year, whereas in the SH the annual cycle is exaggerated, with too much sea ice in September (~$2 \times 10^6$ km²) and too little in March by a lesser amount. In many models the regional distribution of sea ice is poorly simulated, even if the hemispheric areal extent is approximately correct (Arzel et al., 2006; Holland and Raphael, 2006; Zhang and Walsh, 2006). The spread of simulated sea ice extents, measured as the multi-model standard deviation from the model mean, is generally narrower in the NH than in the SH (Arzel et al., 2006). Even in the best case (NH winter), the range of simulated sea ice extent exceeds 50% of the mean, and ice thickness also varies considerably, suggesting that projected decreases in sea ice cover remain rather uncertain. The model sea ice biases may influence global climate sensitivity (see Section 8.6). There is a tendency for models with relatively large sea ice extent in the present climate to have higher sensitivity. This is apparently especially true of models with low to moderate polar amplification (Holland and Bitz, 2003).

Among the primary causes of biases in simulated sea ice (especially its distribution) are biases in the simulation of high-latitude winds (Bitz et al., 2002; Walsh et al., 2002; Chapman and Walsh, 2007), as well as vertical and horizontal mixing in the ocean (Arzel et al., 2006). Also important are surface heat flux errors, which in particular may result from inadequate parametrizations of the atmospheric boundary layer (under stable conditions commonly occurring at night and in the winter over sea ice) and generally from poor simulation



**Figure 8.10.** *Baseline climate (1980–1999) sea ice distribution in the Northern Hemisphere (upper panels) and Southern Hemisphere (lower panels) simulated by 14 of the AOGCMs listed in Table 8.1 for March (left) and September (right), adapted from Arzel et al. (2006). For each 2.5° x 2.5° longitude-latitude grid cell, the figure indicates the number of models that simulate at least 15% of the area covered by sea ice. The observed 15% concentration boundaries (red line) are based on the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST; Rayner et al., 2003) data set.*

### 8.3.4.1   Snow Cover

Analysis and comparison of AMIP-2 results, available at the time of the TAR, and more recent AOGCM results in the present MMD at PCMDI, show that models are now more consistent in their simulation of snow cover. Problems remain, however, and Roesch (2006) showed that the recent models predict excessive snow water equivalent (SWE) in spring, likely because of excessive winter precipitation. Frei et al. (2005) found that AMIP-2 models simulate the seasonal timing and the relative spatial patterns of SWE over North America fairly well, but identified a tendency to overestimate ablation during spring. At the continental scale, the highest monthly SWE integrated over the North American continent in AMIP-2 models varies within ±50% of the observed value of about 1,500 km³. The magnitude of these model errors is large enough to affect continental water balances. Snow cover area (SCA) is well captured by the recent models, but interannual variability is too low during melt. Frei et al. (2003) showed where observations were within the inter-quartile range of AMIP-2 models for all months at the hemispheric and continental scale. Encouragingly, there was significant improvement over earlier AMIP-1 simulations for seasonal and interannual variability of SCA (Frei et al., 2005). Both the recent AOGCMs and AMIP models reproduced the observed decline in annual SCA over the period 1979 to 1995 and most models captured the observed decadal-scale

of high-latitude cloudiness, which is evident from the striking inter-model scatter (e.g., Kattsov and Källén, 2005).

### 8.3.4   Land Surface

Evaluation of the land surface component in coupled models is severely limited by the lack of suitable observations. The terrestrial surface plays key climatic roles in influencing the partitioning of available energy between sensible and latent heat fluxes, determining whether water drains or remains available for evaporation, determining the surface albedo and whether snow melts or remains frozen, and influencing surface fluxes of carbon and momentum. Few of these can be evaluated at large spatial or long temporal scales. This section therefore evaluates those quantities for which some observational data exist.

variability over the 20th century. Despite these improvements, a minority of models still exaggerate SCA.

Large discrepancies remain in albedo for forested areas under snowy conditions, due to difficulties in determining the extent of masking of snow by vegetation (Roesch, 2006). The ability of terrestrial models to simulate snow under observed meteorological forcing has been evaluated via several intercomparisons. At the scale of individual grid cells, for mid-latitude (Slater et al., 2001) and alpine (Etchevers et al., 2004) locations, the spread of model simulations usually encompasses observations. However, grid-box scale simulations of snow over high-latitude river basins identified significant limitations (Nijssen et al., 2003), due to difficulties relating to calculating net radiation, fractional snow cover and interactions with vegetation.

### 8.3.4.2    Land Hydrology

The evaluation of the hydrological component of climate models has mainly been conducted uncoupled from AOGCMs (Bowling et al., 2003; Nijssen et al., 2003; Boone et al., 2004). This is due in part to the difficulties of evaluating runoff simulations across a range of climate models due to variations in rainfall, snowmelt and net radiation. Some attempts have, however, been made. Arora (2001) used the AMIP-2 framework to show that the Canadian Climate Model's simulation of the global hydrological cycle compared well to observations, but regional variations in rainfall and runoff led to differences at the basin scale. Gerten et al. (2004) evaluated the hydrological performance of the Lund-Potsdam-Jena (LPJ) model and showed that the model performed well in the simulation of runoff and evapotranspiration compared to other global hydrological models, although the version of LPJ assessed had been enhanced to improve the simulation of hydrology over the versions used by Sitch et al. (2003).

Milly et al. (2005) made use of the MMD, which contains results from recent models, to investigate whether observed 20th-century trends in regional land hydrology could be attributed to variations in atmospheric composition and solar irradiance. Their analysis, based on an ensemble of 26 integrations of 20th-century climate from nine climate models, showed that at regional scales these models simulated observed streamflow measurements with good qualitative skill. Further, the models demonstrated highly significant quantitative skill in identifying the regional runoff trends indicated by 165 long-term stream gauges. They concluded that the impact of changes in atmospheric composition and solar irradiance on observed streamflow was, at least in part, predictable. This is an important scientific advance: it suggests that despite limitations in the hydrological parametrizations included in climate models, these models can capture observed changes in 20th-century streamflow associated with atmospheric composition and solar irradiance changes. This enhances confidence in the use of these models for future projection.

### 8.3.4.3    Surface Fluxes

Despite considerable effort since the TAR, uncertainties remain in the representation of solar radiation in climate models (Potter and Cess, 2004). The AMIP-2 results and the recent model results in the MMD provide an opportunity for a major systematic evaluation of model ability to simulate solar radiation. Wild (2005) and Wild et al. (2006) evaluated these models and found considerable differences in the global annual mean solar radiation absorbed at the Earth's surface. In comparison to global surface observations, Wild (2005) concluded that many climate models overestimate surface absorption of solar radiation partly due to problems in the parametrizations of atmospheric absorption, clouds and aerosols. Similar uncertainties exist in the simulation of downwelling infrared radiation (Wild et al., 2001). Difficulties in simulating

absorbed solar and infrared radiation at the surface leads inevitably to uncertainty in the simulation of surface sensible and latent heat fluxes.

### 8.3.4.4    Carbon

A major advance since the TAR is some systematic assessments of the capability of land surface models to simulate carbon. Dargaville et al. (2002) evaluated the capacity of four global vegetation models to simulate the seasonal dynamics and interannual variability of atmospheric $CO_2$ between 1980 and 1991. Using off-line forcing, they evaluated the capacity of these models to simulate carbon fluxes, via an atmospheric transport model, using observed atmospheric $CO_2$ concentration. They found that the terrestrial models tended to underestimate the amplitude of the seasonal cycle and simulated the spring uptake of $CO_2$ approximately one to two months too early. Of the four models, none was clearly superior in its capacity to simulate the global carbon budget, but all four reproduced the main features of the observed seasonal cycle in atmospheric $CO_2$. A further off-line evaluation of the LPJ global vegetation model by Sitch et al. (2003) provided confidence that the model could replicate the observed vegetation pattern, seasonal variability in net ecosystem exchange and local soil moisture measurements when forced by observed climatologies.

The only systematic evaluation of carbon models that were interactively coupled to climate models occurred as part of the Coupled Climate-Carbon Cycle Model Intercomparison Project (C[4]MIP), where Friedlingstein et al. (2006) compared the ability of a suite of models to simulate historical atmospheric $CO_2$ concentration forced by observed emissions. Issues relating to the magnitude of the fertilization effect and the partitioning between land and ocean uptake were identified in individual models, but it is only under increasing $CO_2$ in the future (see Chapter 10) that the differences become large. Several other groups have evaluated the impact of coupling specific models of carbon to climate models but clear results are difficult to obtain because of inevitable biases in both the terrestrial and atmospheric modules (e.g., Delire et al., 2003).

## 8.3.5    Changes in Model Performance

Standard experiments, agreed upon by the climate modelling community to facilitate model intercomparison (see Section 8.1.2.2), have produced archives of model output that make it easier to track historical changes in model performance. Most of the modelling groups that contributed output to the current MMD at PCMDI also archived simulations from their earlier models (circa 2000) as part of the Coupled Model Intercomparison Project (CMIP1&2). The TAR largely relied on the earlier generation of models in its assessment.

Based on the archived model output, it is possible to quantify changes in performance of evolving models.[4] This can be done most straightforwardly by only considering the 14 modelling

---

[4] One modelling group participating in CMIP1&2 did not contribute to the MMD, and four groups providing output to the MMD did not do so for CMIP1&2. Results from these five groups are therefore not considered in this subsection. Some modelling groups contributed results from more than one version of their model (sometimes, simply running it at two different resolutions), and in these cases the mean of the two model results is considered here.

groups that contributed output from both their earlier and more recent models. One important aspect of model skill is how well the models simulate the seasonally varying global pattern of climatically important fields. The only monthly mean fields available in the CMIP1&2 archive are surface air temperature, precipitation and mean sea level pressure, so these are the focus of this analysis. Although the simulation conditions in the MMD 20th-century simulations were not identical to those in the CMIP1&2 control runs, the differences do not alter the conclusions summarised below because the large-scale climatological features dominate, not the relatively small perturbations resulting from climate change.

A summary of the ability of AOGCMs to simulate the seasonally varying climate state is provided by Figure 8.11, which displays error measures that gauge how well recent models simulate precipitation, sea level pressure and surface temperature, compared with their predecessors. The normalised RMS error shown is a so-called space-time statistic, computed from squared errors, summed over all 12 climatological months and over the entire globe, with grid cell values weighted by the corresponding grid cell area. This statistic can be used to assess the combined contributions of both spatial pattern errors and seasonal cycle errors. The RMS error is divided by the corresponding observed standard deviation of the field to provide a relative measure of the error. In Figure 8.11 this scaling implies that pressure is better simulated than precipitation, and that surface temperature is simulated best of all.

The models in Figure 8.11 are categorised based on whether or not flux adjustments were applied (see Section 8.2.7). Of the earlier generation models, 8 of the 14 models were flux adjusted, but only two of these groups continue this practice. Several conclusions can be drawn from the figure: 1) although flux-adjusted models on average have smaller errors than those without (in both generations), the smallest errors in simulating sea level pressure and surface temperature are found in models without flux adjustment; 2) despite the elimination of flux adjustment in all but two of the recent models, the mean error obtained from the recent suite of 14 models is smaller than errors found in the corresponding earlier suite of models; and 3) models without flux adjustment have improved on average, as have the flux-adjusted models. An exception to this last statement is the slight increase in mean RMS error for sea level pressure found in non-flux-adjusted models. Despite no apparent improvement in the mean in this case, three of the recent generation models have smaller sea level pressure errors than any of the earlier models.

These results demonstrate that the models now being used in applications by major climate modelling groups better simulate seasonally varying patterns of precipitation, mean sea level pressure and surface air temperature than the models relied on by these same groups at the time of the TAR.



**Figure 8.11.** *Normalised RMS error in simulation of climatological patterns of monthly precipitation, mean sea level pressure and surface air temperature. Recent AOGCMs (circa 2005) are compared to their predecessors (circa 2000 and earlier). Models are categorised based on whether or not any flux adjustments were applied. The models are gauged against the following observation-based datasets: Climate Prediction Center Merged Analysis of Precipitation (CMAP; Xie and Arkin, 1997) for precipitation (1980–1999), European Centre for Medium Range Weather Forecasts 40-year reanalysis (ERA40; Uppala et al., 2005) for sea level pressure (1980–1999) and Climatic Research Unit (CRU; Jones et al., 1999) for surface temperature (1961–1990). Before computing the errors, both the observed and simulated fields were mapped to a uniform 4° x 5° latitude-longitude grid. For the earlier generation of models, results are based on the archived output from control runs (specifically, the first 30 years, in the case of temperature, and the first 20 years for the other fields), and for the recent generation models, results are based on the 20th-century simulations with climatological periods selected to correspond with observations. (In both groups of models, results are insensitive to the period selected.)*

## 8.4 Evaluation of Large-Scale Climate Variability as Simulated by Coupled Global Models

The atmosphere-ocean coupled climate system shows various modes of variability that range widely from intra-seasonal to inter-decadal time scales. Successful simulation and prediction over a wide range of these phenomena increase confidence in the AOGCMs used for climate predictions of the future.

### 8.4.1 Northern and Southern Annular Modes

There is evidence (e.g., Fyfe et al., 1999; Shindell et al., 1999) that the simulated response to greenhouse gas forcing in AOGCMs has a pattern that resembles the models' Northern Annular Mode (NAM) (see Chapters 3 and 9) is realistically simulated. Analyses of individual AOGCMs (e.g., Fyfe et al., 1999; Shindell et al., 1999) have demonstrated that they are capable of simulating many aspects of the NAM and NAO patterns including linkages between circulation and temperature. Multi-model comparisons of winter atmospheric pressure (Osborn, 2004), winter temperature (Stephenson and Pavan, 2003) and atmospheric pressure across all months of the year (AchutaRao et al., 2004), including assessments of the MMD at PCMDI (Miller et al., 2006) confirm the overall skill of AOGCMs but also identify that teleconnections between the Atlantic and Pacific Oceans are stronger in many models than is observed (Osborn, 2004). In some models this is related to a bias towards a strong polar vortex in all winters so that their simulations nearly always reflect behaviour that is only observed at times with strong vortices (when a stronger Atlantic-Pacific correlation is observed; Castanheira and Graf, 2003).

Most AOGCMs organise too much sea level-pressure variability into the NAM and NAO (Miller et al., 2006). The year-to-year variance of the NAM or NAO is correctly simulated by some AOGCMs, while other simulations are significantly too variable (Osborn, 2004); for the models that simulate stronger variability, the persistence of anomalous states is greater than is observed (AchutaRao et al., 2004). The magnitude of multi-decadal variability (relative to sub-decadal variability) is lower in AOGCM control simulations than is observed, and cannot be reproduced in current model simulations with external forcings (Osborn, 2004; Gillett, 2005). However, Scaife et al. (2005) show that the observed multi-decadal trend in the surface NAM and NAO can be reproduced in an AOGCM if observed trends in the lower stratospheric circulation are prescribed in the model. Troposphere-stratosphere coupling processes may therefore need to be included in models to fully simulate NAM variability. The response of the NAM and NAO to volcanic aerosols (Stenchikov et al., 2002), sea surface temperature variability (Hurrell et al., 2004) and sea ice anomalies (Alexander et al., 2004) demonstrate some compatibility with observed variations, though the difficulties in determining cause and effect in the coupled system limit the conclusions that can be drawn with regards to the trustworthiness of model behaviour.

Like its NH counterpart, the NAM, the Southern Annular Mode (SAM; see Chapters 3 and 9) has signatures in the tropospheric circulation, the stratospheric polar vortex, mid-latitude storm tracks, ocean circulation and sea ice. AOGCMs generally simulate the SAM realistically (Fyfe et al., 1999; Cai et al., 2003; Miller et al., 2006). For example, Figure 8.12 compares the austral winter SAM simulated in the MMD at PCMDI to the observed SAM as represented in the National Centers for Environmental Prediction (NCEP) reanalysis. The main elements of the pattern, the low-pressure anomaly over Antarctica and the high-pressure anomalies equatorward of 60°S are captured well by the AOGCMs. In all but two AOGCMs, the spatial correlation between the observed and simulated SAM is greater than 0.95. Further analysis shows that the SAM signature in surface temperature, such as the surface warm anomaly over the Antarctic Peninsula associated with a positive SAM event, is also captured by some AOGCMs (e.g., Delworth et al., 2006; Otto-Bliesner et al., 2006). This follows from the realistic simulation of the SAM-related circulation shown in Figure 8.12, because the surface temperature signatures of the SAM typically reflect advection of the climatological temperature distribution by the SAM-related circulation (Thompson and Wallace, 2000).

Although the spatial structure of the SAM is well simulated by the AOGCMs in the MMD at PCMDI, other features of the SAM, such as the amplitude, the detailed zonal structure and the temporal spectra, do not always compare well with the NCEP reanalysis SAM (Miller et al., 2006; Raphael and Holland, 2006). For example, Figure 8.12 shows that the simulated SAM variance (the square of the SAM amplitude) ranges between 0.9 and 2.4 times the NCEP reanalysis SAM variance. However, such features vary considerably among different realisations of multiple-member ensembles (Raphael and Holland, 2006), and the temporal variability of the NCEP reanalysis SAM does not compare well to station data (Marshall, 2003). Thus, it is difficult to assess whether these discrepancies between the simulated SAM and the NCEP reanalysis SAM point to shortcomings in the models or to shortcomings in the observed analysis.

Resolving these issues may require a better understanding of SAM dynamics. Although the SAM exhibits clear signatures in the ocean and stratosphere, its tropospheric structure can be simulated, for example, in atmospheric GCMs with a poorly resolved stratosphere and driven by prescribed SSTs (e.g., Limpasuvan and Hartmann, 2000; Cai et al., 2003). Even much simpler atmospheric models with one or two vertical levels produce SAM-like variability (Vallis et al., 2004). These relatively simple models capture the dynamics that underlie SAM variability – namely, interactions between the tropospheric jet stream and extratropical weather systems (Limpasuvan and Hartmann, 2000; Lorenz and Hartmann, 2001). Nevertheless, the ocean and stratosphere might still influence SAM variability in important ways. For example, AOGCM simulations suggest strong SAM-related impacts on ocean temperature, ocean heat transport and sea ice distribution (Watterson, 2001; Hall and Visbeck, 2002), suggesting a potential for air-sea interactions to influence SAM dynamics. Furthermore, observational



**Figure 8.12.** *Ensemble mean leading Empirical Orthogonal Function (EOF) of summer (November through February) Southern Hemisphere sea level pressure (hPa) for 1950 to 1999. The EOFs are scaled so that the associated principal component has unit variance over this period. The percentage of variance accounted for by the leading mode is listed at the upper left corner of each panel. The spatial correlation (r) with the observed pattern is given at the upper right corner. At the lower right is the ratio of the EOF spatial variance to the observed value. "Canadian CC" refers to CGCM3.1 (T47), and "Russell GISS" refers to the GISS AOM. Adapted from Miller et al. (2006).*

and modelling studies (e.g., Thompson and Solomon, 2002; Baldwin et al., 2003; Gillett and Thompson, 2003) suggest that the stratosphere might also influence the tropospheric SAM, at least in austral spring and summer. Thus, an accurate simulation of stratosphere-troposphere and ocean-atmosphere coupling may still be necessary to accurately simulate the SAM.

### 8.4.2   Pacific Decadal Variability

Recent work suggests that the Pacific Decadal Oscillation (PDO, see Chapters 3 and 9) is the North Pacific expression of a near-global ENSO-like pattern of variability called the Inter-decadal Pacific Oscillation or IPO (Power et al., 1999; Deser et al., 2004). The appearance of the IPO as the leading Empirical Orthogonal Function (EOF) of SST in AOGCMs that do not include inter-decadal variability in natural or external forcing indicates that the IPO is an internally generated, natural form of variability. Note, however, that some AOGCMs exhibit an El Niño-like response to global warming (Cubasch et al., 2001) that can take decades to emerge (Cai and Whetton, 2000). Therefore some, though certainly not all, of the variability seen in the IPO and PDO indices might be anthropogenic in origin (Shiogama et al., 2005). The IPO and PDO can be partially understood as the residual of random inter-decadal changes in ENSO activity (e.g., Power et al., 2006), with their spectra reddened (i.e., increasing energy at lower frequencies) by the integrating effect of the upper ocean mixed layer (Newman et al., 2003; Power and Colman, 2006) and the excitation of low frequency off-equatorial Rossby waves (Power and Colman,

2006). Some of the inter-decadal variability in the tropics also has an extratropical origin (e.g., Barnett et al., 1999; Hazeleger et al., 2001) and this might give the IPO a predictable component (Power et al., 2006).

Atmosphere-Ocean General Circulation Models do not seem to have difficulty in simulating IPO-like variability (e.g., Yeh and Kirtman, 2004; Meehl and Hu, 2006), even AOGCMs that are too coarse to properly resolve equatorially trapped waves important for ENSO dynamics. Some studies have provided objective measures of the realism of the modelled decadal variability. For example, Pierce et al. (2000) found that the ENSO-like decadal SST mode in the Pacific Ocean of their AOGCM had a pattern that gave a correlation of 0.56 with its observed counterpart. This compared with a correlation coefficient of 0.79 between the modelled and observed interannual ENSO mode. The reduced agreement on decadal time scales was attributed to lower than observed variability in the North Pacific subpolar gyre, over the southwest Pacific and along the western coast of North America. The latter was attributed to poor resolution of the coastal waveguide in the AOGCM. The importance of properly resolving coastally trapped waves in the context of simulating decadal variability in the Pacific has been raised in a number studies (e.g., Meehl and Hu, 2006). Finally, there has been little work evaluating the amplitude of Pacific decadal variability in AOGCMs. Manabe and Stouffer (1996) showed that the variability has roughly the right magnitude in their AOGCM, but a more detailed investigation using recent AOGCMs with a specific focus on IPO-like variability would be useful.

### 8.4.3    Pacific-North American Pattern

The Pacific-North American (PNA) pattern (see Chapter 3) is commonly associated with the response to anomalous boundary forcing. However, PNA-like patterns have been simulated in atmospheric GCM experiments subjected to constant boundary conditions. Hence, both external and internal processes may contribute to the formation of this pattern. Particular attention has been paid to the external influences due to SST anomalies related to ENSO episodes in the tropical Pacific, as well as those situated in the extratropical North Pacific. Internal mechanisms that might play a role in the formation of the PNA pattern include interactions between the slowly varying component of the circulation and high-frequency transient disturbances, and instability of the climatological flow pattern. Trenberth et al. (1998) reviewed the myriad observational and modelling studies on various processes contributing to the PNA pattern.

The ability of GCMs to replicate various aspects of the PNA pattern has been tested in coordinated experiments. Until several years ago, such experiments were conducted by prescribing observed SST anomalies as lower boundary conditions for atmospheric GCMs. Particularly noteworthy are the ensembles of model runs performed under the auspices of the European Prediction of Climate Variations on Seasonal to Interannual Time Scales (PROVOST) and the US Dynamical Seasonal Prediction (DSP) projects. The skill of seasonal hindcasts of the participating models' atmospheric anomalies in different regions of the globe (including the PNA sector) was summarised in a series of articles edited by Palmer and Shukla (2000). These results demonstrate that the prescribed SST forcing exerts a notable impact on the model atmospheres. The hindcast skill for the winter extratropical NH is particularly high during the largest El Niño and La Niña episodes. However, these experiments indicate considerable variability of the responses in individual models, and among ensemble members of a given model. This large scatter of model responses suggests that atmospheric changes in the extratropics are only weakly constrained by tropical SST forcing.

The performance of the dynamical seasonal forecast system at the US NCEP in predicting the atmospheric anomalies given prescribed anomalous SST forcing (in the PNA sector) was assessed by Kanamitsu et al. (2002). During the large El Niño event of 1997 to 1998, the forecasts based on this system with one-month lead time are in good agreement with the observed changes in the PNA sector, with anomaly correlation scores of 0.8 to 0.9 (for 200 mb height), 0.6 to 0.8 (surface temperature) and 0.4 to 0.5 (precipitation). More recently, hindcast experiments have been launched using AOGCMs. The European effort was supported by the Development of a European Multimodel Ensemble System for Seasonal to Interannual Prediction (DEMETER) programme (Palmer et al., 2004). For the boreal winter season, and with hindcasts initiated in November, the model-generated PNA indices exhibit statistically significant temporal correlations with the corresponding observations. The fidelity of the PNA simulations is evident in both the multi-model ensemble means, as well as in the output from individual member models. However,

the strength of the ensemble mean signal remains low when compared with the statistical spread due to sampling fluctuations among different models, and among different realisations of a given model. The model skill is notably lower for other seasons and longer lead times. Empirical Orthogonal Function analyses of the geopotential height data produced by individual member models confirm that the PNA pattern is a leading spatial mode of atmospheric variability in these models.

Multi-century integrations have also been conducted at various institutions using the current generation of AOGCMs. Unlike the hindcasting or forecasting experiments mentioned above, these climate simulations are not aimed at reproducing specific ENSO events in the observed system. Diagnosis of the output from one such AOGCM integration indicates that the modelled ENSO events are linked to a PNA-like pattern in the upper troposphere (Wittenberg et al., 2006). The centres of action of the simulated patterns are systematically displaced 20 to 30 degrees of longitude west of the observed positions. This discrepancy is evidently linked to a corresponding spatial shift in the ENSO-related SST and precipitation anomaly centres simulated in the tropical Pacific. This finding illustrates that the spatial configuration of the PNA pattern in AOGCMs is crucially dependent on the accuracy of ENSO simulations in the tropics.

### 8.4.4    Cold Ocean-Warm Land Pattern

The Cold Ocean-Warm Land (COWL) pattern indicates that the oceans are relatively cold and the continents are relatively warm poleward of 40°N when the NH is relatively warm. The COWL pattern results from the contrast in thermal inertia between the continents and oceans, which allows continental temperature anomalies to have greater amplitude, and thus more strongly influence hemispheric mean temperature. The COWL pattern has been simulated in climate models of varying degrees of complexity (e.g., Broccoli et al., 1998), and similar patterns have been obtained from cluster analysis (Wu and Straus, 2004a) and EOF analysis (Wu and Straus, 2004b) of reanalysis data. In a number of studies, cold season trends in NH temperature and sea level pressure during the late 20th century have been associated with secular trends in indices of the COWL pattern (Wallace et al., 1996; Lu et al., 2004).

In their analysis of AOGCM simulations, Broccoli et al. (1998) found that the original method for extracting the COWL pattern could yield potentially misleading results when applied to a simulation forced by past and future variations in anthropogenic forcing (as is the case with most other patterns, or modes, of climate variability). The resulting spatial pattern was a mixture of the patterns associated with unforced climate variability and the anthropogenic fingerprint. Broccoli et al. (1998) also noted that temperature anomalies in the two continental centres of the COWL pattern are virtually uncorrelated, suggesting that different atmospheric teleconnections are involved in producing this pattern. Quadrelli and Wallace (2004) recently showed that the COWL pattern can be reconstructed as a linear combination of the first two EOFs of monthly mean December to March sea level pressure.

These two EOFs are the NAM and a mode closely resembling the PNA pattern. A linear combination of these two fundamental patterns can also account for a substantial fraction of the winter trend in NH sea level pressure during the late 20th century.

### 8.4.5 Atmospheric Regimes and Blocking

Weather, or climate, regimes are important factors in determining climate at various locations around the world and they can have a large impact on day-to-day variability (e.g., Plaut and Simonnet, 2001; Trigo et al., 2004; Yiou and Nogaj, 2004). General Circulation Models have been found to simulate hemispheric climate regimes quite similar to those found in observations (Robertson, 2001; Achatz and Opsteegh, 2003; Selten and Branstator, 2004). Simulated regional climate regimes over the North Atlantic strongly similar to the observed regimes were reported by Cassou et al. (2004), while the North Pacific regimes simulated by Farrara et al. (2000) were broadly consistent with those in observations. Since the TAR, agreement between different studies has improved regarding the number and structure of both hemispheric and sectoral atmospheric regimes, although this remains a subject of research (e.g., Wu and Straus, 2004a) and the statistical significance of the regimes has been discussed and remains an unresolved issue (e.g., Hannachi and O'Neill, 2001; Hsu and Zwiers, 2001; Stephenson et al., 2004; Molteni et al., 2006).

Blocking events are an important class of sectoral weather regimes (see Chapter 3), associated with local reversals of the mid-latitude westerlies. The most recent systematic intercomparison of atmospheric GCM simulations of NH blocking (D'Andrea et al., 1998) was reported in the TAR. Consistent with the conclusions of this earlier study, recent studies have found that GCMs tend to simulate the location of NH blocking more accurately than frequency or duration: simulated events are generally shorter and rarer than observed events (e.g., Pelly and Hoskins, 2003b). An analysis of one of the AOGCMs from the MMD at the PCMDI found that increased horizontal resolution combined with better physical parametrizations has led to improvements in simulations of NH blocking and synoptic weather regimes over Europe. Finally, both GCM simulations and analyses of long data sets suggest the existence of considerable interannual to inter-decadal variability in blocking frequency (e.g., Stein, 2000; Pelly and Hoskins, 2003a), highlighting the need for caution when assessing blocking climatologies derived from short records (either observed or simulated). Blocking events also occur in the SH mid-latitudes (Sinclair, 1996); no systematic intercomparison of observed and simulated SH blocking climatologies has been carried out. There is also evidence of connections between North and South Pacific blocking and ENSO variability (e.g., Renwick, 1998; Chen and Yoon, 2002), and between North Atlantic blocks and sudden stratospheric warmings (e.g., Kodera and Chiba, 1995; Monahan et al., 2003) but these connections have not been systematically explored in AOGCMs.

### 8.4.6 Atlantic Multi-decadal Variability

The Atlantic Ocean exhibits considerable multi-decadal variability with time scales of about 50 to 100 years (see Chapter 3). This multi-decadal variability appears to be a robust feature of the surface climate in the Atlantic region, as shown by tree ring reconstructions for the last few centuries (e.g., Mann et al., 1998). Atlantic multi-decadal variability has a unique spatial pattern in the SST anomaly field, with opposite changes in the North and South Atlantic (e.g., Mestas-Nunez and Enfield, 1999; Latif et al., 2004), and this dipole pattern has been shown to be significantly correlated with decadal changes in Sahelian rainfall (Folland et al., 1986). Decadal variations in hurricane activity have also been linked to the multi-decadal SST variability in the Atlantic (Goldenberg et al., 2001). Atmosphere-Ocean General Circulation Models simulate Atlantic multi-decadal variability (e.g., Delworth et al., 1993; Latif, 1998 and references therein; Knight et al., 2005), and the simulated space-time structure is consistent with that observed (Delworth and Mann, 2000). The multi-decadal variability simulated by the AOGCMs originates from variations in the MOC (see Section 8.3). The mechanisms, however, that control the variations in the MOC are fairly different across the ensemble of AOGCMs. In most AOGCMs, the variability can be understood as a damped oceanic eigenmode that is stochastically excited by the atmosphere. In a few other AOGCMs, however, coupled interactions between the ocean and the atmosphere appear to be more important. The relative roles of high- and low-latitude processes differ also from model to model. The variations in the Atlantic SST associated with the multi-decadal variability appear to be predictable a few decades ahead, which has been shown by potential (diagnostic) and classical (prognostic) predictability studies. Atmospheric quantities do not exhibit predictability at decadal time scales in these studies, which supports the picture of stochastically forced variability.

### 8.4.7 El Niño-Southern Oscillation

During the last decade, there has been steady progress in simulating and predicting ENSO (see Chapters 3 and 9) and the related global variability using AOGCMs (Latif et al., 2001; Davey et al., 2002; AchutaRao and Sperber, 2002). Over the last several years the parametrized physics have become more comprehensive (Gregory et al., 2000; Collins et al., 2001; Kiehl and Gent, 2004), the horizontal and vertical resolutions, particularly in the atmospheric component models, have markedly increased (Guilyardi et al., 2004) and the application of observations in initialising forecasts has become more sophisticated (Alves et al., 2004). These improvements in model formulation have led to a better representation of the spatial pattern of the SST anomalies in the eastern Pacific (AchutaRao and Sperber, 2006). In fact, as an indication of recent model improvements, some IPCC class models are being used for ENSO prediction (Wittenberg et al., 2006). Despite this progress, serious systematic errors in both the simulated mean climate and the natural variability persist. For example, the



**Figure 8.13.** *Maximum entropy power spectra of surface air temperature averaged over the NINO₃ region (i.e., 5°N to 5°S, 150°W to 90° W) for (a) the MMD at the PCMDI and (b) the CMIP2 models. Note the differing scales on the vertical axes and that ECMWF reanalysis in (b) refers to the European Centre for Medium Range Weather Forecasts (ECMWF) 15-year reanalysis (ERA15) as in (a). The vertical lines correspond to periods of two and seven years. The power spectra from the reanalyses and for SST from the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) version 1.1 data set are given by the series of solid, dashed and dotted black curves. Adapted from AchutaRao and Sperber (2006).*

considerably faster than observed (AchutaRao and Sperber, 2002), although there has been some notable progress in this regard over the last decade (AchutaRao and Sperber, 2006) in that more models are consistent with the observed time scale for ENSO (see Figure 8.13). The models also have difficulty capturing the correct phase locking between the annual cycle and ENSO. Further, some AOGCMs fail to represent the spatial and temporal structure of the El Niño-La Niña asymmetry (Monahan and Dai, 2004). Other weaknesses in the simulated amplitude and structure of ENSO variability are discussed in Davey et al. (2002) and van Oldenborgh et al. (2005).

Current research points to some promise in addressing some of the above problems. For example, increasing the atmospheric resolution in both the horizontal (Guilyardi et al., 2004) and vertical (NCEP Coupled Forecast System) may improve the simulated spectral characteristics of the variability, ocean parametrized physics have also been shown to significantly influence the coupled variability (Meehl et al., 2001) and continued methodical numerical experimentation into the sources of model error (e.g., Schneider, 2001) will ultimately suggest model improvement strategies.

In terms of ENSO prediction, the two biggest recent advances are: (i) the recognition that forecasts must include quantitative information regarding uncertainty (i.e., probabilistic prediction) and that verification must include skill measures for probability forecasts (Kirtman, 2003); and (ii) that a multi-model ensemble strategy may be the best current approach for adequately dealing with forecast uncertainty, for example, Palmer et al. (2004), in which Figure 2 demonstrates that a multi-model ensemble forecast has better skill than a comparable ensemble based on a single model. Improvements in the use of data, particularly in the ocean, for initialising forecasts continues to yield enhancements in forecast skill (Alves et al., 2004); moreover, other research indicates that forecast initialisation strategies that are implemented within the framework of the coupled system as opposed to the individual component models may also lead to substantial improvements in skill (Chen et al., 1995). However, basic questions regarding the predictability of SST in the tropical Pacific remain open challenges in the forecast community. For instance, it is unclear how westerly wind bursts, intra-seasonal variability or atmospheric weather noise in general limit the predictability of ENSO (e.g., Thompson and Battisti, 2001; Kleeman et al., 2003; Flugel et

so-called 'double ITCZ' problem noted by Mechoso et al. (1995; see Section 8.3.1) remains a major source of error in simulating the annual cycle in the tropics in most AOGCMs, which ultimately affects the fidelity of the simulated ENSO. Along the equator in the Pacific the models fail to adequately capture the zonal SST gradient, the equatorial cold tongue structure is equatorially confined and extends too far too to the west (Cai et al., 2003), and the simulations typically have thermoclines that are far too diffuse (Davey et al., 2002). Most AOGCMs fail to capture the meridional extent of the anomalies in the eastern Pacific and tend to produce anomalies that extend too far into the western tropical Pacific. Most, but not all, AOGCMs produce ENSO variability that occurs on time scales

al., 2004; Kirtman et al., 2005). There are also apparent decadal variations in ENSO forecast skill (Balmaseda et al., 1995; Ji et al., 1996; Kirtman and Schopf, 1998), and the sources of these variations are the subject of some debate. Finally, it remains unclear how changes in the mean climate will ultimately affect ENSO predictability (Collins et al., 2002).

### 8.4.8   Madden-Julian Oscillation

The MJO (Madden and Julian, 1971) refers to the dominant mode of intra-seasonal variability in the tropical troposphere. It is characterised by large-scale regions of enhanced and suppressed convection, coupled to a deep baroclinic, primarily zonal circulation anomaly. Together, they propagate slowly eastward along the equator from the western Indian Ocean to the central Pacific and exhibit local periodicity in a broad 30- to 90-day range. Simulation of the MJO in contemporary coupled and uncoupled climate models remains unsatisfactory (e.g., Zhang, 2005; Lin et al., 2006), partly because more is now demanded from the model simulations, as understanding of the role of the MJO in the coupled atmosphere-ocean climate system expands. For instance, simulations of the MJO in models at the time of the TAR were judged using gross metrics (e.g., Slingo et al., 1996). The spatial phasing of the associated surface fluxes, for instance, are now recognised as critical for the development of the MJO and its interaction with the underlying ocean (e.g., Hendon, 2005; Zhang, 2005). Thus, while a model may simulate some gross characteristics of the MJO, the simulation may be deemed unsuccessful when the detailed structure of the surface fluxes is examined (e.g., Hendon, 2000).

Variability with MJO characteristics (e.g., convection and wind anomalies of the correct spatial scale that propagate coherently eastward with realistic phase speeds) is simulated in many contemporary models (e.g., Sperber et al., 2005; Zhang, 2005), but this variability is typically not simulated to occur often enough or with sufficient strength so that the MJO stands out realistically above the broadband background variability (Lin et al., 2006). This underestimation of the strength and coherence of convection and wind variability at MJO temporal and spatial scales means that contemporary climate models still simulate poorly many of the important climatic effects of the MJO (e.g., its impact on rainfall variability in the monsoons or the modulation of tropical cyclone development). Simulation of the spatial structure of the MJO as it evolves through its life cycle is also problematic, with tendencies for the convective anomaly to split into double ITCZs in the Pacific and for erroneously strong convective signals to sometimes develop in the eastern Pacific ITCZ (e.g., Inness and Slingo, 2003). It has also been suggested that inadequate representation in climate models of cloud-radiative interactions and/or convection-moisture interactions may explain some of the difficulties in simulating the MJO (e.g., Lee et al., 2001; Bony and Emanuel, 2005).

Even though the MJO is probably not fundamentally a coupled ocean-atmosphere mode (e.g., Waliser et al., 1999), air-sea coupling does appear to promote more coherent eastward, and, in northern summer, northward propagation at

MJO temporal and spatial scales. The interaction with an active ocean is important especially in the suppressed convective phase when SSTs are warming and the atmospheric boundary layer is recovering (e.g., Hendon, 2005). Thus, the most realistic simulation of the MJO is anticipated to be with AOGCMs. However, coupling, in general, has not been a panacea. While coupling in some models improves some aspects of the MJO, especially eastward propagation and coherence of convective anomalies across the Indian and western Pacific Oceans (e.g., Kemball-Cook et al., 2002; Inness and Slingo, 2003), problems with the horizontal structure and seasonality remain. Typically, models that show the most beneficial impact of coupling on the propagation characteristics of the MJO are also the models that possess the most unrealistic seasonal variation of MJO activity (e.g., Zhang, 2005). Unrealistic simulation of the seasonal variation of MJO activity implies that the simulated MJO will improperly interact with climate phenomena that are tied to the seasonal cycle (e.g., the monsoons and ENSO).

Simulation of the MJO is also adversely affected by biases in the mean state (see Section 8.4.7). These biases include the tendency for coupled models to exaggerate the double ITCZ in the Indian and western Pacific Oceans, under-predict the eastward extent of surface monsoonal westerlies into the western Pacific, and over-predict the westward extension of the Pacific cold tongue. Together, these flaws limit development, maintenance and the eastward extent of convection associated with the MJO, thereby reducing its overall strength and coherence (e.g., Inness et al., 2003). To date, simulation of the MJO has proven to be most sensitive to the convective parametrization employed in climate models (e.g., Wang and Schlesinger, 1999; Maloney and Hartmann, 2001; Slingo et al., 2005). A consensus, although with exceptions (e.g., Liu et al., 2005), appears to be emerging that convective schemes based on local vertical stability and that include some triggering threshold produce more realistic MJO variability than those that convect too readily. However, some sophisticated models, with arguably the most physically based convective parametrizations, are unable to simulate reasonable MJO activity (e.g., Slingo et al., 2005).

### 8.4.9   Quasi-Biennial Oscillation

The Quasi-Biennial Oscillation (QBO; see Chapter 3) is a quasi-periodic wave-driven zonal mean wind reversal that dominates the low-frequency variability of the lower equatorial stratosphere (3 to 100 hPa) and affects a variety of extratropical phenomena including the strength and stability of the winter polar vortex (e.g., Baldwin et al., 2001). Theory and observations indicate that a broad spectrum of vertically propagating waves in the equatorial atmosphere must be considered to explain the QBO. Realistic simulation of the QBO in GCMs therefore depends on three important conditions: (i) sufficient vertical resolution in the stratosphere to allow the representation of equatorial waves at the horizontally resolved scales of a GCM, (ii) a realistic excitation of resolved equatorial waves by simulated tropical weather and (iii) parametrization of the

effects of unresolved gravity waves. Due to the computational cost associated with the requirement of a well-resolved stratosphere, the models employed for the current assessment do not generally include the QBO.

The inability of resolved wave driving to induce a spontaneous QBO in GCMs has been a long-standing issue (Boville and Randel, 1992). Only recently (Takahashi, 1996, 1999; Horinouchi and Yoden, 1998; Hamilton et al., 2001) have two necessary conditions been identified that allow resolved waves to induce a QBO: high vertical resolution in the lower stratosphere (roughly 0.5 km), and a parametrization of deep cumulus convection with sufficiently large temporal variability. However, recent analysis of satellite and radar observations of deep tropical convection (Horinouchi, 2002) indicates that the forcing of a QBO by resolved waves alone requires a parametrization of deep convection with an unrealistically large amount of temporal variability. Consequently, it is currently thought that a combination of resolved and parametrized waves is required to properly model the QBO. The utility of parametrized non-orographic gravity wave drag to force a QBO has now been demonstrated by a number of studies (Scaife et al., 2000; Giorgetta et al., 2002, 2006). Often an enhancement of input momentum flux in the tropics relative to that needed in the extratropics is required. Such an enhancement, however, depends implicitly on the amount of resolved waves and in turn, the spatial and temporal properties of parametrized deep convection employed in each model (Horinouchi et al., 2003; Scinocca and McFarlane, 2004).

### 8.4.10   Monsoon Variability

Monsoon variability (see Chapters 3, 9 and 11) occurs over a range of temporal scales from intra-seasonal to inter-decadal. Since the TAR, the ability of AOGCMs to simulate monsoon variability on intra-seasonal as well as interannual time scales has been examined. Lambert and Boer (2001) compared the AOGCMs that participated in CMIP, finding large errors in the simulated precipitation in the equatorial regions and in the Asian monsoon region. Lin et al. (2006) evaluated the intra-seasonal variation of precipitation in the MMD at PCMDI. They found that the intra-seasonal variance of precipitation simulated by most AOGCMs was smaller than observed. The space-time spectra of most model simulations have much less power than is observed, especially at periods shorter than six days. The speed of the equatorial waves is too fast, and the persistence of the precipitation is too long, in most of the AOGCM simulations. Annamalai et al (2004) examined the fidelity of precipitation simulation in the Asian monsoon region in the MMD at PCMDI. They found that just 6 of the 18 AOGCMs considered realistically simulated climatological monsoon precipitation for the 20th century. For the former set of models, the spatial correlation of the patterns of monsoon precipitation between the models exceeded 0.6, and the seasonal cycle of monsoon rainfall was simulated well. Among these models, only four exhibited a robust ENSO-monsoon contemporaneous teleconnection. Cook and Vizy (2006) evaluated the simulation of the 20th-century

climate in North Africa in the MMD at PCMDI. They found that the simulation of North African summer precipitation was less realistic than the simulation of summer precipitation over North America or Europe. In short, most AOGCMs do not simulate the spatial or intra-seasonal variation of monsoon precipitation accurately. See Chapter 11 for a more detailed regional evaluation of simulated monsoon variability.

### 8.4.11   Shorter-Term Predictions Using Climate Models

This subsection focuses on the few results of initial value predictions made using models that are identical, or very close to, the models used in other chapters of this report for understanding and predicting climate change.

*Weather prediction*

Since the TAR, it has been shown that climate models can be integrated as weather prediction models if they are initialised appropriately (Phillips et al., 2004). This advance appears to be due to: (i) improvements in the forecast model analyses and (ii) increases in the climate model spatial resolution. An advantage of testing a model's ability to predict weather is that some of the sub-grid scale physical processes that are parametrized in models (e.g., cloud formation, convection) can be evaluated on time scales characteristic of those processes, without the complication of feedbacks from these processes altering the underlying state of the atmosphere (Pope and Stratton, 2002; Boyle et al., 2005; Williamson et al., 2005; Martin et al., 2006). Full use can be made of the plentiful meteorological data sets and observations from specialised field experiments. According to these studies, some of the biases found in climate simulations are also evident in the analysis of their weather forecasts. This suggests that ongoing improvements in model formulation driven primarily by the needs of weather forecasting may lead also to more reliable climate predictions.

*Seasonal prediction*

Verification of seasonal-range predictions provides a direct test of a model's ability to represent the physical and dynamical processes controlling (unforced) fluctuations in the climate system. Satisfactory prediction of variations in key climate signals such as ENSO and its global telecomections provides evidence that such features are realistically represented in long-term forced climate simulations.

A version of the HadCM3 AOGCM (known as GloSea) has been assessed for skill in predicting observed seasonal climate variations (Davey et al., 2002; Graham et al., 2005). Graham et al. (2005) analysed 43 years of retrospective six-month forecasts ('hindcasts') with GloSea, run from observed ocean-land-atmosphere initial conditions. A nine-member ensemble was used to sample uncertainty in the initial conditions. Conclusions relevant to HadCM3 include: (i) the model is able to reproduce observed large-scale lagged responses to ENSO events in the tropical Atlantic and Indian Ocean SSTs; and (ii) the model can realistically predict anomaly patterns in North

Atlantic SSTs, shown to have important links with the NAO and seasonal temperature anomalies over Europe.

The GFDL-CM2.0 AOGCM has also been assessed for seasonal prediction. Twelve-month retrospective and contemporaneous forecasts were produced using a six-member ensemble over 15 years starting in 1991. The forecasts were initialised using global ocean data assimilation (Derber and Rosati, 1989; Rosati et al., 1997) and observed atmospheric forcing, combined with atmospheric initial conditions derived from the atmospheric component of the model forced with observed SSTs. Results indicated considerable model skill out to 12 months for ENSO prediction (see http://www.gfdl.noaa.gov/~rgg/si_workdir/Forecasts.html). Global teleconnections, as diagnosed from the NCEP reanalysis (GFDL GAMDT, 2004), were evident throughout the 12-month forecasts.

## 8.5   Model Simulations of Extremes

Society's perception of climate variability and climate change is largely formed by the frequency and the severity of extremes. This is especially true if the extreme events have large and negative impacts on lives and property. As climate models' resolution and the treatment of physical processes have improved, the simulation of extremes has also improved. Mainly because of increased data availability (e.g., daily data, various indices, etc.), the modelling community has now examined the model simulations in greater detail and presented a comprehensive description of extreme events in the coupled models used for climate change projections.

Some extreme events, by their very nature of being smaller in scale and shorter in duration, are manifestations of either a rapid amplification, or an equilibration at a higher amplitude, of naturally occurring local instabilities. Large-scale and long-duration extreme events are generally due to persistence of weather patterns associated with air-sea and air-land interactions. A reasonable hypothesis might be that the coarse-resolution AOGCMs might not be able to simulate local short-duration extreme events, but that is not the case. Our assessment of the recent scientific literature shows, perhaps surprisingly, that the global statistics of the extreme events in the current climate, especially temperature, are generally well simulated by the current models (see Section 8.5.1). These models have been more successful in simulating temperature extremes than precipitation extremes.

The assessment of extremes, especially for temperature, has been done by examining the amplitude, frequency and persistence of the following quantities: daily maximum and minimum temperature (e.g., hot days, cold days, frost days), daily precipitation intensity and frequency, seasonal mean temperature and precipitation and frequency and tracks of tropical cyclones. For precipitation, the assessment has been done either in terms of return values or extremely high rates of precipitation.

### 8.5.1   Extreme Temperature

Kiktev et al. (2003) compared station observations of extreme events with the simulations of an atmosphere-only GCM (Hadley Centre Atmospheric Model version 3; HadAM3) forced by prescribed oceanic forcing and anthropogenic radiative forcing during 1950 to 1995. The indices of extreme events they used were those proposed by Frich et al. (2002). They found that inclusion of anthropogenic radiative forcing was required to reproduce observed changes in temperature extremes, particularly at large spatial scales. The decrease in the number of frost days in Southern Australia simulated by HadAM3 with anthropogenic forcing is in good agreement with the observations. The increase in the number of warm nights over Eurasia is poorly simulated when anthropogenic forcing is not included, but the inclusion of anthropogenic forcing improves the modelled trend patterns over western Russia and reproduces the general increase in the occurrence of warm nights over much of the NH.

Meehl et al. (2004) compared the number of frost days simulated by the PCM model with observations. The 20th-century simulations include the variations in solar, volcano, sulphate aerosol, ozone and greenhouse gas forcing. Both model simulations and observations show that the number of frost days decreased by two days per decade in the western USA during the 20th century. The model simulations do not agree with observations in the southeastern USA, where the model simulates a decrease in the number of frost days in this region in the 20th century, while observations indicate an increase in this region. Meehl et al. (2004) argue that this discrepancy could be due to the model's inability to simulate the impact of El Niño events on the number of frost days in the southeastern USA. Meehl and Tebaldi (2004) compared the heat waves simulated by the PCM with observations. They defined a heat wave as the three consecutive warmest nights during the year. During the period 1961 to 1990, there is good agreement between the model and observations (NCEP reanalysis).

Kharin et al. (2005) examined the simulations of temperature and precipitation extremes for AMIP-2 models, some of which are atmospheric components of coupled models used in this assessment. They found that models simulate the temperature extremes, especially the warm extremes, reasonably well. Models have serious deficiencies in simulating precipitation extremes, particularly in the tropics. Vavrus et al. (2006) used daily values of 20th-century integrations from seven models. They defined a cold air outbreak as 'an occurrence of two or more consecutive days during which the local mean daily surface air temperature is at least two standard deviations below the local winter mean temperature'. They found that the climate models reproduce the location and magnitude of cold air outbreaks in the current climate.

Researchers have also established relationships between large-scale circulation features and cold air outbreaks or heat waves. For example, Vavrus et al. (2006) found that 'the favored regions of cold air outbreaks are located near and downstream

from preferred locations of atmosphere blocking'. Likewise, Meehl and Tebaldi (2004) found that heat waves over Europe and North America were associated with changes in the 500 hPa circulation pattern.

### 8.5.2   Extreme Precipitation

Sun et al. (2006) investigated the intensity of daily precipitation simulated by 18 AOGCMs, including several used in this report. They found that most of the models produce light precipitation (<10 mm day$^{-1}$) more often than observed, too few heavy precipitation events and too little precipitation in heavy events (>10 mm day$^{-1}$). The errors tend to cancel, so that the seasonal mean precipitation is fairly realistic (see Section 8.3).

Since the TAR, many simulations have been made with high-resolution GCMs. Iorio et al. (2004) examined the impact of model resolution on the simulation of precipitation in the USA using the Community Climate Model version 3 (CCM3). They found that the high-resolution simulation produces more realistic daily precipitation statistics. The coarse-resolution model had too many days with weak precipitation and not enough with intense precipitation. This tendency was partially eliminated in the high-resolution simulation, but, in the simulation at the highest resolution (T239), the high-percentile daily precipitation was still too low. This problem was eliminated when a cloud-resolving model was embedded in every grid point of the GCM.

Kimoto et al. (2005) compared the daily precipitation over Japan in an AOGCM with two different resolutions (high res. and med res. of MIROC 3.2) and found more realistic precipitation distributions with the higher resolution. Emori et al. (2005) showed that a high-resolution AGCM (the atmospheric part of high res. MIROC 3.2) can simulate the extreme daily precipitation realistically if there is provision in the model to suppress convection when the ambient relative humidity is below 80%, suggesting that modelled extreme precipitation can be strongly parametrization dependent. Kiktev et al. (2003) compared station observations of rainfall with the simulations of the atmosphere-only GCM HadAM3 forced by prescribed oceanic forcing and anthropogenic radiative forcing. They found that this model shows little skill in simulating changing precipitation extremes. May (2004) examined the variability and extremes of daily rainfall in the simulation of present day climate by the ECHAM4 GCM. He found that this model simulates the variability and extremes of rainfall quite well over most of India when compared to satellite-derived rainfall, but has a tendency to overestimate heavy rainfall events in central India. Durman et al. (2001) compared the extreme daily European precipitation simulated by the HadCM2 GCM with station observations. They found that the GCM's ability to simulate daily precipitation events exceeding 15 mm per day was good but its ability to simulate events exceeding 30 mm per day was poor. Kiktev et al. (2003) showed that HadAM3 was able to simulate the natural variability of the precipitation intensity index (annual mean precipitation divided by number of days with precipitation less than 1 mm) but was not able to simulate accurately the variability

in the number of wet days (the number of days in a year with precipitation greater than 10 mm).

Using the Palmer Drought Severity Index (PDSI), Dai at al. (2004) concluded that globally very dry or wet areas (PDSI above +3 or below −3) have increased from 20% to 38% since 1972. In addition to simulating the short-duration events like heat waves, frost days and cold air outbreaks, models have also shown success in simulating long time-scale anomalies. For example, Burke et al. (2006) showed that the HadCM3 model, on a global basis and at decadal time scales, 'reproduces the observed drying trend' as defined by the PDSI if the anthropogenic forcing is included, although the model does not always simulate correctly the regional distributions of wet and dry areas.

### 8.5.3   Tropical Cyclones

The spatial resolution of the coupled ocean-atmosphere models used in the IPCC assessment is generally not high enough to resolve tropical cyclones, and especially to simulate their intensity. A common approach to investigate the effects of global warming on tropical cyclones has been to utilise the SST boundary conditions from a global change scenario run to force a high-resolution AGCM. That model run is then compared with a control run using the high-resolution AGCM forced with specified observed SST for the current climate (Sugi et al., 2002; Camargo et al., 2005; McDonald et al., 2005; Bengtsson et al., 2006; Oouchi et al., 2006; Yoshimura et al., 2006). There are also several idealised model experiments in which a high-resolution AGCM is integrated with and without a fixed global warming or cooling of SST. Another method is to embed a high-resolution regional model in the lower-resolution climate model (Knutson and Tuleya, 1999; Walsh et al., 2004). Projections using these methods are discussed in Chapter 10.

Bengtsson et al. (2006) showed that the global metrics of tropical cyclones (tropical or hemispheric averages) are broadly reproduced by the ECHAM5 model, even as a function of intensity. However, varying degrees of errors (in some cases substantial) in simulated tropical storm frequency and intensity have been noted in some models (e.g., GFDL GAMDT, 2004; Knutson and Tuleya, 2004; Camargo et al., 2005). The tropical cyclone simulation has been shown to be sensitive to the choice of convection parametrization in some cases.

Oouchi et al. (2006) used one of the highest-resolution (20 km) atmospheric models to simulate the frequency, distribution and intensity of tropical cyclones in the current climate. Although there were some deficiencies in simulating the geographical distribution of tropical cyclones (over-prediction of tropical cyclones between 0° to 10°S in the Indian Ocean, and under-prediction between 0° to 10°N in the western Pacific), the overall simulation of geographical distribution and frequency was remarkably good. The model could not simulate the strongest observed maximum wind speeds, and central pressures were not as low as observed, suggesting that even higher resolution may be required to simulate the most intense tropical cyclones.

### 8.5.4    Summary

Because most AOGCMs have coarse resolution and large-scale systematic errors, and extreme events tend to be short lived and have smaller spatial scales, it is somewhat surprising how well the models simulate the statistics of extreme events in the current climate, including the trends during the 20th century (see Chapter 9 for more detail). This is especially true for the temperature extremes, but intensity, frequency and distribution of extreme precipitation are less well simulated. The higher-resolution models used for projections of tropical cyclone changes (Chapter 10) produce generally good simulation of the frequency and distribution of tropical cyclones, but less good simulation of their intensity. Improvements in the simulation of the intensity of precipitation and tropical cyclones with increases in the resolution of AGCMs (Oouchi et al., 2006) suggest that when climate models have sufficient resolution to explicitly resolve at least the large convective systems without using parametrizations for deep convection, it is likely that simulation of precipitation and intensity of tropical cyclones will improve.

## 8.6    Climate Sensitivity and Feedbacks

### 8.6.1    Introduction

Climate sensitivity is a metric used to characterise the response of the global climate system to a given forcing. It is broadly defined as the equilibrium global mean surface temperature change following a doubling of atmospheric $CO_2$ concentration (see Box 10.2). Spread in model climate sensitivity is a major factor contributing to the range in projections of future climate changes (see Chapter 10) along with uncertainties in future emission scenarios and rates of oceanic heat uptake. Consequently, differences in climate sensitivity between models have received close scrutiny in all four IPCC reports. Climate sensitivity is largely determined by internal feedback processes that amplify or dampen the influence of radiative forcing on climate. To assess the reliability of model estimates of climate sensitivity, the ability of climate models to reproduce different climate changes induced by specific forcings may be evaluated. These include the Last Glacial Maximum and the evolution of climate over the last millennium and the 20th century (see Section 9.6). The compilation and comparison of climate sensitivity estimates derived from models and from observations are presented in Box 10.2. An alternative approach, which is followed here, is to assess the reliability of key climate feedback processes known to play a critical role in the models' estimate of climate sensitivity.

This section explains why the estimates of climate sensitivity and of climate feedbacks differ among current models (Section 8.6.2), summarises understanding of the role of key radiative feedback processes associated with water vapour and lapse rate, clouds, snow and sea ice in climate sensitivity, and assesses the treatment of these processes in the global climate models used to make projections of future climate change (Section 8.6.3). Finally we discuss how we can assess our relative confidence in the different climate sensitivity estimates derived from climate models (Section 8.6.4). Note that climate feedbacks associated with chemical or biochemical processes are not discussed in this section (they are addressed in Chapters 7 and 10), nor are local-scale feedbacks (e.g., between soil moisture and precipitation; see Section 8.2.3.2).

### 8.6.2    Interpreting the Range of Climate Sensitivity Estimates Among General Circulation Models

#### 8.6.2.1    *Definition of Climate Sensitivity*

As defined in previous assessments (Cubasch et al., 2001) and in the Glossary, the global annual mean surface air temperature change experienced by the climate system after it has attained a new equilibrium in response to a doubling of atmospheric $CO_2$ concentration is referred to as the 'equilibrium climate sensitivity' (unit is °C), and is often simply termed the 'climate sensitivity'. It has long been estimated from numerical experiments in which an AGCM is coupled to a simple non-dynamic model of the upper ocean with prescribed ocean heat transports (usually referred to as 'mixed-layer' or 'slab' ocean models) and the atmospheric $CO_2$ concentration is doubled. In AOGCMs and non-steady-state (or transient) simulations, the 'transient climate response' (TCR; Cubasch et al., 2001) is defined as the global annual mean surface air temperature change (with respect to a 'control' run) averaged over a 20-year period centred at the time of $CO_2$ doubling in a 1% yr$^{-1}$ compound $CO_2$ increase scenario. That response depends both on the sensitivity and on the ocean heat uptake. An estimate of the equilibrium climate sensitivity in transient climate change integrations is obtained from the 'effective climate sensitivity' (Murphy, 1995). It corresponds to the global temperature response that would occur if the AOGCM was run to equilibrium with feedback strengths held fixed at the values diagnosed at some point of the transient climate evolution. It is computed from the oceanic heat storage, the radiative forcing and the surface temperature change (Cubasch et al., 2001; Gregory et al., 2002).

The climate sensitivity depends on the type of forcing agents applied to the climate system and on their geographical and vertical distributions (Allen and Ingram, 2002; Sausen et al., 2002; Joshi et al., 2003). As it is influenced by the nature and the magnitude of the feedbacks at work in the climate response, it also depends on the mean climate state (Boer and Yu, 2003). Some differences in climate sensitivity will also result simply from differences in the particular radiative forcing calculated by different radiation codes (see Sections 10.2.1 and 8.6.2.3). The global annual mean surface temperature change thus presents limitations regarding the description and the understanding of the climate response to an external forcing. Indeed, the regional temperature response to a uniform forcing (and even more to a vertically or geographically distributed forcing) is highly inhomogeneous. In addition, climate sensitivity only considers

the surface mean temperature and gives no indication of the occurrence of abrupt changes or extreme events. Despite its limitations, however, the climate sensitivity remains a useful concept because many aspects of a climate model scale well with global average temperature (although not necessarily across models), because the global mean temperature of the Earth is fairly well measured, and because it provides a simple way to quantify and compare the climate response simulated by different models to a specified perturbation. By focusing on the global scale, climate sensitivity can also help separate the climate response from regional variability.

### 8.6.2.2    Why Have the Model Estimates Changed Since the TAR?

The current generation of GCMs[5] covers a range of equilibrium climate sensitivity from 2.1°C to 4.4°C (with a mean value of 3.2°C; see Table 8.2 and Box 10.2), which is quite similar to the TAR. Yet most climate models have undergone substantial developments since the TAR (probably more than between the Second Assessment Report and the TAR) that generally involve improved parametrizations of specific processes such as clouds, boundary layer or convection (see Section 8.2). In some cases, developments have also concerned numerics, dynamical cores or the coupling to new components (ocean, carbon cycle, etc.). Developing new versions of a model to improve the physical basis of parametrizations or the simulation of the current climate is at the heart of modelling group activities. The rationale for these changes is generally based upon a combination of process-level tests against observations or against cloud-resolving or large-eddy simulation models (see Section 8.2), and on the overall quality of the model simulation (see Sections 8.3 and 8.4). These developments can, and do, affect the climate sensitivity of models.

The equilibrium climate sensitivity estimates from the latest model version used by modelling groups have increased (e.g., CCSM3 vs CSM1.0, ECHAM5/MPI-OM vs ECHAM3/LSG, IPSL-CM4 vs IPSL-CM2, MRI-CGCM2.3.2 vs MRI2, UKMO-HadGEM1 vs UKMO-HadCM3), decreased (e.g., CSIRO-MK3.0 vs CSIRO-MK2, GFDL-CM2.0 vs GFDL_R30_c, GISS-EH and GISS-ER vs GISS2, MIROC3.2(hires) and MIROC3.2(medres) vs CCSR/NIES2) or remained roughly unchanged (e.g., CGCM3.1(T47) vs CGCM1, GFDL-CM2.1 vs GFDL_R30_c) compared to the TAR. In some models, changes in climate sensitivity are primarily ascribed to changes in the cloud parametrization or in the representation of cloud-radiative properties (e.g., CCSM3, MRI-CGCM2.3.2, MIROC3.2(medres) and MIROC3.2(hires)). However, in most models the change in climate sensitivity cannot be attributed to a specific change in the model. For instance, Johns et al. (2006) showed that most of the individual changes made during the development of HadGEM1 have a small impact on the climate sensitivity, and that the global effects of the individual changes

largely cancel each other. In addition, the parametrization changes can interact nonlinearly with each other so that the sum of change A and change B does not produce the same as the change in A plus B (e.g., Stainforth et al., 2005). Finally, the interaction among the different parametrizations of a model explains why the influence on the climate sensitivity of a given change is often model dependent (see Section 8.2). For instance, the introduction of the Lock boundary-layer scheme (Lock et al., 2000) to HadCM3 had a minimal impact on the climate sensitivity, in contrast to the introduction of the scheme to the GFDL atmospheric model (Soden et al., 2004; Johns et al., 2006).

### 8.6.2.3    What Explains the Current Spread in Models' Climate Sensitivity Estimates?

As discussed in Chapter 10 and throughout the last three IPCC assessments, climate models exhibit a wide range of climate sensitivity estimates (Table 8.2). Webb et al. (2006), investigating a selection of the slab versions of models in Table 8.1, found that differences in feedbacks contribute almost three times more to the range in equilibrium climate sensitivity estimates than differences in the models' radiative forcings (the spread of models' forcing is discussed in Section 10.2).

Several methods have been used to diagnose climate feedbacks in GCMs, whose strengths and weaknesses are reviewed in Stephens (2005) and Bony et al. (2006). These methods include the 'partial radiative perturbation' approach and its variants (e.g., Colman, 2003a; Soden and Held, 2006), the use of radiative-convective models and the 'cloud radiative forcing' method (e.g., Webb et al., 2006). Since the TAR, there has been progress in comparing the feedbacks produced by climate models in doubled atmospheric $CO_2$ equilibrium experiments (Colman, 2003a; Webb et al., 2006) and in transient climate change integrations (Soden and Held, 2006). Water vapour, lapse rate, cloud and surface albedo feedback parameters, as estimated by Colman (2003a), Soden and Held (2006) and Winton (2006a) are shown in Figure 8.14.

In AOGCMs, the water vapour feedback constitutes by far the strongest feedback, with a multi-model mean and standard deviation for the MMD at PCMDI of $1.80 \pm 0.18$ W m$^{-2}$ °C$^{-1}$, followed by the (negative) lapse rate feedback ($-0.84 \pm 0.26$ W m$^{-2}$ °C$^{-1}$) and the surface albedo feedback ($0.26 \pm 0.08$ W m$^{-2}$ °C$^{-1}$). The cloud feedback mean is $0.69$ W m$^{-2}$ °C$^{-1}$ with a very large inter-model spread of $\pm 0.38$ W m$^{-2}$ °C$^{-1}$ (Soden and Held, 2006).

A substantial spread is apparent in the strength of water vapour feedback that is smaller in Soden and Held (2006) than in Colman (2003a). It is not known whether this smaller spread indicates a closer consensus among current AOGCMs than among older models, differences in the methodology or differences in the nature of climate change integrations between the two studies. In both studies, the lapse rate feedback also shows a substantial spread among models, which is explained

---

[5] Unless explicitly stated, GCM here refers both to AOGCM (used to estimate TCR) and AGCM coupled to a slab ocean (used to estimate equilibrium climate sensitivity).

**Table 8.2.** *Climate sensitivity estimates from the AOGCMs assessed in this report (see Table 8.1 for model details). Transient climate response (TCR) and equilibrium climate sensitivity (ECS) were calculated by the modelling groups (using atmosphere models coupled to slab ocean for equilibrium climate sensitivity), except those in italics, which were calculated from simulations in the MMD at PCMDI. The ocean heat uptake efficiency (W $m^{-2}$ °$C^{-1}$), discussed in Chapter 10, may be roughly estimated as $F_{2x}$ x (TCR$^{-1}$ − ECS$^{-1}$), where $F_{2x}$ is the radiative forcing for doubled atmospheric $CO_2$ concentration (see Supplementary Material, Table 8.SM.1)*

| AOGCM | Equilibrium climate sensitivity (°C) | Transient climate response (°C) |
|---|---|---|
| 1: BCC-CM1 | n.a. | n.a. |
| 2: BCCR-BCM2.0 | n.a. | n.a. |
| 3: CCSM3 | 2.7 | 1.5 |
| 4: CGCM3.1(T47) | 3.4 | *1.9* |
| 5: CGCM3.1(T63) | *3.4* | n.a. |
| 6: CNRM-CM3 | n.a. | 1.6 |
| 7: CSIRO-MK3.0 | 3.1 | 1.4 |
| 8: ECHAM5/MPI-OM | 3.4 | 2.2 |
| 9: ECHO-G | 3.2 | 1.7 |
| 10: FGOALS-g1.0 | *2.3* | *1.2* |
| 11: GFDL-CM2.0 | 2.9 | 1.6 |
| 12: GFDL-CM2.1 | 3.4 | 1.5 |
| 13: GISS-AOM | n.a. | n.a. |
| 14: GISS-EH | 2.7 | 1.6 |
| 15: GISS-ER | 2.7 | 1.5 |
| 16: INM-CM3.0 | 2.1 | 1.6 |
| 17: IPSL-CM4 | 4.4 | 2.1 |
| 18: MIROC3.2(hires) | 4.3 | 2.6 |
| 19: MIROC3.2(medres) | 4.0 | 2.1 |
| 20: MRI-CGCM2.3.2 | 3.2 | 2.2 |
| 21: PCM | 2.1 | 1.3 |
| 22: UKMO-HadCM3 | 3.3 | 2.0 |
| 23: UKMO-HadGEM1 | 4.4 | 1.9 |

by inter-model differences in the relative surface warming of low and high latitudes (Soden and Held, 2006). Because the water vapour and temperature responses are tightly coupled in the troposphere (see Section 8.6.3.1), models with a larger (negative) lapse rate feedback also have a larger (positive) water vapour feedback. These act to offset each other (see Box 8.1). As a result, it is more reasonable to consider the sum of water vapour and lapse rate feedbacks as a single quantity when analysing the causes of inter-model variability in climate sensitivity. This makes inter-model differences in the combination of water vapour and lapse rate feedbacks a substantially smaller contributor to the spread in climate sensitivity estimates than differences in cloud feedback (Figure 8.14). The source of

the difference in mean lapse rate feedback between the two studies is unclear, but may relate to inappropriate inclusion of stratospheric temperature response in some feedback analyses (Soden and Held, 2006).

The three studies, using different methodologies to estimate the global surface albedo feedback associated with snow and sea ice changes, all suggest that this feedback is positive in all the models, and that its range is much smaller than that of cloud feedbacks. Winton (2006a) suggests that about three-quarters of the global surface albedo feedback arises from the NH (see Section 8.6.3.3).

The diagnosis of global radiative feedbacks allows better understanding of the spread of equilibrium climate sensitivity estimates among current GCMs. In the idealised situation that the climate response to a doubling of atmospheric $CO_2$ consisted of a uniform temperature change only, with no feedbacks operating (but allowing for the enhanced radiative cooling resulting from the temperature increase), the global warming from GCMs would be around 1.2°C (Hansen et al., 1984; Bony et al., 2006). The water vapour feedback, operating alone on top of this, would at least double the response.[6] The water vapour feedback is, however, closely related to the lapse rate feedback (see above), and the two combined result in a feedback parameter of approximately 1 W $m^{-2}$ °$C^{-1}$, corresponding to an amplification of the basic temperature response by approximately 50%. The



**Figure 8.14.** *Comparison of GCM climate feedback parameters for water vapour (WV), cloud (C), surface albedo (A), lapse rate (LR) and the combined water plus lapse rate (WV + LR) in units of W $m^{-2}$ °$C^{-1}$. 'ALL' represents the sum of all feedbacks. Results are taken from Colman (2003a; blue, black), Soden and Held (2006; red) and Winton (2006a; green). Closed blue and open black symbols from Colman (2003a) represent calculations determined using the partial radiative perturbation (PRP) and the radiative-convective method (RCM) approaches respectively. Crosses represent the water vapour feedback computed for each model from Soden and Held (2006) assuming no change in relative humidity. Vertical bars depict the estimated uncertainty in the calculation of the feedbacks from Soden and Held (2006).*

[6] Under these simplifying assumptions the amplification of the global warming from a feedback parameter λ (in W $m^{-2}$ °$C^{-1}$) with no other feedbacks operating is $\frac{1}{1 + \lambda/\lambda_P}$, where λP is the 'uniform temperature' radiative cooling response (of value approximately –3.2 W $m^{-2}$ °$C^{-1}$; Bony et al., 2006). If n independent feedbacks operate, λ is replaced by (λ₁ + λ₂ +...λₙ).

## Box 8.1: Upper-Tropospheric Humidity and Water Vapour Feedback

Water vapour is the most important greenhouse gas in the atmosphere. Tropospheric water vapour concentration diminishes rapidly with height, since it is ultimately limited by saturation-specific humidity, which strongly decreases as temperature decreases. Nevertheless, these relatively low upper-tropospheric concentrations contribute disproportionately to the 'natural' greenhouse effect, both because temperature contrast with the surface increases with height, and because lower down the atmosphere is nearly opaque at wavelengths of strong water vapour absorption.

In the stratosphere, there are potentially important radiative impacts due to anthropogenic sources of water vapour, such as from methane oxidation (see Section 2.3.7). In the troposphere, the radiative forcing due to direct anthropogenic sources of water vapour (mainly from irrigation) is negligible (see Section 2.5.6). Rather, it is the response of tropospheric water vapour to warming itself – the water vapour feedback – that matters for climate change. In GCMs, water vapour provides the largest positive radiative feedback (see Section 8.6.2.3): alone, it roughly doubles the warming in response to forcing (such as from greenhouse gas increases). There are also possible stratospheric water vapour feedback effects due to tropical tropopause temperature changes and/or changes in deep convection (see Sections 3.4.2 and 8.6.3.1.1).

The radiative effect of absorption by water vapour is roughly proportional to the logarithm of its concentration, so it is the fractional change in water vapour concentration, not the absolute change, that governs its strength as a feedback mechanism. Calculations with GCMs suggest that water vapour remains at an approximately constant fraction of its saturated value (close to unchanged relative humidity (RH)) under global-scale warming (see Section 8.6.3.1). Under such a response, for uniform warming, the largest fractional change in water vapour, and thus the largest contribution to the feedback, occurs in the upper troposphere. In addition, GCMs find enhanced warming in the tropical upper troposphere, due to changes in the lapse rate (see Section 9.4.4). This further enhances moisture changes in this region, but also introduces a partially offsetting radiative response from the temperature increase, and the net effect of the combined water vapour/lapse rate feedback is to amplify the warming in response to forcing by around 50% (Section 8.6.2.3). The close link between these processes means that water vapour and lapse rate feedbacks are commonly considered together. The strength of the combined feedback is found to be robust across GCMs, despite significant inter-model differences, for example, in the mean climatology of water vapour (see Section 8.6.2.3).

Confidence in modelled water vapour feedback is thus affected by uncertainties in the physical processes controlling upper-tropospheric humidity, and confidence in their representation in GCMs. One important question is what the relative contribution of large-scale advective processes (in which confidence in GCMs' representation is high) is compared with microphysical processes (in which confidence is much lower) for determining the distribution and variation in water vapour. Although advection has been shown to establish the general distribution of tropical upper-tropospheric humidity in the present climate (see Section 8.6.3.1), a significant role for microphysics in humidity response to climate change cannot yet be ruled out.

Difficulties in observing water vapour in the upper troposphere have long hampered both observational and modelling studies, and significant limitations remain in coverage and reliability of observational humidity data sets (see Section 3.4.2). To reduce the impact of these problems, in recent years there has been increased emphasis on the use of satellite data (such as 6.3 to 6.7 μm thermal radiance measurements) for inferring variations or trends in humidity, and on direct simulation of satellite radiances in models as a basis for model evaluation (see Sections 3.4.2 and 8.6.3.1.1).

Variations in upper-tropospheric water vapour have been observed across time scales from seasonal and interannual to decadal, as well as in response to external forcing (see Section 3.4.2.2). At tropics-wide scales, they correspond to roughly unchanged RH (see Section 8.6.3.1), and GCMs are generally able to reproduce these observed variations. Both column-integrated (see Section 3.4.2.1) and upper-tropospheric (see Section 3.4.2.2) specific humidity have increased over the past two decades, also consistent with roughly unchanged RH. There remains substantial disagreement between different observational estimates of lapse rate changes over recent decades, but some of these are consistent with GCM simulations (see Sections 3.4.1 and 9.4.4).

Overall, since the TAR, confidence has increased in the conventional view that the distribution of RH changes little as climate warms, particularly in the upper troposphere. Confidence has also increased in the ability of GCMs to represent upper-tropospheric humidity and its variations, both free and forced. Together, upper-tropospheric observational and modelling evidence provide strong support for a combined water vapour/lapse rate feedback of around the strength found in GCMs (see Section 8.6.3.1.2).

surface albedo feedback amplifies the basic response by about 10%, and the cloud feedback does so by 10 to 50% depending on the GCM. Note, however, that because of the inherently nonlinear nature of the response to feedbacks, the final impact on sensitivity is not simply the sum of these responses. The effect of multiple positive feedbacks is that they mutually amplify each other's impact on climate sensitivity.

Using feedback parameters from Figure 8.14, it can be estimated that in the presence of water vapour, lapse rate and surface albedo feedbacks, but in the absence of cloud feedbacks, current GCMs would predict a climate sensitivity ($\pm 1$ standard deviation) of roughly $1.9°C \pm 0.15°C$ (ignoring spread from radiative forcing differences). The mean and standard deviation of climate sensitivity estimates derived from current GCMs are larger ($3.2°C \pm 0.7°C$) essentially because the GCMs all predict a positive cloud feedback (Figure 8.14) but strongly disagree on its magnitude.

The large spread in cloud feedbacks leads to the conclusion that differences in cloud response are the primary source of inter-model differences in climate sensitivity (see discussion in Section 8.6.3.2.2). However, the contributions of water vapour/lapse rate and surface albedo feedbacks to sensitivity spread are non-negligible, particularly since their impact is reinforced by the mean model cloud feedback being positive and quite strong.

### 8.6.3   Key Physical Processes Involved in Climate Sensitivity

The traditional approach in assessing model sensitivity has been to consider water vapour, lapse rate, surface albedo and cloud feedbacks separately. Although this division can be regarded as somewhat artificial because, for example, water vapour, clouds and temperature interact strongly, it remains conceptually useful, and is consistent in approach with previous assessments. Accordingly, and because of the relationship between lapse rate and water vapour feedbacks, this subsection separately addresses the water vapour/lapse rate feedbacks and then the cloud and surface albedo feedbacks.

#### 8.6.3.1   *Water Vapour and Lapse Rate*

Absorption of LW radiation increases approximately with the logarithm of water vapour concentration, while the Clausius-Clapeyron equation dictates a near-exponential increase in moisture-holding capacity with temperature. Since tropospheric and surface temperatures are closely coupled (see Section 3.4.1), these constraints predict a strongly positive water vapour feedback if relative humidity (RH) is close to unchanged. Furthermore, the combined water vapour-lapse rate feedback is relatively insensitive to changes in lapse rate for unchanged RH (Cess, 1975) due to the compensating effects of water vapour and temperature on the OLR (see Box 8.1). Understanding processes determining the distribution and variability in RH is therefore central to understanding of the water vapour-lapse

rate feedback. To a first approximation, GCM simulations indeed maintain a roughly unchanged distribution of RH under greenhouse gas forcing. More precisely, a small but widespread RH decrease in GCM simulations typically reduces feedback strength slightly compared with a constant RH response (Colman, 2004; Soden and Held, 2006; Figure 8.14).

In the planetary boundary layer, humidity is controlled by strong coupling with the surface, and a broad-scale quasi-unchanged RH response is uncontroversial (Wentz and Schabel, 2000; Trenberth et al., 2005; Dai, 2006). Confidence in GCMs' water vapour feedback is also relatively high in the extratropics, because large-scale eddies, responsible for much of the moistening throughout the troposphere, are explicitly resolved, and keep much of the atmosphere at a substantial fraction of saturation throughout the year (Stocker et al., 2001). Humidity changes in the tropical middle and upper troposphere, however, are less well understood and have more TOA radiative impact than do other regions of the atmosphere (e.g., Held and Soden, 2000; Colman, 2001). Therefore, much of the research since the TAR has focused on the RH response in the tropics with emphasis on the upper troposphere (see Bony et al., 2006 for a review), and confidence in the humidity response of this region is central to confidence in modelled water vapour feedback.

The humidity distribution within the tropical free troposphere is determined by many factors, including the detrainment of vapour and condensed water from convective systems and the large-scale atmospheric circulation. The relatively dry regions of large-scale descent play a major role in tropical LW cooling, and changes in their area or humidity could potentially have a significant impact on water vapour feedback strength (Pierrehumbert, 1999; Lindzen et al., 2001; Peters and Bretherton, 2005). Given the complexity of processes controlling tropical humidity, however, simple convincing physical arguments about changes under global-scale warming are difficult to sustain, and a combination of modelling and observational studies are needed to assess the reliability of model water vapour feedback.

In contrast to cloud feedback, a strong positive water vapour feedback is a robust feature of GCMs (Stocker et al., 2001), being found across models with many different schemes for advection, convection and condensation of water vapour. High-resolution mesoscale (Larson and Hartmann, 2003) and cloud-resolving models (Tompkins and Craig, 1999) run on limited tropical domains also display humidity responses consistent with strong positive feedback, although with differences in the details of upper-tropospheric RH (UTRH) trends with temperature. Experiments with GCMs have found water vapour feedback strength to be insensitive to large changes in vertical resolution, as well as convective parametrization and advection schemes (Ingram, 2002). These modelling studies provide evidence that the free-tropospheric RH response of global coupled models under climate warming is not simply an artefact of GCMs or of coarse GCM resolution, since broadly similar changes are found in a range of models of different complexity and scope. Indirect supporting evidence for model water vapour

feedback strength also comes from experiments which show that suppressing humidity variation from the radiation code in an AOGCM produces unrealistically low interannual variability (Hall and Manabe, 1999).

Confidence in modelled water vapour feedback is dependent upon understanding of the physical processes important for controlling UTRH, and confidence in their representation in GCMs. The TAR noted a sensitivity of UTRH to the representation of cloud microphysical processes in several simple modelling studies. However, other evidence suggests that the role of microphysics is limited. The observed RH field in much of the tropics can be well simulated without microphysics, but simply by observed winds while imposing an upper limit of 100% RH on parcels (Pierrehumbert and Roca, 1998; Gettelman et al., 2000; Dessler and Sherwood, 2000), or by determining a detrainment profile from clear-sky radiative cooling (Folkins et al., 2002). Evaporation of detrained cirrus condensate also does not play a major part in moistening the tropical upper troposphere (Soden, 2004; Luo and Rossow, 2004), although cirrus might be important as a water vapour sink (Luo and Rossow, 2004). Overall, these studies increase confidence in GCM water vapour feedback, since they emphasise the importance of large-scale advective processes, or radiation, in which confidence in representation by GCMs is high, compared with microphysical processes, in which confidence is much lower. However, a significant role for microphysics in determining the distribution of changes in water vapour under climate warming cannot yet be ruled out.

Observations provide ample evidence of regional-scale increases and decreases in tropical UTRH in response to changes in convection (Zhu et al., 2000; Bates and Jackson, 2001; Blankenship and Wilheit, 2001; Wang et al., 2001; Chen et al., 2002; Chung et al., 2004; Sohn and Schmetz, 2004). Such changes, however, provide little insight into large-scale thermodynamic relationships (most important for the water vapour feedback) unless considered over entire circulation systems. Recent observational studies of the tropical mean UTRH response to temperature have found results consistent with that of near-unchanged RH at a variety of time scales (see Section 3.4.2.2). These include responses from interannual variability (Bauer et al., 2002; Allan et al., 2003; McCarthy and Toumi, 2004), volcanic forcing (Soden et al., 2002; Forster and Collins, 2004) and decadal trends (Soden et al., 2005), although modest RH decreases are noted at high levels on interannual time scales (Minschwaner and Dessler, 2004; Section 3.4.2.3). Seasonal variations in observed global LW radiation trapping are also consistent with a strong positive water vapour feedback (Inamdar and Ramanathan, 1998; Tsushima et al., 2005). Note, however, that humidity responses to variability or shorter time-scale forcing must be interpreted cautiously, as they are not direct analogues to that from greenhouse gas increases, because of differences in patterns of warming and circulation changes.

### 8.6.3.1.1 Evaluation of water vapour/lapse rate feedback processes in models

Evaluation of the humidity distribution and its variability in GCMs, while not directly testing their climate change feedbacks, can assess their ability to represent key physical processes controlling water vapour and therefore affect confidence in their water vapour feedback. Limitations in coverage or accuracy of radiosonde measurements or reanalyses have long posed a problem for UTRH evaluation in models (Trenberth et al., 2001; Allan et al., 2004), and recent emphasis has been on assessments using satellite measurements, along with increasing efforts to directly simulate satellite radiances in models (so as to reduce errors in converting to model-level RH) (e.g., Soden et al., 2002; Allan et al., 2003; Iacono et al., 2003; Brogniez et al., 2005; Huang et al., 2005).

Major features of the mean humidity distribution are reasonably simulated by GCMs, along with the consequent distribution of OLR (see Section 8.3.1). In the important subtropical subsidence regions, models show a range of skill in representing the mean UTRH. Some large regional biases have been found (Iacono et al., 2003; Chung et al., 2004), although good agreement of distribution and variability with satellite data has also been noted in some models (Allan et al., 2003; Brogniez et al., 2005). Uncertainties in satellite-derived data sets further complicate such comparisons, however. Skill in the reproduction of 'bimodality' in the humidity distribution at different time scales has also been found to differ between models (Zhang et al., 2003; Pierrehumbert et al., 2007), possibly associated with mixing processes and resolution. Note, however, that given the near-logarithmic dependence of LW radiation on humidity, errors in the control climate humidity have little direct effect on climate sensitivity: it is the fractional change of humidity as climate changes that matters (Held and Soden, 2000).

A number of new tests of large-scale variability of UTRH have been applied to GCMs since the TAR, and have generally found skill in model simulations. Allan et al. (2003) found that an AGCM forced by observed SSTs simulated interannual changes in tropical mean 6.7 $\mu$m radiance (sensitive to UTRH and temperature) in broad agreement with High Resolution Infrared Radiation Sounder (HIRS) observations over the last two decades. Minschwaner et al. (2006) analysed the interannual response of tropical mean 250 hPa RH to the mean SST of the most convectively active region in 16 AOGCMs from the MMD at PCMDI. The mean model response (a small decrease in RH) was statistically consistent with the 215 hPa response inferred from satellite observations, when uncertainties from observations and model spread were taken into account. AGCMs have been able to reproduce global or tropical mean variations in clear sky OLR (sensitive to water vapour and temperature distributions) over seasonal (Tsushima et al., 2005) as well as interannual and decadal (Soden, 2000; Allan and Slingo, 2002) time scales (although aerosol or greenhouse gas uncertainties and sampling differences can affect these latter comparisons; Allan et al., 2003). In the lower

studies have used observations to investigate the dependence of mid-latitude cloud radiative properties on temperature. Del Genio and Wolf (2000) showed that the physical thickness of low-level continental clouds decreases with rising temperature, resulting in a decrease in the cloud water path and optical thickness as temperature rises, and Norris and Iacobellis (2005) suggested that over the NH ocean, a uniform change in surface temperature would result in decreased cloud amount and optical thickness for a large range of dynamical conditions. The sign of the climate change radiative feedback associated with the combined effects of dynamical and temperature changes on extratropical clouds is still unknown.

The role of polar cloud feedbacks in climate sensitivity has been emphasized by Holland and Bitz (2003) and Vavrus (2004). However, these feedbacks remain poorly understood.

### 8.6.3.2.2 Interpretation of the range of cloud feedbacks among climate models

In doubled atmospheric $CO_2$ equilibrium experiments performed by mixed-layer ocean-atmosphere models as well as in transient climate change integrations performed by fully coupled ocean-atmosphere models, models exhibit a large range of global cloud feedbacks, with roughly half of the climate models predicting a more negative CRF in response to global warming, and half predicting the opposite (Soden and Held, 2006; Webb et al., 2006). Several studies suggest that the sign of cloud feedbacks may not be necessarily that of CRF changes (Zhang et al., 1994; Colman, 2003a; Soden et al., 2004), due to the contribution of clear-sky radiation changes (i.e., of water vapour, temperature and surface albedo changes) to the change in CRF. The Partial Radiative Perturbation (PRP) method, that excludes clear-sky changes from the definition of cloud feedbacks, diagnoses a positive global net cloud feedback in virtually all the models (Colman, 2003a; Soden and Held, 2006). However, the cloud feedback estimates diagnosed from either the change in CRF or the PRP method are well correlated (i.e., their relative ranking is similar), and they exhibit a similar spread among GCMs.

By decomposing the GCM feedbacks into regional components or dynamical regimes, substantial progress has been made in the interpretation of the range of climate change cloud feedbacks. The comparison of coupled AOGCMs used for the climate projections presented in Chapter 10 (Bony and Dufresne, 2005), of atmospheric or slab ocean versions of current GCMs (Webb et al., 2006; Williams et al., 2006; Wyant et al., 2006), or of slightly older models (Williams et al., 2003; Bony et al., 2004; Volodin, 2004; Stowasser et al., 2006) show that inter-model differences in cloud feedbacks are mostly attributable to the SW cloud feedback component, and that the responses to global warming of both deep convective clouds and low-level clouds differ among GCMs. Recent analyses suggest that the response of boundary-layer clouds constitutes the largest contributor to the range of climate change cloud feedbacks among current GCMs (Bony and Dufresne, 2005; Webb et al., 2006; Wyant et al., 2006). It is due both to large discrepancies in the radiative response simulated by models in regions dominated by low-level cloud cover (Figure 8.15), and to the large areas of the globe covered by these regions. However, the response of other cloud types is also important because for each model it either reinforces or partially cancels the radiative response from low-level clouds. The spread of model cloud feedbacks is substantial at all latitudes, and tends to be larger in the tropics (Bony et al., 2006; Webb et al., 2006). Differences in the representation of mixed-phase clouds and in the degree of latitudinal shift of the storm tracks predicted by the models also contribute to inter-model differences in the CRF response to climate change, particularly in the extratropics (Tsushima et al., 2006).

### 8.6.3.2.3 Evaluation of cloud feedbacks produced by climate models

The evaluation of clouds in climate models has long been based on comparisons of observed and simulated climatologies of TOA radiative fluxes and total cloud amount (see Section 8.3.1).



**Figure 8.15.** *Sensitivity (in W m⁻² °C⁻¹) of the tropical net cloud radiative forcing (CRF) to SST changes associated with global warming (simulations in which $CO_2$ increases by 1% yr⁻¹). The inset shows the tropically averaged sensitivity Σ predicted by 15 AOGCMs used in this report: 7 models predict Σ < 0 and 8 models predict Σ > 0. The main panel compares the CRF sensitivity to SST predicted by the two groups of models in different regimes of the large-scale tropical circulation (the 500 hPa vertical pressure velocity is used as a proxy for large-scale motions, with negative values corresponding to large-scale ascending motions, and positive values to sinking motions).Thick lines and vertical lines represent the mean and the standard deviation of model sensitivities within each group; dotted lines represent the minimum and maximum values of model sensitivities within each dynamical regime. The discrepancy between the two groups of models is greatest in regimes of large-scale subsidence. These regimes, which have a large statistical weight in the tropics, are primarily covered by boundary-layer clouds. As a result, the spread of tropical cloud feedbacks among the models (inset) primarily arises from inter-model differences in the radiative response of low-level clouds in regimes of large-scale subsidence. Adapted from Bony and Dufresne (2005).*

some measures of the quality of ENSO simulation because the Australian climate depends much on this variability (see Section 11. 7).

To better assess confidence in the different model estimates of climate sensitivity, two kinds of observational tests are available: tests related to the global climate response associated with specified external forcings (discussed in Chapters 6, 9 and 10; Box 10.2) and tests focused on the simulation of key feedback processes.

Based on the understanding of both the physical processes that control key climate feedbacks (see Section 8.6.3), and also the origin of inter-model differences in the simulation of feedbacks (see Section 8.6.2), the following climate characteristics appear to be particularly important: (i) for the water vapour and lapse rate feedbacks, the response of upper-tropospheric RH and lapse rate to interannual or decadal changes in climate; (ii) for cloud feedbacks, the response of boundary-layer clouds and anvil clouds to a change in surface or atmospheric conditions and the change in cloud radiative properties associated with a change in extratropical synoptic weather systems; (iii) for snow albedo feedbacks, the relationship between surface air temperature and snow melt over northern land areas during spring and (iv) for sea ice feedbacks, the simulation of sea ice thickness.

A number of diagnostic tests have been proposed since the TAR (see Section 8.6.3), but few of them have been applied to a majority of the models currently in use. Moreover, it is not yet clear which tests are critical for constraining future projections. Consequently, a set of model metrics that might be used to narrow the range of plausible climate change feedbacks and climate sensitivity has yet to be developed.

## 8.7   Mechanisms Producing Thresholds and Abrupt Climate Change

### 8.7.1   Introduction

This discussion of thresholds and abrupt climate change is based on the definitions of 'threshold' and 'abrupt' proposed by Alley et al. (2002). The climate system tends to respond to changes in a gradual way until it crosses some threshold: thereafter any change that is defined as abrupt is one where the change in the response is much larger than the change in the forcing. The changes at the threshold are therefore abrupt relative to the changes that occur before or after the threshold and can lead to a transition to a new state. The spatial scales for these changes can range from global to local. In this definition, the magnitude of the forcing and response are important. In addition to the magnitude, the time scale being considered is also important. This section focuses mainly on decadal to centennial time scales.

Because of the somewhat subjective nature of the definitions of threshold and abrupt, there have been efforts to develop

quantitative measures to identify these points in a time series of a given variable (e.g., Lanzante, 1996; Seidel and Lanzante, 2004; Tomé and Miranda, 2004). The most common way to identify thresholds and abrupt changes is by linearly de-trending the input time series and looking for large deviations from the trend line. More statistically rigorous methods are usually based on Bayesian statistics.

This section explores the potential causes and mechanisms for producing thresholds and abrupt climate change and addresses the issue of how well climate models can simulate these changes. The following discussion is split into two main areas: forcing changes that can result in abrupt changes and abrupt climate changes that result from large natural variability on long time scales. Formally, the latter abrupt changes do not fit the definition of thresholds and abrupt changes, because the forcing (at least radiative forcing – the external boundary condition) is not changing in time. However these changes have been discussed in the literature and popular press and are worthy of assessment here.

### 8.7.2   Forced Abrupt Climate Change

#### 8.7.2.1   Meridional Overturning Circulation Changes

As the radiative forcing of the planet changes, the climate system responds on many different time scales. For the physical climate system typically simulated in coupled models (atmosphere, ocean, land, sea ice), the longest response time scales are found in the ocean (Stouffer, 2004). In terms of thresholds and abrupt climate changes on decadal and longer time scales, the ocean has also been a focus of attention. In particular, the ocean's Atlantic MOC (see Box 5.1 for definition and description) is a main area of study.

The MOC transports large amounts of heat (order of $10^{15}$ Watts) and salt into high latitudes of the North Atlantic. There, the heat is released to the atmosphere, cooling the surface waters. The cold, relatively salty waters sink to depth and flow southward out of the Atlantic Basin. The complete set of climatic drivers of this circulation remains unclear but it is likely that both density (e.g., Stommel 1961; Rooth 1982) and wind stress forcings (e.g., Wunsch, 2002; Timmermann and Goosse, 2004) are important. Both palaeoclimate studies (e.g., Broecker, 1997; Clark et al., 2002) and modelling studies (e.g., Manabe and Stouffer, 1988, 1997; Vellinga and Wood, 2002) suggest that disruptions in the MOC can produce abrupt climate changes. A systematic model intercomparison study (Rahmstorf et al., 2005) found that all 11 participating EMICs had a threshold where the MOC shuts down (see Section 8.8.3). Due to the high computational cost, such a search for thresholds has not yet been performed with AOGCMs.

It is important to note the distinction between the equilibrium and transient or time-dependent responses of the MOC to changes in forcing. Due to the long response time scales found in the ocean (some longer than 1 kyr), it is possible that the short-term response to a given forcing change may be very different from the equilibrium response. Such behaviour of the coupled

Notes (continued):

d   PM = prescribed momentum flux; GM = global momentum flux adjustment; AM = momentum flux anomalies relative to the control run are computed and added to climatological data; NM = no momentum flux adjustment; GH = global heat flux adjustment; NH = no heat flux adjustment; GW = global freshwater flux adjustment; RW = regional freshwater flux adjustment; NW = no freshwater flux adjustment.

e   NST = no explicit computation of soil temperature; n-LST = n-layer soil temperature scheme; NSM = no moisture storage in soil; BSM = bucket model for soil moisture; CSM = complex model for soil moisture; RIV = river routing scheme.

f   BO = model of oceanic carbon dynamics; BT = model of terrestrial carbon dynamics; BV = dynamical vegetation model.

g   TM = thermomechanical model; M = mechanical model (isothermal); 1-D ($\varphi$) = vertically averaged with east-west parabolic profile; 2-D ($\varphi$, $\lambda$) = vertically averaged; 3-D = three-dimensional; horizontal and vertical resolutions: the horizontal resolution is expressed either as degrees latitude x longitude or kilometres x kilometres; the vertical resolution is expressed as 'Lm', where m is the number of vertical levels.

Hansen, J., et al., 1984: Climate sensitivity: analysis of feedback mechanisms. *Meteorol. Monogr.*, **29**, 130–163.

Hanson, C.E., J.P. Palutikof, and T.D. Davies, 2004: Objective cyclone climatologies of the North Atlantic - a comparison between the ECMWF and NCEP Reanalyses. *Clim. Dyn.*, **22**, 757–769.

Harder, M., 1996: *Dynamik, Rauhigkeit und Alter des Meereises in der Arktis*. PhD Thesis, Alfred-Wegener-Institut für Polar und Meeresforschung, Bremerhaven, Germany, 124 pp.

Hargreaves, J.C., J.D. Annan, N.R. Edwards, and R. Marsh, 2004: An efficient climate forecasting method using an intermediate complexity Earth System Model and the ensemble Kalman filter. *Clim. Dyn.*, **23**, 745–760.

Harrison, E.F., et al., 1990: Seasonal variation of cloud radiative forcing derived from the Earth Radiation Budget Experiment. *J. Geophys. Res.*, **95**, 18687–18703.

Harrison, H., 2002: Comments on "Does the Earth have an adaptive infrared iris?". *Bull. Am. Meteorol. Soc.*, **83**, 597.

Hartmann, D.L., and K. Larson, 2002: An important constraint on tropical cloud-climate feedback. *Geophys. Res. Lett.*, **29**(20), 1951–1954.

Hartmann, D.L., and M.L. Michelsen, 2002: No evidence for iris. *Bull. Am. Meteorol. Soc.*, **83**, 249–254.

Hartmann, D.L., M.E. Ockert-Bell, and M.L. Michelsen, 1992: The effect of cloud type on Earth's energy balance: Global analysis. *J. Clim.*, **5**, 1281–1304.

Harvey, D., et al., 1997: *An Introduction to Simple Climate Models Used in the IPCC Second Assessment Report*. IPCC Technical Paper 2 [Houghton, J.T., L.G. Meira Filho, D.J. Griggs, and K. Maskell (eds.)]. IPCC, Geneva, Switzerland, 51 pp.

Hasumi, H., 2002a: Sensitivity of the global thermohaline circulation to interbasin freshwater transport by the atmosphere and the Bering Strait throughflow. *J. Clim.*, **15**, 2516–2526.

Hasumi, H., 2002b: Modeling the global thermohaline circulation. *J. Oceanogr.*, **58**, 25–33.

Hasumi, H., and N. Suginohara, 1999: Effects of locally enhanced vertical diffusivity over rough bathymetry on the world ocean circulation. *J. Geophys. Res.*, **104**, 23367–23374.

Hazeleger, W., et al., 2001: Decadal upper ocean temperature variability in the tropical Pacific. *J. Geophys. Res.*, **106**(C5), 8971–8988.

Held, I.M., and B.J. Soden, 2000: Water vapour feedback and global warming. *Annu. Rev. Energy Environ.*, **25**, 441– 475.

Henderson-Sellers, A., P. Irannejad, K. McGuffie, and A.J. Pitman, 2003: Predicting land-surface climates- better skill or moving targets? *Geophys. Res. Lett.*, **30**(14), 1777–1780.

Henderson-Sellers, A., K. McGuffie, D. Noone, and P. Irannejad, 2004: Using stable water isotopes to evaluate basin-scale simulations of surface water budgets. *J. Hydrometeorol.*, **5**(5), 805–822.

Hendon, H.H., 2000: Impact of air–sea coupling on the Madden–Julian oscillation in a general circulation model. *J. Atmos. Sci.*, **57**, 3939–3952.

Hendon, H.H., 2005: Air sea interaction. In: *Intraseasonal Variability in the Atmosphere-Ocean Climate System* [Lau, W.K.M., and D.E. Waliser (eds.)]. Praxis Publishing, 436 pp.

Hewitt, C.D., C.S. Senior, and J.F.B. Mitchell, 2001: The impact of dynamic sea-ice on the climate sensitvity of a GCM: a study of past, present and future climates. *Clim. Dyn.*, **17**, 655–668.

Heymsfield, A.J., and L. Donner, 1990: A scheme for parameterizing ice-cloud water content in general circulation models. *J. Atmos. Sci.*, **47**, 1865–1877.

Hibler, W.D., 1979: A dynamic thermodynamic sea ice model. *J. Phys. Oceanogr.*, **9**, 817–846.

Hirst, A.C., 1999: The Southern Ocean response to global warming in the CSIRO coupled ocean-atmosphere model. *Environ. Model. Software*, **14**, 227–241.

Hodges, K.I., B.J. Hoskins, J. Boyle, and C. Thorncroft, 2003: A comparison of recent reanalysis data sets using objective feature tracking: storm tracks and tropical easterly waves. *Mon. Weather Rev.*, **131**, 2012–2037.

Hodges, K.: Feature based diagnostics from ECMWF/NCEP Analyses and AMIP II: Model Climatologies. In: *The Second Phase of the Atmospheric Model Intercomparison Project (AMIP2)* [Gleckler, P. (ed.)]. Proceedings of the WCRP/WGNE Workshop, Toulouse, France, pp. 201-204.

Holland, M.M., and C.M. Bitz, 2003: Polar amplification of climate change in coupled models. *Clim. Dyn.*, **21**, 221–232, doi:10.1007/s00382-003-0332-6.

Holland, M.M., and M. Raphael, 2006: Twentieth century simulation of the Southern Hemisphere climate in coupled models. Part II: sea ice conditions and variability. *Clim. Dyn.*, **26**, 229–245, doi:10.1007/s00382-005-0087-3.

Horinouchi, T., 2002: Mesoscale variability of tropical precipitation: Validation of satellite estimates of wave forcing using TOGA COARE radar data. *J. Atmos. Sci.*, **59**, 2428–2437.

Horinouchi, T., and S. Yoden, 1998: Wave-mean flow interaction associated with a QBO-like oscillation simulated in a simplified GCM. *J. Atmos. Sci.*, **55**, 502–526.

Horinouchi, T., et al., 2003: Tropical cumulus convection and upward-propagating waves in middle-atmospheric GCMs. *J. Atmos. Sci.*, **60**, 2765–2782.

Hoskins, B.J., and K.I. Hodges, 2002: New perspectives on the Northern Hemisphere winter storm tracks. *J. Atmos. Sci.*, **59**, 1041–1061.

Hoskins, B.J., and K.I. Hodges, 2005: New perspectives on the Southern Hemisphere storm tracks. *J. Clim.*, **18**, 4108–4129.

Hourdin, F., et al., 2006: The LMDZ4 general circulation model: Climate performance and sensitivity to parameterized physics with emphasis on tropical convection. *Clim. Dyn.*, **27**, 787–813.

Hovine, S., and T. Fichefet, 1994: A zonally averaged, three-basin ocean circulation model for climate studies. *Clim. Dyn.*, **15**, 1405–1413.

Hsu, C.J., and F. Zwiers, 2001: Climate change in recurrent regimes and modes of atmospheric variability. *J. Geophys. Res.*, **106**, 20145–20160.

Hu, A.X., G.A. Meehl, W.M. Washington, and A. Dai, 2004: Response of the Atlantic thermohaline circulation to increased atmospheric $CO_2$ in a coupled model. *J. Clim.*, **17**, 4267–4279.

Huang, X., B.J. Soden, and D.L. Jackson, 2005: Interannual co-variability of tropical temperature and humidity: A comparison of model, reanalysis data and satellite observation. *Geophys. Res. Lett.*, **32**, L17808, doi:10.1029/2005GL023375.

Hunke, E.C., and J.K. Dukowicz, 1997: An elastic-viscous-plastic model for sea ice dynamics. *J. Phys. Oceanogr.*, **27**, 1849–1867.

Hunke, E.C., and J.K. Dukowicz, 2002: The Elastic-Viscous-Plastic sea ice dynamics model in general orthogonal curvilinear coordinates on a sphere–Effect of metric terms. *Mon. Weather Rev.*, **130**, 1848–1865.

Hunke, E.C., and J.K. Dukowicz, 2003: *The Sea Ice Momentum Equation in the Free Drift Regime*. Technical Report LA-UR-03-2219, Los Alamos National Laboratory, Los Alamos, NM.

Hurrell, J.W., M.P. Hoerling, A.S. Phillips, and T. Xu, 2004: Twentieth century North Atlantic climate change. Part I: assessing determinism. *Clim. Dyn.*, **23**, 371–389.

Hutchings, J.K., H. Jasak, and S.W. Laxon, 2004: A strength implicit correction scheme for the viscous-plastic sea ice model. *Ocean Modelling*, **7**, 111–133.

Huybrechts, P., 2002: Sea-level changes at the LGM from ice-dynamics reconstructions of the Greenland and Antarctic ice sheets during the glacial cycles. *Quat. Sci. Rev.*, **21**, 203–231.

Huybrechts, P., I. Janssens, C. Poncin, and T. Fichefet, 2002: The response of the Greenland ice sheet to climate changes in the 21st century by interactive coupling of an AOGCM with a thermomechanical ice sheet model. *Ann. Glaciol.*, **35**, 409–415.

Iacobellis, S.F., G.M. McFarquhar, D.L. Mitchell, and R.C.J. Somerville, 2003: The sensitivity of radiative fluxes to parameterized cloud microphysics. *J. Clim.*, **16**, 2979–2996.

Iacono, M.J., J.S. Delamere, E.J. Mlawer, and S.A. Clough, 2003: Evaluation of upper tropospheric water vapor in the NCAR Community Climate Model, CCM3, using modeled and observed HIRS radiances. *J. Geophys. Res.*, **108**(D2), 4037, doi:10.1029/2002JD002539.

**653**

Norris, J.R., 1998a: Low cloud type over the ocean from surface observations. Part I: relationship to surface meteorology and the vertical distribution of temperature and moisture. *J. Clim.*, **11**, 369–382.

Norris, J.R., 1998b: Low cloud type over the ocean from surface observations. Part II: geographical and seasonal variations. *J. Clim.*, **11**, 383–403.

Norris, J.R., and C.P. Weaver, 2001: Improved techniques for evaluating GCM cloudiness applied to the NCAR CCM3. *J. Clim.*, **14**, 2540–2550.

Norris, J.R., and S.F. Iacobellis, 2005: North pacific cloud feedbacks inferred from synoptic-scale dynamic and thermodynamic relationships. *J. Clim.*, **18**, 4862–4878.

NRC (National Research Council), 2003: *Understanding Climate Change Feedbacks.* National Academies Press, Washington, DC, 152 pp.

O'Farrell, S.P., 1998: Investigation of the dynamic sea ice component of a coupled atmosphere sea-ice general circulation model. *J. Geophys. Res.*, **103**, 15751–15782.

Oki, T., and Y.C. Sud, 1998: Design of total runoff integrating pathways (TRIP)—A global river channel network. *Earth Interactions*, **2**, 1–37.

Oleson, K.W., et al., 2004: *Technical Description of the Community Land Model (CLM).* NCAR Technical Note NCAR/TN-461+STR, National Center for Atmospheric Research, Boulder, CO, 173 pp.

Oliver, K.I.C., A.J. Watson, and D.P. Stevens, 2005: Can limited ocean mixing buffer rapid climate change? *Tellus*, **57A**, 676–690.

Oouchi, K., et al., 2006: Tropical cyclone climatology in a global-warming climate as simulated in a 20 km-mesh global atmospheric model: Frequency and wind intensity analyses. *J. Meteorol. Soc. Japan*, **84**, 259–276.

Opsteegh, J.D., R.J. Haarsma, F.M. Selten, and A. Kattenberg, 1998: ECBILT: A dynamic alternative to mixed boundary conditions in ocean models. *Tellus*, **50A**, 348–367.

Osborn, T.J., 2004: Simulating the winter North Atlantic Oscillation: the roles of internal variability and greenhouse gas forcing. *Clim. Dyn.*, **22**, 605–623.

Otterå, O.H., et al., 2004: Transient response of the Atlantic meridional overturning circulation to enhanced freshwater input to the Nordic Seas-Arctic Ocean in the Bergen Climate Model. *Tellus*, **56A**, 342–361.

Otto-Bliesner, B.L., et al., 2006: Climate sensitivity of moderate- and low-resolution versions of CCSM3 to preindustrial forcings. *J. Clim.*, **19**, 2567–2583.

Pacanowski, R.C., K. Dixon, and A. Rosati, 1993: *The GFDL Modular Ocean Model Users Guide, Version 1.0.* GFDL Ocean Group Technical Report No. 2, Geophysical Fluid Dynamics Laboratory, Princeton, NJ.

Paciorek, C.J., J.S. Risbey, V. Ventura, and R.D. Rosen, 2002: Multiple indices of Northern Hemisphere cyclone activity, winters 1949-99. *J. Clim.*, **15**, 1573–1590.

Palmer, T.N., and J. Shukla, 2000: Editorial (for special issue on DSP/PROVOST). *Q. J. R. Meteorol. Soc.*, **126**, 1989–1990.

Palmer, T.N., et al., 2004: Development of a European multimodel ensemble system for seasonal to interannual prediction (DEMETER). *Bull. Am. Meteorol. Soc.*, **85**, 853–872.

Pan, Z., et al., 2004: Evaluation of uncertainties in regional climate change simulations. *J. Geophys. Res.*, **106**, 17735–17752.

Pardaens, A.K., H.T. Banks, J.M. Gregory, and P.R. Rowntree, 2003: Freshwater transports in HadCM3. *Clim. Dyn.*, **21**, 177–195.

Parekh, P., M.J. Follows, and E. Boyle, 2005: Decoupling of iron and phosphate in the global ocean. *Global Biogeochem. Cycles*, **19**, doi:10.1029/2004GB002280.

Pelly, J.L., and B.J. Hoskins, 2003a: A new perspective on blocking. *J. Atmos. Sci.*, **60**, 743–755.

Pelly, J.L., and B.J. Hoskins, 2003b: How well does the ECMWF Ensemble Prediction System predict blocking? *Q. J. R. Meteorol. Soc.*, **129**, 1683–1702.

Peters, M.E., and C.S. Bretherton, 2005: A simplified model of the Walker circulation with an interactive ocean mixed layer and cloud-radiative feedbacks. *J. Clim.*, **18**, 4216–4234.

Petoukhov, V., et al., 2000: CLIMBER-2: A climate system model of intermediate complexity. Part I: Model description and performance for present climate. *Clim. Dyn.*, **16**, 1–17.

Petoukhov, V., et al., 2005: EMIC Intercomparison Project (EMIP-CO$_2$): Comparative analysis of EMIC simulations of current climate and equilibrium and transient responses to atmospheric CO$_2$ doubling. *Clim. Dyn.*, **25**, 363–385, doi:10.1007/s00382-005-0042-3.

Phillips, T.J., et al., 2004: Evaluating parameterizations in general circulation models: Climate simulation meets weather prediction. *Bull. Am. Meteorol. Soc.*, **85**, 1903–1915.

Piani, C., D.J. Frame, D.A. Stainforth, and M.R. Allen, 2005: Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.*, **32**, L23825, doi:10.1029/2005GL024452.

Pierce, D.W., T.P. Barnett, and M. Latif, 2000: Connections between the Pacific Ocean tropics and midlatitudes on decadal time scales. *J. Clim.*, **13**, 1173–1194.

Pierrehumbert, R.T., 1995: Thermostats, radiator fins, and the local runaway greenhouse. *J. Atmos. Sci.*, **52**, 1784–180.

Pierrehumbert, R.T., 1999: Subtropical water vapour as a mediator of rapid global climate change. In: *Mechanisms of Global Climate Change at Millennial Timescales.* Geophysical Monograph 112, American Geophysical Union, Washington, DC, pp. 339–361.

Pierrehumbert, R.T., and R. Roca, 1998: Evidence for control of Atlantic subtropical humidity by large scale advection. *Geophys. Res. Lett.*, **25**, 4537–4540.

Pierrehumbert, R.T., H. Brogniez, and R. Roca, 2007: On the relative humidity of the Earth's atmosphere. In: *The General Circulation* [Schneider, T., and A. Sobel (eds.)]. Princeton University Press, Princeton, NJ, in press.

Pitman, A.J., B.J. McAvaney, N. Bagnoud, and B. Cheminat, 2004: Are inter-model differences in AMIP-II near surface air temperature means and extremes explained by land surface energy balance complexity? *Geophys. Res. Lett.*, **31**, L05205, doi:10.1029/2003GL019233.

Plattner, G.-K., F. Joos, T.F. Stocker, and O. Marchal, 2001: Feedback mechanisms and sensitivities of ocean carbon uptake under global warming. *Tellus*, **53B**, 564–592.

Plaut, G., and E. Simonnet, 2001: Large–scale circulation classification, weather regimes, and local climate over France, the Alps, and Western Europe. *Clim. Res.*, **17**, 303–324.

Polzin, K.L., J.M. Toole, J.R. Redwell, and R.W. Schmitt, 1997: Spatial variability of turbulent mixing in the abyssal ocean. *Science*, **276**, 93–96.

Pope, V.D., and R.A. Stratton, 2002: The processes governing horizontal resolution sensitivity in a climate model. *Clim. Dyn.*, **19**, 211–236.

Pope, V.D., M.L. Gallani, P.R. Rowntree, and R.A. Stratton, 2000: The impact of new physical parametrizations in the Hadley Centre climate model: HadAM3. *Clim. Dyn.*, **16**, 123–146.

Potter, G.L., and R.D. Cess, 2004: Testing the impact of clouds on the radiation budgets of 19 atmospheric general circulation models. *J. Geophys. Res.*, **109**, doi:10.1029/2003JD004018.

Power, S.B., and R. Colman, 2006: Multi-decadal predictability in a coupled GCM. *Clim. Dyn.*, **26**, 247–272.

Power, S.B., M.H. Haylock, R. Colman, and X. Wang, 2006: The predictability of interdecadal changes in ENSO activity and ENSO teleconnections. *J. Clim.*, **19**, 4755–4771.

Power, S., et al., 1999: Interdecadal modulation of the impact of ENSO on Australia. *Clim. Dyn.*, **15**, 319–324.

Qu, X., and A. Hall, 2005: Surface contribution to planetary albedo variability in cryosphere regions. *J. Clim.*, **18**, 5239–5252.

Quadrelli, R., and J.M. Wallace, 2004: A simplified linear framework for interpreting patterns of northern hemisphere wintertime climate variability. *J. Clim.*, **17**, 3728–3744.

Rahmstorf, S., 1996: On the freshwater forcing and transport of the Atlantic thermohaline circulation. *Clim. Dyn.*, **12**, 799–811.

Rahmstorf, S., et al., 2005: Thermohaline circulation hysteresis: A model intercomparison. *Geophys. Res. Lett.*, **32**, L23605, doi:10.1029/2005GL023655.

Schubert, S., et al., 1992: *Monthly Means of Selected Climate Variables for 1985–1989*. NASA Technical Memorandum, Goddard Space Flight Center, Greenbelt, MD, 376 pp. Available from the NASA Technical Report Server, Accession Number: 92N29653; Document ID: 19920020410; Report Number: NAS 1.15104565, NASA-TM-104565, REPT-92B00088.

Scinocca, J.F., and N.A. McFarlane, 2004: The variability of modelled tropical precipitation. *J. Atmos. Sci.*, **61**, 1993–2015.

Seidel, D.J., and J.R. Lanzante, 2004: An assessment of three alternatives to linear trends for characterizing global atmospheric temperature changes. *J. Geophys. Res.*, **109**, D14108, doi:10.1029/2003JD004414.

Seidov, D., E.J. Barron, and B.J. Haupt, 2001: Meltwater and the global ocean conveyor: Northern versus southern connections. *Global Planet. Change*, **30**, 253–266.

Seidov, D., R.J. Stouffer, and B.J. Haupt, 2005: Is there a simple bi-polar ocean seesaw? *Global Planet. Change*, **49**, 19–27.

Sellers, P.J., Y. Mintz, Y.C. Sud, and A. Dalcher, 1986: A simple biosphere model (SiB) for use within general circulation models. *J. Atmos. Sci.*, **43**, 505–531.

Selten, F.M., and G. Branstator, 2004: Preferred regime transition routes and evidence for an unstable periodic orbit in a baroclinic model. *J. Atmos. Sci.*, **61**, 2267–2268.

Semtner, A.J., 1976: A model for the thermodynamic growth of sea ice in numerical investigations of climate. *J. Phys. Oceanogr.*, **6**, 379–389.

Seneviratne, S.I., J.S. Pal, E.A.B. Eltahir, and C. Schär, 2002: Summer dryness in a warmer climate: A process study with a regional climate model. *Clim. Dyn.*, **20**, 69–85.

Senior, C.A., and J.F.B. Mitchell, 1993: Carbon dioxide and climate: The impact of cloud parameterization. *J. Clim.*, **6**, 393–418.

Senior, C.A., and J.F.B. Mitchell, 2000: The time dependence of climate sensitivity. *Geophys. Res. Lett.*, **27**, 2685–2688.

Severijns, C.A., and W. Hazeleger, 2005: Optimising parameters in an atmospheric general circulation model. *J. Clim.*, **18**, 3527–3535.

Shaffrey, L., and R. Sutton, 2004: The interannual variability of energy transports within and over the Atlantic Ocean in a coupled climate model. *J. Clim.*, **17**, 1433–1448.

Shibata, K., et al., 1999: A simulation of troposphere, stratosphere and mesosphere with an MRI/JMA98 GCM. *Papers in Meteorology and Geophysics*, **50**, 15–53.

Shindell, D.T., R.L. Miller, G.A. Schmidt, and L. Pandolfo, 1999: Simulation of recent northern winter climate trends by greenhouse-gas forcing. *Nature*, **399**, 452–455.

Shiogama, H., M. Watanabe, M. Kimoto, and T. Nozawa, 2005: Anthropogenic and natural forcing impacts on the Pacific Decadal Oscillation during the second half of the 20th century. *Geophys. Res. Lett.*, **32**, L21714, doi:10.1029/2005GL023871.

Shukla, J., et al., 2006: Climate model fidelity and projections of climate change. *Geophys. Res. Lett.*, **33**, L07702, doi:10.1029/2005GL025579.

Sinclair, M.R., 1996: A climatology of anticyclones and blocking for the Southern Hemisphere. *Mon. Weather Rev.*, **124**, 245–263.

Sitch, S., et al., 2003: Evaluation of ecosystem dynamics, plant geography and terrestrial carbon cycling in the LPJ dynamic global vegetation model. *Global Change Biol.*, **9**, 161–185.

Six, K.D., and E. Maier-Reimer, 1996: Effects of plankton dynamics on seasonal carbon fluxes in an ocean general circulation model. *Global Biogeochem. Cycles*, **10**, 559–583.

Slater, A.G., et al., 2001: The representation of snow in land-surface schemes: Results from PILPS 2(d). *J. Hydrometeorol.*, **2**, 7–25.

Slingo, J.M., P.M. Inness, and K.R. Sperber, 2005: Modelling the Madden Julian Oscillation. In: *Intraseasonal Variability of the Atmosphere-Ocean Climate System* [Lau, W.K.-M., and D.E. Waliser (eds.)]. Praxis Publishing.

Slingo, J.M., et al., 1996: Intraseasonal oscillations in 15 atmospheric general circulation models: Results from an AMIP Diagnostic Subproject. *Clim. Dyn.*, **12**, 325–357.

Slingo, J., et al., 2003: Scale interactions on diurnal to seasonal timescales and their relevance to model systematic errors. *Ann. Geophys.*, **46**, 139–155.

Smith, R.D., and P.R. Gent, 2002: *Reference Manual for the Parallel Ocean Program (POP), Ocean Component of the Community Climate System Model (CCSM2.0 and 3.0)*. Technical Report LA-UR-02-2484, Los Alamos National Laboratory, Los Alamos, NM, http://www.ccsm.ucar.edu/models/ccsm3.0/pop/.

Soden, B.J., 1997: Variations in the tropical greenhouse effect during El Niño. *J. Clim.*, **10**(5), 1050–1055.

Soden, B.J., 2000: The sensitivity of the tropical hydrological cycle to ENSO. *J. Clim.*, **13**, 538–549.

Soden, B.J., 2004: The impact of tropical convection and cirrus on upper tropospheric humidity: A Lagrangian analysis of satellite measurements. *Geophys. Res. Lett.*, **31**, L20104, doi:10.1029/2004GL020980.

Soden, B.J., and I.M. Held, 2006: An assessment of climate feedbacks in coupled ocean-atmosphere models. *J. Clim.*, **19**, 3354–3360.

Soden, B.J., A.J. Broccoli, and R.S. Hemler, 2004: On the use of cloud forcing to estimate cloud feedback. *J. Clim.*, **17**, 3661–3665.

Soden, B.J., R.T. Wetherald, G.L. Stenchikov, and A. Robock, 2002: Global cooling after the eruption of Mount Pinatubo: A test of climate feedback by water vapour. *Science*, **296**, 727–730.

Soden, B.J., et al., 2005: The radiative signature of upper tropospheric moistening. *Science*, **310**(5749), 841–844.

Sohn, B.-J., and J. Schmetz, 2004: Water vapor-induced OLR variations associated with high cloud changes over the tropics: a study from Meteosat-5 observations. *J. Clim.*, **17**, 1987–1996.

Sokolov, A., and P. Stone, 1998: A flexible climate model for use in integrated assessments. *Clim. Dyn.*, **14**, 291–303.

Sokolov, A.P., et al., 2005: *The MIT Integrated Global System Model (IGSM), Version 2: Model Description And Baseline Evaluation*. Report No. 124, Joint Program on the Science and Policy of Global Change, Massachusetts Institute of Technology, Cambridge, MA, http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt124.pdf.

Spelman, M.J., and S. Manabe, 1984: Influence of oceanic heat transport upon the sensitivity of a model climate. *J. Geophys. Res.*, **89**, 571–586.

Sperber, K.R., S. Gualdi, S. Legutke, and V. Gayler, 2005: The Madden-Julian Oscillation in ECHAM4 coupled and uncoupled GCMs. *Clim. Dyn.*, **25**, doi:10.1007/s00382-005-0026-3.

Stainforth, D.A., et al., 2005: Uncertainty in predictions of the climate response to rising levels of greenhouse gases. *Nature*, **433**, 403–406.

Stein, O., 2000: The variability of Atlantic-European blocking as derived from long SLP time series. *Tellus*, **52A**, 225–236.

Stenchikov, G., et al., 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: Effects of volcanic aerosols and ozone depletion. *J. Geophys. Res.*, **107**(D24), 4803.

Stephens, G.L., 2005: Cloud feedbacks in the climate system: a critical review. *J. Clim.*, **18**, 237–273.

Stephenson, D.B., and V. Pavan, 2003: The North Atlantic Oscillation in coupled climate models: a CMIP1 evaluation. *Clim. Dyn.*, **20**, 381–399.

Stephenson, D.B., A. Hannachi, and A. O'Neill, 2004: On the existence of multiple climate regimes. *Q. J. R. Meteorol. Soc.*, **130**, 583–605.

Stocker, T.F., D.G. Wright, and L.A. Mysak, 1992: A zonally averaged, coupled atmosphere-ocean model for paleoclimate studies. *J. Clim.*, **5**, 773–797.

Stocker, T.F., et al., 2001: Physical climate processes and feedbacks. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 419–470.

Stommel, H., 1961: Thermohaline convection with two stable regimes of flow. *Tellus*, **13**, 224–230.

Stouffer, R.J., 2004: Time scales of climate response. *J. Clim.*, **17**(1), 209–217.

Valcke, S., E. Guilyardi, and C. Larsson, 2006: PRISM and ENES: A European approach to Earth system modelling. *Concurrency and Computation: Practice and Experience*, **18**(2), 247–262.

Van Oldenborgh, G.J., S.Y. Philip, and M. Collins, 2005: El Nino in a changing climate: a multi-model study. *Ocean Sci.*, **1**, 81–95.

Vallis, G.K., E.P. Gerber, P.J. Kushner, and B.A. Cash, 2004: A mechanism and simple dynamical model of the North Atlantic Oscillation and Annular Modes. *J. Atmos. Sci.*, **61**, 264–280.

Vavrus, S., 2004: The impact of cloud feedbacks on Arctic climate under greenhouse forcing. *J. Clim.*, **17**, 603–615.

Vavrus, S., and S.P. Harrison, 2003: The impact of sea-ice dynamics on the Arctic climate system. *Clim. Dyn.*, **20**, 741–757.

Vavrus, S., J.E. Walsh, W.L. Chapman, and D. Portis, 2006: The behavior of extreme cold air outbreaks under greenhouse warming. *Int. J. Climatol.*, **26**, 1133–1147.

Vellinga, M., and R.A. Wood, 2002: Global climate impacts of a collapse of the Atlantic thermohaline circulation. *Clim. Change*, **54**, 251–267.

Vellinga, M., R.A. Wood, and J.M. Gregory, 2002: Processes governing the recovery of a perturbed thermohaline circulation in HadCM3. *J. Clim.*, **15**, 764–780.

Verseghy, D.L., N.A. McFarlane, and M. Lazare, 1993: A Canadian land surface scheme for GCMs: II. Vegetation model and coupled runs. *Int. J. Climatol.*, **13**, 347–370.

Visbeck, M., J. Marshall, T. Haine, and M. Spall, 1997: Specification of eddy transfer coefficients in coarse-resolution ocean circulation models. *J. Phys. Oceanogr.*, **27**, 381–402.

Volodin, E.M., 2004: Relation between the global-warming parameter and the heat balance on the Earth's surface at increased contents of carbon dioxide. *Izv. Atmos. Ocean. Phys.*, **40**, 269–275.

Volodin, E.M., and V.N. Lykossov, 1998: Parameterization of heat and moisture processes in the soil-vegetation system: 1. Formulation and simulations based on local observational data. *Izv. Atmos. Ocean. Phys.*, **34**(4), 453–465.

Volodin, E.M., and N.A. Diansky, 2004: El-Niño reproduction in a coupled general circulation model of atmosphere and ocean. *Russ. Meteorol. Hydrol.*, **12**, 5–14.

Waliser, D.E., K.M. Lau, and J.H. Lim, 1999: The influence of coupled sea surface temperatures on the Madden–Julian oscillation: A model perturbation experiment. *J. Atmos. Sci.*, **56**, 333–358.

Wallace, J.M., Y. Zhang, and L. Bajuk, 1996: Interpretation of interdecadal trends in Northern Hemisphere surface air temperature. *J. Clim.*, **9**, 249–259.

Walsh, J.E., et al., 2002: Comparison of Arctic climate simulations by uncoupled and coupled global models. *J. Clim.*, **15**, 1429–1446.

Walsh, K.J.E., K.C. Nguyen and J.L. McGregor, 2004: Fine-resolution regional climate model simulations of the impact of climate change on tropical cyclones near Australia. *Clim. Dyn.*, **22**, 47–56.

Wang, B., et al., 2004: Design of a new dynamical core for global atmospheric models based on some efficient numerical methods. *Science in China, Ser. A*, **47** Suppl., 4–21.

Wang, G.L., and E.A.B. Eltahir, 2000: Ecosystem dynamics and the Sahel drought. *Geophys. Res. Lett.*, **27**, 795–798.

Wang, J., H.L. Cole, and D.J. Carlson, 2001: Water vapor variability in the tropical western Pacific from 20-year radiosonde data. *Adv. Atmos. Sci.*, **18**(5), 752–766.

Wang, L.R., and M. Ikeda, 2004: A Lagrangian description of sea ice dynamics using the finite element method. *Ocean Modelling*, **7**, 21–38.

Wang, S., R.F. Grant, D.L. Verseghy, and T.A. Black, 2002: Modelling carbon dynamics of boreal forest ecosystems using the Canadian land surface scheme. *Clim. Change*, **55**, 451–477.

Wang, W., and M. Schlesinger, 1999: The dependence on convection parameterization of the tropical intraseasonal oscillation simulated by the UIUC 11-layer atmospheric GCM. *J. Clim.*, **12**, 1423–1457.

Wang, X.L.L., V.R. Swai, and F.W. Zwiers, 2006: Climatology and changes of extratropical cyclone activity: Comparison of ERA-40 with NCEP-NCAR reanalysis for 1958-2001. *J. Clim.*, **19**, 3145–3166.

Warrach, K., H.T. Mengelkamp, and E. Raschke, 2001: Treatment of frozen soil and snow cover in the land surface model SEWAB. *Theor. Appl. Climatol.*, **69**(1–2), 23–37.

Washington, W.M., et al., 2000: Parallel Climate Model (PCM) control and transient simulations. *Clim. Dyn.*, **16**, 755–774.

Watterson, I.G., 2001: Zonal wind vacillation and its interaction with the ocean: Implications for interannual variability and predictability. *J. Geophys. Res.*, **106**, 23965–23975.

Watterson, I.G., 2006: The intensity of precipitation during extratropical cyclones in global warming simulations: a link to cyclone intensity? *Tellus*, **58A**, 82–97.

Weare, B.C., 2004: A comparison of AMIP II model cloud layer properties with ISCCP D2 estimates. *Clim. Dyn.*, **22**, 281–292.

Weaver, A.J., O.A. Saenko, P.U. Clark, and J.X. Mitrovica, 2003: Meltwater pulse 1A from Antarctica as a trigger for the Bølling-Allerød warm interval. *Science*, **299**, 1709–1713.

Weaver, A.J., et al., 2001: The UVic Earth System Climate Model: Model description, climatology and application to past, present and future climates. *Atmos.-Ocean*, **39**, 361–428.

Webb, M., C. Senior, S. Bony, and J.-J. Morcrette, 2001: Combining ERBE and ISCCP data to assess clouds in the Hadley Centre ECMWF and LMD atmospheric climate models. *Clim. Dyn.*, **17**, 905–922.

Webb, M.J., et al., 2006: On the contribution of local feedback mechanisms to the range of climate sensitivity in two GCM ensembles. *Clim. Dyn.*, **27**, 17–38.

Wentz, F.J., and M. Schabel, 2000: Precise climate monitoring using complementary satellite data sets. *Nature*, **403**, 414–416.

Wigley, T.M.L., and S.C.B. Raper, 1992: Implications for climate and sea level of revised IPCC emissions scenarios. *Nature*, **357**, 293–300.

Wigley, T.M.L., and S.C.B. Raper, 2001: Interpretation of high projections for global-mean warming. *Science*, **293**, 451–454.

Wild, M., 2005: Solar radiation budgets in atmospheric model intercomparisons from a surface perspective. *Geophys. Res. Lett.*, **32**, doi:10.1029/2005GL022421.

Wild, M., C.N. Long, and A. Ohmura, 2006: Evaluation of clear-sky solar fluxes in GCMs participating in AMIP and IPCC-AR4 from a surface perspective. *J. Geophys. Res.*, **111**, D01104, doi:10.1029/2005JD006118.

Wild, M., et al., 2001: Downward longwave radiation in General Circulation Models. *J. Clim.*, **14**, 3227–3239.

Williams, K.D., M.A. Ringer, and C.A. Senior, 2003: Evaluating the cloud response to climate change and current climate variability. *Clim. Dyn.*, **20**(7–8), 705–721.

Williams, K.D., et al., 2006: Evaluation of a component of the cloud response to climate change in an intercomparison of climate models. *Clim. Dyn.*, **26**, 145–165.

Williamson, D.L., et al., 2005: Moisture and temperature balances at the Atmospheric Radiation Measurement Southern Great Plains Site in forecasts with the Community Atmosphere Model (CAM2). *J. Geophys. Res.*, **110**, D15S16, doi:10.1029/2004JD00510.

Winton, M., 2000: A reformulated three-layer sea ice model. *J. Atmos. Ocean. Technol.*, **17**(4), 525–531.

Winton, M., 2006a: Surface albedo feedback estimates for the AR4 climate models. *J. Clim.*, **19**, 359–365.

Winton, M., 2006b: Amplified Arctic climate change: what does surface albedo feedback have to do with it? *Geophys. Res. Lett.*, **33**, L03701, doi:10.1029/2005GL025244.

Winton, M., R. Hallberg, and A. Gnanadesikan, 1998: Simulation of density-driven frictional downslope flow in z-coordinate ocean models. *J. Phys. Oceanogr.*, **28**, 2163–2174.

Wittenberg, A.T., A. Rosati, N.-C. Lau, and J.J. Ploshay, 2006: GFDL's CM2 global coupled climate models, Part 3: Tropical Pacific climate and ENSO. *J. Clim.*, **19**, 698–722.

Wolff, J.-O., E. Maier-Reimer, and S. Lebutke, 1997: *The Hamburg Ocean Primitive Equation Model*. DKRZ Technical Report No. 13, Deutsches KlimaRechenZentrum, Hamburg, Germany, 100 pp., http://www.mad.zmaw.de/Pingo/reports/ReportNo.13.pdf.

Wood, R.A., A.B. Keen, J.F.B. Mitchell, and J.M. Gregory, 1999: Changing spatial structure of the thermohaline circulation in response to atmospheric $CO_2$ forcing in a climate model. *Nature*, **399**, 572–575.

Wright, D.G., and T.F. Stocker, 1992: Sensitivities of a zonally averaged global ocean circulation model. *J. Geophys. Res.*, **97**, 12707–12730.

Wright, D.G., and T.F. Stocker, 1993: Younger Dryas experiments. In: *Ice in the Climate System, NATO ASI Series, I12* [Peltier, R. (ed.)]. Springer-Verlag, London, pp. 395–416.

Wu, P., R.A. Wood, and P. Stott, 2005: Human influence on increasing Arctic river discharges. *Geophys. Res. Lett.*, **32**, L02703, doi:10.1029/2004GL021570.

Wu, Q., and D.M. Straus, 2004a: On the existence of hemisphere-wide climate variations. *J. Geophys. Res.*, **109**, D06118, doi:10.1029/2003JD004230.

Wu, Q., and D.M. Straus, 2004b: AO, COWL, and observed climate trends. *J. Clim.*, **17**, 2139–2156.

Wunsch, C., 2002: What is the thermohaline circulation? *Science*, **298**, 1179–1180.

Wyant, M.C., et al., 2006: A comparison of low-latitude cloud properties and their response to climate change in three US AGCMs sorted into regimes using mid-tropospheric vertical velocity. *Clim. Dyn.*, **27**, 261–279.

Xie, P., and P.A. Arkin, 1997: Global precipitation: A 17-year monthly analysis based on gauge observations, satellite estimates, and numerical model outputs. *Bull. Am. Meteorol. Soc.*, **78**, 2539–2558.

Xie, S.-P., W.T. Liu, Q. Liu and M. Nonaka, 2001: Far-reaching effects of the Hawaiian Islands on the Pacific ocean-atmosphere system. *Science*, **292**, 2057–2060.

Xu, Y., et al., 2005: Detection of climate change in the 20th century by the NCC T63. *Acta Meteorol. Sin.*, Special Report on Climate Change, **4**, 1–15.

Yang, G.Y., and J. Slingo, 2001: The diurnal cycle in the tropics. *Mon. Weather Rev.*, **129**, 784–801.

Yang, G.Y., B. Hoskins, and J. Slingo, 2003: Convectively coupled equatorial waves: A new methodology for identifying wave structures in observational data. *J. Atmos. Sci.*, **60**, 1637–1654.

Yao, M.-S., and A. Del Genio, 2002: Effects of cloud parameterization on the simulation of climate changes in the GISS GCM. Part II: Sea surface temperature and cloud feedbacks. *J. Clim.*, **15**, 2491–2503.

Yeh, P. J.-F., and E.A.B. Eltahir, 2005: Representation of water table dynamics in a land surface scheme. Part 1. Model development. *J. Clim.*, **18**, 1861–1880.

Yeh, S.-W., and B.P. Kirtman, 2004: Decadal North Pacific sea surface temperature variability and the associated global climate anomalies in a coupled GCM. *J. Geophys. Res.*, **109**, D20113, doi:10.1029/2004JD004785.

Yin, H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophys. Res. Lett.*, **32**, L18701, doi:10.1029/2005GL023684.

Yiou, P., and M. Nogaj, 2004: Extreme climatic events and weather regimes over the North Atlantic: When and where? *Geophys. Res. Lett.*, **31**, doi:10.1029/2003GL019119.

Yokohata, T., et al., 2005: Climate response to volcanic forcing: Validation of climate sensitivity of a coupled atmosphere-ocean general circulation model. *Geophys. Res. Lett.*, **32**, L21710, doi:10.1029/2005GL023542.

Yoshimura, J., M. Sugi, and A. Noda, 2006: Influence of greenhouse warming on tropical cyclone frequency. *J. Meteorol. Soc. Japan*, **84**, 405–428.

Yoshizaki, M., et al., 2005: Changes of Baiu (Mei-yu) frontal activity in the global warming climate simulated by a non-hydrostatic regional model. *Scientific Online Letters on the Atmosphere*, **1**, 25–28.

Yu, Y., and X. Zhang, 2000: Coupled schemes of flux adjustments of the air and sea. In: *Investigations on the Model System of the Short-Term Climate Predictions* [Ding, Y., et al. (eds.)]. China Meteorological Press, Beijing, China, pp. 201–207 (in Chinese).

Yu, Y., Z. Zhang, and Y. Guo, 2004: Global coupled ocean-atmosphere general circulation models in LASG/IAP. *Adv. Atmos. Sci.*, **21**, 444–455.

Yu, Y., R. Yu, X. Zhang, and H. Liu, 2002: A flexible global coupled climate model. *Adv. Atmos. Sci.*, **19**(1), 169–190.

Yukimoto, S., and A. Noda, 2003: *Improvements of the Meteorological Research Institute Global Ocean-Atmosphere Coupled GCM (MRI-GCM2) and its Climate Sensitivity*. CGER's Supercomputing Activity Report, National Institute for Environmental Studies, Ibaraki, Japan.

Yukimoto, S., et al., 2001: The new Meteorological Research Institute global ocean-atmosphere coupled GCM (MRI-CGCM2)--Model climate and variability. *Papers in Meteorology and Geophysics*, **51**, 47–88.

Zhang, C., 2005: Madden-Julian Oscillation. *Rev. Geophys.*, **43**, RG2003, doi:10.1029/2004RG000158.

Zhang, C., B. Mapes, and B.J. Soden, 2003: Bimodality of water vapour. *Q. J. R. Meteorol. Soc.*, **129**, 2847–2866.

Zhang, J., and D. Rothrock, 2001: A thickness and enthalpy distribution sea-ice model. *J. Phys. Oceanogr.*, **31**, 2986–3001.

Zhang, J., and D. Rothrock, 2003: Modeling global sea ice with a thickness and enthalpy distribution model in generalized curvilinear coordinates. *Mon. Weather Rev.*, **131**, 845–861.

Zhang, M., 2004: Cloud-climate feedback: how much do we know? In: *Observation, Theory, and Modeling of Atmospheric Variability, World Scientific Series on Meteorology of East Asia, Vol. 3* [Zhu et al. (eds.)]. World Scientific Publishing Co., Singapore, 632 pp.

Zhang, M.H., R.D. Cess, J.J. Hack, and J.T. Kiehl, 1994: Diagnostic study of climate feedback processed in atmospheric general circulation models. *J. Geophys. Res.*, **99**, 5525–5537.

Zhang, M.H., et al., 2005: Comparing clouds and their seasonal variations in 10 atmospheric general circulation models with satellite measurements. *J. Geophys. Res.*, **110**, D15S02, doi:10.1029/2004JD005021.

Zhang, X., and J.E. Walsh, 2006: Toward a seasonally ice-covered Arctic Ocean: scenarios from the IPCC AR4 model simulations. *J. Clim.*, **19**, 1730–1747.

Zhang, Y., W. Maslowski, and A.J. Semtner, 1999: Impacts of mesoscale ocean currents on sea ice in high-resolution Arctic ice and ocean simulations. *J. Geophys. Res.*, **104**(C8), 18409–18429.

Zhu, Y., R.E. Newell, and W.G. Read, 2000: Factors controlling upper-troposphere water vapour. *J. Clim.*, **13**, 836–848.

## Executive Summary

Evidence of the effect of external influences on the climate system has continued to accumulate since the Third Assessment Report (TAR). The evidence now available is substantially stronger and is based on analyses of widespread temperature increases throughout the climate system and changes in other climate variables.

**Human-induced warming of the climate system is widespread.** Anthropogenic warming of the climate system can be detected in temperature observations taken at the surface, in the troposphere and in the oceans. Multi-signal detection and attribution analyses, which quantify the contributions of different natural and anthropogenic forcings to observed changes, show that greenhouse gas forcing alone during the past half century would *likely* have resulted in greater than the observed warming if there had not been an offsetting cooling effect from aerosol and other forcings.

It is *extremely unlikely* (<5%) that the global pattern of warming during the past half century can be explained without external forcing, and *very unlikely* that it is due to known natural external causes alone. The warming occurred in both the ocean and the atmosphere and took place at a time when natural external forcing factors would *likely* have produced cooling.

Greenhouse gas forcing has *very likely* caused most of the observed global warming over the last 50 years. This conclusion takes into account observational and forcing uncertainty, and the possibility that the response to solar forcing could be underestimated by climate models. It is also robust to the use of different climate models, different methods for estimating the responses to external forcing and variations in the analysis technique.

Further evidence has accumulated of an anthropogenic influence on the temperature of the free atmosphere as measured by radiosondes and satellite-based instruments. The observed pattern of tropospheric warming and stratospheric cooling is *very likely* due to the influence of anthropogenic forcing, particularly greenhouse gases and stratospheric ozone depletion. The combination of a warming troposphere and a cooling stratosphere has *likely* led to an increase in the height of the tropopause. It is *likely* that anthropogenic forcing has contributed to the general warming observed in the upper several hundred meters of the ocean during the latter half of the 20th century. Anthropogenic forcing, resulting in thermal expansion from ocean warming and glacier mass loss, has *very likely* contributed to sea level rise during the latter half of the 20th century. It is difficult to quantify the contribution of anthropogenic forcing to ocean heat content increase and glacier melting with presently available detection and attribution studies.

**It is *likely* that there has been a substantial anthropogenic contribution to surface temperature increases in every continent except Antarctica since the middle of the 20th**

**century.** Anthropogenic influence has been detected in every continent except Antarctica (which has insufficient observational coverage to make an assessment), and in some sub-continental land areas. The ability of coupled climate models to simulate the temperature evolution on continental scales and the detection of anthropogenic effects on each of six continents provides stronger evidence of human influence on the global climate than was available at the time of the TAR. No climate model that has used natural forcing only has reproduced the observed global mean warming trend or the continental mean warming trends in all individual continents (except Antarctica) over the second half of the 20th century.

Difficulties remain in attributing temperature changes on smaller than continental scales and over time scales of less than 50 years. Attribution at these scales, with limited exceptions, has not yet been established. Averaging over smaller regions reduces the natural variability less than does averaging over large regions, making it more difficult to distinguish between changes expected from different external forcings, or between external forcing and variability. In addition, temperature changes associated with some modes of variability are poorly simulated by models in some regions and seasons. Furthermore, the small-scale details of external forcing, and the response simulated by models are less credible than large-scale features.

**Surface temperature extremes have *likely* been affected by anthropogenic forcing.** Many indicators of climate extremes and variability, including the annual numbers of frost days, warm and cold days, and warm and cold nights, show changes that are consistent with warming. An anthropogenic influence has been detected in some of these indices, and there is evidence that anthropogenic forcing may have substantially increased the risk of extremely warm summer conditions regionally, such as the 2003 European heat wave.

**There is evidence of anthropogenic influence in other parts of the climate system.** Anthropogenic forcing has *likely* contributed to recent decreases in arctic sea ice extent and to glacier retreat. The observed decrease in global snow cover extent and the widespread retreat of glaciers are consistent with warming, and there is evidence that this melting has *likely* contributed to sea level rise.

Trends over recent decades in the Northern and Southern Annular Modes, which correspond to sea level pressure reductions over the poles, are *likely* related in part to human activity, affecting storm tracks, winds and temperature patterns in both hemispheres. Models reproduce the sign of the Northern Annular Mode trend, but the simulated response is smaller than observed. Models including both greenhouse gas and stratospheric ozone changes simulate a realistic trend in the Southern Annular Mode, leading to a detectable human influence on global sea level pressure patterns.

The response to volcanic forcing simulated by some models is detectable in global annual mean land precipitation during the latter half of the 20th century. The latitudinal pattern of change in land precipitation and observed increases in heavy

precipitation over the 20th century appear to be consistent with the anticipated response to anthropogenic forcing. It is *more likely than not* that anthropogenic influence has contributed to increases in the frequency of the most intense tropical cyclones. Stronger attribution to anthropogenic factors is not possible at present because the observed increase in the proportion of such storms appears to be larger than suggested by either theoretical or modelling studies and because of inadequate process knowledge, insufficient understanding of natural variability, uncertainty in modelling intense cyclones and uncertainties in historical tropical cyclone data.

**Analyses of palaeoclimate data have increased confidence in the role of external influences on climate.** Coupled climate models used to predict future climate have been used to understand past climatic conditions of the Last Glacial Maximum and the mid-Holocene. While many aspects of these past climates are still uncertain, key features have been reproduced by climate models using boundary conditions and radiative forcing for those periods. A substantial fraction of the reconstructed Northern Hemisphere inter-decadal temperature variability of the seven centuries prior to 1950 is *very likely* attributable to natural external forcing, and it is *likely* that anthropogenic forcing contributed to the early 20th-century warming evident in these records.

**Estimates of the climate sensitivity are now better constrained by observations.** Estimates based on observational constraints indicate that it is *very likely* that the equilibrium climate sensitivity is larger than 1.5°C with a most likely value between 2°C and 3°C. The upper 95% limit remains difficult to constrain from observations. This supports the overall assessment based on modelling and observational studies that the equilibrium climate sensitivity is *likely* 2°C to 4.5°C with a most likely value of approximately 3°C (Box 10.2). The transient climate response, based on observational constraints, is *very likely* larger than 1°C and *very unlikely* to be greater than 3.5°C at the time of atmospheric $CO_2$ doubling in response to a 1% yr$^{-1}$ increase in $CO_2$, supporting the overall assessment that the transient climate response is *very unlikely* greater than 3°C (Chapter 10).

**Overall consistency of evidence.** Many observed changes in surface and free atmospheric temperature, ocean temperature and sea ice extent, and some large-scale changes in the atmospheric circulation over the 20th century are distinct from internal variability and consistent with the expected response to anthropogenic forcing. The simultaneous increase in energy content of all the major components of the climate system as well as the magnitude and pattern of warming within and across the different components supports the conclusion that the cause of the warming is *extremely unlikely* (<5%) to be the result of internal processes. Qualitative consistency is also apparent in some other observations, including snow cover, glacier retreat and heavy precipitation.

**Remaining uncertainties.** Further improvements in models and analysis techniques have led to increased confidence in the understanding of the influence of external forcing on climate since the TAR. However, estimates of some radiative forcings remain uncertain, including aerosol forcing and inter-decadal variations in solar forcing. The net aerosol forcing over the 20th century from inverse estimates based on the observed warming likely ranges between –1.7 and –0.1 W m$^{-2}$. The consistency of this result with forward estimates of total aerosol forcing (Chapter 2) strengthens confidence in estimates of total aerosol forcing, despite remaining uncertainties. Nevertheless, the robustness of surface temperature attribution results to forcing and response uncertainty has been evaluated with a range of models, forcing representations and analysis procedures. The potential impact of the remaining uncertainties has been considered, to the extent possible, in the overall assessment of every line of evidence listed above. There is less confidence in the understanding of forced changes in other variables, such as surface pressure and precipitation, and on smaller spatial scales.

Better understanding of instrumental and proxy climate records, and climate model improvements, have increased confidence in climate model-simulated internal variability. However, uncertainties remain. For example, there are apparent discrepancies between estimates of ocean heat content variability from models and observations. While reduced relative to the situation at the time of the TAR, uncertainties in the radiosonde and satellite records still affect confidence in estimates of the anthropogenic contribution to tropospheric temperature change. Incomplete global data sets and remaining model uncertainties still restrict understanding of changes in extremes and attribution of changes to causes, although understanding of changes in the intensity, frequency and risk of extremes has improved.

Studies where the estimated pattern amplitude is substantially different from that simulated by models can still provide some understanding of climate change but need to be treated with caution (examples are given in Section 9.5). If this occurs for variables where confidence in the climate models is limited, such a result may simply reflect weaknesses in models. On the other hand, if this occurs for variables where confidence in the models is higher, it may raise questions about the forcings, such as whether all important forcings have been included or whether they have the correct amplitude, or questions about uncertainty in the observations.

Model and forcing uncertainties are important considerations in attribution research. Ideally, the assessment of model uncertainty should include uncertainties in model parameters (e.g., as explored by multi-model ensembles), and in the representation of physical processes in models (structural uncertainty). Such a complete assessment is not yet available, although model intercomparison studies (Chapter 8) improve the understanding of these uncertainties. The effects of forcing uncertainties, which can be considerable for some forcing agents such as solar and aerosol forcing (Section 9.2), also remain difficult to evaluate despite advances in research. Detection and attribution results based on several models or several forcing histories do provide information on the effects of model and forcing uncertainty. Such studies suggest that while model uncertainty is important, key results, such as attribution of a human influence on temperature change during the latter half of the 20th century, are robust.

Detection of anthropogenic influence is not yet possible for all climate variables for a variety of reasons. Some variables respond less strongly to external forcing, or are less reliably modelled or observed. In these cases, research that describes observed changes and offers physical explanations, for example, by demonstrating links to sea surface temperature changes, contributes substantially to the understanding of climate change and is therefore discussed in this chapter.

The approaches used in detection and attribution research described above cannot fully account for all uncertainties, and thus ultimately expert judgement is required to give a calibrated assessment of whether a specific cause is responsible for a given climate change. The assessment approach used in this chapter is to consider results from multiple studies using a variety of observational data sets, models, forcings and analysis techniques. The assessment based on these results typically takes into account the number of studies, the extent to which there is consensus among studies on the significance of detection results, the extent to which there is consensus on the consistency between the observed change and the change expected from forcing, the degree of consistency with other types of evidence, the extent to which known uncertainties are accounted for in and between studies, and whether there might be other physically plausible explanations for the given climate change. Having determined a particular likelihood assessment, this was then further downweighted to take into account any remaining uncertainties, such as, for example, structural uncertainties or a limited exploration of possible forcing histories of uncertain forcings. The overall assessment also considers whether several independent lines of evidence strengthen a result.

While the approach used in most detection studies assessed in this chapter is to determine whether observations exhibit the expected response to external forcing, for many decision makers a question posed in a different way may be more relevant. For instance, they may ask, 'Are the continuing drier-than-normal conditions in the Sahel due to human causes?' Such questions are difficult to respond to because of a statistical phenomenon known as 'selection bias'. The fact that the questions are 'self selected' from the observations (only large observed climate anomalies in a historical context would be likely to be the subject of such a question) makes it difficult to assess their statistical significance from the same observations (see, e.g., von Storch and Zwiers, 1999). Nevertheless, there is a need for answers to such questions, and examples of studies that attempt to do so are discussed in this chapter (e.g., see Section 9.4.3.3).

### 9.1.3   The Basis from which We Begin

Evidence of a human influence on the recent evolution of the climate has accumulated steadily during the past two decades. The first IPCC Assessment Report (IPCC, 1990) contained little observational evidence of a detectable anthropogenic influence on climate. However, six years later the IPCC Working Group I SAR (IPCC, 1996) concluded that 'the balance of evidence' suggested there had been a 'discernible' human influence on the climate of the 20th century. Considerably more evidence accumulated during the subsequent five years, such that the TAR (IPCC, 2001) was able to draw a much stronger conclusion, not just on the detectability of a human influence, but on its contribution to climate change during the 20th century.

The evidence that was available at the time of the TAR was considerable. Using results from a range of detection studies of the instrumental record, which was assessed using fingerprints and estimates of internal climate variability from several climate models, it was found that the warming over the 20th century was 'very unlikely to be due to internal variability alone as estimated by current models'.

Simulations of global mean 20th-century temperature change that accounted for anthropogenic greenhouse gases and sulphate aerosols as well as solar and volcanic forcing were found to be generally consistent with observations. In contrast, a limited number of simulations of the response to known natural forcings alone indicated that these may have contributed to the observed warming in the first half of the 20th century, but could not provide an adequate explanation of the warming in the second half of the 20th century, nor the observed changes in the vertical structure of the atmosphere.

Attribution studies had begun to use techniques to determine whether there was evidence that the responses to several different forcing agents were simultaneously present in observations, mainly of surface temperature and of temperature in the free atmosphere. A distinct greenhouse gas signal was found to be detectable whether or not other external influences were explicitly considered, and the amplitude of the

simulated greenhouse gas response was generally found to be consistent with observationally based estimates on the scales that were considered. Also, in most studies, the estimated rate and magnitude of warming over the second half of the 20th century due to increasing greenhouse gas concentrations alone was comparable with, or larger than, the observed warming. This result was found to be robust to attempts to account for uncertainties, such as observational uncertainty and sampling error in estimates of the response to external forcing, as well as differences in assumptions and analysis techniques.

The TAR also reported on a range of evidence of qualitative consistencies between observed climate changes and model responses to anthropogenic forcing, including global temperature rise, increasing land-ocean temperature contrast, diminishing arctic sea ice extent, glacial retreat and increases in precipitation at high northern latitudes.

A number of uncertainties remained at the time of the TAR. For example, large uncertainties remained in estimates of internal climate variability. However, even substantially inflated (doubled or more) estimates of model-simulated internal variance were found unlikely to be large enough to nullify the detection of an anthropogenic influence on climate. Uncertainties in external forcing were also reported, particularly in anthropogenic aerosol, solar and volcanic forcing, and in the magnitude of the corresponding climate responses. These uncertainties contributed to uncertainties in detection and attribution studies. Particularly, estimates of the contribution to the 20th-century warming by natural forcings and anthropogenic forcings other than greenhouse gases showed some discrepancies with climate simulations and were model dependent. These results made it difficult to attribute the observed climate change to one specific combination of external influences.

Based on the available studies and understanding of the uncertainties, the TAR concluded that 'in the light of new evidence and taking into account the remaining uncertainties, most of the observed warming over the last 50 years is likely to have been due to the increase in greenhouse gas concentrations'. Since the TAR, a larger number of model simulations using more complete forcings have become available, evidence on a wider range of variables has been analysed and many important uncertainties have been further explored and in many cases reduced. These advances are assessed in this chapter.

## 9.2   Radiative Forcing and Climate Response

This section briefly summarises the understanding of radiative forcing based on the assessment in Chapter 2, and of the climate response to forcing. Uncertainties in the forcing and estimates of climate response, and their implications for understanding and attributing climate change are also discussed. The discussion of radiative forcing focuses primarily on the period since 1750, with a brief reference to periods in the more distant past that

are also assessed in the chapter, such as the last millennium, the Last Glacial Maximum and the mid-Holocene.

Two basic types of calculations have been used in detection and attribution studies. The first uses best estimates of forcing together with best estimates of modelled climate processes to calculate the effects of external changes in the climate system (forcings) on the climate (the response). These 'forward calculations' can then be directly compared to the observed changes in the climate system. Uncertainties in these simulations result from uncertainties in the radiative forcings that are used, and from model uncertainties that affect the simulated response to the forcings. Forward calculations are explored in this chapter and compared to observed climate change.

Results from forward calculations are used for formal detection and attribution analyses. In such studies, a climate model is used to calculate response patterns ('fingerprints') for individual forcings or sets of forcings, which are then combined linearly to provide the best fit to the observations. This procedure assumes that the amplitude of the large-scale pattern of response scales linearly with the forcing, and that patterns from different forcings can be added to obtain the total response. This assumption may not hold for every forcing, particularly not at smaller spatial scales, and may be violated when forcings interact nonlinearly (e.g., black carbon absorption decreases cloudiness and thereby decreases the indirect effects of sulphate aerosols). Generally, however, the assumption is expected to hold for most forcings (e.g., Penner et al., 1997; Meehl et al., 2004). Errors or uncertainties in the magnitude of the forcing or the magnitude of a model's response to the forcing should not affect detection results provided that the space-time pattern of the response is correct. However, for the linear combination of responses to be considered consistent with the observations, the scaling factors for individual response patterns should indicate that the model does not need to be rescaled to match the observations (Sections 9.1.2, 9.4.1.4 and Appendix 9.A) given uncertainty in the amplitude of forcing, model response and estimate due to internal climate variability. For detection studies, if the space-time pattern of response is incorrect, then the scaling, and hence detection and attribution results, will be affected.

In the second type of calculation, the so-called 'inverse' calculations, the magnitude of uncertain parameters in the forward model (including the forcing that is applied) is varied in order to provide a best fit to the observational record. In general, the greater the degree of *a priori* uncertainty in the parameters of the model, the more the model is allowed to adjust. Probabilistic posterior estimates for model parameters and uncertain forcings are obtained by comparing the agreement between simulations and observations, and taking into account prior uncertainties (including those in observations; see Sections 9.2.1.2, 9.6 and Supplementary Material, Appendix 9.B).

**Table 9.1.** *Inverse estimates of aerosol forcing from detection and attribution studies and studies estimating equilibrium climate sensitivity (see Section 9.6 and Table 9.3 for details on studies). The 5 to 95% estimates for the range of aerosol forcing relate to total or net fossil-fuel related aerosol forcing (in W m⁻²).*

| | Forest et al. (2006) | Andronova and Schlesinger (2001) | Knutti et al. (2002, 2003) | Gregory et al. (2002a) | Stott et al. (2006c) | Harvey and Kaufmann (2002) |
|---|---|---|---|---|---|---|
| Observational data used to constrain aerosol forcing | Upper air, surface and deep ocean space-time temperature, latter half of 20th century | Global mean and hemispheric difference in surface air temperature 1856 to 1997 | Global mean ocean heat uptake 1955 to 1995, global mean surface air temperature increase 1860 to 2000 | Surface air temperature space-time patterns, one AOGCM | Surface air temperature space-time patterns, three AOGCMs | Global mean and hemispheric difference in surface air temperature 1856 to 2000 |
| Forcings considered[a] | G, Sul, Sol, Vol, OzS, land surface changes | G, OzT, Sul, Sol, Vol | G, Sul, Suli, OzT, OzS, BC+OM, stratospheric water vapour, Vol, Sol | G, Sul, Suli, Sol, Vol | G, Sul, Suli, OzT, OzS, Sol, Vol | G, Sul, biomass aerosol, Sol, Vol |
| Year[b] | 1980s | 1990 | 2000 | 2000 | 2000 | 1990 |
| Aerosol forcing (W m⁻²)[c] | –0.14 to –0.74 –0.07 to –0.65 with expert prior | –0.54 to –1.3 | 0 to –1.2 indirect aerosol –0.6 to –1.7 total aerosol | –0.4 to –1.6 total aerosol | –0.4 to –1.4 total aerosol | Fossil fuel aerosol unlikely < –1, biomass plus dust unlikely < –0.5[d] |

Notes:

[a]  G: greenhouse gases; Sul: direct sulphate aerosol effect; Suli: (first) indirect sulphate aerosol effect; OzT: tropospheric ozone; OzS: stratospheric ozone; Vol: volcanic forcing; Sol: solar forcing; BC+OM: black carbon and organic matter from fossil fuel and biomass burning.

[b]  Year(s) for which aerosol forcing is calculated, relative to pre-industrial conditions.

[c]  5 to 95% inverse estimate of the total aerosol forcing in the year given relative to pre-industrial forcing. The aerosol range refers to the net fossil-fuel related aerosol range, which tends to be all forcings not directly accounted for that project onto the pattern associated with fossil aerosols, and includes all unknown forcings and those not explicitly considered (for example, OzT and BC+OM in several of the studies).

[d]  Explores IPCC TAR range of climate sensitivity (i.e., 1.5°C to 4.5°C), while other studies explore wider ranges

forcing; see Gregory et al., 2002a; Table 9.1). By scaling spatio-temporal patterns of response up or down, this technique takes account of gross model errors in climate sensitivity and net aerosol forcing but does not fully account for modelling uncertainty in the patterns of temperature response to uncertain forcings.

Another approach uses the response of climate models, most often simple climate models or Earth System Models of Intermediate Complexity (EMICs, Table 8.3) to explore the range of forcings and climate parameters that yield results consistent with observations (Andronova and Schlesinger, 2001; Forest et al., 2002; Harvey and Kaufmann, 2002; Knutti et al., 2002, 2003; Forest et al., 2006). Like detection methods, these approaches seek to fit the space-time patterns, or spatial means in time, of observed surface, atmospheric or ocean temperatures. They determine the probability of combinations of climate sensitivity and net aerosol forcing based on the fit between simulations and observations (see Section 9.6 and Supplementary Material, Appendix 9.B for further discussion). These are often based on Bayesian approaches, where prior assumptions about

ranges of external forcing are used to constrain the estimated net aerosol forcing and climate sensitivity. Some of these studies use the difference between Northern and Southern Hemisphere mean temperature to separate the greenhouse gas and aerosol forcing effects (e.g., Andronova and Schlesinger, 2001; Harvey and Kaufmann, 2002). In these analyses, it is necessary to accurately account for hemispheric asymmetry in tropospheric ozone forcing in order to infer the hemispheric aerosol forcing. Additionally, aerosols from biomass burning could cause an important fraction of the total aerosol forcing although this forcing shows little hemispheric asymmetry. Since it therefore projects on the greenhouse gas forcing, it is difficult to separate in an inverse calculation. Overall, results will be only as good as the spatial or temporal pattern that is assumed in the analysis. Missing forcings or lack of knowledge about uncertainties, and the highly parametrized spatial distribution of response in some of these models may hamper the interpretation of results.

Aerosol forcing appears to have grown rapidly during the period from 1945 to 1980, while greenhouse gas forcing



**Figure 9.1.** *Zonal mean atmospheric temperature change from 1890 to 1999 (°C per century) as simulated by the PCM model from (a) solar forcing, (b) volcanoes, (c) well-mixed greenhouse gases, (d) tropospheric and stratospheric ozone changes, (e) direct sulphate aerosol forcing and (f) the sum of all forcings. Plot is from 1,000 hPa to 10 hPa (shown on left scale) and from 0 km to 30 km (shown on right). See Appendix 9.C for additional information. Based on Santer et al. (2003a).*



**Figure 9.2.** *The zonal mean equilibrium temperature change (°C) between a present day minus a pre-industrial simulation by the CSIRO atmospheric model coupled to a mixed-layer ocean model from (a) direct forcing from fossil fuel black carbon and organic matter (BC+OM) and (b) the sum of fossil fuel BC+OM and biomass burning. Plot is from 1,000 hPa to 10 hPa (shown on left scale) and from 0 km to 30 km (shown on right). Note the difference in colour scale from Figure 9.1. See Supplementary Material, Appendix 9.C for additional information. Based on Penner et al. (2007).*

A further source of uncertainty derives from the estimates of internal variability that are required for all detection analyses. These estimates are generally model-based because of difficulties in obtaining reliable internal variability estimates from the observational record on the spatial and temporal scales considered in detection studies. However, models would need to underestimate variability by factors of over two in their standard deviation to nullify detection of greenhouse gases in near-surface temperature data (Tett et al., 2002), which appears unlikely given the quality of agreement between models and observations at global and continental scales (Figures 9.7 and 9.8) and agreement with inferences on temperature variability from NH temperature reconstructions of the last millennium. The detection of the effects of other forcings, including aerosols, is likely to be more sensitive (e.g., an increase of 40% in the estimate of internal variability is enough to nullify detection of aerosol and natural forcings in HadCM3; Tett et al., 2002)

Few detection studies have explicitly considered the influence of observational uncertainty on near-surface temperature changes. However, Hegerl et al. (2001) show that inclusion of observational sampling uncertainty has relatively little effect on detection results and that random instrumental error has even less effect. Systematic instrumental errors, such as changes in measurement practices or urbanisation, could be more important, especially earlier in the record (Chapter 3), although these errors are calculated to be relatively small at large spatial scales. Urbanisation effects appear to have negligible effects on continental and hemispheric average temperatures (Chapter 3). Observational uncertainties are likely to be more important for surface temperature changes averaged over small regions (Section 9.4.2) and for analyses of free atmosphere temperature changes (Section 9.4.4).

### 9.4.2   Continental and Sub-continental Surface Temperature Change

#### 9.4.2.1   Observed Changes

Over the 1901 to 2005 period there has been warming over most of the Earth's surface with the exception of an area south of Greenland and parts of North and South America (Figure 3.9 and Section 3.2.2.7, see also Figure 9.6). Warming has been strongest over the continental interiors of Asia and north-western North America and some mid-latitude ocean regions of the SH as well as south-eastern Brazil. Since 1979, almost all land areas with observational data coverage show warming (Figure 9.6). Warming is smaller in the SH than in the NH, with cooling over parts of the mid-latitude oceans. There have been widespread decreases in continental DTR since the 1950s which coincide with increases in cloud amounts (Section 3.4.3.1).

#### 9.4.2.2   Studies Based on Space-Time Patterns

Global-scale analyses using space-time detection techniques (Section 9.4.1.4) have robustly identified the influence of anthropogenic forcing on the 20th-century global climate. A

number of studies have now extended these analyses to consider sub-global scales. Two approaches have been used; one to assess the extent to which global studies can provide information at sub-global scales, the other to assess the influence of external forcing on the climate in specific regions. Limitations and problems in using smaller spatial scales are discussed at the end of this section.

The approach taken by IDAG (2005) was to compare analyses of full space-time fields with results obtained after removing the globally averaged warming trend, or after removing the annual global mean from each year in the analysis. They find that the detection of anthropogenic climate change is driven by the pattern of the observed warming in space and time, not just by consistent global mean temperature trends between models and observations. These results suggest that greenhouse warming should also be detectable at sub-global scales (see also Barnett et al., 1999). It was also shown by IDAG (2005) that uncertainties increase, as expected, when global mean information, which has a high signal-to-noise ratio, is disregarded (see also North et al., 1995).

Another approach for assessing the regional influence of external forcing is to apply detection and attribution analyses to observations in specific continental- or sub-continental scale regions. A number of studies using a range of models and examining various continental- or sub-continental scale land areas find a detectable human influence on 20th-century temperature changes, either by considering the 100-year period from 1900 or the 50-year period from 1950. Stott (2003) detects the warming effects of increasing greenhouse gas concentrations in six continental-scale regions over the 1900 to 2000 period, using HadCM3 simulations. In most regions, he finds that cooling from sulphate aerosols counteracts some of the greenhouse warming. However, the separate detection of a sulphate aerosol signal in regional analyses remains difficult because of lower signal-to-noise ratios, loss of large-scale spatial features of response such as hemispheric asymmetry that help to distinguish different signals, and greater modelling and forcing uncertainty at smaller scales. Zwiers and Zhang (2003) also detect human influence using two models (CGCM1 and CGCM2; see Table 8.1, McAvaney et al., 2001) over the 1950 to 2000 period in a series of nested regions, beginning with the full global domain and descending to separate continental domains for North America and Eurasia. Zhang et al. (2006) update this study using additional models (HadCM2 and HadCM3). They find evidence that climates in both continental domains have been influenced by anthropogenic emissions during 1950 to 2000, and generally also in the sub-continental domains (Figure 9.11). This finding is robust to the exclusion of NAO/Arctic Oscillation (AO) related variability, which is associated with part of the warming in Central Asia and could itself be related to anthropogenic forcing (Section 9.5.3). As the spatial scales considered become smaller, the uncertainty in estimated signal amplitudes (as demonstrated by the size of the vertical bars in Figure 9.11) becomes larger, reducing the signal-to-noise ratio (see also Stott and Tett, 1998). The signal-to-noise ratio, however, also depends on the strength of the climate change

693

Karoly and Wu (2005) compare observed temperature trends in 5° × 5° grid boxes globally over 30-, 50- and 100-year periods ending in 2002 with 1) internal variability as simulated by three models (GFDL R30, HadCM2, PCM) and 2) the simulated response to greenhouse gas and sulphate aerosol forcing in those models (see also Knutson et al., 1999). They find that a much higher percentage of grid boxes show trends that are inconsistent with model-estimated internal variability than would be expected by chance and that a large fraction of grid boxes show changes that are consistent with the forced simulations, particularly over the two shorter periods. This assessment is essentially a global-scale detection result because its interpretation relies upon a global composite of grid-box scale statistics. As discussed in the paper, this result does not rule out the possibility that individual grid box trends may be explained by different external forcing combinations, particularly since natural forcings and forcings that could be important at small spatial scales, such as land use change or black carbon aerosols, are missing from these models. The demonstration of local consistency between models and observations in this study does not necessarily imply that observed changes can be attributed to anthropogenic forcing in a specific grid box, and it does not allow confident estimates of the anthropogenic contribution to change at those scales.

Models do not reproduce the observed temperature changes equally well in all regions. Areas where temperature changes are not particularly well simulated by some models include parts of North America (Knutson et al., 2006) and mid-Asia (IDAG, 2005). This could be due to a regional trend or variation that was caused by internal variability (a result that models would not be expected to reproduce), uncertain forcings that are locally important, or model errors. Examples of uncertain forcings that play a small role globally, but could be more important regionally, are the effects of land use changes (Sections 9.2 and 9.3) or atmospheric brown clouds. The latter could be important in explaining observed temperature trends in South Asia and the northern Indian Ocean (Ramanathan et al., 2005; see Chapter 2).

An analysis of the MMD 20C3M experiments indicates that multi-decadal internal variability could be responsible for some of the rapid warming seen in the central USA between 1901 and 1940 and rapid cooling between 1940 and 1979 (Kunkel et al., 2006). Also, regional temperature is more strongly influenced by variability and changes in climate dynamics, such as temperature changes associated with the NAO, which may itself show an anthropogenic influence (Section 9.5.3.2), or the Atlantic Multi-decadal Oscillation (AMO), which could in some regions and seasons be poorly simulated by models and could be confounded with the expected temperature response to external forcings. Thus the anthropogenic signal is likely to be more easy to identify in some regions than in others, with temperature changes in those regions most affected by multi-decadal scale variability being the most difficult to attribute, even if those changes are inconsistent with model estimated internal variability and therefore detectable.

The extent to which temperature changes at sub-continental scales can be attributed to anthropogenic forcings, and the extent to which it is possible to estimate the contribution of greenhouse gas forcing to regional temperature trends, remains a topic for further research. Idealised studies (e.g., Stott and Tett, 1998) suggest that surface temperature changes are detectable mainly at large spatial scales of the order of several thousand kilometres (although they also show that as the signal of climate change strengthens in the 21st century, surface temperature changes are expected to become detectable at increasingly smaller scales). Robust detection and attribution are inhibited at the grid box scales because it becomes difficult to separate the effects of the relatively well understood large-scale external influences on climate, such as greenhouse gas, aerosols, solar and volcanic forcing, from each other and from local influences that may not be related to these large-scale forcings. This occurs because the contribution from internal climate variability increases at smaller scales, because the spatial details that can help to distinguish between different forcings at large scales are not available or unreliable at smaller scales, and because forcings that could be important at small spatial scales, such as land use change or black carbon aerosols, are uncertain and may not have been included in the models used for detection. Although models do not typically underestimate natural internal variability of temperature at continental scales over land (Figure 9.8), even at a grid box scale (Karoly and Wu, 2005), the credibility of small-scale details of climate simulated by models is lower than for large-scale features. While the large-scale coherence of temperatures means that temperatures at a particular grid box should adequately represent a substantial part of the variability of temperatures averaged over the area of that grid box, the remaining variability from local-scale processes and the upward cascades from smaller to larger scales via nonlinear interactions may not be well represented in models at the grid box scale. Similarly, the analysis of shorter temporal scales also decreases the signal-to-noise ratio and the ability to use temporal information to distinguish between different forcings. This is why most detection and attribution studies use temporal scales of 50 or more years.

### 9.4.2.3    *Studies Based on Indices of Temperature Change and Temperature-Precipitation Relationships*

Studies based on indices of temperature change support the robust detection of human influence on continental-scale land areas. Observed trends in indices of North American continental-scale temperature change, (including the regional mean, the mean land-ocean temperature contrast and the annual cycle) were found by Karoly et al. (2003) to be generally consistent with simulated trends under historical forcing from greenhouse gases and sulphate aerosols during the second half of the 20th century. In contrast, they find only a small likelihood of agreement with trends driven by natural forcing only during this period. An analysis of changes in Australian mean, daily maximum and daily minimum temperatures and diurnal temperature range using six coupled climate models showed that it is likely that

**697**

patterns of zonal mean free atmosphere temperature changes was unable to detect the response to natural forcings (Tett et al., 2002), an analysis of spatio-temporal patterns detected the influence of volcanic aerosols and (less convincingly) solar irradiance changes, in addition to detecting the effects of greenhouse gases and sulphate aerosols (Jones et al., 2003). In addition, Crooks (2004) detects a solar signal in atmospheric temperature changes as seen in the HadRT2.1s radiosonde data set when a diagnostic chosen to extract the solar signal from other signals is used. The models used in these studies have poor vertical resolution in the stratosphere and they significantly underestimate stratospheric variability, thus possibly overestimating the significance of these detected signals (Tett et al., 2002). However, a sensitivity study (Thorne et al., 2002) showed that detection of human influence on free atmosphere temperature changes does not depend on the inclusion of stratospheric temperatures. An analysis of spatial patterns of temperature change, represented by large-scale area averages at the surface, in broad atmospheric layers and in lapse rates between layers, showed robust detection of an anthropogenic influence on climate when a range of uncertainties were explored relating to the choice of fingerprints and the radiosonde and model data sets (Thorne et al., 2003). However, Thorne et al. were not able to attribute recent observed tropospheric temperature changes to any particular combination of external forcing influences because the models analysed (HadCM2 and HadCM3) overestimate free atmosphere warming as estimated by the radiosonde data sets, an effect also seen by Douglass et al. (2004) during the satellite era. However, there is evidence that radiosonde data during the satellite era are contaminated by spurious cooling trends (Sherwood et al., 2005; Randel and Wu, 2006; Section 3.4.1), and since structural uncertainty arising from the choice of techniques used to analyse radiosonde data has not yet been quantified (Thorne et al., 2005), it is difficult to assess, based on these analyses alone, whether model-data discrepancies are due to model or observational deficiencies. However further information is provided by an analysis of modelled and observed tropospheric lapse rates, discussed in Section 9.4.4.4.

A different approach is to assess detectability of observed temperature changes through the depth of the atmosphere with AGCM simulations forced with observed SSTs, although the vertical profile of the atmospheric temperature change signal estimated in this way can be quite different from the same signal estimated by coupled models with the same external forcings (Hansen et al., 2002; Sun and Hansen, 2003; Santer et al., 2005). Sexton et al. (2001) find that inclusion of anthropogenic effects improves the simulation of zonally averaged upper air temperature changes from the HadRTt1.2 data set such that an anthropogenic signal is detected at the 5% significance level in patterns of seasonal mean temperature change calculated as overlapping eight-year means over the 1976 to 1994 period and expressed as anomalies relative to the 1961 to 1975 base period. In addition, analysing patterns of annual mean temperature change for individual years shows that an anthropogenic signal is also detected on interannual time scales for a number of years towards the end of the analysis period.

### 9.4.4.4    Differential Temperature Trends

Subtracting temperature trends at the surface from those in the free atmosphere removes much of the common variability between these layers and tests whether the model-predicted trends in tropospheric lapse rate are consistent with those observed by radiosondes and satellites (Karl et al., 2006). Since 1979, globally averaged modelled trends in tropospheric lapse rates are consistent with those observed. However, this is not the case in the tropics, where most models have more warming aloft than at the surface while most observational estimates show more warming at the surface than in the troposphere (Karl et al., 2006). Karl et al. (2006) carried out a systematic review of this issue. There is greater consistency between simulated and observed differential warming in the tropics in some satellite measurements of tropospheric temperature change, particularly when the effect of the cooling stratosphere on tropospheric retrievals is taken into account (Karl et al., 2006). External forcing other than greenhouse gas changes can also help to reconcile some of the differential warming, since both volcanic eruptions and stratospheric ozone depletion are expected to have cooled the troposphere more than the surface over the last several decades (Santer et al., 2000, 2001; IPCC, 2001; Free and Angell, 2002; Karl et al., 2006). There are, however, uncertainties in quantifying the differential cooling caused by these forcings, both in models and observations, arising from uncertainties in the forcings and model response to the forcings. Differential effects of natural modes of variability, such as ENSO and the NAM, on observed surface and tropospheric temperatures, which arise from differences in the amplitudes and spatial expression of these modes at the surface and in the troposphere, make only minor contributions to the overall differences in observed surface and tropospheric warming rates (Santer et al., 2001; Hegerl and Wallace, 2002; Karl et al., 2006).

A systematic intercomparison between radiosonde-based (Radiosonde Atmospheric Temperature Products for Assessing Climate (RATPAC); Free et al., 2005, and Hadley Centre Atmospheric Temperature (HadAT), Thorne et al., 2005) and satellite-based (RSS, UAH) observational estimates of tropical lapse rate trends with those simulated by 19 MMD models shows that on monthly and annual time scales, variations in temperature at the surface are amplified aloft in both models and observations by consistent amounts (Santer et al., 2005; Karl et al., 2006). It is only on longer time scales that disagreement between modelled and observed lapse rates arises (Hegerl and Wallace, 2002), that is, on the time scales over which discrepancies would arise from inhomogeneities in the observational record. Only one observational data set (RSS) was found to be consistent with the models on both short and long time scales. While Vinnikov et al. (2006) have not produced a lower-tropospheric retrieval, their estimate of the T2 temperature trend (Figure 3.18) is consistent with model simulations (Karl et al., 2006). One possibility is that amplification effects are controlled by different physical mechanisms on short and long time scales, although a more probable explanation is that some observational records are contaminated by errors that affect their long-term trends (Section 3.4.1; Karl et al., 2006).

**701**

thermal expansion estimates based on observed ocean warming (Section 5.5.3) than for the complete set of model simulations ('ALL/ANT' in Table 9.2). For 1993 to 2003, the models that include natural forcings agree well with observations. Although this result is somewhat uncertain because the simulations end at various dates from 1999 onwards, it accords with results obtained by Church et al. (2005) using the PCM and Gregory et al. (2006) using HadCM3, which suggest that 0.5 mm yr$^{-1}$ of the trend in the last decade may result from warming as a recovery from the Mt. Pinatubo eruption of 1991. Comparison of the results for 1961 to 2003 and 1993 to 2003 shows that volcanoes influence the ocean differently over shorter and longer periods. The rapid expansion of 1993 to 2003 was caused, in part, by rapid warming of the upper ocean following the cooling due to the Mt. Pinatubo eruption, whereas the multi-decadal response is affected by the much longer persistence in the deep ocean of cool anomalies caused by volcanic eruptions (Delworth et al., 2005; Gleckler et al., 2006; Gregory et al., 2006).

Both observations and model results indicate that the global average mass balance of glaciers and ice caps depends linearly on global average temperature change, but observations of accelerated mass loss in recent years suggest a greater sensitivity than simulated by models. The global average temperature change simulated by AOGCMs gives a good match to the observational estimates of the contribution of glaciers and ice caps to sea level change in 1961 to 2003 and 1993 to 2003 (Table 9.2) with the assumptions that the global average mass balance sensitivity is 0.80 mm yr$^{-1}$ °C$^{-1}$ (sea level equivalent) and that the climate of 1900 to 1929 was 0.16°C warmer than the temperature required to maintain the steady state for glaciers (see discussion in Section 10.6.3.1 and Appendix 10.A).

Calculations of ice sheet surface mass balance changes due to climate change (following the methods of Gregory and Huybrechts, 2006 and Section 10.6.3.1) indicate small but uncertain contributions during 1993 to 2003 of $0.1 \pm 0.1$ mm yr$^{-1}$ (5 to 95% range) from Greenland and $-0.2 \pm 0.4$ mm yr$^{-1}$ from Antarctica, the latter being negative because rising temperature in AOGCM simulations leads to greater snow accumulation (but negligible melting) at present. The observational estimates (Sections 4.6.2 and 5.5.6) are $0.21 \pm 0.07$ mm yr$^{-1}$ for Greenland and $0.21 \pm 0.35$ mm yr$^{-1}$ for Antarctica. For both ice sheets, there is a significant contribution from recent accelerations in ice flow leading to greater discharge of ice into the sea, an effect that is not included in the models because its causes and mechanisms are not yet properly understood (see Sections 4.6.2 and 10.6.4 for discussion). Hence, the surface mass balance model underestimates the sea level contribution from ice sheet melting. Model-based and observational estimates may also differ because the model-based estimates are obtained using estimates of the correlation between global mean climate change and local climate change over the ice sheets in the 21st century under SRES scenarios. This relationship may not represent recent changes over the ice sheets.

Summing the modelled thermal expansion, global glacier and ice cap contributions and the observational estimates of the ice

sheet contributions results in totals that lie below the observed rates of global mean sea level rise during 1961 to 2003 and 1993 to 2003. As shown by Table 9.2, the terms are reasonably well reproduced by the models. Nevertheless, the discrepancy in the total, especially for 1961 to 2003, indicates the lack of a satisfactory explanation of sea level rise. This is also a difficulty for the observational budget (discussed in Section 5.5.6).

A discrepancy between model and observations could also be partly explained by the internally generated variability of the climate system, which control simulations suggest could give a standard deviation in the thermal expansion component of ~0.2 mm yr$^{-1}$ in 10-year trends. This variability may be underestimated by models, since observations give a standard deviation in 10-year trends of 0.7 mm yr$^{-1}$ in thermal expansion (see Sections 5.5.3 and Section 9.5.1.1; Gregory et al., 2006).

Since recent warming and thermal expansion are likely largely anthropogenic (Section 9.5.1.1), the model results suggest that the greater rate of rise in 1993 to 2003 than in 1961 to 2003 could have been caused by rising anthropogenic forcing. However, tide gauge estimates suggests larger variability than models in 10-year trends, and that rates as large as that observed during 1993 to 2003 occurred in previous decades (Section 5.5.2.4).

Overall, it is very likely that the response to anthropogenic forcing contributed to sea level rise during the latter half of the 20th century. Models including anthropogenic and natural forcing simulate the observed thermal expansion since 1961 reasonably well. Anthropogenic forcing dominates the surface temperature change simulated by models, and has likely contributed to the observed warming of the upper ocean and widespread glacier retreat. It is very unlikely that the warming during the past half century is due only to known natural causes. Lack of studies quantifying the contribution of anthropogenic forcing to ocean heat content increase and glacier melting, and the fact that the observational budget is not closed, make it difficult to estimate the anthropogenic contribution. Nevertheless, an expert assessment based on modelling and ocean heat content studies suggests that anthropogenic forcing has likely contributed at least one-quarter to one-half of the sea level rise during the second half of the 20th century (see also Woodworth et al., 2004).

Anthropogenic forcing is also expected to produce an accelerating rate of sea level rise (Woodworth et al., 2004). On the other hand, natural forcings could have increased the rate of sea level rise in the early 20th century and decreased it later in the 20th century, thus producing a steadier rate of rise during the 20th century when combined with anthropogenic forcing (Crowley et al., 2003; Gregory et al., 2006). Observational evidence for acceleration during the 20th century is equivocal, but the rate of sea level rise was greater in the 20th than in the 19th century (Section 5.5.2.4). An onset of higher rates of rise in the early 19th century could have been caused by natural factors, in particular the recovery from the Tambora eruption of 1815 (Crowley et al., 2003; Gregory et al., 2006), with anthropogenic forcing becoming important later in the 19th century.

higher than those recorded previously (Emanuel, 2005; Section 3.8.3). Emanuel (2005) and Elsner et al. (2006) report a strong correlation between the PDI and tropical Atlantic SSTs, although Chan and Liu (2004) find no analogous relationship in the western North Pacific. While changes in Atlantic SSTs have been linked in part to the AMO, the recent warming appears to be mainly associated with increasing global temperatures (Section 3.8.3.2; Mann and Emanuel, 2006; Trenberth and Shea, 2006). Tropical cyclone development is also strongly influenced by vertical wind shear and static stability (Box 3.5). While increasing greenhouse gas concentrations have likely contributed to a warming of SSTs, effects on static stability and wind shear may have partly opposed this influence on tropical cyclone formation (Box 3.5). Thus, detection and attribution of observed changes in hurricane intensity or frequency due to external influences remains difficult because of deficiencies in theoretical understanding of tropical cyclones, their modelling and their long-term monitoring (e.g., Emanuel, 2005; Landsea, 2005; Pielke, 2005). These deficiencies preclude a stronger conclusion than an assessment that anthropogenic factors more likely than not have contributed to an increase in tropical cyclone intensity.

### 9.5.3.7    Extratropical Cyclones

Simulations of 21st-century climate change in the MMD 20C3M model ensemble generally exhibit a decrease in the total number of extratropical cyclones in both hemispheres, but an increase in the number of the most intense events (Lambert and Fyfe, 2006), although this behaviour is not reproduced by all models (Bengtsson et al., 2006; Section 10.3.6.4). Many 21st-century simulations also show a poleward shift in the storm tracks in both hemispheres (Bengtsson et al., 2006; Section 10.3.6.4). Recent observational studies of winter NH storms have found a poleward shift in storm tracks and increased storm intensity, but a decrease in total storm numbers, in the second half of the 20th century (Section 3.5.3). Analysis of observed wind and significant wave height suggests an increase in storm activity in the NH. In the SH, the storm track has also shifted poleward, with increases in the radius and depth of storms, but decreases in their frequency. These features appear to be associated with the observed trends in the SAM and NAM. Thus, simulated and observed changes in extratropical cyclones are broadly consistent, but an anthropogenic influence has not yet been detected, owing to large internal variability and problems due to changes in observing systems (Section 3.5.3).

### 9.5.4    Precipitation

#### 9.5.4.1    Changes in Atmospheric Water Vapour

The amount of moisture in the atmosphere is expected to increase in a warming climate (Trenberth et al., 2005) because saturation vapour pressure increases with temperature according to the Clausius-Clapeyron equation. Satellite-borne Special Sensor Microwave/Imager (SSM/I) measurements of water vapour since 1988 are of higher quality than either



**Figure 9.17.** *Global mean (ocean-only) anomalies relative to 1987 to 2000 in column-integrated water vapour (%) from simulations with the GFDL AM2-LM2 AGCM forced with observed SSTs (red), and satellite observations from SSM/I (black, Wentz and Schabel, 2000). From Soden et al. (2005).*

radiosonde or reanalysis data (Trenberth et al., 2005) and show a statistically significant upward trend in precipitable (column-integrated) water of $1.2 \pm 0.3$ % per decade averaged over the global oceans (Section 3.4.2.1). Soden et al. (2005) demonstrate that the observed changes, including the upward trend, are well simulated in the GFDL atmospheric model when observed SSTs are prescribed (Figure 9.17). The simulation and observations show common low-frequency variability, which is largely associated with ENSO. Soden et al. (2005) also demonstrate that upper-tropospheric changes in water vapour are realistically simulated by the model. Observed warming over the global oceans is likely largely anthropogenic (Figure 9.12), suggesting that anthropogenic influence has contributed to the observed increase in atmospheric water vapour over the oceans.

#### 9.5.4.2    Global Precipitation Changes

The increased atmospheric moisture content associated with warming might be expected to lead to increased global mean precipitation (Section 9.5.4.1). Global annual land mean precipitation showed a small, but uncertain, upward trend over the 20th century of approximately 1.1 mm per decade (Section 3.3.2.1 and Table 3.4). However, the record is characterised by large inter-decadal variability, and global annual land mean precipitation shows a non-significant decrease since 1950 (Figure 9.18; see also Table 3.4).

##### 9.5.4.2.1    Detection of external influence on precipitation

Mitchell et al. (1987) argue that global mean precipitation changes should be controlled primarily by the energy budget of the troposphere where the latent heat of condensation is balanced by radiative cooling. Warming the troposphere enhances the cooling rate, thereby increasing precipitation, but this may be partly offset by a decrease in the efficiency of

# References

AchutaRao, K.M., et al., 2006: Variability of ocean heat uptake: Reconciling observations and models. *J. Geophys. Res.*, **111**, C05019.

Ackerman, A.S., et al., 2000: Reduction of tropical cloudiness by soot. *Science*, **288**, 1042–1047.

Adams, J.B., M.E. Mann, and C.M. Ammann, 2003: Proxy evidence for an El Nino-like response to volcanic forcing. *Nature*, **426**(6964), 274–278.

Alexander, L.V., et al., 2006: Global observed changes in daily climate extremes of temperature and precipitation. *J. Geophys. Res.*, **111**, D05109, doi:10.1029/2005JD006290.

Allan, R.J., and T.J. Ansell, 2006: A new globally-complete monthly historical gridded mean sea level pressure data set (HadSLP2): 1850-2004. *J. Clim.*, **19**, 5816–5842.

Allen, M.R., 2003: Liability for climate change. *Nature*, **421**, 891–892.

Allen, M.R., and S.F.B. Tett, 1999: Checking for model consistency in optimal fingerprinting. *Clim. Dyn.*, **15**, 419–434.

Allen, M.R., and W.J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Allen, M.R., and D.A. Stainforth, 2002: Towards objective probabilistic climate forecasting. *Nature*, **419**, 228–228.

Allen, M.R., and P.A. Stott, 2003: Estimating signal amplitudes in optimal fingerprinting, Part I: Theory. *Clim. Dyn.*, **21**, 477–491.

Allen, M.R., J.A. Kettleborough, and D.A. Stainforth, 2002: Model error in weather and climate forecasting. In: *ECMWF Predictability of Weather and Climate Seminar* [Palmer, T.N. (ed.)]. European Centre for Medium Range Weather Forecasts, Reading, UK, http://www.ecmwf.int/publications/library/do/references/list/209.

Allen, M.R., et al., 2000: Quantifying the uncertainty in forecasts of anthropogenic climate change. *Nature*, **407**, 617–620.

Ammann, C.M., G.A. Meehl, W.M. Washington, and C. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**(12), 1657.

Anderson, T.L., et al., 2003: Climate forcing by aerosols: A hazy picture. *Science*, **300**, 1103–1104.

Andronova, N.G., and M.E. Schlesinger, 2000: Causes of global temperature changes during the 19th and 20th centuries. *Geophys. Res. Lett.*, **27**(14), 2137–2140.

Andronova, N.G., and M.E. Schlesinger, 2001: Objective estimation of the probability density function for climate sensitivity. *J. Geophys. Res.*, **106**(D19), 22605–22611.

Andronova, N.G., M.E. Schlesinger, and M.E. Mann, 2004: Are reconstructed pre-instrumental hemispheric temperatures consistent with instrumental hemispheric temperatures? *Geophys. Res. Lett.*, **31**, L12202, doi:10.1029/2004GL019658.

Andronova, N.G., et al., 1999: Radiative forcing by volcanic aerosols from 1850 to 1994. *J. Geophys. Res.*, **104**, 16807–16826.

Andronova, N.G., et al., 2007: The concept of climate sensitivity: History and development. In: *Human-Induced Climate Change: An Interdisciplinary Assessment* [Schlesinger, M., et al. (eds.)]. Cambridge University Press, Cambridge, UK, in press.

Annan, J.D., and J.C. Hargreaves, 2006: Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.*, **33**, L06704, doi:10.1029/2005GL025259.

Annan, J.D., et al., 2005: Efficiently constraining climate sensitivity with paleoclimate simulations. *Scientific Online Letters on the Atmosphere*, **1**, 181–184.

Arblaster, J.M., and G.A. Meehl, 2006: Contributions of external forcing to Southern Annular Mode trends. *J. Clim.*, **19**, 2896–2905.

Bader, J., and M. Latif, 2003: The impact of decadal-scale Indian Ocean sea surface temperature anomalies on Sahelian rainfall and the North Atlantic Oscillation. *Geophys. Res. Lett.*, **30**(22), 2169.

Banks, H.T., et al., 2000: Are observed decadal changes in intermediate water masses a signature of anthropogenic climate change? *Geophys. Res. Lett.*, **27**, 2961–2964.

Barnett, T.P., D.W. Pierce, and R. Schnur, 2001: Detection of anthropogenic climate change in the world's oceans. *Science*, **292**, 270–274.

Barnett, T.P., et al., 1999: Detection and attribution of recent climate change. *Bull. Am. Meteorol. Soc.*, **80**, 2631–2659.

Barnett, T.P., et al., 2005: Penetration of a warming signal in the world's oceans: human impacts. *Science*, **309**, 284–287.

Bauer, E., M. Claussen, V. Brovkin, and A. Huenerbein, 2003: Assessing climate forcings of the Earth system for the past millennium. *Geophys. Res. Lett.*, **30**(6), 1276.

Beltrami, H., J.E. Smerdon, H.N. Pollack, and S. Huang, 2002: Continental heat gain in the global climate system. *Geophys. Res. Lett.*, **29**, 1167.

Bengtsson, L., K.I. Hodges, and E. Roechner, 2006: Storm tracks and climate change. *J. Clim.*, **19**, 3518–3543.

Berger, A., 1978: Long-term variations of caloric solar radiation resulting from the earth's orbital elements. *Quat. Res.*, **9**, 139–167.

Berger, A., 1988: Milankovitch theory and climate. *Rev. Geophys.*, **26**, 624–657.

Berliner, L.M., R.A. Levine, and D.J. Shea, 2000: Bayesian climate change assessment. *J. Clim.*, **13**, 3805–3820.

Bertrand, C., M.F. Loutre, M. Crucifix, and A. Berger, 2002: Climate of the last millennium: a sensitivity study. *Tellus*, **54A**(3), 221–244.

Betts, R.A., 2001: Biogeophysical impacts of land use on present-day climate: near surface temperature and radiative forcing. *Atmos. Sci. Lett.*, **2**, 39–51.

Bigelow, N.H., et al., 2003: Climate change and Arctic ecosystems: 1. Vegetation changes north of 55 degrees N between the last glacial maximum, mid-Holocene, and present. *J. Geophys. Res.*, **108**(D19), 8170, doi:10.1029/2002JD002558.

Bindoff, N.L., and T.J. McDougall, 2000: Decadal changes along an Indian Ocean section at 32S and their interpretation. *J. Phys. Oceanogr.*, **30**(6), 1207–1222.

Bjerknes, J., 1969: Atmospheric teleconnections from the equatorial Pacific. *Mon. Weather Rev.*, **97**, 163–172.

Boer, G.J., and B. Yu, 2003: Climate sensitivity and climate state. *Clim. Dyn.*, **21**, 167–176.

Boucher, O., and J. Haywood, 2001: On summing the components of radiative forcing of climate change. *Clim. Dyn.*, **18**, 297–302.

Boyer, T.P., et al., 2005: Linear trends in salinity for the World Ocean, 1955-1998. *Geophys. Res. Lett.*, **32**, L01604.

Braconnot, P., S. Joussaume, O. Marti, and N. de Noblet, 1999: Synergistic feedbacks from ocean and vegetation on the African monsoon response to mid-Holocene insolation. *Geophys. Res. Lett.*, **26**, 2481–2484.

Braconnot, P., O. Marti, S. Joussaume, and Y. Leclainche, 2000: Ocean feedback in response to 6 kyr BP insolation. *J. Clim.*, **13**(9), 1537–1553.

Braconnot, P., et al., 2004: Evaluation of PMIP coupled ocean-atmosphere simulations of the Mid-Holocene. In: *Past Climate Variability through Europe and Africa* [Battarbee, R.W., F. Gasse, and C.E. Stickley (eds.)]. Springer, London, UK, pp. 515-533.

Braganza, K., et al., 2003: Simple indices of global climate variability and change: Part I - Variability and correlation structure. *Clim. Dyn.*, **20**, 491–502.

Braganza, K., et al., 2004: Simple indices of global climate variability and change: Part II - Attribution of climate change during the 20th century. *Clim. Dyn.*, **22**, 823–838.

Briffa, K.R., et al., 2001: Low-frequency temperature variations from a northern tree ring density network. *J. Geophys. Res.*, **106**(D3), 2929–2941.

Broccoli, A.J., et al., 2003: Twentieth-century temperature and precipitation trends in ensemble climate simulations including natural and anthropogenic forcing. *J. Geophys. Res.*, **108**(D24), 4798.

Brohan, P., et al., 2006: Uncertainty estimates in regional and global observed temperature changes: a new dataset from 1850. *J. Geophys. Res.*, **111**, D12106, doi:10.1029/2005JD006548.

Bryden, H.L., E. McDonagh, and B.A. King, 2003: Changes in ocean water mass properties: oscillations or trends? *Science*, **300**, 2086–2088.

Peltier, W.R., 1994: Ice age paleotopography. *Science*, **265**, 195–201.

Peltier, W.R., 2004: Global glacial isostasy and the surface of the ice-age Earth: the ICE-5G(VM2) model and GRACE. *Annu. Rev. Earth Planet. Sci.*, **32**, 111–149.

Penner, J.E., S.Y. Zhang, and C.C. Chuang, 2003: Soot and smoke aerosol may not warm climate. *J. Geophys. Res.*, **108**(D21), 4657, doi:10.1029/2003JD003409.

Penner, J.E., et al., 1997: Anthropogenic aerosols and climate change: A method for calibrating forcing. In: *Assessing Climate Change: Results from the Model Evaluation Consortium for Climate Assessment* [Howe, W., and A. Henderson-Sellers (eds.)]. Gordon & Breach Science Publishers, Sydney, Australia, pp. 91–111.

Penner, J.E., et al., 2007: Effect of black carbon on mid-troposphere and surface temperature trends. In: *Human-Induced Climate Change: An Interdisciplinary Assessment* [Schlesinger, M., et al. (eds.)]. Cambridge University Press, Cambridge, UK, in press.

Perlwitz, J., and H.-F. Graf, 2001: Troposphere-stratosphere dynamic coupling under strong and weak polar vortex conditions. *Geophys. Res. Lett.*, **28**, 271–274.

Peterson, B.J., et al., 2002: Increasing river discharge to the Arctic Ocean. *Science*, **298**, 2171–2173.

Pezza, A.B., and I. Simmonds, 2005: The first South Atlantic hurricane: Unprecedented blocking, low shear and climate change. *Geophys. Res. Lett.*, **32**, L15712, doi:10.1029/2005GL023390.

Pielke, R.A. Jr., 2005: Are there trends in hurricane destruction? *Nature*, **438**, E11.

Pielke, R.A. Jr., et al., 2005: Hurricanes and global warming. *Bull. Am. Meteorol. Soc.*, **86**, 1571–1575.

Pierce, D.W., et al., 2006: Anthropogenic warming of the oceans: observations and model results. *J. Clim.*, **19**, 1873–1900.

Pinker, R.T., B. Zhang, and E.G. Dutton, 2005: Do satellites detect trends in surface solar radiation? *Science*, **308**, 850–854.

Pollack, H.N., and J.E. Smerdon, 2004: Borehole climate reconstructions: Spatial structure and hemispheric averages. *J. Geophys. Res.*, **109**, D11106, doi:10.1029/2003JD004163.

Prentice, I.C., and T. Webb, 1998: BIOME 6000: reconstructing global mid-Holocene vegetation patterns from palaeoecological records. *J. Biogeogr.*, **25**(6), 997–1005.

Prentice, I.C., and D. Jolly, 2000: Mid-Holocene and glacial-maximum vegetation geography of the northern continents and Africa. *J. Biogeogr.*, **27**(3), 507–519.

Qian, T., A. Dai, K.E. Trenberth, and K.W. Oleson, 2006: Simulation of global land surface conditions from 1948 to 2002: Part I: Forcing data and evaluations. *J. Hydrometeorol.*, **7**, 953–975.

Ramanathan, V., P.J. Crutzen, J.T. Kiehl, and D. Rosenfeld, 2001: Aerosols, climate, and the hydrological cycle. *Science*, **294**, 2119–2124.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Ramankutty, N., and J.A. Foley, 1999: Estimating historical changes in global land cover: Croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **13**(4), 997–1027.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 349–416.

Randel, W.J., and F. Wu, 2006: Biases in stratospheric temperature trends derived from historical radiosonde data. *J. Clim.*, **19**, 2094–2104.

Raper, S.C.B., J.M. Gregory, and R.J. Stouffer, 2002: The role of climate sensitivity and ocean heat uptake on AOGCM transient temperature response. *J. Clim.*, **15**, 124–130.

Rauthe, M., A. Hense, and H. Paeth, 2004: A model intercomparison study of climate change-signals in extratropical circulation. *Int. J. Climatol.*, **24**, 643–662.

Reader, M., and G. Boer, 1998: The modification of greenhouse gas warming by the direct effect of sulphate aerosols. *Clim. Dyn.*, **14**, 593–607.

Reichert, B.K., L. Bengtsson, and J. Oerlemans, 2002a: Recent glacier retreat exceeds internal variability. *J. Clim.*, **15**, 3069–3081.

Reichert, B.K., R. Schnur, and L. Bengtsson, 2002b: Global ocean warming tied to anthropogenic forcing. *Geophys. Res. Lett.*, **29**(11), 1525.

Rigor, I.G., J.M. Wallace, and R.L. Colony, 2002: Response of sea ice to the Arctic Oscillation. *J. Clim.*, **15**, 2648–2668.

Rind, D., J. Perlwitz, and P. Lonergan, 2005a: AO/NAO response to climate change. Part I: The respective influences of stratospheric and tropospheric climate changes. *J. Geophys. Res.*, **110**, D12107, doi:10.1029/2004JD005103.

Rind, D., J. Perlwitz, and P. Lonergan, 2005b: AO/NAO response to climate change. Part II: The relative importance of low and high latitude temperature changes. *J. Geophys. Res.*, **110**, D12108, doi:10.1029/2004JD005686.

Rind, D., et al., 2004: The relative importance of solar and anthropogenic forcing of climate change between the Maunder Minimum and the present. *J. Clim.*, **17**(5), 906–929.

Robock, A., 2000: Volcanic eruptions and climate. *Rev. Geophys.*, **38**(2), 191–219.

Robock, A., and Y. Liu, 1994: The volcanic signal in Goddard Institute for Space Studies three-dimensional model simulations. *J. Clim.*, **7**, 44–55.

Rothrock, D.A., J. Zhang, and Y. Yu, 2003: The arctic ice thickness anomaly of the 1990s: A consistent view from observations and models. *J. Geophys. Res.*, **108**(C3), 3083, doi:10.1029/2001JC001208.

Rotstayn, L.D., and J.E. Penner, 2001: Forcing, quasi-forcing and climate response. *J. Clim.*, **14**, 2960–2975.

Rotstayn, L.D., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, **15**, 2103–2116.

Rotstayn, L.D., and Y. Liu, 2003: Sensitivity of the first indirect aerosol effect to an increase of cloud droplet spectral dispersion with droplet number concentration. *J. Clim.*, **16**, 3476–3481.

Rowell, D.P., 1996: Reply to comments by Y.C. Sud and W.K.-M. Lau. *Q. J. R. Meteorol. Soc.*, **122**, 1007–1013.

Rowell, D.P., 2003: The Impact of Mediterranean SSTs on the Sahelian rainfall season. *J. Clim.*, **16**, 849–862.

Ruzmaikin, A., and J. Feynman, 2002: Solar influence on a major mode of atmospheric variability. *J. Geophys. Res.*, **107**(D14), doi:10.1029/2001JD001239.

Rybski, D., A. Bunde, S. Havlin, and H. von Storch, 2006: Long-term persistence in climate and the detection problem. *Geophys. Res. Lett.*, **33**, L06718, doi:10.1029/2005GL025591.

Santer, B.D., T.M.L. Wigley, T. Barnett, and E. Anyamba, 1996a: Detection of climate change and attribution of causes. In: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T. et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 407–444.

Santer, B.D., et al., 1996b: A search for human influences on the thermal structure of the atmosphere. *Nature*, **382**, 39–46.

Santer, B.D., et al., 1996c: Reply to "Human effect on global climate?" *Nature*, **384**, 522–525.

Santer, B.D., et al., 2000: Interpreting differential temperature trends at the surface and in the lower troposphere. *Science*, **287**, 1227–1231.

Santer, B.D., et al., 2001: Accounting for the effects of volcanoes and ENSO in comparisons of modeled and observed temperature trends. *J. Geophys. Res.*, **106**, 28033–28059.

Santer, B.D., et al., 2003a: Contributions of anthropogenic and natural forcing to recent tropopause height changes. *Science*, **301**, 479–483.

Santer, B.D., et al., 2003b: Behavior of tropopause height and atmospheric temperature in models, reanalyses, and observations: Decadal changes. *J. Geophys. Res.*, **108**(D1), 4002.

Santer, B.D., et al., 2003c: Influence of satellite data uncertainties on the detection of externally-forced climate change. *Science*, **300**, 1280–1284.

Santer, B.D., et al., 2004: Identification of anthropogenic climate change using a second-generation reanalysis. *J. Geophys. Res.*, **109**, doi:10.1029/2004JD005075.

Santer, B.D., et al., 2005: Amplification of surface temperature trends and variability in the tropical atmosphere. *Science*, **309**, 1551–1556.

Sato, M., J.E. Hansen, M.P. McCormick, and J.B. Pollack, 1993: Stratospheric aerosol optical depths, 1850-1990. *J. Geophys. Res.*, **98**, 22987–22994.

Scaife, A.A., J.R. Knight, G.K. Vallis, and C.K. Folland, 2005: A stratospheric influence on the winter NAO and North Atlantic surface climate. *Geophys. Res. Lett.*, **32**, L18715, doi:10.1029/2005GL023226.

Schär, C., and G. Jendritzky, 2004: Hot news for summer 2003. *Nature*, **432**, 559–560.

Schär, C., et al., 2004: The role of increasing temperature variability in European summer heat waves. *Nature*, **427**, 332–336

Scherrer, S.C., C. Appenzeller, and M. Laternser, 2004: Trends in Swiss alpine snow days – the role of local and large scale climate variability. *Geophys. Res. Lett.*, **31**, doi:10.1029/2004GL020255.

Scherrer, S.C., C. Appenzeller, M. A. Linger and C. Schär, 2005: European temperature distribution changes in observations and climate change scenarios. *Geophys. Res. Lett.*, **32**, doi:10.1029/2005GL024108.

Schlesinger, M.E., and N. Ramankutty, 1992: Implications for global warming of intercycle solar irradiance variations. *Nature*, **360**, 330–333.

Schlesinger, M.E., and N. Ramankutty, 1994: An oscillation in the global climate system of period 65-70 years. *Nature*, **367**, 723–726.

Schneider, T., 2004: The tropopause and the thermal stratification in the extratropics of a dry atmosphere. *J. Atmos. Sci.*, **61**, 1317–1340.

Schneider, T., and I.M. Held, 2001: Discriminants of twentieth-century changes in Earth surface temperatures. *J. Clim.*, **14**, 249–254.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schnur, R., and K. Hasselmann, 2005: Optimal filtering for Bayesian detection of climate change. *Clim. Dyn.*, **24**, 45–55.

Schwartz, S.E., 1993: Does fossil fuel combustion lead to global warming? *Energy Int. J.*, **18**, 1229–1248.

Schwartz, S.E., 2004: Uncertainty requirements in radiative forcing of climate change. *J. Air Waste Manage. Assoc.*, **54**, 1351–1359.

Seidel, D.J., R.J. Ross, J.K. Angell, and G.C. Reid, 2001: Climatological characteristics of the tropical tropopause as revealed by radiosondes. *J. Geophys. Res.*, **106**, 7857–7878.

Selten, F.M., G.W. Branstator, H.A. Dijkstra, and M. Kliphuis, 2004: Tropical origins for recent and future Northern Hemisphere climate change. *Geophys. Res. Lett.*, **31**, L21205, doi:10.1029/2004GL020739.

Semenov, V.A., and L. Bengtsson, 2002: Secular trends in daily precipitation characteristics: Greenhouse gas simulation with a coupled AOGCM. *Clim. Dyn.*, **19**, 123–140.

Senior, C.A., and J.F.B. Mitchell, 2000: The time dependence of climate sensitivity. *Geophys. Res. Lett.*, **27**, 2685–2689.

Sexton, D.M.H., 2001: The effect of stratospheric ozone depletion on the phase of the Antarctic Oscillation. *Geophys. Res. Lett.*, **28**, 3697–3700.

Sexton, D.M.H., D.P. Rowell, C.K. Folland, and D.J. Karoly, 2001: Detection of anthropogenic climate change using an atmospheric GCM. *Clim. Dyn.*, **17**, 669–685.

Sexton, D.M.H., H. Grubb, K.P. Shine, and C.K. Folland, 2003: Design and analysis of climate model experiments for the efficient estimation of anthropogenic signals. *J. Clim.*, **16**, 1320–1336.

Sherwood, S., J. Lanzante, and C. Meyer, 2005: Radiosonde daytime biases and late-20th century warming. *Science*, **309**, 1156–1159.

Shin, S.I., et al., 2003: A simulation of the last glacial maximum climate using the NCAR-CCSM. *Clim. Dyn.*, **20**(2–3), 127–151.

Shindell, D.T., and G.A. Schmidt, 2004: Southern Hemisphere climate response to ozone changes and greenhouse gas increases. *Geophys. Res. Lett.*, **31**, L18209, doi:10.1029/2004GL020724.

Shindell, D.T., R.L. Miller, G.A. Schmidt, and L. Pandolfo, 1999: Simulation of recent northern winter climate trends by greenhouse-gas forcing. *Nature*, **399**, 452–455.

Shindell, D.T., G.A. Schmidt, R.L. Miller, and D. Rind, 2001a: Northern Hemispheric climate response to greenhouse gas, ozone, solar and volcanic forcing. *J. Geophys. Res.*, **106**, 7193–7210.

Shindell, D.T., G.A. Schmidt, R.L. Miller, and M.E. Mann, 2003: Volcanic and solar forcing of climate change during the preindustrial era. *J. Clim.*, **16**(24), 4094–4107.

Shindell, D.T., et al., 2001b: Solar forcing of regional climate change during the Maunder Minimum. *Science*, **294**(5549), 2149–2152.

Shiogama, H., M. Watanabe, M. Kimoto, and T. Nozawa, 2005: Anthropogenic and natural forcing impacts on ENSO-like decadal variability during the second half of the 20th century. *Geophys. Res. Lett.*, **32**, L21714, doi:10.1029/2005GL023871.

Shiogama, H., et al., 2006: Influence of volcanic activity and changes in solar irradiance on surface air temperatures in the early twentieth century. *Geophys. Res. Lett.*, **33**, L09702, doi:10.1029/2005GL025622.

Simmons, A.J., and J.K. Gibson, 2000: *The ERA-40 Project Plan.* ERA-40 Project Report Series, Vol. 1, European Centre for Medium-Range Weather Forecasts, Reading, UK, 62 pp.

Smith, R.L., T.M.L. Wigley, and B.D. Santer, 2003: A bivariate time series approach to anthropogenic trend detection in hemispheric mean temperatures. *J. Clim.*, **16**, 1228–1240.

Soden, B.J., R.T. Wetherald, G.L. Stenchikov, and A. Robock, 2002: Global cooling after the eruption of Mount Pinatubo: A test of climate feedback by water vapor. *Science*, **296**(5568), 727–730.

Soden, B.J., et al., 2005: The radiative signature of upper tropospheric moistening. *Science*, **310**(5749), 841–844.

Solow, A.R., and L.J. Moore, 2002: Testing for trend in North Atlantic hurricane activity, 1900-98. *J. Clim.*, **15**, 3111–3114.

Spagnoli, B., et al., 2002: Detecting climate change at a regional scale: the case of France. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL014619.

Stanhill, G., and S. Cohen, 2001: Global dimming, a review of the evidence for a widespread and significant reduction in global radiation with a discussion of its probable causes and possible agricultural consequences. *Agric. Forest Meteorol.*, **107**, 255–278.

Stark, S., R.A. Wood, and H.T. Banks, 2006: Reevaluating the causes of observed changes in Indian Ocean water masses. *J. Clim.*, **19**, 4075–4086.

Stenchikov, G.L., et al., 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: Effects of volcanic aerosols and ozone depletion. *J. Geophys. Res.*, **107**, 4803.

Stenchikov, G., et al., 2004: Arctic Oscillation response to the 1991 Pinatubo eruption in the SKYHI GCM with a realistic Quasi-Biennial Oscillation. *J. Geophys. Res.*, **109**, D03112, doi:10.1029/2003JD003699.

Stenchikov, G., et al., 2006: Arctic Oscillation response to volcanic eruptions in the IPCC AR4 climate models. *J. Geophys. Res.*, **111**, D07107, doi:10.1029/2005JD006286.

Stendel, M., I.A. Mogensen, and J.H. Christensen, 2006: Influence of various forcings on global climate in historical times using a coupled atmosphere–ocean general circulation model. *Clim. Dyn.*, **26**, 1–15.

Stern, D.I., 2005: Global sulfur emissions from 1850 to 2000. *Chemosphere*, **58**, 163–175.

Stone, D.A., and A.J. Weaver, 2002: Daily minimum and maximum temperature trends in a climate model. *Geophys. Res. Lett.*, **29**, doi:10.1029/2001GL014556.

Stone, D.A., and A.J. Weaver, 2003: Factors contributing to diurnal temperature trends in twentieth and twenty-first century simulations of the CCCma coupled model. *Clim. Dyn.*, **20**, 435–445.

Stone, D.A., and M.R. Allen, 2005a: The end-to-end attribution problem: From emissions to impacts. *Clim. Change*, **71**, 303–318.

Stone, D.A., and M.R. Allen, 2005b: Attribution of global surface warming without dynamical models. *Geophys. Res. Lett.*, **32**, L18711, doi:10.1029/2005GL023682.

Stone, D.A., and J.C. Fyfe, 2005: The effect of ocean mixing parameterisation on the enhanced $CO_2$ response of the Southern Hemisphere mid-latitude jet. *Geophys. Res. Lett.*, **32**, L06811, doi:10.1029/2004GL022007.

Stone, D.A., A.J. Weaver, and R.J. Stouffer, 2001: Projection of climate change onto modes of atmospheric variability. *J. Clim.*, **14**, 3551–3565.

Stone, D.A., M.R. Allen, and P.A. Stott, 2007a: A multi-model update on the detection and attribution of global surface warming. *J. Clim.*, **20**, 517-530.

Stone, D.A., M.R. Allen, F. Selten, and M. Kilphuis, 2007b: The detection and attribution of climate change using an ensemble of opportunity. *J. Clim.*, **20**, 504-516.

Stott, P.A., 2003: Attribution of regional-scale temperature changes to anthropogenic and natural causes. *Geophys. Res. Lett.*, **30**, doi:10.1029/2003GL017324.

Stott, P.A., and S.F.B. Tett, 1998: Scale-dependent detection of climate change. *J. Clim.*, **11**, 3282–3294.

Stott, P.A., and J.A. Kettleborough, 2002: Origins and estimates of uncertainty in predictions of 21st century temperature rise. *Nature*, **416**, 723–726.

Stott, P.A., M.R. Allen, and G.S. Jones, 2003a: Estimating signal amplitudes in optimal fingerprinting, Part II: Application to general circulation models. *Clim. Dyn.*, **21**, doi:10.1007/s00382-003-0314-8.

Stott, P.A., G.S. Jones, and J.F.B. Mitchell, 2003b: Do models underestimate the solar contribution to recent climate change? *J. Clim.*, **16**, 4079–4093.

Stott, P.A., D.A. Stone, and M.R. Allen, 2004: Human contribution to the European heatwave of 2003. *Nature*, **432**, 610–614.

Stott, P.A., J.A. Kettleborough, and M.R. Allen, 2006a: Uncertainty in predictions of continental scale temperature rise. *Geophys. Res. Lett.*, **33**, doi:10.1029/GL024423.

Stott, P.A., et al., 2000: External control of 20th century temperature by natural and anthropogenic forcings. *Science*, **290**, 2133–2137.

Stott, P.A., et al., 2001: Attribution of twentieth century temperature change to natural and anthropogenic causes. *Clim. Dyn.*, **17**, 1–21.

Stott, P.A., et al., 2006b: Transient climate simulations with the HadGEMI model: causes of past warming and future climate change. *J. Clim.*, **19**, 2763–2782.

Stott, P.A., et al., 2006c: Observational constraints on past attributable warming and predictions of future global warming. *J. Clim.*, **19**, 3055–3069.

Stouffer, R.J., G.C. Hegerl, and S.F.B. Tett, 2000: A comparison of surface air temperature variability in three 1000-year coupled ocean-atmosphere model integrations. *J. Clim.*, **13**, 513–547.

Sugi, M., and J. Yoshimura, 2004: A mechanism of tropical precipitation change due to $CO_2$ increase. *J. Clim.*, **17**, 238–243.

Sun, S., and J. Hansen, 2003: Climate simulations for 1951-2050 with a coupled atmosphere-ocean model. *J. Clim.*, **16**, 2807–2826.

Sutton, R.T., and L.R. Hodson, 2005: Atlantic ocean forcing of North American and European summer climate. *Science*, **309**, 115–118.

Tanaka, H.L., N. Ishizaki, and N. Nohara, 2005: Intercomparison of the intensities and trends of Hadley, Walker and Monsoon Circulations in the global warming predictions. *Scientific Online Letters on the Atmosphere*, **1**, 77–80.

Taylor, C.M., et al., 2002: The influence of land use change on climate in the Sahel. *J. Clim.*, **15**, 3615–3629.

Taylor, K.E., et al., 2000: Analysis of forcing, response, and feedbacks in a paleoclimate modeling experiment. In: *Paleoclimate Modeling Intercomparison Project (PMIP): Proceedings of the Third PMIP Workshop, La Huardière, Canada, 4-8 October 1999* [P. Braconnot (ed.)]. WCRP-111, WMO/TD-1007, World Meteorological Organization, Geneva, Switzerland, pp. 271.

Tebaldi, C., K. Hayhoe, J.M. Arblaster, and G.A. Meehl, 2006: Going to extremes: An intercomparison of model-simulated historical and future changes in extreme events. *Clim. Change*, **79**, 185–211.

Tett, S.F.B., et al., 1999: Causes of twentieth-century temperature change near the Earth's surface. *Nature*, **399**, 569–572.

Tett, S.F.B., et al., 2002: Estimation of natural and anthropogenic contributions to twentieth century temperature change. *J. Geophys. Res.*, **107**(D16), 4306, doi:10.1029/2000JD000028.

Tett, S.F.B., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, **28**, 3–34, doi:10.1007/s00382-006-0165-1.

Thomas, R., et al., 2004: Accelerated sea level rise from West Antarctica. *Science*, **306**, 255–258.

Thompson, D.W.J., and J.M. Wallace, 1998: The Arctic Oscillation signature in the wintertime geopotential height and temperature fields. *Geophys. Res. Lett.*, **25**, 1297–1300.

Thompson, D.W.J., and J.M. Wallace, 2000: Annular modes in the extratropical circulation. Part I: Month-to-month variability. *J. Clim.*, **13**, 1000–1016.

Thompson, D.W.J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D.W.J., J.M. Wallace, and G.C. Hegerl, 2000: Annular modes in the extratropical circulation: Part II, Trends. *J. Clim.*, **13**, 1018–1036.

Thorne, P.W., et al., 2002: Assessing the robustness of zonal mean climate change detection. *Geophys. Res. Lett.*, **29**, doi:10.1029/2002GL015717.

Thorne, P.W., et al., 2003: Probable causes of late twentieth century tropospheric temperature trends. *Clim. Dyn.*, **21**, 573–591.

Thorne, P.W., et al., 2005: Revisiting radiosonde upper air temperatures from 1958 to 2002. *J. Geophys. Res.*, **110**, D18105, doi:10.1029/2004JD005753.

Thuburn, J., and G.C. Craig, 2000: Stratospheric influence on tropopause height: The radiative constraint. *J. Atmos. Sci.*, **57**, 17–28.

Timbal, B., 2004: Southwest Australia past and future rainfall trends. *Clim. Res.*, **26**, 233–249.

Timbal, B., J.M. Arblaster, and S. Power, 2005: Attribution of late 20th century rainfall decline in South-West Australia. *J. Clim.*, **19**, 2046–2062.

Timmermann, A., 1999: Detecting the nonstationary response of ENSO to greenhouse warming. *J. Atmos. Sci.*, **56**, 2313–2325.

Timmermann, A., et al., 1999: Increased El Niño frequency in a climate model forced by future greenhouse warming. *Nature*, **398**, 694–696.

Tol, R.S.J., and A.F. De Vos, 1998: A Bayesian statistical analysis of the enhanced greenhouse effect. *Clim. Change*, **38**, 87–112.

Tourpali, K., et al., 2003: Stratospheric and tropospheric response to enhanced solar UV radiation: A model study. *Geophys. Res. Lett.*, **30**(5), doi:10.1029/2002GL016650.

Trenberth, K.E., 2005: Uncertainty in hurricanes and global warming. *Science*, **308**, 1753–1754.

Trenberth, K.E., and D.J. Shea, 2005: Relationships between precipitation and surface temperature. *Geophys. Res. Lett.*, **32**, L14703, doi:10.1029/2005GL022760.

Trenberth, K.E., and L. Smith, 2005: The mass of the atmosphere: A constraint on global analyses. *J. Clim.*, **18**, 864–875.

Trenberth, K.E., and D. Shea, 2006: Atlantic hurricanes and natural variability in 2005. *Geophys. Res. Lett.*, **33**, L12704, doi:10.1029/2006GL026894.

Trenberth, K.E., J. Fasullo, and L. Smith, 2005: Trends and variability in column-integrated water vapour. *Clim. Dyn.*, **24**, 741–758.

Trenberth, K.E., A. Dai, R.M. Rasmussen, and D.B. Parsons, 2003: The changing character of precipitation. *Bull. Am. Meteorol. Soc.*, **84**, 1205–1217.

Triacca, U., 2001: On the use of Granger causality to investigate the human influence on climate. *Theor. Appl. Climatol.*, **69**, 137–138.

Tudhope, S., and M. Collins, 2003: Global change – The past and future of El Nino. *Nature*, **424**(6946), 261–262.

Ueda, H., A. Iwai, K. Kuwako, and M.E. Hori, 2006: Impact of anthropogenic forcing on the Asian summer monsoon simulated by 8 GCMs. *Geophys. Res. Lett.*, **33**, L06703, doi:10.1029/2005GL025336.

van Aardenne, J.A., et al., 2001: A 1° x 1° resolution data set of historical anthropogenic trace gas emissions for the period 1890-1990. *Global Biogeochem. Cycles*, **15**, 909–928.

## Appendix 9.A:   Methods Used to Detect Externally Forced Signals

This appendix very briefly reviews the statistical methods that have been used in most recent detection and attribution work. Standard 'frequentist' methods (methods based on the relative frequency concept of probability) are most often used, but there is also increasing use of Bayesian methods of statistical inference. The following sections briefly describe the optimal fingerprinting technique followed by a short discussion on the differences between the standard and Bayesian approaches to statistical inferences that are relevant to detection and attribution.

### 9.A.1   Optimal Fingerprinting

Optimal fingerprinting is generalised multivariate regression adapted to the detection of climate change and the attribution of change to externally forced climate change signals (Hasselmann, 1979, 1997; Allen and Tett, 1999). The regression model has the form $y = Xa + u$, where vector $y$ is a filtered version of the observed record, matrix $X$ contains the estimated response patterns to the external forcings (signals) that are under investigation, $a$ is a vector of scaling factors that adjusts the amplitudes of those patterns and $u$ represents internal climate variability. Vector $u$ is usually assumed to be a Gaussian random vector with covariance matrix $C$. Vector $a$ is estimated with $\hat{a} = (X^T C^{-1} X)^{-1} X^T C^{-1} y$, which is equivalent to $(\tilde{X}^T \tilde{X})^{-1} \tilde{X}^T \tilde{y}$, where matrix $\tilde{X}$ and vector $\tilde{y}$ represent the signal patterns and observations after normalisation by the climate's internal variability. This normalisation, standard in linear regression, is used in most detection and attribution approaches to improve the signal-to-noise ratio (see, e.g., Hasselmann, 1979; Allen and Tett, 1999; Mitchell et al., 2001).

The matrix $X$ typically contains signals that are estimated with either an AOGCM, an AGCM (see Sexton et al., 2001, 2003) or a simplified climate model such as an EBM. Because AOGCMs simulate natural internal variability as well as the response to specified anomalous external forcing, AOGCM-simulated climate signals are typically estimated by averaging across an ensemble of simulations (for a discussion of optimal ensemble size and composition, see Sexton et al., 2003). If an observed response is to be attributed to anthropogenic influence, $X$ should at a minimum contain separate natural and anthropogenic responses. In order to relax the assumption that the relative magnitudes of the responses to individual forcings are correctly simulated, $X$ may contain separate responses to all the main forcings, including greenhouse gases, sulphate aerosol, solar irradiance changes and volcanic aerosol. The vector $a$ accounts for possible errors in the amplitude of the external forcing and the amplitude of the climate model's response by scaling the signal patterns to best match the observations.

Fitting the regression model requires an estimate of the covariance matrix $C$ (i.e., the internal variability), which is usually obtained from unforced variation simulated by AOGCMs (e.g., from long control simulations) because the instrumental record is too short to provide a reliable estimate and may be affected by external forcing. Atmosphere-Ocean General Circulation Models may not simulate natural internal climate variability accurately, particularly at small spatial scales, and thus a residual consistency test (Allen and Tett, 1999) is typically used to assess the model-simulated variability at the scales that are retained in the analysis. To avoid bias (Hegerl et al., 1996, 1997), uncertainty in the estimate of the vector of scaling factors $a$ is usually assessed with a second, statistically independent estimate of the covariance matrix $C$ which is ordinarily obtained from an additional, independent sample of simulated unforced variation.

Signal estimates are obtained by averaging across an ensemble of forced climate change simulations, but contain remnants of the climate's natural internal variability because the ensembles are finite. When ensembles are small or signals weak, these remnants may bias ordinary least-squares estimates of $a$ downward. This is avoided by estimating $a$ with the total least-squares algorithm (Allen and Stott 2003).

### 9.A.2   Methods of Inference

Detection and attribution questions are assessed through a combination of physical reasoning (to determine, for example, by assessing consistency of possible responses, whether other mechanisms of change not included in the climate model could plausibly explain the observed change) and by evaluating specific hypotheses about the scaling factors contained in $a$. Most studies evaluate these hypotheses using standard frequentist methods (Hasselmann, 1979, 1997; Hegerl et al., 1997; Allen and Tett, 1999). Several recent studies have also used Bayesian methods (Hasselmann, 1998; Leroy, 1998; Min et al., 2004, 2005; Lee et al., 2005, 2006; Schnur and Hasselmann, 2005; Min and Hense, 2006a,b).

In the standard approach, detection of a postulated climate change signal occurs when its amplitude in observations is shown to be significantly different from zero (i.e., when the null hypothesis $H_D : a = 0$ where $0$ is a vector of zeros, is rejected) with departure from zero in the physically plausible direction. Subsequently, the second attribution requirement (consistency with a combination of external forcings and natural internal variability) is assessed with the 'attribution consistency test' (Hasselmann, 1997; see also Allen and Tett, 1999) that evaluates the null hypothesis $H_A : a = 1$ where $1$ denotes a vector of units. This test does not constitute a complete attribution assessment, but contributes important evidence to such assessments (see Mitchell et al., 2001). Attribution studies usually also test whether the response to a key forcing, such as greenhouse gas increases, is distinguishable from that to other forcings, usually based on the results of multiple regression (see above) using the most important forcings simultaneously in $X$. If the response to a key forcing (e.g., due to greenhouse gas increases) is detected by rejecting the hypothesis that its amplitude $a_{GHG} = 0$ in such a multiple regression, this provides strong attribution information

because it demonstrates that the observed climate change is 'not consistent with alternative, physically plausible explanations of recent climate change that exclude important elements of the given combination of forcings' (Mitchell et al., 2001).

Bayesian approaches are of interest because they can be used to integrate information from multiple lines of evidence, and can incorporate independent prior information into the analysis. Essentially two approaches (described below) have been taken to date. In both cases, inferences are based on a posterior distribution that blends evidence from the observations with the independent prior information, which may include information on the uncertainty of external forcing estimates, climate models and their responses to forcing. In this way, all information that enters into the analysis is declared explicitly.

Schnur and Hasselmann (2005) approach the problem by developing a filtering technique that optimises the impact of the data on the prior distribution in a manner similar to the way in which optimal fingerprints maximise the ratio of the anthropogenic signal to natural variability noise in the conventional approach. The optimal filter in the Bayesian approach depends on the properties of both the natural climate variability and model errors. Inferences are made by comparing evidence, as measured by Bayes Factors (Kass and Raftery, 1995), for competing hypotheses. Other studies using similar approaches include Min et al. (2004) and Min and Hense (2006a,b). In contrast, Berliner et al. (2000) and Lee et al. (2005) use Bayesian methods only to make inferences about the estimate of **a** that is obtained from conventional optimal fingerprinting.

# 10

# Global Climate Projections

**Coordinating Lead Authors:**

Gerald A. Meehl (USA), Thomas F. Stocker (Switzerland)

**Lead Authors:**

William D. Collins (USA), Pierre Friedlingstein (France, Belgium), Amadou T. Gaye (Senegal), Jonathan M. Gregory (UK), Akio Kitoh (Japan), Reto Knutti (Switzerland), James M. Murphy (UK), Akira Noda (Japan), Sarah C.B. Raper (UK), Ian G. Watterson (Australia), Andrew J. Weaver (Canada), Zong-Ci Zhao (China)

**Contributing Authors:**

R.B. Alley (USA), J. Annan (Japan, UK), J. Arblaster (USA, Australia), C. Bitz (USA), P. Brockmann (France), V. Brovkin (Germany, Russian Federation), L. Buja (USA), P. Cadule (France), G. Clarke (Canada), M. Collier (Australia), M. Collins (UK), E. Driesschaert (Belgium), N.A. Diansky (Russian Federation), M. Dix (Australia), K. Dixon (USA), J.-L. Dufresne (France), M. Dyurgerov (Sweden, USA), M. Eby (Canada), N.R. Edwards (UK), S. Emori (Japan), P. Forster (UK), R. Furrer (USA, Switzerland), P. Gleckler (USA), J. Hansen (USA), G. Harris (UK, New Zealand), G.C. Hegerl (USA, Germany), M. Holland (USA), A. Hu (USA, China), P. Huybrechts (Belgium), C. Jones (UK), F. Joos (Switzerland), J.H. Jungclaus (Germany), J. Kettleborough (UK), M. Kimoto (Japan), T. Knutson (USA), M. Krynytzky (USA), D. Lawrence (USA), A. Le Brocq (UK), M.-F. Loutre (Belgium), J. Lowe (UK), H.D. Matthews (Canada), M. Meinshausen (Germany), S.A. Müller (Switzerland), S. Nawrath (Germany), J. Oerlemans (Netherlands), M. Oppenheimer (USA), J. Orr (Monaco, USA), J. Overpeck (USA), T. Palmer (ECMWF, UK), A. Payne (UK), G.-K. Plattner (Switzerland), J. Räisänen (Finland), A. Rinke (Germany), E. Roeckner (Germany), G.L. Russell (USA), D. Salas y Melia (France), B. Santer (USA), G. Schmidt (USA, UK), A. Schmittner (USA, Germany), B. Schneider (Germany), A. Shepherd (UK), A. Sokolov (USA, Russian Federation), D. Stainforth (UK), P.A. Stott (UK), R.J. Stouffer (USA), K.E. Taylor (USA), C. Tebaldi (USA), H. Teng (USA, China), L. Terray (France), R. van de Wal (Netherlands), D. Vaughan (UK), E. M. Volodin (Russian Federation), B. Wang (China), T. M. L. Wigley (USA), M. Wild (Switzerland), J. Yoshimura (Japan), R. Yu (China), S. Yukimoto (Japan)

**Review Editors:**

Myles Allen (UK), Govind Ballabh Pant (India)

**This chapter should be cited as:**

Meehl, G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh, R. Knutti, J.M. Murphy, A. Noda, S.C.B. Raper, I.G. Watterson, A.J. Weaver and Z.-C. Zhao, 2007: Global Climate Projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** .................................................... 749

**10.1 Introduction** ......................................................... 753

**10.2 Projected Changes in Emissions, Concentrations and Radiative Forcing** ...... 755

10.2.1 Emissions Scenarios and Radiative Forcing in the Multi-Model Climate Projections .............. 755

10.2.2 Recent Developments in Projections of Radiative Species and Forcing for the 21st Century ................................................... 759

**10.3 Projected Changes in the Physical Climate System** ................................................... 760

10.3.1 Time-Evolving Global Change ........................... 762

10.3.2 Patterns of Change in the 21st Century ............. 764

10.3.3 Changes in Ocean/Ice and High-Latitude Climate? ................................................... 770

10.3.4 Changes in the Atlantic Meridional Overturning Circulation ................................... 772

Box 10.1: Future Abrupt Climate Change, 'Climate Surprises', and Irreversible Changes ................... 775

10.3.5 Changes in Properties of Modes of Variability ................................................... 778

10.3.6 Future Changes in Weather and Climate Extremes ................................................... 782

**10.4 Changes Associated with Biogeochemical Feedbacks and Ocean Acidification** ............ 789

10.4.1 Carbon Cycle/Vegetation Feedbacks .................. 789

10.4.2 Ocean Acidification Due to Increasing Atmospheric Carbon Dioxide ............................. 793

10.4.3 Simulations of Future Evolution of Methane, Ozone and Oxidants ........................... 793

10.4.4 Simulations of Future Evolution of Major Aerosol Species ................................................... 796

**10.5 Quantifying the Range of Climate Change Projections** ......................................... 797

10.5.1 Sources of Uncertainty and Hierarchy of Models ................................................... 797

Box 10.2: Equilibrium Climate Sensitivity ............................. 798

10.5.2 Range of Responses from Different Models ....... 800

10.5.3 Global Mean Responses from Different Scenarios ................................................... 802

10.5.4 Sampling Uncertainty and Estimating Probabilities ................................................... 805

**10.6 Sea Level Change in the 21st Century** ........ 812

10.6.1 Global Average Sea Level Rise Due to Thermal Expansion ............................................. 812

10.6.2 Local Sea Level Change Due to Change in Ocean Density and Dynamics ........................... 812

10.6.3 Glaciers and Ice Caps ........................................ 814

10.6.4 Ice Sheets ............................................................. 816

10.6.5 Projections of Global Average Sea Level Change for the 21st Century ............................. 820

**10.7 Long Term Climate Change and Commitment** ......................................... 822

10.7.1 Climate Change Commitment to Year 2300 Based on AOGCMs ........................................... 822

10.7.2 Climate Change Commitment to Year 3000 and Beyond to Equilibrium ............................. 823

10.7.3 Long-Term Integrations: Idealised Overshoot Experiments ................................... 827

10.7.4 Commitment to Sea Level Rise .......................... 828

**Frequently Asked Questions**

FAQ 10.1:    *Are Extreme Events, Like Heat Waves, Droughts or Floods, Expected to Change as the Earth's Climate Changes?* ................................................... 783

FAQ 10.2:    *How Likely are Major or Abrupt Climate Changes, such as Loss of Ice Sheets or Changes in Global Ocean Circulation?* ................................................... 818

FAQ 10.3:    *If Emissions of Greenhouse Gases are Reduced, How Quickly do Their Concentrations in the Atmosphere Decrease?* ................................................... 824

**References** ........................................................................ 832

**Appendix 10.A: Methods for Sea Level Projections for the 21st Century** ............................. 844

## Supplementary Material

*The following Supplementary Material is available on CD-ROM and in on-line versions of this report.*

*Supplementary Figures S10.1 to S10.4*

*Figures Showing Individual Model Results for Different Climate Variables*

## Executive Summary

The future climate change results assessed in this chapter are based on a hierarchy of models, ranging from Atmosphere-Ocean General Circulation Models (AOGCMs) and Earth System Models of Intermediate Complexity (EMICs) to Simple Climate Models (SCMs). These models are forced with concentrations of greenhouse gases and other constituents derived from various emissions scenarios ranging from non-mitigation scenarios to idealised long-term scenarios. In general, we assess non-mitigated projections of future climate change at scales from global to hundreds of kilometres. Further assessments of regional and local climate changes are provided in Chapter 11. Due to an unprecedented, joint effort by many modelling groups worldwide, climate change projections are now based on multi-model means, differences between models can be assessed quantitatively and in some instances, estimates of the probability of change of important climate system parameters complement expert judgement. New results corroborate those given in the Third Assessment Report (TAR). Continued greenhouse gas emissions at or above current rates will cause further warming and induce many changes in the global climate system during the 21st century that would *very likely* be larger than those observed during the 20th century.

**Mean Temperature**

All models assessed here, for all the non-mitigation scenarios considered, project increases in global mean surface air temperature (SAT) continuing over the 21st century, driven mainly by increases in anthropogenic greenhouse gas concentrations, with the warming proportional to the associated radiative forcing. There is close agreement of globally averaged SAT multi-model mean warming for the early 21st century for concentrations derived from the three non-mitigated IPCC Special Report on Emission Scenarios (SRES: B1, A1B and A2) scenarios (including only anthropogenic forcing) run by the AOGCMs (warming averaged for 2011 to 2030 compared to 1980 to 1999 is between +0.64°C and +0.69°C, with a range of only 0.05°C). Thus, this warming rate is affected little by different scenario assumptions or different model sensitivities, and is consistent with that observed for the past few decades (see Chapter 3). Possible future variations in natural forcings (e.g., a large volcanic eruption) could change those values somewhat, but about half of the early 21st-century warming is committed in the sense that it would occur even if atmospheric concentrations were held fixed at year 2000 values. By mid-century (2046–2065), the choice of scenario becomes more important for the magnitude of multi-model globally averaged SAT warming, with values of +1.3°C, +1.8°C and +1.7°C from the AOGCMs for B1, A1B and A2, respectively. About a third of that warming is projected to be due to climate change that is already committed. By late century (2090–2099), differences between scenarios are large, and only about 20% of that warming arises from climate change that is already committed.

An assessment based on AOGCM projections, probabilistic methods, EMICs, a simple model tuned to the AOGCM responses, as well as coupled climate carbon cycle models, suggests that for non-mitigation scenarios, the future increase in global mean SAT is *likely* to fall within –40 to +60% of the multi-model mean warming simulated for a given scenario. The greater uncertainty at higher values results in part from uncertainties in the carbon cycle feedbacks. The multi-model mean warming and associated uncertainty ranges for 2090 to 2099 relative to 1980 to 1999 are B1: +1.8°C (1.1°C to 2.9°C), B2: +2.4°C (1.4°C to 3.8°C), A1B: +2.8°C (1.7°C to 4.4°C), A1T: 2.4°C (1.4°C to 3.8°C), A2: +3.4°C (2.0°C to 5.4°C) and A1FI: +4.0°C (2.4°C to 6.4°C). It is not appropriate to compare the lowest and highest values across these ranges against the single range given in the TAR, because the TAR range resulted only from projections using an SCM and covered all SRES scenarios, whereas here a number of different and independent modelling approaches are combined to estimate ranges for the six illustrative scenarios separately. Additionally, in contrast to the TAR, carbon cycle uncertainties are now included in these ranges. These uncertainty ranges include only anthropogenically forced changes.

Geographical patterns of projected SAT warming show greatest temperature increases over land (roughly twice the global average temperature increase) and at high northern latitudes, and less warming over the southern oceans and North Atlantic, consistent with observations during the latter part of the 20th century (see Chapter 3). The pattern of zonal mean warming in the atmosphere, with a maximum in the upper tropical troposphere and cooling throughout the stratosphere, is notable already early in the 21st century, while zonal mean warming in the ocean progresses from near the surface and in the northern mid-latitudes early in the 21st century, to gradual penetration downward during the course of the 21st century.

An expert assessment based on the combination of available constraints from observations (assessed in Chapter 9) and the strength of known feedbacks simulated in the models used to produce the climate change projections in this chapter indicates that the equilibrium global mean SAT warming for a doubling of atmospheric carbon dioxide ($CO_2$), or 'equilibrium climate sensitivity', is *likely* to lie in the range 2°C to 4.5°C, with a most likely value of about 3°C. Equilibrium climate sensitivity is *very likely* larger than 1.5°C. For fundamental physical reasons, as well as data limitations, values substantially higher than 4.5°C still cannot be excluded, but agreement with observations and proxy data is generally worse for those high values than for values in the 2°C to 4.5°C range. The 'transient climate response' (TCR, defined as the globally averaged SAT change at the time of $CO_2$ doubling in the 1% yr$^{-1}$ transient $CO_2$ increase experiment) is better constrained than equilibrium climate sensitivity. The TCR is *very likely* larger than 1°C and *very unlikely* greater than 3°C based on climate models, in agreement with constraints from the observed surface warming.

749

## Temperature Extremes

It is *very likely* that heat waves will be more intense, more frequent and longer lasting in a future warmer climate. Cold episodes are projected to decrease significantly in a future warmer climate. Almost everywhere, daily minimum temperatures are projected to increase faster than daily maximum temperatures, leading to a decrease in diurnal temperature range. Decreases in frost days are projected to occur almost everywhere in the middle and high latitudes, with a comparable increase in growing season length.

## Mean Precipitation

For a future warmer climate, the current generation of models indicates that precipitation generally increases in the areas of regional tropical precipitation maxima (such as the monsoon regimes) and over the tropical Pacific in particular, with general decreases in the subtropics, and increases at high latitudes as a consequence of a general intensification of the global hydrological cycle. Globally averaged mean water vapour, evaporation and precipitation are projected to increase.

## Precipitation Extremes and Droughts

Intensity of precipitation events is projected to increase, particularly in tropical and high latitude areas that experience increases in mean precipitation. Even in areas where mean precipitation decreases (most subtropical and mid-latitude regions), precipitation intensity is projected to increase but there would be longer periods between rainfall events. There is a tendency for drying of the mid-continental areas during summer, indicating a greater risk of droughts in those regions. Precipitation extremes increase more than does the mean in most tropical and mid- and high-latitude areas.

## Snow and Ice

As the climate warms, snow cover and sea ice extent decrease; glaciers and ice caps lose mass owing to a dominance of summer melting over winter precipitation increases. This contributes to sea level rise as documented for the previous generation of models in the TAR. There is a projected reduction of sea ice in the 21st century in both the Arctic and Antarctic with a rather large range of model responses. The projected reduction is accelerated in the Arctic, where some models project summer sea ice cover to disappear entirely in the high-emission A2 scenario in the latter part of the 21st century. Widespread increases in thaw depth over much of the permafrost regions are projected to occur in response to warming over the next century.

## Carbon Cycle

There is unanimous agreement among the coupled climate-carbon cycle models driven by emission scenarios run so far that future climate change would reduce the efficiency of the Earth system (land and ocean) to absorb anthropogenic $CO_2$. As a result, an increasingly large fraction of anthropogenic $CO_2$ would stay airborne in the atmosphere under a warmer climate. For the A2 emission scenario, this positive feedback leads to additional atmospheric $CO_2$ concentration varying between 20 and 220 ppm among the models by 2100. Atmospheric $CO_2$ concentrations simulated by these coupled climate-carbon cycle models range between 730 and 1,020 ppm by 2100. Comparing these values with the standard value of 836 ppm (calculated beforehand by the Bern carbon cycle-climate model without an interactive carbon cycle) provides an indication of the uncertainty in global warming due to future changes in the carbon cycle. In the context of atmospheric $CO_2$ concentration stabilisation scenarios, the positive climate-carbon cycle feedback reduces the land and ocean uptake of $CO_2$, implying that it leads to a reduction of the compatible emissions required to achieve a given atmospheric $CO_2$ stabilisation. The higher the stabilisation scenario, the larger the climate change, the larger the impact on the carbon cycle, and hence the larger the required emission reduction.

## Ocean Acidification

Increasing atmospheric $CO_2$ concentrations lead directly to increasing acidification of the surface ocean. Multi-model projections based on SRES scenarios give reductions in pH of between 0.14 and 0.35 units in the 21st century, adding to the present decrease of 0.1 units from pre-industrial times. Southern Ocean surface waters are projected to exhibit undersaturation with regard to calcium carbonate for $CO_2$ concentrations higher than 600 ppm, a level exceeded during the second half of the century in most of the SRES scenarios. Low-latitude regions and the deep ocean will be affected as well. Ocean acidification would lead to dissolution of shallow-water carbonate sediments and could affect marine calcifying organisms. However, the net effect on the biological cycling of carbon in the oceans is not well understood.

## Sea Level

Sea level is projected to rise between the present (1980–1999) and the end of this century (2090–2099) under the SRES B1 scenario by 0.18 to 0.38 m, B2 by 0.20 to 0.43 m, A1B by 0.21 to 0.48 m, A1T by 0.20 to 0.45 m, A2 by 0.23 to 0.51 m, and A1FI by 0.26 to 0.59 m. These are 5 to 95% ranges based on the spread of AOGCM results, not including uncertainty in carbon cycle feedbacks. For each scenario, the midpoint of the range is within 10% of the TAR model average for 2090-2099. The ranges are narrower than in the TAR mainly because of improved information about some uncertainties in the projected contributions. In all scenarios, the average rate of rise during

the 21st century *very likely* exceeds the 1961 to 2003 average rate ($1.8 \pm 0.5$ mm yr$^{-1}$). During 2090 to 2099 under A1B, the central estimate of the rate of rise is 3.8 mm yr$^{-1}$. For an average model, the scenario spread in sea level rise is only 0.02 m by the middle of the century, and by the end of the century it is 0.15 m.

Thermal expansion is the largest component, contributing 70 to 75% of the central estimate in these projections for all scenarios. Glaciers, ice caps and the Greenland Ice Sheet are also projected to contribute positively to sea level. General Circulation Models indicate that the Antarctic Ice Sheet will receive increased snowfall without experiencing substantial surface melting, thus gaining mass and contributing negatively to sea level. Further accelerations in ice flow of the kind recently observed in some Greenland outlet glaciers and West Antarctic ice streams could substantially increase the contribution from the ice sheets. For example, if ice discharge from these processes were to scale up in future in proportion to global average surface temperature change (taken as a measure of global climate change), it would add 0.1 to 0.2 m to the upper bound of sea level rise by 2090 to 2099. In this example, during 2090 to 2099 the rate of scaled-up Antarctic discharge would roughly balance the expected increased rate of Antarctic accumulation, being under A1B a factor of 5 to 10 greater than in recent years. Understanding of these effects is too limited to assess their likelihood or to give a best estimate.

Sea level rise during the 21st century is projected to have substantial geographical variability. The model median spatial standard deviation is 0.08 m under A1B. The patterns from different models are not generally similar in detail, but have some common features, including smaller than average sea level rise in the Southern Ocean, larger than average in the Arctic, and a narrow band of pronounced sea level rise stretching across the southern Atlantic and Indian Oceans.

## Mean Tropical Pacific Climate Change

Multi-model averages show a weak shift towards average background conditions which may be described as 'El Niño-like', with sea surface temperatures in the central and east equatorial Pacific warming more than those in the west, weakened tropical circulations and an eastward shift in mean precipitation.

## El Niño

All models show continued El Niño-Southern Oscillation (ENSO) interannual variability in the future no matter what the change in average background conditions, but changes in ENSO interannual variability differ from model to model. Based on various assessments of the current multi-model data set, in which present-day El Niño events are now much better simulated than in the TAR, there is no consistent indication at this time of discernible changes in projected ENSO amplitude or frequency in the 21st century.

## Monsoons

An increase in precipitation is projected in the Asian monsoon (along with an increase in interannual season-averaged precipitation variability) and the southern part of the west African monsoon with some decrease in the Sahel in northern summer, as well as an increase in the Australian monsoon in southern summer in a warmer climate. The monsoonal precipitation in Mexico and Central America is projected to decrease in association with increasing precipitation over the eastern equatorial Pacific through Walker Circulation and local Hadley Circulation changes. However, the uncertain role of aerosols in general, and carbon aerosols in particular, complicates the nature of future projections of monsoon precipitation, particularly in the Asian monsoon.

## Sea Level Pressure

Sea level pressure is projected to increase over the subtropics and mid-latitudes, and decrease over high latitudes (order several millibars by the end of the 21st century) associated with a poleward expansion and weakening of the Hadley Circulation and a poleward shift of the storm tracks of several degrees latitude with a consequent increase in cyclonic circulation patterns over the high-latitude arctic and antarctic regions. Thus, there is a projected positive trend of the Northern Annular Mode (NAM) and the closely related North Atlantic Oscillation (NAO) as well as the Southern Annular Mode (SAM). There is considerable spread among the models for the NAO, but the magnitude of the increase for the SAM is generally more consistent across models.

## Tropical Cyclones (Hurricanes and Typhoons)

Results from embedded high-resolution models and global models, ranging in grid spacing from 100 km to 9 km, project a *likely* increase of peak wind intensities and notably, where analysed, increased near-storm precipitation in future tropical cyclones. Most recent published modelling studies investigating tropical storm frequency simulate a decrease in the overall number of storms, though there is less confidence in these projections and in the projected decrease of relatively weak storms in most basins, with an increase in the numbers of the most intense tropical cyclones.

## Mid-latitude Storms

Model projections show fewer mid-latitude storms averaged over each hemisphere, associated with the poleward shift of the storm tracks that is particularly notable in the Southern Hemisphere, with lower central pressures for these poleward-shifted storms. The increased wind speeds result in more extreme wave heights in those regions.

## Atlantic Ocean Meridional Overturning Circulation

Based on current simulations, it is *very likely* that the Atlantic Ocean Meridional Overturning Circulation (MOC) will slow down during the course of the 21st century. A multi-model ensemble shows an average reduction of 25% with a broad range from virtually no change to a reduction of over 50% averaged over 2080 to 2099. In spite of a slowdown of the MOC in most models, there is still warming of surface temperatures around the North Atlantic Ocean and Europe due to the much larger radiative effects of the increase in greenhouse gases. Although the MOC weakens in most model runs for the three SRES scenarios, none shows a collapse of the MOC by the year 2100 for the scenarios considered. No coupled model simulation of the Atlantic MOC shows a mean increase in the MOC in response to global warming by 2100. It is *very unlikely* that the MOC will undergo a large abrupt transition during the course of the 21st century. At this stage, it is too early to assess the likelihood of a large abrupt change of the MOC beyond the end of the 21st century. In experiments with the low (B1) and medium (A1B) scenarios, and for which the atmospheric greenhouse gas concentrations are stabilised beyond 2100, the MOC recovers from initial weakening within one to several centuries after 2100 in some of the models. In other models the reduction persists.

## Radiative Forcing

The radiative forcings by long-lived greenhouse gases computed with the radiative transfer codes in twenty of the AOGCMs used in the Fourth Assessment Report have been compared against results from benchmark line-by-line (LBL) models. The mean AOGCM forcing over the period 1860 to 2000 agrees with the mean LBL value to within 0.1 W m$^{-2}$ at the tropopause. However, there is a range of 25% in longwave forcing due to doubling atmospheric $CO_2$ from its concentration in 1860 across the ensemble of AOGCM codes. There is a 47% relative range in longwave forcing in 2100 contributed by all greenhouse gases in the A1B scenario across the ensemble of AOGCM simulations. These results imply that the ranges in climate sensitivity and climate response from models discussed in this chapter may be due in part to differences in the formulation and treatment of radiative processes among the AOGCMs.

## Climate Change Commitment
## (Temperature and Sea Level)

Results from the AOGCM multi-model climate change commitment experiments (concentrations stabilised for 100 years at year 2000 for 20th-century commitment, and at 2100 values for B1 and A1B commitment) indicate that if greenhouse gases were stabilised, then a further warming of 0.5°C would occur. This should not be confused with 'unavoidable climate change' over the next half century, which would be greater because forcing cannot be instantly stabilised. In the very long term, it is plausible that climate change could be less than in a commitment run since forcing could be reduced below current levels. Most of this warming occurs in the first several decades after stabilisation; afterwards the rate of increase steadily declines. The globally averaged precipitation commitment 100 years after stabilising greenhouse gas concentrations amounts to roughly an additional increase of 1 to 2% compared to the precipitation values at the time of stabilisation.

If concentrations were stabilised at A1B levels in 2100, sea level rise due to thermal expansion in the 22nd century would be similar to that in the 21st, and would amount to 0.3 to 0.8 m (relative to 1980 to 1999) above present by 2300. The ranges of thermal expansion overlap substantially for stabilisation at different levels, since model uncertainty is dominant; A1B is given here because most model results are available for that scenario. Thermal expansion would continue over many centuries at a gradually decreasing rate, reaching an eventual level of 0.2 to 0.6 m per °C of global warming relative to present. Under sustained elevated temperatures, some glacier volume may persist at high altitudes, but most could disappear over centuries.

If greenhouse gas concentrations could be reduced, global temperatures would begin to decrease within a decade, although sea level would continue to rise due to thermal expansion for at least another century. Earth System Models of Intermediate Complexity with coupled carbon cycle model components show that for a reduction to zero emissions at year 2100 the climate would take of the order of 1 kyr to stabilise. At year 3000, the model range for temperature increase is 1.1°C to 3.7°C and for sea level rise due to thermal expansion is 0.23 to 1.05 m. Hence, they are projected to remain well above their pre-industrial values.

The Greenland Ice Sheet is projected to contribute to sea level after 2100, initially at a rate of 0.03 to 0.21 m per century for stabilisation in 2100 at A1B concentrations. The contribution would be greater if dynamical processes omitted from current models increased the rate of ice flow, as has been observed in recent years. Except for remnant glaciers in the mountains, the Greenland Ice Sheet would largely be eliminated, raising sea level by about 7 m, if a sufficiently warm climate were maintained for millennia; it would happen more rapidly if ice flow accelerated. Models suggest that the global warming required lies in the range 1.9°C to 4.6°C relative to the pre-industrial temperature. Even if temperatures were to decrease later, it is possible that the reduction of the ice sheet to a much smaller extent would be irreversible.

The Antarctic Ice Sheet is projected to remain too cold for widespread surface melting, and to receive increased snowfall, leading to a gain of ice. Loss of ice from the ice sheet could occur through increased ice discharge into the ocean following weakening of ice shelves by melting at the base or on the surface. In current models, the net projected contribution to sea level rise is negative for coming centuries, but it is possible that acceleration of ice discharge could become dominant, causing a net positive contribution. Owing to limited understanding of the relevant ice flow processes, there is presently no consensus on the long-term future of the ice sheet or its contribution to sea level rise.

## 10.1    Introduction

Since the Third Assessment Report (TAR), the scientific community has undertaken the largest coordinated global coupled climate model experiment ever attempted in order to provide the most comprehensive multi-model perspective on climate change of any IPCC assessment, the World Climate Research Programme (WCRP) Coupled Model Intercomparison Project phase three (CMIP3), also referred to generically throughout this report as the 'multi-model data set' (MMD) archived at the Program for Climate Model Diagnosis and Intercomparison (PCMDI). This open process involves experiments with idealised climate change scenarios (i.e., 1% yr⁻¹ carbon dioxide ($CO_2$) increase, and included in the earlier WCRP model intercomparison projects CMIP2 and CMIP2+ (e.g., Covey et al., 2003; Meehl et al., 2005b), equilibrium $2 \times CO_2$ experiments with atmospheric models coupled to non-dynamic slab oceans, and idealised stabilised climate change experiments at $2 \times CO_2$ and $4 \times$ atmospheric $CO_2$ levels in the 1% yr⁻¹ $CO_2$ increase simulations).

In the idealised 1% yr⁻¹ $CO_2$ increase experiments, there is no actual real year time line. Thus, the rate of climate change is not the issue in these experiments, but what is studied are the types of climate changes that occur at the time of doubling or quadrupling of atmospheric $CO_2$ and the range of, and difference in, model responses. Simulations of 20th-century climate have been completed that include temporally evolving natural and anthropogenic forcings. For projected climate change in the 21st century, a subset of three IPCC Special Report on Emission Scenarios (SRES; Nakićenović and Swart, 2000) scenario simulations have been selected from the six commonly used marker scenarios. With respect to emissions, this subset (B1, A1B and A2) consists of a 'low', 'medium' and 'high' scenario among the marker scenarios, and this choice is solely made by the constraints of available computer resources that did not allow for the calculation of all six scenarios. This choice, therefore, does not imply a qualification of, or preference over, the six marker scenarios. In addition, it is not within the scope of the Working Group I contribution to the Fourth Assessment Report (AR4) to assess the plausibility or likelihood of emission scenarios.

In addition to these non-mitigation scenarios, a series of idealised model projections is presented, each of which implies some form and level of intervention: (i) stabilisation scenarios in which greenhouse gas concentrations are stabilised at various levels, (ii) constant composition commitment scenarios in which greenhouse gas concentrations are fixed at year 2000 levels, (iii) zero emission commitment scenarios in which emissions are set to zero in the year 2100 and (iv) overshoot scenarios in which greenhouse gas concentrations are reduced after year 2150.

The simulations with the subset A1B, B1 and A2 were performed to the year 2100. Three different stabilisation scenarios were run, the first with all atmospheric constituents fixed at year 2000 values and the models run for an additional 100 years, and the second and third with constituents fixed at year 2100 values for A1B and B1, respectively, for another 100 to 200 years. Consequently, the concept of climate change commitment (for details and definitions see Section 10.7) is addressed in much wider scope and greater detail than in any previous IPCC assessment. Results based on this Atmosphere-Ocean General Circulation Model (AOGCM) multi-model data set are featured in Section 10.3.

Uncertainty in climate change projections has always been a subject of previous IPCC assessments, and a substantial amount of new work is assessed in this chapter. Uncertainty arises in various steps towards a climate projection (Figure 10.1). For



**Figure 10.1.** *Several steps from emissions to climate response contribute to the overall uncertainty of a climate model projection. These uncertainties can be quantified through a combined effort of observation, process understanding, a hierarchy of climate models, and ensemble simulations. In a comprehensive climate model, physical and chemical representations of processes permit a consistent quantification of uncertainty. Note that the uncertainty associated with the future emission path is of an entirely different nature and not addressed in Chapter 10. Bottom row adapted from Figure 10.26, A1B scenario, for illustration only.*

a given emissions scenario, various biogeochemical models are used to calculate concentrations of constituents in the atmosphere. Various radiation schemes and parametrizations are required to convert these concentrations to radiative forcing. Finally, the response of the different climate system components (atmosphere, ocean, sea ice, land surface, chemical status of atmosphere and ocean, etc.) is calculated in a comprehensive climate model. In addition, the formulation of, and interaction with, the carbon cycle in climate models introduces important feedbacks which produce additional uncertainties. In a comprehensive climate model, physical and chemical representations of processes permit a consistent quantification of uncertainty. Note that the uncertainties associated with the future emission path are of an entirely different nature and not considered in this chapter.

Many of the figures in Chapter 10 are based on the mean and spread of the multi-model ensemble of comprehensive AOGCMs. The reason to focus on the multi-model mean is that averages across structurally different models empirically show better large-scale agreement with observations, because individual model biases tend to cancel (see Chapter 8). The expanded use of multi-model ensembles of projections of future climate change therefore provides higher quality and more quantitative climate change information compared to the TAR. Even though the ability to simulate present-day mean climate and variability, as well as observed trends, differs across models, no weighting of individual models is applied in calculating the mean. Since the ensemble is strictly an 'ensemble of opportunity', without sampling protocol, the spread of models does not necessarily span the full possible range of uncertainty, and a statistical interpretation of the model spread is therefore problematic. However, attempts are made to quantify uncertainty throughout the chapter based on various other lines of evidence, including perturbed physics ensembles specifically designed to study uncertainty within one model framework, and Bayesian methods using observational constraints.

In addition to this coordinated international multi-model experiment, a number of entirely new types of experiments have been performed since the TAR to quantify uncertainty regarding climate model response to external forcings. The extent to which uncertainties in parametrizations translate into the uncertainty in climate change projections is addressed in much greater detail. New calculations of future climate change from the larger suite of SRES scenarios with simple models and Earth System Models of Intermediate Complexity (EMICs) provide additional information regarding uncertainty related to the choice of scenario. Such models also provide estimates of long-term evolution of global mean temperature, ocean heat uptake and sea level rise due to thermal expansion beyond the 21st century, and thus allow climate change commitments to be better constrained.

Climate sensitivity has always been a focus in the IPCC assessments, and this chapter assesses more quantitative estimates of equilibrium climate sensitivity and transient climate response (TCR) in terms of not only ranges but also probabilities within these ranges. Some of these probabilities are now derived from ensemble simulations subject to various observational constraints, and no longer rely solely on expert judgement. This permits a much more complete assessment of model response uncertainties from these sources than ever before. These are now standard benchmark calculations with the global coupled climate models, and are useful to assess model response in the subsequent time-evolving climate change scenario experiments.

With regard to these time-evolving experiments simulating 21st-century climate, since the TAR increased computing capabilities now allow routine performance of multi-member ensembles in climate change scenario experiments with global coupled climate models. This provides the capability to analyse more multi-model results and multi-member ensembles, and yields more probabilistic estimates of time-evolving climate change in the 21st century.

Finally, while future changes in some weather and climate extremes (e.g., heat waves) were addressed in the TAR, there were relatively few studies on this topic available for assessment at that time. Since then, more analyses have been performed regarding possible future changes in a variety of extremes. It is now possible to assess, for the first time, multi-model ensemble results for certain types of extreme events (e.g., heat waves, frost days, etc.). These new studies provide a more complete range of results for assessment regarding possible future changes in these important phenomena with their notable impacts on human societies and ecosystems. A synthesis of results from studies of extremes from observations and model is provided in Chapter 11.

The use of multi-model ensembles has been shown in other modelling applications to produce simulated climate features that are improved over single models alone (see discussion in Chapters 8 and 9). In addition, a hierarchy of models ranging from simple to intermediate to complex allows better quantification of the consequences of various parametrizations and formulations. Very large ensembles (order hundreds) with single models provide the means to quantify parametrization uncertainty. Finally, observed climate characteristics are now being used to better constrain future climate model projections.

## 10.2    Projected Changes in Emissions, Concentrations and Radiative Forcing

The global projections discussed in this chapter are extensions of the simulations of the observational record discussed in Chapter 9. The simulations of the 19th and 20th centuries are based upon changes in long-lived greenhouse gases (LLGHGs) that are reasonably constrained by the observational record. Therefore, the models have qualitatively similar temporal evolutions of their radiative forcing time histories for LLGHGs (e.g., see Figure 2.23). However, estimates of future concentrations of LLGHGs and other radiatively active species are clearly subject to significant uncertainties. The evolution of these species is governed by a variety of factors that are difficult to predict, including changes in population, energy use, energy sources and emissions. For these reasons, a range of projections of future climate change has been conducted using coupled AOGCMs. The future concentrations of LLGHGs and the anthropogenic emissions of sulphur dioxide ($SO_2$), a chemical precursor of sulphate aerosol, are obtained from several scenarios considered representative of low, medium and high emission trajectories. These basic scenarios and other emission agents incorporated in the AOGCM projections, including several types of natural and anthropogenic aerosols, are discussed in Section 10.2.1. Developments in projecting radiatively active species and radiative forcing for the early 21st century are considered in Section 10.2.2.

### 10.2.1    Emissions Scenarios and Radiative Forcing in the Multi-Model Climate Projections

The temporal evolution of the LLGHGs, aerosols and other forcing agents are described in Sections 10.2.1.1 and 10.2.1.2. Typically, the future projections are based upon initial conditions extracted from the end of the simulations of the 20th century. Therefore, the radiative forcing at the beginning of the model projections should be approximately equal to the radiative forcing for present-day concentrations relative to pre-industrial conditions. The relationship between the modelled radiative forcing for the year 2000 and the estimates derived in Chapter 2 is evaluated in Section 10.2.1.3. Estimates of the radiative forcing in the multi-model integrations for one of the standard scenarios are also presented in this section. Possible explanations for the range of radiative forcings projected for 2100 are discussed in Section 10.2.1.4, including evidence for systematic errors in the formulations of radiative transfer used in AOGCMs. Possible implications of these findings for the range of global temperature change and other climate responses are summarised in Section 10.2.1.5.

#### 10.2.1.1    The Special Report on Emission Scenarios and Constant-Concentration Commitment Scenarios

The future projections discussed in this chapter are based upon the standard A2, A1B and B2 SRES scenarios (Nakićenović and Swart, 2000). The emissions of $CO_2$, methane ($CH_4$) and $SO_2$, the concentrations of $CO_2$, $CH_4$ and nitrous oxide ($N_2O$) and the total radiative forcing for the SRES scenarios are illustrated in Figure 10.26 and summarised for the A1B scenario in Figure 10.1. The models have been integrated to year 2100 using the projected concentrations of LLGHGs and emissions of $SO_2$ specified by the A1B, B1 and A2 emissions scenarios. Some of the AOGCMs do not include sulphur chemistry, and the simulations from these models are based upon concentrations of sulphate aerosols from Boucher and Pham (2002; see Section 10.2.1.2). The simulations for the three scenarios were continued for another 100 to 200 years with all anthropogenic forcing agents held fixed at values applicable to the year 2100. There is also a new constant-concentration commitment scenario that assumes concentrations are held fixed at year 2000 levels (Section 10.7.1). In this idealised scenario, models are initialised from the end of the simulations for the 20th century, the concentrations of radiatively active species are held constant at year 2000 values from these simulations, and the models are integrated to 2100.

For comparison with this constant composition case, it is useful to note that constant emissions would lead to much larger radiative forcing. For example, constant $CO_2$ emissions at year 2000 values would lead to concentrations reaching about 520 ppm by 2100, close to the B1 case (Friedlingstein and Solomon, 2005; Hare and Munschausen, 2006; see also FAQ 10.3).

#### 10.2.1.2    Forcing by Additional Species and Mechanisms

The forcing agents applied to each AOGCM used to make climate projections are summarised in Table 10.1. The radiatively active species specified by the SRES scenarios are $CO_2$, $CH_4$, $N_2O$, chlorofluorocarbons (CFCs) and $SO_2$, which is listed in its aerosol form as sulphate ($SO_4$) in the table. The inclusion, magnitude and temporal evolution of the remaining forcing agents listed in Table 10.1 were left to the discretion of the individual modelling groups. These agents include tropospheric and stratospheric ozone, all of the non-sulphate aerosols, the indirect effects of aerosols on cloud albedo and lifetime, the effects of land use and solar variability.

The scope of the treatments of aerosol effects in AOGCMs has increased markedly since the TAR. Seven of the AOGCMs include the first indirect effects and five include the second indirect effects of aerosols on cloud properties (Section 2.4.5). Under the more emissions-intensive scenarios considered in this chapter, the magnitude of the first indirect (Twomey) effect can saturate. Johns et al. (2003) parametrize the first indirect effect of anthropogenic sulphur (S) emissions as perturbations to the effective radii of cloud drops in simulations of the B1, B2, A2 and A1FI scenarios using UKMO-HadCM3. At 2100, the first indirect forcing ranges from –0.50 to

756

**Table 10.1.** *Radiative forcing agents in the multi-model global climate projections. See Table 8.1 for descriptions of the models. Entries mean Y: forcing agent is included; C: forcing agent varies with time during the 20th Century Climate in Coupled Models (20C3M) simulations and is set to constant or annually cyclic distribution for scenario integrations; E: forcing agent represented using equivalent $CO_2$; and n.a.: forcing agent is not specified in either the 20th-century or scenario integrations. Numeric codes indicate that the forcing agent is included using data described at 1: http://www.cnrm.meteo.fr/ensembles/public/results/results.html; 2: Boucher and Pham (2002); 3: Yukimoto et al. (2006); 4: Meehl, et al., 2006b; 5: http://aom.giss.nasa.gov/IN/GHGA1B.LP; and 6: http://sres.ciesin.org/final_data.html.*

| Model | Forcing Agents | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Greenhouse Gases | | | | | | Aerosols | | | | | | | | | | Other | |
| | CO₂ | CH₄ | N₂O | Stratospheric Ozone | Tropospheric Ozone | CFCs | SO₄ | Urban | Black carbon | Organic carbon | Nitrate | 1st Indirect | 2nd Indirect | Dust | Volcanic | Sea Salt | Land Use | Solar |
| BCC-CM1 | Y | Y | Y | Y | C | 4 | 4 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | n.a. | C | C |
| BCCR-BCM2.0 | 1 | 1 | 1 | C | C | 1 | 2 | C | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | n.a. | C | C |
| CCSM3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | n.a. | 4 | 4 | n.a. | n.a. | n.a. | Y | C | Y | n.a. | C |
| CGCM3.1(T47) | Y | Y | Y | C | C | Y | 2 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | C | C | C | C |
| CGCM3.1(T63) | Y | Y | Y | C | C | Y | 2 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | C | C | C | C |
| CNRM-CM3 | 1 | 1 | 1 | Y | Y | 1 | 2 | C | n.a. | n.a. | n.a. | n.a. | n.a. | C | n.a. | C | n.a. | n.a. |
| CSIRO-MK3.0 | Y | E | E | Y | C | E | Y | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| ECHAM5/MPI-OM | 1 | 1 | 1 | Y | C | 1 | 2 | n.a. | n.a. | n.a. | n.a. | Y | n.a. | n.a. | n.a. | n.a. | n.a. | C |
| ECHO-G | 1 | 1 | 1 | C | Y | 1 | 6 | n.a. | n.a. | n.a. | n.a. | Y | n.a. | n.a. | n.a. | n.a. | n.a. | C |
| FGOALS-g1.0 | 4 | 4 | 4 | C | C | 4 | 4 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| GFDL-CM2.0 | Y | Y | Y | Y | Y | Y | Y | n.a. | Y | Y | n.a. | n.a. | n.a. | C | C | C | C | C |
| GFDL-CM2.1 | Y | Y | Y | Y | Y | Y | Y | n.a. | Y | Y | n.a. | n.a. | n.a. | C | C | C | C | C |
| GISS-AOM | 5 | 5 | 5 | C | C | 5 | 2 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | Y | n.a. | n.a. |
| GISS-EH | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | n.a.s | Y | C | Y | C | Y | Y |
| GISS-ER | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | n.a.s | Y | C | Y | C | Y | Y |
| INM-CM3.0 | 4 | 4 | 4 | C | C | n.a. | 4 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | n.a. | n.a. | n.a. | C |
| IPSL-CM4 | 1 | 1 | 1 | n.a. | n.a. | 1 | 2 | n.a. | n.a. | n.a. | n.a. | Y | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| MIROC3.2(H) | Y | Y | Y | Y | Y | Y | Y | n.a. | Y | Y | n.a. | Y | Y | Y | C | Y | C | C |
| MIROC3.2(M) | Y | Y | Y | Y | Y | Y | Y | n.a. | Y | Y | n.a. | Y | Y | Y | C | Y | C | C |
| MRI-CGCM2.3.2 | 3 | 3 | 3 | C | C | 3 | 3 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | n.a. | n.a. | C |
| PCM | Y | Y | Y | Y | Y | Y | Y | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C | Y | n.a. | C |
| UKMO-HadCM3 | Y | Y | Y | Y | Y | Y | Y | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | C |
| UKMO-HadGEM1 | Y | Y | Y | Y | Y | Y | Y | n.a. | Y | Y | n.a. | Y | Y | n.a. | C | Y | Y | C |

–0.79 W m$^{-2}$. The normalised indirect forcing (the ratio of the forcing (W m$^{-2}$) to the mass burden of a species (mg m$^{-2}$), leaving units of W mg$^{-1}$) decreases by a factor of four, from approximately –7 W mgS$^{-1}$ in 1860 to between –1 and –2 W mgS$^{-1}$ by the year 2100. Boucher and Pham (2002) and Pham et al. (2005) find a comparable projected decrease in forcing efficiency of the indirect effect, from –9.6 W mgS$^{-1}$ in 1860 to between –2.1 and –4.4 W mgS$^{-1}$ in 2100. Johns et al. (2003) and Pham et al. (2005) attribute the projected decline to the decreased sensitivity of clouds to greater sulphate concentrations at sufficiently large aerosol burdens.

### 10.2.1.3   Comparison of Modelled Forcings to Estimates in Chapter 2

The forcings used to generate climate projections for the standard SRES scenarios are not necessarily uniform across the multi-model ensemble. Differences among models may be caused by different projections for radiatively active species (see Section 10.2.1.2) and by differences in the formulation of radiative transfer (see Section 10.2.1.4). The AOGCMs in the ensemble include many species that are not specified or constrained by the SRES scenarios, including ozone, tropospheric non-sulphate aerosols, and stratospheric volcanic aerosols. Other types of forcing that vary across the ensemble include solar variability, the indirect effects of aerosols on clouds and the effects of land use change on land surface albedo and other land surface properties (Table 10.1). While the time series of LLGHGs for the future scenarios are mostly identical across the ensemble, the concentrations of these gases in the 19th and early 20th centuries were left to the discretion of individual modelling groups. The differences in radiatively active species and the formulation of radiative transfer affect both the 19th- and 20th-century simulations and the scenario integrations initiated from these historical simulations. The resulting differences in the forcing complicate the separation of forcing and response across the multi-model ensemble. These differences can be quantified by comparing the range of shortwave and longwave forcings across the multi-model ensemble against standard estimates of radiative forcing over the historical record. Shortwave and longwave forcing refer to modifications of the solar and infrared atmospheric radiation fluxes, respectively, that are caused by external changes to the climate system (Section 2.2).

The longwave radiative forcings for the SRES A1B scenario from climate model simulations are compared against estimates using the TAR formulae (see Chapter 2) in Figure 10.2a. The graph shows the longwave forcings from the TAR and 20 AOGCMs in the multi-model ensemble from 2000 to 2100. The forcings from the models are diagnosed from changes in top-of-atmosphere fluxes and the forcing for doubled atmospheric $CO_2$ (Forster and Taylor, 2006). The TAR and median model estimates of the longwave forcing are in very good agreement over the 21st century, with differences ranging from –0.37 to +0.06 W m$^{-2}$. For the year 2000, the global mean values from the TAR and median model differ by only –0.13 W m$^{-2}$. However,

the 5th to 95th percentile range of the models for the period 2080 to 2099 is approximately 3.1 W m$^{-2}$, or approximately 47% of the median longwave forcing for that time period.

The corresponding time series of shortwave forcings for the SRES A1B scenario are plotted in Figure 10.2b. It is evident that the relative differences among the models and between the models and the TAR estimates are larger for the shortwave band. The TAR value is larger than the median model forcing by 0.2 to 0.3 W m$^{-2}$ for individual 20-year segments of the integrations. For the year 2000, the TAR estimate is larger by 0.42 W m$^{-2}$. In addition, the range of modelled forcings is sufficiently large that it includes positive and negative values



**Figure 10.2.** *Radiative forcings for the period 2000 to 2100 for the SRES A1B scenario diagnosed from AOGCMs and from the TAR (IPCC, 2001) forcing formulas (Forster and Taylor, 2006). (a) Longwave forcing; (b) shortwave forcing. The AOGCM results are plotted with box-and-whisker diagrams representing percentiles of forcings computed from 20 models in the AR4 multi-model ensemble. The central line within each box represents the median value of the model ensemble. The top and bottom of each box shows the 75th and 25th percentiles, and the top and bottom of each whisker displays the 95th and 5th percentile values in the ensemble, respectively. The models included are CCSM3, CGCM3.1 (T47 and T63), CNRM-CM3, CSIRO-MK3, ECHAM5/MPI-OM, ECHO-G, FGOALS-g1.0, GFDL-CM2.0, GFDL-CM2.1, GISS-EH, GISS-ER, INM-CM3.0, IPSL-CM4, MIROC3.2 (medium and high resolution), MRI-CGCM2.3.2, PCM1, UKMO-HadCM3 and UKMO-HadGEM1 (see Table 8.1 for model details).*

**Table 10.2.** *All-sky radiative forcing for doubled atmospheric $CO_2$. See Table 8.1 for model details.*

| Model[Source] | Longwave (W m$^{-2}$) | Shortwave (W m$^{-2}$) |
|---|---|---|
| CGCM 3.1 (T47/T63)[a] | 3.39 | –0.07 |
| CSIRO-MK3.0[b] | 3.42 | 0.05 |
| GISS-EH/ER[a] | 4.21 | –0.15 |
| GFDL-CM2.0/2.1[b] | 3.62 | –0.12 |
| IPSL-CM4[c] | 3.50 | –0.02 |
| MIROC 3.2-hires[d] | 3.06 | 0.08 |
| MIROC 3.2-medres[d] | 2.99 | 0.10 |
| ECHAM5/MPI-OM[a] | 3.98 | 0.03 |
| MRI-CGCM2.3.2[b] | 3.75 | –0.28 |
| CCSM3[a] | 4.23 | –0.28 |
| UKMO-HadCM3[a] | 4.03 | –0.22 |
| UKMO-HadGEM1[a] | 4.02 | –0.24 |
| Mean ± standard deviation[e] | 3.80 ± 0.33 | –0.13 ± 0.11 |

Notes:
[a] Forster and Taylor (2006) based upon forcing data from PCMDI for 200 hPa. Longwave forcing accounts for stratospheric adjustment; shortwave forcing does not.
[b] Forcings derived by individual modelling groups using the method of Gregory et al. (2004b).
[c] Based upon forcing data from PCMDI for 200 hPa. Longwave and shortwave forcing account for stratospheric adjustment.
[d] Forcings at diagnosed tropopause.
[e] Mean and standard deviation are calculated just using forcings at 200 hPa, with each model and model version counted once.

for every 20-year period. For the year 2100, the shortwave forcing from individual AOGCMs ranges from approximately –1.7 W m$^{-2}$ to +0.4 W m$^{-2}$ (5th to 95th percentile). The reasons for this large range include the variety of the aerosol treatments and parametrizations for the indirect effects of aerosols in the multi-model ensemble.

Since the large range in both longwave and shortwave forcings may be caused by a variety of factors, it is useful to determine the range caused just by differences in model formulation for a given (identical) change in radiatively active species. A standard metric is the global mean, annually averaged all-sky forcing at the tropopause for doubled atmospheric $CO_2$. Estimates of

this forcing for 15 of the models in the ensemble are given in Table 10.2. The shortwave forcing is caused by absorption in the near-infrared bands of $CO_2$. The range in the longwave forcing at 200 mb is 0.84 W m$^{-2}$, and the coefficient of variation, or ratio of the standard deviation to mean forcing, is 0.09. These results suggest that up to 35% of the range in longwave forcing in the ensemble for the period 2080 to 2099 is due to the spread in forcing estimates for the specified increase in $CO_2$. The findings also imply that it is not appropriate to use a single best value of the forcing from doubled atmospheric $CO_2$ to relate forcing and response (e.g., climate sensitivity) across a multi-model ensemble. The relationships for a given model should be derived using the radiative forcing produced by the radiative parametrizations in that model. Although the shortwave forcing has a coefficient of variation close to one, the range across the ensemble explains less than 17% of the range in shortwave forcing at the end of the 21st-century simulations. This suggests that species and climate agents other than $CO_2$ cause the large variation among modelled shortwave forcings.

### 10.2.1.4   Results from the Radiative-Transfer Model Intercomparison Project: Implications for Fidelity of Forcing Projections

Differences in radiative forcing across the multi-model ensemble illustrated in Table 10.2 have been quantified in the Radiative-Transfer Model Intercomparison Project (RTMIP, W.D. Collins et al., 2006). The basis of RTMIP is an evaluation of the forcings computed by 20 AOGCMs using five benchmark line-by-line (LBL) radiative transfer codes. The comparison is focused on the instantaneous clear-sky radiative forcing by the LLGHGs $CO_2$, $CH_4$, $N_2O$, CFC-11, CFC-12 and the increased water vapour expected in warmer climates. The results of this intercomparison are not directly comparable to the estimates of forcing at the tropopause (Chapter 2), since the latter include the effects of stratospheric adjustment. The effects of adjustment on forcing are approximately –2% for $CH_4$, –4% for $N_2O$, +5% for CFC-11, +8% for CFC-12 and –13% for $CO_2$ (IPCC, 1995; Hansen et al., 1997). The total (longwave plus shortwave) radiative forcings at 200 mb, a surrogate for the tropopause, are shown in Table 10.3 for climatological mid-latitude summer conditions.

**Table 10.3.** *Total instantaneous forcing at 200 hPa (W m$^{-2}$) from AOGCMs and LBL codes in RTMIP (W.D. Collins et al., 2006). Calculations are for cloud-free climatological mid-latitude summer conditions.*

| Radiative Species | $CO_2$ | $CO_2$ | $N_2O$ + CFCs | $CH_4$ + CFCs | All LLGHGs | Water Vapour |
|---|---|---|---|---|---|---|
| Forcing[a] | 2000–1860 | 2x–1x | 2000–1860 | 2000–1860 | 2000–1860 | 1.2x–1x |
| AOGCM mean | 1.56 | 4.28 | 0.47 | 0.95 | 2.68 | 4.82 |
| AOGCM std. dev. | 0.23 | 0.66 | 0.15 | 0.30 | 0.30 | 0.34 |
| LBL mean | 1.69 | 4.75 | 0.38 | 0.73 | 2.58 | 5.08 |
| LBL std. dev. | 0.02 | 0.04 | 0.12 | 0.12 | 0.11 | 0.16 |

Notes:
[a] 2000–1860 is the forcing due to an increase in the concentrations of radiative species between 1860 and 2000. 2x–1x and 1.2x–1x are forcings from increases in radiative species by 100% and 20% relative to 1860 concentrations.

Total forcings calculated from the AOGCM and LBL codes due to the increase in LLGHGs from 1860 to 2000 differ by less than 0.04, 0.49 and 0.10 W m$^{-2}$ at the top of model, surface and pseudo-tropopause at 200mb, respectively (Table 10.3). Based upon the Student t-test, none of the differences in mean forcings shown in Table 10.3 is statistically significant at the 0.01 level. This indicates that the ensemble mean forcings are in reasonable agreement with the LBL codes. However, the forcings from individual models, for example from doubled atmospheric $CO_2$, span a range at least 10 times larger than that exhibited by the LBL models.

The forcings from doubling atmospheric $CO_2$ from its concentration at 1860 AD are shown in Figure 10.3a at the top of the model (TOM), 200 hPa (Table 10.3), and the surface. The AOGCMs tend to underestimate the longwave forcing at these three levels. The relative differences in the mean forcings are less than 8% for the pseudo-tropopause at 200 hPa but increase to approximately 13% at the TOM and 33% at the surface. In general, the mean shortwave forcings from the LBL and AOGCM codes are in good agreement at all three surfaces. However, the range in shortwave forcing at the surface from individual AOGCMs is quite large. The coefficient of variation (the ratio of the standard deviation to the mean) for the surface shortwave forcing from AOGCMs is 0.95. In response to a doubling in atmospheric $CO_2$, the specific humidity increases by approximately 20% through much of the troposphere. The changes in shortwave and longwave fluxes due to a 20% increase in water vapour are illustrated in Figure 10.3b. The mean longwave forcing from increasing water vapour is quite well simulated with the AOGCM codes. In the shortwave, the only significant difference between the AOGCM and LBL calculations occurs at the surface, where the AOGCMs tend to underestimate the magnitude of the reduction in insolation. In general, the biases in the AOGCM forcings are largest at the surface level.

### 10.2.1.5    Implications for Range in Climate Response

The results from RTMIP imply that the spread in climate response discussed in this chapter is due in part to the diverse representations of radiative transfer among the members of the multi-model ensemble. Even if the concentrations of LLGHGs were identical across the ensemble, differences in radiative transfer parametrizations among the ensemble members would lead to different estimates of radiative forcing by these species. Many of the climate responses (e.g., global mean temperature) scale linearly with the radiative forcing to first approximation. Therefore, systematic errors in the calculations of radiative forcing should produce a corresponding range in climate responses. Assuming that the RTMIP results (Table 10.3) are globally applicable, the range of forcings for 1860 to 2000 in the AOGCMs should introduce a ±18% relative range (the 5 to 95% confidence interval) for 2000 in the responses that scale with forcing. The corresponding relative range for doubled atmospheric $CO_2$, which is comparable to the change in $CO_2$ in the B1 scenario by 2100, is ±25%.

### 10.2.2    Recent Developments in Projections of Radiative Species and Forcing for the 21st Century

Estimation of ozone forcing for the 21st century is complicated by the short chemical lifetime of ozone compared to atmospheric transport time scales and by the sensitivity of the radiative forcing to the vertical distribution of ozone. Gauss et al. (2003) calculate the forcing by anthropogenic increases



**Figure 10.3.** Comparison of shortwave and longwave instantaneous radiative forcings and flux changes computed from AOGCMs and line-by-line (LBL) radiative transfer codes (W.D. Collins et al., 2006). (a) Instantaneous forcing from doubling atmospheric $CO_2$ from its concentration in 1860; b) changes in radiative fluxes caused by the 20% increase in water vapour expected in the climate produced from doubling atmospheric $CO_2$. The forcings and flux changes are computed for clear-sky conditions in mid-latitude summer and do not include effects of stratospheric adjustment. No other well-mixed greenhouse gases are included. The minimum-to-maximum range and median are plotted for five representative LBL codes. The AOGCM results are plotted with box-and-whisker diagrams (see caption for Figure 10.2) representing percentiles of forcings from 20 models in the AR4 multi-model ensemble. The AOGCMs included are BCCR-BCM2.0, CCSM3, CGCM3.1(T47 and T63), CNRM-CM3, ECHAM5/MPI-OM, ECHO-G, FGOALS-g1.0, GFDL-CM2.0, GFDL-CM2.1, GISS-EH, GISS-ER, INM-CM3.0, IPSL-CM4, MIROC3.2 (medium and high resolution), MRI-CGCM2.3.2, PCM, UKMO-HadCM3, and UKMO-HadGEM1 (see Table 8.1 for model details). The LBL codes are the Geophysical Fluid Dynamics Laboratory (GFDL) LBL, the Goddard Institute for Space Studies (GISS) LBL3, the National Center for Atmospheric Research (NCAR)/Imperial College of Science, Technology and Medicine (ICSTM) general LBL GENLN2, the National Aeronautics and Space Administration (NASA) Langley Research Center MRTA and the University of Reading Reference Forward Model (RFM).

of tropospheric ozone through 2100 from 11 different chemical transport models integrated with the SRES A2p scenario. The A2p scenario is the preliminary version of the marker A2 scenario and has nearly identical time series of LLGHGs and forcing. Since the emissions of $CH_4$, carbon monoxide (CO), reactive nitrogen oxides ($NO_x$) and volatile organic compounds (VOCs), which strongly affect the formation of ozone, are maximised in the A2p scenario, the modelled forcings should represent an upper bound for the forcing produced under more constrained emissions scenarios. The 11 models simulate an increase in tropospheric ozone of 11.4 to 20.5 Dobson units (DU) by 2100, corresponding to a range of radiative forcing from 0.40 to 0.78 W m$^{-2}$. Under this scenario, stratospheric ozone increases by between 7.5 and 9.3 DU, which raises the radiative forcing by an additional 0.15 to 0.17 W m$^{-2}$.

One aspect of future direct aerosol radiative forcing omitted from all but 2 (the GISS-EH and GISS-ER models) of the 23 AOGCMS analysed in AR4 (see Table 8.1 for list) is the role of nitrate aerosols. Rapid increases in $NO_x$ emissions could produce enough nitrate aerosol to offset the expected decline in sulphate forcing by 2100. Adams et al. (2001) compute the radiative forcing by sulphate and nitrate accounting for the interactions among sulphate, nitrate and ammonia. For 2000, the sulphate and nitrate forcing are –0.95 and –0.19 W m$^{-2}$, respectively. Under the SRES A2 scenario, by 2100 declining $SO_2$ emissions cause the sulphate forcing to drop to –0.85 W m$^{-2}$, while the nitrate forcing rises to –1.28 W m$^{-2}$. Hence, the total sulphate-nitrate forcing increases in magnitude from –1.14 W m$^{-2}$ to –2.13 W m$^{-2}$ rather than declining as models that omit nitrates would suggest. This projection is consistent with the large increase in coal burning forecast as part of the A2 scenario.

Recent field programs focused on Asian aerosols have demonstrated the importance of black carbon (BC) and organic carbon (OC) for regional climate, including potentially significant perturbations of the surface energy budget and hydrological cycle (Ramanathan et al., 2001). Modelling groups have developed a multiplicity of projections for the concentrations of these aerosol species. For example, Takemura et al. (2001) use data sets for BC released by fossil fuel and biomass burning (Cooke and Wilson, 1996) under current conditions and scale them by the ratio of future to present-day $CO_2$. The emissions of OC are derived using OC:BC ratios estimated for each source and fuel type. Koch (2001) models the future radiative forcing of BC by scaling a different set of present-day emission inventories by the ratio of future to present-day $CO_2$ emissions. There are still large uncertainties associated with current inventories of BC and OC (Bond et al., 2004), the ad hoc scaling methods used to produce future emissions, and considerable variation among estimates of the optical properties of carbonaceous aerosols (Kinne et al., 2006). Given these uncertainties, future projections of forcing by BC and OC should be quite model dependent.

Recent evidence suggests that there are detectable anthropogenic increases in stratospheric sulphate (e.g., Myhre et al., 2004), water vapour (e.g., Forster and Shine, 2002), and

condensed water in the form of aircraft contrails. However, recent modelling studies suggest that these forcings are relatively minor compared to the major LLGHGs and aerosol species. Marquart et al. (2003) estimate that the radiative forcing by contrails will increase from 0.035 W m$^{-2}$ in 1992 to 0.094 W m$^{-2}$ in 2015 and to 0.148 W m$^{-2}$ in 2050. The rise in forcing is due to an increase in subsonic aircraft traffic following estimates of future fuel consumption (Penner et al., 1999). These estimates are still subject to considerable uncertainties related to poor constraints on the microphysical properties, optical depths and diurnal cycle of contrails (Myhre and Stordal, 2001, 2002; Marquart et al., 2003). Pitari et al. (2002) examine the effect of future emissions under the A2 scenario on stratospheric concentrations of sulphate aerosol and ozone. By 2030, the mass of stratospheric sulphate increases by approximately 33%, with the majority of the increase contributed by enhanced upward fluxes of anthropogenic $SO_2$ through the tropopause. The increase in direct shortwave forcing by stratospheric aerosols in the A2 scenario during 2000 to 2030 is –0.06 W m$^{-2}$.

Some recent studies have suggested that the global atmospheric burden of soil dust aerosols could decrease by between 20 and 60% due to reductions in desert areas associated with climate change (Mahowald and Luo, 2003). Tegen et al. (2004a,b) compared simulations by the European Centre for Medium Range Weather Forecasts/Max Planck Institute for Meteorology Atmospheric GCM (ECHAM4) and UKMO-HadCM3 that included the effects of climate-induced changes in atmospheric conditions and vegetation cover and the effects of increased $CO_2$ concentrations on vegetation density. These simulations are forced with identical (IS92a) time series for LLGHGs. Their findings suggest that future projections of changes in dust loading are quite model dependent, since the net changes in global atmospheric dust loading produced by the two models have opposite signs. They also conclude that dust from agriculturally disturbed soils is less than 10% of the current burden, and that climate-induced changes in dust concentrations would dominate land use changes under both minimum and maximum estimates of increased agricultural area by 2050.

## 10.3   Projected Changes in the Physical Climate System

The context for the climate change results presented here is set in Chapter 8 (evaluation of simulation skill of the control runs and inherent natural variability of the global coupled climate models), and in Chapter 9 (evaluation of the simulations of 20th-century climate using the global coupled climate models). Table 8.1 describes the characteristics of the models, and Table 10.4 summarises the climate change experiments that have been performed with the AOGCMs and other models that are assessed in this chapter.

Table 10.4. *Summary of climate change model experiments produced with AOGCMs. Numbers in each scenario column indicate how many ensemble members were produced for each model. Coloured fields indicate that some but not necessarily all variables of the specific data type (separated by climate system component and time interval) were available for download at the PCMDI to be used in this report; ISCCP is the International Satellite Cloud Climatology Project. Additional data has been submitted for some models and may subsequently become available. Where different colour shadings are given in the legend, the colour indicates whether data from a single or from multiple ensemble members is available. Details on the scenarios, variables and models can be found at the PCMDI webpage (http://www-pcmdi.llnl.gov/ipcc/about_ipcc.php). Model IDs are the same as in Table 8.1, which provides details of the models.*



* Some of the ensemble members using the CCSM3 were run on the Earth Simulator in Japan in collaboration with the Central Research Institute of Electric Power Industry (CRIEPI).

The TAR showed multi-model results for future changes in climate from simple 1% yr$^{-1}$ $CO_2$ increase experiments, and from several scenarios including the older IS92a, and, new to the TAR, two SRES scenarios (A2 and B2). For the latter, results from nine models were shown for globally averaged temperature change and regional changes. As noted in Section 10.1, since the TAR, an unprecedented internationally coordinated climate change experiment has been performed by 23 models from around the world, listed in Table 10.4 along with the results submitted. This larger number of models running the same experiments allows better quantification of the multi-model signal as well as uncertainty regarding spread across the models (in this section), and also points the way to probabilistic estimates of future climate change (Section 10.5). The emission scenarios considered here include one of the SRES scenarios from the TAR, scenario A2, along with two additional scenarios, A1B and B1 (see Section 10.2 for details regarding the scenarios). This is a subset of the SRES marker scenarios used in the TAR, and they represent 'low' (B1), 'medium' (A1B) and 'high' (A2) scenarios with respect to the prescribed concentrations and the resulting radiative forcing, relative to the SRES range. This choice was made solely due to the limited computational resources for multi-model simulations using comprehensive AOGCMs and does not imply any preference or qualification of these three scenarios over the others. Qualitative conclusions derived from those three scenarios are in most cases also valid for other SRES scenarios.

Additionally, three climate change commitment experiments were performed, one where concentrations of greenhouse gases were held fixed at year 2000 values (constant composition commitment) and the models were run to 2100 (termed 20th-century stabilisation here), and two where concentrations were held fixed at year 2100 values for A1B and B1, and the models were run for an additional 100 to 200 years (see Section 10.7). The span of the experiments is shown in Figure 10.4.

This section considers the basic changes in climate over the next hundred years simulated by current climate models under non-mitigation anthropogenic forcing scenarios. While we assess all studies in this field, the focus is on results derived by the authors from the new data set for the three SRES scenarios. Following the TAR, means across the multi-model ensemble are used to illustrate representative changes. Means are able to simulate the contemporary climate more accurately than individual models, due to biases tending to compensate each other (Phillips and Gleckler, 2006). It is anticipated that this holds for changes in climate also (Chapter 9). The mean temperature trends from the 20th-century simulations are included in Figure 10.4. While the range of model results is indicated here, the consideration of uncertainty resulting from this range is addressed more completely in Section 10.5. The use of means has the additional advantage of reducing the 'noise' associated with internal or unforced variability in the simulations. Models are equally weighted here, but other options are noted in Section 10.5. Lists of the models used in the results are provided in the Supplementary Material for this Chapter.



**Figure 10.4.** *Multi-model means of surface warming (relative to 1980–1999) for the scenarios A2, A1B and B1, shown as continuations of the 20th-century simulation. Values beyond 2100 are for the stabilisation scenarios (see Section 10.7). Linear trends from the corresponding control runs have been removed from these time series. Lines show the multi-model means, shading denotes the ±1 standard deviation range of individual model annual means. Discontinuities between different periods have no physical meaning and are caused by the fact that the number of models that have run a given scenario is different for each period and scenario, as indicated by the coloured numbers given for each period and scenario at the bottom of the panel. For the same reason, uncertainty across scenarios should not be interpreted from this figure (see Section 10.5.4.6 for uncertainty estimates).*

Standard metrics for response of global coupled models are the equilibrium climate sensitivity, defined as the equilibrium globally averaged surface air temperature change for a doubling of $CO_2$ for the atmosphere coupled to a non-dynamic slab ocean, and the TCR, defined as the globally averaged surface air temperature change at the time of $CO_2$ doubling in the 1% $yr^{-1}$ transient $CO_2$ increase experiment. The TAR showed results for these 1% simulations, and Section 10.5.2 discusses equilibrium climate sensitivity, TCR and other aspects of response. Chapter 8 includes processes and feedbacks involved with these metrics.

### 10.3.1   Time-Evolving Global Change

The globally averaged surface warming time series from each model in the MMD is shown in Figure 10.5, either as a single member (if that was all that was available) or a multi-member ensemble mean, for each scenario in turn. The multi-model ensemble mean warming is also plotted for each case. The surface air temperature is used, averaged over each year, shown as an anomaly relative to the 1980 to 1999 period and offset by any drift in the corresponding control runs in order to extract the forced response. The base period was chosen to match the contemporary climate simulation that is the focus of previous chapters. Similar results have been shown in studies of these models (e.g., Xu et al., 2005; Meehl et al., 2006b; Yukimoto et al., 2006). Interannual variability is evident in each single-model series, but little remains in the ensemble mean because most of this is unforced and is a result of internal variability, as was presented in detail in Section 9.2.2 of TAR. Clearly, there is a range of model results for each year, but over time this

range due to internal variability becomes smaller as a fraction of the mean warming. The range is somewhat smaller than the range of warming at the end of the 21st century for the A2 scenario in the comparable Figure 9.6 of the TAR, despite the larger number of models here (the ensemble mean warming is comparable, +3.0°C in the TAR for 2071 to 2100 relative to 1961 to 1990, and +3.13°C here for 2080 to 2099 relative to 1980 to 1999, Table 10.5). Consistent with the range of forcing presented in Section 10.2, the warming by 2100 is largest in the high greenhouse gas growth scenario A2, intermediate in the moderate growth A1B, and lowest in the low growth B1. Naturally, models with high sensitivity tend to simulate above-average warming in each scenario. The trends of the multi-model mean temperature vary somewhat over the century because of the varying forcings, including that of aerosols (see Section 10.2). This is illustrated in Figure 10.4, which shows the mean for A1B exceeding that for A2 around 2040. The time series beyond 2100 are derived from the extensions of the simulations (those available) under the idealised constant composition commitment experiments (Section 10.7.1).

Internal variability in the model response is reduced by averaging over 20-year time periods. This span is shorter than the traditional 30-year climatological period, in recognition of the transient nature of the simulations, and of the larger size of the ensemble. This analysis focuses on three periods over the coming century: an early-century period 2011 to 2030, a mid-century period 2046 to 2065 and the late-century period 2080 to 2099, all relative to the 1980 to 1999 means. The multi-model ensemble mean warmings for the three future periods in the different experiments are given in Table 10.5, among other results. The close agreement of warming for the early century, with a range of only 0.05°C among the SRES cases, shows that no matter which of these non-mitigation scenarios is followed, the warming is similar on the time scale of the next decade or two. Note that the precision given here is only relevant for comparison between these means. As evident in Figure 10.4 and discussed in Section 10.5, uncertainties in the projections are larger. It is also worth noting that half of the early-century climate change arises from warming that is already committed to under constant composition (0.37°C for the early century). By mid-century, the choice of scenario becomes more important for the magnitude of warming, with a range of 0.46°C, and with about one-third of that warming due to climate change that is already committed to. By the late century, there are clear consequences for which scenario is followed, with a range of 1.3°C in these results, with as little as 18% of that warming coming from climate change that is already committed to.

Global mean precipitation increases in all scenarios (Figure 10.5, right column), indicating an intensification of the hydrological cycle. Douville et al. (2002) show that this is associated with increased water-holding capacity of the atmosphere in addition to other processes. The multi-model



**Figure 10.5.** *Time series of globally averaged (left) surface warming (surface air temperature change, °C) and (right) precipitation change (%) from the various global coupled models for the scenarios A2 (top), A1B (middle) and B1 (bottom). Numbers in parentheses following the scenario name represent the number of simulations shown. Values are annual means, relative to the 1980 to 1999 average from the corresponding 20th-century simulations, with any linear trends in the corresponding control run simulations removed. A three-point smoothing was applied. Multi-model (ensemble) mean series are marked with black dots. See Table 8.1 for model details.*

**Table 10.5.** *Global mean warming (annual mean surface air temperature change) from the multi-model ensemble mean for four time periods relative to 1980 to 1999 for each of the available scenarios. (The mean for the base period is 13.6°C). Also given are two measures of agreement of the geographic scaled patterns of warming (the fields in Figure 10.8 normalised by the global mean), relative to the A1B 2080 to 2099 case. First the non-dimensional M value (see Section 10.3.2.1) and second (in italics) the global mean absolute error (mae, or difference, in °C/°C) between the fields, both multiplied by 100 for brevity. Here $M = (2/\pi)$ arcsin[1 − mse / ($V_X + V_Y + (G_X − G_Y)^2$)], with mse the mean square error between the two fields X and Y, and V and G are variance and global mean of the fields (as subscripted). Values of 1 for M and 0 for mae indicate perfect agreement with the standard pattern. 'Commit' refers to the constant composition commitment experiment. Note that warming values for the end of the 21st century, given here as the average of years 2080 to 2099, are for a somewhat different averaging period than used in Figure 10.29 (2090–2099); the longer averaging period here is consistent with the comparable averaging period for the geographic plots in this section and is intended to smooth spatial noise.*

| | Global mean warming (°C) | | | | Measures of agreement (M × 100, *mae* × 100) | | | |
|---|---|---|---|---|---|---|---|---|
| | 2011–2030 | 2046–2065 | 2080–2099 | 2180–2199 | 2011–2030 | 2046–2065 | 2080–2099 | 2180–2199 |
| A2 | 0.64 | 1.65 | 3.13 | | 83, *8* | 91, *4* | 93, *3* | |
| A1B | 0.69 | 1.75 | 2.65 | 3.36 | 88, *5* | 94, *4* | 100, *0* | 90, *5* |
| B1 | 0.66 | 1.29 | 1.79 | 2.10 | 86, *6* | 89, *4* | 92, *3* | 86, *6* |
| Commit[a] | 0.37 | 0.47 | 0.56 | | 74, *11* | 66, *13* | 68, *13* | |

Notes:
[a]  Committed warming values are given relative to the 1980 to 1999 base period, whereas the commitment experiments started with stabilisation at year 2000. The committed warming trend is about 0.1°C per decade over the next two decades with a reduced rate after that (see Figure 10.4).

mean varies approximately in proportion to the mean warming, though uncertainties in future hydrological cycle behaviour arise due in part to the different responses of tropical precipitation across models (Douville et al., 2005). Expressed as a percentage of the mean simulated change for 1980 to 1999 (2.83 mm day$^{-1}$), the rate varies from about 1.4% °C$^{-1}$ in A2 to 2.3% °C$^{-1}$ in the constant composition commitment experiment (for a table corresponding to Table 10.5 but for precipitation, see the Supplementary Material, Table S10.1). These increases are less than increases in extreme precipitation events, consistent with energetic constraints (see Sections 9.5.4.2 and 10.3.6.1).

### 10.3.2   Patterns of Change in the 21st Century

#### 10.3.2.1   Warming

The TAR noted that much of the regional variation of the annual mean warming in the multi-model means is associated with high- to low-latitude contrast. This can be better quantified from the new multi-model mean in terms of zonal averages. A further contrast is provided by partitioning the land and ocean values based on model data interpolated to a standard grid. Figure 10.6 illustrates the late-century A2 case, with all values shown both in absolute terms and relative to the global mean warming. Warming over land is greater than the mean except in the southern mid-latitudes, where the warming over ocean is a

minimum. Warming over ocean is smaller than the mean except at high latitudes, where sea ice changes have an influence. This pattern of change illustrated by the ratios is quite similar across the scenarios. The commitment case (shown), discussed in Section 10.7.1, has relatively smaller warming of land, except in the far south, which warms closer to the global rate. At nearly all latitudes, the A1B and B1 warming ratios lie between A2 and commitment, with A1B particularly close to the A2 results. Aside from the commitment case, the ratios for the other time periods are also quite similar to those for A2. Regional patterns and precipitation contrasts are discussed in Section 10.3.2.3.

Figure 10.7 shows the zonal mean warming for the A1B scenario at each latitude from the bottom of the ocean to the top of the atmosphere for the three 21st-century periods used in Table 10.5. To produce this ensemble mean, the model data were first interpolated to standard ocean depths and atmospheric pressures. Consistent with the global transfer of excess heat from the atmosphere to the ocean, and the difference between warming over land and ocean, there is some discontinuity between the plotted means of the lower atmosphere and the upper ocean. The relatively uniform warming of the troposphere and cooling of the stratosphere in this multi-model mean are consistent with the changes shown in Figure 9.8 of the TAR, but now its evolution during the 21st century under this scenario can also be seen. Upper-tropospheric warming reaches a maximum in the tropics and is seen even in the early-century



**Figure 10.6.** *Zonal means over land and ocean separately, for annual mean surface warming (a, b) and precipitation (c, d), shown as ratios scaled with the global mean warming (a, c) and not scaled (b, d). Multi-model mean results are shown for two scenarios, A2 and Commitment (see Section 10.7), for the period 2080 to 2099 relative to the zonal means for 1980 to 1999. Results for individual models can be seen in the Supplementary Material for this chapter.*



**Figure 10.7.** *Zonal means of change in atmospheric (top) and oceanic (bottom) temperatures (°C), shown as cross sections. Values are the multi-model means for the A1B scenario for three periods (a–c). Stippling denotes regions where the multi-model ensemble mean divided by the multi-model standard deviation exceeds 1.0 (in magnitude). Anomalies are relative to the average of the period 1980 to 1999. Results for individual models can be seen in the Supplementary Material for this chapter.*

time period. The pattern is very similar over the three periods, consistent with the rapid adjustment of the atmosphere to the forcing. These changes are simulated with good consistency among the models. The larger values of both signs are stippled, indicating that the ensemble mean is larger in magnitude than the inter-model standard deviation. The ratio of mean to standard deviation can be related to formal tests of statistical significance and confidence intervals, if the individual model results were to be considered a sample.

The ocean warming evolves more slowly. There is initially little warming below the mixed layer, except at some high latitudes. Even as a ratio with mean surface warming, later in the century the temperature increases more rapidly in the deep ocean, consistent with results from individual models (e.g., Watterson, 2003; Stouffer, 2004). This rapid warming of the atmosphere and the slow penetration of the warming into the ocean has implications for the time scales of climate change commitment (Section 10.7). It has been noted in a five-member multi-model ensemble analysis that, associated with the changes in temperature of the upper ocean in Figure 10.7, the tropical Pacific Ocean heat transport remains nearly constant with increasing greenhouse gases due to the compensation of the subtropical cells and the horizontal gyre variations, even as the subtropical cells change in response to changes in the trade winds (Hazeleger, 2005). Additionally, a southward shift of the Antarctic Circumpolar Current is projected to occur in a 15-member multi-model ensemble, due to changes in surface winds in a future warmer climate (Fyfe and Saenko, 2005). This is associated with a poleward shift of the westerlies at the surface (see Section 10.3.6) and in the upper troposphere particularly notable in the Southern Hemisphere (SH) (Stone and Fyfe, 2005), and increased relative angular momentum from stronger

westerlies (Räisänen, 2003) and westerly momentum flux in the lower stratosphere particularly in the tropics and southern mid-latitudes (Watanabe et al., 2005). The surface wind changes are associated with corresponding changes in wind stress curl and horizontal mass transport in the ocean (Saenko et al., 2005).

Global-scale patterns for each of the three scenarios and time periods are given in Figure 10.8. In each case, greater warming over most land areas is evident (e.g., Kunkel and Liang, 2005). Over the ocean, warming is relatively large in the Arctic and along the equator in the eastern Pacific (see Sections 10.3.5.2 and 10.3.5.3), with less warming over the North Atlantic and the Southern Ocean (e.g., Xu et al., 2005). Enhanced oceanic warming along the equator is also evident in the zonal means of Figure 10.6, and can be associated with oceanic heat flux changes (Watterson, 2003) and forced by the atmosphere (Liu et al., 2005).

Fields of temperature change have a similar structure, with the linear correlation coefficient as high as 0.994 between the late-century A2 and A1B cases. As for the zonal means, the fields normalised by the mean warming are very similar. The strict agreement between the A1B field, as a standard, and the others is quantified in Table 10.5, by the absolute measure M (Watterson, 1996; a transformation of a measure of Mielke, 1991), with unity meaning identical fields and zero meaning no similarity (the expected value under random rearrangement of the data on the grid of the measure prior to the arcsin transformation). Values of M become progressively larger later in the 21st century, with values of 0.9 or larger for the late 21st century, thus confirming the closeness of the scaled patterns in the late-century cases. The deviation from unity is approximately proportional to the mean absolute difference. The earlier warming patterns are also similar to the standard case,



**Figure 10.8.** *Multi-model mean of annual mean surface warming (surface air temperature change, °C) for the scenarios B1 (top), A1B (middle) and A2 (bottom), and three time periods, 2011 to 2030 (left), 2046 to 2065 (middle) and 2080 to 2099 (right). Stippling is omitted for clarity (see text). Anomalies are relative to the average of the period 1980 to 1999. Results for individual models can be seen in the Supplementary Material for this chapter.*

particularly for the same scenario A1B. Furthermore, the zonal means over land and ocean considered above are representative of much of the small differences in warming ratio. While there is some influence of differences in forcing patterns among the scenarios, and of effects of oceanic uptake and heat transport in modifying the patterns over time, there is also support for the role of atmospheric heat transport in offsetting such influences (e.g., Boer and Yu, 2003b; Watterson and Dix, 2005). Dufresne et al. (2005) show that aerosol contributes a modest cooling of the Northern Hemisphere (NH) up to the mid-21st century in the A2 scenario.

Such similarities in patterns of change have been described by Mitchell (2003) and Harvey (2004). They aid the efficient presentation of the broad scale multi-model results, as patterns depicted for the standard A1B 2080 to 2099 case are usually typical of other cases. This largely applies to other seasons and also other variables under consideration here. Where there is similarity of normalised changes, values for other cases can be estimated by scaling by the appropriate ratio of global means from Table 10.5. Note that for some quantities like variability and extremes, such scaling is unlikely to work. The use of such scaled results in combination with global warmings from simple models is discussed in Section 11.10.1.

As for the zonal means (aside from the Arctic Ocean), consistency in local warmings among the models is high (stippling is omitted in Figure 10.8 for clarity). Only in the

central North Atlantic and the far south Pacific in 2011 to 2030 is the mean change less than the standard deviation, in part a result of ocean model limitations there (Section 8.3.2). Some regions of high-latitude surface cooling occur in individual models.

The surface warming fields for the extratropical winter and summer seasons, December to February (DJF) and June to August (JJA), are shown for scenario A1B in Figure 10.9. The high-latitude warming is rather seasonal, being larger in winter as a result of sea ice and snow, as noted in Chapter 9 of the TAR. However, the relatively small warming in southern South America is more extensive in southern winter. Similar patterns of change in earlier model simulations are described by Giorgi et al. (2001).

### 10.3.2.2   Cloud and Diurnal Cycle

In addition to being an important link to humidity and precipitation, cloud cover plays an important role for the sensitivity of the general circulation models (GCMs; e.g., Soden and Held, 2006) and for the diurnal temperature range (DTR) over land (e.g., Dai and Trenberth, 2004 and references therein) so this section considers the projection of these variables now made possible by multi-model ensembles. Cloud radiative feedbacks to greenhouse gas forcing are sensitive to the elevation, latitude and hence temperature of the clouds, in addition to their optical



**Figure 10.9.** *Multi-model mean changes in surface air temperature (°C, left), precipitation (mm day$^{-1}$, middle) and sea level pressure (hPa, right) for boreal winter (DJF, top) and summer (JJA, bottom). Changes are given for the SRES A1B scenario, for the period 2080 to 2099 relative to 1980 to 1999. Stippling denotes areas where the magnitude of the multi-model ensemble mean exceeds the inter-model standard deviation. Results for individual models can be seen in the Supplementary Material for this chapter.*

depth and their atmospheric environment (see Section 8.6.3.2). Current GCMs simulate clouds through various complex parametrizations (see Section 8.2.1.3) to produce cloud cover quantified by an area fraction within each grid square and each atmospheric layer. Taking multi-model ensemble zonal means of this quantity interpolated to standard pressure levels and latitudes shows increases in cloud cover at all latitudes in the vicinity of the tropopause, and mostly decreases below, indicating an increase in the altitude of clouds overall (Figure 10.10a). This shift occurs consistently across models. Outside the tropics the increases aloft are rather consistent, as indicated by the stippling in the figure. Near-surface amounts increase at some latitudes. The mid-level mid-latitude decreases are very consistent, amounting to as much as one-fifth of the average cloud fraction simulated for 1980 to 1999.

The total cloud area fraction from an individual model represents the net coverage over all the layers, after allowance for the overlap of clouds, and is an output included in the data set. The change in the ensemble mean of this field is shown in Figure 10.10b. Much of the low and middle latitudes experience a decrease in cloud cover, simulated with some consistency. There are a few low-latitude regions of increase, as well as substantial increases at high latitudes. The larger changes relate well to changes in precipitation discussed in Section 10.3.2.3. While clouds need not be precipitating, moderate spatial correlation between cloud cover and precipitation holds for seasonal means of both the present climate and future changes.

The radiative effect of clouds is represented by the cloud radiative forcing diagnostic (see Section 8.6.3.2). This can be



**Figure 10.10.** *Multi-model mean changes in (a) zonal mean cloud fraction (%), shown as a cross section though the atmosphere, and (b) total cloud area fraction (percent cover from all models). Changes are given as annual means for the SRES A1B scenario for the period 2080 to 2099 relative to 1980 to 1999. Stippling denotes areas where the magnitude of the multi-model ensemble mean exceeds the inter-model standard deviation. Results for individual models can be seen in the Supplementary Material for this chapter.*

evaluated from radiative fluxes at the top of the atmosphere calculated with or without the presence of clouds that are output by the GCMs. In the multi-model mean (not shown) values vary in sign over the globe. The global and annual mean averaged over the models, for 1980 to 1999, is –22.3 W m$^{-2}$. The change in mean cloud radiative forcing has been shown to have different signs in a limited number of previous modelling studies (Meehl et al., 2004b; Tsushima et al., 2006). Figure 10.11a shows globally averaged cloud radiative forcing changes for 2080 to 2099 under the A1B scenario for individual models of the data set, which have a variety of different magnitudes and even signs. The ensemble mean change is –0.6 W m$^{-2}$. This range indicates that cloud feedback is still an uncertain feature of the global coupled models (see Section 8.6.3.2.2).

The DTR has been shown to be decreasing in several land areas of the globe in 20th-century observations (see Section 3.2.2.7), together with increasing cloud cover (see also Section 9.4.2.3). In the multi-model mean of present climate, DTR over land is indeed closely spatially anti-correlated with the total cloud cover field. This is true also of the 21st-century changes in the fields under the A1B scenario, as can be seen by comparing





**Figure 10.11.** *Changes in (a) global mean cloud radiative forcing (W m$^{-2}$) from individual models (see Table 10.4 for the list of models) and (b) multi-model mean diurnal temperature range (°C). Changes are annual means for the SRES A1B scenario for the period 2080 to 2099 relative to 1980 to 1999. Stippling denotes areas where the magnitude of the multi-model ensemble mean exceeds the inter-model standard deviation. Results for individual models can be seen in the Supplementary Material for this chapter.*

the change in DTR shown in Figure 10.11b with the cloud area fraction shown in Figure 10.10b. Changes in DTR reach a magnitude of 0.5°C in some regions, with some consistency among the models. Smaller widespread decreases are likely due to the radiative effect of the enhanced greenhouse gases including water vapour (see also Stone and Weaver, 2002). Further discussion of DTR is provided in Section 10.3.6.2.

In addition to the DTR, Kitoh and Arakawa (2005) document changes in the regional patterns of diurnal precipitation over the Indonesian region, and show that over ocean, nighttime precipitation decreases and daytime precipitation increases, while over land the opposite is the case, thus producing a decrease in the diurnal precipitation amplitude over land and ocean. They attribute these changes to a larger nighttime temperature increase over land due to increased greenhouse gases.

### 10.3.2.3   *Precipitation and Surface Water*

Models simulate that global mean precipitation increases with global warming. However, there are substantial spatial and seasonal variations in this field even in the multi-model means depicted in Figure 10.9. There are fewer areas stippled for precipitation than for the warming, indicating more variation in the magnitude of change among the ensemble of models. Increases in precipitation at high latitudes in both seasons are very consistent across models. The increases in precipitation over the tropical oceans and in some of the monsoon regimes (e.g., South Asian monsoon in JJA, Australian monsoon in DJF) are notable, and while not as consistent locally, considerable agreement is found at the broader scale in the tropics (Neelin et al., 2006). There are widespread decreases in mid-latitude summer precipitation, except for increases in eastern Asia. Decreases in precipitation over many subtropical areas are evident in the multi-model ensemble mean, and consistency in the sign of change among the models is often high (Wang, 2005), particularly in some regions like the tropical Central American-Caribbean (Neelin et al., 2006). Further discussion of regional changes is presented in Chapter 11.

The global map of the A1B 2080 to 2099 change in annual mean precipitation is shown in Figure 10.12, along with other hydrological quantities from the multi-model ensemble. Emori and Brown (2005) show percentage changes of annual precipitation from the ensemble. Increases of over 20% occur at most high latitudes, as well as in eastern Africa, central Asia and the equatorial Pacific Ocean. The change over the ocean between 10°S and 10°N accounts for about half the increase in the global mean (Figure 10.5). Substantial decreases, reaching 20%, occur in the Mediterranean region (Rowell and Jones, 2006), the Caribbean region (Neelin et al., 2006) and the subtropical western coasts of each continent. Overall, precipitation over land increases by about 5%, while precipitation over ocean increases 4%, but with regional changes of both signs. The net change over land accounts for 24% of the global mean increase in precipitation, a little less than the areal proportion of land (29%). In Figure 10.12, stippling indicates that the sign of the



**Figure 10.12.** *Multi-model mean changes in (a) precipitation (mm day⁻¹), (b) soil moisture content (%), (c) runoff (mm day⁻¹) and (d) evaporation (mm day⁻¹). To indicate consistency in the sign of change, regions are stippled where at least 80% of models agree on the sign of the mean change. Changes are annual means for the SRES A1B scenario for the period 2080 to 2099 relative to 1980 to 1999. Soil moisture and runoff changes are shown at land points with valid data from at least 10 models. Details of the method and results for individual models can be found in the Supplementary Material for this chapter.*

local change is common to at least 80% of the models (with the alternative test shown in the Supplementary Material). This simpler test for consistency is of particular interest for quantities where the magnitudes of change vary across models.

These patterns of change occur in the other scenarios, although with agreement (by the metric M) a little lower than for the warming. The predominance of increases near the equator and at high latitudes, for both land and ocean, is clear from the zonal mean changes of precipitation included in Figure 10.6. The results for change scaled by global mean warming are rather similar across the four scenarios, an exception being a relatively large increase over the equatorial ocean for the commitment case. As with surface temperature, the A1B and B1 scaled values are always close to the A2 results. The zonal means of the percentage change map (shown in Figure 10.6) feature substantial decreases in the subtropics and lower mid-latitudes of both hemispheres in the A2 case, even if increases occur over some regions.

Wetherald and Manabe (2002) provide a good description of the mechanism of hydrological change simulated by GCMs. In GCMs, the global mean evaporation changes closely balance the precipitation change, but not locally because of changes in the atmospheric transport of water vapour. Annual average evaporation (Figure 10.12) increases over much of the ocean, with spatial variations tending to relate to those in the surface warming (Figure 10.8). As found by Kutzbach et al. (2005) and Bosilovich et al. (2005), atmospheric moisture convergence increases over the equatorial oceans and over high latitudes. Over land, rainfall changes tend to be balanced by both evaporation and runoff. Runoff (Figure 10.12) is notably reduced in southern Europe and increased in Southeast Asia and at high latitudes, where there is consistency among models in the sign of change (although less consistency in the magnitude of change). The larger changes reach 20% or more of the simulated 1980 to 1999 values, which range from 1 to 5 mm day⁻¹ in wetter regions to below 0.2 mm day⁻¹ in deserts. Runoff from the melting of ice sheets (Section 10.3.3) is not included here. Nohara et al. (2006) and Milly et al. (2005) assess the impacts of these changes in terms of river flow, and find that discharges from high-latitude rivers increase, while those from major rivers in the Middle East, Europe and Central America tend to decrease.

Models simulate the moisture in the upper few metres of the land surface in varying ways, and evaluation of the soil moisture content is still difficult (See Section 8.2.3.2; Wang, 2005; Gao and Dirmeyer, 2006 for multi-model analyses). The average of the total soil moisture content quantity submitted to the data set is presented here to indicate typical trends. In the annual mean (Figure 10.12), decreases are common in the subtropics and the Mediterranean region. There are increases in east Africa, central Asia, and some other regions with increased precipitation. Decreases also occur at high latitudes, where snow cover diminishes (Section 10.3.3). While the magnitudes of change are quite uncertain, there is good consistency in the signs of change in many of these regions. Similar patterns of change occur in seasonal results (Wang, 2005). Regional hydrological changes are considered in Chapter 11 and in the IPCC Working Group ll report.

### 10.3.2.4   Sea Level Pressure and Atmospheric Circulation

As a basic component of the mean atmospheric circulations and weather patterns, projections of the mean sea level pressure for the medium scenario A1B are considered. Seasonal mean changes for DJF and JJA are shown in Figure 10.9 (matching results in Wang and Swail, 2006b). Sea level pressure differences show decreases at high latitudes in both seasons in both hemispheres. The compensating increases are predominantly over the mid-latitude and subtropical ocean regions, extending across South America, Australia and southern Asia in JJA, and the Mediterranean in DJF. Many of these increases are consistent across the models. This pattern of change, discussed further in Section 10.3.5.3, has been linked to an expansion of the Hadley Circulation and a poleward shift of the mid-latitude storm tracks (Yin, 2005). This helps explain, in part, the increases in precipitation at high latitudes and decreases in the subtropics and parts of the mid-latitudes. Further analysis of the regional details of these changes is given in Chapter 11. The pattern of pressure change implies increased westerly flows across the western parts of the continents. These contribute to increases in mean precipitation (Figure 10.9) and increased precipitation intensity (Meehl et al., 2005a).

### 10.3.3   Changes in Ocean/Ice and High-Latitude Climate

#### 10.3.3.1   Changes in Sea Ice Cover

Models of the 21st century project that future warming is amplified at high latitudes resulting from positive feedbacks involving snow and sea ice, and other processes (Section 8.6.3.3). The warming is particularly large in autumn and early winter (Manabe and Stouffer, 1980; Holland and Bitz, 2003) when sea ice is thinnest and the snow depth is insufficient to blur the relationship between surface air temperature and sea ice thickness (Maykut and Untersteiner, 1971). As shown by Zhang and Walsh (2006), the coupled models show a range of responses in NH sea ice areal extent ranging from very little

change to a strong and accelerating reduction over the 21st century (Figure 10.13a,b).

An important characteristic of the projected change is for summer ice area to decline far more rapidly than winter ice area (Gordon and O'Farrell, 1997), and hence sea ice rapidly approaches a seasonal ice cover in both hemispheres (Figures 10.13b and 10.14). Seasonal ice cover is, however, rather robust and persists to some extent throughout the 21st century in most (if not all) models. Bitz and Roe (2004) note that future projections show that arctic sea ice thins fastest where it is initially thickest, a characteristic that future climate projections share with sea ice thinning observed in the late 20th century (Rothrock et al., 1999). Consistent with these results, a projection by Gregory et al. (2002b) shows that arctic sea ice volume decreases more quickly than sea ice area (because trends in winter ice area are low) in the 21st century.

In 20th- and 21st-century simulations, antarctic sea ice cover is projected to decrease more slowly than in the Arctic (Figures 10.13c,d and 10.14), particularly in the vicinity of the Ross Sea where most models predict a local minimum in surface warming. This is commensurate with the region with the greatest reduction in ocean heat loss, which results from reduced vertical mixing in the ocean (Gregory, 2000). The ocean stores much of its increased heat below 1 km depth in the Southern Ocean. In contrast, horizontal heat transport poleward of about 60°N increases in many models (Holland and Bitz, 2003), but much of this heat remains in the upper 1 km of the northern subpolar seas and Arctic Ocean (Gregory, 2000; Bitz et al., 2006). Bitz et al. (2006) argue that these differences in the depth where heat is accumulating in the high-latitude oceans have consequences for the relative rates of sea ice decay in the Arctic and Antarctic.

While most climate models share these common characteristics (peak surface warming in autumn and early winter, sea ice rapidly becomes seasonal, arctic ice decays faster than antarctic ice, and northward ocean heat transport increases into the northern high latitudes), models have poor agreement on the amount of thinning of sea ice (Flato and Participating CMIP Modeling Groups, 2004; Arzel et al., 2006) and the overall climate change in the polar regions (IPCC, 2001; Holland and Bitz, 2003). Flato (2004) shows that the basic state of the sea ice and the reduction in thickness and/or extent have little to do with sea ice model physics among CMIP2 models. Holland and Bitz (2003) and Arzel et al. (2006) find serious biases in the basic state of simulated sea ice thickness and extent. Further, Rind et al. (1995), Holland and Bitz (2003) and Flato (2004) show that the basic state of the sea ice thickness and extent have a significant influence on the projected change in sea ice thickness in the Arctic and extent in the Antarctic.

#### 10.3.3.2   Changes in Snow Cover and Frozen Ground

Snow cover is an integrated response to both temperature and precipitation and exhibits strong negative correlation with air temperature in most areas with a seasonal snow cover (see Section 8.6.3.3 for an evaluation of model-simulated



**Figure 10.13.** *Multi-model simulated anomalies in sea ice extent for the 20th century (20c3m) and 21st century using the SRES A2, A1B and B1 as well as the commitment scenario for (a) Northern Hemisphere January to March (JFM), (b) Northern Hemisphere July to September (JAS). Panels (c) and (d) are as for (a) and (b) but for the Southern Hemisphere. The solid lines show the multi-model mean, shaded areas denote ±1 standard deviation. Sea ice extent is defined as the total area where sea ice concentration exceeds 15%. Anomalies are relative to the period 1980 to 2000. The number of models is given in the legend and is different for each scenario.*



**Figure 10.14.** *Multi-model mean sea ice concentration (%) for January to March (JFM) and June to September (JAS), in the Arctic (top) and Antarctic (bottom) for the periods (a) 1980 to 2000 and b) 2080 to 2100 for the SRES A1B scenario. The dashed white line indicates the present-day 15% average sea ice concentration limit. Modified from Flato et al. (2004).*

present-day snow cover). Because of this temperature association, the simulations project widespread reductions in snow cover over the 21st century (Supplementary Material, Figure S10.1). For the Arctic Climate Impact Assessment (ACIA) model mean, at the end of the 21st century the projected reduction in the annual mean NH snow cover is 13% under the B2 scenario (ACIA, 2004). The individual model projections range from reductions of 9 to 17%. The actual reductions are greatest in spring and late autumn/early winter, indicating a shortened snow cover season (ACIA, 2004). The beginning of the snow accumulation season (the end of the snowmelt season) is projected to be later (earlier), and the fractional snow coverage is projected to decrease during the snow season (Hosaka et al., 2005).

Warming at high northern latitudes in climate model simulations is also associated with large increases in simulated thaw depth over much of the permafrost regions (Lawrence and Slater, 2005; Yamaguchi et al., 2005; Kitabata et al., 2006). Yamaguchi et al. (2005) show that initially soil moisture increases during the summer. In the late 21st century when the thaw depth has increased substantially, a reduction in summer soil moisture eventually occurs (Kitabata et al., 2006). Stendel and Christensen (2002) show poleward movement of permafrost extent, and a 30 to 40% increase in active layer thickness for most of the permafrost area in the NH, with the largest relative increases concentrated in the northernmost locations.

Regionally, the changes are a response to both increased temperature and increased precipitation (changes in circulation patterns) and are complicated by the competing effects of warming and increased snowfall in those regions that remain below freezing (see Section 4.2 for a further discussion of processes that affect snow cover). In general, snow amount and snow coverage decreases in the NH (Supplementary Material, Figure S10.1). However, in a few regions (e.g., Siberia), snow amount is projected to increase. This is attributed to the increase in precipitation (snowfall) from autumn to winter (Meleshko et al., 2004; Hosaka et al., 2005).

### 10.3.3.3   *Changes in Greenland Ice Sheet Mass Balance*

As noted in Section 10.6, modelling studies (e.g., Hanna et al., 2002; Kiilsholm et al., 2003; Wild et al., 2003) as well as satellite observations, airborne altimeter surveys and other studies (Abdalati et al., 2001; Thomas et al., 2001; Krabill et al., 2004; Johannessen et al., 2005; Zwally et al., 2005; Rignot and Kanagaratnam, 2006) suggest a slight inland thickening and strong marginal thinning resulting in an overall negative Greenland Ice Sheet mass balance which has accelerated recently (see Section 4.6.2.2.). A consistent feature of all climate models is that projected 21st-century warming is amplified in northern latitudes. This suggests continued melting of the Greenland Ice Sheet, since increased summer melting dominates over increased winter precipitation in model projections of future climate. Ridley et al. (2005) coupled UKMO-HadCM3 to an ice sheet model to explore the melting of the Greenland Ice Sheet under elevated (four times pre-industrial) levels of atmospheric $CO_2$ (see Section 10.7.4.3, Figure 10.38). While the entire Greenland

Ice Sheet eventually completely ablated (after 3 kyr), the peak rate of melting was 0.06 Sv (1 Sv = $10^6$ m$^3$ s$^{-1}$) corresponding to about 5.5 mm yr$^{-1}$ global sea level rise (see Sections 10.3.4 and 10.6.6). Toniazzo et al. (2004) further show that in UKMO-HadCM3, the complete melting of the Greenland Ice sheet is an irreversible process even if pre-industrial levels of atmospheric $CO_2$ are re-established after it melts.

### 10.3.4   Changes in the Atlantic Meridional Overturning Circulation

A feature common to all climate model projections is the increase in high-latitude temperature as well as an increase in high-latitude precipitation. This was reported in the TAR and is confirmed by the projections using the latest versions of comprehensive climate models (see Section 10.3.2). Both of these effects tend to make the high-latitude surface waters less dense and hence increase their stability, thereby inhibiting convective processes. As more coupled models have become available since the TAR, the evolution of the Atlantic Meridional Overturning Circulation (MOC) can be more thoroughly assessed. Figure 10.15 shows simulations from 19 coupled models integrated from 1850 to 2100 under SRES A1B atmospheric $CO_2$ and aerosol scenarios up to year 2100, and constant concentrations thereafter (see Figure 10.5). All of the models, except CGCM3.1, INM-CM3.0 and MRI-CGCM2.3.2, were run without flux adjustments (see Table 8.1). The MOC is influenced by the density structure of the Atlantic Ocean, small-scale mixing and the surface momentum and buoyancy fluxes. Some models simulate a MOC strength that is inconsistent with the range of present-day estimates (Smethie and Fine, 2001; Ganachaud, 2003; Lumpkin and Speer, 2003; Talley, 2003). The MOC for these models is shown for completeness but is not used in assessing potential future changes in the MOC in response to various emissions scenarios.

Fewer studies have focused on projected changes in the Southern Ocean resulting from future climate warming. A common feature of coupled model simulations is the projected poleward shift and strengthening of the SH westerlies (Yin, 2005; Fyfe and Saenko, 2006). This in turn leads to a strengthening, poleward shift and narrowing of the Antarctic Circumpolar Current. Fyfe and Saenko (2006) further note that the enhanced equatorward surface Ekman transport, associated with the intensified westerlies, is balanced by an enhanced deep geostrophic poleward return flow below 2,000 m.

Generally, the simulated late-20th century Atlantic MOC shows a spread ranging from a weak MOC of about 12 Sv to over 20 Sv (Figure 10.15; Schmittner et al., 2005). When forced with the SRES A1B scenario, the models show a reduction in the MOC of up to 50% or more, but in one model, the changes are not distinguishable from the simulated natural variability. The reduction in the MOC proceeds on the time scale of the simulated warming because it is a direct response to the increase in buoyancy at the ocean surface. A positive North Atlantic Oscillation (NAO) trend might delay this response by a few decades but not prevent it (Delworth and Dixon, 2000). Such



**Figure 10.15.** *Evolution of the Atlantic meridional overturning circulation (MOC) at 30°N in simulations with the suite of comprehensive coupled climate models (see Table 8.1 for model details) from 1850 to 2100 using 20th Century Climate in Coupled Models (20C3M) simulations for 1850 to 1999 and the SRES A1B emissions scenario for 1999 to 2100. Some of the models continue the integration to year 2200 with the forcing held constant at the values of year 2100. Observationally based estimates of late-20th century MOC are shown as vertical bars on the left. Three simulations show a steady or rapid slow down of the MOC that is unrelated to the forcing; a few others have late-20th century simulated values that are inconsistent with observational estimates. Of the model simulations consistent with the late-20th century observational estimates, no simulation shows an increase in the MOC during the 21st century; reductions range from indistinguishable within the simulated natural variability to over 50% relative to the 1960 to 1990 mean; and none of the models projects an abrupt transition to an off state of the MOC. Adapted from Schmittner et al. (2005) with additions.*

a weakening of the MOC in future climate causes reduced sea surface temperature (SST) and salinity in the region of the Gulf Stream and North Atlantic Current (Dai et al., 2005). This can produce a decrease in northward heat transport south of 60°N, but increased northward heat transport north of 60°N (A. Hu et al., 2004). No model shows an increase in the MOC in response to the increase in greenhouse gases, and no model simulates an abrupt shut-down of the MOC within the 21st century. One study suggests that inherent low-frequency variability in the Atlantic region, the Atlantic Multidecadal Oscillation, may produce a natural weakening of the MOC over the next few decades that could further accentuate the decrease due to anthropogenic climate change (Knight et al., 2005; see Section 8.4.6).

In some of the older models (e.g., Dixon et al., 1999), increased high-latitude precipitation dominates over increased high-latitude warming in causing the weakening, while in others (e.g., Mikolajewicz and Voss, 2000), the opposite is found. In a recent model intercomparison, Gregory et al. (2005) find that for all 11 models analysed, the MOC reduction is caused more by changes in surface heat flux than changes in surface freshwater flux. In addition, simulations using models of varying complexity (Stocker et al., 1992b; Saenko et al., 2003; Weaver et al., 2003) show that freshening or warming in the Southern Ocean acts to increase or stabilise the Atlantic MOC. This is likely a consequence of the complex coupling of Southern Ocean processes with North Atlantic Deep Water production.

A few simulations using coupled models are available that permit the assessment of the long-term stability of the MOC (Stouffer and Manabe, 1999; Voss and Mikolajewicz, 2001;

Stouffer and Manabe, 2003; Wood et al., 2003; Yoshida et al., 2005; Bryan et al., 2006). Most of these simulations assume an idealised increase in atmospheric $CO_2$ by 1% yr$^{-1}$ to various levels ranging from two to four times pre-industrial levels. One study also considers slower increases (Stouffer and Manabe, 1999), or a reduction in $CO_2$ (Stouffer and Manabe, 2003). The more recent models are not flux adjusted and have higher resolution (about 1.0°) (Yoshida et al., 2005; Bryan et al., 2006). A common feature of all simulations is a reduction in the MOC in response to the warming and its rate exceed certain thresholds as shown using an EMIC (Stocker and Schmittner, 1997). Complete shut-downs, although not permanent, were also simulated by a flux-adjusted coupled model (Manabe and Stouffer, 1994; Stouffer and Manabe, 2003; see also Chan and Motoi, 2005). In none of these AOGCM simulations were the thresholds, as determined by the EMIC, passed (Stocker and Schmittner, 1997). As such, the long-term stability of the MOC found in the present AOGCM simulations is consistent with the results from the simpler models.

The reduction in MOC strength associated with increasing greenhouse gases represents a negative feedback for the warming in and around the North Atlantic. That is, through reducing the transport of heat from low to high latitudes, SSTs are cooler than they would otherwise be if the MOC was unchanged. As

such, warming is reduced over and downstream of the North Atlantic. It is important to note that in models where the MOC weakens, warming still occurs downstream over Europe due to the overall dominant role of the radiative forcing associated with increasing greenhouse gases (Gregory et al., 2005). Many future projections show that once the radiative forcing is held fixed, re-establishment of the MOC occurs to a state similar to that of the present day. The partial or complete re-establishment of the MOC is slow and causes additional warming in and around the North Atlantic. While the oceanic meridional heat flux at low latitudes is reduced upon a slowdown of the MOC, many simulations show increasing meridional heat flux into the Arctic which contributes to accelerated warming and sea ice melting there. This is due to both the advection of warmer water and an intensification of the influx of North Atlantic water into the Arctic (A. Hu et al., 2004).

Climate models that simulated a complete shutdown of the MOC in response to sustained warming were flux-adjusted coupled GCMs or EMICs. A robust result from such simulations is that the shutdown of the MOC takes several centuries after the forcing is kept fixed (e.g., at $4 \times$ atmospheric $CO_2$ concentration). Besides the forcing amplitude and rate (Stocker and Schmittner, 1997), the amount of mixing in the ocean also appears to determine the stability of the MOC: increased vertical and horizontal mixing tends to stabilise the MOC and to eliminate the possibility of a second equilibrium state (Manabe and Stouffer, 1999; Knutti and Stocker, 2000; Longworth et al., 2005). Random internal variability or noise, often not present in simpler models, may also be important in determining the effective MOC stability (Knutti and Stocker, 2002; Monahan, 2002).

The MOC is not necessarily a comprehensive indicator of ocean circulation changes in response to global warming. In a transient $2 \times$ atmospheric $CO_2$ experiment using a coupled AOGCM, the MOC changes were small, but convection in the Labrador Sea stopped due to warmer and hence less dense waters that inflow from the Greenland-Iceland-Norwegian Sea (GIN Sea) (Wood et al., 1999; Stouffer et al., 2006a). Similar results were found by A. Hu et al. (2004), who also report an increase in convection in the GIN Sea due to the influx of more saline waters from the North Atlantic. Various simulations using coupled models of different complexity find significant reductions in convection in the GIN Sea in response to warming (Schaeffer et al., 2004; Bryan et al., 2006). Presumably, a delicate balance exists in the GIN Sea between the circum-arctic river runoff, sea ice production and advection of saline waters from the North Atlantic, and on a longer time scale, the inflow

of freshwater through Bering Strait. The projected increases in circum-arctic river runoff (Wu et al., 2005) may enhance the tendency towards a reduction in GIN Sea convection (Stocker and Raible, 2005; Wu et al., 2005). Cessation of convection in the Labrador Sea in the next few decades is also simulated in a high-resolution model of the Atlantic Ocean driven by surface fluxes from two AOGCMs (Schweckendiek and Willebrand, 2005). The large-scale responses of the high-resolution ocean model (e.g., MOC, Labrador Seas) agree with those from the AOGCMs. The grid resolution of the ocean components in the coupled AOGCMs has significantly increased since the TAR, and some consistent patterns of changes in convection and water mass properties in the Atlantic Ocean emerge in response to the warming, but models still show a variety of responses in the details.

The best estimate of sea level from 1993 to 2003 (see Section 5.5.5.2) associated with the slight net negative mass balance from Greenland is 0.1 to 0.3 mm $yr^{-1}$ over the total ocean surface. This converts to only about 0.002 to 0.003 Sv of freshwater forcing. Such an amount, even when added directly and exclusively to the North Atlantic, has been suggested to be too small to affect the North Atlantic MOC (see Weaver and Hillaire-Marcel, 2004a). While one model exhibits a MOC weakening in the later part of the 21st century due to Greenland Ice Sheet melting (Fichefet et al., 2003), this same model had a very large downward drift of its overturning in the control climate, making it difficult to actually attribute the model MOC changes to the ice sheet melting. As noted in Section 10.3.3.3, Ridley et al. (2005) find the peak rate of Greenland Ice Sheet melting is about 0.1 Sv when they instantaneously elevate greenhouse gas levels in UKMO-HadCM3. They further note that this has little effect on the North Atlantic meridional overturning, although 0.1 Sv is sufficiently large to cause more dramatic transient changes in the strength of the MOC in other models (Stouffer et al., 2006b).

Taken together, it is very likely that the MOC, based on currently available simulations, will decrease, perhaps associated with a significant reduction in Labrador Sea Water formation, but very unlikely that the MOC will undergo an abrupt transition during the course of the 21st century. At this stage, it is too early to assess the likelihood of an abrupt change of the MOC beyond the end of the 21st century, but the possibility cannot be excluded (see Box 10.1). The few available simulations with models of different complexity instead suggest a centennial slowdown. Recovery of the MOC is simulated in some models if the radiative forcing is stabilised but would take several centuries; in other models, the reduction persists.

## Box 10.1: Future Abrupt Climate Change, 'Climate Surprises', and Irreversible Changes

Theory, models and palaeoclimatic reconstructions (see Chapter 6) have established the fact that changes in the climate system can be abrupt and widespread. A working definition of 'abrupt climate change' is given in Alley et al. (2002): 'Technically, an abrupt climate change occurs when the climate system is forced to cross some threshold, triggering a transition to a new state at a rate determined by the climate system itself and faster than the cause'. More generally, a gradual change in some determining quantity of the climate system (e.g., radiation balance, land surface properties, sea ice, etc.) can cause a variety of structurally different responses (Box 10.1, Figure 1). The response of a purely linear system scales with the forcing, and at stabilisation of the forcing, a new equilibrium is achieved which is structurally similar, but not necessarily close to the original state. However, if the system contains more than one equilibrium state, transitions to structurally different states are possible. Upon the crossing of a tipping point (bifurcation point), the evolution of the system is no longer controlled by the time scale of the forcing, but rather determined by its internal dynamics, which can either be much faster than the forcing, or significantly slower. Only the former case would be termed 'abrupt climate change', but the latter case is of equal importance. For the long-term evolution of a climate variable one must distinguish between reversible and irreversible changes. The notion of 'climate surprises' usually refers to abrupt transitions and temporary or permanent transitions to a different state in parts of the climate system such as, for example, the 8.2 kyr event (see Section 6.5.2.1).

**Atlantic Meridional Overturning Circulation and other ocean circulation changes:**

The best-documented type of abrupt climate change in the palaeoclimatic archives is that associated with changes in the ocean circulation (Stocker, 2000). Since the TAR, many new results from climate models of different complexity have provided a more detailed view on the anticipated changes in the Atlantic MOC in response to global warming. Most models agree that the MOC weakens over the next 100 years and that this reduction ranges from indistinguishable from natural variability to over 50% by 2100 (Figure 10.15). None of the AOGCM simulations shows an abrupt change when forced with the SRES emissions scenarios until 2100, but some long-term model simulations suggest that a complete cessation can result for large forcings (Stouffer and Manabe, 2003). Models of intermediate complexity indicate that thresholds in the MOC may be present but that they depend on the amount and rate of warming for a given model (Stocker and Schmittner, 1997). The few long-term simulations from AOGCMs indicate that even complete shutdowns of the MOC may be reversible (Stouffer and Manabe, 2003; Yoshida et al., 2005; Stouffer et al., 2006b). However, until millennial simulations with AOGCMs are available, the important question of potential irreversibility of an MOC shutdown remains unanswered.



**Box 10.1, Figure 1.** *Schematic illustration of various responses of a climate variable to forcing. The forcing (top panels) reaches a new stable level (left part of figure), and later approaches the original level on very long time scales (right part of the figure). The response of the climate variable (bottom panels) can be smooth (solid line) or cross a tipping point inducing a transition to a structurally different state (dashed lines). That transition can be rapid (abrupt change, long-dashed), or gradual (short-dashed), but is usually dictated by the internal dynamics of the climate system rather than the forcing. The long-term behaviour (right part) also exhibits different possibilities. Changes can be irreversible (dash-dotted) with the system settling at a different stable state, or reversible (solid, dotted) when the forcing is set back to its original value. In the latter case, the transition again can be gradual or abrupt. An example for illustration, but not the only one, is the response of the Atlantic meridional overturning circulation to a gradual change in radiative forcing.*

Both simplified models and AOGCMs agree, however, that a potentially complete shut-down of the MOC, induced by global warming, would take many decades to more than a century. There is no direct model evidence that the MOC could collapse within a few decades in response to global warming. However, a few studies do show the potential for rapid changes in the MOC (Manabe and Stouffer, 1999), and the processes concerned are poorly understood (see Section 8.7). This is not inconsistent with the palaeoclimate records. The cooling events during the last ice ages registered in the Greenland ice cores developed over a couple of centuries to millennia. The warmer or more very rapid warmings, the so-called Dansgaard-Oeschger events (NorthGRIP Members, 2004), or rapid cooling (LeGrande et al., 2006), which evolved over decades or less, most probably associated with rapid latitudinal shifts in ocean convection sites and changes in strength of the MOC (see Section 6.3.2).

*(continued)*

Recent simulations with models with ocean components that resolve topography in sufficient detail obtain a consistent pattern of a strong to complete reduction of convection in the Labrador Sea (Wood et al., 1999; Schweckendiek and Willebrand, 2005). Such changes in the convection, with implications for the atmospheric circulation, can develop within a few years (Schaeffer et al., 2002). The long-term and regional-to-hemispheric scale effects of such changes in water mass properties have not yet been investigated.

With a reduction in the MOC, the meridional heat flux also decreases in the subtropical and mid-latitudes with large-scale effects on the atmospheric circulation. In consequence, the warming of the North Atlantic surface proceeds more slowly. Even for strong reductions in MOC towards the end of the 21st century, no cooling is observed in the regions around the North Atlantic because it is overcompensated by the radiative forcing that caused the ocean response in the first place.

At high latitudes, an increase in the oceanic meridional heat flux is simulated by these models. This increase is due to both an increase in the overturning circulation in the Arctic and the advection of warmer waters from lower latitudes and thus contributes significantly to continuing sea ice reduction in the Atlantic sector of the Arctic (A. Hu et al., 2004). Few simulations have also addressed the changes in overturning in the South Atlantic and Southern Ocean. In addition to water mass modifications, this also has an effect on the transport by the Antarctic Circumpolar Current, but results are not yet conclusive.

Current understanding of the processes responsible for the initiation of an ice age indicate that a reduction or collapse of the MOC in response to global warming could not start an ice age (Berger and Loutre, 2002; Crucifix and Loutre, 2002; Yoshimori et al., 2002; Weaver and Hillaire-Marcel, 2004b).

**Arctic sea ice:**

Arctic sea ice is responding sensitively to global warming. While changes in winter sea ice cover are moderate, late summer sea ice is projected to disappear almost completely towards the end of the 21st century. A number of positive feedbacks in the climate system accelerate the melt back of sea ice. The ice-albedo feedback allows open water to receive more heat from the Sun during summer, and the increase in ocean heat transport to the Arctic through the advection of warmer waters and stronger circulation further reduces ice cover. Minimum arctic sea ice cover is observed in September. Model simulations indicate that the September sea ice cover decreases substantially in response to global warming, generally evolving on the time scale of the warming. With sustained warming, the late summer disappearance of a major fraction of arctic sea ice is permanent.

**Glaciers and ice caps:**

Glaciers and ice caps are sensitive to changes in temperature and precipitation. Observations point to a reduction in volume over the last 20 years (see Section 4.5.2), with a rate during 1993 to 2003 corresponding to $0.77 \pm 0.22$ mm yr$^{-1}$ sea level equivalent, with a larger mean central estimate than that for 1961 to 1998 (corresponding to $0.50 \pm 0.18$ mm yr$^{-1}$ sea level equivalent). Rapid changes are therefore already underway and enhanced by positive feedbacks associated with the surface energy balance of shrinking glaciers and newly exposed land surface in periglacial areas. Acceleration of glacier loss over the next few decades is likely (see Section 10.6.3). Based on simulations of 11 glaciers in various regions, a volume loss of 60% of these glaciers is projected by the year 2050 (Schneeberger et al., 2003). Glaciated areas in the Americas are also affected. A comparative study including seven GCM simulations at $2 \times$ atmospheric $CO_2$ conditions inferred that many glaciers may disappear completely due to an increase in the equilibrium line altitude (Bradley et al., 2004). The disappearance of these ice bodies is much faster than a potential re-glaciation several centuries hence, and may in some areas be irreversible.

**Greenland and West Antarctic Ice Sheets:**

Satellite and *in situ* measurement networks have demonstrated increasing melting and accelerated ice flow around the periphery of the Greenland Ice Sheet (GIS) over the past 25 years (see Section 4.6.2). The few simulations of long-term ice sheet simulations suggest that the GIS will significantly decrease in volume and area over the coming centuries if a warmer climate is maintained (Gregory et al., 2004a; Huybrechts et al., 2004; Ridley et al., 2005). A threshold of annual mean warming of 1.9°C to 4.6°C in Greenland has been estimated for elimination of the GIS (Gregory and Huybrechts, 2006; see section 10.7.3.3), a process which would take many centuries to complete. Even if temperatures were to decrease later, the reduction of the GIS to a much smaller extent might be irreversible, because the climate of an ice-free Greenland could be too warm for accumulation; however, this result is model dependent (see Section 10.7.3.3). The positive feedbacks involved here are that once the ice sheet gets thinner, temperatures in the accumulation region are higher, increasing the melting and causing more precipitation to fall as rain rather than snow; that the lower albedo of the exposed ice-free land causes a local climatic warming; and that surface melt water might accelerate ice flow (see Section 10.6.4.2).

A collapse of the West Antarctic Ice Sheet (WAIS) has been discussed as a potential response to global warming for many years (Bindschadler, 1998; Oppenheimer, 1998; Vaughan, 2007). A complete collapse would cause a global sea level rise of about 5 m. The observed acceleration of ice streams in the Amundsen Sea sector of the WAIS, the rapidity of propagation of this signal upstream and the acceleration of glaciers that fed the Larsen B Ice Shelf after its collapse have renewed these concerns (see Section 10.6.4.2).

*(continued)*

radiation reaching the surface decreases as much as 50% locally, which could reduce the surface warming by greenhouse gases (Ramanathan et al., 2005). These atmospheric brown clouds could cause precipitation to increase over the Indian Ocean in winter and decrease in the surrounding Indonesia region and the western Pacific Ocean (Chung et al., 2002), and could reduce the summer monsoon precipitation in South and East Asia (Menon et al., 2002; Ramanathan et al., 2005). However, the total influence on monsoon precipitation of temporally varying direct and indirect effects of various aerosol species is still not resolved and the subject of active research.

### 10.3.5.3    *Mean Tropical Pacific Climate Change*

This subsection assesses changes in mean tropical Pacific climate. Enhanced greenhouse gas concentrations result in a general increase in SST, which will not be spatially uniform in association with a general reduction in tropical circulations in a warmer climate (see Section 10.3.5.2). Figures 10.8 and 10.9 indicate that SST increases more over the eastern tropical Pacific than over the western tropical Pacific, together with a decrease in the sea level pressure (SLP) gradient along the equator and an eastward shift of the tropical Pacific rainfall distribution. These background tropical Pacific changes can be called an El Niño-like mean state change (upon which individual El Niño-Southern Oscillation (ENSO) events occur). Although individual models show a large scatter of 'ENSO-ness' (Collins and The CMIP Modelling Groups, 2005; Yamaguchi and Noda, 2006), an ENSO-like global warming pattern with positive polarity (i.e., El Niño-like mean state change) is simulated based on the spatial anomaly patterns of SST, SLP and precipitation (Figure 10.16; Yamaguchi and Noda, 2006). The El Niño-like change may be attributable to the general reduction in tropical circulations resulting from the increased dry static stability in the tropics in a warmer climate (Knutson and Manabe, 1995; Sugi et al., 2002; Figure 10.7). An eastward displacement of precipitation in the tropical Pacific accompanies an intensified and south-westward displaced subtropical anticyclone in the western Pacific, which can be effective in transporting moisture from the low latitudes to the Meiyu/Baiu region, thus generating more precipitation in the East Asian summer monsoon (Kitoh and Uchiyama, 2006).

In summary, the multi-model mean projects a weak shift towards conditions which may be described as 'El Niño-like', with SSTs in the central and eastern equatorial Pacific warming more than those in the west, and with an eastward shift in mean precipitation, associated with weaker tropical circulations.

### 10.3.5.4    *El Niño*

This subsection addresses the projected change in the amplitude, frequency and spatial pattern of El Niño. Guilyardi (2006) assessed mean state, coupling strength and modes (SST mode resulting from local SST-wind interaction or thermocline mode resulting from remote wind-thermocline feedbacks), using the pre-industrial control and stabilised 2 × and 4 × atmospheric



**Figure 10.16.** *Base state change in average tropical Pacific SSTs and change in El Niño variability simulated by AOGCMs (see Table 8.1 for model details). The base state change (horizontal axis) is denoted by the spatial anomaly pattern correlation coefficient between the linear trend of SST in the 1% yr⁻¹ $CO_2$ increase climate change experiment and the first Empirical Orthogonal Function (EOF) of SST in the control experiment over the area 10°S to 10°N, 120°E to 80°W (reproduced from Yamaguchi and Noda, 2006). Positive correlation values indicate that the mean climate change has an El Niño-like pattern, and negative values are La Niña-like. The change in El Niño variability (vertical axis) is denoted by the ratio of the standard deviation of the first EOF of sea level pressure (SLP) between the current climate and the last 50 years of the SRES A2 experiments (2051–2100), except for FGOALS-g1.0 and MIROC3.2(hires), for which the SRES A1B was used, and UKMO-HadGEM1 for which the 1% yr⁻¹ $CO_2$ increase climate change experiment was used, in the region 30°S to 30°N, 30°E to 60°W with a five-month running mean (reproduced from van Oldenborgh et al., 2005). Error bars indicate the 95% confidence interval. Note that tropical Pacific base state climate changes with either El Niño-like or La Niña-like patterns are not permanent El Niño or La Niña events, and all still have ENSO inter-annual variability superimposed on that new average climate state in a future warmer climate.*

$CO_2$ simulations in a multi-model ensemble. The models that exhibit the largest El Niño amplitude change in scenario experiments are those that shift towards a thermocline mode. The observed 1976 climate shift in the tropical Pacific actually involved such a mode shift (Fedorov and Philander, 2001). The mean state change, through change in the sensitivity of SST variability to surface wind stress, plays a key role in determining the ENSO variance characteristics (Z. Hu et al., 2004; Zelle et al., 2005). For example, a more stable ENSO system is less sensitive to changes in the background state than one that is closer to instability (Zelle et al., 2005). Thus, GCMs with an improper simulation of present-day climate mean state and air-sea coupling strength are not suitable for ENSO amplitude projections. Van Oldenborgh et al. (2005) calculate the change in ENSO variability by the ratio of the standard deviation of the first Empirical Orthogonal Function (EOF) of SLP between the current climate and in the future (Figure 10.16), which shows that changes in ENSO interannual variability differ from model to model. They categorised 19 models based on their skill in the present-day ENSO simulations. Using the most realistic 6 out of 19 models, they find no statistically significant changes in the amplitude of ENSO variability in the future. Large uncertainty in the skewness of the variability limits the assessment of the future relative strength of El Niño and La Niña events.

779

Merryfield (2006) also analysed a multi-model ensemble and finds a wide range of behaviour for future El Niño amplitude, ranging from little change to larger El Niño events to smaller El Niño events, although several models that simulated some observed aspects of present-day El Niño events showed future increases in El Niño amplitude. However, significant multi-decadal fluctuations in El Niño amplitude in observations and in long coupled model control runs add another complicating factor to attempting to discern whether any future changes in El Niño amplitude are due to external forcing or are simply a manifestation of internal multi-decadal variability (Meehl et al., 2006a). Even with the larger warming scenario under 4 × atmospheric $CO_2$ climate, Yeh and Kirtman (2005) find that despite the large changes in the tropical Pacific mean state, the changes in ENSO amplitude are highly model dependent. Therefore, there are no clear indications at this time regarding future changes in El Niño amplitude in a warmer climate. However, as first noted in the TAR, ENSO teleconnections over North America appear to weaken due at least in part to the mean change of base state mid-latitude atmospheric circulation (Meehl et al., 2006a).

In summary, all models show continued ENSO interannual variability in the future no matter what the change in average background conditions, but changes in ENSO interannual variability differ from model to model. Based on various assessments of the current multi-model archive, in which present-day El Niño events are now much better simulated than in the TAR, there is no consistent indication at this time of discernible future changes in ENSO amplitude or frequency.

### 10.3.5.5    ENSO-Monsoon Relationship

The El Niño-Southern Oscillation affects interannual variability throughout the tropics through changes in the Walker Circulation. Analysis of observational data finds a significant correlation between ENSO and tropical circulation and precipitation such that there is a tendency for less Indian summer monsoon rainfall in El Niño years and above normal rainfall in La Niña years. Recent analyses have revealed that the correlation between ENSO and the Indian summer monsoon has decreased recently, and many hypotheses have been put forward (see Chapter 3). With respect to global warming, one hypothesis is that the Walker Circulation (accompanying ENSO) shifted south-eastward, reducing downward motion in the Indian monsoon region, which originally suppressed precipitation in that region at the time of El Niño, but now produces normal precipitation as a result (Krishna Kumar et al., 1999). Another explanation is that as the ground temperature of the Eurasian continent has risen in the winter-spring season, the temperature difference between the continent and the ocean has increased, thereby causing more precipitation, and the Indian monsoon is normal in spite of the occurrence of El Niño (Ashrit et al., 2001).

An earlier version of an AOGCM developed at the Max Planck Institute (MPI) (Ashrit et al., 2001) and the Action de Recherche Petite Echelle Grande Echelle/Océan Parallélisé

(ARPEGE/OPA) model (Ashrit et al., 2003) simulated no global-warming related change in the ENSO-monsoon relationship, although a decadal-scale fluctuation is seen, suggesting that a weakening of the relationship might be part of the natural variability. However, Ashrit et al. (2001) show that while the impact of La Niña does not change, the influence of El Niño on the monsoon becomes small, suggesting the possibility of asymmetric behaviour of the changes in the ENSO-monsoon relationship. On the other hand, the MRI-CGCM2 (see Table 8.1 for model details) indicates a weakening of the correlation into the 21st century, particularly after 2050 (Ashrit et al., 2005). The MRI-CGCM2 model results support the above hypothesis that the Walker Circulation shifts eastward and no longer influences India at the time of El Niño in a warmer climate. Camberlin et al. (2004) and van Oldenborgh and Burgers (2005) find decadal fluctuations in the effect of ENSO on regional precipitation. In most cases, these fluctuations may reflect natural variability in the ENSO teleconnection, and long-term correlation trends may be comparatively weaker.

The Tropospheric Biennial Oscillation (TBO) has been suggested as a fundamental set of coupled interactions in the Indo-Pacific region that encompasses ENSO and the Asian-Australian monsoon, and the TBO has been shown to be simulated by current AOGCMs (see Chapter 8). Nanjundiah et al. (2005) analyse a multi-model data set to show that, for models that successfully simulate the TBO for present-day climate, the TBO becomes more prominent in a future warmer climate due to changes in the base state climate, although, as with ENSO, there is considerable inherent decadal variability in the relative dominance of TBO and ENSO.

In summary, the ENSO-monsoon relationship can vary due to natural variability. Model projections suggest that a future weakening of the ENSO-monsoon relationship could occur in a future warmer climate.

### 10.3.5.6    Annular Modes and Mid-Latitude Circulation Changes

Many simulations project some decrease in the arctic surface pressure in the 21st century, as seen in the multi-model average (see Figure 10.9). This contributes to an increase in indices of the Northern Annular Mode (NAM) or the Arctic Oscillation (AO), as well as the NAO, which is closely related to the NAM in the Atlantic sector (see Chapter 8). In the recent multi-model analyses, more than half of the models exhibit a positive trend in the NAM (Rauthe et al., 2004; Miller et al., 2006) and/or NAO (Osborn, 2004; Kuzmina et al., 2005). Although the magnitude of the trends shows a large variation among different models, Miller et al. (2006) find that none of the 14 models exhibits a trend towards a lower NAM index and higher arctic SLP. In another multi-model analysis, Stephenson et al. (2006) show that of the 15 models able to simulate the NAO pressure dipole, 13 predict a positive increase in the NAO index with increasing $CO_2$ concentrations, although the magnitude of the response is generally small and model dependent. However, the multi-model average from the larger number (21) of models shown in

Figure 10.9 indicates that it is likely that the NAM index would not notably decrease in a future warmer climate. The average of IPCC-AR4 simulations from 13 models suggests the increase of the NAM index becomes statistically significant early in the 21st century (Figure 10.17a, Miller et al., 2006).

The spatial patterns of the simulated SLP trends vary among different models, in spite of close correlations of the models' leading patterns of interannual (or internal) variability with the observations (Osborn, 2004; Miller et al., 2006). However, at the hemispheric scale of SLP change, the reduction in the Arctic is seen in the multi-model mean (Figure 10.9), although the change is smaller than the inter-model standard deviation. Besides the decrease in the arctic region, increases over the North Pacific and the Mediterranean Sea exceed the inter-model standard deviation; the latter suggests an association with a north-eastward shift of the NAO's centre of action (Hu and Wu, 2004). The diversity of the patterns seems to reflect different responses in the Aleutian Low (Rauthe et al., 2004) in the North Pacific. Yamaguchi and Noda (2006) discuss the modelled response of ENSO versus AO, and find that many models project a positive AO-like change. In the North Pacific at high latitudes, however, the SLP anomalies are incompatible between the El Niño-like change and the positive AO-like

change, because models that project an El Niño-like change over the Pacific simulate a non-AO-like pattern in the polar region. As a result, the present models cannot fully determine the relative importance of the mechanisms inducing the positive AO-like change and those inducing the ENSO-like change, leading to scatter in global warming patterns at regional scales over the North Pacific. Rauthe et al. (2004) suggest that the effects of sulphate aerosols contribute to a deepening of the Aleutian Low resulting in a slower or smaller increase in the AO index.

Analyses of results from various models indicate that the NAM can respond to increasing greenhouse gas concentrations through tropospheric processes (Fyfe et al., 1999; Gillett et al., 2003; Miller et al., 2006). Greenhouse gases can also drive a positive NAM trend through changes in the stratospheric circulation, similar to the mechanism by which volcanic aerosols in the stratosphere force positive annular changes (Shindell et al., 2001). Models with their upper boundaries extending farther into the stratosphere exhibit, on average, a relatively larger increase in the NAM index and respond consistently to the observed volcanic forcing (Figure 10.17a, Miller et al., 2006), implying the importance of the connection between the troposphere and the stratosphere.



**Figure 10.17.** *(a) Multi-model mean of the regression of the leading EOF of ensemble mean Northern Hemisphere sea level pressure (NH SLP, thin red line). The time series of regression coefficients has zero mean between year 1900 and 1970. The thick red line is a 10-year low-pass filtered version of the mean. The grey shading represents the inter-model spread at the 95% confidence level and is filtered. A filtered version of the observed SLP from the Hadley Centre (HadSLP1) is shown in black. The regression coefficient for the winter following a major tropical eruption is marked by red, blue and black triangles for the multi-model mean, the individual model mean and observations, respectively. (b) As in (a) for Southern Hemisphere SLP for models with (red) and without (blue) ozone forcing. Adapted from Miller et al. (2006).*

A plausible explanation for the cause of the upward NAM trend simulated by the models is an intensification of the polar vortex resulting from both tropospheric warming and stratospheric cooling mainly due to the increase in greenhouse gases (Shindell et al., 2001; Sigmond et al., 2004; Rind et al., 2005a). The response may not be linear with the magnitude of radiative forcing (Gillett et al., 2002) since the polar vortex response is attributable to an equatorward refraction of planetary waves (Eichelberger and Holton, 2002) rather than radiative forcing itself. Since the long-term variation in the NAO is closely related to SST variations (Rodwell et al., 1999), it is considered essential that the projection of the changes in the tropical SST (Hoerling et al., 2004; Hurrell et al., 2004) and/or meridional gradient of the SST change (Rind et al., 2005b) is reliable.

The future trend in the Southern Annular Mode (SAM) or the Antarctic Oscillation (AAO) has been projected in a number of model simulations (Gillett and Thompson, 2003; Shindell and Schmidt, 2004; Arblaster and Meehl, 2006; Miller et al., 2006). According to the latest multi-model analysis (Miller et al., 2006), most models indicate a positive trend in the SAM index, and a declining trend in the antarctic SLP (as seen in Figure 10.9), with a higher likelihood than for the future NAM trend. On average, a larger positive trend is projected during the late 20th century by models that include stratospheric ozone changes than those that do not (Figure 10.17b), although during the 21st century, when ozone changes are smaller, the SAM trends of models with and without ozone are similar. The cause of the positive SAM trend in the second half of the 20th century is mainly attributed to stratospheric ozone depletion, evidenced by the fact that the signal is largest in the lower stratosphere in austral spring through summer (Thompson and Solomon, 2002; Arblaster and Meehl, 2006). However, increases in greenhouse gases are also important factors (Shindell and Schmidt, 2004; Arblaster and Meehl, 2006) for the year-round positive SAM trend induced by meridional temperature gradient changes (Brandefelt and Källén, 2004). During the 21st century, although the ozone amount is expected to stabilise or recover, the polar vortex intensification is likely to continue due to the increases in greenhouse gases (Arblaster and Meehl, 2006).

It is implied that the future change in the annular modes leads to modifications of the future change in various fields such as surface temperatures, precipitation and sea ice with regional features similar to those for the modes of natural variability (e.g., Hurrell et al., 2003). For instance, the surface warming in winter would be intensified in northern Eurasia and most of North America while weakened in the western North Atlantic, and winter precipitation would increase in northern Europe while decreasing in southern Europe. The atmospheric circulation change would also affect the ocean circulations. Sakamoto et al. (2005) simulate an intensification of the Kuroshio Current but no shift in the Kuroshio Extension in response to an AO-like circulation change for the 21st century. However, Sato et al. (2006) simulate a northward shift of the Kuroshio Extension, which leads to a strong warming off the eastern coast of Japan.

In summary, the future changes in the extratropical circulation variability are likely to be characterised by increases in positive phases of both the NAM and SAM. The response in the NAM to anthropogenic forcing might not be distinct from the larger multi-decadal internal variability in the first half of the 21st century. The change in the SAM would appear earlier than in the NAM since stratospheric ozone depletion acts as an additional forcing. The positive trends in annular modes would influence the regional changes in temperature, precipitation and other fields, similar to those that accompany the NAM and the SAM in the present climate, but would be superimposed on the global-scale changes in a future warmer climate.

## 10.3.6 Future Changes in Weather and Climate Extremes

Projections of future changes in extremes rely on an increasingly sophisticated set of models and statistical techniques. Studies assessed in this section rely on multi-member ensembles (three to five members) from single models, analyses of multi-model ensembles ranging from 8 to 15 or more AOGCMs, and a perturbed physics ensemble with a single mixed-layer model with over 50 members. The discussion here is intended to identify general characteristics of changes in extremes in a global context. Chapter 3 provides a definition of weather and climate extremes, and Chapter 11 addresses changes in extremes for specific regions.

### 10.3.6.1   Precipitation Extremes

A long-standing result from global coupled models noted in the TAR is a projected increase in the chance of summer drying in the mid-latitudes in a future warmer climate with associated increased risk of drought. This is shown in Figure 10.12, and has been documented in the more recent generation of models (Burke et al., 2006; Meehl et al., 2006b; Rowell and Jones, 2006). For example, Wang (2005) analyse 15 recent AOGCMs and show that in a future warmer climate, the models simulate summer dryness in most parts of the northern subtropics and mid-latitudes, but with a large range in the amplitude of summer dryness across models. Droughts associated with this summer drying could result in regional vegetation die-offs (Breshears et al., 2005) and contribute to an increase in the percentage of land area experiencing drought at any one time, for example, extreme drought increasing from 1% of present-day land area to 30% by the end of the century in the A2 scenario (Burke et al., 2006). Drier soil conditions can also contribute to more severe heat waves as discussed in Section 10.3.6.2 (Brabson et al., 2005).

Associated with the risk of drying is a projected increase in the chance of intense precipitation and flooding. Although somewhat counter-intuitive, this is because precipitation is projected to be concentrated into more intense events, with longer periods of little precipitation in between. Therefore, intense and heavy episodic rainfall events with high runoff amounts are interspersed with longer relatively dry periods with increased evapotranspiration, particularly in the subtropics

**Frequently Asked Question 10.1**

# Are Extreme Events, Like Heat Waves, Droughts or Floods, Expected to Change as the Earth's Climate Changes?

*Yes; the type, frequency and intensity of extreme events are expected to change as Earth's climate changes, and these changes could occur even with relatively small mean climate changes. Changes in some types of extreme events have already been observed, for example, increases in the frequency and intensity of heat waves and heavy precipitation events (see FAQ 3.3).*

In a warmer future climate, there will be an increased risk of more intense, more frequent and longer-lasting heat waves. The European heat wave of 2003 is an example of the type of extreme heat event lasting from several days to over a week that is likely to become more common in a warmer future climate. A related aspect of temperature extremes is that there is likely to be a decrease in the daily (diurnal) temperature range in most regions. It is also likely that a warmer future climate would have fewer frost days (i.e., nights where the temperature dips below freezing). Growing season length is related to number of frost days, and has been projected to increase as climate warms. There is likely to be a decline in the frequency of cold air outbreaks (i.e., periods of extreme cold lasting from several days to over a week) in NH winter in most areas. Exceptions could occur in areas with the smallest reductions of extreme cold in western North America, the North Atlantic and southern Europe and Asia due to atmospheric circulation changes.

In a warmer future climate, most Atmosphere-Ocean General Circulation Models project increased summer dryness and winter wetness in most parts of the northern middle and high latitudes. Summer dryness indicates a greater risk of drought. Along with the risk of drying, there is an increased chance of intense precipitation and flooding due to the greater water-holding capacity of a warmer atmosphere. This has already been observed and is projected to continue because in a warmer world, precipitation tends to be concentrated into more intense events, with longer periods of little precipitation in between. Therefore, intense and heavy downpours would be interspersed with longer relatively dry periods. Another aspect of these projected changes is that wet extremes are projected to become more severe in many areas where mean precipitation is expected to increase, and dry extremes are projected to become more severe in areas where mean precipitation is projected to decrease.

In concert with the results for increased extremes of intense precipitation, even if the wind strength of storms in a future climate did not change, there would be an increase in extreme rainfall intensity. In particular, over NH land, an increase in the likelihood of very wet winters is projected over much of central and northern Europe due to the increase in intense precipitation during storm events, suggesting an increased chance of flooding over Europe and other mid-latitude regions due to more intense rainfall and snowfall events producing more runoff. Similar results apply for summer precipitation, with implications for more flooding in the Asian monsoon region and other tropical areas. The increased risk of floods in a number of major river basins in a future warmer climate has been related to an increase in river discharge with an increased risk of future intense storm-related precipitation events and flooding. Some of these changes would be extensions of trends already underway.

There is evidence from modelling studies that future tropical cyclones could become more severe, with greater wind speeds and more intense precipitation. Studies suggest that such changes may already be underway; there are indications that the average number of Category 4 and 5 hurricanes per year has increased over the past 30 years. Some modelling studies have projected a decrease in the number of tropical cyclones globally due to the increased stability of the tropical troposphere in a warmer climate, characterised by fewer weak storms and greater numbers of intense storms. A number of modelling studies have also projected a general tendency for more intense but fewer storms outside the tropics, with a tendency towards more extreme wind events and higher ocean waves in several regions in association with those deepened cyclones. Models also project a poleward shift of storm tracks in both hemispheres by several degrees of latitude.

as discussed in Section 10.3.6.2 in relation to Figure 10.19 (Frei et al., 1998; Allen and Ingram, 2002; Palmer and Räisänen, 2002; Christensen and Christensen, 2003; Beniston, 2004; Christensen and Christensen, 2004; Pal et al., 2004; Meehl et al., 2005a). However, increases in the frequency of dry days do not necessarily mean a decrease in the frequency of extreme high rainfall events depending on the threshold used to define such events (Barnett et al., 2006). Another aspect of these changes has been related to the mean changes in precipitation, with wet extremes becoming more severe in many areas where mean precipitation increases, and dry extremes where the mean precipitation decreases (Kharin and Zwiers, 2005; Meehl et al., 2005a; Räisänen, 2005a; Barnett et al., 2006). However, analysis of the 53-member perturbed physics ensemble indicates that the change in the frequency of extreme precipitation at an individual location can be difficult to estimate definitively due to model parametrization uncertainty (Barnett et al., 2006). Some specific regional aspects of these changes in precipitation extremes are discussed further in Chapter 11.

Climate models continue to confirm the earlier results that in a future climate warmed by increasing greenhouse gases, precipitation intensity (e.g., proportionately more precipitation per precipitation event) is projected to increase over most regions (Wilby and Wigley, 2002; Kharin and Zwiers, 2005; Meehl et al., 2005a; Barnett et al., 2006), and the increase in precipitation extremes is greater than changes in mean precipitation (Kharin and Zwiers, 2005). As discussed in Chapter 9, this is related to the fact that the energy budget of the atmosphere constrains increases in large-scale mean precipitation, but extreme precipitation relates to increases in moisture content and thus the nonlinearities involved with the Clausius-Clapeyron relationship such that, for a given increase in temperature, increases in extreme precipitation can be more than the mean precipitation increase (e.g., Allen and Ingram, 2002). Additionally, time scale can play a role whereby increases in the frequency of seasonal mean rainfall extremes can be greater than the increases in the frequency of daily extremes (Barnett et al., 2006). The increase in mean and extreme precipitation in various regions has been attributed to contributions from both dynamic and thermodynamic processes associated with global warming (Emori and Brown, 2005). The greater increase in extreme precipitation compared to the mean is attributed to the greater thermodynamic effect on the extremes due to increases in water vapour, mainly over subtropical areas. The thermodynamic effect is important nearly everywhere, but changes in circulation also contribute to the pattern of precipitation intensity changes at middle and high latitudes (Meehl et al., 2005a). Kharin and Zwiers (2005) show that changes in both the location and scale of the extreme value distribution produce increases in precipitation extremes substantially greater than increases in annual mean precipitation. An increase in the scale parameter from the gamma distribution represents an increase in precipitation intensity, and various regions such as the NH land areas in winter showed particularly high values of increased scale parameter (Semenov and Bengtsson, 2002; Watterson and Dix, 2003). Time-slice simulations with a higher-resolution model (~1°) show similar results using changes in the gamma distribution, namely increased extremes in the hydrological cycle (Voss et al., 2002). However, some regional decreases are also projected such as over the subtropical oceans (Semenov and Bengtsson, 2002).

A number of studies have noted the connection between increased rainfall intensity and an implied increase in flooding. McCabe et al. (2001) and Watterson (2005) show a projected increase in extreme rainfall intensity with the extra-tropical surface lows, particularly over NH land, with an implied increase in flooding. In a multi-model analysis of the CMIP models, Palmer and Räisänen (2002) show an increased likelihood of very wet winters over much of central and northern Europe due to an increase in intense precipitation associated with mid-latitude storms, suggesting more floods across Europe (see also Chapter 11). They found similar results for summer precipitation with implications for greater flooding in the Asian monsoon region in a future warmer climate. Similarly, Milly et al. (2002), Arora and Boer (2001) and Voss et al. (2002) relate the increased risk of floods in a number of major river basins in a future warmer climate to an increase in spring river discharge related to increased winter snow depth in some regions. Christensen and Christensen (2003) conclude that there could be an increased risk of summer flooding in Europe.

Globally averaged time series of the Frich et al. (2002) indices in the multi-model analysis of Tebaldi et al. (2006) show simulated increases in precipitation intensity during the 20th century continuing through the 21st century (Figure 10.18a,b), along with a somewhat weaker and less consistent trend of increasing dry periods between rainfall events for all scenarios (Figure 10.18c,d). Part of the reason for these results is shown in the geographic maps for these quantities, where precipitation intensity increases almost everywhere, but particularly at middle and high latitudes where mean precipitation also increases (Meehl et al., 2005a; compare Figure 10.18b to Figure 10.9). However, in Figure 10.18d, there are regions of increased runs of dry days between precipitation events in the subtropics and lower mid-latitudes, but decreased runs of dry days at higher mid-latitudes and high latitudes where mean precipitation increases (compare Figure 10.9 with Figure 10.18d). Since there are areas of both increases and decreases in consecutive dry days between precipitation events in the multi-model average (Figure 10.9), the global mean trends are smaller and less consistent across models as shown in Figure 10.18. Consistency of response in a perturbed physics ensemble with one model shows only limited areas of increased frequency of wet days in July, and a larger range of changes in precipitation extremes relative to the control ensemble mean in contrast to the more consistent response of temperature extremes (Section 10.6.3.2), indicating a less consistent response for precipitation extremes in general compared to temperature extremes (Barnett et al., 2006). Analysis of the Frich et al. (2002) precipitation indices in a 20-km resolution global model shows similar results to those in Figure 10.18, with particularly large increases in precipitation intensity in South Asia and West Africa (Kamiguchi et al., 2005).



**Figure 10.18.** *Changes in extremes based on multi-model simulations from nine global coupled climate models, adapted from Tebaldi et al. (2006). (a) Globally averaged changes in precipitation intensity (defined as the annual total precipitation divided by the number of wet days) for a low (SRES B1), middle (SRES A1B) and high (SRES A2) scenario. (b) Changes in spatial patterns of simulated precipitation intensity between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (c) Globally averaged changes in dry days (defined as the annual maximum number of consecutive dry days). (d) Changes in spatial patterns of simulated dry days between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. Solid lines in (a) and (c) are the 10-year smoothed multi-model ensemble means; the envelope indicates the ensemble mean standard deviation. Stippling in (b) and (d) denotes areas where at least five of the nine models concur in determining that the change is statistically significant. Extreme indices are calculated only over land following Frich et al. (2002). Each model's time series was centred on its 1980 to 1999 average and normalised (rescaled) by its standard deviation computed (after de-trending) over the period 1960 to 2099. The models were then aggregated into an ensemble average, both at the global and at the grid-box level. Thus, changes are given in units of standard deviations.*

### 10.3.6.2    Temperature Extremes

The TAR concluded that there was a very likely risk of increased high temperature extremes (and reduced risk of low temperature extremes) with more extreme heat episodes in a future climate. The latter result has been confirmed in subsequent studies (Yonetani and Gordon, 2001). Kharin and Zwiers (2005) show in a single model that future increases in temperature extremes follow increases in mean temperature over most of the world except where surface properties change (melting snow, drying soil). Furthermore, they show that in most instances warm extremes correspond to increases in daily maximum temperature, but cold extremes warm up faster than daily minimum temperatures, although this result is less consistent when model parameters are varied in a perturbed physics ensemble where there are increased daily temperature maxima for nearly the entire land surface. However, the range in magnitude of increases was substantial indicating a sensitivity to model formulations (Clark et al., 2006).

Weisheimer and Palmer (2005) examine changes in extreme seasonal (DJF and JJA) temperatures in 14 models for three scenarios. They show that by the end of 21st century, the probability of such extreme warm seasons is projected to rise in many areas. This result is consistent with the perturbed physics ensemble where, for nearly all land areas, extreme JJA temperatures were at least 20 times and in some areas 100 times more frequent compared to the control ensemble mean, making these changes greater than the ensemble spread.

Since the TAR, possible future cold air outbreaks have been studied. Vavrus et al. (2006) analyse seven AOGCMs run with the A1B scenario, and define a cold air outbreak as two or more consecutive days when the daily temperatures are at least two standard deviations below the present-day winter mean. For a future warmer climate, they document a 50 to 100% decline in the frequency of cold air outbreaks in NH winter in most areas compared to the present, with the smallest reductions occurring in western North America, the North Atlantic and southern Europe and Asia due to atmospheric circulation changes associated with the increase in greenhouse gases.

No studies at the time of the TAR specifically documented changes in heat waves (very high temperatures over a sustained period of days, see Chapter 3). Several recent studies address possible future changes in heat waves explicitly, and find an increased risk of more intense, longer-lasting and more frequent heat waves in a future climate (Meehl and Tebaldi, 2004; Schär et al., 2004; Clark et al., 2006). Meehl and Tebaldi (2004) show that the pattern of future changes in heat waves, with greatest intensity increases over western Europe, the Mediterranean and the southeast and western USA, is related in part to base state circulation changes due to the increase in greenhouse gases. An additional factor leading to extreme heat is drier soils in a future warmer climate (Brabson et al., 2005; Clark et al., 2006). Schär et al. (2004), Stott et al. (2004) and Beniston (2004) use the European 2003 heat wave as an example of the types of heat waves that are likely to become more common in a future warmer climate. Schär et al. (2004) note that the increase in the frequency of extreme warm conditions is also associated with a change in interannual variability, such that the statistical distribution of mean summer temperatures is not merely shifted towards warmer conditions but also becomes wider. A multi-model ensemble shows that heat waves are simulated to have been increasing over the latter part of the 20th century, and are projected to increase globally and over most regions (Figure 10.19; Tebaldi et al., 2006), although different model parameters can contribute to the range in the magnitude of this response (Clark et al., 2006).

A decrease in DTR in most regions in a future warmer climate was reported in the TAR, and is substantiated by more recent studies (e.g., Stone and Weaver, 2002; also discussed in relation to Figure 10.11b and in Chapter 11). For a quantity related to the DTR, the TAR concluded that it would be likely that a future warmer climate would also be characterised by a decrease in the number of frost days, although there were no studies at that time from global coupled climate models that addressed this issue explicitly. It has since been shown that there would indeed be decreases in frost days in a future warmer climate in the extratropics (Meehl et al., 2004a), with the pattern of the decreases dictated by the changes in atmospheric circulation due to the increase in greenhouse gases (Meehl et al., 2004a). Results from a nine-member multi-model ensemble show simulated decreases in frost days for the 20th century continuing into the 21st century globally and in most regions (Figure 10.19). A quantity related to frost days in many mid- and high-latitude areas, particularly in the NH, is growing season length as defined by Frich et al. (2002), and this has been projected to increase in future climate (Tebaldi et al., 2006). This result is also shown in a nine-member multi-model ensemble where the simulated increase in growing season length in the 20th century continues into the 21st century globally and in most regions (Figure 10.19). The globally averaged extremes indices in Figures 10.18 and 10.19 have non-uniform changes across the scenarios compared to the more consistent relative increases in Figure 10.5 for globally averaged temperature. This indicates that patterns that scale well by radiative forcing for temperature (e.g., Figure 10.8) would not scale for extremes.

### 10.3.6.3   Tropical Cyclones (Hurricanes)

Earlier studies assessed in the TAR showed that future tropical cyclones would likely become more severe with greater wind speeds and more intense precipitation. More recent modelling experiments have addressed possible changes in tropical cyclones in a warmer climate and generally confirmed those earlier results. These studies fall into two categories: those with model grid resolutions that only roughly represent some aspects of individual tropical cyclones, and those with model grids of sufficient resolution to reasonably simulate individual tropical cyclones.

In the first category, a number of climate change experiments with global models have started to simulate some characteristics of individual tropical cyclones, although classes of models with 50 to 100 km resolution or lower cannot accurately simulate observed tropical cyclone intensities due to the limitations of the relatively coarse grid spacing (e.g., Yoshimura et al., 2006). A study with roughly 100-km grid spacing shows a decrease in tropical cyclone frequency globally and in the North Pacific but a regional increase over the North Atlantic and no significant changes in maximum intensity (Sugi et al., 2002). Yoshimura et al. (2006) use the same model but different SST patterns and two different convection schemes, and show a decrease in the global frequency of relatively weak tropical cyclones but no significant change in the frequency of intense storms. They also show that the regional changes are dependent on the SST pattern, and precipitation near the storm centres could increase in the future. Another study using a 50 km resolution model confirms this dependence on SST pattern, and also shows a consistent increase in precipitation intensity in future tropical cyclones (Chauvin et al., 2006). Another global modelling study with roughly a 100-km grid spacing finds a 6% decrease in tropical storms globally and a slight increase in intensity, with both increases and decreases regionally related to the El Niño-like base state response in the tropical Pacific to increased greenhouse gases (McDonald et al., 2005). Another study with the same resolution model indicates decreases in tropical cyclone frequency and intensity but more mean and extreme precipitation from the tropical cyclones simulated in the future in the western north Pacific (Hasegawa and Emori, 2005). An AOGCM analysis with a coarser-resolution atmospheric model (T63, or about 200-km grid spacing) shows little change in overall numbers of tropical storms in that model, but a slight decrease in medium-intensity storms in a warmer climate (Bengtsson et al., 2006). In a global warming simulation with a coarse-resolution atmospheric model (T42, or about 300-km grid spacing), the frequency of global tropical cyclone occurrence did not change significantly, but the mean intensity of the global tropical cyclones increased significantly (Tsutsui, 2002). Thus, from this category of coarser-grid models that can only represent rudimentary aspects of tropical cyclones, there is no consistent evidence for large changes in either frequency or intensity of these models' representation of tropical cyclones, but there is a consistent response of more intense precipitation from future storms in a warmer climate. Also note that the



**Figure 10.19.** *Changes in extremes based on multi-model simulations from nine global coupled climate models, adapted from Tebaldi et al. (2006). (a) Globally averaged changes in the frost day index (defined as the total number of days in a year with absolute minimum temperature below 0°C) for a low (SRES B1), middle (SRES A1B) and high (SRES A2) scenario. (b) Changes in spatial patterns of simulated frost days between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (c) Globally averaged changes in heat waves (defined as the longest period in the year of at least five consecutive days with maximum temperature at least 5°C higher than the climatology of the same calendar day). (d) Changes in spatial patterns of simulated heat waves between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (e) Globally averaged changes in growing season length (defined as the length of the period between the first spell of five consecutive days with mean temperature above 5°C and the last such spell of the year). (f) Changes in spatial patterns of simulated growing season length between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. Solid lines in (a), (c) and (e) show the 10-year smoothed multi-model ensemble means; the envelope indicates the ensemble mean standard deviation. Stippling in (b), (d) and (f) denotes areas where at least five of the nine models concur in determining that the change is statistically significant. Extremes indices are calculated only over land. Frost days and growing season are only calculated in the extratropics. Extremes indices are calculated following Frich et al. (2002). Each model's time series was centred around its 1980 to 1999 average and normalised (rescaled) by its standard deviation computed (after de-trending) over the period 1960 to 2099. The models were then aggregated into an ensemble average, both at the global and at the grid-box level. Thus, changes are given in units of standard deviations.*

decreasing tropical precipitation in future climate in Yoshimura et al. (2006) is for SSTs held fixed as atmospheric $CO_2$ is increased, a situation that does not occur in any global coupled model.

In the second category, studies have been performed with models that have been able to credibly simulate many aspects of tropical cyclones. For example, Knutson and Tuleya (2004) use a high-resolution (down to 9 km) mesoscale hurricane model to simulate hurricanes with intensities reaching about 60 to 70 m s$^{-1}$, depending on the treatment of moist convection in the model. They use mean tropical conditions from nine global climate models with increased $CO_2$ to simulate tropical cyclones with 14% more intense central pressure falls, 6% higher maximum surface wind speeds and about 20% greater near-storm rainfall after an idealised 80-year buildup of $CO_2$ at 1%yr$^{-1}$ compounded (warming given by TCR shown for models in Chapter 8). Using a multiple nesting technique, an AOGCM was used to force a regional model over Australasia and the western Pacific with 125-km grid resolution, with an embedded 30-km resolution model over the south-western Pacific (Walsh et al., 2004). At that 30-km resolution, the model is able to closely simulate the climatology of the observed tropical cyclone lower wind speed threshold of 17 m s$^{-1}$. Tropical cyclone occurrence (in terms of days of tropical cyclone activity) is slightly greater than observed, and the somewhat weaker than observed pressure gradients near the storm centres are associated with lower than observed maximum wind speeds, likely due to the 30-km grid spacing that is too coarse to capture extreme pressure gradients and winds. For 3 × atmospheric $CO_2$ in that model configuration, the simulated tropical cyclones experienced a 56% increase in the number of storms with maximum wind speed greater than 30 m s$^{-1}$ and a 26% increase in the number of storms with central pressures less than 970 hPa, with no large changes in frequency and movement of tropical cyclones for that southwest Pacific region. It should also be noted that ENSO fluctuations have a strong impact on patterns of tropical cyclone occurrence in the southern Pacific (Nguyen and Walsh, 2001), and that uncertainty with respect future ENSO behaviour (Section 10.3.5.1) contributes to uncertainty with respect to tropical cyclones (Walsh, 2004).

In another experiment with a high resolution global model that is able to generate tropical cyclones that begin to approximate real storms, a global 20-km grid atmospheric model was run in time slice experiments for a present-day 10-year period and a 10-year period at the end of the 21st century for the A1B scenario to examine changes in tropical cyclones. Observed climatological SSTs were used to force the atmospheric model for the 10-year period at the end of the 20th century, time-mean SST anomalies from an AOGCM simulation for the future climate were added to the observed SSTs and atmospheric composition was changed in the model to be consistent with the A1B scenario. At that resolution, tropical cyclone characteristics, numbers and tracks were relatively well simulated for present-day climate, although simulated wind speed intensities were somewhat weaker than observed intensities (Oouchi et al., 2006). In that study, tropical

cyclone frequency decreased 30% globally (but increased about 34% in the North Atlantic). The strongest tropical cyclones with extreme surface winds increased in number while weaker storms decreased. The tracks were not appreciably altered, and maximum peak wind speeds in future simulated tropical cyclones increased by about 14% in that model, although statistically significant increases were not found in all basins. As noted above, the competing effects of greater stabilisation of the tropical troposphere (less storms) and greater SSTs (the storms that form are more intense) likely contribute to these changes except for the tropical North Atlantic where there are greater SST increases than in the other basins in that model. Therefore, the SST warming has a greater effect than the vertical stabilisation in the Atlantic and produces not only more storms but also more intense storms. However, these regional changes are largely dependent on the spatial pattern of future simulated SST changes (Yoshimura et al., 2006).

Sugi et al. (2002) show that the global-scale reduction in tropical cyclone frequency is closely related to weakening of tropospheric circulation in the tropics in terms of vertical mass flux. They note that a significant increase in dry static stability in the tropical troposphere and little increase in tropical precipitation (or convective heating) are the main factors contributing to the weakening of the tropospheric circulation. Sugi and Yoshimura (2004) investigate a mechanism of this tropical precipitation change. They show that the effect of $CO_2$ enhancement (without changing SST conditions, which is not realistic as noted above) is a decrease in mean precipitation (Sugi and Yoshimura, 2004) and a decrease in the number of tropical cyclones as simulated in an atmospheric model with about 100 km resolution (Yoshimura and Sugi, 2005). Future changes in the large-scale steering flow as a mechanism to deduce possible changes in tropical cyclone tracks in the western North Pacific (Wu and Wang, 2004) were analysed to show different shifts at different times in future climate change experiments along with a dependence of such shifts on the degree of El Niño-like mean climate change in the Pacific (see Section 10.3.5).

A synthesis of the model results to date indicates that, for a future warmer climate, coarse-resolution models show few consistent changes in tropical cyclones, with results dependent on the model, although those models do show a consistent increase in precipitation intensity in future storms. Higher-resolution models that more credibly simulate tropical cyclones project some consistent increase in peak wind intensities, but a more consistent projected increase in mean and peak precipitation intensities in future tropical cyclones. There is also a less certain possibility of a decrease in the number of relatively weak tropical cyclones, increased numbers of intense tropical cyclones and a global decrease in total numbers of tropical cyclones.

### 10.3.6.4 Extratropical Storms and Ocean Wave Height

The TAR noted that there could be a future tendency for more intense extratropical storms, although the number of storms could be less. A more consistent result that has emerged more

recently, in agreement with earlier results (e.g., Schubert et al., 1998), is a tendency for a poleward shift of several degrees latitude in mid-latitude storm tracks in both hemispheres (Geng and Sugi, 2003; Fischer-Bruns et al., 2005; Yin, 2005; Bengtsson et al., 2006). Consistent with these shifts in storm track activity, Cassano et al. (2006), using a 10-member multi-model ensemble, show a future change to a more cyclonically dominated circulation pattern in winter and summer over the Arctic, and increasing cyclonicity and stronger westerlies in the same multi-model ensemble for the Antarctic (Lynch et al., 2006).

Some studies have shown little change in extratropical cyclone characteristics (Kharin and Zwiers, 2005; Watterson, 2005). But a regional study showed a tendency towards more intense systems, particularly in the A2 scenario in another global coupled climate model analysis (Leckebusch and Ulbrich, 2004), with more extreme wind events in association with those deepened cyclones for several regions of Western Europe, with similar changes in the B2 simulation although less pronounced in amplitude. Geng and Sugi (2003) use a higher-resolution (about 100 km resolution) atmospheric GCM (AGCM) with time-slice experiments and find a decrease in cyclone density (number of cyclones in a 4.5° by 4.5° area per season) in the mid-latitudes of both hemispheres in a warmer climate in both the DJF and JJA seasons, associated with the changes in the baroclinicity in the lower troposphere, in general agreement with earlier results and coarser GCM results (e.g., Dai et al., 2001b). They also find that the density of strong cyclones increases while the density of weak and medium-strength cyclones decreases. Several studies have shown a possible reduction in mid-latitude storms in the NH but a decrease in central pressures in these storms (Lambert and Fyfe, 2006, for a 15-member multi-model ensemble) and in the SH (Fyfe, 2003, with a possible 30% reduction in sub-antarctic cyclones). The latter two studies did not definitively identify a poleward shift of storm tracks, but their methodologies used a relatively coarse grid that may not have been able to detect shifts of several degrees latitude and they used only identification of central pressures which could imply an identification of semi-permanent features like the sub-antarctic trough. More regional aspects of these changes were addressed for the NH in a single model study by Inatsu and Kimoto (2005), who show a more active storm track in the western Pacific in the future but weaker elsewhere. Fischer-Bruns et al. (2005) document storm activity increasing over the North Atlantic and Southern Ocean and decreasing over the Pacific Ocean.

By analysing stratosphere-troposphere exchanges using time-slice experiments with the middle atmosphere version of ECHAM4, Land and Feichter (2003) suggest that cyclonic and blocking activity becomes weaker poleward of 30°N in a warmer climate at least in part due to decreased baroclinicity below 400 hPa, while cyclonic activity becomes stronger in the SH associated with increased baroclinicity above 400 hPa. The atmospheric circulation variability on inter-decadal time scales may also change due to increasing greenhouse gases and aerosols. One model result (Hu et al., 2001) showed that inter-decadal variability of the SLP and 500 hPa height fields increased over the tropics and decreased at high latitudes due to global warming.

In summary, the most consistent results from the majority of the current generation of models show, for a future warmer climate, a poleward shift of storm tracks in both hemispheres that is particularly evident in the SH, with greater storm activity at higher latitudes.

A new feature that has been studied related to extreme conditions over the oceans is wave height. Studies by Wang et al. (2004), Wang and Swail (2006a,b) and Caires et al. (2006) have shown that for many regions of the mid-latitude oceans, an increase in extreme wave height is likely to occur in a future warmer climate. This is related to increased wind speed associated with mid-latitude storms, resulting in higher waves produced by these storms, and is consistent with the studies noted above that showed decreased numbers of mid-latitude storms but more intense storms.

## 10.4 Changes Associated with Biogeochemical Feedbacks and Ocean Acidification

### 10.4.1 Carbon Cycle/Vegetation Feedbacks

As a parallel activity to the standard IPCC AR4 climate projection simulations described in this chapter, the Coupled Climate-Carbon Cycle Model Intercomparison Project (C[4]MIP) supported by WCRP and the International Geosphere-Biosphere Programme (IGBP) was initiated. Eleven climate models with a representation of the land and ocean carbon cycle (see Chapter 7) performed simulations where the model was driven by an anthropogenic $CO_2$ emissions scenario for the 1860 to 2100 time period (instead of an atmospheric $CO_2$ concentration scenario as in the standard IPCC AR4 simulations). Each C[4]MIP model performed two simulations, a 'coupled' simulation where the growth of atmospheric $CO_2$ induces a climate change which affects the carbon cycle, and an 'uncoupled' simulation, where atmospheric $CO_2$ radiative forcing is held fixed at pre-industrial levels, in order to estimate the atmospheric $CO_2$ growth rate that would occur if the carbon cycle was unperturbed by the climate. Emissions were taken from the observations for the historical period (Houghton and Hackler, 2000; Marland et al., 2005) and from the SRES A2 scenario for the future (Leemans et al., 1998).

Chapter 7 describes the major results of the C[4]MIP models in terms of climate impact on the carbon cycle. This section starts from these impacts to infer the feedback effect on atmospheric $CO_2$ and therefore on the climate system. There is unanimous agreement among the models that future climate change will reduce the efficiency of the land and ocean carbon cycle to absorb anthropogenic $CO_2$, essentially owing to a reduction in land carbon uptake. The latter is driven by a combination of

reduced net primary productivity and increased soil respiration of $CO_2$ under a warmer climate. As a result, a larger fraction of anthropogenic $CO_2$ will stay airborne if climate change controls the carbon cycle. By the end of the 21st century, this additional $CO_2$ varies between 20 and 220 ppm for the two extreme models, with most of the models lying between 50 and 100 ppm (Friedlingstein et al., 2006). This additional $CO_2$ leads to an additional radiative forcing of between 0.1 and 1.3 W $m^{-2}$ and hence an additional warming of between 0.1°C and 1.5°C.

All of the C$^4$MIP models simulate a higher atmospheric $CO_2$ growth rate in the coupled runs than in the uncoupled runs. For the A2 emission scenario, this positive feedback leads to a greater atmospheric $CO_2$ concentration (Friedlingstein et al., 2006) as noted above, which is in addition to the concentrations in the standard coupled models assessed in the AR4 (e.g., Meehl et al., 2005b). By 2100, atmospheric $CO_2$ varies between 730 and 1,020 ppm for the C$^4$MIP models, compared with 836 ppm for the standard SRES A2 concentration in the multi-model data set (e.g., Meehl et al., 2005b). This uncertainty due to future changes in the carbon cycle is illustrated in Figure 10.20a where the $CO_2$ concentration envelope of the C$^4$MIP uncoupled simulations is centred on the standard SRES A2 concentration value. The range reflects the uncertainty in the carbon cycle. It should be noted that the standard SRES A2 concentration value of 836 ppm was calculated in the TAR with the Bern carbon cycle-climate model (BERN-CC; Joos et al., 2001) that accounted for the climate-carbon cycle feedback. Parameter sensitivity studies were performed with the BERN-CC model at that time and gave a range of 735 ppm to 1,080 ppm, comparable to the range of the C$^4$MIP study. The effects of climate feedback uncertainties on the carbon cycle have also been considered probabilistically by Wigley and Raper (2001). A later paper (Wigley, 2004) considers individual emissions scenarios, accounting for carbon cycle feedbacks in the same way as Wigley and Raper (2001). The results of these studies are consistent with the more recent C$^4$MIP results. For the A2 scenario considered in C$^4$MIP, the $CO_2$ concentration range in 2100 using the Wigley and Raper model is 769 to 1,088 ppm, compared with 730 to 1,020 ppm in the C$^4$MIP study (which ignored the additional warming effect due to non-$CO_2$ gases). Similarly, using neural networks, Knutti et al. (2003) show that the climate-carbon cycle feedback leads to an increase of about 0.6°C over the central estimate for the SRES A2 scenario and an increase of about 1.5°C for the upper bound of the uncertainty range.

Further uncertainties regarding carbon uptake were addressed with a 14-member multi-model ensemble using the CMIP2 models to quantify contributions to uncertainty from inter-model variability as opposed to internal variability (Berthelot et al., 2002). They found that the AOGCMs with the largest climate sensitivity also had the largest drying of soils in the tropics and thus the largest reduction in carbon uptake.

The C$^4$MIP protocol did not account for the evolution of non-$CO_2$ greenhouse gases and aerosols. In order to compare the C$^4$MIP simulated warming with the IPCC AR4 climate models, the SRES A2 radiative forcings of $CO_2$ alone and total forcing ($CO_2$ plus non-$CO_2$ greenhouse gases and aerosols) as given



**Figure 10.20.** (a) 21st-century atmospheric $CO_2$ concentration as simulated by the 11 C$^4$MIP models for the SRES A2 emission scenario (red) compared with the standard atmospheric $CO_2$ concentration used as a forcing for many IPCC AR4 climate models (black). The standard $CO_2$ concentration values were calculated by the BERN-CC model and are identical to those used in the TAR. For some IPCC-AR4 models, different carbon cycle models were used to convert carbon emissions to atmospheric concentrations. (b) Globally averaged surface temperature change (relative to 2000) simulated by the C$^4$MIP models forced by $CO_2$ emissions (red) compared to global warming simulated by the IPCC AR4 models forced by $CO_2$ concentration (black). The C$^4$MIP global temperature change has been corrected to account for the non-$CO_2$ radiative forcing used by the standard IPCC AR4 climate models.

in Appendix II of the TAR were used. Using these numbers and knowing the climate sensitivity of each C$^4$MIP model, the warming that would have been simulated by the C$^4$MIP models if they had included the non-$CO_2$ greenhouse gases and aerosols can be estimated. For the SRES A2 scenario, these estimates show that the C$^4$MIP range of global temperature increase by the end of the 21st century would be 2.4°C to 5.6°C, compared with 2.6°C to 4.1°C for standard IPCC-AR4 climate models (Figure 10.20b). As a result of a much larger $CO_2$ concentration by 2100 in most of the C$^4$MIP models, the upper estimate of the global warming by 2100 is up to 1.5°C higher than for the standard SRES A2 simulations.

The C$^4$MIP results highlight the importance of coupling the climate system and the carbon cycle in order to simulate, for a

given scenario of $CO_2$ emissions, a climate change that takes into account the dynamic evolution of the Earth's capacity to absorb the $CO_2$ perturbation.

Conversely, the climate-carbon cycle feedback will have an impact on the estimate of the projected $CO_2$ emissions leading to stabilisation of atmospheric $CO_2$ at a given level. The TAR showed the range of future emissions for the Wigley, Richels and Edmonds (WRE; Wigley et al., 1996) stabilisation concentration scenarios, using different model parametrizations (including the climate-carbon feedback, Joos et al., 2001; Kheshgi and Jain,



**Figure 10.21.** (a) Atmospheric $CO_2$ stabilisation scenarios SP1000 (red), SP750 (blue), SP550 (green) and SP450 (black). (b) Compatible annual emissions calculated by three models, the Hadley simple model (Jones et al., 2006; solid), the UVic EMIC (Matthews, 2005; dashed) and the BERN2.5CC EMIC (Joos et al., 2001; Plattner et al., 2001; triangles) for the three stabilisation scenarios without accounting for the impact of climate on the carbon cycle (see Table 8.3 for details of the latter two models). (c) As for (b) but with the climate impact on the carbon cycle accounted for. (d) The difference between (b) and (c) showing the impact of the climate-carbon cycle feedback on the calculation of compatible emissions.

2003). However, the emission reduction due to this feedback was not quantified. Similar to the C[4]MIP protocol, coupled and uncoupled simulations have been recently performed in order to specifically evaluate the impact of climate change on the future $CO_2$ emissions required to achieve stabilisation (Matthews, 2005; Jones et al., 2006). Figure 10.21 shows the emissions required to achieve $CO_2$ stabilisation for the stabilisation profiles SP450, SP550, SP750 and SP1000 (SP450 refers to stabilisation at a $CO_2$ concentration of 450 ppm, etc.) as simulated by three climate-carbon cycle models. As detailed above, the climate-carbon cycle feedback reduces the land and ocean uptake of $CO_2$, leading to a reduction in the emissions compatible with a given atmospheric $CO_2$ stabilisation pathway. The higher the stabilisation scenario, the larger the climate change, the larger the impact on the carbon cycle, and hence the larger the emission reduction relative to the case without climate-carbon cycle feedback. For example, stabilising atmospheric $CO_2$ at 450 ppm, which will likely result in a global equilibrium warming of 1.4°C to 3.1°C, with a best guess of about 2.1°C, would require a reduction of current annual greenhouse gas emissions by 52 to 90% by 2100. Positive carbon cycle feedbacks (i.e., reduced ocean and terrestrial carbon uptake caused by the warming) reduce the total (cumulative) emissions over the 21st century compatible with a stabilisation of $CO_2$ concentration at 450 ppm by 105 to 300 GtC relative to a hypothetical case where the carbon cycle does not respond to temperature. The uncertainty regarding the strength of the climate-carbon cycle feedback highlighted in the C[4]MIP analysis is also evident in Figure 10.21. For higher stabilisation scenarios such as SP550, SP750 and SP1000, the larger warming (2.9°C, 4.3°C and 5.5°C, respectively) requires an increasingly larger reduction (130 to 425 GtC, 160 to 500 GtC and 165 to 510 GtC, respectively) in the cumulated compatible emissions.

The current uncertainty involving processes driving the land and ocean carbon uptake will translate into an uncertainty in the future emissions of $CO_2$ required to achieve stabilisation. In Figure 10.22, the carbon-cycle related uncertainty is addressed using the BERN2.5CC carbon cycle EMIC (Joos et al., 2001; Plattner et al., 2001; see Table 8.3 for model details) and the series of S450 to SP1000 $CO_2$ stabilisation scenarios. The range of emission uncertainty was derived using identical assumptions as made in the TAR, varying ocean transport parameters and parametrizations describing the cycling of carbon through the terrestrial biosphere. Results are thus very closely comparable, and the small differences can be largely explained by the different $CO_2$ trajectories and the use of a dynamic ocean model here compared to the TAR.

The model results confirm that for stabilisation of atmospheric $CO_2$, emissions need to be reduced well below year 2000 values in all scenarios. This is true for the full range of simulations covering carbon cycle uncertainty, even including the upper bound, which is based on rather extreme assumptions of terrestrial carbon cycle processes.

Cumulative emissions for the period from 2000 to 2100 (to 2300) range between 596 GtC (933 GtC) for SP450, and 1,236 GtC (3,052 GtC) for SP1000. The emission uncertainty varies



**Figure 10.22.** *Projected CO$_2$ emissions leading to stabilisation of atmospheric CO$_2$ concentrations at different levels and the effect of uncertainty in carbon cycle processes on calculated emissions. Panel (a) shows the assumed trajectories of CO$_2$ concentration (SP scenarios)(Knutti et al., 2005); (b) and (c) show the implied CO$_2$ emissions, as projected with the Bern2.5CC EMIC (Joos et al., 2001; Plattner et al., 2001). The ranges given in (b) for each of the SP scenarios represent effects of different model parametrizations and assumptions illustrated for scenario SP550 in panel (c) (range for 'CO$_2$ + climate'). The upper and lower bounds in (b) are indicated by the top and bottom of the shaded areas. Alternatively, the lower bound (where hidden) is indicated by a dashed line. Panel (c) illustrates emission ranges and sensitivities for scenario SP550.*

between –26 and +28% about the reference cases in year 2100 and between –26 and +34% in year 2300, increasing with time. The range of uncertainty thus depends on the magnitude of the CO$_2$ stabilisation level and the induced climate change. The additional uncertainty in projected emissions due to uncertainty in climate sensitivity is illustrated by two additional simulations with 1.5°C and 4.5°C climate sensitivities (see Box 10.2). The resulting emissions for this range of climate sensitivities lie within the range covered by the uncertainty in processes driving the carbon cycle.

Both the standard IPCC-AR4 and the C$^4$MIP models ignore the effect of land cover change in future projections. However, as described in Chapters 2 and 7, past and future changes in land cover may affect the climate through several processes. First, they may change surface characteristics such as albedo. Second, they may affect the ratio of latent to sensible heat and therefore affect surface temperature. Third, they may induce additional CO$_2$ emissions from the land. Fourth, they can affect the capacity of the land to take up atmospheric CO$_2$. So far, no comprehensive coupled AOGCM has addressed these four components all together. Using AGCMs, DeFries et al. (2004) studied the impact of future land cover change on the climate, while Maynard and Royer (2004) performed a similar experiment on Africa only. DeFries et al. (2002) forced the Colorado State University GCM (Randall et al., 1996) with Atmospheric Model Intercomparison Project (AMIP) climatological sea surface temperatures and with either the present-day vegetation cover or a 2050 vegetation map adapted from a low-growth scenario of the Integrated Model to Assess the Global Environment (IMAGE-2; Leemans et al., 1998). The study finds that in the tropics and subtropics, replacement of forests by grassland or cropland leads to a reduction in carbon assimilation, and therefore in latent heat flux. The latter reduction leads to a surface warming of up to 1.5°C in deforested tropical regions. Using the ARPEGE-Climat AGCM (Déqué et al., 1994) with a higher resolution over Africa, Maynard et al. (2002) performed two experiments, one simulation with 2 ×atmospheric CO$_2$ SSTs taken from a previous ARPEGE transient SRES B2 simulation and present-day vegetation, and one with the same SSTs but the vegetation taken from a SRES B2 simulation of the IMAGE-2 model (Leemans et al., 1998). Similar to DeFries et al. (2002), they find that future deforestation in tropical Africa leads to a redistribution of latent and sensible heat that leads to a warming of the surface. However, this warming is relatively small (0.4°C) and represents about 20% of the warming due to the atmospheric CO$_2$ doubling.

Two recent studies further investigated the relative roles of future changes in greenhouse gases compared with future changes in land cover. Using a similar model design as Maynard and Royer (2004), Voldoire (2006) compared the climate change simulated under a 2050 SRES B2 greenhouse gases scenario to the one under a 2050 SRES B2 land cover change scenario. They show that the relative impact of vegetation change compared to greenhouse gas concentration increase is of the order of 10%, and can reach 30% over localised tropical regions. In a more comprehensive study, Feddema et al. (2005) applied the same

methodology for the SRES A2 and B1 scenario over the 2000 to 2100 period. Similarly, they find no significant effect at the global scale, but a potentially large effect at the regional scale, such as a warming of 2°C by 2100 over the Amazon for the A2 land cover change scenario, associated with a reduction in the DTR. The general finding of these studies is that the climate change due to land cover changes may be important relative to greenhouse gases at the regional level, where intense land cover change occurs. Globally, the impact of greenhouse gas concentrations dominates over the impact of land cover change.

### 10.4.2  Ocean Acidification Due to Increasing Atmospheric Carbon Dioxide

Increasing atmospheric $CO_2$ concentrations lower oceanic pH and carbonate ion concentrations, thereby decreasing the saturation state with respect to calcium carbonate (Feely et al., 2004). The main driver of these changes is the direct geochemical effect due to the addition of anthropogenic $CO_2$ to the surface ocean (see Box 7.3). Surface ocean pH today is already 0.1 unit lower than pre-industrial values (Section 5.4.2.3). In the multi-model median shown in Figure 10.23, pH is projected to decrease by another 0.3 to 0.4 units under the IS92a scenario by 2100. This translates into a 100 to 150% increase in the concentration of $H^+$ ions (Orr et al., 2005). Simultaneously, carbonate ion concentrations will decrease. When water is undersaturated with respect to calcium carbonate, marine organisms can no longer form calcium carbonate shells (Raven et al., 2005).

Under scenario IS92a, the multi-model projection shows large decreases in pH and carbonate ion concentrations throughout the world oceans (Orr et al., 2005; Figures 10.23 and 10.24). The decrease in surface carbonate ion concentration is found to be largest at low and mid-latitudes, although undersaturation is projected to occur at high southern latitudes first (Figure 10.24). The present-day surface saturation state is strongly influenced by temperature, and is lowest at high latitudes, with minima in the Southern Ocean. The model simulations project that undersaturation will be reached in a few decades. Therefore, conditions detrimental to high-latitude ecosystems could develop within decades, not centuries as suggested previously (Orr et al., 2005).

While the projected changes are largest at the ocean surface, the penetration of anthropogenic $CO_2$ into the ocean interior will alter the chemical composition over the 21st century down to several thousand metres, albeit with substantial regional differences (Figure 10.23). The total volume of water in the ocean that is undersaturated with regard to calcite (not shown) or aragonite, a meta-stable form of calcium carbonate, increases substantially as atmospheric $CO_2$ concentrations continue to rise (Figure 10.23). In the multi-model projections, the aragonite saturation horizon (i.e., the 100% line separating over- and undersaturated regions) reaches the surface in the Southern Ocean by about 2050 and substantially shoals by 2100 in the South Pacific (by >1,000 m) and throughout the Atlantic (between 800 m and 2,200 m).

Ocean acidification could thus conceivably lead to undersaturation and dissolution of calcium carbonate in parts of the surface ocean during the 21st century, depending on the evolution of atmospheric $CO_2$ (Orr et al., 2005). Southern Ocean surface water is projected to become undersaturated with respect to aragonite at a $CO_2$ concentration of approximately 600 ppm. This concentration threshold is largely independent of emission scenarios.

Uncertainty in these projections due to potential future climate change effects on the ocean carbon cycle (mainly through changes in temperature, ocean stratification and marine biological production and re-mineralization; see Box 7.3) are small compared to the direct effect of rising atmospheric $CO_2$ from anthropogenic emissions. Orr et al. (2005) estimate that 21st century climate change could possibly counteract less than 10% of the projected direct geochemical changes. By far the largest uncertainty in the future evolution of these ocean interior changes is thus associated with the future pathway of atmospheric $CO_2$.

### 10.4.3  Simulations of Future Evolution of Methane, Ozone and Oxidants

Simulations using coupled chemistry-climate models indicate that the trend in upper-stratospheric ozone changes sign sometime between 2000 and 2005 due to the gradual reduction in halocarbons. While ozone concentrations in the upper stratosphere decreased at a rate of 400 ppb (–6%) per decade during 1980 to 2000, they are projected to increase at a rate of 100 ppb (1 to 2%) per decade from 2000 to 2020 (Austin and Butchart, 2003). On longer time scales, simulations show significant changes in ozone and $CH_4$ relative to current concentrations. The changes are related to a variety of factors, including increased emissions of chemical precursors, changes in gas-phase and heterogeneous chemistry, altered climate conditions due to global warming and greater transport and mixing across the tropopause. The impacts on $CH_4$ and ozone from increased emissions are a direct effect of anthropogenic activity, while the impacts of different climate conditions and stratosphere-troposphere exchange represent indirect effects of these emissions (Grewe et al., 2001).

The projections for ozone based upon scenarios with high emissions (IS92a; Leggett et al., 1992) and SRES A2 (Nakićenović and Swart, 2000) indicate that concentrations of tropospheric ozone might increase throughout the 21st century, primarily as a result of these emissions. Simulations for the period 2015 through 2050 project increases in ozone of 20 to 25% (Grewe et al., 2001; Hauglustaine and Brasseur, 2001), and simulations through 2100 indicate that ozone below 250 mb may grow by 40 to 60% (Stevenson et al., 2000; Grenfell et al., 2003; Zeng and Pyle, 2003; Hauglustaine et al., 2005; Yoshimura et al., 2006). The primary species contributing to the increase in tropospheric ozone are anthropogenic emissions of $NO_x$, $CH_4$, CO and compounds from fossil fuel combustion. The photochemical reactions that produce smog are accelerated by increases of 2.6 times the present flux of $NO_x$, 2.5 times the

Global Climate Projections                                                                                Chapter 10



**Figure 10.23.** *Multi-model median for projected levels of saturation (%) with respect to aragonite, a meta-stable form of calcium carbonate, over the 21st century from the Ocean Carbon-Cycle Model Intercomparison Project (OCMIP-2) models (adapted from Orr et al., 2005). Calcium carbonate dissolves at levels below 100%. Surface maps (left) and combined Pacific/Atlantic zonal mean sections (right) are given for scenario IS92a as averages over three time periods: 2011 to 2030 (top), 2045 to 2065 (middle) and 2080 to 2099 (bottom). Atmospheric $CO_2$ concentrations for these three periods average 440, 570 and 730 ppm, respectively. Latitude-depth sections start in the North Pacific (at the left border), extend to the Southern Ocean Pacific section and return through the Southern Ocean Atlantic section to the North Atlantic (right border). At 100%, waters are saturated (solid black line - the aragonite saturation horizon); values larger than 100% indicate super-saturation; values lower than 100% indicate undersaturation. The observation-based (Global Ocean Data Analysis Project; GLODAP) 1994 saturation horizon (solid white line) is also shown to illustrate the projected changes in the saturation horizon compared to the present.*



**Figure 10.24.** *Changes in global average surface pH and saturation state with respect to aragonite in the Southern Ocean under various SRES scenarios. Time series of (a) atmospheric $CO_2$ for the six illustrative SRES scenarios, (b) projected global average surface pH and (c) projected average saturation state in the Southern Ocean from the BERN2.5D EMIC (Plattner et al., 2001). The results for the SRES scenarios A1T and A2 are similar to those for the non-SRES scenarios S650 and IS92a, respectively. Modified from Orr et al. (2005).*

al., 2005), in particular isoprene emitted by broadleaf forests. Under the A2 scenario, biogenic hydrocarbons are projected to increase by between 27% (Sanderson et al., 2003) and 59% (Hauglustaine et al., 2005) contributing to a 30 to 50% increase in ozone formation over northern continental regions.

Developing countries have begun reducing emissions from mobile sources through stricter standards. New projections of the evolution of ozone precursors that account for these reductions have been developed with the Regional Air Pollution Information and Simulation (RAINS) model (Amann et al., 2004). One set of projections is consistent with source strengths permitted under the Current Legislation (CLE) scenario. A second set of projections is consistent with lower emissions under a Maximum Feasible Reduction (MFR) scenario. The concentrations of ozone and $CH_4$ have been simulated for the MFR, CLE and A2 scenarios for the period 2000 through 2030 using an ensemble of 26 chemical transport models (Dentener et al., 2006; Stevenson et al., 2006). The changes in $NO_x$ emissions for these three scenarios are –27%, +12% and +55%, respectively, relative to year 2000. The corresponding changes in ensemble-mean burdens in tropospheric ozone are –5%, +6% and +18% for the MFR, CLE and A2 scenarios, respectively. There are substantial inter-model differences of order ±25% in these results. The ozone decreases throughout the troposphere in the MFR scenario, but the zonal annual mean concentrations increase by up to 6 ppb in the CLE scenario and by typically 6 to 10 ppb in the A2 scenario (Supplementary Material, Figure S10.2).

The radiative forcing by the combination of ozone and $CH_4$ changes by –0.05, 0.18, and 0.30 W m$^{-2}$ for the MFR, CLE and A2 scenarios, respectively. These projections indicate that the growth in tropospheric ozone between 2000 and 2030 could be reduced or reversed depending on emission controls.

The major issues in the fidelity of these simulations for future tropospheric ozone are the sensitivities to the representation of the stratospheric production, destruction and transport of ozone and the exchange of species between the stratosphere and troposphere. Few of the models include the effects of non-methane hydrocarbons (NMHCs), and the sign of the effects of NMHCs on ozone are not consistent among the models that do (Hauglustaine and Brasseur, 2001; Grenfell et al., 2003).

The effect of more stratosphere-troposphere exchange (STE) in response to climate change is projected to increase the concentrations of ozone in the upper troposphere due to the much greater concentrations of ozone in the lower stratosphere than in the upper troposphere. While the sign of the effect is consistent in recent simulations, the magnitude of the change in STE and its effects on ozone are very model dependent. In a simulation forced by the SRES A1FI scenario, Collins et al. (2003) project that the downward flux of ozone increases by 37% from the 1990s to the 2090s. As a result, the concentration of ozone in the upper troposphere at mid-latitudes increases by 5 to 15%. For the A2 scenarios, projections of the increase in ozone by 2100 due to STE range from 35% (Hauglustaine et al., 2005) to 80% (Sudo et al., 2003; Zeng and Pyle, 2003). The increase in STE is driven by increases in the descending

present flux of $CH_4$ and 1.8 times the present flux of CO in the A2 scenario. Between 91 and 92% of the higher concentrations in ozone are related to direct effects of these emissions, with the remainder of the increase attributable to secondary effects of climate change (Zeng and Pyle, 2003) combined with biogenic precursor emissions (Hauglustaine et al., 2005). These emissions may also lead to higher concentrations of oxidants including the hydroxyl radical (OH), possibly leading to an 8% reduction in the lifetime of tropospheric $CH_4$ (Grewe et al., 2001).

Since the projected growth in emissions occurs primarily in low latitudes, the ozone increases are largest in the tropics and subtropics (Grenfell et al., 2003). In particular, the concentrations in Southeast Asia, India and Central America increase by 60 to 80% by 2050 under the A2 scenario. However, the effects of tropical emissions are not highly localised, since the ozone spreads throughout the lower atmosphere in plumes emanating from these regions. As a result, the ozone in remote marine regions in the SH may grow by 10 to 20% over present-day levels by 2050. The ozone may also be distributed through vertical transport in tropical convection followed by lateral transport on isentropic surfaces. Ozone concentrations can also be increased by emissions of biogenic hydrocarbons (e.g., Hauglustaine et

branches of the Brewer-Dobson Circulation at mid-latitudes and is caused by changes in meridional temperature gradients in the upper troposphere and lower stratosphere (Rind et al., 2001). The effects of the enhanced STE are sensitive to the simulation of processes in the stratosphere, including the effects of lower temperatures and the evolution of chlorine, bromine and $NO_x$ concentrations. Since the greenhouse effect of ozone is largest in the upper troposphere, the treatment of STE remains a significant source of uncertainty in the calculation of the total greenhouse effect of tropospheric ozone.

The effects of climate change, in particular increased tropospheric temperatures and water vapour, tend to offset some of the increase in ozone driven by emissions. The higher water vapour is projected to offset the increase in ozone by between 10% (Hauglustaine et al., 2005) and 17% (Stevenson et al., 2000). The water vapour both decelerates the chemical production and accelerates the chemical destruction of ozone. The photochemical production depends on the concentrations of $NO_y$ (reactive odd nitrogen), and the additional water vapour causes a larger fraction of $NO_y$ to be converted to nitric acid, which can be efficiently removed from the atmosphere in precipitation (Grewe et al., 2001). The water vapour also increases the concentrations of OH through reaction with the oxygen radical in the 1D excited state ($O(^1D)$), and the removal of $O(^1D)$ from the atmosphere slows the formation of ozone. The increased concentrations of OH and the increased rates of $CH_4$ oxidation with higher temperature further reduce the lifetime of tropospheric $CH_4$ by 12% by 2100 (Stevenson et al., 2000; Johnson et al., 2001). Decreases in $CH_4$ concentrations also tend to reduce tropospheric ozone (Stevenson et al., 2000).

Recent measurements show that $CH_4$ growth rates have declined and were negative for several years in the early 21st century (see Section 2.3.2). The observed rate of increase of 0.8 ppb yr$^{-1}$ for the period 1999 to 2004 is considerably less than the rate of 6 ppb yr$^{-1}$ assumed in all the SRES scenarios for the period 1990 to 2000 (Nakićenović and Swart, 2000; TAR Appendix II). Recent studies (Dentener et al., 2005) have considered lower emission scenarios (see above) that take account of new pollution control techniques adopted in major developing countries. In the CLE scenario, emissions of $CH_4$ are comparable to the B2 scenario and increase from 340 Tg yr$^{-1}$ in 2000 to 450 Tg yr$^{-1}$ in 2030. The $CH_4$ concentrations increase from 1,750 ppb in 2000 to between 2,090 and 2,200 ppb in 2030 under this scenario. In the MFR scenario, the emissions are sufficiently low that the concentrations in 2030 are unchanged at 1,750 ppb. Under these conditions, the changes in radiative forcing due to $CH_4$ between the 1990s and 2020s are less than 0.01 W m$^{-2}$.

Current understanding of the magnitude and variation of $CH_4$ sources and sinks is covered in Section 7.4, where it is noted that there are substantial uncertainties although the modelling has progressed. There is some evidence for a coupling between climate and wetland emissions. For example, calculations using atmospheric concentrations and small-scale emission measurements as input differ by 60% (Shindell and Schmidt, 2004). Concurrent changes in natural sources of $CH_4$ are now being estimated to first order using simple models of the biosphere coupled to AOGCMs. Simulations of the response of wetlands to climate change from doubling atmospheric $CO_2$ show that wetland emissions increase by 78% (Shindell and Schmidt, 2004). Most of this effect is caused by growth in the flux of $CH_4$ from existing tropical wetlands. The increase would be equivalent to approximately 20% of current inventories and would contribute an additional 430 ppb to atmospheric concentrations. Global radiative forcing would increase by approximately 4 to 5% from the effects of wetland emissions by 2100 (Gedney et al., 2004).

### 10.4.4 Simulations of Future Evolution of Major Aerosol Species

The time-dependent evolution of major aerosol species and the interaction of these species with climate represent some of the major sources of uncertainty in projections of climate change. An increasing number of AOGCMs have included multiple types of tropospheric aerosols including sulphates, nitrates, black and organic carbon, sea salt and soil dust. Of the 23 models represented in the multi-model ensemble of climate-change simulations for IPCC AR4, 13 include other tropospheric species besides sulphates. Of these, seven have the non-sulphate species represented with parametrizations that interact with the remainder of the model physics. Nitrates are treated in just two of the models in the ensemble. Recent projections of nitrate and sulphate loading under the SRES A2 scenario suggest that forcing by nitrates may exceed forcing by sulphates by the end of the 21st century (Adams et al., 2001). This result is of course strongly dependent upon the evolution of precursor emissions for these aerosol species.

The black and organic carbon aerosols in the atmosphere include a very complex system of primary organic aerosols (POA) and secondary organic aerosols (SOA), which are formed by oxidation of biogenic VOCs. The models used for climate projections typically use highly simplified bulk parametrizations for POA and SOA. More detailed parametrizations for the formation of SOA that trace oxidation pathways have only recently been developed and used to estimate the direct radiative forcing by SOA for present-day conditions (Chung and Seinfeld, 2002). The forcing by SOA is an emerging issue for simulations of present-day and future climate since the rate of chemical formation of SOA may be 60% or more of the emissions rate for primary carbonaceous aerosols (Kanakidou et al., 2005). In addition, two-way coupling between reactive chemistry and tropospheric aerosols has not been explored comprehensively in climate change simulations. Unified models that treat tropospheric ozone-$NO_x$-hydrocarbon chemistry, aerosol formation, heterogeneous processes in clouds and on aerosols, and gas-phase photolysis have been developed and applied to the current climate (Liao et al., 2003). However, these unified models have not yet been used extensively to study the evolution of the chemical state of the atmosphere under future scenarios.

The interaction of soil dust with climate is under active investigation. Whether emissions of soil dust aerosols increase or decrease in response to changes in atmospheric state and circulation is still unresolved (Tegen et al., 2004a). Several recent studies have suggested that the total surface area where dust can be mobilised will decrease in a warmer climate with higher concentrations of $CO_2$ (e.g., Harrison et al., 2001). The net effects of reductions in dust emissions from natural sources combined with land use change could potentially be significant but have not been systematically modelled as part of climate change assessment.

Uncertainty regarding the scenario simulations is compounded by inherently unpredictable natural forcings from future volcanic eruptions and solar variability. The eruptions that produce climatologically significant forcing represent just the extremes of global volcanic activity (Naveau and Ammann, 2005). Global simulations can account for the effects of future natural forcings using stochastic representations based upon prior eruptions and variations in solar luminosity. The relative contribution of these forcings to the projections of global mean temperature anomalies are largest in the period up to 2030 (Stott and Kettleborough, 2002).

## 10.5   Quantifying the Range of Climate Change Projections

### 10.5.1   Sources of Uncertainty and Hierarchy of Models

Uncertainty in predictions of anthropogenic climate change arises at all stages of the modelling process described in Section 10.1. The specification of future emissions of greenhouse gases, aerosols and their precursors is uncertain (e.g., Nakićenović and Swart, 2000). It is then necessary to convert these emissions into concentrations of radiatively active species, calculate the associated forcing and predict the response of climate system variables such as surface temperature and precipitation (Figure 10.1). At each step, uncertainty in the true signal of climate change is introduced both by errors in the representation of Earth system processes in models (e.g., Palmer et al., 2005) and by internal climate variability (e.g., Selten et al., 2004). The effects of internal variability can be quantified by running models many times from different initial conditions, provided that simulated variability is consistent with observations. The effects of uncertainty in the knowledge of Earth system processes can be partially quantified by constructing ensembles of models that sample different parametrizations of these processes. However, some processes may be missing from the set of available models, and alternative parametrizations of other processes may share common systematic biases. Such limitations imply that distributions of future climate responses from ensemble simulations are themselves subject to uncertainty (Smith, 2002), and would be wider were uncertainty

due to structural model errors accounted for. These distributions may be modified to reflect observational constraints expressed through metrics of the agreement between the observed historical climate and the simulations of individual ensemble members, for example through Bayesian methods (see Chapter 9 Supplementary Material, Appendix 9.B). In this case, the choice of observations and their associated errors introduce further sources of uncertainty. In addition, some sources of future radiative forcing are yet to be accounted for in the ensemble projections, including those from land use change, variations in solar and volcanic activity (Kettleborough et al., 2007), and $CH_4$ release from permafrost or ocean hydrates (see Section 8.7).

A spectrum or hierarchy of models of varying complexity has been developed (Claussen et al., 2002; Stocker and Knutti, 2003) to assess the range of future changes consistent with the understanding of known uncertainties. Simple climate models (SCMs) typically represent the ocean-atmosphere system as a set of global or hemispheric boxes, predicting global surface temperature using an energy balance equation, a prescribed value of climate sensitivity and a basic representation of ocean heat uptake (see Section 8.8.2). Their role is to perform comprehensive analyses of the interactions between global variables, based on prior estimates of uncertainty in their controlling parameters obtained from observations, expert judgement and from tuning to complex models. By coupling SCMs to simple models of biogeochemical cycles they can be used to extrapolate the results of AOGCM simulations to a wide range of alternative forcing scenarios (e.g., Wigley and Raper, 2001; see Section 10.5.3).

Compared to SCMs, EMICs include more of the processes simulated in AOGCMs, but in a less detailed, more highly parametrized form (see Section 8.8.3), and at coarser resolution. Consequently, EMICs are not suitable for quantifying uncertainties in regional climate change or extreme events, however they can be used to investigate the large-scale effects of coupling between multiple Earth system components in large ensembles or long simulations (e.g., Forest et al., 2002; Knutti et al., 2002), which is not yet possible with AOGCMs due to their greater computational expense. Some EMICs therefore include modules such as vegetation dynamics, the terrestrial and ocean carbon cycles and atmospheric chemistry (Plattner et al., 2001; Claussen et al., 2002), filling a gap in the spectrum of models between AOGCMs and SCMs. Thorough sampling of parameter space is computationally feasible for some EMICs (e.g., Stocker and Schmittner, 1997; Forest et al., 2002; Knutti et al., 2002), as for SCMs (Wigley and Raper, 2001), and is used to obtain probabilistic projections (see Section 10.5.4.5). In some EMICs, climate sensitivity is an adjustable parameter, as in SCMs. In other EMICs, climate sensitivity is dependent on multiple model parameters, as in AOGCMs. Probabilistic estimates of climate sensitivity and TCR from SCMs and EMICs are assessed in Section 9.6 and compared with estimates from AOGCMs in Box 10.2.

The high resolution and detailed parametrizations in AOGCMs enable them to simulate more comprehensively the

## Box 10.2: Equilibrium Climate Sensitivity

The likely range[1] for equilibrium climate sensitivity was estimated in the TAR (Technical Summary, Section F.3; Cubasch et al., 2001) to be 1.5°C to 4.5°C. The range was the same as in an early report of the National Research Council (Charney, 1979), and the two previous IPCC assessment reports (Mitchell et al., 1990; Kattenberg et al., 1996). These estimates were expert assessments largely based on equilibrium climate sensitivities simulated by atmospheric GCMs coupled to non-dynamic slab oceans. The mean ±1 standard deviation values from these models were 3.8°C ± 0.78°C in the SAR (17 models), 3.5°C ± 0.92°C in the TAR (15 models) and in this assessment 3.26°C ± 0.69°C (18 models).

Considerable work has been done since the TAR (IPCC, 2001) to estimate climate sensitivity and to provide a better quantification of relative probabilities, including a most likely value, rather than just a subjective range of uncertainty. Since climate sensitivity of the real climate system cannot be measured directly, new methods have been used since the TAR to establish a relationship between sensitivity and some observable quantity (either directly or through a model), and to estimate a range or probability density function (PDF) of climate sensitivity consistent with observations. These methods are summarised separately in Chapters 9 and 10, and here we synthesize that information into an assessment. The information comes from two main categories: constraints from past climate change on various time scales, and the spread of results for climate sensitivity from ensembles of models.

The first category of methods (see Section 9.6) uses the historical transient evolution of surface temperature, upper air temperature, ocean temperature, estimates of the radiative forcing, satellite data, proxy data over the last millennium, or a subset thereof to calculate ranges or PDFs for sensitivity (e.g., Wigley et al., 1997b; Tol and De Vos, 1998; Andronova and Schlesinger, 2001; Forest et al., 2002; Gregory et al., 2002a; Harvey and Kaufmann, 2002; Knutti et al., 2002, 2003; Frame et al., 2005; Forest et al., 2006; Forster and Gregory, 2006; Hegerl et al., 2006). A summary of all PDFs of climate sensitivity from those methods is shown



**Box 10.2, Figure 1.** (a) PDFs or frequency distributions constrained by the transient evolution of the atmospheric temperature, radiative forcing and ocean heat uptake, (b) as in (a) and (b) but 5 to 95% ranges, medians (circles) and maximum probabilities (triangles), (c) and (d) as in (a) but using constraints from present-day climatology, and (e) and (f) unweighted or fitted distributions from different models or from perturbing parameters in a single model. Distributions in (e) and (f) should not be strictly interpreted as PDFs. See Chapter 9 text, Figure 9.20 and Table 9.3 for details. Note that Annan et al. (2005b) only provide an upper but no lower bound. All PDFs are truncated at 10°C for consistency, some are shown for different prior distributions than in the original studies, and ranges may differ from numbers reported in individual studies.

in Figure 9.20 and in Box 10.2, Figure 1a. Median values, most likely values (modes) and 5 to 95% uncertainty ranges are shown in Box 10.2, Figure 1b for each PDF. Most of the results confirm that climate sensitivity is very unlikely below 1.5°C. The upper bound is more difficult to constrain because of a nonlinear relationship between climate sensitivity and the observed transient response, and is further hampered by the limited length of the observational record and uncertainties in the observations, which are particularly large for ocean heat uptake and for the magnitude of the aerosol radiative forcing. Studies that take all the important known uncertainties in observed historical trends into account cannot rule out the possibility that climate sensitivity exceeds 4.5°C, although such high values are consistently found to be less likely than values of around 2.0°C to 3.5°C. Observations of transient climate change provide better constraints for the TCR (see Section 9.6.1.3).

Two recent studies use a modelled relation between climate sensitivity and tropical SSTs in the Last Glacial Maximum (LGM) and proxy records of the latter to estimate ranges of climate sensitivity (Annan et al., 2005b; Schneider von Deimling et al., 2006; see

*(continued)*

---

[1] Though the TAR Technical Summary attached 'likely' to the 1.5°C - 4.5°C range, the word 'likely' was used there in a general sense rather than in a specific calibrated sense. No calibrated confidence assessment was given in either the Summary for Policymakers or in Chapter 9 of the TAR, and no probabilistic studies on climate sensitivity were cited in Chapter 9 where the range was assessed.

Section 9.6). While both of these estimates overlap with results from the instrumental period and results from other AOGCMS, the results differ substantially due to different forcings and the different relationships between LGM SSTs and sensitivity in the models used. Therefore, LGM proxy data provide support for the range of climate sensitivity based on other lines of evidence.

Studies comparing the observed transient response of surface temperature after large volcanic eruptions with results obtained from models with different climate sensitivities (see Section 9.6) do not provide PDFs, but find best agreement with sensitivities around 3°C, and reasonable agreement within the 1.5°C to 4.5°C range (Wigley et al., 2005). They are not able to exclude sensitivities above 4.5°C.

The second category of methods examines climate sensitivity in GCMs. Climate sensitivity is not a single tuneable parameter in these models, but depends on many processes and feedbacks. Three PDFs of climate sensitivity were obtained by comparing different variables of the simulated present-day climatology and variability against observations in a perturbed physics ensemble (Murphy et al., 2004; Piani et al., 2005; Knutti et al., 2006, Box 10.2, Figure 1c,d; see Section 10.5.4.2). Equilibrium climate sensitivity is found to be most likely around 3.2°C, and very unlikely to be below about 2°C. The upper bound is sensitive to how model parameters are sampled and to the method used to compare with observations.



Box 10.2, Figure 2. *Individual cumulative distributions of climate sensitivity from the observed 20th-century warming (red), model climatology (blue) and proxy evidence (cyan), taken from Box 10.2, Figure 1a, c (except LGM studies and Forest et al. (2002), which is superseded by Forest et al. (2006)) and cumulative distributions fitted to the AOGCMs' climate sensitivities (green) from Box 10.2, Figure 1e. Horizontal lines and arrows mark the edges of the likelihood estimates according to IPCC guidelines.*

Box 10.2, Figure 1e,f show the frequency distributions obtained by different methods when perturbing parameters in the Hadley Centre Atmospheric Model (HadAM3) but before weighting with observations (Section10.5.4). Murphy et al. (2004; unweighted) sampled 29 parameters and assumed individual effects to combine linearly. Stainforth et al. (2005) found nonlinearities when simulating multiple combinations of a subset of key parameters. The most frequently occurring climate sensitivity values are grouped around 3°C, but this could reflect the sensitivity of the unperturbed model. Some, but not all, of the simulations by high-sensitivity models have been found to agree poorly with observations and are therefore unlikely, hence even very high values are not excluded. This inability to rule out very high values is common to many methods, since for well-understood physical reasons, the rate of change (against sensitivity) of most quantities that can be observed tends to zero as the sensitivity increases (Hansen et al., 1985; Knutti et al., 2005; Allen et al., 2006b).

There is no well-established formal way of estimating a single PDF from the individual results, taking account of the different assumptions in each study. Most studies do not account for structural uncertainty, and thus probably tend to underestimate the uncertainty. On the other hand, since several largely independent lines of evidence indicate similar most likely values and ranges, climate sensitivity values are likely to be better constrained than those found by methods based on single data sets (Annan and Hargreaves, 2006; Hegerl et al., 2006).

The equilibrium climate sensitivity values for the AR4 AOGCMs coupled to non-dynamic slab ocean models are given for comparison (Box 10.2, Figure 1e,f; see also Table 8.2). These estimates come from models that represent the current best efforts from the international global climate modelling community at simulating climate. A normal fit yields a 5 to 95% range of about 2.1°C to 4.4°C with a mean value of equilibrium climate sensitivity of about 3.3°C (2.2°C to 4.6°C for a lognormal distribution, median 3.2°C) (Räisänen, 2005b). A probabilistic interpretation of the results is problematic, because each model is assumed to be equally credible and the results depend upon the assumed shape of the fitted distribution. Although the AOGCMs used in IPCC reports are an 'ensemble of opportunity' not designed to sample modelling uncertainties systematically or randomly, the range of sensitivities covered has been rather stable over many years. This occurs in spite of substantial model developments, considerable progress in simulating many aspects of the large-scale climate, and evaluation of those models against observations. Progress has been made since the TAR in diagnosing and understanding inter-model differences in climate feedbacks and equilibrium climate sensitivity. Confidence has increased in the strength of water vapour-lapse rate feedbacks, whereas cloud feedbacks (particularly from low-level clouds) have been confirmed as the primary source of climate sensitivity differences (see Section 8.6).

Since the TAR, the levels of scientific understanding and confidence in quantitative estimates of equilibrium climate sensitivity have increased substantially. Basing our assessment on a combination of several independent lines of evidence, as summarised in Box 10.2 Figures 1 and 2, including observed climate change and the strength of known feedbacks simulated in GCMs, we conclude that the global mean equilibrium warming for doubling $CO_2$, or 'equilibrium climate sensitivity', is likely to lie in the range 2°C to 4.5°C, with a most likely value of about 3°C. Equilibrium climate sensitivity is very likely larger than 1.5°C.

For fundamental physical reasons as well as data limitations, values substantially higher than 4.5°C still cannot be excluded, but agreement with observations and proxy data is generally worse for those high values than for values in the 2°C to 4.5°C range.

processes giving rise to internal variability (see Section 8.4), extreme events (see Section 8.5) and climate change feedbacks, particularly at the regional scale (Boer and Yu, 2003a; Bony and Dufresne, 2005; Bony et al., 2006; Soden and Held, 2006). Given that ocean dynamics influence regional feedbacks (Boer and Yu, 2003b), quantification of regional uncertainties in time-dependent climate change requires multi-model ensemble simulations with AOGCMs containing a full, three-dimensional dynamic ocean component. However, downscaling methods (see Chapter 11) are required to obtain credible information at spatial scales near or below the AOGCM grid scale (125 to 400 km in the AR4 AOGCMs, see Table 8.1).

### 10.5.2  Range of Responses from Different Models

#### 10.5.2.1  *Comprehensive AOGCMs*

The way a climate model responds to changes in external forcing, such as an increase in anthropogenic greenhouse gases, is characterised by two standard measures: (1) 'equilibrium climate sensitivity' (the equilibrium change in global surface temperature following a doubling of the atmospheric equivalent $CO_2$ concentration; see Glossary), and (2) 'transient climate response' (the change in global surface temperature in a global coupled climate model in a 1% yr$^{-1}$ $CO_2$ increase experiment at the time of atmospheric $CO_2$ doubling; see Glossary). The first measure provides an indication of feedbacks mainly residing in the atmospheric model but also in the land surface and sea ice components, and the latter quantifies the response of the fully coupled climate system including aspects of transient ocean heat uptake (e.g., Sokolov et al., 2003). These two measures have become standard for quantifying how an AOGCM will react to more complicated forcings in scenario simulations.

Historically, the equilibrium climate sensitivity has been given in the range from 1.5°C to 4.5°C. This range was reported in the TAR with no indication of a probability distribution within this range. However, considerable recent work has addressed the range of equilibrium climate sensitivity, and attempted to assign probabilities to climate sensitivity.

Equilibrium climate sensitivity and TCR are not independent (Figure 10.25a). For a given AOGCM, the TCR is smaller than the equilibrium climate sensitivity because ocean heat uptake delays the atmospheric warming. A large ensemble of the BERN2.5D EMIC has been used to explore the relationship of TCR and equilibrium climate sensitivity over a wide range of ocean heat uptake parametrizations (Knutti et al., 2005). Good agreement with the available results from AOGCMs is found, and the BERN2.5D EMIC covers almost the entire range of structurally different models. The percent change in precipitation is closely related to the equilibrium climate sensitivity for the current generation of AOGCMs (Figure 10.25b), with values from the current models falling within the range of the models from the TAR. Figure 10.25c shows the percent change in globally averaged precipitation as a function of TCR at the time of atmospheric $CO_2$ doubling, as simulated by 1% yr$^{-1}$ transient $CO_2$ increase experiments with AOGCMs. The figure suggests



**Figure 10.25.** *(a) TCR versus equilibrium climate sensitivity for all AOGCMs (red), EMICs (blue), a perturbed physics ensemble of the UKMO-HadCM3 AOGCM (green; an updated ensemble based on M. Collins et al., 2006) and from a large ensemble of the Bern2.5D EMIC (Knutti et al., 2005) using different ocean vertical diffusivities and mixing parametrizations (grey lines). (b) Global mean precipitation change (%) as a function of global mean temperature change at equilibrium for doubled $CO_2$ in atmospheric GCMs coupled to a non-dynamic slab ocean (red all AOGCMS, green from a perturbed physics ensemble of the atmosphere-slab ocean version of UKMO-HadCM3 (Webb et al., 2006)). (c) Global mean precipitation change (%) as a function of global mean temperature change (TCR) at the time of $CO_2$ doubling in a transient 1% yr$^{-1}$ $CO_2$ increase scenario, simulated by coupled AOGCMs (red) and the UKMO-HadCM3 perturbed physics ensemble (green). Black crosses in (b) and (c) mark ranges covered by the TAR AOGCMs (IPCC, 2001) for each quantity.*

a broadly positive correlation between these two quantities similar to that for equilibrium climate sensitivity, with these values from the new models also falling within the range of the previous generation of AOGCMs assessed in the TAR. Note that the apparent relationships may not hold for other forcings or at smaller scales. Values for an ensemble with perturbations made to parameters in the atmospheric component of UKMO-HadCM3 (M. Collins et al., 2006) cover similar ranges and are shown in Figure 10.25 for comparison.

Fitting normal distributions to the results, the 5 to 95% uncertainty range for equilibrium climate sensitivity from the AOGCMs is approximately 2.1°C to 4.4°C and that for TCR is 1.2°C to 2.4°C (using the method of Räisänen, 2005b). The mean for climate sensitivity is 3.26°C and that for TCR is 1.76°C. These numbers are practically the same for both the normal and the lognormal distribution (see Box 10.2). The assumption of a (log) normal fit is not well supported by the limited sample of AOGCM data. In addition, the AOGCMs represent an 'ensemble of opportunity' and are by design not sampled in a random way. However, most studies aiming to constrain climate sensitivity with observations do indeed indicate a similar to lognormal probability distribution of climate sensitivity and an approximately normal distribution of the uncertainty in future warming and thus TCR (see Box 10.2). Those studies also suggest that the current AOGCMs may not cover the full range of uncertainty for climate sensitivity. An assessment of all the evidence on equilibrium climate sensitivity is provided in Box 10.2. The spread of the AOGCM climate sensitivities is discussed in Section 8.6 and the AOGCM values for climate sensitivity and TCR are listed in Table 8.2.

The nonlinear relationship between TCR and equilibrium climate sensitivity shown in Figure 10.25a also indicates that on time scales well short of equilibrium, the model's TCR is not particularly sensitive to the model's climate sensitivity. The implication is that transient climate change is better constrained than the equilibrium climate sensitivity, that is, models with different sensitivity might still show good agreement for projections on decadal time scales. Therefore, in the absence of unusual solar or volcanic activity, climate change is well constrained for the coming few decades, because differences in some feedbacks will only become important on long time scales (see also Section 10.5.4.5) and because over the next few decades, about half of the projected warming would occur as a result of radiative forcing being held constant at year 2000 levels (constant composition commitment, see Section 10.7).

Comparing observed thermal expansion with those AR4 20th-century simulations that have natural forcings indicates that ocean heat uptake in the models may be 25% larger than observed, although both could be consistent within their uncertainties. This difference is possibly due to a combination of overestimated ocean heat uptake in the models, observational uncertainties and limited data coverage in the deep ocean (see Sections 9.5.1.1, 9.5.2, and 9.6.2.1). Assigning this difference solely to overestimated ocean heat uptake, the TCR estimates could increase by 0.6°C at most. This is in line with evidence for a relatively weak dependence of TCR on ocean mixing based

on SCMs and EMICS (Allen et al., 2000; Knutti et al., 2005). The range of TCR covered by an ensemble with perturbations made to parameters in the atmospheric component of UKMO-HadCM3 is 1.5 to 2.6°C (M. Collins et al., 2006), similar to the AR4 AOGCM range. Therefore, based on the range covered by AOGCMs, and taking into account structural uncertainties and possible biases in transient heat uptake, TCR is assessed as very likely larger than 1°C and very unlikely greater than 3°C (i.e., 1.0°C to 3.0°C is a 10 to 90% range). Because the dependence of TCR on sensitivity becomes small as sensitivity increases, uncertainties in the upper bound on sensitivity only weakly affect the range of TCR (see Figure 10.25; Chapter 9; Knutti et al., 2005; Allen et al., 2006b). Observational constraints based on detection and attribution studies provide further support for this TCR range (see Section 9.6.2.3).

### 10.5.2.2   Earth System Models of Intermediate Complexity

Over the last few years, a range of climate models has been developed that are dynamically simpler and of lower resolution than comprehensive AOGCMs, although they might well be more 'complete' in terms of climate system components that are included. The class of such models, usually referred to as EMICs (Claussen et al., 2002), is very heterogeneous, ranging from zonally averaged ocean models coupled to energy balance models (Stocker et al., 1992a) or to statistical-dynamical models of the atmosphere (Petoukhov et al., 2000), to low resolution three-dimensional ocean models, coupled to energy balance or simple dynamical models of the atmosphere (Opsteegh et al., 1998; Edwards and Marsh, 2005; Müller et al., 2006). Some EMICs have a radiation code and prescribe greenhouse gases, while others use simplified equations to project radiative forcing from projected concentrations and abundances (Joos et al., 2001; see Chapter 2 and the TAR, Appendix II, Table II.3.11). Compared to comprehensive models, EMICs have hardly any computational constraints, and therefore many simulations can be performed. This allows for the creation of large ensembles, or the systematic exploration of long-term changes many centuries hence. However, because of the reduced resolution, only results at the largest scales (continental to global) are to be interpreted (Stocker and Knutti, 2003). Table 8.3 lists all EMICs used in this section, including their components and resolution.

A set of simulations is used to compare EMICs with AOGCMs for the SRES A1B scenario with stable atmospheric concentrations after year 2100 (see Section 10.7.2). For global mean temperature and sea level, the EMICs generally reproduce the AOGCM behaviour quite well. Two of the EMICs have values for climate sensitivity and transient response below the AOGCM range. However, climate sensitivity is a tuneable parameter in some EMICs, and no attempt was made here to match the range of response of the AOGCMs. The transient reduction of the MOC in most EMICs is also similar to the AOGCMs (see also Sections 10.3.4 and 10.7.2 and Figure 10.34), providing support that this class of models can be used for both long-term commitment projections (see Section 10.7) and probabilistic projections involving hundreds to thousands

of simulations (see Section 10.5.4.5). If the forcing is strong enough, and lasts long enough (e.g., $4 \times CO_2$), a complete and irreversible collapse of the MOC can be induced in a few models. This is in line with earlier results using EMICs (Stocker and Schmittner, 1997; Rahmstorf and Ganopolski, 1999) or a coupled model (Stouffer and Manabe, 1999).

### 10.5.3 Global Mean Responses from Different Scenarios

The TAR projections with an SCM presented a range of warming over the 21st century for 35 SRES scenarios. The SRES emission scenarios assume that no climate policies are implemented (Nakićenović and Swart, 2000). The construction of Figure 9.14 of the TAR was pragmatic. It used a simple model tuned to AOGCMs that had a climate sensitivity within the long-standing range of 1.5°C to 4.5°C (e.g., Charney, 1979; and stated in earlier IPCC Assessment Reports). Models with climate sensitivity outside that range were discussed in the text and allowed the statement that the presented range was not the extreme range indicated by AOGCMs. The figure was based on a single anthropogenic-forcing estimate for 1750 to 2000, which is well within the range of values recommended by TAR Chapter 6, and is also consistent with that deduced from model simulations and the observed temperature record (TAR Chapter 12.). To be consistent with TAR Chapter 3, climate feedbacks on the carbon cycle were included. The resulting range of global mean temperature change from 1990 to 2100 given by the full set of SRES scenarios was 1.4°C to 5.8°C.

Since the TAR, several studies have examined the TAR projections and attempted probabilistic assessments. Allen et al. (2000) show that the forcing and simple climate model tunings used in the TAR give projections that are in agreement with the observationally constrained probabilistic forecast, reported in TAR Chapter 12.

As noted by Moss and Schneider (2000), giving only a range of warming results is potentially misleading unless some guidance is given as to what the range means in probabilistic terms. Wigley and Raper (2001) interpret the warming range in probabilistic terms, accounting for uncertainties in emissions, the climate sensitivity, the carbon cycle, ocean mixing and aerosol forcing. They give a 90% probability interval for 1990 to 2100 warming of 1.7°C to 4°C. As pointed out by Wigley and Raper (2001), such results are only as realistic as the assumptions upon which they are based. Key assumptions in this study were that each SRES scenario was equally likely, that 1.5°C to 4.5°C corresponds to the 90% confidence interval for the climate sensitivity, and that carbon cycle feedback uncertainties can be characterised by the full uncertainty range of abundance in 2100 of 490 to 1,260 ppm given in the TAR. The aerosol probability density function (PDF) was based on the uncertainty estimates given in the TAR together with constraints based on fitting the SCM to observed global and hemispheric mean temperatures.

The most controversial assumption in the Wigley and Raper (2001) probabilistic assessment was the assumption that each SRES scenario was equally likely. The *Special Report on*

*Emissions Scenarios* (Nakićenović and Swart, 2000) states that 'No judgment is offered in this report as to the preference for any of the scenarios and they are not assigned probabilities of occurrence, neither must they be interpreted as policy recommendations.'

Webster et al. (2003) use the probabilistic emissions projections of Webster et al. (2002), which consider present uncertainty in $SO_2$ emissions, and allow the possibility of continuing increases in $SO_2$ emissions over the 21st century, as well as the declining emissions consistent with SRES scenarios. Since their climate model parameter PDFs were constrained by observations and are mutually dependent, the effect of the lower present-day aerosol forcing on the projections is not easy to separate, but there is no doubt that their projections tend to be lower where they admit higher and increasing $SO_2$ emissions.

Irrespective of the question of whether it is possible to assign probabilities to specific emissions scenarios, it is important to distinguish different sources of uncertainties in temperature projections up to 2100. Different emission scenarios arise because future greenhouse gas emissions are largely dependent on key socioeconomic drivers, technological development and political decisions. Clearly, one factor leading to different temperature projections is the choice of scenario. On the other hand, the 'response uncertainty' is defined as the range in projections for a particular emission scenario and arises from the limited knowledge of how the climate system will react to the anthropogenic perturbations. In the following, all given uncertainty ranges reflect the response uncertainty of the climate system and should therefore be seen as conditional on a specific emission scenario.

The following paragraphs describe the construction of the AR4 temperature projections for the six illustrative SRES scenarios, using the SCM tuned to 19 models from the MMD (see Section 8.8). These 19 tuned simple model versions have effective climate sensitivities in the range 1.9°C to 5.9°C. The simple model sensitivities are derived from the fully coupled $2 \times$ and $4 \times CO_2$ 1% yr$^{-1}$ $CO_2$ increase AOGCM simulations and in some cases differ from the equilibrium slab ocean model sensitivities given in Table 8.2.

The SRES emission scenarios used here were designed to represent plausible futures assuming that no climate policies will be implemented. This chapter does not analyse any scenarios with explicit climate change mitigation policies. Still, there is a wide variation across these SRES scenarios in terms of anthropogenic emissions, such as those of fossil $CO_2$, $CH_4$ and $SO_2$ (Nakićenović and Swart, 2000) as shown in the top three panels of Figure 10.26. As a direct consequence of the different emissions, the projected concentrations vary widely for the six illustrative SRES scenarios (see panel rows four to six in Figure 10.26 for the concentrations of the main greenhouse gases, $CO_2$, $CH_4$ and $N_2O$). These results incorporate the effect of carbon cycle uncertainties (see Section 10.4.1), which were not explored with the SCM in the TAR. Projected $CH_4$ concentrations are influenced by the temperature-dependent water vapour feedback on the lifetime of $CH_4$.



**Figure 10.26.** *Fossil $CO_2$, $CH_4$ and $SO_2$ emissions for six illustrative SRES non-mitigation emission scenarios, their corresponding $CO_2$, $CH_4$ and $N_2O$ concentrations, radiative forcing and global mean temperature projections based on an SCM tuned to 19 AOGCMs. The dark shaded areas in the bottom temperature panel represent the mean ±1 standard deviation for the 19 model tunings. The lighter shaded areas depict the change in this uncertainty range, if carbon cycle feedbacks are assumed to be lower or higher than in the medium setting. Mean projections for mid-range carbon cycle assumptions for the six illustrative SRES scenarios are shown as thick coloured lines. Historical emissions (black lines) are shown for fossil and industrial $CO_2$ (Marland et al., 2005), for $SO_2$ (van Aardenne et al., 2001) and for $CH_4$ (van Aardenne et al., 2001, adjusted to Olivier and Berdowski, 2001). Observed $CO_2$, $CH_4$ and $N_2O$ concentrations (black lines) are as presented in Chapter 6. Global mean temperature results from the SCM for anthropogenic and natural forcing compare favourably with 20th-century observations (black line) as shown in the lower left panel (Folland et al., 2001; Jones et al., 2001; Jones and Moberg, 2003).*

In Figure 10.26, the plumes of $CO_2$ concentration reflect high and low carbon cycle feedback settings of the applied SCM. Their derivation is described as follows. The carbon cycle model in the SCM used here (Model for the Assessment of Greenhouse-gas Induced Climate Change: MAGICC) includes a number of climate-related carbon cycle feedbacks driven by global mean temperature. The parametrization of the overall effect of carbon cycle feedbacks is tuned to the more complex and physically realistic carbon cycle models of the $C^4MIP$ (Friedlingstein et al, 2006; see also Section 10.4) and the results are comparable to the BERN-CC model results across the six illustrative scenarios. This allows the SCM to produce projections of future $CO_2$ concentration change that are consistent with state-of-the-art carbon cycle model results. Specifically, the $C^4MIP$ range of $CO_2$ concentrations for the A2 emission scenario in 2100 is 730 to 1,020 ppm, while the SCM results presented here show an uncertainty range of 806 ppm to 1,008 ppm. The lower bound of this SCM uncertainty range is the mean minus one standard deviation for low carbon cycle feedback settings and the 19 AOGCM tunings, while the upper bound represents the mean plus one standard deviation for high carbon cycle settings. For comparison, the 90% confidence interval from Wigley and Raper (2001) is 770 to 1,090 ppm. The simple model $CO_2$ concentration projections can be slightly higher than under the $C^4MIP$ because the SCM's carbon cycle is driven by the full temperature changes in the A2 scenario, while the $C^4MIP$ values are driven by the component of A2 climate change due to $CO_2$ alone.

The radiative forcing projections in Figure 10.26 combine anthropogenic and natural (solar and volcanic) forcing. The forcing plumes reflect primarily the sensitivity of the forcing to carbon cycle uncertainties. Results are based on a forcing of 3.71 W m$^{-2}$ for a doubling of the atmospheric $CO_2$ concentration. The anthropogenic forcing is based on Table 2.12 but uses a value of –0.8 W m$^{-2}$ for the present-day indirect aerosol forcing. Solar forcing for the historical period is prescribed according to Lean et al. (1995) and volcanic forcing according to Ammann et al. (2003). The historical solar forcing series is extended into the future using its average over the most recent 22 years. The volcanic forcing is adjusted to have a zero mean over the past 100 years and the anomaly is assumed to be zero for the future. In the TAR, the anthropogenic forcing was used alone even though the projections started in 1765. There are several advantages of using both natural and anthropogenic forcing for the past. First, this was done by most of the AOGCMs the simple models are emulating. Second, it allows the simulations to be compared with observations. Third, the warming commitments accrued over the instrumental period are reflected in the projections. The disadvantage of including natural forcing is that the warming projections in 2100 are dependent on a few tenths of a degree on the necessary assumptions made about the natural forcing (Bertrand et al., 2002). These assumptions include how the natural forcing is projected into the future and whether to reference the volcanic forcing to a past reference period mean value. In addition, the choice of data set for both solar and volcanic forcing affects the results (see Section 2.7 for discussion about uncertainty in natural forcings).

The temperature projections for the six illustrative scenarios are shown in the bottom panel of Figure 10.26. Model results are shown as anomalies from the mean of observations (Folland et al., 2001; Jones et al., 2001; Jones and Moberg, 2003) over the 1980 to 2000 period and the corresponding observed temperature anomalies are shown for comparison. The inner (darker) plumes show the ±1 standard deviation uncertainty due to the 19 model tunings and the outer (lighter) plumes show results for the corresponding high and low carbon cycle settings. Note that the asymmetry in the carbon cycle uncertainty causes global mean temperature projections to be skewed towards higher warming.

Considering only the mean of the SCM results with mid-range carbon cycle settings, the projected global mean temperature rise above 1980 to 2000 levels for the lower-emission SRES scenario B1 is 2.0°C in 2100. For a higher-emission scenario, for example, the SRES A2 scenario, the global mean temperature is projected to rise by 3.9°C above 1980 to 2000 levels in 2100. This clear difference in projected mean warming highlights the importance of assessing different emission scenarios separately. As mentioned above, the 'response uncertainty' is defined as the range in projections for a particular emission scenario. For the A2 emission scenario, the temperature change projections with the SCM span a ±1 standard deviation range of about 1.8°C, from 3.0°C to 4.8°C above 1980 to 2000 levels in 2100. If carbon cycle feedbacks are considered to be low, the lower end of this range decreases only slightly and is unchanged to one decimal place. For the higher carbon cycle feedback settings, the upper bound of the ±1 standard deviation range increases to 5.2°C. For lower-emission scenarios, this uncertainty range is smaller. For example, the B1 scenario projections span a range of about 1.4°C, from 1.5°C to 2.9°C, including carbon cycle uncertainties. The corresponding results for the medium-emission scenario A1B are 2.3°C to 4.3°C, and for the higher-emission scenario A1FI, they are 3.4°C to 6.1°C. Note that these uncertainty ranges are not the minimum to maximum bounds of the projected warming across all SCM runs, which are higher, namely 2.7°C to 7.1°C for the A2 scenario and 1.3°C to 4.2°C for the B1 scenario (not shown).

The SCM results presented here are a sensitivity study with different model tunings and carbon cycle feedback parameters. Note that forcing uncertainties have not been assessed and that the AOGCM model results available for SCM tuning may not span the full range of possible climate response. For example, studies that constrain forecasts based on model fits to historic or present-day observations generally allow for a somewhat wider 'response uncertainty' (see Section 10.5.4). The concatenation of all such uncertainties would require a probabilistic approach because the extreme ranges have low probability. A synthesis of the uncertainty in global temperature increase by the year 2100 is provided in Section 10.5.4.6.

## 10.5.4   Sampling Uncertainty and Estimating Probabilities

Uncertainty in the response of an AOGCM arises from the effects of internal variability, which can be sampled in isolation by creating ensembles of simulations of a single model using alternative initial conditions, and from modelling uncertainties, which arise from errors introduced by the discretization of the equations of motion on a finite resolution grid, and the parametrization of sub-grid scale processes (radiative transfer, cloud formation, convection, etc). Modelling uncertainties are manifested in alternative structural choices (for example, choices of resolution and the basic physical assumptions on which parametrizations are based), and in the values of poorly constrained parameters within parametrization schemes. Ensemble approaches are used to quantify the effects of uncertainties arising from variations in model structure and parameter settings. These are assessed in Sections 10.5.4.1 to 10.5.4.3, followed by a discussion of observational constraints in Section 10.5.4.4 and methods used to obtain probabilistic predictions in Sections 10.5.4.5 to 10.5.4.7.

While ensemble projections carried out to date give a wide range of responses, they do not sample all possible sources of modelling uncertainty. For example, the AR4 multi-model ensemble relies on specified concentrations of $CO_2$, thus neglecting uncertainties in carbon cycle feedbacks (see Section 10.4.1), although this can be partially addressed by using less detailed models to extrapolate the AOGCM results (see Section 10.5.3). More generally, the set of available models may share fundamental inadequacies, the effects of which cannot be quantified (Kennedy and O'Hagan, 2001). For example, climate models currently implement a restricted approach to the parametrization of sub-grid scale processes, using deterministic bulk formulae coupled to the resolved flow exclusively at the grid scale. Palmer et al. (2005) argue that the outputs of parametrization schemes should be sampled from statistical distributions consistent with a range of possible sub-grid scale states, following a stochastic approach that has been tried in numerical weather forecasting (e.g., Buizza et al., 1999; Palmer, 2001). The potential for missing or inadequately parametrized processes to broaden the simulated range of future changes is not clear, however, this is an important caveat for the results discussed below.

### 10.5.4.1   The Multi-Model Ensemble Approach

The use of ensembles of AOGCMs developed at different modelling centres has become established in climate prediction/projection on both seasonal-to-interannual and centennial time scales. To the extent that simulation errors in different AOGCMs are independent, the mean of the ensemble can be expected to outperform individual ensemble members, thus providing an improved 'best estimate' forecast. Results show this to be the case, both in verification of seasonal forecasts (Palmer et al., 2004; Hagedorn et al., 2005) and of the present-day climate from long term simulations (Lambert and Boer, 2001). By

sampling modelling uncertainties, ensembles of AOGCMs should provide an improved basis for probabilistic projections compared with ensembles of a single model sampling only uncertainty in the initial state (Palmer et al., 2005). However, members of a multi-model ensemble share common systematic errors (Lambert and Boer, 2001), and cannot span the full range of possible model configurations due to resource constraints. Verification of future climate change projections is not possible, however, Räisänen and Palmer (2001) used a 'perfect model approach' (treating one member of an ensemble as truth and predicting its response using the other members) to show that the hypothetical economic costs associated with climate events can be reduced by calculating the probability of the event across the ensemble, rather than using a deterministic prediction from an individual ensemble member.

An additional strength of multi-model ensembles is that each member is subjected to careful testing in order to obtain a plausible and stable control simulation, although the process of tuning model parameters to achieve this (Section 8.1.3.1) involves subjective judgement, and is not guaranteed to identify the optimum location in the model parameter space.

### 10.5.4.2   Perturbed Physics Ensembles

The AOGCMs featured in Section 10.5.2 are built by selecting components from a pool of alternative parametrizations, each based on a given set of physical assumptions and including a number of uncertain parameters. In principle, the range of predictions consistent with these components could be quantified by constructing very large ensembles with systematic sampling of multiple options for parametrization schemes and parameter values, while avoiding combinations likely to double-count the effect of perturbing a given physical process. Such an approach has been taken using simple climate models and EMICs (Wigley and Raper, 2001; Knutti et al., 2002), and Murphy et al. (2004) and Stainforth et al. (2005) describe the first steps in this direction using AOGCMs, constructing large ensembles by perturbing poorly constrained parameters in the atmospheric component of UKMO-HadCM3 coupled to a mixed layer ocean. These experiments quantify the range of equilibrium responses to doubled atmospheric $CO_2$ consistent with uncertain parameters in a single GCM. Murphy et al. (2004) perturbed 29 parameters one at a time, assuming that effects of individual parameters were additive but making a simple allowance for additional uncertainty introduced by nonlinear interactions. They find a probability distribution for climate sensitivity with a 5 to 95% range of 2.4°C to 5.4°C when weighting the models with a broadly based metric of the agreement between simulated and observed climatology, compared to 1.9°C to 5.3°C when all model versions are assumed equally reliable (Box 10.2, Figure 1c).

Stainforth et al. (2005) deployed a distributed computing approach (Allen, 1999) to run a very large ensemble of 2,578 simulations sampling combinations of high, intermediate and low values of six parameters known to affect climate sensitivity. They find climate sensitivities ranging from 2°C to

11°C, with 4.2% of model versions exceeding 8°C, and show that the high-sensitivity models cannot be ruled out, based on a comparison with surface annual mean climatology. By utilising multivariate linear relationships between climate sensitivity and spatial fields of several present-day observables, the 5 to 95% range of climate sensitivity is estimated at 2.2°C to 6.8°C from the same data set (Piani et al., 2005; Box 10.2 Figure 1c). In this ensemble, Knutti et al. (2006) find a strong relationship between climate sensitivity and the amplitude of the seasonal cycle in surface temperature in the present-day simulations. Most of the simulations with high sensitivities overestimate the observed amplitude. Based on this relationship, the 5 to 95% range of climate sensitivity is estimated at 1.5°C to 6.4°C (Box 10.2, Figure 1c). The differences between the PDFs in Box 10.2, Figure 1c, which are all based on the same climate model, reflect uncertainties in methodology arising from choices of uncertain parameters, their expert-specified prior distributions and alternative applications of observational constraints. They do not account for uncertainties associated with changes in ocean circulation, and do not account for structural model errors (Smith, 2002; Goldstein and Rougier, 2004)

Annan et al. (2005a) use an ensemble Kalman Filter technique to obtain uncertainty ranges for model parameters in an EMIC subject to the constraint of minimising simulation errors with respect to a set of climatological observations. Using this method, Hargreaves and Annan (2006) find that the risk of a collapse in the Atlantic MOC (in response to increasing $CO_2$) depends on the set of observations to which the EMIC parameters are tuned. Section 9.6.3 assesses perturbed physics studies of the link between climate sensitivity and cooling during the Last Glacial Maximum (Annan et al., 2005b; Schneider von Deimling et al., 2006).

### 10.5.4.3 Diagnosing Drivers of Uncertainty from Ensemble Results

Figure 10.27a shows the agreement between annual changes simulated by members of the AR4 multi-model ensemble for 2080 to 2099 relative to 1980 to 1999 for the A1B scenario, calculated as in Räisänen (2001). For precipitation, the agreement increases with spatial scale. For surface temperature, the agreement is high even at local scales, indicating the robustness of the simulated warming (see also Figure 10.8, discussed in Section 10.3.2.1). Differences in model formulation are the dominant contributor to ensemble spread, though the role of internal variability increases at smaller scales (Figure 10.27b). The agreement between AR4 ensemble members is slightly higher compared with the earlier CMIP2 ensemble of Räisänen (2001) (also reported in the TAR), and internal variability explains a smaller fraction of the ensemble spread. This is expected, given the larger forcing and responses in the A1B scenario for 2080 to 2099 compared to the transient response to doubled $CO_2$ considered by Räisänen (2001), although the use of an updated set of models may also contribute. For seasonal changes, internal variability is found to be comparable with model differences as a source of



**Figure 10.27.** *Statistics of annual mean responses to the SRES A1B scenario, for 2080 to 2099 relative to 1980 to 1999, calculated from the 21-member AR4 multi-model ensemble using the methodology of Räisänen (2001). Results are expressed as a function of horizontal scale on the x axis ('Loc': grid box scale; 'Hem': hemispheric scale; 'Glob': global mean) plotted against the y axis showing (a) the relative agreement between ensemble members, a dimensionless quantity defined as the square of the ensemble-mean response (corrected to avoid sampling bias) divided by the mean squared response of individual ensemble members, and (b) the dimensionless fraction of internal variability relative to the ensemble variance of responses. Values are shown for surface air temperature, precipitation and sea level pressure. The low agreement of SLP changes at hemispheric and global scales reflects problems with the conservation of total atmospheric mass in some of the models, however, this has no practical significance because SLP changes at these scales are extremely small.*

uncertainty in local precipitation and SLP changes (although not for surface temperature) in both multi-model and perturbed physics ensembles (Räisänen, 2001; Murphy et al., 2004). Consequently the local seasonal changes for precipitation and SLP are not consistent in the AR4 ensemble over large areas of the globe (i.e., the multi-model mean change does not exceed the ensemble standard deviation; see Figure 10.9), whereas the surface temperature changes are consistent almost everywhere, as discussed in Section 10.3.2.1.

Wang and Swail (2006b) examine the relative importance of internal variability, differences in radiative forcing and model differences in explaining the transient response of ocean wave height using three AOGCMs each run for three plausible forcing scenarios, and find model differences to be the largest source of uncertainty in the simulated changes.

Selten et al. (2004) report a 62-member initial condition ensemble of simulations of 1940 to 2080 including natural and anthropogenic forcings. They find an individual member that reproduces the observed trend in the NAO over the past few decades, but no trend in the ensemble mean, and suggest that the observed change can be explained through internal variability associated with a mode driven by increases in precipitation over the tropical Indian Ocean. Terray et al. (2004) find that the ARPEGE coupled ocean-atmosphere model shows small increases in the residence frequency of the positive phase of the NAO in response to SRES A2 and B2 forcing, whereas larger increases are found when SST changes prescribed from the coupled experiments are used to drive a version of the atmosphere model with enhanced resolution over the North Atlantic and Europe (Gibelin and Déqué, 2003).

Figure 10.25 compares global mean transient and equilibrium changes simulated by the AR4 multi-model ensembles against perturbed physics ensembles (M. Collins et al., 2006; Webb et al., 2006) designed to produce credible present-day simulations while sampling a wide range of multiple parameter perturbations and climate sensitivities. The AR4 ensembles partially sample structural variations in model components, whereas the perturbed physics ensembles sample atmospheric parameter uncertainties for a fixed choice of model structure. The results show similar relationships between TCR, climate sensitivity and precipitation change in both types of ensemble. The perturbed physics ensembles contain several members with sensitivities higher than the multi-model range, while some of the multi-model transient simulations give TCR values slightly below the range found in the perturbed physics ensemble (Figure 10.25a,b).

Soden and Held (2006) find that differences in cloud feedback are the dominant source of uncertainty in the transient response of surface temperature in the AR4 ensemble (see also Section 8.6.3.2), as in previous IPCC assessments. Webb et al. (2006) compare equilibrium radiative feedbacks in a 9-member multi-model ensemble against those simulated in a 128-member perturbed physics ensemble with multiple parameter perturbations. They find that the ranges of climate sensitivity in both ensembles are explained mainly by differences in the response of shortwave cloud forcing in areas where changes in low-level clouds predominate. Bony and Dufresne (2005) find that marine boundary layer clouds in areas of large-scale subsidence provide the largest source of spread in tropical cloud feedbacks in the AR4 ensemble. Narrowing the uncertainty in cloud feedback may require both improved parametrizations of cloud microphysical properties (e.g., Tsushima et al., 2006) and improved representations of cloud macrophysical properties, through improved parametrizations of other physical processes (e.g., Williams et al., 2001) and/or increases in resolution (Palmer, 2005).

### 10.5.4.4   Observational Constraints

A range of observables has been used since the TAR to explore methods for constraining uncertainties in future climate change in studies using simple climate models, EMICs and AOGCMs. Probabilistic estimates of global climate sensitivity have been obtained from the historical transient evolution of surface temperature, upper-air temperature, ocean temperature, estimates of the radiative forcing, satellite data, proxy data over the last millennium, or a subset thereof (Wigley et al., 1997a; Tol and De Vos, 1998; Andronova and Schlesinger, 2001; Forest et al., 2002; Gregory et al., 2002a; Knutti et al., 2002, 2003; Frame et al., 2005; Forest et al., 2006; Forster and Gregory, 2006; Hegerl et al., 2006; see Section 9.6). Some of these studies also constrain the transient response to projected future emissions (see section 10.5.4.5). For climate sensitivity, further probabilistic estimates have been obtained using statistical measures of the correspondence between simulated and observed fields of present-day climate (Murphy et al.,

2004; Piani et al., 2005), the climatological seasonal cycle of surface temperature (Knutti et al., 2006) and the response to palaeoclimatic forcings (Annan et al., 2005b; Schneider von Deimling et al., 2006). For the purpose of constraining regional climate projections, spatial averages or fields of time-averaged regional climate have been used (Giorgi and Mearns, 2003; Tebaldi et al., 2004, 2005; Laurent and Cai, 2007), as have past regional- or continental-scale trends in surface temperature (Greene et al., 2006; Stott et al., 2006a).

Further observables have been suggested as potential constraints on future changes, but are not yet used in formal probabilistic estimates. These include measures of climate variability related to cloud feedbacks (Bony et al., 2004; Bony and Dufresne, 2005; Williams et al., 2005), radiative damping of the seasonal cycle (Tsushima et al., 2005), the relative entropy of simulated and observed surface temperature variations (Shukla et al., 2006), major volcanic eruptions (Wigley et al., 2005; Yokohata et al., 2005; see Section 9.6) and trends in multiple variables derived from reanalysis data sets (Lucarini and Russell, 2002).

Additional constraints could also be found, for example, from evaluation of ensemble climate prediction systems on shorter time scales for which verification data exist. These could include assessment of the reliability of seasonal to interannual probabilistic forecasts (Palmer et al., 2004; Hagedorn et al., 2005) and the evaluation of model parametrizations in short-range weather predictions (Phillips et al., 2004; Palmer, 2005). Annan and Hargreaves (2006) point out the potential for narrowing uncertainty by combining multiple lines of evidence. This will require objective quantification of the impact of different constraints and their degree of independence, estimation of the effects of structural modelling errors and the development of comprehensive probabilistic frameworks in which to combine these elements (e.g., Rougier, 2007).

### 10.5.4.5   Probabilistic Projections - Global Mean

A number of methods for providing probabilistic climate change projections, both for global means (discussed in this section) and geographical depictions (discussed in the following section) have emerged since the TAR.

Methods of constraining climate sensitivity using observations of present-day climate are discussed in Section 10.5.4.2. Results from both the AR4 multi-model ensemble and from perturbed physics ensembles suggest a very low probability for a climate sensitivity below 2°C, despite exploring the effects of a wide range of alternative modelling assumptions on the global radiative feedbacks arising from lapse rate, water vapour, surface albedo and cloud (Bony et al., 2006; Soden and Held, 2006; Webb et al., 2006; Box 10.2). However, exclusive reliance on AOGCM ensembles can be questioned on the basis that models share components, and therefore errors, and may not sample the full range of possible outcomes (e.g., Allen and Ingram, 2002).

Observationally constrained probability distributions for climate sensitivity have also been derived from physical

relationships based on energy balance considerations, and from instrumental observations of historical changes during the past 50 to 150 years or proxy reconstructions of surface temperature during the past millennium (Section 9.6). The results vary according to the choice of verifying observations, the forcings considered and their specified uncertainties, however, all these studies report a high upper limit for climate sensitivity, with the 95th percentile of the distributions invariably exceeding 6°C (Box 10.2). Frame et al. (2005) demonstrate that uncertainty ranges for sensitivity are dependent on the choices made about prior distributions of uncertain quantities before the observations are applied. Frame et al. (2005) and Piani et al. (2005) show that many observable variables are likely to scale inversely with climate sensitivity, implying that projections of quantities that are inversely related to sensitivity will be more strongly constrained by observations than climate sensitivity itself, particularly with respect to the estimated upper limit (Allen et al., 2006b).

In the case of transient climate change, optimal detection techniques have been used to determine factors by which hindcasts of global surface temperature from AOGCMs can be scaled up or down while remaining consistent with past changes, accounting for uncertainty due to internal variability (Section 9.4.1.6). Uncertainty is propagated forward in time by assuming that the fractional error found in model hindcasts of global mean temperature change will remain constant in projections of future changes. Using this approach, Stott and Kettleborough (2002) find that probabilistic projections of global mean temperature derived from UKMO-HadCM3 simulations were insensitive to differences between four representative SRES emissions scenarios over the first few decades of the 21st century, but that much larger differences emerged between the response to different SRES scenarios by the end of the 21st century (see also Section 10.5.3 and Figure 10.28). Stott et al. (2006b) show that scaling the responses of three models with different sensitivities brings their projections into better agreement. Stott et al. (2006a) extend their approach to obtain probabilistic projections of future warming averaged over continental-scale regions under the SRES A2 scenario. Fractional errors in the past continental warming simulated by UKMO-HadCM3 are used to scale future changes, yielding wide uncertainty ranges, notably the 5 to 95% ranges for warming during the 21st century are 2°C to 12°C and 2°C to 11°C respectively. These estimates do not account for potential constraints arising from regionally differentiated warming rates. Tighter ranges of 4°C to 8°C for North America and 4°C to 7°C for Europe are obtained if fractional errors in past global mean temperature are used to scale the future continental changes, although this neglects uncertainty in the relationship between global and regional temperature changes.

Allen and Ingram (2002) suggest that probabilistic projections for some variables may be made by searching for 'emergent constraints'. These are relationships between variables that can be directly constrained by observations, such as global surface temperature, and variables that may be indirectly constrained by establishing a consistent, physically



**Figure 10.28.** *Probability density functions from different studies for global mean temperature change for the SRES scenarios B1, A1B and A2 and for the decades 2020 to 2029 and 2090 to 2099 relative to the 1980 to 1999 average (Wigley and Raper, 2001; Knutti et al., 2002; Furrer et al., 2007; Harris et al., 2006; Stott et al., 2006b). A normal distribution fitted to the multi-model ensemble is shown for comparison.*

based relationship which holds across a wide range of models. They present an example in which future changes in global mean precipitation are constrained using a probability distribution for global temperature obtained from a large EMIC ensemble (Forest et al., 2002) and a relationship between precipitation and temperature obtained from multi-model ensembles of the response to doubled atmospheric $CO_2$. These methods are designed to produce distributions constrained by observations, and are relatively model independent (Allen and Stainforth, 2002; Allen et al., 2006a). This can be achieved provided the inter-variable relationships are robust to alternative modelling assumptions Piani et al. (2005) and Knutti et al. (2006) (described in Section 10.5.4.2) follow this approach, noting that in these cases the inter-variable relationships are derived from perturbed versions of a single model, and need to be confirmed using other models.

A synthesis of published probabilistic global mean projections for the SRES scenarios B1, A1B and A2 is given in Figure 10.28. Probability density functions are given for short-term projections (2020–2030) and the end of the century (2090–2100). For comparison, normal distributions fitted to results from AOGCMs in the multi-model archive (see Section

10.3.1) are also given, although these curve fits should not be regarded as PDFs. The five methods of producing PDFs are all based on different models and/or techniques, described in Section 10.5. In short, Wigley and Raper (2001) use a large ensemble of a simple model with expert prior distributions for climate sensitivity, ocean heat uptake, sulphate forcing and the carbon cycle, without applying constraints. Knutti et al. (2002, 2003) use a large ensemble of EMIC simulations with non-informative prior distributions, consider uncertainties in climate sensitivity, ocean heat uptake, radiative forcing and the carbon cycle, and apply observational constraints. Neither method considers natural variability explicitly. Stott et al. (2006b) apply the fingerprint scaling method to AOGCM simulations to obtain PDFs which implicitly account for uncertainties in forcing, climate sensitivity and internal unforced as well as forced natural variability. For the A2 scenario, results obtained from three different AOGCMs are shown, illustrating the extent to which the Stott et al. PDFs depend on the model used. Harris et al. (2006) obtain PDFs by boosting a 17-member perturbed physics ensemble of the UKMO-HadCM3 model using scaled equilibrium responses from a larger ensemble of simulations. Furrer et al. (2007) use a Bayesian method described in Section 10.5.4.7 to calculate PDFs from the AR4 multi-model ensemble. The Stott et al. (2006b), Harris et al. (2006) and Furrer et al. (2007) methods neglect carbon cycle uncertainties.

Two key points emerge from Figure 10.28. For the projected short-term warming (i) there is more agreement among models and methods (narrow width of the PDFs) compared to later in

the century (wider PDFs), and (ii) the warming is similar across different scenarios, compared to later in the century where the choice of scenario significantly affects the projections. These conclusions are consistent with the results obtained with SCMs (Section 10.5.3).

Additionally, projection uncertainties increase close to linearly with temperature in most studies. The different methods show relatively good agreement in the shape and width of the PDFs, but with some offsets due to different methodological choices. Only Stott et al. (2006b) account for variations in future natural forcing, and hence project a small probability of cooling over the next few decades not seen in the other PDFs. The results of Knutti et al. (2003) show wider PDFs for the end of the century because they sample uniformly in climate sensitivity (see Section 9.6.2 and Box 10.2). Resampling uniformly in observables (Frame et al., 2005) would bring their PDFs closer to the others. In sum, probabilistic estimates of uncertainties for the next few decades seem robust across a variety of models and methods, while results for the end of century depend on the assumptions made.

### 10.5.4.6   Synthesis of Projected Global Temperature at Year 2100

All available estimates for projected warming by the end of the 21st century are summarised in Figure 10.29 for the six SRES non-intervention marker scenarios. Among the various techniques, the AR4 AOGCM ensemble provides the most



**Figure 10.29.** *Projections and uncertainties for global mean temperature increase in 2090 to 2099 (relative to the 1980 to 1999 average) for the six SRES marker scenarios. The AOGCM means and the uncertainty ranges of the mean –40% to +60% are shown as black horizontal solid lines and grey bars, respectively. For comparison, results are shown for the individual models (red dots) of the multi-model AOGCM ensemble for B1, A1B and A2, with a mean and 5 to 95% range (red line and circle) from a fitted normal distribution. The AOGCM mean estimates for B2, A1T and A1FI (red triangles) are obtained by scaling the A1B AOGCM mean with ratios obtained from the SCM (see text). The mean (light green circle) and one standard deviation (light green square) of the MAGICC SCM tuned to all AOGCMs (representing the physics uncertainty) are shown for standard carbon cycle settings, as well as for a slow and fast carbon cycle assumption (light green stars). Similarly, results from the BERN2.5CC EMIC are shown for standard carbon cycle settings and for climate sensitivities of 3.2°C (AOGCM average, dark green circle), 1.5°C and 4.5°C (dark green squares). High climate sensitivity/low carbon cycle and low climate sensitivity/high carbon cycle combinations are shown as dark green stars. The 5 to 95% ranges (vertical lines) and medians (circles) are shown for probabilistic methods (Wigley and Raper, 2001; Stott and Kettleborough, 2002; Knutti et al., 2003; Furrer et al., 2007; Harris et al., 2006; Stott et al., 2006b). Individual model results are shown for the C4MIP models (blue crosses, see Figure 10.20).*

sophisticated set of models in terms of the range of processes included and consequent realism of the simulations compared to observations (see Chapters 8 and 9). On average, this ensemble projects an increase in global mean surface air temperature of 1.8°C, 2.8°C and 3.4°C in the B1, A1B and A2 scenarios, respectively, by 2090 to 2099 relative to 1980 to 1999 (note that in Table 10.5, the years 2080 to 2099 were used for those globally averaged values to be consistent with the comparable averaging period for the geographic plots in Section 10.3; this longer averaging period smoothes spatial noise in the geographic plots). A scaling method is used to estimate AOGCM mean results for the three missing scenarios B2, A1T and A1FI. The ratio of the AOGCM mean values for B1 relative to A1B and A2 relative to A1B are almost identical to the ratios obtained with the MAGICC SCM, although the absolute values for the SCM are higher. Thus, the AOGCM mean response for the scenarios B2, A1T and A1FI can be estimated as 2.4°C, 2.4°C and 4.0°C by multiplying the AOGCM A1B mean by the SCM-derived ratios B2/A1B, A1T/A1B and A1FI/A1B, respectively (for details see Appendix 10.A.1).

The AOGCMs cannot sample the full range of possible warming, in particular because they do not include uncertainties in the carbon cycle. In addition to the range derived directly from the AR4 multi-model ensemble, Figure 10.29 depicts additional uncertainty estimates obtained from published probabilistic methods using different types of models and observational constraints: the MAGICC SCM and the BERN2.5CC coupled climate-carbon cycle EMIC tuned to different climate sensitivities and carbon cycle settings, and the C$^4$MIP coupled climate-carbon cycle models. Based on these results, the future increase in global mean temperature is likely to fall within –40 to +60% of the multi-model AOGCM mean warming simulated for each scenario. This range results from an expert judgement of the multiple lines of evidence presented in Figure 10.29, and assumes that the models approximately capture the range of uncertainties in the carbon cycle. The range is well constrained at the lower bound since climate sensitivity is better constrained at the low end (see Box 10.2), and carbon cycle uncertainty only weakly affects the lower bound. The upper bound is less certain as there is more variation across the different models and methods, partly because carbon cycle feedback uncertainties are greater with larger warming. The uncertainty ranges derived from the above percentages for the warming by 2090 to 2099 relative to 1980 to 1999 are 1.1°C to 2.9°C, 1.4°C to 3.8°C, 1.7°C to 4.4°C, 1.4°C to 3.8°C, 2.0°C to 5.4°C and 2.4°C to 6.4°C for the scenarios B1, B2, A1B, A1T, A2 and A1FI, respectively. It is not appropriate to compare the lowest and highest values across these ranges against the single range given in the TAR, because the TAR range resulted only from projections using an SCM and covered all SRES scenarios, whereas here a number of different and independent modelling approaches are combined to estimate ranges for the six illustrative scenarios separately. Additionally, in contrast to the TAR, carbon cycle uncertainties are now included in these ranges. These uncertainty ranges include only anthropogenically forced changes.

### 10.5.4.7   Probabilistic Projections - Geographical Depictions

Tebaldi et al. (2005) present a Bayesian approach to regional climate prediction, developed from the ideas of Giorgi and Mearns (2002, 2003). Non-informative prior distributions for regional temperature and precipitation are updated using observations and results from AOGCM ensembles to produce probability distributions of future changes. Key assumptions are that each model and the observations differ randomly and independently from the true climate, and that the weight given to a model prediction should depend on the bias in its present-day simulation and its degree of convergence with the weighted ensemble mean of the predicted future change. Lopez et al. (2006) apply the Tebaldi et al. (2005) method to a 15-member multi-model ensemble to predict future changes in global surface temperature under a 1% yr$^{-1}$ increase in atmospheric $CO_2$. They compare it with the method developed by Allen et al. (2000) and Stott and Kettleborough (2002) (ASK), which aims to provide relatively model independent probabilities consistent with observed changes (see Section 10.5.4.5). The Bayesian method predicts a much narrower uncertainty range than ASK. However its results depend on choices made in its design, particularly the convergence criterion for up-weighting models close to the ensemble mean, relaxation of which substantially reduces the discrepancy with ASK.

Another method by Furrer et al. (2007) employs a hierarchical Bayesian model to construct PDFs of temperature change at each grid point from a multi-model ensemble. The main assumptions are that the true climate change signal is a common large-scale structure represented to some degree in each of the model simulations, and that the signal unexplained by climate change is AOGCM-specific in terms of small-scale structure, but can be regarded as noise when averaged over all AOGCMs. In this method, spatial fields of future minus present temperature difference from each ensemble member are regressed upon basis functions. One of the basis functions is a map of differences of observed temperatures from late-minus mid-20th century, and others are spherical harmonics. The statistical model then estimates the regression coefficients and their associated errors, which account for the deviation in each AOGCM from the (assumed) true pattern of change. By recombining the coefficients with the basis functions, an estimate is derived of the true climate change field and its associated uncertainty, thus providing joint probabilities for climate change at all grid points around the globe.

Estimates of uncertainty derived from multi-model ensembles of 10 to 20 members are potentially sensitive to outliers (Räisänen, 2001). Harris et al. (2006) therefore augment a 17-member ensemble of AOGCM transient simulations by scaling the equilibrium response patterns of a large perturbed physics ensemble. Transient responses are emulated by scaling equilibrium response patterns according to global temperature (predicted from an energy balance model tuned to the relevant climate sensitivities). For surface temperature, the scaled equilibrium patterns correspond well to the transient response patterns, while scaling errors for precipitation vary more

widely with location. A correction field is added to account for ensemble-mean differences between the equilibrium and transient patterns, and uncertainty is allowed for in the emulated result. The correction field and emulation errors are determined by comparing the responses of model versions for which both transient and equilibrium simulations exist. Results are used to obtain frequency distributions of transient regional changes in surface temperature and precipitation in response to increasing atmospheric $CO_2$, arising from the combined effects of atmospheric parameter perturbations and internal variability in UKMO-HadCM3.

Figure 10.30 shows probabilities of a temperature change larger than 2°C by the end of the 21st century under the A1B scenario, comparing values estimated from the 21-member AR4 multi-model ensemble (Furrer et al., 2007) against values estimated by combining transient and equilibrium perturbed physics ensembles of 17 and 128 members, respectively (Harris et al., 2006). Although the methods use different ensembles and different statistical approaches, the large-scale patterns are similar in many respects. Both methods show larger probabilities (typically 80% or more) over land, and at high latitudes in the winter hemisphere, with relatively low values (typically less than 50%) over the southern oceans. However, the plots also reveal some substantial differences at a regional level, notably over the North Atlantic Ocean, the sub-tropical Atlantic and Pacific Oceans in the SH, and at high northern latitudes during June to August.

### 10.5.4.8   Summary

Significant progress has been made since the TAR in exploring ensemble approaches to provide uncertainty ranges and probabilities for global and regional climate change. Different methods show consistency in some aspects of their results, but differ significantly in others (see Box 10.2; Figures 10.28 and 10.30), because they depend to varying degrees on the nature and use of observational constraints, the nature and design of model ensembles and the specification of prior distributions for uncertain inputs (see, e.g., Table 11.3). A preferred method cannot yet be recommended, but the assumptions and limitations underlying the various approaches, and the sensitivity of the results to them, should be communicated to users. A good example concerns the treatment of model error in Bayesian methods, the uncertainty in which affects the calculation of the likelihood of different model versions, but is difficult to specify (Rougier, 2007). Awareness of this issue is growing in the field of climate prediction (Annan et al., 2005b; Knutti et al., 2006), however, it is yet to be thoroughly addressed. Probabilistic depictions, particularly at the regional level, are new to climate change science and are being facilitated by the recently available multi-model ensembles. These are discussed further in Section 11.10.2.



a) P[ΔT(DJF)>2°C], perturbed physics   b) P[ΔT(DJF)>2°C], multi-model

c) P[ΔT(JJA)>2°C], perturbed physics   d) P[ΔT(JJA)>2°C], multi-model

0.1  0.2  0.3  0.4  0.5  0.6  0.7  0.8  0.9  0.95  0.99   Probability

**Figure 10.30.** *Estimated probabilities for a mean surface temperature change exceeding 2°C in 2080 to 2099 relative to 1980 to 1999 under the SRES A1B scenario. Results obtained from a perturbed physics ensemble of a single model (a, c), based on Harris et al. (2006), are compared with results from the AR4 multi-model ensemble (b, d), based on Furrer et al. (2007), for December to February (DJF; a, b) and June to August (JJA; c, d).*

## 10.6   Sea Level Change in the 21st Century

### 10.6.1   Global Average Sea Level Rise Due to Thermal Expansion

As seawater warms up, it expands, increasing the volume of the global ocean and producing thermosteric sea level rise (see Section 5.5.3). Global average thermal expansion can be calculated directly from simulated changes in ocean temperature. Results are available from 17 AOGCMs for the 21st century for SRES scenarios A1B, A2 and B1 (Figure 10.31), continuing from simulations of the 20th century. One ensemble member was used for each model and scenario. The time series are rather smooth compared with global average temperature time series, because thermal expansion reflects heat storage in the entire ocean, being approximately proportional to the time integral of temperature change (Gregory et al., 2001).

During 2000 to 2020 under scenario SRES A1B in the ensemble of AOGCMs, the rate of thermal expansion is $1.3 \pm 0.7$ mm yr$^{-1}$, and is not significantly different under A2 or B1. This rate is more than twice the observationally derived rate of $0.42 \pm 0.12$ mm yr$^{-1}$ during 1961 to 2003. It is similar to the rate of $1.6 \pm 0.5$ mm yr$^{-1}$ during 1993 to 2003 (see Section 5.5.3), which may be larger than that of previous decades partly because of natural forcing and internal variability (see Sections 5.5.2.4, 5.5.3 and 9.5.2). In particular, many of the AOGCM experiments do not include the influence of Mt. Pinatubo, the omission of which may reduce the projected rate of thermal expansion during the early 21st century.

During 2080 to 2100, the rate of thermal expansion is projected to be $1.9 \pm 1.0$, $2.9 \pm 1.4$ and $3.8 \pm 1.3$ mm yr$^{-1}$ under scenarios SRES B1, A1B and A2 respectively in the AOGCM ensemble (the width of the range is affected by the different numbers of models under each scenario). The acceleration is caused by the increased climatic warming. Results are shown for all SRES marker scenarios in Table 10.7 (see Appendix 10.A for methods). In the AOGCM ensemble, under any given SRES scenario, there is some correlation of the global average temperature change across models with thermal expansion and its rate of change, suggesting that the spread in thermal expansion for that scenario is caused both by the spread in surface warming and by model-dependent ocean heat uptake efficiency (Raper et al., 2002; Table 8.2) and the distribution of added heat within the ocean (Russell et al., 2000).

### 10.6.2   Local Sea Level Change Due to Change in Ocean Density and Dynamics

The geographical pattern of mean sea level relative to the geoid (the dynamic topography) is an aspect of the dynamical balance relating the ocean's density structure and its circulation, which are maintained by air-sea fluxes of heat, freshwater and momentum. Over much of the ocean on multi-annual time scales, a good approximation to the pattern of dynamic topography change is given by the steric sea level change, which can be calculated straightforwardly from local temperature and salinity change (Gregory et al., 2001; Lowe and Gregory, 2006). In much of the world, salinity changes are as important as temperature changes in determining the pattern of dynamic topography change in the future, and their contributions can be opposed (Landerer et al., 2007; and as in the past, Section 5.5.4.1). Lowe and Gregory (2006) show that in the UKMO-HadCM3 AOGCM, changes in heat fluxes are the cause of many of the large-scale features of sea level change, but freshwater



**Figure 10.31.** *Projected global average sea level rise (m) due to thermal expansion during the 21st century relative to 1980 to 1999 under SRES scenarios A1B, A2 and B1. See Table 8.1 for model descriptions.*

flux change dominates the North Atlantic and momentum flux change has a signature in the north and low-latitude Pacific and the Southern Ocean.

Results are available for local sea level change due to ocean density and circulation change from AOGCMs in the multi-model ensemble for the 20th century and the 21st century. There is substantial spatial variability in all models (i.e., sea level change is not uniform), and as the geographical pattern of climate change intensifies, the spatial standard deviation of local sea level change increases (Church et al., 2001; Gregory et al., 2001). Suzuki et al. (2005) show that, in their high-resolution model, enhanced eddy activity contributes to this increase, but across models there is no significant correlation of the spatial standard deviation with model spatial resolution. This section evaluates sea level change between 1980 to 1999 and 2080 to 2099 projected by 16 models forced with SRES scenario A1B. (Other scenarios are qualitatively similar, but fewer models are available.) The ratio of spatial standard deviation to global average thermal expansion varies among models, but is mostly within the range 0.3 to 0.4. The model median spatial standard deviation of thermal expansion is 0.08 m, which is about 25% of the central estimate of global average sea level rise during the 21st century under A1B (Table 10.7).

The geographical patterns of sea level change from different models are not generally similar in detail, although they have more similarity than those analysed in the TAR by Church et al.

(2001). The largest spatial correlation coefficient between any pair is 0.75, but only 25% of correlation coefficients exceed 0.5. To identify common features, an ensemble mean (Figure 10.32) is examined. There are only limited areas where the model ensemble mean change exceeds the inter-model standard deviation, unlike for surface air temperature change (Section 10.3.2.1).

Like Church et al. (2001) and Gregory et al. (2001), Figure 10.32 shows smaller than average sea level rise in the Southern Ocean and larger than average in the Arctic, the former possibly due to wind stress change (Landerer et al., 2007) or low thermal expansivity (Lowe and Gregory, 2006) and the latter due to freshening. Another obvious feature is a narrow band of pronounced sea level rise stretching across the southern Atlantic and Indian Oceans and discernible in the southern Pacific. This could be associated with a southward shift in the circumpolar front (Suzuki et al., 2005) or subduction of warm anomalies in the region of formation of sub antarctic mode water (Banks et al., 2002). In the zonal mean, there are maxima of sea level rise in 30°S to 45°S and 30°N to 45°N. Similar indications are present in the altimetric and thermosteric patterns of sea level change for 1993 to 2003 (Figure 5.15). The model projections do not share other aspects of the observed pattern of sea level rise, such as in the western Pacific, which could be related to interannual variability.



**Figure 10.32.** *Local sea level change (m) due to ocean density and circulation change relative to the global average (i.e., positive values indicate greater local sea level change than global) during the 21st century, calculated as the difference between averages for 2080 to 2099 and 1980 to 1999, as an ensemble mean over 16 AOGCMs forced with the SRES A1B scenario. Stippling denotes regions where the magnitude of the multi-model ensemble mean divided by the multi-model standard deviation exceeds 1.0.*

The North Atlantic dipole pattern noted by Church et al. (2001), that is, reduced rise to the south of the Gulf Stream extension, enhanced to the north, consistent with a weakening of the circulation, is present in some models; a more complex feature is described by Landerer et al. (2007). The reverse is apparent in the north Pacific, which Suzuki et al. (2005) associate with a wind-driven intensification of the Kuroshio Current. Using simplified models, Hsieh and Bryan (1996) and Johnson and Marshall (2002) show how upper-ocean velocities and sea level would be affected in North Atlantic coastal regions within months of a cessation of sinking in the North Atlantic as a result of propagation by coastal and equatorial Kelvin waves, but would take decades to adjust in the central regions and the south Atlantic. Levermann et al. (2005) show that a sea level rise of several tenths of a metre could be realised in coastal regions of the North Atlantic within a few decades (i.e., tens of millimetres per year) of a collapse of the MOC. Such changes to dynamic topography would be much more rapid than global average sea level change. However, it should be emphasized that these studies are sensitivity tests, not projections; the Atlantic MOC does not collapse in the SRES scenario runs evaluated here (see Section 10.3.4).

The geographical pattern of sea level change is affected also by changes in atmospheric surface pressure, but this is a relatively small effect given the projected pressure changes (Figure 10.9; a pressure increase of 1 hPa causes a drop in local sea level of 0.01 m; see Section 5.5.4.3). Land movements and changes in the gravitational field resulting from the changing loading of the crust by water and ice also have effects which are small over most of the ocean (see Section 5.5.4.4).

### 10.6.3 Glaciers and Ice Caps

Glaciers and ice caps (G&IC, see also Section 4.5.1) comprise all land ice except for the ice sheets of Greenland and Antarctica (see Sections 4.6.1 and 10.6.4). The mass of G&IC can change because of changes in surface mass balance (Section 10.6.3.1). Changes in mass balance cause changes in area and thickness (Section 10.6.3.2), with feedbacks on surface mass balance.

#### 10.6.3.1   Mass Balance Sensitivity to Temperature and Precipitation

Since G&IC mass balance depends strongly on their altitude and aspect, use of data from climate models to make projections requires a method of downscaling, because individual G&IC are much smaller than typical AOGCM grid boxes. Statistical relations for meteorological quantities can be developed between the GCM and local scales (Reichert et al., 2002), but they may not continue to hold in future climates. Hence, for projections the approach usually adopted is to use GCM simulations of changes in climate parameters to perturb the observed climatology or mass balance (Gregory and Oerlemans, 1998; Schneeberger et al., 2003).

Change in ablation (mostly melting) of a glacier or ice cap is modelled using $b_T$ (in m yr$^{-1}$ °C$^{-1}$), the sensitivity of the mean specific surface mass balance to temperature (refer to Section 4.5 for a discussion of the relation of mass balance to climate). One approach determines $b_T$ by energy balance modelling, including evolution of albedo and refreezing of melt water within the firn (Zuo and Oerlemans, 1997). Oerlemans and Reichert (2000), Oerlemans (2001) and Oerlemans et al. (2006) refine this approach to include dependence on monthly temperature and precipitation changes. Another approach uses a degree-day method, in which ablation is proportional to the integral of mean daily temperature above the freezing point (Braithwaite et al., 2003). Braithwaite and Raper (2002) show that there is excellent consistency between the two approaches, which indicates a similar relationship between $b_T$ and climatological precipitation. Schneeberger et al. (2000, 2003) use a degree-day method for ablation modified to include incident solar radiation, again obtaining similar results. De Woul and Hock (2006) find somewhat larger sensitivities for arctic G&IC from the degree-day method than the energy balance method. Calculations of $b_T$ are estimated to have an uncertainty of ±15% (standard deviation) (Gregory and Oerlemans, 1998; Raper and Braithwaite, 2006).

The global average sensitivity of G&IC surface mass balance to temperature area is estimated by weighting the local sensitivities by land ice area in various regions. For a geographically and seasonally uniform rise in global temperature, Oerlemans and Fortuin (1992) derive a global average G&IC surface mass balance sensitivity of –0.40 m yr$^{-1}$ °C$^{-1}$, Dyurgerov and Meier (2000) –0.37 m yr$^{-1}$ °C$^{-1}$ (from observations), Braithwaite and Raper (2002) –0.41 m yr$^{-1}$ °C$^{-1}$ and Raper and Braithwaite (2005) –0.35 m yr$^{-1}$ °C$^{-1}$. Applying the scheme of Oerlemans (2001) and Oerlemans et al. (2006) worldwide gives a smaller value of –0.32 m yr$^{-1}$ °C$^{-1}$, the reduction being due to the modified treatment of albedo by Oerlemans (2001).

These global average sensitivities for uniform temperature change are given only for scenario-independent comparison of the various methods; they cannot be used for projections, which require regional and seasonal temperature changes (Gregory and Oerlemans, 1998; van de Wal and Wild, 2001). Using monthly temperature changes simulated in G&IC regions by 17 AR4 AOGCMs for scenarios A1B, A2 and B1, the global total surface mass balance sensitivity to global average temperature change for all G&IC outside Greenland and Antarctica is 0.61 ± 0.12 mm yr$^{-1}$ °C$^{-1}$ (sea level equivalent) with the $b_T$ of Zuo and Oerlemans (1997) or 0.49 ± 0.13 mm yr$^{-1}$ °C$^{-1}$ with those of Oerlemans (2001) and Oerlemans et al. (2006), subject to uncertainty in G&IC area (see Section 4.5.2 and Table 4.4).

Hansen and Nazarenko (2004) collate measurements of soot (fossil fuel black carbon) in snow and estimate consequent reductions in snow and ice albedo of between 0.001 for the pristine conditions of Antarctica and over 0.10 for polluted NH land areas. They argue that glacial ablation would be increased by this effect. While it is true that soot has not been explicitly considered in existing sensitivity estimates, it may already be included because the albedo and degree-day parametrizations have been empirically derived from data collected in affected regions.

For seasonally uniform temperature rise, Oerlemans et al. (1998) find that an increase in precipitation of 20 to 50% °C$^{-1}$ is required to balance increased ablation, while Braithwaite et al. (2003) report a required precipitation increase of 29 to 41% °C$^{-1}$, in both cases for a sample of G&IC representing a variety of climatic regimes. Oerlemans et al. (2006) require a precipitation increase of 20 to 43% °C$^{-1}$ to balance ablation increase, and de Woul and Hock (2006) approximately 20% °C$^{-1}$ for Arctic G&IC. Although AOGCMs generally project larger than average precipitation change in northern mid- and high-latitude regions, the global average is 1 to 2% °C$^{-1}$ (Section 10.3.1), so ablation increases would be expected to dominate worldwide. However, precipitation changes may sometimes dominate locally (see Section 4.5.3).

Regressing observed global total mass balance changes of all G&IC outside Greenland and Antarctica against global average surface temperature change gives a global total mass balance sensitivity which is greater than model results (see Appendix 10.A). The current state of knowledge does not permit a satisfactory explanation of the difference. Giving more weight to the observational record but enlarging the uncertainty to allow for systematic error, a value of 0.80 ± 0.33 mm yr$^{-1}$ °C$^{-1}$ (5 to 95% range) is adopted for projections. The regression indicates that the climate of 1865 to 1895 was 0.13°C warmer globally than the climate that gives a steady state for G&IC (cf., Zuo and Oerlemans, 1997; Gregory et al., 2006). Model results for the 20th century are sensitive to this value, but the projected temperature change in the 21st century is large by comparison, making the effect relatively less important for projections (see Appendix 10.A).

### 10.6.3.2   Dynamic Response and Feedback on Mass Balance

As glacier volume is lost, glacier area declines so the ablation decreases. Oerlemans et al. (1998) calculate that omitting this effect leads to overestimates of ablation of about 25% by 2100. Church et al. (2001), following Bahr et al. (1997) and Van de Wal and Wild (2001), make some allowance for it by diminishing the area $A$ of a glacier of volume $V$ according to $V \propto A^{1.375}$. This is a scaling relation derived for glaciers in a steady state, which may hold only approximately during retreat. For example, thinning in the ablation zone will steepen the surface slope and tend to increase the flow. Comparison with a simple flow model suggests the deviations do not exceed 20% (van de Wal and Wild, 2001). Schneeberger et al. (2003) find that the scaling relation produced a mixture of over- and underestimates of volume loss for their sample of glaciers compared with more detailed dynamic modelling. In some regions where G&IC flow into the sea or lakes there is accelerated dynamic discharge (Rignot et al., 2003) that is not included in currently available glacier models, leading to an underestimate of G&IC mass loss.

The mean specific surface mass balance of the glacier or ice cap will change as volume is lost: lowering the ice surface as the ice thins will tend to make it more negative, but the predominant loss of area at lower altitude in the ablation zone will tend to make it less negative (Braithwaite and Raper, 2002). For rapid thinning rates in the ablation zone, of several metres per year, lowering the surface will give enhanced local warmings comparable to the rate of projected climatic warming. However, those areas of the ablation zone of valley glaciers that thin most rapidly will soon be removed altogether, resulting in retreat of the glacier. The enhancement of ablation by surface lowering can only be sustained in glaciers with a relatively large, thick and flat ablation area. On multi-decadal time scales, for the majority of G&IC, the loss of area is more important than lowering of the surface (Schneeberger et al., 2003).

The dynamical approach (Oerlemans et al., 1998; Schneeberger et al., 2003) cannot be applied to all the world's glaciers individually as the required data are unknown for the vast majority of them. Instead, it might be applied to a representative ensemble derived from statistics of size distributions of G&IC. Raper et al. (2000) developed a geometrical approach, in which the width, thickness and length of a glacier are reduced as its volume and area declines. When applied statistically to the world population of glaciers and individually to ice caps, this approach shows that the reduction of area of glaciers strongly reduces the ablation during the 21st century (Raper and Braithwaite, 2006), by about 45% under scenario SRES A1B for the GFDL-CM2.0 and PCM AOGCMs (see Table 8.1 for model details). For the same cases, using the mass-balance sensitivities to temperature of Oerlemans (2001) and Oerlemans et al. (2006), G&IC mass loss is reduced by about 35% following the area scaling of Van de Wal and Wild (2001), suggesting that the area scaling and the geometrical model have a similar effect in reducing estimated ablation for the 21st century. The effect is greater when using the observationally derived mass balance sensitivity (Section 10.6.3.1), which is larger, implying faster mass loss for fixed area. The uncertainty in present-day glacier volume (Table 4.4) introduces a 5 to 10% uncertainty into the results of area scaling. For projections, the area scaling of Van de Wal and Wild (2001) is applied, using three estimates of world glacier volume (see Table 4.4 and Appendix 10.A). The scaling reduces the projections of the G&IC contribution up to the mid-21st century by 25% and over the whole century by 40 to 50% with respect to fixed G&IC area.

### 10.6.3.3   Glaciers and Ice Caps on Greenland and Antarctica

The G&IC on Greenland and Antarctica (apart from the ice sheets) have been less studied and projections for them are consequently more uncertain. A model estimate for the G&IC on Greenland indicates an addition of about 6% to the G&IC sea level contribution in the 21st century (van de Wal and Wild, 2001). Using a degree-day scheme, Vaughan (2006) estimates that ablation of glaciers in the Antarctic Peninsula presently amounts to 0.008 to 0.055 mm yr$^{-1}$ of sea level, 1 to 9% of the contribution from G&IC outside Greenland and Antarctica (Table 4.4). Morris and Mulvaney (2004) find that accumulation increases on the Antarctic Peninsula were larger than ablation increases during 1972 to 1998, giving a small net *negative* sea

level contribution from the region. However, because ablation increases nonlinearly with temperature, they estimate that for future warming the contribution would become positive, with a sensitivity of $0.07 \pm 0.03$ mm yr$^{-1}$ °C$^{-1}$ to uniform temperature change in Antarctica, that is, about 10% of the global sensitivity of G&IC outside Greenland and Antarctica (Section 10.6.3.1).

These results suggest that the Antarctic and Greenland G&IC will together give 10 to 20% of the sea level contribution of other G&IC in future decades. In recent decades, the G&IC on Greenland and Antarctica have together made a contribution of about 20% of the total of other G&IC (see Section 4.5.2). On these grounds, the global G&IC sea level contribution is increased by a factor of 1.2 to include those in Greenland and Antarctica in projections for the 21st century (see Section 10.6.5 and Table 10.7). Dynamical acceleration of glaciers in Greenland and Antarctica following removal of ice shelves, as has recently happened on the Antarctic Peninsula (Sections 4.6.2.2 and 10.6.4.2), would add further to this, and is included in projections of that effect (Section 10.6.4.3).

## 10.6.4   Ice Sheets

The mass of ice grounded on land in the Greenland and Antarctic Ice Sheets (see also Section 4.6.1) can change as a result of changes in surface mass balance (the sum of accumulation and ablation; Section 10.6.4.1) or in the flux of ice crossing the grounding line, which is determined by the dynamics of the ice sheet (Section 10.6.4.2). Surface mass balance and dynamics together both determine and are affected by the change in surface topography.

### 10.6.4.1   Surface Mass Balance

Surface mass balance (SMB) is immediately influenced by climate change. A good simulation of the ice sheet SMB requires a resolution exceeding that of AGCMs used for long climate experiments, because of the steep slopes at the margins of the ice sheet, where the majority of the precipitation and all of the ablation occur. Precipitation over ice sheets is typically overestimated by AGCMs, because their smooth topography does not present a sufficient barrier to inland penetration (Ohmura et al., 1996; Glover, 1999; Murphy et al., 2002). Ablation also tends to be overestimated because the area at low altitude around the margins of the ice sheet, where melting preferentially occurs, is exaggerated (Glover, 1999; Wild et al., 2003). In addition, AGCMs do not generally have a representation of the refreezing of surface melt water within the snowpack and may not include albedo variations dependent on snow ageing and its conversion to ice.

To address these issues, several groups have computed SMB at resolutions of tens of kilometres or less, with results that compare acceptably well with observations (e.g., van Lipzig et al., 2002; Wild et al., 2003). Ablation is calculated either by schemes based on temperature (degree-day or other temperature index methods) or by energy balance modelling. In the studies listed in Table 10.6, changes in SMB have been calculated

from climate change simulations with high-resolution AGCMs or by perturbing a high-resolution observational climatology with climate model output, rather than by direct use of low-resolution GCM results. The models used for projected SMB changes are similar in kind to those used to study recent SMB changes (Section 4.6.3.1).

All the models show an increase in accumulation, but there is considerable uncertainty in its size (Table 10.6; van de Wal et al., 2001; Huybrechts et al., 2004). Precipitation increase could be determined by atmospheric radiative balance, increase in saturation specific humidity with temperature, circulation changes, retreat of sea ice permitting greater evaporation or a combination of these (van Lipzig et al., 2002). Accumulation also depends on change in local temperature, which strongly affects whether precipitation is solid or liquid (Janssens and Huybrechts, 2000), tending to make the accumulation increase smaller than the precipitation increase for a given temperature rise. For Antarctica, accumulation increases by 6 to 9% °C$^{-1}$ in the high-resolution AGCMs. Precipitation increases somewhat less in AR4 AOGCMs (typically of lower resolution), by 3 to 8% °C$^{-1}$. For Greenland, accumulation derived from the high-resolution AGCMs increases by 5 to 9% °C$^{-1}$. Precipitation increases by 4 to 7% °C$^{-1}$ in the AR4 AOGCMs.

Kapsner et al. (1995) do not find a relationship between precipitation and temperature variability inferred from Greenland ice cores for the Holocene, although both show large changes from the Last Glacial Maximum (LGM) to the Holocene. In the UKMO-HadCM3 AOGCM, the relationship is strong for climate change forced by greenhouse gases and the glacial-interglacial transition, but weaker for naturally forced variability (Gregory et al., 2006). Increasing precipitation in conjunction with warming has been observed in recent years in Greenland (Section 4.6.3.1).

All studies for the 21st century project that antarctic SMB changes will contribute negatively to sea level, owing to increasing accumulation exceeding any ablation increase (see Table 10.6). This tendency has not been observed in the average over Antarctica in reanalysis products for the last two decades (see Section 4.6.3.1), but during this period Antarctica as a whole has not warmed; on the other hand, precipitation has increased on the Antarctic Peninsula, where there has been strong warming.

In projections for Greenland, ablation increase is important but uncertain, being particularly sensitive to temperature change around the margins. Climate models project less warming in these low-altitude regions than the Greenland average, and less warming in summer (when ablation occurs) than the annual average, but greater warming in Greenland than the global average (Church et al., 2001; Huybrechts et al., 2004; Chylek and Lohmann, 2005; Gregory and Huybrechts, 2006). In most studies, Greenland SMB changes represent a net positive contribution to sea level in the 21st century (Table 10.6; Kiilsholm et al., 2003) because the ablation increase is larger than the precipitation increase. Only Wild et al. (2003) find the opposite, so that the net SMB change contributes negatively to sea level in the 21st century. Wild et al. (2003) attribute this

**Table 10.6.** *Comparison of ice sheet (grounded ice area) SMB changes calculated from high-resolution climate models.* $\Delta P/\Delta T$ *is the change in accumulation divided by change in temperature over the ice sheet, expressed as sea level equivalent (positive for falling sea level), and* $\Delta R/\Delta T$ *the corresponding quantity for ablation (positive for rising sea level). Note that ablation increases more rapidly than linearly with* $\Delta T$ *(van de Wal et al., 2001; Gregory and Huybrechts, 2006). To convert from mm yr$^{-1}$ °C$^{-1}$ to kg yr$^{-1}$ °C$^{-1}$, multiply by 3.6 × 10$^{14}$ m$^2$. To convert mm yr$^{-1}$ °C$^{-1}$ of sea level equivalent to mm yr$^{-1}$ °C$^{-1}$ averaged over the ice sheet, multiply by –206 for Greenland and –26 for Antarctica.* $\Delta P/(P\Delta T)$ *is the fractional change in accumulation divided by the change in temperature.*

| Study | Climate model[a] | Model resolution and SMB source[b] | Greenland $\Delta P/\Delta T$ (mm yr$^{-1}$ °C$^{-1}$) | Greenland $\Delta P/(P\Delta T)$ (% °C$^{-1}$) | Greenland $\Delta R/\Delta T$ (mm yr$^{-1}$ °C$^{-1}$) | Antarctica $\Delta P/\Delta T$ (mm yr$^{-1}$ °C$^{-1}$) | Antarctica $\Delta P/(P\Delta T)$ (% °C$^{-1}$) |
|---|---|---|---|---|---|---|---|
| Van de Wal et al. (2001) | ECHAM4 | 20 km EB | 0.14 | 8.5 | 0.16 | n.a. | n.a. |
| Wild and Ohmura (2000) | ECHAM4 | T106 ≈ 1.1° EB | 0.13 | 8.2 | 0.22 | 0.47 | 7.4 |
| Wild et al. (2003) | ECHAM4 | 2 km TI | 0.13 | 8.2 | 0.04 | 0.47 | 7.4 |
| Bugnion and Stone (2002) | ECHAM4 | 20 km EB | 0.10 | 6.4 | 0.13 | n.a. | n.a. |
| Huybrechts et al. (2004) | ECHAM4 | 20 km TI | 0.13[c] | 7.6[c] | 0.14 | 0.49[c] | 7.3[c] |
| Huybrechts et al. (2004) | HadAM3H | 20 km TI | 0.09[c] | 4.7[c] | 0.23 | 0.37[c] | 5.5[c] |
| Van Lipzig et al. (2002) | RACMO | 55 km EB | n.a. | n.a. | n.a. | 0.53 | 9.0 |
| Krinner et al. (2007) | LMDZ4 | 60 km EB | n.a. | n.a. | n.a. | 0.49 | 8.4 |

Notes:
[a] ECHAM4: Max Planck Institute for Meteorology AGCM; HadAM3H: high-resolution Met Office Hadley Centre AGCM; RACMO: Regional Atmospheric Climate Model (for Antarctica); LMDZ4: Laboratoire de Météorologie Dynamique AGCM (with high resolution over Antarctica).
[b] EB: SMB calculated from energy balance; TI: SMB calculated from temperature index.
[c] In these cases $P$ is precipitation rather than accumulation.

difference to the reduced ablation area in their higher-resolution grid. A positive SMB change is not consistent with analyses of recent changes in Greenland SMB (see Section 4.6.3.1).

For an average temperature change of 3°C over each ice sheet, a combination of four high-resolution AGCM simulations and 18 AR4 AOGCMs (Huybrechts et al., 2004; Gregory and Huybrechts, 2006) gives SMB changes of 0.3 ± 0.3 mm yr$^{-1}$ for Greenland and –0.9 ± 0.5 mm yr$^{-1}$ for Antarctica (sea level equivalent), that is, sensitivities of 0.11 ± 0.09 mm yr$^{-1}$ °C$^{-1}$ for Greenland and –0.29 ± 0.18 mm yr$^{-1}$ °C$^{-1}$ for Antarctica. These results generally cover the range shown in Table 10.6, but tend to give more positive (Greenland) or less negative (Antarctica) sea level rise because of the smaller precipitation increases projected by the AOGCMs than by the high-resolution AGCMs. The uncertainties are from the spatial and seasonal patterns of precipitation and temperature change over the ice sheets, and from the ablation calculation. Projections under SRES scenarios for the 21st century are shown in Table 10.7.

### 10.6.4.2    Dynamics

Ice sheet flow reacts to changes in topography produced by SMB change. Projections for the 21st century are given in Section 10.6.5 and Table 10.7, based on the discussion in this section. In Antarctica, topographic change tends to increase ice flow and discharge. In Greenland, lowering of the surface tends to increase the ablation, while a steepening slope in the ablation zone opposes the lowering, and thinning of outlet glaciers reduces discharge. Topographic and dynamic changes simulated by ice flow models (Huybrechts and De Wolde, 1999; van de Wal et al., 2001; Huybrechts et al., 2002, 2004; Gregory and Huybrechts, 2006) can be roughly represented as modifying the sea level changes due to SMB change with fixed topography by –5% ± 5% from Antarctica, and 0% ±10% from Greenland (± one standard deviation) during the 21st century.

The TAR concluded that accelerated sea level rise caused by rapid dynamic response of the ice sheets to climate change is very unlikely during the 21st century (Church et al., 2001). However, new evidence of recent rapid changes in the Antarctic Peninsula, West Antarctica and Greenland (see Section 4.6.3.3) has again raised the possibility of larger dynamical changes in the future than are projected by state-of-the-art continental models, such as cited above, because these models do not incorporate all the processes responsible for the rapid marginal thinning currently taking place (Box 4.1; Alley et al., 2005a; Vaughan, 2007).

The main uncertainty is the degree to which the presence of ice shelves affects the flow of inland ice across the grounding

### Frequently Asked Question 10.2
## How Likely are Major or Abrupt Climate Changes, such as Loss of Ice Sheets or Changes in Global Ocean Circulation?

*Abrupt climate changes, such as the collapse of the West Ant-arctic Ice Sheet, the rapid loss of the Greenland Ice Sheet or large-scale changes of ocean circulation systems, are not considered likely to occur in the 21st century, based on currently available model results. However, the occurrence of such changes becomes increasingly more likely as the perturbation of the climate system progresses.*

Physical, chemical and biological analyses from Greenland ice cores, marine sediments from the North Atlantic and elsewhere and many other archives of past climate have demonstrated that local temperatures, wind regimes and water cycles can change rapidly within just a few years. The comparison of results from records in different locations of the world shows that in the past major changes of hemispheric to global extent occurred. This has led to the notion of an unstable past climate that underwent phases of abrupt change. Therefore, an important concern is that the continued growth of greenhouse gas concentrations in the atmosphere may constitute a perturbation sufficiently strong to trigger abrupt changes in the climate system. Such interference with the climate system could be considered dangerous, because it would have major global consequences.

Before discussing a few examples of such changes, it is useful to define the terms 'abrupt' and 'major'. 'Abrupt' conveys the meaning that the changes occur much faster than the perturbation inducing the change; in other words, the response is nonlinear. A 'major' climate change is one that involves changes that exceed the range of current natural variability and have a spatial extent ranging from several thousand kilometres to global. At local to regional scales, abrupt changes are a common characteristic of natural climate variability. Here, isolated, short-lived events that are more appropriately referred to as 'extreme events' are not considered, but rather large-scale changes that evolve rapidly and persist for several years to decades. For instance, the mid-1970s shift in sea surface temperatures in the Eastern Pacific, or the salinity reduction in the upper 1,000 m of the Labrador Sea since the mid-1980s, are examples of abrupt events with local to regional consequences, as opposed to the larger-scale, longer-term events that are the focus here.

One example is the potential collapse, or shut-down of the Gulf Stream, which has received broad public attention. The Gulf Stream is a primarily horizontal current in the north-western Atlantic Ocean driven by winds. Although a stable feature of the general circulation of the ocean, its northern extension, which feeds deep-water formation in the Greenland-Norwegian-Iceland Seas and thereby delivers substantial amounts of heat to these seas and nearby land areas, is influenced strongly by changes in the density of the surface waters in these areas. This current

constitutes the northern end of a basin-scale meridional over-turning circulation (MOC) that is established along the western boundary of the Atlantic basin. A consistent result from climate model simulations is that if the density of the surface waters in the North Atlantic decreases due to warming or a reduction in salinity, the strength of the MOC is decreased, and with it, the delivery of heat into these areas. Strong sustained reductions in salinity could induce even more substantial reduction, or complete shut-down of the MOC in all climate model projections. Such changes have indeed happened in the distant past.

The issue now is whether the increasing human influence on the atmosphere constitutes a strong enough perturbation to the MOC that such a change might be induced. The increase in greenhouse gases in the atmosphere leads to warming and an intensification of the hydrological cycle, with the latter making the surface waters in the North Atlantic less salty as increased rain leads to more freshwater runoff to the ocean from the region's rivers. Warming also causes land ice to melt, adding more freshwater and further reducing the salinity of ocean surface waters. Both effects would reduce the density of the surface waters (which must be dense and heavy enough to sink in order to drive the MOC), leading to a reduction in the MOC in the 21st century. This reduction is predicted to proceed in lockstep with the warming: none of the current models simulates an abrupt (nonlinear) reduction or a complete shut-down in this century. There is still a large spread among the models' simulated reduction in the MOC, ranging from virtually no response to a reduction of over 50% by the end of the 21st century. This cross-model variation is due to differences in the strengths of atmosphere and ocean feedbacks simulated in these models.

Uncertainty also exists about the long-term fate of the MOC. Many models show a recovery of the MOC once climate is stabilised. But some models have thresholds for the MOC, and they are passed when the forcing is strong enough and lasts long enough. Such simulations then show a gradual reduction of MOC that continues even after climate is stabilised. A quantification of the likelihood of this occurring is not possible at this stage. Nevertheless, even if this were to occur, Europe would still experience warming, since the radiative forcing caused by increasing greenhouse gases would overwhelm the cooling associated with the MOC reduction. Catastrophic scenarios suggesting the beginning of an ice age triggered by a shutdown of the MOC are thus mere speculations, and no climate model has produced such an outcome. In fact, the processes leading to an ice age are sufficiently well understood and so completely different from those discussed here, that we can confidently exclude this scenario.

*(continued)*

Irrespective of the long-term evolution of the MOC, model simulations agree that the warming and resulting decline in salinity will significantly reduce deep and intermediate water formation in the Labrador Sea during the next few decades. This will alter the characteristics of the intermediate water masses in the North Atlantic and eventually affect the deep ocean. The long-term effects of such a change are unknown.

Other widely discussed examples of abrupt climate changes are the rapid disintegration of the Greenland Ice Sheet, or the sudden collapse of the West Antarctic Ice Sheet. Model simulations and observations indicate that warming in the high latitudes of the Northern Hemisphere is accelerating the melting of the Greenland Ice Sheet, and that increased snowfall due to the intensified hydrological cycle is unable to compensate for this melting. As a consequence, the Greenland Ice Sheet may shrink substantially in the coming centuries. Moreover, results suggest that there is a critical temperature threshold beyond which the Greenland Ice Sheet would be committed to disappearing completely, and that threshold could be crossed in this century. However, the total melting of the Greenland Ice Sheet, which would raise global sea level by about seven metres, is a slow process that would take many hundreds of years to complete.

Recent satellite and *in situ* observations of ice streams behind disintegrating ice shelves highlight some rapid reactions of ice sheet systems. This raises new concern about the overall stability of the West Antarctic Ice Sheet, the collapse of which would trigger another five to six metres of sea level rise. While these streams appear buttressed by the shelves in front of them, it is currently unknown whether a reduction or failure of this buttressing of relatively limited areas of the ice sheet could actually trigger a widespread discharge of many ice streams and hence a destabilisation of the entire West Antarctic Ice Sheet. Ice sheet models are only beginning to capture such small-scale dynamical processes that involve complicated interactions with the glacier bed and the ocean at the perimeter of the ice sheet. Therefore, no quantitative information is available from the current generation of ice sheet models as to the likelihood or timing of such an event.

line. A strong argument for enhanced flow when the ice shelf is removed is yielded by the acceleration of Jakobshavn Glacier (Greenland) following the loss of its floating tongue, and of the glaciers supplying the Larsen B Ice Shelf (Antarctic Peninsula) after it collapsed (see Section 4.6.3.3). The onset of disintegration of the Larsen B Ice Shelf has been attributed to enhanced fracturing by crevasses promoted by surface melt water (Scambos et al., 2000). Large portions of the Ross and Filchner-Ronne Ice Shelves (West Antarctica) currently have mean summer surface temperatures of around –5°C (Comiso, 2000, updated). Four high-resolution GCMs (Gregory and Huybrechts, 2006) project summer surface warming in these major ice shelf regions of between 0.2 and 1.3 times the antarctic annual average warming, which in turn will be a factor 1.1 ± 0.3 greater than global average warming according to AOGCM simulations using SRES scenarios. These figures indicate that a local mean summer warming of 5°C is unlikely for a global warming of less than 5°C (see Appendix 10.A). This suggests that ice shelf collapse due to surface melting is unlikely under most SRES scenarios during the 21st century, but we have low confidence in the inference because there is evidently large systematic uncertainty in the regional climate projections, and it is not known whether episodic surface melting might initiate disintegration in a warmer climate while mean summer temperatures remain below freezing.

In the Amundsen Sea sector of West Antarctica, ice shelves are not so extensive and the cause of ice shelf thinning is not surface melting, but bottom melting at the grounding line (Rignot and Jacobs, 2002). Shepherd et al. (2004) find an average ice-shelf thinning rate of 1.5 ± 0.5 m yr⁻¹. At the same time as the basal melting, accelerated inland flow has been observed for Pine Island, Thwaites and other glaciers in the sector (Rignot, 1998, 2001; Thomas et al., 2004). The synchronicity of these changes strongly implies that their cause lies in oceanographic change in the Amundsen Sea, but this has not been attributed to anthropogenic climate change and could be connected with variability in the SAM.

Because the acceleration took place in only a few years (Rignot et al., 2002; Joughin et al., 2003) but appears up to about 150 km inland, it implies that the dynamical response to changes in the ice shelf can propagate rapidly up the ice stream. This conclusion is supported by modelling studies of Pine Island Glacier by Payne et al. (2004) and Dupont and Alley (2005), in which a single and instantaneous reduction of the basal or lateral drag at the ice front is imposed in idealised ways, such as a step retreat of the grounding line. The simulated acceleration and inland thinning are rapid but transient; the rate of contribution to sea level declines as a new steady state is reached over a few decades. In the study of Payne et al. (2004) the imposed perturbations were designed to resemble loss of drag in the 'ice plain', a partially grounded region near the ice front, and produced a velocity increase of about 1 km yr⁻¹ there. Thomas et al. (2005) suggest the ice plain will become ungrounded during the next decade and obtain a similar velocity increase using a simplified approach.

Most of inland ice of West Antarctica is grounded below sea level and so it could float if it thinned sufficiently; discharge therefore promotes inland retreat of the grounding line, which

represents a positive feedback by further reducing basal traction. Unlike the one-time change in the idealised studies, this would represent a sustained dynamical forcing that would prolong the contribution to sea level rise. Grounding line retreat of the ice streams has been observed recently at rates of up to about 1 km yr$^{-1}$ (Rignot, 1998, 2001; Shepherd et al., 2002), but a numerical model formulation is difficult to construct (Vieli and Payne, 2005).

The majority of West Antarctic ice discharge is through the ice streams that feed the Ross and Ronne-Filchner ice shelves, but in these regions no accelerated flow causing thinning is currently observed; on the contrary, they are thickening or near balance (Zwally et al., 2005). Excluding these regions, and likewise those parts of the East Antarctic Ice Sheet that drain into the large Amery ice shelf, the total area of ice streams (areas flowing faster than 100 m yr$^{-1}$) discharging directly into the sea or via a small ice shelf is 270,000 km$^2$. If all these areas thinned at 2 m yr$^{-1}$, the order of magnitude of the larger rates observed in fast-flowing areas of the Amundsen Sea sector (Shepherd et al., 2001, 2002), the contribution to sea level rise would be about 1.5 mm yr$^{-1}$. This would require sustained retreat simultaneously on many fronts, and should be taken as an indicative upper limit for the 21st century (see also Section 10.6.5).

The observation in west-central Greenland of seasonal variation in ice flow rate and of a correlation with summer temperature variation (Zwally et al., 2002) suggest that surface melt water may join a sub-glacially routed drainage system lubricating the ice flow (although this implies that it penetrates more than 1,200 m of subfreezing ice). By this mechanism, increased surface melting during the 21st century could cause acceleration of ice flow and discharge; a sensitivity study (Parizek and Alley, 2004) indicated that this might increase the sea level contribution from the Greenland Ice Sheet during the 21st century by up to 0.2 m, depending on the warming and other assumptions. However, other studies (Echelmeyer and Harrison, 1990; Joughin et al., 2004) found no evidence of seasonal fluctuations in the flow rate of nearby Jakobshavn Glacier despite a substantial supply of surface melt water.

### 10.6.5 Projections of Global Average Sea Level Change for the 21st Century

Table 10.7 and Figure 10.33 show projected changes in global average sea level under the SRES marker scenarios for the 21st century due to thermal expansion and land ice changes based on AR4 AOGCM results (see Sections 10.6.1, 10.6.3 and 10.6.4 for discussion). The ranges given are 5 to 95% intervals characterising the spread of model results, but we are not able to assess their likelihood in the way we have done for temperature change (Section 10.5.4.6), for two main reasons. First, the observational constraint on sea level projections is weaker, because records are shorter and subject to more uncertainty. Second, current scientific understanding leaves poorly known uncertainties in the methods used to make projections for land ice (Sections 10.6.3 and 10.6.4). Since the AOGCMs are integrated with scenarios of $CO_2$ concentration, uncertainties in carbon cycle feedbacks are not included in the results. The carbon cycle uncertainty in projections of temperature change cannot be translated into sea level rise because thermal expansion is a major contributor and its relation to temperature change is uncertain (Section 10.6.1).

**Table 10.7.** *Projected global average sea level rise during the 21st century and its components under SRES marker scenarios. The upper row in each pair gives the 5 to 95% range (m) of the rise in sea level between 1980 to 1999 and 2090 to 2099. The lower row in each pair gives the range of the rate of sea level rise (mm yr⁻¹) during 2090 to 2099. The land ice sum comprises G&IC and ice sheets, including dynamics, but excludes the scaled-up ice sheet discharge (see text). The sea level rise comprises thermal expansion and the land ice sum. Note that for each scenario the lower/upper bound for sea level rise is larger/smaller than the total of the lower/upper bounds of the contributions, since the uncertainties of the contributions are largely independent. See Appendix 10.A for methods.*

| | | B1 | | B2 | | A1B | | A1T | | A2 | | A1FI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Thermal expansion** | m | 0.10 | 0.24 | 0.12 | 0.28 | 0.13 | 0.32 | 0.12 | 0.30 | 0.14 | 0.35 | 0.17 | 0.41 |
| | mm yr⁻¹ | 1.1 | 2.6 | 1.6 | 4.0 | 1.7 | 4.2 | 1.3 | 3.2 | 2.6 | 6.3 | 2.8 | 6.8 |
| **G&IC** | m | 0.07 | 0.14 | 0.07 | 0.15 | 0.08 | 0.15 | 0.08 | 0.15 | 0.08 | 0.16 | 0.08 | 0.17 |
| | mm yr⁻¹ | 0.5 | 1.3 | 0.5 | 1.5 | 0.6 | 1.6 | 0.5 | 1.4 | 0.6 | 1.9 | 0.7 | 2.0 |
| **Greenland Ice Sheet SMB** | m | 0.01 | 0.05 | 0.01 | 0.06 | 0.01 | 0.08 | 0.01 | 0.07 | 0.01 | 0.08 | 0.02 | 0.12 |
| | mm yr⁻¹ | 0.2 | 1.0 | 0.2 | 1.5 | 0.3 | 1.9 | 0.2 | 1.5 | 0.3 | 2.8 | 0.4 | 3.9 |
| **Antarctic Ice Sheet SMB** | m | -0.10 | -0.02 | -0.11 | -0.02 | -0.12 | -0.02 | -0.12 | -0.02 | -0.12 | -0.03 | -0.14 | -0.03 |
| | mm yr⁻¹ | -1.4 | -0.3 | -1.7 | -0.3 | -1.9 | -0.4 | -1.7 | -0.3 | -2.3 | -0.4 | -2.7 | -0.5 |
| **Land ice sum** | m | 0.04 | 0.18 | 0.04 | 0.19 | 0.04 | 0.20 | 0.04 | 0.20 | 0.04 | 0.20 | 0.04 | 0.23 |
| | mm yr⁻¹ | 0.0 | 1.8 | -0.1 | 2.2 | -0.2 | 2.5 | -0.1 | 2.1 | -0.4 | 3.2 | -0.8 | 4.0 |
| **Sea level rise** | m | 0.18 | 0.38 | 0.20 | 0.43 | 0.21 | 0.48 | 0.20 | 0.45 | 0.23 | 0.51 | 0.26 | 0.59 |
| | mm yr⁻¹ | 1.5 | 3.9 | 2.1 | 5.6 | 2.1 | 6.0 | 1.7 | 4.7 | 3.0 | 8.5 | 3.9 | 9.7 |
| **Scaled-up ice sheet discharge** | m | 0.00 | 0.09 | 0.00 | 0.11 | -0.01 | 0.13 | -0.01 | 0.13 | -0.01 | 0.13 | -0.01 | 0.17 |
| | mm yr⁻¹ | 0.0 | 1.7 | 0.0 | 2.3 | 0.0 | 2.6 | 0.0 | 2.3 | -0.1 | 3.2 | -0.1 | 3.9 |



**Figure 10.33.** *Projections and uncertainties (5 to 95% ranges) of global average sea level rise and its components in 2090 to 2099 (relative to 1980 to 1999) for the six SRES marker scenarios. The projected sea level rise assumes that the part of the present-day ice sheet mass imbalance that is due to recent ice flow acceleration will persist unchanged. It does not include the contribution shown from scaled-up ice sheet discharge, which is an alternative possibility. It is also possible that the present imbalance might be transient, in which case the projected sea level rise is reduced by 0.02 m. It must be emphasized that we cannot assess the likelihood of any of these three alternatives, which are presented as illustrative. The state of understanding prevents a best estimate from being made.*

In all scenarios, the average rate of rise during the 21st century is very likely to exceed the 1961 to 2003 average rate of $1.8 \pm 0.5$ mm yr$^{-1}$ (see Section 5.5.2.1). The central estimate of the rate of sea level rise during 2090 to 2099 is 3.8 mm yr$^{-1}$ under A1B, which exceeds the central estimate of 3.1 mm yr$^{-1}$ for 1993 to 2003 (see Section 5.5.2.2). The 1993 to 2003 rate may have a contribution of about 1 mm yr$^{-1}$ from internally generated or naturally forced decadal variability (see Sections 5.5.2.4 and 9.5.2). These sources of variability are not predictable and not included in the projections; the actual rate during any future decade might therefore be more or less than the projected rate by a similar amount. Although simulated and observed sea level rise agree reasonably well for 1993 to 2003, the observed rise for 1961 to 2003 is not satisfactorily explained (Section 9.5.2), as the sum of observationally estimated components is $0.7 \pm 0.7$ mm yr$^{-1}$ less than the observed rate of rise (Section 5.5.6). This indicates a deficiency in current scientific understanding of sea level change and may imply an underestimate in projections.

For an average model (the central estimate for each scenario), the scenario spread (from B1 to A1FI) in sea level rise is only 0.02 m by the middle of the century. This is small because of the time-integrating effect of sea level rise, on which the divergence among the scenarios has had little effect by then. By 2090 to 2099 it is 0.15 m.

In all scenarios, the central estimate for thermal expansion by the end of the century is 70 to 75% of the central estimate for the sea level rise. In all scenarios, the average rate of expansion

during the 21st century is larger than central estimate of 1.6 mm yr$^{-1}$ for 1993 to 2003 (Section 5.5.3). Likewise, in all scenarios the average rate of mass loss by G&IC during the 21st century is greater than the central estimate of 0.77 mm yr$^{-1}$ for 1993 to 2003 (Section 4.5.2). By the end of the century, a large fraction of the present global G&IC mass is projected to have been lost (see, e.g., Table 4.3). The G&IC projections are rather insensitive to the scenario because the main uncertainties come from the G&IC model.

Further accelerations in ice flow of the kind recently observed in some Greenland outlet glaciers and West Antarctic ice streams could increase the ice sheet contributions substantially, but quantitative projections cannot be made with confidence (see Section 10.6.4.2). The land ice sum in Table 10.7 includes the effect of dynamical changes in the ice sheets that can be simulated with a continental ice sheet model (Section 10.6.4.2). It also includes a scenario-independent term of $0.32 \pm 0.35$ mm yr$^{-1}$ ($0.035 \pm 0.039$ m in 110 years). This is the central estimate for 1993 to 2003 of the sea level contribution from the Antarctic Ice Sheet, plus half of that from Greenland (Sections 4.6.2.2 and 5.5.5.2). We take this as an estimate of the part of the present ice sheet mass imbalance that is due to recent ice flow acceleration (Section 4.6.3.2), and assume that this contribution will persist unchanged.

We also evaluate the contribution of rapid dynamical changes under two alternative assumptions (see, e.g., Alley et al., 2005b). First, the present imbalance might be a rapid short-term adjustment, which will diminish during coming decades. We take an e-folding time of 100 years, on the basis of an idealised model study (Payne et al., 2004). This assumption reduces the sea level rise in Table 10.7 by 0.02 m. Second, the present imbalance might be a response to recent climate change, perhaps through oceanic or surface warming (Section 10.6.4.2). No models are available for such a link, so we assume that the imbalance might scale up with global average surface temperature change, which we take as a measure of the magnitude of climate change (see Appendix 10.A). This assumption adds 0.1 or 0.2 m to the estimated upper bound for sea level rise depending on the scenario (Table 10.7). During 2090 to 2099, the rate of scaled-up antarctic discharge roughly balances the increased rate of antarctic accumulation (SMB). The central estimate for the increased antarctic discharge under the SRES scenario A1FI is about 1.3 mm yr$^{-1}$, a factor of 5 to 10 greater than in recent years, and similar to the order-of-magnitude upper limit of Section 10.6.4.2. It must be emphasized that we cannot assess the likelihood of any of these three alternatives, which are presented as illustrative. The state of understanding prevents a best estimate from being made.

The central estimates for sea level rise in Table 10.7 are smaller than the TAR model means (Church et al., 2001) by 0.03 to 0.07 m, depending on scenario, for two reasons. First, these projections are for 2090-2099, whereas the TAR projections were for 2100. Second, the TAR included some small constant additional contributions to sea level rise which are omitted here (see below regarding permafrost). If the TAR model means are adjusted for this, they are within 10% of the central estimates from Table 10.7. (See Appendix 10.A for further information.) For each scenario, the upper bound of sea level rise in Table 10.7 is smaller than in the TAR, and the lower bound is larger than in the TAR. This is because the uncertainty on the sea level projection has been reduced, for a combination of reasons (see Appendix 10.A for details). The TAR would have had similar ranges to those shown here if it had treated the uncertainties in the same way.

Thawing of permafrost is projected to contribute about 5 mm during the 21st century under the SRES scenario A2 (calculated from Lawrence and Slater, 2005). The mass of the ocean will also be changed by climatically driven alteration in other water storage, in the forms of atmospheric water vapour, seasonal snow cover, soil moisture, groundwater, lakes and rivers. All of these are expected to be relatively small terms, but there may be substantial contributions from anthropogenic change in terrestrial water storage, through extraction from aquifers and impounding in reservoirs (see Sections 5.5.5.3 and 5.5.5.4).

<div style="background:green">

## 10.7   Long Term Climate Change and Commitment

</div>

### 10.7.1   Climate Change Commitment to Year 2300 Based on AOGCMs

Building on Wigley (2005), we use three specific definitions of climate change commitment: (i) the 'constant composition commitment', which denotes the further change of temperature ('constant composition temperature commitment' or 'committed warming'), sea level ('constant composition sea level commitment') or any other quantity in the climate system, since the time the composition of the atmosphere, and hence the radiative forcing, has been held at a constant value; (ii) the 'constant emission commitment', which denotes the further change of, for example, temperature ('constant emission temperature commitment') since the time the greenhouse gas emissions have been held at a constant value; and (iii) the 'zero emission commitment', which denotes the further change of, for example, temperature ('zero emission temperature commitment') since the time the greenhouse gas emissions have been set to zero.

The concept that the climate system exhibits commitment when radiative forcing has changed is mainly due to the thermal inertia of the oceans, and was discussed independently by Wigley (1984), Hansen et al. (1984) and Siegenthaler and Oeschger

(1984). The term 'commitment' in this regard was introduced by Ramanathan (1988). In the TAR, this was illustrated in idealised scenarios of doubling and quadrupling atmospheric $CO_2$, and stabilisation at 2050 and 2100 after an IS92a forcing scenario. Various temperature commitment values were reported (about 0.3°C per century with much model dependency), and EMIC simulations were used to illustrate the long-term influence of the ocean owing to long mixing times and the MOC. Subsequent studies have confirmed this behaviour of the climate system and ascribed it to the inherent property of the climate system that the thermal inertia of the ocean introduces a lag to the warming of the climate system after concentrations of greenhouse gases are stabilised (Mitchell et al., 2000; Wetherald et al., 2001; Wigley and Raper, 2003; Hansen et al., 2005b; Meehl et al., 2005c; Wigley, 2005). Climate change commitment as discussed here should not be confused with 'unavoidable climate change' over the next half century, which would surely be greater because forcing cannot be instantly stabilised. Furthermore, in the very long term it is plausible that climate change could be less than in a commitment run since forcing could plausibly be reduced below current levels as illustrated in the overshoot simulations and zero emission commitment simulations discussed below.

Three constant composition commitment experiments have recently been performed by the global coupled climate modelling community: (1) stabilising concentrations of greenhouse gases at year 2000 values after a 20th-century climate simulation, and running the model for an additional 100 years; (2) stabilising concentrations of greenhouse gases at year 2100 values after a 21st-century B1 experiment (e.g., $CO_2$ near 550 ppm) and running the model for an additional 100 years (with some models run to 200 years); and (3) stabilising concentrations of greenhouse gases at year 2100 values after a 21st-century A1B experiment (e.g., $CO_2$ near 700 ppm), and running the model for an additional 100 years (and some models to 200 years). Multi-model mean warming in these experiments is depicted in Figure 10.4. Time series of the globally averaged surface temperature and percent precipitation change after stabilisation are shown for all the models in the Supplementary Material, Figure S10.3.

The multi-model average warming for all radiative forcing agents held constant at year 2000 (reported earlier for several of the models by Meehl et al., 2005c), is about 0.6°C for the period 2090 to 2099 relative to the 1980 to 1999 reference period. This is roughly the magnitude of warming simulated in the 20th century. Applying the same uncertainty assessment as for the SRES scenarios in Fig. 10.29 (–40 to +60%), the likely uncertainty range is 0.3°C to 0.9°C. Hansen et al. (2005a) calculate the current energy imbalance of the Earth to be 0.85 W m$^{-2}$, implying that the unrealised global warming is about 0.6°C without any further increase in radiative forcing. The committed warming trend values show a rate of warming averaged over the first two decades of the 21st century of about 0.1°C per decade, due mainly to the slow response of the oceans. About twice as much warming (0.2°C per decade) would be expected if emissions are within the range of the SRES scenarios.

For the B1 constant composition commitment run, the additional warming after 100 years is also about 0.5°C, and roughly the same for the A1B constant composition commitment (Supplementary Material, Figure S10.3). These new results quantify what was postulated in the TAR in that the warming commitment after stabilising concentrations is about 0.5°C for the first century, and considerably smaller after that, with most of the warming commitment occurring in the first several decades of the 22nd century.

Constant composition precipitation commitment for the multi-model ensemble average is about 1.1% by 2100 for the 20th-century constant composition commitment experiment, and for the B1 constant composition commitment experiment it is 0.8% by 2200 and 1.5% by 2300, while for the A1B constant composition commitment experiment it is 1.5% by 2200 and 2% by 2300.

The patterns of change in temperature in the B1 and A1B experiments, relative to the pre-industrial period, do not change greatly after stabilisation (Table 10.5). Even the 20th-century stabilisation case warms with some similarity to the A1B pattern (Table 10.5). However, there is some contrast in the land and

ocean warming rates, as seen from Figure 10.6. Mid- and low-latitude land warms at rates closer to the global mean of that of A1B, while high-latitude ocean warming is larger.

### 10.7.2 Climate Change Commitment to Year 3000 and Beyond to Equilibrium

Earth System Models of Intermediate Complexity are used to extend the projections for a scenario that follows A1B to 2100 and then keeps atmospheric composition, and hence radiative forcing, constant to the year 3000 (see Figure 10.34). By 2100, the projected warming is between 1.2°C and 4.1°C, similar to the range projected by AOGCMs. A large constant composition temperature and sea level commitment is evident in the simulations and is slowly realised over coming centuries. By the year 3000, the warming range is 1.9°C to 5.6°C. While surface temperatures approach equilibrium relatively quickly, sea level continues to rise for many centuries.

Five of these EMICs include interactive representations of the marine and terrestrial carbon cycle and, therefore, can be used to assess carbon cycle-climate feedbacks and effects of



**Figure 10.34.** *(a) Atmospheric CO₂, (b) global mean surface warming, (c) sea level rise from thermal expansion and (d) Atlantic meridional overturning circulation (MOC) calculated by eight EMICs for the SRES A1B scenario and stable radiative forcing after 2100, showing long-term commitment after stabilisation. Coloured lines are results from EMICs, grey lines indicate AOGCM results where available for comparison. Anomalies in (b) and (c) are given relative to the year 2000. Vertical bars indicate ±2 standard deviation uncertainties due to ocean parameter perturbations in the C-GOLDSTEIN model. The MOC shuts down in the BERN2.5CC model, leading to an additional contribution to sea level rise. Individual EMICs (see Table 8.3 for model details) treat the effect from non-CO₂ greenhouse gases and the direct and indirect aerosol effects on radiative forcing differently. Despite similar atmospheric CO₂ concentrations, radiative forcing among EMICs can thus differ within the uncertainty ranges currently available for present-day radiative forcing (see Chapter 2).*

## Frequently Asked Question 10.3
## If Emissions of Greenhouse Gases are Reduced, How Quickly do Their Concentrations in the Atmosphere Decrease?

*The adjustment of greenhouse gas concentrations in the atmosphere to reductions in emissions depends on the chemical and physical processes that remove each gas from the atmosphere. Concentrations of some greenhouse gases decrease almost immediately in response to emission reduction, while others can actually continue to increase for centuries even with reduced emissions.*

The concentration of a greenhouse gas in the atmosphere depends on the competition between the rates of emission of the gas into the atmosphere and the rates of processes that remove it from the atmosphere. For example, carbon dioxide ($CO_2$) is exchanged between the atmosphere, the ocean and the land through processes such as atmosphere-ocean gas transfer and chemical (e.g., weathering) and biological (e.g., photosynthesis) processes. While more than half of the $CO_2$ emitted is currently removed from the atmosphere within a century, some fraction (about 20%) of emitted $CO_2$ remains in the atmosphere for many millennia. Because of slow removal processes, atmospheric $CO_2$ will continue to increase in the long term even if its emission is substantially reduced from present levels. Methane ($CH_4$) is removed by chemical processes in the atmosphere, while nitrous oxide ($N_2O$) and some halocarbons are destroyed in the upper atmosphere by solar radiation. These processes each operate at different time scales ranging from years to millennia. A measure for this is the lifetime of a gas in the atmosphere, defined as the time it takes for a perturbation to be reduced to 37% of its initial amount. While for $CH_4$, $N_2O$, and other trace gases such as hydrochlorofluorocarbon-22 (HCFC-22), a refrigerant fluid, such lifetimes can be reasonably determined (for $CH_4$ it is about 12 yr, for $N_2O$ about 110 yr and for HCFC-22 about 12 yr), a lifetime for $CO_2$ cannot be defined.

The change in concentration of any trace gas depends in part on how its emissions evolve over time. If emissions increase with time, the atmospheric concentration will also increase with time, regardless of the atmospheric lifetime of the gas. However, if actions are taken to reduce the emissions, the fate of the trace gas concentration will depend on the relative changes not only of emissions but also of its removal processes. Here we show how the lifetimes and removal processes of different gases dictate the evolution of concentrations when emissions are reduced.

As examples, FAQ 10.3, Figure 1 shows test cases illustrating how the future concentration of three trace gases would respond to illustrative changes in emissions (represented here as a response to an imposed pulse change in emission). We consider $CO_2$, which has no specific lifetime, as well as a trace gas with a well-defined long lifetime on the order of a century (e.g., $N_2O$), and a trace gas with a well-defined short lifetime on the order of decade (such as $CH_4$, HCFC-22 or other halocarbons). For each gas, five illustrative cases of future emissions are presented: stabilisation of emissions at present-day levels, and immediate emission reduction by 10%, 30%, 50% and 100%.

The behaviour of $CO_2$ (Figure 1a) is completely different from the trace gases with well-defined lifetimes. Stabilisation of $CO_2$ emissions at current levels would result in a continuous increase of atmospheric $CO_2$ over the 21st century and beyond, whereas for a gas with a lifetime on the order of a century (Figure 1b) or a decade (Figure 1c), stabilisation of emissions at current levels would lead to a stabilisation of its concentration at a level higher than today within a couple of centuries, or decades, respectively. In fact, only in the case of essentially complete elimination of

*(continued)*



**FAQ 10.3, Figure 1.** (a) Simulated changes in atmospheric $CO_2$ concentration relative to the present-day for emissions stabilised at the current level (black), or at 10% (red), 30% (green) 50% (dark blue) and 100% (light blue) lower than the current level; (b) as in (a) for a trace gas with a lifetime of 120 years, driven by natural and anthropogenic fluxes; and (c) as in (a) for a trace gas with a lifetime of 12 years, driven by only anthropogenic fluxes.

emissions can the atmospheric concentration of $CO_2$ ultimately be stabilised at a constant level. All other cases of moderate $CO_2$ emission reductions show increasing concentrations because of the characteristic exchange processes associated with the cycling of carbon in the climate system.

More specifically, the rate of emission of $CO_2$ currently greatly exceeds its rate of removal, and the slow and incomplete removal implies that small to moderate reductions in its emissions would not result in stabilisation of $CO_2$ concentrations, but rather would only reduce the rate of its growth in coming decades. A 10% reduction in $CO_2$ emissions would be expected to reduce the growth rate by 10%, while a 30% reduction in emissions would similarly reduce the growth rate of atmospheric $CO_2$ concentrations by 30%. A 50% reduction would stabilise atmospheric $CO_2$, but only for less than a decade. After that, atmospheric $CO_2$ would be expected to rise again as the land and ocean sinks decline owing to well-known chemical and biological adjustments. Complete elimination of $CO_2$ emissions is estimated to lead to a slow decrease in atmospheric $CO_2$ of about 40 ppm over the 21st century.

The situation is completely different for the trace gases with a well-defined lifetime. For the illustrative trace gas with a lifetime of the order of a century (e.g., $N_2O$), emission reduction of more than 50% is required to stabilise the concentrations close to present-day values (Figure 1b). Constant emission leads to a stabilisation of the concentration within a few centuries.

In the case of the illustrative gas with the short lifetime, the present-day loss is around 70% of the emissions. A reduction in emissions of less than 30% would still produce a short-term increase in concentration in this case, but, in contrast to $CO_2$, would lead to stabilisation of its concentration within a couple of decades (Figure 1c). The decrease in the level at which the concentration of such a gas would stabilise is directly proportional to the emission reduction. Thus, in this illustrative example, a reduction in emissions of this trace gas larger than 30% would be required to stabilise concentrations at levels significantly below those at present. A complete cut-off of the emissions would lead to a return to pre-industrial concentrations within less than a century for a trace gas with a lifetime of the order of a decade.

carbon emission reductions on atmospheric $CO_2$ and climate. Although carbon cycle processes in these models are simplified, global-scale quantities are in good agreement with more complex models (Doney et al., 2004).

Results for one carbon emission scenario are shown in Figure 10.35, where anthropogenic emissions follow a path towards stabilisation of atmospheric $CO_2$ at 750 ppm but at year 2100 are reduced to zero. This permits the determination of the zero emission climate change commitment. The prescribed emissions were calculated from the SP750 profile (Knutti et al., 2005) using the BERN-CC model (Joos et al., 2001). Although unrealistic, such a scenario permits the calculation of zero emission commitment, i.e., climate change due to 21st-century emissions. Even though emissions are instantly reduced to zero at year 2100, it takes about 100 to 400 years in the different models for the atmospheric $CO_2$ concentration to drop from the maximum (ranges between 650 to 700 ppm) to below the level of doubled pre-industrial $CO_2$ (~560 ppm) owing to a continuous transfer of carbon from the atmosphere into the terrestrial and oceanic reservoirs. Emissions during the 21st century continue to have an impact even at year 3000 when both surface temperature and sea level rise due to thermal expansion are still substantially higher than pre-industrial. Also shown are atmospheric $CO_2$ concentrations and ocean/terrestrial carbon inventories at year 3000 versus total emitted carbon for similar emission pathways targeting (but not actually reaching) 450, 550, 750 and 1,000 ppm atmospheric $CO_2$ and with carbon emissions reduced to zero at year 2100. Atmospheric $CO_2$ at year 3000 is approximately linearly related to the total amount of carbon emitted in each model, but with a substantial spread among the models in both slope and absolute values, because the redistribution of carbon between the different reservoirs is

model dependent. In summary, the model results show that 21st-century emissions represent a minimum commitment of climate change for several centuries, irrespective of later emissions. A reduction of this 'minimum' commitment is possible only if, in addition to avoiding $CO_2$ emissions after 2100, $CO_2$ were actively removed from the atmosphere.

Using a similar approach, Friedlingstein and Solomon (2005) show that even if emissions were immediately cut to zero, the system would continue to warm for several more decades before starting to cool. It is important also to note that ocean heat content and changes in the cryosphere evolve on time scales extending over centuries.

On very long time scales (order several thousand years as estimated by AOGCM experiments, Bi et al., 2001; Stouffer, 2004), equilibrium climate sensitivity is a useful concept to characterise the ultimate response of climate models to different future levels of greenhouse gas radiative forcing. This concept can be applied to climate models irrespective of their complexity. Based on a global energy balance argument, equilibrium climate sensitivity $S$ and global mean surface temperature increase $\Delta T$ at equilibrium relative to pre-industrial for an equivalent stable $CO_2$ concentration are linearly related according to $\Delta T = S \times \log(CO_2 / 280 \text{ ppm}) / \log(2)$, which follows from the definition of climate sensitivity and simplified expressions for the radiative forcing of $CO_2$ (Section 6.3.5 of the TAR). Because the combination of various lines of modelling results and expert judgement yields a quantified range of climate sensitivity $S$ (see Box 10.2), this can be carried over to equilibrium temperature increase. Most likely values, and the likely range, as well as a very likely lower bound for the warming, all consistent with the quantified range of $S$, are given in Table 10.8.



**Figure 10.35.** *Changes in carbon inventories and climate response relative to the pre-industrial period simulated by five different intermediate complexity models (see Table 8.3 for model descriptions) for a scenario where emissions follow a pathway leading to stabilisation of atmospheric $CO_2$ at 750 ppm, but before reaching this target, emissions are reduced to zero instantly at year 2100. (a) Change in total carbon, (b) atmospheric $CO_2$ (d) change in surface temperature, (e) change in ocean carbon, (g) sea level rise from thermal expansion and (h) change in terrestrial carbon. Right column: (c) atmospheric $CO_2$ and the change in (f) oceanic and (i) terrestrial carbon inventories at year 3000 relative to the pre-industrial period for several emission scenarios of similar shape but with different total carbon emissions.*

**Table 10.8.** *Best guess (i.e. most likely), likely and very likely bounds/ranges of global mean equilibrium surface temperature increase $\Delta T$(°C) above pre-industrial temperatures for different levels of $CO_2$ equivalent concentrations (ppm), based on the assessment of climate sensitivity given in Box 10.2.*

| Equivalent CO₂ | Best Guess | Very Likely Above | Likely in the Range |
|---|---|---|---|
| 350 | 1.0 | 0.5 | 0.6–1.4 |
| 450 | 2.1 | 1.0 | 1.4–3.1 |
| 550 | 2.9 | 1.5 | 1.9–4.4 |
| 650 | 3.6 | 1.8 | 2.4–5.5 |
| 750 | 4.3 | 2.1 | 2.8–6.4 |
| 1,000 | 5.5 | 2.8 | 3.7–8.3 |
| 1,200 | 6.3 | 3.1 | 4.2–9.4 |

It is emphasized that this table does not contain more information than the best knowledge of $S$ and that the numbers are not the result of any climate model simulation. Rather it is assumed that the above relationship between temperature increase and $CO_2$ holds true for the entire range of equivalent $CO_2$ concentrations. There are limitations to the concept of radiative forcing and climate sensitivity (Senior and Mitchell, 2000; Joshi et al., 2003; Shine et al., 2003; Hansen et al., 2005b). Only a few AOGCMs have been run to equilibrium under elevated $CO_2$ concentrations, and some results show that nonlinearities in the feedbacks (e.g., clouds, sea ice and snow cover) may cause a time dependence of the effective climate sensitivity and substantial deviations from the linear relation assumed above (Manabe and Stouffer, 1994; Senior and Mitchell, 2000; Voss and Mikolajewicz, 2001; Gregory et al., 2004b), with effective climate sensitivity tending to grow with time in some of the AR4 AOGCMs. Some studies suggest

that climate sensitivities larger than the likely estimate given below (which would suggest greater warming) cannot be ruled out (see Box 10.2 on climate sensitivity).

Another way to address eventual equilibrium temperature for different $CO_2$ concentrations is to use the projections from the AOGCMs in Figure 10.4, and an idealised 1% $yr^{-1}$ $CO_2$ increase to 4 × $CO_2$. The equivalent $CO_2$ concentrations in the AOGCMs can be estimated from the forcings given in Table 6.14 in the TAR. The actual $CO_2$ concentrations for A1B and B1 are roughly 715 ppm and 550 ppm (depending on which model is used to convert emissions to concentrations), and equivalent $CO_2$ concentrations are estimated to be about 835 ppm and 590 ppm, respectively. Using the equation above for an equilibrium climate sensitivity of 3.0°C, eventual equilibrium warming in these experiments would be 4.8°C and 3.3°C, respectively. The multi-model average warming in the AOGCMs at the end of the 21st century (relative to pre-industrial temperature) is 3.1°C and 2.3°C, or about 65 to 70% of the eventual estimated equilibrium warming. Given rates of $CO_2$ increase of between 0.5 and 1.0% $yr^{-1}$ in these two scenarios, this can be compared to the calculated fraction of eventual warming of around 50% in AOGCM experiments with those $CO_2$ increase rates (Stouffer and Manabe, 1999). The Stouffer and Manabe (1999) model has somewhat higher equilibrium climate sensitivity, and was actually run to equilibrium in a 4-kyr integration to enable comparison of transient and equilibrium warming. Therefore, the AOGCM results combined with the estimated equilibrium warming seem roughly consistent with earlier AOGCM experiments of transient warming rates. Additionally, similar numbers for the 4 × $CO_2$ stabilisation experiments performed with the AOGCMs can be computed. In that case, the actual and equivalent $CO_2$ concentrations are the same, since there are no other radiatively active species changing in the models, and the multi-model $CO_2$ concentration at quadrupling would produce an eventual equilibrium warming of 6°C, where the multi-model average warming at the time of quadrupling is about 4.0°C or 66% of eventual equilibrium. This is consistent with the numbers for the A1B and B1 scenario integrations with the AOGCMs.

It can be estimated how much closer to equilibrium the climate system is 100 years after stabilisation in these AOGCM experiments. After 100 years of stabilised concentrations, the warming relative to pre-industrial temperature is 3.8°C in A1B and 2.6°C in B1, or about 80% of the estimated equilibrium warming. For the stabilised 4 × $CO_2$ experiment, after 100 years of stabilised $CO_2$ concentrations the warming is 4.7°C, or 78% of the estimated equilibrium warming. Therefore, about an additional 10 to 15% of the eventual equilibrium warming is achieved after 100 years of stabilised concentrations (Stouffer, 2004). This emphasizes that the approach to equilibrium takes a long time, and even after 100 years of stabilised atmospheric concentrations, only about 80% of the eventual equilibrium warming is realised.

### 10.7.3  Long-Term Integrations: Idealised Overshoot Experiments

The concept of mitigation related to overshoot scenarios has implications for IPCC Working Groups II and III and was addressed in the Second Assessment Report. A new suite of mitigation scenarios is currently being assessed for the AR4. Working Group 1 does not have the expertise to assess such scenarios, so this section assesses the processes and response of the physical climate system in a very idealised overshoot experiment. Plausible new mitigation and overshoot scenarios will be run subsequently by modelling groups and assessed in the next IPCC report.

An idealised overshoot scenario has been run in an AOGCM where the $CO_2$ concentration decreases from the A1B stabilised level to the B1 stabilised level between 2150 and 2250, followed by 200 years of integration with that constant B1 level (Figure 10.36a). This reduction in $CO_2$ concentration would require large reductions in emissions, but such an idealised experiment illustrates the processes involved in how the climate system would respond to such a large change in emissions and concentrations. Yoshida et al. (2005) and Tsutsui et al. (2007) show that there is a relatively fast response in the surface and upper ocean, which start to recover to temperatures at the B1 level after several decades, but a much more sluggish response with more commitment in the deep ocean. As shown in Figure 10.36b and c, the overshoot scenario temperatures only slowly decrease to approach the lower temperatures of the B1 experiment, and continue a slow convergence that has still not cooled to the B1 level at the year 2350, or 100 years after the $CO_2$ concentration in the overshoot experiment was reduced to equal the concentration in the B1 experiment. However, Dai et al. (2001a) show that reducing emissions to achieve a stabilised $CO_2$ concentration in the 21st century reduces warming moderately (less than 0.5°C) by the end of the 21st century in comparison to a business-as-usual scenario, but the warming reduction is about 1.5°C by the end of the 22nd century in that experiment. Other climate system responses include the North Atlantic MOC and sea ice volume that almost recover to the B1 level in the overshoot scenario experiment, except for a significant hysteresis effect that is shown in the sea level change due to thermal expansion (Yoshida et al., 2005; Nakashiki et al., 2006).

Such stabilisation and overshoot scenarios have implications for risk assessment as suggested by Yoshida et al. (2005) and others. For example, in a probabilistic study using an SCM and multi-gas scenarios, Meinshausen (2006) estimated that the probability of exceeding a 2°C warming is between 68 and 99% for a stabilisation of equivalent $CO_2$ at 550 ppm. They also considered scenarios with peaking $CO_2$ and subsequent stabilisation at lower levels as an alternative pathway and found that if the risk of exceeding a warming of 2°C is not to be greater than 30%, it is necessary to peak equivalent $CO_2$ concentrations around 475 ppm before returning to lower concentrations of about 400 ppm. These overshoot and targeted climate change estimations take into account the climate change commitment



**Figure 10.36.** *(a) Atmospheric CO2 concentrations for several experiments simulated with an AOGCM; (b) globally averaged surface air temperatures for the overshoot scenario and the A1B and B1 experiments; (c) same as in (b) but for globally averaged precipitation rate. Modified from Yoshida et al. (2005).*

in the system that must be overcome on the time scale of any overshoot or emissions target calculation. The probabilistic studies also show that when certain thresholds of climate change are to be avoided, emission pathways depend on the certainty requested of not exceeding the threshold.

Earth System Models of Intermediate Complexity have been used to calculate the long-term climate response to stabilisation of atmospheric CO2, although EMICs have not been adjusted to take into account the full range of AOGCM sensitivities. The newly developed stabilisation profiles were constructed following Enting et al. (1994) and Wigley et al. (1996) using the most recent atmospheric CO2 observations, CO2 projections with the BERN-CC model (Joos et al., 2001) for the A1T scenario over the next few decades, and a ratio of two polynomials (Enting et al., 1994) leading to stabilisation at levels of 450, 550, 650, 750 and 1,000 ppm atmospheric CO2 equivalent. Other forcings are not considered. Supplementary Material, Figure S10.4a shows the equilibrium surface warming for seven different EMICs and six stabilisation levels. Model differences arise mainly from the models having different climate sensitivities.

Knutti et al. (2005) explore this further with an EMIC using several published PDFs of climate sensitivity and different ocean heat uptake parametrizations and calculate probabilities of not overshooting a certain temperature threshold given an equivalent CO2 stabilisation level (Supplementary Material, Figure S10.4b). This plot illustrates, for example, that for low values of stabilised CO2, the range of response of possible warming is smaller than for high values of stabilised CO2. This is because with greater CO2 forcing, there is a greater spread of outcomes as illustrated in Figure 10.26. Figure S10.4b also shows that for any given temperature threshold, the smaller the desired probability of exceeding the target is, the lower the stabilisation level that must be chosen. Stabilisation of atmospheric greenhouse gases below about 400 ppm CO2 equivalent is required to keep the global temperature increase likely less than 2°C above pre-industrial temperature (Knutti et al., 2005).

**10.7.4   Commitment to Sea Level Rise**

*10.7.4.1   Thermal Expansion*

The sea level rise commitment due to thermal expansion has much longer time scales than the surface warming commitment, owing to the slow processes that mix heat into the deep ocean (Church et al., 2001). If atmospheric composition were stabilised at A1B levels in 2100, thermal expansion in the 22nd century would be similar to in the 21st (see, e.g., Section 10.6.1; Meehl et al., 2005c), reaching 0.3 to 0.8 m by 2300 (Figure 10.37). The ranges of thermal expansion overlap substantially for stabilisation at different levels, since model uncertainty is dominant; A1B is given here because results are available from more models for this scenario than for other scenarios. Thermal expansion would continue over many centuries at a gradually decreasing rate (Figure 10.34). There is a wide spread among



**Figure 10.37.** *Globally averaged sea level rise from thermal expansion relative to the period 1980 to 1999 for the A1B commitment experiment calculated from AOGCMs. See Table 8.1 for model details.*

the models for the thermal expansion commitment at constant composition due partly to climate sensitivity, and partly to differences in the parametrization of vertical mixing affecting ocean heat uptake (e.g., Weaver and Wiebe, 1999). If there is deep-water formation in the final steady state as in the present day, the ocean will eventually warm up fairly uniformly by the amount of the global average surface temperature change (Stouffer and Manabe, 2003), which would result in about 0.5 m of thermal expansion per degree celsius of warming, calculated from observed climatology; the EMICs in Figure 10.34 indicate 0.2 to 0.6 m °C⁻¹ for their final steady state (year 3000) relative to 2000. If deep-water formation is weakened or suppressed, the deep ocean will warm up more (Knutti and Stocker, 2000). For instance, in the $3 \times CO_2$ experiment of Bi et al. (2001) with the CSIRO AOGCM, both North Atlantic Deep Water and Antarctic Bottom Water formation cease, and the steady-state thermal expansion is 4.5 m. Although these commitments to sea level rise are large compared with 21st-century changes, the eventual contributions from the ice sheets could be larger still.

### 10.7.4.2   Glaciers and Ice Caps

Steady-state projections for G&IC require a model that evolves their area-altitude distribution (see, e.g., Section 10.6.3.3). Little information is available on this. A comparative study including seven GCM simulations at $2 \times CO_2$ conditions inferred that many glaciers may disappear completely due to an increase of the equilibrium line altitude (Bradley et al., 2004), but even in a warmer climate, some glacier volume may persist at high altitude. With a geographically uniform warming relative to 1900 of 4°C maintained after 2100, about 60% of G&IC volume would vanish by 2200 and practically all by 3000

(Raper and Braithwaite, 2006). Nonetheless, this commitment to sea level rise is relatively small (<1 m; Table 4.4) compared with those from thermal expansion and ice sheets.

### 10.7.4.3   Greenland Ice Sheet

The present SMB of Greenland is a net accumulation estimated as 0.6 mm yr⁻¹ of sea level equivalent from a compilation of studies (Church et al., 2001) and 0.47 mm yr⁻¹ for 1988 to 2004 (Box et al., 2006). In a steady state, the net accumulation would be balanced by calving of icebergs. General Circulation Models suggest that ablation increases more rapidly than accumulation with temperature (van de Wal et al., 2001; Gregory and Huybrechts, 2006), so warming will tend to reduce the SMB, as has been observed in recent years (see Section 4.6.3), and is projected for the 21st century (Section 10.6.4.1). Sufficient warming will reduce the SMB to zero. This gives a threshold for the long-term viability of the ice sheet because negative SMB means that the ice sheet must contract even if ice discharge has ceased owing to retreat from the coast. If a warmer climate is maintained, the ice sheet will eventually be eliminated, except perhaps for remnant glaciers in the mountains, raising sea level by about 7 m (see Table 4.1). Huybrechts et al. (1991) evaluated the threshold as 2.7°C of seasonally and geographically uniform warming over Greenland relative to a steady state (i.e. pre-industrial temperature). Gregory et al. (2004a) examine the probability of this threshold being reached under various $CO_2$ stabilisation scenarios for 450 to 1000 ppm using TAR projections, and find that it was exceeded in 34 out of 35 combinations of AOGCM and $CO_2$ concentration considering seasonally uniform warming, and 24 out of 35 considering summer warming and using an upper bound on the threshold.

Assuming the warming to be uniform underestimates the threshold, because warming is projected by GCMs to be weaker in the ablation area and in summer, when ablation occurs. Using geographical and seasonal patterns of simulated temperature change derived from a combination of four high-resolution AGCM simulations and 18 AR4 AOGCMs raises the threshold to 3.2°C to 6.2°C in annual- and area-average warming in Greenland, and 1.9°C to 4.6°C in the global average (Gregory and Huybrechts, 2006), relative to pre-industrial temperatures. This is likely to be reached by 2100 under the SRES A1B scenario, for instance (Figure 10.29). These results are supported by evidence from the last interglacial, when the temperature in Greenland was 3°C to 5°C warmer than today and the ice sheet survived, but may have been smaller by 2 to 4 m in sea level equivalent (including contributions from arctic ice caps, see Section 6.4.3). However, a lower threshold of 1°C (Hansen, 2005) in global warming above present-day temperatures has also been suggested, on the basis that global mean (rather than Greenland) temperatures during previous interglacials exceeded today's temperatures by no more than that.

For stabilisation in 2100 with SRES A1B atmospheric composition, Greenland would initially contribute 0.3 to



**Figure 10.38.** *Evolution of Greenland surface elevation and ice sheet volume versus time in the experiment of Ridley et al. (2005) with the UKMO-HadCM3 AOGCM coupled to the Greenland Ice Sheet model of Huybrechts and De Wolde (1999) under a climate of constant quadrupled pre-industrial atmospheric $CO_2$.*

2.1 mm yr$^{-1}$ to sea level (Table 10.7). The greater the warming, the faster the loss of mass. Ablation would be further enhanced by the lowering of the surface, which is not included in the calculations in Table 10.7. To include this and other climate feedbacks in calculating long-term rates of sea level rise requires coupling an ice sheet model to a climate model. Ridley et al. (2005) couple the Greenland Ice Sheet model of Huybrechts and De Wolde (1999) to the UKMO-HadCM3 AOGCM. Under constant $4 \times CO_2$, the sea level contribution is 5.5 mm yr$^{-1}$ over the first 300 years and declines as the ice sheet contracts; after 1 kyr only about 40% of the original volume remains and after 3 kyr only 4% (Figure 10.38). The rate of deglaciation would increase if ice flow accelerated, as in recent years (Section 4.6.3.3). Basal lubrication due to surface melt water might cause such an effect (see Section 10.6.4.2). The best estimate of Parizek and Alley (2004) is that this could add an extra 0.15 to 0.40 m to sea level by 2500, compared with 0.4 to 3.2 m calculated by Huybrechts and De Wolde (1999) without this effect. The processes whereby melt water might penetrate through subfreezing ice to the bed are unclear and only conceptual models exist at present (Alley et al., 2005b).

Under pre-industrial or present-day atmospheric $CO_2$ concentrations, the climate of Greenland would be much warmer without the ice sheet, because of lower surface altitude and albedo, so it is possible that Greenland deglaciation and the resulting sea level rise would be irreversible. Toniazzo et al. (2004) find that snow does not accumulate anywhere on an ice-free Greenland with pre-industrial atmospheric $CO_2$, whereas Lunt et al. (2004) obtain a substantial regenerated ice sheet in east and central Greenland using a higher-resolution model.

### *10.7.4.4   Antarctic Ice Sheet*

With rising global temperature, GCMs indicate increasingly positive SMB for the Antarctic Ice Sheet as a whole because of greater accumulation (Section 10.6.4.1). For stabilisation in 2100 with SRES A1B atmospheric composition, antarctic SMB would contribute 0.4 to 2.0 mm yr$^{-1}$ of sea level fall (Table 10.7). Continental ice sheet models indicate that this would be offset by tens of percent by increased ice discharge (Section 10.6.4.2), but still give a negative contribution to sea level, of –0.8 m by 3000 in one simulation with antarctic warming of about 4.5°C (Huybrechts and De Wolde, 1999).

However, discharge could increase substantially if buttressing due to the major West Antarctic ice shelves were reduced (see Sections 4.6.3.3 and 10.6.4.2), and could outweigh the accumulation increase, leading to a net positive antarctic sea level contribution in the long term. If the Amundsen Sea sector were eventually deglaciated, it would add about 1.5 m to sea level, while the entire West Antarctic Ice Sheet (WAIS) would account for about 5 m (Vaughan, 2007). Contributions could also come in this manner from the limited marine-based portions of East Antarctica that discharge into large ice shelves.

Weakening or collapse of the ice shelves could be caused either by surface melting or by thinning due to basal melting. In equilibrium experiments with mixed-layer ocean models, the ratio of antarctic to global annual warming is 1.4 ± 0.3. Following reasoning in Section 10.6.4.2 and Appendix 10.A, it appears that mean summer temperatures over the major West Antarctic ice shelves are about as likely as not to pass the melting point if global warming exceeds 5°C, and disintegration might be initiated earlier by surface melting. Observational and modelling studies indicate that basal melt rates depend on water temperature near to the base, with a constant of proportionality of about 10 m yr$^{-1}$ °C$^{-1}$ indicated for the Amundsen Sea ice shelves (Rignot and Jacobs, 2002; Shepherd et al., 2004) and 0.5 to 10 m yr$^{-1}$ °C$^{-1}$ for the Amery ice shelf (Williams et al., 2002). If this order of magnitude applies to future changes, a warming of about 1°C under the major ice shelves would eliminate them within centuries. We are not able to relate this

quantitatively to global warming with any confidence, because the issue has so far received little attention, and current models may be inadequate to treat it because of limited resolution and poorly understood processes. Nonetheless, it is reasonable to suppose that sustained global warming would eventually lead to warming in the seawater circulating beneath the ice shelves.

Because the available models do not include all relevant processes, there is much uncertainty and no consensus about what dynamical changes could occur in the Antarctic Ice Sheet (see, e.g., Vaughan and Spouge, 2002; Alley et al., 2005a). One line of argument is to consider an analogy with palaeoclimate (see Box 4.1). Palaeoclimatic evidence that sea level was 4 to 6 m above present during the last interglacial may not all be explained by reduction in the Greenland Ice Sheet, implying a contribution from the Antarctic Ice Sheet (see Section 6.4.3). On this basis, using the limited available evidence, sustained global warming of 2°C (Oppenheimer and Alley, 2005) above present-day temperatures has been suggested as a threshold beyond which there will be a commitment to a large sea level contribution from the WAIS. The maximum rates of sea level rise during previous glacial terminations were of the order of 10 mm yr$^{-1}$ (Church et al., 2001). We can be confident that future accelerated discharge from WAIS will not exceed this size, which is roughly an order of magnitude increase in present-day WAIS discharge, since no observed recent acceleration has exceeded a factor of ten.

Another line of argument is that there is insufficient evidence that rates of dynamical discharge of this magnitude could be sustained over long periods. The WAIS is 20 times smaller than the LGM NH ice sheets that contributed most of the melt water during the last deglaciation at rates that can be explained by surface melting alone (Zweck and Huybrechts, 2005). In the study of Huybrechts and De Wolde (1999), the largest simulated rate of sea level rise from the Antarctic Ice Sheet over the next 1 kyr is 2.5 mm yr$^{-1}$. This is dominated by dynamical discharge associated with grounding line retreat. The model did not simulate ice streams, for which widespread acceleration would give larger rates. However, the maximum loss of ice possible from rapid discharge of existing ice streams is the volume in excess of flotation in the regions occupied by these ice streams (defined as regions of flow exceeding 100 m yr$^{-1}$; see Section 10.6.4.2). This volume (in both West and East Antarctica) is 230,000 km$^3$, equivalent to about 0.6 m of sea level, or about 1% of the mass of the Antarctic Ice Sheet, most of which does not flow in ice streams. Loss of ice affecting larger portions of the ice sheet could be sustained at rapid rates only if new ice streams developed in currently slow-moving ice. The possible extent and rate of such changes cannot presently be estimated, since there is only very limited understanding of controls on the development and variability of ice streams. In this argument, rapid discharge may be transient and the long-term sign of the antarctic contribution to sea level depends on whether increased accumulation is more important than large-scale retreat of the grounding line.

# References

Abdalati, W., et al., 2001: Outlet glacier and margin elevation changes: Near-coastal thinning of the Greenland ice sheet. *J. Geophys. Res.*, **106**, 33729–33741.

ACIA, 2004: *Arctic Climate Impact Assessment (ACIA): Impacts of a Warming Arctic*. Cambridge University Press, New York, NY, 140 pp.

Adams, P.J., et al., 2001: General circulation model assessment of direct radiative forcing by the sulfate-nitrate-ammonium-water inorganic aerosol system. *J. Geophys. Res.*, **106**, 1097–1111.

Allen, M.R., 1999: Do-it-yourself climate prediction. *Nature*, **401**, 627.

Allen, M.R., and W.J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Allen, M.R., and D.A. Stainforth, 2002: Towards objective probabilistic climate forecasting. *Nature*, **419**, 228.

Allen, M.R., D.J. Frame, J.A. Kettleborough, and D.A. Stainforth, 2006a: Model error in weather and climate forecasting. In: *Predictability of Weather and Climate* [Palmer, T., and R. Hagedorn (eds.)]. Cambridge University Press, New York, NY, pp. 391–427.

Allen, M.R., et al., 2000: Quantifying the uncertainty in forecasts of anthropogenic climate change. *Nature*, **407**, 617–620.

Allen, M.R., et al., 2006b: Observational constraints on climate sensitivity. In: *Avoiding Dangerous Climate Change* [Schellnhuber, H.J., et al. (eds.)]. Cambridge University Press, New York, NY, pp. 281–289.

Alley, R.B., P.U. Clark, P. Huybrechts, and I. Joughin, 2005a: Ice-sheet and sea-level changes. *Science*, **310**, 456–460.

Alley, R.B., T.K. Dupont, B.R. Parizek, and S. Anandakrishnan, 2005b: Access of surface meltwater to beds of sub-freezing glaciers: Preliminary insights. *Ann. Glaciol.*, **40**, 8–14.

Alley, R.B., et al., 2002: *Abrupt Climate Change: Inevitable Surprises*. US National Research Council Report, National Academy Press, Washington, DC, 230 pp.

Amann, M., et al., 2004: *The RAINS Model. Documentation of the Model Approach Prepared for the RAINS Peer Review 2004*. International Institute for Applied Systems Analysis, Laxenburg, Austria, 156 pp.

Ammann, C.M., G.A. Meehl, W.M. Washington, and C.S. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**, 1657.

Andronova, N.G., and M.E. Schlesinger, 2001: Objective estimation of the probability density function for climate sensitivity. *J. Geophys. Res.*, **106**, 22605–22612.

Annan, J.D., and J.C. Hargreaves, 2006: Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.*, **33**, L06704, doi:10.1029/2005GL025259.

Annan, J.D., J.C. Hargreaves, N.R. Edwards, and R. Marsh, 2005a: Parameter estimation in an intermediate complexity earth system model using an ensemble Kalman filter. *Ocean Modelling*, **8**, 135–154.

Annan, J.D., et al., 2005b: Efficiently constraining climate sensitivity with ensembles of paleoclimate simulations. *Scientific Online Letters on the Atmosphere*, **1**, 181–184.

Arblaster, J.M., and G.A. Meehl, 2006: Contributions of external forcings to Southern Annular Mode trends. *J. Clim.*, **19**, 2896–2905.

Arora, V.K., and G.J. Boer, 2001: Effects of simulated climate change on the hydrology of major river basins. *J. Geophys. Res.*, **106**, 3335–3348.

Arzel, O., T. Fichefet, and H. Goosse, 2006: Sea ice evolution over the 20th and 21st centuries as simulated by current AOGCMs. *Ocean Modelling*, **12**, 401–415.

Ashrit, R.G., K. Rupa Kumar, and K. Krishna Kumar, 2001: ENSO-monsoon relationships in a greenhouse warming scenario. *Geophys. Res. Lett.*, **28**, 1727–1730.

Ashrit, R.G., H. Douville, and K. Rupa Kumar, 2003: Response of the Indian monsoon and ENSO-monsoon teleconnection to enhanced greenhouse effect in the CNRM coupled model. *J. Meteorol. Soc. Japan*, **81**, 779–803.

Ashrit, R.G., A. Kitoh, and S. Yukimoto, 2005: Transient response of ENSO-monsoon teleconnection in MRI.CGCM2 climate change simulations. *J. Meteorol. Soc. Japan*, **83**, 273–291.

Austin, J., and N. Butchart, 2003: Coupled chemistry-climate model simulations for the period 1980 to 2020: Ozone depletion and the start of ozone recovery. *Q. J. R. Meteorol. Soc.*, **129**, 3225–3249.

Bahr, D.B., M.F. Meier, and S.D. Peckham, 1997: The physical basis of glacier volume-area scaling. *J. Geophys. Res.*, **102**, 20355–20362.

Banks, H., R.A. Wood, and J.M. Gregory, 2002: Changes to Indian Ocean subantarctic mode water in a coupled climate model as $CO_2$ forcing increases. *J. Phys. Oceanogr.*, **32**, 2816–2827.

Barnett, D.N., et al., 2006: Quantifying uncertainty in changes in extreme event frequency in response to doubled $CO_2$ using a large ensemble of GCM simulations. *Clim. Dyn.*, **26**, 489–511.

Bengtsson, L., K.I. Hodges, and E. Roeckner, 2006: Storm tracks and climate change. *J. Clim.*, **19**, 3518–3543.

Beniston, M., 2004: The 2003 heat wave in Europe: A shape of things to come? An analysis based on Swiss climatological data and model simulations. *Geophys. Res. Lett.*, **31**, L02202.

Berger, A., and M.F. Loutre, 2002: An exceptionally long interglacial ahead? *Science*, **297**, 1287–1288.

Berthelot, M., et al., 2002: Global response of the terrestrial biosphere to $CO_2$ and climate change using a coupled climate-carbon cycle model. *Global Biogeochem. Cycles*, **16**, 1084.

Bertrand, C., J.P. Van Ypersele, and A. Berger, 2002: Are natural climate forcings able to counteract the projected global warming. *Clim. Change*, **55**, 413–427.

Bi, D.H., W.F. Budd, A.C. Hirst, and X.R. Wu, 2001: Collapse and reorganisation of the Southern Ocean overturning under global warming in a coupled model. *Geophys. Res. Lett.*, **28**, 3927–3930.

Bindschadler, R., 1998: Future of the West Antarctic ice sheet. *Science*, **282**, 428–429.

Bitz, C.M., and G.H. Roe, 2004: A mechanism for the high rate of sea-ice thinning in the Arctic Ocean. *J. Clim.*, **18**, 3622–3631.

Bitz, C.M., et al., 2006: The influence of sea ice on ocean heat uptake in response to increasing $CO_2$. *J. Clim.*, **19**, 2437–2450.

Boer, G.J., and B. Yu, 2003a: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Boer, G.J., and B. Yu, 2003b: Dynamical aspects of climate sensitivity. *Geophys. Res. Lett.*, **30**, 1135.

Bond, T.C., et al., 2004: A technology-based global inventory of black and organic carbon emissions from combustion. *J. Geophys. Res.*, **109**, D14203, doi:10.1029/2003JD003697.

Bönisch, G., et al., 1997: Long-term trends of temperature, salinity, density, and transient tracers in the central Greenland Sea. *J. Geophys. Res.*, **102**, 18553–18571.

Bony, S., and J.-L. Dufresne, 2005: Marine boundary layer clouds at the heart of cloud feedback uncertainties in climate models. *Geophys. Res. Lett.*, **32**, L20806, doi:10.1029/2005GL023851.

Bony, S., et al., 2004: On dynamic and thermodynamic components of cloud changes. *Clim. Dyn.*, **22**, 71–86.

Bony, S., et al., 2006: How well do we understand and evaluate climate change feedback processes? *J. Clim.*, **19**, 3445–3482.

Bosilovich, M.G., S.D. Schubert, and G.K. Walker, 2005: Global changes of the water cycle intensity. *J. Clim.*, **18**, 1591–1608.

Boucher, O., and M. Pham, 2002: History of sulfate aerosol radiative forcings. *Geophys. Res. Lett.*, **29**, L1308, doi:10.1029/2001GL014048.

Box, J.E., et al., 2006: Greenland ice sheet surface mass balance variability (1988-2004) from calibrated Polar MM5 output. *J. Clim.*, **19**, 2783–2800.

Brabson, B.B., D.H. Lister, P.D. Jones, and J.P. Palutikof, 2005: Soil moisture and predicted spells of extreme temperatures in Britain. *J. Geophys. Res.*, **110**, D05104, doi:10.1029/2004JD005156.

Bradley, R.S., F.T. Keimig, and H.F. Diaz, 2004: Projected temperature changes along the American cordillera and the planned GCOS network. *Geophys. Res. Lett.*, **31**, L16210, doi:10.1029/2004GL020229.

Braithwaite, R.J., and S.C.B. Raper, 2002: Glaciers and their contribution to sea level change. *Phys. Chem. Earth*, **27**, 1445–1454.

Braithwaite, R.J., Y. Zhang, and S.C.B. Raper, 2003: Temperature sensitivity of the mass balance of mountain glaciers and ice caps as a climatological characteristic. *Z. Gletscherk. Glazialgeol.*, **38**, 35–61.

Brandefelt, J., and E. Källén, 2004: The response of the Southern Hemisphere atmospheric circulation to an enhanced greenhouse gas forcing. *J. Clim.*, **17**, 4425–4442.

Breshears, D.D., et al., 2005: Regional vegetation die-off in response to global-change-type drought. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 15144–15148.

Bryan, F.O., et al., 2006: Response of the North Atlantic thermohaline circulation and ventilation to increasing carbon dioxide in CCSM3. *J. Clim.*, **19**, 2382–2397.

Bugnion, V., and P.H. Stone, 2002: Snowpack model estimates of the mass balance of the Greenland ice sheet and its changes over the twenty-first century. *Clim. Dyn.*, **20**, 87–106.

Buizza, R., M. Miller, and T.N. Palmer, 1999: Stochastic representation of model uncertainties in the ECMWF ensemble prediction system. *Q. J. R. Meteorol. Soc.*, **125**, 2887–2908.

Burke, E.J., S.J. Brown, and N. Christidis, 2006: Modelling the recent evolution of global drought and projections for the twenty-first century with the Hadley Centre climate model. *J. Hydrometeorol.*, **7**, 1113–1125.

Caires, S., V.R. Swail, and X.L. Wang, 2006: Projection and analysis of extreme wave climate. *J. Clim.*, **19**, 5581–5605.

Camberlin, P., F. Chauvin, H. Douville, and Y. Zhao, 2004: Simulated ENSO-tropical rainfall teleconnections in present-day and under enhanced greenhouse gases conditions. *Clim. Dyn.*, **23**, 641–657.

Cassano, J.J., P. Uotila, and A. Lynch, 2006: Changes in synoptic weather patterns in the polar regions in the twentieth and twenty-first centuries, Part 1: Arctic. *Int. J. Climatol.*, **26**, 1027–1049.

Chan, W.L., and T. Motoi, 2005: Response of thermohaline circulation and thermal structure to removal of ice sheets and high atmospheric $CO_2$ concentration. *Geophys. Res. Lett.*, **32**, L07601, doi:10.1029/2004GL021951.

Charney, J.G., 1979: *Carbon Dioxide and Climate: A Scientific Assessment*. National Academy of Science, Washington, DC, 22 pp.

Chauvin, F., J.-F. Royer, and M. Déqué, 2006: Response of hurricane-type vortices to global warming as simulated by ARPEGE-Climat at high resolution. *Clim. Dyn.*, **27**, 377–399.

Christensen, J.H., and O.B. Christensen, 2003: Severe summertime flooding in Europe. *Nature*, **421**, 805–806.

Christensen, O.B., and J.H. Christensen, 2004: Intensification of extreme European summer precipitation in a warmer climate. *Global Planet. Change*, **44**, 107–117.

Christiansen, B., 2003: Evidence for nonlinear climate change: Two stratospheric regimes and a regime shift. *J. Clim.*, **16**, 3681–3690.

Chung, C.E., V. Ramanathan, and J.T. Kiehl, 2002: Effects of the South Asian absorbing haze on the northeast monsoon and surface-air heat exchange. *J. Clim.*, **15**, 2462–2476.

Chung, S.H., and J.H. Seinfeld, 2002: Global distribution and climate forcing of carbonaceous aerosols. *J. Geophys. Res.*, **107**, 4407.

Church, J.A., et al., 2001: Changes in sea level. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 639–693.

Chylek, P., and U. Lohmann, 2005: Ratio of the Greenland to global temperature change: Comparison of observations and climate modeling results. *Geophys. Res. Lett.*, **32**, L14705, doi:10.1029/2005GL023552.

Clark, R., S. Brown, and J. Murphy, 2006: Modelling northern hemisphere summer heat extreme changes and their uncertainties using a physics ensemble of climate sensitivity experiments. *J. Clim.*, **19**, 4418–4435.

Claussen, M., et al., 1999: Simulation of an abrupt change in Saharan vegetation in the mid-Holocene. *Geophys. Res. Lett.*, **26**, 2037–2040.

Claussen, M., et al., 2002: Earth system models of intermediate complexity: closing the gap in the spectrum of climate system models. *Clim. Dyn.*, **18**, 579–586.

Collins, M., and The CMIP Modelling Groups, 2005: El Niño- or La Niña-like climate change? *Clim. Dyn.*, **24**, 89–104.

Collins, M., et al., 2006: Towards quantifying uncertainty in transient climate change. *Clim. Dyn.*, **27**, 127–147.

Collins, W.D., et al., 2006: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res.*, **111**, D14317, doi:10.1029/2005JD006713.

Collins, W.J., et al., 2003: Effect of stratosphere-troposphere exchange on the future tropospheric ozone trend. *J. Geophys. Res.*, **108**, 8528.

Comiso, J.C., 2000: Variability and trends in Antarctic surface temperatures from in situ and satellite infrared measurements. *J. Clim.*, **13**, 1675–1696.

Cook, K.H., and E.K. Vizy, 2006: Coupled model simulations of the West African Monsoon system: Twentieth- and twenty-first-century simulations. *J. Clim.*, **19**, 3681–3703.

Cooke, W.F., and J.J.N. Wilson, 1996: A global black carbon aerosol model. *J. Geophys. Res.*, **101**, 19395–19409.

Covey, C., et al., 2003: An overview of results from the Coupled Model Intercomparison Project. *Global Planet. Change*, **37**, 103–133.

Cox, P.M., et al., 2000: Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. *Nature*, **408**, 184–187.

Cox, P.M., et al., 2004: Amazonian forest dieback under climate-carbon cycle projections for the 21st century. *Theor. Appl. Climatol.*, **78**, 137–156.

Cramer, W., et al., 2001: Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: results from six dynamic global vegetation models. *Global Change Biol.*, **7**, 357–373.

Crucifix, M., and M.F. Loutre, 2002: Transient simulations over the last interglacial period (126-115 kyr BP): feedback and forcing analysis. *Clim. Dyn.*, **19**, 417–433.

Cubasch, U., et al., 2001: Projections of future climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 525–582.

Dai, A.G., and K.E. Trenberth, 2004: The diurnal cycle and its depiction in the Community Climate System Model. *J. Clim.*, **17**, 930–951.

Dai, A.G., T.M.L. Wigley, G.A. Meehl, and W.M. Washington, 2001a: Effects of stabilizing atmospheric $CO_2$ on global climate in the next two centuries. *Geophys. Res. Lett.*, **28**, 4511–4514.

Dai, A., et al., 2001b: Climates of the twentieth and twenty-first centuries simulated by the NCAR Climate System Model. *J. Clim.*, **14**, 485–519.

Dai, A., et al., 2005: Atlantic thermohaline circulation in a coupled general circulation model: Unforced variations versus forced changes. *J. Clim.*, **18**, 3270–3293.

de Woul, M., and R. Hock, 2006: Static mass balance sensitivity of Arctic glaciers and ice caps using a degree-day approach. *Ann. Glaciol.*, **42**, 217–224.

DeFries, R.S., L. Bouboua, and G.J. Collatz, 2002: Human modification of the landscape and surface climate in the next fifty years. *Global Change Biol.*, **8**, 438–458.

DeFries, R.S., J.A. Foley, and G.P. Asner, 2004: Land-use choices: balancing human needs and ecosystem function. *Frontiers Ecol. Environ.*, **2**, 249–257.

Delworth, T.L., and K.W. Dixon, 2000: Implications of the recent trend in the Arctic/North Atlantic Oscillation for the North Atlantic thermohaline circulation. *J. Clim.*, **13**, 3721–3727.

Dentener, F., et al., 2005: The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990-2030. *Atmos. Chem. Phys.*, **5**, 1731–1755.

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**, 3586–3594.

Déqué, M., C. Dreveton, A. Braun, and D. Cariolle, 1994: The ARPEGE/IFS atmosphere model: a contribution to the French community climate modelling. *Clim. Dyn.*, **10**, 249–266.

Dickson, B., et al., 2002: Rapid freshening of the deep North Atlantic Ocean over the past four decades. *Nature*, **416**, 832–837.

Dixon, K.W., T.L. Delworth, M.J. Spelman, and R.J. Stouffer, 1999: The influence of transient surface fluxes on North Atlantic overturning in a coupled GCM climate change experiment. *Geophys. Res. Lett.*, **26**, 2749–2752.

Doney, S.C., et al., 2004: Evaluating global ocean carbon models: The importance of realistic physics. *Global Biogeochem. Cycles*, **18**, GB3017, doi:10.1029/2003GB002150.

Dorn, W., K. Dethloff, A. Rinke, and E. Roeckner, 2003: Competition of NAO regime changes and increasing greenhouse gases and aerosols with respect to Arctic climate projections. *Clim. Dyn.*, **21**, 447–458.

Douville, H., D. Salas-Mélia, and S. Tyteca, 2005: On the tropical origin of uncertainties in the global land precipitation response to global warming. *Clim. Dyn.*, **26**, 367–385.

Douville, H., et al., 2000: Impact of $CO_2$ doubling on the Asian summer monsoon: Robust versus model-dependent responses. *J. Meteorol. Soc. Japan*, **78**, 421–439.

Douville, H., et al., 2002: Sensitivity of the hydrological cycle to increasing amounts of greenhouse gases and aerosols. *Clim. Dyn.*, **20**, 45–68.

Dufresne, J.L., et al., 2002: On the magnitude of positive feedback between future climate change and the carbon cycle. *Geophys. Res. Lett.*, **29**, 1405.

Dufresne, J.L., et al., 2005: Contrasts in the effects on climate of anthropogenic sulfate aerosols between the 20th and the 21st century. *Geophys. Res. Lett.*, **32**, L21703, doi:10.1029/2005GL023619.

Dupont, T.K., and R.B. Alley, 2005: Assessment of the importance of ice-shelf buttressing to ice-sheet flow. *Geophys. Res. Lett.*, **32**, L04503, doi:10.1029/2004GL022024.

Dyurgerov, M.B., and M.F. Meier, 2000: Twentieth century climate change: evidence from small glaciers. *Proc. Natl. Acad. Sci. U.S.A.*, **97**, 1406–1411.

Echelmeyer, K., and W.D. Harrison, 1990: Jakobshavn Isbræ, West Greenland: Seasonal variations in velocity - or lack thereof. *J. Glaciol.*, **36**, 82–88.

Edwards, N., and R. Marsh, 2005: Uncertainties due to transport-parameter sensitivity in an efficient 3-D ocean-climate model. *Clim. Dyn.*, **24**, 415–433.

Eichelberger, S.J., and J.R. Holton, 2002: A mechanistic model of the northern annular mode. *J. Geophys. Res.*, **107**, 4388.

Emori, S., and S.J. Brown, 2005: Dynamic and thermodynamic changes in mean and extreme precipitation under changed climate. *Geophys. Res. Lett.*, **32**, L17706, doi:10.1029/2005GL023272.

Emori, S., et al., 1999: Coupled ocean-atmosphere model experiments of future climate with an explicit representation of sulphate aerosol scattering. *J. Meteorol. Soc. Japan*, **77**, 1299–1307.

Enting, I.G., T.M.L. Wigley, and M. Heimann, 1994: *Future Emissions and Concentrations of Carbon Dioxide: Key Ocean/Atmosphere/Land Analyses.* Technical Report 31, Commonwealth Scientific and Industrial Research Organisation, Div. of Atmospheric Research, Melbourne, Australia.

Feddema, J.J., et al., 2005: The importance of land-cover change in simulating future climates. *Science*, **310**, 1674–1678.

Fedorov, A.V., and S.G. Philander, 2001: A stability analysis of tropical ocean-atmosphere interactions: Bridging measurements and theory for El Niño. *J. Clim.*, **14**, 3086–3101.

Feely, R.A., et al., 2004: Impact of anthropogenic $CO_2$ on the $CaCO_3$ system in the oceans. *Science*, **305**, 362–366.

Fichefet, T., et al., 2003: Implications of changes in freshwater flux from the Greenland ice sheet for the climate of the 21st century. *Geophys. Res. Lett.*, **30**, 1911.

Fischer-Bruns, I., H. Von Storch, J.F. Gonzalez-Rouco, and E. Zorita, 2005: Modelling the variability of midlatitude storm activity on decadal to century time scales. *Clim. Dyn.*, **25**, 461–476.

Flato, G.M., and Participating CMIP Modeling Groups, 2004: Sea-ice and its response to $CO_2$ forcing as simulated by global climate change studies. *Clim. Dyn.*, **23**, 220–241.

Folland, C.K., et al., 2001: Global temperature change and its uncertainties since 1861. *Geophys. Res. Lett.*, **28**, 2621–2624.

Forest, C.E., P.H. Stone, and A.P. Sokolov, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.*, **33**, L01705, doi:10.1029/2005GL023977.

Forest, C.E., et al., 2002: Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science*, **295**, 113–117.

Forster, P.M.D., and K.P. Shine, 2002: Assessing the climate impact of trends in stratospheric water vapor. *Geophys. Res. Lett.*, **29**, 1086.

Forster, P.M.D., and J.M. Gregory, 2006: The climate sensitivity and its components diagnosed from Earth radiation budget data. *J. Clim.*, **19**, 39–52.

Forster, P.M.D., and K.E. Taylor, 2006: Climate forcings and climate sensitivities diagnosed from coupled climate model integrations. *J. Clim.*, **19**, 6181–6194.

Frame, D.J., et al., 2005: Constraining climate forecasts: The role of prior assumptions. *Geophys. Res. Lett.*, **32**, L09702, doi:10.1029/2004GL022241.

Frei, C., C. Schär, D. Lüthi, and H.C. Davies, 1998: Heavy precipitation processes in a warmer climate. *Geophys. Res. Lett.*, **25**, 1431–1434.

Frich, P., et al., 2002: Observed coherent changes in climatic extremes during the second half of the twentieth century. *Clim. Res.*, **19**, 193–212.

Friedlingstein, P., and S. Solomon, 2005: Contributions of past and present human generations to committed warming caused by carbon dioxide. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 10832–10836.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C$^4$MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Furrer, R., S.R. Sain, D. Nychka, and G.A. Meehl, 2007: Multivariate Bayesian analysis of atmosphere-ocean general circulation models. *Environ. Ecol. Stat.*, in press.

Fyfe, J.C., 2003: Extratropical southern hemisphere cyclones: Harbingers of climate change? *J. Clim.*, **16**, 2802–2805.

Fyfe, J.C., and O.A. Saenko, 2005: Human-induced change in the Antarctic Circumpolar Current. *J. Clim.*, **18**, 3068–3073.

Fyfe, J.C., and O.A. Saenko, 2006: Simulated changes in the extratropical Southern Hemisphere winds and currents. *Geophys. Res. Lett.*, **33**, L06701, doi:10.1029/2005GL025332.

Fyfe, J.C., G.J. Boer, and G.M. Flato, 1999: The Arctic and Antarctic oscillations and their projected changes under global warming. *Geophys. Res. Lett.*, **26**, 1601–1604.

Ganachaud, A., 2003: Large-scale mass transports, water mass formation, and diffusivities estimated from World Ocean Circulation Experiment (WOCE) hydrographic data. *J. Geophys. Res.*, **108**, 3213.

Gao, X., and P.A. Dirmeyer, 2006: A multimodel analysis, validation and transferability study of global soil wetness products. *J. Hydrometeorol.*, **7**, 1218–1236.

Gauss, M., et al., 2003: Radiative forcing in the 21st century due to ozone changes in the troposphere and the lower stratosphere. *J. Geophys. Res.*, **108**, 4292.

Gedney, N., P.M. Cox, and C. Huntingford, 2004: Climate feedback from wetland methane emissions. *Geophys. Res. Lett.*, **31**, L20503, doi:10.1029/2004GL020919.

Geng, Q.Z., and M. Sugi, 2003: Possible change of extratropical cyclone activity due to enhanced greenhouse gases and sulfate aerosols - Study with a high-resolution AGCM. *J. Clim.*, **16**, 2262–2274.

Gibelin, A.-L., and M. Déqué, 2003: Anthropogenic climate change over the Mediterranean region simulated by a global variable resolution model. *Clim. Dyn.*, **20**, 327–339.

Gillett, N.P., and D.W.J. Thompson, 2003: Simulation of recent Southern Hemisphere climate change. *Science*, **302**, 273–275.

Gillett, N.P., M.R. Allen, and K.D. Williams, 2003: Modeling the atmospheric response to doubled $CO_2$ and depleted stratospheric ozone using a stratosphere-resolving coupled GCM. *Q. J. R. Meteorol. Soc.*, **129**, 947–966.

Gillett, N.P., et al., 2002: How linear is the Arctic Oscillation response to greenhouse gases? *J. Geophys. Res.*, **107**, 4022.

Giorgi, F., and L.O. Mearns, 2002: Calculation of average, uncertainty range and reliability of regional climate changes from AOGCM simulations via the reliability ensemble averaging (REA) method. *J. Clim.*, **15**, 1141–1158.

Giorgi, F., and L.O. Mearns, 2003: Probability of regional climate change based on the Reliability Ensemble Averaging (REA) method. *Geophys. Res. Lett.*, **30**, 1629.

Giorgi, F., and X. Bi, 2005: Regional changes in surface climate interannual variability for the 21st century from ensembles of global model simulations. *Geophys. Res. Lett.*, **32**, L13701, doi:10.1029/2005GL023002.

Giorgi, F., et al., 2001: Emerging patterns of simulated regional climatic changes for the 21st century due to anthropogenic forcings. *Geophys. Res. Lett.*, **28**, 3317–3320.

Glover, R.W., 1999: Influence of spatial resolution and treatment of orography on GCM estimates of the surface mass balance of the Greenland ice sheet. *J. Clim.*, **12**, 551–563.

Goldstein, M., and J.C. Rougier, 2004: Probabilistic formulations for transferring inferences from mathematical models to physical systems. *SIAM J. Sci. Computing*, **26**, 467–487.

Goosse, H., et al., 2002: Potential causes of abrupt climate events: A numerical study with a three-dimensional climate model. *Geophys. Res. Lett.*, **29**, 1860.

Gordon, H.B., and S.P. O'Farrell, 1997: Transient climate change in the CSIRO coupled model with dynamic sea ice. *Mon. Weather Rev.*, **125**, 875–907.

Greene, A.M., L. Goddard, and U. Lall, 2006: Probabilistic multimodel regional temperature change projections. *J. Clim.*, **19**, 4326–4346.

Gregory, J.M., 2000: Vertical heat transports in the ocean and their effect on time-dependent climate change. *Clim. Dyn.*, **16**, 501–515.

Gregory, J.M., and J. Oerlemans, 1998: Simulated future sea-level rise due to glacier melt based on regionally and seasonally resolved temperature changes. *Nature*, **391**, 474–476.

Gregory, J.M., and P. Huybrechts, 2006: Ice-sheet contributions to future sea-level change. *Philos. Trans. R. Soc. London Ser. A*, **364**, 1709–1731.

Gregory, J.M., P. Huybrechts, and S.C.B. Raper, 2004a: Threatened loss of the Greenland ice-sheet. *Nature*, **428**, 616.

Gregory, J.M., J.A. Lowe, and S.F.B. Tett, 2006: Simulated global-mean sea-level changes over the last half-millennium. *J. Clim.*, **19**, 4576–4591.

Gregory, J.M., et al., 2001: Comparison of results from several AOGCMs for global and regional sea-level change 1900-2100. *Clim. Dyn.*, **18**, 241–253.

Gregory, J.M., et al., 2002a: An observationally based estimate of the climate sensitivity. *J. Clim.*, **15**, 3117–3121.

Gregory, J.M., et al., 2002b: Recent and future changes in Arctic sea ice simulated by the HadCM3 AOGCM. *Geophys. Res. Lett.*, **29**, 2175.

Gregory, J.M., et al., 2004b: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205, doi:10.1029/2003GL018747.

Gregory, J.M., et al., 2005: A model intercomparison of changes in the Atlantic thermohaline circulation in response to increasing atmospheric $CO_2$ concentration. *Geophys. Res. Lett.*, **32**, L12703, doi:10.1029/2005GL023209.

Grenfell, J.L., D.T. Shindell, and V. Grewe, 2003: Sensitivity studies of oxidative changes in the troposphere in 2100 using the GISS GCM. *Atmos. Chem. Phys.*, **3**, 1267–1283.

Grewe, V., et al., 2001: Future changes of the atmospheric composition and the impact of climate change. *Tellus*, **53B**, 103–121.

Guilyardi, E., 2006: El Niño-mean state-seasonal cycle interactions in a multi-model ensemble. *Clim. Dyn.*, **26**, 329–348.

Haarsma, R.J., F.M. Selten, S.L. Weber, and M. Kliphuis, 2005: Sahel rainfall variability and response to greenhouse warming. *Geophys. Res. Lett.*, **32**, L17702, doi:10.1029/2005GL023232.

Hagedorn, R., F.J. Doblas-Reyes, and T.N. Palmer, 2005: The rationale behind the success of multi-model ensembles in seasonal forecasting. Part I: Basic concept. *Tellus*, **57A**, 219–233.

Hall, A., and R.J. Stouffer, 2001: An abrupt climate event in a coupled ocean-atmosphere simulation without external forcing. *Nature*, **409**, 171–174.

Hanna, E., P. Huybrechts, and T.L. Mote, 2002: Surface mass balance of the Greenland ice sheet from climate-analysis data and accumulation/runoff models. *Ann. Glaciol.*, **35**, 67–72.

Hansen, J., 2005: A slippery slope: How much global warming constitutes dangerous anthropogenic interference? *Clim. Change*, **68**, 269–279.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 423–428.

Hansen, J.E., M. Sato, and R. Ruedy, 1997: Radiative forcing and climate response. *J. Geophys. Res.*, **102**, 6831–6864.

Hansen, J., et al., 1984: Climate sensitivity: Analysis of feedback mechanisms. In: *Climate Processes and Climate Sensitivity* [Hansen, J., and T. Takahashi (eds.)]. Geophysical Monograph Vol. 29, American Geophysical Union, Washington, DC, pp. 130–163.

Hansen, J., et al., 1985: Climate response-times - Dependence on climate sensitivity and ocean mixing. *Science*, **229**, 857–859.

Hansen, J., et al., 2005a: Earth's energy imbalance: Confirmation and implications. *Science*, **308**, 1431–1435.

Hansen, J., et al., 2005b: Efficacy of climate forcings. *J. Geophys. Res.*, **110**, D18104, doi:10.1029/2005JD005776.

Hare, W.L., and M. Meinshausen, 2006: How much warming are we committed to and how much can be avoided? *Clim. Change*, **75**, 111–149.

Hargreaves, J.C., and J.D. Annan, 2006: Using ensemble prediction methods to examine regional climate variation under global warming scenarios. *Ocean Modelling*, **11**, 174–192.

Harris, G., et al., 2006: Frequency distributions of transient regional climate change from perturbed physics ensembles of general circulation model simulations. *Clim. Dyn.*, **27**, 357–375.

Harrison, S.P., K.E. Kohfeld, C. Roelandt, and T. Claquin, 2001: The role of dust in climate changes today, at the last glacial maximum, and in the future. *Earth Sci. Rev.*, **54**, 43–80.

Harvey, L.D.D., 2004: Characterizing the annual-mean climatic effect of anthropogenic $CO_2$ and aerosol emissions in eight coupled atmosphere-ocean GCMs. *Clim. Dyn.*, **23**, 569–599.

Harvey, L.D.D., and R.K. Kaufmann, 2002: Simultaneously constraining climate sensitivity and aerosol radiative forcing. *J. Clim.*, **15**, 2837–2861.

Hasegawa, A., and S. Emori, 2005: Tropical cyclones and associated precipitation over the western North Pacific: T106 atmospheric GCM simulation for present-day and doubled $CO_2$ climates. *Scientific Online Letters on the Atmosphere*, **1**, 145–148.

Hauglustaine, D.A., and G.P. Brasseur, 2001: Evolution of tropospheric ozone under anthropogenic activities and associated radiative forcing of climate. *J. Geophys. Res.*, **106**, 32337–32360.

Hauglustaine, D.A., J. Lathiere, S. Szopa, and G.A. Folberth, 2005: Future tropospheric ozone simulated with a climate-chemistry-biosphere model. *Geophys. Res. Lett.*, **32**, L24807, doi:10.1029/2005GL024031.

Hazeleger, W., 2005: Can global warming affect tropical ocean heat transport? *Geophys. Res. Lett.*, **32**, L22701, doi:10.1029/2005GL024450.

Hegerl, G.C., T.J. Crowley, W.T. Hyde, and D.J. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, 1029–1032.

Hoerling, M.P., et al., 2004: Twentieth century North Atlantic climate change. Part II: Understanding the effect of Indian Ocean warming. *Clim. Dyn.*, **23**, 391–405.

Holland, M.M., and C.M. Bitz, 2003: Polar amplification of climate change in the Coupled Model Intercomparison Project. *Clim. Dyn.*, **21**, 221–232.

Hosaka, M., D. Nohara, and A. Kitoh, 2005: Changes in snow coverage and snow water equivalent due to global warming simulated by a 20km-mesh global atmospheric model. *Scientific Online Letters on the Atmosphere*, **1**, 93–96.

Houghton, R.A., and J.L. Hackler, 2000: Changes in terrestrial carbon storage in the United States. 1: The roles of agriculture and forestry. *Global Ecol. Biogeogr.*, **9**, 125–144.

Hsieh, W.W., and K. Bryan, 1996: Redistribution of sea level rise associated with enhanced greenhouse warming: A simple model study. *Clim. Dyn.*, **12**, 535–544.

Hu, A., G.A. Meehl, W.M. Washington, and A. Dai, 2004: Response of the Atlantic thermohaline circulation to increased atmospheric $CO_2$ in a coupled model. *J. Clim.*, **17**, 4267–4279.

Hu, Z.-Z., and A. Wu, 2004: The intensification and shift of the annual North Atlantic Oscillation in a global warming scenario simulation. *Tellus*, **56A**, 112–124.

Hu, Z.-Z., L. Bengtsson, and K. Arpe, 2000a: Impact of the global warming on the Asian winter monsoon in a coupled GCM. *J. Geophys. Res.*, **105**, 4607–4624.

Hu, Z.-Z., M. Latif, E. Roeckner, and L. Bengtsson, 2000b: Intensified Asian summer monsoon and its variability in a coupled model forced by increasing greenhouse gas concentrations. *Geophys. Res. Lett.*, **27**, 2681–2684.

Hu, Z.-Z., E.K. Schneider, U.S. Bhatt, and B.P. Kirtman, 2004: Potential mechanism for response of El Niño-Southern Oscillation variability to change in land surface energy budget. *J. Geophys. Res.*, **109**, D21113, doi:10.1029/2004JD004771.

Hu, Z.-Z., et al., 2001: Impact of global warming on the interannual and interdecadal climate modes in a coupled GCM. *Clim. Dyn.*, **17**, 361–374.

Huntingford, C., et al., 2004: Using a GCM analogue model to investigate the potential for Amazonian forest dieback. *Theor. Appl. Climatol.*, **78**, 177–185.

Hurrell, J.W., Y. Kushnir, G. Ottersen, and M. Visbeck, 2003: An overview of the North Atlantic Oscillation. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph Vol. 134, American Geophysical Union, Washington, DC, pp. 1–35.

Hurrell, J.W., M.P. Hoerling, A. Phillips, and T. Xu, 2004: Twentieth century North Atlantic climate change. Part I: Assessing determinism. *Clim. Dyn.*, **23**, 371–389.

Huybrechts, P., and J. De Wolde, 1999: The dynamic response of the Greenland and Antarctic ice sheets to multiple-century climatic warming. *J. Clim.*, **12**, 2169–2188.

Huybrechts, P., A. Letréguilly, and N. Reeh, 1991: The Greenland ice sheet and greenhouse warming. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **89**, 399–412.

Huybrechts, P., I. Janssens, C. Poncin, and T. Fichefet, 2002: The response of the Greenland ice sheet to climate changes in the 21st century by interactive coupling of an AOGCM with a thermomechanical ice-sheet model. *Ann. Glaciol.*, **35**, 409–415.

Huybrechts, P., J. Gregory, I. Janssens, and M. Wild, 2004: Modelling Antarctic and Greenland volume changes during the 20th and 21st centuries forced by GCM time slice integrations. *Global Planet. Change*, **42**, 83–105.

Inatsu, M., and M. Kimoto, 2005: Two types of interannual variability of the mid-winter storm-track and their relationship to global warming. *Scientific Online Letters on the Atmosphere*, **1**, 61–64.

IPCC, 1995: *Climate Change 1994: Radiative Forcing of Climate Change* [Houghton, J.T., et al. (eds.)]. Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 339 pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Janssens, I., and P. Huybrechts, 2000: The treatment of meltwater retention in mass-balance parameterizations of the Greenland ice sheet. *Ann. Glaciol.*, **31**, 133–140.

Jenkins, G.S., A.T. Gaye, and B. Sylla, 2005: Late 20th century attribution of drying trends in the Sahel from the Regional Climate Model (RegCM3). *Geophys. Res. Lett.*, **32**, L22705, doi:10.1029/2005GL024225.

Johannessen, O.M., K. Khvorostovsky, M.W. Miles, and L.P. Bobylev, 2005: Recent ice-sheet growth in the interior of Greenland. *Science*, **310**, 1013–1016.

Johns, T.C., et al., 2003: Anthropogenic climate change for 1860 to 2100 simulated with the HadCM3 model under updated emissions scenarios. *Clim. Dyn.*, **20**, 583–612.

Johnson, C.E., D.S. Stevenson, W.J. Collins, and R.G. Derwent, 2001: Role of climate feedback on methane and ozone studied with a coupled ocean-atmosphere-chemistry model. *Geophys. Res. Lett.*, **28**, 1723–1726.

Johnson, H.L., and D.P. Marshall, 2002: A theory for surface Atlantic response to thermohaline variability. *J. Phys. Oceanogr.*, **32**, 1121–1132.

Jones, C.D., P.M. Cox, and C. Huntingford, 2006: Impact of climate-carbon cycle feedbacks on emission scenarios to achieve stabilisation. In: *Avoiding Dangerous Climate Change* [Schellnhuber, H.J., et al. (eds.)]. Cambridge University Press, New York, NY, pp. 323–331.

Jones, P.D., and A. Moberg, 2003: Hemispheric and large-scale surface air temperature variations: An extensive revision and an update to 2001. *J. Clim.*, **16**, 206–223.

Jones, P.D., et al., 2001: Adjusting for sampling density in grid box land and ocean surface temperature time series. *J. Geophys. Res.*, **106**, 3371–3380.

Joos, F., et al., 2001: Global warming feedbacks on terrestrial carbon uptake under the Intergovernmental Panel on Climate Change (IPCC) emission scenarios. *Global Biogeochem. Cycles*, **15**, 891–908.

Joshi, M., et al., 2003: A comparison of climate response to different radiative forcings in three general circulation models: towards an improved metric of climate change. *Clim. Dyn.*, **20**, 843–854.

Joughin, I., W. Abdalati, and M. Fahnestock, 2004: Large fluctuations in speed on Greenland's Jakobshavn Isbræ. *Nature*, **432**, 608–610.

Joughin, I., et al., 2003: Timing of recent accelerations of Pine Island Glacier, Antarctica. *Geophys. Res. Lett.*, **30**, 1706.

Kamiguchi, K., et al., 2005: Changes in precipitation-based extremes indices due to global warming projected by a global 20-km-mesh atmospheric model. *Scientific Online Letters on the Atmosphere*, **2**, 64–77.

Kanakidou, M., et al., 2005: Organic aerosol and global climate modelling: a review. *Atmos. Chem. Phys.*, **5**, 1053–1123.

Kapsner, W.R., et al., 1995: Dominant influence of atmospheric circulation on snow accumulation in Greenland over the past 18,000 years. *Nature*, **373**, 52–54.

Kattenberg, A., et al., 1996: Climate models – Projections of future climate. In: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge United Kingdom and New York, NY, USA, pp. 285–357.

Kennedy, M., and A. O'Hagan, 2001: Bayesian calibration of computer models. *J. Roy. Stat. Soc.*, **63B**, 425–464.

Kettleborough, J.A., B.B.B. Booth, P.A. Stott, and M.R. Allen, 2007: Estimates of uncertainty in predictions of global mean surface temperature. *J. Clim.*, **20**, 843–855.

Kharin, V.V., and F.W. Zwiers, 2005: Estimating extremes in transient climate change simulations. *J. Clim.*, **18**, 1156–1173.

Kheshgi, H.S., and A.K. Jain, 2003: Projecting future climate change: Implications of carbon cycle model intercomparisons. *Global Biogeochem. Cycles*, **17**, GB001842, doi:10.1029/2001GB001842.

Kiilsholm, S., J.H. Christensen, K. Dethloff, and A. Rinke, 2003: Net accumulation of the Greenland ice sheet: High resolution modeling of climate changes. *Geophys. Res. Lett.*, **30**, 1485.

Kinne, S., et al., 2006: An AeroCom initial assessment - optical properties in aerosol component modules of global models. *Atmos. Chem. Phys.*, **6**, 1815–1834.

Kitabata, H., K. Nishizawa, Y. Yoshida, and K. Maruyama, 2006: Permafrost thawing in circum-Arctic and highland under climatic change scenarios projected by CCSM3. *Scientific Online Letters on the Atmosphere*, **2**, 53–56.

Kitoh, A., and O. Arakawa, 2005: Reduction in tropical rainfall diurnal variation by global warming simulated by a 20-km mesh climate model. *Geophys. Res. Lett.*, **32**, L18709, doi:10.1029/2005GL023350.

Kitoh, A., and T. Uchiyama, 2006: Changes in onset and withdrawal of the East Asian summer rainy season by multi-model global warming experiments. *J. Meteorol. Soc. Japan*, **84**, 247–258.

Knight, J.R., et al., 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. *Geophys. Res. Lett.*, **32**, L20708, doi:10.1029/2005GL024233.

Knutson, T.R., and S. Manabe, 1995: Time-mean response over the tropical Pacific to increased $CO_2$ in a coupled ocean-atmosphere model. *J. Clim.*, **8**, 2181–2199.

Knutson, T.R., and R.E. Tuleya, 2004: Impact of $CO_2$-induced warming on simulated hurricane intensity and precipitation: Sensitivity to the choice of climate model and convective parameterization. *J. Clim.*, **17**, 3477–3495.

Knutti, R., and T.F. Stocker, 2000: Influence of the thermohaline circulation on projected sea level rise. *J. Clim.*, **13**, 1997–2001.

Knutti, R., and T.F. Stocker, 2002: Limited predictability of the future thermohaline circulation close to an instability threshold. *J. Clim.*, **15**, 179–186.

Knutti, R., T.F. Stocker, F. Joos, and G.-K. Plattner, 2002: Constraints on radiative forcing and future climate change from observations and climate model ensembles. *Nature*, **416**, 719–723.

Knutti, R., T.F. Stocker, F. Joos, and G.-K. Plattner, 2003: Probabilistic climate change projections using neural networks. *Clim. Dyn.*, **21**, 257–272.

Knutti, R., G.A. Meehl, M.R. Allen, and D.A. Stainforth, 2006: Constraining climate sensitivity from the seasonal cycle in surface temperature. *J. Clim.*, **19**, 4224–4233.

Knutti, R., et al., 2005: Probabilistic climate change projections for $CO_2$ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707, doi:10.1029/2005GL023294.

Koch, D., 2001: Transport and direct radiative forcing of carbonaceous and sulfate aerosols in the GISS GCM. *J. Geophys. Res.*, **106**, 20311–20332.

Krabill, W., et al., 2004: Greenland Ice Sheet: Increased coastal thinning. *Geophys. Res. Lett.*, **31**, L24402, doi:10.1029/2004GL021533.

Krinner, G., et al., 2007: Simulated Antarctic precipitation and surface mass balance at the end of the twentieth and twenty-first centuries. *Clim. Dyn.*, **28**, 215–230.

Krishna Kumar, K., B. Rajagopalan, and M.A. Cane, 1999: On the weakening relationship between the Indian monsoon and ENSO. *Science*, **284**, 2156–2159.

Kunkel, K.E., and X.Z. Liang, 2005: GCM simulations of the climate in the central United States. *J. Clim.*, **18**, 1016–1031.

Kutzbach, J.E., J.W. Williams, and S.J. Vavrus, 2005: Simulated 21st century changes in regional water balance of the Great Lakes region and links to changes in global temperature and poleward moisture transport. *Geophys. Res. Lett.*, **32**, L17707, doi:10.1029/2005GL023506.

Kuzmina, S.I., et al., 2005: The North Atlantic Oscillation and greenhouse-gas forcing. *Geophys. Res. Lett.*, **32**, L04703, doi:10.1029/2004GL021064.

Lal, M., and S.K. Singh, 2001: Global warming and monsoon climate. *Mausam*, **52**, 245–262.

Lambert, S.J., and G.J. Boer, 2001: CMIP1 evaluation and intercomparison of coupled climate models. *Clim. Dyn.*, **17**, 83–106.

Lambert, S.J., and J.C. Fyfe, 2006: Changes in winter cyclone frequencies and strengths simulated in enhanced greenhouse warming experiments: results from the models participating in the IPCC diagnostic exercise. *Clim. Dyn.*, **26**, 713–728.

Land, C., and J. Feichter, 2003: Stratosphere-troposphere exchange in a changing climate simulated with the general circulation model MAECHAM4. *J. Geophys. Res.*, **108**, 8523.

Landerer, F.W., J.H. Jungclaus, and J. Marotzke, 2007: Regional dynamic and steric sea level change in response to the IPCC-A1B scenario. *J. Phys. Oceanogr.*, in press.

Laurent, R., and X. Cai, 2007: A maximum entropy method for combining AOGCMs for regional intra-year climate change assessment. *Clim. Change*, **82**, 411–435.

Lawrence, D.M., and A.G. Slater, 2005: A projection of severe near-surface permafrost degradation during the 21st century. *Geophys. Res. Lett.*, **32**, L24401, doi:10.1029/2005GL025080.

Lean, J., J. Beer, and R.S. Bradley, 1995: Reconstruction of solar irradiance since 1610: Implications for climate change. *Geophys. Res. Lett.*, **22**, 3195–3198.

Leckebusch, G.C., and U. Ulbrich, 2004: On the relationship between cyclones and extreme windstorm events over Europe under climate change. *Global Planet. Change*, **44**, 181–193.

Leemans, R., et al., 1998: *The IMAGE User Support System: Global Change Scenarios from IMAGE 2.1.* CD-ROM 4815006, National Institute of Public Health and the Environment (RIVM), Bilthoven, The Netherlands.

Leggett, J., W.J. Pepper, and R. Swart, 1992: Emissions scenarios for IPCC: An update. In: *Climate Change 1992. The Supplementary Report to the IPCC Scientific Assessment* [Houghton, J.T., B.A. Calalnder, and S.K. Varney (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 69–95.

LeGrande, A.N., et al., 2006: Consistent simulations of multiple proxy responses to an abrupt climate change event. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 837–842.

Levermann, A., et al., 2005: Dynamic sea level changes following changes in the thermohaline circulation. *Clim. Dyn.*, **24**, 347–354.

Li, W., R. Fu, and R.E. Dickinson, 2006: Rainfall and its seasonality over the Amazon in the 21st century as assessed by the coupled models for the IPCC AR4. *J. Geophys. Res.*, **111**, D02111, doi:10.1029/2005JD006355.

Liao, H., et al., 2003: Interactions between tropospheric chemistry and aerosols in a unified general circulation model. *J. Geophys. Res.*, **108**, 4001.

Liu, P., G.A. Meehl, and G. Wu, 2002: Multi-model trends in the Sahara induced by increasing $CO_2$. *Geophys. Res. Lett.*, **29**, 1881.

Liu, Z., et al., 2005: Rethinking tropical ocean response to global warming: The enhanced equatorial warming. *J. Clim.*, **18**, 4684–4700.

Longworth, H., J. Marotzke, and T.F. Stocker, 2005: Ocean gyres and abrupt change in the thermohaline circulation: A conceptual analysis. *J. Clim.*, **18**, 2403–2416.

Lopez, A., et al., 2006: Two approaches to quantifying uncertainty in global temperature changes. *J. Clim.*, **19**, 4785–4796.

Lowe, J.A., and J.M. Gregory, 2006: Understanding projections of sea level rise in a Hadley Centre coupled climate model. *J. Geophys. Res.*, **111**, C11014, doi:10.1029/2005JC003421.

Lucarini, V., and G.L. Russell, 2002: Comparison of mean climate trends in the northern hemisphere between National Centers for Environmental Prediction and two atmosphere-ocean model forced runs. *J. Geophys. Res.*, **107**, 4269.

Lumpkin, R., and K. Speer, 2003: Large-scale vertical and horizontal circulation in the North Atlantic Ocean. *J. Phys. Oceanogr.*, **33**, 1902–1920.

Lunt, D.J., N. de Noblet-Ducoudré, and S. Charbit, 2004: Effects of a melted Greenland ice sheet on climate, vegetation, and the cryosphere. *Clim. Dyn.*, **23**, 679–694.

Lynch, A., P. Uotila, and J.J. Cassano, 2006: Changes in synoptic weather patterns in the twentieth and twenty-first centuries, Part 2: Antarctic. *Int. J. Climatol.*, **26**, 1181–1199.

Mahowald, N.M., and C. Luo, 2003: A less dusty future? *Geophys. Res. Lett.*, **30**, 1903.

Manabe, S., and R.J. Stouffer, 1980: Sensitivity of a global climate model to an increase of $CO_2$ concentration in the atmosphere. *J. Geophys. Res.*, **85**, 5529–5554.

Manabe, S., and R.J. Stouffer, 1994: Multiple-century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon dioxide. *J. Clim.*, **7**, 5–23.

Manabe, S., and R.J. Stouffer, 1999: Are two modes of the thermohaline circulation stable? *Tellus*, **51A**, 400–411.

Marland, G., T.A. Boden, and R.J. Andres, 2005: Global, regional and national fossil fuel $CO_2$ emissions. In: *Trends: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, TN.

Marquart, S., M. Ponater, F. Mager, and R. Sausen, 2003: Future development of contrail cover, optical depth, and radiative forcing: Impacts of increasing air traffic and climate change. *J. Clim.*, **16**, 2890–2904.

Matthews, H.D., 2005: Decrease of emissions required to stabilize atmospheric $CO_2$ due to positive carbon cycle-climate feedbacks. *Geophys. Res. Lett.*, **32**, L21707, doi:10.1029/2005GL023435.

May, W., 2004: Potential future changes in the Indian summer monsoon due to greenhouse warming: analysis of mechanisms in a global time-slice experiment. *Clim. Dyn.*, **22**, 389–414.

Maykut, G.A., and N. Untersteiner, 1971: Some results from a time-dependent thermodynamic model of sea ice. *J. Geophys. Res.*, **76**, 1550–1575.

Maynard, K., and J.-F. Royer, 2004: Effects of "realistic" land-cover change on a greenhouse-warmed African climate. *Clim. Dyn.*, **22**, 343–358.

Maynard, K., J.-F. Royer, and F. Chauvin, 2002: Impact of greenhouse warming on the West African summer monsoon. *Clim. Dyn.*, **19**, 499–514.

McCabe, G.J., M.P. Clark, and M.C. Serreze, 2001: Trends in Northern Hemisphere surface cyclone frequency and intensity. *J. Clim.*, **14**, 2763–2768.

McDonald, R.E., et al., 2005: Tropical storms: Representation and diagnosis in climate models and the impacts of climate change. *Clim. Dyn.*, **25**, 19–36.

Meehl, G.A., and J.M. Arblaster, 2003: Mechanisms for projected future changes in south Asian monsoon precipitation. *Clim. Dyn.*, **21**, 659–675.

Meehl, G.A., and C. Tebaldi, 2004: More intense, more frequent, and longer lasting heat waves in the 21st century. *Science*, **305**, 994–997.

Meehl, G.A., C. Tebaldi, and D. Nychka, 2004a: Changes in frost days in simulations of twenty-first century climate. *Clim. Dyn.*, **23**, 495–511.

Meehl, G.A., J.M. Arblaster, and C. Tebaldi, 2005a: Understanding future patterns of precipitation extremes in climate model simulations. *Geophys. Res. Lett.*, **32**, L18719, doi:10.1029/2005GL023680.

Meehl, G.A., H. Teng, and G.W. Branstator, 2006a: Future changes of El Niño in two global coupled climate models. *Clim. Dyn.*, **26**, 549–566.

Meehl, G.A., W.M. Washington, J.M. Arblaster, and A. Hu, 2004b: Factors affecting climate sensitivity in global coupled models. *J. Clim.*, **17**, 1584–1596.

Meehl, G.A., et al., 2005b: Overview of the coupled model intercomparison project. *Bull. Am. Meteorol. Soc.*, **86**, 89–93.

Meehl, G.A., et al., 2005c: How much more global warming and sea level rise? *Science*, **307**, 1769–1772.

Meehl, G.A., et al., 2006b: Climate change projections for the twenty-first century and climate change commitment in the CCSM3. *J. Clim.*, **19**, 2597–2616.

Meinshausen, M., 2006: What does a 2°C target mean for greenhouse gas concentrations? A brief analysis based on multi-gas emission pathways and several climate sensitivity uncertainty estimates. In: *Avoiding Dangerous Climate Change* [Schellnhuber, H.J., et al. (eds.)]. Cambridge University Press, New York, NY, pp. 265–279.

Meleshko, V.P., et al., 2004: Anthropogenic climate change in 21st century over Northern Eurasia. *Meteorol. Hydrol.*, **7**, 5–26.

Menon, S., J. Hansen, L. Nazarenko, and Y. Luo, 2002: Climate effects of black carbon aerosols in China and India. *Science*, **297**, 2250–2253.

Merryfield, W., 2006: Changes to ENSO under $CO_2$ doubling in a multi-model ensemble. *J. Clim.*, **19**, 4009–4027.

Mielke, P.W., 1991: The application of multivariate permutation methods based on distance functions in the earth sciences. *Earth Sci. Rev.*, **31**, 55–71.

Mikolajewicz, U., and R. Voss, 2000: The role of the individual air-sea flux components in $CO_2$-induced changes of the ocean's circulation and climate. *Clim. Dyn.*, **16**, 627–642.

Miller, R.L., G.A. Schmidt, and D.T. Shindell, 2006: Forced annular variations in the 20th century IPCC AR4 simulations. *J. Geophys. Res.*, **111**, D18101, doi:10.1029/2005JD006323.

Milly, P.C.D., K.A. Dunne, and A.V. Vecchia, 2005: Global pattern of trends in streamflow and water availability in a changing climate. *Nature*, **438**, 347–350.

Milly, P.C.D., R.T. Wetherald, K.A. Dunne, and T.L. Delworth, 2002: Increasing risk of great floods in a changing climate. *Nature*, **415**, 514–517.

Mitchell, J.F.B., S. Manabe, V. Meleshko, and T. Tokioka, 1990: Equilibrium climate change – and its implications for the future. In: *Climate Change. The IPCC Scientific Assessment. Contribution of Working Group 1 to the First Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.L., G.J. Jenkins, and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 137–164.

Mitchell, J.F.B., T.C. Johns, W.J. Ingram, and J.A. Lowe, 2000: The effect of stabilising atmospheric carbon dioxide concentrations on global and regional climate change. *Geophys. Res. Lett.*, **27**, 2977–2980.

Mitchell, T.D., 2003: Pattern scaling - An examination of the accuracy of the technique for describing future climates. *Clim. Change*, **60**, 217–242.

Monahan, A.H., 2002: Stabilisation of climate regimes by noise in a simple model of the thermohaline circulation. *J. Phys. Oceanogr.*, **32**, 2072–2085.

Morris, E.M., and R. Mulvaney, 2004: Recent variations in surface mass balance of the Antarctic Peninsula ice sheet. *J. Glaciol.*, **50**, 257–267.

Moss, R.H., and S.H. Schneider, 2000: Uncertainties in the IPCC TAR: Recommendations to Lead Authors for more consistent assessment and reporting. In: *Guidance Papers on the Cross-Cutting Issues of the Third Assessment Report of the IPCC* [Pachauri, R., et al. (eds.)]. Intergovernmental Panel on Climate Change, Geneva, pp. 33–51.

Müller, S.A., F. Joos, N.R. Edwards, and T.F. Stocker, 2006: Water mass distribution and ventilation time scales in a cost-efficient, 3-dimensional ocean model. *J. Clim.*, **19**, 5479–5499.

Murphy, B.F., I. Marsiat, and P. Valdes, 2002: Atmospheric contributions to the surface mass balance of Greenland in the HadAM3 atmospheric model. *J. Geophys. Res.*, **107**, 4556.

Murphy, J.M., et al., 2004: Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature*, **429**, 768–772.

Myhre, G., and F. Stordal, 2001: On the tradeoff of the solar and thermal infrared radiative impact of contrails. *Geophys. Res. Lett.*, **28**, 3119–3122.

Myhre, G., T.F. Berglen, C.E.L. Myhre, and I.S.A. Isaksen, 2004: The radiative effect of the anthropogenic influence on the stratospheric sulfate aerosol layer. *Tellus*, **56B**, 294–299.

Nakashiki, N., et al., 2006: Recovery of thermohaline circulation under $CO_2$ stabilization and overshoot scenarios. *Ocean Modelling*, **15**, 200–217.

Nakićenović, N., and R. Swart (eds.), 2000: *Special Report on Emissions Scenarios. A Special Report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 599 pp.

Nanjundiah, R.S., V. Vidyunmala, and J. Srinivasan, 2005: The impact of increase in $CO_2$ on the simulation of tropical biennial oscillations (TBO) in 12 coupled general circulation models. *Atmos. Sci. Lett.*, **6**, 183–191.

Naveau, P., and C.M. Ammann, 2005: Statistical distributions of ice core sulphate from climatically relevant volcanic eruptions. *Geophys. Res. Lett.*, **32**, L05711, doi:10.1029/2004GL021732.

Neelin, J.D., et al., 2006: Tropical drying trends in global warming models and observations. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 6110–6115.

Nguyen, K.C., and K.J.E. Walsh, 2001: Interannual, decadal, and transient greenhouse simulation of tropical cyclone-like vortices in a regional climate model of the South Pacific. *J. Clim.*, **14**, 3043–3054.

Nohara, D., A. Kitoh, M. Hosaka, and T. Oki, 2006: Impact of climate change on river discharge projected by multi-model ensemble. *J. Hydrometeorol.*, **7**, 1076–1089.

NorthGRIP Members, 2004: High-resolution climate record of the northern hemisphere back into the last interglacial period. *Nature*, **431**, 147–151.

Oerlemans, J., 2001: *Glaciers and Climate Change.* A. A. Balkema, Lisse, The Netherlands, 148 pp.

Oerlemans, J., and J.P.F. Fortuin, 1992: Sensitivity of glaciers and small ice caps to greenhouse warming. *Science*, **258**, 115–117.

Oerlemans, J., and B.K. Reichert, 2000: Relating glacier mass balance to meteorological data by using a seasonal sensitivity characteristic. *J. Glaciol.*, **46**, 1–6.

Oerlemans, J., et al., 1998: Modeling the response of glaciers to climate warming. *Clim. Dyn.*, **14**, 267–274.

Oerlemans, J., et al., 2006: Estimating the contribution from Arctic glaciers to sea-level change in the next hundred years. *Ann. Glaciol.*, **42**, 230–236.

Ohmura, A., M. Wild, and L. Bengtsson, 1996: Present and future mass balance of the ice sheets simulated with GCM. *Ann. Glaciol.*, **23**, 187–193.

Olivier, J.G.J., and J.J.M. Berdowski, 2001: Global emissions sources and sinks. In: *The Climate System* [Berdowski, J., R. Guicherit, and B.J. Heij (eds.)]. A. A. Balkema, Lisse, The Netherlands, pp. 33–78.

Oouchi, K., et al., 2006: Tropical cyclone climatology in a global-warming climate as simulated in a 20km-mesh global atmospheric model: Frequency and wind intensity analyses. *J. Meteorol. Soc. Japan*, **84**, 259–276.

Oppenheimer, M., 1998: Global warming and the stability of the West Antarctic Ice Sheet. *Nature*, **393**, 325–332.

Oppenheimer, M., and R.B. Alley, 2005: Ice sheets, global warming, and Article 2 of the UNFCCC. *Clim. Change*, **68**, 257–267.

Opsteegh, J.D., R.J. Haarsma, F.M. Selten, and A. Kattenberg, 1998: ECBILT: A dynamic alternative to mixed boundary conditions in ocean models. *Tellus*, **50A**, 348–367.

Orr, J.C., et al., 2005: Anthropogenic ocean acidification over the twenty-first century and its impact on calcifying organisms. *Nature*, **437**, 681–686.

Osborn, T.J., 2004: Simulating the winter North Atlantic Oscillation: The roles of internal variability and greenhouse forcing. *Clim. Dyn.*, **22**, 605–623.

Pal, J.S., F. Giorgi, and X. Bi, 2004: Consistency of recent European summer precipitation trends and extremes with future regional climate projections. *Geophys. Res. Lett.*, **31**, L13202, doi:10.1029/2004GL019836.

Palmer, T.N., 2001: A nonlinear dynamical perspective on model error: A proposal for non-local stochastic-dynamic parametrization in weather and climate prediction models. *Q. J. R. Meteorol. Soc.*, **127**, 279–303.

Palmer, T.N., 2005: Global warming in a nonlinear climate - Can we be sure? *Europhys. News*, **36**, 42–46.

Palmer, T.N., and J. Räisänen, 2002: Quantifying the risk of extreme seasonal precipitation events in a changing climate. *Nature*, **415**, 514–517.

Palmer, T.N., et al., 2004: Development of a European multimodel ensemble system for seasonal-to-interannual prediction (DEMETER). *Bull. Am. Meteorol. Soc.*, **85**, 853–872.

Palmer, T.N., et al., 2005: Representing model uncertainty in weather and climate prediction. *Annu. Rev. Earth Planet. Sci.*, **33**, 4.1–4.31.

Parizek, B.R., and R.B. Alley, 2004: Implications of increased Greenland surface melt under global-warming scenarios: Ice-sheet simulations. *Quat. Sci. Rev.*, **23**, 1013–1027.

Payne, A.J., et al., 2004: Recent dramatic thinning of largest West Antarctic ice stream triggered by oceans. *Geophys. Res. Lett.*, **31**, L23401, doi:10.1029/2004GL021284.

Penner, J.E., et al. (eds.), 1999: *Aviation and the Global Atmosphere.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 373 pp.

Petoukhov, V., et al., 2000: CLIMBER-2: a climate system model of intermediate complexity. Part I: model description and performance for present climate. *Clim. Dyn.*, **16**, 1–17.

Pham, M., O. Boucher, and D. Hauglustaine, 2005: Changes in atmospheric sulfur burdens and concentrations and resulting radiative forcings under IPCC SRES emission scenarios for 1990-2100. *J. Geophys. Res.*, **110**, D06112, doi:10.1029/2004JD005125.

Phillips, T.J., and P.J. Gleckler, 2006: Evaluation of continental precipitation in 20th century climate simulations: The utility of multi-model statistics. *Water Resour. Res.*, **42**, W03202, doi:10.1029/2005WR004313.

Phillips, T.J., et al., 2004: Evaluating parameterizations in general circulation models. *Bull. Am. Meteorol. Soc.*, **85**, 1903–1915.

Piani, C., D.J. Frame, D.A. Stainforth, and M.R. Allen, 2005: Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.*, **32**, L23825, doi:10.1029/2005GL024452.

Pitari, G., E. Mancini, V. Rizi, and D.T. Shindell, 2002: Impact of future climate and emission changes on stratospheric aerosols and ozone. *J. Atmos. Sci.*, **59**, 414–440.

Plattner, G.-K., F. Joos, T.F. Stocker, and O. Marchal, 2001: Feedback mechanisms and sensitivities of ocean carbon uptake under global warming. *Tellus*, **53B**, 564–592.

Rahmstorf, S., and A. Ganopolski, 1999: Long-term global warming scenarios computed with an efficient coupled climate model. *Clim. Change*, **43**, 353–367.

Räisänen, J., 2001: $CO_2$-induced climate change in CMIP2 experiments: Quantification of agreement and role of internal variability. *J. Clim.*, **14**, 2088–2104.

Räisänen, J., 2002: $CO_2$-induced changes in interannual temperature and precipitation variability in 19 CMIP2 experiments. *J. Clim.*, **15**, 2395–2411.

Räisänen, J., 2003: $CO_2$-induced changes in angular momentum in CMIP2 experiments. *J. Clim.*, **16**, 132–143.

Räisänen, J., 2005a: Impact of increasing $CO_2$ on monthly-to-annual precipitation extremes: Analysis of the CMIP2 experiments. *Clim. Dyn.*, **24**, 309–323.

Räisänen, J., 2005b: Probability distributions of $CO_2$-induced global warming as inferred directly from multimodel ensemble simulations. *Geophysica*, **41**, 19–30.

Räisänen, J., and T.N. Palmer, 2001: A probability and decision-model analysis of a multimodel ensemble of climate change simulations. *J. Clim.*, **14**, 3212–3226.

Ramanathan, V., 1988: The greenhouse theory of climate change: A test by an inadvertent global experiment. *Science*, **240**, 293–299.

Ramanathan, V., P.J. Crutzen, J.T. Kiehl, and D. Rosenfeld, 2001: Aerosols, climate, and the hydrologic cycle. *Science*, **294**, 2119–2124.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Randall, D.A., et al., 1996: A revised land surface parameterization (SiB2) for GCMs. Part III: The greening of the Colorado State University General Circulation Model. *J. Clim.*, **9**, 738–763.

Raper, S.C.B., and R.J. Braithwaite, 2005: The potential for sea level rise: New estimates from glacier and ice cap area and volume distributions. *Geophys. Res. Lett.*, **32**, L05502, doi:10.1029/2004GL021981.

Raper, S.C.B., and R.J. Braithwaite, 2006: Low sea level rise projections from mountain glaciers and icecaps under global warming. *Nature*, **439**, 311–313.

Raper, S.C.B., O. Brown, and R.J. Braithwaite, 2000: A geometric glacier model for sea-level change calculations. *J. Glaciol.*, **46**, 357–368.

Raper, S.C.B., J.M. Gregory, and R.J. Stouffer, 2002: The role of climate sensitivity and ocean heat uptake on AOGCM transient temperature response. *J. Clim.*, **15**, 124–130.

Rauthe, M., A. Hense, and H. Paeth, 2004: A model intercomparison study of climate change-signals in extratropical circulation. *Int. J. Climatol.*, **24**, 643–662.

Raven, J., et al., 2005: *Ocean Acidification Due to Increasing Atmospheric Carbon Dioxide*. The Royal Society, London, 60 pp.

Reichert, B.K., L. Bengtsson, and J. Oerlemans, 2002: Recent glacier retreat exceeds internal variability. *J. Clim.*, **15**, 3069–3081.

Ridley, J.K., P. Huybrechts, J.M. Gregory, and J.A. Lowe, 2005: Elimination of the Greenland ice sheet in a high $CO_2$ climate. *J. Clim.*, **17**, 3409–3427.

Rignot, E., 1998: Fast recession of a West Antarctic glacier. *Science*, **281**, 549–551.

Rignot, E., 2001: Evidence for a rapid retreat and mass loss of Thwaites Glacier, West Antarctica. *J. Glaciol.*, **47**, 213–222.

Rignot, E., and S.S. Jacobs, 2002: Rapid bottom melting widespread near Antarctic ice sheet grounding lines. *Science*, **296**, 2020–2023.

Rignot, E., and P. Kanagaratnam, 2006: Changes in the velocity structure of the Greenland ice sheet. *Science*, **311**, 986–990.

Rignot, E., A. Rivera, and G. Casassa, 2003: Contribution of the Patagonia ice fields of South America to sea level rise. *Science*, **302**, 434–437.

Rignot, E., et al., 2002: Acceleration of Pine Island and Thwaites Glaciers, West Antarctica. *Ann. Glaciol.*, **34**, 189–194.

Rind, D., J. Lerner, and C. McLinden, 2001: Changes of tracer distributions in the doubled $CO_2$ climate. *J. Geophys. Res.*, **106**, 28061–28079.

Rind, D., J. Perlwitz, and P. Lonergan, 2005a: AO/NAO response to climate change: 1. Respective influences of stratospheric and tropospheric climate changes. *J. Geophys. Res.*, **110**, D12107, doi:10.1029/2004JD005103.

Rind, D., R.J. Healy, C. Parkinson, and D. Martinson, 1995: The role of sea ice in $2 \times CO_2$ climate model sensitivity. 1. The total influence of sea ice thickness and extent. *J. Clim.*, **8**, 449–463.

Rind, D., J. Perlwitz, P. Lonergan, and J. Lerner, 2005b: AO/NAO response to climate change: 2. Relative importance of low- and high-latitude temperature changes. *J. Geophys. Res.*, **110**, D12108, doi:10.1029/2004JD005686.

Rodwell, M.J., D.P. Rowell, and C.K. Folland, 1999: Oceanic forcing of the wintertime North Atlantic oscillation and European climate. *Nature*, **398**, 320–323.

Roeckner, E., L. Bengtsson, and J. Feichter, 1999: Transient climate change simulations with a coupled atmosphere-ocean GCM including the tropospheric sulfur cycle. *J. Clim.*, **12**, 3004–3032.

Ronski, S., and G. Budeus, 2005: Time series of winter convection in the Greenland Sea. *J. Geophys. Res.*, **110**, C04015, doi:10.1029/2004JC002318.

Rothrock, D.A., Y. Yu, and G.A. Maykut, 1999: Thinning of the Arctic sea-ice cover. *Geophys. Res. Lett.*, **26**, 3469–3472.

Rougier, J.C., 2007: Probabilistic inference for future climate using an ensemble of climate model evaluations. *Clim. Change*, **81**, 247–264.

Rowell, D.P., and R.G. Jones, 2006: Causes and uncertainty of future summer drying over Europe. *Clim. Dyn.*, **27**, 281–299.

Russell, G.L., V. Gornitz, and J.R. Miller, 2000: Regional sea-level changes projected by the NASA/GISS atmosphere-ocean model. *Clim. Dyn.*, **16**, 789–797.

Saenko, O.A., A.J. Weaver, and J.M. Gregory, 2003: On the link between the two modes of the ocean thermohaline circulation and the formation of global-scale water masses. *J. Clim.*, **16**, 2797–2801.

Saenko, O.A., J.C. Fyfe, and M.H. England, 2005: On the response of the oceanic wind-driven circulation to atmospheric $CO_2$ increase. *Clim. Dyn.*, **25**, 415–426.

Sakamoto, T.T., et al., 2005: Responses of the Kuroshio and the Kuroshio Extension to global warming in a high-resolution climate model. *Geophys. Res. Lett.*, **32**, L14617, doi:10.1029/2005GL023384.

Sanderson, M.G., et al., 2003: Effect of climate change on isoprene emissions and surface ozone levels. *Geophys. Res. Lett.*, **30**, 1936.

Sato, Y., et al., 2006: Response of North Pacific ocean circulation in a Kuroshio-resolving ocean model to an Arctic Oscillation (AO)-like change in Northern Hemisphere atmospheric circulation due to greenhouse-gas forcing. *J. Meteorol. Soc. Japan*, **84**, 295–309.

Scambos, T.A., C. Hulbe, M.A. Fahnestock, and J. Bohlander, 2000: The link between climate warming and break-up of ice shelves in the Antarctic Peninsula. *J. Glaciol.*, **46**, 516–530.

Schaeffer, M., F.M. Selten, J.D. Opsteegh, and H. Goosse, 2002: Intrinsic limits to predictability of abrupt regional climate change in IPCC SRES scenarios. *Geophys. Res. Lett.*, **29**, 1767.

Schaeffer, M., F.M. Selten, J.D. Opsteegh, and H. Goosse, 2004: The influence of ocean convection patterns on high-latitude climate projections. *J. Clim.*, **17**, 4316–4329.

Schär, C., et al., 2004: The role of increasing temperature variability in European summer heat waves. *Nature*, **427**, 332–336.

Schmittner, A., M. Latif, and B. Schneider, 2005: Model projections of the North Atlantic thermohaline circulation for the 21st century assessed by observations. *Geophys. Res. Lett.*, **32**, L23710, doi:10.1029/2005GL024368.

Schneeberger, C., H. Blatter, A. Abe-Ouchi, and M. Wild, 2003: Modelling changes in the mass balance of glaciers of the northern hemisphere for a transient $2 \times CO_2$ scenario. *J. Hydrol.*, **282**, 145–163.

Schneeberger, C., et al., 2000: Størglacieren in doubling $CO_2$ climate. *Clim. Dyn.*, **17**, 825–834.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schubert, M., et al., 1998: North Atlantic cyclones in $CO_2$-induced warm climate simulations: frequency, intensity, and tracks. *Clim. Dyn.*, **14**, 827–838.

Schweckendiek, U., and J. Willebrand, 2005: Mechanisms for the overturning response in global warming simulations. *J. Clim.*, **18**, 4925–4936.

Selten, F.M., G.W. Branstator, M. Kliphuis, and H.A. Dijkstra, 2004: Tropical origins for recent and future northern hemisphere climate change. *Geophys. Res. Lett.*, **31**, L21205, doi:10.1029/2004GL020739.

Semenov, V.A., and L. Bengtsson, 2002: Secular trends in daily precipitation characteristics: Greenhouse gas simulation with a coupled AOGCM. *Clim. Dyn.*, **19**, 123–140.

Senior, C.A., and J.F.B. Mitchell, 2000: The time-dependence of climate sensitivity. *Geophys. Res. Lett.*, **27**, 2685–2688.

Shepherd, A., D.J. Wingham, and J.A.D. Mansley, 2002: Inland thinning of the Amundsen Sea sector, West Antarctica. *Geophys. Res. Lett.*, **29**, 1364.

Shepherd, A., D. Wingham, and E. Rignot, 2004: Warm ocean is eroding West Antarctic ice sheet. *Geophys. Res. Lett.*, **31**, L23402, doi:10.1029/2004GL021106.

Shepherd, A., D.J. Wingham, J.A.D. Mansley, and H.F.J. Corr, 2001: Inland thinning of Pine Island Glacier, West Antarctica. *Science*, **291**, 862–864.

Shindell, D.T., and G.A. Schmidt, 2004: Southern hemisphere climate response to ozone changes and greenhouse gas increases. *Geophys. Res. Lett.*, **31**, L18209, doi:10.1029/2004GL020724.

Shindell, D.T., G.A. Schmidt, R.L. Miller, and D. Rind, 2001: Northern hemisphere winter climate response to greenhouse gas, ozone, and volcanic forcing. *J. Geophys. Res.*, **106**, 7193–7210.

Shine, K.P., J. Cook, E.J. Highwood, and M.M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

Shukla, J., et al., 2006: Climate model fidelity and projections of climate change. *Geophys. Res. Lett.*, **33**, L07702, doi:10.1029/2005GL025579.

Siegenthaler, U., and H. Oeschger, 1984: Transient temperature changes due to increasing $CO_2$ using simple models. *Ann. Glaciol.*, **5**, 153–159.

Sigmond, M., P.C. Siegmund, E. Manzini, and H. Kelder, 2004: A simulation of the separate climate effects of middle-atmosphere and tropospheric $CO_2$ doubling. *J. Clim.*, **17**, 2352–2367.

Smethie, W.M., and R.A. Fine, 2001: Rates of North Atlantic Deep Water formation calculated from chlorofluorocarbon inventories. *Deep-Sea Res. I*, **48**, 189–215.

Smith, L.A., 2002: What might we learn from climate forecasts? *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 2487–2492.

Soden, B.J., and I.M. Held, 2006: An assessment of climate feedbacks in coupled ocean-atmosphere models. *J. Clim.*, **19**, 3354–3360.

Sokolov, A., C.E. Forest, and P.H. Stone, 2003: Comparing oceanic heat uptake in AOGCM transient climate change experiments. *J. Clim.*, **16**, 1573–1582.

Stainforth, D.A., et al., 2005: Uncertainty in predictions of the climate response to rising levels of greenhouse gases. *Nature*, **433**, 403–406.

Stendel, M., and J.H. Christensen, 2002: Impact of global warming on permafrost conditions in a coupled GCM. *Geophys. Res. Lett.*, **29**, 1632.

Stephenson, D.B., et al., 2006: North Atlantic Oscillation response to transient greenhouse gas forcing and the impact on European winter climate: A CMIP2 multi-model assessment. *Clim. Dyn.*, **27**, 401–420.

Stevenson, D.S., et al., 2000: Future estimates of tropospheric ozone radiative forcing and methane turnover - the impact of climate change. *Geophys. Res. Lett.*, **27**, 2073–2076.

Stevenson, D.S., et al., 2006: Multi-model ensemble simulations of present-day and near-future tropospheric ozone. *J. Geophys. Res.*, **111**, D08301, doi:10.1029/2005JD006338.

Stocker, T.F., 2000: Past and future reorganisations in the climate system. *Quat. Sci. Rev.*, **19**, 301–319.

Stocker, T.F., and A. Schmittner, 1997: Influence of $CO_2$ emission rates on the stability of the thermohaline circulation. *Nature*, **388**, 862–865.

Stocker, T.F., and R. Knutti, 2003: Do simplified climate models have any useful skill? *CLIVAR Exchanges*, **8**, 7–10.

Stocker, T.F., and C.C. Raible, 2005: Climate change - Water cycle shifts gear. *Nature*, **434**, 830–833.

Stocker, T.F., D.G. Wright, and L.A. Mysak, 1992a: A zonally averaged, coupled ocean-atmosphere model for paleoclimate studies. *J. Clim.*, **5**, 773–797.

Stocker, T.F., D.G. Wright, and W.S. Broecker, 1992b: The influence of high-latitude surface forcing on the global thermohaline circulation. *Paleoceanogr.*, **7**, 529–541.

Stone, D.A., and A.J. Weaver, 2002: Daily maximum and minimum temperature trends in a climate model. *Geophys. Res. Lett.*, **29**, 1356.

Stone, D.A., and J.C. Fyfe, 2005: The effect of ocean mixing parametrisation on the enhanced $CO_2$ response of the Southern Hemisphere midlatitude jet. *Geophys. Res. Lett.*, **32**, L06811, doi:10.1029/2004GL022007.

Stott, P.A., and J.A. Kettleborough, 2002: Origins and estimates of uncertainty in predictions of twenty-first century temperature rise. *Nature*, **416**, 723–726.

Stott, P.A., D.A. Stone, and M.R. Allen, 2004: Human contribution to the European heatwave of 2003. *Nature*, **432**, 610–613.

Stott, P.A., J.A. Kettleborough, and M.R. Allen, 2006a: Uncertainty in continental-scale temperature predictions. *Geophys. Res. Lett.*, **33**, L02708, doi:10.1029/2005GL024423.

Stott, P.A., et al., 2006b: Observational constraints on past attributable warming and predictions of future global warming. *J. Clim.*, **19**, 3055–3069.

Stouffer, R.J., 2004: Time scales of climate response. *J. Clim.*, **17**, 209–217.

Stouffer, R.J., and S. Manabe, 1999: Response of a coupled ocean-atmosphere model to increasing atmospheric carbon dioxide: sensitivity to the rate of increase. *J. Clim.*, **12**, 2224–2237.

Stouffer, R.J., and S. Manabe, 2003: Equilibrium response of thermohaline circulation to large changes in atmospheric $CO_2$ concentration. *Clim. Dyn.*, **20**, 759–773.

Stouffer, R.J., et al., 2006a: GFDL's CM2 global coupled climate models. Part IV: Idealized climate response. *J. Clim.*, **19**, 723–740.

Stouffer, R.J., et al., 2006b: Investigating the causes of the response of the thermohaline circulation to past and future climate changes. *J. Clim.*, **19**, 1365–1387.

Sudo, K., M. Takahashi, and H. Akimoto, 2003: Future changes in stratosphere-troposphere exchange and their impacts on future tropospheric ozone simulations. *Geophys. Res. Lett.*, **30**, 2256.

Sugi, M., and J. Yoshimura, 2004: A mechanism of tropical precipitation change due to $CO_2$ increase. *J. Clim.*, **17**, 238–243.

Sugi, M., A. Noda, and N. Sato, 2002: Influence of the global warming on tropical cyclone climatology: An experiment with the JMA global model. *J. Meteorol. Soc. Japan*, **80**, 249–272.

Suzuki, T., et al., 2005: Projection of future sea level and its variability in a high-resolution climate model: Ocean processes and Greenland and Antarctic ice-melt contributions. *Geophys. Res. Lett.*, **32**, L19706, doi:10.1029/2005GL023677.

Takemura, T., T. Nakajima, T. Nozawa, and K. Aoki, 2001: Simulation of future aerosol distribution, radiative forcing, and long-range transport in East Asia. *J. Meteorol. Soc. Japan*, **79**, 1139–1155.

Talley, L.D., 2003: Shallow, intermediate, and deep overturning components of the global heat budget. *J. Phys. Oceanogr.*, **33**, 530–560.

Tanaka, H.L., N. Ishizaki, and D. Nohara, 2005: Intercomparison of the intensities and trends of Hadley, Walker and monsoon circulations in the global warming projections. *Scientific Online Letters on the Atmosphere*, **1**, 77–80.

Tebaldi, C., L.O. Mearns, D. Nychka, and R.L. Smith, 2004: Regional probabilities of precipitation change: A Bayesian analysis of multimodel simulations. *Geophys. Res. Lett.*, **31**, L24213, doi:10.1029/2004GL021276.

Tebaldi, C., R.W. Smith, D. Nychka, and L.O. Mearns, 2005: Quantifying uncertainty in projections of regional climate change: A Bayesian approach to the analysis of multi-model ensembles. *J. Clim.*, **18**, 1524–1540.

Tebaldi, C., K. Hayhoe, J.M. Arblaster, and G.A. Meehl, 2006: Going to the extremes: An intercomparison of model-simulated historical and future changes in extreme events. *Clim. Change*, **79**, 185-211

Tegen, I., M. Werner, S.P. Harrison, and K.E. Kohfeld, 2004a: Reply to comment by N. M. Mahowald et al. on "Relative importance of climate and land use in determining present and future global soil dust emission". *Geophys. Res. Lett.*, **31**, L24106, doi:10.1029/2004GL021560.

Tegen, I., M. Werner, S.P. Harrison, and K.E. Kohfeld, 2004b: Relative importance of climate and land use in determining present and future global soil dust emission'. *Geophys. Res. Lett.*, **31**, L05105, doi:10.1029/2003GL019216.

Terray, L., et al., 2004: Simulation of late twenty-first century changes in wintertime atmospheric circulation over Europe de to anthropogenic causes. *J. Clim.*, **17**, 4630–4635.

Thomas, R., et al., 2001: Mass balance of higher-elevation parts of the Greenland ice sheet. *J. Geophys. Res.*, **106**, 33707–33716.

Thomas, R., et al., 2004: Accelerated sea level rise from West Antarctica. *Science*, **306**, 255–258.

Thomas, R., et al., 2005: Force-perturbation analysis of Pine Island Glacier, Antarctica, suggests cause for recent acceleration. *Ann. Glaciol.*, **39**, 133–138.

Thompson, D.W., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Tol, R.S.J., and A.F. De Vos, 1998: A Bayesian statistical analysis of the enhanced greenhouse effect. *Clim. Change*, **38**, 87–112.

Toniazzo, T., J.M. Gregory, and P. Huybrechts, 2004: Climatic impact of Greenland deglaciation and its possible irreversibility. *J. Clim.*, **17**, 21–33.

Trenberth, K.E., 1990: Recent observed interdecadal climate changes in the Northern Hemisphere. *Bull. Am. Meteorol. Soc.*, **71**, 988–993.

Tsushima, Y., A. Abe-Ouchi, and S. Manabe, 2005: Radiative damping of annual variation in global mean surface temperature: Comparison between observed and simulated feedback. *Clim. Dyn.*, **24**, 591–597.

Tsushima, Y., et al., 2006: Importance of the mixed-phase cloud distribution in the control climate for assessing the response of clouds to carbon dioxide increase: a multi-model study. *Clim. Dyn.*, **27**, 113–126.

Tsutsui, J., 2002: Implications of anthropogenic climate change for tropical cyclone activity: A case study with the NCAR CCM2. *J. Meteorol. Soc. Japan*, **80**, 45–65.

Tsutsui, J., et al., 2007: Long-term climate response to stabilized and overshoot anthropogenic forcings beyond the 21st century. *Clim. Dyn.*, **28**, 199–214.

Ueda, H., A. Iwai, K. Kuwako, and M.E. Hori, 2006: Impact of anthropogenic forcing on the Asian summer monsoon as simulated by eight GCMs. *Geophys. Res. Lett.*, **33**, L06703, doi:10.1029/2005GL025336.

van Aardenne, J.A., et al., 2001: A 1×1 degree resolution dataset of historical anthropogenic trace gas emissions for the period 1890-1990. *Global Biogeochem. Cycles*, **15**, 909–928.

van de Wal, R.S.W., and M. Wild, 2001: Modelling the response of glaciers to climate change by applying volume-area scaling in combination with a high resolution GCM. *Clim. Dyn.*, **18**, 359–366.

van de Wal, R.S.W., M. Wild, and J. de Wolde, 2001: Short-term volume change of the Greenland ice sheet in response to doubled $CO_2$ concentration. *Tellus*, **53B**, 94–102.

van der Veen, C.J., 2002: Polar ice sheets and global sea level: how well can we predict the future? *Global Planet. Change*, **32**, 165–194.

van Lipzig, N.M., E. van Meijgaard, and J. Oerlemans, 2002: Temperature sensitivity of the Antarctic surface mass balance in a regional atmospheric climate model. *J. Clim.*, **15**, 2758–2774.

van Oldenborgh, G.J., and G. Burgers, 2005: Searching for decadal variations in ENSO precipitation teleconnections. *Geophys. Res. Lett.*, **32**, L15701, doi:10.1029/2005GL023110.

van Oldenborgh, G.J., S.Y. Philip, and M. Collins, 2005: El Niño in a changing climate: a multi-model study. *Ocean Sci.*, **1**, 81–95.

Vaughan, D.G., 2006: Recent trends in melting conditions on the Antarctic Peninsula and their implications for ice-sheet mass balance and sea level. *Arctic, Antarctic, and Alpine Res.*, **38**, 147–152.

Vaughan, D.G., 2007: West Antarctic Ice Sheet collapse – the fall and rise of a paradigm. *Clim. Change*, in press.

Vaughan, D.G., and J.R. Spouge, 2002: Risk estimation of collapse of the West Antarctic Ice Sheet. *Clim. Change*, **52**, 65–91.

Vavrus, S.J., J.E. Walsh, W.L. Chapman, and D. Portis, 2006: The behavior of extreme cold air outbreaks under greenhouse warming. *Int. J. Climatol.*, **26**, 1133–1147.

Vieli, A., and A.J. Payne, 2005: Assessing the ability of numerical ice sheet models to simulate grounding line migration. *J. Geophys. Res.*, **110**, F01003, doi:10.1029/2004JF000202.

Voldoire, A., 2006: Quantifying the impact of future land-use changes against increases in GHG concentrations. *Geophys. Res. Lett.*, **33**, L04701, doi:10.1029/2005GL024354.

Voss, R., and U. Mikolajewicz, 2001: Long-term climate changes due to increased $CO_2$ concentration in the coupled atmosphere-ocean general circulation model ECHAM3/LSG. *Clim. Dyn.*, **17**, 45–60.

Voss, R., W. May, and E. Roeckner, 2002: Enhanced resolution modeling study on anthropogenic climate change: changes in the extremes of the hydrological cycle. *Int. J. Climatol.*, **22**, 755–777.

Walsh, K., 2004: Tropical cyclones and climate change: Unresolved issues. *Clim. Res.*, **27**, 77–84.

Walsh, K.J.E., K.C. Nguyen, and J.L. McGregor, 2004: Fine-resolution regional climate model simulations of the impact of climate change on tropical cyclones near Australia. *Clim. Dyn.*, **22**, 47–56.

Wang, G., 2005: Agricultural drought in a future climate: Results from 15 global climate models participating in the IPCC 4th Assessment. *Clim. Dyn.*, **25**, 739–753.

Wang, X.L., and V.R. Swail, 2006a: Historical and possible future changes of wave heights in northern hemisphere ocean. In: *Atmosphere-Ocean Interactions* [Perrie, W. (ed.)]. Vol. 2, Wessex Institute of Technology Press, Southampton, pp. 240.

Wang, X.L., and V.R. Swail, 2006b: Climate change signal and uncertainty in projections of ocean wave heights. *Clim. Dyn.*, **26**, 109–126.

Wang, X.L., F.W. Zwiers, and V.R. Swail, 2004: North Atlantic Ocean wave climate change scenarios for the twenty-first century. *J. Clim.*, **17**, 2368–2383.

Watanabe, S., T. Nagashima, and S. Emori, 2005: Impact of global warming on gravity wave momentum flux in the lower stratosphere. *Scientific Online Letters on the Atmosphere*, **1**, 189–192.

Watterson, I.G., 1996: Non-dimensional measures of climate model performance. *Int. J. Climatol.*, **16**, 379–391.

Watterson, I.G., 2003: Effects of a dynamic ocean on simulated climate sensitivity to greenhouse gases. *Clim. Dyn.*, **21**, 197–209.

Watterson, I.G., 2005: Simulated changes due to global warming in the variability of precipitation, and their interpretation using a gamma-distributed stochastic model. *Adv. Water Res.*, **28**, 1368–1381.

Watterson, I.G., and M.R. Dix, 2003: Simulated changes due to global warming in daily precipitation means and extremes and their interpretation using the gamma distribution. *J. Geophys. Res.*, **108**, 4379.

Watterson, I.G., and M.R. Dix, 2005: Effective sensitivity and heat capacity in the response of climate models to greenhouse gas and aerosol forcings. *Q. J. R. Meteorol. Soc.*, **131**, 259–279.

Weaver, A.J., and E.C. Wiebe, 1999: On the sensitivity of projected oceanic thermal expansion to the parameterisation of sub-grid scale ocean mixing. *Geophys. Res. Lett.*, **26**, 3461–3464.

Weaver, A.J., and C. Hillaire-Marcel, 2004a: Ice growth in the greenhouse: A seductive paradox but unrealistic scenario. *Geoscience Canada*, **31**, 77–85.

Weaver, A.J., and C. Hillaire-Marcel, 2004b: Global warming and the next ice age. *Science*, **304**, 400–402.

Weaver, A.J., O.A. Saenko, P.U. Clark, and J.X. Mitrovica, 2003: Meltwater pulse 1A from Antarctica as a trigger of the Bølling-Allerød warm interval. *Science*, **299**, 1709–1713.

Webb, M.J., et al., 2006: On the contribution of local feedback mechanisms to the range of climate sensitivity in two GCM ensembles. *Clim. Dyn.*, **27**, 17–38.

Webster, M.D., et al., 2002: Uncertainty in emissions projections for climate models. *Atmos. Environ.*, **36**, 3659–3670.

Webster, M., et al., 2003: Uncertainty analysis of climate change and policy response. *Clim. Change*, **61**, 295–320.

Weisheimer, A., and T.N. Palmer, 2005: Changing frequency of occurrence of extreme seasonal-mean temperatures under global warming. *Geophys. Res. Lett.*, **32**, L20721, doi:10.1029/2005GL023365.

Wetherald, R.T., and S. Manabe, 2002: Simulation of hydrologic changes associated with global warming. *J. Geophys. Res.*, **107**, 4379.

Wetherald, R.T., R.J. Stouffer, and K.W. Dixon, 2001: Committed warming and its implications for climate change. *Geophys. Res. Lett.*, **28**, 1535–1538.

Wigley, T.M.L., 1984: Carbon dioxide, trace gases and global warming. *Climate Monitor*, **13**, 133–148.

Wigley, T.M.L., 2004: Modeling climate change under no-policy and policy emissions pathways. In: *The Benefits of Climate Change Policies: Analytical and Framework Issues*. OECD Publications, Paris, pp. 221–248.

Wigley, T.M.L., 2005: The climate change commitment. *Science*, **307**, 1766–1769.

Wigley, T.M.L., and S.C.B. Raper, 2001: Interpretation of high projections for global-mean warming. *Science*, **293**, 451–454.

Wigley, T.M.L., and S.C.B. Raper, 2003: Future changes in global-mean temperature and sea level. In: *Climate and Sea Level Change: Observations, Projections and Implications* [Warrick, R.A., et al. (eds.)]. Cambridge University Press, Cambridge, pp. 111–133.

Wigley, T.M.L., and S.C.B. Raper, 2005: Extended scenarios for glacier melt due to anthropogenic forcing. *Geophys. Res. Lett.*, **32**, L05704, doi:10.1029/2004GL021238.

Wigley, T.M.L., R. Richels, and J.A. Edmonds, 1996: Economic and environmental choices in the stabilization of atmospheric $CO_2$ concentrations. *Nature*, **379**, 240–243.

Wigley, T.M.L., P.D. Jones, and S.C.B. Raper, 1997a: The observed global warming record: What does it tell us? *Proc. Natl. Acad. Sci. U.S.A.*, **94**, 8314–8320.

Wigley, T.M.L., C.M. Ammann, B.D. Santer, and S.C.B. Raper, 2005: Effect of climate sensitivity on the response to volcanic forcing. *J. Geophys. Res.*, **110**, D09107, doi:10.1029/2004JD005557.

Wigley, T.M.L., et al., 1997b: *Implications of Proposed $CO_2$ Emissions Limitations*. IPCC Technical Paper IV, Intergovernmental Panel on Climate Change, Geneva, 51 pp.

Wilby, R.L., and T.M.L. Wigley, 2002: Future changes in the distribution of daily precipitation totals across North America. *Geophys. Res. Lett.*, **29**, 1135.

Wild, M., and A. Ohmura, 2000: Changes in mass balance of the polar ice sheets and sea level from high resolution GCM simulations of global warming. *Ann. Glaciol.*, **30**, 197–203.

Wild, M., P. Calanca, S. Scherrer, and A. Ohmura, 2003: Effects of polar ice sheets on global sea level in high resolution greenhouse scenarios. *J. Geophys. Res.*, **108**, 4165.

Williams, K.D., C.A. Senior, and J.F.B. Mitchell, 2001: Transient climate change in the Hadley Centre models: The role of physical processes. *J. Clim.*, **14**, 2659–2674.

Williams, K.D., et al., 2005: Evaluation of a component of the cloud response to climate change in an intercomparison of climate models. *Clim. Dyn.*, **26**, 145–165.

Williams, M.J.M., R.C. Warner, and W.F. Budd, 2002: Sensitivity of the Amery ice shelf, Antarctica, to changes in the climate of the Southern Ocean. *J. Clim.*, **15**, 2740–2757.

Wood, R.A., M. Vellinga, and R. Thorpe, 2003: Global warming and thermohaline circulation stability. *Philos. Trans. R. Soc. London Ser. A*, **361**, 1961–1975.

Wood, R.A., A.B. Keen, J.F.B. Mitchell, and J.M. Gregory, 1999: Changing spatial structure of the thermohaline circulation in response to atmospheric $CO_2$ forcing in a climate model. *Nature*, **399**, 572–575.

Wu, L., and B. Wang, 2004: Assessing impacts of global warming on tropical cyclone tracks. *J. Clim.*, **17**, 1686–1698.

Wu, P., R. Wood, and P. Stott, 2005: Human influence on increasing Arctic river discharge. *Geophys. Res. Lett.*, **32**, L02703, doi:10.1029/2004GL021570.

Xu, Y., Z.-C. Zhao, Y. Luo, and X. Gao, 2005: Climate change projections for the 21st century by the NCC/IAP T63 with SRES scenarios. *Acta Meteorol. Sin.*, **19**, 407–417.

Yamaguchi, K., and A. Noda, 2006: Global warming patterns over the North Pacific: ENSO versus AO. *J. Meteorol. Soc. Japan*, **84**, 221–241.

Yamaguchi, K., A. Noda, and A. Kitoh, 2005: The changes in permafrost induced by greenhouse warming: A numerical study applying multiple-layer ground model. *J. Meteorol. Soc. Japan*, **83**, 799–815.

Yeh, S.-W., and B.P. Kirtman, 2005: Pacific decadal variability and decadal ENSO amplitude modulation. *Geophys. Res. Lett.*, **32**, L05703, doi:10.1029/2004GL021731.

Yin, J.H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophys. Res. Lett.*, **32**, L18701, doi:10.1029/2005GL023684.

Yokohata, T., et al., 2005: Climate response to volcanic forcing: Validation of climate sensitivity of a coupled atmosphere-ocean general circulation model. *Geophys. Res. Lett.*, **32**, L21710, doi:10.1029/2005GL023542.

Yonetani, T., and H.B. Gordon, 2001: Simulated changes in the frequency of extremes and regional features of seasonal/annual temperature and precipitation when atmospheric $CO_2$ is doubled. *J. Clim.*, **14**, 1765–1779.

Yoshida, Y., et al., 2005: Multi-century ensemble global warming projections using the Community Climate System Model (CCSM3). *J. Earth Simulator*, **3**, 2–10.

Yoshimori, M., M.C. Reader, A.J. Weaver, and N.A. McFarlane, 2002: On the causes of glacial inception at 116 kaBP. *Clim. Dyn.*, **18**, 383–402.

Yoshimura, J., and M. Sugi, 2005: Tropical cyclone climatology in a high-resolution AGCM: Impacts of SST warming and $CO_2$ increase. *Scientific Online Letters on the Atmosphere*, **1**, 133–136.

Yoshimura, J., M. Sugi, and A. Noda, 2006: Influence of greenhouse warming on tropical cyclone frequency. *J. Meteorol. Soc. Japan*, **84**, 405–428.

Yukimoto, S., et al., 2006: Climate change of the twentieth through the twenty-first centuries simulated by the MRI-CGCM2.3. *Pap. Meteorol. Geophys.*, **56**, 9–24.

Zelle, H., G.J. van Oldenborgh, G. Burgers, and H.A. Dijkstra, 2005: El Niño and greenhouse warming: Results from ensemble simulations with the NCAR CCSM. *J. Clim.*, **18**, 4669–4683.

Zeng, G., and J.A. Pyle, 2003: Changes in tropospheric ozone between 2000 and 2100 modeled in a chemistry-climate model. *Geophys. Res. Lett.*, **30**, 1392.

Zhang, X.D., and J.E. Walsh, 2006: Toward a seasonally ice-covered Arctic Ocean: Scenarios from the IPCC AR4 model simulations. *J. Clim.*, **19**, 1730–1747.

Zuo, Z., and J. Oerlemans, 1997: Contribution of glacial melt to sea level rise since AD 1865: A regionally differentiated calculation. *Clim. Dyn.*, **13**, 835–845.

Zwally, H.J., et al., 2002: Surface melt-induced acceleration of Greenland ice-sheet flow. *Science*, **297**, 218-222.

Zwally, H.J., et al., 2005: Mass changes of the Greenland and Antarctic ice sheets and shelves and contributions to sea level rise: 1992-2002. *J. Glaciol.*, **175**, 509–527.

Zweck, C., and P. Huybrechts, 2005: Modeling of the northern hemisphere ice sheets during the last glacial cycle and glaciological sensitivity. *J. Geophys. Res.*, **110**, D07103, doi:10.1029/2004JD005489.

## Appendix 10.A:   Methods for Sea Level Projections for the 21st Century

### 10.A.1   Scaling MAGICC Results

The MAGICC SCM was tuned to emulate global average surface air temperature change and radiative flux at the top of the atmosphere (assumed equal to ocean heat uptake on decadal time scales; Section 5.2.2.3 and Figure 5.4) simulated by each of 19 AOGCMs in scenarios with $CO_2$ increasing at 1% yr$^{-1}$ (Section 10.5.3). Under SRES scenarios for which AOGCMs have been run (B1, A1B and A2), the ensemble average of the tuned versions of MAGICC gives about 10% greater temperature rise and 25% more thermal expansion over the 21st century (2090 to 2099 minus 1980 to 1999) than the average of the corresponding AOGCMs. The MAGICC radiative forcing is close to that of the AOGCMs (as estimated for A1B by Forster and Taylor, 2006), so the mismatch suggests there may be structural limitations on the accurate emulation of AOGCMs by the SCM. We therefore do not use the tuned SCM results directly to make projections, unlike in the TAR. The TAR model means for thermal expansion were 0.06–0.10 m larger than the central estimates in Table 10.7, probably because the simple climate model used in the TAR overestimated the TAR AOGCM results.

The SCM may nonetheless be used to estimate results for scenarios that have not been run in AOGCMs, by calculating time-dependent ratios between pairs of scenarios (Section 10.5.4.6). This procedure is supported by the close match between the ratios derived from the AOGCM and MAGICC ensemble averages under the scenarios for which AOGCMs are available. Applying the MAGICC ratios to the A1B AOGCM results yields estimates of temperature rise and thermal expansion for B1 and A2 differing by less than 5% from the AOGCM ensemble averages. We have high confidence that the procedure will yield similarly accurate estimates for the results that the AOGCMs would give under scenarios B2, A1T and A1FI.

The spread of MAGICC models is much narrower than the AOGCM ensemble because the AOGCMs have internally generated climate variability and a wider range of forcings. We assume inter-model standard deviations of 20% of the model average for temperature rise and 25% for thermal expansion, since these proportions are found to be fairly time and scenario independent in the AOGCM ensemble.

### 10.A.2   Mass Balance Sensitivity of Glaciers and Ice Caps

A linear relationship $r_g = b_g \times (T - T_0)$ is found for the period 1961 to 2003 between the observational time series of the contribution $r_g$ to the rate of sea level rise from the world's glaciers and ice caps (G&IC, excluding those on Antarctica and Greenland; Section 4.5.2, Figure 4.14) and global average

surface air temperature $T$ (Hadley Centre/Climatic Research Unit gridded surface temperature dataset HadCRUT3; Section 3.2.2.4, Figure 3.6), where $b_g$ is the global total G&IC mass balance sensitivity and $T_0$ is the global average temperature of the climate in which G&IC are in a steady state, $T$ and $T_0$ being expressed relative to the average of 1865 to 1894. The correlation coefficient is 0.88. Weighted least-squares regression gives a slope $b_g = 0.84 \pm 0.15$ (one standard deviation) mm yr$^{-1}$ °C$^{-1}$, with $T_0 = -0.13$°C. Surface mass balance models driven with climate change scenarios from AOGCMs (Section 10.6.3.1) also indicate such a linear relationship, but the model results give a somewhat lower $b_g$ of around 0.5 to 0.6 mm yr$^{-1}$ °C$^{-1}$ (Section 10.6.3.1). To cover both observations and models, we adopt a value of $b_g = 0.8 \pm 0.2$ (one standard deviation) mm yr$^{-1}$ °C$^{-1}$. This uncertainty of ±25% is smaller than that of ±40% used in the TAR because of the improved observational constraint now available. To make projections, we choose a set of values of $b_g$ randomly from a normal distribution. We use $T_0 = T - r_g / b_g$, where $T = 0.40$ °C and $r_g = 0.45$ mm yr$^{-1}$, are the averages over the period 1961 to 2003. This choice of $T_0$ minimises the root mean square difference of the predicted $r_g$ from the observed, and gives $T_0$ in the range −0.5°C to 0.0°C (5 to 95%). Note that a constant $b_g$ is not expected to be a good approximation if glacier area changes substantially (see Section 10.A.3).

### 10.A.3   Area Scaling of Glaciers and Ice Caps

Model results using area-volume scaling of G&IC (Section 10.6.3.2) are approximately described by the relations $b_g / b_1 = (A_g / A_1)^{1.96}$ and $A_g / A_1 = (V_g / V_1)^{0.84}$, where $A_g$ and $V_g$ are the global G&IC area and volume (excluding those on Greenland and Antarctica) and variable $X_1$ is the initial value of $X_g$. The first relation describes how total SMB sensitivity declines as the most sensitive areas are ablated most rapidly. The second relation follows Wigley and Raper (2005) in its form, and describes how area declines as volume is lost, with $dV_g / dt = -r_g$ (expressing $V$ as sea level equivalent, i.e., the liquid-water-equivalent volume of ice divided by the surface area of the world ocean). Projections are made starting from 1990 using $T$ from Section 10.A.1 with initial values of the present-day $b_g$ from Section 10.A.2 and the three recent estimates $V_g = 0.15$, 0.24 and 0.37 m from Table 4.4, which are assumed equally likely. We use $T = 0.48$°C at 1990 relative to 1865 to 1894, and choose $T_0$ as in Section 10.A.2. An uncertainty of 10% (one standard deviation) is assumed because of the scaling relations. The results are multiplied by 1.2 (Section 10.6.3.3) to include contributions from G&IC on Greenland and Antarctica (apart from the ice sheets). These scaling relations are expected to give a decreasingly adequate approximation as greater area and volume is lost, because they do not model hypsometry explicitly; they predict that $V$ will tend eventually to zero in any steady-state warmer climate, for instance, although this is not necessarily the case. A similar scaling procedure was used in the TAR. Current estimates of present-day G&IC mass are smaller than those used in the TAR, leading to more rapid wastage of

area. Hence, the central estimates for the G&IC contribution to sea level rise in Table 10.7 are similar to those in the TAR, despite our use of a larger mass balance sensitivity (Section 10.A.2).

### 10.A.4 Changes in Ice Sheet Surface Mass Balance

Quadratic fits are made to the results of Gregory and Huybrechts (2006) (Section 10.6.4.1) for the SMB change of each ice sheet as a function of global average temperature change relative to a steady state, which is taken to be the late 19th century (1865–1894). The spread of results for the various models used by Gregory and Huybrechts represents uncertainty in the patterns of temperature and precipitation change. The Greenland contribution has a further uncertainty of 20% (one standard deviation) from the ablation calculation. The Antarctic SMB projections are similar to those of the TAR, while the Greenland SMB projections are larger by 0.01–0.04 m because of the use of a quadratic fit to temperature change rather than the constant sensitivity of the TAR, which gave an underestimate for larger warming.

### 10.A.5    Changes in Ice Sheet Dynamics

Topographic and dynamic changes that can be simulated by currently available ice flow models are roughly represented as modifying the sea level changes due to SMB change by –5% ± 5% from Antarctica, and 0% ± 10% from Greenland (± one standard deviation) (Section 10.6.4.2).

The contribution from scaled-up ice sheet discharge, given as an illustration of the effect of accelerated ice flow (Section 10.6.5), is calculated as $r_1 \times T / T_1$, with $T$ and $T_1$ expressed relative to the 1865 to 1894 average, where $r_1 = 0.32$ mm yr$^{-1}$ is an estimate of the contribution during 1993 to 2003 due to recent acceleration and $T_1 = 0.63°C$ is the global average temperature during that period.

### 10.A.6    Combination of Uncertainties

For each scenario, time series of temperature rise and the consequent land ice contributions to sea level are generated using a Monte Carlo simulation (van der Veen, 2002). Temperature rise and thermal expansion have some correlation for a given scenario in AOGCM results (Section 10.6.1). In the Monte Carlo simulation, we assume them to be perfectly correlated; by correlating the uncertainties in the thermal expansion and land ice contributions, this increases the resulting uncertainty in the sea level rise projections. However, the uncertainty in the projections of the land ice contributions is dominated by the various uncertainties in the land ice models themselves (Sections 10.A.2–4) rather than in the temperature projections. We assume the uncertainties in land ice models and temperature projections to be uncorrelated. The procedure used in the TAR, however, effectively assumed the land ice model uncertainty

to be correlated with the temperature and expansion projection uncertainty. This is the main reason why the TAR ranges for sea level rise under each of the scenarios are wider than those of Table 10.7. Also, the TAR gave uncertainty ranges of ±2 standard deviations, whereas the present report gives ±1.65 standard deviations (5 to 95%).

### 10.A.7 Change in Surface Air Temperature Over the Major West Antarctic Ice Shelves

The mean surface air temperature change over the area of the Ross and Filchner-Ronne ice shelves in December and January, divided by the mean annual antarctic surface air temperature change, is $F_1 = 0.62 \pm 0.48$ (one standard deviation) on the basis of the climate change simulations from the four high-resolution GCMs used by Gregory and Huybrechts (2006). From AR4 AOGCMs, the ratio of mean annual antarctic temperature change to global mean temperature change is $F_2 = 1.1 \pm 0.2$ (one standard deviation) under SRES scenarios with stabilisation beyond 2100 (Gregory and Huybrechts, 2006), while from AR4 AGCMs coupled to mixed-layer ocean models it is $F_2 = 1.4 \pm 0.2$ (one standard deviation) at equilibrium under doubled $CO_2$. To evaluate the probability of ice shelf mean summer temperature increase exceeding a particular value, given the global temperature rise, a Monte Carlo distribution of $F_1 \times F_2$ is used, generated by assuming the two factors to be normal and independent random variables. Since this procedure is based on a small number of models, and given other caveats noted in Sections 10.6.4.2 and 10.7.4.4, we have low confidence in these probabilities.

# 11

# Regional Climate Projections

**Coordinating Lead Authors:**
Jens Hesselbjerg Christensen (Denmark), Bruce Hewitson (South Africa)

**Lead Authors:**
Aristita Busuioc (Romania), Anthony Chen (Jamaica), Xuejie Gao (China), Isaac Held (USA), Richard Jones (UK),
Rupa Kumar Kolli (India), Won-Tae Kwon (Republic of Korea), René Laprise (Canada), Victor Magaña Rueda (Mexico),
Linda Mearns (USA), Claudio Guillermo Menéndez (Argentina), Jouni Räisänen (Finland), Annette Rinke (Germany),
Abdoulaye Sarr (Senegal), Penny Whetton (Australia)

**Contributing Authors:**
R. Arritt (USA), R. Benestad (Norway), M. Beniston (Switzerland), D. Bromwich (USA), D. Caya (Canada), J. Comiso (USA),
R. de Elía (Canada, Argentina), K. Dethloff (Germany), S. Emori (Japan), J. Feddema (USA), R. Gerdes (Germany),
J.F. González-Rouco (Spain), W. Gutowski (USA), I. Hanssen-Bauer (Norway), C. Jones (Canada), R. Katz (USA), A. Kitoh (Japan),
R. Knutti (Switzerland), R. Leung (USA ), J. Lowe (UK), A.H. Lynch (Australia), C. Matulla (Canada, Austria), K. McInnes (Australia),
A.V. Mescherskaya (Russian Federation), A.B. Mullan (New Zealand), M. New (UK), M.H. Nokhandan (Iran), J.S. Pal (USA, Italy),
D. Plummer (Canada), M. Rummukainen (Sweden, Finland), C. Schär (Switzerland), S. Somot (France), D.A. Stone (UK, Canada),
R. Suppiah (Australia), M. Tadross (South Africa), C. Tebaldi (USA), W. Tennant (South Africa), M. Widmann (Germany, UK),
R. Wilby (UK), B.L. Wyman (USA)

**Review Editors:**
Congbin Fu (China), Filippo Giorgi (Italy)

**This chapter should be cited as:**
Christensen, J.H., B. Hewitson, A. Busuioc, A. Chen, X. Gao, I. Held, R. Jones, R.K. Kolli, W.-T. Kwon, R. Laprise, V. Magaña Rueda, L. Mearns, C.G. Menéndez, J. Räisänen, A. Rinke, A. Sarr and P. Whetton, 2007: Regional Climate Projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.