# Table of Contents

**Executive Summary** .................................................. 849

**11.1 Introduction** ...................................................... 852

11.1.1  Summary of the Third Assessment Report........ 852

11.1.2  Introduction to Regional Projections ................ 852

Box 11.1: Summary of Regional Responses..................... 858

11.1.3  Some Unifying Themes..................................... 860

**11.2 Africa** ............................................................... 866

11.2.1  Key Processes ................................................. 866

11.2.2  Skill of Models in Simulating Present and
Past Climates................................................... 867

11.2.3  Climate Projections.......................................... 867

**11.3 Europe and the Mediterranean** ................... 872

11.3.1  Key Processes ................................................. 872

11.3.2  Skill of Models in Simulating Present
Climate........................................................... 872

Box 11.2: The PRUDENCE Project................................... 873

11.3.3  Climate Projections.......................................... 873

**11.4 Asia** .................................................................. 879

11.4.1  Key Processes ................................................. 879

11.4.2  Skill of Models in Simulating Present
Climate........................................................... 880

11.4.3  Climate Projections.......................................... 881

Box 11.3: Climatic Change in Mountain Regions ............... 886

**11.5 North America** ................................................ 887

11.5.1  Key Processes ................................................. 887

11.5.2  Skill of Models in Simulating Present
Climate........................................................... 888

11.5.3  Climate Projections.......................................... 889

**11.6 Central and South America** ........................... 892

11.6.1  Key Processes ................................................. 892

11.6.2  Skill of Models in Simulating Present
Climate........................................................... 893

11.6.3  Climate Projections.......................................... 894

11.6.4  Extremes ......................................................... 896

**11.7 Australia – New Zealand**............................... 896

Box 11.4: Land Use and Land Cover Change
Experiments Related to Climate Change ............. 897

11.7.1  Key Processes ................................................. 898

11.7.2  Skill of Models in Simulating Present
Climate........................................................... 898

11.7.3  Climate Projections.......................................... 899

**11.8 Polar Regions** ................................................. 902

11.8.1  Arctic.............................................................. 903

11.8.2  Antarctic.......................................................... 907

**11.9 Small Islands** .................................................. 909

11.9.1  Key Processes ................................................. 910

11.9.2  Skill of Models in Simulating Present
Climate........................................................... 911

11.9.3  Temperature and Precipitation Projections........ 911

11.9.4  Sea Level Rise ................................................ 914

11.9.5  Tropical Cyclones............................................. 915

Box 11.5: Coastal Zone Climate Change ......................... 916

**11.10 Assessment of Regional Climate
Projection Methods** ...................................... 918

11.10.1  Methods for Generating Regional
Climate Information ........................................ 918

11.10.2  Quantifying Uncertainties ................................ 921

**Frequently Asked Question**

FAQ 11.1:  *Do Projected Changes in Climate Vary from
Region to Region?* ................................................ 865

**References**........................................................... 926

## Supplementary Material

*The following supplementary material is available on CD-ROM and in on-line versions of this report.*

*Supplementary Figures S11.1–S11.37*

*Supplementary Tables S1.1 and S1.2*

*Supplementary References*

## Executive Summary

Increasingly reliable regional climate change projections are now available for many regions of the world due to advances in modelling and understanding of the physical processes of the climate system. A number of important themes have emerged:

- Warming over many land areas is greater than global annual mean warming due to less water availability for evaporative cooling and a smaller thermal inertia as compared to the oceans.

- Warming generally increases the spatial variability of precipitation, contributing to a reduction of rainfall in the subtropics and an increase at higher latitudes and in parts of the tropics. The precise location of boundaries between regions of robust increase and decrease remains uncertain and this is commonly where Atmosphere-Ocean General Circulation Model (AOGCM) projections disagree.

- The poleward expansion of the subtropical highs, combined with the general tendency towards reductions in subtropical precipitation, creates especially robust projections of a reduction in precipitation at the poleward edges of the subtropics. Most of the regional projections of reductions in precipitation in the 21st century are associated with areas adjacent to these subtropical highs.

- There is a tendency for monsoonal circulations to result in increased precipitation due to enhanced moisture convergence, despite a tendency towards weakening of the monsoonal flows themselves. However, many aspects of tropical climatic responses remain uncertain.

Atmosphere-Ocean General Circulation Models remain the primary source of regional information on the range of possible future climates. A clearer picture of the robust aspects of regional climate change is emerging due to improvement in model resolution, the simulation of processes of importance for regional change and the expanding set of available simulations. Advances have been made in developing probabilistic information at regional scales from the AOGCM simulations, but these methods remain in the exploratory phase. There has been less development extending this to downscaled regional information. However, downscaling methods have matured since the Third Assessment Report (TAR; IPCC, 2001) and have been more widely applied, although only in some regions has large-scale coordination of multi-model downscaling of climate change simulations been achieved.

Regional climate change projections presented here are assessed drawing on information from four potential sources: AOGCM simulations; downscaling of AOGCM-simulated data using techniques to enhance regional detail; physical understanding of the processes governing regional responses; and recent historical climate change.

Previous chapters describe observed climate change on regional scales (Chapter 3) and compare global model simulations with these changes (Chapter 9). Comparisons of model simulations of temperature change with observations can be used to help constrain future regional temperature projections. Regional assessments of precipitation change rely primarily on convergence in both global and downscaling models along with physical insights. Where there is near unanimity among models with good supporting physical arguments, as is more typical for middle and higher latitudes, these factors encourage stronger statements as to the likelihood of a regional climate change. In some circumstances, physical insights alone clearly indicate the direction of future change.

The summary likelihood statements on projected regional climate are as follows:

- *Temperature projections:* These are comparable in magnitude to those of the TAR and confidence in the regional projections is now higher due to a larger number and variety of simulations, improved models, a better understanding of the role of model deficiencies and more detailed analyses of the results. Warming, often greater than the global mean, is *very likely* over all landmasses.

- *Precipitation projections:* Overall patterns of change are comparable to those of TAR, with greater confidence in the projections for some regions. Model agreement is seen over more and larger regions. For some regions, there are grounds for stating that the projected precipitation changes are *likely* or *very likely*. For other regions, confidence in the projected change remains weak.

- *Extremes:* There has been a large increase in the available analyses of changes in extremes. This allows for a more comprehensive assessment for most regions. The general findings are in line with the assessment made in TAR and now have a higher level of confidence derived from multiple sources of information. The most notable improvements in confidence relate to the regional statements concerning heat waves, heavy precipitation and droughts. Despite these advances, specific analyses of models are not available for some regions, which is reflected in the robust statements on extremes. In particular, projections concerning extreme events in the tropics remain uncertain. The difficulty in projecting the distribution of tropical cyclones adds to this uncertainty. Changes in extra-tropical cyclones are dependent on details of regional atmospheric circulation response, some of which remain uncertain.

The following summarises the robust findings of the projected regional change over the 21st century. Supporting narratives are provided in Sections 11.2 to 11.9. These changes are assessed as *likely* to *very likely* taking into account the uncertainties in climate sensitivity and emission trajectories (in the Special Report on Emission Scenarios (SRES) B1/A1B/B2 scenario range) discussed in earlier chapters.

**All land regions:**

It is *very likely* that all land regions will warm in the 21st century.

**Africa:**

Warming is *very likely* to be larger than the global annual mean warming throughout the continent and in all seasons, with drier subtropical regions warming more than the moister tropics. Annual rainfall is *likely* to decrease in much of Mediterranean Africa and the northern Sahara, with a greater likelihood of decreasing rainfall as the Mediterranean coast is approached. Rainfall in southern Africa is *likely* to decrease in much of the winter rainfall region and western margins. There is *likely* to be an increase in annual mean rainfall in East Africa. It is unclear how rainfall in the Sahel, the Guinean Coast and the southern Sahara will evolve.

**Mediterranean and Europe:**

Annual mean temperatures in Europe are *likely* to increase more than the global mean. Seasonally, the largest warming is *likely* to be in northern Europe in winter and in the Mediterranean area in summer. Minimum winter temperatures are *likely* to increase more than the average in northern Europe. Maximum summer temperatures are *likely* to increase more than the average in southern and central Europe. Annual precipitation is *very likely* to increase in most of northern Europe and decrease in most of the Mediterranean area. In central Europe, precipitation is *likely* to increase in winter but decrease in summer. Extremes of daily precipitation are *very likely* to increase in northern Europe. The annual number of precipitation days is *very likely* to decrease in the Mediterranean area. Risk of summer drought is *likely* to increase in central Europe and in the Mediterranean area. The duration of the snow season is *very likely* to shorten, and snow depth is *likely* to decrease in most of Europe.

**Asia:**

Warming is *likely* to be well above the global mean in central Asia, the Tibetan Plateau and northern Asia, above the global mean in eastern Asia and South Asia, and similar to the global mean in Southeast Asia. Precipitation in boreal winter is *very likely* to increase in northern Asia and the Tibetan Plateau, and *likely* to increase in eastern Asia and the southern parts of Southeast Asia. Precipitation in summer is *likely* to increase in northern Asia, East Asia, South Asia and most of Southeast Asia, but is *likely* to decrease in central Asia. It is *very likely* that heat waves/hot spells in summer will be of longer duration, more intense and more frequent in East Asia. Fewer very cold days are *very likely* in East Asia and South Asia. There is *very likely* to be an increase in the frequency of intense precipitation events in parts of South Asia, and in East Asia. Extreme rainfall and winds associated with tropical cyclones are *likely* to increase in East Asia, Southeast Asia and South Asia.

**North America:**

The annual mean warming is *likely* to exceed the global mean warming in most areas. Seasonally, warming is *likely* to be largest in winter in northern regions and in summer in the southwest. Minimum winter temperatures are *likely* to increase more than the average in northern North America. Maximum summer temperatures are *likely* to increase more than the average in the southwest. Annual mean precipitation is *very likely* to increase in Canada and the northeast USA, and *likely* to decrease in the southwest. In southern Canada, precipitation is *likely* to increase in winter and spring but decrease in summer. Snow season length and snow depth are *very likely* to decrease in most of North America except in the northernmost part of Canada where maximum snow depth is *likely* to increase.

**Central and South America:**

The annual mean warming is *likely* to be similar to the global mean warming in southern South America but larger than the global mean warming in the rest of the area. Annual precipitation is *likely* to decrease in most of Central America and in the southern Andes, although changes in atmospheric circulation may induce large local variability in precipitation response in mountainous areas. Winter precipitation in Tierra del Fuego and summer precipitation in south-eastern South America is *likely* to increase. It is uncertain how annual and seasonal mean rainfall will change over northern South America, including the Amazon forest. However, there is qualitative consistency among the simulations in some areas (rainfall increasing in Ecuador and northern Peru, and decreasing at the northern tip of the continent and in southern northeast Brazil).

**Australia and New Zealand:**

Warming is *likely* to be larger than that of the surrounding oceans, but comparable to the global mean. The warming is less in the south, especially in winter, with the warming in the South Island of New Zealand *likely* to remain less than the global mean. Precipitation is *likely* to decrease in southern Australia in winter and spring. Precipitation is *very likely* to decrease in south-western Australia in winter. Precipitation is *likely* to increase in the west of the South Island of New Zealand. Changes in rainfall in northern and central Australia are uncertain. Increased mean wind speed is *likely* across the South Island of New Zealand, particularly in winter. Increased frequency of extreme high daily temperatures in Australia and New Zealand, and a decrease in the frequency of cold extremes is *very likely*. Extremes of daily precipitation are *very likely* to increase, except possibly in areas of significant decrease in mean rainfall (southern Australia in winter and spring). Increased risk of drought in southern areas of Australia is *likely*.

**Polar regions:**

The Arctic is *very likely* to warm during this century more than the global mean. Warming is projected to be largest in winter and smallest in summer. Annual arctic precipitation is *very likely* to increase. It is *very likely* that the relative precipitation increase will be largest in winter and smallest in summer. Arctic sea ice is *very likely* to decrease in its extent and thickness. It is uncertain how the Arctic Ocean circulation will change. The Antarctic is *likely* to warm and the precipitation is *likely* to increase over the continent. It is uncertain to what extent the frequency of extreme temperature and precipitation events will change in the polar regions.

**Small Islands:**

Sea levels are *likely* to rise on average during the century around the small islands of the Caribbean Sea, Indian Ocean and northern and southern Pacific Oceans. The rise will *likely* not be geographically uniform but large deviations among models make regional estimates across the Caribbean, Indian and Pacific Oceans uncertain. All Caribbean, Indian Ocean and North and South Pacific islands are *very likely* to warm during this century. The warming is *likely* to be somewhat smaller than the global annual mean. Summer rainfall in the Caribbean is *likely* to decrease in the vicinity of the Greater Antilles but changes elsewhere and in winter are uncertain. Annual rainfall is *likely* to increase in the northern Indian Ocean with increases *likely* in the vicinity of the Seychelles in December, January and February, and in the vicinity of the Maldives in June, July and August, while decreases are *likely* in the vicinity of Mauritius in June, July and August. Annual rainfall is *likely* to increase in the equatorial Pacific, while decreases are projected by most models for just east of French Polynesia in December, January and February.

## 11.1    Introduction

Increasingly reliable regional climate change projections are now available for many regions of the world due to advances in modelling and understanding of the physical processes of the climate system. Atmosphere-Ocean General Circulation Models (AOGCMs) remain the foundation for projections while downscaling techniques now provide valuable additional detail. Atmosphere-Ocean General Circulation Models cannot provide information at scales finer than their computational grid (typically of the order of 200 km) and processes at the unresolved scales are important. Providing information at finer scales can be achieved through using high resolution in dynamical models or empirical statistical downscaling. Development of downscaling methodologies remains an important focus. Downscaled climate change projections tailored to specific needs are only now starting to become available.

### 11.1.1   Summary of the Third Assessment Report

The assessment of regional climate projections in the Third Assessment Report (TAR; Chapter 10 of IPCC, 2001) was largely restricted to General Circulation Model (GCM)-derived temperature with limited precipitation statements. The major assessment of temperature change was that it is very likely all land areas will warm more than the global average (with the exception of Southeast Asia and South America in June, July and August; JJA), with amplification at high latitudes. The changes in precipitation assessed to be likely were: an increase over northern mid-latitude regions in winter and over high-latitude regions in both winter and summer; in December, January and February (DJF), an increase in tropical Africa, little change in Southeast Asia, and a decrease in Central America; an increase or little change in JJA over South Asia and a decrease over Australia and the Mediterranean region. These projections were almost entirely based on analysis of nine coarse-resolution AOGCMs that had performed transient experiments for the 20th century with the specifications for the A2 and B2 emission scenarios. Chapter 10 of the TAR noted that studies with regional models indicate that changes at finer scales may be substantially different in magnitude from these large sub-continental findings.

Information available for assessment regarding climate variability and extremes at the regional scale was too sparse for it to be meaningfully drawn together in a systematic manner. However, some statements of a more generic nature were made. It was assessed that the variability of daily to interannual temperatures is likely to decrease in winter and increase in summer for mid-latitude Northern Hemisphere (NH) land areas, daily high temperature extremes are likely to increase and future increases in mean precipitation are very likely to lead to an increase in variability. In some specifically analysed regions, it was assessed that extreme precipitation may increase and there were indications that droughts or dry spells may increase in occurrence in Europe, North America and Australia.

### 11.1.2   Introduction to Regional Projections

Assessments of climate change projections are provided here on a region-by-region basis. The discussion is organised according to the same continental-scale regions used by Working Group II (WGII) in the Fourth Assessment Report (AR4) and in earlier assessments: Africa, Europe and Mediterranean, Asia, North America, Central and South America, Australia-New Zealand, Polar Regions and Small Islands. While the topics covered vary somewhat from region to region, each section includes a discussion of key processes of importance for climate change in that region, relevant aspects of model skill in simulating current climate, and projections of future regional climate change based on global models and downscaling techniques.

Each of these continental-scale regions encompasses a broad range of climates and is too large to be used as a basis for conveying quantitative regional climate change information. Therefore, each is subdivided into a number of sub-continental or oceanic regions. The sub-continental regions as defined in Table 11.1 are the framework for developing specific regional or sub-continental robust statements of projected change.

Area-averaged temperature and precipitation changes are presented from the coordinated set of climate model simulations archived at the Program for Climate Model Diagnosis and Intercomparison (PCMDI; subsequently called the multi-model data set or MMD). The regions are very close to those initially devised by Giorgi and Francesco (2000) with some minor modifications similar to those of Ruosteenoja et al. (2003). They have simple shapes and are no smaller than the horizontal scales on which current AOGCMs are useful for climate simulations (typically judged to be roughly 1,000 km).

These regional averages have some deficiencies for discussion of the AOGCM projections. In several instances, the simple definition of these boxes results in spatial averaging over regions in which precipitation is projected to increase and decrease. There are also sub-regions where the case can be made for a robust and physically plausible hydrological response, information about which is lost in the regional averages. Partially to help in discussing these features, this chapter also uses maps of temperature and precipitation responses, interpolated to a grid with 128 longitudes by 64 latitudes which is typical of many of the lower-resolution atmospheric models in the MMD.

In the regional discussion to follow, the starting points are temperature and precipitation. Changes in temperature are introduced in each continental section by plotting for each of the regions the evolution of the range of projected decadal mean change for the A1B scenario through the 21st century (simulations hereafter referred to as MMD-A1B). These are put into the context of observed changes in the 20th century by plotting the observed changes and how well the models reproduce them. This summary information is displayed for continental regions in Box 11.1, which also contains details of how the figures were constructed. The equivalent figures for the individual regions of each continental-scale region are displayed in the following sections. These are constructed in

the same way as Box 11.1, Figure 1. The 20th-century parts of these figures are also displayed in Section 9.4, where more details on their construction are provided. The discussion on precipitation provides a limited view of hydrological changes. Supplementary Material Figure S11.1 expands on this issue by comparing the annual mean responses in precipitation and in precipitation minus evaporation over the 21st century in the MMD-A1B projections. Over North America and Europe, for example, the region of drying (in the sense of precipitation minus evaporation) is shifted poleward compared to the region of reduced precipitation. A summary of the more significant hydrological cycle changes from the regional discussions is presented in Box 11.1.

Table 11.1 provides detailed information for each region generated from the MMD-A1B models focusing on the change in climate between the 1980 to 1999 period in the 20th-century integrations and the 2080 to 2099 period. The distribution of the annual and seasonal mean surface air temperature response and percentage change in precipitation are described by the median, the 25 and 75% values (half of the models lie between these two values) and the maximum and minimum values in the model ensemble. Information on model biases in these regional averages for the 1980 to 1999 simulations is provided in Supplementary Material Table S11.1 in a similar format. Maps of biases are referred to in some of the following and are included in the Supplementary Material as well. Data sources used in these comparisons are listed in the table and figure captions where these biases are displayed.

Most of the discussion focuses on the A1B scenario. The global mean near-surface temperature responses (between the period 1980 to 1999 of the 20th-century integrations and the period 2080 to 2099) in the ensemble mean of the MMD models are in the ratio 0.69:1:1.17 for the B1:A1B:A2 scenarios. The local temperature responses in nearly all regions closely follow the same ratio, as discussed in Chapter 10 and as illustrated in Supplementary Material Figures S11.2 to S11.4. Therefore, little is gained by repeating the discussion of the A1B scenario for the other scenarios. The ensemble mean local precipitation responses also approximately scale with the global mean temperature response, although not as precisely as the temperature itself. Given the substantial uncertainties in hydrological responses, the generally smaller signal/noise ratio and the similarities in the basic structure of the AOGCM precipitation responses in the different scenarios, a focus on A1B seems justified for the precipitation as well. The overall regional assessments, however, do rely on all available scenario information.

Given the dominantly linear response of the models, the 2080 to 2099 period allows the greatest clarity of the background climate change underlying the interannual and decadal variability. In the ensemble mean AOGCM projections there is no indication of abrupt climate change, nor does the literature on individual models provide any strong suggestions of robust nonlinearities. Some local temporal nonlinearities are to be expected, for example as the sea ice boundary retreats from a particular location in the Arctic. While the possibility

exists that changes of more abrupt character could happen, such as major ocean circulation or land surface/vegetation change, there is little basis to judge the plausibility of these factors (see Chapter 10). Therefore, this discussion is based on this linear picture.

Table 11.1 also provides some simple estimates of the signal-to-noise ratio. The signal is the change in 20-year means of seasonal or annual mean temperature or precipitation. The noise is an estimate of the internal variability of 20-year means of seasonal or annual mean temperature or precipitation, as generated by the models. The signal-to-noise ratio is converted into the time interval that is required before the signal is clearly discernible, assuming that the signal grows linearly over the century at the average rate in the ensemble mean A1B projection. 'Clearly discernible' is defined in this context as distinguishable with 95% confidence. As an example, the annual mean precipitation increase in northern Europe (NEU) (Table 11.1) is clearly discernible in these models after 45 years, meaning that the 20-year average from 2025 to 2044 will be greater than the 20-year mean over 1980 to 1999 with 95% confidence, accounting only for the internal variability in the models and no other sources of uncertainty. In contrast, the annual temperature response in Southeast Asia (SEA) rises above the noise by this measure after only 10 years, implying that the average temperature over the period 1990 to 2009 is clearly discernible in the models from the average over the control period 1980 to 1999. This measure is likely an overestimate of the time of emergence of the signal as compared to that obtained with more refined detection strategies (of the kind discussed in Chapter 9). This noise estimate is solely based on the models and must be treated with caution, but it would be wrong to assume that models always underestimate this internal variability. Some models overestimate and some underestimate the amplitude of the El Niño-Southern Oscillation (ENSO), for example, thereby over- or underestimating the most important source of interannual variability in the tropics. On the other hand, few models capture the range of decadal variability of rainfall in West Africa, for example (Hoerling, et al., 2006; Section 8.4).

Also included in Table 11.1 is an estimate of the probability of extremely warm, extremely wet and extremely dry seasons, for the A1B scenario and for the time period 2080 to 2099. An 'extremely warm' summer is defined as follows. Examining all of the summers simulated in a particular realisation of a model in the 1980 to 1999 control period, the warmest of these 20 summers can be computed as an estimate of the temperature of the warmest 5% of all summers in the control climate. The period 2080 to 2099 is then examined, and the fraction of the summers exceeding this warmth determined. This is referred to as the probability of extremely warm summers. The results are tabulated after averaging over models, and similarly for both extremely low and extremely high seasonal precipitation amounts. Values smaller (larger) than 5% indicate a decrease (increase) in the frequency of extremes. This follows the approach in Weisheimer and Palmer (2005) except that this chapter compares each model's future with its own 20th century to help avoid distortions due to differing biases in the different

Table 11.1. *Regional averages of temperature and precipitation projections from a set of 21 global models in the MMD for the A1B scenario. The mean temperature and precipitation responses are first averaged for each model over all available realisations of the 1980 to 1999 period from the 20th Century Climate in Coupled Models (20C3M) simulations and the 2080 to 2099 period of A1B. Computing the difference between these two periods, the table shows the minimum, maximum, median (50%), and 25 and 75% quartile values among the 21 models, for temperature (°C) and precipitation (%) change. Regions in which the middle half (25–75%) of this distribution is all of the same sign in the precipitation response are coloured light brown for decreasing and light blue for increasing precipitation. Signal-to-noise ratios for these 20-year responses is indicated by first computing a consensus standard deviation of 20-year means, using those models that have at least three realisations of the 20C3M simulations and using all 20-year periods in the 20th century. The signal is assumed to increase linearly in time, and the time required for the median signal to reach 2.83 (2 × √2) times the standard deviation is displayed as an estimate of when this signal is significant at the 95% level. These estimates of the times for emergence of a clearly discernible signal are only shown for precipitation when the models are in general agreement on the sign of the response, as indicated by the colouring. The frequency (%) of extremely warm, wet and dry seasons, averaged over the models, is also presented, as described in Section 11.2.1. Values are only shown when at least 14 out of the 21 models agree on an increase (bold) or a decrease in the extremes. A value of 5% indicates no change, as this is the nominal value for the control period by construction. The regions are defined by rectangular latitude/longitude boxes and the coordinates of the bottom left-hand and top right-hand corners of these are given in degrees in the first column under the region acronym (see table notes for full names of regions). Information is provided for land areas contained in the boxes except for the Small Islands regions where sea areas are used and for Antarctica where both land and sea areas are used.*

| Region[a] | Season | Temperature Response (°C) | | | | | | Precipitation Response (%) | | | | | | Extreme Seasons (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | 25 | 50 | 75 | Max | T yrs | Min | 25 | 50 | 75 | Max | T yrs | Warm | Wet | Dry |
| **AFRICA** | | | | | | | | | | | | | | | | |
| WAF | DJF | 2.3 | 2.7 | 3.0 | 3.5 | 4.6 | 10 | -16 | -2 | 6 | 13 | 23 | | **100** | **21** | 4 |
| | MAM | 1.7 | 2.8 | 3.5 | 3.6 | 4.8 | 10 | -11 | -7 | -3 | 5 | 11 | | **100** | | |
| 12S,20W | JJA | 1.5 | 2.7 | 3.2 | 3.7 | 4.7 | 10 | -18 | -2 | 2 | 7 | 16 | | **100** | **19** | |
| to | SON | 1.9 | 2.5 | 3.3 | 3.7 | 4.7 | 10 | -12 | 0 | 1 | 10 | 15 | | **100** | **15** | |
| 22N,18E | Annual | 1.8 | 2.7 | 3.3 | 3.6 | 4.7 | 10 | -9 | -2 | 2 | 7 | 13 | | **100** | **22** | |
| EAF | DJF | 2.0 | 2.6 | 3.1 | 3.4 | 4.2 | 10 | -3 | 6 | 13 | 16 | 33 | 55 | **100** | **25** | 1 |
| | MAM | 1.7 | 2.7 | 3.4 | 3.5 | 4.6 | 10 | -9 | 2 | 6 | 9 | 20 | >100 | **100** | **15** | 4 |
| 12S,22E | JJA | 1.6 | 2.7 | 3.4 | 3.6 | 4.7 | 10 | -18 | -2 | 4 | 7 | 16 | | **100** | | |
| to | SON | 1.9 | 2.6 | 3.1 | 3.6 | 4.3 | 10 | -10 | 3 | 7 | 13 | 38 | 95 | **100** | **21** | 3 |
| 18N,52E | Annual | 1.8 | 2.5 | 3.2 | 3.4 | 4.3 | 10 | -3 | 2 | 7 | 11 | 25 | 60 | **100** | **30** | 1 |
| SAF | DJF | 1.8 | 2.7 | 3.1 | 3.4 | 4.7 | 10 | -6 | -3 | 0 | 5 | 10 | | **100** | **11** | |
| | MAM | 1.7 | 2.9 | 3.1 | 3.8 | 4.7 | 10 | -25 | -8 | 0 | 4 | 12 | | **98** | | |
| 35S,10E | JJA | 1.9 | 3.0 | 3.4 | 3.6 | 4.8 | 10 | -43 | -27 | -23 | -7 | -3 | 70 | **100** | 1 | **23** |
| to | SON | 2.1 | 3.0 | 3.7 | 4.0 | | 10 | -43 | -20 | -13 | -8 | 3 | 90 | **100** | 1 | **20** |
| 12S,52E | Annual | 1.9 | 2.9 | 3.4 | 3.7 | | 10 | -12 | -9 | -4 | 2 | 6 | | **100** | 4 | 13 |
| SAH | DJF | 2.4 | 2.9 | 3.2 | 3.5 | 5.0 | 15 | -47 | -31 | -18 | -12 | 31 | >100 | **97** | | 12 |
| | MAM | 2.3 | 3.3 | 3.6 | 3.8 | 5.0 | 10 | -42 | -37 | -18 | -10 | 13 | >100 | **100** | 2 | 21 |
| 18N,20E | JJA | 2.6 | 3.6 | 4.1 | 4.4 | 5.0 | 10 | -53 | -28 | -4 | 16 | 74 | | **100** | | |
| to | SON | 2.8 | 3.4 | 3.7 | 4.3 | 5.4 | 10 | -52 | -15 | 6 | 23 | 64 | | **100** | | |
| 30N,65E | Annual | 2.6 | 3.2 | 3.6 | 4.0 | 5.4 | 10 | -44 | -24 | -6 | 3 | 57 | | **100** | | |
| **EUROPE** | | | | | | | | | | | | | | | | |
| NEU | DJF | 2.6 | 3.6 | 4.3 | 5.5 | 8.2 | 40 | 9 | 13 | 15 | 22 | 25 | 50 | 82 | **43** | 0 |
| | MAM | 2.1 | 2.4 | 3.1 | 4.3 | 5.3 | 35 | 0 | 8 | 12 | 15 | 21 | 60 | 79 | **28** | 2 |
| 48N,10W | JJA | 1.4 | 1.9 | 2.7 | 3.3 | 5.0 | 25 | -21 | -5 | 2 | 7 | 16 | | 88 | **11** | |
| to | SON | 1.9 | 2.6 | 2.9 | 4.2 | 5.4 | 30 | -5 | 4 | 8 | 11 | 13 | 80 | 87 | **20** | 2 |
| 75N,40E | Annual | 2.3 | 2.7 | 3.2 | 4.5 | 5.3 | 25 | 0 | 6 | 9 | 11 | 16 | 45 | 96 | **48** | 2 |
| SEM | DJF | 1.7 | 2.5 | 2.6 | 3.3 | 4.6 | 25 | -16 | -10 | -6 | -1 | 6 | >100 | 93 | 3 | 12 |
| | MAM | 2.0 | 3.0 | 3.2 | 3.5 | 4.5 | 20 | -24 | -17 | -16 | -8 | -2 | 60 | 98 | 1 | 31 |
| 30N,10W | JJA | 2.7 | 3.7 | 4.1 | 5.0 | 6.5 | 15 | -53 | -35 | -24 | -14 | -3 | 55 | **100** | 1 | 42 |
| to | SON | 2.3 | 2.8 | 3.3 | 4.0 | 5.2 | 15 | -29 | -15 | -12 | -9 | -2 | 90 | **100** | 1 | 21 |
| 48N,40E | Annual | 2.2 | 3.0 | 3.5 | 4.0 | 5.1 | 15 | -27 | -16 | -12 | -9 | -4 | 45 | **100** | 0 | 46 |

*Table 11.1 (continued)*

| Region[a] | Season | Temperature Response (°C) | | | | | | Precipitation Response (%) | | | | | | Extreme Seasons (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | 25 | 50 | 75 | Max | T yrs | Min | 25 | 50 | 75 | Max | T yrs | Warm | Wet | Dry |
| **ASIA** | | | | | | | | | | | | | | | | |
| **NAS** | DJF | 2.9 | 4.8 | 6.0 | 6.6 | 8.7 | 20 | 12 | 20 | 26 | 37 | 55 | 30 | 93 | 68 | 0 |
| | MAM | 2.0 | 2.9 | 3.7 | 5.0 | 6.8 | 25 | 2 | 16 | 18 | 24 | 26 | 30 | 89 | 66 | 1 |
| **50N,40E** | JJA | 2.0 | 2.7 | 3.0 | 4.9 | 5.6 | 15 | -1 | 6 | 9 | 12 | 16 | 40 | 100 | 51 | 2 |
| **to** | SON | 2.8 | 3.6 | 4.8 | 5.8 | 6.9 | 15 | 7 | 15 | 17 | 19 | 29 | 30 | 99 | 65 | 0 |
| **70N,180E** | Annual | 2.7 | 3.4 | 4.3 | 5.3 | 6.4 | 15 | 10 | 12 | 15 | 19 | 25 | 20 | 100 | 92 | 0 |
| **CAS** | DJF | 2.2 | 2.6 | 3.2 | 3.9 | 5.2 | 25 | -11 | 0 | 4 | 9 | 22 | | 84 | 8 | |
| | MAM | 2.3 | 3.1 | 3.9 | 4.5 | 4.9 | 20 | -26 | -14 | -9 | -4 | 3 | >100 | 94 | | 16 |
| **30N,40E** | JJA | 2.7 | 3.7 | 4.1 | 4.9 | 5.7 | 10 | -58 | -28 | -13 | -4 | 21 | >100 | 100 | 3 | 20 |
| **to** | SON | 2.5 | 3.2 | 3.8 | 4.1 | 4.9 | 15 | -18 | -4 | 3 | 9 | 24 | | 99 | | |
| **50N,75E** | Annual | 2.6 | 3.2 | 3.7 | 4.4 | 5.2 | 10 | -18 | -6 | -3 | 2 | 6 | | 100 | | 12 |
| **TIB** | DJF | 2.8 | 3.7 | 4.1 | 4.9 | 6.9 | 20 | 1 | 12 | 19 | 26 | 36 | 45 | 95 | 40 | 0 |
| | MAM | 2.5 | 2.9 | 3.6 | 4.3 | 6.3 | 15 | -3 | 4 | 10 | 14 | 34 | 70 | 96 | 34 | 2 |
| **30N,50E** | JJA | 2.7 | 3.2 | 4.0 | 4.7 | 5.4 | 10 | -11 | 0 | 4 | 10 | 28 | | 100 | 24 | |
| **to** | SON | 2.7 | 3.3 | 3.8 | 4.6 | 6.2 | 15 | -8 | -4 | 8 | 14 | 21 | | 100 | 20 | |
| **75N,100E** | Annual | 2.8 | 3.2 | 3.8 | 4.5 | 6.1 | 10 | -1 | 2 | 10 | 13 | 28 | 45 | 100 | 46 | 1 |
| **EAS** | DJF | 2.1 | 3.1 | 3.6 | 4.4 | 5.4 | 20 | -4 | 6 | 10 | 17 | 42 | >100 | 96 | 18 | 2 |
| | MAM | 2.1 | 2.6 | 3.3 | 3.8 | 4.6 | 15 | 0 | 7 | 11 | 14 | 20 | 55 | 98 | 35 | 2 |
| **20N,100E** | JJA | 1.9 | 2.5 | 3.0 | 3.9 | 5.0 | 10 | 2 | 5 | 9 | 11 | 17 | 45 | 100 | 32 | 1 |
| **to** | SON | 2.2 | 2.7 | 3.3 | 4.2 | 5.4 | 10 | -13 | -1 | 9 | 15 | 29 | | 100 | 20 | 3 |
| **50N,145E** | Annual | 2.3 | 2.8 | 3.3 | 4.1 | 4.9 | 10 | 2 | 4 | 9 | 14 | 20 | 40 | 100 | 47 | 1 |
| **SAS** | DJF | 2.7 | 3.2 | 3.6 | 3.9 | 4.8 | 10 | -35 | -9 | -5 | 1 | 15 | | 99 | | |
| | MAM | 2.1 | 3.0 | 3.5 | 3.8 | 5.3 | 10 | -30 | -2 | 9 | 18 | 26 | | 100 | 14 | |
| **5N,64E** | JJA | 1.2 | 2.2 | 2.7 | 3.2 | 4.4 | 15 | -3 | 4 | 11 | 16 | 23 | 45 | 96 | 32 | 1 |
| **to** | SON | 2.0 | 2.5 | 3.1 | 3.5 | 4.4 | 10 | -12 | 8 | 15 | 20 | 26 | 50 | 100 | 29 | 3 |
| **50N,100E** | Annual | 2.0 | 2.7 | 3.3 | 3.6 | 4.7 | 10 | -15 | 4 | 11 | 15 | 20 | 40 | 100 | 39 | 3 |
| **SEA** | DJF | 1.6 | 2.1 | 2.5 | 2.9 | 3.6 | 10 | -4 | 3 | 6 | 10 | 12 | 80 | 99 | 23 | 2 |
| | MAM | 1.5 | 2.2 | 2.7 | 3.1 | 3.9 | 10 | -4 | 2 | 7 | 9 | 17 | 75 | 100 | 27 | 1 |
| **11S,95E** | JJA | 1.5 | 2.2 | 2.4 | 2.9 | 3.8 | 10 | -3 | 3 | 7 | 9 | 17 | 70 | 100 | 24 | 2 |
| **to** | SON | 1.6 | 2.2 | 2.4 | 2.9 | 3.6 | 10 | -2 | 2 | 6 | 10 | 21 | 85 | 99 | 26 | 3 |
| **20N,115E** | Annual | 1.5 | 2.2 | 2.5 | 3.0 | 3.7 | 10 | -2 | 3 | 7 | 8 | 15 | 40 | 100 | 44 | 1 |
| **NORTH AMERICA** | | | | | | | | | | | | | | | | |
| **ALA** | DJF | 4.4 | 5.6 | 6.3 | 7.5 | 11.0 | 30 | 6 | 20 | 28 | 34 | 56 | 40 | 80 | 39 | 0 |
| | MAM | 2.3 | 3.2 | 3.5 | 4.7 | 7.7 | 35 | 2 | 13 | 17 | 23 | 38 | 40 | 69 | 45 | 0 |
| **60N,170W** | JJA | 1.3 | 1.8 | 2.4 | 3.8 | 5.7 | 25 | 1 | 8 | 14 | 20 | 30 | 45 | 86 | 51 | 1 |
| **to** | SON | 2.3 | 3.6 | 4.5 | 5.3 | 7.4 | 25 | 6 | 14 | 19 | 31 | 36 | 40 | 86 | 51 | 0 |
| **72N,103W** | Annual | 3.0 | 3.7 | 4.5 | 5.2 | 7.4 | 20 | 6 | 13 | 21 | 24 | 32 | 25 | 97 | 80 | 0 |
| **CGI** | DJF | 3.3 | 5.2 | 5.9 | 7.2 | 8.5 | 20 | 6 | 15 | 26 | 32 | 42 | 30 | 95 | 58 | 0 |
| | MAM | 2.4 | 3.2 | 3.8 | 4.6 | 7.2 | 20 | 4 | 13 | 17 | 20 | 34 | 35 | 94 | 49 | 1 |
| **50N,103W** | JJA | 1.5 | 2.1 | 2.8 | 3.7 | 5.6 | 15 | 0 | 8 | 11 | 12 | 19 | 35 | 99 | 46 | 0 |
| **to** | SON | 2.7 | 3.4 | 4.0 | 5.7 | 7.3 | 20 | 7 | 14 | 16 | 22 | 37 | 35 | 99 | 62 | 0 |
| **85N,10W** | Annual | 2.8 | 3.5 | 4.3 | 5.0 | 7.1 | 15 | 8 | 12 | 15 | 20 | 31 | 25 | 100 | 90 | 0 |

Table 11.1 (continued)

| Region[a] | Season | Temperature Response (°C) | | | | | | Precipitation Response (%) | | | | | | Extreme Seasons (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | 25 | 50 | 75 | Max | T yrs | Min | 25 | 50 | 75 | Max | T yrs | Warm | Wet | Dry |
| **NORTH AMERICA (continued)** | | | | | | | | | | | | | | | | |
| WNA | DJF | 1.6 | 3.1 | 3.6 | 4.4 | 5.8 | 25 | -4 | 2 | 7 | 11 | 36 | >100 | 80 | 18 | 3 |
| | MAM | 1.5 | 2.4 | 3.1 | 3.4 | 6.0 | 20 | -7 | 2 | 5 | 8 | 14 | >100 | 87 | 14 | |
| 30N,50E | JJA | 2.3 | 3.2 | 3.8 | 4.7 | 5.7 | 10 | -18 | -10 | -1 | 2 | 10 | | 100 | 3 | |
| to | SON | 2.0 | 2.8 | 3.1 | 4.5 | 5.3 | 20 | -3 | 3 | 6 | 12 | 18 | >100 | 95 | 17 | 2 |
| 75N,100E | Annual | 2.1 | 2.9 | 3.4 | 4.1 | 5.7 | 15 | -3 | 0 | 5 | 9 | 14 | 70 | 100 | 21 | 2 |
| CNA | DJF | 2.0 | 2.9 | 3.5 | 4.2 | 6.1 | 30 | -18 | 0 | 5 | 8 | 14 | | 71 | 7 | |
| | MAM | 1.9 | 2.8 | 3.3 | 3.9 | 5.7 | 25 | -17 | 2 | 7 | 12 | 17 | >100 | 81 | 19 | 4 |
| 30N,103W | JJA | 2.4 | 3.1 | 4.1 | 5.1 | 6.4 | 20 | -31 | -15 | -3 | 4 | 20 | >100 | 93 | | 15 |
| to | SON | 2.4 | 3.0 | 3.5 | 4.6 | 5.8 | 20 | -17 | -4 | 4 | 11 | 24 | | 91 | 11 | |
| 50N,85W | Annual | 2.3 | 3.0 | 3.5 | 4.4 | 5.9 | 15 | -16 | -3 | 3 | 7 | 15 | | 98 | | |
| ENA | DJF | 2.1 | 3.1 | 3.8 | 4.6 | 6.0 | 25 | 2 | 9 | 11 | 19 | 28 | 85 | 78 | 24 | |
| | MAM | 2.3 | 2.7 | 3.5 | 3.9 | 5.9 | 20 | -4 | 7 | 12 | 16 | 23 | 60 | 86 | 23 | 2 |
| 25N,85W | JJA | 2.1 | 2.6 | 3.3 | 4.3 | 5.4 | 15 | -17 | -3 | 1 | 6 | 13 | | 98 | | |
| to | SON | 2.2 | 2.8 | 3.5 | 4.4 | 5.7 | 20 | -7 | 4 | 7 | 11 | 17 | >100 | 97 | 19 | |
| 50N,50W | Annual | 2.3 | 2.8 | 3.6 | 4.3 | 5.6 | 15 | -3 | 5 | 7 | 10 | 15 | 55 | 100 | 29 | 1 |
| **CENTRAL AND SOUTH AMERICA** | | | | | | | | | | | | | | | | |
| CAM | DJF | 1.4 | 2.2 | 2.6 | 3.5 | 4.6 | 15 | -57 | -18 | -14 | -9 | 0 | >100 | 96 | 2 | 25 |
| | MAM | 1.9 | 2.7 | 3.6 | 3.8 | 5.2 | 10 | -46 | -25 | -16 | -10 | 15 | 75 | 100 | 2 | 18 |
| 10N,116W | JJA | 1.8 | 3.2 | 3.4 | 3.6 | 5.5 | 10 | -44 | -25 | -9 | -4 | 12 | 90 | 100 | | 24 |
| to | SON | 2.0 | 2.7 | 3.2 | 3.7 | 4.6 | 10 | -45 | -10 | -4 | 7 | 24 | | 100 | | 15 |
| 30N,83W | Annual | 1.8 | 2.6 | 3.2 | 3.6 | 5.0 | 10 | -48 | -16 | -9 | -5 | 9 | 65 | 100 | 2 | 33 |
| AMZ | DJF | 1.7 | 2.4 | 3.0 | 3.7 | 4.6 | 10 | -13 | 0 | 4 | 11 | 17 | >100 | 93 | 27 | 4 |
| | MAM | 1.7 | 2.5 | 3.0 | 3.7 | 4.6 | 10 | -13 | -1 | 1 | 4 | 14 | | 100 | 18 | |
| 20S,82W | JJA | 2.0 | 2.7 | 3.5 | 3.9 | 5.6 | 10 | -38 | -10 | -3 | 2 | 13 | | 100 | | |
| to | SON | 2.0 | 2.8 | 3.5 | 4.1 | 5.4 | 10 | -35 | -12 | -2 | 8 | 21 | | 100 | | |
| 12N,34W | Annual | 1.8 | 2.6 | 3.3 | 3.7 | 5.1 | 10 | -21 | -3 | 0 | 6 | 14 | | 100 | | |
| SSA | DJF | 1.5 | 2.5 | 2.7 | 3.3 | 4.3 | 15 | -16 | -2 | 1 | 7 | 10 | | 100 | | |
| | MAM | 1.8 | 2.3 | 2.6 | 3.0 | 4.2 | 15 | -11 | -2 | 1 | 5 | 7 | | 98 | 8 | |
| 56S,76W | JJA | 1.7 | 2.1 | 2.4 | 2.8 | 3.6 | 15 | -20 | -7 | 0 | 3 | 17 | | 95 | | |
| to | SON | 1.8 | 2.2 | 2.7 | 3.2 | 4.0 | 15 | -20 | -12 | 1 | 6 | 11 | | 99 | | |
| 20S,40W | Annual | 1.7 | 2.3 | 2.5 | 3.1 | 3.9 | 10 | -12 | -1 | 3 | 5 | 7 | | 100 | | |
| **AUSTRALIA AND NEW ZEALAND** | | | | | | | | | | | | | | | | |
| NAU | DJF | 2.2 | 2.6 | 3.1 | 3.7 | 4.6 | 20 | -20 | -8 | 1 | 8 | 27 | | 89 | | |
| | MAM | 2.1 | 2.7 | 3.1 | 3.3 | 4.3 | 20 | -24 | -12 | 1 | 15 | 40 | | 92 | | 3 |
| 30S,110E | JJA | 2.0 | 2.7 | 3.0 | 3.3 | 4.3 | 25 | -54 | -20 | -14 | 3 | 26 | | 94 | 3 | |
| to | SON | 2.5 | 3.0 | 3.2 | 3.8 | 5.0 | 20 | -58 | -32 | -12 | 2 | 20 | | 98 | | |
| 11S,155E | Annual | 2.2 | 2.8 | 3.0 | 3.5 | 4.5 | 15 | -25 | -8 | -4 | 8 | 23 | | 99 | | |
| SAU | DJF | 2.0 | 2.4 | 2.7 | 3.2 | 4.2 | 20 | -23 | -12 | -2 | 12 | 30 | | 95 | | |
| | MAM | 2.0 | 2.2 | 2.5 | 2.8 | 3.9 | 20 | -31 | -9 | -5 | 13 | 32 | | 90 | | 6 |
| 45S,110E | JJA | 1.7 | 2.0 | 2.3 | 2.5 | 3.5 | 15 | -37 | -20 | -11 | -4 | 9 | >100 | 95 | | 17 |
| to | SON | 2.0 | 2.6 | 2.8 | 3.0 | 4.1 | 20 | -42 | -27 | -14 | -5 | 4 | >100 | 95 | | 15 |
| 30S,155E | Annual | 1.9 | 2.4 | 2.6 | 2.8 | 3.9 | 15 | -27 | -13 | -4 | 3 | 12 | | 100 | | |

Chapter 11      Regional Climate Projections

*Table 11.1 (continued)*

| Region[a] | Season | Temperature Response (°C) | | | | | | Precipitation Response (%) | | | | | | Extreme Seasons (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | 25 | 50 | 75 | Max | T yrs | Min | 25 | 50 | 75 | Max | T yrs | Warm | Wet | Dry |
| **POLAR REGIONS** | | | | | | | | | | | | | | | | |
| ARC[b] | DJF | 4.3 | 6.0 | 6.9 | 8.4 | 11.4 | 15 | 11 | 19 | 26 | 29 | 39 | 25 | 100 | 90 | 0 |
| | MAM | 2.4 | 3.7 | 4.4 | 4.9 | 7.3 | 15 | 9 | 14 | 16 | 21 | 32 | 25 | 100 | 79 | 0 |
| 60N,180E | JJA | 1.2 | 1.6 | 2.1 | 3.0 | 5.3 | 15 | 4 | 10 | 14 | 17 | 20 | 25 | 100 | 85 | 0 |
| to | SON | 2.9 | 4.8 | 6.0 | 7.2 | 8.9 | 15 | 9 | 17 | 21 | 26 | 35 | 20 | 100 | 96 | 0 |
| 90N,180W | Annual | 2.8 | 4.0 | 4.9 | 5.6 | 7.8 | 15 | 10 | 15 | 18 | 22 | 28 | 20 | 100 | 100 | 0 |
| ANT[c] | DJF | 0.8 | 2.2 | 2.6 | 2.8 | 4.6 | 20 | -11 | 5 | 9 | 14 | 31 | 50 | 85 | 34 | 3 |
| | MAM | 1.3 | 2.2 | 2.6 | 3.3 | 5.3 | 20 | 1 | 8 | 12 | 19 | 40 | 40 | 88 | 54 | 0 |
| 90S,180E | JJA | 1.4 | 2.3 | 2.8 | 3.3 | 5.2 | 25 | 5 | 14 | 19 | 24 | 41 | 30 | 83 | 59 | 0 |
| to | SON | 1.3 | 2.1 | 2.3 | 3.2 | 4.8 | 25 | -2 | 9 | 12 | 18 | 36 | 45 | 79 | 42 | 1 |
| 60S,180W | Annual | 1.4 | 2.3 | 2.6 | 3.0 | 5.0 | 15 | -2 | 9 | 14 | 17 | 35 | 25 | 99 | 81 | 1 |
| **SMALL ISLANDS** | | | | | | | | | | | | | | | | |
| CAR | DJF | 1.4 | 1.8 | 2.1 | 2.4 | 3.2 | 10 | -21 | -11 | -6 | 0 | 10 | | 100 | 2 | |
| | MAM | 1.3 | 1.8 | 2.2 | 2.4 | 3.2 | 10 | -28 | -20 | -13 | -6 | 6 | >100 | 100 | 3 | 18 |
| 10N,85W | JJA | 1.3 | 1.8 | 2.0 | 2.4 | 3.2 | 10 | -57 | -35 | -20 | -6 | 8 | 60 | 100 | 2 | 40 |
| to | SON | 1.6 | 1.9 | 2.0 | 2.5 | 3.4 | 10 | -38 | -18 | -6 | 1 | 19 | | 100 | | 22 |
| 25N,60W | Annual | 1.4 | 1.8 | 2.0 | 2.4 | 3.2 | 10 | -39 | -19 | -12 | -3 | 11 | 60 | 100 | 3 | 39 |
| IND | DJF | 1.4 | 2.0 | 2.1 | 2.4 | 3.8 | 10 | -4 | 2 | 4 | 9 | 20 | >100 | 100 | 19 | 1 |
| | MAM | 1.5 | 2.0 | 2.2 | 2.5 | 3.8 | 10 | 0 | 3 | 5 | 6 | 20 | 80 | 100 | 22 | 1 |
| 35S,50E | JJA | 1.4 | 1.9 | 2.1 | 2.4 | 3.7 | 10 | -3 | -1 | 3 | 6 | 19 | | 100 | 17 | |
| to | SON | 1.4 | 1.9 | 2.0 | 2.3 | 3.6 | 10 | -5 | 2 | 4 | 7 | 21 | >100 | 100 | 17 | 2 |
| 17.5N,100E | Annual | 1.4 | 1.9 | 2.1 | 2.4 | 3.7 | 10 | -2 | 3 | 4 | 5 | 20 | 65 | 100 | 30 | 2 |
| MED | DJF | 1.5 | 2.0 | 2.3 | 2.7 | 4.2 | 25 | -25 | -16 | -14 | -10 | -2 | 85 | 96 | 1 | 18 |
| | MAM | 1.5 | 2.1 | 2.4 | 2.7 | 3.9 | 20 | -32 | -23 | -19 | -16 | -6 | 65 | 99 | 0 | 32 |
| 30N,5W | JJA | 2.0 | 2.6 | 3.1 | 3.7 | 4.7 | 15 | -64 | -34 | -29 | -20 | -3 | 60 | 100 | 1 | 36 |
| to | SON | 1.9 | 2.3 | 2.7 | 3.2 | 4.4 | 20 | -33 | -16 | -10 | -5 | 9 | >100 | 99 | 2 | 21 |
| 45N,35E | Annual | 1.7 | 2.2 | 2.7 | 3.0 | 4.2 | 15 | -30 | -16 | -15 | -10 | -6 | 45 | 100 | 0 | 50 |
| TNE | DJF | 1.4 | 1.9 | 2.1 | 2.3 | 3.3 | 10 | -35 | -8 | -6 | 3 | 10 | >100 | 100 | | |
| | MAM | 1.5 | 1.9 | 2.0 | 2.2 | 3.1 | 10 | -16 | -7 | -2 | 6 | 39 | >100 | 100 | | |
| 0,30W | JJA | 1.4 | 1.9 | 2.1 | 2.4 | 3.6 | 10 | -8 | -2 | 2 | 7 | 13 | >100 | 100 | | |
| to | SON | 1.5 | 2.0 | 2.2 | 2.6 | 3.7 | 15 | -16 | -5 | -1 | 3 | 9 | >100 | 100 | | |
| 40N,10W | Annual | 1.4 | 1.9 | 2.1 | 2.4 | 3.5 | 15 | -7 | -3 | 1 | 3 | 7 | >100 | 100 | | |
| NPA | DJF | 1.5 | 1.9 | 2.4 | 2.5 | 3.6 | 10 | -5 | 1 | 3 | 6 | 17 | >100 | 100 | 20 | 2 |
| | MAM | 1.4 | 1.9 | 2.3 | 2.5 | 3.5 | 10 | -17 | -1 | 1 | 3 | 17 | | 100 | 14 | |
| 0,150E | JJA | 1.4 | 1.9 | 2.3 | 2.7 | 3.9 | 10 | 1 | 5 | 8 | 14 | 25 | 55 | 100 | 43 | 1 |
| to | SON | 1.6 | 1.9 | 2.4 | 2.9 | 3.9 | 10 | 1 | 5 | 6 | 13 | 22 | 50 | 100 | 31 | 1 |
| 40N,120W | Annual | 1.5 | 1.9 | 2.3 | 2.6 | 3.7 | 10 | 0 | 3 | 5 | 10 | 19 | 60 | 100 | 35 | 1 |
| SPA | DJF | 1.4 | 1.7 | 1.8 | 2.1 | 3.2 | 10 | -6 | 1 | 4 | 7 | 15 | 80 | 100 | 19 | 4 |
| | MAM | 1.4 | 1.7 | 1.9 | 2.1 | 3.2 | 10 | -3 | 3 | 6 | 8 | 17 | 35 | 100 | 35 | 1 |
| 55S,150E | JJA | 1.4 | 1.7 | 1.8 | 2.0 | 3.1 | 10 | -2 | 1 | 3 | 5 | 12 | 70 | 100 | 27 | 3 |
| to | SON | 1.4 | 1.6 | 1.8 | 2.0 | 3.0 | 10 | -8 | -2 | 2 | 4 | 5 | | 100 | | |
| 0,80W | Annual | 1.4 | 1.7 | 1.8 | 2.0 | 3.1 | 10 | -4 | 3 | 3 | 6 | 11 | 40 | 100 | 40 | 3 |

Notes:  [a] Regions are: West Africa (WAF), East Africa (EAF), South Africa (SAF), Sahara (SAH), Northern Europe (NEU), Southern Europe and Mediterranean (SEM), Northern Asia (NAS), Central Asia (CAS), Tibetan Plateau (TIB), East Asia (EAS), South Asia (SAS), Southeast Asia (SEA), Alaska (ALA), East Canada, Greenland and Iceland (CGI), Western North America (WNA), Central North America (CNA), Eastern North America (ENA), Central America (CAM), Amazonia (AMZ), Southern South America (SSA), North Australia (NAU), South Australia (SAU), Arctic (ARC), Antarctic (ANT), Caribbean (CAR), Indian Ocean (IND), Mediterranean Basin (MED), Tropical Northeast Atlantic (TNE), North Pacific Ocean (NPA), and South Pacific Ocean (SPA).
[b] land and ocean
[c] land only

## Box 11.1:  Summary of Regional Responses

As an introduction to the more detailed regional analysis presented in this chapter, Box 11.1, Figure 1 illustrates how continental-scale warming is projected to evolve in the 21st century using the MMD models. This warming is also put into the context of the observed warming during the 20th century by comparing results from that subset of the models incorporating a representation of all known forcings with the observed evolution (see Section 9.4 for more details). Thus for the six continental regions, the figure displays: 1) the observed time series of the evolution of decadally averaged surface air temperature from 1906 to 2005 as an anomaly from the 1901 to 1950 average; 2) the range of the equivalent anomalies derived from 20th-century simulations by the MMD models that contain a full set of historical forcings; 3) the evolution of the range of this anomaly in MMD-A1B projections between 2000 and 2100; and 4) the range of the projected anomaly for the last decade of the 21st century for the B1, A1B, and A2 scenarios. For the observed part of these graphs, the decadal averages are centred on the decade boundaries (i.e., the last point is for 1996 to 2005), whereas for the future period they are centred on the decade mid-points (i.e., the first point is for 2001 to 2010). The width of the shading and the bars represents the 5 to 95% range of the model results. To construct the ranges, all simulations from the set of models involved were considered independent realisations of the possible evolution of the climate given the forcings applied. This involved 58 simulations from 14 models for the observed period and 47 simulations from 18 models for the future. Important in this representation is that the models' estimate of natural climate variability is included and thus the ranges include both the potential mitigating and amplifying effects of variability on the underlying signal. In contrast, the bars representing the range of projected change at the end of the century are constructed from ensemble mean changes from the models and thus provide a measure of the forced response. These bars were constructed from decadal mean anomalies from 21 models using A1B scenario forcings, from the 20 of these models that used the B1 forcings and the 17 that used the A2 forcings. The bars for the B1 and A2 scenarios were scaled to approximate ranges for the full set of models. The scaling factor for B1 was derived from the ratio between its range and the A1B range of the corresponding 20 models. The same procedure was used to obtain the A2 scaling factor. Only 18 models were used to display the ranges of projected temperature evolution as the control simulations for the other 3 had a drift of >0.2°C per century, which precludes clearly defining the decadal anomalies from these models. However, anomalies from all 21 models were included in calculating the bars in order to provide the fullest possible representation of projected changes in the MMD. Comparison of these different representations shows that the main messages from the MMD about projected continental temperature change are insensitive to the choices made. Finally, results are not shown here for Antarctica because the observational record is not long enough to provide the relevant information for the first part of the 20th century. Results of a similar nature to those shown here using the observations that are available are presented in Section 11.8.                    *(continued)*

**Box 11.1, Figure 1.** *Temperature anomalies with respect to 1901 to 1950 for six continental-scale regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Section 11.1.2.*



Box 11.1, Figure 2 serves to illustrate some of the more significant hydrological changes, with the two panels corresponding to DJF and JJA. The backdrop to these figures is the fraction of the AOGCMs (out of the 21 considered for this purpose) that predict an increase in mean precipitation in that grid cell (using the A1B scenario and comparing the period 2080 to 2099 with the control period 1980 to 1999). Aspects of this pattern are examined more closely in the separate regional discussions.

Robust findings on regional climate change for mean and extreme precipitation, drought and snow are highlighted in the figure with further detail in the accompanying notes.                                                    *(continued)*

### June–July–August (JJA)



### December–January–February (DJF)



**Box 11.1, Figure 2.** *Robust findings on regional climate change for mean and extreme precipitation, drought, and snow. This regional assessment is based upon AOGCM based studies, Regional Climate Models, statistical downscaling and process understanding. More detail on these findings may be found in the notes below, and their full description, including sources is given in the text. The background map indicates the degree of consistency between AR4 AOGCM simulations (21 simulations used) in the direction of simulated precipitation change.*

(1)    Very likely annual mean increase in most of northern Europe and the Arctic (largest in cold season), Canada, and the North-East USA; and winter (DJF) mean increase in Northern Asia and the Tibetan Plateau.

(2)    Very likely annual mean decrease in most of the Mediterranean area, and winter (JJA) decrease in southwestern Australia.

(3)    Likely annual mean increase in tropical and East Africa, Northern Pacific, the northern Indian Ocean, the South Pacific (slight, mainly equatorial regions), the west of the South Island of New Zealand, Antarctica and winter (JJA) increase in Tierra del Fuego.

(4)    Likely annual mean decrease in and along the southern Andes, summer (DJF) decrease in eastern French Polynesia, winter (JJA) decrease for Southern Africa and in the vicinity of Mauritius, and winter and spring decrease in southern Australia.

(5)    Likely annual mean decrease in North Africa, northern Sahara, Central America (and in the vicinity of the Greater Antilles in JJA) and in South-West USA.

(6)    Likely summer (JJA) mean increase in Northern Asia, East Asia, South Asia and most of Southeast Asia, and likely winter (DJF) increase in East Asia.

(7)    Likely summer (DJF) mean increase in southern Southeast Asia and southeastern South America

(8)    Likely summer (JJA) mean decrease in Central Asia, Central Europe and Southern Canada.

(9)    Likely winter (DJF) mean increase in central Europe, and southern Canada

(10)   Likely increase in extremes of daily precipitation in northern Europe, South Asia, East Asia, Australia and New Zealand.

(11)   Likely increase in risk of drought in Australia and eastern New Zealand; the Mediterranean, central Europe (summer drought); in Central America (boreal spring and dry periods of the annual cycle).

(12)   Very likely decrease in snow season length and likely to very likely decrease in snow depth in most of Europe and North America.

models. The results are shown in Table 11.1 only when 14 out of the 21 models agree as to the sign of the change in frequency of extremes. For example, in Central North America (CNA), 15% of the summers in 2080 to 2099 in the A1B scenario are projected to be extremely dry, corresponding to a factor of three increase in the frequency of these events. In contrast, in many regions and seasons, the frequency of extreme warmth is 100%, implying that all seasons in 2080 to 2099 are warmer than the warmest season in 1980 to 1999, according to every model in this ensemble.

In each continental section, a figure is provided summarising the temperature and precipitation responses in the MMD-A1B projection for the last two decades of the 21st century. These figures portray a multi-model mean comprising individual models or model ensemble means where ensembles exist. Also shown is the simple statistic of the number of these models that show agreement in the sign of the precipitation change. The annual mean temperature and precipitation responses in each of the 21 separate AOGCMs are provided in Supplementary Material Figures S11.5 to 11.12 and S11.13 to 11.20, respectively.

Recent explorations of multi-model ensemble projections seek to develop probabilistic estimates of uncertainties and are provided in the Supplementary Material Table S11.2. This information is based on the approach of Tebaldi et al. (2004a,b; see also section 11.10.2).

## 11.1.3  Some Unifying Themes

The basic pattern of the projected warming as described in Chapter 10 is little changed from previous assessments. Examining the spread across the MMD models, temperature projections in many regions are strongly correlated with the global mean projections, with the most sensitive models in global mean temperature often the most sensitive locally. Differing treatments of regional processes and the dynamical interactions between a given region and the rest of the climate system are responsible for some spread. However, a substantial part of the spread in regional temperature projections is due to differences in the sum of the feedbacks that control transient climate sensitivity (see also Chapter 10).

The response of the hydrological cycle is controlled in part by fundamental consequences of warmer temperatures and the increase in water vapour in the atmosphere (Chapter 3). Water is transported horizontally by the atmosphere from regions of moisture divergence (particularly in the subtropics) to regions of convergence. Even if the circulation does not change, these transports will increase due to the increase in water vapour. The consequences of this increased moisture transport can be seen in the global response of precipitation, described in Chapter 10, where, on average, precipitation increases in the inter-tropical convergence zones, decreases in the subtropics, and increases in subpolar and polar regions. Over North America and Europe, the pattern of subpolar moistening and subtropical

drying dominates the 21st-century projections. This pattern is also described in Section 9.5.4, which assesses the extent to which this pattern is visible over land during the 20th century in precipitation observations and model simulations. Regions of large uncertainty often lie near the boundaries between these robust moistening and drying regions, with boundaries placed differently by each model.

High-resolution model results indicate that in regions with strong orographic forcing, some of these large-scale findings can be considerably altered locally. In some cases, this may result in changes in the opposite direction to the more general large-scale behaviour. In addition, large-area and grid-box average projections for precipitation are often very different from local changes within the area (Good and Lowe, 2006). These issues demonstrate the inadequacy of inferring the behaviour at fine scales from that of large-area averages.

Another important theme in the 21st-century projections is the poleward expansion of the subtropical highs, and the poleward displacement of the mid-latitude westerlies and associated storm tracks. This circulation response is often referred to as an enhanced positive phase of the Northern or Southern Annular Mode, or when focusing on the North Atlantic, the positive phase of the North Atlantic Oscillation (NAO). In regions without strong orographic forcing, superposition of the tendency towards subtropical drying and poleward expansion of the subtropical highs creates especially robust drying responses at the poleward boundaries of the five subtropical oceanic high centres in the South Indian, South Atlantic, South Pacific, North Atlantic and, less robustly, the North Pacific (where a tendency towards El-Niño like conditions in the Pacific in the models tends to counteract this expansion). Most of the regional projections of strong drying tendencies over land in the 21st century are immediately downstream of these centres (south-western Australia, the Western Cape Provinces of South Africa, the southern Andes, the Mediterranean and Mexico). The robustness of this large-scale circulation signal is discussed in Chapter 10, while Chapters 3, 8 and 9 describe the observed poleward shifts in the late 20th century and the ability of models to simulate these shifts.

The retreats of snow and ice cover are important for local climates. The difficulty of quantifying these effects in regions of substantial topographic relief is a significant limitation of global models (see Section 11.4.3.2, Box 11.3) and is improved with dynamical and statistical downscaling. The drying effect of an earlier spring snowmelt and, more generally, the earlier reduction in soil moisture (Manabe and Wetherald, 1987) is a continuing theme in discussion of summer continental climates.

The strong interactions between sea surface temperature gradients and tropical rainfall variability provides an important unifying theme for tropical climates. Models can differ in their projections of small changes in tropical ocean temperature gradients and in the simulation of the potentially large shifts in rainfall that are related to these oceanic changes. Chou and Neelin (2004) provide a guide to some of the complexity involved in diagnosing and evaluating hydrological responses in the tropics. With a few exceptions, the spread in projections of hydrological changes is still too large to make strong statements about the future of tropical climates at regional scales (see also Section 10.3). Many AOGCMs project large tropical precipitation changes, so uncertainty as to the regional pattern of these changes should not be taken as evidence that these changes are likely to be small.

Assessments of the regional and sub-regional climate change projections have primarily been based on the AOGCM projections summarised in Table 11.1 and an analysis of the biases in the AOGCM simulations, regional downscaling studies available for some regions with either physical or statistical models or both, and reference to plausible physical mechanisms.

To assist the reader in placing the various regional assessments in a global context, Box 11.1 displays many of the detailed assessments documented in the following regional sections. Likewise, an overview of projected changes in various types of extreme weather statistics is summarised in Table 11.2, which contains information from the assessments within this chapter and from Chapter 10. Thus, the details of the assessment that lead to each individual statement can all be found in either Chapter 10, or the respective regional sections, and links for each statement are identifiable from Table 11.2.

**Table 11.2.** *Projected changes in climate extremes. This table summarises key phenomena for which there is confidence in the direction of projected change based on the current scientific evidence. The included phenomena are those where confidence ranges between medium and very likely, and are listed with the notation of VL (very likely), L (likely), and M (medium confidence). maxTmax refers to the highest maximum temperature, maxTmin to the highest minimum temperature, minTmax to the lowest maximum temperature, and minTmin to the lowest minimum temperature. In addition to changes listed in the table, there are two phenomena of note for which there is little confidence. The issue of drying and associated risk of drought in the Sahel remains uncertain as discussed in Section 11.2.4.2. The change in mean duration of tropical cyclones cannot be assessed with confidence at this stage due to insufficient studies.*

| Temperature-Related Phenomena | |
|---|---|
| **Change in phenomenon** | **Projected changes** |
| Higher monthly absolute maximum of daily maximum temperatures (maxTmax) more hot / warm summer days | **VL (consistent across model projections)** <br> maxTmax increases at same rate as the mean or median[1] over northern Europe,[2] Australia and New Zealand[3] <br> **L (fairly consistent across models, but sensitivity to land surface treatment)** <br> maxTmax increases more than the median over southern and central Europe,[4] and southwest USA[5] <br> **L (consistent with projected large increase in mean temperature)** <br> Large increase in probability of extreme warm seasons over most parts of the world[6] |
| Longer duration, more intense, more frequent heat waves / hot spells in summer | **VL (consistent across model projections)** <br> Over almost all continents[7], but particularly central Europe,[8] western USA,[9] East Asia[10] and Korea[11] |
| Higher monthly absolute maximum of daily minimum temperatures (maxTmin); more warm and fewer cold nights | **VL (consistent with higher mean temperatures)** <br> Over most continents[12] |
| Higher monthly absolute minimum of daily minimum temperatures (minTmin) | **VL (consistent across model projections)** <br> minTmin increases more than the mean in many mid- and high-latitude locations,[13] particularly in winter over most of Europe except the southwest[14] |
| Higher monthly absolute minimum of daily maximum temperatures (minTmax), fewer cold days | **L (consistent with warmer mean temperatures)** <br> minTmin increases more than the mean in some areas[15] |
| Fewer frost days | **VL (consistent across model projections)** <br> Decrease in number of days with below-freezing temperatures everywhere[16] |
| Fewer cold outbreaks; fewer, shorter, less intense cold spells / cold extremes in winter | **VL (consistent across model projections)** <br> Northern Europe, South Asia, East Asia[17] <br> **L (consistent with warmer mean temperatures)** <br> Most other regions[18] |
| Reduced diurnal temperature range | **L (consistent across model projections)** <br> Over most continental regions, night temperatures increase faster than the day temperatures[19] |
| Temperature variability on interannual and daily time scales | **L (general consensus across model projections)** <br> Reduced in winter over most of Europe[20] <br> Increase in central Europe in summer[21] |

1   Kharin and Zwiers (2005)
2   §11.3.3.3, Supplementary Material Figure S11.23, PRUDENCE, Kjellström et al. (2007)
3   §11.7.3.5, CSIRO (2001)
4   §11.3.3.3, PRUDENCE, Kjellström et al. (2007)
5   §11.5.3.3, Bell et al. (2004),
6   Table 11.1
7   §11.3.3.3, Tebaldi et al. (2006), Meehl and Tebaldi (2004)
8   §11.5.3.3, Barnett et al. (2006), Clark et al. (2006), Tebaldi et al. (2006), Gregory and Mitchell (1995), Zwiers and Kharin (1998), Hegerl et al. (2004), Meehl and Tebaldi (2004)
9   §11.5.3.3, Bell et al. (2004), Leung et al. (2004)
10  §11.4.3.2, Gao et al. (2002)
11  §11.4.3.2, Kwon et al. (2005), Boo et al. (2006)
12  §11.3.3.2, §11.4.3.1
13  Kharin and Zwiers (2005)
14  §11.3.3.2, Fig. 11.3.3.3, PRUDENCE
15  §11.7.3.5, Whetton et al. (2002)
16  Tebaldi et al. (2006), Meehl and Tebaldi (2004), §11.3.3.2, PRUDENCE, §11.7.3.1, CSIRO (2001), Mullan et al. (2001b)
17  §11.3.3.3, PRUDENCE, Kjellström et al. (2007), §11.4.3.2, Gao et al. (2002), Rupa Kumar et al. (2006)
18  §11.1.3
19  §11.5.3.3, Bell et al. (2004), Leung et al. (2004), §11.4.3.2, Rupa Kumar et al. (2006), Mizuta et al. (2005)
20  §11.3.3.2, Räisänen (2001), Räisänen and Alexandersson (2003), Giorgi and Bi (2005), Zwiers and Kharin (1998), Hegerl et al. (2004), Kjellström et al. (2007)
21  §11.3.3.2, PRUDENCE, Schär et al. (2004), Vidale et al. (2007)

*Table 11.2. (continued)*

| Moisture-Related Phenomena | |
|---|---|
| **Phenomenon** | **Projected changes** |
| Intense precipitation events | **VL (consistent across model projections; empirical evidence, generally higher precipitation extremes in warmer climates)**<br>Much larger increase in the frequency than in the magnitude of precipitation extremes over most land areas in middle latitudes,[22] particularly over northern Europe,[23] Australia and New Zealand[24]<br>Large increase during the Indian summer monsoon season over Arabian Sea, tropical Indian Ocean, South Asia[25]<br>Increase in summer over south China, Korea and Japan[26] |
| Intense precipitation events | **L (some inconsistencies across model projections)**<br>Increase over central Europe in winter[27]<br>Increase associated with tropical cyclones over Southeast Asia, Japan[28]<br>**Uncertain**<br>Changes in summer over Mediterranean and central Europe[29]<br>**L decrease (consistent across model projections)**<br>Iberian Peninsula[30] |
| Wet days | **L (consistent across model projections)**<br>Increase in number of days at high latitudes in winter, and over northwest China[31]<br>Increase over the Inter-Tropical Convergence Zone[32]<br>Decrease in South Asia[33] and the Mediterranean area[34] |
| Dry spells<br>(periods of consecutive dry days) | **VL (consistent across model projections)**<br>Increase in length and frequency over the Mediterranean area[35], southern areas of Australia, New Zealand[36]<br>**L (consistent across model projections)**<br>Increase in most subtropical areas[37]<br>Little change over northern Europe[38] |
| Continental drying and associated risk of drought | **L (consistent across model projections; consistent change in precipitation minus evaporation, but sensitivity to formulation of land surface processes)**<br>Increased in summer over many mid-latitude continental interiors, e.g., central[39] and southern Europe, Mediterranean area,[40] in boreal spring and dry periods of the annual cycle over Central America[41] |

22  §11.3.3.4, Groisman et al. (2005), Kharin and Zwiers (2005), Hegerl et al. (2004), Semenov and Bengtsson (2002), Meehl et al. (2006)
23  §11.3.3.4, Räisänen (2002), Giorgi and Bi (2005), Räisänen (2005)
24  §11.1.3, §11.7.3.2, §11.3.3.4, Huntingford et al. (2003), Barnett et al. (2006), Frei et al. (2006), Hennessy et al. (1997), Whetton et al. (2002), Watterson and Dix (2003), Suppiah et al. (2004), McInnes et al. (2003), Hennessy et al. (2004b), Abbs (2004), Semenov and Bengtsson (2002)
25  §11.4.3.2, May (2004a), Rupa Kumar et al. (2006)
26  §11.4.3.2, Gao et al. (2002), Boo et al. (2006), Kimoto et al. (2005), Kitoh et al. (2005), Mizuta et al. (2005)
27  §11.3.3.4, PRUDENCE, Frei et al. (2006), Christensen and Christensen (2003, 2004)
28  §11.1.3, §11.4.3.2, Kimoto et al. (2005), Mizuta et al. (2005), Hasegawa and Emori (2005), Kanada et al. (2005)
29  §11.3.3.4, PRUDENCE, Frei et al. (2006), Christensen and Christensen (2004), Tebaldi et al. (2006)

30  §11.3.3.4, PRUDENCE, Frei et al. (2006)
31  §11.4.3.2, Gao et al. (2002), Hasegawa and Emori (2005)
32  Semenov and Bengtsson (2002)
33  §11.4.3.2 Krishna Kumar et al. (2003)
34  §11.3.3.4, Semenov and Bengtsson (2002), Voss et al. (2002); Räisänen et al. (2004); Frei et al. (2006)
35  §11.3.3.4, Semenov and Bengtsson, 2002; Voss et al., 2002; Hegerl et al., 2004; Wehner, 2004; Kharin and Zwiers, 2005; Tebaldi et al., 2006
36  §11.1.3, §11.7.3.2, §11.7.3.4, Whetton and Suppiah (2003), McInnes et al. (2003), Walsh et al. (2002), Hennessy et al. (2004c), Mullan et al. (2005)
37  §11.1.3
38  §11.3.3.4, Beniston et al. (2007), Tebaldi et al. (2006), Voss et al. (2002)
39  §11.3.3.2, Rowell and Jones (2006)
40  §11.1.3, §11.3.3.4, Voss et al. (2002)
41  §11.1.3

*Table 11.2. (continued)*

| Tropical Cyclones (typhoons and hurricanes) | |
|---|---|
| **Change in phenomenon** | **Projected changes** |
| Increase in peak wind intensities | **L (high-resolution Atmospheric GCM (AGCM) and embedded hurricane model projections)**<br>Over most tropical cyclone areas[42] |
| Increase in mean and peak precipitation intensities | **L (high-resolution AGCM projections and embedded hurricane model projections)**<br>Over most tropical cyclone areas,[43] South,[44] East[45] and southeast Asia[46] |
| Changes in frequency of occurrence | **M (some high-resolution AGCM projections)**<br>Decrease in number of weak storms, increase in number of strong storms[47]<br>**M (several climate model projections)**<br>Globally averaged decrease in number, but specific regional changes dependent on sea surface temperature change[48]<br>Possible increase over the North Atlantic[49] |

| Extratropical Cyclones | |
|---|---|
| **Change in phenomenon** | **Projected changes** |
| Changes in frequency and position | **L (consistent in AOGCM projections)**<br>Decrease in the total number of extratropical cyclones[50]<br>Slight poleward shift of storm track and associated precipitation, particularly in winter[51] |
| Change in storm intensity and winds | **L (consistent in most AOGCM projections, but not explicitly analysed for all models)**<br>Increased number of intense cyclones[52] and associated strong winds, particularly in winter over the North Atlantic,[53] central Europe[54] and Southern Island of New Zealand[55]<br>**More likely than not**<br>Increased windiness in northern Europe and reduced windiness in Mediterranean Europe[56] |
| Increased wave height | **L (based on projected changes in extratropical storms)**<br>Increased occurrence of high waves in most mid-latitude areas analysed, particularly the North Sea[57] |

[42] Knutson and Tuleya (2004)
[43] Knutson and Tuleya (2004)
[44] §11.4.3.2, Unnikrishnan et al. (2006)
[45] §11.3.4, Hasegawa and Emori (2005)
[46] §11.3.4, Hasegawa and Emori (2005), Knutson and Tuleya (2004)
[47] Oouchi et al. (2006)
[48] Hasegawa and Emori (2005)
[49] Sugi et al. (2002), Oouchi et al. (2006)
[50] §11.3.3.6, Yin (2005), Lambert and Fyfe (2006), §11.3.3.5, Lionello et al. (2002), Leckebusch et al. (2006), Vérant (2004), Somot (2005)

[51] §11.3.3, Yin (2005), Lambert and Fyfe (2006)
[52] §11.3.3.2, §11.3.3.5, Yin (2005), Lambert and Fyfe (2006)
[53] §11.3.3.5, Leckebusch and Ulbrich (2004)
[54] §11.3.3.5, Zwiers and Kharin (1998), Knippertz et al. (2000), Leckebusch and Ulbrich (2004), Pryor et al. (2005a), Lionello et al. (2002), Leckebusch et al. (2006), Vérant (2004), Somot (2005)
[55] §11.3.3, §11.7.3.7
[56] §11.3.3.5, Lionello et al. (2002), Leckebusch et al. (2006), Vérant (2004), Somot (2005)
[57] X.L. Wang et al. (2004)

### Frequently Asked Question 11.1
## Do Projected Changes in Climate Vary from Region to Region?

*Climate varies from region to region. This variation is driven by the uneven distribution of solar heating, the individual responses of the atmosphere, oceans and land surface, the interactions between these, and the physical characteristics of the regions. The perturbations of the atmospheric constituents that lead to global changes affect certain aspects of these complex interactions. Some human-induced factors that affect climate ('forcings') are global in nature, while others differ from one region to another. For example, carbon dioxide, which causes warming, is distributed evenly around the globe, regardless of where the emissions originate, whereas sulphate aerosols (small particles) that offset some of the warming tend to be regional in their distribution. Furthermore, the response to forcings is partly governed by feedback processes that may operate in different regions from those in which the forcing is greatest. Thus, the projected changes in climate will also vary from region to region.*

Latitude is a good starting point for considering how changes in climate will affect a region. For example, while warming is expected everywhere on Earth, the amount of projected warming generally increases from the tropics to the poles in the Northern Hemisphere. Precipitation is more complex, but also has some latitude-dependent features. At latitudes adjacent to the polar regions, precipitation is projected to increase, while decreases are projected in many regions adjacent to the tropics (see Figure 1). Increases in tropical precipitation are projected during rainy seasons (e.g., monsoons), and over the tropical Pacific in particular.

Location with respect to oceans and mountain ranges is also an important factor. Generally, the interiors of continents are projected to warm more than the coastal areas. Precipitation responses are especially sensitive not only to the continental geometry, but to the shape of nearby mountain ranges and wind flow direction. Monsoons, extratropical cyclones and hurricanes/typhoons are all influenced in different ways by these region-specific features.

Some of the most difficult aspects of understanding and projecting changes in regional climate relate to possible changes in the circulation of the atmosphere and oceans, and their patterns of variability. Although general statements covering a variety of regions with

qualitatively similar climates can be made in some cases, nearly every region is idiosyncratic in some ways. This is true whether it is the coastal zones surrounding the subtropical Mediterranean Sea, the extreme weather in the North American interior that depends on moisture transport from the Gulf of Mexico, or the interactions between vegetation distribution, oceanic temperatures and atmospheric circulation that help control the southern limit of the Sahara Desert.

While developing an understanding of the correct balance of global and regional factors remains a challenge, the understanding of these factors is steadily growing, increasing our confidence in regional projections.



**FAQ 11.1, Figure 1.** *Blue and green areas on the map are by the end of the century projected to experience increases in precipitation, while areas in yellow and pink are projected to have decreases. The top panel shows projections for the period covering December, January and February, while the bottom panel shows projections for the period covering June, July and August.*

## 11.2    Africa

**Assessment of projected climate changes for Africa:**

All of Africa is very likely to warm during this century. The warming is very likely to be larger than the global, annual mean warming throughout the continent and in all seasons, with drier subtropical regions warming more than the moister tropics.

Annual rainfall is likely to decrease in much of Mediterranean Africa and northern Sahara, with the likelihood of a decrease in rainfall increasing as the Mediterranean coast is approached. Rainfall in southern Africa is likely to decrease in much of the winter rainfall region and on western margins. There is likely to be an increase in annual mean rainfall in East Africa. It is uncertain how rainfall in the Sahel, the Guinean Coast and the southern Sahara will evolve in this century.

The MMD models have significant systematic errors in and around Africa (excessive rainfall in the south, southward displacement of the Atlantic Inter-Tropical Convergence Zone (ITCZ), insufficient upwelling off the West Coast) making it difficult to assess the consequences for climate projections. The absence of realistic variability in the Sahel in most 20th-century simulations casts some doubt on the reliability of coupled models in this region. Vegetation feedbacks and feedbacks from dust aerosol production are not included in the global models. Possible future land surface modification is also not taken into account in the projections. The extent to which current regional models can successfully downscale precipitation over Africa is unclear, and limitations of empirical downscaling results for Africa are not fully understood. There is insufficient information on which to assess possible changes in the spatial distribution and frequency of tropical cyclones affecting Africa.

### 11.2.1    Key Processes

The bulk of the African continent is tropical or subtropical with the central phenomenon being the seasonal migration of the tropical rain belts. Small shifts in the position of these rain belts result in large local changes in rainfall. There are also regions on the northern and southern boundaries of the continent with winter rainfall regimes governed by the passage of mid-latitude fronts, which are therefore sensitive to a poleward displacement of the storm tracks. This is evident from the correlation between South African rainfall and the Southern Annular Mode (Reason and Rouault, 2005) and between North African rainfall and the NAO (Lamb and Peppler, 1987). Troughs penetrating into the tropics from mid-latitudes also influence warm season rainfall, especially in southern Africa, and can contribute to a sensitivity of warm season rains to a displacement of the circulation (Todd and Washington, 1999). Any change in tropical cyclone

distribution and intensity will affect the southeast coastal regions, including Madagascar (Reason and Keibel, 2004).

The factors that determine the southern boundary of the Sahara and rainfall in the Sahel have attracted special interest because of the extended drought experienced by this region in the 1970s and 1980s. The field has moved steadily away from explanations for rainfall variations in this region as primarily due to land use changes and towards explanations based on changes in sea surface temperatures (SSTs). The early SST perturbation Atmospheric GCM (AGCM) experiments (Palmer, 1986; Rowell, et al., 1995) are reinforced by the results from the most recent models (Giannini et al., 2003; Lu and Delworth, 2005; Hoerling et al., 2006). The north-south inter-hemispheric gradient, with colder NH oceans conducive to an equatorward shift and/or a reduction in Sahel rainfall, is important. This has created interest in the possibility that aerosol cooling localised in the NH could dry the Sahel (Rotstayn and Lohmann, 2002; see also Section 9.5.4.3.1). However, temperatures over other oceanic regions, including the Mediterranean (Rowell, 2003), are also important.

In southern Africa, changing SSTs are also thought to be more important than changing land use patterns in controlling warm season rainfall variability and trends. Evidence has been presented for strong links with Indian Ocean temperatures (Hoerling et al., 2006). The warming of the troposphere over South Africa, possibly a consequence of warming of the Indo-Pacific, has been linked with the increase in days with stable inversion layers over southern Africa (Freiman and Tyson, 2000; Tadross et al., 2005a, 2006) in the late 20th century.

In addition to the importance of ocean temperatures, vegetation patterns help shape the climatic zones throughout much of Africa (e.g., Wang and Eltahir, 2000; Maynard and Royer, 2004a; Paeth and Henre, 2004; see also Section 11.7, Box 11.4). In the past, land surface changes have primarily acted as feedbacks generated by the underlying response to SST anomalies, and vegetation changes are thought to provide a positive feedback to climate change. The plausibility of this positive feedback is enhanced by recent work suggesting that land surface feedbacks may also play an important role in both intra-seasonal variability and rainy season onset in southern Africa (New et al., 2003; Anyah and Semazzi, 2004; Tadross et al., 2005a,b).

The MMD models prescribe vegetation cover; they would likely respond more strongly to large-scale forcing if they predicted vegetation, especially in semi-arid areas. The possibility of multiple stable modes of African climate due to vegetation-climate interactions has been raised, especially in the context of discussions of the very wet Sahara during the mid-Holocene 6 to 8 ka (Claussen et al., 1999; Foley et al., 2003). One implication is that centennial time-scale feedbacks associated with vegetation patterns may have the potential to make climate changes over Africa less reversible.

## 11.2.2  Skill of Models in Simulating Present and Past Climates

There are biases in the simulations of African climate that are systematic across the MMD models, with 90% of models overestimating precipitation in southern Africa, by more than 20% on average (and in some cases by as much as 80%) over a wide area often extending into equatorial Africa. The temperature biases over land are not considered large enough to directly affect the credibility of the model projections (see Supplementary Material Figure S11.21 and Table S11.1).

The ITCZ in the Atlantic is displaced equatorward in nearly all of these AOGCM simulations. Ocean temperatures are too warm by an average of 1°C to 2°C in the Gulf of Guinea and typically by 3°C off the southwest coast in the region of intense upwelling, which is clearly too weak in many models. In several of the models there is no West African monsoon as the summer rains fail to move from the Gulf onto land, but most of the models do have a monsoonal climate albeit with some distortion. Moderately realistic interannual variability of SSTs in the Gulf of Guinea and the associated dipolar rainfall variations in the Sahel and the Guinean Coast are, by the criteria of Cook and Vizy (2006), only present in 4 of the 18 models examined. Tennant (2003) describes biases in several AGCMs, such as the equatorward displacement of the mid-latitude jet in austral summer, a deficiency that persists in the most recent simulations (Chapter 8).

Despite these deficiencies, AGCMs can simulate the basic pattern of rainfall trends in the second half of the 20th century if given the observed SST evolution as boundary conditions, as described in the multi-model analysis of Hoerling et al. (2006) and the growing literature on the interannual variability and trends in individual models (e.g., Rowell et al., 1995; Bader and Latif, 2003; Giannini et al., 2003; Haarsma et al., 2005; Kamga et al., 2005; Lu and Delworth, 2005). However, there is less confidence in the ability of AOGCMs to generate interannual variability in the SSTs of the type known to affect African rainfall, as evidenced by the fact that very few AOGCMs produce droughts comparable in magnitude to the Sahel drought of the 1970s and 1980s (Hoerling et al., 2006). There are exceptions, but what distinguishes these from the bulk of the models is not understood.

The very wet Sahara 6 to 8 ka is thought to have been a response to the increased summer insolation due to changes in the Earth's orbital configuration. Modelling studies of this response provide background information on the quality of a model's African monsoon, but the processes controlling the response to changing seasonal insolation may be different from those controlling the response to increasing greenhouse gases. The fact that GCMs have difficulty in simulating the full magnitude of the mid-Holocene wet period, especially in the absence of vegetation feedbacks, may indicate a lack of sensitivity to other kinds of forcing (Jolly et al., 1996; Kutzbach et al., 1996).

Regional climate modelling has mostly focused on southern Africa, where the models generally improve on the climate simulated by global models but also share some of the biases in the global models. For example, Engelbrecht et al. (2002) and Arnell et al. (2003) both simulate excessive rainfall in parts of southern Africa, reminiscent of the bias in the MMD. Hewitson et al. (2004) and Tadross et al. (2006) note strong sensitivity to the choice of convective parametrization, and to changes in soil moisture and vegetative cover (New et al., 2003; Tadross et al., 2005a), reinforcing the view (Rowell et al., 1995) that land surface feedbacks enhance regional climate sensitivity over Africa's semi-arid regions. Over West Africa, the number of Regional Climate Model (RCM) investigations is even more limited (Jenkins et al., 2002; Vizy and Cook, 2002). The quality of the 25-year simulation undertaken by Paeth et al. (2005) is encouraging, emphasizing the role of regional SSTs and changes in the land surface in forcing West African rainfall anomalies. Several recent AGCM time-slice simulations focusing on tropical Africa show good simulation of the rainy season (Coppola and Giorgi, 2005; Caminade et al., 2006; Oouchi et al., 2006).

Hewitson and Crane (2005) developed empirical downscaling for point-scale precipitation at sites spanning the continent, as well as a 0.1° resolution grid over South Africa. The downscaled precipitation forced by reanalysis data provides a close match to the historical climate record, including regions such as the eastern escarpment of the sub-continent that have proven difficult for RCMs.

## 11.2.3  Climate Projections

### *11.2.3.1   Mean Temperature*

The differences in near-surface temperature between the years 2080 to 2099 and the years 1980 to 1999 in the MMD-A1B projections, averaged over the West African (WAF), East African (EAF), South African (SAF) and Saharan (SAH) sub-regions, are provided in Table 11.1, with the temporal evolution displayed in Figure 11.1. The Mediterranean coast is discussed together with southern Europe in Section 11.3. In all four regions and in all seasons, the median temperature increase lies between 3°C and 4°C, roughly 1.5 times the global mean response. Half of the models project warming within about 0.5°C of these median values. The distributions estimated by Tebaldi et al. (2004a,b; see also Supplementary Material Table S11.2) have a very similar half-width, but reduce the likelihood of the extreme high limit as compared to the raw quartiles in Table 11.1. There is a strong correlation across these AOGCMs between the global mean temperature response and the response in Africa. The signal-to-noise ratio is very large for these 20-year mean temperatures and 10 years is typically adequate to obtain a clearly discernible signal, as defined in Section 11.1.2. Regionally averaged temperatures averaged over the period 1990 to 2009 are clearly discernible from the 1980 to 1999 averages.

The upper panels in Figure 11.2 show the geographical structure of the ensemble-mean projected warming for the A1B scenario in more detail. Smaller values of projected warming, near 3°C, are found in equatorial and coastal areas and larger

values, above 4°C, in the western Sahara. The largest temperature responses in North Africa are projected to occur in JJA, while the largest responses in southern Africa occur in September, October and November (SON). But the seasonal structure in the temperature response over Africa is modest as compared to extratropical regions. The basic pattern of projected warming has been robust to changes in models since the TAR, as indicated by comparison with Hulme et al. (2001).

To date there is insufficient evidence from RCMs to modify the large-scale temperature projections from GCMs, although Tadross et al. (2005a) project changes in the A2 scenario for southern Africa that are lower than those in the forcing GCM and near the low end of the spread in the MMD models, likely due to a weaker drying tendency than in most of the global models.

### 11.2.3.2   *Mean Precipitation*

Figure 11.2 and Table 11.1 illustrate some of the robust aspects of the precipitation response over Africa in the MMD-A1B projections. The fractional changes in annual mean precipitation in each of the 21 models are provided in Supplementary Material Figure S11.13. With respect to the most robust features (drying in the Mediterranean and much of southern Africa, and increases in rainfall in East Africa), there is qualitative agreement with the results in Hulme et al. (2001) and Ruosteenoja et al. (2003), which summarise results from the models available at the time of the TAR.



**Figure 11.1.** *Temperature anomalies with respect to 1901 to 1950 for four African land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

The large-scale picture is one of drying in much of the subtropics and an increase (or little change) in precipitation in the tropics, increasing the rainfall gradients. This is a plausible hydrological response to a warmer atmosphere, a consequence of the increase in water vapour and the resulting increase in vapour transport in the atmosphere from regions of moisture divergence to regions of moisture convergence (see Chapter 9 and Section 11.2.1).

The drying along Africa's Mediterranean coast is a component of a larger-scale drying pattern surrounding the Mediterranean and is discussed further in the section on Europe (Section 11.3). A 20% drying in the annual mean is typical along the African Mediterranean coast in A1B by the end of the 21st century. Drying is seen throughout the year and is generated by nearly every MMD model. The drying signal in this composite

extends into the northern Sahara, and down the West Coast as far as 15°N. The processes involved include increased moisture divergence and a systematic poleward shift of the storm tracks affecting the winter rains, with positive feedback from decreasing soil moisture in summer (see Section 11.3).

In southern Africa, a similar set of processes produces drying that is especially robust in the extreme southwest in winter, a manifestation of a much broader-scale poleward shift in the circulation across the South Atlantic and Indian Oceans. However, the drying is subject to the caveat that strong orographic forcing may result in locally different changes (as discussed in Section 11.4.3.2, Box 11.3). With the exception of the winter rainfall region in the southwest, the robust drying in winter corresponds to the dry season over most of the sub-continent and does not contribute to the bulk of the annual mean



**Figure 11.2.** *Temperature and precipitation changes over Africa from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*

drying. More than half of the annual mean reduction occurs in the spring and is mirrored in some RCM simulations for this region (see below). To an extent, this can be thought of as a delay in the onset of the rainy season. This spring drying suppresses evaporation, contributing to the spring maximum in the temperature response.

The increase in rainfall in East Africa, extending into the Horn of Africa, is also robust across the ensemble of models, with 18 of 21 models projecting an increase in the core of this region, east of the Great Lakes. This East African increase is also evident in Hulme et al. (2001) and Ruosteenoja et al. (2003). The Guinean coastal rain belts and the Sahel do not show as robust a response. A straight average across the ensemble results in modest moistening in the Sahel with little change on the Guinean coast. The composite MMD simulations have a weak drying trend in the Sahel in the 20th century that does

not continue in the future projections (Biasutti and Giannini, 2006; Hoerling, et al., 2006), implying that the weak 20th-century drying trend in the composite 20th-century simulations is unlikely to be forced by greenhouse gases, but is more likely forced by aerosols, as in Rotstayn and Lohmann (2002), or a result of low-frequency internal variability of the climate.

Individual models generate large, but disparate, responses in the Sahel. Two outliers are GFDL/CM2.1, which projects very strong drying in the Sahel and throughout the Sahara, and MIROC3.2_midres, which shows a very strong trend towards increased rainfall in the same region (see Supplementary Figure S11.13; and see Table 8.1 for model descriptions). Cook and Vizy (2006) find moderately realistic interannual variability in the Gulf of Guinea and Sahel in both models. While the drying in the GFDL model is extreme within the ensemble, it generates a plausible simulation of 20th-century Sahel

rainfall trends (Held et al., 2005; Hoerling et al., 2006) and an empirical downscaling from AOGCMs (Hewitson and Crane, 2006) shows a similar response (see below). More research is needed to understand the variety of modelled precipitation responses in the Sahel and elsewhere in the tropics. Progress is being made in developing new methodologies for this purpose (e.g., Chou and Neelin, 2004; Lintner and Chiang, 2005; Chou et al., 2007), leading to better appreciation of the sources of model differences. Haarsma et al. (2005) describe a plausible mechanism associated with increasing land-ocean temperature contrast and decreasing surface pressures over the Sahara, which contributes to the increase in Sahel precipitation with warming in some models.

It has been argued (e.g., Paethe and Hense, 2004) that the partial amelioration of the Sahel drought since the 1990s may be a sign of a greenhouse-gas driven increase in rainfall,

providing support for those models that moisten the Sahel into the 21st century (e.g., Maynard et al., 2002; Haarsma et al., 2005; Kamga et al., 2005). However, it is premature to take this partial amelioration as evidence of a global warming signature, given the likely influence of internal variability on the inter-hemispheric SST gradients that influence Sahel rainfall, as well as the influence of aerosol variations.

Table 11.1 provides information on the spread of model-projected precipitation change in the four African sub-regions. The regions and seasons for which the central half (25 to 75%) of the projections are uniformly of one sign are: EAF where there is an increase in DJF, March, April and May (MAM), SON and in the annual mean; SAF where there is a decrease in austral winter and spring; and SAH where there is a decrease in boreal winter and spring. The Tebaldi et al. (2004a,b) Bayesian estimates (Supplementary Material Table S11.2)



**Figure 11.3.** *Anomaly of mean monthly precipitation (mm) using daily data empirically downscaled from six GCMs (ECHAM4.5, Hadley Centre Atmospheric Model (HadAM3), CSIRO Mk2, GFDL 2.1, MRI, MIROC; see Table 8.1 for descriptions of most of these models) to 858 station locations. The GCMs were forced by the SRES A2 scenario. Anomalies are for the future period (2070 to 2099 for the first three models, and 2080 to 2099 for the latter three models) minus a control 30-year period (from Hewitson and Crane, 2006).*

do not change this distinction between robust and non-robust regions and seasons. The time required for emergence of a clearly discernible signal in these robust regions and seasons is typically 50 to 100 years, except in the Sahara where even longer times are required.

Land use change is a potential contributor to climate change in the 21st century (see also Section 11.7, Box 11.4). C.M. Taylor et al. (2002) project drying over the Sahel of 4% from 1996 to 2015 due to changing land use, but suggest that the potential exists for this contribution to grow substantially further into the century. Maynard and Royer (2004a) suggest that estimated land use change scenarios for the mid-21st century would have only a modest compensating effect on the greenhouse-gas induced moistening in their model. Neither of these studies includes a dynamic vegetation model.

Several climate change projections based on RCM simulations are available for southern Africa but are much scarcer for other regions. Tadross et al. (2005a) examine two RCMs, Providing Regional Impacts for Climate Studies (PRECIS) and Mesoscale Model version 5 (MM5), nested for southern Africa in a time-slice AGCM based in turn on lower-resolution Hadley Centre Coupled Model (HadCM3) coupled simulations for the Special Report on Emission Scenarios (SRES) A2 scenario. During the early summer season, October to December, both models predict drying over the tropical western side of the continent, responding to the increase in high-pressure systems entering from the west, with MM5 indicating that the drying extends further south and PRECIS further east. The drying in the west continues into late summer, but there are increases in total rainfall towards the east in January and February, a feature barely present in the ensemble mean of the MMD models. Results obtained by downscaling one global model must be assessed in the context of the variety of responses in southern Africa among the MMD models (Supplementary Material Figure S11.13).

Hewitson and Crane (2006) use empirical downscaling to provide projections for daily precipitation as a function of six GCM simulations. The degree of convergence in the downscaled results for the SRES A2 scenario near the end of the 21st century suggests more commonality in GCM-projected changes in daily circulation, on which the downscaling is based, than in the GCM precipitation responses. Figure 11.3 shows the response of mean JJA monthly total precipitation for station locations across Africa. The ensemble mean of these downscaling results shows increased precipitation in east Africa extending into southern Africa, especially in JJA, strong drying in the core Sahel in JJA with some coastal wetting, and moderate wetting in DJF. There is also drying along the Mediterranean coast, and, in most models, drying in the western portion of southern Africa. The downscaling also shows marked local-scale variation in the projected changes, for example, the contrasting changes in the west and east of Madagascar, and on the coastal and inland borders of the Sahel.

While this result is generally consistent with the underlying GCMs and the composite MMD projections, there is a tendency for greater Sahel drying than in the underlying GCMs, providing further rationale (alongside the large spread in model responses and poor coupled model performance in simulating droughts of the magnitude observed in the 20th century) for viewing with caution the projection for a modest increase in Sahel rainfall in the ensemble mean of the MMD models.

### 11.2.3.3   Extremes

Research on changes in extremes specific to Africa, in either models or observations, is limited. A general increase in the intensity of high-rainfall events, associated in part with the increase in atmospheric water vapour, is expected in Africa, as in other regions. Regional modelling and downscaling results (Tadross et al., 2005a) both support an increase in the rainfall intensity in southern Africa. In regions of mean drying, there is generally a proportionally larger decrease in the number of rain days, indicating compensation between intensity and frequency of rain. In the downscaling results of Hewitson and Crane (2006) and Tadross et al. (2005a), changes in the median precipitation event magnitude at the station scale do not always mirror the projected changes in seasonal totals.

There is little modelling guidance on possible changes in tropical cyclones affecting the southeast coast of Africa. Thermodynamic arguments for increases in precipitation rates and intensity of tropical storms (see Chapter 10) are applicable to these Indian Ocean storms as for other regions, but changes in frequency and spatial distribution remain uncertain. In a time-slice simulation with a 20-km resolution AGCM, Oouchi et al. (2006) obtain a significant reduction in the frequency of tropical storms in the Indian Ocean.

Using the definition of 'extreme seasons' given in Section 11.1.2, the probability of extremely warm, wet and dry seasons, as estimated by the MMD models, is provided in Table 11.1. As in most tropical regions, all seasons are extremely warm by the end of the 21st century, with very high confidence under the A1B scenario. Although the mean precipitation response in West Africa is less robust than in East Africa, the increase in the number of extremely wet seasons is comparable in both, increasing to roughly 20% (i.e., 1 in 5 of the seasons are extremely wet, as compared to 1 in 20 in the control period in the late 20th century). In southern Africa, the frequency of extremely dry austral winters and springs increases to roughly 20%, while the frequency of extremely wet austral summers doubles in this ensemble of models.

## 11.3    Europe and the Mediterranean

**Assessments of projected climate change for Europe:**

Annual mean temperatures in Europe are likely to increase more than the global mean. The warming in northern Europe is likely to be largest in winter and that in the Mediterranean area largest in summer. The lowest winter temperatures are likely to increase more than average winter temperature in northern Europe, and the highest summer temperatures are likely to increase more than average summer temperature in southern and central Europe.

Annual precipitation is very likely to increase in most of northern Europe and decrease in most of the Mediterranean area. In central Europe, precipitation is likely to increase in winter but decrease in summer. Extremes of daily precipitation are very likely to increase in northern Europe. The annual number of precipitation days is very likely to decrease in the Mediterranean area. The risk of summer drought is likely to increase in central Europe and in the Mediterranean area.

Confidence in future changes in windiness is relatively low, but it seems more likely than not that there will be an increase in average and extreme wind speeds in northern Europe.

The duration of the snow season is very likely to shorten in all of Europe, and snow depth is likely to decrease in at least most of Europe.

Although many features of the simulated climate change in Europe and the Mediterranean area are qualitatively consistent among models and qualitatively well understood in physical terms, substantial uncertainties remain. Simulated seasonal-mean temperature changes vary even at the sub-continental scale by a factor of two to three among the current generation of AOGCMs. Similarly, while agreeing on a large-scale increase in winter half-year precipitation in the northern parts of the area and a decrease in summer half-year precipitation in the southern parts of the area, models disagree on the magnitude and geographical details of precipitation change. These uncertainties reflect the sensitivity of the European climate change to the magnitude of the global warming and the changes in the atmospheric circulation and the Atlantic Meridional Overturning Circulation (MOC). Deficiencies in modelling the processes that regulate the local water and energy cycles in Europe also introduce uncertainty, for both the changes in mean conditions and extremes. Finally, the substantial natural variability of European climate is a major uncertainty, particularly for short-term climate projections in the area (e.g., Hulme et al., 1999).

### 11.3.1    Key Processes

In addition to global warming and its direct thermodynamic consequences such as increased water vapour transport from low to high latitudes (Section 11.1.3), several other factors may shape future climate changes in Europe and the Mediterranean area. Variations in the atmospheric circulation influence the European climate both on interannual and longer time scales. Recent examples include the central European heat wave in the summer 2003, characterised by a long period of anticyclonic weather (see Box 3.5), the severe cyclone-induced flooding in central Europe in August 2002 (see Box 3.6), and the strong warming of winters in northern Europe from the 1960s to 1990s that was affected by a trend toward a more positive phase of the NAO (Hurrell and van Loon, 1997; Räisänen and Alexandersson, 2003; Scaife et al., 2005). At fine geographical scales, the effects of atmospheric circulation are modified by topography, particularly in areas of complex terrain (Fernandez et al., 2003; Bojariu and Giorgi, 2005).

Europe, particularly its north-western parts, owes its relatively mild climate partly to the northward heat transport by the Atlantic MOC (e.g., Stouffer et al., 2006). Most models suggest increased greenhouse gas concentrations will lead to a weakening of the MOC (see Section 10.3), which will act to reduce the warming in Europe. However, in the light of present understanding, it is very unlikely to reverse the warming to cooling (see Section 11.3.3.1).

Local thermodynamic factors also affect the European climate and are potentially important for its future changes. In those parts of Europe that are presently snow-covered in winter, a decrease in snow cover is likely to induce a positive feedback, further amplifying the warming. In the Mediterranean region and at times in central Europe, feedbacks associated with the drying of the soil in summer are important even in the present climate. For example, they acted to exacerbate the heat wave of 2003 (Black et al., 2004; Fink et al., 2004).

### 11.3.2    Skill of Models in Simulating Present Climate

Atmosphere-Ocean General Circulation Models show a range of performance in simulating the climate in Europe and the Mediterranean area. Simulated temperatures in the MMD models vary on both sides of the observational estimates in summer but are mostly lower than observed in the winter half-year, particularly in northern Europe (Supplementary Material Table S11.1). Excluding one model that simulates extremely cold winters in northern Europe, the seasonal area mean temperature biases in the northern Europe region (NEU) vary from –5°C to 3°C and those in the southern Europe and Mediterranean region (SEM) from –5°C to 6°C, depending on model and season. The cold bias in northern Europe tends to increase towards the northeast, reaching –7°C in the ensemble mean in the northeast of European Russia in winter. This cold bias coincides with a north-south gradient in the winter mean sea level pressure that is weaker than observed, which implies

## Box 11.2: The PRUDENCE Project

The Prediction of Regional scenarios and Uncertainties for Defining European Climate change risks and Effects (PRUDENCE) project involved more than 20 European research groups. The main objectives of the project were to provide dynamically downscaled high-resolution climate change scenarios for Europe at the end of the 21st century, and to explore the uncertainty in these projections. Four sources of uncertainty were studied: (i) sampling uncertainty due to the fact that model climate is estimated as an average over a finite number (30) of years, (ii) regional model uncertainty due to the fact that RCMs use different techniques to discretize the equations and to represent sub-grid effects, (iii) emission uncertainty due to choice of IPCC SRES emission scenario, and (iv) Boundary uncertainty due to the different boundary conditions obtained from different global climate models.

Each PRUDENCE experiment consisted of a control simulation representing the period 1961 to 1990 and a future scenario simulation representing 2071 to 2100. A large fraction of the simulations used the same boundary data (from the Hadley Centre Atmospheric Model (HadAM3H) for the A2 scenario) to provide a detailed understanding of the regional model uncertainty. Some simulations were also made for the B2 scenario, and by using driving data from two other GCMs and from different ensemble members from the same GCM. More details are provided in, for example, Christensen et al. (2007), Déqué et al. (2005) and http://prudence.dmi.dk.

weaker than observed westerly flow from the Atlantic Ocean to northern Europe in most models (Supplementary Material Figure S11.22).

Biases in simulated precipitation vary substantially with season and location. The average simulated precipitation in NEU exceeds that observed from autumn to spring (Supplementary Material Table S11.1), but the interpretation of the difference is complicated by the observational uncertainty associated with the undercatch of, in particular, solid precipitation (e.g., Adam and Lettenmaier, 2003). In summer, most models simulate too little precipitation, particularly in the eastern parts of the area. In SEM, the area and ensemble mean precipitation is close to observations.

Regional Climate Models capture the geographical variation of temperature and precipitation in Europe better than global models but tend to simulate conditions that are too dry and warm in southeastern Europe in summer, both when driven by analysed boundary conditions (Hagemann et al., 2004) and when driven by GCM data (e.g., Jacob et al., 2007). Most but not all RCMs also overestimate the interannual variability of summer temperatures in southern and central Europe (Jacob et al., 2007; Lenderink et al., 2007; Vidale et al., 2007). The excessive temperature variability coincides with excessive interannual variability in either shortwave radiation or evaporation, or

both (Lenderink et al., 2007). A need for improvement in the modelling of soil, boundary layer and cloud processes is implied. One of the key model parameters may be the depth of the hydrological soil reservoir, which appears to be too small in many RCMs (van den Hurk et al., 2005).

The ability of RCMs to simulate climate extremes in Europe has been addressed in several studies. In the Prediction of Regional scenarios and Uncertainties for Defining European Climate change risks and Effects (PRUDENCE) simulations (Box 11.2), the biases in the tails of the temperature distribution varied substantially between models but were generally larger than the biases in average temperatures (Kjellström et al., 2007). Inspection of the individual models showed similarity between the biases in daily and interannual variability, suggesting that similar mechanisms may be affecting both.

The magnitude of precipitation extremes in RCMs is model-dependent. In a comparison of the PRUDENCE RCMs, Frei et al. (2006) find that the area-mean five-year return values of one-day precipitation in the vicinity of the European Alps vary by up to a factor of two between the models. However, except for too-low extremes in the southern parts of the area in summer, the set of models as a whole showed no systematic tendency to over- or underestimate the magnitude of the extremes when compared with gridded observations. A similar level of skill has been found in other model verification studies made for European regions (e.g., Booij, 2002; Semmler and Jacob, 2004; Fowler et al., 2005; see also Frei et al., 2003).

Evidence of model skill in simulation of wind extremes is mixed. Weisse et al. (2005) find that an RCM simulated a very realistic wind climate over the North Sea, including the number and intensity of storms, when driven by analysed boundary conditions. However, most PRUDENCE RCMs, while quite realistic over sea, severely underestimate the occurrence of very high wind speeds over land and coastal areas (Rockel and Woth, 2007). Realistic frequencies of high wind speeds were only found in the two models that used a gust parametrization to mimic the large local and temporal variability of near-surface winds over land.

### 11.3.3  Climate Projections

#### 11.3.3.1   Mean Temperature

The observed evolution of European temperatures in the 20th century, characterised by a warming trend modulated by multi-decadal variability, was well within the envelope of the MMD simulations (Figure 11.4).

In this century, the warming is projected to continue at a rate somewhat greater than its global mean, with the increase in 20-year mean temperatures (from its values in 1980 to 1999) becoming clearly discernible (as defined in Section 11.1.2) within a few decades. Under the A1B scenario, the simulated area and annual mean warming from 1980 to 1999 to 2080 to 2099 varies from 2.3°C to 5.3°C in NEU and from 2.2°C to 5.1°C in SEM. The warming in northern Europe is likely to be largest in winter and that in the Mediterranean area largest

in summer (Figure 11.5). Seasonal mean temperature changes typically vary by a factor of three among the MMD models (Table 11.1); however, the upper end of the range in NEU in DJF is reduced from 8.1°C to 6.7°C when one model with an extreme cold bias in present-day winter climate is excluded. Further details are given in Table 11.1 and Supplementary Material Figures S11.2 to S11.4.

Although changes in atmospheric circulation have a significant potential to affect temperature in Europe (e.g., Dorn et al., 2003), they are not the main cause of the projected warming (e.g., Rauthe and Paeth, 2004; Stephenson et al., 2006; van Ulden et al., 2007). A regression-based study using five of the MMD models (van Ulden and van Oldenborgh, 2006) indicated that in a region comprising mainly Germany, circulation changes enhanced the warming in most models in winter (due to an increase in westerly flow) and late summer (due to a decrease in westerly flow), but reduced the warming slightly in May and June. However, the circulation contribution to the simulated temperature changes (typically –1°C to 1.5°C depending on model and month) was generally much smaller than the total simulated warming in the late 21st century.

Despite a decrease in the North Atlantic MOC in most models (see Section 10.3), all the MMD simulations show warming in Great Britain and continental Europe, as other climatic effects of increased greenhouse gases dominate over the changes in ocean circulation. The same holds for earlier simulations with increased greenhouse gas concentrations, except for a very few (Russell and Rind, 1999; Schaeffer et al., 2004) with slight cooling along the north-western coastlines of Europe but warming over the rest of the continent. The impact of MOC changes depends on the regional details of the change, being largest if ocean convection is suppressed at high latitudes where the sea ice feedback may amplify atmospheric cooling (Schaeffer et al., 2004). Sensitivity studies using AOGCMs with an artificial shutdown of the MOC and no changes in greenhouse gas concentrations typically show a 2°C to 4°C annual mean cooling in most of Europe, with larger cooling in the extreme north-western parts (e.g., Stouffer et al., 2006).

Statistical downscaling (SD) studies tend to show a large-scale warming similar to that of dynamical models but with finer-scale regional details affected by factors such as distance from the coast and altitude (e.g., Benestad, 2005; Hanssen-Bauer et al., 2005). Comparing RCM and SD projections for Norway downscaled from the same GCM, Hanssen-Bauer et al. (2003) found the largest differences between the two approaches in winter and/or spring at locations with frequent temperature inversions in the present climate. A larger warming at these locations in the SD projections was found, consistent with increased winter wind speed in the driving GCM and reduced snow cover, both of which suppress formation of ground inversions.

### 11.3.3.2   Mean Precipitation

A south-north contrast in precipitation changes across Europe is indicated by AOGCMs, with increases in the north and decreases in the south (Figure 11.5). The annual area-mean change from 1980 to 1999 to 2080 to 2099 in the MMD-A1B projections varies from 0 to 16% in NEU and from –4 to –27% in SEM (Table 11.1). The largest increases in northern and central Europe are simulated in winter. In summer, the NEU area mean changes vary in sign between models, although most models simulate increased (decreased) precipitation north (south) of about 55°N. In SEM, the most consistent and, in percentage terms, largest decreases, occur in summer, but the area mean precipitation in the other seasons also decreases in most or all models. More detailed statistics are given in Table 11.1. Increasing evaporation makes the simulated decreases in annual precipitation minus evaporation extend a few hundred kilometres further north in central Europe than the decreases in precipitation (Supplementary Material Figure S11.1).

Both circulation changes and thermodynamic factors appear to affect the simulated seasonal cycle of precipitation changes in Europe. Applying a regression method to five of the MMD simulations, van Ulden and van Oldenborgh (2006) found that in a region comprising mainly Germany, circulation changes played a major role in all seasons. In most models, increases



**Figure 11.4.** *Temperature anomalies with respect to 1901 to 1950 for two Europe land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

in winter precipitation were enhanced by increased westerly winds, with decreases in summer precipitation largely due to more easterly and anticyclonic flow. However, differences in the simulated circulation changes among the individual models were accompanied by large differences in precipitation change, particularly in summer. The residual precipitation change varied less with season and among models, being generally positive as expected from the increased moisture transport capacity of a warmer atmosphere. In a more detailed study of one model, HadAM3P, Rowell and Jones (2006) showed that decreases in summer precipitation in continental and southeastern Europe were mainly associated with thermodynamic factors. These included reduced relative humidity resulting from larger continental warming compared to surrounding sea areas and reduced soil moisture due mainly to spring warming causing earlier snowmelt. Given the confidence in the warming patterns

driving these changes, the reliability of the simulated drying was assessed as being high.

Changes in precipitation may vary substantially on relatively small horizontal scales, particularly in areas of complex topography. Details of these variations are sensitive to changes in the atmospheric circulation, as illustrated in Figure 11.6 for two PRUDENCE simulations that only differ with respect to the driving global model. In one, an increase in westerly flow from the Atlantic Ocean (caused by a large increase in the north-south pressure gradient) is accompanied by increases of up to 70% in annual precipitation over the Scandinavian mountains. In the other, with little change in the average pressure pattern, the increase is in the range of 0 to 20%. When compared with circulation changes in the more recent MMD simulations, these two cases fall in the opposite ends of the range. Most MMD models suggest an increased north-south pressure gradient



**Figure 11.5.** *Temperature and precipitation changes over Europe from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*



**Figure 11.6.** *Simulated changes in annual mean sea level pressure (ΔSLP), precipitation (ΔPrec) and mean 10-m level wind speed (ΔWind) from the years 1961 to 1990 to the years 2071 to 2100. The results are based on the SRES A2 scenario and were produced by the same RCM (Rossby Centre regional Atmosphere-Ocean model; RCAO) using boundary data from two global models: ECHAM4/OPYC3 (top) and HadAM3H (bottom) (redrawn from Rummukainen et al., 2004).*

across northern Europe, but the change is generally smaller than in the top row of Figure 11.6.

Projections of precipitation change in Europe based on SD tend to support the large-scale picture from dynamical models (e.g., Busuioc et al., 2001; Beckmann and Buishand, 2002; Hanssen-Bauer et al., 2003, 2005; Benestad, 2005; Busuioc et al., 2006), although variations between SD methods and the dependence on the GCM data sets used (see Section 11.10.1.3) make it difficult to draw quantitative conclusions. However, some SD studies have suggested a larger small-scale variability of precipitation changes than indicated by GCM and RCM results, particularly in areas of complex topography (Hellström et al., 2001).

The decrease in precipitation together with enhanced evaporation in spring and early summer is very likely to lead to reduced summer soil moisture in the Mediterranean region and parts of central Europe (Douville et al., 2002; Wang, 2005). In northern Europe, where increased precipitation competes with earlier snowmelt and increased evaporation, the MMD models disagree on whether summer soil moisture will increase or decrease (Wang, 2005).

### 11.3.3.3   Temperature Variability and Extremes

Based on both GCM (Giorgi and Bi, 2005; Rowell, 2005; Clark et al., 2006) and RCM simulations (Schär et al., 2004; Vidale et al., 2007), interannual temperature variability is likely to increase in summer in most areas. However, the magnitude of change is uncertain, even in central Europe where the evidence for increased variability is strongest. In some PRUDENCE simulations, interannual summer temperature variability in central Europe doubled between 1961 to 1990 and 2071 to 2100 under the A2 scenario, while other simulations showed almost no change (Vidale et al., 2007). Possible reasons for the increase in temperature variability are reduced soil moisture, which reduces the capability of evaporation to damp temperature variations, and increased land-sea contrast in average summer temperature (Rowell, 2005; Lenderink et al., 2007).

Simulated increases in summer temperature variability also extend to daily time scales. Kjellström et al. (2007) analyse the PRUDENCE simulations and find that the inter-model differences in the simulated temperature change increase towards the extreme ends of the distribution. However, a general increase in summer daily temperature variability is

evident, especially in southern and central parts of Europe, with the highest maximum temperatures increasing more than the median daily maximum temperature (Supplementary Material Figure S11.23). Similarly, Shkolnik et al. (2006) report a simulated increase in summer daily time-scale temperature variability in mid-latitude western Russia. These RCM results are supported by GCM studies of Hegerl et al. (2004), Meehl and Tebaldi (2004) and Clark et al. (2006).

In contrast with summer, models project reduced temperature variability in most of Europe in winter, both on interannual (Räisänen, 2001; Räisänen et al., 2003; Giorgi et al., 2004; Giorgi and Bi, 2005; Rowell, 2005) and daily time scales (Hegerl et al., 2004; Kjellström et al., 2007). In the PRUDENCE simulations, the lowest winter minimum temperatures increased more than the median minimum temperature especially in eastern, central and northern Europe, although the magnitude of this change was strongly model-dependent (Supplementary Material Figure S11.23). The geographical patterns of the change indicate a feedback from reduced snow cover, with a large warming of the cold extremes where snow retreats but a more moderate warming in the mostly snow-free south-western Europe (Rowell, 2005; Kjellström et al., 2007).

Along with the overall warming and changes in variability, heat waves are very likely to increase in frequency, intensity and duration (Barnett et al., 2006; Clark et al., 2006; Tebaldi et al., 2006). Conversely, the number of frost days is very likely to decrease (Tebaldi et al., 2006).

### 11.3.3.4   Precipitation Variability and Extremes

In northern Europe and in central Europe in winter, where time mean precipitation is simulated to increase, high extremes of precipitation are very likely to increase in magnitude and frequency. In the Mediterranean area and in central Europe in summer, where reduced mean precipitation is projected, extreme short-term precipitation may either increase (due to the increased water vapour content of a warmer atmosphere) or decrease (due to a decreased number of precipitation days, which if acting alone would also make heavy precipitation less common). These conclusions are based on several GCM (e.g., Semenov and Bengtsson, 2002; Voss et al., 2002; Hegerl et al., 2004; Wehner, 2004; Kharin and Zwiers, 2005; Tebaldi et al., 2006) and RCM (e.g., Jones and Reid, 2001; Räisänen and Joelsson, 2001; Booij, 2002; Christensen and Christensen, 2003, 2004; Pal et al., 2004; Räisänen et al., 2004; Sánchez et al., 2004; Ekström et al., 2005; Frei et al., 2006; Gao et al., 2006a; Shkolnik et al., 2006; Beniston et al., 2007) studies. However, there is still a lot of quantitative uncertainty in the changes in both mean and extreme precipitation.

Time scale also matters. Although there are some indications of increased interannual variability, particularly in summer precipitation (Räisänen, 2002; Giorgi and Bi, 2005; Rowell, 2005), changes in the magnitude of long-term (monthly to annual) extremes are expected to follow the changes in mean precipitation more closely than are those in short-term extremes (Räisänen, 2005). On the other hand, changes in the frequency

of extremes tend to increase with increasing time scale even when this is not the case for the changes in the magnitude of extremes (Barnett et al., 2006).

Figure 11.7 illustrates the possible characteristics of precipitation change. The eight models in this PRUDENCE study (Frei et al., 2006) projected an increase in mean precipitation in winter in both southern Scandinavia and central Europe, due to both increased wet day frequency and increased mean precipitation for the wet days. In summer, a decrease in the number of wet days led to a decrease in mean precipitation, particularly in central Europe. Changes in extreme short-term precipitation were broadly similar to the change in average wet-day precipitation in winter. In summer, extreme daily precipitation increased in most models despite the decrease in mean precipitation, although the magnitude of the change was highly model-dependent. However, this study only covered the uncertainties associated with the choice of the RCM, not those associated with the driving GCM and the emissions scenario.

Much larger changes are expected in the recurrence frequency of precipitation extremes than in the magnitude of extremes (Huntingford et al., 2003; Barnett et al., 2006; Frei et al., 2006). For example, Frei et al. (2006) estimate that, in Scandinavia under the A2 scenario, the highest five-day winter precipitation totals occurring once in 5 years in 2071 to 2100 would be similar to those presently occurring once in 8 to 18 years (the range reflects variation between the PRUDENCE models). In the MMD simulations, large increases occur in the frequencies of both high winter precipitation in northern Europe and low summer precipitation in southern Europe and the Mediterranean area (Table 11.1).

The risk of drought is likely to increase in southern and central Europe. Several model studies have indicated a decrease in the number of precipitation days (e.g., Semenov and Bengtsson, 2002; Voss et al., 2002; Räisänen et al., 2003, 2004; Frei et al., 2006) and an increase in the length of the longest dry spells in this area (Voss et al., 2002; Pal et al., 2004; Beniston et al., 2007; Gao et al., 2006a; Tebaldi et al., 2006). By contrast, the same studies do not suggest major changes in dry-spell length in northern Europe.

### 11.3.3.5   Wind Speed

Confidence in future changes in windiness in Europe remains relatively low. Several model studies (e.g., Zwiers and Kharin, 1998; Knippertz et al., 2000; Leckebusch and Ulbrich, 2004; Pryor et al., 2005a; van den Hurk et al., 2006) have suggested increased average and/or extreme wind speeds in northern and/or central Europe, but some studies point in the opposite direction (e.g., Pryor et al., 2005b). The changes in both average and extreme wind speeds may be seasonally variable, but the details of this variation appear to be model-dependent (e.g., Räisänen et al., 2004; Rockel and Woth, 2007).

A key factor is the change in the large-scale atmospheric circulation (Räisänen et al., 2004; Leckebusch et al., 2006). Simulations with an increased north-south pressure gradient across northern Europe (e.g., top row of Figure 11.6) tend to



**Figure 11.7.** *Changes (ratio 2071–2100 / 1961–1990 for the A2 scenario) in domain-mean precipitation diagnostics in the PRUDENCE simulations in southern Scandinavia (5°E–20°E, 55°N–62°N) in winter (top) and in summer (bottom). fre = wet-day frequency; mea = mean seasonal precipitation; int = mean wet-day precipitation; q90 = 90th percentile of wet-day precipitation; x1d.5 and x1d.50 = 5- and 50-year return values of one-day precipitation; x5d.5 and x5d.50 = 5- and 50-year return values of five-day precipitation. For each of the eight models, the vertical bars gives the 95% confidence interval associated with sampling uncertainty (re-drawn from Frei et al., 2006). Models are the Hadley Centre Atmospheric Model (HadAM3H), the Climate High Resolution Model (CHRM), the climate version of the 'Lokalmodell' (CLM), the Hadley Centre Regional Model (HadRM3H and HadRM3P), the combination of the High-Resolution Limited Area Model (HIRLAM) and the European Centre Hamburg (ECHAM4) GCM (HIRHAM), the regional climate model REMO, and the Rossby Centre regional Atmosphere-Ocean model (RCAO).*

indicate stronger winds in northern Europe, because of both the larger time-averaged pressure gradient and a northward shift in cyclone activity. Conversely, the northward shift in cyclone activity tends to reduce windiness in the Mediterranean area. On the other hand, simulations with little change in the pressure pattern tend to show only small changes in the mean wind speed (bottom row of Figure 11.6). Most of the MMD-projected pressure changes fall between the two PRUDENCE simulations shown in Figure 11.6, which suggests that the most likely outcome for windiness might be between these two cases.

Extreme wind speeds in Europe are mostly associated with strong winter cyclones (e.g., Leckebush and Ullbrich, 2004), the occurrence of which is only indirectly related to the time-mean circulation. Nevertheless, models suggest a general similarity between the changes in average and extreme wind speeds (Knippertz et al., 2000; Räisänen et al., 2004). A caveat to this conclusion is that, even in most RCMs, the simulated

extremes of wind speed over land tend to be too low (see Section 11.3.2).

### 11.3.3.6   Mediterranean Cyclones

Several studies have suggested a decrease in the total number of cyclones in the Mediterranean Sea (Lionello et al., 2002; Vérant, 2004; Somot 2005; Leckebusch et al., 2006; Pinto et al., 2006; Ulbrich et al., 2006), but there is no agreement on whether the number of intense cyclones will increase or decrease (Lionello et al., 2002; Pinto et al., 2006).

### 11.3.3.7   Snow and Sea Ice

The overall warming is very likely to shorten the snow season in all of Europe. Snow depth is also likely to be reduced, at least in most areas, although increases in total winter precipitation may counteract the increased melting and decreased fraction of

solid precipitation associated with the warming. The changes may be large, including potentially a one-to-three month shortening of the snow season in northern Europe (Räisänen et al., 2003) and a 50 to 100% decrease in snow depth in most of Europe (Räisänen et al., 2003; Rowell, 2005) by the late 21st century. However, snow conditions in the coldest parts of Europe, such as northern Scandinavia and north-western Russia (Räisänen et al., 2003; Shkolnik et al., 2006) and the highest peaks of the Alps (Beniston et al., 2003) appear to be less sensitive to the temperature and precipitation changes projected for this century than those at lower latitudes and altitudes (see also Section 11.4.3.2, Box 11.3).

The Baltic Sea is likely to lose a large part of its seasonal ice cover during this century. Using a regional atmosphere-Baltic Sea model (Meier et al., 2004), the average winter maximum ice extent decreased by about 70% (60%) between 1961 to 1990 and 2071 to 2100 under the A2 (B2) scenario. The length of the ice season was projected to decrease by one to two months in northern parts and two to three months in the central parts. Comparable decreases in Baltic Sea ice cover were projected by earlier studies (Haapala et al., 2001; Meier, 2002).

## 11.4    Asia

**Assessment of projected climate change for Asia:**

All of Asia is very likely to warm during this century; the warming is likely to be well above the global mean in central Asia, the Tibetan Plateau and northern Asia, above the global mean in East and South Asia, and similar to the global mean in Southeast Asia. It is very likely that summer heat waves/hot spells in East Asia will be of longer duration, more intense, and more frequent. It is very likely that there will be fewer very cold days in East Asia and South Asia.

Boreal winter precipitation is very likely to increase in northern Asia and the Tibetan Plateau, and likely to increase in eastern Asia and the southern parts of Southeast Asia. Summer precipitation is likely to increase in northern Asia, East and South Asia and most of Southeast Asia, but it is likely to decrease in central Asia. An increase in the frequency of intense precipitation events in parts of South Asia, and in East Asia, is very likely.

Extreme rainfall and winds associated with tropical cyclones are likely to increase in East, Southeast and South Asia. Monsoonal flows and the tropical large-scale circulation are likely to be weakened.

While broad aspects of Asian climate change show consistency among AOGCM simulations, a number of sources of uncertainty remain. A lack of observational data in some areas limits model assessment. There has been little assessment of the projected changes in regional climatic means and extremes.

There are substantial inter-model differences in representing monsoon processes, and a lack of clarity over changes in ENSO further contributes to uncertainty about future regional monsoon and tropical cyclone behaviour. Consequently, quantitative estimates of projected precipitation change are difficult to obtain. It is likely that some local climate changes will vary significantly from regional trends due to the region's very complex topography and marine influences.

### 11.4.1    Key Processes

As monsoons are the dominant phenomena over much of Asia, the factors that influence the monsoonal flow and precipitation are of central importance for understanding climate change in this region. Precipitation is affected both by the strength of the monsoonal flows and the amount of water vapour transported. Monsoonal flows and the tropical large-scale circulation often weaken in global warming simulations (e.g., Knutson and Manabe, 1995). This arises out of an increase in dry static stability associated with the tropical warming in these models, and the reduction in adiabatic warming/cooling needed to balance a given amount of radiative cooling/condensational heating (e.g., Betts, 1998). But there is an emerging consensus that the effect of enhanced moisture convergence in a warmer, moister atmosphere dominates over any such weakening of the circulation, resulting in increased monsoonal precipitation (e.g., Douville et al., 2000; Giorgi et al., 2001a,b; Stephenson et al., 2001; Dairaku and Emori, 2006; Ueda et al., 2006).

There is an association of the phase of ENSO with the strength of the summer monsoons (Pant and Rupa Kumar, 1997), so changes in ENSO will have an impact on these monsoons. However, such an impact can be compounded by a change in the ENSO-South Asian monsoon connection under greenhouse gas warming (Krishna Kumar et al., 1999; Ashrit et al., 2001; Sarkar et al., 2004; see Section 3.7). Moreover, there is a link between Eurasian snow cover and the strength of the monsoon (see also Section 3.7), with the monsoon strengthening if snow cover retreats. Aerosols, particularly absorbing aerosols, further modify monsoonal precipitation (e.g., Ramanathan et al., 2005 for South Asia), as do modifications of vegetation cover (e.g., Chen et al., 2004 for East Asia). However, most emission scenarios suggest that future changes in regional climate are still likely to be dominated by increasing greenhouse gas forcing rather than changes in sulphate and absorbing aerosols, at least over the South Asian region.

For South Asia, the monsoon depressions and tropical cyclones generated over the Indian seas modulate the monsoon anomalies. For East Asia, the monsoonal circulations are strengthened by extratropical cyclones energised in the lee of the Tibetan Plateau and by the strong temperature gradient along the East Coast. The influence of ENSO on the position and strength of the subtropical high in the North Pacific influences both typhoons and other damaging heavy rainfall events, and has been implicated in observed inter-decadal variations in typhoon tracks (Ho et al., 2004). This suggests that the spatial structure of warming in the Pacific will be relevant for changes

in these features. The dynamics of the Meiyu-Changma-Baiu rains in the early summer, which derive from baroclinic disturbances strongly modified by latent heat release, remain poorly understood. While an increase in rainfall in the absence of circulation shifts is expected, relatively modest shifts or changes in timing can significantly affect East Chinese, Korean and Japanese climates.

Over central and Southeast Asia and the maritime continent, interannual rainfall variability is significantly affected by ENSO (e.g., McBride et al., 2003), particularly the June to November rainfall in southern and eastern parts of the Indonesian Archipelago, which is reduced in El Niño years (Aldrian and Susanto, 2003). Consequently, the pattern of ocean temperature change across the Pacific is of central importance to climate change in this region.

In central Asia, including the Tibetan Plateau, the temperature response is strongly influenced by changes in winter and spring snow cover, the isolation from maritime influences, and the spread of the larger winter arctic warming into the region. With regard to precipitation, a key issue is related to the moisture transport from the northwest by westerlies and polar fronts. How far the projected drying of the neighbouring Mediterranean penetrates into these regions is likely to be strongly dependent on accurate simulation of these moisture transport processes. The dynamics of climate change in the Tibetan Plateau are further complicated by the high altitude of this region and its complex topography with large elevation differences.

### 11.4.2 Skill of Models in Simulating Present Climate

Regional mean temperature and precipitation in the MMD models show biases when compared with observed climate (Supplementary Material Table S11.1). The multi-model mean shows a cold and wet bias in all regions and in most seasons, and the bias of the annual average temperature ranges from –2.5°C over the Tibetan Plateau (TIB) to –1.4°C over South Asia (SAS). For most regions, there is a 6°C to 7°C range in the biases from individual models with a reduced bias range in Southeast Asia (SEA) of 3.6°C. The median bias in precipitation is small (less than 10%) in Southeast Asia, South Asia, and Central Asia (CAS), larger in northern Asia and East Asia (NAS and EAS, around +23%), and very large in the Tibetan Plateau (+110%). Annual biases in individual models are in the range of –50 to +60% across all regions except the Tibetan Plateau, where some models simulate annual precipitation 2.5 times that observed and even larger seasonal biases occur in winter and spring. These global models clearly have significant problems over Tibet, due to the difficulty in simulating the effects of the dramatic topographic relief, as well as the distorted albedo feedbacks due to extensive snow cover. However, with only limited observations available, predominantly in valleys, large errors in temperature and significant underestimates of precipitation are likely.

### South Asia

Over South Asia, the summer is dominated by the southwest monsoon, which spans the four months from June to September and dominates the seasonal cycles of the climatic parameters. While most models simulate the general migration of seasonal tropical rain, the observed maximum rainfall during the monsoon season along the west coast of India, the north Bay of Bengal and adjoining northeast India is poorly simulated by many models (Lal and Harasawa, 2001; Rupa Kumar and Ashrit, 2001; Rupa Kumar et al., 2002, 2003). This is likely linked to the coarse resolution of the models, as the heavy rainfall over these regions is generally associated with the steep orography. However, the simulated annual cycles in South Asian mean precipitation and surface air temperature are reasonably close to the observed (Supplementary Material Figure S11.24). The MMD models capture the general regional features of the monsoon, such as the low rainfall amounts coupled with high variability over northwest India. However, there has not yet been sufficient analysis of whether finer details of regional significance are simulated more adequately in the MMD models.

Recent work indicates that time-slice experiments using an AGCM with prescribed SSTs, as opposed to a fully coupled system, are not able to accurately capture the South Asian monsoon response (Douville, 2005). Thus, neglecting the short-term SST feedback and variability seems to have a significant impact on the projected monsoon response to global warming, complicating the regional downscaling problem. However, May (2004a) notes that the high-resolution (about 1.5 degrees) European Centre-Hamburg (ECHAM4) GCM simulates the variability and extremes of daily rainfall (intensity as well as frequency of wet days) in good agreement with the observations (Global Precipitation Climatology Project, Huffman et al., 2001).

Three-member ensembles of baseline simulations (1961–1990) from an RCM (PRECIS) at 50 km resolution have confirmed that significant improvements in the representation of regional processes over South Asia can be achieved (Rupa Kumar et al., 2006). For example, the steep gradients in monsoon precipitation with a maximum along the western coast of India are well represented in PRECIS.

### East Asia

Simulated temperatures in most MMD models are too low in all seasons over East Asia; the mean cold bias is largest in winter and smallest in summer. Zhou and Yu (2006) show that over China, the models perform reasonably in simulating the dominant variations of the mean temperature over China, but not the spatial distributions. The annual precipitation over East Asia exceeds the observed estimates in almost all models and the rain band in the mid-latitudes is shifted northward in seasons other than summer. This bias in the placement of the rains in central China also occurred in earlier models (e.g., Zhou and Li, 2002; Gao et al., 2004). In winter, the area-mean precipitation is overestimated by more than 50% on average due to strengthening of the rain band associated with extratropical systems over South China. The bias and inter-model differences

in precipitation are smallest in summer but the northward shift of this rain band results in large discrepancies in summer rainfall distribution over Korea, Japan and adjacent seas.

Kusunoki et al. (2006) find that the simulation of the Meiyu-Changma-Baiu rains in the East Asian monsoon is improved substantially with increasing horizontal resolution. Confirming the importance of resolution, RCMs simulate more realistic climatic characteristics over East Asia than AOGCMs, whether driven by re-analyses or by AOGCMs (e.g., Ding et al., 2003; Oh et al., 2004; Fu et al., 2005; Zhang et al., 2005a, Ding et al., 2006; Sasaki et al., 2006b). Several studies reproduce the fine-scale climatology of small areas using a multiply nested RCM (Im et al., 2006) and a very-high resolution (5 km) RCM (Yasunaga et al., 2006). Gao et al. (2006b) report that simulated East Asia large-scale precipitation patterns are significantly affected by resolution, particularly during the mid- to late-monsoon months, when smaller-scale convective processes dominate.

### Southeast Asia

The broad-scale spatial distribution of temperature and precipitation in DJF and JJA averaged across the MMD models compares well with observations. Rajendran et al. (2004) examine the simulation of current climate in the MRI coupled model (see Table 8.1 for model details). Large-scale features were well simulated, but errors in the timing of peak rainfall over Indochina were considered a major shortcoming. Collier et al. (2004) assess the performance of the CCSM3 model (see Table 8.1 for model details) in simulating tropical precipitation forced by observed SST. Simulation was good over the Maritime continent compared to the simulation for other tropical regions. B. Wang et al. (2004) assess the ability of 11 AGCMs in the Asian-Australian monsoon region simulation forced with observed SST variations. They found that the models' ability to simulate observed interannual rainfall variations was poorest in the Southeast Asian portion of the domain. Since current AOGCMs continue to have some significant shortcomings in representing ENSO variability (see Section 8.4), the difficulty of projecting changes in ENSO-related rainfall in this region is compounded.

Rainfall simulation across the region at finer scales has been examined in some studies. The Commonwealth Scientific and Industrial Research Organisation (CSIRO) stretched-grid Conformal-Cubic Atmospheric Model (CCAM) at 80-km resolution shows reasonable precipitation simulation in JJA, although Indochina tended to be drier than in the observations (McGregor and Nguyen, 2003). Aldrian et al. (2004a) conducted a number of simulations with the Max-Planck Institute (MPI) regional model for an Indonesian domain, forced by reanalyses and by the ECHAM4 GCM. The model was able to represent the spatial pattern of seasonal rainfall. It was found that a resolution of at least 50 km was required to simulate rainfall seasonality correctly over Sulawesi. The formulation of a coupled regional model improves regional rainfall simulation over the oceans (Aldrian et al., 2004b). Arakawa and Kitoh (2005) demonstrate an accurate simulation of the diurnal cycle of rainfall over Indonesia with an AGCM of 20-km horizontal resolution.

### Central Asia and Tibet

Due to the complex topography and the associated mesoscale weather systems of the high-altitude and arid areas, GCMs typically perform poorly over the region. Importantly, the GCMs, and to a lesser extent RCMs, tend to overestimate the precipitation over arid and semi-arid areas in the north (e.g., Small et al., 1999; Gao et al., 2001; Elguindi and Giorgi, 2006).

Over Tibet, the few available RCM simulations generally exhibit improved performance in the simulation of present-day climate compared to GCMs (e.g., Gao et al., 2003a,b; Zhang et al., 2005b). For example, the GCM simulation of Gao et al. (2003a) overestimated the precipitation over the north-western Tibetan Plateau by a factor of five to six, while in an RCM nested in this model, the overestimate was less than a factor of two.

## 11.4.3   Climate Projections

### 11.4.3.1   Temperature

The temperature projections for the 21st century based on the MMD-A1B models (Figure 11.8 and Table 11.1) represent a strong warming over the 21st century. Warming is similar to the global mean warming in Southeast Asia (mean warming between 1980 to 1999 and 2080 to 2099 of 2.5°C). Warming greater than the global mean is projected for South Asia (3.3°C) and East Asia (3.3°C), and much more than the global mean in the continental interior of Asia (3.7°C in central Asia, 3.8°C in Tibet and 4.3°C in northern Asia). In four out of the six regions, the largest warming occurs in DJF, but in central Asia, the maximum occurs in JJA. In Southeast Asia, the warming is nearly the same throughout the year. Model-to-model variation in projected warming is typically about three-quarters of the mean warming (e.g., 2.0°C to 4.7°C for annual mean warming in South Asia). The 5 to 95% ranges based on Tebaldi et al. (2004a) suggest a slightly smaller uncertainty than the full range of the model results (Supplementary Material Table S11.2). Because the projected warming is large compared to the interannual temperature variability, a large majority of individual years and seasons in the late 21st century are likely to be extremely warm by present standards (Table 11.1). The projections of changes in mean temperature and, where available, temperature extremes, are discussed below in more detail for individual Asian regions.

### South Asia

For the A1B scenario, the MMD-A1B models show a median increase of 3.3°C (see Table 11.1) in annual mean temperature by the end of the 21st century. The median warming varies seasonally from 2.7°C in JJA to 3.6°C in DJF, and is likely to increase northward in the area, particularly in winter, and from sea to land (Figure 11.9). Studies based on earlier AOGCM simulations (Douville et al., 2000; Lal and Harasawa, 2001; Lal et al., 2001; Rupa Kumar and Ashrit, 2001; Rupa Kumar et al., 2002, 2003; Ashrit et al., 2003; May, 2004b) support this picture. The tendency of the warming to be more pronounced in



**Figure 11.8.** *Temperature anomalies with respect to 1901 to 1950 for six Asian land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

winter is also a conspicuous feature of the observed temperature trends over India (Rupa Kumar et al., 2002, 2003).

Downscaled projections using the Hadley Centre Regional Model (HadRM2) indicate future increases in extreme daily maximum and minimum temperatures throughout South Asia due to the increase in greenhouse gas concentrations. This projected increase is of the order of 2°C to 4°C in the mid-21st century under the IPCC Scenario IS92a in both minimum and maximum temperatures (Krishna Kumar et al., 2003). Results from a more recent RCM, PRECIS, indicate that the night temperatures increase faster than the day temperatures, with the implication that cold extremes are very likely to be less severe in the future (Rupa Kumar et al., 2006).

### *East Asia*

The MMD-A1B models project a median warming of 3.3°C (Table 11.1) by the end of the 21st century, which varies seasonally from 3.0°C in JJA to 3.6°C in DJF. The warming tends to be largest in winter, especially in the northern inland area (Figure 11.9), but the area-mean difference from the other

seasons is not large. There is no obvious relationship between model bias and the magnitude of the warming. The spatial pattern of larger warming over northwest EAS (Figure 11.9) is very similar to the ensemble mean of pre-MMD models. Regional Climate Model simulations show mean temperature increases similar to those simulated by AOGCMs (Gao et al., 2001, 2002; Kwon et al., 2003; Jiang, 2005; Kurihara et al., 2005; Y.L. Xu et al., 2005).

Daily maximum and minimum temperatures are very likely to increase in East Asia, resulting in more severe warm but less severe cold extremes (Gao et al., 2002; Mizuta et al., 2005; Y.L. Xu et al., 2005; Boo et al., 2006). Mizuta et al. (2005) analyse temperature-based extreme indices over Japan with a 20-km mesh AGCM and find the changes in the indices to be basically those expected from the mean temperature increase, with changes in the distribution around the mean not playing a large role. Boo et al. (2005) report similar results for Korea. Gao et al. (2002) and Y.L. Xu et al. (2005) find a reduced diurnal temperature range in China and larger increases in daily minimum than maximum temperatures.

### Southeast Asia

In the MMD-A1B simulations, the median warming for the region is 2.5°C by the end of the 21st century, with little seasonal variation (Table 11.1). Simulations by the CSIRO Division of Atmospheric Research Limited Area Model (DARLAM; McGregor et al., 1998) and more recently by the CSIRO stretched-grid model (McGregor and Dix, 2001) centred on the Indochina Peninsula (AIACC, 2004) at a resolution of 14 km have demonstrated the potential for significant local variation in warming, particularly the tendency for warming to be significantly stronger over the interior of the landmasses than over the surrounding coastal regions. A tendency for the warming to be stronger over Indochina and the larger landmasses of the archipelago is also visible in the MMD models (Figures 10.8 and 11.9). As in other regions, the magnitude of the warming depends on the forcing scenario.

### Central Asia and Tibet

In the MMD-A1B simulations, central Asia warms by a median of 3.7°C, and Tibet by 3.8°C (Table 11.1) by the end of the 21st century. The seasonal variation in the simulated warming is modest. Findings from earlier multi-model studies (Zhao et al., 2002; Xu et al., 2003a,b; Meleshko et al., 2004; Y. Xu et al., 2005) are consistent with the MMD models' results.

An RCM study by Gao et al. (2003b) indicates greater warming over the Plateau compared to surrounding areas, with the largest warming at highest altitudes, for example, over the Himalayas (see also Box 11.3). The higher temperature increase over high-altitude areas can be explained by the decrease in surface albedo associated with the melting of snow and ice (Giorgi et al., 1997). This phenomenon is found to different extents in some, although not all, of the MMD models, and it is visible in the multi-model mean changes, particularly in the winter (Figure 11.9).



**Figure 11.9.** *Temperature and precipitation changes over Asia from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*

### 11.4.3.2   Precipitation and Associated Circulation Systems

The MMD models indicate an increase in annual precipitation in most of Asia during this century, the percentage increase being largest and most consistent among models in North and East Asia (Figure 11.9 and Table 11.1). The main exception is central Asia, particularly its western parts, where most models simulate reduced precipitation in the summer. Based on these simulations, sub-continental boreal winter precipitation is very likely to increase in northern Asia and the Tibetan Plateau, and likely to increase in eastern Asia. It is also likely to increase in the southern parts of Southeast Asia. Summer precipitation is likely to increase in North, South, Southeast and East Asia, but decrease in central Asia. Probability estimates from Tebaldi et al. (2004a; see Supplementary Material Table S11.2) support these judgments.

The projected decrease in mean precipitation in central Asia is accompanied by an increase in the frequency of very dry spring, summer and autumn seasons; conversely, in winter, where models project increases in the mean precipitation, very high precipitation becomes more common (Table 11.1). The projections of changes in mean precipitation and, where available, precipitation extremes, are discussed in more detail below for individual Asian regions. Where appropriate, the connection to changes in circulation systems that bring precipitation is also discussed. Smaller (slightly larger) changes are generally projected for the B1 (A2) scenario, but the inter-scenario differences are small compared with the inter-model differences.

### South Asia

Most of the MMD-A1B models project a decrease in precipitation in DJF (the dry season), and an increase during the rest of the year. The median change is 11% by the end of the 21st century, and seasonally is –5% in DJF and 11% in JJA, with a large inter-model spread (Table 11.1). The probabilistic method of Tebaldi et al. (2004a) similarly shows a large spread, although only 3 of the 21 models project a decrease in annual precipitation. This qualitative agreement on increasing precipitation for most of the year is also supported by earlier AOGCM simulations (Lal and Harasawa, 2001; Lal et al., 2001; Rupa Kumar and Ashrit, 2001; Rupa Kumar et al., 2002, 2003; Ashrit et al., 2003; May, 2004b).

In a study with four GCMs, Douville et al. (2000) find a significant spread in the summer monsoon precipitation anomalies despite a general weakening of the monsoon circulation (see also May, 2004b). They conclude that the changes in atmospheric water content, precipitation and land surface hydrology under greenhouse forcing could be more important than the increase in the land-sea thermal gradient for the future evolution of monsoon precipitation. Stephenson et al. (2001) propose that the consequences of climate change could manifest in different ways in the physical and dynamical components of monsoon circulation. Douville et al. (2000) also argue that the weakening of the ENSO-monsoon correlation could be explained by a possible increase in precipitable water as a result of global warming, rather than by an increased land-sea thermal gradient. However, model diagnostics using ECHAM4 to investigate this aspect indicate that both the above mechanisms can play a role in monsoon changes in a greenhouse-gas warming scenario. Ashrit et al. (2001) show that the monsoon deficiency due to El Niño might not be as severe, while the favourable impact of La Niña seems to remain unchanged. In a later study using the Centre National de Recherches Météorologiques (CNRM) GCM, Ashrit et al. (2003) find that the simulated ENSO-monsoon teleconnection shows a strong modulation on multi-decadal time scales, but no systematic change with increasing amounts of greenhouse gases.

Time-slice experiments with ECHAM4 indicate a general increase in the intensity of heavy rainfall events in the future, with large increases over the Arabian Sea and the tropical Indian Ocean, in northern Pakistan and northwest India, as well as in northeast India, Bangladesh and Myanmar (May, 2004a). The HadRM2 RCM shows an overall decrease by up to 15 days in the annual number of rainy days over a large part of South Asia, under the IS92a scenario in the 2050s, but with an increase in the precipitation intensity as well as extreme precipitation (Krishna Kumar et al., 2003). Simulations with the PRECIS RCM also project substantial increases in extreme precipitation over a large area, particularly over the west coast of India and west central India (Rupa Kumar et al., 2006). Dairaku and Emori (2006) show from a high-resolution AGCM simulation (about 1.5 degrees) that the increased extreme precipitation over land in South Asia would arise mainly from dynamic effects, that is, enhanced upward motion due to the northward shift of monsoon circulation.

Based on regional HadRM2 simulations, Unnikrishnan et al. (2006) report increases in the frequency as well as intensities of tropical cyclones in the 2050s under the IS92a scenario in the Bay of Bengal, which will cause more heavy precipitation in the surrounding coastal regions of South Asia, during both southwest and northeast monsoon seasons.

### East Asia

The MMD-A1B models project an increase in precipitation in East Asia in all seasons. The median change at the end of the 21st century is +9% in the annual mean with little seasonal difference, and a large model spread in DJF (Table 11.1). In winter, this increase contrasts with a decrease in precipitation over the ocean to the southeast, where reduced precipitation corresponds well with increased mean sea level pressure. While the projections have good qualitative agreement, there remain large quantitative differences among the models, which is consistent with previous studies (e.g., Giorgi et al., 2001a; Hu et al., 2003; Min et al., 2004).

Based on the MMD models, Kimoto (2005) projects increased Meiyu-Changma-Baiu activity associated with the strengthening of anticyclonic cells to its south and north, and Kwon et al. (2005) show increased East Asia summer precipitation due to an enhanced monsoon circulation in the decaying phase of El Niño. A 20-km mesh AGCM simulation shows that Meiyu-Changma-Baiu rainfall increases over the Yangtze River valley,



**Figure 11.10.** *(a) The ensemble mean change in withdrawal date of the summer rainy season between the MMD-A1B projections in 2081 to 2100 as compared with the 1981 to 2000 period in the 20C3M simulations. A positive value indicates a later withdrawal date in the A1B scenario. Units are 5 days. (b) Fraction of the models projecting a positive difference in withdrawal date. (Kitoh and Uchiyama, 2006).*

the East China Sea and western Japan, while rainfall decreases to the north of these areas mostly due to the lengthening of the Meiyu-Changma-Baiu (Kusunoki et al., 2006). Simulations by RCMs support the results from AOGCMs. For example, Kurihara et al. (2005) show an increase in precipitation over western Japan in summer.

Kitoh and Uchiyama (2006) investigated the onset and withdrawal times of the Asian summer rainfall season in 15 MMD simulations (Figure 11.10). They find a delay in early summer rain withdrawal over the region extending from Taiwan to the Ryukyu Islands to the south of Japan, but an earlier withdrawal over the Yangtze Basin, although the latter is not significant due to large inter-model variation. Changes in onset dates are smaller.

Yasunaga et al. (2006) used a 5-km mesh cloud-resolving RCM to investigate summer rainfall in Japan. They find no changes in June rainfall but increased July rainfall in a warmer climate. The increase in July can be attributed to the more frequent large-precipitation systems.

Intense precipitation events are very likely to increase in East Asia, consistent with the historical trend in this region (Fujibé et al., 2005; Zhai et al., 2005). Kanada et al. (2005) show, using a 5-km resolution RCM, that the confluence of disturbances from the Chinese continent and from the East China Sea would

often cause extremely heavy precipitation over Japan's Kyushu Island in July in a warmer climate. An increase in the frequency and intensity of heavy precipitation events also occurs in Korea in the long RCM simulation of Boo et al. (2006). Similarly based on RCM simulations, Y.L. Xu et al. (2005) report more extreme precipitation events over China. Gao et al. (2002) find a simulated increase in the number of rainy days in northwest China, and a decrease in rain days but an increase in days with heavy rain over South China. Kitoh et al. (2005) report similar results in South China from an AOGCM simulation.

Kimoto et al. (2005) suggest that the frequencies of non-precipitating and heavy ($\geq$30 mm day$^{-1}$) rainfall days would increase significantly at the expense of relatively weak (1–20 mm day$^{-1}$) rainfall days in Japan. Mizuta et al. (2005) find significantly more days with heavy precipitation and stronger average precipitation intensity in western Japan and Hokkaido Island. Hasegawa and Emori (2005) show that daily precipitation associated with tropical cyclones over the western North Pacific would increase.

The previously noted weakening of the East Asian winter monsoon (e.g., Hu et al., 2000) is further confirmed by recent studies (e.g., Kimoto, 2005; Hori and Ueda, 2005).

### Southeast Asia

Area-mean precipitation over Southeast Asia increases in most MMD model simulations, with a median change of about 7% in all seasons (Table 11.1), but the projected seasonal changes vary strongly within the region. The seasonal confidence intervals based on the methods of Tebaldi et al. (2004a,b) are similar for DJF and JJA (roughly –4% to 17%). The strongest and most consistent increases broadly follow the ITCZ, lying over northern Indonesia and Indochina in JJA, and over southern Indonesia and Papua New Guinea in DJF (Figure 11.9). Away from the ITCZ, precipitation decreases are often simulated. The pattern is broadly one of wet season rainfall increase and dry season decrease.

Earlier studies of precipitation change in the area in some cases have suggested a worse inter-model agreement than found for the MMD models. Both Giorgi et al. (2001a) and Ruosteenoja et al. (2003) find inconsistency in the simulated direction of precipitation change in the region, but a relatively narrow range of possible changes; similar results were found over an Indonesian domain by Boer and Faqih (2004). Compositing the projections from a range of earlier simulations forced by the IS92a scenario, Hulme and Sheard (1999a,b) find a pattern of rainfall increase across northern Indonesia and the Philippines, and decrease over the southern Indonesian archipelago. More recently, Boer and Faqih (2004) compared patterns of change across Indonesia from five AOGCMS and obtained highly contrasting results. They conclude that 'no generalisation could be made on the impact of global warming on rainfall' in the region.

The regional high-resolution simulations of McGregor et al. (1998), McGregor and Dix (2001) and AIACC (2004) have demonstrated the potential for significant local variation in projected precipitation change. The simulations showed

considerable regional detail in the simulated patterns of change, but little consistency across the three simulations. The authors related this result to significant deficiencies in the current-climate simulations of the models for this region.

Rainfall variability will be affected by changes in ENSO and its effect on monsoon variability, but this is not well understood (see Section 10.3). However, as Boer and Faqih (2004) note, those parts of Indonesia that experience a mean rainfall decrease are likely to also experience increases in drought risk. The region is also likely to share the general tendency for daily extreme precipitation to become more intense under enhanced greenhouse conditions, particularly where the mean precipitation is projected to increase. This has been demonstrated in a range of global and regional studies (see Section 10.3), but needs explicit study for the Southeast Asian region.

The northern part of the Southeast Asian region will be affected by any change in tropical cyclone characteristics. As noted in Section 10.3, there is evidence in general of likely increases in tropical cyclone intensity, but less consistency about how occurrence will change (see also Walsh, 2004). The likely

## Box 11.3: Climatic Change in Mountain Regions

Although mountains differ considerably from one region to another, one common feature is the complexity of their topography. Related characteristics include rapid and systematic changes in climatic parameters, in particular temperature and precipitation, over very short distances (Becker and Bugmann, 1997); greatly enhanced direct runoff and erosion; systematic variation of other climatic (e.g., radiation) and environmental (e.g., soil types) factors. In some mountain regions, it has been shown that temperature trends and anomalies have an elevation dependence (Giorgi et al., 1997), a feature that is not, however, systematically observed in all upland areas (e.g., Vuille and Bradley, 2000, for the Andes).

Few model simulations have attempted to directly address issues related specifically to future climatic change in mountain regions, primarily because the current spatial resolution of GCMs and even RCMs is generally too crude to adequately represent the topographic detail of most mountain regions and other climate-relevant features such as land cover that are important determinants in modulating climate in the mountains (Beniston et al., 2003). High-resolution RCM simulations (5-km and 1-km grid scales) are used for specific investigations of processes such as surface runoff, infiltration, evaporation and extreme events such as precipitation (Weisman et al., 1997; Walser and Schär, 2004; Kanada et al., 2005; Yasunaga et al., 2006) and damaging wind storms (Goyette et al., 2003), but these simulations are too costly to operate in a 'climate mode'. Because of the highly complex terrain, empirical and statistical downscaling techniques have often been seen as a very valuable tool to generate climate change information for mountainous regions (e.g., Benestad, 2005; Hanssen-Bauer et al., 2005).

Projections of changes in precipitation patterns in mountains are unreliable in most GCMs because the controls of topography on precipitation are not adequately represented. In addition, it is now recognised that the superimposed effects of natural modes of climatic variability such as ENSO or the NAO can perturb mean precipitation patterns on time scales ranging from seasons to decades (Beniston and Jungo, 2001). Even though there has been progress in reproducing some of these mechanisms in coupled ocean-atmosphere models (Osborn et al., 1999), deficiencies remain and prevent a good simulation of these large-scale modes of variability (see also Section 8.4). However, several studies indicate that the higher resolution of RCMs and GCMs can represent observed mesoscale patterns of the precipitation climate that are not resolved in coarse-resolution GCMs (Frei et al., 2003; Kanada et al., 2005; Schmidli et al., 2006; Yasunaga et al., 2006).

Snow and ice, for many mountain ranges, a key component of the hydrological cycle, and the seasonal character and amount of runoff is closely linked to cryospheric processes. In temperate mountain regions, the snowpack is often close to its melting point, so that it may respond rapidly to minor changes in temperature. As warming increases in the future, regions where snowfall is the current norm will increasingly experience precipitation in the form of rain (e.g., Leung et al., 2004). For every degree celsius increase in temperature, the snow line will on average rise by about 150 m. Although the snow line is difficult to determine in the field, it is established that at lower elevations the snow line is very likely to rise by more than this simple average estimate (e.g., Martin et al., 1994; Vincent, 2002; Gerbaux et al., 2005; see also Section 4.2). Beniston et al. (2003) show that for a 4°C shift in mean winter temperatures in the European Alps, as projected by recent RCM simulations for climatic change in Europe under the A2 emissions scenario, snow duration is likely to be reduced by 50% at altitudes near 2,000 m and by 95% at levels below 1,000 m. Where some models predict an increase in winter precipitation, this increase does not compensate for the effect of changing temperature. Similar reductions in snow cover that will affect other mountain regions of the world will have a number of implications, in particular for early seasonal runoff (e.g., Beniston, 2003), and the triggering of the annual cycle of mountain vegetation (Cayan et al., 2001; Keller et al., 2005).

Because mountains are the source region for over 50% of the globe's rivers, the impacts of climatic change on mountain hydrology not only affect the mountains themselves but also populated lowland regions that depend on mountain water resources for domestic, agricultural, energy and industrial supply. Water resources for populated lowland regions are influenced by mountain climates and vegetation; shifts in intra-annual precipitation regimes could lead to critical water amounts resulting in greater flood or drought episodes (e.g., Barnett et al., 2005; Graham et al., 2007).

increase in intensity (precipitation and winds) is supported for the northwest Pacific (and other regions) by the recent modelling study of Knutson and Tuleya (2004). The high-resolution time-slice modelling experiment of Hasegawa and Emori (2005) also demonstrates an increase in tropical cyclone precipitation in the western North Pacific, but not an increase in tropical cyclone intensity. Wu and Wang (2004) examined possible changes in tracks in the northwest Pacific due to changes in steering flow in two Geophysical Fluid Dynamics Laboratory (GFDL) enhanced greenhouse gas experiments. Tracks moved more north-easterly, possibly reducing tropical cyclone frequency in the Southeast Asian region. Since most of the tropical cyclones form along the monsoon trough and are also influenced by ENSO, changes in the occurrence, intensity and characteristics of tropical cyclones and their interannual variability will be affected by changes in ENSO (see Section 10.3).

### Central Asia and Tibet

Precipitation over central Asia increases in most MMD-A1B projections for DJF but decreases in the other seasons. The median change by the end of the 21st century is –3% in the annual mean, with +4% in DJF and –13% in JJA (the dry season) (Table 11.1). This seasonal variation in the changes is broadly consistent with the earlier multi-model study of Meleshko et al. (2004), although they find an increase in summer precipitation in the northern part of the area.

Over the Tibetan Plateau, all MMD-A1B models project increased precipitation in DJF (median 19%). Most but not all models also simulate increased precipitation in the other seasons (Table 11.1). Earlier studies both by AOGCMs and RCMs are consistent with these findings (Gao et al., 2003b; Y. Xu et al., 2003a,b, 2005).

## 11.5   North America

**Assessment of projected climate change for North America:**

All of North America is very likely to warm during this century, and the annual mean warming is likely to exceed the global mean warming in most areas. In northern regions, warming is likely to be largest in winter, and in the southwest USA largest in summer. The lowest winter temperatures are likely to increase more than the average winter temperature in northern North America, and the highest summer temperatures are likely to increase more than the average summer temperature in the southwest USA.

Annual mean precipitation is very likely to increase in Canada and the northeast USA, and likely to decrease in the southwest USA. In southern Canada, precipitation is likely to increase in winter and spring, but decrease in summer.

Snow season length and snow depth are very likely to decrease in most of North America, except in the northernmost part of Canada where maximum snow depth is likely to increase.

The uncertainties in regional climate changes over North America are strongly linked to the ability of AOGCMs to reproduce the dynamical features affecting the region (Chapter 10). Atmosphere-Ocean General Circulation Models exhibit large model-to-model differences in ENSO and NAO/Arctic Oscillation (AO) responses to climate changes. Changes in the Atlantic MOC are uncertain, and thus so is the magnitude of consequent reduced warming in the extreme north-eastern part of North America; cooling here cannot be totally excluded. The Hudson Bay and Canadian Archipelago are poorly resolved by AOGCMs, contributing to uncertainty in ocean circulation and sea ice changes and their influence on the climate of northern regions. Tropical cyclones are not resolved by the MMD models and inferred changes in the frequency, intensity and tracks of disturbances making landfall in southeast regions remain uncertain. At the coarse horizontal resolution of the MMD models, high-altitude terrain is poorly resolved, which likely results in an underestimation of warming associated with snow-albedo feedback at high elevations in western regions. Little is known about the dynamical consequences of the larger warming over land than over ocean, which may affect the northward displacement and intensification of the subtropical anticyclone off the West Coast. This could affect the subtropical North Pacific eastern boundary current, the offshore Ekman transport, the upwelling and its cooling effect on SST, the persistent marine stratus clouds and thus precipitation in the southwest USA.

The uncertainty associated with RCM projections of climate change over North America remains large despite the investments made in increasing horizontal resolution. All reported RCM projections were driven by earlier AOGCMs that exhibited larger biases than the MMD models. Coordinated ensemble RCM projections over North America are not yet available, making it difficult to compare results.

### 11.5.1   Key Processes

Central and northern regions of North America are under the influence of mid-latitude cyclones. Projections by AOGCMs (Chapter 10) generally indicate a slight poleward shift in storm tracks, an increase in the number of strong cyclones but a reduction in medium-strength cyclones over Canada and poleward of 70°N. Consequent with the projected warming, the atmospheric moisture transport and convergence is projected to increase, resulting in a widespread increase in annual precipitation over most of the continent except the south and south-western part of the USA and over Mexico.

The southwest region is very arid, under the general influence of a subtropical ridge of high pressure associated with the thermal contrast between land and adjacent ocean. The North American Monsoon System develops in early July (e.g., Higgins

and Mo, 1997); the prevailing winds over the Gulf of California undergo a seasonal reversal, from northerly in winter to southerly in summer, bringing a pronounced increase in rainfall over the southwest USA and ending the late spring wet period in the Great Plains (e.g., Bordoni et al., 2004). The projection of smaller warming over the Pacific Ocean than over the continent, and amplification and northward displacement of the subtropical anticyclone, is likely to induce a decrease in annual precipitation in the south-western USA and northern Mexico.

The Great Plains Low-Level Jet (LLJ) is a dynamical feature that transports considerable moisture from the Gulf of Mexico into the central USA, playing a critical role in the summer precipitation there. Several factors, including the land-sea thermal contrast, contribute to the strength of the moisture convergence during the night and early morning, resulting in prominent nocturnal maximum precipitation in the plains of the USA (such as Nebraska and Iowa; e.g., Augustine and Caracena, 1994). The projections of climate changes indicate an increased land-sea thermal contrast in summer, with anticipated repercussions on the LLJ.

Interannual variability over North America is connected to two large-scale oscillation patterns (see Chapter 3), ENSO and the NAO/AO. The MMD model projections indicate an intensification of the polar vortex and many models project a decrease in the arctic surface pressure, which contributes to an increase in the AO/NAO index; the uncertainty is large, however, due to the diverse responses of AOGCMs in simulating the Aleutian Low (Chapter 10). The MMD model projections indicate a shift towards mean El-Niño like conditions, with the eastern Pacific warming more than the western Pacific; there is a wide range of behaviour among the current models, with no clear indication of possible changes in the amplitude or period of El Niño (Chapter 10).

## 11.5.2 Skill of Models in Simulating Present Climate

Individual AOGCMs in the MMD vary in their ability to reproduce the observed patterns of pressure, surface air temperature and precipitation over North America (Chapter 8). The ensemble mean of MMD models reproduces very well the annual-mean mean sea level pressure distribution (Section 8.4). The maximum error is of the order of ±2 hPa, with the simulated Aleutian Low pressure extending somewhat too far north, probably due to the inability of coarse-resolution models to adequately resolve the high topography of the Rocky Mountains that blocks incoming cyclones in the Gulf of Alaska. Conversely, the pressure trough over the Labrador Sea is not deep enough. The depth of the thermal low pressure over the southwest region in summer is somewhat excessive.

The MMD models simulate successfully the overall pattern of surface air temperature over North America, with reduced biases compared to those reported in the TAR. Ensemble-mean regional mean bias ranges from –4.5°C to 1.9°C for the 25th to 75th percentile range, and medians vary from –2.4°C to +0.4°C depending on region and season (Supplementary

Material Table S11.1). The ensemble mean of MMD models reproduces the overall distribution of annual mean precipitation (Supplementary Material Table S11.1), but almost all models overestimate precipitation for western and northern regions. The ensemble-mean regional mean precipitation bias medians vary from –16% to +93% depending on region and season. The ensemble-mean precipitation is excessive on the windward side of major mountain ranges, with the excess reaching 1 to 2 mm day$^{-1}$ over high terrain in the west of the continent.

Regional Climate Models are quite successful in reproducing the overall climate of North America when driven by reanalyses. Over a 10° × 10° Southern Plains region,  an ensemble of six RCMs in the North American Regional Climate Change Assessment Program (NARCCAP; Mearns et al., 2005) had 76% of all monthly temperature biases within ±2°C and 82% of all monthly precipitation biases within ±50%, based on preliminary results for a single year. RCM simulations over North America exhibit rather high sensitivity to parameters such as domain size (e.g., Juang and Hong, 2001; Pan et al., 2001; Vannitsem and Chomé, 2005) and the intensity of large-scale nudging (providing large-scale information to the interior of the model domain, see e.g., von Storch et al., 2000; Miguez-Macho et al., 2004) if used. In general, RCMs are more skilful at reproducing cold-season temperature and precipitation (e.g., Pan et al., 2001; Han and Roads, 2004; Plummer et al., 2006) because the warm-season climate is more controlled by mesoscale and convective-scale precipitation events, which are harder to simulate (Giorgi et al., 2001a; Leung et al., 2003; Liang et al., 2004; Jiao and Caya, 2006). On the other hand, Gutowski et al. (2004) find that spatial patterns of monthly precipitation for the USA, when viewed as a whole rather than broken into individual regions, are better simulated in summer than winter. Several studies point to the large sensitivity of RCMs to parametrization of moist convection, including the vertical transport of moisture from the boundary layer (Chaboureau et al., 2004; Jiao and Caya, 2006) and entrainment mixing between convective plumes and the local environment (Derbyshire et al., 2004). In a study of the simulation of the 1993 summer flood in the central USA by 13 RCMs, Anderson et al. (2003) find that all models produced a precipitation maximum that represented the flood, but most underestimated it to some degree, and 10 out of 13 of the models succeeded in reproducing the observed nocturnal maxima of precipitation. Leung et al. (2003) examined the 95th percentile of daily precipitation and find generally good agreement across many areas of the western USA.

A survey of recently published RCM current-climate simulations driven with AOGCMs data reveals that biases in surface air temperature and precipitation are two to three times larger than the simulations driven with reanalyses. The sensitivity of simulated surface air temperature to changing lateral boundary conditions from reanalyses to AOGCMs appears to be high in winter and low in summer (Han and Roads, 2004; Plummer et al., 2006). Most RCM simulations to date for North America have been made for time slices that are too short to properly sample natural variability. Some

RCMs have employed less than optimal formulations, such as outdated parametrizations (e.g., bucket land surface scheme), too few levels in the vertical (e.g., 14) or a too-low uppermost computational level (e.g., 100 hPa).

### 11.5.3   Climate Projections

#### 11.5.3.1   Surface Air Temperature

The ensemble mean of the MMD models projects a generalised warming for the entire continent with the magnitude projected to increase almost linearly with time (Figure 11.11). On an annual-mean basis, projected surface air temperature warming varies from 2°C to 3°C along the western, southern and eastern continental edges (where at least 16 out of the 21 models project a warming in excess of 2°C) up to more than 5°C in the northern region (where 16 out of the 21 AOGCMs project a warming in excess of 4°C). This warming exceeds the spread among models by a factor of three to four over most of the continent. The warming in the USA is projected to exceed 2°C by nearly all the models, and to exceed 4°C by more than 5 AOGCMs out of 21. More regional and seasonal detail on ranges of projected warming is provided in Table 11.1 and Supplementary Table S11.2.

The largest warming is projected to occur in winter over northern parts of Alaska and Canada, reaching 10°C in the northernmost parts, due to the positive feedback from a reduced period of snow cover. The ensemble-mean northern warming varies from more than 7°C in winter (nearly all AOGCMs project a warming exceeding 4°C) to as little as 2°C in summer.

In summer, ensemble-mean projected warming ranges between 3°C and 5°C over most of the continent, with smaller values near the coasts. In western, central and eastern regions, the projected warming has less seasonal variation and is more modest, especially near the coast, consistent with less warming over the oceans. The warming could be larger in winter over elevated areas as a result of snow-albedo feedback, an effect that is poorly modelled by AOGCMs due to insufficient horizontal resolution (see also Box 11.3). In winter, the northern part of the eastern region is projected to warm most while coastal areas are projected to warm by only 2°C to 3°C.

The climate change response of RCMs is sometimes different from that of the driving AOGCM. This appears to be the result of a combination of factors, including the use of different parametrizations (convection and land surface processes are particularly important over North America in summer) and resolution (different resolution may lead to differing behaviour of the same parametrization). For example, Chen et al. (2003) find that two RCMs project larger temperature changes in summer than their driving AOGCM. In contrast, the projected warming of an RCM compared to its driving AOGCM was found to be 1.5°C less in the central USA (Pan et al., 2004; Liang et al., 2006), a region where observations have shown a cooling trend in recent decades. This resulted in an area of little warming that may have been due to a changing pattern of the LLJ frequency and associated moisture convergence. It is argued that the improved simulation of the LLJ in the RCM is made possible owing to its increased horizontal and vertical resolution. However, other RCMs with similar resolution do not produce the same response.



**Figure 11.11.** *Temperature anomalies with respect to 1901 to 1950 for five North American land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*



**Figure 11.12.** *Temperature and precipitation changes over North America from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*

### 11.5.3.2   Precipitation

As a consequence of the temperature dependence of the saturation vapour pressure in the atmosphere, the projected warming is expected to be accompanied by an increase in atmospheric moisture flux and its convergence/divergence intensity. This results in a general increase in precipitation over most of the continent except the most south-westerly part (Figure 11.12). The ensemble mean of MMD models projects an increase in annual mean precipitation in the north reaching +20%, which is twice the inter-model spread, so likely significant; the projected increase reaches as much as +30% in winter. Because the increased saturation vapour pressure can also yield greater evaporation, projected increases in annual precipitation are partially offset by increases in evaporation; regions in central North America may experience net surface drying as a result (see Supplementary Material Figure S11.1). See Table 11.1 and Supplementary Table S11.2 for more

regional and seasonal details, noting that regional averaging hides important north-south differences.

In keeping with the projected northward displacement of the westerlies and the intensification of the Aleutian Low (Section 11.5.3.3), northern region precipitation is projected to increase, by the largest amount in autumn and by the largest fraction in winter. Due to the increased precipitable water, the increase in precipitation amount is likely to be larger on the windward slopes of the mountains in the west with orographic precipitation. In western regions, modest changes in annual mean precipitation are projected, but the majority of AOGCMs indicate an increase in winter and a decrease in summer. Models show greater consensus on winter increases (ensemble mean maximum of 15%) to the north and on summer decreases (ensemble mean maximum of –20%) to the south. These decreases are consistent with enhanced subsidence and flow of drier air masses in the southwest USA and northern Mexico resulting from an amplification of the subtropical anticyclone

off the West Coast due to the land-sea contrast in warming (e.g., Mote and Mantua, 2002). However, this reduction is close to the inter-model spread so it contains large uncertainty, an assessment that is reinforced by the fact that some AOGCMs project an increase in precipitation.

In central and eastern regions, projections from the MMD models show the same characteristics as in the west, with greater consensus for winter increases to the north and summer decreases to the south. The line of zero change is oriented more or less west-to-east and moves north from winter to summer. The line of zero change is also projected to lie further to the north under SRES scenarios with larger greenhouse gas amounts. However, uncertainty around the projected changes is large and the changes do not scale well across different SRES scenarios.

Govindasamy (2003) finds that, averaged over the USA, the few existing time-slice simulations with high-resolution AGCM results do not significantly differ from those obtained with AOGCMs. Available RCM simulations provide little extra information on average changes. Some RCMs project precipitation changes of different sign, either locally (Chen et al., 2003) or over the entire continental USA (Han and Roads, 2004, where in summer the AOGCM generally produced a small increase and the RCM a substantial decrease). In contrast, Plummer et al. (2006) find only small differences in precipitation responses using two sets of physical parametrizations in their RCM, despite the fact that one corrected significant summer precipitation excess present in the other.

### 11.5.3.3   Temperature and Precipitation Extremes

Several RCM studies focused particularly on changes in extreme temperature events. Bell et al. (2004) examine changes in temperature extremes in their simulations centred on California. They find increases in extreme temperature events, both as distribution percentiles and threshold events, prolonged hot spells and increased diurnal temperature range. Leung et al. (2004) examine changes in extremes in their RCM simulations of the western USA; in general, they find increases in diurnal temperature range in six sub-regions of their domain in summer. Diffenbaugh et al. (2005) find that the frequency and magnitude of extreme temperature events changes dramatically under SRES A2, with increases in extreme hot events and a decrease in extreme cold events.

In a study of precipitation extremes over California, Bell et al. (2004) find that changes in precipitation exceeding the 95th percentile followed changes in mean precipitation, with decreases in heavy precipitation in most areas. Leung et al. (2004) find that extremes in precipitation during the cold season increase in the northern Rockies, the Cascades, the Sierra Nevada and British Columbia by up to 10% for 2040 to 2060, although mean precipitation was mostly reduced, in accord with earlier studies (Giorgi et al., 2001a). In a large river basin in the Pacific Northwest, increases in rainfall over snowfall and rain-on-snow events increased extreme runoff by 11%, which would contribute to more severe flooding. In their 25-km RCM

simulations covering the entire USA, Diffenbaugh et al. (2005) find widespread increases in extreme precipitation events under SRES A2, which they determine to be significant.

### 11.5.3.4   Atmospheric Circulation

In general, the projected climate changes over North America follow the overall features of those over the NH (Chapter 10). The MMD models project a northward displacement and strengthening of the mid-latitude westerly flow, most pronounced in autumn and winter. Surface pressure is projected to decrease in the north, with a northward displacement of the Aleutian low-pressure centre and a north-westward displacement of the Labrador Sea trough, and to decrease slightly in the south. The reductions in surface pressure in the north are projected to be strongest in winter, reaching –1.5 to –3 hPa, in part as a result of the warming of the continental arctic air mass. On an annual basis, the pressure decrease in the north exceeds the spread among models by a factor of 3 on an annual-mean basis and a factor of 1.5 in summer, so it is significant. The East Pacific subtropical anticyclone is projected to intensify in summer, particularly off the coast of California and Baja California, resulting in an increased air mass subsidence and drier airflow over south-western North America. The pressure increase (less than 0.5 hPa) is small compared to the spread among models, so this projection is rather uncertain.

### 11.5.3.5   Snowpack, Snowmelt and River Flow

The ensemble mean of the MMD models projects a general decrease in snow depth (Chapter 10) as a result of delayed autumn snowfall and earlier spring snowmelt. In some regions where winter precipitation is projected to increase, the increased snowfall can more than make up for the shorter snow season and yield increased snow accumulation. Snow depth increases are projected by some GCMs over some land around the Arctic Ocean (Figure S10.1) and by some RCMs in the northernmost part of the Northwest Territories (Figure 11.13). In principle a similar situation could arise at lower latitudes at high elevations in the Rocky Mountains, although most models project a widespread decrease of snow depth there (Kim et al., 2002; Snyder et al., 2003; Leung et al., 2004; see also Box 11.3).

Much SD research activity has focused on resolving future water resources in the complex terrain of the western USA. Studies typically point to a decline in winter snowpack and hastening of the onset of snowmelt caused by regional warming (Hayhoe et al., 2004; Salathé, 2005). Comparable trends towards increased annual mean river flows and earlier spring peak flows have also been projected by two SD techniques for the Saguenay watershed in northern Québec, Canada (Dibike and Coulibaly, 2005). Such changes in the flow regime also favour increased risk of winter flooding and lower summer soil moisture and river flows. However, differences in snowpack behaviour derived from AOGCMs depend critically on the realism of downscaled winter temperature variability and its



**Figure 11.13.** *Percent snow depth changes in March (only calculated where climatological snow amounts exceed 5 mm of water equivalent), as projected by the Canadian Regional Climate Model (CRCM; Plummer et al., 2006), driven by the Canadian General Circulation Model (CGCM), for 2041 to 2070 under SRES A2 compared to 1961 to 1990.*

interplay with precipitation and snowpack accumulation and melt (Salathé, 2005). Hayhoe et al. (2004) produced a standard set of statistically downscaled temperature and precipitation scenarios for California; under both the A1F1 and B1 scenarios, they find overall declines in snowpack.

## 11.6    Central and South America

**Assessment of projected climate change for Central and South America:**

All of Central and South America is very likely to warm during this century. The annual mean warming is likely to be similar to the global mean warming in southern South America but larger than the global mean warming in the rest of the area.

Annual precipitation is likely to decrease in most of Central America, with the relatively dry boreal spring becoming drier. Annual precipitation is likely to decrease in the southern Andes, with relative precipitation changes being largest in summer. A caveat at the local scale is that changes in atmospheric circulation may induce large local variability in precipitation changes in mountainous areas. Precipitation is likely to increase in Tierra del Fuego during winter and in south-eastern South America during summer.

It is uncertain how annual and seasonal mean rainfall will change over northern South America, including

the Amazon forest. In some regions, there is qualitative consistency among the simulations (rainfall increasing in Ecuador and northern Peru, and decreasing at the northern tip of the continent and in southern northeast Brazil).

The systematic errors in simulating current mean tropical climate and its variability (Section 8.6) and the large inter-model differences in future changes in El Niño amplitude (Section10.3) preclude a conclusive assessment of the regional changes over large areas of Central and South America. Most MMD models are poor at reproducing the regional precipitation patterns in their control experiments and have a small signal-to-noise ratio, in particular over most of Amazonia (AMZ). The high and sharp Andes Mountains are unresolved in low-resolution models, affecting the assessment over much of the continent. As with all landmasses, the feedbacks from land use and land cover change are not well accommodated, and lend some degree of uncertainty. The potential for abrupt changes in biogeochemical systems in AMZ remains as a source of uncertainty (see Box 10.1). Large differences in the projected climate sensitivities in the climate models incorporating these processes and a lack of understanding of processes have been identified (Friedlingstein et al., 2003). Over Central America, tropical cyclones may become an additional source of uncertainty for regional scenarios of climate change, since the summer precipitation over this region may be affected by systematic changes in hurricane tracks and intensity.

### 11.6.1    Key Processes

Over much of Central and South America, changes in the intensity and location of tropical convection are the fundamental concern, but extratropical disturbances also play a role in Mexico's winter climate and throughout the year in southern South America. A continental barrier over Central America and along the Pacific coast in South America and the world's largest rainforest are unique geographical features that shape the climate in the area.

Climate over most of Mexico and Central America is characterised by a relatively dry winter and a well-defined rainy season from May through October (Magaña et al., 1999). The seasonal evolution of the rainy season is largely the result of air-sea interactions over the Americas' warm pools and the effects of topography over a dominant easterly flow, as well as the temporal evolution of the ITCZ. During the boreal winter, the atmospheric circulation over the Gulf of Mexico and the Caribbean Sea is dominated by the seasonal fluctuation of the Subtropical North Atlantic Anticyclone, with invasions of extratropical systems that affect mainly Mexico and the western portion of the Great Antilles.

A warm season precipitation maximum, associated with the South American Monsoon System (Vera et al., 2006), dominates the mean seasonal cycle of precipitation in tropical and subtropical latitudes over South America. Amazonia has had

increasing rainfall over the last 40 years, despite deforestation, due to global-scale water vapour convergence (Chen et al., 2001; see also Section 3.3). The future of the rainforest is not only of vital ecological importance, but also central to the future evolution of the global carbon cycle, and as a driver of regional climate change. The monsoon system is strongly influenced by ENSO (e.g., Lau and Zhou, 2003), and thus future changes in ENSO will induce complementary changes in the region. Displacements of the South Atlantic Convergence Zone have important regional impacts such as the large positive precipitation trend over the recent decades centred over southern Brazil (Liebmann et al., 2004). There are well-defined teleconnection patterns (the Pacific-South American modes, Mo and Nogués-Paegle, 2001) whose preferential excitation could help shape regional changes. The Mediterranean climate of much of Chile makes it sensitive to drying as a consequence of poleward expansion of the South Pacific subtropical high, in close analogy to other regions downstream of oceanic subtropical highs in the Southern Hemisphere (SH). South-eastern South America would experience an increase in precipitation from the same poleward storm track displacement.

### 11.6.2   Skill of Models in Simulating Present Climate

In the Central America (CAM) and AMZ regions, most models in the MMD have a cold bias of 0°C to 3°C, except in AMZ in SON (Supplementary Material Table S11.1). In southern South America (SSA) average biases are close to zero. The biases are unevenly geographically distributed (Supplementary Material Figure S11.25). The MMD mean climate shows a warm bias around 30°S (particularly in summer) and in parts of central South America (especially in SON). Over the rest of South America (central and northern Andes, eastern Brazil, Patagonia) the biases tend to be predominantly negative. The SST biases along the western coasts of South America are likely related to weakness in oceanic upwelling.

For the CAM region, the multi-model scatter in precipitation is substantial, but half of the models lie in the range of –15 to 25% in the annual mean. The largest biases occur during the boreal winter and spring seasons, when precipitation is meagre (Supplementary Material Table S11.1). For both AMZ and SSA, the ensemble annual mean climate exhibits drier than observed conditions, with about 60% of the models having a negative bias. Unfortunately, this choice of regions for averaging is particularly misleading for South America since it does not clearly bring out critical regional biases such as those related to rainfall underestimation in the Amazon and La Plata Basins (Supplementary Material Figure S11.26). Simulation of the regional climate is seriously affected by model deficiencies at low latitudes. In particular, the MMD ensemble tends to depict a relatively weak ITCZ, which extends southward of its observed position. The simulations have a systematic bias towards underestimated rainfall over the Amazon Basin. The simulated subtropical climate is typically also adversely affected by a dry bias over most of south-eastern South America and in the South Atlantic Convergence Zone, especially during the rainy season.

In contrast, rainfall along the Andes and in northeast Brazil is excessive in the ensemble mean.

Some aspects of the simulation of tropical climate with AOGCMs have improved. However, in general, the largest errors are found where the annual cycle is weakest, such as over tropical South America (see, e.g., Section 8.3). Atmospheric GCMs approximate the spatial distribution of precipitation over the tropical Americas, but they do not correctly reproduce the temporal evolution of the annual cycle in precipitation, specifically the mid-summer drought (Magaña and Caetano, 2005). Tropical cyclones are important contributors to precipitation in the region. If close to the continent, they will produce large amounts of precipitation over land, and if far from the coast, moisture divergence over the continental region enhances drier conditions.

Zhou and Lau (2002) analyse the precipitation and circulation biases in a set of six AGCMs provided by the Climate Variability and Predictability Programme (CLIVAR) Asian-Australian Monsoon AGCM Intercomparison Project (Kang et al., 2002). This model ensemble captures some large-scale features of the South American monsoon system reasonably well, including the seasonal migration of monsoon rainfall and the rainfall associated with the South America Convergence Zone. However, the South Atlantic subtropical high and the Amazonia low are too strong, whereas low-level flow tends to be too strong during austral summer and too weak during austral winter. The model ensemble captures the Pacific-South American pattern quite well, but its amplitude is generally underestimated.

Regional models are still being tested and developed for this region. Relatively few studies using RCMs for Central and South America exist, and those that do are constrained by short simulation length. Some studies (Chou et al., 2000; Nobre et al., 2001; Druyan et al., 2002) examine the skill of experimental dynamic downscaling of seasonal predictions over Brazil. Results suggest that both more realistic GCM forcing and improvements in the RCMs are needed. Seth and Rojas (2003) performed seasonal integrations driven by reanalyses, with emphasis on tropical South America. The model was able to simulate the different rainfall anomalies and large-scale circulations but, as a result of weak low-level moisture transport from the Atlantic, rainfall over the western Amazon was underestimated. Vernekar et al. (2003) follow a similar approach to study the low-level jets and report that the RCM produces better regional circulation details than does the reanalysis. However, an ensemble of four RCMs did not provide a noticeable improvement in precipitation over the driving large-scale reanalyses (Roads et al., 2003).

Other studies (Misra et al., 2003; Rojas and Seth, 2003) analyse seasonal RCM simulations driven by AGCM simulations. Relative to the AGCMs, regional models generally improve the rainfall simulation and the tropospheric circulation over both tropical and subtropical South America. However, AGCM-driven RCMs degrade compared with the reanalyses-driven integrations and they could even exacerbate the dry bias over sectors of AMZ and perpetuate the erroneous ITCZ over

the neighbouring ocean basins from the AGCMs. Menéndez et al. (2001) used a RCM driven by a stretched-grid AGCM with higher resolution over the southern mid-latitudes to simulate the winter climatology of SSA. They find that both the AGCM and the regional model have similar systematic errors but the biases are reduced in the RCM. Analogously, other RCM simulations for SSA give too little precipitation over the subtropical plains and too much over elevated terrain (e.g., Nicolini et al., 2002; Menéndez et al., 2004).

### 11.6.3  Climate Projections

#### *11.6.3.1    Temperature*

The warming as simulated by the MMD-A1B projections increases approximately linearly with time during this century, but the magnitude of the change and the inter-model range are greater over CAM and AMZ than over SSA (Figure 11.14). The annual mean warming under the A1B scenario between 1980 to 1999 and 2080 to 2099 varies in the CAM region from 1.8°C to 5.0°C, with half of the models within 2.6°C to 3.6°C and a median of 3.2°C. The corresponding numbers for AMZ are 1.8°C to 5.1°C, 2.6°C to 3.7°C and 3.3°C, and those for SSA 1.7°C to 3.9°C, 2.3°C to 3.1°C and 2.5°C (Table 11.1). The median warming is close to the global ensemble mean in SSA but about 30% above the global mean in the other two regions. As in the rest of the tropics, the signal-to-noise ratio is large for temperature, and it requires only 10 years for a 20-year mean temperature, growing at the rate of the median A1B response, to be clearly discernible above the models' internal variability.

The simulated warming is generally largest in the most continental regions, such as inner Amazonia and northern Mexico (Figure 11.15). Seasonal variation in the regional area mean warming is relatively modest, except in CAM where there is a difference of 1°C in median values between DJF and MAM (Table 11.1). The warming in central Amazonia tends to be larger in JJA than in DJF, while the reverse is true over the Altiplano where, in other words, the seasonal cycle of temperature is projected to increase (Figure 11.15). Similar results were found by Boulanger et al. (2006), who studied the regional thermal response over South America by applying a statistical method based on neural networks and Bayesian statistics to find optimal weights for a linear combination of MMD models.

For the variation of seasonal warming between the individual models, see Table 11.1. As an alternative approach to estimating uncertainty in the magnitude of the warming, the 5th and 95th percentiles for temperature change at the end of the 21st century, assessed using the method of Tebaldi et al. (2004a), are typically within ±1°C of the median value in all three of these regions (Supplementary Material Table S11.2).

#### *11.6.3.2  Precipitation*

The MMD models suggest a general decrease in precipitation over most of Central America, consistent with Neelin et al. (2006), where the median annual change by the end of the 21st







**Figure 11.14.** *Temperature anomalies with respect to 1901 to 1950 for three Central and South American land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*



**Figure 11.15.** *Temperature and precipitation changes over Central and South America from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*

century is –9% under the A1B scenario, and half of the models project area mean changes from –16 to –5%, although the full range of the projections extends from –48 to 9%. Median changes in area mean precipitation in Amazonia and southern South America are small and the variation between the models is also more modest than in Central America, but the area means hide marked regional differences (Table 11.1, Figure 11.15).

Area mean precipitation in Central America decreases in most models in all seasons. It is only in some parts of north-eastern Mexico and over the eastern Pacific, where the ITCZ forms during JJA, that increases in summer precipitation are projected (Figure 11.15). However, since tropical storms can contribute a significant fraction of the rainfall in the hurricane season in this region, these conclusions might be modified by the possibility of increased rainfall in storms not well captured by these global models. In particular, if the number of storms

does not change, Knutson and Tuleya (2004) estimate nearly a 20% increase in average precipitation rate within 100 km of the storm centre at the time of atmospheric carbon dioxide ($CO_2$) doubling.

For South America, the multi-model mean precipitation response (Figure 11.15) indicates marked regional variations. The annual mean precipitation is projected to decrease over northern South America near the Caribbean coasts, as well as over large parts of northern Brazil, Chile and Patagonia, while it is projected to increase in Colombia, Ecuador and Peru, around the equator and in south-eastern South America. The seasonal cycle modulates this mean change, especially over the Amazon Basin where monsoon precipitation increases in DJF and decreases in JJA. In other regions (e.g., Pacific coasts of northern South America, a region centered over Uruguay, Patagonia) the sign of the response is preserved throughout the seasonal cycle.

As seen in the bottom panels of Figure 11.15, most models project a wetter climate near the Rio de la Plata and drier conditions along much of the southern Andes, especially in DJF. However, when estimating the likelihood of this response, the qualitative consensus within this set of models should be weighed against the fact that most models show considerable biases in regional precipitation patterns in their control simulations.

The poleward shift of the South Pacific and South Atlantic subtropical anticyclones is a robust response across the models. Parts of Chile and Patagonia are influenced by the polar boundary of the subtropical anticyclone in the South Pacific and experience particularly strong drying because of the combination of the poleward shift in circulation and increase in moisture divergence. The strength and position of the subtropical anticyclone in the South Atlantic is known to influence the climate of south-eastern South America and the South Atlantic Convergence Zone (Robertson et al., 2003; Liebmann et al., 2004). The increase in rainfall in south-eastern South America is related to a corresponding poleward shift in the Atlantic storm track (Yin, 2005).

Some projected changes in precipitation (such as the drying over east-central Amazonia and northeast Brazil and the wetter conditions over south-eastern South America) could be a partial consequence of the El-Niño like response projected by the models (Section 10.3). The accompanying shift and alterations in the Walker Circulation would directly affect tropical South America (Cazes Boezio et al., 2003) and affect southern South America through extratropical teleconnections (Mo and Nogués-Paegle, 2001).

Although feedbacks from carbon cycle and dynamic vegetation are not included in MMD models, a number of coupled carbon cycle-climate projections have been performed since the TAR (see Sections 7.2 and 10.4.1). The initial carbon-climate simulations suggest that drying of the Amazon potentially contributes to acceleration of the rate of anthropogenic global warming by increasing atmospheric $CO_2$ (Cox et al., 2000; Friedlingstein et al., 2001; Dufresne et al., 2002; Jones et al., 2003). These models display large uncertainty in climate projections and differ in the timing and sharpness of the changes (Friedlingstein et al., 2003). Changes in $CO_2$ are related to precipitation changes in regions such as the northern Amazon (Zeng et al., 2004). In a version of the HadCM3 model with dynamic vegetation and an interactive global carbon cycle (Betts et al., 2004), a tendency to a more El Niño-like state contributes to reduced rainfall and vegetation dieback in the Amazon (Cox et al., 2004). But the version of HadCM3 participating in the MMD projects by far the largest reduction in annual rainfall over AMZ (–21% for the A1B scenario). This stresses the necessity of being very cautious in interpreting carbon cycle impacts on the regional climate and ecosystem change until there is more convergence among models on rainfall projections for the Amazon with fixed vegetation. Box 11.4 summarises some of the major issues related to regional land use/land changes in the context of climate change.

### 11.6.4   Extremes

Little research is available on extremes of temperature and precipitation for this region. Table 11.1 provides estimates on how frequently the seasonal temperature and precipitation extremes as simulated in 1980 to 1999 are exceeded in model projections using the A1B scenario. Essentially all seasons and regions are extremely warm by this criterion by the end of the century. In Central America, the projected time mean precipitation decrease is accompanied by more frequent dry extremes in all seasons. In AMZ, models project extremely wet seasons in about 27% (18%) of all DJF (MAM) seasons in the period 2080 to 2099. Significant changes are not projected in the frequency of extremely wet or dry seasons over SSA.

On the daily time scale, Hegerl et al. (2004) analyse an ensemble of simulations from two AOGCMs and find that both models simulate a temperature increase in the warmest night of the year larger than the mean response over the Amazon Basin but smaller than the mean response over parts of SSA. Concerning extreme precipitation, both models project more intense wet days per year over large parts of south-eastern South America and central Amazonia and weaker precipitation extremes over the coasts of northeast Brazil. Intensification of the rainfall amounts is consistent, given the agreement between the MMD model simulations over parts of south-eastern South America and most of AMZ but with longer periods between rainfall events, except in north-western South America, where the models project that it will rain more frequently (Meehl et al., 2005; Tebaldi et al., 2006).

## 11.7   Australia – New Zealand

**Assessment of projected climate change for Australia and New Zealand:**

All of Australia and New Zealand are very likely to warm during this century, with amplitude somewhat larger than that of the surrounding oceans, but comparable overall to the global mean warming. The warming is smaller in the south, especially in winter, with the warming in the South Island of New Zealand likely to remain smaller than the global mean. Increased frequency of extreme high daily temperatures in Australia and New Zealand, and decrease in the frequency of cold extremes is very likely.

Precipitation is likely to decrease in southern Australia in winter and spring. Precipitation is very likely to decrease in south-western Australia in winter. Precipitation is likely to increase in the west of the South Island of New Zealand. Changes in rainfall in northern and central Australia are uncertain. Extremes of daily precipitation are very likely to increase. The effect may be offset or reversed in areas of significant decrease in

## Box 11.4: Land Use and Land Cover Change Experiments Related to Climate Change

Land use and land cover change significantly affect climate at the regional and local scales (e.g., Hansen et al., 1998; Bonan, 2001; Kabat et al., 2002; Foley et al., 2005). Recent modelling studies also show that in some instances these effects can extend beyond the areas where the land cover changes occur, through climate teleconnection processes (e.g., Gaertner et al., 2001; Pielke et al., 2002; Marland et al., 2003). Changes in vegetation result in alteration of surface properties, such as albedo and roughness length, and alter the efficiency of ecosystem exchange of water, energy and $CO_2$ with the atmosphere (for more details see Section 7.2). The effects differ widely based on the type and location of the altered ecosystem. The effects of land use and land cover change on climate can also be divided into biogeochemical and biophysical effects (Brovkin et al., 1999; see Sections 7.2 and 2.5 for discussion of these effects).

The net effect of human land cover activities increases the concentration of greenhouse gases in the atmosphere, thus increasing warming (see Sections 7.2 and 10.4 for further discussion); it has been suggested that these land cover emissions have been underestimated in the future climate projections used in the SRES scenarios (Sitch, 2005). Climate models assessed in this report incorporate various aspects of the effects of land cover change including representation of the biogeochemical flux, inclusion of dynamic land use where natural vegetation shifts as climate changes, and explicit human land cover forcing. In all cases, these efforts should be considered at early stages of development (see Chapters 2 and 7, and Table 10.1 for more details on many of these aspects).

One important impact of land cover conversion, generally not simulated in GCMs, is urbanisation. Although small in aerial extent, conversion to urban land cover creates urban heat islands associated with considerable warming (Arnfield, 2003). Since much of the world population lives in urban environments (and this proportion may increase, thus expanding urban areas), many people will be exposed to climates that combine expanded urban heat island effects and increased temperature from greenhouse gas forcing (see Box 7.2 for more details on urban land use effects).

One major shift in land use, relevant historically and in the future, is conversion of forest to agriculture and agriculture back to forest. Most areas well suited to large-scale agriculture have already been converted to this land use/cover type. Yet land cover conversion to agriculture may continue in the future, especially in parts of western North America, tropical areas of south and central America and arable regions in Africa and south and central Asia (IPCC, 2001; RIVM, 2002). In the future, mid-latitude agricultural areal expansion (especially into forested areas) could possibly result in cooling that would offset a portion of the expected warming due to greenhouse gas effects alone. In contrast, reforestation may occur in eastern North America and the eastern portion of Europe. In these areas, climate effects may include local warming associated with reforestation due to decreased albedo values (Feddema et al., 2005).

Tropical land cover change results in a very different climate response compared to mid-latitude areas. Changes in plant cover and the reduced ability of the vegetation to transpire water to the atmosphere lead to temperatures that are warmer by as much as 2°C in regions of deforestation (Costa and Foley, 2000; Gedney and Valdes, 2000; De Fries et al., 2002). The decrease in transpiration acts to reduce precipitation, but this effect may be modified by changes in atmospheric moisture convergence. Most model simulations of Amazonian deforestation suggest reduced moisture convergence, which would amplify the decrease in precipitation (e.g., McGuffie et al., 1995; Costa and Foley, 2000; Avissar and Worth, 2005). However, increased precipitation and moisture convergence in Amazonia during the last few decades contrast with this expectation, suggesting that deforestation has not been the dominant driver of the observed changes (see Section 11.6).

Tropical regions also have the potential to affect climates beyond their immediate areal extent (Chase et al., 2000; Delire et al., 2001; Voldoire and Royer, 2004; Avissar and Werth, 2005; Feddema et al., 2005; Snyder, 2006). For example, changes in convection patterns can affect the Hadley Circulation and thus propagate climate perturbations into the mid-latitudes. In addition, tropical deforestation in the Amazon has been found to affect SSTs in nearby ocean locations, further amplifying teleconnections (Avissar and Werth, 2005; Feddema et al., 2005; Neelin and Su, 2005; Voldoire and Royer, 2005). However, studies also indicate that there are significantly different responses to similar land use changes in other tropical regions and that responses are typically linked to dry season conditions (Voldoire and Royer, 2004a; Feddema et al., 2005). However, tropical land cover change in Africa and southeast Asia appears to have weaker local impacts largely due to influences of the Asian and African monsoon circulation systems (Mabuchi et al., 2005a,b; Voldoire and Royer, 2005).

Several land cover change studies have explicitly assessed the potential impacts (limited to biophysical effects) associated with specific future SRES land cover change scenarios, and the interaction between land cover change and greenhouse gas forcings (De Fries et al., 2002; Maynard and Royer, 2004a; Feddema et al., 2005; Sitch et al., 2005; Voldoire, 2006). In the A2 scenario, large-scale Amazon deforestation could double the expected warming in the region (De Fries et al., 2002; Feddema et al., 2005). Lesser local impacts are expected in tropical Africa and south Asia, in part because of the difference in regional circulation patterns (Delire et al., 2001; Maynard and Royer, 2004a,b; Feddema et al., 2005; Mabuchi et al., 2005a,b). In mid-latitude regions, land-cover induced cooling could offset some of the greenhouse-gas induced warming. Feddema et al. (2005) suggest that in the B1 scenario (where reforestation occurs in many areas and there are other low-impact tropical land cover changes) there are few local tropical climate or teleconnection effects. However, in this scenario, mid-latitude reforestation could lead to additional local warming compared to greenhouse-gas forcing scenarios alone.

*(continued)*

These simulations suggest that the effects of future land cover change will be a complex interaction of local land cover change impacts combined with teleconnection effects due to land cover change elsewhere, in particular the Amazon, and areas surrounding the Indian Ocean. However, projecting the potential outcomes of future climate effects due to land cover change is difficult for two reasons. First, there is considerable uncertainty regarding how land cover will change in the future. In this context, the past may not be a good indicator of the types of land transformation that may occur in the future. For example, if land cover change becomes a part of climate change mitigation (e.g., carbon trading) then a number of additional factors that include carbon sequestration in soils and additional land cover change processes will need to be incorporated in scenario development schemes. Second, current land process models cannot simulate all the potential impacts of human land cover transformation. Such processes as adequate simulation of urban systems, agricultural systems, ecosystem disturbance regimes (e.g., fire) and soil impacts are not yet well represented.

mean rainfall (southern Australian in winter and spring). An increase in potential evaporation is likely. Increased risk of drought in southern areas of Australia is likely.

Increased mean wind speed across the Southern Island of New Zealand, particularly in winter, is likely.

Significant factors contribute to uncertainty in projected climate change for the region. The El Niño-Southern Oscillation significantly influences rainfall, drought and tropical cyclone behaviour in the region and it is uncertain how ENSO will change in the future. Monsoon rainfall simulations and projections vary substantially from model to model, thus we have little confidence in model precipitation projections for northern Australia. More broadly, across the continent summer rainfall projections vary substantially from model to model, reducing confidence in their reliability. In addition, no detailed assessment of MMD model performance over Australia or New Zealand is available, which hinders efforts to establish the reliability of projections from these models. Finally, downscaling of MMD model projections are not yet available for New Zealand but are much needed because of the strong topographical control of New Zealand rainfall.

### 11.7.1   Key Processes

Key climate processes affecting the Australian region include the Australian monsoon (the SH counterpart of the Asian monsoon), the Southeast trade wind circulation, the subtropical high-pressure belt and the mid-latitude westerly wind circulation with its embedded disturbances. The latter two systems also predominate over New Zealand. Climatic variability in Australia and New Zealand is also strongly affected by the ENSO system (McBride and Nicholls, 1983; Mullan, 1995) modulated by the Inter-decadal Pacific Oscillation (IPO; Power et al., 1999; Salinger et al., 2001). Tropical cyclones occur in the region, and are a major source of extreme rainfall and wind events in northern coastal Australia, and, more rarely, on the North Island of New Zealand (Sinclair, 2002). Rainfall patterns in New Zealand are also strongly influenced by the interaction of the predominantly westerly circulation with its very mountainous topography.

Apart from the general increase in temperature that the region will share with most other parts of the globe, details of anthropogenic climate change in the Australia-New Zealand

region will depend on the response of the Australian monsoon, tropical cyclones, the strength and latitude of the mid-latitude westerlies, and ENSO.

### 11.7.2   Skill of Models in Simulating Present Climate

There are relatively few studies of the quality of the MMD global model simulations in the Australia-New Zealand area. The ensemble mean of the MMD model simulations has a systematic low-pressure bias near 50°S at all longitudes in the SH, including the Australia-New Zealand sector, corresponding to an equatorward displacement of the mid-latitude westerlies (see Chapter 8). On average, mid-latitude storm track eddies are displaced equatorward (Yin, 2005) and deep winter troughs over southwest Western Australia are over-represented (Hope 2006a,b). How this bias might affect climate change simulations is unclear. It can be hypothesised that by spreading the effects of mid-latitude depressions too far inland, the consequences of a poleward displacement of the westerlies and the storm track might be exaggerated, but the studies needed to test this hypothesis are not yet available.

The simulated surface temperatures in the surrounding oceans are typically warmer than observed, but at most by 1°C in the composite. Despite this slight warm bias, the ensemble mean temperatures are biased cold over land, especially in winter in the southeast and southwest of the Australian continent, where the cold bias is larger than 2°C. At large scales, the precipitation also has some systematic biases (see Supplementary Material Table S11.1). Averaged across northern Australia, the median model error is 20% more precipitation than observed, but the range of biases in individual models is large (–71 to +131%). This is discouraging with regard to confidence in many of the individual models. Consistent with this, Moise et al. (2005) identify simulation of Australian monsoon rainfall as a major deficiency of many of the AOGCM simulations included in Phase 2 of the Coupled Model Intercomparison Project (CMIP2). The median annual bias in the southern Australian region is –6%, and the range of biases –59 to +36%. In most models, the northwest is too wet and the northeast and east coast too dry, and the central arid zone is insufficiently arid.

The Australasian simulations in the AOGCMs utilised in the TAR have recently been scrutinised more closely, in part as a component of a series of national and state-based climate change

projection studies (e.g., Whetton et al., 2001; Cai et al., 2003b; McInnes et al., 2003; Hennessy et al., 2004a,b; McInnes et al., 2004). Some high-resolution regional simulations were also considered in this process. The general conclusion is that large-scale features of Australian climate were quite well simulated. In winter, temperature patterns were more poorly simulated in the south where topographic variations have a stronger influence, although this was alleviated in the higher-resolution simulations. A set of the TAR AOGCM simulations was also assessed for the New Zealand region by Mullan et al. (2001a) with similar conclusions. The models were able to represent ENSO-related variability in the Pacific and the temperature and rainfall teleconnection patterns at the Pacific-wide scale, but there was considerable variation in model performance at finer scales (such as over the New Zealand region).

Decadal-scale variability patterns in the Australian region as simulated by the CSIRO AOGCM were considered by Walland et al. (2000) and found 'broadly consistent' with the observational studies of Power et al. (1998). At smaller scales, Suppiah et al. (2004) directly assessed rainfall-producing processes by comparing the simulated correlation between rainfall anomalies and pressure anomalies in Victoria against observations. They find that this link was simulated well by most models in winter and autumn, but less well in spring and summer. As a result of this, they warn that the spring and summer projected rainfall changes should be viewed as less reliable.

Pitman and McAvaney (2004) examine the sensitivity of GCM simulations of Australian climate to methods of representation of the surface energy balance. They find that the quality of the simulation of variability is strongly affected by the land surface model, but that simulation of climate means, and the changes in those means in global warming simulations, is less sensitive to the scheme employed.

Statistical downscaling methods have been employed in the Australian region and have demonstrated good performance at representing means, variability and extremes of station temperature and rainfall (Timbal and McAvaney, 2001; Charles et al., 2004; Timbal, 2004) based on broad-scale observational or climate model predictor fields. The method of Charles et al. (2004) is able to represent spatial coherence at the daily time scale in station rainfall, thus enhancing its relevance to hydrological applications.

### 11.7.3  Climate Projections

In addition to the MMD models, numerous studies have been conducted with earlier models. Recent regional average projections are provided in Giorgi et al. (2001b) and Ruosteenoja et al. (2003). The most recent national climate change projections of CSIRO (2001) were based on the results of eight AOGCMs and one higher-resolution regional simulation. The methodology (and simulations) used in these projections is described in Whetton et al. (2005) and follows closely that described for earlier projections in Whetton et al. (1996). More detailed projections for individual states and other regions have also been prepared in recent years (Whetton

et al., 2001; Cai et al., 2003b; McInnes et al., 2003, 2004; Hennessy et al., 2004a,b; IOCI, 2005). This work has focused on temperature and precipitation, with additional variables such as potential evaporation and winds being included in the more recent assessments.

A range of dynamically downscaled projections have been undertaken for Australia using the DARLAM regional model (Whetton et al., 2001) and the CCAM stretched grid model (McGregor and Dix, 2001) at resolutions of 60 km across Australia and down to 14 km for Tasmania (McGregor, 2004). These projections use forcing from recent CSIRO AOGCM projections. Downscaled projected climate change using statistical methods has also been recently undertaken for parts of Australia (e.g., Timbal and McAvaney, 2001; Charles et al., 2004; Timbal, 2004) and New Zealand (Mullan et al., 2001a; Ministry for the Environment, 2004).

#### 11.7.3.1   Mean Temperature

In both the southern and northern Australia regions, the projected MMD-A1B warming in the 21st century represents a significant acceleration of warming over that observed in the 20th century (Figure 11.16). The warming is larger than over the surrounding oceans, but only comparable to, or slightly larger than the global mean warming. Averaging over the region south of 30°S (SAU), the median 2100 warming among all of the models is 2.6°C (with an inter-quartile range of 2.4°C to 2.9°C) whereas the median warming averaged over the region north of 30°S (NAU) is 3.0°C (range of 2.8°C to 3.5°C). The seasonal cycle in the warming is weak, but with larger values (and larger spread among model projections) in summer (DJF). Across the MMD models, the warming is well correlated with the global mean warming, with a correlation coefficient of 0.79, so that more than half of the variance among models is controlled by global rather than local factors, as in many other regions. The range of responses is comparable but slightly smaller than the range in global mean temperature responses, and warming over equivalent time periods under the B1, A1B, and A2 scenarios is close to the ratios of the global mean responses. The warming varies sub-regionally, with less warming in coastal regions, Tasmania and the South Island of New Zealand, and greater warming in central and northwest Australia (see Figure 10.8).

These results are broadly (and in many details) similar to those described in earlier studies, so other aspects of these earlier studies can be assumed to remain relevant. For the CSIRO (2001) projections, pattern-scaling methods were used to provide patterns of change rescaled by the range of global warming given by IPCC (2001) for 2030 and 2070 based on the SRES scenarios. By 2030, the warming is 0.4°C to 2°C over most of Australia, with slightly less warming in some coastal areas and Tasmania, and slightly more warming in the northwest. By 2070, annual average temperatures increase by 1°C to 6°C over most of Australia with spatial variations similar to those for 2030. Dynamically downscaled mean temperature change typically does not differ very significantly from the picture based on AOGCMs (e.g., see Whetton et al., 2002).



**Figure 11.16.** *Temperature anomalies with respect to 1901 to 1950 for two Australian land regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

Projected warming over New Zealand (allowing for the IPCC (2001) range of global warming and differences in the regional results of six GCMs used for downscaling) is 0.2°C to 1.3°C by the 2030s and 0.5°C to 3.5°C by the 2080s (Ministry for the Environment, 2004).

### 11.7.3.2   Mean Precipitation

A summary of projected precipitation changes from the MMD models is presented in Figure 11.17 and Table 11.1. The most robust feature is the reduction in rainfall along the south coast in JJA (not including Tasmania) and in the annual mean, and a decrease is also strongly evident in SON. The percentage JJA change in 2100 under the A1B scenario for southern Australia has an inter-quartile range of −26 to −7% and by comparison the same range using the probabilistic method of Tebaldi et al. (2004b) is −13 to −6% (Supplemental Material Table S11.2). There are large reductions to the south of the continent in all seasons, due to the poleward movement of the westerlies and embedded depressions (Cai et al., 2003a; Yin, 2005; Chapter 10), but this reduction extends over land during

winter when the storm track is placed furthest equatorward. Due to poleward drift of the storm track as it crosses Australian longitudes, the strongest effect is in the southwest, where the ensemble mean drying is in the 15 to 20% range. Hope (2006a,b) shows a southward or longitudinal shift in storms away from south-western Australia in the MMD simulations. To the east of Australia and over New Zealand, the primary storm track is more equatorward, and the north/south drying/moistening pattern associated with the poleward displacement is shifted equatorward as well. The result is a robust projection of increased rainfall on the South Island (especially its southern half), possibly accompanied by a decrease in the north part of the North Island. The South Island increase is likely to be modulated by the strong topography (see Box 11.3) and to appear mainly upwind of the main mountain range.

Other aspects of simulated precipitation change appear less robust. On the east coast of Australia, there is a tendency in the models for an increase in rain in the summer and a decrease in winter, with a slight annual decrease. However, consistency among the models on these features is weak.

These results are broadly consistent with results based on earlier GCM simulations. In the CSIRO (2001) projections based on a range of nine simulations, projected ranges of annual average rainfall change tend towards a decrease in the southwest and south but show more mixed results elsewhere (Whetton et al., 2005). Seasonal results showed that rainfall tended to decrease in southern and eastern Australia in winter and spring, increase inland in autumn and increase along the east coast in summer. Moise et al. (2005) also find a tendency for winter rainfall decreases across southern Australia and a slight tendency for rainfall increases in eastern Australia in 18 CMIP2 simulations under a 1% $yr^{-1}$ atmospheric $CO_2$ increase.

Whetton et al. (2001) demonstrate that inclusion of high-resolution topography could reverse the simulated direction of rainfall change in parts of Victoria (see Box 11.3). In a region of strong rainfall decrease as simulated directly by the GCMs, two different downscaling methods (Charles et al., 2004; Timbal, 2004) have been applied to obtain the characteristics of rainfall change at stations (IOCI, 2002, 2005; Timbal, 2004). The downscaled results continued to show the simulated decrease, although the magnitude of the changes was moderated relative to the GCM in the Timbal (2004) study. Downscaled rainfall projections for New Zealand (incorporating differing results from some six GCMs) showed a strong variation across the islands (Ministry for the Environment, 2004). The picture that emerges is that the pattern of precipitation changes described above in the global simulations is still present, but with the precipitation changes focused on the upwind sides of the islands, with the increase in rainfall in the south concentrated in the west, and the decrease in the north concentrated in the east.

### 11.7.3.3   Snow Cover

The likelihood that precipitation will fall as snow will decrease as temperature rises. Hennessy et al. (2003) modelled snowfall and snow cover in the Australian Alps under the



**Figure 11.17.** *Temperature and precipitation changes over Australia and New Zealand from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA temperature change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Middle row: same as top, but for fractional change in precipitation. Bottom row: number of models out of 21 that project increases in precipitation.*

CSIRO (2001) projected temperature and precipitation changes and obtained very marked reductions in snow. The total alpine area with at least 30 days of snow cover decreases 14 to 54% by 2020, and 30 to 93% by 2050. Because of projected increased winter precipitation over the southern Alps, it is less clear that mountain snow will be reduced in New Zealand (Ministry for the Environment, 2004; see also Box 11.3). However, marked decreases in average snow water over New Zealand (60% by 2040 under the A1B scenario) have been simulated by Ghan and Shippert (2006) using a high-resolution sub-grid scale orography in a global model that simulates little change in precipitation.

### 11.7.3.4   Potential Evaporation

Using the method of Walsh et al. (1999), changes in potential evaporation in the Australian region have been calculated for a range of enhanced greenhouse climate model simulations (Whetton et al., 2002; Cai et al., 2003b; McInnes et al., 2003, 2004; Hennessy et al., 2004a,b). In all cases, increases in potential evaporation were simulated, and in almost all cases, the moisture balance deficit became larger. This has provided a strong indication of the Australian environment becoming drier under enhanced greenhouse conditions.

### 11.7.3.5   Temperature and Precipitation Extremes

Where the analysis has been done for Australia (e.g., Whetton et al., 2002), the effect on changes in extreme temperature due to simulated changes in variability is small relative to the effect of the change in the mean. Therefore, most regional assessments of changes in extreme temperatures have been based on adding a projected mean temperature change to each day of a

station-observed data set. Based on the CSIRO (2001) projected mean temperature change scenarios, the average number of days over 35°C each summer in Melbourne would increase from 8 at present to 9 to 12 by 2030 and 10 to 20 by 2070 (CSIRO, 2001). In Perth, such hot days would rise from 15 at present to 16 to 22 by 2030 and 18 to 39 by 2070 (CSIRO, 2001). On the other hand, cold days become much less frequent. For example, Canberra's current 44 winter days of minimum temperature below 0°C is projected to be 30 to 42 by 2030 and 6 to 38 by 2070 (CSIRO, 2001).

Changes in extremes in New Zealand have been assessed using a similar methodology and simulations (Mullan et al., 2001b). Decreases in the annual frequency of days below 0°C of 5 to 30 days by 2100 are projected for New Zealand, particularly for the lower North Island and the South Island. Increases in the annual number of days above 25°C of 10 to 50 days by 2100 are projected.

A range of GCM and regional modelling studies in recent years have identified a tendency for daily rainfall extremes to increase under enhanced greenhouse conditions in the Australian region (e.g., Hennessy et al., 1997; Whetton et al., 2002; McInnes et al., 2003; Watterson and Dix, 2003; Hennessy et al., 2004b; Suppiah et al., 2004; Kharin and Zwiers, 2005). Commonly, return periods of extreme rainfall events halve in late 21st-century simulations. This tendency can apply even when average rainfall is simulated to decrease, but not necessarily when this decrease is marked (see Timbal, 2004). Recently, Abbs (2004) dynamically downscaled to a resolution of 7 km current and enhanced greenhouse cases of extreme daily rainfall occurrence in northern New South Wales and southern Queensland as simulated by the CSIRO GCM. The downscaled extreme events for a range of return periods compared well with observations and the enhanced greenhouse simulations for 2040 showed increases of around 30% in magnitude, with the 1-in-40 year event becoming the 1-in-15 year event. Less work has been done on projected changes in rainfall extremes in New Zealand, although the recent analysis of Ministry for the Environment (2004) based on Semenov and Bengtsson (2002) indicates the potential for extreme winter rainfall (95th percentile) to change by between –6% and +40%.

Where GCMs simulate a decrease in average rainfall, it may be expected that there would be an increase in the frequency of dry extremes (droughts). Whetton and Suppiah (2003) examine simulated monthly frequencies of serious rainfall deficiency for Victoria, which show strong average rainfall decreases in most simulations considered. There is a marked increase in the frequency of rainfall deficiencies in most simulations, with doubling in some cases by 2050. Using a slightly different approach, likely increases in the frequency of drought have also been established for the states of South Australia, New South Wales and Queensland (Walsh et al., 2002; McInnes et al., 2003; Hennessy et al., 2004c). Mullan et al. (2005) show that by the 2080s in New Zealand there may be significant increases in drought frequency in the east of both islands.

### 11.7.3.6    Tropical Cyclones

A number of recent regional model-based studies of changes in tropical cyclone behaviour in the Australian region have examined aspects of number, tracks and intensities under enhanced greenhouse conditions (e.g., Walsh and Katzfey, 2000; Walsh and Ryan, 2000; Walsh et al., 2004). There is no clear picture with respect to regional changes in frequency and movement, but increases in intensity are indicated. For example, Walsh et al. (2004) obtained, under tripled $CO_2$ conditions, a 56% increase in storms with a maximum wind speed greater than 30 m s$^{-1}$. It should also be noted that ENSO fluctuations have a strong impact on patterns of tropical cyclone occurrence in the region, and therefore uncertainty with respect to future ENSO behaviour (see Section 10.3) contributes to uncertainty with respect to tropical cyclone behaviour (Walsh, 2004). See Section 10.3.6.3 for a global assessment of changes in tropical cyclone characteristics.

### 11.7.3.7    Winds

The MMD ensemble mean projected change in winter sea level pressure is shown in Figure 10.9. Much of Australia lies to the north of the centre of the high-pressure anomaly. With the mean latitude of maximum pressure near 30°S at this season, this corresponds to a modest strengthening of the mean wind over inland and northern areas and a slight weakening of the mean westerlies on the southern coast, consistent with Hennessy et al. (2004b). Studies of daily extreme winds in the region using high-resolution model output (McInnes et al., 2003) indicate increases of up to 10% across much of the northern half of Australia and the adjacent oceans during summer by 2030. In winter, the pressure gradient is projected to increase over the South Island of New Zealand (see Figure 10.9), implying increased windiness. This increase is present in all of the MMD-A1B projections.

## 11.8    Polar Regions

**Assessment of projected climate change for the polar regions:**

The Arctic is very likely to warm during this century in most areas, and the annual mean warming is very likely to exceed the global mean warming. Warming is projected to be largest in winter and smallest in summer.

Annual arctic precipitation is very likely to increase. It is very likely that the relative precipitation increase will be largest in the winter and smallest in summer.

Arctic sea ice is very likely to decrease in extent and thickness. It is uncertain how the Arctic Ocean circulation will change.

It is likely that the Antarctic will be warmer and that precipitation will increase over the continent.

It is uncertain to what extent the frequency of extreme temperature and precipitation events will change in the polar regions.

Polar climate involves large natural variability on interannual, decadal and longer time scales, which is an important source of uncertainty. The projections of the trends in the underlying teleconnections, such as the Northern Annular Mode (NAM) or ENSO, contain substantial uncertainty (see Chapter 10). Further, understanding of the polar climate system is still incomplete due to its complex atmosphere-land-cryosphere-ocean-ecosystem interactions involving a variety of distinctive feedbacks. Processes that are not particularly well represented in the models are clouds, planetary boundary layer processes and sea ice. Additionally, the resolution of global models is still not adequate to resolve important processes in the polar seas. All this contributes to a rather large range of present-day and future simulations, which may reduce confidence in the future projections. A serious problem is the lack of observations against which to assess models, and for developing process knowledge, particularly over Antarctica.

## 11.8.1 Arctic

### 11.8.1.1    Key Processes

Arctic climate is characterised by a distinctive complexity due to numerous nonlinear interactions between and within the atmosphere, cryosphere, ocean, land and ecosystems. Sea ice plays a crucial role in the arctic climate, particularly through its albedo. Reduction of ice extent leads to warming due to increased absorption of solar radiation at the surface. Substantial low-frequency variability is evident in various atmosphere and ice parameters (Polyakov et al., 2003a,b), complicating the detection and attribution of arctic changes. Natural multi-decadal variability has been suggested as partly responsible for the large warming in the 1920s to 1940s (Bengtsson et al., 2004; Johannessen et al., 2004) followed by cooling until the 1960s. In both models and observations, the interannual variability of monthly temperatures is at a maximum at high latitudes (Räisänen, 2002). Natural atmospheric patterns of variability on annual and decadal time scales play an important role in the arctic climate. Such patterns include the NAM, the NAO, the Pacific-North American (PNA) pattern and the Pacific Decadal Oscillation (PDO), which are associated with prominent arctic regional precipitation and temperature anomalies (see Box 3.4 and Section 3.6). For instance, the positive NAM/NAO phase is associated with warmer, wetter winters in Siberia and colder, drier winters in western Greenland and north-eastern Canada. The NAM/NAO showed a trend towards its positive phase over the last three to four decades, although it returned to near its long-term mean state in the last five years (see Section 3.6). In the future, global models project a positive trend in the NAO/NAM during the 21st century (see Section 10.3). There was substantial decadal-to-inter-decadal atmospheric variability in the North Pacific over the 20th century, associated with fluctuations in the strength of the winter Aleutian Low that co-vary with North Pacific SST in the PDO (see Section 3.6). A deeper and eastward-shifted Aleutian Low advects warmer and moister air into Alaska. While some studies have suggested that the Brooks Range effectively isolates arctic Alaska from much of the variability associated with North Pacific teleconnection patterns (e.g., L'Heureux et al., 2004), other studies find relationships between the Alaskan and Beaufort-Chukchi region's climate and North Pacific variability (Stone, 1997; Curtis et al., 1998; Lynch et al., 2004). Patterns of variability in the North Pacific, and their implications for climate change, are especially difficult to sort out due to the presence of several patterns (NAM, PDO, PNA) with potentially different underlying mechanisms (see Chapter 3).

### 11.8.1.2    Skill of Models in Simulating Present Climate

Many processes are still poorly understood and thus continue to pose a challenge for climate models (ACIA, 2005). In addition, evaluating simulations of the Arctic is difficult because of the uncertainty in the observations. The few available observations are sparsely distributed in space and time and different data sets often differ considerably (Serreze and Hurst, 2000; ACIA, 2005; Liu et al., 2005; Wyser and Jones, 2005). This holds especially for precipitation measurements, which are problematic in cold environments (Goodison et al., 1998; Bogdanova et al., 2002).

Few pan-arctic atmospheric RCMs are in use. When driven by analysed lateral and sea ice boundary conditions, RCMs tend to show smaller temperature and precipitation biases in the Arctic compared to GCMs, indicating that sea ice simulation biases and biases originating from lower latitudes contribute substantially to the contamination of GCM results in the Arctic (e.g., Dethloff et al., 2001; Wei et al., 2002; Lynch et al., 2003; Semmler et al., 2005). However, even under a very constrained experimental design, there can be considerable across-model scatter in RCM simulations (Tjernström et al., 2005; Rinke et al., 2006). The construction of coupled atmosphere-ice-ocean RCMs for the Arctic is a recent development (Maslanik et al., 2000; Debernard et al., 2003; Rinke et al., 2003; Mikolajewicz et al., 2005).

### Temperature

The simulated spatial patterns of the MMD ensemble mean temperatures agree closely with those of the observations throughout the annual cycle. Generally, the simulations are 1°C to 2°C colder than the European Centre for Medium-Range Weather Forecasts 40-year (ERA40) reanalyses with the exception of a cold bias maximum of 6°C to 8°C in the Barents Sea (particularly in winter/spring) caused by overestimated sea ice in this region (Chapman and Walsh, 2007; see also Section 8.3). Compared with earlier model versions, the annual temperature simulations improved in the Barents and Norwegian Seas and Sea of Okhotsk, but some deterioration is noted in the central Arctic Ocean and the high terrain areas

of Alaska and northwest Canada (Chapman and Walsh, 2007). The mean model ensemble bias is relatively small compared to the across-model scatter of temperatures. The annual mean root-mean-squared error in the individual MMD models ranges from 2°C to 7°C (Chapman and Walsh, 2007). Compared with previous models, the MMD-simulated temperatures are more consistent across the models in winter, but somewhat less so in summer. There is considerable agreement between the modelled and observed interannual variability both in magnitude and spatial pattern.

### Precipitation

The AOGCM-simulated monthly precipitation varies substantially among the models throughout the year but the MMD ensemble mean monthly means are within the range of different observational data sets. This is an improvement compared to earlier simulations (Walsh et al., 2002; ACIA, 2005), particularly from autumn to spring (Kattsov et al., 2007). The ensemble mean bias varies with season and remains greatest in spring and smallest in summer. The annual bias pattern (positive over most parts of the Arctic) can be partly attributed to coarse orography and to biased atmospheric storm tracks and sea ice cover (see Chapter 8). The MMD models capture the observed increase in the annual precipitation through the 20th century (see Section 3.3).

### Sea Ice and Ocean

Arctic sea ice biases in present-day MMD simulations are discussed in Section 8.3. Arctic ocean-sea ice RCMs under realistic atmospheric forcing are increasingly capable of reproducing the known features of the Arctic Ocean circulation and observed sea ice drift patterns. The inflow of the two branches of Atlantic origin via the Fram Strait and the Barents Sea and their subsequent passage at mid-depths in several cyclonic circulation cells are present in most recent simulations (Karcher et al., 2003; Maslowski et al., 2004; Steiner et al., 2004). Most of the models are biased towards overly salty values in the Beaufort Gyre and thus too little freshwater storage in the arctic halocline. Several potential causes have been identified, among them a biased simulation of arctic shelf processes and wind forcing. Most hindcast simulations with these RCMs show a reduction in the arctic ice volume over recent decades (Holloway and Sou, 2002).

### 11.8.1.3   Climate Projections

### Temperature

A northern high-latitude maximum in the warming ('polar amplification') is consistently found in all AOGCM simulations (see Section 10.3). The simulated annual mean arctic warming exceeds the global mean warming by roughly a factor of two in the MMD models, while the winter warming in the central arctic is a factor of four larger than the global annual mean when averaged over the models. These magnitudes are comparable to those obtained in previous studies (Holland and Bitz, 2003;

ACIA, 2005). The consistency between observations and the ensemble mean 20th-century simulations (Figure 11.18), combined with the fact that the near-future projections (2010–2029) continue the late 20th-century trends in temperature, ice extent and thickness with little modification (Serreze and Francis, 2006), increases confidence in this basic polar-amplified warming pattern, despite the inter-model differences in the amount of polar amplification.

At the end of the 21st century, the projected annual warming in the Arctic is 5°C, estimated by the MMD-A1B ensemble mean projection (Section 11.8.2.3, Figure 11.21). There is a considerable across-model range of 2.8°C to 7.8°C (Table 11.1). Larger (smaller) mean warming is found for the A2 (B1) scenario of 5.9°C (3.4°C), with a proportional across-model range. The across-model and across-scenario variability in the projected temperatures are both considerable and of comparable amplitude (Chapman and Walsh, 2007).



**Figure 11.18.** *Top panels: Temperature anomalies with respect to 1901 to 1950 for the whole Arctic for 1906 to 2005 (black line) as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. Bottom panels: The same for Antarctic land, but with observations for 1936 to 2005 and anomalies calculated with respect to 1951 to 2000. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

Over both ocean and land, the largest (smallest) warming is projected in winter (summer) (Table 11.1, Figure 11.19). But the seasonal amplitude of the temperature change is much larger over ocean than over land due the presence of melting sea ice in summer keeping the temperatures close to the freezing point. The surface air temperature over the Arctic Ocean region is generally warmed more than over arctic land areas (except in summer). The range between the individual simulated changes remains large (Figure 11.19, Table 11.1). By the end of the century, the mean warming ranges from 4.3°C to 11.4°C in winter, and from 1.2°C to 5.3°C in summer under the A1B scenario. The corresponding 5 to 95% confidence intervals are given in Supplementary Material Table S11.2. In addition to the overall differences in global warming, difficulties in simulating sea ice, partly related to biases in the surface wind fields, as well as deficiencies in cloud schemes, are likely responsible for much of the inter-model scatter. Internal variability plays a secondary role when examining these late-21st century responses.

The annual mean temperature response pattern at the end of the 21st century under the A1B scenario (Supplementary Material Figures S11.27 and S11.11) is characterised by a robust and large warming over the central Arctic Ocean (5°C to 7°C), dominated by the warming in winter/autumn associated with the reduced sea ice. The maximum warming is projected over the Barents Sea, although this could result from an overestimated albedo feedback caused by removal of the present-day simulations' excessive sea ice cover. A region of reduced warming (<2°C, even slight cooling in several models) is projected over the northern North Atlantic, which is consistent among the models. This is due to weakening of the MOC (see Section 10.3).

While the natural variability in arctic temperatures is large compared to other regions, the signals are still large enough to emerge quickly from the noise (Table 11.1). Looking more locally, as described by Chapman and Walsh (2007), Alaska is perhaps the land region with the smallest signal-to-noise ratio, and is the only arctic region in which the 20-year mean 2010 to 2029 temperature is not clearly discernible from the 1981 to 2000 mean in the MMD models. But even here the signal is clear by mid-century in all three scenarios.

The regional temperature responses are modified by changes in circulation patterns (Chapter 10). In winter, shifts in NAO phase can induce inter-decadal temperature variations of up to 5°C in the eastern Arctic (Dorn et al., 2003). The MMD models project winter circulation changes consistent with an increasingly positive NAM/NAO (see Section 10.3), which acts to enhance the warming in Eurasia and western North America. In summer, circulation changes are projected to favour warm anomalies north of Scandinavia and extending into the eastern Arctic, with cold anomalies over much of Alaska (Cassano et al., 2006). However, deficiencies in the arctic summer synoptic activity in these models reduce confidence in the detailed spatial structure. In addition, these circulation-induced temperature changes are not large enough to change the relatively uniform summer warming seen in the MMD models

The patterns of temperature changes simulated by RCMs are quite similar to those simulated by GCMs. However, they show an increased warming along the sea ice margin possibly due to a better description of the mesoscale weather systems and air-sea fluxes associated with the ice edge (ACIA, 2005). The warming over most of the central Arctic and Siberia, particularly in summer, tends to be lower in RCM simulations (by up to 2°C) probably due to more realistic present-day snowpack simulations (ACIA, 2005). The warming is modulated by the topographical height, snow cover and associated albedo feedback as shown for the region of northern Canada and Alaska (see Section 11.5.3).



Arctic (60N–90N), SRESA1B vs 20C3M

**Figure 11.19.** *Annual cycle of arctic area mean temperature and percentage precipitation changes (averaged over the area north of 60°N) for 2080 to 2099 minus 1980 to 1999, under the A1B scenario. Thick lines represent the ensemble median of the 21 MMD models. The dark grey area represents the 25 and 75% quartile values among the 21 models, while the light grey area shows the total range of the models.*



**Figure 11.20.** *Relationship between the change in annual precipitation (%) and temperature (°C) (2080–2099 minus 1980–1999) in the Arctic (averaged over the area north of 60°N) in the MMD-A1B projections. Each point represents one model. The model ensemble mean response is indicated by the circle.*

### Precipitation

The MMD simulations show a general increase in precipitation over the Arctic at the end of the 21st century (Table 11.1; Supplementary Material Figure S11.28). The precipitation increase is robust among the models (Table 11.1; Supplementary Material Figure S11.19) and qualitatively well understood, attributed to the projected warming and related increased moisture convergence (Section 10.3). The very strong correlation between the temperature and precipitation changes (approximately a 5% precipitation increase per degree celsius warming) across the model ensemble is worth noting (Figure 11.20). Thus, both the sign and the magnitude (per degree warming) of the percentage precipitation change are robust among the models.

The spatial pattern of the projected change (Supplementary Material Figure S11.28) shows the greatest percentage increase over the Arctic Ocean (30 to 40%) and smallest (and even slight decrease) over the northern North Atlantic (<5%). By the end of the 21st century, the projected change in the annual mean arctic precipitation varies from 10 to 28%, with an MMD-A1B ensemble median of 18% (Table 11.1). Larger (smaller) mean precipitation increases are found for the A2 (B1) scenario with 22% (13%). The percentage precipitation increase is largest in winter and smallest in summer, consistent with the projected warming (Figure 11.19; Table 11.1). The across-model scatter of the precipitation projections is substantial (Figure 11.19; Table 11.1). The Tebaldi et al. (2004a) 5th to 95th percentile confidence interval of percentage precipitation change in winter is 13 to 36% and in summer 5 to 19% (Supplementary Material Table S11.2).

Differences between the projections for different scenarios are small in the first half of the 21st century but increase later.

Differences among the models increase rapidly as the spatial domain becomes smaller (ACIA, 2005). The geographical variation of precipitation changes is determined largely by changes in the synoptic circulation patterns. During winter, the MMD models project a decreased (increased) frequency of strong Arctic high (Icelandic low) pressure patterns that favour precipitation increases along the Canadian west coast, southeast Alaska and North Atlantic extending into Scandinavia (Cassano et al., 2006). Projections with RCMs support the broad-scale messages while adding expected local and regional detail (ACIA, 2005).

By the end of the 21st century, the MMD-A1B ensemble-projected precipitation increase is significant (Table 11.1), particularly the annual and cold season (winter/autumn) precipitation. However, local precipitation changes in some regions and seasons (particularly in the Atlantic sector and generally in summer) remain difficult to discern from natural variability (ACIA, 2005).

### Extremes of Temperature and Precipitation

Very little work has been done in analysing future changes in extreme events in the Arctic. However, the MMD simulations indicate that the increase in mean temperature and precipitation will be combined with an increase in the frequency of very warm and wet winters and summers. Using the definition of extreme season in Section 11.1.2, every DJF and JJA season, in all model projections, is 'extremely' warm in the period 2080 to 2099 (Table 11.1). The corresponding numbers for extremely wet seasons are 90 and 85% for DJF and JJA. For the other scenarios, the frequency of extremes is very similar, except that for the wet seasons under B1, which is smaller (~63%).

### Cryosphere

Northern Hemisphere sea ice, snow and permafrost projections are discussed in Section 10.3; projected changes in the surface mass balance of arctic glaciers and of the Greenland Ice Sheet are discussed in Sections 10.3 and 10.7.

### Arctic Ocean

A systematic analysis of future projections for the Arctic Ocean circulation is still lacking. Coarse resolution in global models prevents the proper representation of local processes that are of global importance (such as the convection in the Greenland Sea that affects the deep waters in the Arctic Ocean and the intermediate waters that form overflow waters). The MMD models project a reduction in the MOC in the Atlantic Ocean (see Section 10.3). Correspondingly, the northward oceanic heat transport decreases south of 60°N in the Atlantic. However, the CMIP2 model assessment showed a projected increase in the oceanic heat transport at higher latitudes, associated with a stronger subarctic gyre circulation in the models (Holland and Bitz, 2003). The Atlantic Ocean north of 60°N freshens during the 21st century, in pronounced contrast to the observed development in the late 20th century (Wu et al., 2003).

## 11.8.2  Antarctic

### 11.8.2.1   Key Processes

Over Antarctica, there is special interest in changes in snow accumulation expected to accompany global climate change as well as the pattern of temperature change, particularly any differences in warming over the peninsula and the interior of the ice sheet. As in the Arctic, warming of the troposphere is expected to increase precipitation. However, circulation changes in both ocean and atmosphere can alter the pattern of air masses, which would modify both precipitation and temperature patterns substantially over the region.

The dominant patterns controlling the atmospheric seasonal-to-interannual variability of the SH extratropics are the Southern Annular Mode (SAM) and ENSO (see Section 3.6). Signatures of these patterns in the Antarctic have been revealed in many studies (reviews by Carleton, 2003 and Turner, 2004). The positive phase of the SAM is associated with cold anomalies over most of Antarctica and warm anomalies over the Antarctic Peninsula (Kwok and Comiso, 2002a). Over recent decades, a drift towards the positive phase in the SAM is evident (see Section 3.6). Observational studies have presented evidence of pronounced warming over the Antarctic Peninsula, but little change over the rest of the continent during the last half of the 20th century (see Sections 3.6 and 4.6). The response of the SAM in transient warming simulations is a robust positive trend, but the response to the ozone hole in the late 20th century, which is also a positive perturbation to the SAM, makes any simple extrapolation of current trends into the future uncertain (see Section 10.3).

Compared to the SAM, the Southern Oscillation (SO) shows weaker association with surface temperature over Antarctica but the correlation with SST and sea ice variability in the Pacific sector of the Southern Ocean is significant (e.g., Kwok and Comiso, 2002b; Renwick, 2002; Bertler et al., 2004; Yuan, 2004). Correlation between the SO index and antarctic precipitation and accumulation has also been studied but the persistence of the signal is not clear (Bromwich et al., 2000, 2004a; Genthon and Cosme, 2003; Guo et al., 2004; Genthon et al., 2005). Recent work suggests that this intermittence is due to nonlinear interactions between ENSO and SAM that vary on decadal time scales (Fogt and Bromwich, 2006; L'Heureux and Thompson, 2006). The SO index has a negative trend over recent decades (corresponding to a tendency towards more El Niño-like conditions in the equatorial Pacific; see Section 3.6) associated with sea ice cover anomalies in the Pacific sector, namely negative (positive) anomalies in the Ross and Amundsen Seas (Bellingshausen and Weddell Seas) (Kwok and Comiso, 2002a). However, a definitive assessment of ENSO amplitude and frequency changes in the 21st century cannot be made (see Chapter 10).

### 11.8.2.2   Skill of Models in Simulating Present Climate

Evaluating temperature and precipitation simulations over Antarctica is difficult due to sparse observations and often relies on numerical weather prediction (re)analyses. However, significant differences between those have been found, and comparisons with station observations show that the surface temperature can be subject to considerable biases (Connolley and Harangozo, 2001; Bromwich and Fogt, 2004). Marked improvement in the bias is seen after the satellite era (~1978) (Simmons et al., 2004), and parts of the bias are explained by the reanalyses' smoothing of the sharp changes in the terrain near coastal stations. Satellite-derived monthly surface temperatures agree with antarctic station data with an accuracy of 3°C (Comiso, 2000). Precipitation evaluation is even more challenging and the different (re)analyses differ significantly (Connolley and Harangozo, 2001; Zou et al., 2004). Very few direct precipitation gauge and detailed snow accumulation data are available, and these are uncertain to varying degrees (see Section 4.6).

Major challenges face the simulation of the atmospheric conditions and precipitation patterns of the polar desert in the high interior of East Antarctica (Guo et al., 2003; Bromwich et al., 2004a; Pavolonis et al., 2004; Van de Berg et al., 2005). Driven by analysed boundary conditions, RCMs tend to show smaller temperature and precipitation biases in the Antarctic compared to the GCMs (Bailey and Lynch, 2000; Van Lipzig et al., 2002a,b; Van den Broeke and Van Lipzig, 2003; Bromwich et al., 2004b; Monaghan et al., 2006). Krinner et al. (1997) show the value of a stretched model grid with higher horizontal resolution over the Antarctic as compared to standard GCM formulations. Despite these promising developments, since the TAR there has been no coordinated comparison of the performance of GCMs, RCMs and other alternatives to global GCMs over Antarctica.

### Temperature

Compared to National Centers for Environmental Prediction (NCEP) reanalyses, the MMD ensemble annual surface temperatures are in general slightly warmer in the Southern Ocean to the north of the sea ice region. The mean bias is predominantly less than 2°C (Carril et al., 2005), which may indicate a slight improvement compared to previous models due to better simulation of the position and depth of the Antarctic trough (Carril et al., 2005; Raphael and Holland, 2006). The temperature bias over sea ice is larger. Biases over the continent are several degrees where the model topography is erroneous (Turner et al., 2006). However, as emphasized above, the biases have to be viewed in the context of the uncertainty in the observations. Changes in cloud and radiation parametrizations have been shown to change the temperature simulation significantly (Hines et al., 2004). A lateral nudging of a stretched-grid GCM (imposing the correct synoptic cyclones from 60°S and lower latitudes) brings the model in better agreement with observations but significant biases remain (Genthon et al., 2002).

The spread in the individual MMD-simulated patterns of surface temperature trends over the past 50 years is very large, but in contrast to previous models, the multi-model composite of the MMD models qualitatively captures the observed enhanced warming trend over the Antarctic Peninsula (Chapman and Walsh, 2006). The general improvements in resolution, sea ice models and cloud-radiation packages have evidently contributed to improved simulations. The ensemble-mean temperature trends show similarity to the observed spatial pattern of the warming, for both annual and seasonal trends. For the annual trend, this includes the warming of the peninsula and near-coastal Antarctica and neutral or slight cooling over the sea-ice covered regions of the Southern Ocean. While the large spread among the models is not encouraging, this level of agreement suggests that some confidence in the ensemble mean 21st-century projection is appropriate.

### Precipitation

The MMD models simulate the position of the storm tracks reasonably well but nearly all show some deficiency in the distribution and level of cyclone activity compared to reanalyses (see Section 8.3). Regional Climate Models generally capture the cyclonic events affecting the coast and the associated synoptic variability of precipitation with more fidelity (Adams, 2004; Bromwich et al., 2004a). Over the 20th century, the MMD models simulate changes in storm track position that are generally consistent with observed changes (i.e., poleward displacement of the storm tracks; see Sections 9.5 and 10.3).

The precipitation simulations by both GCMs and RCMs contain uncertainty, on all time scales (Covey et al., 2003; Bromwich et al., 2004a,b; Van de Berg et al., 2005), as a result of model physics limitations. All atmospheric models, including the models underlying the reanalyses, have incomplete parametrizations of polar cloud microphysics and ice crystal precipitation. The simulated precipitation depends, among other things, on the simulated sea ice concentrations, and is strongly affected by biases in the sea ice simulations (Weatherly, 2004). Recent RCM simulations driven by observed sea ice conditions demonstrate good precipitation skill (Van de Berg et al., 2005; Monaghan et al., 2006). However, as emphasized above, the observational uncertainty contributes to uncertainty in the differences between observations and simulations.

### Sea Ice

The performance biases of SH sea ice conditions in present-day MMD simulations are discussed in Section 8.3.

### 11.8.2.3   Climate Projections

Very little effort has been spent to model the future climate of Antarctica at a spatial scale finer than that of GCMs.

### Temperature

At the end of the 21st century, the annual warming over the Antarctic continent is moderate but significant (Figure 11.21;



**Figure 11.21.** *Annual surface temperature change between 1980 to 1999 and 2080 to 2099 in the Arctic and Antarctic from the MMD-A1B projections.*

Table 11.1; Chapman and Walsh, 2006). It is estimated to be 2.6°C by the median of the MMD-A1B models with a range from 1.4°C to 5.0°C across the models (Table 11.1). Larger (smaller) warming is found for the A2 (B1) scenario with mean value of 3.1°C (1.8°C). These warming magnitudes are similar to previous estimates (Covey et al., 2003). The annual mean MMD model projections show a relatively uniform warming over the entire continent (with a maximum in the Weddell Sea) (Figure 11.21; Carril et al., 2005; Chapman and Walsh, 2006). They do not show a local maximum warming over the Antarctic Peninsula. This is a robust feature among the individual models (Supplementary Material Figure S11.12). Thus, the pattern of observed temperature trends in the last half of the 20th century (warming over the Antarctic Peninsula, little change over the rest of the continent) is not projected to continue throughout the 21st century, despite a projected positive SAM trend (see

Section 10.3). It has been argued that two distinct factors have contributed to the observed SAM trend: greenhouse gas forcing and the ozone hole formation (Stone et al., 2001; Shindell and Schmidt, 2004). Their relative importance for the peninsular warming is not readily understood (see Chapter 10).

The mean antarctic temperature change does not show a strong seasonal dependency; the MMD-A1B ensemble mean winter (summer) warming is 2.8°C (2.6°C) (Table 11.1; Supplementary Material Figure S11.29; Chapman and Walsh, 2006). This is also illustrated by how close the Tebaldi et al. (2004a) 5 to 95% confidence interval for the two seasons is: 0.1°C to 5.7°C in summer and 1.0°C to 4.8°C in winter (Supplementary Material Table S11.2). However, over the Southern Oceans, the temperature change is larger in winter/autumn than in summer/spring, which can primarily be attributed to sea ice retreat (see Section 10.3).

*Precipitation*

Almost all MMD models simulate a robust precipitation increase in the 21st century (Supplementary Material Figures S11.29 and S11.30; Table 11.1). However, the scatter among the individual models is considerable. By the end of the 21st century, the projected change from the annual precipitation over the Antarctic continent varies from –2% to 35%, with a MMD-A1B ensemble median of 14% (Table 11.1). Similar (smaller) mean precipitation increase is found for the A2 (B1) scenario, with values of 15% (10%). The spatial pattern of the annual change is rather uniform (Supplementary Material Figure S11.30). The projected relative precipitation change shows a seasonal dependency, and is larger in winter than in summer (Supplementary Material Figure S11.29). The Tebaldi et al. (2004a) 5 to 95% confidence interval for winter is –1 to 34% and in summer –6 to 22% (Supplementary Material Table S11.2). The projected increase in precipitation over Antarctica and thus greater accumulation of snow, without substantial surface melting, will contribute negatively to sea level rise relative to the present day (see Section 10.6). It is notable that the most recent model studies of antarctic precipitation show no significant contemporary trends (Van de Berg et al., 2005; Monaghan et al., 2006; Van den Broeke et al., 2006; see Section 4.6).

The moisture transport to the continent by synoptic activity represents a large fraction of net precipitation (Noone and Simmonds, 2002; Massom et al., 2004). During summer and winter, a systematic shift towards strong cyclonic events is projected by the MMD models (see Section 10.3). In particular, the frequency of occurrence of deep cyclones in the Ross Sea to Bellingshausen Sea sector is projected to increase by 20 to 40% (63%) in summer (winter) by the middle of the 21st century (Lynch et al., 2006). Related to this, the precipitation over the sub-antarctic seas and Antarctic Peninsula is projected to increase.

*Extremes of Temperature and Precipitation*

Very little work has been done in analysing future changes in extreme events in the Antarctic. However, the MMD simulations indicate that the increase in mean temperature and precipitation will be combined with an increase in the frequency of very warm and wet winters and summers. Using the definition of 'extreme' seasons provided in Section 11.1.2, the MMD models predict extremely warm seasons in about 85% of all DJF and 83% of all JJA seasons in the period 2080 to 2099, as averaged over all models (Table 11.1). The corresponding numbers for extremely wet seasons are 34% and 59%. For the B1 scenario, the frequency of extremes is smaller, with little difference between A1B and A2.

*Sea Ice and Antarctic Ice Sheet*

Southern Hemisphere sea ice projections are discussed in Section 10.3. The projections of the Antarctic Ice Sheet surface mass balance are discussed in Section 10.6.

## 11.9   Small Islands

**Assessment of projected climate change for Small Islands regions:**

Sea levels are likely to continue to rise on average during the century around the small islands of the Caribbean Sea, Indian Ocean and Northern and Southern Pacific Oceans. Models indicate that the rise will not be geographically uniform but large deviations among models make regional estimates across the Caribbean, Indian and Pacific Oceans uncertain.

All Caribbean, Indian Ocean and North and South Pacific islands are very likely to warm during this century. The warming is likely to be somewhat smaller than the global annual mean warming in all seasons.

Summer rainfall in the Caribbean is likely to decrease in the vicinity of the Greater Antilles but changes elsewhere and in winter are uncertain. Annual rainfall is likely to increase in the northern Indian Ocean with increases likely in the vicinity of the Seychelles in DJF, and in the vicinity of the Maldives in JJA while decreases are likely in the vicinity of Mauritius in JJA. Annual rainfall is likely to increase in the equatorial Pacific, while most models project decreases just east of French Polynesia in DJF.

Since AOGCMs do not have sufficiently fine resolution to see the islands, the projections are given over ocean surfaces rather than over land and very little work has been done in downscaling these projections to individual islands. Assessments are also difficult because some climatic processes are still not well understood, such as the midsummer drought in the Caribbean and the ocean-atmosphere interaction in the Indian Ocean. Furthermore, there is insufficient information on future SST changes to determine the regional distribution of cyclone changes. Large deviations among models make the regional distribution of sea level rise uncertain and the number of models addressing storm surges is very limited.

### 11.9.1   Key Processes

Climate change scenarios for small islands of the Caribbean Sea, Indian Ocean and Pacific Ocean are included in the AR4 for a number of reasons. Ocean-atmosphere interactions play a major role in determining the climate of the islands and including their climate in the projections for neighbours with larger landmasses would miss features peculiar to the islands themselves. Many small islands are sufficiently removed from large landmasses so that atmospheric circulation may be different over the smaller islands compared to their larger neighbours (e.g., in the Pacific Ocean). For the Caribbean, which is close to large landmasses in Central America and northern South America, some islands partly share climate features of one, while others partly share features of the other. At the same time, the Caribbean islands share many common features that are more important than are those shared with the larger landmasses, such as the strong relationship of their climate to SST.

#### 11.9.1.1   Caribbean

The Caribbean region spans roughly the area between 10°N to 25°N and 85°W to 60°W. Its climate can be broadly characterised as dry winter/wet summer with orography and elevation being significant modifiers at the sub-regional scale (Taylor and Alfero, 2005). The dominant synoptic influence is the North Atlantic subtropical high (NAH). During the winter, the NAH is southernmost and the region is generally at its driest. With the onset of the spring, the NAH moves northward, the trade wind intensity decreases and the equatorial flank of the NAH becomes convergent. Concurrently, easterly waves traverse the Atlantic from the coast of Africa into the Caribbean. These waves frequently mature into storms and hurricanes under warm SSTs and low vertical wind shear, generally within a 10°N to 20°N latitudinal band. They represent the primary rainfall source and their onset in June and demise in November roughly coincide with the mean Caribbean rainy season. In the coastal zones of Venezuela and Columbia, the wet season occurs later, from October to January (Martis et al., 2002). Interannual variability of the rainfall is influenced mainly by ENSO events through their effect on SSTs in the Atlantic and Caribbean Basins. The late rainfall season tends to be drier in El Niño years and wetter in La Niña years (Giannini et al., 2000, Martis et al., 2002, M. Taylor et al., 2002) and tropical cyclone activity diminishes over the Caribbean during El Niño summers (Gray, 1984). However, the early rainfall season in the central and southern Caribbean tends to be wetter in the year after an El Niño and drier in a La Niña year (Chen and Taylor, 2002). The phase of the NAO modulates the behaviour of warm ENSO events (Giannini et al., 2001). A positive NAO phase implies a stronger than normal NAH and amplifies the drying during a warm ENSO. On the other hand, a negative NAO phase amplifies the precipitation in the early rainfall season in the year after an El Niño.

#### 11.9.1.2   Indian Ocean

The Indian Ocean region refers to the area between 35°S to 17.5°N and 50°E to 100°E. The climate of the region is influenced primarily by the Asian monsoons (see Section 11.4.1 for processes influencing monsoons). During January, the ITCZ is located primarily in the SH. The region north of the ITCZ then experiences north-easterly trade winds (northeast monsoons) and the region to the south, the south-easterly trades. During northern summer, the ITCZ is located in the north and virtually covers the entire Bay of Bengal, the surrounding lands and the eastern Arabian Sea. The winds in the north turn into strong south-westerlies (southwest monsoons), while the south-easterlies persist in the south. Precipitation and wind stress bring about a response that is distinctly different in the northern and southern parts of the Indian Ocean (International CLIVAR Project Office, 2006). The wet (dry) season in the Maldives occurs during the southwest (northeast) monsoons. From May to October, the southeast trades dominate in the Seychelles and the climate is relatively cool and dry, and December to March is the principal wet season with winds mainly from west to northwest.

While the monsoons recur each year, their irregularity at a range of time scales from weeks to years depends on feedback from the ocean in ways that are not fully understood. Intra-seasonal variability is associated with the Monsoon Intra-Seasonal Oscillation (MISO) and the Madden-Julian Oscillation (MJO), which are long-lasting weather patterns that evolve in a systematic way for periods of four to eight weeks. On an interannual and decadal scale, statistical methods have shown that while there are periods of high correlation between ENSO and monsoon variation, there are decades where there appears to be little or no association (International CLIVAR Project Office, 2006; see also Section 10.3.5.4). A modulating factor is the Indian Ocean Dipole or Indian Ocean Zonal Mode (IOZM), a large interannual variation in zonal SST gradient (see Section 3.6). The magnitude of the secondary rainfall maximum from October to December in East Africa is strongly correlated with IOZM events, and the positive phase of IOZM, with higher SSTs in the west, counters the drying effect that ENSO has on monsoon rainfall (Ashok et al., 2001).

#### 11.9.1.3   Pacific

The Pacific region refers to equatorial, tropical and subtropical region of the Pacific in which there is a high density of inhabited small islands. Broadly, it is the region between 20°N and 30°S and 120°E to 120°W. The major climatic processes that play a key role in the climate of this region are the easterly trade winds (both north and south of the equator), the SH high pressure belt, the ITCZ and the South Pacific Convergence Zone (SPCZ; see Vincent, 1994), which extends from the ICTZ near the equator due north of New Zealand south-eastward to at least 21°S, 130°W. The region has a warm, highly maritime climate and rainfall is abundant. The highest rainfall follows the seasonal migration of the ITCZ and SPCZ.

Year-to-year climatic variability in the region is very strongly affected by ENSO events. During El Niño conditions, rainfall increases in the zone northeast of the SPCZ (Vincent, 1994). Tropical cyclones are also a feature of the climate of the region, except within 10 degrees of the equator, and are associated with extreme rainfall, strong winds and storm surge. Many islands in the region are very low lying, but there are also many with strong topographical variations. In the case of the latter, orographic effects on rainfall amount and seasonal distribution can be strong.

### 11.9.2 Skill of Models in Simulating Present Climate

The ability of the MMD models to simulate present climate in the Caribbean, Indian Ocean and North and South Pacific Ocean is summarised in Supplementary Material Table S11.1. In general, the biases in about half of the temperature simulations are less than 1°C in all seasons, so that the model performances are, on the whole, satisfactory. There are, however, large spreads in precipitation simulations. During the last decade, steady progress has been made in simulating and predicting ENSO using coupled GCMs. However, serious systematic errors in both the simulated mean climate and the natural variability persist (see Section 8.4.7)

#### 11.9.2.1   Caribbean

Simulations of the annual Caribbean temperature in the 20th century (1980–1999) by the MMD models give an average that agrees closely with climatology, differing by less than 0.1°C. The inter-quartile range difference between individual models and climatology ranged from –0.3°C to +0.3°C. Thus, the models have good skill in simulating annual temperature. The average of the MMD simulations of precipitation, however, underestimates the observed precipitation by approximately 30%. The deviations in individual models range from –64 to +20%, a much greater range than the deviations in temperature simulations. Recently the Parallel Climate Model (at T42 resolution – about 3.75 degrees), a fully coupled global climate model, was found to be capable of simulating the main climate features over the Caribbean region (Angeles et al., 2007), but it also underestimated the area average precipitation across the Caribbean. Martinez-Castro et al. (2006), in a sensitivity experiment, conclude that the Regional Climate Model (RegCM3), using the Anthes-Kuo cumulus parametrization scheme, can be used for long-term area-averaged climatology.

#### 11.9.2.2   Indian Ocean

For annual temperature in the Indian Ocean in the 20th century (1980–1999), the mean value of the MMD outputs overestimated the climatology by 0.6°C, with 50% of deviations ranging from 0.2°C to 1.0°C. For rainfall, the multi-model ensemble average was only slightly below the mean precipitation by 3%, and the model deviations ranged from –22 to +20%. There are, however, problems with the simulation of

year-to-year variation. Many of the important climatic effects of the MJO, including its impacts on rainfall variability in the monsoons, are still poorly simulated by contemporary climate models (see Section 8.4).

#### 11.9.2.3   Pacific

Climate model simulations of current-climate means of temperature and precipitation were investigated by Jones et al. (2000, 2002) and Lal et al. (2002) for the South Pacific. The AOGCMs available at the time of these studies simulated well the broad-scale patterns of temperature and precipitation across the region, with the precipitation patterns more variable than for temperature in the models considered, and with some significantly underestimating or overestimating of the intensity of rainfall in the high-rainfall zones. All models simulated a broad rainfall maximum stretching across the SPCZ and ITCZ, but not all models resolved a rainfall minimum between these two regions. A problem of simulating the spatial structure of the MJO resulting in tendencies for the convective anomaly to split into double ITCZs in the Pacific is also discussed in Section 8.4.8.

Analysis of the MMD simulations shows that the average model value overestimated the annual mean temperature from 1980 to 1999 by 0.9°C over a southern Pacific region, with 50% of the deviations varying from 0.6°C to 1.2°C. Over the North Pacific, the simulated ensemble average temperature for the same period was only 0.7°C above the climatology, with half of the model deviations from the climatology ranging from 0.2°C to 1.0°C. Average precipitation was overestimated by 10%, but individual model values varied from –7 to 31% in the southern Pacific region, whereas in the northern Pacific the mean model output for precipitation almost agreed with the climatology, while the individual models deviated from –13 to 13%. Thus, the models are better at simulating rainfall in the northern Pacific than in the southern Pacific and the quality of the simulations, both north and south, were not much different from those for the Indian Ocean.

### 11.9.3 Temperature and Precipitation Projections

Scenarios of temperature change and percentage precipitation change between 1980 to 1999 and 2080 to 2099 are summarised in Table 11.1 (described in Section 11.1.3). A small value of T implies a large signal-to-noise ratio and it can be seen that, in general, the signal-to-noise ratio is greater for temperature than for precipitation change. The probability of extreme warm seasons is 100% in all cases for the small islands and the scenarios of warming are all very significant by the end of the century. Approximate results for the A2 and B1 scenarios and for other future times in this century can obtained by scaling the A1B values, as described in Section 11.1.3.

The temporal evolution of temperature as simulated by the MMD models for the 20th and 21st centuries is also shown in Figure 11.22 for oceanic regions including the Caribbean (CAR), Indian Ocean (IND), North Pacific Ocean (NPA) and South

Pacific Ocean (SPA). In general, it can be seen, by comparison with Box 11.1, Figure 1, that the temperature increases for the small islands are less than for the continental regions. The almost linear nature of the evolution is also apparent in the figure. Temperature and precipitation projections for the small island regions are discussed below in the context of Table 11.1.

### 11.9.3.1 Caribbean

The MMD-simulated annual temperature increases at the end of the 21st century range from 1.4°C to 3.2°C with a median of 2.0°C, somewhat below the global average. Fifty percent of the models give values differing from the median by only ±0.4°C. Statistical downscaling of HadCM3 results using the A2 and B2 emission scenarios gives around a 2°C rise in temperature by the 2080s, approximately the same as the HadCM3 model. The agreement between the AOGCMs and the downscaling analysis gives a high level of confidence in the temperature simulations. The downscaling was performed with the use of the Statistical DownScaling Model (SDSM) developed by Wilby et al. (2002) as part of an Assessments of Impacts and Adaptations to Climate Change in Multiple Regions and Sectors (AIACC) Small Island States SIS06 project (http://www.aiaccproject.org). Angeles et al. (2007) also simulate an approximately 1°C rise in SST up to the 2050s using the IS92a scenario. There were no noticeable differences in monthly changes (see Supplementary Material Figure S11.31). Observations suggest that warming is ongoing (Peterson et al., 2002).

According to Table 11.1, most models project decreases in annual precipitation and a few increases, varying from –39 to +11%, with a median of –12%. Figure 11.23 shows that the annual mean decrease is spread across the entire region. In DJF,

some areas of increases are noted and in JJA, the region-wide decrease is enhanced, especially in the region of the Greater Antilles, where the model consensus is also strong. Monthly changes in the Caribbean are shown in Supplementary Material Figure S11.32, which also shows that the simulations for the Caribbean have a greater spread compared to the other oceanic regions (IND, NPA and SPA in S11.32). Results from HadCM3 downscaled for the A2 and B2 emission scenarios using the SDSM also show a near-linear decrease in summer precipitation to the 2080s for a station in Jamaica. Downscaled results from the SDSM for stations in Barbados and Trinidad, however, show increases rather than decreases. Thus, there is consensus between the MMD results and the downscaled results for the Greater Antilles in JJA but not for the other islands, and also not on an annual basis. Angeles et al. (2007) also simulate decreases up to the middle of the century in the vicinity of the Greater Antilles but not in the other islands in the late rainfall season. Table 11.1 shows that the decrease in JJA has the largest signal-to-noise ratio. The decrease is in agreement with the expected drying in the subtropics discussed in Sections 9.5 and 11.1. In the multi-model analysis, most models show shift to a more positive phase of the NAO (see Section 10.3), and consensus on temperature changes in the Pacific indicates an El Niño-like pattern with higher temperatures in the eastern Pacific (see Section 10.3). These conditions are associated with drying in the Caribbean. Observed trends in precipitation are unclear. While Peterson et al. (2002) find no statistically significant trends in mean precipitation amounts from the 1950s to 2000, Neelin et al. (2006) note a modest but statistically significant summer drying trend over recent decades in the Caribbean in several observational data sets.



**Figure 11.22.** *Temperature anomalies with respect to 1901 to 1950 for six oceanic regions for 1906 to 2005 (black line) and as simulated (red envelope) by MMD models incorporating known forcings; and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange) and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. More details on the construction of these figures are given in Box 11.1 and Section 11.1.2.*

### 11.9.3.2   Indian Ocean

Based on the MMD ensemble mean the annual temperature is projected to increase by about 2.1°C, somewhat below the global average, with individual models ranging from 1.4°C to 3.7°C and at least half of the models giving values quite close to the mean. All models show temperature increases in all months with no significant seasonal variation (Supplementary Material Figure S11.31). Evidence of temperature increases from 1961 to 1990 in the Seychelles is provided by Easterling et al. (2003), who find that the percentage of time when the minimum temperature is below the 10th percentile is decreasing, and the percentage of time where the minimum temperature exceeds the 90th percentile is increasing. Similar results were obtained for the maximum temperatures. This is consistent with general patterns of warming elsewhere (see Chapter 3).

The annual precipitation changes projected by individual MMD models varied from –2 to 20% with a median of 4% and 50% of the models projecting changes between 3 and 5%. Thus, there is some level of confidence in the precipitation results although not as high as for temperature. Figure 11.24 shows that the annual increase is restricted mainly to the north Indian Ocean, where the model consensus is greatest, especially in the vicinity of the Maldives. In DJF, some increases are noted in the south. Model agreement on increases is greatest for the Seychelles in DJF and for the Maldives in JJA. There is also strong agreement on decreases in the vicinity of Mauritius in

JJA. Sections 10.3.5 and 11.4 discuss changes in monsoon behaviour in a warmer climate. There is an emerging consensus that the effect of enhanced moisture convergence in a warmer atmosphere will dominate over possible weaker monsoonal flows and tropical large-scale circulation in global warming simulations, resulting in increased monsoonal precipitation. Easterling et al. (2003) find evidence that extreme rainfall tended to increase from 1961 to 1990 (see also Section 11.4.3, South Asia projections).

### 11.9.3.3   Pacific

Projected regional temperature changes in the South Pacific from a range of AOGCMs have been prepared by Lal et al. (2002), Lal (2004) and Ruosteenoja et al. (2003). Jones et al. (2000, 2002) and Whetton and Suppiah (2003) also consider patterns of change. Broadly, simulated warming in the South Pacific closely follows the global average warming rate. However, there is a tendency in many models for the warming to be a little stronger in the central equatorial Pacific (North Polynesia) and a little weaker to the south (South Polynesia).

The MMD-A1B projections for the period 2080 to 2099 show an increase in annual temperature of 1.8°C, somewhat below the global average over the South Pacific (Table 11.1). The individual model values vary from 1.4°C to 3.1°C and at least half of the models project values very close to the mean. All models show increases, slightly less in the second half of



**Figure 11.23.** *Precipitation changes over the Caribbean from the MMD-A1B simulations. Top row: Annual mean, DJF and JJA fractional precipitation change between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Bottom row: number of models out of 21 that project increases in precipitation.*



**Figure 11.24.** *As for Figure 11.23 but for the Indian Ocean.*

the year compared to the first (Supplementary Material Figure S11.31). Over the North Pacific, the models simulate an increase in temperature of 2.3°C, slightly below the global average, with values ranging from 1.5°C to 3.7°C and 50% of the models within ±0.4°C of the mean. All models show increases, more in the second half of the year compared to the first (Supplementary Material Figure S11.31).

For the same period, 2080 to 2099, annual precipitation increases over the southern Pacific when averaged over all MMD models are close to 3%, with individual models projecting values from –4 to +11% and 50% of the models showing increases between 3 and 6%. The time to reach a discernible signal is relatively short. (Table 11.1). Most of these increases were in the first half of the year (Supplementary Material Figure S11.32). For precipitation in the northern Pacific, an increase of 5% is found, with individual models projecting values from 0 to 19% and at least half of the models within –2 to +5% of the median. The time to reach a discernible signal is relatively long. Most of these increases were in the latter half of the year (Supplementary Material Figure S11.32). Figure 11.25 illustrates the spatial distribution of annual, DJF and JJA rainfall changes and inter-model consistency. The figure shows that the tendency for precipitation increase in the Pacific is strongest in the region of the ITCZ due to increased moisture transport described in Section 11.1.3.1. Griffiths et al. (2003) find an increasing trend from 1961 to 2000 in mean rainfall in and northeast of the SPCZ in the southern Pacific. As for the Indian Ocean, there is some level of confidence in the

precipitation results for the Pacific, but not as high as for the temperature results.

Changes in rainfall variability in the South Pacific were analysed by Jones et al. (2000) using IPCC (1996) scenarios, but more recent simulations have not been examined. These changes will be strongly driven by changes in ENSO, and this is not well understood (see Section 10.3).

### 11.9.4   Sea Level Rise

Sea level is projected to rise between the present (1980–1999) and the end of this century (2090–2099) by 0.35 m (0.23 to 0.47 m) for the A1B scenario (see Section 10.6). Due to ocean density and circulation changes, the distribution will not be uniform and Figure 10.32 shows a distribution of local sea level change based on ensemble mean of 14 AOGCMs. A lower-than-average rise in the Southern Ocean can be seen, possibly due to increased wind stress. Also obvious is a narrow band of pronounced sea level rise stretching across the southern Atlantic and Indian Oceans at about 40°S. This is also seen in the southern Pacific at about 30°S. However, large deviations among models make estimates of distribution across the Caribbean, Indian and Pacific Oceans uncertain. Extreme sea level changes, including storm surges, are discussed in Box 11.5 in a broader context. The range of uncertainty cannot be reliably quantified due to the limited set of models addressing the problem.



**Figure 11.25.** *As for Figure 11.23 but for the northern and southern Pacific Ocean.*

Global sea level rise over the 20th century is discussed in Section 5.5; the best estimate is $0.17 \pm 0.05$ m. From estimates of observed sea level rise from 1950 to 2000 by Church et al. (2004), the rise in the Caribbean appeared to be near the global mean. Church et al. (2006) also estimate the average rise in the region of the Indian and Pacific Ocean to be close to the global average. There have been large observed variations in sea level rise in the Pacific Ocean mainly due to ocean circulation changes associated with ENSO events. From 1993 to 2001, all the data show large rates of sea level rise over the western Pacific and eastern Indian Ocean and sea level falls in the eastern Pacific and western Indian Ocean (Church et al., 2006). Observed sea level rise in the Pacific and Indian Oceans is discussed in Chapter 5.

### 11.9.5   Tropical Cyclones

Fewer models have simulated tropical cyclones in the context of climate change than those simulating temperature and precipitation changes and sea level rise, mainly because of the computational burden associated with the high resolution needed to capture the characteristics of tropical cyclones. Accordingly, there is less certainty about the changes in frequency and intensity of tropical cyclones on a regional basis than for temperature and precipitation changes. An assessment of results for projected changes in tropical cyclones is presented in Section 10.3.6.3, and a synthesis is given at the end of the section. Regional model-based studies of changes in tropical cyclone behaviour in the southwest Pacific include works by Nguyen and Walsh (2001) and Walsh (2004). Walsh concludes that in general there is no clear picture with respect to regional changes in frequency and movement, but increases in intensity are indicated. It should also be noted that ENSO fluctuations have a strong impact on patterns of tropical cyclone occurrence in the southern Pacific, and that therefore uncertainty with respect to future ENSO behaviour (see Section 10.3) contributes to uncertainty with respect to tropical cyclone behaviour (Walsh, 2004).

## Box 11.5: Coastal Zone Climate Change

**Introduction**

Climate change has the potential to interact with the coastal zone in a number of ways including inundation, erosion and salt water intrusion into the water table. Inundation and intrusion will clearly be affected by the relatively slow increases in mean sea level over the next century and beyond. Mean sea level is addressed in Chapter 10; this box concentrates on changes in extreme sea level that have the potential to significantly affect the coastal zone. There is insufficient information on changes in waves or near-coastal currents to provide an assessment of the effects of climate change on erosion.

The characteristics of extreme sea level events are dependent on the atmospheric storm intensity and movement and coastal geometry. In many locations, the risk of extreme sea levels is poorly defined under current climate conditions because of sparse tide gauge networks and relatively short temporal records. This gives a poor baseline for assessing future changes and detecting changes in observed records. Using results from 141 sites worldwide for the last four decades, Woodworth and Blackman (2004) find that at some locations extreme sea levels have increased and that the relative contribution from changes in mean sea level and atmospheric storminess depends on location.

**Methods of simulating extreme sea levels**

Climate-driven changes in extreme sea level will come about because of the increases in mean sea level and changes in the track, frequency or intensity of atmospheric storms. (From the perspective of coastal flooding, the vertical movement of land, for instance due to post glacial rebound, is also important when considering the contribution from mean sea level change.) To provide the large-scale context for these changes, global climate models are required, although their resolution (typically 150 to 300 km horizontally) is too coarse to represent the details of tropical cyclones or even the extreme winds associated with mid-latitude cyclones. However, some studies have used global climate model forcing to drive storm surge models in order to provide estimates of changes in extreme sea level (e.g., Flather and Williams, 2000). To obtain more realistic simulations from the large-scale drivers, three approaches are used: dynamical and statistical downscaling and a stochastic method (see Section 11.10 for general details).

As few RCMs currently have an ocean component, these are used to provide high-resolution (typically 25 to 50 km horizontally) surface winds and pressure to drive a storm surge model (e.g., Lowe et al., 2001). This sequence of one-way coupled models is usually carried out for a present-day (Debenard et al., 2003) or historical baseline (e.g., Flather et al., 1998) and a period in the future (e.g., Lowe et al., 2001; Debenard et al., 2003). In the statistical approach, relationships between large-scale synoptic conditions and local extreme sea levels are constructed. These relationships can be developed either by using analyses from weather prediction models and observed extreme sea levels, or by using global climate models and present-day simulations of extreme water level generated using the dynamic methods described above. Simulations of future extreme sea level are then derived from applying the statistical relationships to the future large-scale atmospheric synoptic conditions simulated by a global climate model (e.g., von Storch and Reichardt, 1997). The statistical and dynamical approach can be combined, using a statistical model to produce the high-resolution wind fields forcing the wave and storm surge dynamical models (Lionello et al., 2003). Similarly, the stochastic sampling method identifies the key characteristics of synoptic weather events responsible for extreme sea levels (intensity and movement) and represents these by frequency distributions. For each event, simple models are used to generate the surface wind and pressure fields and these are applied to the storm surge model (e.g., Hubbert and McInnes, 1999). Modifications to the frequency distributions of the weather events to represent changes under enhanced greenhouse conditions are derived from global climate models and then used to infer a future storm surge climatology.

**Extreme sea level changes – sample projections from three regions**

**1. Australia**

In a study of storm surge impacts in northern Australia, a region with only a few short sea level records, McInnes et al. (2005) used stochastic sampling and dynamical modelling to investigate the implications of climate change on extreme storm surges and inundation. Cyclones occurring in the Cairns region from 1907 to 1997 were used to develop probability distribution functions governing the cyclone characteristics of speed and direction with an extreme value distribution fitted to the cyclone intensity. Cyclone intensity distribution was then modified for enhanced greenhouse conditions based on Walsh and Ryan (2000), in which cyclones off northeast Australia were found to increase in intensity by about 10%. No changes were imposed upon cyclone frequency or direction since no reliable information is available on the future behaviour of the main influences on these, respectively ENSO or mid-level winds. Analysis of the surges resulting from 1,000 randomly selected cyclones with current and future intensities shows that the increased intensity leads to an increase in the height of the 1-in-100 year event from 2.6 m to 2.9 m with the 1-in-100 year event becoming the 1-in-70 year event. This also results in the areal extent of inundation more than doubling (from approximately 32 to 71 km²). Similar increases for Cairns and other coastal locations were found by Hardy et al. (2004).                                                                            *(continued)*

### 2. Europe

Several dynamically downscaled projections of climate-driven changes in extreme water levels in the European shelf region have been carried out. Woth (2005) explored the effect of two different GCMs and their projected climates changes due to two different emissions scenarios (SRES A2 and B2) on storm surges along the North Sea coast. She used data from one RCM downscaling the four GCM simulations (Woth et al., 2006) (using data from four RCMs driven by one GCM produced indistinguishable results) and demonstrates significant increases in the top 1% of events (10 to 20 cm above average sea level change) over the continental European North Sea coast. The changes projected by the different experiments were statistically indistinguishable, although those from the models incorporating the A2 emissions scenario were consistently larger. When including the effects of global mean sea level rise and vertical land movements, Lowe and Gregory (2005) find that increases in extreme sea level are projected for the entire UK coastline, using a storm surge model driven by one of the RCMs analysed by Woth et al. (2006) (Box 11.5, Figure 1). Using a Baltic Sea model driven by data from four RCM simulations, Meier (2006) finds that the changes in storm surges vary strongly between the simulations but with some tendency for larger increases in the 100-year surges than in the mean sea level.

Lionello et al. (2003) estimate the effect of atmospheric $CO_2$ doubling on the frequency and intensity of high wind waves and storm surge events in the Adriatic Sea. The regional surface wind fields were derived from the sea level pressure field in a 30-year long ECHAM4 high-resolution (about 1.5 degrees) time slice experiment by statistical downscaling and then used to force a wave and an ocean model. They find no statistically significant changes in the extreme sea level and a decrease in the extreme wave height with increased atmospheric $CO_2$. An underestimation of the observed wave heights and surge levels calls for caution in the interpretation of these results. Using AOGCM projections, X.L. Wang et al. (2004) infer an increase in winter and autumn seasonal mean and extreme wave heights in the northeast and southwest North Atlantic, but a decrease in the mid-latitudes of the North Atlantic. Not all changes were significant and in some regions (e.g., the North Sea), their sign was found to depend on the emissions scenario.



**Box 11.5, Figure 1.** *The change with respect to 1961-1990 in the 50-year return period extreme water level (m) in the North Sea due to changes in atmospheric storminess, mean sea level and vertical land movements for the period 2071 to 2100 under the A2 scenario (from Lowe and Gregory, 2005).*

### 3. Bay of Bengal

Several dynamic simulations of storm surges have been carried out for the region but these have often involved using results from a small set of historical storms with simple adjustments (such as adding on a mean sea level or increasing wind speeds by 10%) to account for future climate change (e.g., Flather and Khandker, 1993). This technique has the disadvantage that by taking a relatively small and potentially biased set of storms it may lead to a biased distribution of water levels with an unrealistic count of extreme events. In one study using dynamical models driven by RCM simulations of current and future climates, Unnikrishnan et al. (2006) show that despite no significant change in the frequency of cyclones there are large increases in the frequency of the highest storm surges.

### Uncertainty

Changes in storm surges and wave heights have been addressed for only a limited set of models. Thus, we cannot reliably quantify the range of uncertainty in estimates of future coastal flooding and can only make crude estimates of the minimum values (Lowe and Gregory, 2005). There is some evidence that the dynamical downscaling step in providing data for storm surge modelling is robust (i.e., does not add to the uncertainty). However, the general low level of confidence in projected circulation changes from AOGCMs implies a substantial uncertainty in these projections.

## 11.10  Assessment of Regional Climate Projection Methods

The assessment of methods recognises the challenges posed by the complex interactions that occur at many spatial and temporal scales, involving the general circulation, cross-scale feedbacks and regional-scale forcing.

### 11.10.1  Methods for Generating Regional Climate Information

Atmosphere-Ocean General Circulation Models constitute the primary tool for capturing the global climate system behaviour. They are used to investigate the processes responsible for maintaining the general circulation and its natural and forced variability (Chapter 8), to assess the role of various forcing factors in observed climate change (Chapter 9) and to provide projections of the response of the system to scenarios of future external forcing (Chapter 10). As AOGCMs seek to represent the whole climate system, clearly they provide information on regional climate and climate change and relevant processes directly. For example, the skill in simulating the climate of the last century when accounting for all known forcings demonstrates the causes of recent climate change (Chapter 9) and this information can be used to constrain the likelihood of future regional climate change (Stott et al., 2006; see also Section 11.10.2). AOGCM projections provide plausible future regional climate scenarios, although methods to establish the reliability of the regional AOGCM scales have yet to mature. The spread within an ensemble of AOGCMs is often used to characterise the uncertainty in projected future climate changes. Some regional responses are consistent across AOGCM simulations, although for other regions the spread remains large (see Sections 11.2 to 11.9).

Because of their significant complexity and the need to provide multi-century integrations, horizontal resolutions of the atmospheric components of the AOGCMs in the MMD range from 400 to 125 km. Generating information below the grid scale of AOGCMs is referred to as downscaling. There are two main approaches, dynamical and statistical. Dynamical downscaling uses high-resolution climate models to represent global or regional sub-domains, and uses either observed or lower-resolution AOGCM data as their boundary conditions. Dynamical downscaling has the potential for capturing mesoscale nonlinear effects and providing coherent information among multiple climate variables. These models are formulated using physical principles and they can credibly reproduce a broad range of climates around the world, which increases confidence in their ability to downscale realistically future climates. The main drawbacks of dynamical models are their computational cost and that in future climates the parametrization schemes they use to represent sub-grid scale processes may be operating outside the range for which they were designed.

Empirical SD methods use cross-scale relationships that have been derived from observed data, and apply these to climate model data. Statistical downscaling methods have the advantage of being computationally inexpensive, able to access finer scales than dynamical methods and applicable to parameters that cannot be directly obtained from the RCM outputs. They require observational data at the desired scale for a long enough period to allow the method to be well trained and validated. The main drawbacks of SD methods are that they assume that the derived cross-scale relationships remain stable when the climate is perturbed, they cannot effectively accommodate regional feedbacks and, in some methods, can lack coherency among multiple climate variables.

#### 11.10.1.1  High-Resolution Atmosphere-Only GCMs

Atmosphere-only GCMs (AGCMs) include interactive land surface schemes as in an AOGCM but require information on SST and sea ice as a lower boundary condition. Given the short time scales associated with the atmosphere and land surface components compared to those in the ocean, relatively short time slices (a few decades) can be run at high resolution. The SST and sea ice information required can be derived from observations or AOGCMs. The use of observations can improve simulations of current climate but combining these with AOGCM-derived changes for the future climate (e.g., Rowell, 2005) increases the risk of inconsistency in the projected climate. The absence of two-way feedback between the atmosphere and ocean in AGCMs can cause a significant distortion of the climatic variability (Bretherton and Battisti, 2000), as documented over regions such as the Indian Ocean and the South Asian monsoon (Douville, 2005; Inatsu and Kimoto, 2005). The large-scale climate responses of AGCMs and AOGCMs appear to be similar in many regions; when and where they differ, the consistency of the oceanic surface boundary condition may be questioned (May and Roeckner, 2001; Govindasamy et al., 2003). Further research is required to determine if the similarity is sufficient for the time-slice approach with AGCMs to be considered a robust downscaling technique.

Model grids of 100 km and finer have become feasible and 50 km will likely be the norm in the near future (Bengtsson, 1996; May and Roeckner, 2001; Déqué and Gibelin, 2002; Govindaswamy, 2003). High-performance computer systems now allow global computations at 20 km (e.g., May, 2004a; Mizuta et al., 2006), although for short time slices only. Evaluated on the scale typical of current AOGCMs, nearly all quantities simulated by high-resolution AGCMs agree better with observations, but the improvements vary significantly for different regions (Duffy et al., 2003) and specific variables, and extensive recalibration of parametrizations is often required. Notable improvements occur in orographic precipitation and dynamics of mid-latitude weather systems (see Chapter 10). The highest resolution offers the prospect of credible simulations of the climatology of tropical cyclones (e.g., May, 2004a; Mizuta et al., 2006). Coordinated multi-model experiments are needed,

however, to optimise the value of these high-resolution studies for general assessment.

An alternative to uniform high-resolution AGCMs is Variable-Resolution AGCMs (VRGCMs; e.g., Déqué and Piedelievre, 1995; Krinner et al., 1997; Fox-Rabinovitz et al., 2001; McGregor et al., 2002; Gibelin and Déqué, 2003). The VRGCM approach is attractive as it permits, within a unified modelling framework, a regional increase in resolution while retaining the interaction of all regions of the atmosphere. Numerical artefacts due to stretching have been shown to be small when using modest stretching factors (e.g., Lorant and Royer, 2001). The results from VRGCMs capture, over the high-resolution region, finer-scale details than uniform-resolution models while retaining global skill similar to uniform-resolution simulations with the same number of grid points.

### 11.10.1.2   Nested Regional Climate Models

The principle behind nested modelling is that, consistent with the large-scale atmospheric circulation, realistic regional climate information can be generated by integrating an RCM if the following premises are satisfied: time-varying large-scale atmospheric fields (winds, temperature and moisture) are supplied as lateral boundary conditions (LBCs) and SST and sea ice as lower boundary conditions; the control from the LBCs keeps the interior solution of the RCM consistent with the driving atmospheric circulation; and sub-grid scale physical processes are suitably parametrized, including fine-scale surface forcing such as orography, land-sea contrast and land use.

A typical RCM grid for climate change projections is around 50 km, although some climate simulations have been performed using grids of 15 or 20 km (e.g., Leung et al., 2003, 2004; Christensen and Christensen, 2004; Kleim et al., 2005). Recently, projections of climate changes for East Asia were completed with a 5-km non-hydrostatic RCM (Kanada et al., 2005; Yoshizaki et al., 2005; Yasunaga et al., 2006), but only for short simulations. Following the trend in global modelling, RCMs are increasingly coupled interactively with other components of the climate system, such as regional ocean and sea ice (e.g., Bailey and Lynch 2000; Döscher et al., 2002; Rinke et al., 2003; Bailey et al., 2004; Meier et al., 2004; Sasaki et al., 2006a), hydrology, and with interactive vegetation (Gao and Yu, 1998; Xue et al., 2000).

Multi-decadal RCM experiments are becoming standard (e.g., Whetton et al., 2000; Kwon et al., 2003; Leung et al., 2004; Kjellström et al., 2007; Plummer et al., 2006), including the use of ensembles (Christensen et al., 2002), enabling a more thorough validation and exploration of projected changes. In multi-year ensemble simulations driven by reanalyses of atmospheric observations, Vidale et al. (2003) show that RCMs have skill in reproducing interannual variability in precipitation and surface air temperature. The use of ensemble simulations has enabled quantitative estimates regarding the sources of uncertainty in projections of regional climate changes (Rowell, 2005; Déqué et al., 2005, 2007; Beniston et al., 2007; Frei et al.,

2006; Graham et al., 2007). Combining information from four RCM simulations, Christensen et al. (2001) and Rummukainen et al. (2003) demonstrate that it is feasible to explore not only uncertainties related to projections in the mean climate state, but also for higher-order statistics.

The difficulties associated with the implementation of LBCs in nested models are well documented (e.g., Davies, 1976; Warner et al., 1997). As time progresses in a climate simulation, the RCM solution gradually turns from an initial-value problem more into a boundary value problem. The mathematical interpretation is that nested models represent a fundamentally ill-posed boundary value problem (Staniforth, 1997; Laprise, 2003). The control exerted by LBCs on the internal solution generated by RCMs appears to vary with the size of the computational domain (e.g., Rinke and Dethloff, 2000), as well as location and season (e.g., Caya and Biner, 2004). In some applications, the flow developing within the RCM domain may become inconsistent with the driving LBC. This may (Jones et al., 1997) or may not (Caya and Biner, 2004) affect climate statistics. Normally, RCMs are only driven by LBCs with high time resolution to capture the temporal variations of large-scale flow. Some RCMs also use nudging or relaxation of large scales in the interior of the domain (e.g., Kida et al., 1991; Biner et al., 2000; von Storch et al., 2000). This has proved useful to minimise the distortion of the large scales in RCMs (von Storch et al., 2000; Mabuchi et al., 2002; Miguez-Macho et al., 2004), although it can also hide model biases. One-way RCM-GCM coupling is mostly used, although recently a two-way nested RCM has been developed (Lorenz and Jacob, 2005) thus achieving interaction with the global atmosphere as with variable-resolution AGCMs.

The ability of RCMs to simulate the regional climate depends strongly on the realism of the large-scale circulation that is provided by the LBCs (e.g., Pan et al., 2001). Latif et al. (2001) and Davey et al. (2002) show that strong biases in the tropical climatology of AOGCMs can negatively affect downscaling studies for several regions of the world. Nonetheless, the reliability of nested models, that is, their ability to generate meaningful fine-scale structures that are absent in the LBCs, is clear. A number of studies have shown that the climate statistics of atmospheric small scales can be re-created with the right amplitude and spatial distribution, even if these small scales are absent in the LBCs (Denis et al., 2002, 2003; Antic et al., 2005; Dimitrijevic and Laprise, 2005). This implies that RCMs can add value at small scales to climate statistics when driven by AOGCMs with accurate large scales. Overall, the skill at simulating current climate has improved with the MMD AOGCMs (Chapter 8), which will lead to higher quality LBCs for RCMs.

### 11.10.1.3   Empirical and Statistical Downscaling Methods

A complementary technique to RCMs is to use derived relationships linking large-scale atmospheric variables (predictors) and local/regional climate variables (predictands).

The local/regional-scale climate change information is then obtained by applying the relationships to equivalent predictors from AOGCM simulations. The guidance document (Wilby et al., 2004) from the IPCC Task Group on Data and Scenario Support for Impact and Climate Analysis (TGICA) provides a comprehensive background on this approach and covers important issues in using SD applications. Statistical downscaling methods cover regression-type models including both linear and nonlinear relationships, unconditional or conditional weather generators for generating synthetic sequences of local variables, techniques based on weather classification that draw on the more skilful attributes of models to simulate circulation patterns, and analogue methods that seek equivalent weather states from the historical record; a combination of these techniques possibly being most appropriate. An extension to SD is the statistical-dynamical downscaling technique (e.g., Fuentes and Heimann, 2000), which combines weather classification with RCM simulations. A further development is the application of SD to high-resolution climate model output (Lionello et al., 2003; Imbert and Benestad, 2005).

Research on SD has shown an extensive growth in application, and includes an increased availability of generic tools for the impact community (e.g., SDSM, Wilby et al., 2002; the clim.pact package, Benestad, 2004b; the pyclimate package, Fernández and Sáenz, 2003); applications in new regions (e.g., Asia, Chen and Chen, 2003); the use of techniques to address exotic variables such as phenological series (Matulla et al., 2003), extreme heat-related mortality (Hayhoe et al., 2004), ski season (Scott et al., 2003), land use (Solecki and Oliveri, 2004), streamflow or aquatic ecosystems (Cannon and Whitfield, 2002; Blenckner and Chen, 2003); the treatment of climate extremes (e.g., Katz et al., 2002; Seem, 2004; X.L. Wang et al., 2004; Caires et al., 2006); intercomparison studies evaluating methods (e.g., STAtistical and Regional dynamical Downscaling of EXtremes for European regions (STARDEX), Haylock et al., 2006; Schmidli et al., 2006); application to multi-model and multi-ensemble simulations in order to express model uncertainty alongside other key uncertainties (e.g., Benestad, 2002a,b; Hewitson and Crane, 2006; Wang and Swail, 2006b); assessing non-stationarity in climate relationships (Hewitson and Crane, 2006); and spatial interpolation using geographical dependencies (Benestad, 2005). In some cases SD methods have been used to project statistical attributes instead of raw values of the predictand, for example, the probability of rainfall occurrence, precipitation, wind or wave height distribution parameters and extreme event frequency (e.g., Beckmann and Buishand, 2002; Buishand et al., 2004; Busuioc and von Storch, 2003; Abaurrea and Asín, 2005; Diaz-Nieto and Wilby, 2005; Pryor et al., 2005a,b; Wang and Swail, 2006a,b).

Evaluation of SD is done most commonly through cross-validation with observational data for a period that represents an independent or different 'climate regime' (e.g., Busuioc et al. 2001; Trigo and Palutikof, 2001; Bartman et al., 2003; Hanssen-Bauer et al., 2003). Stationarity, that is, whether the statistical relationships are valid under future climate regimes, remains a concern with SD methods. This is only weakly assessed through cross-validation tests because future changes in climate are likely to be substantially larger than observed historical changes. This issue was assessed in Hewitson and Crane (2006) where, within the SD method used, the non-stationarity was shown to result in an underestimation of the magnitude of the change. In general, the most effective SD methods are those that combine elements of deterministic transfer functions and stochastic components (e.g., Hansen and Mavromatis, 2001; Palutikof et al., 2002; Beersma and Buishand, 2003; Busuioc and von Storch, 2003; Katz et al., 2003; Lionello et al., 2003; Wilby et al., 2003; X.L. Wang et al., 2004; Hewitson and Crane, 2006). Regarding the predictors, the best choice appears to combine dynamical and moisture variables, especially in cases where precipitation is the predictand (e.g., Wilby et al., 2003).

Pattern scaling is a simple statistical method for projecting regional climate change, which involves normalising AOGCM response patterns according to the global mean temperature. These normalised patterns are then rescaled using global mean temperature responses estimated for different emissions scenarios from a simple climate model (see Chapter 10). Some developments were made using various versions of scaling techniques (e.g., Christensen et al., 2001; Mitchell, 2003; Salathé, 2005; Ruosteenoja et al., 2007). For example, Ruosteenoja et al. (2007) developed a pattern-scaling method using linear regression to represent the relationship between the local AOGCM-simulated temperature and precipitation response and the global mean temperature change. Another simple statistical technique is to use the GCM output for the variable of interest (i.e., the predictand) as the predictor and then apply a simple local change factor/scaling procedure (e.g., Chapter 13 of IPCC, 2001; Hanssen-Bauer et al., 2003; Widmann et al., 2003; Diaz-Nieto and Wilby, 2005).

Many studies have been performed since the TAR comparing various SD methods. In general, conclusions about one method compared to another are dependent on region and the criteria used for comparison, and on the inherent attributes of each method. For example, Diaz-Nieto and Wilby (2005) downscale river flow and find that while two methods give comparable results, they differ in responses as a function of how the methods treat multi-decadal variability.

When comparing the merits of SD methods based on daily and monthly downscaling models, in terms of their ability to predict monthly means, daily models are better (e.g., Buishand et al., 2004). In terms of nonlinearity in downscaling relationships, Trigo and Palutikof (2001) note that complex nonlinear models may not be better than simpler linear/slightly nonlinear approaches for some applications. However, Haylock et al. (2006) find that SD methods based on nonlinear artificial neural networks are best at modelling the interannual variability of heavy precipitation but they underestimate extremes. Much downscaling work remains unreported, as SD activities are often implemented pragmatically for serving specific project needs, rather than for use by a broader scientific community; this is especially the case in developing nations. In some cases, this

work is only found within the "grey" literature, for example, the AIACC project (http://www.aiaccproject.org/), which supports impact studies in developing nations.

### 11.10.1.4    *Intercomparison of Downscaling Methods*

At the time of the TAR, SD methods were viewed as a complementary technique to RCMs for downscaling regional climate, each approach having distinctive strengths and weaknesses. The conclusion of the TAR that SD methods and RCMs are comparable for simulating current climate still holds.

Since the TAR, a few additional studies have systematically compared the SD and RCM approaches (e.g., Huth et al., 2001; Hanssen-Bauer et al., 2003, 2005; Wood et al., 2004, Busuioc et al., 2006; Haylock et al., 2006; Schmidli et al., 2006). These related mainly to the similarity of the climate change signal (e.g., Hanssen-Bauer et al., 2003). A more complex study considered additional information about the RCM skill in simulating the current regional climate features and reproducing the connection between large- and regional-scale patterns used for fitting the SD method (Busuioc et al., 2006). Other studies following the STARDEX project (e.g., Haylock et al., 2006; Schmidli et al., 2006) compared the two approaches in terms of their skill in reproducing current climate features, as well as in terms of the climate change signal derived from their outputs, focusing on climate extremes and complex topography processes over Europe.

## 11.10.2    Quantifying Uncertainties

### 11.10.2.1   *Sources of Regional Uncertainty*

Most sources of uncertainty at regional scales are similar to those at the global scale (Section 10.5 and Box 10.2), but there are both changes in emphasis and new issues that arise in the regional context. Spatial inhomogeneity of both land use and land cover change (De Fries et al., 2002; Chapter 2, Section 7.2 and Box 11.4) and aerosol forcing adds to regional uncertainty. When analysing studies involving models to add local detail, the full cascade of uncertainty through the chain of models has to be considered. The degree to which these uncertainties influence the regional projections of different climate variables is not uniform. An indication of this is, for example, that models agree more readily on the sign and magnitude of temperature changes than of precipitation changes.

The regional impact of these uncertainties in climate projections has been illustrated by several authors. For example, incorporating a model of the carbon cycle into a coupled AOGCM gave a dramatically enhanced response to climate change over the Amazon Basin (Cox et al., 2000; Jones et al., 2003) and Borneo (Kumagi et al., 2004). Further, the scale of the resolved processes in a climate model can significantly affect its simulation of climate over large regional scales (Pope and Stratton, 2002; Lorenz and Jacob, 2005). Frei et al. (2003) show that models with the same representation of resolved processes but different representations of sub-grid scale processes can represent the climate differently. The regional impact of changes in the representation of the land surface feedback is demonstrated by, for example, Oleson et al. (2004) and Feddema et al. (2005) (see also Box 11.4).

Evaluation of uncertainties at regional and local scales is complicated by the smaller ratio of the signal to the internal variability, especially for precipitation, which makes the detection of a response more difficult. In addition, the climate may itself be poorly known on regional scales in many data-sparse regions. Thus, evaluation of model performance as a component of an analysis of uncertainty can itself be problematic.

### 11.10.2.2   *Characterising and Quantifying Regional Uncertainty*

#### 11.10.2.2.1   *Review of regional uncertainty portrayed in the TAR*

In the TAR, uncertainties in regional climate projections were discussed, but methods for quantifying them were relatively primitive. For example, in the TAR chapter on regional projections (Giorgi et al., 2001a), uncertainties in regional projections of climate change (e.g., large or small increases/decreases in precipitation) from different GCMs were qualitatively portrayed based only on simple agreement heuristics (e.g., seven of the nine models showed increases). Early examples of quantitative estimates of regional uncertainty include portraying the median and inter-model range of a variable (e.g., temperature) across a series of model projections and attaching probabilities to a group of scenarios on a regional scale (Jones, 2000; New and Hulme, 2000).

#### 11.10.2.2.2   *Using multi-model ensembles*

A number of studies have taken advantage of multi-model ensembles formed by GCMs that have been driven by the same forcing scenarios to generate quantitative measures of uncertainty, particularly probabilistic information at a regional scale. Table 11.3 summarises aspects of the methods reviewed in this section and in Section 11.10.2.2.3. The results highlighted in Section 10.5 and Box 10.2 on climate sensitivity demonstrate that multi-model ensembles explore only a limited range of the uncertainty. In addition, the distribution of GCM sensitivities is not by construction a representative sample from those probability distributions and thus the regional probabilities generated using multi-model ensembles will not represent the full spread of possible regional changes.

Räisänen and Palmer (2001) used 17 GCMs forced with an idealised annual increase in atmospheric $CO_2$ of 1% to calculate the probability of exceedance of thresholds of temperature increase (e.g., >1°C) and precipitation change (e.g., <−10%). These were used to demonstrate that a probabilistic approach has advantages over conventional deterministic estimates by demonstrating the economic value of a probabilistic assessment of future climate change. Giorgi and Mearns (2002) developed measures of uncertainty for regional temperature

**Table 11.3.** *Methods for generating probabilistic information from future climate simulations at continental and sub-continental scales, SRES-scenario specific. Results from the methods of Greene et al. (2006) and Tebaldi et al. (2004a,b) are displayed in Figure 11.26.*

| Reference | Experiment | Input Type Spatial Scale | Time Resolution | Methodological Assumptions Synthesis Method and Results | Model Performance Evaluation |
|---|---|---|---|---|---|
| Furrer et al. (2007) | Multi-model Ensemble | Grid points (after interpolation to common grid) | Seasonal multi-decadal averages | Bayesian approach. AOGCMs are assumed independent. Large-scale patterns projected on basis functions, small-scale modelled as an isotropic Gaussian process. Spatial dependence fully accounted for by spatial model.<br><br>PDFs at grid point level, jointly derived accounting for spatial dependence | Model performance not explicitly brought to bear. |
| Giorgi and Mearns (2003) | Multi-model Ensemble | Regional averages (Giorgi and Francisco, 2000) | Seasonal multi-decadal averages | Cumulative Distribution Functions (CDFs) derived by counting threshold exceedances among members, and weighing the counts by the REA method.<br><br>Stepwise CDFs at the regional levels | Model performance (bias and convergence) explicitly quantified in each AOGCMs' weight. Observable at same spatial scale and time resolution, for period 1961 to 1990. |
| Greene et al. (2006) | Multi-model Ensemble | Regional averages (Giorgi and Francisco, 2000) | Seasonal and annual averages | Bayesian approach. AOGCMs dependence is modelled. Linear regression of observed values on model's values (similar to Model-Output-Statistics approach used in weather forecasting and seasonal forecasting) with coefficients estimates applied to future simulations.<br><br>PDFs at regional level | Model performance measured on 1902 to 1998 historical trend reproduction at same spatial scale and time resolution. |
| Harris et al. (2006) | Perturbed Physics Ensemble (PPE) | Grid points | Seasonal multi-annual averages | Scaled equilibrium response patterns from a large slab-model Perturbed Physics Ensemble (PPE), using transient responses of an Energy Balance Model driven by PPE climate feedbacks. Quantifying scaling error, against a smaller PPE of transient simulations, to include in PDFs.<br><br>PDFs at arbitrary level of aggregation | All model versions assumed equally likely. |
| Stott et al. (2006a) | Single Model (HadCM3) | Continental averages | Annual decadal averages | Linear scaling factor estimated through optimal fingerprinting approach at continental scales or at global scale and applied to future projections, with estimated uncertainty. Natural variability estimated from control run added as additional uncertainty component.<br><br>PDFs at the continental-scale level | Not applicable |
| Tebaldi et al. (2004a,b) | Multi-model Ensemble | Regional averages (Giorgi and Francisco, 2000) | Seasonal multi-decadal averages | Bayesian approach. AOGCMs are assumed independent. Normal likelihood for their projections, with AOGCM-specific variability.<br><br>PDFs at the regional level | Model performance (bias and convergence) implicitly brought to bear through likelihood assumptions. Observable at same spatial scale and time resolution, for period 1961 to 1990 in original papers, for period 1980 to 1999 for results displayed in this report. |

and precipitation change by weighting model results according to biases in their simulation of present-day climate and convergence of their projections to the ensemble's mean. Their Reliability Ensemble Average (REA) method was applied to the nine GCMs assessed in the TAR to provide uncertainty estimates separately for the SRES A2 and B2 emission scenarios for 22 large sub-continental regions.

Tebaldi et al. (2004a,b) used a Bayesian approach to define a formal statistical model for deriving probabilities from an ensemble of projections forced by a given SRES scenario. Using the Giorgi and Mearns (2002, 2003) approach, model bias and convergence criteria determine the shape and width of the posterior probability density functions (PDFs) of temperature and precipitation change signals. Expert judgement can be incorporated in the form of prior distributions that have the effect of assigning different relative weights to the two criteria (Tebaldi et al., 2004b; Lopez et al., 2006). The method developed by Furrer et al. (2007) to combine GCM output at the grid point scale into probabilistic projections is described in detail in Chapter 10. By straightforward area averaging. PDFs of climate change at the regional scale can be obtained. When this is done for the Giorgi and Francisco (2000) regions, the regional PDFs from Furrer et al. (2007) agree overall with the

empirical histogram of the ensemble projections and the Tebaldi et al. (2004b) PDFs, with relatively small differences in spread and generally no clear difference in location.

Greene et al. (2006) used a Bayesian framework to model an ensemble of GCM projections under individual SRES scenarios by an extension of methods used for seasonal ensemble forecasting. The set of GCM simulations of the observed period 1902 to 1998 are individually aggregated in area-averaged annual or seasonal time series and jointly calibrated through a linear model to the corresponding observed regional trend. The calibration coefficients and their uncertainty are estimated and then applied to the future projections to provide probabilistic forecasts of future trends. Two critical assumptions are responsible for this method's results being so different from the ensemble projections or the PDFs produced by Tebaldi et al. (2004a,b) (see Figure 11.26 and Supplementary Material Figures S11.33 to S11.35). Firstly, the method attributes large uncertainty to models that are unable to reproduce historical trends despite the uncertainty in the relatively weak forcings in the historical period and the large natural variability at regional scales. Second, a strong stationarity assumption is required to extrapolate the relationship derived over the historical record to future trends, which involve a different combination of and



**Figure 11.26.** *Map comparing PDFs of change in temperature (2080 to 2099 compared to 1980 to 1999) from Tebaldi et al. (2004a,b) and Greene et al. (2006) as well as the raw model projections (represented by shaded histograms) for the Giorgi and Francisco (2000) regions. Areas under the curves and areas covered by the histograms have been scaled to equal unity. The scenario is SRES A1B and the season is NH winter (DJF). Asterisks adjacent to ARC and ANT regions indicate that only the Tebaldi et al. results were available.*

some significantly stronger forcings. The significantly smaller warming and the large width of the PDFs (at times including negative values) labelled by a 'G' in Figure 11.26 are then interpretable as a result of this stationarity constraint and the large uncertainty in the fitting of the trends. They contrast starkly with the larger warming represented in the histograms of model projections and their synthesis in the Tebaldi et al. (2004a,b) and in the Furrer et al. (2007, not shown) PDFs. This is particularly so in the lower-latitude regions of Africa, South Asia and the SH, possibly as a consequence of particularly weak trends in the observations and/or relatively worse performance of the GCMs.

Dessai et al. (2005) apply the idea of simple pattern scaling (Santer et al., 1990) to a multi-model ensemble of AOGCMs. They 'modulate' the normalised regional patterns of change by the global mean temperature changes generated under many SRES scenarios and climate sensitivities through the Model for the Assessment of Greenhouse-Gas Induced Climate Change (MAGICC), a simple probabilistic energy balance model (Wigley and Raper, 2001). Their work focuses on measuring the changes in PDFs as a function of different sources of uncertainty. In this analysis, the impact of the SRES scenarios turns out to be the most relevant for temperature changes, particularly in the upper tail of the distributions, while the GCM weighting does not produce substantial differences. This result is probably dependent on the long horizon of the projections considered (late 21st century). Arguably, the emission scenario would be less important in the short to mid-term. Climate sensitivity has an impact mainly in the lower tail of the distributions. For precipitation changes, all sources of uncertainty seem relevant but the results are very region-specific and thus difficult to generalise. More work to test the robustness of these conclusions is needed, especially when these are obviously not consistent with the results in Figure 10.29. For example, the use of pattern scaling is likely to underestimate the range of projections that would be obtained by running a larger ensemble of GCMs (Murphy et al., 2004).

The work described above has involved either large-area averages of temperature and precipitation change or statistical modelling at the grid box scale. Good and Lowe (2006) show that trends in large-area and grid-box average projections of precipitation are often very different from the local trends within the area. This demonstrates the inadequacy of inferring the behaviour at fine scales from that of large-area averages.

*11.10.2.2.3   Using perturbed physics ensembles*

Another method for exploring uncertainties in regional climate projections is the use of large perturbed physics ensembles (described in detail in Chapter 10). These allow a characterisation of the uncertainty due to poorly constrained parameters within the formulation of a model. Harris et al. (2006) combined the results from a 17-member ensemble (Collins et al., 2006) with a larger perturbed physics ensemble, investigating the equilibrium climate response to a doubling of atmospheric $CO_2$ (Webb et al., 2006). They developed a

bridge between spatial patterns of the transient and equilibrium climate response by way of simple pattern scaling (Santer et al., 1990), allowing results from the large ensemble to be translated into PDFs of time-dependent regional changes. Uncertainties in surface temperature and precipitation changes are derived (Supplementary Material Figures S11.36 and S11.37), which arise from the poorly constrained atmospheric model parameters, internal variability and pattern scaling errors. The latter are quantified by comparing the scaled equilibrium response with the transient response for 17 model versions with identical parameter settings. Errors introduced by the pattern-scaling technique are largest when the transient response varies nonlinearly with global temperature, as is the case for precipitation in certain regions.

*11.10.2.2.4   Other approaches to quantifying regional uncertainty*

As described in Chapter 10, Stott and Kettleborough (2002) provide PDFs of future change in climate by making use of the robust observational constraints on a climate model's response to greenhouse gas and sulphate aerosol forcings that underpin the attribution of recent climate change to anthropogenic sources. The study by Stott et al. (2006a) is the first to adapt this method for continental scales. It considers two methods of constraining future continental temperature projections, one based on using observed historical changes only over the region of interest and one based on using observed changes in global temperature patterns. The first approach produces wider PDFs, since the uncertainty of detection at the regional scale is larger. The second approach incorporates more information, hence reducing the uncertainty, but assumes that the GCM represents correctly the relationship between global mean and regional temperature change. In contrast to the studies of Section 11.10.2.2.2, this work uses projections from a single GCM (HadCM3), although Stott et al. (2006b) have confirmed the results of this methodology for other models.

In general, the regional sections of this chapter assess the uncertainty in regional changes based on expert understanding of the relevant processes, rather than by formal probabilistic methods, which are still in their infancy and currently do not provide definitive results. An approach to a process-based assessment of the reliability of modelled climate change responses and thus uncertainties in its future projections has been proposed by Rowell and Jones (2006). They perform an assessment of the physical and dynamical mechanisms responsible for a specific future outcome, in their case European summer drying. Their analysis isolates the contribution of the four major mechanisms analysed: the spatial pattern of warming, other large-scale changes, reduced spring soil moisture and summer soil moisture feedbacks. In certain regions, the second process makes a minor contribution with the first and third dominating. This leads to the conclusion that the sign of the change is robust as confidence in the processes underlying these mechanisms is high.

*11.10.2.2.5    Combined uncertainties: General Circulation
                Models, emissions and downscaling techniques*

It is important to quantify the relative importance of the uncertainty arising from the downscaling step (from the RCM formulation or the assumptions underlying an empirical SD method) against the other sources of uncertainty. For example, in the application of SD methods to probabilistic scenarios, Benestad (2002b, 2004a) used a multi-model ensemble coupled to SD to derive tentative probabilistic scenarios at a regional scale for northern Europe.

The PRUDENCE project (Box 11.2) provided the first opportunity to weigh these various sources of uncertainty for simulations over Europe. Rowell (2005) evaluated a four-dimensional matrix of climate modelling experiments that included two different emissions scenarios, four different GCM experiments, multiple ensemble members within the latter to assess internal variability, and nine different RCMs, for the area of the British Isles. He found that the dynamical downscaling added a small amount of uncertainty compared to the other sources for temperature evaluated as monthly/seasonal averages. For precipitation, the relative contributions of the four sources of uncertainty are more balanced. Déqué et al. (2005, 2007) show similar results for the whole of Europe, as do Ruosteenoja et al. (2007) for subsections of Europe. Kjellström et al. (2007) find that the differences among different RCMs driven by the same GCM become comparable to those among the same RCM driven by different GCMs when evaluating daily maximum and minimum temperatures. However, mean responses in the PRUDENCE RCMs were often quite different from that of the driving GCM. This suggests that some of the spread in RCM responses may be unrealistic due to model inconsistency (Jones et al., 1997). However, it should be noted that only a few of the RCMs in PRUDENCE were driven by more than one GCM, which adds further uncertainty regarding these conclusions. Other programs similar to PRUDENCE have begun for other regions of the world, such as NARCCAP over North America (Mearns et al., 2005), Regional Climate Change Scenarios for South America (CREAS; Marengo and Ambrizzi, 2006), and the Europe-South America Network for Climate Change Assessment and Impact Studies (CLARIS; http://www.claris-eu.org) over South America.

# References

Abaurrea, J., and J. Asin, 2005: Forecasting local daily precipitation patterns in a climate change scenario. *Clim. Res.*, **28**, 183–197.

Abbs, D.J., 2004: A high resolution modelling study of the effect of climate change on the intensity of extreme rainfall events. In: *Staying Afloat: Floodplain Management Authorities of NSW 44th Annual Conference: Conference Proceedings, Coffs Harbour, NSW*. Floodplain Management Authorities of New South Wales, Tamworth, pp. 17–24.

ACIA, 2005: *Arctic Climate Impact Assessment*. Cambridge University Press, New York, 1042 pp.

Adam, J.C., and D.P. Lettenmeier, 2003: Adjustment of global gridded precipitation for systematic bias. *J. Geophys. Res.*, **108**, 4257–4272.

Adams, N., 2004: A numerical modelling study of the weather in East Antarctica and the surrounding Southern Ocean. *Weather Forecasting*, **19**, 653–672.

AIACC (Assessments of Impacts and Adaptations to Climate Change in Multiple Regions and Sectors), 2004: *AIACC Regional Study AS07: Southeast Asia Regional Vulnerability to Changing Water Resource and Extreme Hydrological Events due to Climate Change. Progress Report: Period Year-end 2003*. 8 pp., http://sedac.ciesin.columbia.edu/aiacc/progress/AS07_Jan04.pdf.

Aldrian, E., and R. Dwi Susanto, 2003: Identification of three dominant rainfall regions within Indonesia and their relationship to sea surface temperature. *Int. J. Climatol.*, **23**(12), 1435–1452.

Aldrian, E., et al., 2004a: Long term simulation of the Indonesian rainfall with the MPI Regional Model. *Clim. Dyn.*, **22**(8), 794–814, doi:10.1007/s00382-004-0418-9.

Aldrian, E., et al., 2004b: Modelling Indonesian rainfall with a coupled regional model. *Clim. Dyn.*, **25**(1), 1–17, doi:10.1007/s00382-004-0483-0.

Anderson, C.J., et al., 2003: Hydrological processes in regional climate model simulations of the Central United States flood of June-July 1993. *J. Hydrometeorol.*, **4**, 584–598.

Angeles, M.E., J.E. Gonzalez, D.J. Erickson, and J.L. Hernández, 2007: Predictions of future climate change in the Caribbean region using global general circulation models. *Int. J. Climatol.*, **27**, 555-569, doi:10.1002/joc.1416.

Antic, S., R. Laprise, B. Denis, and R. de Elia, 2005: Testing the downscaling ability of a one-way nested regional climate model in regions of complex topography. *Clim. Dyn.*, **23**, 473–493.

Anyah, R., and F. Semazzi, 2004: Simulation of the sensitivity of Lake Victoria basin climate to lake surface temperatures. *Theor. Appl. Climatol.*, **79**(1–2), 55–69.

Arakawa, O., and A. Kitoh, 2005: Rainfall diurnal variation over the Indonesian Maritime Continent simulated by 20km-mesh GCM. *Scientific Online Letters on the Atmosphere*, **1**, 109–112.

Arnell, N., D. Hudson, and R. Jones, 2003: Climate change scenarios from a regional climate model: Estimating change in runoff in southern Africa. *J. Geophys. Res.*, **108**(D16), 4519, doi:10.1029/2002JD002782.

Arnfield, A.J., 2003: Two decades of urban climate research: a review of turbulence, exchanges of energy and water, and the urban heat island. *Int. J. Climatol.*, **23**, 1–26.

Ashok, K., Z.Y. Guan, and T. Yamagata, 2001: Impact of the Indian Ocean Dipole on the relationship between the Indian monsoon rainfall and ENSO. *Geophys. Res. Lett.*, **28**, 4499–4502.

Ashrit, R.G., K. Rupa Kumar, and K. Krishna Kumar, 2001: ENSO-monsoon relationships in a greenhouse warming scenario. *Geophys. Res. Lett.*, **29**, 1727–1730.

Ashrit, R.G., H. Douville, and K. Rupa Kumar, 2003: Response of the Indian monsoon and ENSO-monsoon teleconnection to enhanced greenhouse effect in the CNRM coupled model. *J. Meteorol. Soc. Japan*, **81**, 779–803.

Augustine, J.A., and F. Caracena, 1994: Lower-tropospheric precursors to nocturnal MCS development over central United States. *Weather Forecasting*, **9**, 116–135.

Avissar, R., and D. Werth, 2005: Global hydroclimatological teleconnections resulting from tropical deforestation. *J. Hydrometeorol.*, **6**, 134–145.

Bader, J., and M. Latif, 2003: The impact of decadal-scale Indian Ocean sea surface temperature anomalies on Sahelian rainfall and the North Atlantic Oscillation. *Geophys. Res. Lett.*, **30**(22), 2166–2169, doi:10.1029/2003GL018426.

Bailey, D.A., and A.H. Lynch, 2000: Development of an Antarctic regional climate system model: Part 2. Station validation and surface energy balance. *J. Clim.*, **13**, 1351–1361.

Bailey, D.A., A.H. Lynch, and T.E. Arbetter, 2004: The relationship between synoptic forcing and polynya formation in the Cosmonaut Sea, II: Polynya simulation. *J. Geophys. Res*, **109**, doi:10.1029/2003JC001838.

Barnett, D.N., et al., 2006: Quantifying uncertainty in changes in extreme event frequency in response to doubled $CO_2$ using a large ensemble of GCM simulations. *Clim. Dyn.*, **26**, 489–511.

Barnett, T.P., J.C. Adam, and D.P. Lettenmeier, 2005: Potential impacts of a warming climate on water availability in snow-dominated regions. *Nature*, **438**, 303–309, doi:10.1038/nature04141.82511-825179.

Bartman, A.G., W.A. Landman, and C.J. de W. Ratenbach, 2003: Recalibration of general circulation model output to Austral summer rainfall over Southern Africa. *Int. J. Climatol.*, **23**, 1407–1419.

Becker, A., and H. Bugmann (eds.), 1997: *Predicting Global Change Impacts on Mountain Hydrology and Ecology: Integrated Catchment Hydrology/Altitudinal Gradient Studies*. IGBP Report 43, International Geosphere-Biosphere Programme, Stockholm.

Beckmann, B.R., and T.A. Buishand, 2002: Statistical downscaling relationship for precipitation in the Netherlands and North Germany. *Int. J. Climatol.*, **22**, 15–32.

Beersma, J.J., and T.A. Buishand, 2003: Multi-site simulation of daily precipitation and temperature conditional on atmospheric circulation. *Clim. Res.*, **25**, 121–133.

Bell, J.L., L.C. Sloan, and M.A. Snyder, 2004: Changes in extreme climatic events: A future climate scenario. *J. Clim.*, **17**(1), 81–87.

Benestad, R.E., 2002a: Empirically downscaled temperature scenarios for Northern Europe based on a multi-model ensemble. *Clim. Res.*, **21**(2), 105–125.

Benestad, R.E., 2002b: Empirically downscaled multimodel ensemble temperature and precipitation scenarios for Norway. *J. Clim.*, **15**, 3008–3027.

Benestad, R.E., 2004a: Tentative probabilistic temperature scenarios for Northern Europe. *Tellus*, **56A**(2), 89–101.

Benestad, R.E., 2004b: Empirical-statistical downscaling in climate modeling. *Eos*, **85**(42), 417.

Benestad, R.E., 2005: Climate change scenarios for northern Europe from multi-model IPCC AR4 climate simulations. *Geophys. Res. Lett.*, **32**, L17704, doi:10.1029/2005GL023401.

Bengtsson, L., 1996: The climate response to the changing greenhouse gas concentration in the atmosphere. In: *Decadal Climate Variability, Dynamics And Variability* [Anderson, D.L.T., and J. Willebrand (eds.)]. NATO ASI Series 44, Springer, Berlin, 493 pp.

Bengtsson, L., V.A. Semenov, and O.M. Johannessen, 2004: The early twentieth-century warming in the Arctic - a possible mechanism. *J. Clim.*, **17**, 4045–4057.

Beniston, M., and P. Jungo, 2001: Shifts in the distributions of pressure, temperature and moisture in the alpine region in response to the behavior of the North Atlantic Oscillation. *Theor. Appl. Climatol.*, **71**, 29–42.

Beniston, M., F. Keller, B. Koffi, and S. Goyette, 2003: Estimates of snow accumulation and volume in the Swiss Alps under changing climatic conditions. *Theor. Appl. Climatol.*, **76**, 125–140.

Beniston, M., et al., 2007: Future extreme events in European climate: An exploration of regional climate model projections. *Clim. Change*, doi:10.1007/s10584-006-9226-z.

Bertler, N.A.N., P.J. Barrett, P.A. Mayewski, and R.L. Fogt, 2004: El Niño suppresses Antarctic warming. *Geophys. Res. Lett.*, **31**, L15207, doi:10.1029/2004GL020749.

Betts, A.K., 1998: Climate-convection feedbacks: Some further issues. *Clim. Dyn.*, **39**(1), 35–38.

Betts, R.A., et al., 2004: The role of ecosystem-atmosphere interactions in simulated Amazonian precipitation decrease and forest dieback under global climate warming. *Theor. Appl. Climatol.*, **78**, 157–175.

Biasutti, M., and A. Giannini, 2006: Robust Sahel drying in response to late 20th century forcings. *Geophys. Res. Lett.*, **33**, L11706, doi:10.1029/2006GL026067.

Biner, S., D. Caya, R. Laprise and L. Spacek, 2000: Nesting of RCMs by imposing large scales. In: *Research Activities in Atmospheric and Oceanic Modelling*. WMO/TD No. 987, Report No. 30, World Meteorological Organization, Geneva, pp. 7.3–7.4.

Black, E., et al., 2004: Factors contributing to the summer 2003 European heatwave. *Weather*, **59**, 217–223.

Blenckner, T. and D. Chen, 2003: Comparison of the impact of regional and North-Atlantic atmospheric circulation on an aquatic ecosystem. *Clim. Res.*, **23**, 131–136.

Boer, R., and A. Faqih, 2004: *Current and Future Rainfall Variability in Indonesia*. AIACC Technical Report 021, http://sedac.ciesin.columbia.edu/aiacc/progress/AS21_Jan04.pdf.

Bogdanova, E.G, B.M. Ilyin, and I.V. Dragomilova, 2002: Application of a comprehensive bias correction model to application of a comprehensive bias correction model to stations. *J. Hydrometeorol.*, **3**, 700–713.

Bojariu, R., and F. Giorgi, 2005: The North Atlantic Oscillation signal in a regional climate simulation for the European region. *Tellus*, **57A**(4), 641–653.

Bonan, G.B., 2001: Observational evidence for reduction of daily maximum temperature by croplands in the Midwest United States. *J. Clim.*, **14**, 2430–2442.

Boo, K.-O., W.-T. Kwon, and J.-K. Kim, 2005: Vegetation changes over the regional surface climate over East Asia due to global warming using BIOME4. *Il Nuovo Cimento*, **27**(4), 317–327.

Boo, K.-O., W.-T. Kwon, and H.-J. Baek, 2006: Change of extreme events of temperature and precipitation over Korea using regional projection of future climate change. *Geophys. Res. Lett.*, **33**(1), L01701, doi:10.1029/2005GL023378.

Booij, M.J., 2002: Extreme daily precipitation in western Europe with climate change at appropriate spatial scales. *Int. J. Climatol.*, **22**, 69–85.

Bordoni, S., et al., 2004: The low-level circulation of the North American Monsoon as revealed by QuikSCAT. *Geophys. Res. Lett.*, **31**, L10109, doi:10.1029/2004GL020009.

Boulanger, J.P., F. Martinez, and E.C. Segura, 2006: Projection of future climate change conditions using IPCC simulations, neural networks and Bayesian statistics. Part 1: Temperature mean state and seasonal cycle in South America. *Clim. Dyn.*, **27**, 233–259.

Bretherton, C.S., and D.S. Battisti, 2000: An interpretation of the results from atmospheric general circulation models forced by the time history of the observed sea surface temperature distribution. *Geophys. Res. Lett.*, **27**, 767–770.

Bromwich, D.H., and R.L. Fogt, 2004: Strong trends in the skill of the ERA-40 and NCEP/NCAR Reanalyses in the high and middle latitudes of the Southern Hemisphere, 1958-2001. *J. Clim.*, **17**, 4603–4619.

Bromwich, D.H., A.J. Monaghan, and Z. Guo, 2004a: Modeling the ENSO modulation of Antarctic climate in the late 1990s with the Polar MM5. *J. Clim.*, **17**, 109–132.

Bromwich, D.H., A.J. Monaghan, K.W. Manning, and J.G. Powers, 2004b: Real-time forecasting for the Antarctic: An evaluation of the Antarctic Mesoscale Prediction System (AMPS). *Mon. Weather Rev.*, **133**, 579–603.

Bromwich, D.H., et al., 2000: ECMWF analyses and reanalyses depiction of ENSO signal in Antarctic precipitation. *J. Clim.*, **13**, 1406–1420.

Brovkin, V., et al., 1999: Modelling climate response to historical land cover change. *Global Ecol. Biogeogr.*, **8**, 509–517.

Buishand, T.A., M.V. Shabalova, and T. Brandsma, 2004: On the choice of the temporal aggregation level for statistical downscaling of precipitation. *J. Clim.*, **17**, 1816–1827.

Busuioc, A., and H. von Storch, 2003: Conditional stochastic model for generating daily precipitation time series. *Clim. Res.*, **24**, 181–195.

Busuioc, A., D. Chen, and C. Hellström, 2001: Performance of statistical downscaling models in GCM validation and regional climate change estimates: application for Swedish precipitation. *Int. J. Climatol.*, **21**(5), 557–578.

Busuioc, A., F. Giorgi, X. Bi, and M. Ionita, 2006: Comparison of regional climate model and statistical downscaling simulations of different winter precipitation change scenarios over Romania. *Theor. Appl. Climatol.*, **86**, 101–120.

Cai, W., P.H. Whetton, and D.J. Karoly, 2003a: the response of the Antarctic Oscillation to increasing and stabilized atmospheric $CO_2$. *J. Clim.*, **16**, 1525–1538.

Cai, W., et al., 2003b: *Climate Change in Queensland under Enhanced Greenhouse Conditions. Annual Report, 2003*. CSIRO Atmospheric Research, Aspendale, Vic., 74 pp, http://www.longpaddock.qld.gov.au/ClimateChanges/pub/CSIRO2003.html#end.

Caires, S., V.R. Swail, and X.L. Wang, 2006: Projection and analysis of extreme wave climate. *J. Clim.*, **19**, 5581–5605.

Caminade, C., L. Teray, and E. Maisonnave, 2006: West African monsoon system response to greenhouse gase and sulphate aerosol forcing under two emission scenarios. *Clim. Dyn.*, **26**, 531–547.

Cannon, A., and P. Whitfield, 2002: Downscaling recent streamflow conditions in British Columbia, Canada using ensemble neural network models. *J. Hydrol.*, **259**(1–4), 136–151.

Carleton, A.M., 2003: Atmospheric teleconnections involving the Southern Ocean. *J. Geophys. Res.*, **108**, 8080, doi:10.1029/2000JC000379.

Carril, A.F., C.G. Menéndez, and A. Navarra, 2005: Climate response associated with the Southern Annular Mode in the surroundings of Antarctic Peninsula: a multi-model ensemble analysis. *Geophys. Res. Lett.*, **32**, L16713, doi:10.1029/2005GL023581.

Cassano, J.J., P. Uotila, and A. Lynch, 2006: Changes in synoptic weather patterns in the polar regions in the 20th and 21st centuries. Part 1: Arctic. *Int. J. Climatol.*, **26**, 1027–1049, doi:10.1002/joc.1306.

Caya, D., and S. Biner, 2004: Internal variability of RCM simulations over an annual cycle. *Clim. Dyn.*, **22**, 33–46.

Cayan, D.R., et al., 2001: Changes in the onset of spring in the western United States. *Bull. Am. Meteorol. Soc.*, **82**, 399–415.

Cazes Boezio, G., A.W. Robertson, and C.R. Mechoso, 2003: Seasonal dependence of ENSO teleconnections over South America and relationships with precipitation in Uruguay. *J. Clim.*, **16**(8), 1159–1176.

Chaboureau, J.P., F. Guichard, J.L. Redelsperger, and J.P. Lafore, 2004: The role of stability and moisture in the diurnal cycle of convection over land. *Q. J. R. Meteorol. Soc.*, **130**, 3105–3117.

Chapman, W.L., and J.E. Walsh, 2006: A synthesis of Antarctic temperatures. *J. Clim.*, **26**, 1181–2119, doi:10.1002/joc.1305.

Chapman, W.L., and J.E. Walsh, 2007: Simulations of Arctic temperature and pressure by global coupled models. *J. Clim.*, **20**, 609-632, doi: 10.1175/JCLI4026.1.

Charles, S.P., B.C. Bates, I.N. Smith, and J.P. Hughes, 2004: Statistical downscaling of daily precipitation from observed and modelled atmospheric fields. *Hydrolog. Process.*, **18**(8), 1373–1394.

Chase, T.N., et al., 2000: Simulated impacts of historical land cover changes on global climate in northern winter. *Clim. Dyn.*, **16**, 93–105.

Chen, A.A., and M.A. Taylor, 2002: Investigating the link between early season Caribbean rainfall and the El Niño +1 year. *Int. J. Climatol.*, **22**, 87–106.

Chen, D.L., and Y.M. Chen, 2003: Association between winter temperature in China and upper air circulation over East Asia revealed by canonical correlation analysis. *Global Planet. Change*, **37**, 315–325.

Chen, M., D. Pollard, and E.J. Barron, 2003: Comparison of future climate change over North America simulated by two regional climate models. *J. Geophys. Res.*, **108**(D12), 4348, doi:10.1029/2002JD002738.

Chen, T.-C., J.-H. Yoon, K.J. St. Croix, and E.S. Takle, 2001: Suppressing impacts of the Amazonian deforestation by the global circulation change. *Bull. Am. Meteorol. Soc.*, **82**, 2209–2216.

Chen, T.-C., S.-Y. Wang, W.-R. Huang, and M.-C. Yen, 2004: Variation of the East Asian summer monsoon rainfall. *J. Clim.*, **17**, 744–762.

Chou, C., and J.D. Neelin, 2004: Mechanisms of global warming impacts of regional tropical precipitation. *J. Clim.*, **17**, 2688–2701.

Chou, C., J.D. Neelin, J.-Y. Tu, and C.-T. Chen, 2007: Regional tropical precipitation change mechanisms in ECHAM4/OPYC3 under global warming. *J. Clim.* **19**, 4207-4223..

Chou, S.C., A.M.B. Nunes, and I.F.A. Cavalcanti, 2000: Extended range forecasts over South America using the regional eta model. *J. Geophys. Res.*, **105**, 10147–10160.

Christensen, J.H., and O.B. Christensen, 2003: Severe summertime flooding in Europe. *Nature*, **421**, 805–806.

Christensen, J.H., T. Carter, and F. Giorgi, 2002: PRUDENCE employs new methods to assess European climate change. *Eos*, **83**, 147.

Christensen, J.H., T.R. Carter, M. Rummukainen, and G. Amanatidis, 2007: Evaluating the performance and utility of regional climate models: the PRUDENCE project. *Clim. Change*, doi:10.1007/s10584-006-9211-6.

Christensen, J.H., et al., 2001: A synthesis of regional climate change simulations – A Scandinavian perspective. *Geophys. Res. Lett.*, **28**(6), 1003–1006.

Christensen, O.B., and J.H. Christensen, 2004: Intensification of extreme European summer precipitation in a warmer climate. *Global Planet. Change*, **44**, 107–117.

Church, J.A., N.J. White, and J.R. Hunter, 2006: Sea level rise at tropical Pacific and Indian Ocean islands. *Global Planet. Change*, **53**(3), 155–168.

Church, J.A., et al., 2004: Estimates of regional distribution of sea level rise over the 1950-2000 period. *J. Clim.*, **17**, 2609–2625.

Clark, R., S. Brown, and J. Murphy, 2006: Modelling Northern Hemisphere summer heat extreme changes and their uncertainties using a physics ensemble of climate sensitivity experiments. *J. Clim.*, **19**, 4418–4435.

Claussen, M., C. Kutzbaki, V. Brovkin, and A. Ganapolski, 1999: Simulation of an abrupt change in Saharan vegetation in the mid-Holocene. *Geophys. Res. Lett.*, **26**, 2037–2040.

Collier, J.C., K.P. Bowman, and G.R. North, 2004: A comparison of tropical precipitation simulated by the community climate model with that measured by the tropical rainfall measuring mission satellite. *J. Clim.*, **17**, 3319–3333.

Collins, M., et al., 2006: Towards quantifying uncertainty in transient climate change. *Clim. Dyn.*, **27**, 127–147.

Comiso, J.C., 2000: Variability and trends in Antarctic surface temperatures from in situ and satellite infrared measurements. *J. Clim.*, **13**, 1674–1696.

Connolley, W.M., and S.A. Harangozo, 2001: A comparison of five numerical weather prediction analysis climatologies in southern high latitudes. *J. Clim.*, **14**, 30–44.

Cook, K.H., and E.K. Vizy, 2006: Coupled model simulations of the West African monsoon system: twentieth-century simulations and twenty-first-century predictions. *J. Clim.*, **19**, 3681–3703.

Coppola, E., and F. Giorgi, 2005: Climate change in tropical regions from high-resolution time-slice AGCM experiments. *Q. J. R. Meteorol. Soc.*, **131**(612), 3123–3145.

Costa, M.H., and J.A. Foley, 2000: Combined effects of deforestation and doubled atmospheric $CO_2$ concentrations on the climate of Amazonia. *J. Clim.*, **13**, 35–58.

Covey, C., et al., 2003: An overview of results from the Coupled Model Intercomparison Project (CMIP). *Global Planet. Change*, **37**, 103–133, doi:10.1016/S0921-8181(02)00193-5.

Cox, P.M., et al., 2000: Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. *Nature*, **408**, 184–187.

Cox, P.M., et al., 2004: Amazonian forest dieback under climate-carbon cycle projections for the 21st century. *Theor. Appl. Clim.*, **78**, 137–156.

CSIRO (Commonwealth Scientific and Industrial Research Organisation), 2001: *Climate Projections for Australia*. CSIRO Atmospheric Research, Melbourne, 8 pp., http://www.dar.csiro.au/publications/projections2001.pdf.

Curtis, J., G. Wendler, R. Stone, and E. Dutton, 1998: Precipitation decrease in the western Arctic, with special emphasis on Barrow and Barter Island, Alaska. *Int. J. Climatol.*, **18**, 1687–1707.

Dairaku, K., and S. Emori, 2006: Dynamic and thermodynamic influences on intensified daily rainfall during the Asian summer monsoon under doubled atmospheric $CO_2$ conditions. *Geophys. Res. Lett.*, **33**, L01704, doi:10.1029/2005GL024754.

Davey, M.K., et al., 2002: STOIC: A study of coupled model climatology and variability in tropical ocean regions. *Clim. Dyn.*, **18**, 403–420.

Davies, H.C., 1976: A lateral boundary formulation for multi-levels prediction models. *Q. J. R. Meteorol. Soc.*, **102**, 405–418.

Debernard, J., M.Ø. Køltzow, J.E. Haugen, and L.P. Røed, 2003: Improvements in the sea-ice module of the regional coupled atmosphere-ice-ocean model and the strategy for the coupling of the three spheres. In: *RegClim General Technical Report No. 7* [Iversen, T., and M. Lystad (eds)]. Norwegian Meteorological Institute, Oslo, pp. 59–69.

DeFries, R.S., L. Bounoua, and G.J. Collatz, 2002: Human modification of the landscape and surface climate in the next fifty years. *Global Change Biol.*, **8**, 438–458.

Delire, C., et al., 2001: Simulated response of the atmosphere-ocean system to deforestation in the Indonesian Archipelago. *Geophys Res Lett*, **28**(10), 2081–2084.

Denis, B., R. Laprise, and D. Caya, 2003: Sensitivity of a regional climate model to the spatial resolution and temporal updating frequency of the lateral boundary conditions. *Clim. Dyn.*, **20**, 107–126.

Denis, B., R. Laprise, D. Caya, and J. Côté, 2002: Downscaling ability of one-way-nested regional climate models: The big-brother experiment. *Clim. Dyn.*, **18**, 627–646.

Déqué, M., and J.P. Piedelievre, 1995: High resolution climate simulation over Europe. *Clim. Dyn.*, **11**, 321–339.

Déqué, M., and A.L. Gibelin, 2002: High versus variable resolution in climate modelling. In: *Research Activities in Atmospheric and Oceanic Modelling* [Ritchie, H. (ed.)]. WMO/TD No. 1105, Report No. 32, World Meteorological Organization, Geneva, pp. 74–75.

Déqué, M., et al., 2005: Global high resolution versus Limited Area Model climate change scenarios over Europe: results from the PRUDENCE project. *Clim. Dyn.*, **25**, 653–670, 10.1007/s00382-005-0052-1.

Déqué, M., et al., 2007: An intercomparison of regional climate simulations for Europe: assessing uncertainties in model projections. *Clim. Change*, doi:10.1007/s10584-006-9228-x.

Derbyshire, S.H., et al., 2004: Sensitivity of moist convection to environmental humidity. *Q. J. R. Meteorol. Soc.*, **130**, 3055–3079.

Dessai, S., X. Lu, and M. Hulme, 2005: Limited sensitivity analysis of regional climate change probabilities for the 21st century. *J. Geophys. Res.*, **110**, D19108, doi:10.1029/2005JD005919.

Dethloff, K., et al., 2001: Sensitivity of Arctic climate simulations to different boundary layer parameterizations in a regional climate model. *Tellus*, **53**, 1–26.

Diaz-Nieto, J., and R.L. Wilby, 2005: A comparison of statistical downscaling and climate change factor methods: impacts on low flows in the River Thames, United Kingdom. *Clim. Change*, **69**, 245–268.

Dibike, Y.B., and P. Coulibaly, 2005: Hydrologic impact of climate change in the Saguenay watershed: Comparison of downscaling methods and hydrologic models. *J. Hydrol.*, **307**, 145–163.

Diffenbaugh, N.S., J.S. Pal, R.J. Trapp, and F. Giorgi, 2005: Fine-scale processes regulate the response of extreme events to global climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(44), 15774–15778, doi:10.1073/pnas.0506042102.

Dimitrijevic, M., and R. Laprise, 2005: Validation of the nesting technique in a regional climate model through sensitivity tests to spatial resolution and the time interval of lateral boundary conditions during summer. *Clim. Dyn.*, **25**, 555–580.

Ding, Y.H., Y.M. Liu, X.L. Shi, and Q.Q. Li, 2003: The experimental use of the regional climate model in the seasonal prediction in China National Climate Center. In: *Proceedings of the 2nd Workshop on Regional Climate Model, March 3-6, 2003, Yokohama, Japan*. GAME Publication No. 39, pp. 9–14.

Ding, Y.H., et al., 2006: Multi-year simulations and experimental seasonal predictions for rainy seasons in China by using a nested regional climate model (RegCM_NCC). Part I: Sensitivity study. *Adv. Atmos. Sci.*, 23(3), 323–341.

Dorn, W., K. Dethloff, and A. Rinke, 2003: Competition of NAO regime changes and increasing greenhouse gases and aerosols with respect to Arctic climate estimate. *Clim. Dyn.*, 21(5–6), 447–458, doi:10.1007/s00382-003-0344-2.

Döscher, R., et al., 2002: The development of the coupled ocean-atmosphere model RCAO. *Boreal Environ. Res.*, 7, 183–192.

Douville, H., 2005: Limitations of time-slice experiments for predicting regional climate change over South Asia. *Clim. Dyn.*, 24(4), 373–391.

Douville, H., et al., 2000: Impact of $CO_2$ doubling on the Asian summer monsoon: Robust versus model dependent responses. *J. Meteorol. Soc. Japan*, 78, 1–19.

Douville, H., et al., 2002: Sensitivity of the hydrological cycle to increasing amounts of greenhouse gases and aerosols. *Clim. Dyn.*, 20, 45–68.

Druyan, L.M., M. Fulakeza, and P. Lonergan, 2002: Dynamical downscaling of seasonal climate predictions over Brazil. *J. Clim.*, 15, 3411–3426.

Duffy, P.B., et al., 2003: High-resolution simulations of global climate, part 1: Present climate. *Clim. Dyn.*, 21, 371–390.

Dufresne, J.-L., et al., 2002: On the magnitude of positive feedback between future climate change and the carbon cycle, *Geophys. Res. Lett.*, 29(10), 1405, doi:10.1029/2001GL013777.

Easterling, D.R., L.V. Alexander, A. Mokssit, and V. Detemmernan, 2003: CC1/Clivar workshop to develop priority climate indices. *Bull. Am. Meteorol. Soc.*, 84, 1403 –1407.

Ekström, M., H.J. Fowler, C.G. Kilsby, and P.D. Jones, 2005: New estimates of future changes in extreme rainfall across the UK using regional climate model integrations. 2. Future estimates and use in impact studies. *J. Hydrol.*, 300, 234–251.

Elguindi, N., and F. Giorgi, 2006: Simulating multi-decadal variability of Caspian Sea level changes using regional climate model outputs. *Clim. Dyn.*, 26: 167–181.

Engelbrecht, F., C. Rautenbach, J. McGregor, and J. Katzfey, 2002: January and July climate simulations over the SADC region using the limited-area model DARLAM. *Water SA*, 28(4), 361–374.

Feddema, J.J., et al., 2005: A comparison of a GCM response to historical anthropogenic land cover change and model sensitivity to uncertainty in present-day land cover representations. *Clim. Dyn.*, 25, 581–609.

Fernández, J., and J. Sáenz, 2003: Improved field reconstruction with the analog method: searching the CCA space. *Clim. Res.*, 24, 199–213.

Fernandez, J., J. Sáenz, and E. Zorita, 2003: Analysis of wintertime atmospheric moisture transport and its variability over southern Europe in the NCEP reanalyses. *Clim. Res.*, 23, 195–215.

Fink, A.H., et al., 2004: The 2003 European summer heatwaves and drought – synoptic diagnostics and impacts. *Weather*, 59, 209–216.

Flather, R.A., and H. Khandker, 1993: The storm surge problem and possible effects of sea level changes on coastal flooding in the Bay of Bengal. In: *Climate and Sea Level Change* [Warrick, R.A., E.M. Barrow, and T. Wigley (eds)]. Cambridge University Press, Cambridge, UK, pp. 229–245.

Flather, R.A., and J.A. Williams, 2000: Climate change effects on storm surges: methodologies and results. In: *Climate Scenarios for Water-Related and Coastal Impacts* [Beersma, J., M. Agnew, D. Viner, and M. Hulme (eds.)]. ECLAT-2 Workshop Report No. 3, KNMI, The Netherlands, pp. 66–78.

Flather, R.A., 1998: Direct estimates of extreme storm surge elevations from a 40-year numerical model simulation and from observations. *Global Atmos. Ocean System*, 6, 165–176.

Fogt, R.L., and D.H. Bromwich, 2006: Decadal variability of the ENSO teleconnection to the high latitude South Pacific governed by coupling with the Southern Annular Mode. *J. Clim.*, 19, 979–997.

Foley, J.A., M.T. Coe, M. Scheffer, and G. Wang., 2003: Regime shifts in the Sahara and Sahel: Interactions between ecological systems in Southern Africa. *Ecosystems*, 6, 524–539.

Foley, J.A., et al., 2005: Global consequences of land use. *Science*, 309, 570–574.

Fowler, H.J., M. Ekström, C.G. Kilsby, and P.D. Jones, 2005: New estimates of future changes in extreme rainfall across the UK using regional climate model integrations. 1. Assessment of control climate. *J. Hydrol.*, 300, 212–233.

Fox-Rabinovitz, M.S., L.L. Takacs, R.C. Govindaraju, and M.J. Suarez, 2001: A variable-resolution stretched-grid general circulation model: Regional climate simulation. *Mon. Weather Rev.*, 129(3), 453–469.

Frei, C., et al., 2003: Daily precipitation statistics in regional climate models: Evaluation and intercomparison for the European Alps. *J. Geophys. Res.*, 108(D3), 4124, doi:10.1029/2002JD002287.

Frei, C., et al., 2006: Future changes of precipitation extremes in Europe: Intercomparison of scenarios from regional climate models. *J. Geophys. Res.*, 111, D06105, doi:10.1029/2005JD005965.

Freiman, M., and P. Tyson, 2000: The thermodynamic structure of the atmosphere over South Africa: Implications for water vapour transport. *Water SA*, 26(2), 153–158.

Friedlingstein, P., J.-L. Dufresne, P.M. Cox, and P. Rayner, 2003: How positive is the feedback between climate change and the carbon cycle? *Tellus*, 55B, 692–700.

Friedlingstein, P., et al., 2001: Positive feedback between future climate change and the carbon cycle. *Geophys. Res. Lett.*, 28, 1543–1546.

Fu, C.B., et al., 2005: Regional Climate Model Intercomparison project for Asia. *Bull. Am. Meteorol. Soc.*, 86(2), 257–266, doi:10.11/BAMS-86-2-257.

Fuentes, U., and D. Heimann, 2000: An improved statistical-dynamical downscaling scheme and its application to the alpine precipitation climatology. *Theor. Appl. Climatol.*, 65, 119–135.

Fujibé, F., N. Yamazaki, M. Katsuyama, and K. Kobayashi, 2005: The increasing trend of intense precipitation in Japan based on four-hourly data for a hundred years. *Scientific Online Letters on the Atmosphere*, 1, 41–44.

Furrer, R., S.R. Sain, D.W. Nychka, and G.A. Meehl, 2007: Multivariate Bayesian analysis of atmosphere-ocean general circulation models. *Environ. Ecol. Stat.*, in press.

Gaertner, M.A., et al., 2001: The impact of deforestation on the hydrological cycle in the western Mediterranean: an ensemble study with two regional climate models. *Clim. Dyn.*, 17, 857-873

Gao, Q., and M. Yu, 1998: A model of regional vegetation dynamics and its application to the study of Northeast China Transect (NECT) responses to global change. *Global Biogeochem. Cycles*, 12(2), 329–344.

Gao, X.J., Z.C. Zhao, and F. Giorgi, 2002: Changes of extreme events in regional climate simulations over East Asia. *Adv. Atmos. Sci.*, 19, 927–942.

Gao, X.J., Z.C. Zhao, and Y.H. Ding, 2003a: Climate change due to greenhouse effects in Northwest China as simulated by a regional climate model. *J. Glaciol. Geocryol.*, 25(2), 165–169.

Gao, X.J., J.S. Pal, and F. Giorgi, 2006a: Projected changes in mean and extreme precipitation over the Mediterranean region from a high resolution double nested RCM simulation. *Geophys. Res. Lett.*, 33, L03706, doi:10.1029/2005GL024954.

Gao, X.J., D.L. Li, Z.C. Zhao, and F. Giorgi, 2003b: Climate change due to greenhouse effects in Qinghai-Xizang Plateau and along the Qianghai-Tibet Railway. *Plateau Meteorol.*, 22(5), 458–463.

Gao, X.J., W.T. Lin, Z.C. Zhao, and F. Kucharsky, 2004: Simulation of climate and short-term climate prediction in China by CCM3 driven by observed SST. *Chin. J. Atmos. Sci.*, 28, 63–76.

Gao, X.J., et al., 2001: Climate change due to greenhouse effects in China as simulated by a regional climate model. *Adv. Atmos. Sci.*, 18, 1224–1230.

Gao, X.J., et al., 2006b: Impacts of horizontal resolution and topography on the numerical simulation of East Asia precipitation. *Chin. J. Atmos. Sci.*, **30**, 185–192.

Gedney, N., and P.J. Valdes, 2000: The effect of Amazonian deforestation on the Northern Hemisphere circulation and climate. *Geophys. Res. Lett.*, **27**(19), 3053–3056.

Genthon, C., and E. Cosme, 2003: Intermittent signature of ENSO in west-Antarctic precipitation. *Geophys. Res. Lett.*, **30**, 2081, doi:10.1029/2003GL018280.

Genthon, C., G. Krinner, and E. Cosme, 2002: Free and laterally-nudged Antarctic climate of an atmospheric general circulation model. *Mon. Weather Rev.*, **130**, 1601–1616.

Genthon, C., S. Kapari, and P.A. Mayewski, 2005: Interannual variability of the surface mass balance of West Antarctica from ITASE cores and ERA40 reanalyses. *Clim. Dyn.*, **24**, 759–770.

Gerbaux, M., et al., 2005: Surface mass balance of glaciers in the French Alps: distributed modeling and sensitivity to climate change. *J. Glaciol.*, **51**(175), 561–572.

Ghan, S.J., and T. Shippert, 2006: Physically-based global downscaling climate change projections for a full century, *J. Clim.*, **19**, 1589–1604.

Giannini, A., Y. Kushnir, and M.A. Cane, 2000: Interannual variability of Caribbean rainfall, ENSO and the Atlantic Ocean. *J. Clim.*, **13**, 297–311.

Giannini, A., M.A. Cane, and Y. Kushnir, 2001: Interdecadal changes in the ENSO teleconnection to the Caribbean region and North Atlantic Oscillation. *J. Clim.*, **14**, 2867–2879.

Giannini, A., R. Saravanan, and P. Chang, 2003: Oceanic forcing of Sahel rainfall on interannual to interdecadal time scales. *Science*, **302**, 1027–1030.

Gibelin, A.L., and Déqué, M., 2003: Anthropogenic climate change over the Mediterranean region simulated by a global variable resolution model. *Clim. Dyn.*, **20**, 327–339.

Giorgi, F., and R. Francesco, 2000: Evaluating uncertainties in the prediction of regional climate change. *Geophys. Res. Lett.*, **27**, 1295–1298.

Giorgi, F., and L.O. Mearns, 2002: Calculation of average, uncertainty range, and reliability of regional climate changes from AOGCM simulations via the reliability ensemble averaging (REA) method. *J. Clim.*, **15**, 1141–1158.

Giorgi, F., and L.O. Mearns, 2003: Probability of regional climate change based on the Reliability Ensemble Averaging (REA) method. *Geophys. Res. Lett.*, **30**(12), 1629, doi:10.1029/2003GL017130.

Giorgi, F., and X. Bi, 2005: Regional changes in surface climate interannual variability for the 21st century from ensembles of global model simulations. *Geophys. Res. Lett.*, **32**, L13701, doi:10.1029/2005GL023002.

Giorgi, F., X. Bi, and J.S. Pal, 2004: Mean, interannual variability and trends in a regional climate change experiment over Europe. II: climate change scenarios (2071-2100). *Clim. Dyn.*, **23**, 839–858.

Giorgi, F., J.W. Hurrell, M.R. Marinucci, and M. Beniston, 1997: Elevation signal in surface climate change: A model study. *J. Clim.*, **10**, 288–296.

Giorgi, F., et al., 2001a: Regional climate information – Evaluation and projections. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group 1 to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 583–638.

Giorgi, F., et al., 2001b: Emerging patterns of simulated regional climatic changes for the 21st century due to anthropogenic forcings. *Geophys. Res. Lett.*, **28**(17), 3317–3320.

Good, P., and J. Lowe, 2006: Emergent behavior and uncertainty in multi-model climate projections of precipitation trends at small spatial scales. *J. Clim.*, **27**(4), 357–375.

Goodison, B.E., P.Y.T. Louie, and D. Yang, 1998: *WMO Solid Precipitation Measurement Intercomparison, Final Report*. WMO/TD No.872, World Meteorological Organization, Geneva, 212 pp.

Govindasamy, B., P.B. Duffy, and J. Coquard, 2003: High resolution simulations of global climate, part 2: Effects of increased greenhouse gases. *Clim. Dyn.*, **21**, 391–404.

Goyette, S., O. Brasseur, and M. Beniston, 2003: Application of a new wind gust parameterisation: multi-scale case studies performed with the Canadian RCM. *J. Geophys. Res.*, **108**, 4371–4389.

Graham, L.P., S. Hagemann, S. Jaun, and M. Beniston, 2007: On interpreting hydrological change from regional climate models. *Clim. Change*, doi:10.1007/s10584-006-9217-0.

Gray, W.M., 1984: Atlantic seasonal hurricane frequency. Part I: El Niño and 30 mb quasi-biennial oscillation influences. *Mon. Weather Rev.*, **112**, 1649–1668.

Greene, A.M., L. Goddard, and U. Lall, 2006: Probabilistic multimodel regional temperature change projections. *J. Clim.*, **19**, 4326–4343.

Gregory, J.M., and J.F.B. Mitchell, 1995: Simulation of daily variability of surface temperature and precipitation over Europe in the current and $2 \times CO_2$ climate using the UKMO climate model. *Q. J. R. Meteorol. Soc.*, **121**, 1451–1476.

Griffiths, G.M., M.J. Salinger, and I. Leleu, 2003: Trends in extreme daily rainfall across the South Pacific and relationship to the South Pacific convergence zone. *Int. J. Climatol.*, **23**, 847- 869.

Groisman, P.Y., et al., 2005: Trends in intense precipitation in the climate record. *J. Clim.*, **18**, 1326–1350.

Guo, Z., D.H. Bromwich, and J.J. Cassano, 2003: Evaluation of Polar MM5 simulations of Antarctic atmospheric circulation. *Mon. Weather Rev.*, **131**, 384–411.

Guo, Z., D.H. Bromwich, and K.M. Hines, 2004: Modeled Antarctic precipitation. Part II: ENSO modulation over West Antarctica. *J. Clim.*, **17**, 448–465.

Gutowski, W.J., et al., 2004: Diagnosis and attribution of a seasonal precipitation deficit in a U.S. regional climate simulation. *J. Hydrometeorol.*, **5**(1), 230–242.

Haapala, J., H.E.M. Meier, and J. Rinne, 2001: Numerical investigations of future ice conditions in the Baltic Sea. *Ambio*, **30**, 237–244.

Haarsma, R.J., F. Selten, S. Weber, and M. Kliphuis, 2005: Sahel rainfall variability and response to greenhouse warming. *Geophys. Res. Lett.*, **32**, L17702, doi:10.1029/2005GL023232.

Hagemann, S., et al., 2004: Evaluation of water and energy budgets in regional climate models applied over Europe. *Clim. Dyn.*, **23**, 547–607.

Han, J., and J. Roads, 2004: US climate sensitivity simulated with the NCEP Regional Spectral Model. *Clim. Change*, **62**, 115–154, doi:10.1023/B:CLIM.0000013675.66917.15.

Hansen, J., et al., 1998: Climate forcings in the industrial era. *Proc. Natl. Acad. Sci. U.S.A.*, **95**, 12753–12758.

Hansen, J.W., and T. Mavromatis, 2001: Correcting low-frequency variability bias in stochastic weather generators. *Agr. For. Meteorol.*, **109**, 297–310.

Hanssen-Bauer, I., E.J. Forland, J.E. Haugen, and O.E. Tveito, 2003: Temperature and precipitation scenarios for Norway: comparison of results from dynamical and empirical downscaling. *Clim. Res.*, **25**(1), 15–27.

Hanssen-Bauer, I., et al., 2005: Statistical downscaling of climate scenarios over Scandinavia: A review. *Clim. Res.*, **29**, 255–268.

Hardy, T., L. Mason, A. Astorquia, and B. Harper 2004: *Queensland Climate Change and Community Vulnerability to Tropical Cyclones: Ocean Hazards Assessment.* Report to Queensland Government, 45 pp. +7 appendices, http://www.longpaddock.qld.gov.au/ClimateChanges/pub/OceanHazards/Stage2LowRes.pdf.

Harris, G.R., et al., 2006: Frequency distributions of transient regional climate change from perturbed physics ensembles of general circulation model simulations. *Clim. Dyn.*, **27**, 357–375.

Hasegawa, A., and S. Emori, 2005: Tropical cyclones and associated precipitation over the Western North Pacific: T106 atmospheric GCM simulation for present-day and doubled $CO_2$ climates. *Scientific Online Letters on the Atmosphere*, **1**, 145–148.

Hayhoe, K., et al., 2004: Emissions pathways, climate change, and impacts on California. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 12422–12427.

Haylock, M.R., et al., 2006: Downscaling heavy precipitation over the UK: A comparison of dynamical and statistical methods and their future scenarios. *Int. J. Climatol.*, **26**(10), 1397–1415, doi:10.1002/joc.1318.

Hegerl, G.C., F.W. Zwiers, P.A. Stott, and V.V. Kharin, 2004: Detectability of anthropogenic changes in annual temperature and precipitation extremes. *J. Clim.*, **17**, 3683–3700.

Held, I.M., et al., 2005: Simulation of Sahel drought in the 20th and 21st centuries. *Proc. Natl. Acad. Sci. U.S.A.*, **102**(50), 17891–17896.

Hellström, C., D. Chen, C. Achberger, and J. Räisänen, 2001: A comparison of climate change scenarios for Sweden based on statistical and dynamical downscaling of monthly precipitation. *Clim. Res.*, **19**, 45–55.

Hennessy, K.J., J.M. Gregory, and J.F.B. Mitchell, 1997: Changes in daily precipitation under enhanced greenhouse conditions. *Clim. Dyn.*, **13**, 667–680.

Hennessy, K.J., et al., 2003: *The Impact of Climate Change on Snow Conditions in Mainland Australia*. CSIRO Atmospheric Research, Aspendale, 47 pp., http://www.cmar.csiro.au/e-print/open/hennessy_2003a.pdf.

Hennessy, K.J., et al., 2004a: *Climate Change in the Northern Territory*. Consultancy report for the Northern Territory Department of Infrastructure, Planning and Environment by CSIRO Atmospheric Research Climate Impact Group and Melbourne University School of Earth Sciences, Northern Territory Government, Darwin, 65 pp.

Hennessy, K.J., et al., 2004b: *Climate Change in New South Wales – Part 1: Past Climate Variability and Projected Changes in Average Climate*. Consultancy report for the New South Wales Greenhouse Office by CSIRO Atmospheric Research and Australian Government Bureau of Meteorology, 46 pp., http://www.dar.csiro.au/publications/hennessy_2004b.pdf.

Hennessy, K.J., et al., 2004c: *Climate Change in New South Wales– Part 2. Projected Changes in Climate Extremes*. Consultancy report for the New South Wales Greenhouse Office. CSIRO Atmospheric Research, Aspendale, 79 pp.

Hewitson, B.C., and R.G. Crane, 2005: Gridded area-averaged daily precipitation via conditional interpolation. *J. Clim.*, **18**, 41–51.

Hewitson, B.C., and R.G. Crane, 2006: Consensus between GCM climate change projections with empirical downscaling: precipitation downscaling over South Africa. *Int. J. Climatol.*, **26**, 1315–1337

Hewitson, B.C., et al., 2004: *Dynamical Modelling of the Present and Future Climate System*. Technical Report to the Water Research Commission, Report No. 1154/1/04 , Pretoria, South Africa.

Higgins, R.W., and K.C. Mo, 1997: Persistent North Pacific circulation anomalies and the tropical intraseasonal oscillation. *J. Clim.*, **10**, 223–244.

Hines, K.M., D.H. Bromwich, P.J. Rasch, and M.J. Iacono, 2004: Antarctic clouds and radiation within the NCAR climate models. *J. Clim.*, **17**, 1198–1212.

Ho, C.-H., J.-J. Baik, J.-H. Kim, and D.Y. Gong, 2004: Interdecadal changes in summertime typhoon tracks. *J. Clim.*, **17**, 1767–1776.

Hoerling, M.P., J.W. Hurrell, and J. Eischeid, 2006: Detection and attribution of 20th century Northern and Southern African monsoon change. *J. Clim.* **19**(16), 3989–4008.

Holland, M.M., and C.M. Bitz, 2003: Polar amplification of climate change in the coupled model intercomparison project. *Clim. Dyn.*, **21**, 221–232.

Holloway, G., and T. Sou, 2002: Has Arctic sea ice rapidly thinned? *J. Clim.*, **15**, 1691–1701.

Hope, P.K., 2006a: Shifts in synoptic systems influencing southwest Western Australia. *Clim. Dyn.*, **26**, 751–764.

Hope, P.K., 2006b: Future changes in synoptic systems influencing southwest Western Australia. *Clim. Dyn.*, **26**, 765–780.

Hori, M.E., and H. Ueda, 2006: Impact of global warming on the East Asian winter monsoon as revealed by nine coupled atmosphere-ocean GCMs. *Geophys. Res. Lett.*, **33**, L03713, doi:10.1029/2005GL024961.

Hu, Z.Z., L. Bengtsson, and K. Arpe, 2000: Impact of global warming on the Asian winter monsoon in a coupled GCM. *J. Geophys. Res.*, **105**(D4), 4607–4624.

Hu, Z.Z., S. Yang, and R. Wu, 2003: Long-term climate variations in China and global warming signals. *J. Geophys. Res.*, **108**(D19), 4614, doi:10.1029/2003JD003651.

Hubbert, G.D., and K.L. McInnes, 1999: A storm surge inundation model for coastal planning and impact studies. *J. Coastal Res.*, **15**, 168–185.

Huffman, G.J., et al., 2001: Global precipitation at one-degree daily resolution from multisatellite observations. *J. Hydrometeorol.*, **2**, 36–50.

Hulme, M., and N. Sheard, 1999a: *Climate Change Scenarios for Indonesia*. Climatic Research Unit, Norwich, UK, 6 pp.

Hulme, M., and N. Sheard, 1999b: *Climate Change Scenarios for the Philippines*. Climatic Research Unit, Norwich, UK, 6 pp.

Hulme, M., R. Doherty, and T. Ngara, 2001: African climate change: 1900-2100. *Clim. Res.*, **17**, 145–168.

Hulme, M., et al., 1999: Relative impacts of human-induced climate change and natural variability. *Nature*, **397**, 688–691.

Huntingford, C., et al., 2003: Regional climate-model predictions of extreme rainfall for a changing climate. *Q. J. R. Meteorol. Soc.*, **129**, 1607–1621.

Hurrell, J.W., and H. van Loon, 1997: Decadal variations in climate associated with the North Atlantic Oscillation. *Clim. Change*, **36**, 301–326.

Huth, R., J. Kysely, and M. Dubrovsky, 2001: Time structure of observed, GCM-simulated, downscaled, and stochastically generated daily temperature series. *J. Clim.*, **14**, 4047–4061.

Im, E.S., E-H. Park, W.-T. Kwon, and F. Giorgi, 2006: Present climate simulation over Korea with a regional climate model using a one-way double-nested system. *Theor. Appl. Climatol.* **86**, 183–196.

Imbert, A., and R.E. Benestad, 2005: An improvement of analog model strategy for more reliable local climate change scenarios. *Theor. Appl. Climatol.*, **82**, 245–255.

Inatsu, M., and M. Kimoto, 2005: Difference of boreal summer climate between coupled and atmosphere-only GCMs. *Scientific Online Letters on the Atmosphere*, **1**, 105–108.

International CLIVAR Project Office, 2006: *Understanding the Role of the Indian Ocean in the Climate System — Implementation Plan for Sustained Observations*. CLIVAR Publication Series No.100, International CLIVAR Project Office, Southampton, UK, 76 pp.

IOCI, 2002: *Climate Variability and Change in South West Western Australia*. Technical Report, Indian Ocean Climate Initiative Panel, Perth, Australia, 34 pp.

IOCI, 2005: *Indian Ocean Climate Initiative Stage 2: Report of Phase 1 Activity*. Indian Ocean Climate Initiative Panel, Perth, Australia, 42 pp., http://www.ioci.org.au/publications/pdf/2005202-IOCI%20reportvis2.pdf.

IPCC, 1996: Technical summary. In: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group 1 to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 9–49.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

Jacob, D., et al., 2007: An intercomparison of regional climate models for Europe: design of the experiments and model performance. *Clim. Change*, doi: 10.1007/s10584-006-9213-4.

Jenkins, G.S., G. Adamou, and S. Fongang, 2002: The challenges of modeling climate variability and change in West Africa. *Clim. Change*, **52**, 263–286.

# Annex I

## Glossary

### Editor: A.P.M. Baede (Netherlands)

**Notes:** This glossary defines some specific terms as the lead authors intend them to be interpreted in the context of this report. Red, italicised words indicate that the term is defined in the Glossary.

**8.2ka event**   Following the last post-glacial warming, a rapid *climate* oscillation with a cooling lasting about 400 years occurred about 8.2 ka. This event is also referred to as the *8.2kyr event*.

**Abrupt climate change**   The *nonlinearity* of the *climate system* may lead to abrupt climate change, sometimes called *rapid climate change, abrupt events or even surprises*. The term *abrupt* often refers to time scales faster than the typical time scale of the responsible forcing. However, not all abrupt climate changes need be *externally forced*. Some possible abrupt events that have been proposed include a dramatic reorganisation of the *thermohaline circulation*, rapid deglaciation and massive melting of *permafrost* or increases in soil *respiration* leading to fast changes in the *carbon cycle*. Others may be truly unexpected, resulting from a strong, rapidly changing forcing of a nonlinear system.

**Active layer**   The layer of ground that is subject to annual thawing and freezing in areas underlain by *permafrost* (Van Everdingen, 1998).

**Adiabatic process**   An adiabatic process is a process in which no external heat is gained or lost by the system. The opposite is called a *diabatic process*.

**Adjustment time**   See *Lifetime*; see also *Response time*.

**Advection**   Transport of water or air along with its properties (e.g., temperature, chemical tracers) by the motion of the fluid. Regarding the general distinction between advection and *convection*, the former describes the predominantly horizontal, large-scale motions of the *atmosphere* or ocean, while convection describes the predominantly vertical, locally induced motions.

**Aerosols**   A collection of airborne solid or liquid particles, with a typical size between 0.01 and 10 µm that reside in the *atmosphere* for at least several hours. Aerosols may be of either natural or *anthropogenic* origin. Aerosols may influence *climate* in several ways: directly through scattering and absorbing radiation, and indirectly by acting as *cloud condensation nuclei* or modifying the optical properties and lifetime of clouds (see *Indirect aerosol effect*).

**Afforestation**   Planting of new forests on lands that historically have not contained forests. For a discussion of the term *forest* and related terms such as afforestation, *reforestation* and *deforestation*, see the IPCC Special Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Air mass**   A widespread body of air, the approximately homogeneous properties of which (1) have been established while that air was situated over a particular *region* of the Earth's surface, and (2) undergo specific modifications while in transit away from the source region (AMS, 2000).

**Albedo**   The fraction of *solar radiation* reflected by a surface or object, often expressed as a percentage. Snow-covered surfaces have a high albedo, the surface albedo of soils ranges from high to low, and vegetation-covered surfaces and oceans have a low albedo. The Earth's planetary albedo varies mainly through varying cloudiness, snow, ice, leaf area and land cover changes.

**Albedo feedback**   A *climate feedback* involving changes in the Earth's *albedo*. It usually refers to changes in the *cryosphere*, which has an albedo much larger (~0.8) than the average planetary albedo (~0.3). In a warming *climate*, it is anticipated that the cryosphere would shrink, the Earth's overall albedo would decrease and more *solar radiation* would be absorbed to warm the Earth still further.

**Alkalinity**   A measure of the capacity of a solution to neutralize acids.

**Altimetry**   A technique for measuring the height of the sea, lake or river, land or ice surface with respect to the centre of the Earth within a defined terrestrial reference frame. More conventionally, the height is with respect to a standard *reference ellipsoid* approximating the Earth's oblateness, and can be measured from space by using radar or laser with centimetric precision at present. Altimetry has the advantages of being a geocentric measurement, rather than a measurement relative to the Earth's crust as for a *tide gauge*, and of affording quasi-global coverage.

**Annular modes**   Preferred patterns of change in atmospheric circulation corresponding to changes in the zonally averaged mid-latitude westerlies. The *Northern Annular Mode* has a bias to the North Atlantic and has a large correlation with the *North Atlantic Oscillation*. The *Southern Annular Mode* occurs in the Southern Hemisphere. The variability of the mid-latitude westerlies has also been known as *zonal flow* (or *wind*) vacillation, and defined through a *zonal index*. For the corresponding circulation indices, see Box 3.4.

**Anthropogenic**   Resulting from or produced by human beings.

**Atlantic Multi-decadal Oscillation (AMO)**   A multi-decadal (65 to 75 year) fluctuation in the North Atlantic, in which *sea surface temperatures* showed warm phases during roughly 1860 to 1880 and 1930 to 1960 and cool phases during 1905 to 1925 and 1970 to 1990 with a range of order 0.4°C.

**Atmosphere**   The gaseous envelope surrounding the Earth. The dry atmosphere consists almost entirely of nitrogen (78.1% *volume mixing ratio*) and oxygen (20.9% volume mixing ratio), together with a number of trace gases, such as argon (0.93% volume mixing ratio), helium and radiatively active *greenhouse gases* such as *carbon dioxide* (0.035% volume mixing ratio) and *ozone*. In addition, the atmosphere contains the greenhouse gas water vapour, whose amounts are highly variable but typically around 1% volume mixing ratio. The atmosphere also contains clouds and *aerosols*.

**Atmospheric boundary layer**   The atmospheric layer adjacent to the Earth's surface that is affected by friction against that boundary

surface, and possibly by transport of heat and other variables across that surface (AMS, 2000). The lowest 10 metres or so of the boundary layer, where mechanical generation of turbulence is dominant, is called the *surface boundary layer* or *surface layer*.

**Atmospheric lifetime**   See *Lifetime.*

**Attribution**   See *Detection and attribution.*

**Autotrophic respiration**   *Respiration* by *photosynthetic* organisms (plants).

**Bayesian method**   A Bayesian method is a method by which a statistical analysis of an unknown or uncertain quantity is carried out in two steps. First, a prior probability distribution is formulated on the basis of existing knowledge (either by eliciting expert opinion or by using existing data and studies). At this first stage, an element of subjectivity may influence the choice, but in many cases, the prior probability distribution is chosen as neutrally as possible, in order not to influence the final outcome of the analysis. In the second step, newly acquired data are introduced, using a theorem formulated by and named after the British mathematician James Bayes (1702–1761), to update the prior distribution into a posterior distribution.

**Biomass**   The total mass of living organisms in a given area or volume; dead plant material can be included as dead biomass.

**Biome**   A biome is a major and distinct regional element of the *biosphere*, typically consisting of several *ecosystems* (e.g. *forests*, rivers, ponds, swamps within a *region*). Biomes are characterised by typical communities of plants and animals.

**Biosphere (terrestrial and marine)**   The part of the Earth system comprising all *ecosystems* and living organisms, in the *atmosphere*, on land (*terrestrial biosphere*) or in the oceans (*marine biosphere*), including derived dead organic matter, such as litter, soil organic matter and oceanic detritus.

**Black carbon (BC)**   Operationally defined *aerosol* species based on measurement of light absorption and chemical reactivity and/or thermal stability; consists of *soot, charcoal* and/or possible light-absorbing refractory organic matter (Charlson and Heintzenberg, 1995, p. 401).

**Blocking anticyclone**   An anticyclone that remains nearly stationary for a week or more at middle to high latitudes, so that it blocks the normal eastward progression of high- and low-pressure systems.

**Bowen ratio**   The ratio of *sensible* to *latent heat fluxes* from the Earth's surface up into the *atmosphere*. Values are low (order 0.1) for wet surfaces like the ocean, and greater than 2 for deserts and *drought* regions.

**Burden**   The total mass of a gaseous substance of concern in the *atmosphere*.

$^{13}C$   Stable isotope of carbon having an atomic weight of approximately 13. Measurements of the ratio of $^{13}C/^{12}C$ in *carbon dioxide* molecules are used to infer the importance of different *carbon cycle* and *climate* processes and the size of the terrestrial carbon *reservoir*.

$^{14}C$   Unstable isotope of carbon having an atomic weight of approximately 14, and a half-life of about 5,700 years. It is often used for dating purposes going back some 40 kyr. Its variation in time is affected by the magnetic fields of the Sun and Earth,

which influence its production from cosmic rays (see *Cosmogenic isotopes*).

**C3 plants**   Plants that produce a three-carbon compound during *photosynthesis*, including most trees and agricultural crops such as rice, wheat, soybeans, potatoes and vegetables.

**C4 plants**   Plants that produce a four-carbon compound during *photosynthesis*, mainly of tropical origin, including grasses and the agriculturally important crops maize, sugar cane, millet and sorghum.

**Carbonaceous aerosol**   *Aerosol* consisting predominantly of organic substances and various forms of *black carbon* (Charlson and Heintzenberg, 1995, p. 401).

**Carbon cycle**   The term used to describe the flow of carbon (in various forms, e.g., as *carbon dioxide*) through the *atmosphere*, ocean, terrestrial *biosphere* and *lithosphere*.

**Carbon dioxide (CO$_2$)**   A naturally occurring gas, also a by-product of burning fossil fuels from fossil carbon deposits, such as oil, gas and coal, of burning *biomass* and of *land use* changes and other industrial processes. It is the principal *anthropogenic greenhouse gas* that affects the Earth's radiative balance. It is the reference gas against which other greenhouse gases are measured and therefore has a *Global Warming Potential* of 1.

**Carbon dioxide (CO$_2$) fertilization**   The enhancement of the growth of plants as a result of increased atmospheric *carbon dioxide* (CO$_2$) concentration. Depending on their mechanism of *photosynthesis*, certain types of plants are more sensitive to changes in atmospheric CO$_2$ concentration. In particular, *C3 plants* generally show a larger response to CO$_2$ than *C4 plants*.

**CFC**   See *Halocarbons.*

**Chaos**   A *dynamical system* such as the *climate system*, governed by nonlinear deterministic equations (see *Nonlinearity*), may exhibit erratic or chaotic behaviour in the sense that very small changes in the initial state of the system in time lead to large and apparently unpredictable changes in its temporal evolution. Such chaotic behaviour may limit the *predictability* of nonlinear dynamical systems.

**Charcoal**   Material resulting from charring of *biomass*, usually retaining some of the microscopic texture typical of plant tissues; chemically it consists mainly of carbon with a disturbed graphitic structure, with lesser amounts of oxygen and hydrogen (Charlson and Heintzenberg, 1995, p. 402). See *Black carbon; Soot.*

**Chronology**   Arrangement of events according to dates or times of occurrence.

**Clathrate (methane)**   A partly frozen slushy mix of methane gas and ice, usually found in sediments.

**Climate**   Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The classical period for averaging these variables is 30 years, as defined by the World Meteorological Organization. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Climate in a wider sense is the state, including a statistical description, of the *climate system*. In various chapters in this report different averaging periods, such as a period of 20 years, are also used.

Annex I

*anthropogenic* climate change, as there is always a finite chance the event in question might have occurred naturally. When a pattern of extreme weather persists for some time, such as a season, it may be classed as an *extreme climate event*, especially if it yields an average or total that is itself extreme (e.g., *drought* or heavy rainfall over a season).

**Faculae**    Bright patches on the Sun. The area covered by faculae is greater during periods of high *solar activity*.

**Feedback**    See *Climate feedback*.

**Fingerprint**    The *climate* response pattern in space and/or time to a specific forcing is commonly referred to as a fingerprint. Fingerprints are used to detect the presence of this response in observations and are typically estimated using forced *climate model* simulations.

**Flux adjustment**    To avoid the problem of coupled *Atmosphere*-Ocean General Circulation Models (AOGCMs) drifting into some unrealistic *climate* state, adjustment terms can be applied to the atmosphere-ocean fluxes of heat and moisture (and sometimes the surface stresses resulting from the effect of the wind on the ocean surface) before these fluxes are imposed on the model ocean and atmosphere. Because these adjustments are pre-computed and therefore independent of the coupled model integration, they are uncorrelated with the anomalies that develop during the integration. Chapter 8 of this report concludes that most models used in this report (Fourth Assessment Report AOGCMs) do not use flux adjustments, and that in general, fewer models use them.

**Forest**    A vegetation type dominated by trees. Many definitions of the term *forest* are in use throughout the world, reflecting wide differences in biogeophysical conditions, social structure and economics. For a discussion of the term *forest* and related terms such as *afforestation, reforestation* and *deforestation* see the IPCC Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Fossil fuel emissions**    Emissions of *greenhouse gases* (in particular *carbon dioxide*) resulting from the combustion of fuels from fossil carbon deposits such as oil, gas and coal.

**Framework Convention on Climate Change**    See *United Nations Framework Convention on Climate Change* (UNFCCC).

**Free atmosphere**
The atmospheric layer that is negligibly affected by friction against the Earth's surface, and which is above the *atmospheric boundary layer*.

**Frozen ground**    Soil or rock in which part or all of the *pore water* is frozen (Van Everdingen, 1998). Frozen ground includes *permafrost*. Ground that freezes and thaws annually is called *seasonally frozen ground*.

**General circulation**    The large-scale motions of the *atmosphere* and the ocean as a consequence of differential heating on a rotating Earth, which tend to restore the *energy balance* of the system through transport of heat and momentum.

**General Circulation Model (GCM)**    See *Climate model*.

**Geoid**    The equipotential surface (i.e., having the same gravity potential at each point) that best fits the mean sea level (see *relative sea level*) in the absence of astronomical tides; ocean circulations;

hydrological, cryospheric and atmospheric effects; Earth rotation variations and polar motion; nutation and precession; tectonics and other effects such as *post-glacial rebound*. The geoid is global and extends over continents, oceans and *ice sheets*, and at present includes the effect of the permanent tides (zero-frequency gravitational effect from the Sun and the Moon). It is the surface of reference for astronomical observations, geodetic levelling, and for ocean, hydrological, glaciological and climate modelling. In practice, there exist various operational definitions of the geoid, depending on the way the time-variable effects mentioned above are modelled.

**Geostrophic winds or currents**    A wind or current that is in balance with the horizontal pressure gradient and the Coriolis force, and thus is outside of the influence of friction. Thus, the wind or current is directly parallel to isobars and its speed is inversely proportional to the spacing of the isobaric contours.

**Glacial isostatic adjustment**    See *Post-glacial rebound*.

**Glacier**    A mass of land ice that flows downhill under gravity (through internal deformation and/or sliding at the base) and is constrained by internal stress and friction at the base and sides. A glacier is maintained by accumulation of snow at high altitudes, balanced by melting at low altitudes or discharge into the sea. See *Equilibrium line, Mass balance*.

**Global dimming**    Global dimming refers to perceived widespread reduction of *solar radiation* received at the surface of the Earth from about the year 1961 to around 1990.

**Global surface temperature**    The global surface temperature is an estimate of the global mean surface air temperature. However, for changes over time, only anomalies, as departures from a climatology, are used, most commonly based on the area-weighted global average of the *sea surface temperature* anomaly and *land surface air temperature* anomaly.

**Global Warming Potential (GWP)**    An index, based upon radiative properties of well-mixed *greenhouse gases*, measuring the *radiative forcing* of a unit mass of a given well-mixed greenhouse gas in the present-day *atmosphere* integrated over a chosen time horizon, relative to that of *carbon dioxide*. The GWP represents the combined effect of the differing times these gases remain in the atmosphere and their relative effectiveness in absorbing outgoing *thermal infrared radiation*. The *Kyoto Protocol* is based on GWPs from pulse emissions over a 100-year time frame.

**Greenhouse effect**    *Greenhouse gases* effectively absorb *thermal infrared radiation*, emitted by the Earth's surface, by the *atmosphere* itself due to the same gases, and by clouds. Atmospheric radiation is emitted to all sides, including downward to the Earth's surface. Thus, greenhouse gases trap heat within the surface-*troposphere* system. This is called the *greenhouse effect*. Thermal infrared radiation in the troposphere is strongly coupled to the temperature of the atmosphere at the altitude at which it is emitted. In the troposphere, the temperature generally decreases with height. Effectively, infrared radiation emitted to space originates from an altitude with a temperature of, on average, –19°C, in balance with the net incoming *solar radiation*, whereas the Earth's surface is kept at a much higher temperature of, on average, +14°C. An increase in the concentration of greenhouse gases leads to an increased infrared opacity of the atmosphere, and therefore to an effective radiation into space from a higher altitude at a lower temperature. This causes a *radiative forcing* that leads to an enhancement of the greenhouse effect, the so-called *enhanced greenhouse effect*.

**Greenhouse gas (GHG)**  Greenhouse gases are those gaseous constituents of the *atmosphere*, both natural and *anthropogenic*, that absorb and emit radiation at specific wavelengths within the spectrum of *thermal infrared radiation* emitted by the Earth's surface, the atmosphere itself, and by clouds. This property causes the *greenhouse effect*. Water vapour ($H_2O$), *carbon dioxide* ($CO_2$), nitrous oxide ($N_2O$), methane ($CH_4$) and *ozone* ($O_3$) are the primary greenhouse gases in the Earth's atmosphere. Moreover, there are a number of entirely human-made greenhouse gases in the atmosphere, such as the *halocarbons* and other chlorine- and bromine-containing substances, dealt with under the *Montreal Protocol*. Beside $CO_2$, $N_2O$ and $CH_4$, the *Kyoto Protocol* deals with the greenhouse gases sulphur hexafluoride (SF6), hydrofluorocarbons (HFCs) and perfluorocarbons (PFCs).

**Gross Primary Production (GPP)**  The amount of energy fixed from the *atmosphere* through *photosynthesis*.

**Ground ice**  A general term referring to all types of ice contained in freezing and seasonally *frozen ground* and *permafrost* (Van Everdingen, 1998).

**Ground temperature**  The temperature of the ground near the surface (often within the first 10 cm). It is often called *soil temperature*.

**Grounding line/zone**  The junction between a *glacier* or *ice sheet* and *ice shelf*; the place where ice starts to float.

**Gyre**  Basin-scale ocean horizontal circulation pattern with slow flow circulating around the ocean basin, closed by a strong and narrow (100–200 km wide) boundary current on the western side. The subtropical gyres in each ocean are associated with high pressure in the centre of the gyres; the subpolar gyres are associated with low pressure.

**Hadley Circulation**  A direct, thermally driven overturning cell in the *atmosphere* consisting of poleward flow in the upper *troposphere*, subsiding air into the subtropical anticyclones, return flow as part of the trade winds near the surface, and with rising air near the equator in the so-called *Inter-Tropical Convergence Zone.*

**Halocarbons**  A collective term for the group of partially halogenated organic species, including the chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), hydrofluorocarbons (HFCs), halons, methyl chloride, methyl bromide, etc. Many of the halocarbons have large *Global Warming Potentials*. The chlorine- and bromine-containing halocarbons are also involved in the depletion of the *ozone layer*.

**Halosteric**  See *Sea level change*.

**HCFC**  See *Halocarbons*.

**HFC**  See *Halocarbons*.

**Heterotrophic respiration**  The conversion of organic matter to *carbon dioxide* by organisms other than plants.

**Holocene**  The Holocene geological epoch is the latter of two *Quaternary* epochs, extending from about 11.6 ka to and including the present.

**Hydrosphere**  The component of the *climate system* comprising liquid surface and subterranean water, such as oceans, seas, rivers, fresh water lakes, underground water, etc.

**Ice age**  An ice age or *glacial period* is characterised by a long-term reduction in the temperature of the Earth's *climate*, resulting in growth of continental *ice sheets* and mountain *glaciers* (*glaciation*).

**Ice cap**  A dome shaped ice mass, usually covering a highland area, which is considerably smaller in extent than an *ice sheet*.

**Ice core**  A cylinder of ice drilled out of a *glacier* or *ice sheet*.

**Ice sheet**  A mass of land ice that is sufficiently deep to cover most of the underlying bedrock topography, so that its shape is mainly determined by its dynamics (the flow of the ice as it deforms internally and/or slides at its base). An ice sheet flows outward from a high central ice plateau with a small average surface slope. The margins usually slope more steeply, and most ice is discharged through fast-flowing *ice streams* or outlet *glaciers*, in some cases into the sea or into *ice shelves* floating on the sea. There are only three large ice sheets in the modern world, one on Greenland and two on Antarctica, the East and West Antarctic Ice Sheets, divided by the Transantarctic Mountains. During glacial periods there were others.

**Ice shelf**  A floating slab of ice of considerable thickness extending from the coast (usually of great horizontal extent with a level or gently sloping surface), often filling embayments in the coastline of the *ice sheets*. Nearly all ice shelves are in Antarctica, where most of the ice discharged seaward flows into ice shelves.

**Ice stream**  A stream of ice flowing faster than the surrounding *ice sheet*. It can be thought of as a *glacier* flowing between walls of slower-moving ice instead of rock.

**Indirect aerosol effect**  *Aerosols* may lead to an indirect *radiative forcing* of the *climate system* through acting as *cloud condensation nuclei* or modifying the optical properties and lifetime of clouds. Two indirect effects are distinguished:

  Cloud albedo effect  A radiative forcing induced by an increase in *anthropogenic* aerosols that cause an initial increase in droplet concentration and a decrease in droplet size for fixed liquid water content, leading to an increase in cloud *albedo*. This effect is also known as the *first indirect effect* or *Twomey effect*.

  Cloud lifetime effect  A forcing induced by an increase in anthropogenic aerosols that cause a decrease in droplet size, reducing the precipitation efficiency, thereby modifying the liquid water content, cloud thickness and cloud life time. This effect is also known as the *second indirect effect* or *Albrecht effect*.

  Apart from these indirect effects, aerosols may have a *semi-direct effect*. This refers to the absorption of *solar radiation* by absorbing aerosol, which heats the air and tends to increase the static stability relative to the surface. It may also cause evaporation of cloud droplets.

**Industrial revolution**  A period of rapid industrial growth with far-reaching social and economic consequences, beginning in Britain during the second half of the eighteenth century and spreading to Europe and later to other countries including the United States. The invention of the steam engine was an important trigger of this development. The industrial revolution marks the beginning of a strong increase in the use of fossil fuels and emission of, in particular, fossil *carbon dioxide*. In this report the terms *pre-industrial* and *industrial* refer, somewhat arbitrarily, to the periods before and after 1750, respectively.

**Infrared radiation**  See *Thermal infrared radiation.*

**Insolation**   The amount of *solar radiation* reaching the Earth by latitude and by season. Usually *insolation* refers to the radiation arriving at the top of the *atmosphere*. Sometimes it is specified as referring to the radiation arriving at the Earth's surface. See also: *Total Solar Irradiance.*

**Interglacials**   The warm periods between *ice age* glaciations. The previous interglacial, dated approximately from 129 to 116 ka, is referred to as the *Last Interglacial* (AMS, 2000)

**Internal variability**   See *Climate variability.*

**Inter-Tropical Convergence Zone (ITCZ)**   The Inter-Tropical Convergence Zone is an equatorial zonal belt of low pressure near the equator where the northeast trade winds meet the southeast trade winds. As these winds converge, moist air is forced upward, resulting in a band of heavy precipitation. This band moves seasonally.

**Isostatic or Isostasy**   Isostasy refers to the way in which the *lithosphere* and mantle respond visco-elastically to changes in surface loads. When the loading of the lithosphere and/or the mantle is changed by alterations in land ice mass, ocean mass, sedimentation, erosion or mountain building, vertical isostatic adjustment results, in order to balance the new load.

**Kyoto Protocol**   The Kyoto Protocol to the *United Nations Framework Convention on Climate Change* (UNFCCC) was adopted in 1997 in Kyoto, Japan, at the Third Session of the Conference of the Parties (COP) to the UNFCCC. It contains legally binding commitments, in addition to those included in the UNFCCC. Countries included in Annex B of the Protocol (most Organisation for Economic Cooperation and Development countries and countries with economies in transition) agreed to reduce their *anthropogenic greenhouse gas* emissions (*carbon dioxide*, methane, nitrous oxide, hydrofluorocarbons, perfluorocarbons, and sulphur hexafluoride) by at least 5% below 1990 levels in the commitment period 2008 to 2012. The Kyoto Protocol entered into force on 16 February 2005.

**Land use and Land use change**   *Land use* refers to the total of arrangements, activities and inputs undertaken in a certain land cover type (a set of human actions). The term land use is also used in the sense of the social and economic purposes for which land is managed (e.g., grazing, timber extraction and conservation). *Land use change* refers to a change in the use or management of land by humans, which may lead to a change in land cover. Land cover and land use change may have an impact on the surface *albedo*, *evapotranspiration*, *sources* and *sinks* of *greenhouse gases*, or other properties of the *climate system* and may thus have a *radiative forcing* and/or other impacts on *climate*, locally or globally. See also the IPCC Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000).

**La Niña**   See *El Niño-Southern Oscillation.*

**Land surface air temperature**   The surface air temperature as measured in well-ventilated screens over land at 1.5 m above the ground.

**Lapse rate**   The rate of change of an atmospheric variable, usually temperature, with height. The lapse rate is considered positive when the variable decreases with height.

**Last Glacial Maximum (LGM)**   The Last Glacial Maximum refers to the time of maximum extent of the *ice sheets* during the last glaciation, approximately 21 ka. This period has been widely studied because the *radiative forcings* and boundary conditions are relatively well known and because the global cooling during that period is comparable with the projected warming over the 21st century.

**Last Interglacial (LIG)**   See *Interglacial.*

**Latent heat flux**   The flux of heat from the Earth's surface to the *atmosphere* that is associated with evaporation or condensation of water vapour at the surface; a component of the surface energy budget.

**Level of Scientific Understanding (LOSU)**   This is an index on a 5-step scale (high, medium, medium-low, low and very low) designed to characterise the degree of scientific understanding of the *radiative forcing* agents that affect *climate change*. For each agent, the index represents a subjective judgement about the evidence for the physical/chemical mechanisms determining the forcing and the consensus surrounding the quantitative estimate and its *uncertainty.*

**Lifetime**   Lifetime is a general term used for various time scales characterising the rate of processes affecting the concentration of trace gases. The following lifetimes may be distinguished:

*Turnover time (T)* (also called *global atmospheric lifetime*) is the ratio of the mass M of a *reservoir* (e.g., a gaseous compound in the *atmosphere*) and the total rate of removal S from the reservoir: T = M / S. For each removal process, separate turnover times can be defined. In soil carbon biology, this is referred to as *Mean Residence Time.*

*Adjustment time* or *response time* ($T_a$) is the time scale characterising the decay of an instantaneous pulse input into the reservoir. The term adjustment time is also used to characterise the adjustment of the mass of a reservoir following a step change in the *source* strength. *Half-life* or *decay constant* is used to quantify a first-order exponential decay process. See *response time* for a different definition pertinent to *climate* variations.

The term *lifetime* is sometimes used, for simplicity, as a surrogate for *adjustment time.*

In simple cases, where the global removal of the compound is directly proportional to the total mass of the reservoir, the adjustment time equals the turnover time: T = $T_a$. An example is *CFC*-11, which is removed from the *atmosphere* only by photochemical processes in the *stratosphere*. In more complicated cases, where several reservoirs are involved or where the removal is not proportional to the total mass, the equality T = $T_a$ no longer holds. *Carbon dioxide* ($CO_2$) is an extreme example. Its turnover time is only about four years because of the rapid exchange between the atmosphere and the ocean and terrestrial biota. However, a large part of that $CO_2$ is returned to the atmosphere within a few years. Thus, the adjustment time of $CO_2$ in the atmosphere is actually determined by the rate of removal of carbon from the surface layer of the oceans into its deeper layers. Although an approximate value of 100 years may be given for the adjustment time of $CO_2$ in the atmosphere, the actual adjustment is faster initially and slower later on. In the case of methane ($CH_4$), the adjustment time is different from the turnover time because the removal is mainly through a chemical reaction with the hydroxyl radical OH, the concentration of which itself depends on the $CH_4$ concentration. Therefore, the $CH_4$ removal rate S is not proportional to its total mass M.

**Likelihood**   The likelihood of an occurrence, an outcome or a result, where this can be estimated probabilistically, is expressed in this report using a standard terminology, defined in Box 1.1. See also *Uncertainty; Confidence.*

**Lithosphere**   The upper layer of the solid Earth, both continental and oceanic, which comprises all crustal rocks and the cold, mainly elastic part of the uppermost mantle. Volcanic activity, although part of the lithosphere, is not considered as part of the *climate system*, but acts as an *external forcing* factor. See *Isostatic.*

**Little Ice Age (LIA)**   An interval between approximately AD 1400 and 1900 when temperatures in the Northern Hemisphere were generally colder than today's, especially in Europe.

948

**JANSEN, Eystein**
University of Bergen, Department
of Earth Sciences and Bjerknes
Centre for Climate Research
Norway

**JANSSON, Peter**
Department of Physical Geography and
Quaternary Geology, Stockholm University
Sweden

**JENKINS, Adrian**
British Antarctic Survey, Natural
Environment Research Council
UK

**JONES, Andy**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**JONES, Christopher**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**JONES, Colin**
Universite du Quebec a Montreal, Canadian
Regional Climate Modelling Network
Canada

**JONES, Gareth S.**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**JONES, Julie**
GKSS Research Centre
Germany, UK

**JONES, Philip D.**
Climatic Research Unit, School
of Environmental Sciences,
University of East Anglia
UK

**JONES, Richard**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**JOOS, Fortunat**
Climate and Environmental Physics,
Physics Institute, University of Bern
Switzerland

**JOSEY, Simon**
National Oceanography Centre,
University of Southampton
UK

**JOUGHIN, Ian**
Applied Physics Laboratory,
University of Washington
USA

**JOUZEL, Jean**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat et de
l'Environnement, CEA-CNRS-UVSQ
France

**JOYCE, Terrence**
Woods Hole Oceanographic Institution
USA

**JUNGCLAUS, Johann H.**
Max Planck Institute for Meteorology
Germany

**KAGEYAMA, Masa**
Laboratoire des Sciences du
Climat et de l'Environnement
France

**KÅLLBERG, Per**
European Centre for Medium-
Range Weather Forecasts
ECMWF

**KÄRCHER, Bernd**
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre
Germany

**KARL, Thomas R.**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**KAROLY, David J.**
University of Oklahoma
USA, Australia

**KASER, Georg**
Institut für Geographie,
University of Innsbruck
Austria, Italy

**KATTSOV, Vladimir**
Voeikov Main Geophysical Observatory
Russian Federation

**KATZ, Robert**
National Center for Atmospheric Research
USA

**KAWAMIYA, Michio**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology
Japan

**KEELING, C. David**
Scripps Institution of Oceanography
USA

**KEELING, Ralph**
Scripps Institution of Oceanography
USA

**KENNEDY, John**
Hadley Centre, Met Office
UK

**KENYON, Jesse**
Duke University
USA

**KETTLEBOROUGH, Jamie**
British Atmospheric Data Centre,
Space Science and Technology
Department, Council for the Central
Laboratory of the Research Councils
UK

**KHARIN, Viatcheslav**
Canadian Centre for Climate Modelling
and Analysis, Environment Canada
Canada

**KHODRI, Myriam**
Institut de Recherche Pour
le Developpement
France

**KILADIS, George**
National Oceanic and
Atmospheric Administration
USA

**KIM, Kuh**
Seoul National University
Republic of Korea

**KIMOTO, Masahide**
Center for Climate System
Research, University of Tokyo
Japan

**KING, Brian**
National Oceanography
Centre, Southampton
UK

**KINNE, Stefan**
Max-Planck Institute for Meteorology
Germany

**KIRTMAN, Ben**
Center for Ocean-Land-Atmosphere
Studies, George Mason University
USA

**KITOH, Akio**
First Research Laboratory, Climate Research
Department, Meteorological Research
Institute, Japan Meteorological Agency
Japan

**KLEIN, Stephen A.**
Lawrence Livermore National Laboratory
USA

**KLEIN TANK, Albert**
Royal Netherlands Meteorological
Institute (KNMI)
Netherlands

**KNUTSON, Thomas**
Geophysical Fluid Dynamics
Laboratory, National Oceanic and
Atmospheric Administration
USA

**KNUTTI, Reto**
Climate and Global Dynamics Division,
National Center for Atmospheric Research
Switzerland

**KOERTZINGER, Arne**
Leibniz Institut für Meereswissenschaften
an der Universitat Kiel und Institut
für Ostseeforschung Warnemunde
Germany

**KOIKE, Toshio**
Department of Civil Engineering,
University of Tokyo
Japan

**KOLLI, Rupa Kumar**
Climatology and Hydrometeorology
Division, Indian Institute of
Tropical Meteorology
India

**MUSCHELER, Raimund**
Goddard Earth Sciences and Technology
Center, University of Maryland &
NASA/Goddard Space Flight Center,
Climate & Radiation Branch
USA

**MYHRE, Gunnar**
Department of Geosciences,
University of Oslo
Norway

**NAKAJIMA, Teruyuki**
Center for Climate System
Research, University of Tokyo
Japan

**NAKAMURA, Hisashi**
Department of Earth, Planetary
Science, University of Tokyo
Japan

**NAWRATH, Susanne**
Potsdam Institute for Climate
Impact Research
Germany

**NEREM, R. Steven**
University of Colorado at Boulder
USA

**NEW, Mark**
Centre for the Environment,
University of Oxford
UK

**NGANGA, John**
University of Nairobi
Kenya

**NICHOLLS, Neville**
Monash University
Australia

**NODA, Akira**
Meteorological Research Institute,
Japan Meteorological Agency
Japan

**NOJIRI, Yukihiro**
Secretariat of Council for Science and
Technology Policy, Cabinet Office
Japan

**NOKHANDAN, Majid Habibi**
Iranian Meteorological Organization
Iran

**NORRIS, Joel**
Scripps Institution of Oceanography
USA

**NOZAWA, Toru**
National Institute for Environmental Studies
Japan

**OERLEMANS, Johannes**
Institute for Marine and Atmospheric
Research, Utrecht University
Netherlands

**OGALLO, Laban**
IGAD Climate Prediction and
Application Centre
Kenya

**OHMURA, Atsumu**
Swiss Federal Institute of Technology
Switzerland

**OKI, Taikan**
Institute of Industrial Science,
The University of Tokyo
Japan

**OLAGO, Daniel**
Department of Geology,
University of Nairobi
Kenya

**ONO, Tsuneo**
Hokkaido National Fisheries Research
Institute, Fisheries Research Agency
Japan

**OPPENHEIMER, Michael**
Princeton University
USA

**ORAM, David**
University of East Anglia
UK

**ORR, James C.**
Marine Environment Laboratories,
International Atomic Energy Agency
Monaco, USA

**OSBORN, Tim**
University of East Anglia
UK

**O'SHAUGHNESSY, Kath**
National Institute of Water and
Atmospheric Research
New Zealand

**OTTO-BLIESNER, Bette**
Climate and Global Dynamics Division,
National Center for Atmospheric Research
USA

**OVERPECK, Jonathan**
Institute for the Study of Planet
Earth, University of Arizona
USA

**PAASCHE, Øyvind**
Bjerknes Centre for Climate Research
Norway

**PAHLOW, Markus**
Dalhousie University, Bedford
Institute of Oceanography
Canada

**PAL, Jeremy S.**
Loyola Marymount University,
The Abdus Salam International
Centre for Theoretical Physics
USA, Italy

**PALMER, Timothy**
European Centre for Medium-
Range Weather Forecasting
ECMWF, UK

**PANT, Govind Ballabh**
Indian Institute of Tropical Meteorology
India

**PARKER, David**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**PARRENIN, Frédéric**
Laboratoire de Glaciologie et
Géophysique de l'Environnement
France

**PAVLOVA, Tatyana**
Voeikov Main Geophysical Observatory
Russian Federation

**PAYNE, Antony**
University of Bristol
UK

**PELTIER, W. Richard**
Department of Physics,
University of Toronto
Canada

**PENG, Tsung-Hung**
Atlantic Oceanographic and Meteorological
Laboratory, National Oceanic and
Atmospheric Administration
USA

**PENNER, Joyce E.**
Department of Atmospheric, Oceanic, and
Space Sciences, University of Michigan
USA

**PETERSON, Thomas**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**PETOUKHOV, Vladimir**
Potsdam Institute for Climate
Impact Research
Germany

**PEYLIN, Philippe**
Laboratoire des Modélisation du
Climat et de l'Environnement
France

**PFISTER, Christian**
University of Bern
Switzerland

**PHILLIPS, Thomas**
Program for Climate Model Diagnosis
and Intercomparison, Lawrence
Livermore National Laboratory
USA

**PIERCE, David**
Scripps Institution of Oceanography
USA

**PIPER, Stephen**
Scripps Institution of Oceanography
USA

**PITMAN, Andrew**
Department of Physical Geography,
Macquarie University
Australia

**PLANTON, Serge**
Météo-France
France

PLATTNER, Gian-Kasper
Climate and Environmental Physics,
Physics Institute, University of Bern
Switzerland

PLUMMER, David
Environment Canada
Canada

POLLACK, Henry
University of Michigan
USA

PONATER, Michael
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre
Germany

POWER, Scott
Bureau of Meteorology Research Centre
Australia

PRATHER, Michael
Earth System Science Department,
University of California at Irvine
USA

PRINN, Ronald
Department of Earth, Atmospheric
and Planetary Sciences, Massachusetts
Institute of Technology
USA, New Zealand

PROSHUTINSKY, Andrey
Woods Hole Oceanographic Institution
USA

PROWSE, Terry
Environment Canada, University of Victoria
Canada

QIN, Dahe
Co-Chair, IPCC WGI, China
Meteorological Administration
China

QIU, Bo
University of Hawaii
USA

QUAAS, Johannes
Max Planck Institute for Meteorology
Germany

QUADFASEL, Detlef
Institut für Meereskunde, Centre for Marine
and Atmospheric Sciences Hamburg
Germany

RAGA, Graciela
Centro de Ciencias de la Atmósfera,
Universidad Nacional Autonoma de Mexico
Mexico, Argentina

RAHIMZADEH, Fatemeh
Atmospheric Science & Meteorological
Research Center (ASMERC), I.R. of Iran
Meteorological Organization (IRIMO)
Iran

RAHMSTORF, Stefan
Potsdam Institute for Climate
Impact Research
Germany

RÄISÄNEN, Jouni
Department of Physical Sciences,
University of Helsinki
Finland

RAMACHANDRAN, Srikanthan
Space & Atmospheric Sciences Division,
Physical Research Laboratory
India

RAMANATHAN, Veerabhadran
Scripps Institution of Oceanography
USA

RAMANKUTTY, Navin
University of Wisconsin, Madison
USA, India

RAMASWAMY, Venkatachalam
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

RAMESH, Rengaswamy
Physical Research Laboratory
India

RANDALL, David A.
Department of Atmospheric Science,
Colorado State University
USA

RAPER, Sarah C.B.
Manchester Metropolitan University
UK

RAUP, Bruce H.
National Snow and Ice Data
Center, University of Colorado
USA

RAUPACH, Michael
CSIRO
Australia

RAYMOND, Charles
University of Washington, Department
of Earth and Space Sciences
USA

RAYNAUD, Dominique
Laboratoire de Glaciologie et
Géophysique de l'Environnement
France

RAYNER, Peter
Institut Pierre Simon Laplace,
Laboratoire des Sciences du
Climat et de l'Environnement
France

REHDER, Gregor
Leibniz Institut für Meereswissenschaften
an der Universitat Kiel and Institut
für Ostseeforschung Warnemunde
Germany

REID, George
National Oceanic and
Atmospheric Administration
USA

REN, Jiawen
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

RENSSEN, Hans
Faculty of Earth and Life Sciences,
Vrije Universiteit Amsterdam
Netherlands

RENWICK, James A.
National Institute of Water and
Atmospheric Research
New Zealand

RIEBESELL, Ulf
Leibniz Institute for Marine
Sciences, IFM-GEOMAR
Germany

RIGNOT, Eric
Jet Propulsion Laboratory
USA

RIGOR, Ignatius
Polar Science Center, Applied Physics
Laboratory, University of Washington
USA

RIND, David
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies
USA

RINKE, Annette
Alfred Wegener Institute for
Polar and Marine Research
Germany

RINTOUL, Stephen
CSIRO, Marine and Atmospheric
Research and Antarctic Climate and
Ecosystems Cooperative Research Centre
Australia

RIXEN, Michel
University of Liege and NATO
Undersea Research Center
NATO, Belgium

RIZZOLI, Paola
Massachusetts Institute of Technology
USA, Italy

ROBERTS, Malcolm
Hadley Centre for Climate Prediction
and Research, Met Office
UK

ROBERTSON, Franklin R.
National Aeronautics and
Space Administration
USA

ROBINSON, David
Rutgers University
USA

RÖDENBECK, Christian
Max Planck Institute for
Biogeochemistry Jena
Germany

ROECKNER, Erich
Max Planck Institute for Meteorology
Germany

ROSATI, Anthony
National Oceanic and
Atmospheric Administration
USA

ROSENLOF, Karen
National Oceanic and
Atmospheric Administration
USA

ROTHROCK, David
University of Washington
USA

ROTSTAYN, Leon
CSIRO Marine and Atmospheric Research
Australia

ROULET, Nigel
McGill University
Canada

RUMMUKAINEN, Markku
Rossby Centre, Swedish Meteorological
and Hydrological Institute
Sweden, Finland

RUSSELL, Gary L.
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies
USA

RUSTICUCCI, Matilde
Departamento de Ciencias de la
Atmósfera y los Océanos, FCEN,
Universidad de Buenos Aires
Argentina

SABINE, Christopher
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory
USA

SAHAGIAN, Dork
Lehigh University
USA

SALAS Y MÉLIA, David
Météo-France, Centre National de
Recherches Météorologiques
France

SANTER, Ben D.
Program for Climate Model Diagnosis
and Intercomparison, Lawrence
Livermore National Laboratory
USA

SARR, Abdoulaye
Service Météorologique, DMN Sénégal
Senegal

SAUSEN, Robert
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre
Germany

SCHÄR, Christoph
ETH Zürich, Institute for Atmospheric
and Climate Science
Switzerland

SCHERRER, Simon Christian
Federal Office of Meteorology
and Climatology MeteoSwiss
Switzerland

SCHMIDT, Gavin
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies
USA, UK

SCHMITTNER, Andreas
College of Oceanic and Atmospheric
Sciences, Oregon State University
USA, Germany

SCHNEIDER, Birgit
Leibniz Institut für Meereswissenschaften
Germany

SCHOTT, Friedrich
Leibniz Institut für Meereswissenschaften,
IFM-GEOMAR
Germany

SCHULTZ , Martin G.
Max Planck Institute for Meteorology
Germany

SCHULZ, Michael
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat et de
l'Environnement, CEA-CNRS-UVSQ
France, Germany

SCHWARTZ, Stephen E.
Brookhaven National Laboratory
USA

SCHWARZKOPF, Dan
National Oceanic and
Atmospheric Administration
USA

SCINOCCA, John
Canadian Centre for Climate Modelling
and Analysis, Environment Canada
Canada

SEIDOV, Dan
Pennsylvania State University
USA

SEMAZZI, Fred H.
North Carolina State University
USA

SENIOR, Catherine
Hadley Centre for Climate Prediction
and Research, Met Office
UK

SEXTON, David
Hadley Centre for Climate Prediction
and Research, Met Office
UK

SHEA, Dennis
National Center for Atmospheric Research
USA

SHEPHERD, Andrew
School of Geosciences, The
University of Ediburgh
UK

SHEPHERD, J. Marshall
University of Georgia,
Department of Geography
USA

SHEPHERD, Theodore G.
University of Toronto
Canada

SHERWOOD, Steven
Yale University
USA

SHUKLA, Jagadish
Center for Ocean-Land-Atmosphere
Studies, George Mason University
USA

SHUM, C.K.
Geodetic Science, School of Earth
Sciences, The Ohio State University
USA

SIEGMUND, Peter
Royal Netherlands Meteorological
Institute (KNMI)
Netherlands

SILVA DIAS, Pedro Leite da
Universidade de Sao Paulo
Brazil

SIMMONDS, Ian
University of Melbourne
Australia

SIMMONS, Adrian
European Centre for Medium-
Range Weather Forecasts
ECMWF, UK

SIROCKO, Frank
University of Mainz
Germany

SLATER, Andrew G.
Cooperative Institute for Research
in Environmental Sciences,
University of Colorado, Boulder
USA, Australia

SLINGO, Julia
National Centre for Atmospheric
Science, University of Reading
UK

SMITH, Doug
Hadley Centre for Climate Prediction
and Research, Met Office
UK

SMITH, Sharon
Geological Survey of Canada,
Natural Resources Canada
Canada

SODEN, Brian
University of Miami, Rosentiel School
for Marine and Atmospheric Science
USA

SOKOLOV, Andrei
Massachusetts Institute of Technology
USA, Russian Federation

SOLANKI, Sami K.
Max Planck Institute for
Solar System Research
Germany, Switzerland

SOLOMINA, Olga
Institute of Geography RAS
Russian Federation

SOLOMON, Susan
Co-Chair, IPCC WGI, National Oceanic
and Atmospheric Administration,
Earth System Research Laboratory
USA

SOMERVILLE, Richard
Scripps Institution of Oceanography,
University of California, San Diego
USA

SOMOT, Samuel
Météo-France, Centre National de
Recherches Météorologiques
France

SONG, Yuhe
Jet Propulsion Laboratory
USA

SPAHNI, Renato
Climate and Environmental Physics,
Physics Institute, University of Bern
Switzerland

SRINIVASAN, Jayaraman
Centre for Atmospheric and Oceanic
Sciences, Indian Institute of Science
India

STAINFORTH, David
Atmospheric, Oceanic and
Planetary Physics, Department of
Physics, University of Oxford
UK

STAMMER, Detlef
Institut fuer Meereskunde Zentrum
fuer Meeres und Klimaforschung
Universitaet Hamburg
Germany

STANIFORTH, Andrew
Hadley Centre for Climate Prediction
and Research, Met Office
UK

STARK, Sheila
Hadley Centre for Climate Prediction
and Research, Met Office
UK

STEFFEN, Will
Australian National University
Australia

STENCHIKOV, Georgiy
Rutgers, The State University of New Jersey
USA

STERN, William
National Oceanic and
Atmospheric Administration
USA

STEVENSON, David
University of Edinburgh
UK

STOCKER, Thomas F.
Climate and Environmental Physics,
Physics Institute, University of Bern
Switzerland

STONE, Daithí A.
University of Oxford
UK, Canada

STOTT, Lowell D.
Department of Earth Sciences,
University of Southern California
USA

STOTT, Peter A.
Hadley Centre for Climate Prediction
and Research, Met Office
UK

STOUFFER, Ronald J.
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

STUBER, Nicola
Department of Meteorology,
University of Reading
UK, Germany

SUDO, Kengo
Nagoya University
Japan

SUGA, Toshio
Tohoku University
Japan

SUMI, Akimasa
Center for Climate System
Research, University of Tokyo
Japan

SUPPIAH, Ramasamy
CSIRO
Australia

SWEENEY, Colm
Princeton University
USA

TADROSS, Mark
Climate Systems Analysis Group,
University of Cape Town
South Africa

TAKEMURA, Toshihiko
Research Institute for Applied
Mechanics, Kyushu University
Japan

TALLEY, Lynne D.
Scripps Institution of Oceanography,
University of California, San Diego
USA

TAMISIEA, Mark
Harvard-Smithsonian Center
for Astrophysics
USA

TAYLOR, Karl E.
Program for Climate Model Diagnosis
and Intercomparison, Lawrence
Livermore National Laboratory
USA

TEBALDI, Claudia
National Center for Atmospheric Research
USA

TENG, Haiyan
National Center for Atmospheric Research
USA, China

TENNANT, Warren
South African Weather Service
South Africa

TERRAY, Laurent
Eoropean Centre for Research and Advanced
Training in Scientific Computation
France

TETT, Simon
Hadley Centre for Climate Prediction
and Research, Met Office
UK

TEXTOR, Christiane
Laboratoire des Sciences du
Climat et de l'Environnement
France, Germany

THOMAS, Robert H.
EG&G Technical Services, Inc. and
Centro de Estudios Cientificos (CECS)
USA, Chile

THOMPSON, Lonnie
Ohio State University
USA

THORNCROFT, Chris
Department of Earth and Atmospheric
Science, University at Albany, SUNY
USA, UK

THORNE, Peter
Hadley Centre for Climate Prediction
and Research, Met Office
UK

TIAN, Yuhong
Georgia Institute of Technology
USA, China

TRENBERTH, Kevin E.
Climate Analysis Section, National
Center for Atmospheric Research
USA

TSELIOUDIS, George
National Aeronautics and Space
Administration, Goddard Institute for
Space Studies, Columbia University
USA, Greece

TSIMPLIS, Michael
National Oceanography Centre,
University of Southampton
UK, Greece

UNNIKRISHNAN, Alakkat S.
National Institute of Oceanography
India

UPPALA, Sakari
European Centre for Medium-
Range Weather Forecasts
ECMWF

**VAN DE WAL, Roderik Sylvester Willo**
Institute for Marine and Atmospheric
Research, Utrecht University
Netherlands

**VAN DORLAND, Robert**
Royal Netherlands Meteorological
Institute (KNMI)
Netherlands

**VAN NOIJE, Twan**
Royal Netherlands Meteorological
Institute (KNMI)
Netherlands

**VAUGHAN, David**
British Antarctic Survey
UK

**VILLALBA, Ricardo**
Departmento de Dendrocronología e
Historia Ambiental, Instituto Argentino
de Novologia, Glaciología y Ciencias
Ambientales (IANIGLA - CRICYT)
Argentina

**VOLODIN, Evgeny M.**
Institute of Numerical Mathematics
of Russian Academy of Sciences
Russian Federation

**VOSE, Russell**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**WAELBROECK, Claire**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat
et de l'Environnement, CNRS
France

**WALSH, John**
University of Alaska
USA

**WANG, Bin**
National Key Laboratory of Numerical
Modeling for Atmospheric Sciences
and Geophysical Fluid Dynamics,
institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**WANG, Bin**
University of Hawaii
USA

**WANG, Minghuai**
Department of Atmospheric, Oceanic, and
Space Sciences, University of Michigan
USA

**WANG, Ray**
Georgia Institute of Technology
USA

**WANNINKHOF, Rik**
Atlantic Oceanographic and Meteorological
Laboratory, National Oceanic and
Atmospheric Administration
USA

**WARREN, Stephen**
University of Washington
USA

**WASHINGTON, Richard**
UK, South Africa

**WATTERSON, Ian G.**
CSIRO Marine and Atmospheric Research
Australia

**WEAVER, Andrew J.**
School of Earth and Ocean
Sciences, University of Victoria
Canada

**WEBB, Mark**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**WEISHEIMER, Antje**
European Centre for Medium-
Range Weather Forecasting and
Free University, Berlin
ECMWF, Germany

**WEISS, Ray**
Scripps Institution of Oceanography,
University of California, San Diego
USA

**WHEELER, Matthew**
Bureau of Meteorology Research Centre
Australia

**WHETTON, Penny**
CSIRO Marine and Atmospheric Research
Australia

**WHORF, Tim**
Scripps Institution of Oceanography,
University of California, San Diego
USA

**WIDMANN, Martin**
GKSS Research Centre, Geesthacht
and School of Geography, Earth
and Envrionmental Sciences,
University of Birmingham
Germany, UK

**WIELICKI, Bruce**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WIGLEY, Tom M.L.**
National Center for Atmospheric Research
USA

**WILBY, Rob**
Environment Agency of England and Wales
UK

**WILD, Martin**
ETH Zürich, Institute for Atmospheric
and Climate Sciencce
Switzerland

**WILD, Oliver**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology
Japan, UK

**WILES, Gregory**
The College of Wooster
USA

**WILLEBRAND, Jürgen**
Leibniz Institut für Meereswissenschaften
an der Universität Kiel
Germany

**WILLIS, Josh**
Jet Propulsion Laboratory
USA

**WOFSY, Steven C.**
Division of Engineering and Applied
Science, Harvard University
USA

**WONG, A.P.S.**
School of Oceanography,
University of Washington
USA, Australia

**WONG, Takmeng**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WOOD, Richard A.**
Hadley Centre for Climate Prediction
and Research, Met Office
UK

**WOODWORTH, Philip**
Proudman Oceanographic Laboratory
UK

**WORBY, Anthony**
Australian Antarctic Division and
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**WRATT, David**
National Climate Centre, National Institute
of Water and Atmospheric Research
New Zealand

**WUERTZ, David**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**WYMAN, Bruce L.**
Geophysical Fluid Dynamics
Laboratory, National Oceanic and
Atmospheric Administration
USA

**XU, Li**
Department of Atmospheric, Oceanic, and
Space Sciences, University of Michigan
USA, China

**YAMADA, Tomomi**
Japanese Society of Snow and Ice
Japan

**YASHAYAEV, Igor**
Maritimes Region of the Department
of Fisheries and Oceans
Canada

**YASUDA, Ichiro**
University of Tokyo
Japan

**967**

**YOSHIMURA, Jun**
Meteorological Research Institute
Japan

**YU, Rucong**
China Meteorological Administration
China

**YUKIMOTO, Seiji**
Meteorological Research Institute
Japan

**ZACHOS, James**
University of California, Santa Cruz
USA

**ZHAI, Panmao**
National Climate Center, China
Meteorological Administration
China

**ZHANG, De'er**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Tingjun**
National Snow and Ice Data Center, CIRES,
University of Colorado at Boulder
USA, China

**ZHANG, Xiaoye**
Chinese Academy of Meteorological
Sciences, Centre for Atmophere
Watch & Services
China

**ZHANG, Xuebin**
Climate Research Division,
Environment Canada
Canada

**ZHAO, Lin**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Science
China

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration
China

**ZHENGTENG, Guo**
Institute of Geology and Geophysics,
Chinese Academy of Science
China

**ZHOU, Liming**
Georgia Institute of Technology
USA, China

**ZORITA, Eduardo**
Helmholtz Zentrum Geesthacht
Germany, Spain

**ZWIERS, Francis**
Canadian Centre for Climate Modelling
and Analysis, Environment Canada
Canada

# Annex III

## Reviewers of the IPCC WGI Fourth Assessment Report

**Algeria**

**AMAR, Matari**
IHFR, Oran

**MATARI, Amar**
IHFR, Oran

**Australia**

**CAI, Wenju**
CSIRO Marine and Atmospheric Research

**CHURCH, John**
CSIRO Marine and Atmospheric
Research and Ecosystems
Cooperative Research Centre

**COLMAN, Robert**
Bureau of Meteorology Research Centre

**ENTING, Ian**
University of Melbourne

**GIFFORD, Roger**
CSIRO Plant Industry

**HIRST, Anthony**
CSIRO Marine and Atmospheric Research

**HOBBINS, Michael**
Australian National University

**HOWARD, William**
Antarctic Climate and Ecosystems
Cooperative Research Centre

**HUNTER, John**
Antarctic Climate and Ecosystems
Cooperative Research Centre

**JONES, Roger**
CSIRO Marine and Atmospheric Research

**KININMONTH, William**

**LYNCH, Amanda H.**
School of Geography and Environmental
Science, Monash University

**MANTON, Michael**
Bureau of Meteorology Research Centre

**MCAVANEY, Bryant**
Bureau of Meteorology Research Centre

**MCDOUGALL, Trevor**
CSIRO Marine and Atmospheric Research

**MCGREGOR, John**
CSIRO Marine and Atmospheric Research

**MCNEIL, Ben**
University of New South Wales

**MOISE, Aurel**
Bureau of Meteorology Research Centre

**NICHOLLS, Neville**
Monash University

**PITMAN, Andrew**
Department of Physical Geography,
Macquarie University

**RAUPACH, Michael**
CSIRO

**RINTOUL, Stephen**
CSIRO, Marine and Atmospheric
Research and Antarctic Climate and
Ecosystems Cooperative Research Centre

**RODERICK, Michael**
Australian National University

**ROTSTAYN, Leon**
CSIRO Marine and Atmospheric Research

**SIEMS, Steven**
Monash University

**SIMMONDS, Ian**
University of Melbourne

**TREWIN, Blair**
National Climate Centre,
Bureau of Meteorology

**VAN OMMEN, Tas**
Australian Antarctic Division

**WALSH, Kevin**
School of Earth Sciences,
University of Melbourne

**WATKINS, Andrew**
National Cliamte Centre,
Bureau of Meteorology

**WHEELER, Matthew**
Bureau of Meteorology Research Centre

**WHITE, Neil**
CSIRO Marine and Atmospheric Research

**Austria**

**BÖHM, Reinhard**
Central Institute for Meteorology
and Geodynamics

**KIRCHENGAST, Gottfried**
University of Graz

**O'NEILL, Brian**
IIASA and Brown University

**RADUNSKY, Klaus**
Umweltbundesamt

**Belgium**

**BERGER, André**
Université catholique de Louvain,
Institut d'Astronomie et de
Géophysique G. Lemaitre

**DE BACKER, Hugo**
Royal Meteorological Institute

**GOOSSE, Hugues**
Université catholique de Louvain

**JANSSENS, Ivan A.**
University of Antwerp

**LOUTRE, Marie-France**
Université catholique de Louvain,
Institut d'Astronomie et de
Géophysique G. Lemaitre

**VAN LIPZIG, Nicole**
Katholieke Universiteit Leuven

**Benin**

**BOKO, Michel**
Universite de Bourgogne

**GUENDEHOU, G. H. Sabin**
Benin Centre for Scientific
and Technical Review

**VISSIN, Expédit Wilfrid**
LECREDE/DGAT/FLASH/
Université d'Abomey-Calavi

**YABI, Ibouraïma**
Laboratoire de Climatologie/DGAT/UAC

**Brazil**

**CARDIA SIMÕES, Jefferson**
Departamento de Geografia, Instituto
de Geociências, Universidade
Federal do Rio Grande do Sul

**GOMES, Marcos S.P.**
Department of Mechanical
Research, Pontifical Catholic
University of Rio de Janeiro

**MARENGO ORSINI, Jose Antonio**
CPTEC/INPE

**Canada**

**BELTRAMI, Hugo**
St. Francis Xavier University

**BROWN, Ross**
Environment Canada

*Expert reviewers are listed by country. Experts from international organizations are listed at the end.*

**CAYA, Daniel**
Consortium Ouranos

**CHYLEK, Petr**
Dalhousie University, Departments
of Physics and Oceanography

**CLARKE, Garry**
Earth and Ocean Sciences,
University of British Columbia

**CLARKE, R. Allyn**
Bedford Institute of Oceanography

**CULLEN, John**
Dalhousie University

**DERKSEN, Chris**
Climate Research Branch,
Meteorological Service of Canada

**FERNANDES, Richard**
Canada Centre for Remote Sensing,
Natural Resources Canada

**FORBES, Donald L.**
Natural Resources Canada,
Geological Survey of Canada

**FREELAND, Howard**
Department of Fisheries and Oceans

**GARRETT, Chris**
University of Victoria

**HARVEY, Danny**
University of Toronto

**ISAAC, George**
Environment Canada

**JAMES, Thomas**
Geological Survey of Canada,
Natural Resources Canada

**LEWIS, C.F. Michael**
Geological Survey of Canada,
Natural Resources Canada

**MACDONALD, Robie**
Department of Fisheries and Oceans

**MATTHEWS, H. Damon**
University of Calgary and
Concordia University

**MCINTYRE, Stephen**
University of Toronto

**MCKITRICK, Ross**
University of Guelph

**PELTIER, Wm. Richard**
Department of Physics,
University of Toronto

**SAVARD, Martine M.**
Geological Survey of Canada,
Natural Resources Canada

**SMITH, Sharon**
Geological Survey of Canada,
Natural Resources Canada

**TRISHCHENKO, Alexander P.**
Canada Centre for Remote Sensing,
Natural Resources Canada

**WANG, Shusen**
Canada Centre for Remote Sensing,
Natural Resources Canada

**WANG, Xiaolan L.**
Climate Research Branch,
Meteorological Service of Canada

**ZWIERS, Francis**
Canadian Centre for Climate Modelling
and Analysis, Environment Canada

## Chile

**ACEITUNO, Patricio**
Department Geophysics,
Universidad de Chile

## China

**CAI, Zucong**
Institute of Soil Science, Chinese
Academy of Sciences

**CHAN, Johnny**
City University of Hong Kong

**DONG, Zhaoqian**
Polar Research Institute of China

**GONG, Dao-Yi**
College of Resources Science and
Technology, Beijing Normal University

**GUO, Xueliang**
Institute of Atmospheric Physics,
Chinese Academy of Sciences

**LAM, Chiu-Ying**
Hong Kong Observatory

**REN, Guoyu**
National Climate Center, China
Meteorological Administration

**SHI, Guang-yu**
Institute of Atmospheric Physics,
Chinese Academy of Sciences

**SU, Jilan**
Lab of Ocean Dynamic Processes and
Satellite Oceanography,Second Institute of
Oceanography. State Oceanic Administration

**SUN, Junying**
Centre for Atmosphere Watch and
Services, Chinese Academy of
Meteorological Sciences, CMA

**WANG, Dongxiao**
South China Sea Institute of Oceanology,
Chinese Academy of Sciences

**WANG, Mingxing**
Institute of Atmospheric Physics,
Chinese Academy of Sciences

**XIE, Zhenghui**
Institute of Atmospheric Physics,
Chinese Academy of Sciences

**XU, Xiaobin**
Chinese Academy of
Meteorological Sciences

**YU, Rucong**
China Meteorological Administration

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration

**ZHOU, Tianjun**
Institute of Atmospheric Physics,
Chinese Academy of Sciences

## Denmark

**GLEISNER, Hans**
Atmosphere Space Research
Division, Danish Met. Institute

**STENDEL, Martin**
Danish Meteorological Institute

## Egypt

**EL-SHAHAWY, Mohamed**
Cairo University, Egyptian
Environmemntal Affairs Agency

## Estonia

**JAAGUS, Jaak**
University of Tartu

## Fiji

**LAL, Murari**
University of the South Pacific

## Finland

**CARTER, Timothy**
Finnish Environment Institute

**KORTELAINEN , Pirkko**
Finnish Environment Institute

**KULMALA, Markku**
University of Helsinki

**LAAKSONEN, Ari**
University of Kuopio

**MÄKIPÄÄ, Raisa**
Finnish Forest Research Institute

**RÄISÄNEN, Jouni**
Department of Physical Sciences,
University of Helsinki

**SAVOLAINEN, Ilkka**
Technical Research Centre of Finland

## France

**BONY, Sandrine**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace

**BOUSQUET, Philippe**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du
Climat et de l'Environnement

**BRACONNOT, Pascale**
Pascale Braconnot Institu Pierre Simon
Laplace, Laboratoire des Sciences
du Climat et de l'Environnement

**CAZENAVE, Anny**
Laboratoire d'Etudes en Géophysique et
Océanographie Spatiale (LEGOS), CNES

**CLERBAUX, Cathy**
Centre National de Recherche Scientifique

**CORTIJO, Elsa**
Laboratoire des Sciences du Climat et de
l'Environnement, CNRS-CEA-UVSQ

**DELECLUSE, Pascale**
CEA, CNRS

**DÉQUÉ, Michel**
Météo-France

**DUFRESNE, Jean-Louis**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace

**FRIEDLINGSTEIN, Pierre**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du
Climat et de l'Environnement

**GENTHON, Christophe**
Centre National de Recherche
Scientifique, Laboratoire de Glaciologie
et Géophysique de l'Environnement

**GUILYARDI, Eric**
Laboratoire des Sciences du
Climat et de l'Environnement

**GUIOT, Joel**
CEREGE, Centre National de
Recherche Scientifique

**HAUGLUSTAINE, Didier**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat et de
l'Environnement, CEA-CNRS-UVSQ

**JOUSSAUME, Sylvie**
Centre National de Recherche Scientifique

**KANDEL, Robert**
Laboratoire de Météorologie
Dynamique, Ecole Polytechnique

**KHODRI, Myriam**
Institut de Recherche Pour
le Developpement

**LABEYRIE, Laurent**
Laboratoire des Sciences du
Climat et de l'Environnement

**MARTIN, Eric**
Météo-France

**MOISSELIN, Jean-Marc**
Météo-France

**PAILLARD, Didier**
Laboratoire des Sciences du
Climat et de l'Environnement

**PETIT, Michel**
CGTI

**PLANTON, Serge**
Météo-France

**RAMSTEIN, Gilles**
Laboratoire des Sciences du
Climat et de l'Environnement

**SCHULZ, Michael**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat et de
l'Environnement, CEA-CNRS-UVSQ

**SEGUIN, Bernard**
INRA

**TEXTOR, Christiane**
Laboratoire des Sciences du
Climat et de l'Environnement

**WAELBROECK, Claire**
Institut Pierre Simon Laplace,
Laboratoire des Sciences du Climat
et de l'Environnement, CNRS

## Germany

**BANGE, Hermann W.**
Leibniz Institut für Meereswissenschaften,
IFM-GEOMAR

**BAUER, Eva**
Potsdam Institute for Climate
Impact Research

**BECK, Christoph**
Global Precipitation Climatology Centre

**BROVKIN, Victor**
Potsdam Institute for Climate
Impact Research

**CHURKINA, Galina**
Max Planck Institute for Biogeochemistry

**COTRIM DA CUNHA, Leticia**
Max-Planck-Institut für Biogeochemie

**DOTZEK, Nikolai**
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre

**FEICHTER, Johann**
Max Planck Institute for Meteorology

**GANOPOLSKI, Andrey**
Potsdam Institute for Climate
Impact Research

**GIORGETTA, Marco A.**
Max Planck Institute for Meteorology

**GRASSL, Hartmut**
Max Planck Institute for Meteorology

**GREWE, Volker**
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre

**GRIESER, Jürgen**
Deutscher Wetterdienst, Global
Precipitatioin Climatology Centre

**HARE, William**
Potsdam Institute for Climate
Impact Research

**HELD, Hermann**
Potsdam Institute for Climate
Impact Research

**HOFZUMAHAUS, Andreas**
Forschungszentrum Jülich, Institut
für Chemie und Dynamik der
Geosphäre II: Troposphäre

**KOPPMANN, Ralf**
Institut für Chemie und Dynamik
der Geosphaere, Institut II:
Troposphaere, Forschungszentrum
Juelich, Juelich, Germany

**LATIF, Mojib**
Leibniz Institut für Meereswissenschaften,
IFM-GEOMAR

**LAWRENCE, Mark**
Max Planck Institute for Chemistry

**LELIEVELD, Jos**
Max Planck Institute for Chemistry

**LEVERMANN, Anders**
Potsdam Institute for Climate
Impact Research

**LINGNER, Stephan**
Europäische Akademie Bad
Neuenahr-Ahrweiler GmbH

**LUCHT, Wolfgang**
Potsdam Institute for Climate
Impact Research

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology

**MATA, Louis Jose**
Center for Development Research,
University of Bonn

**MEINSHAUSEN, Malte**
Potsdam Institute for Climate
Impact Research

**MICHAELOWA, Axel**
Hamburg Institute of
International Economics

**MÜLLER, Rolf**
Research Centre Jülich

**RAHMSTORF, Stefan**
Potsdam Institute for Climate
Impact Research

**RHEIN, Monika**
Institute for Environmental
Physics, University Bremen

**SAUSEN, Robert**
Deutsches Zentrum für Luft und Raumfahrt,
Institut für Physik der Atmosphäre

**SCHOENWIESE, Christian-D.**
University Frankfurt a.M., Institute
for Atmosphere and Environment

**SCHOTT, Friedrich**
Leibniz Institut für Meereswissenschaften,
IFM-GEOMAR

**SCHULZ, Michael**
University of Bremen

**SCHÜTZENMEISTER, Falk**
Technische Universität Dresden,
Institut für Soziologie

**STAMMER, Detlef**
Institut fuer Meereskunde Zentrum
fuer Meeres und Klimaforschung
Universitaet Hamburg

**TEGEN, Ina**
Institute for Tropospheric Research

**VÖLKER, Christoph**
Alfred Wegener Institute for
Polar and Marine Research

**WEFER, Gerold**
University of Bremen, Research
Center Ocean Margins

**WURZLER, Sabine**
North Rhine-Westphalia State
Environment Agency

**ZENK, Walter**
Leibniz Institut für Meereswissenschaften,
IFM-GEOMAR

**ZOLINA, Olga**
Meteorologisches Institut
der Universität Bonn

**ZORITA, Eduardo**
Helmholtz Zentrum Geesthacht

## Hungary

**ZAGONI, Miklos**
Budapest University

## India

**SRIKANTHAN, Ramachandran**
Physical Research Laboratory

**TULKENS, Philippe**
The Energy and Research Institute (TERI)

## Iran

**RAHIMZADEH, Fatemeh**
Atmospheric Science & Meteorological
Research Center (ASMERC), I.R. of Iran
Meteorological Organization (IRIMO)

## Ireland

**FEALY, Rowan**
National University of Ireland, Maynooth

**SWEENEY, John**
National University of Ireland, Maynooth

## Italy

**ARTALE, Vincenzo**
Italian National Agency for
New Technologies, Energy and
the Environment (ENEA)

**BALDI, Marina**
Consiglio Nazionale delle Ricerche
(CNR), Inst of Biometeorology

**BERGAMASCHI, Peter**
European Commission, Joint
Research Centre, Institute for
Environment and Sustainability

**BRUNETTI, Michele**
Istituto di Scienze dell'atmosfera
e del Clima (ISAC) Consiglio
Nazionale delle Ricerche (CNR)

**CAMPOSTRINI, Pierpaolo**
CORILA

**COLOMBO, Tiziano**
Italian Met Service

**CORTI, Susanna**
Istituto di Scienze dell'atmosfera
e del Clima (ISAC) Consiglio
Nazionale delle Ricerche (CNR)

**DESIATO, Franco**
Agenzia per la protezione dell'ambiente
e per i servizi tecnici (APAT)

**DI SARRA, Alcide**
Italian National Agency for
New Technologies, Energy and
the Environment (ENEA)

**DRAGONI, Walter**
Perugia University

**ETIOPE, Giuseppe**
Istituto Nazionale di Geofisica e
Vulcanologia

**FACCHINI, Maria Cristina**
Consiglio Nazionale delle Ricerche (CNR)

**GIORGI, Filippo**
Abdus Salam International Centre
for Theoretical Physics

**LIONELLO, Piero**
Univ. of Lecce, Dept."Scienza dei materiali"

**MARIOTTI, Annarita**
Italian National Agency for New
Technologies, Energy and the Environment
(ENEA) and Earth System Science
Interdisciplinary Center (ESSIC-USA)

**MOSETTI, Renzo**
OGS

**NANNI, Teresa**
Istituto di Scienze dell'atmosfera e
del Clima (ISAC) Consiglio
Nazionale delle Ricerche (CNR)

**RUTI, Paolo Michele**
Italian National Agency for New
Technologies, Energy and the Environment

**SANTINELLI, Chiara**
Consiglio Nazionale delle Ricerche (CNR)

**VAN DINGENEN, Rita**
European Commission, Joint
Research Centre, Institute for
Environment and Sustainability

**VIGNUDELLI, Stefano**
Consiglio Nazionale delle Ricerche
(CNR), Istituto di Biofisica

## Japan

**ALEXANDROV, Georgii**
National Institute for Environmental Studies

**ANNAN, James**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**AOKI, Teruo**
Meteorological Research Institute,
Japan Meteorological Agency

**AWAJI, Toshiyuki**
Kyoto University

**EMORI, Seita**
National Institute for Environmental
Studies and Frontier Research Center
for Global Change, Japan Agency for
Marine-Earth Science and Technology

**HARGREAVES, Julia**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**HAYASAKA, Tadahiro**
Research Institute for Humanity and Nature

**IKEDA, Motoyoshi**
Hokkaido University

**ITOH, Kiminori**
Yokohama National University

**KAWAMIYA, Michio**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**KIMOTO, Masahide**
Center for Climate System
Research, University of Tokyo

**KITOH, Akio**
First Research Laboratory, Climate Research
Department, Meteorological Research
Institute, Japan Meteorological Agency

**KOBAYASHI, Shigeki**
TRDL

**KONDO, Hiroki**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**MAKI, Takashi**
Meteorological Research Institute,
Japan Meteorological Agency

**MAKSYUTOV, Shamil**
National Institute for Environmental
Studies

**MARUYAMA, Koki**
CRIEPI

**MATSUNO, Taroh**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**MIKAMI, Masao**
Meteorological Research Institute,
Japan Meteorological Agency

**MIKAMI, Takehiko**
Tokyo Metropolitan University

**NAKAJIMA, Teruyuki**
Center for Climate System
Research, University of Tokyo

**NAKAWO, Masayoshi**
Research Institute for Humanity and
Nature

**NODA, Akira**
Meteorological Research Institute,
Japan Meteorological Agency

**OHATO, Tetsuo**
JAMSTEC

**ONO, Tsuneo**
Hokkaido National Fisheries Research
Institute, Fisheries Research Agency

**SASAKI, Hidetaka**
Meteorological Research Institute,
Japan Meteorological Agency

**SATO, Yasuo**
Meteorological Research Institute,
Japan Meteorological Agency

**SEKIYA, Akira**
National Institute of Advanced Industrial
Science and Technology (AIST)

**SHINODA, Masato**
Tottori University, Arid Land
Research Center

**SUGA, Toshio**
Tohoku University

**SUGI, Masato**
Meteorological Research Institute,
Japan Meteorological Agency

**TOKIOKA, Tatsushi**
Frontier Research Center for Global
Change, Japan Agency for Marine-
Earth Science and Technology

**TOKUHASHI, Kazuaki**
National Institute of Advanced Industrial
Science and Technology (AIST)

**TSUSHIMA, Yoko**
Japan Agency for Marine-Earth
Science and Technology

**UCHIYAMA, Akihiro**
Meteorological Research Institute,
Japan Meteorological Agency

**YAMAMOTO, Susumu**
Graduate School of Environmental
Science, Okayama University

**YAMANOUCHI, Takashi**
National Institute of Polar Research

**YAMASAKI, Masanori**
Japan Agency for Marine-Earth
Science and Technology

**YAMAZAKI, Koji**
Graduate School of Environmental
Science, Hokkaido University

**YOKOYAMA, Yusuke**
Department of Earth and Planetary
Sciences, University of Tokyo

**TSUTSUMI, Yukitomo**
Meteorological Research Institute,
Japan Meteorological Agency

## Republic of Korea

**KIM, Kyung-Ryul**
Seoul National University, School of
Earth and Environmental Services

## Mexico

**LLUCH-BELDA, Daniel**
Centro Interdisciplinario de
Ciencias Marinas del IPN

## Mozambique

**QUEFACE, Antonio Joaquim**
Physics Department, Eduardo
Mondlane University

## Netherlands,
## Antilles and Aruba

**MARTIS, Albert**
Climate Research Center, Meteorological
Service Netherlands, Antilles & Aruba

## Netherlands

**BAEDE, Alphonsus**
Royal Netherlands Meteorological
Institute (KNMI) and Ministry of Housing,
Spatial Planning and the Environment

**BURGERS, Gerrit**
Royal Netherlands Meteorological
Institute (KNMI)

**DE BRUIN, Henk**
Meteorology and Air Quality
Group, Wageningen University

**DE WIT, Florens**

**DILLINGH, Douwe**
National Institute for Coastal and
Marine Management / RIKZ

**HAARSMA, Reindert**
Royal Netherlands Meteorological
Institute (KNMI)

**HAZELEGER, Wilco**
Royal Netherlands Meteorological
Institute (KNMI)

**HOLTSLAG, Albert A. M.**
Wageningen University

**KROON, Dick**
Vrije Universiteit, Amsterdam

**SIEGMUND, Peter**
Royal Netherlands Meteorological
Institute (KNMI)

**STERL, Andreas**
Royal Netherlands Meteorological
Institute (KNMI)

**VAN AKEN, Hendrik M.**
Royal Netherlands Institute for
Sea Research (NIOZ)

**VAN DE WAL, Roderik Sylvester Willo**
Institute for Marine and Atmospheric
Research, Utrecht University

**VAN DEN HURK, Bart**
Royal Netherlands Meteorological
Institute (KNMI)

**VAN NOIJE, Twan**
Royal Netherlands Meteorological
Institute (KNMI)

**VAN VELTHOVEN, Peter**
Royal Netherlands Meteorological
Institute (KNMI)

**VANDENBERGHE, Jef**
Vrije Universiteit, Inst. of Earth Sciences

**VEEFKIND, Pepijn**
Royal Netherlands Meteorological
Institute (KNMI)

**VELDERS, Guus J.M.**
Netherlands Environmental
Assessment Agency (MNP)

## New Zealand

**ALLOWAY, Brent**
Institute of Geological and Nuclear Sciences

**BARRETT, Peter**
Antarctic Research Centre, Victoria
University of Wellington

**BODEKER, Greg**
National Institute of Water and
Atmospheric Research

**BOWEN, Melissa**
National Institute of Water and
Atmospheric Research

**CRAMPTON, James**
Institute of Geological and Nuclear Sciences

**GRAY, Vincent**
Climate Consultant

**LASSEY, Keith**
National Institute of Water and
Atmospheric Research

**973**

**LAW, Cliff**
National Institute of Water and
Atmospheric Research

**MACLAREN, Piers**
NZ Forest Research Institute

**MULLAN, A. Brett**
National Institute of Water and
Atmospheric Research

**NODDER, Scott**
National Institute of Water and
Atmospheric Research

**RENWICK, James A.**
National Institute of Water and
Atmospheric Research

**SALINGER, M. James**
National Institute of Water and
Atmospheric Research

**SHULMEISTER, James**
University of Canterbury

**WILLIAMS, Paul W.**
Auckland University

**WRATT, David**
National Climate Centre, National Institute
of Water and Atmospheric Research

## Norway

**BENESTAD, Rasmus**
Norwegian Meteorological Institute

**FUGLESTVEDT, Jan**
Centre for International Climate and
Environmantal Research (CICERO)

**GODAL, Odd**
Department of Economics,
University of Bergen

**HANSSEN-BAUER, Inger**
Norwegian Meteorological Institute

**ISAKSEN, Ketil**
Norwegian Meteorological Institute

**JOHANNESSEN, Ola M.**
Nansen Environmental and
Remote Sensing Center

**KRISTJÁNSSON , Jón Egill**
University of Oslo

**NESJE, Atle**
Department of Earth Science,
University of Bergen

**PAASCHE, Øyvind**
Bjerknes Centre for Climate Research

## Peru

**GAMBOA, Nadia**
Pontificia Universidad Carolica del Pero

## Romania

**BOJARIU, Roxana**
National Institute of Meteorology
and Hydrology (NIMH)

**BORONEANT, Constanta-Emilia**
National Meteorological Administration

**BUSUIOC, Aristita**
National Meteorological Administration

**MARES, Constantin**
Romanian Academy, Geodynamics Institute

**MARES, Ileana**
Romanian Academy of Technical Studies

## Russian Federation

**MELESHKO, Valentin**
Voeykov Main Geophysical Observatory

## Slovakia

**LAPIN, Milan**
Slovak National Climate Program

## Spain

**AGUILAR, Enric**
Climate Change Research Group,
Universitat Rovira i Virgili de Tarragona

**BLADÉ, Ileana**
Department of Astronomy and
Meteorology. University of Barcelona

**BRUNET, Manola**
University Rovira i Virgili

**CALVO COSTA , Eva**
Institut de Ciències del Mar

**GARCÍA-HERRERA, Ricardo**
Universidad Complutense de Madrid

**GONZÁLEZ-ROUCO, Jesus Fidel**
Universidad Complutense de Madrid

**LAVIN, Alicia M.**
Instituto Espanol de Oceanografia

**MARTIN-VIDE, Javier**
Physical Geography of the
University of Barcelona

**MONTOYA, Marisa**
Dpto. Astrofisica y Fisica de la
Atmosfera, Facultad de Ciencias Fisicas,
Universidad Complutense de Madrid

**PELEJERO, Carles**
Institut de Ciències del Mar, CMIMA-CSIC

**RIBERA, Pedro**
Universidad Pablo de Olavide

## Sweden

**HOLMLUND, Per**
Stockholm University

**KJELLSTRÖM, Erik**
Swedish Meteorological and
Hydrological Institute

**LECK, Caroline**
Department of Metorology,
Stockholm University

**RUMM AINEN, Markku**
Rossby Centre, Swedish Meteorological
and Hydrological Institute

## Switzerland

**APPENZELLER, Christof**
Federal Office of Meteorology
and Climatology MeteoSwiss

**BLUNIER, Thomas**
Climate and Environmental
Physics, University of Bern

**BRÖNNIMANN, Stefan**
ETH Zürich

**CASTY, Carlo**
Climate and Environmental Physics

**CHERUBINI, Paolo**
Swiss Federal Research Institute WSL

**ESPER, Jan**
Swiss Federal Research Institute WSL

**FREI, Christoph**
Federal Office of Meteorology
and Climatology MeteoSwiss

**GHOSH, Sucharita**
Swiss Federal Research Institute WSL

**HAEBERLI, Wilfried**
Geography Department,
University of Zürich

**JOOS, Fortunat**
Climate and Environmental Physics,
Physics Institute, University of Bern

**KNUTTI, Reto**
Climate and Global Dynamics Division,
National Center for Atmospheric Research

**LUTERBACHER, Jürg**
Institute of Geography, Climatology
and Meteorology, and National
Centre of Competence in Research
on Climate, University of Bern

**MARCOLLI, Claudia**
ETH Zürich, Institute for
Atmosphere and Climate

**PETER, Thomas**
ETH Zürich

**PHILIPONA, Rolf**
Observatory Davos

**PLATTNER, Gian-Kasper**
Climate and Environmental Physics,
Physics Institute, University of Bern

**RAIBLE, C. Christoph**
Climate and Environmental
Physics, University of Bern

REBETEZ, Martine
Swiss Federal Research Institute WSL

ROSSI, Michel J.
Ecole Polytechnique Fédérale de
Lausanne, Laboratoire de Pollution
Atmosphérique et Sol

ROZANOV, Eugene
IAC ETHZ and PMOD/WRC

SCHÄR, Christoph
ETH Zürich, Institute for Atmospheric
and Climate Science

SIDDALL, Mark
Climate and Environmental
Physics, University of Bern

SPAHNI, Renato
Climate and Environmental Physics,
Physics Institute, University of Bern

STAEHELIN, Johannes
ETH Zürich

STOCKER, Thomas F.
Climate and Environmental Physics,
Physics Institute, University of Bern

WANNER, Heinz
National Centre of Competence in
Research on Climate, University of Bern

WILD, Martin
ETH Zürich, Institute for Atmospheric
and Climate Sciencce

**Thailand**

GARIVAIT, Savitri
The Joint Graduate School of Energy
and Environment, King Mongkut's
University of Technology Thonburi

LIMMEECHOKCHAI, Bundit
Sirindhorn International Institute of
Technology, Thammasat Univ.

**Togo**

AJAVON, Ayite-Lo  N.
Atmospheric Chemistry Laboratory

**UK**

ALEXANDER, Lisa
Hadley Centre for Climate Prediction
and Research, Met Office

ALLAN, Richard
Environmental Systems Science
Centre, University of Reading

BANKS, Helene
Hadley Centre for Climate Prediction
and Research, Met Office

BETTS, Richard A.
Hadley Centre for Climate Prediction
and Research, Met Office

BODAS-SALCEDO, Alejandro
Hadley Centre for Climate Prediction
and Research, Met Office

BOUCHER, Olivier
Hadley Centre for Climate Prediction
and Research, Met Office

BROWN, Simon
Hadley Centre for Climate Prediction
and Research, Met Office

BRYDEN, Harry
University of Southampton

CAESAR, John
Hadley Centre for Climate Prediction
and Research, Met Office

CARSLAW, Kenneth
University of Leeds

COLLINS, Matthew
Hadley Centre for Climate Prediction
and Research, Met Office

COLLINS, William
Hadley Centre for Climate Prediction
and Research, Met Office

CONNOLLEY, William
British Antarctic Survey

COURTNEY, Richard S.
European Science and Environment Forum

CRUCIFIX, Michel
Hadley Centre for Climate Prediction
and Research, Met Office

FALLOON, Pete
Hadley Centre for Climate Prediction
and Research, Met Office

FOLLAND, Christopher
Hadley Centre for Climate Prediction
and Research, Met Office

FORSTER, Piers
School of Earth and Environment,
University of Leeds

FOWLER, Hayley
Newcastle University

GEDNEY, Nicola
Hadley Centre for Climate Prediction
and Research, Met Office

GILLETT, Nathan P.
Climatic Research Unit, School
of Environmental Sciences,
University of East Anglia

GRAY, Lesley
Reading University

GREGORY, Jonathan M.
Department of Meteorology, University of
Reading and Hadley Centre for Climate
Prediction and Research, Met Office

GRIGGS, David
Hadley Centre for Climate Prediction
and Research, Met Office

HAIGH, Joanna
Imperial College London

HARANGOZO, Steve
British Antarctic Survey

HAWKINS, Stephen J.
The Marine Biological
Association of the UK

HIGHWOOD, Eleanor
University of Reading

HINDMARSH, Richard
British Antarctic Survey

HOSKINS, Brian J.
Department of Meteorology,
University of Reading

HOUSE, Joanna
Quantifying and Understanding the Earth
System Programme, University of Bristol

INGRAM, William
Hadley Centre for Climate Prediction
and Research, Met Office

JOHNS, Timothy
Hadley Centre for Climate Prediction
and Research, Met Office

JONES, Christopher
Hadley Centre for Climate Prediction
and Research, Met Office

JONES, Gareth S.
Hadley Centre for Climate Prediction
and Research, Met Office

JONES, Philip D.
Climatic Research Unit, School
of Environmental Sciences,
University of East Anglia

JOSEY, Simon
National Oceanography Centre,
University of Southampton

KING, John
British Antarctic Survey

LE QUÉRÉ, Corrine
University of East Anglia and
British Antarctic Survey

LEE, David
Manchester Metropolitan University

LOWE, Jason
Hadley Centre for Climate Prediction
and Research, Met Office

MARSH, Robert
National Oceanography Centre,
University of Southampton

MARTIN, Gill
Hadley Centre for Climate Prediction
and Research, Met Office

MCCARTHY, Mark
Hadley Centre for Climate Prediction
and Research, Met Office

MCDONALD, Ruth
Hadley Centre for Climate Prediction
and Research, Met Office

MITCHELL, John
Hadley Centre for Climate Prediction
and Research, Met Office

MURPHY, James
Hadley Centre for Climate Prediction
and Research, Met Office

NICHOLLS, Robert
School of Civil Engineering and the
Environment, University of Southampton

PARKER, David
Hadley Centre for Climate Prediction
and Research, Met Office

PRENTICE, Iain Colin
Quantifying and Understanding the Earth
System Programme, Department of
Earth Sciences, University of Bristol

RAPER, Sarah
Manchester Metropolitan University

RAYNER, Nick
Hadley Centre for Climate Prediction
and Research, Met Office

REISINGER, Andy
IPCC Synthesis Report TSU

RIDLEY, Jeff
Hadley Centre for Climate Prediction
and Research, Met Office

ROBERTS, C. Neil
University of Plymouth,
School of Geography

RODGER, Alan
British Antarctic Survey

ROSCOE, Howard
British Antarctic Survey

ROUGIER, Jonathan
Durham University

ROWELL, Dave
Hadley Centre for Climate Prediction
and Research, Met Office

SENIOR, Catherine
Hadley Centre for Climate Prediction
and Research, Met Office

SEXTON, David
Hadley Centre for Climate Prediction
and Research, Met Office

SHINE, Keith
University of Reading

SLINGO, Julia
National Centre for Atmospheric
Science, University of Reading

SMITH, Leonard A.
London School of Economics

SROKOSZ, Meric
National Oceanography Centre

STARK, Sheila
Hadley Centre for Climate Prediction
and Research, Met Office

STEPHENSON, David
Department of Meteorology,
University of Reading

STONE, Daithi A.
University of Oxford

STOTT, Peter A.
Hadley Centre for Climate Prediction
and Research, Met Office

THORNE, Peter
Hadley Centre for Climate Prediction
and Research, Met Office

TSIMPLIS, Michael
National Oceanography Centre,
University of Southampton

TURNER, John
British Antarctic Survey

VAUGHAN, David
British Antarctic Survey

VELLINGA, Michael
Hadley Centre for Climate Prediction
and Research, Met Office

WASDELL, David
Meridian Programme

WILLIAMS, Keith
Hadley Centre for Climate Prediction
and Research, Met Office

WOLFF, Eric
British Antarctic Survey

WOOD, Richard A.
Hadley Centre for Climate Prediction
and Research, Met Office

WOODWORTH, Philip
Proudman Oceanographic Laboratory

WU, Peili
Hadley Centre for Climate Prediction
and Research, Met Office

## Uruguay

BIDEGAIN, Mario
Universidad de la Republica

## USA

ALEXANDER, Becky
University of Washington

ALEXANDER, Michael
National Oceanic and Atmospheric
Administration, Climate Diagnostics
Brach, Pysical Science Division,
Earth System Research Lab

ALLEY, Richard B.
Department of Geosciences,
Pennsylvania State University

ANDERSON, David M.
National Center for Atmospheric
Research, Paleoclimatology

ANDERSON, Theodore
University of Washington

ANDERSON, Wilmer
University of Wisconsin, Madison,
Physics Department

ANTHES, Richard
University Corporation for
Atmospheric Research

ARRITT, Raymond
Iowa State University

AVERYT, Kristen
IPCC WGI TSU, National Oceanic
and Atmospheric Administration,
Earth System Research Laboratory

BAER, Paul
Stanford University, Center for
Environmental Science and Policy

BAKER, Marcia
University of Washington

BARRY, Roger
National Snow and Ice Data
Center, University of Colorado

BATES, Timothy
National Oceanic and
Atmospheric Administration

BAUGHCUM, Steven
Boeing Company

BENTLEY, Charles R.
University of Wisconsin, Madison

BERNSTEIN, Lenny
International Petroleum Industry
Envirionmental Conservation Association
& L.S. Bernstein & Associates, LLC

BOND, Tami
University of Illinois at Urbana-Champaign

BROCCOLI, Anthony J.
Rutgers University

BROMWICH, David
Byrd Polar Research Center,
The Ohio State University

BROOKS, Harold
National Oceanic and Atmospheric
Administration, National Severe
Storms Laboratory

BRYAN, Frank
National Center for Atmospheric Research

CAMERON-SMITH, Philip
Lawrence Livermore National Laboratory

CHIN, Mian
National Aeronautics and Space
Administration, Goddard
Space Flight Center

CHRISTY, John
University of Alabama in Huntsville

CLEMENS, Steven
Brown University

COFFEY, Michael
National Center for Atmospheric Research

COLLINS, William D.
Climate and Global Dynamics Division,
National Center for Atmospheric Research

CROWLEY, Thomas
Duke University

CUNNOLD, Derek
School of Earth and Atmospheric Sciences,
Georgia Institute of Technology

DAI, Aiguo
National Center for Atmospheric Research

DANIEL, John S.
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory

DANILIN, Mikhail
The Boeing Company

D'ARRIGO, Rosanne
Lamont Doherty Earth Observatory

DAVIES, Roger
Jet Propulsion Laboratory, California
Institute of Technology

DEL GENIO, Anthony
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies

DIAZ, Henry
National Oceanic and Atmospheric
Administration, Climate Diagnostics
Brach, Pysical Science Division,
Earth System Research Lab

DICKINSON, Robert E.
School of Earth and Atmospheric Sciences,
Georgia Institute of Technology

DIXON, Keith
National Oceanic and
Atmospheric Administration

DONNER, Leo
Geophysical Fluid Dynamics
Laboratory, National Oceanic and
Atmospheric Administration

DOUGLAS, Bruce
International Hurricane Research Center

DOUGLASS, Anne
National Aeronautics and Space
Administration, Goddard
Space Flight Center

DUTTON, Ellsworth
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory, Global Monitoring Division

EASTERLING, David
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory

EMANUEL, Kerry A.
Massachusetts Institute of Technology

EVANS, Wayne  F.J.
North West Research Associates

FAHEY, David W.
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory

FEELY, Richard
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory

FEINGOLD, Graham
National Oceanic and
Atmospheric Administration

FELDMAN, Howard
American Petroleum Institute

FEYNMAN, Joan
Jet Propulsion Laboratory, California
Institute of Technology

FITZPATRICK, Melanie
University of Washington

FOGT, Ryan
Polar Meteorology Group, Byrd Polar
Research Center and Atmospheric
Sciences Program, Department of
geography, The Ohio State University

FREE, Melissa
Air Resources Laboratory, National
Oceanic and Atmospheric Administration

FU, Qiang
Department of Atmospheric Sciences,
University of Washington

GALLO, Kevin
National Oceanic and Atmospheric
Administration, NESDIS

GARCIA, Hernan
National Oceanic and Atmospheric
Administration, National
Oceanographic Data Center

GASSÓ, Santiago
University of Maryland, Baltimore
County and NASA

GENT, Peter
National Center for Atmospheric Research

GERHARD, Lee C.
Thomasson Partner Associates

GHAN, Steven
Pacific Northwest National Laboratory

GNANADESIKAN, Anand
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory

GORNITZ, Vivien
National Aeronautics and Space
Administration, Goddard Institute for
Space Studies, Columbia University

GROISMAN, Pavel
University Corporation for Atmospheric
Research at the National Climatic
Data Center, National Oceanic and
Atmospheric Administration

GRUBER, Nicolas
Institute of Geophysics and Planetary
Physics, University of California,
Los Angeles and Department of
Environmental Sciences, ETH Zurich

GURWICK, Noel
Carnegie Institution of Washington,
Department of Global Ecology

HAKKARINEN, Chuck
Electric Power Research Institute, retired

HALLEGATTE, Stéphane
Centre International de Recherche sur
l'Environnement et le Developpement,
Ecole Nationale des Ponts-et-Chaussées
and Centre National de Recherches
Meteorologique, Meteo-France

HALLETT, John
Desert Research Institute

HAMILL, Patrick
San Jose State University

HARTMANN, Dennis
University of Washington

HAYHOE, Katharine
Texas Tech University

HEGERL, Gabriele
Division of Earth and Ocean Sciences,
Nicholas School for the Environment
and Earth Sciences, Duke University

HELD, Isaac
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory

HEMMING, Sidney
Lamont Doherty Earth Observatory,
Columbia University

HOULTON, Benjamin
Stanford Unviersity, Dept. of Biological
Sciences; Carnegie Institution of
Washington, Dept. of Global Ecology

HU, Aixue
National Center for Atmospheric Research

HUGHES, Dan
Hughes and Associates

ICHOKU, Charles
Science Systems & Applications,
Inc. (SSAI), NASA-GSFC

JACOB, Daniel
Department of Earth and Planetary
Sciences, Harvard University

**JACOBSON, Mark**
Stanford University

**JIN, Menglin**
Department of Atmospheric and Oceanic Sciences, University of Maryland, College Park

**JOYCE, Terrence**
Woods Hole Oceanographic Institution

**KARL, Thomas R.**
National Oceanic and Atmospheric Administration, National Climatic Data Center

**KAROLY, David J.**
University of Oklahoma

**KAUFMAN, Yoram**
National Aeronautics and Space Administration, Goddard Space Flight Center

**KELLER, Klaus**
Pennsylvania State University

**KHESHGI, Haroon**
ExxonMobil Research and Engineering Company

**KNUTSON, Thomas**
Geophysical Fluid Dynamics Laboratory, National Oceanic and Atmospheric Administration

**KO, Malcolm**
National Aeronautics and Space Administration, Langley Research Center

**KOUTNIK, Michelle**
University of Washington

**KUETER, Jeffrey**
Marshall Institue

**LACIS, Andrew**
National Aeronautics and Space Administration, Goddard Institute for Space Studies

**LASZLO, Istvan**
National Oceanic and Atmospheric Administration

**LEULIETTE, Eric**
University of Colorado, Boulder

**LEVY, Robert**
Science Systems & Applications, Inc. (SSAI), NASA-GSFC

**LEWITT, Martin**

**LI, Zhanqing**
University of Maryland, Department of Atmospheric and Oceanic Science and ESSIC

**LIU, Yangang**
Brookhaven National Laboratory

**LOVEJOY, Edward R.**
National Oceanic and Atmospheric Administration

**LUNCH, Claire**
Stanford University, Carnegie Institution of Washington

**LUPO, Anthony**
University of Missouri, Columbia

**MACCRACKEN, Michael**
Climate Institute

**MAGI, Brian**
University of Washington

**MAHLMAN, Jerry**
National Center for Atmospheric Research

**MAHOWALD, Natalie**
National Center for Atmospheric Research

**MANN, Michael**
Pennsylvania State University

**MANNING, Martin**
IPCC WGI TSU, National Oceanic and Atmospheric Administration, Earth System Research Laboratory

**MARQUIS, Melinda**
IPCC WGI TSU, National Oceanic and Atmospheric Administration, Earth System Research Laboratory

**MARTIN, Scot**
Harvard University

**MASSIE, Steven**
National Center for Atmospheric Research

**MASTRANDREA, Michael**
Stanford University

**MATSUMOTO, Katsumi**
University of Minnesota, Twin Cities

**MATSUOKA, Kenichi**
University of Washington

**MAURICE, Lourdes**
Federal Aviation Administration

**MICHAELS, Patrick**
University of Virginia

**MILLER, Charles**
Jet Propulsion Laboratory, California Institute of Technology

**MILLER, Laury**
National Oceanic and Atmospheric Administration, Lab for Satellite Altimetry

**MILLER, Ron**
National Aeronautics and Space Administration, Goddard Institute for Space Studies

**MILLET, Dylan**
Harvard University

**MILLY, Chris**
United States Geological Survey

**MINNIS, Patrick**
National Aeronautics and Space Administration, Langley Research Center

**MOLINARI, Robert**
National Oceanic and Atmospheric Administration, Atlantic Oceanographic and Meteorological Laboratory

**MOTE, Philip**
Climate Impacts Group, Joint Institute for the Study of the Atmosphere and Oceans (JIASO), University of Washington

**MURPHY, Daniel**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory

**MUSCHELER, Raimund**
Goddard Earth Sciences and Technology Center, University of Maryland & NASA/Goddard Space Flight Center, Climate & Radiation Branch

**NEELIN, J. David**
University of California, Los Angeles

**NELSON, Frederick**
Department of Geography, University of Delaware

**NEREM, R. Steven**
University of Colorado at Boulder

**NOLIN, Anne**
Oregon State University

**NORRIS, Joel**
Scripps Institution of Oceanography

**OPPENHEIMER, Michael**
Princeton University

**OTTO-BLIESNER, Bette**
Climate and Global Dynamics Division, National Center for Atmospheric Research

**OVERPECK, Jonathan**
Institute for the Study of Planet Earth, University of Arizona

**OWENS, John**
3M

**PATT, Anthony**
Boston University

**PENNER, Joyce E.**
Department of Atmospheric, Oceanic, and Space Sciences, University of Michigan

**PETERS, Halton**
Carnegie Institution of Washington, Department of Global Ecology

**PRINN, Ronald**
Department of Earth, Atmospheric and Planetary Sciences, Massachusetts Institute of Technology

**PROFETA, Timothy H.**
Nicholas Institute of Environmental Policy Solutions, D e University

**RAMANATHAN, Veerabhadran**
Scripps Institution of Oceanography

RAMASWAMY, Venkatachalam
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory

RANDERSON, James
University of California, Irvine

RAVISHANKARA, A. R.
National Oceanic and
Atmospheric Administration

RIGNOT, Eric
Jet Propulsion Laboratory

RIND, David
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies

RITSON, David
Stanford University

ROBOCK, Alan
Rutgers University

RUSSO, Felicita
UMBC/JCET

SABINE, Christopher
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory

SCHIMEL, David
National Center for Atmospheric Research

SCHMIDT, Gavin
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies

SCHWARTZ, Stephen E.
Brookhaven National Laboratory

SCHWING, Franklin
National Oceanic and Atmospheric
Administration Fisheries
Service, SWFSC/ERD

SEIDEL, Dian
National Oceanic and Atmospheric
Administration, Air Resources Laboratory

SEINFELD, John
California Institute of Technology

SETH, Anji
University of Connecticut,
Department of Geography

SEVERINGHAUS, Jeffrey
Scripps Institution of Oceanography,
University of California, San Diego

SHERWOOD, Steven
Yale University

SHINDELL, Drew
National Aeronautics and Space
Administration, Goddard
Institute for Space Studies

SHUKLA, Jagadish
Center for Ocean-Land-Atmosphere
Studies, George Mason University

SIEVERING, Herman
University of Colorado
- Boulder and Denver

SODEN, Brian
University of Miami, Rosentiel School
for Marine and Atmospheric Science

SOLOMON, Susan
Co-Chair, IPCC WGI, National Oceanic
and Atmospheric Administration,
Earth System Research Laboratory

SOULEN, Richard

STEFFAN, Konrad
University of Colorado

STEIG, Eric
University of Washington

STEVENS, Bjorn
UCLA Department of Atmospheric
& Oceanic Sciences

STONE, Peter
Massachusetts Institute of Technology

STOUFFER, Ronald J.
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory

TAKLE, Eugene
Iowa State University

TAMISIEA, Mark
Harvard-Smithsonian Center
for Astrophysics

TERRY, Joyce
Woods Hole Oceanographic Institution

THOMPSON, Anne
Pennsylvania State University,
Department of Meteorology

THOMPSON, David
Department of Atmospheric Science,
Colorado State University

THOMPSON, LuAnne
University of Washington

THOMPSON, Robert
United States Geological Survey

TRENBERTH, Kevin E.
Climate Analysis Section, National
Center for Atmospheric Research

VINNIKOV, Konstantin
University of Maryland

VONDER HAAR, Thomas
Colorado State University

WAITZ, Ian
Massachusetts Institute of Technology

WANG, James S.
Environmental Defense

WEBB, Robert
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory

WEISS, Ray
Scripps Institution of Oceanography,
University of California, San Diego

WELTON, Ellsworth
National Aeronautics and Space
Administration, Goddard
Space Flight Center

WIELICKI, Bruce
National Aeronautics and Space
Administration, Langley Research Center

WILES, Gregory
The College of Wooster

WINTON, Michael
Geophysical Fluid Dynamics
Laboratory, National Oceanic and
Atmospheric Administration

WOODHOUSE, Connie
National Climatic Data Center

YU, Hongbin
National Aeronautics and Space
Administration, Goddard
Space Flight Center

YU, Jin-Yi
University of California, Irvine

ZENDER, Charles
University of California, Irvine

ZHAO, Xuepeng
ESSIC/UMCP & National Oceanic
and Atmospheric Administration

## International Organizations

PALMER, Timothy
European Centre for Medium-
Range Weather Forecasting

RIXEN, Michel
University of Liege and NATO
Undersea Research Center

SIMMONS, Adrian
European Centre for Medium-
Range Weather Forecasts

# Annex IV

## Acronyms & Regional Abbreviations

### Acronyms

| | |
|---|---|
| μmol | micromole |
| 20C3M | 20th Century Climate in Coupled Models |
| AABW | Antarctic Bottom Water |
| AAIW | Antarctic Intermediate Water |
| AAO | Antarctic Oscillation |
| AATSR | Advanced Along Track Scanning Radiometer |
| ACC | Antarctic Circumpolar Current |
| ACCENT | Atmospheric Composition Change: a European Network |
| ACE | Accumulated Cyclone Energy or Aerosol Characterization Experiment |
| ACRIM | Active Cavity Radiometer Irradiance Monitor |
| ACRIMSAT | Active Cavity Radiometer Irradiance Monitor Satellite |
| ACW | Antarctic circumpolar wave |
| ADEC | Aeolian Dust Experiment on Climate |
| ADNET | Asian Dust Network |
| AeroCom | Aerosol Model Intercomparison |
| AERONET | Aerosol RObotic NETwork |
| AGAGE | Advanced Global Atmospheric Gases Experiment |
| AGCM | Atmospheric General Circulation Model |
| AGWP | Absolute Global Warming Potential |
| AIACC | Assessments of Impacts and Adaptations to Climate Change in Multiple Regions and Sectors |
| AIC | aviation-induced cloudiness |
| ALAS | Autonomous LAgrangian Current Explorer |
| ALE | Atmospheric Lifetime Experiment |
| AMIP | Atmospheric Model Intercomparison Project |
| AMO | Atlantic Multi-decadal Oscillation |
| AMSU | Advanced Microwave Sounding Unit |
| AO | Arctic Oscillation |
| AOGCM | Atmosphere-Ocean General Circulation Model |
| APEX | Atmospheric Particulate Environment Change Studies |
| AR4 | Fourth Assessment Report |
| ARM | Atmospheric Radiation Measurement |
| ASOS | Automated Surface Observation Systems |
| ASTEX | Atlantic Stratocumulus Transition Experiment |
| ATCM | Atmospheric Transport and Chemical Model |
| ATSR | Along Track Scanning Radiometer |
| AVHRR | Advanced Very High Resolution Radiometer |
| BATS | Bermuda Atlantic Time-series Study |
| BC | black carbon |
| BCC | Beijing Climate Center |
| BCCR | Bjerknes Centre for Climate Research |
| BIOME 6000 | Global Palaeovegetation Mapping project |
| BMRC | Bureau of Meteorology Research Centre |
| C$^4$MIP | Coupled Carbon Cycle Climate Model Intercomparison Project |
| CaCO$_3$ | calcium carbonate |
| CAMS | Climate Anomaly Monitoring System (NOAA) |
| CAPE | Convective Available Potential Energy |
| CCl$_4$ | carbon tetrachloride |
| CCM | Chemistry-Climate Model |
| CCCma | Canadian Centre for Climate Modelling and Analysis |
| CCN | cloud condensation nuclei |
| CCSR | Centre for Climate System Research |
| CDIAC | Carbon Dioxide Information Analysis Center |
| CDW | Circumpolar Deep Water |
| CERES | Clouds and the Earth's Radiant Energy System |
| CERFACS | Centre Europeen de Recherche et de Formation Avancee en Calcul Scientific |
| CF$_4$ | perfluoromethane |
| CFC | chlorofluorocarbon |
| CFCl$_3$ | CFC-11 |
| CH$_2$I$_2$ | di-iodomethane (methylene iodide) |
| CH$_2$O | formaldehyde |
| CH$_3$CCl$_3$ | methyl chloroform |
| CH$_3$COOH | acetic acid |
| CH$_4$ | methane |

| | | | | |
|---|---|---|---|---|
| CLAMS | Chesapeake Lighthouse and Aircraft Measurements for Satellites | | DTR | diurnal temperature range |
| CLARIS | Europe-South America Network for Climate Change Assessment and Impact Studies | | DU | Dobson unit |
| CLIMAP | Climate: Long-range Investigation, Mapping, and Prediction | | EARLINET | European Aerosol Research Lidar Network |
| | | | EBM | Energy Balance Model |
| CLIVAR | Climate Variability and Predictability Programme | | ECMWF | European Centre for Medium Range Weather Forecasts |
| CMAP | CPC Merged Analysis of Precipitation | | ECS | equilibrium climate sensitivity |
| CMDL | Climate Monitoring and Diagnostics Laboratory (NOAA) | | EDGAR | Emission Database for Global Atmospheric Research |
| CMIP | Coupled Model Intercomparison Project | | EMIC | Earth System Model of Intermediate Complexity |
| CNRM | Centre National de Recherches Météorologiques | | ENSO | El Niño-Southern Oscillation |
| CO | carbon monoxide | | EOF | Empirical Orthogonal Function |
| $CO_2$ | carbon dioxide | | EOS | Earth Observing System |
| $CO_3^{2-}$ | carbonate | | EPICA | European Programme for Ice Coring in Antarctica |
| COADS | Comprehensive Ocean-Atmosphere Data Set | | ERA-15 | ECMWF 15-year reanalysis |
| COARE | Coupled Ocean-Atmosphere Response Experiment | | ERA-40 | ECMWF 40-year reanalysis |
| COBE-SST | Centennial in-situ Observation-Based Estimates of SSTs | | ERBE | Earth Radiation Budget Experiment |
| | | | ERBS | Earth Radiation Budget Satellite |
| COWL | Cold Ocean-Warm Land | | ERS | European Remote Sensing satellite |
| CPC | Climate Prediction Center (NOAA) | | ESRL | Earth System Research Library (NOAA) |
| CREAS | Regional Climate Change Scenarios for South America | | ESTOC | European Station for Time-series in the Ocean |
| CRIEPI | Central Research Institute of Electric Power Industry | | EUROCS | EUROpean Cloud Systems |
| CRUTEM2v | CRU/Hadley Centre gridded land-surface air temperature version 2v | | FACE | Free Air $CO_2$ Enrichment |
| CRUTEM3 | CRU/Hadley Centre gridded land-surface air temperature version 3 | | FAO | Food and Agriculture Organization (UN) |
| | | | FAR | First Assessment Report |
| CSIRO | Commonwealth Scientific and Industrial Research Organization | | FRCGC | Frontier Research Center for Global Change |
| CTM | Chemical Transport Model | | FRSGC | Frontier Research System for Global Change |
| DEMETER | Development of a European Multimodel Ensemble System for Seasonal to Interannual Prediction | | GAGE | Global Atmospheric Gases Experiment |
| | | | GARP | Global Atmospheric Research Program |
| DIC | dissolved inorganic carbon | | GATE | GARP Atlantic Tropical Experiment |
| DJF | December, January, February | | GAW | Global Atmosphere Watch |
| DLR | Deutsches Zentrum für Luft- und Raumfahrt | | GCM | General Circulation Model |
| DMS | dimethyl sulphide | | GCOS | Global Climate Observing System |
| D-O | Dansgaard-Oeschger | | GCSS | GEWEX Cloud System Study |
| DOC | dissolved organic carbon | | GEIA | Global Emissions Inventory Activity |
| DORIS | Determination d'Orbite et Radiopositionnement Intégrés par Satellite | | GEOS | Goddard Earth Observing System |
| | | | GEWEX | Global Energy and Water Cycle Experiment |
| DSOW | Denmark Strait Overflow Water | | GFDL | Geophysical Fluid Dynamics Laboratory |
| DSP | Dynamical Seasonal Prediction | | | |

| | | | | |
|---|---|---|---|---|
| GHCN | Global Historical Climatology Network | | $HCO_3^-$ | bicarbonate |
| GHG | greenhouse gas | | HFC | hydrofluorocarbon |
| GIA | glacial isostatic adjustment | | HIRS | High Resolution Infrared Radiation Sounder |
| GIN Sea | Greenland-Iceland-Norwegian Sea | | HLM | High Latitude Mode |
| GISP2 | Greenland Ice Sheet Project 2 | | $HNO_3$ | nitric acid |
| GISS | Goddard Institute for Space Studies | | $HO_2$ | hydroperoxyl radical |
| GLACE | Global Land Atmosphere Coupling Experiment | | HONO | nitrous acid |
| GLAMAP | Glacial Ocean Mapping | | HOT | Hawaii Ocean Time-Series |
| GLAS | Geoscience Laser Altimeter System | | hPa | hectopascal |
| GLODAP | Global Ocean Data Analysis Project | | HYDE | HistorY Database of the Environment |
| GLOSS | Global Sea Level Observing System | | IABP | International Arctic Buoy Programme |
| GMD | Global Monitoring Division (NOAA) | | ICESat | Ice, Cloud and land Elevation Satellite |
| GOME | Global Ozone Monitoring Experiment | | ICOADS | International Comprehensive Ocean-Atmosphere Data Set |
| GPCC | Global Precipitation Climatology Centre | | ICSTM | Imperial College of Science, Technology and Medicine |
| GPCP | Global Precipitation Climatology Project | | IGBP | International Geosphere-Biosphere Programme |
| GPS | Global Positioning System | | | |
| GRACE | Gravity Recovery and Climate Experiment | | IGBP-DIS | IGBP Data and Information System |
| GRIP | Greenland Ice Core Project | | IGRA | Integrated Global Radiosonde Archive |
| GSA | Great Salinity Anomaly | | IMO | International Meteorological Organization |
| Gt | gigatonne ($10^9$ tonnes) | | INDOEX | Indian Ocean Experiment |
| GWE | Global Weather Experiment | | InSAR | Interferometric Synthetic Aperture Radar |
| GWP | Global Warming Potential | | IO | iodine monoxide |
| $H_2$ | molecular hydrogen | | IOCI | Indian Ocean Climate Initiative |
| HadAT | Hadley Centre Atmospheric Temperature data set | | IOD | Indian Ocean Dipole |
| HadAT2 | Hadley Centre Atmospheric Temperature data set Version 2 | | IOZM | Indian Ocean Zonal Mode |
| | | | IPAB | International Programme for Antarctic Buoys |
| HadCRUT2v | Hadley Centre/CRU gridded surface temperature data set version 2v | | IPO | Inter-decadal Pacific Oscillation |
| HadCRUT3 | Hadley Centre/CRU gridded surface temperature data set version 3 | | IPSL | Institut Pierre Simon Laplace |
| | | | IS92 | IPCC Scenarios 1992 |
| HadISST | Hadley Centre Sea Ice and Sea Surface Temperature data set | | ISCCP | International Satellite Cloud Climatology Project |
| HadMAT | Hadley Centre Marine Air Temperature data set | | ITCZ | Inter-Tropical Convergence Zone |
| HadRT | Hadley Centre Radiosonde Temperature data set | | JAMSTEC | Japan Marine Science and Technology Center |
| | | | JJA | June, July, August |
| HadRT2 | Hadley Centre Radiosonde Temperature data set | | JMA | Japan Meteorological Agency |
| HadSLP2 | Hadley Centre MSLP data set version 2 | | ka | thousand years ago |
| HadSST2 | Hadley Centre SST data set version 2 | | KMA | Korea Meteorological Administration |
| HALOE | Halogen Occultation Experiment | | KNMI | Royal Netherlands Meteorological Institute |
| HCFC | hydrochlorofluorocarbon | | kyr | thousand years |

| | | | | |
|---|---|---|---|---|
| LASG | National Key Laboratory of Numerical Modeling for Atmospheric Sciences and Geophysical Fluid Dynamics | | MODIS | Moderate Resolution Imaging Spectrometer |
| LBA | Large-Scale Biosphere-Atmosphere Experiment in Amazonia | | mol | mole |
| LBC | lateral boundary condition | | MONEX | Monsoon Experiment |
| LBL | line-by-line | | MOPITT | Measurements of Pollution in the Troposphere |
| LGM | Last Glacial Maximum | | MOZAIC | Measurement of Ozone by Airbus In-service Aircraft |
| LIG | Last Interglacial | | MPI | Max Planck Institute |
| LKS | Lanzante-Klein-Seidel | | MPIC | Max Planck Institute for Chemistry |
| LLGHG | long-lived greenhouse gas | | MPLNET | Micro-Pulse Lidar Network |
| LLJ | Low-Level Jet | | MRI | Meteorological Research Institute of JMA |
| LLNL | Lawrence Livermore National Laboratory | | MSLP | mean sea level pressure |
| LMD | Laboratoire de Météorologie Dynamique | | MSU | Microwave Sounding Unit |
| LOA | Laboratoire d'Optique Atmospherique | | Myr | million years |
| LOSU | level of scientific understanding | | $N_2$ | molecular nitrogen |
| LSCE | Laboratoire des Sciences du Climat et de l'Environnement | | $N_2O$ | nitrous oxide |
| LSM | land surface model | | $N_2O_5$ | dinitrogen pentoxide |
| LSW | Labrador Sea Water | | NADW | North Atlantic Deep Water |
| LW | longwave | | NAH | North Atlantic subtropical high |
| LWP | liquid water path | | NAM | Northern Annular Mode |
| Ma | million years ago | | NAMS | North American Monsoon System |
| MAM | March, April, May | | NAO | North Atlantic Oscillation |
| MARGO | Multiproxy Approach for the Reconstruction of the Glacial Ocean surface | | NARCCAP | North American Regional Climate Change Assessment Program |
| mb | millibar | | NASA | National Aeronautics and Space Administration |
| MDI | Michelson Doppler Imager | | NCAR | National Center for Atmospheric Research |
| Meteosat | European geostationary meteorological satellite | | NCDC | National Climatic Data Center |
| MFR | Maximum Feasible Reduction | | NCEP | National Centers for Environmental Prediction |
| MHT | meridional heat transport | | NEAQS | New England Air Quality Study |
| MINOS | Mediterranean Intensive Oxidants Study | | NEP | net ecosystem production |
| MIP | Model Intercomparison Project | | NESDIS | National Environmental Satellite, Data and Information Service |
| MIRAGE | Megacity Impacts on Regional and Global Environments | | NGRIP | North Greenland Ice Core Project |
| MISO | Monsoon Intra-Seasonal Oscillation | | NH | Northern Hemisphere |
| MISR | Multi-angle Imaging Spectro-Radiometer | | $NH_3$ | ammonia |
| MJO | Madden-Julian Oscillation | | $NH_4^+$ | ammonium ion |
| MLS | Microwave Limb Sounder | | NIES | National Institute for Environmental Studies |
| MMD | Multi-Model Data set (at PCMDI) | | NIWA | National Institute of Water and Atmospheric Research |
| MOC | Meridional Overturning Circulation | | NMAT | Nighttime Marine Air Temperature |

| | |
|---|---|
| **NMHC** | non-methane hydrocarbon |
| **NMVOC** | non-methane volatile organic compound |
| **NO** | nitric oxide |
| **NO$_2$** | nitrogen dioxide |
| **NO$_3$** | nitrate radical |
| **NOAA** | National Oceanic and Atmospheric Administration |
| **NO$_x$** | reactive nitrogen oxides (the sum of NO and NO$_2$) |
| **NPI** | North Pacific Index |
| **NPIW** | North Pacific Intermediate Water |
| **NPP** | net primary productivity |
| **NRA** | NCEP/NCAR reanalysis |
| **NVAP** | NASA Water Vapor Project |
| **O($^1$D)** | oxygen radical in the 1D excited state |
| **O$_2$** | molecular oxygen |
| **O$_3$** | ozone |
| **OASIS** | Ocean Atmosphere Sea Ice Soil |
| **OCTS** | Ocean Colour and Temperature Scanner |
| **ODS** | ozone-depleting substances |
| **OECD** | Organisation for Economic Co-operation and Development |
| **OGCM** | Ocean General Circulation Model |
| **OH** | hydroxyl radical |
| **OIO** | iodine dioxide |
| **OLR** | outgoing longwave radiation |
| **OMI** | Ozone Monitoring Instrument |
| **OPAC** | Optical Parameters of Aerosols and Clouds |
| **PCMDI** | Program for Climate Model Diagnosis and Intercomparison |
| **pCO$_2$** | partial pressure of CO$_2$ |
| **PDF** | probability density function |
| **PDI** | Power Dissipation Index |
| **PDO** | Pacific Decadal Oscillation |
| **PDSI** | Palmer Drought Severity Index |
| **PET** | potential evapotranspiration |
| **PETM** | Palaeocene-Eocene Thermal Maximum |
| **PFC** | perfluorocarbon |
| **Pg** | petagram ($10^{15}$ grams) |
| **PMIP** | Paleoclimate Modelling Intercomparison Project |

| | |
|---|---|
| **PMOD** | Physikalisch-Meteorologisches Observatorium Davos |
| **PNA** | Pacific-North American pattern |
| **PNNL** | Pacific Northwest National Laboratory |
| **PNV** | potential natural vegetation |
| **POA** | primary organic aerosol |
| **POC** | particulate organic carbon |
| **POLDER** | Polarization and Directionality of the Earth's Reflectance |
| **POM** | particulate organic matter |
| **ppb** | parts per billion |
| **ppm** | parts per million |
| **PR** | Precipitation Radar |
| **PREC/L** | Precipitation Reconstruction over Land (PREC/L) |
| **PROVOST** | Prediction of Climate Variations on Seasonal to Interannual Time Scales |
| **PRP** | Partial Radiative Perturbation |
| **PSA** | Pacific-South American pattern |
| **PSC** | polar stratospheric cloud |
| **PSMSL** | Permanent Service for Mean Sea Level |
| **PSU** | Pennsylvania State University |
| **psu** | Practical Salinity Unit |
| **QBO** | Quasi-Biennial Oscillation |
| **RATPAC** | Radiosonde Atmospheric Temperature Products for Assessing Climate |
| **RCM** | Regional Climate Model |
| **REA** | Reliability Ensemble Average |
| **REML** | restricted maximum likelihood |
| **RF** | radiative forcing |
| **RFI** | Radiative Forcing Index |
| **RH** | relative humidity |
| **RMS** | root-mean square |
| **RSL** | relative sea level |
| **RSS** | Remote Sensing Systems |
| **RTMIP** | Radiative-Transfer Model Intercomparison Project |
| **SACZ** | South Atlantic Convergence Zone |
| **SAFARI** | Southern African Regional Science Initiative |
| **SAGE** | Stratospheric Aerosol and Gas Experiment or Centre for Sustainability and the Global Environment |
| **SAM** | Southern Annular Mode or Stratospheric Aerosol Measurement |

| | |
|---|---|
| SAMS | South American Monsoon System |
| SAMW | Subantarctic Mode Water |
| SAR | Second Assessment Report or Synthetic Aperture Radar |
| SARB | Surface and Atmosphere Radiation Budget |
| SARR | Space Absolute Radiometric Reference |
| SAT | surface air temperature |
| SCA | snow-covered area |
| SCIAMACHY | SCanning Imaging Absorption SpectroMeter for Atmospheric CHartographY |
| SCM | Simple Climate Model |
| SeaWiFS | Sea-Viewing Wide Field-of-View Sensor |
| $SF_6$ | sulphur hexafluoride |
| SH | Southern Hemisphere |
| SIO | Scripps Institution of Oceanography |
| SIS | Small Island States |
| SLE | sea level equivalent |
| SLP | sea level pressure |
| SMB | surface mass balance |
| SMM | Solar Maximum Mission |
| SMMR | Scanning Multichannel Microwave Radiometer |
| SO | Southern Oscillation |
| $SO_2$ | sulphur dioxide |
| $SO_4$ | sulphate |
| SOA | secondary organic aerosol |
| SOHO | Solar Heliospheric Observatory |
| SOI | Southern Oscillation Index |
| SOM | soil organic matter |
| SON | September, October, November |
| SORCE | Solar Radiation and Climate Experiment |
| SPARC | Stratospheric Processes and their Role in Climate |
| SPCZ | South Pacific Convergence Zone |
| SPM | Summary for Policymakers |
| SRALT | Satellite radar altimetry |
| SRES | Special Report on Emission Scenarios |
| SSM/I | Special Sensor Microwave/Imager |
| SST | sea surface temperature |

| | |
|---|---|
| STARDEX | STAtistical and Regional dynamical Downscaling of EXtremes for European regions |
| STE | stratosphere-troposphere exchange |
| STMW | Subtropical Mode Water |
| SUNY | State University of New York |
| Sv | Sverdrup ($10^6$ m$^3$ s$^{-1}$) |
| SW | shortwave |
| SWE | snow water equivalent |
| SWH | significant wave height |
| T/P | TOPEX/Poseidon |
| T12 | HIRS channel 12 |
| T2 | MSU channel 2 |
| $T2_{LT}$ | MSU lower-troposphere channel |
| T3 | MSU channel 3 |
| T4 | MSU channel 4 |
| TAR | Third Assessment Report |
| TARFOX | Tropospheric Aerosol Radiative Forcing Experiment |
| TBO | Tropospheric Biennial Oscillation |
| TCR | transient climate response |
| TEAP | Technology and Economic Assessment Panel |
| TGBM | Tide Gauge Bench Mark |
| TGICA | Task Group on Data and Scenario Support for Impact and Climate Analysis (IPCC) |
| THC | Thermohaline Circulation |
| THIR | Temperature Humidity Infrared Radiometer |
| TIM | Total Solar Irradiance Monitor |
| TIROS | Television InfraRed Observation Satellite |
| TMI | TRMM microwave imager |
| TOA | top of the atmosphere |
| TOGA | Tropical Ocean Global Atmosphere |
| TOM | top of the model |
| TOMS | Total Ozone Mapping Spectrometer |
| TOPEX | TOPography EXperiment |
| TOVS | TIROS Operational Vertical Sounder |
| TransCom 3 | Atmospheric Tracer Transport Model Intercomparison Project |
| TRMM | Tropical Rainfall Measuring Mission |
| TSI | total solar irradiance |
| UAH | University of Alabama in Huntsville |

| | |
|---|---|
| UARS | Upper Atmosphere Research Satellite |
| UCDW | Upper Circumpolar Deep Water |
| UCI | University of California at Irvine |
| UEA | University of East Anglia |
| UHI | Urban Heat Island |
| UIO | University of Oslo |
| UKMO | United Kingdom Meteorological Office |
| ULAQ | University of L'Aquila |
| UMD | University of Maryland |
| UMI | University of Michigan |
| UNEP | United Nations Environment Programme |
| UNFCCC | United Nations Framework Convention on Climate Change |
| USHCN | US Historical Climatology Network |
| UTC | Coordinated Universal Time |
| UTRH | upper-tropospheric relative humidity |
| UV | ultraviolet |
| UVic | University of Victoria |
| VIRGO | Variability of Irradiance and Gravity Oscillations |
| VIRS | Visible Infrared Scanner |
| VOC | volatile organic compound |
| VOS | Voluntary Observing Ships |
| VRGCM | Variable-Resolution General Circulation Model |
| W | watt |
| WAIS | West Antarctic Ice Sheet |
| WCRP | World Climate Research Programme |
| WDCGG | World Data Centre for Greenhouse Gases |
| WGI | IPCC Working Group I |
| WGII | IPCC Working Group II |
| WGIII | IPCC Working Group III |
| WGMS | World Glacier Monitoring Service |
| WMDW | Western Mediterranean Deep Water |
| WMO | World Meteorological Organization |
| WOCE | World Ocean Circulation Experiment |
| WRE | Wigley, Richels and Edmonds (1996) |
| WWR | World Weather Records |
| ZIA | 0°C isotherm altitude |
| $\tau_{aer}$ | aerosol optical depth |

### Regional Abbreviations used in Chapter 11

| | |
|---|---|
| ALA | Alaska |
| AMZ | Amazonia |
| ANT | Antarctic |
| ARC | Arctic |
| CAM | Central America |
| CAR | Caribbean |
| CAS | Central Asia |
| CGI | East Canada, Greenland and Iceland |
| CNA | Central North America |
| EAF | East Africa |
| EAS | East Asia |
| ENA | Eastern North America |
| IND | Indian Ocean |
| MED | Mediterranean Basin |
| NAS | Northern Asia |
| NAU | North Australia |
| NEU | Northern Europe |
| NPA | North Pacific Ocean |
| SAF | South Africa |
| SAH | Sahara |
| SAS | South Asia |
| SAU | South Australia |
| SEA | Southeast Asia |
| SEM | Southern Europe and Mediterranean |
| SPA | South Pacific Ocean |
| SSA | Southern South America |
| TIB | Tibetan Plateau |
| TNE | Tropical Northeast Atlantic |
| WAF | West Africa |
| WNA | Western North America |

# Index

*Note:  * indicates the term also appears in the Glossary (Annex I).  Page numbers in italics denote tables, figures and boxed material; page numbers for boxed material are followed by B.  Page numbers in bold indicate page spans for entire chapters.*

**8.2 ka event\***, 455, 456, 463-464

## A

**Abrupt climate change\***, 57, 106-107, 435-436, 454-457, 463-464
defined, *775B*, 818
modelling, 640-643
projections, *775-777B*, 818-819
**ACE index**, 304, *305B*, *312B*
**Advection\***, 355, *356*, 528
**Aerosols**, 29-30, 106, 131-132, 135-136, 153-180
aviation aerosols, 188, 561
climatic factors, 557-558
couplings and feedbacks, 78-79, 504, 555-566
direct effect, 153, *154*, 159-160, 168-171, *201*, *203-204*
direct radiative effect, 157-158
glaciation effect, *558*, 559, 560-561
indirect effects\*, 30, 153-154, 504, *558*, 559-563, 565-566
modelling, 159-160, 562-563, *564*, 565, 607
natural, 555-558, *559*
precipitation effects, 254, 560, 563, *564*
projections, 78-79, 755-757, 760, 796-797
radiative forcing, 29-30, 153-180, 198-200, 559
satellite and surface-based observations, 154-159
semi-direct effect, *154*, 555, *558*, 559, 565
thermodynamic effect, *558*, 559
total aerosol optical depth, *29*
total anthropogenic effect, 562-563, *564-565*
volcanic aerosols, 193-195, *201*, 478
*See also specific aerosols*
**Afforestation\***, 528
**Africa**. *See* Climate projections
**Air quality**, 28, 79, 502, *540B*, 566-567
**Aircraft/aviation**, 30, 186-188
aviation aerosols, 188, 561
contrails/induced cloudiness, 30, 132, 186-188, *201*, *203-205*
**Albedo\***, 30, 110, 180-186, 508
cloud albedo effect, 30, 132, 153-154, 171-180, *201*, *203-205*, *558*, 559-563
cryospheric-albedo feedback, 110
ice-albedo feedback, 97
snow, 30, 184-185, *205*, 343
snow-albedo feedback, 343, 638-639, 640
surface albedo, 30, 132, 180-186, *201*, *203-205*
surface albedo feedback, 593, 638-639
**Albrecht effect**. *See* Cloud lifetime effect, under Clouds
**Altimetry\***, 49, 361, 408, 410, 411-412, 431
**Ammonia (NH$_3$)**, 544-546
**Annular modes\***, 38-40, 64, 112, 238-239, 286-295, *287B*, 620-621, 780-782
**Antarctic Circumpolar Current (ACC)**, 401-402, 765
**Antarctic Circumpolar Wave (ACW)**, 294-295
**Antarctic Oscillation (AAO)**, *777B*, 782
**Antarctic region**
climate projections, *904*, 907-909
ice sheet (*see* Ice sheets)
oceans, 401-402, 420
sea ice, 342, 351, 352, 353, 355
**Arctic Ocean**, 398, 906
**Arctic Oscillation (AO)**, *777B*, 780
**Arctic region**
climate projections, 902-907
sea ice, 44, *45*, 60, 317, 339, 342, 351-356, 716, *776B*, 851
**Asia**. *See* Climate projections
**Atlantic Multi-decadal Oscillation (AMO)\***, 245-246, 293-294
**Atlantic Multi-decadal Variability**, 623
**Atlantic Ocean**, 394-399
hurricanes, 306-312
past variability, 482
salinity, 387, 393, 394-399, 420
sea level change, 413
temperature, 237, *247*, 387, *392*, 395, 398-399, 420
**Atmospheric climate change**, 35-43, 82, **235-336**
circulation, 38, 280-295, *287B*, 318, 709-712, 770
free atmosphere\*, 265-280, 317, 699-701, *730*
teleconnections, 38-40, 238, 286-295
temperature of upper air, 36, *37*, 237, 265-271, 699-701
*See also* Surface climate change
**Atmospheric constituents, 129-234**
aerosols, 29-30, 131-132, 153-180
chemically and radiatively important gases, 24-28, 131, 137-153, 539-555
contrails and aircraft-induced cloudiness, 30, 132, 186-187, 186-188, *201*, *203-205*
couplings and feedbacks, 504, 539-555

modelling, 603
*See also specific constituents*
**Atmospheric modelling**, 597-599, 602-603, 608-613, 623, *646-647*
**Attribution of climate change**. *See* Detection and attribution of climate change
**Australia**. *See* Climate projections
**Aviation**. *See* Aircraft/aviation

## B

**Bayesian methods\***, 726, 744-745, 810
**Biogeochemistry**, 108-110
couplings and feedbacks (*see* Climate system couplings)
modelling, 642-643
oceanic, 48, 387, 389, 403-408
projections, 789-811
**Biomass burning**, 29, 132, *164*, 165-167, *204*, 501-502
**Black carbon\***, 30, 132, 163-165, 184-185, *205*, 565, 566
aviation-associated, 561
projections, 760, 796
**Blocking**, 282, 285, 623

## C

**Carbon**
dissolved inorganic carbon (DIC), 387, 403-405, 408, 514, 529-530, 532
global budget, *26*, *516*, 517-526, *522-523*, *525*
isotopes, 139, 439, *446B*, 452, 460, 476, 519
modelling, 618
oceanic, 387, 403-406, 420, 528-533, *529B*
organic, fossil fuel, 29, 132, 161-163, *204-205*
organic, natural, 556-557
*See also* Black carbon
**Carbon cycle\***, 26-27, 501, 511-539
biological pumps, 528-530
couplings and feedbacks, 77-80, 501, 511-539, *534*, 566
interannual changes, 523-524, *525*
marine, 403-406, 408, 437, 528-533, *529B*, *534*, 793
modelling, 481, 533-539, 591, 604-605, 618
overview, 511-517
palaeoclimate, 437, 442, *443*, *446B*, 452, 460
projections, 750, *777B*, 789-793, 823-825

regional fluxes, 521-523
sources and sinks, *513*, 519-521,
    527-531, 604-605, *777B*
terrestrial processes and
    feedbacks, 526-528
top-down/bottom-up views, 521-522
**Carbon dioxide (CO₂)\***, 24-27, 77-80,
    115, 135, 137-140, 511-515
air-sea fluxes, 403, *404*
atmospheric concentration, 24-27,
    131, 137-140, *141, 146*,
    511, 515, *516*, 517
buffering (Revelle factor), 531
in carbon cycle, 501, 511-517
couplings and feedbacks, 77-
    80, 501, 511-539
dissolved in oceans, 387, 402-406, 408
fertilization\*, 185-186, 526-527, 605
global warming potential, 211, *212*
growth rate, 26, 523-526, 790
increase in industrial era, 97,
    100, 105-106, 512
palaeoclimate, 54-57, 435-437,
    440-450, *446B*, 452-453,
    455-456, 459-460, 465, 481
projections, 77-80, 789-811, 822-828
radiative forcing, 25, 131, 136, 137-140,
    *141*, 185-186, *205, 207, 212*
**Carbon monoxide (CO)**, *205, 207*,
    214, 549, 793-794
**Carbon tetrachloride (CCl₄)**,
    *141*, 145, 146, *212*
**Carbonate (CO₃²⁻)**, 77, 387, 406, *421*,
    442, *443, 446B*, 460, 530, *532*
buffer system, *529B*, 530
projections, 77, 793, *794*
**Caribbean region**, 909-917
**Central and South America.** *See*
    Climate projections
**Chlorofluorocarbons (CFCs)**, 28,
    100, 105-106, *141*, 145, *146*
CFC-11, 28, 100, 145, 420
industrial era increase, 512, *513*
as oceanic tracers, 100, 404, 406, 420
radiative forcing, 131, *141, 207, 212*
**Circulation**
atmospheric, 38, 64, 238-239,
    280-295, 318, 565-566,
    709-712, *731*, 770
indices, *287B*, 294-295
modelling, 615-616
oceanic, 48, 111-112, 387,
    394-402, 417, 420
projections, 770, *777B*, 780-782
**Climate\***
defined\*
factors determining, 96-97
human and natural drivers,
    summarized, 21-35, 81
weather and, 104-105
**Climate change\***, 35-58, *663-746*
atmospheric (*see* Atmospheric
    climate change)

commitment (*see* Climate change
    commitment)
concept, 667-670, 678
consistency across observations,
    51-54, 239, 317-318
cryospheric (*see* Snow, ice and
    frozen ground)
current, compared to palaeoclimate
    changes, 436-437, 465
defined, 667
detection and attribution (*see*
    Detection and attribution
    of climate change)
irreversible, *775-777B*
last 1,000 years, 680-683
last 2,000 years, 436, 466-
    483, *468-469B*
long-term, 822-831
mechanisms, 96, 449
observations, summarized, 35-58
oceanic (*see* Oceanic climate change)
relationship to weather, 104-105
robust findings and key
    uncertainties, 81-91
surface (*see* Surface climate change)
variability (*see* Climate variability)
*See also* Climate change science
**Climate change commitment\***, 68-69, *68B*,
    78, 79-80, 749, 753, 761, 822-831
commitment to year 2300, 822-827
commitment to year 3000 and
    beyond, 823-827
constant composition commitment
    scenarios, 753, 822-823
constant emission commitment
    scenarios, 822
overshoot scenarios, 753, 827-828
sea level, 68, 80, 752, 822, 828-831
stabilisation scenarios, 753, 791-793
temperature, 79, 752, 822-828
zero emission commitment
    scenarios, 753, 822, 825
**Climate change science**, 93-127
IPCC history and assessments,
    95, 118-121
nature of earth science, 95-99
progress in climate modelling, 112-118
progress in detection and
    attribution, 100-103
progress in understanding climate
    processes, 103-112
**Climate feedbacks\*.** *See* Feedbacks
**Climate forcing.** *See* Radiative forcing
**Climate models\***, *589-662*, 669-670
abrupt climate change, 640-643
advances in, 112-118, 591-593, 596-608
Atmosphere-Ocean General Circulation
    Models (AOGCMs), *59-60B*,
    66-67, 591-592, 596-608,
    *761*, 797-831, 852-861, 918
Atmosphere-only GCMs
    (AGCMs), 918-919
C⁴MIP, 533-539, 618, 789-790

changes in performance, 618-619
climate sensitivity and feedbacks,
    592, 629-640
climate variability, 591, 592, 620-627
confidence in, 591, 600-601,
    639-640, 668
construction of, 596
contemporary climate, 608-619
coupled models, 117-118, 481,
    532-539, 607, 608-627
downscaling\*, *74*, 601, 865,
    919-921, 925
Earth System Models of Intermediate
    Complexity (EMICs), 67, 77,
    *78*, 591-592, 643-645, *646-647*,
    797, 801-802, 823-827, 828
evaluation, 87, 591, 594-596
evolution, 98, *99*, 112-114
extremes, 627-629
flux adjustments\*, 117, 591, *597-*
    *599*, 607-608, *646-647*
General Circulation Models (GCMs),
    114-116, 208, 629-633, 925
hierarchies, *67*, 112-114, 797-800
initialisation, 607-608
intercomparison, 510
large-scale variability, 591-592, 620-627
multi-model data set (MMD), *597-*
    *599*, 753-754, *858-860B*
nested regional climate models, 919
resolution, 113-114, 591, 797-800
shorter-term predictions, 626-627
simple climate models, 643-647,
    797, 802-804, 844
thresholds, 640-643
*See also specific topics and processes*
**Climate predictions\***, 626-627, 643
*See also* Climate projections
**Climate projections\***, 66-80,
    87-91, *747-940*
about, 753-754, 852-865
Africa, 850, *854*, 866-872
Asia, 850, *855*, 879-887
Australia and New Zealand, 850,
    *856*, 896-902, *916B*
biogeochemical feedbacks,
    77-79, 789-811
Central and South America,
    850, *856*, 892-896
change in the 21st century,
    69-76, 764-766
emissions, concentrations and radiative
    forcing, *25*, 755-760
ensemble projections\*, 754, 755-760,
    766-767, 805-811, 852-861
Europe and the Mediterranean, 850,
    *854*, 872-879, *917B*
extremes, 782-789, *854-857*,
    *862-864, 916-917B*
global projections, 69-74, 89, *747-845*
greenhouse gases, *25*, 755-760
hierarchy of models, 797-800
islands, small, 850, *857*, 909-915

long term change and commitment, 79-80, 749, 822-831
methods, 844-845, 917-925
North America, 850, *855-856*, 887-892
ocean acidification, 793, *794-795*
physical climate system, 760-789
polar regions, 850, *857*, 902-909
probabilistic projections, 807-809, 810-811, 921-925
quantifying, 797-811, 921-925
range of projections, 797-811
regional projections, 74-76, 91, **847-940**
sea level, 68, 70-71, 73, 90, 774, 812-822, *823*, 828-831, 844-845, 909, 914-915, *916-917B*
summary, 749-752, 849-851, *858-860B*
temperature, 69-72, 74-76, 762, *763*, 764-766
uncertainty, 797-800, 805-811
Climate scenarios*, 753, 791-793, 802-804, 822-831
*See also* SRES scenarios
Climate sensitivity*, 64-66, 88, 114-116, 754, 825-827
climate models, 593, 629-640, *632B*
cumulative distributions, *65*
defined, 629-630
equilibrium climate sensitivity (ECS), 64-65, 88, 718-727, 754, *798-799B*, 825-827
estimation methods, 718-719
instrumental observations, 719-723
key physical processes, 633-637
observational constraints, 718-727, 807-808
palaeoclimate data, 481, 724-725
probability density functions (PDFs), 65, 719-721, 724-725, *798-799B*, 808-809, 923-924
transient climate response (TCR), 66, 88, 691, 718, 723, *724*, 725, 754, *798B*, 800-801, 807
'Climate surprises', *775-777B*
Climate system*, 96-97
Climate system couplings, 77-80, **499-587**, 789-811
aerosols, 78-79, 502, 555-566
atmosphere dynamics, 504, 555
carbon cycle, 77, 501, 511-539, 566
land climate system, 504-511, *505B*
land surface, 501
modelling, *597-599*, 629-640, *646-647*, 754, 765
projections, 77-80, 789-811
reactive gases, 501-502, 539-555, *540B*
scales, 505-507, 566
Climate variability*, 667, 668-669, 702-703, 864
modelling, 591-592, 620-627, 686
modes of*, 286-295, *287B*, 463, 667-668, 778-782, *867B*
patterns of*, 38-40, *39B*, *867B*

Clouds, 40-41, 97, 238, 275-277
aerosol effects, 30, 153-154, *558*, 559-564, 565, 566, 676-677
aviation-induced cloudiness, 30, 132, 186-188, *201*, *203-205*
cloud albedo effect, 30, 153-154, 171-180, *201*, *203-205*, *558*, 559-563
cloud condensation nuclei (CCN)*, *154*, 171, 504, 555, 559
cloud lifetime effect, 153, *154*, 171, 555, *558*, 559-560, 563
couplings and feedbacks, 502, *558*, 559-563, 635-638, 640
modelling, 114-116, 593, 635-638, 640
projections, 766-768
radiative forcing (CRF)*, 173-178, 180, 502, 635, 637-638, 767-768
Coastal zone climate change, *916-917B*
Cold Ocean-Warm Land (COWL) pattern, 622-623
Commitment. *See* Climate change commitment
Confidence*, *22-23B*, 81-91, *120-121B*
Contrails*, 30, 132, 186-187, *201*, *203-205*
Cosmic rays, 31, 132, *202*, 476
Coupled models, 117-118, 481, 532-539, 607, 608-627
Couplings. *See* Climate system couplings
Cryosphere*, 43-46, 110, **337-383**, 716-717, *732*
area, volume, and sea level equivalents, 340, *342*, 361, *374*
components, 341-343
feedbacks, 110, 593, 638-639
modelling, 111, 593, 606-607, 638-639
*See also* Snow, ice and frozen ground
Cyclones
extratropical, 312-313, 316, 712, 788-789
modelling, 591, 613, 628
projections, 74, 751, 786-788, *864*, 915
tropical, 41-43, 239, 304-307, *305B*, *314*, 316, 711-712, 751, 786-788, *864*, 915

D

Dansgaard-Oeschger (DO) events*, 106-107, 111, 455, 456-457
Deforestation*, 512, 517-518, 520-521, 527-528
Detection and attribution of climate change*, 52, 58-66, 81-86, 135-136, **663-746**
carbon cycle perturbations, 512-515
greenhouse gas increase, 60, 501-502, 512-513
industrial era, air temperature, 683-705, 727, *729-730*
industrial era, other variables, 705-718, *730-732*
introduction/concepts, 667-670
observational constraints, 718-727

observations, summarized, 35-58
pre-industrial, 673, 679-683
progress in, 100-103
radiative forcing and climate response, 31, 131, 670-679
robust findings and key uncertainties, 81-91
statistical methods, 744-745
variability, 667, 668-669, 702-703
*See also* Palaeoclimate
Dimethyl sulphide (DMS), 78, 557
Dimethylether (CH$_3$OCH$_3$), *213*
Dimming. *See* 'Global dimming'
Diurnal temperature range (DTR). *See* Temperature
Downscaling*, *74*, 601, 865, 919-921, 925
Droughts*, 254, 260-265, *261B*, 308, *310-311B*, *315*, 715-716
defined, *314*
palaeoclimate, 435, 437, 482-483
projections, *732*, 750, 783, *859B*, *863*
summary, 43, 54, 238, 317, 318, 435
Dust, 29, 78, 159, 502, 555-556, 797
mineral dust aerosol, 29, 132, 167-168, *204-205*

E

El Niño. *See* El Niño Southern Oscillation
El Niño Southern Oscillation (ENSO)*, 111-112, 245-246, 287-288, 295, 709
cyclones and, 305-306, *305B*, 308
modelling, 592, 601, 623-625
monsoons and, 296-297, *305B*, 780
palaeoclimate, 437, 464, 481-482
projections, 751, 779-780
summary, 38, *39B*, 238
Emissions scenarios*. *See* SRES scenarios
Energy balance*
changes, 392-393, 727-728
mean, 96-97
modelling, 608
radiation, 277-280
surface energy and water balance, 35, *505B*
surface energy budget, 180-186
Equilibrium climate sensitivity (ECS), 64-65, 88, 718-727, 754, *798-799B*, 825-827
Europe and the Mediterranean. *See* Climate projections
Evapotranspiration*, 238, 260, *261B*, *279B*, 507, 769
Extreme events*, 299-316, 696
extratropical storms, 312-313, *314-315*, 316
modelling, 300-303, 627-629
precipitation, 41, 301-303, 308, *314-315*, 316, 714, 782-784, *785*
projections, *52*, 73, 750, 782-789, 849-851, *854-857*, *862-864*, *916-917B*
recent events, *310-311B*

regional (*see* Climate projections)
sea level, 51, 414, *916-917B*
severe local weather, 316
summary, 40, 41, 51, *52*, *53B*, 237, 591
temperature, 40, 237, 300-301,
    *302*, 308-309, *311-312B*,
    *314-315*, 316, 698-699,
    750, 785-786, *787*
tropical storms, 304-312, *305B*,
    *314-315*, 316

**F**
**Faculae\***, 107, 108, 188, 189, *190*
**FAQs**
    Are extreme events, like heat waves,
        droughts or floods, expected
        to change as the Earth's
        climate changes?, 783
    Are the increases in atmospheric
        carbon dioxide and other
        greenhouse gases during
        the industrial era caused by
        human activities?, 512-513
    Can individual extreme events be
        explained by greenhouse
        warming?, 696
    Can the warming of the 20th century
        be explained by natural
        variability?, 702-703
    Do projected changes in climate vary
        from region to region?, 865
    Has there been a change in extreme
        events like heat waves,
        droughts and
        hurricanes?, 308-309
    How are temperatures on Earth
        changing?, 252-253
    How do human activities contribute
        to climate change?, 135-136
    How is precipitation changing?,
        262-263
    How likely are major or abrupt climate
        changes, such as loss of ice
        sheets or changes in global
        ocean circulation?, 818-819
    How reliable are the models used to
        make projections of future
        climate change?, 600-601
    If emissions of greenhouse gases are
        reduced, how quickly do
        their concentrations in the
        atmosphere decrease?, 824-825
    Is sea level rising?, 409
    Is the amount of snow and ice on the
        Earth decreasing?, 376-377
    Is the current climate change unusual
        compared to earlier changes
        in Earth's history?, 465
    What caused the ice ages and
        pre-industrial climate
        changes?, 449-450
    What factors determine Earth's
        climate?, 96-97

What is radiative forcing?, 136
What is the greenhouse effect?, 115-116
What is the relationship between climate
    change and weather?, 104-105
**Feedbacks\***, 77-80, 97, **499-587**
    carbon cycle, 501, 511-539, *534*,
        566, 789-793, 823-825
    climate-vegetation, 452, 789-793
    cryospheric, 110, 593, 638-639
    modelling, 593, 605-606,
        629-640, *632B*
    permafrost-climate, 110
    projections, 77-80, 789-811
    snow-albedo, 343, 593, 638-639, 640
    water vapour, 593, 630-633, *632B*
    water vapour-lapse rate, 633-635, 640
    *See also* Climate system couplings
**Fingerprints\***, 100, 668
**Fires**, 501, 527
**Floods**, *311B*, 783, 784
**Fluorinated ethers (HFEs)**, *213*
**Forcing.** *See* Radiative forcing
**Forests\***, 517-518, 520-521, 527-528
**Fossil fuel emissions\***, 25-29, 138-140, 145,
    160-165, *204-205*, 511-518, *546*
**Frequently Asked Questions.** *See* FAQs
**Frozen ground\***, 43-44, 340, *341*, 342-
    343, 369-374, *375*, 376, 772

**G**
**General Circulation Models (GCMs).**
    *See* Climate models
**Geopotential height**, 280-281, 285
**Glacial-interglacial cycles.** *See*
    Palaeoclimate
**Glacial isostatic adjustment (GIA)\***,
    408, 411, 417, 457
**Glaciers\***, *341*, 342, 356-360, 368, 717
    mass balance\*, 357-359, 814-816, 844
    monitoring, 110
    palaeoclimate, 57, 436, *461B*
    projections, *776B*, 814-816, 844-845
    sea level rise and, 44, *358*, 359, 375,
        418, *419*, 814-816, 829
    summary, 44, 57, 339, 375, 376, 436
**'Global dimming'\***, 41, 238,
    278-280, *279B*, 317
**Global temperature potential
    (GTP)**, 215-216
**Global warming potentials (GWPs)\***,
    31, *33-34*, 137, 210-216
**Greenhouse effect**, 103-106, 115-116, 696
**Greenhouse gases (GHGs)\***, 23-35, 100,
    131, 135-153, 200-206, 512-513
    couplings and feedbacks, 501-
        502, 539-555, *540B*
    lifetimes, *212-213*, 824-825
    long-lived (LLGHGs), 31-35, 133,
        137-153, 198, *201*, *203-204*
    palaeoclimate, 435, 436, 440-450,
        *446B*, 455, 459-460, 481
    projections, *753*, 755-760,
        789-811, 822-828

radiative forcing, 31-35, 131, 135-136,
    153, *203-204*, *212-213*
*See also specific gases*
**Greenland ice sheet.** *See* Ice sheets

**H**
**Hadley Circulation\***, 295-296, 299, 318
**Halocarbons\***, 28, 100, 135, *141*, *145*,
    *205*, 214-215, 512, *513*
**Halons**, 100, 145, *207*
**Heat balance.** *See* Energy balance
**Heat waves**, 40, 73, 308, *311-
    312B*, *314*, 783
**Heinrich events**, 455, 456
**Holocene.** *See* Palaeoclimate
**Human influence on climate.** *See* Detection
    and attribution of climate change
**Hurricanes**, 239, 304, *305B*, 306-
    312, *312B*, *314*, 316
    projections, 750, *864*
    *See also* Cyclones
**Hydrochlorofluorocarbons (HCFCs)**, 28
    industrial era increase, 512, *513*
    radiative forcing, 131, *141*, 145,
        146, *205*, *207*, 212
**Hydrofluorocarbons (HFCs)**, 100,
    *141*, 144-145, *146*, 205
    industrial era increase, 512, *513*
    summary, 28, 131, *212*
**Hydrogen (H$_2$)**, 215, 547, *548*
**Hydrology.** *See* Water
**Hydroxyl radical (OH)**, 131, 147-149,
    *205*, 502, 550-553, 795, 796

**I**
**Ice**, 44-46, 339-343, 346-369, 374-377
    flow, 44-45, 342, *367B*, 368
    land ice, 354, 418, 419
    mass balance\*, 357-359, 374-375
    pack ice, 342, 353, 355, *356*
    river and lake ice, 44, 339, *341*,
        342, 346-349, *375*
    sea ice (*see* Sea ice)
    *See also* Glaciers; Ice caps; Ice sheets;
        Ice shelves; Ice streams
**Ice ages\***, *56B*, 449-450, 453, 641, *776B*
**Ice-albedo feedback**, 97
**Ice caps\***, 44, *341*, 356-360, *776B*, 814-816
    projection methods, 844-845
    sea level change and, 342, *374*, 829
    summary, 339, 375-376
**Ice cores\***, 24, 54-57, 106, 439,
    444, *446B*, 476
**Ice nuclei**, 171, 188, 502, 555, 559
**Ice sheets\***, 341-342, 361-369, 717
    Antarctic, 46, 341, 342, 361, 364-366,
        *374*, 375, 376, *776-777B*,
        816-820, *821*, 830-831
    causes of changes, 366-369, *367B*
    dynamics and stability, *44B*,
        46, *367B*, 845

Greenland, 46, 70, 341, 342, 361, 363-364, 365-366, *374*, 375, 376, 418, *419*, 772, 776-777B, 816-820, *821*, 829-830

mass balance*, 80, 361-366, 772, 816-817, 845

modelling, 592, 641-642, *646-647*

palaeoclimate, *367B*, 456-457, 459

projections, 70-71, 80, 772, *776-777B*, 816-820, *821*, 829-831, 845

sea level equivalents, 342, *342*, 361, *374*

sea level rise and, 46, 339, 361, 366, *367B*, 375, 418, 419, 457, 459

summary, 44-46, 339, 340, 374-375

ice shelves*, *341-342*, 361-362, 366, 369, 717

Larsen B Ice Shelf, 45, 317, 366, 374, *776B*, 819

projections, *776-777B*, 819-820

summary, *341-342*, 374, *375*

ice streams*, 361, 362, 366, *367B*, 368, 374

Indian Ocean, 400-401

Indian Ocean Dipole (IOD), 295

projections, 910, 911, *914*

salinity, 393, *394*

temperature, 237, 246, 295, 400-401, 420

Insolation*, 436, *445B*, 453, 460, 462, 464, 673

Inter-Tropical Convergence Zone (ITCZ)*, 295, 566, 624

Iodine compounds, 557

Islands, small. *See* Climate projections

## J

Jet streams, 280-281, 285

## K

Kyoto Protocol gases, 28, 131, *141*, 143-145, 512

## L

La Niña. *See* El Niño Southern Oscillation

Labrador Sea, 285, 393, 396, *397B*, 416-417, *776B*

Lake ice, 44, 339, *341*, 342, 346-349, *375*

Land climate system, 504-511, *505B*

modelling, *597-599*, 617-618, *646-647*

Land ice, 354, 418, 419

Land surface air temperature*.

*See* Temperature

Land use change*, 180-184, *205*, 243-245, 512, *513*, 526-528, *897-898B*

carbon budget, *516*, 517-518, 527-528

climate projections, 792-793

emissions from, 518

land cover, 30, 136-137, 180-182, *183*, 509, 682-683, 792-793, *897-898B*

land water storage, 126-127, 317, *413*, 418-419

urban effects, 30, 36, 243-245, 259, *506B*

Last Glacial Maximum (LGM)*, 58, 435, 447-451, 673, 679-680, 725, *798-799B*

Latent heat, 97, *393*, 399

Likelihood*. *See* Uncertainties

LOSU (level of scientific understanding)*, *22B*, *201-202*

Low-pass filters, 336

## M

Madden–Julian Oscillation (MJO), 592, 601, 625

'Medieval Warm Period'*, 466, *468-469B*

Mediterranean Sea, 399

Meridional heat transport (MHT), 394, 429-430

Meridional Overturning Circulation (MOC)*, 48, 111, 395-397, *397B*, 421, 514, 707

modelling, 603-604, 615-616, 640-642

projections, 72, 80, 752, 772-774, *775-776B*, 801-802, 818, *823*

Methane (CH₄), 27, 77-78, 100, 135, 140-143, 513

atmospheric concentration, *24-25*, 27, 131, 140-143, 146, 501-502, 511-514

atmospheric growth rate, 135, 142-143, 502

couplings and feedbacks, 77-78, 539-544

modelling, 642

palaeoclimate, 435, *444*, 447, *448*, 455, 459-460

permafrost, 642

projections, 753, 793-795, 796

radiative forcing, *25*, 27, 131, 140-143, *205*, *207*, 212, 214

Methane hydrate, 642

Methyl chloroform (CH₃CCl₃), *141*, 145-146, 147-149, *212*

Methylene chloride (CH₂Cl₂), *141*, 145, *213*

Microwave Sounding Unit. *See* MSU (Microwave Sounding Unit)

Mid-latitude circulation, 780-782

Mid-latitude storms, 751

*See also* Cyclones, extratropical

Milankovitch cycles, *56B*, *445B*, 449

Mineral dust aerosol, 29, 132, 167-168, *204-205*

Mitigation, 753, 827-828

Models. *See* Climate models

Monsoons*, 295-299, 318, 711, 716

modelling, 626

palaeoclimate, 435, 462-463, 464, 482

projections, 751, 778-779, 780

Montreal Protocol gases, 28, 131, *141*, 145-146, 512

Mountain regions, *886B*

MSU (Microwave Sounding Unit)*, 36, 237, *266*, 267-268

Mt. Pinatubo, 98, 109, 142, 193-194, 723

Multi-model data set (MMD), *597-599*, 753-754, *858-860B*

## N

Natural climate forcing. *See* Radiative forcing

New Zealand. *See* Climate projections

Nitrate aerosol, 132, 167, *204-205*

Nitric oxides (NO$_x$), 214, *215*, 544-546, 793-795

Nitrogen compounds, 502, 544-546, *547*

Nitrous oxide (N₂O), 100, 105-106, 115, 135, 143-144, 513

atmospheric concentration, *24-25*, 27, 131, *141*, 143-144, 146, 544

couplings and feedbacks, 544-546, *547*

global budget, 544-546

palaeoclimate, *444*, 447, *448*, 455, 460

radiative forcing, *25*, 27, 131, *141*, *205*, 212, 214

Non-methane volatile organic compounds (NMVOCs), 214, *215*, 549

Nordic Seas, 396-398

North America. *See* Climate projections

North Atlantic Deep Water (NADW), *395*, 396-398, *421*, 437, 456, 642

North Atlantic Ocean, 394-399, *395*, *397B*, 402, 413, 482

North Atlantic Oscillation (NAO)*, 290-292, 395-399, 402, 408

changes, 238-239, 248, 290-292, 709-710

modelling, 620

past variability, 482

projections, *777B*, 780-781, 806

summary, 38, *39B*, 238-239

teleconnections, *286*, 290-292, 295

North Pacific Index (NPI), *287B*, 289, *290*

Northern Annular Mode (NAM)*, 248, *287B*, 389, 397, 709-710

modelling, 620-621

projections, 780-782

summary, 38, *39B*, 238-239

teleconnections, 290-292, 295

## O

Ocean-climate couplings, 501, 503, 519, 521-523, 528-533, *529B*

Ocean precipitation, 259-260

Ocean processes, modelling, 535-538, *597-599*, 603-604, 613-616, 622-623, *646-647*

Oceanic climate change, *385-433*, 705-707, *731*

acidification*, 77, 387, 403, 405-406, 408, *529B*, 531, 750, 793, *794-795*

air-sea fluxes, 283-285, 393-394, 403, 408

biogeochemistry, 48, 387, 389, 403-408, 503

biological activity (productivity), 408
carbon/carbon dioxide, 387, 403–406, 408, 420, 793
circulation, 48, 111–112, 387, 394–402, *397B*, 417, 420
coupled ocean-atmospheric dynamics, 111–112, 286–295, 318
decadal variability, 389, 412–413
density, 414–416, 812–814
heat content, 47–48, 387, 389, 390–393, 420, 705–706
heat transports, 393–394, 429–430
nutrients, 406–407
oxygen, 48, 403, 406, *407*, 408, 430
projections, 750–751, 765, 793, *794–795*, 801, 812–822, 822
salinity, 48, *49*, 318, 387, 389–390, 393, 394–402
salinity measurement, 390, 420, 429
sea level, 48-50, *51B*, 387, 408–421, 431, *432*, 707–708, 750–751, 812–822
summary, 47-51, 84, 387–388, 420–421
techniques, error estimation and measurement systems, 429–432
temperature, 61, *62*, 387, 389–393, 394–402, *420*
temperature measurement, 389–390, 429, *430*
thermal expansion*, 387, 408, *412–413*, 414–417, 419–420, 801, 812, 820-821
water masses, 387, 394–402, 417-419, 706-707
*See also specific oceans*
OH. *See* Hydroxyl radical (OH)
Optimal fingerprinting, 744
Orbital forcing, *56B*, 437, *445B*, 453, 462–463
Oxygen (O$_2$)
atmospheric, 139
dissolved in oceans, 48, 403, 406, *407*, 408, 430
Ozone*, 115, 135, 149-152, *540B*, 547-550
global budgets, 547-549
precursors, 547-550, 795
projections, 554, 759-760, 793-796
radiative forcing, 28, 132, 149–152, *203–204*, 759
stratospheric, 28, 73, 149-150, 198, *201, 203–205*, 553-555
tropospheric, 28, 108-110, 150-152, *201, 203–205*, 513, 547-550

**P**
Pacific Decadal Oscillation (PDO), 246, 289-290, 295, 389, 408, 709
index, *287B*
modelling, 621
summary, 38, *39B*, 238
Pacific Decadal Variability*, 289-290, 621
Pacific-North American (PNA) pattern*, 286, *286, 287B*, 288-289, 295

modelling, 622
summary, 38–40, *39B*
Pacific Ocean, 399-400
cyclones, 306, 307
projections, 399-400, 910-911, *915*
salinity, 387, 394-395, 399–400, 402, 420
sea level change, 413-414, 420
temperature, 237, *247*, 399–400, 402, 420
Pacific-South American (PSA) pattern, 288-289, 295
Palaeoclimate*, 54-58, 85, 106–107, **433-497**, 679-683
attribution studies, 64, *446B*, 460
current interglacial (Holocene), 57, 435-436, 453-454, 459-464, *461B*, 679-680
glacial-interglacial variability, 435, 444-459
ice sheets, *367B*, 456-457, 459
last 2,000 years, 436, 466-483, *468-469B*
Last Glacial Maximum (LGM)*, 58, 435, 447-451, 673, 679-680, 725, *798-799B*
Last Interglaciation (LIG), 453, *454*, 458-459
'Medieval Warm Period'*, 466, *468-469B*
methods, 438-440
modelling, 435, 436-437, 439-440, 476-481
orbital forcing, 437, *445B*, 453, 462-463
pre-quaternary climates, 440-444, *441*
sea level, 58, 435, 457-459
uncertainties, 483
Perfluorocarbons (PFCs), 28, 100, 131, *141*, 144, 145, *207, 212-213*
Permafrost*, *341*, 342-343, 369-372, *373*, 376
permafrost-climate feedback, 110
projections, 772
summary, 43-44, 317, 339, *375*
pH* of oceans, 77, 387, 403, 405-406, 408, *529B*, 531
projections, 750, 793, *794-795*
Photosynthesis*, 186, 514, 527
Plankton*, 439, 504, 514, *529B*, 567
Plant physiology, 185-186
Pleistocene*, 447. 457
PNA. *See* Pacific-North American (PNA) pattern
Polar regions. *See* Climate projections
Pollen analysis*, 439, 455, 471
Pre-quaternary climates*, 440-444, *441*
Precipitation, 254-265, 712-716, *731-732*
aerosol effects, 254, 502, 560, 563, *564*
couplings and feedbacks, 507, 508, 509-510
extreme events, 41, 301-303, 308, *314-315*, 316, 714, 750, 782-784, *785, 863*

modelling, 611-612, 628
monsoons (*see* Monsoons)
projections, 74, 75-77, 750, 762-763, 768-770, 782-784, *785*, 806, 849-851, *854-857, 859B, 863*
regional (*see* Climate projections)
summary, 41–43, 53-54, 238, 317-318
Predictions. *See* Climate predictions
Pressure. *See* Sea level pressure
Probability density functions (PDFs)*, 65, 719-721, 724-725, *798-799B*, 808-809, 923-924
Projections. *See* Climate projections
Proxy methods*, 438-439, 466-475, 481
PRUDENCE project, *873B*, 925

**Q**
Quasi-Biennial Oscillation (QBO), 266, 283, 625-626

**R**
Radiation, 277-280, *279B*, 317
couplings and feedbacks, 502, *505B*, 508, 563-564, *565*, 631
modelling, 610-611, 631
Radiative forcing (RF)*, 108-110, **129-234**
aerosols, 29-30, 131-132, 153-180, 559
calculation methodologies, 134, 196-197, 199
chemically and radiatively important gases, 24-28, 131, 137-153
climate response, 64-66, 670-679
concept, 133-137, *136-137B*, 826
contrails and aircraft-induced cloudiness, 132, 186-188
defined, 133
efficacies*, 197-199, *212-213*
external*, 96, 133-134, 152, 667
future impact of current emissions, 77, 206-207
global mean, 31-35, 132, 200-206
global warming potentials and emission metrics, 31, *33-34*, 137, 210-216
modelling, 173-180, 594-596, 607-608, 629-633, 643, 671-673
natural forcings, 96, 137, 188-195, *445B*, 666
orbital forcing, *56B*, 437, *445B*, 453, 462-463
palaeoclimate, 438-439, 444-454, *445B*, 476-481
projections, 752, 755-760, 795, 797
spatial and temporal patterns, 35, 132, 196, 209-210, 674-678
summary, 24-35, 131-132, 199-210
surface albedo and surface energy budget, 132, 180-186, *201, 203-205*
surface forcing, 35, 133, 153, *170*, 196, 208-210
time evolution, 208-209

uncertainties, 199-200, *201-202*
utility of, 195-199
vertical forcing, 196
*See also specific gases and components*
**Radiosondes,** 36, 82, 265-267, 719
**Rapid climate change.** *See* Abrupt
climate change
**Regional changes**
ocean circulation and water
masses, 394-402
projections (*see* Climate projections)
sea level, 413-414
**Revelle factor,** 531
**River and lake ice,** 44, 339, *341,*
342, 346-349, *375*
**River flow (streamflow),** 261-264
**River ice,** 44, 339, *341,* 342, 346-349, *375*

# S

**Salinity (of oceans),** 48, *49,* 318, 387,
393, 394-402, 420, *421*
measurement, 390, 420, 429
modelling, 613-615
sea level/ocean mass and,
416-417, 417-418
**Satellite methods**
altimetry, 49, 408, 410, 411-
412, *411,* 431
Microwave Sounding Unit (MSU),
36, 237, *266,* 267-268
**Scenarios.** *See* Climate scenarios;
SRES scenarios
**Science, climate.** *See* Climate
change science
**Scientific method,** 95
**Scientific understanding.** *See* LOSU
(level of scientific understanding)
**Sea ice\*,** *341,* 342, 350-356, 376, 716
Antarctic, 342, 351, 352, 353, 355
Arctic, 44, *45,* 60, 317, 339, 342,
351-356, 716, *776B,* 851
feedbacks, 639
modelling, 592, *597-599,* 606-607,
616-617, 639, *646-647*
projections, 770, *771, 776B*
summary, 317, 339, 374, *375*
**Sea level,** 48-50, *51B,* 408-421
attribution for changes, 60-61
budget (global mean sea level change),
48-50, 419-420, 457
change in 20th century (rise),
317, 389, 410-414, *415,*
418-419, *420,* 707-708
change in previous millenia, 58,
409, 435, 457-459
changes projected (*see*
projections, below)
commitment, 68, 80, 752, 822, 828-831
contributions to, 44-46, *50,* 60-61,
366, *374,* 375, 408, *413,*
414-420, 751, 812-822

estimation/measurement techniques,
408, 410-412, 431, *432*
extremes, 50, 414, *916-917B*
interannual/decadal variability,
*410,* 412-414, 707-708
long-term changes, 412-413
methods of projections, 844-845
palaeoclimate, 58, 409, 435, 457-459
projections, 68, 70-71, 73, 90, 409,
750-751, 812-822, *823,*
909, 914-915, *916-917B*
relative (RSL)\*, 413, 457-458
sea level equivalents (SLEs)\*,
340, *342,* 361, *374*
summary, 48-50, *51B,* 52-53, 84, 90,
374-375, 387, 420-421
**Sea level pressure (SLP),** 63, 280, 711
projections, 73, 751, 770, 780-781
**Sea salt,** 556
**Sea surface temperature (SST)\*,** *101,*
102, 245-247, *312B,* 391
palaeoclimate, *451,* 460
projections, 73, 786-788, 861
rates of warming, 318
summary, 51, 64, 237, 318
tropical cyclones and, 239
**Severe weather.** *See* Extreme events
**Snow, ice and frozen ground,**
**337-383,** 716-717
area, volume, and sea level
equivalents, *342, 374*
frozen ground, 340, *341,* 342-
343, 369-374, 376
glaciers and ice caps, 339, *341,* 342,
356-360, *374,* 375, 376, 717
ice sheets and ice shelves, 339-
341, *342,* 361-369, *367B,*
374-375, 376, 717
modelling, 592, 593, *599-601,*
606-607, 616-617, 617
projections, 70-71, 73, 80, 750, 770-
772, *776B,* 814-816, *859B,* 861
regional projections (*see* Climate
projections)
river and lake ice, 339, *341,*
342, 346-349, *375*
sea ice, *341,* 342, 350-356,
374, *375,* 376, 716
snow albedo, 30, 132, 184-185,
*205,* 343, 638-639, 640
snow cover, 317, *341,* 342, 343-346,
*375,* 376-377, 593, 716-717
snowfall, 258-259
summary, 43-46, 83, 339-340, 374-375
**Soil moisture\*,** 260-265, 509, *510,*
605-606, *769,* 770
**Solar forcing,** 30-31, 476-478, *479*
**Solar irradiance,** 30-31, 681-682
'global dimming'\*, 238, 278-280, 317
palaeoclimate, 476-478, *479*
total (TSI), 30, 107-108, 132, 188-189,
*190,* 198, *201, 203-205*

**Solar variability,** 107-108, 188-193
**Soot\*,** 30, 172-173, 184, 559
*See also* Black carbon
**South Atlantic Convergence**
**Zone (SACZ),** 295
**South Pacific Convergence**
**Zone (SPCZ),** 295
**Southern Annular Mode (SAM)\*,** *287B,*
292-293, 295, 389, 710-711
modelling, 620-621
projections, 782
summary, 38, *39B,* 238-239
**Southern Ocean,** 387, 401-402, 420
modelling, 591, 592, 616
**Southern Oscillation.** *See* El Niño
Southern Oscillation
**Southern Oscillation Index (SOI),** *287B*
**SRES scenarios\*,** 24-31, 761, 802, 806,
822-827, 852-861, *858-860B*
sea level rise, 68, 70-71, 409, 419,
750-751, 820-822
subset for projections, 753, 761
surface warming, 68-73, 74-77, *79*
**Storm tracks\*,** 281-282, 285, *305B,* 318
**Stratosphere\*,** 265-266, 283
aerosols, 132
ozone, 28, 73, 149-150, 198, *201,*
*203-205,* 553-555
stratosphere-troposphere exchange
(STE), 795-796
stratospheric-tropospheric relations,
*284B,* 795-796
temperature, 36, 62, 237-238,
265-271, 285
water vapour, 274-275
**Streamflow.** *See* River flow
**Sulphate aerosols,** 160-161, 193, *194*
couplings and feedbacks, 78-
79, 502, 566-567
palaeoclimate, 436, 478, *480*
radiative forcing, 31, 108-110,
160-161, *162, 204-205*
summary, 31, 132
**Sulphur hexafluoride (SF$_6$),** *141,*
144, 516, *146, 207*
summary, 28, 131, *212*
**Sunspots\*,** 107, 108, 189, *191,* 476
**Surface climate change,** 82, **235-336**
extreme events, 237, 299-316
modelling, 604-606, *646-647*
precipitation, drought and surface
hydrology, 238, 254-265,
301-303, 308, 317, 318
surface fluxes, 283-285, 393-
394, 403, 408
temperature, 237, 239, 241-253,
300-301, 308-309, 317, 318
tropics, subtropics, and monsoons,
295-299, 304-315
*See also* Atmospheric climate change
**Surface/surface air temperature\*.**
*See* Temperature

REPORTS

tween euxinic and ferruginous conditions would have favored the early evolution and ecological expansion of a variety of anoxygenic photosynthetic metabolisms in pelagic environments. Expressions of biological oxygen production (such as those seen in the upper Mount McRae and Brockman BIF) would then have varied with the extent to which episodic or sustained pulses of reductants from the Earth's interior would have buffered photosynthetic oxygen, contributing to the protracted nature of Earth surface oxygenation during the Archean and Proterozoic (26).

### References and Notes

1. D. E. Canfield, *Annu. Rev. Earth Planet. Sci.* **33**, 1 (2005).
2. H. D. Holland, *Geochim. Cosmochim. Acta* **66**, 3811 (2002).
3. A. Bekker *et al.*, *Nature* **427**, 117 (2004).
4. A. E. Isley, *J. Geol.* **103**, 169 (1995).
5. L. R. Kump, W. E. Seyfried, *Earth Planet. Sci. Lett.* **235**, 654 (2005).
6. A. E. Isley, D. H. Abbott, *J. Geophys. Res.* **104**, 15461 (1999).
7. P. E. Cloud, *Am. J. Sci.* **272**, 537 (1972).
8. D. E. Canfield, *Nature* **396**, 450 (1998).
9. A. J. Kaufman *et al.*, *Science* **317**, 1900 (2007).
10. A. D. Anbar *et al.*, *Science* **317**, 1903 (2007).
11. B. E. Erickson, G. R. Helz, *Geochim. Cosmochim. Acta* **64**, 1149 (2000).
12. Materials and methods are available as supporting material on *Science* Online.
13. R. Raiswell, D. E. Canfield, *Am. J. Sci.* **298**, 219 (1998).
14. S. W. Poulton, P. W. Fralick, D. E. Canfield, *Nature* **431**, 173 (2004).
15. J. W. M. Wijsman, J. J. Middelburg, C. H. R. Heip, *Mar. Geol.* **172**, 167 (2001).
16. Interpretation of this measurement follows the same rationale as that for $Fe_{HR}/Fe_T$ (i.e., enrichments above the average $Fe_T/Al$ ratio for continental crust of ~0.5 imply transport and scavenging of iron under anoxic conditions), but $Fe_T/Al$ is immune to concerns regarding authigenic iron-silicate formation or metamorphic repartitioning of reactive iron phases into poorly reactive silicate mineralogies.
17. T. W. Lyons, S. Severmann, *Geochim. Cosmochim. Acta* **70**, 5698 (2006).
18. T. F. Anderson, R. Raiswell, *Am. J. Sci.* **304**, 203 (2004).
19. Because Mo enrichments require both an oceanic Mo reservoir and the accumulation of free $H_2S$, it is possible that the metal enrichments recorded in the USI point only to the development of euxinia rather than a temporally constrained increase in the flux of $MoO_4{}^{2-}$ and $SO_4{}^{2-}$ to the Hamersley Basin during USI deposition.
20. S. Ono *et al.*, *Earth Planet. Sci. Lett.* **213**, 15 (2003).
21. C. Scott *et al.*, *Nature* **452**, 456 (2008).
22. A. A. Pavlov, J. F. Kasting, *Astrobiology* **2**, 27 (2002).
23. K. Zahnle, M. Claire, D. Catling, *Geobiology* **4**, 271 (2006).
24. C. Klein, N. J. Beukes, *Econ. Geol.* **84**, 1733 (1989).
25. E. M. Cameron, *Nature* **296**, 145 (1982).
26. L. R. Kump, M. E. Barley, *Nature* **448**, 1033 (2007).
27. M. Partridge, S. D. Golding, K. A. Baublys, E. Young, *Earth Planet. Sci. Lett.* (2008).
28. S. J. Mojzsis, C. D. Coath, J. P. Greenwood, K. D. McKeegan, T. M. Harrison, *Geochim. Cosmochim. Acta* **67**, 1635 (2003).
29. J. R. Hulston, H. G. Thode, *J. Geophys. Res.* **70**, 3475 (1965).
30. J. Farquhar *et al.*, *Geobiology* **1**, 27 (2003).
31. S. Ono, B. Wing, D. Johnston, J. Farquhar, D. Rumble, *Geochim. Cosmochim. Acta* **70**, 2238 (2006).
32. J. F. Kasting, K. J. Zahnle, J. P. Pinto, A. T. Young, *Orig. Life Evol. Biosph.* **19**, 95 (1989).
33. The NASA Astrobiology Institute and Exobiology Program and the NSF Geobiology and Low Temperature Geochemistry Program provided financial support. The authors thank B. Gill, S. Severmann, N. Planavsky, M. Claire, J. Kaufman, and R. Buick for helpful discussions, and G. Arnold for handling of core material.

**Supporting Online Material**
www.sciencemag.org/cgi/content/full/326/5953/713/DC1
Materials and Methods
Figs. S1 to S3
Table S1
References

22 May 2009; accepted 31 August 2009
10.1126/science.1176711

Downloaded from www.sciencemag.org on February 2, 2011

# Improved Attribution of Climate Forcing to Emissions

Drew T. Shindell,* Greg Faluvegi, Dorothy M. Koch, Gavin A. Schmidt, Nadine Unger, Susanne E. Bauer

Evaluating multicomponent climate change mitigation strategies requires knowledge of the diverse direct and indirect effects of emissions. Methane, ozone, and aerosols are linked through atmospheric chemistry so that emissions of a single pollutant can affect several species. We calculated atmospheric composition changes, historical radiative forcing, and forcing per unit of emission due to aerosol and tropospheric ozone precursor emissions in a coupled composition-climate model. We found that gas-aerosol interactions substantially alter the relative importance of the various emissions. In particular, methane emissions have a larger impact than that used in current carbon-trading schemes or in the Kyoto Protocol. Thus, assessments of multigas mitigation policies, as well as any separate efforts to mitigate warming from short-lived pollutants, should include gas-aerosol interactions.

Multicomponent climate change mitigation strategies are likely to be much more cost effective than carbon dioxide ($CO_2$)–only strategies (1, 2) but require quantification of the relative impact of different emissions that affect climate. Because globally and annually averaged radiative forcing (RF) is generally a good predictor of global mean surface temperature change, a scale related to RF is a logical choice for comparing emissions. The most widely used, and that adopted in the Kyoto Protocol, is the global warming potential (GWP), defined as the integrated global mean RF out to a chosen time of an emission pulse of 1 kg of a compound relative to that for 1 kg of $CO_2$. GWPs are thus based on radiative impact and atmospheric residence time and can include both the direct radiative effect of emitted species and radiative effects from indirect chemical responses. Previous studies, including the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4), provide estimates of RF and GWPs of short-lived gas emissions (3–5). However, except for the indirect effect of $NO_x$ emissions on nitrate aerosol, gas-aerosol interactions were not included. These interactions occur primarily through ozone precursors altering the availability of oxidants, influencing aerosol formation rates, and through sulfate-nitrate competition for ammonium.

We used the composition-climate model Goddard Institute for Space Studies (GISS) Model for Physical Understanding of Composition-Climate Interactions and Impacts (G-PUCCINI) (6) to calculate the response to removal of all anthropogenic methane, carbon monoxide (CO) plus volatile organic compounds (VOCs), $NO_x$, $SO_2$, and ammonia emissions. This model couples gas-phase, sulfate (7), and nitrate (8) aerosol chemistry within the GISS ModelE general circulation model (GCM). Anthropogenic emissions are from a 2000 inventory (9). We calculated both the "abundance-based" RF owing to the net atmospheric composition response by species when all emissions are changed simultaneously and the "emissions-based" forcing attributable to the responses of all species to emissions of a single pollutant (Fig. 1). The sum of the forcings that take place via response of a particular species in the emissions-based analysis (each represented by a different color in Fig. 1) is approximately equal to the forcing due to that species in the abundance-based analysis. Likewise, the sums of all emissions-based and all abundance-based forcings are similar. Hence, the two viewpoints provide different but compatible pictures of how emissions and composition changes influence RF.

Emissions of $NO_x$, CO, and methane have substantial impacts on aerosols by altering the abundance of oxidants, especially hydroxyl, which convert $SO_2$ into sulfate. Global burdens of hydroxyl and sulfate change by 18% and 13% for increased $NO_x$, by –13% and –9% for CO, and by –26% and –11% for methane (sulfate forcing closely follows the sulfate burden change). Coupling in the other direction is very weak because reactions of gas-phase species upon aerosol surfaces have only a small effect on the global burden of the radiatively active species ozone and methane (e.g., anthropogenic $SO_2$ emissions enhance the removal of $NO_x$ through reactions on particulate

NASA Goddard Institute for Space Studies and Columbia University, New York, NY 10025, USA.

*To whom correspondence should be addressed. E-mail: drew.t.shindell@nasa.gov

surfaces, causing ozone to decrease, but the RF is only $-0.004$ W/m$^2$. Increased SO$_2$ leads to substantially reduced nitrate aerosol, however, owing to greater ammonium sulfate formation at the expense of ammonium nitrate (10, 11). We group CO and VOCs together for RF because they play similar roles in atmospheric chemistry, but the effects of historical CO emissions are ~3 to 7 times as great.

Methane emissions provide the second-largest contribution to historical warming after carbon dioxide. Including direct and indirect chemical effects and only the direct radiative effects of aerosols, NO$_x$ emissions are the most powerful cooling agents (Fig. 1). However, adding in aerosol indirect effects (AIE) on clouds, which are highly uncertain (12), could make SO$_2$ emissions the stronger contributor to negative historical forcing. Atmospheric responses to individual species emissions changes are largely additive, with increases of 15% or less in the response of methane, ozone, sulfate,

and hydroxyl when all pollutants are changed simultaneously, compared with the summed response to individual changes. Nitrate shows a greater discrepancy ($-0.04$ W/m$^2$), but the difference is well within uncertainty (0.10 W/m$^2$) (see Fig. 1 caption).

We present the results of several calculations of 100-year GWPs, the most commonly used time horizon, first reporting values without including indirect chemical responses of aerosols or CO$_2$ (as in the AR4, although the indirect responses of CO$_2$ are only 0.04 W/m$^2$ for CO and 0.02 W/m$^2$ for methane), then adding in the radiative effects resulting from the aerosol response to oxidant changes (Fig. 2). Reference CO$_2$ forcing is taken from the AR4, whereas the RF for all other gases and the direct radiative effects of aerosols are calculated within the GISS GCM for current conditions using the model's radiative transfer calculation and simulated composition response to 1-year pulse emissions. We also computed GWP, including a

rough estimate of AIE, assuming they augment the sulfate aerosol direct radiative effects calculated here by 150%, taking the uncertainty range as 75 to 225% (13). Uncertainties in GWP are otherwise based on the RF uncertainties from AR4 (as in Fig. 1). We report GWPs for CO alone, because GWPs for different VOCs vary by an order of magnitude (14).

Our value for the 100-year GWP of methane when including only the responses of methane, ozone, and stratospheric water vapor is almost identical to the comparable AR4 value. The GWP is substantially larger when the direct radiative effects of the aerosol responses are included, however. It becomes larger still, including aerosol-cloud interactions, although uncertainties increase as well. Although results are not statistically different at the 95% confidence level, the best estimate is nonetheless substantially larger when gas-aerosol interactions are included. The 100-yr GWP for CO was 1.9 in AR4, with a 1.0 to 3.0 range based on the third IPCC assessment and subsequent results (3, 14). As with methane, our GWP is similar to those in previous work when aerosol responses are neglected but is substantially larger when these responses are included. GWPs become extremely difficult to define for shorter-lived species because they depend strongly on the location and time (season and day) of the emission pulse (15). Estimates of 100-year GWPs for global warming NO$_x$ emissions report values of roughly $-10$ to $-30$, including the indirect responses of methane and ozone only (16, 17), in very rough accord with our results, but differences in the imposed emissions changes preclude a rigorous comparison.

Although our calculations are more complete than previous studies, additional processes should be included as they become better understood. These include mixing between aerosol types (18), formation of secondary organic aerosols, which are sensitive to both organic aerosol emissions and oxidant levels (19), and interactions between pollutants and ecosystems. The latter includes suppression of CO$_2$ uptake by increased surface ozone concentrations (20), aerosols enhancing the ratio of diffuse to direct radiation reaching the biosphere leading to increased CO$_2$ uptake (21) (at least for some plant types when aerosol loading is not so large as to dramatically reduce total surface irradiance), and the effects of nitrogen and sulfur deposition on ecosystems. These effects may be important but are highly uncertain at present. Ecosystem-chemistry interactions add both positive and negative forcing terms to the GWP of NO$_x$ (NO$_x$ leads to increased ozone, causing increased CO$_2$, but also leads to increased aerosol, causing decreased CO$_2$), adding to an already complex set of multiple, sometimes opposing, forcings (Fig. 1). For CO and methane, however, increased emissions lead to increased CO$_2$ from both the ozone-ecosystem interactions and the aerosol-ecosystem interactions, so would simply increase their positive GWPs still further.



**Fig. 1.** Radiative forcing from 1750 to 2000. Numerical values within the figure give the net forcing (instantaneous at the tropopause). Uncertainties in the abundance-based values are 0.16 for CO$_2$, 0.05 for methane, +0.15 to $-0.10$ for ozone, 0.20 for sulfate, 0.10 for nitrate, and 0.05 for stratospheric water (5). For emissions-based values, we estimate uncertainties by adding the forcing uncertainties for each component in quadrature, yielding 0.14 for methane, 0.04 for CO+VOCs, 0.09 for NO$_x$, 0.23 for sulfate, and 0.10 for ammonia. AIE are not included. All forcing values are from this work except those from CO$_2$ and stratospheric water, which are based on the IPCC AR4 (5).



**Fig. 2.** The 100-year GWPs for methane, CO, and NO$_x$ (per Tg N) as given in the AR4 and in this study when including no aerosol response, the direct radiative effect of aerosol responses, and the direct+indirect radiative effects of aerosol responses. The AR4 did not report uncertainties for methane or CO and gave no mean estimate for NO$_x$. The range for the GWP of CO is from the third IPCC assessment and encompasses values reported up through the AR4. Our calculations for the shorter 20-year GWP, including aerosol responses, yield values of 79 and 105 for methane, 11 and 19 for CO, and $-335$ and $-560$ for NO$_x$, including direct and direct+indirect radiative effects of aerosols in each case. The 100-yr GWPs for SO$_2$ (per Tg SO$_2$) and ammonia would be $-22$ and $-19$, respectively, including direct aerosol radiative effects only, and $-76$ and $-15$ adding indirect aerosol radiative effects. GWPs for very short-lived NO$_x$, SO$_2$, and ammonia will vary widely by emission location and timing, and hence global values are of limited use.

Downloaded from www.sciencemag.org on February 2, 2011

REPORTS

Hence, the uncertainty in quantifying these processes implies only that the larger estimates of CO and methane GWPs presented here may still be too low.

Although we focus on global mean results, the effects of oxidant changes on sulfate are stronger in areas with high $SO_2$ emissions that are more oxidant-limited. This is in accord with previous results showing a strong sulfate response over high-emission regions in Asia to perturbations in North American emissions attributable to $NO_x$ emissions changes followed by long-range ozone transport (22). The global sulfate response to oxidant changes can be large, because much of the industrialized Northern Hemisphere is oxidant-limited, especially during winter (23), and the oxidant-aerosol interactions may show greater sensitivity to emission trends in peak emission regions. Consistent with this, the ratio of the sulfate to hydroxyl burden changes is greater in response to $NO_x$ and CO emissions, generally colocated with $SO_2$ emissions, than for methane. Our previous results showed a small global mean net impact of all ozone precursors on sulfate forcing despite large regional forcings (24). Although that study used different emissions (a future scenario), those results seem reasonably consistent because the sum of the sulfate responses to all historical ozone precursors in this work is only 0.06 W/m².

Our results indicate that $NO_x$ emissions cause a substantial net cooling at all time scales. In contrast, CO emissions cause warming. The 100-year GWP for methane is ~10% greater (~20 to 40%, including AIE) than earlier estimates (5) that neglected interactions between oxidants and aerosols. GWPs for methane and CO would likely be further increased by including ecosystem responses. Decreased emissions of $SO_2$ warm climate, but including the sulfate-nitrate interaction makes the climate impact less severe than might otherwise have been thought.

There are many limitations to the GWP concept (25). It includes only physical properties, and its definition is equivalent to an unrealistic economic scenario of no discounting through the selected time horizon followed by discounting to zero value thereafter. The 100-year time horizon conventionally chosen strongly reduces the influence of species that are short-lived relative to $CO_2$. Additionally, GWPs assume that integrated global mean RF is a useful indicator of climate change. Although this is generally reasonable at the global scale, GWP does not take into account the rate of change, and it neglects the surface temperature response to regionally distributed forcings depends on the location of the RF (26) and that precipitation may be even more sensitive to RF location (27). Along with their dependence on emission timing and location, this makes GWPs particularly ill-suited to very short-lived species such as $NO_x$, $SO_2$, or ammonia, although they are more reasonable for longer-lived CO. Inclusion of short-lived species in agreements

alongside long-lived greenhouse gases is thus problematic (28, 29). Hence, emissions of short-lived species have traditionally been, and will likely continue to be, primarily regulated by local- to regional-scale policies targeting air quality. Should policies aim to mitigate climate change by separately targeting short-lived species emissions, however, they should consider effects across gas-phase and aerosol species. Furthermore, assessment of policies affecting particular sectors that emit both long- and short-lived species should include the overall impact rather than simply the impact of long-lived gases.

Despite their limitations, GWPs are widely used for comparison among long-lived gases, forming the basis for worldwide political agreements on climate and carbon trading. Because the latter was a $126 billion/year market in 2008 (30), even small differences in GWPs can have large economic consequences. Our results suggest that gas-aerosol interactions play an important role in methane's GWP, and hence our larger value would allow better optimization of climate change mitigation policies. Methane's GWP may also change with time as air quality regulations alter the background state of tropospheric chemistry. Finally, our results demonstrate that improving our knowledge of aerosol-climate interactions is important not only for better understanding the aerosol contribution to past and future climate change, but even for correctly evaluating the effects of long-lived greenhouse gas emissions from methane-oxidant-aerosol interactions.

**References and Notes**
1. J. Jensen, M. Thelle, *What Are the Gains from a Multi-Gas Strategy?* (Fondazione Eni Enrico Mattei, Milano, Italy, 2001).
2. J. Reilly *et al.*, *Nature* **401**, 549 (1999).
3. T. K. Berntsen *et al.*, *Tellus B Chem. Phys. Meterol.* **57**, 283 (2005).
4. D. T. Shindell, G. Faluvegi, N. Bell, G. A. Schmidt, *Geophys. Res. Lett.* **32**, L04803, 10.1029/2004GL021900 (2005).
5. P. Forster *et al.*, *Climate Change 2007: The Physical Science Basis*, S. Solomon, Ed. (Cambridge Univ. Press, New York, 2007).
6. D. T. Shindell *et al.*, *Atmos. Chem. Phys.* **6**, 4427 (2006).
7. D. Koch, G. Schmidt, C. Field, *J. Geophys. Res.* **111**, D06206, 10.1029/2004JD005550 (2006).
8. S. E. Bauer *et al.*, *Atmos. Chem. Phys.* **7**, 5043 (2007).
9. F. J. Dentener *et al.*, *Atmos. Chem. Phys.* **5**, 1731 (2005).
10. D. K. Henze, J. H. Seinfeld, D. T. Shindell, *Atmos. Chem. Phys.* **9**, 5877 (2009).
11. H. O. T. Pye *et al.*, *J. Geophys. Res.* **114**, D01205, 10.1029/2008JD010701 (2009).
12. J. E. Penner *et al.*, *Atmos. Chem. Phys.* **6**, 3391 (2006).
13. M. M. Kvalevåg, G. Myhre, *J. Clim.* **20**, 4874 (2007).
14. W. J. Collins, R. G. Derwent, C. E. Johnson, D. S. Stevenson, *Clim. Change* **52**, 453 (2002).
15. K. P. Shine, T. K. Berntsen, J. S. Fuglestvedt, S. R. Proc. *Natl. Acad. Sci. U.S.A.* **102**, 15768 (2005).
16. R. G. Derwent, W. J. Collins, C. E. Johnson, D. S. Stevenson, *Clim. Change* **49**, 463 (2001).
17. O. Wild, M. Prather, H. Akimoto, *Geophys. Res. Lett.* **28**, 1719 (2001).
18. J. Haywood, O. Boucher, *Rev. Geophys.* **38**, 513 (2000).
19. K. Tsigaridis *et al.*, *Atmos. Chem. Phys.* **6**, 5143 (2006).
20. S. Sitch, P. M. Cox, W. J. Collins, C. Huntingford, *Nature* **448**, 791 (2007).
21. L. M. Mercado *et al.*, *Nature* **458**, 1014 (2009).
22. D. Shindell *et al.*, *Atmos. Chem. Phys.* **8**, 7101 (2008).
23. T. F. Berglen, T. K. Berntsen, I. S. A. Isaksen, J. K. Sundet, *J. Geophys. Res.* **109**, D19310, 10.1029/2003JD003948 (2004).
24. N. Unger, D. T. Shindell, D. M. Koch, D. Streets, *Proc. Natl. Acad. Sci. U.S.A.* **103**, 4377 (2006).
25. O. Godal, *Clim. Change* **58**, 243 (2003).
26. D. Shindell, G. Faluvegi, *Nature Geosci.* **2**, 294 (2009).
27. Y. Ming, V. Ramaswamy, *J. Clim.* **22**, 1329 (2009).
28. T. C. Bond, H. Sun, *Environ. Sci. Technol.* **39**, 5921 (2005).
29. K. Rypdal *et al.*, *Environ. Sci. Policy* **8**, 29 (2005).
30. K. Capoor, P. Ambrosi, *State and Trends of the Carbon Market 2009* (The World Bank, Washington, DC, 2009).
31. We thank the NASA Atmospheric Chemistry Modeling and Analysis Program for supporting this work.

9 April 2009; accepted 9 September 2009
10.1126/science.1174760

# Control of Iron Homeostasis by an Iron-Regulated Ubiquitin Ligase

Ajay A. Vashisht,[1] Kimberly B. Zumbrennen,[2] Xinhua Huang,[1] David N. Powers,[1] Armando Durazo,[3] Dahui Sun,[4] Nimesh Bhaskaran,[5] Anja Persson,[6] Mathias Uhlen,[6] Olle Sangfelt,[5] Charles Spruck,[4] Elizabeth A. Leibold,[2] James A. Wohlschlegel[1]*

Eukaryotic cells require iron for survival and have developed regulatory mechanisms for maintaining appropriate intracellular iron concentrations. The degradation of iron regulatory protein 2 (IRP2) in iron-replete cells is a key event in this pathway, but the E3 ubiquitin ligase responsible for its proteolysis has remained elusive. We found that a SKP1-CUL1-FBXL5 ubiquitin ligase protein complex associates with and promotes the iron-dependent ubiquitination and degradation of IRP2. The F-box substrate adaptor protein FBXL5 was degraded upon iron and oxygen depletion in a process that required an iron-binding hemerythrin-like domain in its N terminus. Thus, iron homeostasis is regulated by a proteolytic pathway that couples IRP2 degradation to intracellular iron levels through the stability and activity of FBXL5.

Iron regulatory proteins 1 and 2 (IRP1 and IRP2) function as RNA-binding proteins during iron-limiting conditions in order to regulate the translation and stability of mRNAs encoding proteins required for iron homeostasis (1, 2). In iron-replete cells, IRP RNA binding is reduced because of the assembly of a 4Fe-4S cluster in IRP1 (3) and the proteasomal degradation of IRP2 (4–7). Despite the importance of IRP2 in iron metabolism, the ubiquitin ligase

Downloaded from www.sciencemag.org on February 2, 2011

# EXHIBIT 136

 GRI-94 / 0257

 EPA - 600/R-96-080a

June 1996

# Methane Emissions from the Natural Gas Industry

## Volume 1: Executive Summary

*Prepared for:*

*Robert A. Lott*
*Environment & Safety*
*Gas Research Institute*
*8600 West Bryn Mawr Ave.*
*Chicago, IL 60631-3562*

*David A. Kirchgessner*
*U.S. Environmental Protection Agency*
*National Risk Management*
*Research Laboratory*
*Air Pollution Prevention and*
*Control Division*
*Research Triangle Park, NC 27711*

# METHANE EMISSIONS FROM
# THE NATURAL GAS INDUSTRY,
# VOLUME 1: EXECUTIVE SUMMARY

## FINAL REPORT

Prepared by:

Matthew R. Harrison
Theresa M. Shires
Jane K. Wessels
R. Michael Cowgill

Radian International LLC
8501 N. Mopac Blvd.
P.O. Box 201088
Austin, TX  78720-1088

DCN: 96-263-081-17

Prepared for:

GRI Project Manager:  Robert A. Lott
GAS RESEARCH INSTITUTE
Contract No. 5091-251-2171
8600 West Bryn Mawr Avenue
Chicago, IL 60631

and

EPA Project Manager:  David A. Kirchgessner
U.S. ENVIRONMENTAL PROTECTION AGENCY
Contract No. 68-D1-0031
National Risk Management Research Laboratory
Research Triangle Park, NC   27711

June 1996

# DISCLAIMER

**LEGAL NOTICE:** This report was prepared by Radian International LLC as an account of work sponsored by Gas Research Institute (GRI) and the U.S. Environmental Protection Agency (EPA). Neither EPA, GRI, members of GRI, nor any person acting on behalf of either:

a.      Makes any warranty or representation, express or implied, with respect to the accuracy, completeness, or usefulness of the information contained in this report, or that the use of any apparatus, method, or process disclosed in this report may not infringe privately owned rights; or

b.      Assumes any liability with respect to the use of, or for damages resulting from the use of, any information, apparatus, method, or process disclosed in this report.

**NOTE:** EPA's Office of Research and Development quality assurance/quality control (QA/QC) requirements are applicable to some of the count data generated by this project. Emission data and additional count data are from industry or literature sources, and are not subject to EPA/ORD's QA/QC policies. In all cases, data and results were reviewed by the panel of experts listed in Appendix D of Volume 2.

# REPORT DOCUMENTATION PAGE

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

| 1. AGENCY USE ONLY (Leave Blank) | 2. REPORT DATE | 3. REPORT TYPE & DATES COVERED |
|---|---|---|
| | June 1996 | Final  March 1991-June 1996 |

**4. TITLE & SUBTITLE**

Methane Emissions from the Natural Gas Industry
Volume I:  Executive Summary

**5. FUNDING NUMBERS**

1003

**6. AUTHORS(S)**

M. R. Harrison, T. M. Shires, J. K. Wessels, R. M. Cowgill

**7. PERFORMING ORGANIZATION NAMES(S) & ADDRESS(ES)**

Radian International LLC
8501 N. MoPac Boulevard
P. O. Box 201088
Austin, TX  78720-1088

**8. PERFORMING ORGANIZATION REPORT NUMBER**

DCN: 96-263-081-17

**9. SPONSORING/MONITORING AGENCY NAME(S) & ADDRESS(ES)**

Gas Research Institute
8600 West Bryn Mawr Avenue
Chicago, IL  60631-3562

Environmental Protection Agency
National Risk Management Research Laboratory
Research Triangle Park, NC  27711

**10. SPONSORING/MONITORING AGENCY REPORT NUMBER**

GRI Report 94/0257

**11. SUPPLEMENTARY NOTES**

**12a. DISTRIBUTION/AVAILABILITY STATEMENT**

Open Distribution

**12b. DISTRIBUTION CODE**

Unlimited

**13. ABSTRACT (Maximum 200 Words)**

Gas Research Institute (GRI) and the U.S. Environmental Protection Agency's Office of Research and Development (EPA/ORD) cofunded a major study to quantify methane emissions from U.S. natural gas operations. For the 1992 base year, total methane emissions were estimated at $314\pm105$ Bscf ($\pm33\%$), which is equivalent to 1.4% $\pm0.5\%$ of gross natural gas production. In metric units, this is $6.04\pm2.01$ Tg.

This study is documented in a multi-volume set where this executive summary is the first volume. The Volume 2 report is a technical summary that includes a discussion of what was done and how the measurements and calculations were performed. There are 15 volumes that fully document the study. A complete list of these reports appears in the Volume 2 report.

**14. SUBJECT TERMS**

**15. NUMBER OF PAGES**

22

**16. PRICE CODE**

| 17. SECURITY CLASSIFICATION OF REPORT | 18. SECURITY CLASSIFICATION OF THIS PAGE | 19. SECURITY CLASSIFICATION OF ABSTRACT | 20. LIMITATION OF ABSTRACT |
|---|---|---|---|
| Unclassified | Unclassified | Unclassified | Unlimited |

# RESEARCH SUMMARY

| | |
|---|---|
| Title | Methane Emissions from the Natural Gas Industry, Volume 1: Executive Summary |
| Contractor | Radian International LLC |
| | GRI Contract Number 5091-251-2171 |
| | EPA Contract Number 68-D1-0031 |
| Principal Investigator | Matthew R. Harrison |
| Report Period | March 1991 - June 1996 |
| | Final Report |

**Objective**

This report describes the results of a study to quantify the annual methane emissions from the natural gas industry.

**Technical Perspective**

The increased use of natural gas has been suggested as a strategy for reducing the potential for global warming. During combustion, natural gas generates less carbon dioxide ($CO_2$) per unit of energy produced than either coal or oil. On the basis of the amount of $CO_2$ emitted, the potential for global warming could be reduced by substituting natural gas for coal or oil. However, since natural gas is primarily methane, a potent greenhouse gas, losses of natural gas during production, processing, transmission, and distribution could reduce the inherent advantage of its lower $CO_2$ emissions.

To investigate this, Gas Research Institute (GRI) and the U.S. Environmental Protection Agency's Office of Research and Development (EPA/ORD) cofunded a major study to quantify methane emissions from U.S. natural gas operations for the 1992 base year. The results of this study can be used to construct global methane budgets and to determine the relative impact on global warming of natural gas versus coal and oil.

This summary report is Volume 1 of a multi-volume set of reports that fully describe the project.

**Results**

The national emissions for the base year are $314 \pm 105$ Bscf ($\pm 33\%$), which is equivalent to $1.4 \pm 0.5\%$ of gross natural gas production. In metric units, this is $6.04 \pm 2.01$ Tg. The overall program also showed that the percentage of methane emitted for an incremental increase in natural gas sales would be significantly lower than the baseline case.

The program reached its accuracy goal and provides an accurate estimate of methane emissions that can be used to construct U.S. methane inventories and analyze fuel switching strategies.

Technical Approach

The techniques used to determine methane emissions were developed to be representative of annual emissions from the natural gas industry. However, it is impractical to measure every source continuously for a year. Therefore, emission rates for various sources were determined by developing annual emission factors for typical sources in each industry segment and extrapolating these data based on activity factors to develop a national estimate, where the national emission rate is the product of the emission factor and activity factor.

The development of specific emission factors and activity factors for each industry segment are presented in a separate report.

Project Implications

For the 1992 base year the annual methane emissions estimate for the U.S. natural gas industry is 314 Bscf ± 105 Bscf (± 33%). This is equivalent to 1.4% ± 0.5% of gross natural gas production, and does not reflect any emissions reductions (per the voluntary American Gas Association/EPA Star Program) nor incremental increases (due to increased gas usage) since 1992. Results from this program were used to compare greenhouse gas emissions from the fuel cycle for natural gas, oil, and coal using the global warming potentials (GWPs) recently published by the Intergovernmental Panel on Climate Change (IPCC). The analysis showed that natural gas contributes less to potential global warming than coal or oil, which supports the fuel switching strategy suggested by IPCC and others.

In addition, results from this study are being used by the natural gas industry to reduce operating costs while reducing emissions. Some companies are also participating in the Natural Gas-Star program, a voluntary program sponsored by EPA's Office of Air and Radiation in cooperation with the American Gas Association to implement cost-effective emission reductions and to report reductions to EPA. Since this program was begun after the 1992 baseline year, any reductions in methane emissions from this program are not reflected in this study's total emissions.

Robert A. Lott
Senior Project Manager, Environment and Safety

iv

# TABLE OF CONTENTS

**Page**

1.0   SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2.0   INTRODUCTION/BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

3.0   METHOD FOR ESTIMATING EMISSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

      3.1   Accounting for All Emission Sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
      3.2   Measuring and Calculating Emissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      3.3   Extrapolating Emissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
      3.4   Assessing Accuracy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

4.0   RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

      4.1   1992 Baseline Emissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
      4.2   Emissions from Incremental Increases in Gas Sales . . . . . . . . . . . . . . . . . . 8
      4.3   Emissions and Fuel Switching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

5.0   CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

6.0   REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

      APPENDIX A - Conversion Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1

# LIST OF FIGURES

3-1   Gas Industry Flow Chart . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

4-1   Contribution of Major Methane Sources to Total U.S. Anthropogenic Emissions . . . . . . 6

4-2   Summary of Methane Emissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

# LIST OF TABLES

4-1   Largest Emission Sources by Industry Segment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

This study, like other efforts to develop emission inventories, had to address several difficult problems. Most of these problems were primarily associated with the size and diversity of the natural gas industry and the number of sources that must be considered. This industry complexity, combined with the lack of both equipment populations and methods for estimating emissions, meant that early in the program, resources were devoted to developing comprehensive methods for estimating and extrapolating emissions. This also included selecting an accuracy goal that could reasonably be achieved but was sufficiently accurate to examine the fuel switching strategy.

Considering these issues, a method of approach was developed that:

- Accounted for all emission sources;
- Measured and calculated emissions;
- Extrapolated emissions data; and
- Assessed the accuracy of the final estimate.

The following sections of this summary report briefly describe the method of approach listed above, present the results of the study, and summarize the conclusions.

## 3.0   METHOD FOR ESTIMATING EMISSIONS

This summary provides a brief description of the method used to estimate methane emissions from the natural gas industry. The methodology is discussed in detail in two separate volumes: the Volume 2 Technical Report and the Volume 3 Methods Report.[2,5]

### 3.1   Accounting for All Emission Sources

The natural gas industry (as shown in Figure 3-1) was divided into four segments: production, processing, transmission/storage, and distribution. The project established boundaries for each industry segment to specify the equipment included in the study. The guideline used for setting the boundary was to include only the equipment in each segment that is required for *marketing* natural gas.

To fully characterize the natural gas industry and account for all potential sources of methane, the four industry segments were divided into facilities, equipment, and components, and emission sources were identified by equipment type, mode of operation, and type of emission. Equipment types included individual devices, such as a pneumatic operator; large pieces of equipment, such as compressors; or a grouping of equipment, such as an offshore platform. Modes of operation are: start-up, normal operations, maintenance, upsets, and mishaps. Emission types are: fugitive, vented, and combustion.

For this project each emission source was accounted for by carefully examining the operating mode for each equipment category. This differentiation ensured that all emission sources were accounted for and that all types of emissions from the source were considered. For example, compressor engines can be a significant source of fugitive, vented, and combustion

2

emissions that result from a variety of operating modes. During normal operations, unburned methane is emitted in the engine exhaust and fugitive emissions can result from leaks in valves and pressurized connections. Also, natural gas is vented during engine start-ups if natural gas is used to power the starter turbine. During upsets, natural gas is released from compressor blowdown and pressure relief valves, and natural gas is vented during compressor blowdown for maintenance activities.



**Figure 3-1. Gas Industry Flow Chart**

## 3.2    Measuring and Calculating Emissions

Initially, few methods were available for measuring and/or calculating emissions from natural gas facilities. Therefore, the early stages of this study were spent developing measurement techniques and demonstrating them in the field before using these techniques to gather data for the study. On the basis of these proof of concept tests, three measurement methods were eventually chosen for use in this study. For pipeline leaks, the emission rate was measured by isolating the section of pipe with the leak and measuring the amount of gas needed

to maintain operating pressure in the line. For fugitive leaks from above ground facilities, either a tracer gas method or a component emission factor approach was used.

For the tracer gas method, a tracer gas such as sulfur hexafluoride ($SF_6$) is released at a known constant rate near the methane source. The emission rate was determined by measuring the concentration of the tracer and methane downwind; since the ratio of emission rates is equal to the ratio of concentrations, the methane emission rate can be calculated.

The component emission measurement approach develops average emission rates for the basic components (valves, flanges, seals and other pipe fittings) that comprise natural gas facilities. The total emissions from the facility are the product of the number of components times the corresponding emission factor.

New component emission factors were developed as a result of this study for natural gas production and processing facilities, compressor stations, and residential and commercial meters. Also a new "Hi-Flow" instrument was developed that can measure emissions quickly and accurately from pneumatic control devices, valves, flanges and other pipe fittings.[6]

In some cases it is more accurate and less complicated to calculate, rather than measure, emissions. An example is emissions from a "blowdown" to make a pipe repair. Knowing the temperature and pressure of the gas, the volume of the pipe, and the frequency of the event, emissions can be calculated. Another reason for calculating emissions is that it may not be practical to measure emissions from some sources. Since annual emissions are needed for the study, it is not practical to try to measure highly variable, unsteady emissions. In developing engineering models for calculating these types of emissions, it is necessary to first understand the equipment and the nature of the process causing the emissions and then to collect field data on the frequency of the event.

## 3.3   Extrapolating Emissions

A considerable amount of field data was collected during this study. In addition to measuring emissions and collecting information on operating characteristics of equipment and frequency of events, a substantial effort was required to collect information on equipment populations. Equipment counts are needed to extrapolate measured and calculated emissions to other similar sources in the industry.

Data were collected on each source category identified during initial stages of the project. However, because of the large number of sources in each source category, data were collected on a relatively small percentage of all sources in each category. Therefore, these data had to be extrapolated to account for the sources that were not measured in order to develop a national emissions estimate. To extrapolate the emission data, emission and activity factors were defined so that their product equals the annual nationwide emissions from a given source category. Typically, the emission factor is defined as the average annual emissions from a piece of equipment or event. The activity factor would then be the national population (i.e., the total equipment count or total number of events). For example, if fugitive emissions from compressor

4

engines is the source category, then average emissions per engine would be the emission factor, and the number of engines would be the activity factor.

Although this approach is straightforward, the application proved to be difficult due to the lack of data on equipment populations and operational events. Limited information is available on a national basis. Collecting data on activity factors (i.e., number of separators, pneumatic control devices, miles of gathering lines, blowdown events, etc.) required a large number of site visits and was therefore a major part of the study.

### 3.4    **Assessing Accuracy**

The accuracy of the emissions estimate is dependent on the precision and bias of both the activity and emission factors. In developing activity factors, as in conducting emission measurements, care was taken in developing sampling protocols, detecting and eliminating bias, and developing methods for calculating precision.

The accuracy goal of the project was to determine emissions from the natural gas industry to within ± 0.5% of gross natural gas production. This goal was established based on the accuracy needed for constructing emission inventories for use in global climate change models and for assessing the validity of the proposed fuel switching strategy.

The first step in achieving the accuracy goal was to develop accuracy targets for each source category. Accuracy targets were assigned so that a higher degree of accuracy would be required for the largest sources while achieving the overall program goal. This had the additional advantage of automatically assigning more program resources to the most important source categories.

Accuracy is made up of precision and bias. Precision can be calculated but bias can only be minimized. To minimize bias, a sampling approach similar to disproportionate stratified random sampling was developed. A project review committee was established and industry advisory groups were formed for production, transmission and distribution to review the program and ensure that any potential for bias was identified and eliminated. Also the data were analyzed to ensure that data were not sampled disproportionately with respect to the parameters that had a large impact on emissions. This not only minimized bias but also reduced the impact that out-lying data points had on the result. The precision of the activity and emission factors was calculated for a 90% confidence level from the number of data points collected and the standard deviation. The precision of the emission estimate for each source category as well as the national estimate was also calculated in a statistically rigorous fashion.

### 4.0    **RESULTS**

### 4.1    **1992 Baseline Emissions**

Total methane emissions from the natural gas industry for the 1992 baseline year are 314 Bscf ± 105 Bscf, or 6.04 ± 2.01 Tg. This is approximately 1.4 ± 0.5% of gross natural gas

production, and this result meets the project accuracy goal. This represents approximately 20% of total U.S. anthropogenic (manmade) emissions, based on methane emission estimates reported by the U.S. EPA for major anthropogenic sources[7] (see Figure 4-1).

Figure 4-2 presents methane emissions for the natural gas industry by industry segment. The transmission/storage segment accounts for the largest portion of emissions (37%) with the processing segment contributing the least (12%).



**Figure 4-1. Contribution of Major Methane Sources to Total U.S. Anthropogenic Emissions**



**Figure 4-2. Summary of Methane Emissions**

The largest emission sources for each industry segment are presented in Table 4-1. Fugitive emissions are the largest contributor to methane emissions from natural gas processing, transmission and storage. Nearly 90% of these emissions result from leaks on compressor components such as the suction, discharge and blowdown valves, pressure relief valves, and compressor seals. Fugitive emissions from all compressor components are approximately 80 Bscf (1.6 Tg), while fugitive emissions from all other compressor station components, such as yard piping and filter-separators, are approximately 10 Bscf (0.19 Tg). Compressor and generator engine exhausts are responsible for slightly more than 25 Bscf (0.48 Tg) of methane emissions.

### TABLE 4-1.  LARGEST EMISSION SOURCES BY INDUSTRY SEGMENT

| Segment | Source | Annual Methane Emissions (Bscf) | (Tg) | Percent of Segment Total |
|---------|--------|---------|------|--------|
| Production | Pneumatic devices | 31 | 0.60 | 37 |
|  | Fugitive emissions | 17 | 0.33 | 21 |
|  | Dehydrators | 14 | 0.28 | 17 |
|  | Other | 21 | 0.41 | 25 |
| Processing | Fugitive emissions | 24 | 0.47 | 67 |
|  | Compressor exhaust | 7 | 0.13 | 19 |
|  | Other | 5 | 0.10 | 14 |
| Transmission/Storage | Fugitive emissions | 68 | 1.30 | 58 |
|  | Blow and purge | 19 | 0.36 | 16 |
|  | Pneumatic devices | 14 | 0.27 | 12 |
|  | Compressor exhaust | 11 | 0.22 | 10 |
|  | Other | 5 | 0.10 | 4 |
| Distribution | Underground pipeline leaks | 42 | 0.80 | 54 |
|  | Meter and pressure regulating stations | 27 | 0.53 | 35 |
|  | Customer meters | 6 | 0.11 | 8 |
|  | Other | 2 | 0.04 | 3 |
| TOTAL* |  | 314 Bscf | 6.04 Tg |  |

*Individual sources may not sum exactly to total shown due to roundoff errors.

Fugitive emissions from pipelines are approximately 48 Bscf (0.93 Tg), of which 42 Bscf (0.80 Tg) is from distribution piping. Distribution piping systems actually emit 51 Bscf (0.98 Tg), but approximately 18% of the natural gas leaked is oxidized in the soil by methanotrophs. Approximately 22 Bscf (0.42 Tg) is leaked from cast iron mains which constitute only 6% of the total miles of distribution main pipelines. However, most cast iron leaks are very small and since

the oxidation rate varies inversely with leak rate, only 60% of the leaks (13 Bscf or 0.25 Tg) reach the surface.

The two largest methane emission sources in natural gas production are pneumatic control devices and fugitives. Prior to this study, pneumatic devices were not considered a major emission source. Approximately one-third of these devices continuously bleed natural gas to the atmosphere. Pneumatic devices are the largest source of methane emissions in the production segment, accounting for 31 Bscf (0.60 Tg). Total fugitive emissions from production equipment are large even though the average leak rate is small, because of the large number (approximately 80 million) of valves, connectors and other pipe fittings on equipment located at production sites across the country.

## 4.2   Emissions from Incremental Increases in Gas Sales

Consumption of natural gas has increased since the base year of 1992. To determine the effect that this increase and future increases will have on emissions, a study was conducted to determine the percent increase in emissions resulting from an incremental increase in natural gas production and sales.[8] The study found that increases in throughput would, in many cases, produce increases in emissions. However, the average increase in emissions would be proportionally smaller than the increase in system throughput.

The study examined the consequences of increasing gas sales by 5, 15, and 30% under three scenarios: uniform, winter peak, and summer peak load profiles. All segments of the gas industry were examined to determine the percent increase in equipment that would be needed to meet the increased demand. The percent increase in emissions was then estimated based on changes in the current system that would be required to accommodate the increase in gas sales. The GRI/EPA's emission estimate was used to calculate the percent increase in emissions that would result from an incremental increase in natural gas sales for several scenarios examined in the study.

The most realistic scenario assumed that the system would be expanded using the latest technologies, whereas the most conservative scenario assumed that the expanded system mirrors the existing system. Generally, as the system expands, the emission rate for the expansion would be less, as a percent of throughput, than for the base system. Emissions from a system load increase (an increase in consumption of gas) of 30% would emit at only one-third to two-thirds of the base emission rate. For example, if gas production increased by 30% (6 to 7 trillion cubic feet per year), emissions from the system expansion would be between 30 and 70 Bscf. These emissions, when divided by the incremental production, are equivalent to an emission rate between 0.4 and 1.0% of incremental production. This is much lower than the 1.4% of production emitted from the current base system for 1992.

The reason emissions are lower for an incremental increase in gas sales is that the current system has excess capacity and any additional equipment that would have to be installed to meet increased demand would use current and lower emitting technology. A few examples of

8

these technologies are no-bleed pneumatic devices, turbine compressor engines, and plastic pipe instead of steel and cast iron mains.

## 4.3    Emissions and Fuel Switching

The estimate of methane emissions from natural gas operations was used in an analysis to determine if the potential for global warming could be reduced by switching from coal or oil to natural gas. Other than $CO_2$ and methane, emissions of other greenhouse gases from the fuel cycle of fossil fuels are negligible. Methane, however, is a more potent greenhouse gas than $CO_2$. The approach used was to determine the emissions of methane and $CO_2$ for the complete fuel cycle of natural gas, oil, and coal, and to convert the methane emissions to equivalent $CO_2$ using the Global Warming Potential (GWP). Emissions from coal and oil were estimated from other sources.

The GWP is an index that relates the impact of releasing quantities of the various greenhouse gases to the release of an amount of $CO_2$ that would produce the same impact on global warming. Currently, there is a great deal of uncertainty in the time period associated with the GWP of methane. Typical time periods range from 50 to 500 years, which correspond to GWP values of 34 and 6.5, respectively. This means that one pound of methane is equivalent to between 6.5 and 34 pounds of $CO_2$.

Equivalent $CO_2$ emissions from the fuel cycle of natural gas were calculated to be 132 lbs/$10^6$ Btu (60 kg/$10^6$ Btu) for a GWP of 6.5 and 152 lb/$10^6$ Btu (69 kg/$10^6$ Btu) for a GWP of 34. For GWPs of 6.5 to 34, the analysis showed that, compared to natural gas, oil has 1.2 to 1.4 times the impact on global warming and coal has 1.5 to 1.6 times the impact.

## 5.0    CONCLUSIONS

Based on data collected, methane emissions from natural gas operations are estimated to be 314 ± 105 Bscf (6.04 ± 2.01 Tg) for the 1992 baseline year. This is approximately 1.4% ± 0.5% of gross natural gas production. Methane emissions will increase with additional natural gas production, but the average rise in emissions will be lower than for the current system. For a thirty percent increase in gas sales, the increment in emissions would be between 0.4 to 1% of production, compared to 1.4% of production for the baseline system.

Results from this study were used to compare greenhouse gas emissions from the fuel cycle for natural gas, oil, and coal using the GWPs recently published by the IPCC.[3] The analysis showed that natural gas contributes significantly less to global warming per unit of energy than coal or oil, which supports the fuel switching strategy suggested by IPCC and others.

This study, like other efforts in developing emission inventories, had to address the following typical but never-the-less difficult problems:

- Collecting demographic information;
- Developing methods for measuring and calculating emissions;

9

- Extrapolating a limited amount of data to a large, diverse national population; and
- Determining the accuracy of the final estimates.

The most difficult of these is evaluating the accuracy. Accuracy targets were established for each source category that would be needed to achieve the overall accuracy goal of the study. A sampling procedure with checks for bias was then established, data were collected, and the precision of the emission estimate was rigorously calculated for each category, as well as for the national estimate.

During the course of the study, equipment population in the gas industry was collected and new methods were developed for measuring emissions from a variety of sources. Unique methods were developed using tracer gas techniques, and a new "Hi-Flow" instrument was developed that provides a quick, cost-effective method for measuring the leak rate of valves, seals, pneumatic devices, and connectors.

In addition, results from this study are being used by the natural gas industry to reduce operating costs while reducing emissions. Some companies are also participating in the Natural Gas-Star program,[1] a voluntary program sponsored by EPA's Office of Air and Radiation in cooperation with the American Gas Association to implement cost-effective emission reductions and to report reductions to the EPA. Since this program was begun after the 1992 baseline year, any reductions in methane emissions from this program are not reflected in this study's total emissions.

In conclusion, the project reached its accuracy goal and provides an accurate estimate of methane emissions for 1992 gas industry practices. The results can be used to construct U.S. methane inventories and analyze fuel switching strategies.

## 6.0    REFERENCES

1.    U.S. Environmental Protection Agency, Natural Gas STAR: The Second Year, EPA 430-F-96-010, Office of Air and Radiation, Winter 1995/1996.

2.    Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

3.    World Meteorological Organization. *Climate Change 1995 The Science of Climate Change*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, 1996.

4.     U.S. Environmental Protection Agency. *Options for Reducing Methane Emissions Internationally, Volume 1: Technological Options for Reducing Methane Emissions*, Report to Congress, EPA-430-R-93-006, U.S. Environmental Protection Agency, Office of Air and Radiation, Washington, DC, July 1993.

5.     Harrison, M.R., H.J. Williamson, and L.M. Campbell.  Methane *Emissions from the Natural Gas Industry, Volume 3: General Methodology*, Final Report, GRI-94/0257.20 and EPA-600/R-96-080c, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

6.     Lott, R., M. Webb, and T. Howard. "New Techniques Developed for Measuring Fugitive Emissions," *Pipeline and Gas*, pp. 33-38, October 1995.

7.     U.S. Environmental Protection Agency. *Anthropogenic Methane Emissions in the United States: Estimates for 1990.* Report to Congress, EPA-430-R-93-003, U.S. Environmental Protection Agency, Office of Air and Radiation,  Washington, DC, April 1993.

8.     Columbia Gas. *An Engineering Estimate of the Incremental Change in Methane Emissions with Increasing Throughput in a Model Natural Gas System,* Final Report, GRI-94/0257.32, American Gas Association and the Gas Research Institute, March 1993.

**APPENDIX A**

**Conversion Table**

A-1

## Unit Conversion Table

### English to Metric Conversions

| | | |
|---|---|---|
| 1 scf methane | = | 19.23 g methane |
| 1 Bscf methane | = | 0.01923 Tg methane |
| 1 Bscf methane | = | 19,230 metric tonnes methane |
| 1 Bscf | = | 28.32 million standard cubic meters |
| 1 short ton (ton) | = | 907.2 kg |
| 1 lb | = | 0.4536 kg |
| 1 ft³ | = | 0.02832 m³ |
| 1 ft³ | = | 28.32 liters |
| 1 gallon | = | 3.785 liters |
| 1 barrel (bbl) | = | 158.97 liters |
| 1 inch | = | 2.540 cm |
| 1 ft | = | 0.3048 m |
| 1 mile | = | 1.609 km |
| 1 hp | = | 0.7457 kW |
| 1 hp-hr | = | 0.7457 kW-hr |
| 1 Btu | = | 1055 joules |
| 1 MMBtu | = | 293 kW-hr |
| 1 lb/MMBtu | = | 430 g/GJ |
| T (°F) | = | 1.8 T (°C) + 32 |
| 1 psi | = | 51.71 mm Hg |

### Global Warming Conversions

Calculating carbon equivalents of any gas:

$$\text{MMTCE} = (\text{MMT of gas}) \times \left( \frac{\text{MW, carbon}}{\text{MW, gas}} \right) \times (\text{GWP})$$

A-2

Calculating $CO_2$ equivalents for methane:

$$\text{MMT of } CO_2 \text{ equiv.} = (\text{MMT } CH_4) \times \left( \frac{MW, CO_2}{MW, CH_4} \right) \times (GWP)$$

where MW (molecular weight) of $CO_2 = 44$, MW carbon $= 12$, and MW $CH_4 = 16$.

### Notes

| | | |
|---|---|---|
| scf | = | Standard cubic feet.  Standard conditions are at 14.73 psia and 60°F. |
| Bscf | = | Billion standard cubic feet ($10^9$ scf). |
| MMscf | = | Million standard cubic feet. |
| Mscf | = | Thousand standard cubic feet. |
| Tg | = | Teragram ($10^{12}$ g). |
| Giga (G) | = | Same as billion ($10^9$). |
| Metric tonnes | = | 1000 kg. |
| psig | = | Gauge pressure. |
| psia | = | Absolute pressure (note psia = psig + atmospheric pressure). |
| GWP | = | Global Warming Potential of a particular greenhouse gas for a given time period. |
| MMT | = | Million metric tonnes of a gas. |
| MMTCE | = | Million metric tonnes, carbon equivalent. |
| MMT of $CO_2$ eq. | = | Million metric tonnes, carbon dioxide equivalent. |

# GREENHOUSE GAS EMISSIONS REPORTING FROM THE PETROLEUM AND NATURAL GAS INDUSTRY

# BACKGROUND TECHNICAL SUPPORT DOCUMENT

The Environmental Protection Agency (EPA) regulations cited in this technical support document (TSD) contain legally-binding requirements. In several chapters this TSD offers illustrative examples for complying with the minimum requirements indicated by the regulations. This is done to provide information that may be helpful for reporters' implementation efforts. Such recommendations are prefaced by the words "may" or "should" and are to be considered advisory. They are not required elements of the regulations cited in this TSD. Therefore, this document does not substitute for the regulations cited in this TSD, nor is it a regulation itself, so it does not impose legally-binding requirements on EPA or the regulated community. It may not apply to a particular situation based upon the circumstances. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

While EPA has made every effort to ensure the accuracy of the discussion in this document, the obligations of the regulated community are determined by statutes, regulations or other legally binding requirements. In the event of a conflict between the discussion in this document and any statute or regulation, this document would not be controlling.

U.S. ENVIRONMENTAL PROTECTION AGENCY
CLIMATE CHANGE DIVISION
WASHINGTON DC

## TABLE OF CONTENTS

1. Segments in the Petroleum and Natural Gas Industry ........................................................ 4
   a. Petroleum Industry ................................................................................................. 4
   b. Natural Gas Industry ............................................................................................... 5
2. Types of Emissions Sources and GHGs .................................................................... 6
3. GHG Emissions from the Petroleum and Natural Gas Industry ...................................... 7
4. Methodology for Selection of Industry Segments and Emissions Sources Feasible for
   Inclusion in a GHG Reporting Rule........................................................................... 10
   a. Review of Existing Regulations.............................................................................. 11
   b. Review of Existing Programs and Studies.............................................................. 12
   c. Selection of Emissions Sources for Reporting........................................................ 19
      i. Facility Definition Characterization ................................................................. 19
      ii. Selection of Potential Emissions Sources for Reporting.................................... 20
      iii. Address Sources with Large Uncertainties...................................................... 24
      iv. Identify Industry Segments to be Included...................................................... 25
5. Options for Reporting Threshold............................................................................ 27
   a. Threshold Analysis................................................................................................ 28
6. Monitoring Method Options.................................................................................. 33
   a. Review of Existing Relevant Reporting Programs/ Methodologies............................. 33
   b. Potential Monitoring Methods................................................................................ 33
      i. Equipment Leak Detection .............................................................................. 33
      ii. Emissions Measurement ................................................................................ 36
         A. Direct Measurement................................................................................. 36
         B. Engineering Estimation and Emission Factors........................................... 39
         C. Emission Factors...................................................................................... 47
         D. Combination of Direct Measurement and Engineering Estimation................ 47
   c. Leak detection and leaker emission factors .......................................................... 63
   d. Population Count and Emission Factors................................................................. 63
   e. Method 21 ........................................................................................................... 64
   f. Portable VOC Detection Instruments for Leak Measurement................................... 66
   g. Mass Balance for Quantification........................................................................... 66
   h. Gulf Offshore Activity Data System program (GOADS)............................................ 67
   i. Additional Questions Regarding Potential Monitoring Methods................................. 67
      i. Source Level Equipment Leak Detection Threshold........................................... 67
      ii. Duration of Equipment Leaks......................................................................... 69
      iii. Equipment Leak and Vented Emissions at Different Operational Modes............. 69
      iv. Natural Gas Composition............................................................................... 70
      v. Physical Access for Leak Measurement .......................................................... 71
7. Procedures for Estimating Missing Data ................................................................ 71
   a. Emissions Measurement Data............................................................................... 72
   b. Engineering Estimation Data................................................................................. 72
   c. Emissions Estimation Data for Storage Tanks and Flares........................................ 72
   d. Emissions Estimation Data Using Emissions Factors.............................................. 73
8. QA/QC Requirements........................................................................................... 73

a. Equipment Maintenance.................................................................................. 73
b. Data Management ......................................................................................... 73
c. Calculation checks ....................................................................................... 74
9. Reporting Procedure ........................................................................................ 75
10. Verification of Reported Emissions.................................................................. 75
Appendix A: Segregation of Emissions Sources using the Decision Process ....................... 76
Appendix B: Development of revised estimates for four U.G. GHG Inventory emissions
    sources............................................................................................................ 84
Appendix C: Development of threshold analysis .................................................... 92
Appendix D: Analysis of potential facility definitions for onshore petroleum and natural gas
    production ...................................................................................................... 106
Appendix E: Development of multipliers to scale emissions or miscellaneous sources
    connected to storage tanks ................................................................................ 110
Appendix F: Development of leaker emission Factors........................................................ 113
Appendix G: Development of population emission factors.................................................. 123
Appendix H: Glossary......................................................................................... 134
Appendix I: References........................................................................................ 141

## 1. Segments in the Petroleum and Natural Gas Industry

The U.S. petroleum and natural gas industry encompasses the production of raw gas and crude oil from wells to the delivery of processed gas and petroleum products to consumers. These segments use energy and emit greenhouse gases (GHG). It is convenient to view the industry in the following discrete segments:

- Petroleum Industry – petroleum production, petroleum transportation, petroleum refining, petroleum storage terminals, and
- Natural Gas Industry –natural gas production, natural gas gathering and boosting (natural gas gathering and boosting are not included in this rulemaking), natural gas processing, natural gas transmission and underground storage, liquefied natural gas (LNG) import and export terminals, and natural gas distribution.

Each industry segment uses common processes and equipment in its facilities, most of which emit GHG. Each of these industry segments is described in further detail below.

## a. Petroleum Industry

***Petroleum Production.*** Petroleum or crude oil is produced from underground geologic formations. In some cases, natural gas is also produced from oil production wells; this gas is called associated natural gas. Production may require pumps or compressors for the injection of liquids or gas into the well to maintain production pressure. The produced crude oil is typically separated from water and gas, injected with chemicals, heated, and temporarily stored. GHG emissions from crude oil production result from combustion-related activities, and equipment leaks and vented emissions. Equipment counts and GHG-emitting practices are related to the number of producing crude oil wells and their production rates.

As petroleum production matures in a field, the natural reservoir pressure is not sufficient to bring the petroleum to the surface. In such cases, enhanced oil recovery (EOR) techniques are used to extract oil that otherwise can not be produced using only reservoir pressure. In the United States, there are three predominant types of EOR operations currently used; thermal EOR, gas injection EOR, and chemical injection EOR. Thermal EOR is carried out by injecting steam into the reservoir to reduce the viscosity of heavy petroleum to allow the flow of the petroleum in the reservoir and up the production well. Gas injection EOR involves injecting of gases, such as natural gas, nitrogen, or carbon dioxide ($CO_2$), to decrease the viscosity of the petroleum and push it towards and up the producing well. Chemical injection EOR is carried out by injecting surfactants or polymers to improve the flow of petroleum and/or enhance a water flood in the reservoir. Emissions sources from EOR operations are similar to those in conventional petroleum production fields. However, additional emissions occur when $CO_2$ is used for recovery. This specific EOR operation requires pumps to inject supercritical $CO_2$ into the reservoir while compressors maintain the recycled $CO_2$'s supercritical state. Venting from these two emissions sources is a major source of emissions.

*Petroleum Transportation*.   The crude oil stored at production sites is either pumped into crude oil transportation pipelines or loaded onto tankers and/or rail freight.  Along the supply chain crude oil may be stored several times in tanks.  These operational practices and storage tanks release mainly process GHG emissions.  Emissions are related to the amount of crude oil transported and the transportation mode.

*Petroleum Refining*   Crude oil is delivered to refineries where it is temporarily stored before being fractionated by distillation and treated.  The fractions are reformed or cracked and then blended into consumer petroleum products such as gasoline, diesel, aviation fuel, kerosene, fuel oil, and asphalt.  These processes are energy intensive.  Equipment counts and GHG gas emitting practices are related to the number and complexity of refineries.  Subpart Y of the GHG reporting rule (40 CFR Part 98) published in the Federal Register on October 30, 2009, addresses refineries and hence is not discussed further in this document.

Petroleum products are then transported via trucks, rail cars, and barges across the supply chain network to terminals and finally to end users.

## b. Natural Gas Industry

*Natural Gas Production*        In natural gas production, wells are used to withdraw raw gas from underground formations.  Wells must be drilled to access the underground formations, and often require natural gas well completion procedures or other practices that vent gas from the well depending on the underground formation.  The produced raw gas commonly requires treatment in the form of separation of gas/liquids, heating, chemical injection, and dehydration before being compressed and injected into gathering lines.  Combustion emissions, equipment leaks, and vented emissions arise from the wells themselves, gathering pipelines, and all well-site natural gas treatment processes and related equipment and control devices.  Determining emissions, equipment counts, and frequency of GHG emitting practices is related to the number of producing wellheads and the amount of produced natural gas.  Further details are provided on the individual sources of GHG emissions in Appendix A.

*Natural Gas Processing* In the processing facility, natural gas liquids and various other constituents from the raw gas are separated, resulting in "pipeline quality" gas that is compressed and injected into the transmission pipelines.  These separation processes include acid gas removal, dehydration, and fractionation.   Most equipment and practices have associated GHG equipment leaks, energy consumption-related combustion GHG emissions, and/or process control related GHG vented emissions.  Equipment counts and frequency of GHG emitting practices are related to the number and size of gas processing facilities.  Further details are provided on the individual sources of GHG emissions in Appendix A.

*Natural Gas Transmission and Storage*        Natural gas transmission involves high pressure, large diameter pipelines that transport natural gas from petroleum and natural gas production sites and natural gas processing facilities to natural gas distribution pipelines or large volume customers such as power plants or chemical plants.  Compressor station facilities containing

large reciprocating and / or centrifugal compressors, move the gas throughout the U.S. transmission pipeline system.  Equipment counts and frequency of GHG emitting practices are related to the number and size of compressor stations and the length of transmission pipelines.

Natural gas is also injected and stored in underground formations, or stored as LNG in above ground storage tanks during periods of low demand (e.g., spring or fall), and then withdrawn, processed, and distributed during periods of high demand (e.g., winter and summer). Compressors, pumps, and dehydrators are the primary contributors to emissions from these underground and LNG storage facilities.  Equipment counts and GHG emitting practices are related to the number of storage stations.

Imported and exported LNG also requires transportation and storage.  These processes are similar to LNG storage and require compression and cooling processes.  GHG emissions in this segment are related to the number of LNG import and export terminals and LNG storage facilities.  Further details are provided on the individual sources of GHG emissions for all of transmission and storage in Appendix A.

***Natural Gas Distribution***        Natural gas distribution pipelines take high-pressure gas from the transmission pipelines at "city gate" stations, reduce and regulate the pressure, and distribute the gas through primarily underground mains and service lines to individual end users.  There are also underground regulating vaults between distribution mains and service lines.  GHG emissions from distribution systems are related to the pipelines, regulating stations and vaults, and customer/residential meters.  Equipment counts and GHG emitting practices can be related to the number of regulating stations and the length of pipelines. Further details are provided on the individual sources of GHG emissions in Appendix A.


## 2.  Types of Emissions Sources and GHGs

The three main GHGs that are relevant to the petroleum and natural gas industry are methane ($CH_4$), carbon dioxide $CO_2$, and nitrous oxide ($N_2O$).  All three gases were taken into account when developing the threshold analysis.

Emissions from sources in the petroleum and gas industry can be classified into one of two types:

Combustion-related emissions

Combustion-related emissions result from the use of petroleum-derived fuels and natural gas as fuel in equipment (e.g., heaters, engines, furnaces, etc.) in the petroleum and gas industry.  $CO_2$ is the predominant combustion-related emission; however, because combustion equipment is less than 100 percent efficient, $CH_4$ and other unburned hydrocarbons are emitted. $N_2O$ results from both fuel-bound nitrogen and nitrogen from atmospheric air. For methodologies to quantify GHG emissions from combustion, please refer to Subpart C of the GHG reporting rule

(40 CFR Part 98), except for GHG emissions from flaring, onshore production stationary and portable combustion GHG emissions, and combustion emissions from stationary equipment involved in natural gas distribution. For methodologies to quantify combustion emissions from flaring, onshore production stationary and portable equipment, and combustion emissions from stationary equipment involved in natural gas distribution, please refer to Subpart W.

Equipment leaks and vented emissions

The Intergovernmental Panel on Climate Change (IPCC) and the Inventory of U.S. GHG Emissions and Sinks[1] (henceforth referred to as the U.S. GHG Inventory) define fugitive emissions to be both intentional and unintentional emissions from systems that extract, process, and deliver fossil fuels. Intentional emissions are emissions designed into the equipment or system. For example, reciprocating compressor rod packing has a certain level of emissions by design, e.g., there is a clearance provided between the packing and the compressor rod for free movement of the rod that results in emissions. Also, by design, vent stacks in petroleum and natural gas production, natural gas processing, and petroleum refining facilities release natural gas to the atmosphere. Unintentional emissions result from wear and tear or damage to the equipment. For example, valves result in emissions due to wear and tear from continuous use over a period of time. Also, pipelines damaged during maintenance operations or corrosion result in unintentional emissions.

IPCC's definition is not intuitive since fugitive in itself means unintentional. Therefore, this document henceforth distinguishes between fugitive emissions (referred to as equipment leaks in the final subpart W) and vented emissions.

**Equipment leaks** are those emissions which could not reasonably pass through a stack, chimney, vent, or other functionally-equivalent opening.

**Vented emissions** are intentional or designed releases of $CH_4$ or $CO_2$ containing natural gas or hydrocarbon gas (not including stationary combustion flue gas), including process designed flow to the atmosphere through seals or vent pipes, equipment blowdown for maintenance, and direct venting of gas used to power equipment (such as pneumatic devices).

## 3. GHG Emissions from the Petroleum and Natural Gas Industry

The U.S. GHG Inventory provides estimates of equipment leaks and vented $CH_4$ and $CO_2$ emissions from all segments of the petroleum and natural gas industry. These estimates are based mostly on emissions factors available from two major studies conducted by EPA/Gas

---

[1] U.S. Environmental Protection Agency, Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006, (April 2008), USEPA #430-R-08-005

Research Institute (EPA/GRI)[2] for the natural gas segment and EPA/Radian[3] for the petroleum segment. These studies were conducted in the early and late 1990s respectively.

**Petroleum Segment**

According to the 2006 U.S. GHG Inventory, EPA estimates that crude oil production operations accounted for over 97 percent of total $CH_4$ emissions from the petroleum industry. Crude oil transportation activities accounted for less than one half of a percent of total $CH_4$ emissions from the oil industry. Crude oil refining processes accounted for slightly over two percent of total $CH_4$ emissions from the petroleum industry because most of the $CH_4$ in crude oil is removed or escapes before the crude oil is delivered to the petroleum refineries. The 2006 U.S. GHG Inventory for Petroleum Systems currently estimates $CO_2$ emissions from only crude oil production operations. Research is underway to include other larger sources of $CO_2$ emissions in future inventories.

**Natural Gas Segment**

Emissions from natural gas production accounted for approximately 66 percent of $CH_4$ emissions and about 25 percent of non-energy $CO_2$ emissions from the natural gas industry in 2006. Processing facilities accounted for about 6 percent of $CH_4$ emissions and approximately 74 percent of non-energy $CO_2$ emissions from the natural gas industry. $CH_4$ emissions from the natural gas transmission and storage segment accounted for approximately 17 percent of emissions, while $CO_2$ emissions from natural gas transmission and storage accounted for less than one percent of the non-energy $CO_2$ emissions from the natural gas industry. Natural gas distribution segment emissions, which account for approximately 10 percent of $CH_4$ emissions from natural gas systems and less than one percent of non-energy $CO_2$ emissions, result mainly from equipment leaks from gate stations and pipelines.

**Updates to Certain Emissions Sources**

The EPA/GRI study used the best available data and somewhat restricted knowledge of industry practices at the time to provide estimates of emissions from each source in the various segments of the natural gas industry. In addition, this study was conducted at a time when $CH_4$ emissions were not a significant concern in the discussion about GHG emissions. Over the years, new data and increased knowledge of industry operations and practices have highlighted the fact that emissions estimates from the EPA/GRI study are outdated and potentially understated for some emissions sources. The following emissions sources are believed to be significantly underestimated in the U.S. GHG Inventory: well venting for liquids unloading; gas well venting during well completions; gas well venting during well workovers; crude oil and condensate storage tanks; centrifugal compressor wet seal degassing venting; scrubber dump valves; onshore combustion; and flaring.

---

[2] EPA/GRI (1996) *Methane Emissions from the Natural Gas Industry*. Prepared by Harrison, M., T. Shires, J. Wessels, and R. Cowgill, eds., Radian International LLC for National Risk Management Research Laboratory, Air Pollution Prevention and Control Division, Research Triangle Park, NC. EPA-600/R-96-080a.
[3] EPA (1996) *Methane Emissions from the U.S. Petroleum Industry (Draft)*. Prepared by Radian. U.S. Environmental Protection Agency. June 1996.

The understatement of emissions in the U.S. GHG Inventory were revised using publicly available information for all sources and included in the analysis, except crude oil and condensate storage tanks and flares, and scrubber dump valves.[4]  The revised estimates for storage tanks are available in "Analysis of Tank Emissions", found in the EPA-HQ-OAR-2009-0923-0002 docket, but the revised emissions have not been included in this analysis (See Appendix C for further details). For further discussion on the inclusion of scrubber dump valves in this rulemaking please see the analysis "Scrubber Dump Valves" in EPA-HQ-OAR-2009-0923 docket. EPA has limited publicly available information to accurately revise estimates on a national level for flaring and scrubber dump valves.  For onshore combustion emissions, EPA used emissions estimates from the GHG inventory which are based on EIA data which EPA believes to be underestimated. Refer to section 4(c)(iii) of the TSD for further details.  This is explained further below. Appendix B provides a detailed discussion on how new estimates were developed for each of the four underestimated sources.  Table 1 provides a comparison of emissions factors as available from the EPA/GRI study and as revised in this document.  Table 2 provides a comparison of emissions from each segment of the natural gas industry as available in the U.S. GHG Inventory and as calculated based on the revised estimates for the four underestimated sources.

**Table 1: Comparison of Emissions Factors from Four Updated Emissions Sources**

| Emissions Source Name | EPA/GRI Emissions Factor | Revised Emissions Factor | Units |
|---|---|---|---|
| 1) Well venting for liquids unloading | 1.02 | 11 | $CH_4$ – metric tons/year-well |
| 2) Gas well venting during completions | | | |
| *Conventional  well completions* | 0.02 | 0.71 | $CH_4$ – metric tons/year-completion |
| *Unconventional well completions* | 0.02 | 177 | $CH_4$ – metric tons/year-completion |
| 3) Gas well venting during well workovers | | | |
| *Conventional well workovers* | 0.05 | 0.05 | $CH_4$ – metric tons/year-workover |
| *Unconventional well workovers* | 0.05 | 177 | $CH_4$ – metric tons/year-workover |
| 4) Centrifugal compressor wet seal degassing venting | 0 | 233 | $CH_4$ – metric tons/year-compressor |

1. Conversion factor: 0.01926 metric tons = 1 Mcf

---

[4] EPA did consider the data available from two new studies, TCEQ (2009) and TERC (2009). However, it was found that the data available from the two studies raise several questions regarding the magnitude of emissions from tanks and hence were not found appropriate for any further analysis until the issues are satisfactorily understood and/or resolved by the authors and covered parties.

**Table 2: Comparison of Process Emissions from each Segment of the Natural Gas and Petroleum Industries**

| Segment Name | U.S. GHG Inventory[1] Estimate for Year 2006 (MMTCO$_2$e) | Revised Estimate for Year 2006 (MMTCO$_2$e) |
|---|---|---|
| Production[2] | 90.2 | 198.0 |
| Processing | 35.9 | 39.5 |
| Transmission and Storage | 48.4 | 52.6 |
| Distribution | 27.3 | 27.3 |

1. U.S. EPA (2008) *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006.*

2. *Production includes equipment leaks and vented emissions from both the natural gas and petroleum sectors' onshore and offshore facilities.*

After revising the U.S. GHG Inventory emissions estimates for the sources listed in Table 1, total equipment leak and vented CH$_4$ and CO$_2$ emissions from the petroleum and natural gas industry were 317 million metric tons of CO$_2$ equivalent (MMTCO$_2$e) in 2006. Of this total, the natural gas industry emitted 261 MMTCO$_2$e of CH$_4$ and 28.50 MMTCO$_2$e of CO$_2$ in 2006. Total CH$_4$ and CO$_2$ emissions from the petroleum industry in 2006 were 27.74 MMTCO$_2$e and 0.29 MMTCO$_2$e respectively.

## 4.  Methodology for Selection of Industry Segments and Emissions Sources Feasible for Inclusion in a GHG Reporting Rule

It is important to develop criteria to help identify GHG emissions sources in the petroleum and natural gas industry most likely to be of interest to policymakers. To identify sources for inclusion in a GHG reporting rule, two preliminary steps were taken; 1) review existing regulations to identify emissions sources already being regulated, and 2) review existing programs and guidance documents to identify a comprehensive list of emissions sources for potential inclusion in the proposed rule.

The first step in determining emissions sources to be included in a GHG reporting rule was to review existing regulations that the industry is subject to. Reviewing existing reporting requirements highlighted those sources that are currently subject to regulation for other pollutants and may be good candidates for addressing GHG emissions. The second step was to establish a comprehensive list of emissions sources from the various existing programs and guidance documents on GHG emissions reporting. This provided an exhaustive list of emissions sources for the purposes of this analysis and avoided the exclusion of any emissions sources already being monitored for reporting under other program(s). Both of these steps are described below.

## a. Review of Existing Regulations

The first step was to understand existing regulations and consider adapting elements of the existing regulations to a reporting rule for GHG emissions. When the Mandatory Reporting Rule development process began, there were three emissions reporting regulations and six emissions reduction regulations in place for the petroleum and natural gas industry, including one voluntary reporting program included in the Code of Federal Regulations. This table also includes EPA's final GHG reporting rule, which requires certain petroleum and gas facilities to report their combustion-related emissions. Table 3 provides a summary of each of these nine reporting and reduction regulations.

**Table 3: Summary of Regulations Related to the Petroleum and Natural Gas Industry**

| Regulation | Type | Point/ Area/ Major/ Mobile Source | Gases Covered | Segment and Sources |
|---|---|---|---|---|
| EPA 40 CFR Part 98 Final Rule: Mandatory Reporting of Greenhouse Gases | Mandatory Emissions Reporting | Point, Area, Biogenic | $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, , $SF_6$, $NF_3$, and HFE | Annual reporting of GHG emissions from direct emitters (including petroleum and natural gas systems) and suppliers of industrial GHGs in the United States. |
| EPA 40 CFR Part 51 – Consolidated Emissions Reporting | Emissions Reporting | Point, Area, Mobile, | VOCs, NOx, CO, $NH_3$, $PM_{10}$, $PM_{2.5}$ | All segments of the petroleum and natural gas industry |
| DOE 10 CFR Part 300 – Voluntary GHG Reporting | Voluntary GHG Reporting | Point, Area, Mobile | $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, , $SF_6$, and CFCs | All segments of the petroleum and natural gas industry |
| EPA 40 CFR Part 60, Subpart KKK | NSPS[2] | Point | VOCs | Onshore processing plants; sources include compressor stations, dehydration units, sweetening units, underground storage tanks, field gas gathering systems, or liquefied natural gas units located in the plant |
| EPA 40 CFR Part 60, Subpart LLL | NSPS[2] | Point | $SO_2$ | Onshore processing plants; Sweetening units, and sweetening units followed by a sulfur recovery unit |
| EPA 40 CFR Part 63, NESHAP[1] Subpart HHH | MACT[3] | Point (Glycol dehydrators, natural gas transmission and storage facilities) | HAPs | Glycol dehydrators |

| EPA 40 CFR Part 63, NESHAP[1], Subpart HH | MACT[3] | Major and Area (petroleum and natural gas production, up to and including processing plants) | HAPs | Point Source - Glycol dehydrators and tanks in petroleum and natural gas production; equipment leaks at gas processing plants Area Source - Triethylene glycol (TEG) dehydrators in petroleum and natural gas production |
| EPA 40 CFR Part 63, NESHAP[1], –Subpart YYYY | MACT[3] | Major and Area (Stationary Combustion Turbine) | HAPs | All segments of the petroleum and natural gas industry |
| EPA 40 CFR Part 63, NESHAP[1], Subpart ZZZZ | MACT[3] | Major and Area (Reciprocating Internal Combustion Engines) | HAPs | All segments of the petroleum and natural gas industry |
| Notes: [1]National Emission Standards for Hazardous Air Pollutants [2]New Source Performance Standard [3]Maximum Allowable Control Technology | | | | |

Table 3, indicates that only DOE 10 CFR Part 300 includes the monitoring or reporting of $CH_4$ emissions from the petroleum and natural gas industry. However, this program is a voluntary reporting program and is not expected to have a comprehensive coverage of $CH_4$ emissions. Although some of the sources included in the other regulations lead to $CH_4$ emissions, these emissions are not reported. The MACT regulated sources are subject to Part 70 permits which require the reporting of all major HAP emission sources, but not GHGs. GHG emissions from petroleum and natural gas operations are not systematically monitored and reported; therefore these regulations and programs cannot serve as the foundation for a GHG emissions reporting rule.

## b. Review of Existing Programs and Studies

The second step was to review existing monitoring and reporting programs to identify all emissions sources that are already monitored under these programs. When the Mandatory Reporting Rule development process began, six reporting programs and six guidance documents were reviewed. Table 4 summarizes this review, highlighting monitoring points identified by the programs and guidance documents.

Table 4 shows that the different monitoring programs and guidance documents reflect the points of monitoring identified in the U.S. GHG Inventory, which are consistent with the range of sources covered in the 2006 IPCC Guidelines. Therefore, the U.S. GHG Inventory was used to provide the initial list of emissions sources for determining the emissions sources that can be potentially included in the rule.

The preliminary review provided a potential list of sources, but did not yield any definitive indication on the emissions sources that were most suitable for potential inclusion in a reporting program. A systematic assessment of emissions sources in the petroleum and

natural gas industry was then undertaken to identify the specific emissions sources (e.g., equipment or component) for inclusion in a GHG reporting rule.

**Table 4: Summary of Program and Guidance Documents on GHG Emissions Monitoring and Reporting**

| Reporting Program/Guidance | Source Category (or Fuel) | Coverage (Gases or Fuels) | Points of Monitoring | Monitoring Methods and/or GHG Calculation Methods* |
|---|---|---|---|---|
| 2006 IPCC Guidelines for National GHG Inventory, Volume 2, Chapter 4 | Petroleum and Gas – all segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | Oil and natural gas systems fugitive equipment leaks, evaporation losses, venting, flaring, and accidental releases; and all other fugitive emissions at oil and natural gas production, transportation, processing, refining, and distribution facilities from equipment leaks, storage losses, pipeline breaks, well blowouts, land farms, gas migration to the surface around the outside of wellhead casing, surface casing vent bows, biogenic gas formation from tailings ponds and any other gas or vapor releases not specifically accounted for as venting or flaring | Accounting/ reporting methodologies and guidelines<br><br>Companies choose a base year for which verifiable emissions data are available. The base year emissions are used as an historic control against which the company's emissions are tracked over time. This ensures data consistency over time. Direct measurement of GHG emissions by monitoring concentration and flow rate can also be conducted. IPCC methodologies are broken down into the following categories:<br>- Tier I calculation-based methodologies for estimating emissions involve the calculation of emissions based on activity data and default industry segment emission factors<br>- Tier II calculation-based methodologies for estimating emissions involve the calculation of emissions based on activity data and country-specific industry segment emission factors or by performing a mass balance using country-specific oil and/or gas production information<br>Tier III calculation-based methodologies for estimating emissions involve "rigorous bottom-up assessment by primary type of source (e.g. evaporation losses, equipment leaks) at the individual facility level with appropriate accounting of contributions from temporary and minor field or well-site installations. The calculation of emissions is based on activity data and facility-specific emission factors |
| AGA - Greenhouse Gas Emissions Estimation Methodologies, Procedures, and Guidelines | Gas – Distribution | $CH_4$, non-combustion $CO_2$ and other GHG gases | Segment-level counts, equipment discharges (i.e. valves, open-ended lines, vent stacks), and segment | Equipment or segment emissions rates and engineering calculations<br><br>Tier I, II (IPCC) - facility level emissions rates |

| | | | | |
|---|---|---|---|---|
| for the Natural Gas Distribution Sector | | | capacities, facility counts and capacities | Tier III (IPCC) - equipment emissions rates for intentional emissions, process level emissions rates, and process/equipment level emissions rate |
| API - Compendium of GHG Emissions Estimation Methodologies for the Oil and Gas Industry | Gas and Petroleum – all segments | $CH_4$, non-combustion $CO_2$ | Equipment discharges (e.g. valves, open-ended lines, vent stacks), vent stacks for equipment types, tank PRV/vents, and facility input | Equipment or segment emissions rates and engineering calculations

Tier II (IPCC) - facility level emissions rates
Tier III (IPCC) - equipment emissions rates for intentional emissions, process level emissions rates, tank level emissions rates, and process/equipment level emissions rate (BY SEGMENT) |
| California Climate Action Registry General Reporting Protocol, March 2007 | All legal entities (e.g. corporations, institutions, and organizations) registered in California, including petroleum and gas – all segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in indirect and direct emission of GHG gases for the entity | Provides references for use in making fugitive calculations

The CCAR does not specify methodology to calculate fugitive emissions |
| California Mandatory GHG Reporting Program | Petroleum – Refineries | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in $CH_4$ and $CO_2$ fugitive emissions for petroleum refineries | Continuous monitoring methodologies and equipment or process emissions rates

$CO_2$ process emissions can be determined by continuous emissions monitoring systems. Methods for calculating fugitive emissions and emissions from flares and other control devices are also available |
| DOE Voluntary Reporting of Greenhouse Gases Program (1605(b)) | Petroleum and Gas- All Segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in direct and indirect emissions of GHG gases for the corporation or organization | Direct, site-specific measurements of emissions or all mass balance factors

Mass-balance approach, using measured activity data and emission factors that are publicly documented and widely reviewed and adopted by a public agency, a standards-setting organization or an industry group

Mass-balance approach, using measured activity data and other emission factors |

| | | | | Mass balance approach using estimated activity data and default emissions factors. |
|---|---|---|---|---|
| EU ETS 1st and 2nd Reporting Period | Petroleum – Refining | Non-combustion $CO_2$ | Hydrogen production | Engineering calculations<br><br>Operators may calculate emissions using a mass-balance approach |
| INGAA - GHG Emissions Estimation Guidelines for Natural Gas Transmission and Storage, Volume 1 | Gas - Transmission/Storage | $CH_4$, non-combustion $CO_2$ | Segment-level counts, equipment discharges (i.e. valves, open-ended lines, vent stacks), and segment capacities, facility counts and capacities | Equipment or segment emissions rates<br><br>Tier I (IPCC)- segment level emissions rates from intentional and unintentional releases<br>Tier II - equipment level emissions rates for intentional releases<br>Tier II (IPCC) – facility and equipment level emissions rates for unintentional leaks<br>Engineering calculation methodologies for:<br>   - Pig traps<br>   - Overhauls<br>   - Flaring |
| IPIECA - Petroleum Industry Guidelines for Reporting GHG Emissions | Petroleum and Gas – all segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | Refers to API Compendium points of monitoring: Equipment discharges (e.g. valves, open-ended lines, vent stacks), vent stacks for equipment types, tank PRV/vents, and facility input | Tiers I, II, and III (IPCC) definitions and reporting methods for all fugitive and vented GHG emissions in the oil and gas industry |
| New Mexico GHG Mandatory Emissions Inventory | Petroleum refineries | $CO_2$ reporting starts 2008 , $CH_4$ reporting starts 2010 | Equipment discharges (e.g. valves, pump seals, connectors, and flanges) | -   2009 reporting procedures will be made available in 10/2008 |

| The Climate Registry (General Reporting Protocol for the Voluntary Reporting Program), 2007 | All legal entities (e.g. corporations, institutions, and organizations) including petroleum and gas – all segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in emission of GHG gases for the entity | Continuous monitoring methodologies and equipment or process emissions rates<br><br>Measurement-based methodology monitor gas flow (continuous, flow meter) and test methane concentration in the flue gas. Calculation-based methodologies involve the calculation of emissions based on activity data and emission factors |
|---|---|---|---|---|
| Western Regional Air Partnership (WRAP) | Petroleum and Gas – all segments | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in emission of GHG gases for the entity | Provides quantification methods for all sources from all sectors of the petroleum and gas industry considered in the rule.  Quantification methods are typically engineering equation; however, parameters for the equations in several cases require measurement of flow rates, such as from well venting |
| World Resources Institute/ World Business Council for Sustainable Development GHG Protocol Corporate Standard, Revised Edition 2003 | Organizations with operations that result in GHG (GHG) emissions e.g. corporations (primarily), universities, NGOs, and government agencies. This includes the oil and gas industry | $CH_4$, non-combustion $CO_2$ and other GHG gases | All activities resulting in direct and indirect emission of GHG gases for the corporation or organization | Provides continuous monitoring methodologies and equipment or process emissions rates<br><br>Companies need to choose a base year for which verifiable emissions data are available and specify their reasons for choosing the year. "The base year emissions are used as an historic datum against which the company's emissions are tracked over time. Emissions in the base year should be recalculated to reflect a change in the structure of the company, or to reflect a change in the accounting methodology used. This ensures data consistency over time." Direct measurement of GHG emissions by monitoring concentration and flow rate can be conducted. Calculation-based methodologies for estimating emissions involve the calculation of emissions based on activity data and emission factors |

*i. EPA 2007 Cooperative Agreement with University of Texas (UT) Austin to Update GRI/ EPA Study Estimated Emission Factors*

In the past decade, there has been growing interest in better understanding $CH_4$ emissions sources from the petroleum and natural gas industry.  As mentioned above, the seminal study, upon which much of the current knowledge on $CH_4$ emission factors is based, is *Methane Emissions from the Natural Gas Industry (GRI/EPA 1996)*. In the United States, the GRI/EPA Study serves as the basis for most $CH_4$ estimates from natural gas systems in EPA's *Inventory of U.S. GHG Emissions and Sinks*, EPA's Natural Gas STAR Program, Methane to Markets International Program, State Inventories, the American Petroleum Institute (API) Compendium, a transmission and distribution protocol by the Interstate Natural Gas Association of America (INGAA), as well as all of the organizations that reference these documents and programs in their individual work. The GRI/EPA Study was also evaluated for its relevance for a separate effort to develop a transmission and distribution GHG accounting protocol by the California Climate Action Registry. Internationally, the GRI/EPA Study is the source for many of the emission factors included in the Intergovernmental Panel on Climate Change Guidelines for National Greenhouse Gas Inventories.

Although the GRI/EPA Study has been the cornerstone for estimating $CH_4$ emissions from the natural gas industry to date, the data on which the study is based are now over a decade and a half old and in some cases (e.g., wells, compressors), not always reflective of current conditions in the United States. In recognition of the fact that existing methane emission factors were becoming quickly outdated, in 2007 EPA funded a 4-year cooperative agreement with UT Austin to support research and, as appropriate, measurement studies to update selected $CH_4$ emission factors from the 1996 GRI study. The cooperative agreement identified a small set of 11 priority sources in different industry segments on which to focus emission factor development. With the limited budget available, as of mid-2010, the project has begun work on updating emission factors for reciprocating and centrifugal compressors only. Specifically, the project team has initiated preliminary measurement studies at compressor stations at natural gas transmission and storage facilities owned by two companies. Now approaching its final year, the project team is currently evaluating the most efficient use of the remaining resources; specifically whether to undertake additional measurements on transmission and storage facilities to gain the most robust data set possible, or to use remaining funds on another source of emissions in the production, processing, transmission, or distribution segments.

The UT Austin cooperative agreement was initiated to develop representative national emission factors- it was not designed, like the GHG reporting rule, to comprehensively collect actual GHG emissions data to support a range of future climate policies. To meet the goals of the reporting rule, for larger sources, such as compressors, it is critical that EPA collect actual emissions data in order to understand trends and also connect emissions to specific equipment and types of operations.  For example, if there is a trend regarding the maintenance of rod packing over time, this information would not be obtained through a static data set based on national compressor-level emission factors. .

Further, the limited budget available for the UT Austin study will not allow for emissions information from a large number of sources; the GHG reporting rule will be collecting comprehensive actual emissions data and other relevant information from major sources across the United States petroleum and natural gas industry for all U.S. facilities over 25,000 mtCO2e. In addition, the GHG reporting rule will collect applicable information (e.g., equipment component counts and operational data) needed to verify the reported GHG data and support future climate policy analysis.

## c. Selection of Emissions Sources for Reporting

When identifying emissions sources for inclusion in a GHG reporting rule, two questions need addressing. The first is defining a facility. In other words, what physically constitutes a facility? The second is determining which sources of emissions should a facility report? Including or excluding sources from a GHG reporting rule without knowing the definition of a facility is difficult. Therefore, both the facility definition and emissions source inclusion (or exclusion) were reviewed to arrive at a conclusion.

### i. Facility Definition Characterization

Typically, the various regulations under the Clean Air Act (CAA) define a facility as a group of emissions sources all located in a contiguous area and under the common control of the same person (or persons). This definition can be easily applied to offshore petroleum and natural production, onshore natural gas processing, onshore natural gas transmission compression, underground natural gas storage, and LNG import and export equipment since the operations are all located in a clearly defined boundary. However, as discussed further below, this definition does not as directly lend itself to all industry segments, such as onshore petroleum and natural gas production, natural gas distribution, and petroleum transportation sectors.

Onshore petroleum and natural gas production operations can be very diverse in arrangement. Sometimes crude oil and natural gas producing wellheads are far apart with individual equipment at each wellhead. Alternatively, several wells in close proximity may be connected to common pieces of equipment. Whether wells are connected to common equipment or individual equipment depends on factors such as distance between wells, production rate, and ownership and royalty payment. New well drilling techniques such as horizontal and directional drilling allow for multiple wellheads to be located at a single location (or pad) from where they are drilled to connect to different zones in the same reservoir. Therefore, the conventional facility definition of a "contiguous area" under a common owner/ operator cannot be easily applied to the onshore petroleum and natural gas production industry segment. Refer to Section 4(c)(iv) in the TSD for a more detailed discussion of the facility definition for onshore petroleum and natural gas production.

An alternative to a physical facility definition is the use of a corporate level reporter definition. In such a case the corporation that owns or operates petroleum and natural gas production operations could be required to report. Here the threshold for reporting could require that an individual corporation sum up GHG emissions from all the fields it is

operating in and determine if its total emissions surpass the threshold. See Appendix D for further discussion of this issue.

In the natural gas distribution segment the meters and regulators in the distribution segment are primarily located at small stations or underground vaults distributed over large urban or suburban regions. Individually defining each station or vault as a facility is impractical owing to the size and expected magnitude of emissions from single stations. However, a logical grouping of distribution equipment exists at the regulated local distribution company level. The precedent for reporting at this type of facility already exists under the Pipeline and Hazardous Materials Safety Administration (PHMSA) requirements under CFR Title 49 Section 191.11. Refer to Section 4(c)(iv) of the TSD for a more detailed discussion of the definition for natural gas distribution. As explained in the Response to Comments, the PHMSA regulations primarily relate to pipeline safety provisions, and are unrelated to information EPA seeks to collect under this rule.

## ii. Selection of Potential Emissions Sources for Reporting

Given that there are over 100 emissions sources[1] in the petroleum and natural gas industry, it is important to target sources which contribute significantly to the total national emissions for the industry. This avoids an excessive reporting burden on the industry, but at the same time enables maximum coverage for emissions reporting. The selection of emissions sources for potential inclusion in the proposed rulemaking was conducted in three steps.

**Step 1: Characterize Emissions Sources**
The U.S. GHG Inventory was used as the complete list of sources under consideration for inclusion in a reporting rule. The U.S. GHG Inventory was also used to provide all relevant emissions source characteristics such as type, number of sources across industry segments, geographic location, emissions per unit of output, total national emissions from each emissions source, and frequency of emissions. Also, information included in the U.S. GHG Inventory and the Natural Gas STAR Program technical studies were used to identify the different monitoring methods that are considered the best for each emissions source. If there are several monitoring methods for the same source, with equivalent capabilities, then the one with lower economic burden was considered in the analysis.

**Step 2: Identify Selection Criteria and Develop Decision Tree for Selection**
There are several factors that impact the decision on whether an emissions source should be included for reporting. A discussion of the factors follows below.

- *Significant Contribution to U.S. GHG Inventory* – Emissions sources that contribute significant emissions can be considered for potential inclusion in the rule, since they increase the coverage of emissions reporting. Typically, in petroleum and natural gas facilities, 80 percent or more of the facility emissions are reported to be from approximately 10 percent of the emissions sources. This is a good benchmark to ensure the adequate coverage of emissions while reducing the number of emissions sources required for reporting thus, keeping the reporting burden to a minimum. Emissions sources in each segment of the natural gas and petroleum industry can be sorted into two

main categories: (1) top sources contributing to 80 percent of the emissions from the segment, and (2) the remaining sources contributing to the remaining 20 percent of the emissions from that particular segment. This can be easily achieved by determining the emissions contribution of each emissions source to the segment it belongs to, listing the emissions sources in a descending order, and identifying all the sources at the top that contribute to 80 percent of the emissions. Appendix A provides a listing of all emissions sources in the U.S. GHG Inventory and a breakdown of the top emissions sources by industry segment.

- *Type of Emissions* – The magnitude of emissions per unit or piece of equipment typically depends on the type of emissions. Vented emissions per unit source are usually much higher than equipment leak emissions from a unit source. For example, emissions from compressor blowdown venting for one compressor are much higher than equipment leak emissions from any one unit component source on the compressor. The burden from covering emissions reporting from each unit source (i.e. dollar per ton of emissions reported) is typically much lower in the case of venting sources in comparison to equipment leak emission sources when the same monitoring method is used. Therefore, vented sources could be treated separately from equipment leak sources for assessment of monitoring requirements.

- *Best Practice Monitoring Method(s)* – Depending on the types of monitoring methods typically used, a source may or may not be a potential for emissions reporting. There are four types of monitoring methods as follows:

  o Continuous monitoring – refers to cases where technologies are available that continuously monitor either the emissions from a source or a related parameter that can be used in estimating emissions. For example, continuous monitoring meters can determine the flow rate and in line analyzers can determine the composition of emissions from a process vent.
  o Periodic monitoring – refers to monitoring at periodic intervals to determine emissions from sources. For example, leak detection and measurement equipment can be used on a recurring basis to identify and measure an emissions rate from equipment.
  o Engineering calculations – refers to estimation of emissions using engineering parameters. For example, emissions from a vessel emergency release can be estimated by calculating the volume of the emitting vessel.
  o Emissions factors – refers to utilizing an existing emissions rate for a given source and multiplying it by the relevant activity data to estimate emissions. For example, emissions per equipment unit per year can be multiplied by the number of pieces of equipment in a facility to estimate annual emissions from that equipment for the facility.

- *Accessibility of emissions sources* – Not all emissions sources are directly accessible physically for emissions detection and/or measurement. For example, connectors on pipelines, pressure relief valves on equipment, and vents on storage tanks may be out of direct physical reach and could require the use of bucket trucks or scaffolding to access

them. In such cases requiring emissions detection and measurement may not always be feasible such as with leak detection equipment that requires the operator to be in close physical proximity to the equipment. Also, such requirements could pose health and safety hazards or lead to large cost burden. The accessibility of emissions sources was considered when addressing monitoring requirements and determining the type of leak detection equipment allowed under Subpart W.

- *Geographical dispersion of emissions sources* – The cost burden for detecting and measuring emissions will largely depend on the distance between various sources. Monitoring methods will have to be chosen considering the dispersion of emissions sources.

- *Applicability of Population or Leaker Emission factors* – When the total emissions from all leaking sources of the same type are divided by the total count of that source type then the resultant factor is referred to as population emissions factor. When the total emissions from all leaking sources of the same type are divided by the total count of leaking sources for that source type then the resultant factor is referred to as leaker emissions factor. For example, in an emissions detection and measurement study, if 10 out of 100 valves in the facility are found leaking then:

  o the total emissions from the 10 valves divided by 100 is referred to as population emissions factor
  o the total emissions from the 10 valves divided by 10 is referred to as leaker emissions factor

Requiring emissions leak detection and application of a corresponding emissions factor results in lower reporting burden as compared to conducting actual measurements. Furthermore, the use of leaker emissions factors provides an estimate of "actual" emissions as opposed to the use of population emissions factor where the emissions from each facility can only be a "potential" of emissions.

Based on the criteria outlined above, a decision process was developed to identify the potential sources that could be included in the reporting rule. **Error! Reference source not found.** shows the resulting decision tree that includes these criteria and supported the decision-making process. The decision process provided in **Error! Reference source not found.** was applied to each emissions source in the natural gas segment of the U.S. GHG Inventory. The onshore petroleum production segment has emissions sources that either are equivalent to their counterparts in the natural gas onshore production segment or fall in the 20 percent exclusion category. Only $CH_4$ emissions from the petroleum segment were taken into consideration for this exercise given that, for most sources, non-combustion $CO_2$ emissions from the petroleum segment are negligible in comparison to $CH_4$ emissions from the same sources. The exception to these are flares and acid gas recovery units in EOR operations that have large CO2 emission, but EPA does not have any emissions estimates for these source (see Section 3 and (4)(c)(iv) of the TSD). Appendix A summarizes the results of this analysis and provides guidance on the feasibility of each of the monitoring options discussed previously.

**Figure 1: Decision Process for Emissions Source Selection**



### iii. Address Sources with Large Uncertainties

As described in Section 3 of the TSD, the petroleum and natural gas industry inventories are primarily based on the EPA/GRI 1996 Study, however the emissions for several sources in the EPA/GRI study do not correctly reflect today's operational practices.  In some cases, comprehensive and sufficient information is not publicly available to revise the national Inventory estimates. In cases where public data are available, it is often incomplete and does not represent the industry at a national level.

Over the years, new data and increased knowledge of industry operations and practices have highlighted the fact that emissions estimates for certain sources are understated in the US Inventory

- o   Condensate and petroleum storage tanks
- o   Natural gas well workovers
- o   Natural gas well completions
- o   Natural gas well liquid unloading
- o   Centrifugal compressor wet seals
- o   Flares
- o   Scrubber dump valve emissions through tanks
- o   Onshore combustion emissions

The decision tree was not necessarily ideal for the sources listed above because they are known to be underestimated in current inventories.  Therefore, after careful evaluation, EPA determined that these are significant emission sources that should be included in a comprehensive petroleum and natural gas systems GHG reporting rule.  The following emissions sources are believed to be significantly underestimated in the U.S. GHG Inventory: well venting for liquids unloading;  gas well venting during well completions;  gas well venting during well workovers;  crude oil and condensate storage tanks;  centrifugal compressor wet seal degassing venting;  scrubber dump valves;  onshore combustion;  and flaring.  Refer to Appendix B for a detailed discussion on how new estimates were developed for each of the underestimated sources;  natural gas well workovers, natural gas well completions, and natural gas well blowdowns. For centrifugal wet seals, EPA used an emission factor from a presentation given at the 24th World Gas Conference.[5]

In addition, the U.S. GHG Inventory includes reasonable estimation of $CH_4$ and $CO_2$ combustion emissions from natural gas engines and turbines (except in onshore production), as well as petroleum refineries.  Emissions from these sources were not considered further here because methods for calculating and reporting emissions from these sources are addressed in the background technical support documents for Stationary Combustion

---

[5] The Bylin, Carey (EPA) study reported wet seal degassing emission measurements from 48 centrifugal compressors.  Five centrifugal compressors were found not emitting while, the remaining 43 emitted 14,860 thousand cubic meters per year.  Twenty-three cubic feet per minute was determined by dividing the 14,860 by the 43 centrifugal compressors. Bylin, Carey (EPA), et. al (2009)  *Methane's Role in Promoting Sustainable Development in Oil and Natural Gas Industry*.  <presented  at 24th World Gas Conference>

described in Subpart C and Petroleum Refineries described in Subpart Y of the of the final GHG reporting rule (40 CFR Part 98) respectively.

*Onshore Combustion Emissions:*

The EPA estimates onshore production combustions emissions in its national GHG inventory. However, there are two challenges with the way these data are collected that make it difficult to use this data to support potential future climate policies. First, combustion-related emissions are reported in the national inventory at a fairly high level of aggregation, making it difficult to discern facility-level emissions. Second, there are concerns that this aggregate estimate is underestimating the total emissions from this source. The National Inventory of U.S. GHG Emissions and Sinks uses the "lease and plant" fuel consumption data as reported by the Energy Information Administration (EIA) as activity data to apply an emissions factor to estimate emissions. However, EIA estimates the lease and plant volume using data available from individual petroleum and natural gas producing States. The States in turn require only the voluntary reporting of this data from petroleum and natural gas producing operators raising questions as to whether the national data are complete. In addition, this estimate may not include all of the combustion emissions resulting from contracted and/or portable combustion equipment. Given the high level of aggregation of this data and the potential omissions of some fuel consumption in onshore production in the National Inventory, this source type would be valuable to include in the rule for a more complete picture of facility-related emissions from onshore production facilities.

## iv. Identify Industry Segments to be Included

Based on the understanding of facility definitions for each segment of the petroleum and natural gas industry and the identification of potential sources for inclusion in a GHG reporting rule, the industry segments could be defined as follows:

*Onshore Petroleum and Natural Gas Production Segment* – Onshore petroleum and natural gas production is an important segment for inclusion in a GHG reporting program, due to its relatively large share of emissions. However, in order to include this segment, it is important to clearly articulate how to define the facility and identify who is the reporter. Onshore production operations are a challenge for emissions reporting using the conventional facility definition of a "contiguous area" under a common owner/operator. EPA evaluated possible options for defining a facility for onshore petroleum and natural gas production in order to ensure that the reporting delineation is clear, to avoid double counting, and ensure appropriate emissions coverage. One potential option considered was to define a facility for this segment as all petroleum or natural gas equipment on a well pad or associated with a well pad and $CO_2$ EOR operations that are under common ownership or common control and that are located in a single hydrocarbon basin as defined in 40 CRF Part 98.238. This includes leased, rented, or contracted activities by an onshore petroleum and natural gas production owner or operator. Where a person or entity owns or operates more than one well in a basin, then all onshore petroleum and natural gas production equipment associated with all wells that the person or entity owns or operates in the basin would be considered one facility. In this case, the operator would be the

company or corporation holding the required permit for drilling or operating. If the petroleum and natural gas wells operate without a drilling or operating permit, the person or entity that pays the state or federal business income taxes may also be considered the owner or operator. Operational boundaries and basin demarcations are clearly defined and are widely known, and reporting at this level would provide the necessary coverage of GHG emissions to inform policy. This facility definition for onshore petroleum and natural gas production will result in 85% GHG emissions coverage of this industry segment.

EPA reviewed other possible alternatives to define a production facility such as at the field level. In such cases, the company (or corporation) operating in the field would report emissions. EPA analyzed this option and found that such a field level definition would result in a larger number of reporters and in lower emissions coverage than basin level reporting, since fields are typically a segment of a basin.

In addition to basin and field level reporting, one additional alternative is identifying a facility as an individual well pad, including all stationary and portable equipment operating in conjunction with that well, including drilling rigs with their ancillary equipment, gas/liquid separators, compressors, gas dehydrators, crude petroleum heater-treaters, gas powered pneumatic instruments and pumps, electrical generators, steam boilers and crude oil and gas liquids stock tanks. In reviewing this option, EPA found that defining a facility as a single wellhead would significantly increase the number of reporters to a program, lower emissions coverage, and potentially raise implementation issues. For a complete discussion of the threshold analysis and estimated emissions coverage for each of the onshore petroleum and natural gas production facility options considered, refer to Section 5 of the TSD.

▪ *Offshore Petroleum and Natural Gas Production Segment* – All of the production activities offshore take place on platforms. These platforms can be grouped into two main categories; wellhead platforms and processing platforms. Wellhead platforms consist of crude oil and/ or natural gas producing wellheads that are connected to processing platforms or send the hydrocarbons onshore. Processing platforms consist of wellheads as well as processing equipment such as separators and dehydrators, in addition to compressors. All platforms are within a confined area and can be distinctly identified as a facility. Since all sources are within a small area on and around the platform, all sources of emissions on or associated with offshore platforms could be monitored and reported.

▪ *Onshore Natural Gas Processing Segment* –Processing plants process the gas received from production and/ or gathering or boosting segments to remove hydrogen sulfide ($H_2S$) and/ or $CO_2$ from the natural gas, if any, separate the higher molecular weight hydrocarbons (ethane, propane, butane, pentanes, etc.) from the natural gas and compress the natural gas to be injected into the onshore natural gas transmission segment. Natural gas processing facilities have a well defined boundary within which all processes take place. All emissions sources in processing facilities could be monitored and included in a GHG reporting rule.

- *Onshore Natural Gas Transmission Compression* – Transmission compressor stations are the largest source of emissions on transmission pipelines and meet the conventional definition of a facility. Given the relatively large share of emissions from the compressor station, as compared to the pipeline segments between transmission compressor stations, the station may be the most logical place to capture emissions from this segment.

.

- *Underground Natural Gas Storage, LNG Storage, and LNG Import and Export Segments* – All operations in an underground natural gas storage facility (except wellheads), LNG storage facility, and LNG import and export facilities are confined within defined boundaries. In the case of underground natural gas storage facilities, the wellheads are within short distances of the main compressor station such that it is feasible to monitor them along with the stations themselves. All three segments could be included in a GHG reporting rule.

- *Natural Gas Distribution Segment* – The distribution segment metering and regulator above ground stations and below ground vaults are identifiable as facilities. However, the magnitude of emissions from a single station or vault may not be significant, which would result in minimal coverage of emissions from this segment. Multiple stations or vaults collectively contribute to a significant share of emissions from the natural gas industry nationally, but they may not be considered one facility because they are not contiguous and there is no logical grouping unless the entire system is considered.

  Another option for including distribution sector is adapting the facility definition from Subpart NN, Suppliers of Natural Gas and Natural Gas Liquids, of the MRR which defines a local distribution company (LDC) as a facility. In this case, the definition of natural gas distribution would be the distribution pipelines, metering and regulator stations and vaults that are operated by a Local Distribution Company (LDC) that is regulated as a separate operating company by a public utility commission or that are operated as an independent municipally-owned distribution system  This facility definition provides clear reporting delineation because the equipment that they operate is clearly known, the ownership is clear to one company, and reporting at this level is consistent with the final MRR as well as other existing data reporting mechanisms. Additionally, this aggregation of equipment will include all the significant sources of emissions from the segment.

- *Petroleum Transportation Segment* – All the sources in the petroleum transportation segment were excluded as a result of the decision process. Hence, this segment may not be amenable to inclusion in a reporting program.

## 5.  Options for Reporting Threshold

For each segment in the petroleum and natural gas industry identified above as amenable to a reporting program, four thresholds were considered for emissions reporting as applicable to

an individual facility; 1,000 metric tons of $CO_2$ equivalent ($MtCO_2e$) per year, 10,000 $MtCO_2e$, 25,000 $MtCO_2e$, and 100,000 $MtCO_2e$. A threshold analysis was then conducted on each segment to determine which level of threshold was most suitable for each industry segment. $CH_4$, $CO_2$, and $N_2O$ emissions from each segment were included in the threshold analysis.

### a. Threshold Analysis

For each segment, a threshold analysis was conducted to determine how many of the facilities in the segment exceed the various reporting thresholds, and the total emissions from these impacted facilities. This analysis was conducted considering equipment leak and vented $CH_4$ and $CO_2$ emissions, and incremental combustion $CH_4$, $CO_2$, and $N_2O$ emissions. Incremental combustion emissions are those combustion emissions from facilities not already reported under Subpart C of the 40 CFR Part 98, but are required to be reported because the combined process emissions from Subpar W plus combustion emissions exceed the 25,000 metric tons $CO_2e$ reporting threshold. The equipment leak and vented emissions estimates available from the U.S. GHG Inventory were used in the analysis. However, the emissions estimates for four sources, well venting for liquids unloading, gas well venting during well completions, gas well venting during well workovers, and centrifugal compressor wet seal degassing venting from the U.S. GHG Inventory were replaced with revised estimates developed as described in Appendix B. Centrifugal compressor emissions were revised using centrifugal compressor activity data from the U.S. Inventory and an emission factor from the 24th World Gas Conference[5]. Incremental combustion emissions were estimated using gas engine methane emissions factors available from the GRI study, back calculating the natural gas consumptions in engines, and finally applying a $CO_2$ emissions factor to the natural gas consumed as fuel. Nitrous Oxide emissions were also calculated similarly. In the case of offshore petroleum and natural gas production platforms combustion emissions are already available from the GOADS 2000 study analysis and hence were directly used for the threshold analysis. It must be noted that the threshold analysis for 40 CFR Part 98, Subpart W includes all equipment leak and vented emissions, but only incremental combustion emissions. Due to these reasons the total emissions from the threshold analysis does not necessarily match the U.S. GHG Inventory for all segments of the petroleum and natural gas industry. A detailed discussion on the threshold analysis is available in Appendix C.

The general rationale for selecting a reporting threshold could be to identify a level at which the incremental emissions reporting between thresholds is the highest for the lowest incremental increase in number of facilities reporting between the same thresholds. This would ensure maximum emissions reporting coverage with minimal burden on the industry. For example, for onshore production the emissions reporting coverage is 74 percent and the corresponding reporting facilities coverage is 2 percent for a threshold of 100,000 $MtCO_2e$ per year. The incremental emissions and facilities coverage is 11 and 2 percent (85 percent minus 74 percent and 4 percent minus 2 percent), respectively, for a 25,000 $MtCO_2e$ per year threshold. However, at the next reporting threshold level of 10,000 $MtCO_2e$ per year the incremental emissions and entities coverage is 6 and 5 percent, respectively. It can be seen that the incremental coverage of emissions decreases but the coverage of facilities increases.

Table 5 provides the details of the threshold analysis at all threshold levels for the different segments in the petroleum and gas industry. It must be noted that the threshold analysis estimates of emissions in this table are slightly different from the estimate of emissions in the April 2010 proposal. The slight decrease in reported emissions of 4 percent for the entire oil and gas sector resulted from data and calculation corrections in the transmission and LNG storage segments and use of different well property databases in onshore production (HPDI[®] in the final, as opposed to LASSER[®] in the April 2010 proposal). The same note applies to Table 7 below.

## Table 5: Threshold Analysis for the Petroleum and Gas Industry Segments

| Source Category | Threshold Level | Total National Emissions | Number of Facilities | Emissions Covered | | | | Facilities Covered | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Process Emissions (MtCO2e/year) | Combustion $CO_2$ Emissions (Mt/year) | Total Emissions (tons mtCO2e/yr) | Percent | Number | Percent |
| Onshore Natural Gas Production Facilities (Basin) | 100,000 | 265,349,383 | 22,510 | 136,547,535 | 60,732,073 | 197,279,608 | 74% | 385 | 2% |
| | 25,000 | 265,349,383 | 22,510 | 152,395,746 | 73,695,453 | 226,091,199 | 85% | 981 | 4% |
| | 10,000 | 265,349,383 | 22,510 | 158,499,897 | 82,061,519 | 240,561,416 | 91% | 1,929 | 9% |
| | 1,000 | 265,349,383 | 22,510 | 165,212,244 | 96,180,842 | 261,393,085 | 99% | 8,169 | 36% |
| Offshore Petroleum and Natural Gas Production Facilities | 100,000 | 11,261,305 | 3,235 | 3,217,228 | 25,161 | 3,242,389 | 29% | 4 | 0.12% |
| | 25,000 | 11,261,305 | 3,235 | 4,619,175 | 500,229 | 5,119,405 | 45% | 58 | 1.79% |
| | 10,000 | 11,261,305 | 3,235 | 5,515,419 | 1,596,144 | 7,111,563 | 63% | 184 | 5.69% |
| | 1,000 | 11,261,305 | 3,235 | 6,907,812 | 3,646,076 | 10,553,889 | 94% | 1,192 | 36.85% |
| Onshore Natural Gas Processing Facilities | 100,000 | 33,984,015 | 566 | 24,846,992 | 27,792 | 24,874,783 | 73% | 130 | 23% |
| | 25,000 | 33,984,015 | 566 | 29,551,689 | 1,677,382 | 31,229,071 | 92% | 289 | 51% |
| | 10,000 | 33,984,015 | 566 | 30,725,532 | 2,257,443 | 32,982,975 | 97% | 396 | 70% |
| | 1,000 | 33,984,015 | 566 | 31,652,484 | 2,331,531 | 33,984,015 | 100% | 566 | 100% |
| Onshore Natural Gas Transmission Facilities | 100,000 | 47,935,158 | 1,944 | 24,197,401 | 7,834 | 24,205,235 | 50% | 433 | 22% |
| | 25,000 | 47,935,158 | 1,944 | 36,154,061 | 6,155,313 | 42,309,374 | 88% | 1,145 | 59% |
| | 10,000 | 47,935,158 | 1,944 | 37,593,627 | 9,118,603 | 46,712,230 | 97% | 1,443 | 74% |
| | 1,000 | 47,935,158 | 1,944 | 37,993,603 | 9,934,474 | 47,928,077 | 100% | 1,695 | 87% |
| Underground Natural Gas Storage Facilities | 100,000 | 9,730,625 | 397 | 3,557,040 | 0 | 3,557,040 | 37% | 36 | 9% |
| | 25,000 | 9,730,625 | 397 | 6,585,276 | 1,276,239 | 7,861,516 | 81% | 133 | 34% |
| | 10,000 | 9,730,625 | 397 | 7,299,582 | 1,685,936 | 8,985,518 | 92% | 200 | 50% |
| | 1,000 | 9,730,625 | 397 | 7,762,600 | 1,951,505 | 9,714,105 | 100% | 347 | 87% |
| LNG Storage Facilities | 100,000 | 2,113,601 | 157 | 596,154 | 25,956 | 622,110 | 29% | 4 | 3% |
| | 25,000 | 2,113,601 | 157 | 1,524,652 | 188,552 | 1,713,205 | 81% | 33 | 21% |
| | | 2,113,601 | 157 | 1,626,435 | 204,297 | 1,830,731 | 87% | 41 | 26% |
| | 1,000 | 2,113,601 | 157 | 1,862,200 | 252,895 | 2,115,095 | 100% | 54 | 34% |
| LNG Import Facilities[1] | 100,000 | 315,888 | 5 | 314,803 | 0 | 314,803 | 100% | 4 | 80% |
| | 25,000 | 315,888 | 5 | 314,803 | 0 | 314,803 | 100% | 4 | 80% |
| | 10,000 | 315,888 | 5 | 314,803 | 0 | 314,803 | 100% | 4 | 80% |
| | 1,000 | 315,888 | 5 | 315,048 | 840 | 315,888 | 100% | 5 | 100% |
| Natural Gas Distribution Facilities | 100,000 | 25,258,347 | 1,427 | 18,470,457 | 0 | 18,470,457 | 73% | 66 | 5% |
| | 25,000 | 25,258,347 | 1,427 | 22,741,042 | 0 | 22,741,042 | 90% | 143 | 10% |
| | 10,000 | 25,258,347 | 1,427 | 23,733,488 | 0 | 23,733,488 | 94% | 203 | 14% |
| | 1,000 | 25,258,347 | 1,427 | 24,983,115 | 0 | 24,983,115 | 99% | 594 | 42% |

1. The only LNG export facility in Alaska has not been included in this analysis.

Note: Totals may not add exactly due to rounding. Equipment leak and vented emissions in the threshold analysis are a sum of facility level emissions for each segment. Hence the total equipment leak and vented emissions from each segment may not match the U.S. GHG Inventory.

As discussed above, alternative definitions of facility for onshore petroleum and natural gas production could be considered. One alternative option is applying the threshold at the field level. Table 7 provides the results of the threshold analysis for a field level facility definition. The results of this analysis show that at a 25,000 metric ton $CO_2e$ threshold, 1,157 facilities would be covered and only 57 percent of national emissions. If the threshold were decreased to 1,000 metric tons $CO_2e$, over 80 percent of national emissions would be covered but the number of reporters would increase to over 22,000.

**Table 7. Emissions coverage and number of reporting entities for field level facility definition**

| Threshold Level[2] | Emissions Covered | | Facilities Covered | |
|---|---|---|---|---|
| | Metric tons $CO_2e$/year | Percent | Number | Percent |
| 100,000 | 110,437,470 | 42% | 306 | 0% |
| 25,000 | 150,297,681 | 57% | 1,157 | 2% |
| 10,000 | 171,902,688 | 65% | 2,549 | 4% |
| 1,000 | 219,121,375 | 83% | 22,459 | 33% |

A third alternative for a facility definition was individual well pads as facilities for onshore petroleum and natural gas production segment. Four different scenarios were also considered below for applying thresholds at individual well pads.

- Case 1 (highest well pad emissions): Drilling and completion of an unconventional gas well early in the year with the well producing the remainder of the year with a full complement of common, higher process emissions equipment on the well pad including a compressor, glycol dehydrator, gas pneumatic controllers, and condensate tank without vapor recovery. We assumed that unconventional well completion does not employ "Reduced Emissions Completion" practices.

- Case 2 (second highest well pad emissions): Drilling and completion of a conventional gas well early in the year with the well producing the remainder of the year with a full complement of common, higher process emissions equipment on the well pad including a compressor, glycol dehydrator, gas pneumatic controllers, and condensate tank without vapor recovery.

- Case 3 (third highest well pad emissions): Drilling and completion of a conventional oil well early in the year with the well producing the remainder of the year with a full complement of common, higher process emissions equipment on the well pad including an associated gas compressor, glycol dehydrator, gas pneumatic

controllers, chemical injection pump, an oil heater-treater, and a crude oil stock tank without vapor recovery.

- Case 4 (fourth highest well pad emissions):  Production at an associate gas and oil well (no drilling) with a compressor, dehydrator, gas pneumatics, oil heater/treater and oil stock tank without vapor recovery.

Table 8 below illustrates the average emissions for each scenario and the number of facilities that have emissions equal to or greater than that average.  For example, in case 1, average emissions are 4,927 tons $CO_2$e/well pad.  A threshold would have to be set as low as appropriately 5,000 tons $CO_2$e/well pad to capture even 6% of emissions from onshore petroleum and gas production.  For the other cases, the threshold would have to be set lower than the thresholds considered for other sectors of the GHG reporting rule to capture even relatively small percentages of total emissions.  In all cases, the number of reporters is higher than would be affected under the field or basin level options.

**Table 8: Alternate Well-head Facility Definitions**

|  | Case 1 | Case 2 | Case 3 | Case 4 |
|---|---|---|---|---|
| Average emissions (tons $CO_2$e / well pad) | 4,927 | 700 | 700 | 370 |
| Number of Reporters | 3,349 | 38,949 | 66,762 | 166,690 |
| Covered Emissions (metric tons CO2e) | 16,498,228 | 40,943,092 | 50,572,248 | 87,516,080 |
| Percent Coverage | 6% | 16% | 19% | 33% |

The petroleum and natural gas industry may be somewhat unique when calculating facility emissions to be applied against a threshold for reporting. Subpart C in the GHG reporting rule excluded the calculation and reporting of emissions from portable equipment. This was one option considered for the petroleum and natural gas industry. However, given that portable equipment is so central to many of the operations in the petroleum and natural gas industry and such a large contributor to emissions for the industry, particularly for onshore petroleum and natural gas production, portable equipment emissions are an important source of emissions for inclusion a reporting rule. If these emissions were excluded from the threshold calculation, EPA estimates that a large number of facilities would fall below the threshold, preventing the collection of significant data from the industry that would be beneficial to the development of future climate policies and programs. Please see "Portable Combustion Emissions" memo under rulemaking docket EPA-HQ-OAR-2009-0923.

Another issue that concerns onshore petroleum and natural gas production is the number of equipment operating contractors that support the well operators. It is typical to find production well operators contracting out the majority of their process equipment from separation, dehydration, and tanks, up to gathering and boosting and transport. Hence requiring well operators to report only emissions from equipment they own or directly operate could lead to a significant reduction in emissions coverage. Accordingly, the final rule provides that emissions from such equipment must be reported whether from equipment contracted to, leased from, owned or run by a third party. For a more full discussion of this issue, see Vol. 9, Response to Legal Issues on Mandatory Greenhouse Gas Reporting Rule Subpart W – Petroleum and Natural Gas.

# 6. Monitoring Method Options

## a. Review of Existing Relevant Reporting Programs/ Methodologies

To determine applicability of the different monitoring methods available, existing programs and guidance documents were reviewed. Table 4 shows a listing of the existing programs and guidance documents that were reviewed. All of the program and guidance documents provide direction on estimating $CH_4$ and/ or $CO_2$ emissions. All documents, in general, provide emissions rate (emissions factors) that can be used to estimate emissions and in some cases refer to continuous emissions monitoring.

## b. Potential Monitoring Methods

Depending on the particular source to be monitored in a facility, several of the currently available monitoring methods for estimating emissions could be used.

### i. Equipment Leak Detection

Traditional equipment leak detection technologies like the Toxic Vapor Analyzer (TVA) and the Organic Vapor Analyzer (OVA) are appropriate for use in small facilities with few pieces of equipment. However, comprehensive leak detection in large facilities can be cumbersome, time consuming, and in many cases costly. But new infrared remote equipment leak detection technologies are currently being used in the United States and internationally to efficiently

detect leaks across large facilities. Considering these factors, one of the following two technologies can be used to detect leaks in facilities depending on suitability;

**Infrared Remote Equipment Leak Detectors**
Hydrocarbons in natural gas emissions absorb infrared light. The infrared remote equipment leak detectors use this property to detect leakages in systems. There are two main types of detectors; a) those that scan the an area to produce images of equipment leaks from a source (passive instruments), and b) those that point or aim an IR beam towards a potential source to indicate presence of equipment leaks (active instruments).

An IR camera scans a given area and converts it into a moving image of the area while distinctly identifying the location where infrared light has been absorbed, i.e. the equipment leak source. The camera can actually "see" equipment leaks. The advantages of IR cameras are that they are easy to use, very efficient in that they can detect multiple leaks at the same time, and can be used to do a comprehensive survey of a facility. The main disadvantage of an IR camera is that it may involve substantial upfront capital investment depending on the features that are made available. Therefore, these cameras are most applicable in facilities with large number of equipment and multiple potential leak sources or when purchased at the corporate level, and then shared among the facilities, thereby lowering costs.

Aiming devices are based on infrared laser reflection, which is tuned to detect the interaction of $CH_4$ and other organic compounds with infrared light in a wavelength range where $CH_4$ has strong absorption bands, but do not visually display an image of the equipment leaks. Such devices do not have screens to view equipment leaks, but pin point the location of the emissions with a visual guide (such as a visible pointer laser) combined with an audible alarm when $CH_4$ is detected. These devices are considerably less expensive than the camera and also can detect equipment leaks from a distance (i.e. the instrument need not be in close proximity to the emissions). More time is required for screening, however, since each equipment (or component) has to be pointed at to determine if it is leaking. Also, if there are multiple leaks in the pathway of the IR beam then it may not accurately detect the right source of emissions.

**Method**   For IR instruments that visually display an image of equipment leaks, the background of the emissions has to be appropriate for emissions to be detectable. Therefore, the operator should inspect the emissions source from multiple angles or locations until the entire source has been viewed without visual obstructions to identify all emissions. For other IR detection instruments, such as those based on IR laser reflection, instruments would have to monitor potential emissions sources along all joints and connection points where a potential path to the atmosphere exists. For example, a flange can potentially have leaks along its circumference and such surfaces will have to be monitored completely by tracing the instrument along each surface.

**Calibration**   The minimum detectable quantity of equipment leaks using an IR instrument depends on a number of factors including manufacturer, viewing distance, wind speed, gas composition, ambient temperature, gas temperature, and type of background behind the equipment leaks. For best survey results, equipment leak detection can be performed under

favorable conditions, such as during daylight hours, in the absence of precipitation, in the absence of high wind, and, for active laser devices, in front of appropriate reflective backgrounds within the detection range of the instrument.   The EPA Alternative Work Practice (AWP) requires optical imaging devices to detect a minimum flow rate, specified in Title 40 CFR Part 65 Section 7, before each use.   The AWP specifies instructions for determining the minimum detectable flow rate, the purity of the calibration gas, and the allowed viewing distance.  Equipment leak detection and measurement instrument manuals can also be used to determine optimal operating conditions to help ensure best results.

**Toxic Vapor Analyzer (or Organic Vapor Analyzer)**
TVAs and OVAs consist of a flame ionization detector that is used to detect the presence of hydrocarbons and measure the concentration of equipment leaks. It consists of a probe that is moved close to and around the potential emissions source and an emissions detection results in a positive reading on the instrument monitoring scale. The concentration can be used in conjunction with correlation equations to determine the leak rate. However, concentration is not a true measure of an emission's magnitude. Therefore concentration data from TVAs and OVAs, for the purposes of the rule, may be best suited for screening purposes only. The advantage of these instruments is that they have lower costs than IR cameras and several facilities conducting Leak Detection and Repair (LDAR) programs might already have these instruments, thereby reducing capital investment burden. But these instruments screen very slowly given that each potential emissions source has to be individually and thoroughly circumscribed less than 1 centimeter from the potentially leaking joints or seals.

**Method**  TVAs and OVAs can be used for all equipment leak detection that is safely accessible at close-range. For each potential emissions source, all joints, connections, and other potential paths to the atmosphere would be monitored for emissions. Due to residence time of a sample in the probe, there is a lag between when an emission is captured and the operator is alerted.  To pinpoint the source of the equipment leak, upon alert the instrument can be slowly retraced over the source until the exact location is found.

**Calibration**  Method 21 guidance can be used to calibrate the TVA or OVA using guidelines from *Determination of Volatile Organic Compound Leaks* Sections 3, 6, and 7.

**Acoustic Leak Detectors**
Acoustic leak detectors are simple devices that filter out the low frequency vibrations and noise of heavy machinery operating and sense and measure the decibel reading of high frequency vibrations and noise of fluids leaking through small cracks or openings. Fluid flow through open valves has little difference in sonic generated noise between the inlet and outlet of a valve, or the valve body itself. Similarly tightly closed valves have little difference in sonic noise measured on the inlet, outlet or valve body. Valves which are not tightly closed (i.e. a crevice or deformation of the valve plug and seat) will generate a high frequency noise depending on the valve type and size, the pressure drop across the closed valve, and the fluid density. This frequency can be measured in decibels and correlated with through valve leakage rate.

**Method**

The instrument operator places the "stethoscope" like probe on the valve body or valve flange in one or more of the recommended locations, and observes the decibel reading displayed on the instrument digital signal indicator. This reading is documented in the field, along with the valve identification (valve number or location descriptor). The type of fluid, its density, and the system pressure upstream and downstream of the closed valve are also recorded to be entered along with the valve type (ball, plug, gate, pressure relief, etc) and nominal size) into an Excel spreadsheet supplied by the valve manufacturer. The through valve leakage rate is calculated by correlation algorithms developed by the instrument manufacturer.

**Calibration**

Calibration requirements are as provided by the manufacturer, depending on the type of acoustic detector.

## ii. Emissions Measurement

## A. Direct Measurement

Three types of technologies can be used where appropriate to measure or quantify the magnitude of emissions.

**High Volume Sampler**

A high volume sampler consists of a simple fixed rate induced flow sampling system to capture the emissions and measure its volume. The emissions and the air surrounding the emissions source are drawn into the instrument using a sampling hose. The instrument measures the flow rate of the captured volume of air and emissions mixture. A separate sample of the ambient air is taken by the instrument to correct for the volume of ambient air that is captured along with the emissions.

High volume samplers have moderate costs and have a potential capacity for measuring up to 30 leaking components per hour with high precision at 0.02 percent methane. This allows for reduced labor costs and survey times while maintaining precise results. For this reason, high volume samplers are considered the preferred and most cost-effective direct measurement option for emissions within their maximum range. However, large component emissions and many vent emissions are above the high volume sampler capacity and therefore warrant the use of other measurement instruments.

**Method**  A high volume sampler is typically used to measure only emissions for which the instrument can intake the entire emissions from a single source. To ensure proper use of the instrument, a trained technician can conduct the measurements. The technician will have to be conversant with all operating procedures and measurement methodologies relevant to using a high volume sampler, such as positioning the instrument for complete capture of the emissions without creating backpressure on the source. If the high volume sampler, along with all attachments available from the manufacturer, is not able to capture all the emissions

from the source then anti-static wraps or other aids can be used to capture all emissions without violating operating requirements as provided in the instrument manufacturer's manual. The attachments help capture the emissions from different points on the source allowing the measurement of the emission by the high volume sampler.

**Calibration**   The instrument can be calibrated at 2.5% and 100% $CH_4$ by using calibrated gas samples and by following the manufacturer's instructions for calibration.

**Meters**

Several types of meters measure natural gas flows and can be used for measurement of emissions from sources where the volume of emissions are large like in vent stacks.

*Rotameter* – A rotameter consists of a tapered calibrated transparent tube and a floating bob inside to measure emissions. To measure emissions a rotameter is placed over an emissions source (typically vents and open ended lines) and the emissions pass through the tube. As the emissions move through the tube it raises the floating bob to indicate the magnitude of emissions on the calibrated scale. Rotameters are most advantageous to use in cases where the emissions are very large. The disadvantage though is that it can only be used on leaks where the entire emissions can be captured and directed through the rotameter.

*Turbine Meter* –To measure emissions a turbine meter is placed over an emissions source and the emissions pass through the tube.  As the emissions move through the tube it spins the turbine; the rate at which the turbine spins indicates the magnitude of emissions.  Like rotameters, turbine meters are most advantageous to use in cases where emissions are very large. The disadvantage is that it can only be used on emissions that can be entirely captured and directed through the meter.

*Hotwire Anemometer* – Hotwire anemometers measure emissions velocity by noting the heat conducted away by the emissions. The core of the anemometer is an exposed hot wire either heated up by a constant current or maintained at a constant temperature. In either case, the heat lost to emissions by convection is a function of the emissions velocity.  Hotwire anemometers are best for measuring vents and open ended lines of known cross-sectional area and do not require complete capture of emissions. Hot wire anemometers have low levels of accuracy since they measure velocity that is converted into mass emissions rate.

*Pitot Tube Flow Meter* – A simple pitot tube is a right angled tube open at one end and closed at the other. The closed end is connected to a transducer to measure pressure of the inflowing emissions. The open end is aligned parallel to the direction of emissions flow. Emissions are directed into the tube so that the pressure required to bring the air inside the tube to stagnation is measured. The difference in pressure between the interior of the pitot tube and the surrounding air is measured and converted to an emissions rate. Pitot tube flow meters can be used when the cross-sectional area of an emitting vent or open ended line is known, or when the entire emission can be directed into the tube. The pitot tube flow meter measures pressure

differential that is converted to mass emissions rate. The pitot tube detects the flow velocity at only one point along the flowstream, hence the placement of the pitot tube inside the pipe where the flow is to be measured is critical to determine a representative flow volume, and not a location-specific flow volume, which can give erroneous results. It has relatively low accuracy compared to most flow meters, due to the low pressure drop measured. This also makes it vulnerable to fluctuations from turbulence changes in the flow stream. Although inaccurate compared to most meters, the pitot tube is one of the least expensive flow meters available.

*Vane Anemometer* – A vane anemometer channels the emissions over a rotating vane that in turn rotates a fan to measure the velocity of emissions. The number of revolutions of the fan are detected and measured and converted to a flow velocity. Using the cross section of flow of the emissions, the volumetric flow rate of emissions can be estimated. A vane anemometer is best used for lines that have known cross-sectional areas. The disadvantage is if the flow direction of the emissions changes with respect to the axis of rotation of the vanes, it can result in errors in velocity and flow rate estimation.

**Method**   To ensure accurate measurements when using metering (e.g. rotameters, turbine meters, and others), all emissions from a single source will have to be channeled directly through the meter. An appropriately sized meter can be used to prevent the flow from exceeding the full range of the meter and conversely to have sufficient momentum for the meter to register continuously in the course of measurement.

**Calibration**   The meters can be calibrated using either one of the two methods provided below:

(A)   Develop calibration curves by following the manufacturer's instruction.

(B)   Weigh the amount of gas that flows through the meter into or out of a container during the calibration procedure using a master weigh scale (approved by  the National Institute of Standards and Technology (NIST) or calibrated using standards traceable by NIST) that has a very high degree of accuracy. Determine correction factors for the flow meter according to the manufacturer's instructions, record deviations from the correct reading at several flow rates, plot the data points, compare the flow meter output to the actual flow rate as determined by the master weigh scale and use the difference as a correction factor.

(C)   The Final GHG Reporting Program provides guidance on calibration for meters in section §98.3(i).

**Calibrated Bagging**
A calibrated bag (also known as a vent bag) made of anti-static material is used to enclose an emissions source to completely capture all the leaking gas. The time required to fill the bag with emissions is measured using a stop watch. The volume of the bag and time required to

fill it is used to determine the mass rate of emissions. Calibrated bags have a very high accuracy, since all the emissions are captured in the measurement.

Calibrated bags are the lowest cost measurement technique, and can measure up to 30 leaking components in an hour, but may require two operators (one to deploy the bag, the other to measure time inflation). It is a suitable technique for emission sources that are within a safe temperature range and can be safely accessed. The speed of measurement is highly dependent on the emissions rate and the results are susceptible to human error in enclosing the emission source and taking the measurement data, leading to lower precision and accuracy. For those sources outside the capacity of high volume samplers and within the limitations of bagging, this would be a second best choice for quantification.

**Method** Calibrated bags can be used only where the emissions are at near-atmospheric pressures and the entire emissions volume can be captured for measurement. Using these bags on high pressure vent stacks can be dangerous. For conducting measurement the bag is physically held in place by a trained technician, enclosing the emissions source, to capture the entire emissions and record the time required to completely fill the bag. Three measurements of the time required to fill the bag can be conducted to estimate the emissions rates. The average of the three rates will provide a more accurate measurement than a single measurement.

**Calibration** To ensure accurate results, a technician can be trained to obtain consistent results when measuring the time it takes to fill the bag with emissions.

All of the emissions measurement instruments discussed above measure the flow rate of the natural gas emissions. In order to convert the natural gas emissions into $CO_2$ and $CH_4$ emissions, speciation factors determined from natural gas composition analysis must be applied. Another key issue is that all measurement technologies discussed require physical access to the emissions source in order to quantify emissions.

## B. Engineering Estimation and Emission Factors

For several emissions sources, there are viable alternatives to physical measurement for calculating emissions. For example, emissions to the atmosphere due to emergency conditions from vessels or other equipment and engineered emissions from equipment like pneumatic devices can be estimated or quantified using engineering calculations. This is referred to as engineering estimation. Emission factors can be considered for nearly every source where emissions data is available, however, they usually have high uncertainties. Emissions factors may be appropriate for frequent, geographically sparse emission sources such as pneumatic devices. Several sources are outlined below along with relevant engineering estimation methods that can be used to estimate GHG gas emissions from each source.

1.    **Natural Gas Driven Pneumatic Pumps**

Leaks from natural gas driven pneumatic pumps can be calculated using data obtained from the manufacturer for natural gas emissions per unit volume of liquid pumped at operating pressures. This information is available from the pump manufacturer in their manuals. Operators can maintain a log of the amount of liquids pumped annually for individual pneumatic pumps and use Equation 1 below for calculating emissions:

$$E_{s,n} = F_s * V \qquad\qquad\qquad \textbf{Equation 1}$$

where,

$E_{s,n}$    =   Annual natural gas emissions at standard conditions in cubic feet per year

$F_s$    =   Natural gas driven pneumatic pump gas emission in "emission per volume of liquid pumped at operating pressure" in scf/gallon at standard conditions, as provided by the manufacturer

$V$    =   Volume of liquid pumped annually in gallons/year

If manufacturer data for a specific pump is not available, then data for a similar pump model of the same size and operational characteristics can be used to estimate emissions. As an alternative to manufacturer data on pneumatic pump natural gas emissions, the operator can conduct a one-time measurement to determine natural gas emissions per unit volume of liquid pumped using a calibrated bag for each pneumatic pump, when it is pumping liquids.

Due to the geographically isolated nature of pneumatic pumps, if manufacturer data is not readily available or would result in high burden to obtain the data, pneumatic pump emissions can also be quantified using published emission factors. The use of emission factors is less burdensome than collecting manufacturer data from each pneumatic pump but can be inaccurate due to limited data and variable pump design. However, the resulting information can still be useful for the purposes of informing policy because it will provide updated activity data on the number and type of pneumatic pumps in operation. See Appendix G for a discussion of population emission factors for pneumatic pumps and see Section (6)(d) of the TSD for how to calculate emissions from population factors. Emissions from natural gas driven pneumatic pumps can be calculated using an emissions factor as follows;

$$Mass_{s,i} = Count * EF * GHG_i * Conv_i * 24 * 365 \qquad\qquad \textbf{Equation 2}$$

where,

$Mass_{s,i}$    =   Annual total mass GHG emissions in metric tons per year at standard conditions from all natural gas driven pneumatic pumps at the facility, for $GHG_i$

$Count$    =   Total number of natural gas driven pneumatic pumps at the facility

$EF$ = Population emission factors for natural gas driven pneumatic pumps listed in Appendix G for onshore petroleum and natural gas production, onshore natural gas transmission, and underground natural gas storage facilities, respectively

$GHG_i$ = for onshore petroleum and natural gas production facilities, concentration of $GHG_i$, $CH_4$ or $CO_2$, in produced natural gas; for other facilities $GHG_i$ equals 1

$Conv_i$ = conversion from standard cubic feet to metric tons $CO_2e$; 0.000410 for $CH_4$, and 0.00005357 for $CO_2$

24 * 365 = conversion to yearly emissions estimate

## 2.    Natural Gas Driven Pneumatic Manual Valve Actuators

Emissions from natural gas driven pneumatic manual valve actuators can be calculated using data obtained from the manufacturer for natural gas emissions per actuation. Operators can maintain a log of the number of manual actuations annually for individual pneumatic devices and use Equation 3 below:

$$E_{s,n} = A_s * N$$                    Equation 3

where,

$E_{s,n}$ = natural gas emissions at standard conditions

$A_s$ = natural gas driven pneumatic valve actuator natural gas emissions in "emissions per actuation" units at standard conditions, as provided by the manufacturer.

$N$ = Number of times the pneumatic device was actuated through the reporting period

As an alternative to manufacturer data, the operator could conduct a one-time measurement to determine natural gas emissions per actuation using a calibrated bag for each pneumatic device.

## 3.    Natural Gas Driven Pneumatic Bleed Devices

Pneumatic devices typically fall in three categories; low bleed devices, high bleed devices, and intermittent bleed devices. Low bleed devices are devices that bleed less than 6 scf of natural gas per hour. High bleed devices are devices that bleed more than 6 scf of natural gas per hour.[6,7] Intermittent bleed devices are snap-acting or throttling devices that discharge the full volume of the actuator intermittently when control action is necessary, but do not bleed continuously.   Given the vast difference in bleed rates, low bleed devices contribute to a

---

[6] "Opportunities to Reduce Anthropogenic Methane Emissions in the United States," EPA 430-R-93-012, October 1993
[7] PG&E (Pacific Gas and Electric). 1990. Unaccounted for Gas Project Summary Volume, PG&E Research and Development; San Ramon, CA: GRI-90/0067.1

small portion of the total emissions from pneumatic devices nationally. Therefore, it may be feasible to provide an emissions factor approach for low bleed pneumatic devices to reduce burden. The following are two different options for determining emissions from low bleed, high bleed, and intermittent pneumatic devices.

Emissions from a natural gas pneumatic high bleed device venting can be calculated using a specific pneumatic device model natural gas bleed rate during normal operation as available from the manufacturer. If manufacturer data for a specific device is not available then data for a similar size and operation device can potentially be used to estimate emissions. The natural gas emissions for each bleed device can be calculated as follows;

$$E_{s,n} = B_s * T$$                                    **Equation 4**

where,

$E_{s,n}$   =   Annual natural gas emissions at standard conditions, in cubic feet

$B_s$   =   Natural gas driven pneumatic device bleed rate volume at standard conditions in cubic feet per minute, as provided by the manufacturer

$T$   =   Amount of time in minutes that the pneumatic device has been operational through the reporting period

Due to the geographically isolated nature of pneumatic devices, if manufacturer data is not readily available or would result in high burden to obtain the data, pneumatic device emissions can also be quantified using published emission factors. The use of emission factors is less burdensome than collecting manufacturer data from each device, but can be inaccurate due to limited data and variable design. However, the resulting information can still be useful for the purposes of informing policy because it will provide updated activity data on the number and type of pneumatic pumps in operation. See Appendix G for a discussion of population emission factors for pneumatic devices and see Section (6)(d) of the TSD for how to calculate emissions from population factors. Emissions from natural gas pneumatic low bleed device venting can be calculated using emissions factor as follows;

$$Mass_{s,i} = Count * EF * GHG_i * Conv_i * 24 * 365$$          **Equation 5**

where,

$Mass_{s,i}$   =   Annual total mass GHG emissions in metric tons per year at standard conditions from all natural gas pneumatic low bleed device venting at the facility, for GHG i

$Count$   =   Total number of natural gas pneumatic low bleed devices at the facility

$EF$   =   Population emission factors for natural gas pneumatic low bleed device venting listed in Appendix G for onshore petroleum and natural gas

$GHG_i$ = for onshore petroleum and natural gas production, onshore natural gas transmission, and underground natural gas storage facilities, respectively

$GHG_i$ = for onshore petroleum and natural gas production facilities, concentration of $GHG_i$, $CH_4$ or $CO_2$, in produced natural gas; for other facilities $GHG_i$ equals 1

$Conv_i$ = conversion from standard cubic feet to metric tons $CO_2e$; 0.000410 for $CH_4$, and 0.00005357 for $CO_2$

24 * 365 = conversion to yearly emissions estimate

## 4.    Acid Gas Removal (AGR) Vent Stacks

AGR vents consist of both $CO_2$ and $CH_4$ emissions. $CO_2$ emissions from AGR units can be reliably estimated using continuous emissions monitoring (CEMS) systems, mass balance approach, or one of the standard simulation software packages. $CH_4$ emissions can only be estimated using simulation software packages. It must be noted, however, that $CH_4$ emissions from AGR vents are insignificant, 0.06 percent of the total volume of $CO_2$ and $CH_4$ emissions. The mass balance approach has the advantage of being usable in systems that use membrane, molecular sieves, or absorbents other than amines; simulation software packages currently do not provide an option for these types of technologies.

Some facilities may have CEMS installed on their AGR unit vent stacks. In such a case, if the CEMS can reliably measure $CO_2$ volumes then the measurements from CEMS can sufficiently inform on the $CO_2$ emissions from AGR units. Alternatively, if the vent stack has a meter on it then the $CO_2$ emissions can be estimated using this metered vent stack gas volume and the percent $CO_2$ in the vent stack gas.

Operators can calculate emissions from acid gas removal vent stacks using simulation software packages, such as ASPEN™ or AMINECalc™. Different software packages might use different calculations and input parameters to determine emissions from an acid gas removal unit. However, there are some parameters that directly impact the accuracy of emissions calculation. Therefore, any standard simulation software could be used assuming it accounts for the following operational parameters:

- Natural gas feed temperature, pressure, and flow rate;
- Acid gas content of feed natural gas;
- Acid gas content of outlet natural gas;
- Unit operating hours, excluding downtime for maintenance or standby;
- Emissions control method(s), if any, and associated reduction of emissions;
- Exit temperature of natural gas; and
- Solvent pressure, temperature, circulation rate, and weight.

$CO_2$ emissions from AGR unit vent stacks can also be calculated using mass balance approach from the throughput of the AGR unit and gas composition as follows;

$$E_{a,CO2} = \left(V + \alpha * \left(V * \left(Vol_I - Vol_O\right)\right)\right) * \left(Vol_I - Vol_O\right)$$

**Equation 6**

where,

$E_{a,CO2}$ = Annual volumetric CO2 emissions at actual condition, in cubic feet per year.

$V$ = Total annual volume of natural gas flow into or out of the AGR unit in cubic feet per year at actual condition as determined using methods specified in paragraph (d)(5) of this section of the TSD.

$\alpha$ = Factor is 1 if the outlet stream flow is measured. Factor is 0 if the inlet stream flow is measured.

$Vol_I$ = Volume fraction of CO2 content in natural gas into the AGR unit as determined in paragraph (d)(7) of this section.

$Vol_O$ = Volume fraction of CO2 content in natural gas out of the AGR unit as determined in paragraph (d)(8) of this section of the TSD.

Sometimes AGR units have a continuous gas analyzer in which case they can be used to determine $Vol_I$ and $Vol_O$.

There are gas processing plants that capture $CO_2$ for EOR or carbon sequestration projects. In such cases, the emissions $E_{CO2}$ can be adjusted downward to account for the percentage of total emissions captured.

## 5. Blowdown Vent Stacks

Emissions from blowdown vent stacks can be calculated using the total physical volume between isolation valves (including all natural gas-containing pipelines and vessels) and logs of the number of blowdowns for each piece of equipment using Equation 7 below:

$$E_{s,n} = N * \left(V_v \left(\frac{(459.67 + T_s)P_a}{(459.67 + T_a)P_s}\right) - V_v * C\right)$$

**Equation 7**

where,

$Es,n$ = *Annual natural gas venting emissions at standard conditions from blowdowns in cubic feet.*

$N$ = *Number of repetitive blowdowns for each equipment type of a unique volume in calendar year.*

$Vv$ = *Total volume of blowdown equipment chambers (including pipelines, compressors and vessels) between isolation valves in cubic feet.*

$C$ = *Purge factor that is 1 if the equipment is not purged or zero if the equipment is purged using non-GHG gases.*

| | | |
|---|---|---|
| $Ts$ | = | *Temperature at standard conditions ($^{o}F$).* |
| $Ta$ | = | *Temperature at actual conditions in the blowdown equipment chamber ($^{o}F$).* |
| $Ps$ | = | *Absolute pressure at standard conditions (psia).* |
| $Pa$ | = | *Absolute pressure at actual conditions in the blowdown equipment chamber (psia).* |

## 6.  Dehydrator Vent

There are two predominant types of technologies that are used to dehydrate natural gas. The first type is the most prevalent and uses liquid tri-ethylene glycol for dehydration, typically referred to as glycol dehydrators. The second type of dehydrators use solid desiccants to extract water from natural gas. For glycol dehydrators, when contacted with natural gas for dehydration, the glycol absorbs some amount of natural gas, which is released as emissions during its regeneration. Standard simulation software packages that use some form of equilibrium analysis can estimate emissions from such liquid glycol type dehydrators. On the other hand, in desiccant dehydrators the solid desiccant itself does not absorb any significant quantities of natural gas. But emissions result when the desiccant dehydrator is opened to the atmosphere for the regeneration of the desiccant, which results in the release of natural gas trapped in the desiccant dehydrator vessel. Hence, for desiccant dehydrators standard simulation software packages cannot be used. However, calculative methods can be used to determine emissions from solid desiccant type dehydrators. The two monitoring methods for the two different types for dehydrators are as below.

Emissions from a dehydrator vents can be calculated using a simulation software package, such as GLYCalc™. There may be several other simulation packages, such as Aspen HYSYS, that can also estimate emissions from glycol dehydrators. However, GLYCalc™ is the most widely used software and referenced by several State and Federal agencies in their programs and regulations. Different software packages might use different calculations and input parameters to determine emissions from dehydration systems. However, there are some parameters that directly impact the accuracy of emissions calculation. Therefore, any standard simulation software could be used provided it accounts for the following operational parameters:

- Feed natural gas flow rate;
- Feed natural gas water content;
- Outlet natural gas water content;
- Absorbent circulation pump type(natural gas pneumatic/ air pneumatic/ electric);
- Absorbent circulation rate;
- Absorbent type: including, but not limited to, triethylene glycol (TEG), diethylene glycol (DEG) or ethylene glycol (EG);
- Use of stripping natural gas;
- Use of flash tank separator (and disposition of recovered gas);
- Hours operated; and
- Wet natural gas temperature, pressure, and composition.

For dehydrators that use desiccant emissions can be calculated from the amount of gas vented from the vessel every time it is depressurized for the desiccant refilling process using Equation 8 below:

$$E_{s,n} = \frac{(H * D^2 * P * P_2 * \%G * 365\,days\,/\,yr)}{(4 * P_1 * T * 1,000\,cf\,/\,Mcf * 100)}$$  **Equation 8**

where,

| | | |
|---|---|---|
| $E_{s,n}$ | = | Annual natural gas emissions at standard conditions |
| $H$ | = | Height of the dehydrator vessel (ft) |
| $D_v$ | = | Inside diameter of the vessel (ft) |
| $P_1$ | = | Atmospheric pressure (psia) |
| $P_2$ | = | Pressure of the gas (psia) |
| $P$ | = | pi (3.14) |
| $G_\%$ | = | Percent of packed vessel volume that is gas |
| $T$ | = | Time between refilling (days) |
| $100$ | = | *Conversion of %G to fraction.* |

Some dehydrator vented emissions are sent to a flare. Annual emissions from dehydrator vents sent to flares can be calculated using the methodology under Section 8 of the TSD for flares. Alternatively, a simple combustion efficiency factors, such as 98 percent, can be used in conjunction with a $CO_2$ emissions factor for natural gas to estimate emissions from glycol dehydrator vents to flare stack.

## 7.   EOR injection pump blowdown.

EOR operations use pumps to inject supercritical phase $CO_2$ into reservoirs. For maintenance, these pumps may be blown down to release all the supercritical phase $CO_2$. The volume of $CO_2$ released to during such blow down practices can be calculated using the total volume between isolation valves (including, but not limited to, pipelines, compressors and vessels).The emissions can be calculated using Equation 9 below.

$$Mass_{c,i} = N * V_v * R_c * GHG_i * 10^{-3}$$  **Equation 9**

where,

| | | |
|---|---|---|
| $Mass_{c,i}$ | = | Annual EOR injection gas venting emissions in metric tons at critical conditions "c" from blowdowns. |

| $N$ | = | Number of blowdowns for the equipment in calendar year. |
| $V_v$ | = | Total volume in cubic meters of blowdown equipment chambers (including, but not limited to, pipelines, compressors and vessels between isolation valves. |
| $R_c$ | = | Density of critical phase EOR injection gas in kg/m$^3$. Use an appropriate standard method published by a consensus-based standards organization to determine density of super critical EOR injection gas. |
| $GHG_i$ | = | mass fraction of GHG$i$ in critical phase injection gas |

## C. Emission Factors

The EPA/ GRI and EPA/Radian studies provide emissions factors for almost all the emissions sources in the petroleum and natural gas industry. These can potentially be used to estimate emissions for reporting under the rule. However, the emissions factors are not appropriate for all the emissions sources.  The emissions factors were developed more than a decade ago when the industry practices were much different from now. In some cases, the emissions factors were developed using limited sample data and knowledge about the industry's operations (e.g., wells, compressors).  While the available emission factors alone may not be appropriate for GHG reporting, certain emission factors may be sufficient, under certain circumstances, to calculate and characterize GHG emissions.  Also, the introduction of many emissions reduction technologies are not reflected in the emissions factor estimates. However, the two studies provide raw emission data that in conjunction with newer publically available data (e.g., Clearstone 2006 study) could be used for developing emission factors for certain sources.  Refer to Section 4(c)(ii), 6(c), and Appendix F and G of the TSD for a complete discussion of the use of emission factors in the reporting rule.

## D. Combination of Direct Measurement and Engineering Estimation

Emissions from several sources can be estimated using a combination of direct measurement and engineering estimation. Direct measurement can provide either a snapshot of the emissions in time or information on parameters that can be used for using a calculative method to estimate emissions. Following are options for using such a combination of monitoring methods to estimate emissions.

## 8.    Flare stacks

Flares typically burn two types of hydrocarbon streams; continuous and intermittent. Continuous streams result from vented emissions from equipment such as glycol dehydrators and storage tanks. Intermittent streams result from such sources as emergency releases from equipment blowdown. It must be noted that most of these streams, continuous or intermittent, can be covered using monitoring methods already provided on an individual emissions source level.

Flare emissions whether from continuous or intermittent streams can be monitored using one of the following monitoring methods

*Method 1:*

Many facilities, such as in the processing sector, may already have a continuous flow monitor on the flare. In such cases, the measured flow rates can be used when the monitor is operational, to calculate the total flare volumes for the calendar year.

*Method 2:*

Another option is to require the estimation of all streams of hydrocarbons going to the flare at an individual emissions source level. Here engineering calculation and other methods described for different sources in this Section of the TSD can be used to estimates of volume flare gas

*Method 3:*

When the flare stream is mostly continuous, a flow velocity measuring device (such as hot wire anemometer, pitot tube, or vane anemometer) can be inserted directly upstream of the flare stack to determine the velocity of gas sent to flare. The GHG volumetric emissions at actual conditions can then be calculated as follows.

$$E_{a,CH4}(un-combusted) = V_a * (1-\eta) * X_{CH4} \qquad \textbf{Equation 10}$$

$$E_{a,CO2}(un-combusted) = V_a * X_{CO2} \qquad \textbf{Equation 11}$$

$$E_{a,CO2}(combusted) = \sum_j \eta * V_a * Y_j * R_j \qquad \textbf{Equation 12}$$

$$E_{a,i} = E_{a,CO2}(combusted) + E_{a,i}(un-combusted) \qquad \textbf{Equation 13}$$

where,

$E_{a,i}(un\text{-}combusted)$ = Contribution of annual un-combusted emissions from flare stack in cubic feet, under ambient conditions, for both $CH_4$ and $CO_2$ as described in Equation 10 and Equation 11.

$E_{a,CO2}(combusted)$ = Contribution of annual emissions of $CO_2$ from combustion from flare stack, in cubic feet, under ambient conditions

$E_{a,i}(total)$ = Total annual emissions from flare stack in cubic feet, under ambient conditions

$V_a$ = Volume of natural gas sent to flare in cubic feet, during the year

| | | |
|---|---|---|
| $\eta$ | = | Percent of natural gas combusted by flare (default is 98 percent) |
| $X_i$ | = | Concentration of $GHG_i$ in gas to the flare; where i = $CO_2$ or $CH_4$. |
| $Y_j$ | = | Concentration of natural gas hydrocarbon constituents $j$ (such as methane, ethane, propane, butane, and pentanes plus). |
| $R_j$ | = | Number of carbon atoms in the natural gas hydrocarbon constituent $j$; 1 for methane, 2 for ethane, 3 for propane, 4 for butane, and 5 for pentanes plus) |

In some cases the facility may have a continuous gas composition analyzer on the flare. Here the compositions from the analyzer can be used in calculating emissions. If an analyzer is not present then a sample of the gas to the flare stack can be taken every quarter to evaluate the composition of GHGs present in the stream. The natural gas composition analyses can be conducted using ASTM D1945-03. It must be noted that for processing plants there are two distinct streams of natural gas with significant differences in composition. The natural gas stream upstream of the de-methanizer can be expected to have higher C2+ components as opposed to the residue stream downstream of the de-methanizer. In addition, the $CO_2$ content in natural gas can change significantly after acid gas removal. Finally, processing plants may send pure streams of separated hydrocarbons such as ethane, propane, butane, iso-butane, or pentanes plus to the flare during an emergency shutdown of any particular equipment. Such variations in hydrocarbon streams being sent to the flare would have to be accounted for in the monitoring methodology.

## 9. Compressor wet seal degassing vents

In several compressors, the wet seal degassing vents emit flash gas from degassed oil straight into or close to the compressor engine exhaust vent stack. The temperatures at the degassing vent exit are very high due to the proximity to the engine exhaust vent stack. In such cases, emissions can be estimated using a flow velocity measuring device (such as hot wire anemometer, pitot tube) or a flow rate measurement device such as vane anemometer, which can be inserted directly upstream of the degassing unit vent exit to determine the velocity or flow rate of gas sent to the vent. If a velocity measuring device is used then the volume of natural gas sent to vent can be calculated from the velocity measurement using the manufacturer manual for conversion. Annual emissions can be estimated using meter flow measurement as follows:

$$E_{a,i} = MT * T * M_i * (1 - B)$$   **Equation 14**

where,

> $E_{a,i}$  =  Annual $GHG_i$ (either $CH_4$ or $CO_2$) volumetric emissions at ambient conditions

| | | |
|---|---|---|
| $MT$ | = | Meter reading of gas emissions per unit time |
| $T$ | = | Total time the compressor associated with the wet seal(s) is operational in the calendar year |
| $M_i$ | = | Mole percent of $GHG_i$ in the degassing vent gas |
| $B$ | = | percentage of centrifugal compressor wet seal degassing vent gas sent to vapor recovery or fuel gas or other beneficial use as determined by keeping logs of the number of operating hours for the vapor recovery system or recycle to fuel gas system |

A sample representative of the gas to the degassing vent can be taken every quarter to evaluate the composition of GHGs present in the stream using ASTM D1945-03. Some facilities may send their degassing vent vapors to a flare or to fuel use. The monitoring method will have to account for this.

## 10.    Reciprocating compressor rod packing venting

There are three primary considerations for emissions from rod packing on reciprocating compressors. First, the rod packing case may or may not be connected to an open ended line or vent. Second, the rod packing may leak through the nose gasket in addition to the emissions directed to the vent. And third, the emissions from rod packing will vary depending on the mode of operation of the reciprocating compressor – running, standby and pressurized, or standby and de-pressurized.

If the rod packing case is connected to an open ended line or vent then emissions from the rod packing case can be estimated using bagging or high volume sampler. Alternatively, a temporary meter such as vane anemometer or permanent meter such as orifice meter can be used to measure emissions from rod packing vents.

If the rod packing case is open to the atmosphere then the emissions from the rod packing case will be mingled with the emissions from the nose gasket. The emissions from an open rod packing case usually will migrate to the distance piece (dog house), and if the distance piece is enclosed then this emissions will migrate to the engine crank case, before being emitted to the atmosphere. There are two possible options to monitor these emissions. The first option is to use an emissions factor for rod packing along with a population count. The second option is to require equipment leak detection and measurement to determine the exact location and volume of emission.

Typically, rod packing emissions vary with the mode of operation of the compressor. The emissions are highest when the compressor is operating and lower when they are in standby pressurized mode. When the compressor is standby de-pressurized there might be some migration of natural gas from the unit isolation valve through the rod packing. But rod packing emissions from leaking unit isolation valves is for the most part negligible because unit isolation valves leak primarily through the blowdown vent stack.  Hence to correctly

characterize annual emissions from rod packing, estimation of emissions at two compressor modes, operating and standby pressurized, may be required.

## 11.   Compressor isolation valve and blowdown valve

Blowdown valves on a compressor are used to depressurize and release all of the natural gas in the compressor chambers when the compressor is taken offline. These blowdown valves, however, can leak in some cases when the compressor is in operating or standby pressurized modes. Isolation valves are used to isolate the compressor chambers from the pipeline that connects the natural gas flow into and out of the compressor. These isolation valves can leak when the compressor is take offline. Both the blowndown valve and isolation valve are typically connected to the blowdown vent system. The emissions from leaks in an isolation valve or blowdown valve can be detected and measured using detection and measurement methods as discussed in Sections (6)(b)(i) and (6)(b)(ii)(A) of the TSD.

## 12.   Storage tanks

Emissions from storage tanks can be estimated using one of the following four methods.

### *Method 1:*

In the case of storage tanks, emissions rates are not constant; and thus, a one-time measurement may not provide accurate emissions rates for the entire reporting period.  To accurately estimate emissions from storage tanks, it is necessary to conduct multiple measurements during a cycle of operation that is representative of the tank operations through the year. Equation 15 below can be used to calculate GHG emissions:

$$E_{a,h} = Q \times ER \qquad\qquad \textbf{Equation 15}$$

where,

$E_{a,h}$   =   hydrocarbon vapor emissions at ambient conditions, in cubic meters

$Q$   =   storage tank total annual throughput, in barrels

$ER$   =   measured hydrocarbon vapor emissions rate per throughput (e.g. meter/barrel)

ER can be estimating using the following procedure:

- The hydrocarbon vapor emissions from storage tanks can be measured using a flow meter for a test period that is representative of the normal operating conditions of the storage tank throughout the year and which includes a complete cycle of accumulation of hydrocarbon liquids and pumping out of hydrocarbon liquids from the storage tank.

- The throughput of the storage tank during the test period can be recorded.

- The temperature and pressure of hydrocarbon vapors emitted during the test period can be recorded.
- A sample of hydrocarbon vapors can be collected for composition analysis.

*Method 2:*

A second method is to use simulation software such as E&P Tank (GEO-RVP) to estimate vented emissions from storage tanks. Therefore, any standard simulation software could be used assuming it accounts for the following operational parameters:

- Feed liquid flow rate to tank;
- Feed liquid API gravity;
- Feed liquid composition or characteristics;
- Upstream (typically a separator) pressure;
- Upstream (typically a separator) temperature;
- Tank or ambient pressure; and
- Tank or ambient temperature;
- Sales oil API gravity;
- Sales oil production rate;
- Sales oil Reid vapor pressure;

*Method 3:*

A third method to estimating emissions from storage tanks is to use the Peng-Robinson equation directly instead of using a simulation software. The Peng-Robinson equation is the basis behind most of the simulation softwares and therefore will result in estimates similar to *Method 2* above.

$$p = \frac{RT}{V_m - b} - \frac{a\alpha}{V_m^2 + 2bV_m - b^2}$$    **Equation 16**

where:

| | | |
|---|---|---|
| $p$ | = | Absolute pressure |
| $R$ | = | Universal gas constant |
| $T$ | = | Absolute temperature |

$V_m$ = Molar volume = $\dfrac{0.45724R^2T_c^2}{p_c}$ = $\dfrac{0.7780RT_c}{p_c}$

$\alpha$ = $\left(1 + \left(0.37464 + 1.54226\omega - 0.26992\omega^2\right)\left(1 - \sqrt{\dfrac{T}{T_c}}\right)\right)^2$

where:

| | | |
|---|---|---|
| $\Omega$ | = | Acentric factor of the species |
| $Tc$ | = | Critical temperature |

$Pc$   =   Critical pressure

*Method 4:*

A conservative method to estimate GHG emissions from flashing in storage tanks is to take a sample of liquids at the low pressure separator (i.e. the last separator before the liquids enter the storage tank) and then assume that all the $CH_4$ and $CO_2$ dissolved in this sample is released to the atmosphere.

*Method 5:*

A fifth method for storage tank vented emissions quantification is use of the Vasquez-Beggs equation. This correlation equation provides an estimate of the gas-to-oil ratio for flashing tank vapors; however, it does not provide the GHG of the vapors, so composition analysis of tank vapors is still required. Equation 17 demonstrates the use of this correlation equation:

$$GOR = A \times G_{fg} \times \left(P_{sep} + 14.7\right) \times \exp\left(\frac{C \times G_{oil}}{T_{sep} + 460}\right)$$   **Equation 17**

where,

$GOR$   =   ratio of flash gas production to standard stock tank barrels of oil produced, in standard cubic feet/barrel (barrels corrected to 60°F)

$G_{fg}$   =   Specific gravity of the tank flash gas, where air = 1. A suggested default value for $G_{fg}$ is 1.22

$G_{oil}$   =   API gravity of stock tank oil at 60°F

$P_{sep}$   =   Pressure in separator (or other vessel directly upstream), in pounds per square inch gauge

$T_{sep}$   =   Temperature in separator (or other vessel directly upstream of the tank), °F

$A$   =   0.0362 for $G_{oil}$ </= 30°API, or 0.0178 for $G_{oil}$ > 30°API

$B$   =   1.0937 for $G_{oil}$ </= 30°API, or 1.187 for $G_{oil}$ > 30°API

$C$   =   25.724 for $G_{oil}$ </= 30°API, or 23.931 for $G_{oil}$ > 30°API

Sometimes one or more emissions source vents may be connected to the storage tank. In such cases the emissions from these sources will be commingled with the emissions from the storage tank. In addition, two phase separators directly upstream of the storage tank may not have a vortex breaker. This can lead to channeling of natural gas from the separator to the storage tank. All these multiple scenarios mean that only Method 1 could potentially capture such miscellaneous sources connected to the storage tank. If, however, Method 1 is performed at a time when say the separator is not vortexing then even Method 1 may not capture the emissions from the miscellaneous emissions sources connected to the storage tank. Hence there is no single method that can identify these variations in storage tank emissions that represent multiple sources. These data are available from two recent studies provided by the Texas Commission on Environmental Quality (2009) and the Texas Environment Research Consortium (2009) that highlight this fact. A potential option to correct such scenarios where other emissions sources are connected to the storage tank or if the separator is vortexing is to use multipliers on emissions estimated from Methods 1 and 2 above. Two such potential multipliers are as below,

   (i)    The emissions for sales oil less than 45 API gravity can be multiplied by 3.87

   (ii)   The emissions for sales oil equal to or greater than 45 API gravity can be multiplied by 5.37

Details on the development of these multipliers are available in Appendix E.

*Dump Valve Emissions Estimation*

Storage tank vented emissions quantification could include the emissions that result from a gas-liquids separator liquid dump valve malfunction. Liquid dump or scrubber dump valves open periodically to reduce the accumulation of liquids in the separator. Scrubber dump valves can get stuck open due to debris preventing it from closing properly. In such a case, natural gas from the separator is lost through the dump valve ultimately passing through the storage tank's atmospheric vent. Equation 18, below, can be used to account for storage tank emissions with improperly closed scrubber dump valves.

$$E_{s,i} = \left( CF_n \times E_n \times T_n \right) + \left( E_n \times \left( 8760 - T_n \right) \right)$$  **Equation 18**

where,

| | | |
|---|---|---|
| $E_{s,i}$ | = | Annual total volumetric GHG emissions at standard conditions from each storage tank in cubic feet. |
| $E_n$ | = | Storage tank emissions as determined in calculation methods 1, 2, or 5 (with wellhead separators) of this section of the TSD during time $T_n$ in cubic feet per hour. |
| $T_n$ | = | Total time the dump valve is not closing properly in the calendar year in hours. $T_n$ is estimated by maintenance or operations records (records) such that when a record shows the valve to be open improperly, it is assumed the valve was open for the entire time period preceding the record starting at either the beginning of the calendar year or the previous record showing it closed properly within the calendar year. If a subsequent record shows it is closing properly, then assume from that time forward the valve closed properly until either the next record of it not closing properly or, if there is no subsequent record, the end of the calendar year. |
| $CF_n$ | = | Correction factor for tank emissions for time period $T_n$ is 3.87 for sales oil less than 45 API gravity. Correction factor for tank emissions for time period Tn is 5.37 for sales oil equal to or greater than 45 API gravity. Correction factor for tank emissions for time period $T_n$ is 1.0 for periods when the dump valve is closed. |
| $E_t$ | = | Storage tank emissions as determined in calculation methods 1, 2, or 3 of this section of the TSD at maintenance or operations during the time the dump valve is closing properly (ie.8760-$T_n$) in cubic feet per hour. |

*Transmission Storage Tanks:*

Storage tanks in the onshore natural gas transmission segment typically store the condensate from the scrubbing of pipeline quality gas. The volume of condensate is typically low in comparison to the volumes of hydrocarbon liquids stored in the upstream segments of the industry. Hence the emissions from condensate itself in the transmission segment are insignificant. However, scrubber dump valves often get stuck due to debris in the condensate and can remain open resulting in natural gas loss via the open dump valve. If the scrubber dump valve is stuck and leaking natural gas to the tank then the emissions will be visibly significant and will not subside to inconspicuous volumes. If the scrubber dump valve functions normally and shuts completely after the condensate has been dumped then the storage tank emissions should subside and taper off to insignificant quantities; this will happen because once the condensate has flashed the dissolved natural gas there will not be significant emissions from the storage tank. If persistent and significant emissions are detected then a measurement of those emissions may be required using a temporary meter or ultrasonic devices that can detect and measure the emissions in a non-invasive way.

Storage tank vapors captured using vapor recovery systems or sent to flares will have to be accounted for in the above methods.

### 13.   Well testing venting and flaring

During well testing the well usually is flowing freely and the produced hydrocarbons are typically vented and/ or flared. A gas to oil ratio is often determined when conducting well testing. This information can be reliably used to estimate emissions from well testing venting using Equation 19 below:

$$E_{s,n} = GOR * FR * D \hspace{2cm} \textbf{Equation 19}$$

where,

$E_{s,n}$ = Annual volumetric natural gas emissions from well testing in cubic feet under actual conditions

$GOR$ = Gas to oil ratio in cubic feet of gas per barrel of oil; oil here refers to hydrocarbon liquids produced of all API gravities

$FR$ = Flow rate in barrels of oil per day for the well being tested

$D$ = Number of days during the year the well is tested

When well testing emissions are sent to a flare then the emissions estimated above should be adjusted to reflect the combustion emissions.

### 14.   Associated gas venting and flaring

Often times when onshore petroleum production fields are located in a remote location, the associated gas produced is sent to a vent or flare. This is because the associated natural gas is stranded gas, meaning that it is not economical to send the usually low volumes to the market via a pipeline system. Also, gas from producing wells may sometimes be routed to a

vent or a flare due to system upset conditions or for maintenance of field equipment. In such cases the emissions can be estimated using the volume of oil produced and the corresponding gas to oil ratio as following;

Vented associated natural gas emissions can be estimated using Equation 20 below:

$$E_{a,n} = GOR * V \qquad\qquad \textbf{Equation 20}$$

where,

$E_{a,n}$  =  Annual volumetric natural gas emissions from associated gas venting under actual conditions, in cubic feet

$GOR$  =  Gas to oil ratio in cubic feet of gas per barrel of oil; oil here refers to hydrocarbon liquids produced of all API gravities

$V$  =  Total volume of oil produced in barrels in the calendar year.

When well testing emissions are sent to a flare then the emissions estimated above will have to be adjusted to reflect the combustion emissions.

## 15.  Hydrocarbon liquids dissolved $CO_2$

Onshore petroleum production that uses EOR with $CO_2$ injection results in the production of petroleum that has significant amounts of $CO_2$ dissolved in it.  This $CO_2$ is usually separated from the liquid petroleum component, and re-injected in a closed loop system (although this $CO_2$ might be eventually recovered when the EOR operation at the site is closed).  However, the liquid portion of petroleum still contains dissolved $CO_2$, since separation usually takes place at higher than ambient pressure.  Most of this $CO_2$ is then released in a storage tank where the $CO_2$ flashes out of the liquid hydrocarbons.  But even after this stage some amount of $CO_2$ remains entrapped in the liquid hydrocarbons and is lost to the atmosphere during the transportation and processing phases.

The amount of $CO_2$ retained in hydrocarbon liquids after flashing in tanks can be determined by taking quarterly samples to account for retention of $CO_2$ in hydrocarbon liquids immediately downstream of the storage tank.  The emissions from this hydrocarbon dissolved CO2 can be estimated using Equation 21 below:

$$Mass_{s,\,CO2} = S_{hl} * V_{hl} \qquad\qquad \textbf{Equation 21}$$

where,

$Mass_{s,\,CO2}$  =  Annual $CO_2$ emissions from $CO_2$ retained in hydrocarbon liquids beyond tankage, in metric tons.

$S_{hl}$  =  Amount of $CO_2$ retained in hydrocarbon liquids in metric tons per barrel, under standard conditions.

$V_{hl}$       =   Total volume of hydrocarbon liquids produced in barrels in the calendar year.

### 16.    Produced water dissolved $CO_2$

EOR operations may use water injection techniques to pressurize the reservoir and drive the hydrocarbons containing $CO_2$ through the reservoir and up the production well.  This water, like the liquid petroleum, contains dissolved $CO_2$, since $CO_2$ readily dissolves in water.  This produced water is re-circulated for injection into the reservoir.  However, often it may be sent through tankage to avoid a two phase flow of $CO_2$ and water through the injection pumps.  In such cases the $CO_2$ dissolved in the water is flashed to the atmosphere in the storage tank.

These emissions can be determined similar to hydrocarbon dissolved $CO_2$ by sampling the water on a periodic basis.  To determine retention of $CO_2$ in produced water immediately downstream of the separator where hydrocarbon liquids and produced water are separated the following equation can be used.

$$Mass_{s,\,CO2} = S_{pw} * V_{pw} \qquad\qquad \textbf{Equation 22}$$

where,

$Mass_{s,\,CO2}$   =   Annual $CO_2$ emissions from $CO_2$ retained in produced water beyond tankage, metric tons.

$S_{pw}$       =   Amount of $CO_2$ retained in produced water in metric tons per barrel, under standard conditions.

$V_{pw}$       =   Total volume of produced water produced in barrels in the calendar year.

EOR operations that route produced water from separation directly to re-injection into the hydrocarbon reservoir in a closed loop system without any leakage to the atmosphere could be exempted from reporting.

### 17.    Well venting for liquids unloading

There are three potential methods to estimate well venting emissions from liquids unloading. Method 1 requires installation of a flow meter temporarily for developing an emissions factor.  Method 2 requires a transient pressure spike engineering analysis across the vent pipe during one well unloading event.  Method 3 uses an engineering calculation method that uses the well's physical parameters to estimate emissions.  Each of the three options is discussed below.

*Method 1:*

For each unique well tubing diameter and producing horizon/formation combination in each gas producing field where gas wells are vented to the atmosphere to expel liquids

accumulated in the tubing, a recording flow meter can be installed on the vent line used to vent gas from the well (e.g. on the vent line off the separator or a storage tank).  An emissions factor can be estimated as an average flow rate per minute of venting calculated for each unique tubing diameter and producing horizon/formation combination in each producing field.  The emission factor can be applied to all wells in the field that have the same tubing diameter and producing horizon/formation combination, multiplied by the number of minutes of venting of all wells of the same tubing diameter and producing horizon/formation combination in that field.  A new factor can be determined periodically to track field declining formation pressure and flow potential.

*Method 2:*

For each unique well tubing diameter and producing horizon/formation combination in each gas producing field where gas wells are vented to the atmosphere to expel liquids accumulated in the tubing, an engineering analysis of the transient pressure spike across the vent line for well unloading events can be conducted.  An emissions factor as an average flow rate per minute of venting can then be calculated through such an analysis.  This emissions factor can be applied to all wells in the field that have the same tubing diameter and producing horizon/formation combination, multiplied by the number of minutes of venting all wells of the same tubing diameter and producing horizon/formation combination in that field.  A new emission factor can be determined periodically to track field declining formation pressure and flow potential.  Emissions from well venting for liquids unloading can be calculated using Equation 23 below:

$$E_{s,n} = T * X * EF \qquad \qquad \textbf{Equation 23}$$

where,

$E_{s,n}$ = Annual natural gas emissions at standard conditions

$T$ = Amount of time of well venting

$X$ = Concentration of GHG $i$ in gas vented.

$EF$ = Emission factor developed using the transient pressure spike

For wells that have a plunger lift installed on a timer or programmable logic controller that vent to the atmosphere and automatically closes the vent valve when the plunger is received at the well head, an equation calculating the volume of gas in the tubing string calculated at sales pipeline pressure can be used.  This equation is unique for each category of wells with the same well depth and tubing size.  The emissions factor can be estimated by multiplying the tubing cross-sectional area by the tubing string length from wellhead to the bottom resting location of the plunger, corrected for sales line pressure and average gas flowing temperature.

*Method 3:*

The Natural Gas STAR Lessons Learned – Installing Plunger Lift Systems in Gas Wells (available at <http://epa.gov/gasstar/documents/ll_plungerlift.pdf>) provides an engineering estimation method in its Appendix. This method uses physical characteristics of the well that are usually well known. Using this method, emissions from well venting for liquids unloading can be calculated using Equation 24 below:

$$E_{a,n} = \{(0.37 \times 10^{-3}) * CD^2 * WD * SP * V\} + \{SFR*(HR-T)*Z\}$$

**Equation 24**

where,

| | | |
|---|---|---|
| $E_{s,n}$ | = | Annual natural gas emissions at actual conditions, in cubic feet/year |
| $0.37 \times 10^{-3}$ | = | $\{pi(3.14)/4\}/\{(14.7*144)$ psia converted to pounds per square feet$\}$ |
| $CD$ | = | Casing diameter (inches) |
| $WD$ | = | Well depth (feet) |
| $SP$ | = | Shut-in pressure (psig) |
| $V$ | = | Number of vents per year |
| $SFR$ | = | Average sales flow rate of gas well in cubic feet per hour |
| $HR$ | = | Hours that the well was left open to the atmosphere during unloading |
| T | = | 1 hour for average well to blowdown casing volume at shut-in pressure for wells without plunger lift assist; 0.5 hour for average well to blowdown tubing volume at sales line pressure when using plunger lift assist. |
| Z | = | If HR is less than 1.0 then Z is equal to 0. If HR is greater than or equal to 1.0 then Z is equal to 1. |

For details on the time taken to blowdown a casing and tubing to unload a well, see "Change to Rule Equation W-7: Time to Vent the Casing Gas from Well Liquids Unloading" in the rulemaking docket (EPA-HQ-OAR-2009-0923)

## 18.    Gas well venting during well completions and workovers

There are two methods to estimate emissions from gas well venting during well completions and workovers. Method 1 requires the installation of a recording flow meter on the vent line to the atmosphere or to a flare. Method 2 is an engineering calculation for flow based on the pressure drop across the well choke for subsonic and sonic flow. Method 3 uses the production of the well to determine emissions.

*Method 1:*

A recording flow meter can be installed on the vent line to the atmosphere or to a flare during each well completion or workover event. This one time reading can be extrapolated to yearly emissions based on the time taken for completion or workover and the number of times the

well is worked over (if more than once per year).  Such emissions factors can be developed for representative wells in a field on a yearly basis.  During periods when gas is combusted in a flare, the carbon dioxide quantity can be determined from the gas composition with an adjustment for combustion efficiency.  This method can also be used when phase separation equipment is used and requires the installation of a recording flow meter on the vent line to the atmosphere or to a flare.

Emissions from gas well venting during well completions and workovers can be calculated using Equation 25 below:

$$E_{a,n} = T * FR - EnF - SG$$                    **Equation 25**

where,

$E_{a,n}$    =    Annual natural gas vented emissions at ambient conditions in cubic feet

$T$        =    Cumulative amount of time in hours of well venting during the reporting period

$FR$       =    Flow rate in cubic feet per hour, under ambient conditions

EnF      =    Volume of $CO_2$ or $N_2$ injected gas in cubic feet at standard conditions that was injected into the reservoir during an energized fracture job.  If the fracture process did not inject gas into the reservoir, then EnF is 0. If injected gas is $CO_2$ then EnF is 0.

SG       =    Volume of natural gas in cubic feet at standard conditions that was recovered into a sales pipeline. If no gas was recovered for sales, SG is 0.

*Method 2:*

Using pressures measured upstream and downstream of the well choke, the average flow rate across the choke can be calculated.  Using engineering judgment and the total time that flow across the choke is occurring, the total volume to the atmosphere or a flare during the back-flow period can be estimated.  This one time reading can be extrapolated to yearly emissions based on the time taken for completion or workover and the number of times the well is worked over (if more than once per year).  Such emissions factors can be developed for representative wells in a field on a yearly basis.

Emissions from gas well venting during well completions and workovers can be calculated using Equation 26 for subsonic flow and Equation 27 for sonic flow below:

$$FR = 1.27 * 10^5 * A * \sqrt{3430 * T_u * \left[ \left( \frac{P_2}{P_1} \right)^{1.515} - \left( \frac{P_2}{P_1} \right)^{1.758} \right]}$$          **Equation 26**

where,

| | | |
|---|---|---|
| $FR$ | = | Average flow rate in cubic feet per hour, under subsonic flow conditions. |
| $A$ | = | Cross sectional area of orifice ($m^2$). |
| $P_1$ | = | Upstream pressure (psia). |
| $T_u$ | = | Upstream temperature (degrees Kelvin). |
| $P_2$ | = | Downstream pressure (psia). |
| 3430 | = | Constant with units of $m^2/(sec^2 * K)$. |
| $1.27*10^5$ | = | Conversion from $m^3$/second to $ft^3$/hour. |

$$FR = 1.27*10^5 * A * \sqrt{187.08 * T_u}$$

**Equation 27**

where,

| | | |
|---|---|---|
| $FR$ | = | Average flow rate in cubic feet per hour, under sonic flow conditions. |
| $A$ | = | Cross sectional area of orifice ($m^2$). |
| $T_u$ | = | Upstream temperature (degrees Kelvin). |
| 187.08 | = | Constant with units of $m^2/(sec^2 * K)$. |
| $1.27*10^5$ | = | Conversion from $m^3$/second to $ft^3$/hour. |

*Method 3:*

A quick and least burdensome method to determine emissions from well venting during completions and workovers is to use the daily gas production rate to estimate emissions using Equation 28 below:

$$E_{a,n} = \sum_f V_f * T_f$$

**Equation 28**

where,

| | | |
|---|---|---|
| $E_{a,n}$ | = | Annual natural gas emissions in cubic feet at actual conditions from gas well venting during well completions and workovers without hydraulic fracturing. |
| $f$ | = | Total number of well completions without hydraulic fracturing in a field. |
| $V_f$ | = | Average daily gas production rate in cubic feet per hour of each well completion without hydraulic fracturing. This is the total annual gas production volume divided by total number of hours the wells produced to the sales line. For completed wells that have not established a production rate, you may use the average flow rate from the first 30 days of production. In the event that the well is completed less than 30 days from the end of the calendar year, the first 30 days of the production straddling the current and following calendar years shall be used. |

$T_f$      =    Time each well completion without hydraulic fracturing was venting in hours during the year.

## 19. Onshore production combustion emissions

The combustion process is well understood in terms of GHG emissions. The use of emissions factors is reliable if the quantity and type of fuel combustion is known. The alternative is to use combustion emissions stack monitors, which are cost prohibitive and may not be considered appropriate for onshore production. Onshore production segment does not meter its fuel, since most of the equipment in the field is located upstream of the lease meter. However, requiring meters at every single well site to measure fuel volume is not feasible in terms of cost. Hence, the use of heat rating of the equipment along with the hours of operations is the most feasible approach to estimate the amount of fuel consumed. Using the emissions factors approach, GHG emissions from combustion equipment can be estimated using broadly two methods; fuel specific emissions factors and equipment specific fuel factors. Fuel specific emissions factors are related to a particular type of fuel in use and do not take into account the type of equipment (e.g. whether internal or external combustion equipment). The advantage of this type of approach is that if the fuel volume for a facility is known then there is no need to identify the particular equipment that is combusting it. The disadvantage in this method though is that it does not take into account the differing levels of efficiency between different types of equipment. On the other hand, equipment specific emissions factors take into account the efficiency levels of each equipment type corresponding with the type of fuel it combusts. However, the disadvantage of using equipment specific emissions factors is that fuel consumption has to be known at an equipment level. Both fuel specific and equipment specific emissions factors are available form the API Compendium and EPA AP-42 documents.

## 20. Natural gas distribution combustion emissions

The combustion emissions from natural gas distribution result mainly from inline gas heaters, small compressors, etc. Heaters are used to prevent natural gas dropping below the dew point (where liquids, mainly water, might condense) or to maintain the temperature of gas let-down in pressure from high pressure transmission pipelines to low pressure distribution gate station metering systems. The Joule-Thompson effect causes gas temperature to drop when the gas is suddenly expanded across a valve or orifice. Thus, transmission pressure gas at, for example 1000 psig and ambient temperature of 70°F can drop well below freezing when depressurized to 100 psig. This gas may be heated to a temperature above so-called "dry" gas dew point or a range consistent with distribution gate station meter calibrations. These are usually small sources of emissions and may not contribute significantly to the total emissions from the distribution segment. However, some natural gas distribution systems operate compressor stations that are similar in size and operations to the natural gas transmission or gas storage systems. These compressor stations may have significant emissions and could be captured under combustion emissions reporting.

### c. Leak detection and leaker emission factors

For leaks from standard components such as connectors, valves, meters, etc. emissions can be estimated by conducting an equipment leak detection program and applying a leaker emissions factor to those sources found to be emitting. This option may be considered over direct measurement (e.g., high flow sampler) to avoid the capital cost in measurement equipment and labor hours to conduct measurement. Estimating emissions using leaker emission factors is more accurate than population factors because leaker factors are applied to leaks once they are identified. Since equipment leaks occur randomly within a population of components, determining the number of actual leaking component improves the emissions estimate. Equation 29, below, can be used for this purpose.

$$E_{s,i} = GHG_i * \sum_x EF_X * T_x \qquad \qquad \textbf{Equation 29}$$

where,

$E_{s,i}$ = Annual total volumetric GHG emissions at standard conditions from each equipment leak source in cubic feet.

$x$ = Total number of this type of emissions source found to be leaking during $T_x$.

$EF_E$ = Leaker emission factor for specific sources

$GHG_i$ = For onshore petroleum and natural gas production facilities and onshore natural gas processing facilities,, concentration of $GHG_i$, $CH_4$ or $CO_2$, in the total hydrocarbon of the feed natural gas; other segments $GHG_i$ equals 1 for $CH_4$ and $1.1 \times 10^{-2}$ for $CO_2$.

$T_x$ = The total time the component was found leaking and operational, in hours. If one leak detection survey is conducted, assume the component was leaking for the entire calendar year. If multiple leak detection surveys are conducted, assume that the component found to be leaking has been leaking since the previous survey or the beginning of the calendar year. For the last leak detection survey in the calendar year, assume that all leaking components continue to leak until the end of the calendar year.

Leaker emissions factors are available for specific sources for onshore natural gas processing facilities, onshore natural gas transmission compression facilities, underground natural gas storage facilities, liquefied natural gas storage facilities, liquefied natural gas import and export facilities, and natural gas distribution facilities. These leaker emissions factors and a discussion on their development are available in Appendix F.

### d. Population Count and Emission Factors.

For equipment leaks that are geographically dispersed or where the cost burden is an issue, emissions can be estimated using the population count of emissions sources and a

corresponding population emissions factor. This option may be considered over direct measurement to avoid the cost of purchasing a high volume sampler, screening device, and the labor hours to use both. Such an option may be most feasible for emissions sources with gas content greater than 10 percent $CH_4$ plus $CO_2$ by weight since otherwise the emissions factors may overestimate overall GHG emissions. The disadvantage of using population factors is that it will only provide an estimate of potential emissions, not actual emissions. It will also not provide any trends in changes in emissions over time, since the only variable is equipment/ component count, which in most operations does not change significantly. Hence, petroleum and natural gas operators who are voluntarily reducing emissions by conducting periodic leak detection and repair will end up reporting more emissions than is actually occurring in their operations. Emissions from all sources listed in this paragraph of this section can be calculated using Equation 30.

$$E_{s,i} = Count * EF * GHG_i * T \qquad\qquad \textbf{Equation 30}$$

where,

| | | |
|---|---|---|
| $E_{s,i}$ | = | Annual total volumetric GHG emissions at standard conditions from each equipment leak source category |
| $Count$ | = | Total number of this type of emission source at the facility |
| $EF$ | = | Population emission factor for specific sources listed in Appendix F. |
| $GHG_i$ | = | for onshore petroleum and natural gas production facilities and onshore natural gas processing facilities, concentration of GHG i, $CH_4$ or $CO_2$, in produced natural gas or feed natural gas; for other facilities $GHG_i$ equals 1 |
| $T$ | = | Total time the specific source associated with the equipment leak was operational in the reporting period, in hours |

Population emissions factors are available for specific sources for onshore petroleum and natural gas production facilities, onshore natural gas processing facilities, onshore natural gas transmission compression facilities, underground natural gas storage facilities, liquefied natural gas storage facilities, liquefied natural gas import and export facilities, and natural gas distribution facilities. These population emissions factors and a discussion on their references are available in Appendix G.

### e. Method 21

This is the authorized method for detecting volatile organic carbon (VOC) emissions under Title 40 CFR. The method specifies the performance of a portable VOC emission detection instrument with a probe not exceeding one fourth inch outside diameter, used to slowly circumscribe the entire component interface where a leak could occur. The probe must be maintained in close proximity to (but not touching) the interface; otherwise it could be damaged by rotating shafts or plugged with ingested lubricants or greases. In most cases, it can be no more than 1 centimeter away from the leak interface. Method 21 does not specify

leak definitions; they are defined within specific subparts of the Title 40 CFR. Method 21 also allows certain alternative equipment leak detection methods, such as soap solutions (where the leaking source is below the boiling point and above the freezing point of the soap solution, does not have areas open to the atmosphere that the soap solution cannot bridge, and does not have signs of liquid leakage). Method 21 does not specify any emissions mass or volumetric quantification methods, but only specifies an emissions concentration expressed in parts per million of combustible hydrocarbons in the air stream of the instrument probe. This leak detection data has been used by state emission inventories with "leaker" factors developed by the Synthetic Organic Chemicals Manufacturing Industry (SOCMI)[8] to estimate the quantity of VOC emissions. SOCMI factors were developed from petroleum refinery and petrochemical plant data using Method 21.

Method 21 instrumentation technology has been used for over 30 years to detect leaks. The approach uses gas concentration measurement of air and combustible gas drawn into the tip of a probe manually circumscribed on or within one centimeter along the entire potential seal surface or center of a vent to detect equipment leaks. This original practice is required for certain regulated components that are reachable with the hand-held leak detection instrument used while standing on the ground or fixed platform accessible by stairs (i.e. does not require climbing ladders, standing on stools or use of bucket-lift trucks to access components). In a study conducted by API at seven California refineries[9] with over five years of measured data (11.5 million data points), it was found that 0.13 percent of the components contributed over 90 percent of the controllable emissions (i.e. equipment leaks or vented emissions that can be mitigated once detected). Given the fact that only a small number of sources contribute to the majority of emissions, it is important for this final rule to detect and quantify leaking sources beyond the scope of Method 21.

Performance standards for remote leak sensing devices, such as those based on infrared (IR) light imaging, or laser beams in a narrow wavelength absorbed by hydrocarbon gases, were promulgated in the general provisions of EPA 40 CFR Part 60. This alternate work practice (AWP) permits leak detection using an instrument which can image both the equipment and leaking gas for all 40 CFR 60 subparts that require monitoring under LDAR.

In a typical Method 21 program, the costs of conducting emissions detection remain the same during each recurring study period. This is because the determination of whether a potential source is emitting or not is made only after every regulated source is screened for emissions as described above. The OVA/TVA requires the operator to physically access the emissions source with the probe and thus is much more time intensive than using the optical gas imaging instrument. Optical gas imaging instruments were found to be more cost effective for leak detection for this reporting rule as these instruments are able to scan hundreds of source components quickly, including components out of reach for an OVA/TVA.

---

[8] EPA (1995). *Protocol for Equipment Leak Emission Estimates.* Research Triangle Park, NC. Publication No. EPA-453/R-95-017. Online at: http://www.epa.gov/ttnchie1/efdocs/equiplks.pdf
[9] Hal Taback Company *Analysis of Refinery Screening Data*, American Petroleum Institute, Publication Number 310, November 1997.

Although leak detection with Method 21 or the AWP in their current form in conjunction with leaking component emission factors may not be the best suited for all mandatory reporting, the principle could potentially be adopted for estimating emissions from minor sources such as equipment leaks from components.  Emissions can be detected from sources (including those not required under Method 21, i.e. not within arm's reach) using AWP procedures for the optical gas imaging instrument, and applying leaker emissions factors available from studies conducted specifically with methane emissions in its scope.  This will be easier for industry to adapt to and also avoid the use of Synthetic Organic Chemical Manufacturing Industry correlation equations or leak factors developed specifically for different industry segments (i.e. petroleum refineries and chemical plants).  This method will also result in the estimation of real emissions, as opposed to potential emissions from population emissions factor calculations.

### f.  Portable VOC Detection Instruments for Leak Measurement

As discussed above under Method 21, portable VOC detection instruments do not quantify the volumetric or mass emissions.  They quantify the concentration of combustible hydrocarbon in the air stream induced through the maximum one fourth inch outside diameter probe.  Since these small size probes rarely ingest all of the emissions from a component leak, they are used primarily for equipment leak detection.  EPA provides emissions quantification guidelines, derived from emissions detection data, for using portable VOC detection devices.  One choice of instrument emissions detection data is referred to as "leak/no-leak," where equipment is determined to be leaking when the portable instrument indicates the provided leak definition.  Different leak definitions are specified within the subparts of the Clean Air Act.  Subpart KKK of 40 CFR Part 60 defines "leakers" for natural gas processing facilities as components with a concentration of 10,000 ppm or more when measured by a portable leak detection instrument.  Components that are measured to be less than 10,000 ppm are considered "not leaking." Hence, these quantification tables have a "no-leak" emission factor for all components found to have emissions rates below the leak definition, and "pegged" emission factors for all components above the leak definition. Alternatively, the "stratified" method has emission factors based on ranges of actual leak concentrations below, at and above the leak definition. Portable leak detection instruments normally peg at 10,000 ppm, and so are unsuitable for use with the "stratified" quantification factors.

### g.  Mass Balance for Quantification

There are mass balance methods that could be considered to calculate emissions for a reporting program.  This approach would take into account the volume of gas entering a facility and the amount exiting the facility, with the difference assumed to be emitted to the atmosphere.  This is most often discussed for emissions estimation from the transportation segment of the industry.  For transportation, the mass balance is often not recommended because of the uncertainties surrounding meter readings and the large volumes of throughput relative to equipment leaks.  The mass balance approach may, however, be feasible in cases where the volume of emissions is significantly large and recognizable as meter readings. One such source is an acid gas recovery unit where the volume of $CO_2$ extracted from natural gas

is significant enough to be registered in a compositional difference of the natural gas and can be determined using mass balance.

## h.  Gulf Offshore Activity Data System program (GOADS)

The Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) conducts a comprehensive activity data collection effort under its Gulf Offshore Activity Data System program (GOADS) in compliance with 30 CFR 250.302 through 304. This requires all petroleum and natural gas production platforms located in the Federal Gulf of Mexico (GoM) to report their activities to BOEMRE once in every three to four years. The activity data reported includes counts of emissions sources, volumes of throughputs from several pieces of equipment, fuel consumption by combustion devices, and parametric data related to certain emissions sources such as glycol dehydrators. This activity data is then converted into emissions estimates by BOEMRE and reported subsequently by BOEMRE. The BOEMRE summary report provides estimates of GHG emissions in the GoM as well as a detailed database of emissions from each source on platform in the GoM. The EPA could potentially use this data reported by the GOADS program. However, since the data has historically been collected once every three to four years, EPA will not receive new emissions information for every reporting period.  This means that between BOEMRE reporting periods if a new platform is commissioned, an old platform is de-commissioned, new equipment is installed on existing platforms, or operating levels of platforms change then this information will not get recorded and reported for periods when BOEMRE GOADS is not being conducted.  This issue however, can be resolved by requiring new platforms to use the most recent GOADS methods to estimate emissions and other reporters to adjust their emissions annually based on the time each platform was operating in comparison to the GOADS reporting year.  Finally, the BOEMRE GOADS program does not collect information from platforms in the GoM under State jurisdiction, as well as platforms in the Pacific and Alaskan coasts.  These platforms not under GOADS purview will not have existing data to report if GOADS reporting were to be adopted by EPA.  Nevertheless, a reporting rule can potentially require non-GOADS platforms to adopt the GOADS methodology to calculate emissions.  If BOEMRE discontinues or delays their GOADS, then platform operators under a reporting rule using GOADS may refer to the most recently published version of the GOADS program instructions to continue reporting.

## i. Additional Questions Regarding Potential Monitoring Methods

There are several additional issues regarding the potential monitoring methods relevant to estimating equipment leak and vented emissions from the petroleum and natural gas industry.

### i. Source Level Equipment Leak Detection Threshold

This document does not indicate a particular equipment leak definition or detection threshold requiring emissions measurement. This is because different equipment leak detection instruments have different levels and types of detection capabilities, i.e. some instruments provide a visual image while others provide a digital value on a scale (not necessarily

directly related to mass emissions). Hence the magnitude of actual emissions can only be determined after measurement. This, however, may not serve the purpose of a reporting rule, which is to limit the burden by focusing only on significant sources of emissions. A facility can have hundreds of small emissions (as low as 3 grams per hour) and it might not be practical to measure all of them for reporting.

There are, however, two possible approaches to overcome this issue, as follows; provide an instrument performance standard such that any source determined to be emitting per the instrument is considered an emissions source, or provide a threshold value for the emitter such that any source below the threshold magnitude is not considered an emitter.

**Instrument Performance Standards**

Performance standards can be provided for equipment leak detection instruments and usage such that all instruments follow a minimum common detection threshold. Alternatively, the AWP to Detect Leaks from Equipment standards for optical gas imaging instruments recently adopted by EPA can potentially be proposed. In such a case, all detected emissions from components subject to the final rule may require measurement and reporting. This avoids the necessity of specifying performance standards.

The EPA Alternative Work Practice (AWP) promulgated the use of optical gas imaging instruments that can detect in some cases emissions as small as 1 gram per hour. The AWP requires technology effectiveness of emissions statistically equivalent to 60 grams/hour on a bi-monthly screening frequency, i.e. the technology should be able to routinely detect all emissions equal to or greater than 60 grams/hour. EPA determined by Monte Carlo simulation that 60 grams/hour leak rate threshold and bi-monthly monitoring are equivalent to existing work practices (Method 21). To implement the technology effectiveness, the AWP requires that the detection instrument meet a minimum detection sensitivity mass flow rate. For the purposes of the proposed supplemental rule, such a performance standard could be adapted for the detection of natural gas emissions with methane as the predominant component (it should be noted that Method 21 is specifically meant for VOCs and HAPs and not for methane).

**Equipment Leak Threshold**

One alternative to determining an emission source is to provide a mass emissions threshold for the emitter. In such a case, any source that emits above the threshold value would be considered an emitter. For portable VOC monitoring instruments that measure emission concentrations a concentration threshold equivalent to a mass threshold can be provided. However, the concentration measurement is converted to an equivalent mass value using SOCMI correlation equations, which were developed from petroleum refinery and petrochemical plant data. In the case of an optical imaging instrument, which does not provide the magnitude of emissions, either concentration or mass emissions, quantification would be required using a separate measurement instrument to determine whether a source is an emitter or not. This could be very cost prohibitive for the purposes of this rule.

### ii. Duration of Equipment Leaks

Equipment leaks by nature occur randomly within the facility. Therefore, there is no way of knowing when a particular source started emitting. If the potential monitoring method requires a one time equipment leak detection and measurement, then assumptions will have to be made regarding the duration of the emissions. There are several potential options for calculating the duration of emissions. If a component leak is detected, total emissions from each source could be quantified under one of the following three scenarios: 1) if a facility conducts one comprehensive leak survey each reporting period, applicable component leaker emissions factors could be applied to all specific component emissions sources and emissions quantified based on emissions occurring for an entire reporting period; 2) if a facility conducts two comprehensive leak surveys during a single reporting period, applicable component leaker emissions factors could be applied to all component emissions sources. If a specific emission source is found not leaking in the first survey but leaking in the second survey, emissions could be quantified from the date of the first leak survey conducted in the same reporting period forward through the remainder of the reporting period. If a specific emissions source is found leaking in the first survey but is repaired and found not leaking in the second survey, emissions could be quantified from the first day of the reporting period to the date of the second survey. If a component is found leaking in both surveys, emissions could be quantified based on an emission occurring for an entire reporting period; 3) if a facility conducts multiple comprehensive leak surveys during the same reporting period, applicable component leaker emissions factors could be applied to component emissions sources. Each specific source found leaking in one or more surveys is quantified for the period from a prior finding of no leak (or beginning of the reporting period) to a subsequent finding of no leak (or end of the reporting period). If a component is found leaking in all surveys, emissions could be quantified based on an emissions occurring for an entire reporting period.

### iii. Equipment Leak and Vented Emissions at Different Operational Modes

If a reporting program relies on a one time or periodic measurement, the measured emissions may not account for the different modes in which a particular technology operates throughout the reporting period. This may be particularly true for measurements taken at compressors. Compressor leaks are a function of the mode in which the compressor is operating: i.e. offline pressurized, or offline de-pressurized. Typically, a compressor station consists of several compressors with one (or more) of them on standby based on system redundancy requirements and peak delivery capacity. When a compressor is taken offline it may be kept pressurized with natural gas or de-pressurized. When the compressor is offline and kept pressurized, equipment leaks and vented emissions result from closed blowdown valves and reciprocating compressor rod packing leaks, respectively. When the compressor is offline and depressurized, emissions result from leaking isolation valves. When operating, compressor vented emissions result from compressor seals or rod packing and other components in the compressor system. In each of the compressor modes, the resultant equipment leak and vented emissions are significantly different. One potential approach to account for these varying levels of equipment leak and vented emissions is to have operators measure all compressors in each operating mode once a reporting period. Operators would

also need to report the time for which the compressor is in the different modes. The disadvantages to this approach is that it will increase the reporting burden because measurements will have to be taken at each mode of compressor operation in each reporting period and the time that the equipment is in various operational modes would also have to be tracked. In addition, it is not feasible to require operators to take compressors off-line every year to conduct measurements in offline pressurized and depressurized modes.   One alternative approach is to report compressor emissions in the mode the compressors are found, also known as reporting compressor emissions "as-is".   The reporters could then determine emission factors for each mode and apply them to the period of time each compressor was not in the mode it was measured in for the reporting period. Since most compressors would be found in the, pressurized, operating mode, reporters could be required to measure each compressor in an offline mode less frequently (e.g. every three reporting periods) to ensure sufficient data points are collected in the less common offline modes.

A similar issue exists with tanks where the operating conditions change more often than for compressors. The amount of throughput through tanks varies continuously as new hydrocarbon liquids are introduced and stored liquids are withdrawn for transportation. Unlike other equipment, the operational level of tanks cannot be categorized into a fixed and limited number of modes. This makes it all the more challenging to characterize emissions from storage tanks. One option is to require operators to use best judgment and characterize a few different modes for the storage tanks and make adjustments to the monitored emissions accordingly.


## iv. Natural Gas Composition

When measuring equipment leaks and vented emissions using the various measurement instruments (high volume sampler, calibrated bags, and meters) or using engineering estimation for vented emissions, only flow rate is measured or calculated and the individual $CH_4$ and $CO_2$ emissions are estimated from the natural gas mass emissions using natural gas composition appropriate for each facility. For this purpose, the monitoring methodologies discussed above would require that facilities use existing gas composition estimates to determine $CH_4$ and $CO_2$ components of the natural gas emissions (acid gas recovery units, flare stacks, and storage tank vented emissions are an exception to this general rule). These gas composition estimates are assumed to be available at facilities. But this may or may not be a practical assumption for reporting.  In the absence of gas composition, periodic measurement of the required gas composition for speciation of the natural gas mass emissions into $CH_4$ and $CO_2$ mass emissions could be a potential option.

In addition, GHG components of natural gas may change significantly in the facilities during the reporting period and different sources in the same facility may be emitting different compositions of natural gas. This is most prevalent in onshore production, offshore production and natural gas processing facilities. One potential option is to apply an average composition across all emissions sources for the reporting facility. Another option is to apply specific composition estimates across similar streams in the same facility. For example, in processing, the natural gas composition is similar for all streams upstream of the de-methanizer. The same is true of all equipment downstream of the de-methanizer overhead.

For onshore production and offshore production monthly or quarterly samples can be taken to account for the variation in natural gas being produced from different combinations of production wells throughout the reporting period.

## v. Physical Access for Leak Measurement

All emissions measurement techniques require physical access to the leaking source. The introduction of remote leak detection technologies based on infrared (IR) light absorption by hydrocarbon gas clouds from atmospheric leaks makes leak detection quicker and possible for sources outside of arms reach from the ground or fixed platforms. Leaks from flanges, valve stems, equipment covers, etc. are generally smaller than emissions from vents. Component leaks are expensive to measure where they are not accessible within arms reach from the ground or a fixed platform.   For these inaccessible sources, the use of emission factors for emissions quantification may be appropriate. Vent stacks are often located out of access by operators for safety purposes, but may represent large emission sources. Where emissions are detected by optical gas imaging instruments, emissions measurement may be cost-effective using the following source access techniques:

- Short length ladders positioned on the ground or a fixed platform where OSHA regulations do not require personnel enclosure and the measurement technique can be performed with one hand;
- Bucket trucks can safely position an operator within a full surround basket allowing both hands to be used above the range of ladders or for measurement techniques requiring both hands;
- Relatively flat, sturdy roofs of equipment buildings and some tanks allow safe access to roof vents that are not normally accessible from fixed platforms or bucket trucks;
- Scaffolding is sometimes installed for operational or maintenance purposes that allow access to emission sources not normally accessible from the ground, fixed platforms and out of reach of bucket trucks.

## 7. Procedures for Estimating Missing Data

It is possible that some companies would be missing data necessary to quantify annual emissions.   In the event that data are missing, potential procedures to fill the data gap are outlined below and are organized by data type.

In general, although there is always the possibility of using a previous periods' data point to replace missing data in the current reporting period, this is not ideal since varying operating conditions can dramatically impact emissions estimates.   Where using previous reporting periods' data are not desirable, then a reporting rule might require 100% data availability.   In other words, there would be no missing data procedures provided. If any data were identified as missing, then there would be an opportunity to recollect the emissions data over the course of the current reporting period.

### a. Emissions Measurement Data

Measured data can be collected by trained engineers using a high volume sampler, meter, or calibrated bag. Over the course of the data collection effort, some of the measured emissions rates could get lost temporarily or permanently due to human error, or storage errors such as lost hard-drives and records. If measured data is missing then the field measurement process may have to be repeated within the reporting period. If this proves to be impossible and the company clearly certifies that they lost the data and can justify not repeating the survey within the given reporting period, then the previous reporting period's data could be used to estimate equipment leaks from the current reporting period.

### b. Engineering Estimation Data

Engineering estimations rely on the collection of input data to the simulation software or calculations. A potential procedure for missing input data is outlined below for each type of input parameter.

- Operations logs. If operating logs are lost or damaged for a current reporting period, previous reporting period's data could be used to estimate emissions. Again, using previous reporting periods' data are not as desirable as there could be significant differences from period to period based on operating conditions.
- Process conditions data. Estimating vented emissions from acid gas removal vent stacks, blowdown vent stacks, dehydrator vents, natural gas driven pneumatic valve bleed devices, natural gas driven pneumatic pumps, and storage tanks requires data on the process conditions (e.g., process temperature, pressure, throughputs, and vessel volumes). If, for any reason, these data are incomplete or not available for the current reporting period, field operators or engineers could recollect data wherever possible. If this data cannot be collected, then relevant parameters for estimation of emissions can be used from previous reporting period. However, where possible current reporting period parameters should be used for emissions estimation due to the reasons listed above.

### c. Emissions Estimation Data for Storage Tanks and Flares

Emissions from storage tanks and flares might require a combination of both direct measurement and engineering estimation to quantify emissions. In such cases the storage tank emissions calculation requires the measurement of "emissions per throughput" data. If this data is missing then the previous reporting periods' estimate of "emissions per throughput" measured data could be used with current period throughput of the storage tank to calculate emissions.

Calculating emissions from flares requires the volume of flare gas measured using a meter. If these data are missing then the flare gas in the current reporting period could be estimated by scaling the flare gas volume from previous reporting period by adjusting it for current period throughput of the facility.

### d. Emissions Estimation Data Using Emissions Factors

If population emissions factors are used then the only data required is activity data. In such a case missing data should be easily replaceable by undertaking a counting exercise for locations from which the data is missing. Alternatively, previous reporting period activity data can be used to fill in missing data. However, if facility and/or equipment modifications have resulted in increase or decrease in activity data count then this may not be a feasible approach.

If leaker emissions factors are used then activity data will have to be collected using some form of equipment leak detection. In such case, missing data may not be easily replaceable. Previous period reported activity data may be used but it may not be representative of current period emissions. A detection survey to replace missing data may be warranted.

## 8.  QA/QC Requirements

### a. Equipment Maintenance

Equipment used for monitoring, both emissions detection and measurement, should be calibrated on a scheduled basis in accordance with equipment manufacturer specifications and standards. Generally, such calibration is required prior to each monitoring cycle for each facility. A written record of procedures needed to maintain the monitoring equipment in proper operating condition and a schedule for those procedures could be part of the QA/QC plan for the facility.

An equipment maintenance plan could be developed as part of the QA/QC plan.  Elements of a maintenance plan for equipment could include the following:

- Conduct regular maintenance of monitoring equipment.
  - Keep a written record of procedures needed to maintain the monitoring system in proper operating condition and a schedule for those procedures;
  - Keep a record of all testing, maintenance, or repair activities performed on any monitoring instrument in a location and format suitable for inspection. A maintenance log may be used for this purpose. The following records should be maintained: date, time, and description of any testing, adjustment, repair, replacement, or preventive maintenance action performed on any monitoring instrument and records of any corrective actions associated with a monitor's outage period.

### b. Data Management

Data management procedures could be included in the QA/QC Plan.  Elements of the data management procedures plan are as follows:

- Check for temporal consistency in production data and emission estimate.  If outliers exist, can they be explained by changes in the facility's operations, etc.?

- o A monitoring error is probable if differences between annual data cannot be explained by:
    - Changes in activity levels,
    - Changes concerning monitoring methodology,
    - Changes concerning change in equipment,
    - Changes concerning the emitting process (e.g. energy efficiency improvements).[10]

- Determine the "reasonableness" of the emission estimate by comparing it to previous year's estimates and relative to national emission estimate for the industry:
    - o Comparison of emissions by specific sources with correction for throughput, if required,
    - o Comparison of emissions at facility level with correction for throughput, if required,
    - o Comparison of emissions at source level or facility level to national or international reference emissions from comparable source or facility, adjusted for size and throughput,
    - o Comparison of measured and calculated emissions.[10]

- Maintain data documentation, including comprehensive documentation of data received through personal communication:
    - o Check that changes in data or methodology are documented

### c. Calculation checks

Calculation checks could be performed for all reported calculations.  Elements of calculation checks could include:

- Perform calculation checks by reproducing a representative sample of emissions calculations or building in automated checks such as computational checks for calculations:
    - o Check whether emission units, parameters, and conversion factors are appropriately labeled,
    - o Check if units are properly labeled and correctly carried through from beginning to end of calculations,
    - o Check that conversion factors are correct,
    - o Check the data processing steps (e.g., equations) in the spreadsheets,
    - o Check that spreadsheet input data and calculated data are clearly differentiated
    - o Check a representative sample of calculations, by hand or electronically,
    - o Check some calculations with abbreviated calculations (i.e., back of the envelope checks),

---

[10] Official Journal of the European Union, August 31, 2007.  Commission Decision of 18 July 2007, "Establishing guidelines for the monitoring and reporting of GHG emissions pursuant to Directive 2003/87/EC of the European Parliament and of the Council.  Available at http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2007:229:0001:0085:EN:PDF.

    o   Check the aggregation of data across source categories, business units, etc.,

    o   When methods or data have changed, check consistency of time series inputs and calculations.[11]

## 9. Reporting Procedure

(a) The facilities that cross the potential threshold for reporting could report the following information to EPA:

(1) Emissions monitored at an aggregate source level for each facility, separately identifying those emissions that are from standby sources. In several onshore natural gas processing plants $CO_2$ is being capture for Enhanced Oil Recovery operations. Therefore, these $CO_2$ emissions may have to be separately accounted for in the reporting.

(2) Activity data, such as the number of sources monitored, for each aggregated source type level for which emissions will be reported.

(3) The parameters required for calculating emissions when using engineering estimation methods.

In addition, the following reporting requirements could be considered for a reporting rule;

(b) Equipment leaks by nature occur randomly within the facility, therefore, where emissions are reported on an annual basis, it may not be possible to determine *when* the equipment leaks began. As discussed in more detail in Section (I)(ii) of the TSD,  under these circumstances, annual emissions could be determined assuming that the equipment leaks were continuous from the beginning of the reporting period or from the last recorded not leaking in the current reporting period and until the equipment leak is repaired or the end of the reporting period.

(c) Due to the point-in-time nature of direct measurements, reports of annual emissions levels should take into account equipment operating hours according to standard operating conditions and any significant operational interruptions and shutdowns, to convert direct measurement to an annual figure.

## 10. Verification of Reported Emissions

As part of the data verification requirements, the owner or operator could submit a detailed explanation of how company records of measurements are used to quantify equipment leaks and vented emissions measurement within 7 days of receipt of a written request from EPA or from the applicable State or local air pollution control agency (the use of electronic mail can be made acceptable).

---

[11] U.S. EPA 2007.  Climate Leaders, Inventory Guidance, Design Principles Guidance, Chapter 7 "Managing Inventory Quality".  Available at
http://www.epa.gov/climateleaders/documents/resources/design_princ_ch7.pdf.

## Appendix A: Segregation of Emissions Sources using the Decision Process

The tables provided in this appendix represent the outcome of the decision process used to identify a starting list of potential sources that were evaluated for inclusion in the final rule. The decision process was applied to each emission source in the natural gas segment of the U.S. GHG Inventory.  The petroleum onshore production segment has emission sources that either are equivalent to their counter-parts in the natural gas onshore production segment or fall in the exclusion category.  Petroleum transportation was not analyzed further due to the level of emissions and refineries are treated separately in Subpart Y.

**Sources Contributing to 80% of Equipment Leaks and Vented Emissions from Each Industry Segment**

| Source | Offshore Production | Onshore Production | Processing | Transmission | Storage | LNG Storage | LNG Import and Export | Distribution |
|---|---|---|---|---|---|---|---|---|
| Separators | | 4% | | | | | | |
| Meters/Piping | | 4% | | | | | | |
| Small Gathering Reciprocating Comp. | | 2% | | | | | | |
| Pipeline Leaks | | 7% | | | | | | |
| CBM Powder River | | 2% | | | | | | |
| Pneumatic Device Vents | | 43% | 0.26% | 12% | 13% | | | |
| Gas Pneumatic Pumps | | 9% | 0.49% | | | | | |
| Dehydrator Vents | 2% | 3% | 3% | | | | | |
| Well Clean Ups (LP Gas Wells)/ Blowdowns | | 7% | | | | | | |
| Plant/Station/ Platform Fugitives | 4% | | 5% | | | 16% | 14% | 3% |
| Reciprocating Compressors | | | 48% | 40% | 45% | 54% | 14% | |
| Centrifugal Compressors | 22% | | 16% | 8% | 6% | 19% | 4% | |
| Acid Gas Removal Vents | | | 2% | | | | | |
| Vessel Blowdowns/Venting | | | 6% | | | | | |
| Routine Maintenance/Upsets - Pipeline venting | | | | 10% | | | | |
| Station venting | | | | 8% | | | 2% | |
| M&R (Trans. Co. Interconnect) | | | | 4% | | | | |
| Pipeline Leaks Mains | | | | | | | | 36% |
| Services | | | | | | | | 16% |
| Meter/Regulator (City Gates) | | | | | | | | 37% |
| Residential Customer Meters | | | | | | | | |
| Flare stacks | 1% | | | | | | | |
| Non-pneumatic pumps | 0.03% | | | | | | | |
| Open ended lines | 0.005% | | | | | | | |
| Pump seals | 0.41% | | | | | | | |
| Storage tanks | 50% | | | | | | | |
| Wellhead fugitive emissions | | | | | 4% | | | |
| Well completions | | 0.0004% | | | | | | |
| Well workovers | | 0.04% | | | | | | |

NOTE: Pink cells represent sources that were included over riding the decision tree process.  Blue cells represent sources that are not present in the respective segments.  Green cells represent sources that are not explicitly identified in the U.S. GHG Inventory; however, these sources may potentially be found in the respective segments. Blank cells are sources in the U.S. GHG Inventory.

## Inventory of Methane Emissions from Natural Gas Systems

| PRODUCTION OFFSHORE | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| Amine gas sweetening unit | 0.2 | 80 | 0.01% | 0.0001% | NE | c | c | a | n |
| Boiler/heater/burner | 0.8 | 332 | 0.05% | 0.0002% | | c | d | a | n |
| Diesel or gasoline engine | 0.01 | 6 | 0.001% | 0.000004% | | c | d | a | n |
| Drilling rig | 3 | 1,134 | 0.17% | 0.001% | | c | d | a | n |
| Flare | 24 | 9,583 | 1.47% | 0.01% | | c | c | b | n |
| Centrifugal Seals | 358 | 144,547 | 22% | 0.10% | | a | a | a | b |
| Connectors | 0.8 | 309 | 0.05% | 0.0002% | | b | b | b | b |
| Flanges | 2.38 | 960 | 0.15% | 0.001% | | b | b | b | b |
| OEL | 0.1 | 32 | 0.005% | 0.00002% | | b | b | b | b |
| Other | 44 | 17,576 | 2.70% | 0.01% | | b | b | b | b |
| Pump Fugitive | 0.5 | 191 | 0.03% | 0.0001% | | b | b | a | b |
| Valves | 19 | 7,758 | 1% | 0.01% | | b | b | b | b |
| Glycol dehydrator | 25 | 9,914 | 2% | 0.01% | | c | c | b | n |
| Loading operation | 0.1 | 51 | 0.01% | 0.00004% | | c | d | a | n |
| Separator | 796 | 321,566 | 49% | 0.23% | | c | c | b | b |
| Mud degassing | 8 | 3,071 | 0.47% | 0.002% | | c | d | a | n |
| Natural gas engines | 191 | 77,000 | 12% | 0.05% | | | | | |
| Natural gas turbines | 3 | 1,399 | 0.22% | 0.001% | | | | | |
| Pneumatic pumps | 7 | 2,682 | 0.41% | 0.002% | | c | b | a | b |
| Pressure/level controllers | 2 | 636 | 0.10% | 0.0005% | | c | b | a | b |
| Storage tanks | 7 | 2,933 | 0.45% | 0.002% | | c | c | a | n |
| VEN exhaust gas | 121 | 48,814 | 8% | 0.03% | | c | c | b | n |

NOTES:     Leak Detection: a – Yes and cost effective; b – Yes but cost burden c - No.  Cost effectiveness based on expert judgment.
                  Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
                  Engineering Estimate: a – Exists; b – does not exist.
                  Accessible Source: y – Yes; n – No; b – Both.

| PRODUCTION ONSHORE | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accessible Source |
|---|---|---|---|---|---|---|---|---|---|
| *Normal Fugitives* | | | | | | | | | |
| Gas Wells | | | | | | | | | |
| Non-associated Gas Wells (less Unconventional) | 2,682 | 1,083,539 | 2% | 0.77% | 376784 | b | b | b | b |
| Unconventional Gas Wells | 69 | 27,690 | 0.06% | 0.02% | 35440 | a | b | b | b |
| Field Separation Equipment | | | | | | | | | 0 |
| Heaters | 1,463 | 591,023 | 1% | 0.42% | 89720 | a | b | b | b |
| Separators | 4,718 | 1,906,206 | 4% | 1% | 247919 | b | b | b | b |
| Dehydrators | 1,297 | 524,154 | 1% | 0.37% | 37925 | a | b | b | b |
| Meters/Piping | 4,556 | 1,840,683 | 4% | 1% | 315487 | b | b | b | b |
| Gathering Compressors | | | | | | | | | 0 |
| Small Reciprocating Comp. | 2,926 | 1,182,062 | 2% | 1% | 28490 | a | a | b | b |
| Large Reciprocating Comp. | 664 | 268,133 | 0.54% | 0.19% | 112 | a | a | b | b |
| Large Reciprocating Stations | 45 | 18,178 | 0.04% | 0.01% | 14 | a | a | b | b |
| Pipeline Leaks | 8,087 | 3,267,306 | 7% | 2% | 392624 | b | b | b | n |
| *Vented and Combusted* | | | | | | | | | |
| Drilling and Well Completion | | | | | | | | | |
| Completion Flaring | 0 | 188 | 0.00% | 0.00% | 597 | c | c | c | n |
| Well Drilling | 96 | 38,946 | 0.08% | 0.03% | 35600 | c | c | a | y |
| Coal Bed Methane | | | | | | | | | |
| Powder River | 2,924 | 1,181,246 | 2% | 1% | 396920 | c | c | a | n |
| Black Warrior | 543 | 219,249 | 0.44% | 0.16% | | c | c | a | n |
| Normal Operations | | | | | | | | | |
| Pneumatic Device Vents | 52,421 | 21,178,268 | 43% | 15% | | c | b | a | b |
| Chemical Injection Pumps | 2,814 | 1,136,867 | 2% | 0.81% | | c | b | a | b |
| Kimray Pumps | 11,572 | 4,674,913 | 9% | 3% | | c | b | a | n |
| Dehydrator Vents | 3,608 | 1,457,684 | 3% | 1% | | c | c | a | n |
| Condensate Tank Vents | | | | | | | | | |
| Condensate Tanks without Control Devices | 1,225 | 494,787 | 1% | 0.35% | | c | c | a | b |
| Condensate Tanks with Control Devices | 245 | 98,957 | 0.20% | 0.07% | | c | d | a | b |
| Compressor Exhaust Vented | | | | | | | | | |
| Gas Engines | 11,680 | 4,718,728 | 9% | 3% | | c | d | a | n |
| Well Workovers | | | | | | | | | |
| Gas Wells | 47 | 18,930 | 0.04% | 0.01% | | c | d | b | y |
| Well Clean Ups (LP Gas Wells) | 9,008 | 3,639,271 | 7% | 3% | | c | d | a | n |
| Blowdowns | | | | | | | | | |
| Vessel BD | 31 | 12,563 | 0.03% | 0.01% | | c | d | a | n |
| Pipeline BD | 129 | 52,040 | 0.10% | 0.04% | | c | d | a | b |
| Compressor BD | 113 | 45,648 | 0.09% | 0.03% | | c | d | a | n |
| Compressor Starts | 253 | 102,121 | 0.20% | 0.07% | | c | d | a | n |
| Upsets | | | | | | | | | |
| Pressure Relief Valves | 29 | 11,566 | 0.02% | 0.01% | | c | d | b | n |
| Mishaps | 70 | 28,168 | 0.06% | 0.02% | | c | d | b | n |

Notes: Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.  Cost effectiveness based on expert judgment.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.

| GAS PROCESSING PLANTS | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| *Normal Fugitives* | | | | | | | | | |
| Plants | 1,634 | 660,226 | 5% | 0.47% | | a | a | b | b |
| Recip. Compressors | 17,351 | 7,009,755 | 48% | 5% | | a | a | b | b |
| Centrifugal Compressors | 5,837 | 2,358,256 | 16% | 2% | | a | a | b | b |
| *Vented and Combusted* | | | | | | | | | |
| Normal Operations | | | | | | | | | |
| Compressor Exhaust | | | | | | | | | |
| Gas Engines | 6,913 | 2,792,815 | 19% | 2% | | | | | |
| Gas Turbines | 195 | 78,635 | 1% | 0.06% | | | | | |
| AGR Vents | 643 | 259,592 | 2% | 0.18% | | c | c | a | n |
| Kimray Pumps | 177 | 71,374 | 0.49% | 0.05% | | c | b | a | b |
| Dehydrator Vents | 1,088 | 439,721 | 3% | 0.31% | | c | c | a | n |
| Pneumatic Devices | 93 | 37,687 | 0.3% | 0.03% | | c | b | a | b |
| *Routine Maintenance* | | | | | | | | | |
| Blowdowns/Venting | 2,299 | 928,900 | 6% | 1% | | c | d | a | n |

Notes:  Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.   Cost effectiveness based on expert judgment.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.

| TRANSMISSION | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| *Fugitives* | | | | | | | | | |
| Pipeline Leaks | 166 | 67,238 | 0.17% | 0.05% | | a | c | a | n |
| Compressor Stations (Transmission) | | | | | | | | | |
| Station | 5,619 | 2,270,177 | 6% | 2% | | a | a | b | b |
| Recip Compressor | 38,918 | 15,722,907 | 40% | 11% | | a | a | b | b |
| Centrifugal Compressor | 7,769 | 3,138,795 | 8% | 2% | | a | a | b | b |
| M&R (Trans. Co. Interconnect) | 3,798 | 1,534,238 | 4% | 1% | | a | a | b | b |
| M&R (Farm Taps + Direct Sales) | 853 | 344,646 | 1% | 0.25% | | b | b | b | b |
| *Vented and Combusted* | | | | | | | | | |
| Normal Operation | | | | | | | | | |
| Dehydrator vents (Transmission) | 105 | 42,329 | 0.11% | 0.03% | | c | c | a | n |
| Compressor Exhaust | | | | | | | | | |
| Engines (Transmission) | 10,820 | 4,371,314 | 11% | 3% | | | | | |
| Turbines (Transmission) | 61 | 24,772 | 0.06% | 0.02% | | | | | |
| Generators (Engines) | 529 | 213,911 | 0.55% | 0.15% | | | | | |
| Generators (Turbines) | 0 | 60 | 0.0002% | 0.00004% | | | | | |
| Pneumatic Devices Trans + Stor | | | | | | | | | |
| Pneumatic Devices Trans | 11,393 | 4,602,742 | 12% | 3% | | c | b | a | b |
| Routine Maintenance/Upsets | | | | | | | | | |
| Pipeline venting | 9,287 | 3,752,013 | 10% | 3% | | c | d | a | b |
| Station venting Trans + Storage | | | | | | | | | |
| Station Venting Transmission | 7,645 | 3,088,575 | 8% | 2% | | c | d | a | n |

Notes:   Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.   Cost effectiveness based on expert judgment.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.

| STORAGE | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| *Fugitives* | | | | | | | | | |
| Compressor Stations (Storage) | | | | | | | | | |
| Station | 2,801 | 1,131,492 | 16% | 1% | | a | a | b | b |
| Recip Compressor | 8,093 | 3,269,454 | 45% | 2% | | a | a | b | n |
| Centrifugal Compressor | 1,149 | 464,354 | 6% | 0.33% | | a | a | b | n |
| Wells (Storage) | 695 | 280,891 | 4% | 0.20% | | a | a | b | y |
| *Vented and Combusted* | | | | | | | | | |
| Normal Operation | | | | | | | | | |
| Dehydrator vents (Storage) | 217 | 87,514 | 1% | 0.06% | | c | c | a | n |
| Compressor Exhaust | | | | | | | | | |
| Engines (Storage) | 1,092 | 441,108 | 6% | 0.31% | | | | | |
| Turbines (Storage) | 9 | 3,680 | 0.05% | 0.003% | | | | | |
| Pneumatic Devices Trans + Stor | | | | | | | | | |
| Pneumatic Devices Storage | 2,318 | 936,324 | 13% | 1% | | c | b | a | b |
| Station venting Trans + Storage | | | | | | | | | |
| Station Venting Storage | 1,555 | 628,298 | 9% | 0.45% | | c | d | a | n |

Notes:  Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.  Cost effectiveness based on expert judgment.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.

| LNG STORAGE | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| *LNG Storage* | | | | | | | | | |
| LNG Stations | 552 | 222,824 | 14% | 0.16% | | b | b | b | b |
| LNG Reciprocating Compressors | 2,084 | 842,118 | 54% | 1% | | b | b | b | b |
| LNG Centrifugal Compressors | 715 | 288,756 | 19% | 0.21% | | b | b | b | b |
| LNG Compressor Exhaust | | | | | | | | | |
| LNG Engines | 172 | 69,632 | 5% | 0.05% | | | | | |
| LNG Turbines | 1 | 261 | 0.02% | 0.0002% | | | | | |
| LNG Station venting | 306 | 123,730 | 8% | 0.09% | | c | d | a | n |

| LNG IMPORT AND EXPORT TERMINALS | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accesible Source |
|---|---|---|---|---|---|---|---|---|---|
| *LNG Import Terminals* | | | | | | | | | |
| LNG Stations | 22 | 8,880 | 3% | 0.01% | | b | b | b | b |
| LNG Reciprocating Compressors | 105 | 42,347 | 14% | 0.03% | | b | b | a | b |
| LNG Centrifugal Compressors | 27 | 10,820 | 4% | 0.01% | | b | b | a | b |
| LNG Compressor Exhaust | | | | | | | | | |
| LNG Engines | 586 | 236,647 | 78% | 0.17% | | | | | |
| LNG Turbines | 3 | 1,370 | 0.45% | 0.001% | | | | | |
| LNG Station venting | 12 | 4,931 | 2% | 0.004% | | c | d | a | n |

Notes:  Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.
Export Terminals are not currently included in the U.S. GHG Inventory, therefore they were not included in this analysis. There is currently only one export terminal, located in Alaska.

| DISTRIBUTION | Total Emissions Nationally (MMcf/year) | Tonnes CO2e/ Year | % of Sector Emissions | % of total Inventory Emissions | Activity Factors | Leak Detection | Direct Measurement | Engineering Estimate | Accessible Source |
|---|---|---|---|---|---|---|---|---|---|
| *Normal Fugitives* | | | | | | | | | |
| Pipeline Leaks | | | | | | | | | |
| Mains - Cast Iron | 9,222 | 3,725,675 | 14% | 3% | | a | b | b | n |
| Mains - Unprotected steel | 6,515 | 2,632,209 | 10% | 2% | | a | b | b | n |
| Mains - Protected steel | 1,422 | 574,529 | 2% | 0.41% | | a | b | b | n |
| Mains - Plastic | 6,871 | 2,775,759 | 10% | 2% | | a | b | b | n |
| Total Pipeline Miles | | | 36% | 7% | | | | | |
| Services - Unprotected steel | 7,322 | 2,957,970 | 11% | 2% | | a | b | b | n |
| Services Protected steel | 2,863 | 1,156,473 | 4% | 1% | | a | b | b | n |
| Services - Plastic | 315 | 127,210 | 0.47% | 0.09% | | a | b | b | n |
| Services - Copper | 47 | 19,076 | 0.07% | 0.01% | | a | b | a | n |
| Total Services | | | 16% | 3% | | | | | |
| Meter/Regulator (City Gates) | | | 37% | 7% | | | | | |
| M&R >300 | 5,037 | 2,034,986 | 7% | 1% | 3,198 | a | a | b | b |
| M&R 100-300 | 10,322 | 4,170,101 | 15% | 3% | 12,325 | b | b | b | b |
| M&R <100 | 249 | 100,480 | 0.37% | 0.07% | 6,587 | a | c | b | b |
| Reg >300 | 5,237 | 2,115,726 | 8% | 2% | 3,693 | a | a | b | b |
| R-Vault >300 | 25 | 9,976 | 0.04% | 0.01% | 2,168 | a | a | b | b |
| Reg 100-300 | 4,025 | 1,625,929 | 6% | 1% | 11,344 | b | b | b | b |
| R-Vault 100-300 | 8 | 3,247 | 0.01% | 0.002% | 5,097 | a | c | b | b |
| Reg 40-100 | 306 | 123,586 | 0.45% | 0.09% | 33,578 | b | b | b | b |
| R-Vault 40-100 | 23 | 9,115 | 0.03% | 0.01% | 29,776 | b | b | b | b |
| Reg <40 | 17 | 6,690 | 0.02% | 0.005% | 14,213 | b | b | b | b |
| Customer Meters | | | | | | | | | |
| Residential | 5,304 | 2,142,615 | 8% | 2% | 37017342 | b | b | a | y |
| Commercial/Industry | 203 | 81,880 | 0.30% | 0.06% | 4231191 | b | b | a | y |
| *Vented* | | | | | | | | | |
| Routine Maintenance | | | | | | | | | |
| Pressure Relief Valve Releases | 63 | 25,346 | 0.09% | 0.02% | | c | d | b | n |
| Pipeline Blowdown | 122 | 49,422 | 0.18% | 0.04% | | c | d | a | n |
| Upsets | | | | | | | | | |
| Mishaps (Dig-ins) | 1,907 | 770,405 | 3% | 1% | | c | d | b | n |

NOTES: Leak Detection: a – Yes and cost effective; b – Yes but cost burden; c - No.  Cost effectiveness based on expert judgment.
Direct Measurement: a – Accurate and cost effective; b – Accurate but cost burden; c – Questionable; d – No direct measurement.
Engineering Estimate: a – Exists; b – does not exist.
Accessible Source: y – Yes; n – No; b – Both.

# Appendix B: Development of revised estimates for four U.G. GHG Inventory emissions sources

## Well Completion and Workover Venting

This discussion describes the methods used to estimate total U.S. methane emissions from well completion and workover venting. For the purposes of this estimate, it is assumed that all unconventional wells are completed with hydraulic fracturing of tight sand, shale or coal bed methane formations (i.e. completions involving high rate, extended back-flow to expel fracture fluids and sand proppant, which also leads to greater gas venting or flaring emissions than conventional well completions). It is understood that not all unconventional wells involve hydraulic fracturing, but some conventional wells are hydraulically fractured, which is assumed to balance the over-estimate.

►*Estimate the Number of Gas Wells Completed*
The data in Exhibit B-1 was extracted from EPA (2008)[12]. The unconventional well column only includes CBM wells and shale gas wells, but does not include tight sands formations because that data is not readily available either publically or in the U.S. Inventory. Thus, this analysis underestimates the activity associated with unconventional well completions and workovers.

### Exhibit B-1. 2007 Natural Gas Wells

| Year | Approximate Number of Onshore Unconventional Gas Wells | Approximate Number of Onshore Conventional Gas Wells | Total Number of Gas Wells (both conventional and unconventional) |
|------|---------|---------|---------|
| 2006 | 35,440 | 375,601 | 411,041 |
| 2007 | 41,790 | 389,245 | 431,035 |

Exhibit B-1 was used to calculate that there was a net increase of 19,994 wells (both conventional and unconventional) between 2006 and 2007. Each of these wells is assumed to have been completed over the course of 2006. EPA (2008) also estimates that 35,600 gas wells were drilled in 2006. This includes exploratory wells, dry holes, and completed wells. EPA (2008) also indicates that 19,994 of those natural gas wells were drilled and completed. The difference between the 35,600 drilled and 19,994 new wells is 15,606 wells, which we assume are replaced for shut-in or dry holes. This analysis assumed that 50% of those remaining 15,606 wells were completed. Thus, the total number of gas well completions, both conventional and unconventional, was estimated to be 27,797 wells in 2006.

$$19,994\,wells + \left(50\% \times \left(35,600\,wells - 19,994\,wells\right)\right) = 27,797\,wells$$

That is 78% of the total gas wells drilled in 2006. We assumed this same percentage of completed wells applies to the year 2007. EPA (2008) estimates 37,196 gas wells were

---

[12] EPA.. (2008) *U.S. Inventory of Greenhouse Gas Emissions and Sinks: 1990 – 2007.* Available online at: <http://epa.gov/climatechange/emissions/usgginv_archive.html>.

drilled in 2007, so applying this completion factor, 78% of 37,196 wells equals 29,043 gas wells completed in 2007.

► *Estimate the Number of Conventional and Unconventional Well Completions*
Exhibit B-1 shows a net increase of 6,350 unconventional wells from 2006 to 2007. This is 32% of the 19,994 net increase in all wells over that period. It was assumed that 32% of the estimated 29,043 well completions in 2007 (see previous section) were unconventional wells. The remaining gas well completions were assumed to be conventional wells. These results are summarized in Exhibit B-2. This analysis also assumed that all unconventional wells require hydraulic fracture upon completion. Because these completions and workovers only account for CBM wells and shale gas wells, it is a significant underestimate since tight sands formations are omitted.

**Exhibit B-2.  2007 Completions Activity Factors**

| | |
|---|---|
| **2007 Conventional Well Completions** | 19,819 |
| **2007 Unconventional Well Completions** | 9,224 |

► *Estimate the Number of Conventional and Unconventional Well Workovers*
GRI (1996)[13] provides activity data for 1992 on conventional workovers. It reported that 9,324 workovers were performed with 276,014 producing gas wells. This activity data was projected to 2007 using the ratio of 2007 producing gas wells to 1992 producing gas wells; as shown in Exhibit 3:

**Exhibit B-3.  Calculation of 2007 Conventional Workover Activity Factor**

$$2007 Conventional Workovers \quad = \quad 1992 Conventional Workovers \quad \times \quad \frac{2007 Gas Wells}{1992 Gas Wells}$$

$$2007 Conventional Workovers \quad = \quad 9,324 workovers \quad \times \quad \frac{431,035 wells}{276,014 wells}$$

Unconventional gas wells were assumed to be re-fractured once every 10 years. Thus, the number of unconventional gas well workovers was 10% of the existing unconventional well count in 2007.

The resulting activity factors for conventional and unconventional gas well workovers are summarized in Exhibit B-4.

**Exhibit B-4.  Summary of 2007 Workover Activity Factors**

---

[13] GRI. *Methane Emissions from the Natural Gas Industry*. 1996. Available online at: <http://epa.gov/gasstar/tools/related.html>.

| | | |
|---|---|---|
| **2007 Conventional Well Workovers** | $9{,}324\,workovers \times \dfrac{431{,}035\,wells}{276{,}014\,wells} =$ | 14,569 |
| **2007 Unconventional Well Workovers** | $10\% \times 41{,}790\,wells =$ | 4,179 |

► *Estimate the Emission Factor for Conventional Well Completions*
GRI (1996) estimated that conventional well completions emit 0.733 Mcf of methane each. GRI (1996) assumed that all completion flowback was flared at 98% combustion efficiency and the produced gas was 78.8% methane by volume. This analysis estimated the amount of gas sent to the flare by dividing the reported GRI factor by the 2% un-combusted gas. The resulting emission factor for conventional well completions was **36.65 Mcf of methane/completion**.

► *Estimate the Emission Factor for Conventional Well Workovers*
The GRI (1996) emission factor for well workovers was accepted for this analysis. That emission factor is **2.454 Mcf of methane/workover** for conventional wells.

► *Estimate the Emission Factor for Unconventional Well Completions*
The emission factor for unconventional well completions was derived using several experiences presented at Natural Gas STAR technology transfer workshops.

One presentation[14] reported that the emissions from all unconventional well completions were approximately 45 Bcf using 2002 data. The emission rate per completion can be back-calculated using 2002 activity data. API *Basic Petroleum Handbook*[15] lists that there were 25,520 wells completed in 2002. Assuming Illinois, Indiana, Kansas, Kentucky, Michigan, Missouri, Nebraska, New York, Ohio, Pennsylvania, Virginia, and West Virginia produced from low-pressure wells that year, 17,769 of those wells can be attributed to onshore, non-low-pressure formations. The Handbook also estimated that 73% (or 12,971 of the 17,769 drilled wells) were gas wells, but are still from regions that are not entirely low-pressure formations. The analysis assumed that 60% of those wells are high pressure, tight formations (and 40% were low-pressure wells). Therefore, by applying the inventory emission factor for low-pressure well cleanups (49,570 scf/well-year$^{-1}$) approximately 5,188 low-pressure wells emitted 0.3 Bcf .

$$40\% \times 12{,}971\,wells \times \frac{49{,}570\,scf}{well} \times \frac{1\,Bcf}{10^{9}\,scf} \approx 0.3\,Bcf$$

The remaining high pressure, tight-formation wells emitted 45 Bcf less the low-pressure 0.3 Bcf, which equals 44.7 Bcf. Since there is great variability in the natural gas sector and the resulting emission rates have high uncertainty; the emission rate per unconventional (high-pressure tight formation) wells were rounded to the nearest thousand Mcf.

---

[14] EPA. *Green Completions*. Natural Gas STAR Producer's Technology Transfer Workshop. September 21, 2004. Available online at: <http://epa.gov/gasstar/workshops/techtransfer/2004/houston-02.html>.
[15] API. *Basic Petroleum Data Handbook*. Volume XXIV, Number 1. February, 2004.

$$\frac{44.7\,Bcf}{60\% \times 12,971\,wells} \times \frac{10^6\,Mcf}{Bcf} \approx 6,000\,Mcf\,/\,completion$$

The same Natural Gas STAR presentation[14] provides a Partner experience which shares its recovered volume of methane per well. This analysis assumes that the Partner recovers 90% of the flowback. Again, because of the high variability and uncertainty associated with different completion flowbacks in the gas industry, this was estimated only to the nearest thousand Mcf – 10,000 Mcf/completion.

A vendor/service provider of "reduced emission completions" shared its experience later in that same presentation[14] for the total recovered volume of gas for 3 completions. Assuming that 90% of the gas was recovered, the total otherwise-emitted gas was back-calculated. Again, because of the high variability and uncertainty associated with different completion flowbacks in the gas industry, this was rounded to the nearest hundred Mcf – 700 Mcf/completion.

The final Natural Gas STAR presentation[16] with adequate data to determine an average emission rate also presented the total flowback and total completions and re-completions. Because of the high variability and uncertainty associated with different completion flowbacks in the gas industry, this was rounded to the nearest 10,000 Mcf – 20,000 Mcf/completion.

This analysis takes the simple average of these completion flowbacks for the unconventional well completion emission factor: **9,175 Mcf/completion**.

► *Estimate the Emission Factor for Unconventional Well Workovers ("re-completions")*
The emission factor for unconventional well workovers involving hydraulic re-fracture ("re-completions") was assumed to be the same as unconventional well completions; calculated in the previous section.

► *Estimate the Total National Emissions (disregarding reductions)*
The estimated activity factors were multiplied by the associated emission factors to estimate the total emissions from well completions and workovers in the U.S. for 2007. This does not reflect reductions due to control technologies such as flares or bringing portable treatment units onsite to perform a practice called "reduced emission completions." The results are displayed in Exhibit B-5 below.

**Exhibit B-5.  Summary of Flowback: U.S. Completion and Workover Venting 2007**

| Activity | Activity Factor | Emission Factor | Total U.S. Emissions |
|---|---|---|---|
| Conventional Gas Well Completions | 19,819 completions | 36.65 Mcf/completion | ~0.7 Bcf |
| Conventional Gas Well Workovers | 14,569 workovers | 2.454 Mcf/workover | << 1 Bcf |

---

[16] EPA. *Reducing Methane Emissions During Completion Operations.* Natural Gas STAR Producer's Technology Transfer Workshop. September 11, 2007. Available online at: <http://epa.gov/gasstar/documents/workshops/glenwood-2007/04_recs.pdf>.

| Unconventional Gas Well Completions | 9,224 completions | 9,175 Mcf/completion | ~85 Bcf |
|---|---|---|---|
| Unconventional Gas Well Workovers | 4,179 workovers | 9,175 Mcf/workover | ~38. Bcf |
| Note: The emission factors and calculated emissions as presented in this table were rounded independently. | | TOTAL: | ~120 Bcf |

▶ *Estimate the Volume of Emissions That Are Not Flared*

Some states regulate that completion and re-completion (workover) flowbacks must be flared or recovered. Industry representatives have shared with EPA that flaring of completions and workovers is required in Wyoming; however, it is not required in Texas, New Mexico, and Oklahoma. EPA assumed that no completions were flared in the Texas, New Mexico, and Oklahoma, then took the ratio of unconventional wells in Wyoming to the unconventional wells in all four sample states to estimate the percentage of well completions and workovers that are flared. EPA assumed that this sample was indicative of the rest of the U.S. This ratio was estimated to be approximately 51%.

The portion of flared natural gas was deducted from the results of Exhibit B-5 so that only the vented portion of natural gas from well completions and workovers was estimated. It then converted these natural gas emissions to methane emissions using an average methane content in produced natural gas of 78.8% by volume. The results are in Exhibit B-6, below.

**Exhibit B-6. Summary of Methane Emissions: U.S. Completion and Workover Venting 2007**

| Activity | Unmitigated Flowback | Natural Gas Vented | Methane Vented |
|---|---|---|---|
| Conventional Gas Well Completions | ~0.7 Bcf | ~0.37 Bcf | ~0.29 Bcf |
| Conventional Gas Well Workovers | << 1 Bcf | << 1 Bcf | << 1 Bcf |
| Unconventional Gas Well Completions | ~85 Bcf | ~43 Bcf | ~34 Bcf |
| Unconventional Gas Well Workovers | ~38. Bcf | ~19 Bcf | ~14 Bcf |
| Note: The emission factors and calculated emissions as presented in this table were rounded independently. | | TOTAL: | ~48 Bcf |

The final resulting methane emissions from well completions and workovers is **48 Bcf**. This estimate does not include hydraulic fracturing due to completions and workovers of gas wells in tight sands formations. Tight sands wells are not tracked by the U.S. Inventory and may substantially increase this estimate of unconventional well completions and workovers. A 2008 INGAA study[17] estimated that, in fact, approximately twice as many unconventional wells were completed than this analysis and approximately twice as many unconventional wells exist, 10% of which may require workover. This increase in activity is due to the inclusion of tight sands formations. If this analysis were to account for that activity level, not only would the number of hydraulic fractures increase substantially, but also the distribution of wells that are required to flare by law would be shifted such that only 15% of hydraulic

---

[17] INGAA Foundation Inc.. Availability, *Economics, And Production Potential of North American Unconventional Natural Gas Supplies*. November 2008.

fracture flowbacks would be estimated to be flared.  Using INGAA's estimates of activity, emissions would increase to 141 Bcf.

# Well Blowdown Venting for Liquid Unloading

This discussion describes the methods used to estimate total U.S. methane emissions from low-pressure well blowdowns for liquid unloading.

► *Estimate the Fraction of Conventional Wells that Require Liquid Unloading*
This analysis assumed that the survey of 25 well sites conducted by GRI (1996) for the base year 1992 provides representative data for the fraction of conventional wells requiring unloading.  That is, 41.3% of conventional wells required liquid unloading.

► *Calculate Emissions per Blowdown*
This analysis used a fluid equilibrium calculation to determine the volume of gas necessary to blow out a column of liquid for a given well pressure, depth, and casing diameter.  The equation for this calculation is available in an EPA, Natural Gas STAR technical study[18]. The equation is displayed in Exhibit B-7.

**Exhibit B-7.  Well Blowdown Emissions for Liquid Unloading**

$$V_v = \left(0.37 \times 10^{-6}\right) \times D^2 \times h \times P$$

where,

| | | |
|---|---|---|
| $V_v$ | = | Vent volume (Mcf/blowdown) |
| $D$ | = | casing diameter (inches) |
| $h$ | = | well depth (feet) |
| $P$ | = | shut-in pressure (psig) |

A combination of GASIS[19] and LASSER[20] databases provided well depth and shut-in pressures for a sample of 35 natural gas basins.  The analysis assumed an average casing diameter of 10-inches for all wells in all basins.

► *Estimate the Annual Number of Blowdowns per Well that Require Unloading*
For wells that require liquid unloading, multiple blowdowns per year are typically necessary. A calibration using the equation in the previous section was performed using public data for the shared experiences of two Natural Gas STAR Partners.

One Partner reported that it recovered 4 Bcf of emissions using plunger lifts with "smart" automation (to optimize plunger cycles) on 2,200 wells in the San Juan basin[21].  Using the

---

[18] EPA. *Installing Plunger Lift Systems in Gas Wells: Lessons Learned from Natural Gas STAR Partners*. October, 2003.  Available online at: <http://epa.gov/gasstar/documents/ll_plungerlift.pdf>.
[19] DOE. *GASIS, Gas Information System*.  Release 2 – June 1999.
[20] LASSER™ database.
[21] EPA. *Natural Gas STAR Partner Update: Spring 2004*.  Available online at: <http://epa.gov/gasstar/documents/partner-updates/spring2004.pdf>.

data for San Juan basin in the equation in Exhibit B-6 required approximately 51 blowdowns per well to match the 4 Bcf of emissions.

Another Partner reported that it recovered 12 MMcf of emissions using plunger lifts on 19 wells in Big Piney[18]. Using information for the nearest basin in the equation in Exhibit B-6 required approximately 11 blowdowns per well to match the 12 MMcf of emission.

The simple average of 31 blowdowns per well requiring liquid unloading was used in the analysis to determine the number of well blowdowns per year by basin.

► *Estimate the Percentage of Wells in Each Basin that are Conventional*
GASIS and LASSER provided approximate well counts for each basin and GRI provided the percentage of conventional wells requiring liquid unloading for 35 sample basins. However, many of those basins contain unconventional wells which will not require liquid unloading. EIA posts maps that display the concentration of conventional gas wells in each basin[22], the concentration of gas wells in tight formations by basin[23], and the concentration of coal bed methane gas wells by basin[24]. These maps were used to estimate the approximate percentage of wells that are conventional in each basin. These percentages ranged from 50% to 100%.

► *Estimate Emissions from 35 Sample Basins*
The total well counts for each basin were multiplied by the percentage of wells estimated to be conventional for that basin to estimate the approximate number of conventional wells in each of the basins. The resulting conventional well counts were multiplied by the percentage of wells requiring liquid unloading, as estimated by the GRI survey (41.3%). The number of wells in each basin that require liquid unloading were multiplied by an average of 31 blowdowns/well to determine the number of well blowdowns for each basin. The emissions per blowdown, as calculated using the equation in Exhibit B-6, were then multiplied by the number of blowdowns for each basin to estimate the total well venting emissions from each of the 35 sample basins due to liquid unloading. Using the GRI estimate that the average methane content of production segment gas is 78.8% methane by volume, the total methane emissions from the sample of 35 basins were calculated to be 149 Bcf.

► *Extrapolate Sample Data to Entire U.S.*
The sample of 35 gas well basins represented only 260,694 conventional gas wells. EPA's national inventory[25] estimated that there were 389,245 conventional gas wells in 2007. The emission estimates were extrapolated to the entire nation by the ratio of the conventional gas wells. The final resulting emissions from gas well venting due to liquid unloading were estimated to be **223 Bcf**.

---

[22] EIA. *Gas Production in Conventional Fields, Lower 48 States*. Available online at:
<http://www.eia.doe.gov/pub/oil_gas/natural_gas/analysis_publications/maps/maps.htm>.
[23] EIA. *Major Tight Gas Plays, Lower 48 States*. Available online at:
<http://www.eia.doe.gov/pub/oil_gas/natural_gas/analysis_publications/maps/maps.htm>.
[24] EIA. *Coal Bed Methane Fields, Lower 48 States*. Available online at:
<http://www.eia.doe.gov/pub/oil_gas/natural_gas/analysis_publications/maps/maps.htm>.
[25] EPA. *Inventory of US Greenhouse Gas Emissions and Sinks: 1990-2006*. 2007. Available online at
http://www.epa.gov/climatechange/emissions/usinventoryreport.html.

This estimate does not include emission reductions from control methods such as plunger lifts, plunger lifts with "smart" automation, or other artificial lift techniques.

## Appendix C: Development of threshold analysis

As the main text has pointed out the petroleum and natural gas sector includes hundreds, and in some cases thousands, of operators, many of them with few emission sources as well as ones with over 100 emission sources. Requiring all operators to report would impose a large burden on the industry and also on EPA. A rule-of-thumb, substantiated by survey work, is that 80 percent of the emissions come from 10 percent of the analysis. Therefore, a threshold analysis was performed so that the large emitters would be identified and small insignificant emitters could be excluded from the reporting requirement.

**Threshold Analysis for Onshore Production**
The following points lay out the methodology for the threshold analysis for the onshore petroleum and natural gas production segment

- The threshold analysis for onshore (including EOR) production sector estimated the equipment leaks, vented emissions, and combustion emissions per unique operator per basin.

- The oil and gas production volumes per operator per basin were obtained from the HPDI™ database 2006. The total onshore oil and gas production process and combustion ($CH_4$ and $CO_2$) emissions estimated in the U.S. GHG Inventory 2006 were apportioned to each operator based on the oil or gas production volumes.

- The U.S. GHG Inventory emissions estimates for the following sources were revised: gas well hydraulic fracture completion venting, gas well liquids unloading venting, and gas well workover venting following hydraulic fracture. Natural Gas STAR emission reductions reported by partners from these sources are higher than the current inventory emission estimates. As a result emissions from these sources are currently under-estimated in the inventory. The methodology used to revise these emissions estimates can be found in Appendix B. In addition, emissions from storage tanks vented and flared emissions are believed to be under estimated in the U.S. GHG Inventory. EPA independently estimated the storage tank emissions using publicly available data described in docket memo "Analysis of Tank Emissions" (EPA-HQ-OAR-2009-0923-0002). EPA's estimated emissions from onshore production storage tanks may be as high as 75 billion cubic feet (Bcf) as compared with the 12 Bcf estimate provided in the 2006 inventory. In addition, the threshold analysis does not account for several sources that are not represented in the U.S. GHG Inventory such as associated gas venting and flaring, well testing venting and flaring and gas well hydraulic fracture completion venting in tight sands, the latter because these wells are not included in state data (See Appendix B).  For all of these sources which are believed to be under estimated in the U.S. GHG Inventory, there are Natural Gas STAR reductions reported by production partners for year 2006 of 67 Bcf. However, Natural Gas STAR reports generally do not state exactly where the reported reductions were made, and in the case of production, whether they were onshore or offshore or included oil and gas gathering equipment. Therefore, EPA has concluded that the increase in emissions not accounted for in the U.S. GHG Inventory approximately offset the reductions reported by Natural Gas STAR production

partners. Because it is not feasible to map the emissions reductions reported by Natural Gas STAR Partners to their respective facilities, apportioning reductions equally would distort the threshold analysis. Hence, the threshold analysis does not include both the revised estimates from storage tanks (and other missing sources) and reductions from Natural Gas STAR because they cancel out.[26]

- The combustion emissions from the following sources were estimated separately as they are not included in the U.S GHG Inventory: heater-treater, well drilling (oil and gas), dehydrator reboiler, and acid gas removal (AGR) units.

    o **Heater-Treaters Combustion:** The total national combustion emissions from heater-treaters were calculated by estimating the total fuel required to increase the temperature by $10^{o}C$ of total oil produced in 2006. $CO_2$ and $N_2O$ combustion emission factor for natural gas from the API compendium 2004 was used to estimate the total national $CO_2$ and $N_2O$ emissions. The total emissions were apportioned to the operators based on their oil production volumes.

    o **Dehydrator and AGR Combustion:** The total national combustion emissions from dehydrators and AGR units were estimated by applying the fuel consumption factor of 17 Mcf of natural gas/ MMcf of gas throughput, obtained from the EPA's Lesson Learned 2006, *Replacing Glycol Dehydrators with Desiccant Dehydrator*. The total national throughput was assumed to be equal to the total national gas produced obtained from the EIA. $CO_2$ and $N_2O$ combustion emission factor for natural gas from the API compendium 2004 was used to estimate the total national $CO_2$ and $N_2O$ emissions. The total emissions were apportioned to the operators based on their gas production volumes.

    o **Well Drilling Combustion:** The total national combustion emissions from well drilling was estimated by multiplying the emissions per well drilled with the national number of oil and gas wells drilled in the year 2006. The emissions per well was estimated by assuming the use of two 1500 hp diesel engines over a period of 90 days to drill each well. $CO_2$ and $N_2O$ combustion emission factor for diesel from the API compendium 2004 was used to estimate the total national $CO_2$ and $N_2O$ emissions. The total emissions were apportioned to different states based on the percentage of rigs present in the state. The number of rigs per state was obtained from Baker Hughes. The total oil and gas well drilling combustion emissions per state was apportioned to each operator in the state based on their oil and gas volumes respectively.

- The total barrels of oil produced per field and operator using EOR operations was obtained from the OGJ (2006) *EOR/Heavy Oil Survey*.

---

[26] A similar issue occurs with the other segments of the industry. For processing facilities, emissions from flares are not included in the threshold analysis. For transmission segment, emissions from scrubber dump valves and compressor unit isolation valves are not included in the threshold analysis. For the distribution segment, the emission from combustion sources are not included in the threshold analysis. The missing and under accounted emissions estimates roughly offset the Natural Gas STAR reductions reported. Hence, EPA has assumed that the missing and under-accounted cancel out the Natural Gas STAR Reductions and therefore did not include them in the threshold analyses.

- The total make-up $CO_2$ volume required for EOR operations was estimated using 0.29 metric tons $CO_2$/ bbl oil produced from EOR operations obtained from DOE, *Storing $CO_2$ with Enhanced Oil Recovery*. The total recycled $CO_2$ volumes per operator was estimated using a factor of 0.39 metric tons $CO_2$/bbl estimated from DOE, *Storing $CO_2$ with Enhanced Oil Recovery*.

- The equipment count for EOR operations was estimated by apportioning the U.S. GHG Inventory activity factors for onshore petroleum production to each field using the producing well count or throughput (bbl) based on judgment. E.g. the total number of compressors in the US used in EOR onshore production operations per field was estimated by using the ratio of the throughput per field to the national throughput and multiplying it by the total number of national compressors in onshore operations.

- The emission factors in the U.S. GHG Inventory and the re-estimated activity factors for EOR operations were used to estimate total methane emissions by volume for EOR operations. This volume was adjusted for methane composition (assumed to be 78.8% from GRI) to estimate the natural gas emissions from EOR operations. The composition of 97% $CO_2$ and 1.7% $CH_4$ was applied to the total natural gas emissions to estimate $CO_2$ and $CH_4$ emissions from leaking, vented, and combustion sources covered in the U.S. GHG Inventory 97% $CO_2$ and 1.7% $CH_4$ composition was obtained from *Summary of Carbon Dioxide Enhanced Oil Recovery ($CO_2$ EOR) Injection Well Technology*.

- The following EOR emissions sources are not covered in the U.S. GHG Inventory and therefore were estimated separately:
    - Recycled injection $CO_2$ dehydrator vented emissions
    - Recycled injection $CO_2$ compressor - vented and combustion emissions
    - $CO_2$ injection pumps - combustion and vented emissions
    - Water injection pumps – combustion emissions
    - Orifice meter - vented emissions from calibration

Emissions from the above mentioned sources were calculated in the following manner:

- **Recycled $CO_2$ Dehydrator**: The number of dehydrators per EOR field was estimated by using the ratio of gas throughput to the number of dehydrators indicated in the GRI report and multiplying it by the recycled $CO_2$ volumes. The recycled dehydrator vented emissions were estimated using readjusted U.S. GHG Inventory emission factor. The GRI methane emission factor was divided by 78.8% methane composition to calculate the natural gas emission factor. The natural gas emission factor was adjusted to EOR operation using the critical density of CO2. 97% $CO_2$ and 1.7% $CH_4$ composition obtained from *Summary of Carbon Dioxide Enhanced Oil Recovery ($CO_2$EOR) Injection Well Technology* was used to estimate emissions.

- **Recycled $CO_2$ Injection compressor**: The recycled $CO_2$ injection compressor fuel gas requirement was estimated using an assumed value of 65 kWhr/metric ton CO2 injected. The assumption was based on the DOE study, *Electricity use of EOR with Carbon dioxide*. It is assumed that only 50% of the injected CO2 requires natural gas powered compressors. $CH_4$ and $CO_2$ combustion emissions were estimated by applying API compendium relevant combustion emission factors to the fuel gas used by each operator. The fuel gas consumption was estimated using the horsepower

requirements of engines per operator. $N_2O$ ($CO_2e$) combustion emissions were estimated by applying API compendium $N_2O$ combustion emission factors to the fuel gas used by each plant. The number of compressor per field was estimated using an assumed number of 12 hp/ bbl of EOR produced oil. This number was obtained from *Enhanced Recovery Scoping Study* conducted by the state of California.  It is assumed that a typical compressor used in EOR operations is 3000 hp. This number is obtained from DOE study, *Electricity use of EOR with Carbon dioxide*. The compressor blowdown emissions was estimated assuming one blowdown event per year, the estimated number of compressors per field, and compressor blowdown emission factor obtained from the U.S GHG inventory. The compressor blowdown emission factor was adjusted for critical $CO_2$ density, $CO_2$ and $CH_4$ gas composition. 97% $CO_2$ and 1.7% $CH_4$ composition obtained from *Summary of Carbon Dioxide Enhanced Oil Recovery (CO2EOR) Injection Well Technology* was used to estimate emissions.  .

- **CO2 Injection pumps**: The supercritical $CO_2$ injection pumps are assumed to be electrically driven and therefore have no combustion emissions.  97% $CO_2$ and 1.7% $CH_4$ composition obtained from *Summary of Carbon Dioxide Enhanced Oil Recovery (CO$_2$EOR) Injection Well Technology* was used to estimate emissions.  The pump blowdown emissions were estimated assuming an internal diameter of 12 inches and length of 30 feet with a 50% void volume. The pipe length between the blowdown valve and unit valve was assumed to be 10 feet with a diameter of 5.38 inches. It is assumed that the pump and pipeline vent gas equivalent to their volume once a year during blowdown operations. The number of supercritical pumps required per field was estimated by assuming that the EOR operations use pumps with 600 hp with a throughput of 40 Mcf/day. These pump specifications were obtained from an unnamed Natural Gas STAR Partner.

- **Water injection pumps**: The injection pump fuel gas requirement was estimated using an assumed value of 6 kWhr/bbl of oil produced. The assumption was based on the DOE study, *Electricity use of EOR with Carbon dioxide*. It is assumed that only 50% of the injection pumps are natural gas powered. $CH_4$ and $CO_2$ combustion emissions were estimated by applying API compendium (2004) relevant combustion emission factors to the fuel gas used by each operator. The fuel gas consumption was estimated using the horsepower requirements of engines per operator. $N_2O$ ($CO_2e$) combustion emissions were estimated by applying API compendium $N_2O$ combustion emission factors to the fuel gas used by each plant.

- **Orifice Meter Vented Emissions**: It is assumed that there are 5 orifice meters for each field based on data provided by an unnamed Natural Gas STAR Partner. The orifice meters are assumed to be calibrated once per year during which the volume of meter is vented to the atmosphere. The orifice meters are assumed to be 8 inches in diameter and 12 feet in length. 97% $CO_2$ and 1.7% $CH_4$ composition obtained from *Summary of Carbon Dioxide Enhanced Oil Recovery (CO2EOR) Injection Well Technology* was used to estimate emissions.

- The total emissions per operator were calculated by summing up all the process and combustion emissions for EOR operations and onshore production.

- Each operator was assigned a "1" if it crossed a threshold and a "0" otherwise, by running the following logic checks:
  - IF(operator total emissions > 1000) then reporting

- o IF(operator total emissions > 10000) then reporting
- o IF(operator total emissions > 25000) then reporting
- o IF(operator total emissions >100000) then reporting

**Threshold Analysis for Offshore Production**

- Federal GOM offshore platforms, by their complex ID, and their corresponding $CO_2$ combustion and equipment leak emissions ($CO_2e$), $CH_4$ equipment leaks ($CO_2e$), $CH_4$ vented emissions ($CO_2e$), and $N_2O$ combusted emissions ($CO_2e$) for the year 2000 was obtained from the BOEMRE Goads Summary Access File "Final GOADS Emissions Summaries"
- The ratio of 2006 to 2000 Gulf of Mexico offshore productions was calculated and applied to the emissions from each platform to estimate emissions for the year 2006.
- The total number of GOM offshore production platforms was obtained from the BOEMRE website.
- Each platform was assigned a " 1 " or " 0 " based on if it crossed an emissions threshold by running the following logic checks:
    - o IF(operator total emissions > 1000) then reporting
    - o IF(operator total emissions > 10000) then reporting
    - o IF(operator total emissions > 25000) then reporting
    - o IF(operator total emissions >100000) then reporting
- The total number of state platforms (Alaska and Pacific) was obtained from the Alaska Division of Oil and Gas and *Emery et al*[27] respectively. The number of state and federal offshore oil and gas wells for GOM, Pacific, and Alaska was obtained from the LASSER™ database. The ratio of federal GOM oil and gas wells to federal platforms and the number of state offshore oil and gas wells were used to estimate the state GOM platform count.
- The ratio of gas to oil platforms was obtained from the U.S GHG Inventory 2006. All the state offshore platforms were assumed to be shallow water platforms.
- The state offshore equipment leak, vented, and combustion emissions were estimated by applying the ratio of state to federal platforms and multiplying it by the federal offshore equipment leak, vented, and combustion emissions.
- The percentage of platforms that fall within each emissions threshold (1000, 10,000, 25,000 and 100,000 metric tons $CO_2e$) for the federal GOM offshore was calculated and applied to the estimated state equipment leak, vented, and combustion emissions to calculate the volume of state offshore emissions that fall within each threshold.
- The number of state platforms that fall within each category was estimated by taking the ratio of federal emissions to platform count within each threshold and multiplying it by the state emissions covered by each threshold.
- The emissions from state and federal offshore platforms were summed up to estimate the total emissions from offshore operations

---

[27] Emery, Brian M. et al.  *Do oil and gas platforms off California reduce recruitment of bocaccio (Sebastes paucispinis) to natural habitat? An analysis based on trajectories derived from high frequency radar*.  http://www.icess.ucsb.edu/iog/pubs/DrifterSimulationsFinal_v5.pdf

**Threshold Analysis for Processing**

- US gas processing plants, plant throughputs, and equipment count per plant were obtained from the OGJ (2006). 2005 and 2006 emissions are assumed to be the same on a plant basis as the total national throughput from 2005 to 2006 did not change significantly and were 45,685 MMcf/d and 45,537.4 MMcf/d respectively as indicated by the U.S. GHG Inventory

- $CH_4$ and $CO_2$ process emissions ($CO_2e$) per facility were estimated by multiplying the equipment count per plant (activity factor) obtained from the Gas Processing Survey with their corresponding emission factors obtained from GRI/ EPA 1996 reports. The national processing sector average composition ($CH_4$ and $CO_2$ content) of natural gas was obtained from GTI and applied to the GRI emission factors. Emission factor for centrifugal compressor wet seals was obtained from Bylin et al[5]. Due to the uncertainty in centrifugal compressor wet seal emissions, the point that it is not possible to ascribe Natural Gas STAR processing partner emission reductions to a particular processing plant or even to processing plants in general as opposed to gas gathering equipment, the Natural Gas STAR reported processing reductions of 6 Bcf/year were not incorporated into this analysis[26].

- $CH_4$, $CO_2$ and $N_2O$ combustion emissions ($CO_2e$) were estimated by applying $CH_4$, $CO_2$ and $N_2O$ API compendium relevant combustion emission factors to the fuel gas used by each plant. The fuel gas consumption was estimated using the horsepower requirements of engines and turbines per plant.

- $N_2O$ combustion emissions ($CO_2e$) were estimated by applying API compendium $N_2O$ combustion emission factors to the fuel gas used by each plant.

- The different emissions per plant was summed up to provide total emissions ($CO_2e$)

- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
    - IF(operator total emissions > 1000) then reporting
    - IF(operator total emissions > 10000) then reporting
    - IF(operator total emissions > 25000) then reporting
    - IF(operator total emissions >100000) then reporting

- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.

- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered at each threshold.

- The resulting O&M and capital costs from the cost burden analyses were entered for each facility in the spreadsheet. The sum of the product of O&M or capital costs and the logic checks described above provides the total cost burdens for each reporting threshold. Dividing the total cost burdens by the number of reporting facilities (calculated above) provides the average facility cost burdens at each reporting threshold.

**Threshold Analysis for Transmission**

- "Facility" in the natural gas transmission segment is defined as a compressor station. Data for individual compressor stations on interstate transmission pipelines are

reported to FERC Form 2[28], and data for compressor stations on intrastate pipelines were obtained from EIA through personal contact. However, the data collected for intrastate pipelines were incomplete.

- For intrastate pipeline facilities that did not have the number of compressor stations listed, it was assumed that each facility has one compressor. The compressor horsepower per intrastate pipeline was estimated by multiplying design throughput per intrastate pipeline with the ratio of total interstate pipeline compressor horsepower (engine and turbine) to the total interstate design throughput.

- The FERC data, supplemented with intrastate data and assumptions, list pipeline states, names, designed throughput capacity, and in some cases the type of compressor (centrifugal, reciprocating, and/or electric), and the installed horsepower for each station.

- In cases where the installed reciprocating horsepower is provided, it was used for installed engine capacity (Hp). In cases where the installed capacity was provided, but the type of compressor was not specified, the analysis assumes that 81% of the installed capacity is reciprocating. In cases where the provided installed capacity is both centrifugal and reciprocating, it is assumed that 81% is for engines. The 81% assumption is the ratio of reciprocating compressor engine capacity in the transmission sector to centrifugal turbine drivers for 2006 taken from the U.S. GHG Inventory

- The ratio of reciprocating compressor engine driver energy use (MMHphr, EPA[1]) to interstate station design throughput capacity (MMcfd, FERC[28]) was calculated. Then, the reciprocating compressor energy use for each station was assigned by multiplying the installed station throughput capacity by the ratio calculated previously in this bullet.

- In cases where the installed centrifugal horsepower is provided, it was used directly for installed turbine capacity (Hp). In cases where the installed capacity was provided, but the type of compressor was not specified, the analysis assumes that 19% of the installed capacity is centrifugal. In cases where the provided installed capacity is both centrifugal and reciprocating, it is assumed that 19% is for turbines. The 19% assumption is the ratio of centrifugal compressor turbine capacity in the transmission sector to reciprocating engine drivers taken from the U.S. GHG Inventory.

- The ratio of centrifugal compressor engine driver energy use (MMHphr, EPA[1]) to interstate station design throughput capacity (MMcfd, FERC[28]) was calculated. Then, the reciprocating compressor energy use for each station was assigned by multiplying the installed station throughput capacity by the ratio calculated previously in this bullet.

- The total emissions for 2006, both vented and equipment leak methane and non-energy $CO_2$, were estimated in the U.S. GHG Inventory. Emission factor for centrifugal compressor wet seals was obtained from Bylin et al[5]. Due to the uncertainty in centrifugal compressor wet seal emissions, the point that it is not possible to ascribe Natural Gas STAR transmission partner emission reductions to a

---

[28] FERC. *Form 2 Major and Non-major Natural Gas Pipeline Annual Report.* Available online at: <http://www.ferc.gov/docs-filing/eforms/form-2/data.asp#skipnavsub>.

particular compressor station or even to transmission in general as opposed to gas storage equipment, the Natural Gas STAR reported transmission reductions of 25 Bcf/year were not incorporated into this analysis[26]. The total emissions were allocated to each facility based on its portion of the segment's total station throughput capacity, as shown in the following equation:

$$\text{Station ``}i\text{'' process emissions} = \frac{StationCapacity_i}{\sum_i StationCapacity} \times TotalInventoryEmissions$$

- Combustion $CO_2$ and $N_2O$ emissions were estimated for each facility by applying the following emission factors:
  $EF_{CO2}$ = 719 metric tons $CO_2$e/MMHphr
  $EF_{N20}$ = 5.81 metric tons $CO_2$e/MMHphr
  $\text{Emissions}_{CO2\ or\ N20}$ = $EF_{CO2\ or\ N20}$ × Compressor $\text{energy}_i$ (MMHphr)
- The total emissions for each facility were calculated by summing the calculated process and the combustion emissions.
- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
  - IF(operator total emissions > 1000) then reporting
  - IF(operator total emissions > 10000) then reporting
  - IF(operator total emissions > 25000) then reporting
  - IF(operator total emissions >100000) then reporting
- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.
- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered at each threshold.

**Threshold Analysis for Underground Storage**

- "Facility" in the underground natural gas storage segment is defined as storage stations and the connected storage wellheads. Underground storage data by operator are collected in form EIA-176[29].
- The data collected in EIA-176 contained each underground storage operator, field, and location as well as the storage capacity and maximum daily delivery.
- The total compressor energy use in 2006 for the underground storage segment was estimated in the U.S. GHG Inventory. This total energy use, in millions of horsepower hours (MMHphr), is allocated to each facility based on its portion of the segment's total maximum daily delivery capacity; as described in the following equation:

---

[29] EIA. *EIA-176 Query System*. Available online at:
<http://www.eia.doe.gov/oil_gas/natural_gas/applications/eia176query_historical.html>.

$$\text{Compressor energy}_i \text{ (MMHphr)} = \frac{MaximumDailyDelivery_i}{\displaystyle\sum_i MaximumDailyDelivery} \times TotalSegmentMMHphr$$

Where, index "$i$" denotes an individual facility

- The total process emissions for 2006, both vented and equipment leak methane and non-energy $CO_2$, were estimated in the U.S. GHG Inventory. These total process emissions were allocated to each facility based on its portion of the segment's total maximum daily delivery capacity, using the same methods as compressor energy use.
- Combustion $CO_2$ and $N_2O$ emissions were estimated for each facility by applying the following emission factors:
  $EF_{CO2}$ = 719 metric tons $CO_2e$/MMHphr
  $EF_{N20}$ = 5.81 metric tons $CO_2e$/MMHphr
  $\text{Emissions}_{CO2 \text{ or } N20} = EF_{CO2 \text{ or } N20} \times \text{Compressor energy}_i \text{ (MMHphr)}$
- The total emissions for each facility were calculated by summing the calculated process and the combustion emissions.
- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
  - IF(operator total emissions > 1000) then reporting
  - IF(operator total emissions > 10000) then reporting
  - IF(operator total emissions > 25000) then reporting
  - IF(operator total emissions >100000) then reporting
- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.
- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered at each threshold.

**Threshold Analysis for LNG Storage**

- "Facility" in LNG storage segment is defined as LNG storage plants (peak shaving or satellite). Data for each peak shaving facility is provided in *The World LNG Source Book – An Encyclopedia of the World LNG Industry*. Summary data for all satellite facilities is estimated in the *Additional Changes to Activity Factors for Portions of the Gas Industry* background memo for EPA's U.S. GHG Inventory.
- The data reported in *The World LNG Source Book – An Encyclopedia of the World LNG Industry* includes the operator, liquefaction capacity, storage capacity, vaporization design capacity for each individual peak shaving plant.
- U.S GHG Inventory reports that in addition to peak shaving plants there are approximately 100 satellite facilities with a total storage capacity of 8.7 Bcf. The ICF memo also provides several key assumptions that will be discussed at the appropriate locations below.
- The total liquefaction compressor energy use for the segment was estimated using the methods and assumptions detailed in the background memo for EPA's U.S. GHG Inventory. LNG company contacts provided the memo's assumption that 750 MMHphr are required for liquefaction for each million cubic feet per day of liquefaction capacity. It assumes the liquefaction takes place over a 200-day "fill"

season.  It assumes that approximately 50% of compressors are driven by gas-fired engines or turbines.  EIA provides the LNG storage additions for 2006 on its website, totaling 38,706 MMcf.  Thus, the total liquefaction energy use for the segment was calculated using the following formula:

$$LEU = \frac{38,706\,MMcf}{200\,days} \times \frac{750\,Hp}{1\,MMcfd} \times \frac{24\,hours}{day} \times 200\,days \times 50\% \times \frac{1\,MMHphr}{1,000,000\,Hphr}$$

where,
   LEU   =   total liquefaction energy use for the segment, gas fired (MMHphr)

- The total calculated liquefaction compressor energy use was apportioned to individual facilities based on their share of the total liquefaction capacity for the segment, as shown in the following equation:

$$\text{Facility "i" liquefaction MMHphr} = \frac{LC_i}{\sum_i LC} \times Total\,Segment\,MMHphr$$

   Where "i" indexes facilities and LC = liquefaction capacity.

- Storage capacity, provided in gallons by *The World LNG Source Book – An Encyclopedia of the World LNG Industry*, was converted to million cubic feet with a conversion factor of 1 gallon of LNG = 81.5 standard cubic feet of natural gas.

- Boil-off liquefaction compressor energy use was calculated using assumptions outlined in the U.S GHG Inventory.  The memo assumes that 0.05% of storage capacity boils off and is recovered by vapor recovery compressors and liquefied. These compressors must operate all year and require the same 750 Hp per 1 MMcfd liquefied.  The boil-off liquefaction compressor energy use was thus estimated for each facility using the following equation:

$$FBEU_i = \frac{SC_i \times 0.05\%}{365\,days} \times \frac{750\,Hp}{MMcfd} \times \left(365\,days \times \frac{24\,hours}{day}\right) \times \frac{MMHphr}{1,000,000\,Hphr}$$

where,
   FBEU_i   =   Facility "i" boil-off liquefaction compressor energy use (MMHphr)
   SC   =   Facility "i" storage capacity (MMcf)

- Vaporization and send-out compressor energy use was also calculated based on assumptions from the U.S GHG Inventory.  It estimates that with an average send-out pressure of 300 psia and inlet pressure of 15 psia, using 2-stage compression, a satellite facility requires 1.86 MMHphr for each MMcfd of send-out.  The send-out period lasts all year, unlike the "fill" season.  The memo also estimates that 75 Bcf of gas were sent out from peak shaving facilities compared to 8.7 Bcf from satellite facilities in 2003.  This equates to 89.6% of send-out coming from peak shaving plants in 2003; the analysis assumes the same is true for 2006.  EIA[30] provides that in 2006, total LNG withdrawals were 33,743 MMcf.  The send-out compressor energy

---

[30] EIA.  *Liquefied Natural Gas Additions to and Withdrawals from Storage.*  Available online at: <http://tonto.eia.doe.gov/dnav/ng/ng_stor_lng_dcu_nus_a.htm>.

use by all peak shaving plants in the segment was calculated using the following equation:

$$\text{Total send-out energy use} = \frac{33{,}743\,MMcf}{365\,days} \times \frac{1.86\,MMHphr}{MMcfd} \times 89.6\%$$

- Send-out compressor energy use was apportioned to each peak shaving facility by its share of the total peak shaving segment's send-out capacity; using the same method as apportioning liquefaction energy use. (See liquefaction bullet).
- The 100 satellite facilities were assumed to be equal size and capacity. That is, 8.7 Bcf storage capacity, all of which is sent out each year. It was assumed that satellite facilities have no liquefaction, except for that which is necessary for boil-off. We performed the above analysis on the "average" satellite facility to estimate its energy use and emissions. The only difference was that 10.4% of EIA reported LNG withdrawals was attributed to the satellite facilities.
- The total process emissions for 2006, both vented and equipment leak methane and non-energy $CO_2$, were estimated in the U.S. GHG Inventory. These total emissions were allocated to each facility based on its portion of the segment's total storage capacity, using the same methods as apportioning liquefaction and send-out compressor energy use.
- Combustion $CO_2$ and $N_2O$ emissions were estimated for each facility by applying the following emission factors:
  $EF_{CO2}$ = 719 metric tons $CO_2$e/MMHphr
  $EF_{N20}$ = 5.81 metric tons $CO_2$e/MMHphr
  Emissions$_{CO2\ or\ N20}$ = $EF_{CO2\ or\ N20}$ × Compressor energy$_i$ (MMHphr)
- The total emissions for each facility were calculated by summing the calculated equipment leak, vented, and combustion emissions.
- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
  o IF(operator total emissions > 1000) then reporting
  o IF(operator total emissions > 10000) then reporting
  o IF(operator total emissions > 25000) then reporting
  o IF(operator total emissions >100000) then reporting
- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.
- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered by each threshold.
- Satellite facilities crossed the 1,000 and 10,000-metric ton reporting threshold, but fell well short of the 25,000-metric ton threshold.

**Threshold Analysis for LNG Import Terminals**

- "Facility" in the LNG import segment is defined as the import terminals. Data is available for this on the FERC website[31]. It provides the owner, location, capacity, and 2006 import volumes for each LNG terminal.

- ICF *Additional Changes to Activity Factors for Portions of the Gas Industry* background memo for EPA's U.S. Inventory assumptions were used to estimate liquefaction, boil-off liquefaction, and send-out compressor energy use for each of the LNG import terminals.

- It was assumed that import terminals do not have liquefaction capacity.

- Boil-off liquefaction compressor energy use was calculated using assumptions outlined in ICF *Additional Changes to Activity Factors for Portions of the Gas Industry* background memo for EPA's U.S. Inventory. The memo assumes that 0.05% of capacity boils off and is recovered by vapor recovery compressors and liquefied. These compressors must operate all year and require the same 750 Hp per 1 MMcfd liquefied. The boil-off liquefaction compressor energy use was thus estimated for each facility using the following equation:

$$FBEU_i \ = \ \frac{IV_i \times 0.05\%}{365 days} \times \frac{750 Hp}{MMcfd} \times \left( 365 days \times \frac{24 hours}{day} \right) \times \frac{MMHphr}{1,000,000 Hphr}$$

where,

$FBEU_i$ = Facility "i" boil-off liquefaction compressor energy use (MMHphr)

$IV_i$ = Facility "i" import volume (MMcf)

- Vaporization and send-out compressor energy use was also calculated based on assumptions from ICF *Additional Changes to Activity Factors for Portions of the Gas Industry* background memo for EPA's U.S. GHG Inventory. It estimates that with an average send-out pressure of 300 psia and inlet pressure of 15 psia, using 2-stage compression, satellite facilities require 1.86 MMHphr for each MMcfd of send-out. The following equation estimates the energy use at each facility:

$$\text{Facility "i" send-out energy use} = \frac{IV_i}{365 days} \times \frac{1.86 MMHphr}{MMcfd}$$

- The total process emissions for 2006, both vented and equipment leak methane and non-energy $CO_2$, were estimated in the U.S. GHG Inventory. These total process emissions were allocated to each facility based on its portion of the segment's total import volume, using the following equation:

$$\text{Facility "i" process emissions} = \frac{IV_i}{\sum_i IV} \times InventorySegmentEmissions$$

where,

$IV_i$ = import volume and "i" represents individual facilities

- Combustion $CO_2$ and $N_2O$ emissions were estimated for each facility by applying the following emission factors:

$$EF_{CO2} = 719 \text{ metric tons } CO_2e/MMHphr$$

---

[31] FERC. *Import Terminals.* Available online at: <http://www.ferc.gov/industries/lng.asp>.

$EF_{N20}$ = 5.81 metric tons $CO_2$e/MMHphr

$Emissions_{CO2 \text{ or } N20}$ = $EF_{CO2 \text{ or } N20}$ × Compressor energy$_i$ (MMHphr)

- The total emissions for each facility were calculated by summing the calculated process and the combustion emissions.
- Since there were only 5 active import terminals, all were assumed to be "medium" in size.
- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
  - IF(operator total emissions > 1000) then reporting
  - IF(operator total emissions > 10000) then reporting
  - IF(operator total emissions > 25000) then reporting
  - IF(operator total emissions >100000) then reporting
- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.
- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered by each threshold.

**Threshold Analysis for Distribution**

- "Facility" in the natural gas distribution segment is defined as the local distribution company (LDC). The Department of Transportation (DOT)[32] provides a set of data that contains distribution main pipelines miles by pipeline materials and distribution service counts by pipeline material for each LDC.
- $CO_2$ and $CH_4$ equipment leaks from distribution mains were evaluated for each facility by multiplying its pipeline data by the appropriate emission factor, summarized in the table below, from the U.S GHG Inventory[1].

**Exhibit C-8: LDC's Equipment Leak Emission Factors**

| Pipeline Type/Material | Equipment Leak Emission Factor |
|---|---|
| Mains – Unprotected Steel | 110 Mcf/mile/year |
| Mains – Protected Steel | 3.07 Mcf/mile/year |
| Mains – Plastic | 9.91 Mcf/mile/year |
| Mains – Cast Iron | 239 Mcf/mile/year |
| Services – Unprotected Steel | 1.70 Mcf/service/year |
| Services – Protected Steel | 0.18 Mcf/service/year |
| Services – Plastic | 0.01 Mcf/service/year |
| Services – Copper | 0.25 Mcf/service/year |

- The total miles of mains pipelines of all materials were summed for each LDC.
- The total emissions from metering and regulating (M&R) stations for 2006, both vented and equipment leak methane and non-energy $CO_2$, were estimated by EPA

---

[32] DOT. *2006 Distribution Annuals Data.* Available online at: <http://www.phmsa.dot.gov/pipeline/library/data-stats>.

U.S GHG Inventory.  These total emissions were allocated to each facility based on its portion of the segment's total import volume, using the following equation:

$$\text{Facility "i" M\&R emissions} = \frac{MM_i}{\sum_i MM} \times InventorySegmentEmissions$$

where,

$MM$       =       total miles of mains pipeline, and "i" represents individual facilities

- The total emissions for each facility were calculated by summing the calculated pipeline leaks and M&R station emissions[26].
- Each facility was assigned a "1" or "0" based on if it crossed a threshold by running the following logic checks:
  - IF(operator total emissions > 1000) then reporting
  - IF(operator total emissions > 10000) then reporting
  - IF(operator total emissions > 25000) then reporting
  - IF(operator total emissions >100000) then reporting
- Summing the results of the above logic checks for each threshold provided the number of facilities exceeding that threshold.
- Multiplying the logic checks above by the total emissions for each facility, then summing the results yielded the total emissions covered at each threshold.

# Appendix D: Analysis of potential facility definitions for onshore petroleum and natural gas production

The purpose of this appendix is to determine the barriers in using a physical definition of a facility for the onshore petroleum and natural gas production segment. The paper also discusses a potential alternative to a physical definition by using a corporate level reporter definition.

A. **Facility Definition:** Any production sector reporting configuration will need specific definitions on what constitutes a facility.

    i.   Field level – A field may be defined by either physically aggregating certain surface equipment, referred to as physical field definition. Or the field may be defined by demarcation of geographical boundaries, referred to as Geographic field definition.

       Physical field definition:
The challenge in defining a field as a facility is to recognize a common structure through the oil and gas production operations. Such a definition can be achieved by identifying a point in the system upstream of which all equipment can be collectively referred to as a field level facility. All oil and gas production operators are required by law to meter their oil and gas production for paying royalties to the owner of the gas and taxes to the state, referred to as the lease meter. All equipment upstream of this meter can be collectively referred to as a facility.

       There is no precedence for such a definition in the CAA. It must be noted, however, that the facility definitions commonly used in the CAA pertain specifically to pollutants whose concentration in the ambient atmosphere is the deciding factor on its impact. This is not necessarily true of GHGs that have the same overall impact on climate forcing irrespective of how and where they occur.

       Geographic field definition:
An alternative to the lease meter field level definition is to use the EIA Oil and Gas Field Code Master[33] to identify each geological field as a facility. This definition is structurally similar to the corporate basin level definition, i.e. it uses geological demarcations to identify a facility rather than the above ground operational demarcation.

    ii.  Basin level – The American Association of Petroleum Geologists (AAPG) provides a geologic definition of hydrocarbon production basins which are referenced to County boundaries. The United States Geological Survey (USGS)

---

[33] EIA Oil and Gas Field Master – 2007,
http://www.eia.doe.gov/pub/oil_gas/natural_gas/data_publications/field_code_master_list/current/pdf/fcml_all.pdf

also provides such a definition, which is different than the AAPG definition. The AAPG definition identified by the "geologic province code" is most commonly used by the industry and can be used to report emissions from each basin. The individual counties in each state are allocated to different geologic province codes and therefore there is no ambiguity in associating an operation with the relevant basin (geologic province code). An operation physically located on a basin as defined by the AAPG can be identified with that particular basin, irrespective of which basins the wells are producing from. (Well pads may have multiple wells producing from different fields and zones in a reservoir, and possibly different basins as well).

**B. Level of Reporting:** It is important to clearly distinguish the level of reporting- i.e., the facility level or the corporate level. The level of reporting is where the threshold level is applied and thus determination on whether reporting is required. In some cases, the owner or operator of the facility itself is the reporter and in other cases it is the overall company that is the reporter. For example, in subpart NN of the MRR published on September 22, 2009, reporting for natural gas sent to the end use customers is at the local distribution company, and not the individual physical locations (or facilities) that send the natural gas into the economy. Alternatively, in subpart MM of the initial rule proposal, the owner or operator of the individual refinery is the reporter as opposed to the company owning multiple refineries.

For the purposes of onshore petroleum and natural gas production reporting can be at either the facility level or the corporate level. If the level of reporting is at the corporate level, it could still be required that data be reported for individual facilities.

**C. Qualitative Analysis of Facility Options**

The following qualitative evaluation provides a discussion on the advantages and disadvantages of using any of the three reporting level definitions, based on expert opinion.

   i.   Ease of practical application of reporter and facility definitions

       1) Field level facility definition – In this case the physical demarcation of field level by aggregating field equipment is difficult to implement. On the other hand, field level definition based on boundaries identified by the EIA Oil and Gas Field Code Master should be easy to implement, since the classification if widely used in the industry.

          Physical Field Definition:
          There are no standard guidelines or operational practices on how many wells can be connected to one lease meter. The choice of whether multiple wells are connected to the same lease meter depends on; the well spacing, number of owners of leases, volume of hydrocarbons produced per well, geographical

boundaries, and ease of operation. Therefore, such a definition will lead to facilities of all kinds of sizes; at one extreme several well pads with multiple wells could be connected to one lease meter, while at the other extreme where situation demands only one well with no equipment could directly be connected to a lease meter. In addition there will be thousands of facilities that will be under purview.

Any lease meters located upstream of a compression system will exclude compressors from the facility definition. This means that the required threshold for emissions reporting may not be reached due to exclusion of the equipment leaks as well as the combustion emissions from compressors. Alternatively, the threshold will have to be set very low to capture any reasonable amount of emissions from field level definition.

Geographic field definition:
The EIA publishes its Field Code Master on a yearly basis. Also, the classification system is widely used in the industry. Hence such a definition should be easy to implement.

2)  Basin level facility definition - Basin level definition is more practical to implement given that operational boundaries and basin demarcations are clearly defined. Furthermore, more emissions will be captured under this facility definition than the field level or well level definitions.

3)  Corporate reporting -
    It can be difficult to identify who the corporation is that would be responsible for reporting. If the corporation can be readily identified and defined then applying a field level facility definition using the EIA field classification or basin level facility definition using AAPG classification becomes practical.

ii.  Coverage that can be expected from each definition type

1)  Field level facility definition – This definition (both physical and geographical) provides the highest level of detail possible on emissions sources. However, any field level definition along with a 25,000 metric tons $CO_2e$/year threshold for reporting could potentially exclude a large portion of the U.S. oil and gas operations. Hence only a portion of the entire emissions from the U.S. oil and gas operations will get reported.

2)  Basin level facility definition - Basin level information will throw light on the difference in patterns of emissions from sources both as a result of being located in different basins and as a result of different operational practices in different companies. This definition will result in the reporting of a significant portion of the emissions for the identified sources from the entire U.S. onshore oil and gas operations.

3) Corporate reporting - This definition will result in reporting of a significant portion of the emissions for the identified sources from the entire US onshore oil and gas operations. Since the reporting will be at a company level, variations in emissions from sources due to location on different basins may not be evident. However, if corporate national level reporter definition is used in addition to field and/or basin level reporting then all possible patterns in emissions will be evident.

## D.  Data Sources for Research and Analysis

    i.     Clean Air Act
   ii.     United States Geological Survey
  iii.     Natural Gas STAR Technical Documents
  iv.     EPA National GHG Inventory
   v.     DOE GASIS database
  vi.     Lasser® database
 vii.     Energy Information Administration
viii.     Oil & Gas Journal
  ix.     HARC - VOC Emissions from Oil and Condensate Storage Tanks
   x.     State Oil and Gas Commissions
  xi.     American Association of Petroleum Geologists

# Appendix E: Development of multipliers to scale emissions or miscellaneous sources connected to storage tanks

This method of quantifying tank emissions assumes that thermodynamically based models such as E&P Tank can accurately predict the effect of flashing emissions from hydrocarbons in fixed roof storage; but are unable to predict or account for emissions from vortexing or dump valves. Either direct measurement or a correction factor is required to represent the total emissions from hydrocarbon storage tanks.

This appendix compares two methods of correcting E&P Tank (GEO-RVP) data to account for non-flashing emission effects on tanks. Actual measurement data from a Texas Commission on Environmental Quality (TCEQ) report[34] were compared to E&P Tank (GEO-RVP) data runs on the same tanks to develop a correction factor which can be applied to E&P Tank (GEO-RVP) results in which additional non-flashing emissions or vortexing are detected.

**Selected Data**

All data considered were presented in a TCEQ-funded report that compared tank emission predicting equations, charts, and models to actual measured data. Data from the E&P Tank 2.0 GEO-RVP setting were compared against to direct measurement results. The TCEQ study focused on comparing the various methods of predicting VOC portion of emissions; however, for the purposes of this analysis, the total gas-oil ratios were compared.

Where direct measurement results were within ±100% of E&P Tank (GEO-RVP) results, those tanks were assumed to be exhibiting typical flashing emissions only. Direct measurement results greater or less than ±100% of E&P Tank (GEO-RVP) results were used to develop a correction factor for non-flashing effects on tank emissions.

The data were separated into two regimes:
- Hydrocarbon liquids with API gravities less than 45°API were considered "oil"
- Hydrocarbon liquids with API gravities greater than 45°API were considered "condensate"

Correction factors were developed for both ranges.

**Method 1 – Least Squares Analysis of Emission Difference**

The first method sorts qualifying tanks in ascending order of emission rates estimated by the E&P Tank (GEO-RVP) runs. The difference between the measured emission rate and E&P Tank (GEO-RVP) emission rates was plotted against the E&P Tank (GEO-RVP) emission rates and a trend line was fitted to the equation, as shown in Exhibits E-9 and E-10.

*Exhibit E-9. Oil Tank Correction Factors*

---

[34] Texas Commission on Environmental Quality (TCEQ). *Upstream Oil and Gas Storage Tank Project Flash Emissions Models Evaluation*. July 16, 2009.



*Exhibit E-10. Condensate Tank Correction Factors*



The equation for the line of best fit can be used on E&P Tank (GEO-RVP) results where non-flashing emission affects are detected to estimate the true tank emissions. The data used to derive this relationship range from oil gravities from 29.1 to 44.8°API and separator pressures from 15 to 70 psig; and for condensate gravities from 45.3 to 82.2°API and separator pressures from 30 to 231 psig.

The E&P Tank (GEO-RVP) emission estimates can be corrected with the following equations:

- For oil:  CE = (-0.5592 × EE) + 139.23
- For condensate:  CE = (0.3327 × EE) + 248.34

Where "EE" is the E&P Tank (GEO-RVP) emission estimate and "CE" is the corrected emission estimate.

As demonstrated in Exhibits E-9 and E-10, the correlations for the correction factor are very weak, with $R^2$ values of 0.0719 for oil and 0.0045 for condensate.

**Method 2 – Average Emissions Ratio Analysis**

This method takes the simple average of the ratio of qualifying measured emission rates to simulated emission rates generated by E&P Tank (GEO-RVP) for the oil and condensate ranges.

Using this method, E&P Tank (GEO-RVP) emission estimates can be corrected with the following equations:

- For oil:  CE = 3.87 × EE
- For condensate:  CE = 5.37 × EE

Where "EE" is the E&P Tank (GEO-RVP) emission estimate and "CE" is the corrected emission estimate.

**Summary**

Predicting and evaluating non-flashing effects on emissions (such as dump valves or vortexing) has not yet been thoroughly studied or quantified.  The methods above have significant weaknesses as:

1. The sample data set is limited
2. Only weak correlations were observed for the available data.

Method 1 naturally suggests that very low estimates are underestimating the tank emissions and very high estimates (over 89 scf/bbl for oil) are overestimating the emissions.  This will tend to "even out" estimates so that none are extremely high or extremely low.  It also suggests that if E&P Tank (GEO-RVP) estimates 0 scf/bbl flashing emissions, the emission rates are actually higher than if E&P Tank (GEO-RVP) estimates large (near 89 scf/bbl for oil) emission rates.

Method 2 does not "even out" emission rates, and assumes that in all cases where non-flashing effects are present, each case is uniformly underestimated.

## Appendix F: Development of leaker emission Factors

## Natural Gas Emission Factors for Onshore Production

### Leaker Emission Factors – All Components, Light Crude Service

**Methodology**

Average emission factors by facility type are taken from API's *Emission Factors for Oil and Gas Production Operations*[35]. Hydrocarbon liquids greater than or equal to 20°API are considered "light crude." The methane content of associated natural gas with onshore light crude is 61.3% is taken from the same API publication, Table ES-4, page ES-3.

Component EF, scf/hour/component = ((Component EF, lb/day THC) * (**A**)) / ((**B**) * (**C**))

| Component Name | Component EF, scf/hour/comp | Component EF, lb/day THC |
|---|---|---|
| Valve | 2.03 | 3.381 |
| Connector | 0.90 | 1.497 |
| Open-Ended Line | 0.96 | 1.6 |
| Pump | 2.35 | 3.905 |
| Other | 2.31 | 3.846 |

EF: Emission Factor
THC: Total Hydrocarbons

**Conversions:**
**A: 0.613** – $CH_4$ content of onshore light crude associated natural gas
**B: 0.04246** $CH_4$ density lb/scf
**C: 24** hours/day

### Leaker Emission Factors – All Components, Heavy Crude Service

**Methodology**

Average emission factors by facility type are taken from API's *Emission Factors for Oil and Gas Production Operations*[35]. Hydrocarbon liquids less than 20°API are considered "heavy crude." The methane content of associated natural gas with onshore heavy crude is 94.2% taken from the same API publication, Table ES-4, page ES-3.

Component EF, scf/hour/component = ((Component EF, lb/day THC) * (**D**)) / ((**B**) * (**C**))

| Component Name | Component EF, scf/hour/component | Component EF, lb/day THC |
|---|---|---|
| Valve | 3.13 | 3.381 |
| Flange | 4.15 | 4.49 |
| Connector (other) | 1.38 | 1.497 |
| Open-Ended Line | 1.48 | 1.6 |
| Other | 3.56 | 3.846 |

---

[35] API. *Emission Factors for Oil and Gas Production Operations*. Table 10, page 16. API Publication Number 4615. January 1995.

EF: Emission Factor
THC: Total Hydrocarbons

**Conversions:**
**B: 0.04246** $CH_4$ density lb/scf
**C: 24** hours/day
**D: 0.942** – $CH_4$ content of onshore heavy crude associated natural gas

## Total Hydrocarbon Emission Factors for Processing

### Leaker Emissions Factors – Reciprocating Compressor Components, Centrifugal Compressor Components, and Other Components, Gas Service

**Methodology**

The leaker emissions factors are from Clearstone Engineering's *Identification and Evaluation of Opportunities to Reduce Methane Losses at Four Gas Processing Plants*[36] and Clearstone's *Cost-Effective Directed Inspection and Maintenance Control Opportunities at Five Gas Processing Plants and Upstream Gathering Compressor Stations and Well Sites*[37]. The components were categorized into three groups: reciprocating compressor related, centrifugal compressor related and all other components. Furthermore, the components related to reciprocating and centrifugal compressor were segregated into components before and after the de-methanizer. Once categorized, the sum of the leak rates from components known to be leaking was divided by the sum of number of leaking components.

Component EF, scf/hour/component = (Leak rate, Mscf/day/component) * (**E**) / (**C**)

| Component Name | Reciprocating Compressor Component, (scf/hour/comp) | | Centrifugal Compressor Component, (scf/hour/comp) | | Other Components, (scf/hour/comp) |
|---|---|---|---|---|---|
| | Before De-Methanizer | After De-Methanizer | Before De-Methanizer | After De-Methanizer | |
| Valve | 15.88 | 18.09 | 0.67 | 2.51 | 6.42 |
| Connector | 4.31 | 9.10 | 2.33 | 3.14 | 5.71 |
| Open-Ended Line | 17.90 | 10.29 | 17.90 | 16.17 | 11.27 |
| Pressure Relief Valve | 2.01 | 30.46 | - | - | 2.01 |
| Meter | 0.02 | 48.29 | - | - | 2.93 |

**Conversions:**
**C: 24** hours / day
**E: 1000** scf / Mscf

---

[36] EPA. *Identification and Evaluation of Opportunities to Reduce Methane Losses at Four Gas Processing Plants.* Clearstone Engineering Ltd. June 20, 2002. <www.epa.gov/gasstar/documents/four_plants.pdf>
[37] National Gas Machinery Laboratory, Kansas State University; Clearstone Engineering, Ltd; Innovative Environmental Solutions, Inc. *Cost-Effective Directed Inspection and Maintenance Control Opportunities at Five Gas Processing Plants and Upstream Gathering Compressor Stations and Well Sites.* For EPA Natural Gas STAR Program. March 2006.

## Total Hydrocarbon Emission Factors for Transmission

### Leaker Emission Factors – All Components, Gas Service

**Methodology**

Gas transmission facility emissions are drawn from the *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*[38] and the *Measurement of Natural Gas Emissions from the Canadian Natural Gas Transmission and Distribution Industry*[39]. All compressor related components were separated from the raw data and categorized into the component types. Once categorized, the sum of the leak rates from components known to be leaking was divided by the sum of number of leaking components.

Component EF, scf/hour/component = (Gas Transmission Facility Emissions, kg/h/src) * (**F**) / (**B**)

| Component Name | Component EF, (scf/hour/comp) |
|---|---|
| Connector | 2.7 |
| Block Valve | 10.4 |
| Control Valve | 3.4 |
| Compressor Blowdown Valve | 543.5 |
| Pressure Relief Valve | 37.2 |
| Orifice Meter | 14.3 |
| Other Meter | 0.1 |
| Regulator | 9.8 |
| Open-Ended Line | 21.5 |

**Conversions:**
**B: 0.04246** $CH_4$ density lb/scf
**F: 2.20462262** lb/kg

## Methane Emission Factors for LNG Storage

### Leaker Emission Factors – LNG Storage Components, LNG Service

**Methodology**

---

[38] Clearstone. *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems.* Clearstone Engineering Ltd., Enerco Engineering Ltd, and Radian International. May 25, 1998.
[39] Clearstone. *Measurement of Natural Gas Emissions from the Canadian Natural Gas Transmission and Distribution Industry.* Clearstone Engineering Ltd., Canadian Energy Partnership for Environmental Innovation (CEPEI). April 16, 2007.

The light liquid emission factors with leak concentrations greater than or equal to 10,000 ppmv were taken from *Protocol for Equipment Leak Emission Estimates*[40]. The emissions are assumed to be 100% methane.

Component EF, scf/hour/component = (Light Liquid >= 10,000 ppmv Emission Factor) * (**F**) / (**B**)

| Component Name | Component EF, scf/hour/comp | Light Liquid EF,[†] kg/hr THC |
|---|---|---|
| Valve | 1.19 | 2.30E-02 |
| Pump Seal | 4.00 | 7.70E-02 |
| Connector | 0.34 | 6.50E-03 |
| Other | 1.77 | 3.40E-02 |

[†] Greater or equal to 10,000 ppmv

**Conversions:**
B: 0.04246 $CH_4$ density lb/scf
F: 2.20462262 lb/kg

## Total Hydrocarbon Emission Factors for Processing, Transmission, and Underground Storage

### Leaker Emissions Factors –Compressor Components, Non-Compressor Components, Gas Service

**Methodology**
Several leaker emission factors for the processing segment, such as open-ended lines before the de-methanizer for reciprocating compressors, did not have sufficient data points to justify a representative emission factor. To eliminate this issue, the segregation of components into reciprocating versus centrifugal and before the de-methanizer versus after the de-methanizer was eliminated.

In addition, the leaker emission factors from transmission were combined with those from processing. Equipment leak emissions from transmission compressors and processing compressors are similar because they are comparable in size and discharge pressure. Compressors in processing either inject residue gas into high pressure transmission pipelines or pressurize large volumes of production gas for processing facility processes.

The same LEFs can also be used for compressor related components in underground natural gas storage because compressors in this sector have a large throughput and inject gas at high pressure into the ground or into transmission pipelines. The final emission factors were corrected to 68°F and 14.7 psia per the definition of "standard conditions" set forth in subpart A of Title 40 CFR 98.

---

[40] EPA. *Protocol for Equipment Leak Emission Estimates.* Emission Standards Division. U.S. EPA. SOCMI Table 2-7. November 1995.

Component EF, scf/hour/component = (Leak rate, Mscf/day/component) * ($E$) / ($C$)

| Component Name | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors – Compressor Components, Gas Service** | |
| Valve | 15.07 |
| Connector | 5.68 |
| Open-ended Line | 17.54 |
| Pressure Relief Valve | 40.27 |
| Meter | 19.63 |
| **Leaker Emission Factors – Non -Compressor Components, Gas Service** | |
| Valve | 6.52 |
| Connector | 5.80 |
| Open-ended Line | 11.44 |
| Pressure Relief Valve | 2.04 |
| Meter | 2.98 |

**Conversions:**
**$C$:** 24 hours / day
**$E$:** 1000 scf / Mscf

## Methane Emission Factors for LNG Terminals

### Leaker Emission Factors – LNG Terminals Components, LNG Service

**Methodology**
See methodology for Leaker Emission Factors – LNG Storage Components, LNG Service for LNG Storage[40].

## Methane Emission Factors for Distribution

### Leaker Emission Factors – Above Grade M&R Stations Components, Gas Service

**Methodology**
Gas distribution meter/regulator station emissions are drawn from: *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*[38] and *Measurement of Natural Gas Emissions from the Canadian Natural Gas Transmission and Distribution Industry*[39].

Component EF, scf/hour/component = (Gas Distribution Meter/Regulator Station Emissions, kg/h/src) * ($F$) / ($B$)

| Component Name | Component EF, scf/hour/comp | Gas Distribution Meter/Regulator Station Emissions, kg/h/src |
|---|---|---|
| Connector | 0.67 | 0.01292 |

| | | | |
|---|---|---|---|
| Block Valve | 1.49 | | 0.02872 |
| Control Valve | 3.94 | | 0.07581 |
| Pressure Relief Valve | 5.24 | | 0.1009 |
| Orifice Meter | 0.46 | | 0.0088 |
| Other Meter | 0.01 | | 0.0002064 |
| Regulator | 2.14 | | 0.04129 |
| Open-Ended Line | 6.01 | | 0.1158 |

**Conversions:**
**B: 0.04246 $CH_4$ density lb/scf**
**F: 2.20462262 lb/kg**

## Leaker Emission Factors – Distribution Mains and Services, Gas Service

**Methodology**
Emission factors for pipeline leaks (mains and services) are drawn from GRI's *Methane Emissions from the Natural Gas Industry*[41].

Component EF, scf/hour/leak = (Pipeline Leak, scf/leak-year) / (**G**)

| Component Name | Component EF (Mains), scf/hour/leak | Pipeline Leak EF (Mains), scf/leak-yr | Component EF, (Services) scf/hour/leak | Pipeline Leak EF (Services), scf/leak-yr |
|---|---|---|---|---|
| Unprotected Steel | 6.02 | 52748 | 2.33 | 20433 |
| Protected Steel | 2.38 | 20891 | 1.08 | 9438 |
| Plastic | 11.63 | 101897 | 0.35 | 3026 |
| Copper | | | 0.88 | 7684 |

**Conversions:**
**G: 8,760 hours/year**

### NATURAL GAS EMISSION FACTORS FOR ONSHORE PRODUCTION

| Onshore production | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - All Components, Gas Service** | |
| Valve | NA |
| Connector | NA |
| Open-ended Line | NA |
| Pressure Relief Valve | NA |
| Low-Bleed Pneumatic Device Vents | NA |
| Gathering Pipelines | NA |
| CBM Well Water Production | NA |
| Compressor Starter Gas Vent | NA |
| Conventional Gas Well Completion | NA |

---

[41] GRI. *Methane Emissions from the Natural Gas Industry*. Volume 9. Tables 8-9 and 9-4. June 1996.
<www.epa.gov/gasstar/documents/emissions_report/9_underground.pdf>

| Conventional Gas Well Workover | NA |
|---|---|
| **Leaker Emission Factors - All Components, Light Crude Service[1]** | |
| Valve | 2.03 |
| Connector | 0.90 |
| Open-ended Line | 0.96 |
| Pump | 2.35 |
| Other | 2.31 |
| **Leaker Emission Factors - All Components, Heavy Crude Service[2]** | |
| Valve | 3.13 |
| Flange | 4.15 |
| Connector (other) | 1.38 |
| Open-ended Line | 1.48 |
| Other | 3.56 |

[1] Hydrocarbon liquids greater than or equal to 20°API are considered "light crude"
[2] Hydrocarbon liquids less than 20°API are considered "heavy crude"

## TOTAL HYDROCARBON EMISSION FACTORS FOR PROCESSING

| Processing[1] | Before De-Methanizer Emission Factor (scf/hour/component) | After De-Methanizer Emission Factor (scf/hour/component) |
|---|---|---|
| **Leaker Emission Factors - Reciprocating Compressor Components, Gas Service** | | |
| Valve | 15.88 | 18.09 |
| Connector | 4.31 | 9.10 |
| Open-ended Line | 17.90 | 10.29 |
| Pressure Relief Valve | 2.01 | 30.46 |
| Meter | 0.02 | 48.29 |
| **Leaker Emission Factors - Centrifugal Compressor Components, Gas Service** | | |
| Valve | 0.67 | 2.51 |
| Connector | 2.33 | 3.14 |
| Open-ended Line | 17.90 | 16.17 |
| **Leaker Emission Factors - Other Components, Gas Service[2]** | | |
| Valve | 6.42 | |
| Connector | 5.71 | |
| Open-ended Line | 11.27 | |
| Pressure Relief Valve | 2.01 | |
| Meter | 2.93 | |
| | | |
| | | |

## METHANE EMISSION FACTORS FOR TRANSMISSION

| Transmission | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - All Components, Gas Service** | |
| Connector | 2.7 |
| Block Valve | 10.4 |

| | |
|---|---|
| Control Valve | 3.4 |
| Compressor Blowdown Valve | 543.5 |
| Pressure Relief Valve | 37.2 |
| Orifice Meter | 14.3 |
| Other Meter | 0.1 |
| Regulator | 9.8 |
| Open-ended Line | 21.5 |
| **Leaker Emission Factors - Other Components, Gas Service** | |
| Low-Bleed Pneumatic Device Vents | NA |

[1] Emission Factor is in units of "scf/hour/mile"

## METHANE EMISSION FACTORS FOR UNDERGROUND STORAGE

| Underground Storage | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - Storage Station, Gas Service** | |
| Connector | 0.96 |
| Block Valve | 2.02 |
| Control Valve | 3.94 |
| Compressor Blowdown Valve | 66.15 |
| Pressure Relief Valve | 19.80 |
| Orifice Meter | 0.46 |
| Other Meter | 0.01 |
| Regulator | 1.03 |
| Open-ended Line | 6.01 |
| **Leaker Emission Factors - Storage Wellheads, Gas Service** | |
| Connector | NA |
| Valve | NA |
| Pressure Relief Valve | NA |
| Open-ended Line | NA |
| **Leaker Emission Factors - Other Components, Gas Service** | |
| Low-Bleed Pneumatic Device Vents | NA |

## TOTAL HYDROCARBON EMISSION FACTORS FOR PROCESSING, TRANSMISSION, AND, UNDERGROUND STORAGE

| Processing, Transmission, and Underground Storage | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors – Compressor Components, Gas Service** | |
| Valve | 15.07 |
| Connector | 5.68 |
| Open-Ended Line | 17.54 |
| Pressure Relief Valve | 40.27 |
| Meter | 19.63 |
| **Leaker Emission Factors – Non-compressor Components , Gas Service** | |
| Valve | 6.52 |
| Connector | 5.80 |
| Open-Ended Line | 11.44 |

| | |
|---|---|
| Pressure Relief Valve | 2.04 |
| Meter | 2.98 |

[1]Valves include control valves, block valves, and regulator valves.

## METHANE EMISSION FACTORS FOR LNG STORAGE

| LNG Storage | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - LNG Storage Components, LNG Service** | |
| Valve | 1.19 |
| Pump Seal | 4.00 |
| Connector | 0.34 |
| Other | 1.77 |
| **Leaker Emission Factors - LNG Storage Compressor, Gas Service** | |
| Vapor Recovery Compressor | NA |

## METHANE EMISSION FACTORS FOR LNG TERMINALS

| LNG Terminals | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - LNG Terminals Components, LNG Service** | |
| Valve | 1.19 |
| Pump Seal | 4.00 |
| Connector | 0.34 |
| Other | 1.77 |
| **Leaker Emission Factors - LNG Terminals Compressor, Gas Service** | |
| Vapor Recovery Compressor | NA |

## METHANE EMISSION FACTORS FOR DISTRIBUTION

| Distribution | Emission Factor (scf/hour/component) |
|---|---|
| **Leaker Emission Factors - Above Grade M&R Stations Components, Gas Service** | |
| Connector | 1.69 |
| Block Valve | 0.557 |
| Control Valve | 9.34 |
| Pressure Relief Valve | 0.270 |
| Orifice Meter | 0.212 |
| Regulator | 26.131 |
| Open-ended Line | 1.69 |
| **Leaker Emission Factors - Below Grade M&R Stations Components, Gas Service** | |
| Below Grade M&R Station, Inlet Pressure > 300 psig | NA |
| Below Grade M&R Station, Inlet Pressure 100 to 300 psig | NA |
| Below Grade M&R Station, Inlet Pressure < 100 psig | NA |
| | |
| **Leaker Emission Factors - Distribution Mains, Gas Service[1]** | |
| Unprotected Steel | 6.02 |

| | |
|---|---|
| Protected Steel | 2.38 |
| Plastic | 11.63 |
| Cast Iron | NA |
| **Leaker Emission Factors - Distribution Services, Gas Service[1]** | |
| Unprotected Steel | 2.33 |
| Protected Steel | 1.08 |
| Plastic | 0.35 |
| Copper | 0.88 |

[1] Emission Factor is in units of "scf/hour/leak"

**Summary**

This Appendix provides leaker emissions factors that can be applied to any individual emissions source which meets the leak detection definition in a leak detection survey. These emissions factors provide an estimate of real emissions as opposed to potential emissions since they are applied only to leaking emissions sources. However, it must be noted that these leaker emissions factors assume that any emissions source found leaking has been leaking for the duration of an entire year.

## Appendix G: Development of population emission factors

## Natural Gas Emission Factors for Onshore Production

### Whole Gas Population Emission Factors – All Components, Gas Service

**Methodology**
The well counts and emission factors were taken from GRI's *Methane Emissions from the Natural Gas Industry*[42]. The emission factors for each source are calculated using gas production for the Eastern and Western United States. The average methane content of produced natural gas is assumed to be 78.8%.

Eastern/Western U.S. Component EF, scf/hour/component = (EF Eastern/Western U.S., mscf/yr) * (**A**) * (**B**) / (**C**) / (**D**)

| Component | Eastern U.S. EPA/GRI EF (mscf CH$_4$/year) | Eastern U.S. Subpart W EF (scf natural gas/hour) |
|---|---|---|
| Valve | 0.184 | 0.027 |
| Connector | 0.024 | 0.004 |
| Open-Ended Line | 0.420 | 0.062 |
| Pressure Relief Valve | 0.279 | 0.041 |

| Component | Western U.S. EPA/GRI EF (mscf CH$_4$/year) | Western U.S. Subpart W EF (scf natural gas/hour) |
|---|---|---|
| Valve | 0.835 | 0.123 |
| Connector | 0.114 | 0.017 |
| Open-Ended Line | 0.215 | 0.032 |
| Pressure Relief Valve | 1.332 | 0.196 |

**Conversions:**
A: 1,000 scf/mscf
B: 1.015 = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
C: 8,760 hours/year
D: 78.8% methane by volume in produced natural gas

**"High Continuous Bleed Pneumatic Device Vents" Methodology**
Methane emissions per pneumatic device are from API's *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry*[43]. The average methane content of natural gas is assumed to be 78.8%.

48.1 scf/hour/component EF = (896 [scfd CH$_4$/pneumatic devises, high bleed]) * (**B**) / (**D**) / (**E**)

---

[42] GRI. *Methane Emissions from the Natural Gas Industry*. Volume 8. June 1996.
<www.epa.gov/gasstar/documents/emissions_report/8_equipmentleaks.pdf>
[43] API. *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry*. American Petroleum Institute. Table 5-15, page 5-68. August 2009.

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**D: 78.8%** – production quality of natural gas (% methane) [44]
**E: 24 hours/day**

**"Low Continuous Bleed Pneumatic Device Vents" Methodology**
Methane emissions per pneumatic device are from API's *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry*[43]. The average methane content of natural gas is assumed to be 78.8%.

**1.80 scf/hour/component EF = (33.4** [scfd $CH_4$/pneumatic devises, low bleed]) * **(B) / (D) / (E)**

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**D: 78.8%** – production quality of natural gas (% methane)
**E: 24 hours/day**

**"Intermittent Bleed Pneumatic Device Vents" Methodology**
Methane emissions per pneumatic device are from API's *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry*[43]. The average methane content of natural gas is assumed to be 78.8%.

**17.4 scf/hour/component EF = (323** [scfd $CH_4$/pneumatic devises, low bleed]) * **(B) / (D) / (E)**

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**D: 78.8%** – production quality of natural gas (% methane)[44]
**E: 24 hours/day**

**"Pneumatic Pumps" Methodology**
Methane emissions per pneumatic pump are from GRI's *Methane Emissions from the Natural Gas Industry*[45]. The average methane content of natural gas is assumed to be 78.8%.

**13.3 scf $CH_4$/hour/component EF = (248** [scfd $CH_4$/pneumatic devises, low bleed]) * **(B) / (D) / (E)**

---

[44] GRI. "Vented and Combustion Source Summary," *Methane Emissions from the Natural Gas Industry*, U.S. EPA, Volume 6, Appendix A, page A-2.
[45] GRI. *Methane Emissions from the Natural Gas Industry*. Volume 13. Tables 4-4. June 1996. <http://epa.gov/gasstar/documents/emissions_report/13_chemical.pdf>.

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60˚F to 68˚F per subpart A definition of standard conditions
**D: 78.8%** – production quality of natural gas (% methane)[46]
**E: 24** hours/day

<u>**Population Emission Factors – All Components, Light Crude Service**</u>

**Methodology**
Average emissions factors by facility type were taken from API's *Emission Factors for Oil and Gas Production* Operations.[47] Hydrocarbon liquids greater than or equal to 20°API are considered "light crude."

Component EF, scf/hour/component = (Average Emissions Factors by Facility Type, lb/component-day) * (**B**) / (**E**) / (**F**)

| Component Name | Component EF, scf/hr/comp | Average EF by Facility Type, lb/component-day |
|---|---|---|
| Valve | 0.04 | 7.00E-02 |
| Flange | 0.002 | 4.07E-03 |
| Connector | 0.005 | 8.66E-03 |
| Open-Ended Line | 0.04 | 6.38E-02 |
| Pump | 0.01 | 1.68E-02 |
| Other | 0.23 | 3.97E-01 |

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60˚F to 68˚F per subpart A definition of standard conditions
**D: 24** hours/day
**F: 0.072** gas density lb/scf – assumes a gas composition of 61.2% methane, 20% ethane, 10% propane, 5% butane, and 3.8% pentanes+

<u>**Population Emission Factors – All Components, Heavy Crude Service**</u>

**Methodology**
Average emissions factors by facility type were taken from API's *Emission Factors for Oil and Gas Production Operations*[48]. Hydrocarbon liquids less than 20°API are considered "heavy crude." The methane content of associated natural gas with onshore light crude is 94.2% from the same study.

---

[46] GRI. "Vented and Combustion Source Summary," *Methane Emissions from the Natural Gas Industry,* U.S. EPA, Volume 6, Appendix A, page A-2.
[47] API. *Emission Factors for Oil and Gas Production Operations.* Table 9, page 10. API Publication Number 4615. January 1995.
[48] API. *Emission Factors for Oil and Gas Production Operations.* API Publication Number 4615. page ES-3, Table ES-4, January 1995.

Component EF, scf/hour/component = (Average Emissions Factors by Facility Type, lb/component-day) * (**B**) / (**D**) / (**F**)

| Component Name | Component EF, scf/hr/comp | Average EF by Facility Type, lb/component-day |
|---|---|---|
| Valve | 0.0004 | 6.86E-04 |
| Flange | 0.0002 | 1.16E-03 |
| Connector (Other) | 0.0004 | 4.22E-04 |
| Open-Ended Line | 0.004 | 8.18E-03 |
| Other | 0.002 | 3.70E-03 |

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60˚F to 68˚F per subpart A definition of standard conditions
**D: 24** hours/day
**F: 0.072** gas density lb/scf – assumes a gas composition of 61.2% methane, 20% ethane, 10% propane, 5% butane, and 3.8% pentanes+

## Methane Emission Factors For Processing

### Population Emission Factors – All Components, Gas Service

There are no population emission factors in subpart W for the onshore natural gas processing segment.

## Methane Emission Factors for Transmission

### Population Emission Factors – All Components, Gas Service

Gas transmission facility emission factors were taken from the *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*[49]. "Connector" includes flanges, threaded connections, and mechanical couplings. "Block Valve" accounts for emissions from the stem packing and the valve body, and it applies to all types of block valves (e.g., butterfly, ball, globe, gate, needle, orbit, and plug valves). Leakage past the valve seat is accounted for the Open-Ended Line emission category. Leakage from the end connections is accounted for by the connector category (i.e., one connector for each end). "Control Valve" accounts for leakage from the stem packing and the valve body. Emissions from the controller and actuator are accounted for by the Instrument Controller and Open-Ended Line categories respectively. This factor applies to all valves with automatic actuators (including fuel gas injection valves on the drivers of reciprocating compressors). "Orifice Meter" accounts for emissions from the orifice changer. Emissions from sources on pressure tap lines etc. are not included in the factor (i.e., these emissions must be calculated separately).

---

[49] CEPEI. *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*. May 25, 1998.

"Other Meter" accounts for emissions from other types of gas flow meters (e.g., diaphragm, ultrasonic, roots, turbine, and vortex meters).

Component EF, scf/hour/component = (Gas Transmission Facility Emissions, kg/h/src) * (**B**) * (**I**) / (**F**)

| Component Name | Component EF, scf/hour/comp | Gas Transmission Facility Avg. Emissions, kg/hr/src |
|---|---|---|
| Connector | 0.01 | 2.732E-04 |
| Block Valve | 0.11 | 2.140E-03 |
| Control Valve | 1.04 | 1.969E-02 |
| Pressure Relief Valve | 14.74 | 2.795E-01 |
| Orifice Meter | 0.18 | 3.333E-03 |
| Other Meter | 0.0005 | 9.060E-06 |
| Regulator | 0.17 | 3.304E-03 |
| Open-Ended Line | 4.40 | 8.355E-02 |

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**F: 0.04246** $CH_4$ density lb/scf
**I: 2.20462262** lb/kg

### Population Emission Factors – Other Components, Gas Service

**"Low Continuous Bleed Pneumatic Device Vents" Methodology**
Methane emissions per pneumatic device are from API's *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry*[43]. The average methane content of natural gas is assumed to be 78.8%.

**1.41** scf/hour/component EF = (**33.4** [scfd $CH_4$/pneumatic devises, low bleed]) * (**B**) * (**J**) / (**D**) / (**E**)

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**D: 78.8%** – production quality of natural gas (% methane) from: "Vented and Combustion Source Summary," *Methane Emissions from the Natural Gas Industry,* U.S. EPA, Volume 6, Appendix A, page A-2.
**E: 24** hours/day
**J: 93.4%** – pipeline quality natural gas (% methane) from: "Vented and Combustion Source Summary," *Methane Emissions from the Natural Gas Industry,* U.S. EPA, Volume 6, Appendix A, page A-2.

**"High Continuous Bleed Pneumatic Device Vents" Methodology**

Methane emissions per pneumatic device are from GRI's *Methane Emissions from the Natural Gas Industry*[50]. The average methane content of natural gas is assumed to be 78.8%.

**18.8** scf/hour/component EF = (**162,197** [scfy $CH_4$/pneumatic devises, low bleed]) * (**B**) / (**C**)

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**C:** 8,760 hours/year

**"Intermittent Bleed Pneumatic Device Vents" Methodology**
Methane emissions per pneumatic device are from GRI's *Methane Emissions from the Natural Gas Industry*[50]. The average methane content of natural gas is assumed to be 78.8%.

**18.8** scf/hour/component EF = (**162,197** [scfy $CH_4$/pneumatic devises, low bleed]) * (**B**) / (**C**)

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**C:** 8,760 hours/year


## Methane Emission Factors for Underground Storage

### <u>Population Emission Factors – Storage Station, Gas Service</u>

**Methodology**
See methodology for "Population Emission Factors – All Components, Gas Service" for Transmission.

### <u>Population Emission Factors – Storage Wellheads, Gas Service</u>

**Methodology**
Emission factors for injection/withdrawal wellheads are from GRI's *Methane Emissions from the Natural Gas Industry*[42].

Component EF, scf/hour/component = (Injection/Withdrawal Wellhead) (**A**) * (**B**) / (**C**)

| Component Name | Component EF, scf/hr/comp | Injections/Withdrawal Wellhead, Mcf/yr |
|---|---|---|
| Connector | 0.01 | 0.125 |

---

[50] GRI. *Methane Emissions from the Natural Gas Industry*. Volume 12. Page 52. June 1996. <http://epa.gov/gasstar/documents/emissions_report/12_pneumatic.pdf>.

| Valve | 0.10 | 0.918 |
| Pressure Relief Valve | 0.17 | 1.464 |
| Open-Ended Line | 0.03 | 0.237 |

**Conversions:**
**A: 1,000 scf/mscf**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**C: 8,760 hours/year**

## Population Emission Factors – Other Components, Gas Service

**Methodology**
**"Low Continuous Bleed Pneumatic Device Vents" Methodology**
See "Low Continuous Bleed Pneumatic Device Vents" Methodology for Population Emission Factors – Other Components, Gas Service for Transmission.

**"High Continuous Bleed Pneumatic Device Vents" Methodology**
See "High Continuous Bleed Pneumatic Device Vents" Methodology for Population Emission Factors – Other Components, Gas Service for Transmission.

**"Intermittent Bleed Pneumatic Device Vents" Methodology**
See "Intermittent Bleed Pneumatic Device Vents" Methodology for Population Emission Factors – Other Components, Gas Service for Transmission.

# Methane Emission Factors for LNG Storage

## Population Emission Factors – LNG Storage Components, LNG Service

**Methodology**
Component emission factors are from EPA's *Inventory of U.S. Greenhouse Gas Emissions and Sinks*[51]. The emission factors were adjusted by an assumed average methane content of 93.4% by volume.

Component EF, scf/hour/component = (Component EF, Mscf/comp-yr) (**B**) * (**I**) / (**F**)

| Component Name | Component EF, scf/hour/comp | Component EF, Mscf/comp-yr |
| --- | --- | --- |
| Valve | 0.10 | 0.867 |
| Open-ended Line | 1.30 | 11.2 |
| Connector | 0.02 | 0.147 |
| PRV | 0.72 | 6.2 |

**Conversions:**

---

[51] EPA. *Inventory of US Greenhouse Gas Emissions and Sinks: 1990-2006.* Available online at <http://www.epa.gov/climatechange/emissions/usinventoryreport.html>.

**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60˚F to 68˚F per subpart A definition of standard conditions
**F: 0.04246** $CH_4$ density lb/scf
**I: 2.20462262** lb/kg


### Population Emission Factors – LNG Storage Compressor, Gas Service

**"Vapor Recovery Compressor" Methodology**
The methane emissions per compressor are from the *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*[51].

**4.23** scf/hour/component EF = (**100** scfd $CH_4$/compressor) * (**B**) / (**D**)
**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60˚F to 68˚F per subpart A definition of standard conditions
**D: 24** hours/day


## Methane Emission Factors for LNG Terminals

### Population Emission Factors – LNG Terminals Components, LNG Service

**Methodology**
See methodology for Population Emission Factors – LNG Storage Components, LNG Service for LNG Storage.

### Population Emission Factors – LNG Terminals Compressor, Gas Service

**Methodology**
See "Vapor Recovery Compressor" Methodology for Population Emission Factors – LNG Storage Compressor, Gas Service for LNG Storage.


## Methane Emission Factors for Distribution

### Population Emission Factors – Above Grade M&R Stations Components, Gas Service

**Methodology**
Gas distribution meter/regulator station average emissions from: Gas transmission facility emissions are from the *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*[49]. "Connector" includes flanges, threaded connections, and mechanical couplings. "Block Valve" accounts for emissions from the stem packing and the valve body, and it applies to all types of block valves (e.g., butterfly, ball, globe, gate, needle, orbit, and plug valves). Leakage past the valve seat is accounted for the Open-Ended Line emission category. Leakage from the end connections is accounted for by the connector category

(i.e., one connector for each end). "Control Valve" accounts for leakage from the stem packing and the valve body. Emissions from the controller and actuator are accounted for by the Instrument Controller and Open-Ended Line categories respectively. This factor applies to all valves with automatic actuators (including fuel gas injection valves on the drivers of reciprocating compressors). "Orifice Meter" accounts for emissions from the orifice changer. Emissions from sources on pressure tap lines etc. are not included in the factor (i.e., these emissions must be calculated separately). "Other Meter" accounts for emissions from other types of gas flow meters (e.g., diaphragm, ultrasonic, roots, turbine, and vortex meters).

Component EF, scf/hour/component = (Gas Distribution Meter/Regulator Station Emissions, kg/h/src) * (**B**) * (**I**) / (**F**)

| Component Name | Component EF, scf/hour/comp | Gas Distribution Meter/Regulator Station Avg. Emissions, kg/h/src |
|---|---|---|
| Connector | 5.79E-03 | 1.098E-04 |
| Block Valve | 5.85E-02 | 1.109E-03 |
| Control Valve | 1.04E+00 | 1.969E-02 |
| Pressure Relief Valve | 8.78E-01 | 1.665E-02 |
| Orifice Meter | 1.76E-01 | 3.333E-03 |
| Other Meter | 4.78E-04 | 9.060E-06 |
| Regulator | 1.01E-01 | 1.915E-03 |
| Open-Ended Line | 4.39E+00 | 8.355E-02 |

**Conversions:**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**F: 0.04246** $CH_4$ density lb/scf
**I: 2.20462262** lb/kg

**Population Emission Factors – Below Grade M&R Stations Components, Gas Service**

**Methodology**
Average emission factors are from GRI's *Metering and Pressure Regulating Stations in Natural Gas Transmission and Distribution*[52]. (Converted to 68°F)

**Below Grade M&R Station, Inlet Pressure > 300 psig: 1.32** scf/hour/station EF

**Below Grade M&R Station, Inlet Pressure 100 to 300 psig: 0.20** scf/hour/station EF

**Below Grade M&R Station, Inlet Pressure < 100 psig: 0.10** scf/hour/station EF

**Population Emission Factors – Distribution Mains and Services, Gas Service**

**Methodology**

---

[52] GRI. *Methane Emissions from the Natural Gas Industry*. Volume 10. Table 7-1. June 1996. <www.epa.gov/gasstar/documents/emissions_report/10_metering.pdf>.

Emission factors for pipeline leaks (mains and service) are from the *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*[53]

Component EF, scf/hour/service = (Pipeline Leak mscf/mile/year) **(A)** * **(B)** / **(C)**

| Component Name | Component EF (Mains), scf/hr/service | Pipeline Leak EF (Mains), Mscf/mile-yr | Component EF (Services), scf/hr/service | Pipeline Leak EF (Services), Mscf/mile-yr |
|---|---|---|---|---|
| Unprotected Steel | 12.77 | 110.19 | 0.19 | 1.70 |
| Protected Steel | 0.36 | 3.07 | 0.02 | 0.18 |
| Plastic | 1.15 | 9.91 | 0.001 | 0.01 |
| Cast Iron | 27.67 | 238.7 | | |
| Copper | | | 0.03 | 0.25 |

**Conversions:**
**A: 1,000 scf/mscf**
**B: 1.015** = (68+459.67)/(60+459.67) = conversion from 60°F to 68°F per subpart A definition of standard conditions
**C: 8,760 hours/year**

## Nitrous Oxide Emission Factors for Gas Flaring

### Population Emission Factors – Gas Flaring

**Methodology**
Emission factors are from API's *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Gas Industry.*

**Gas Production:  5.90E-07** metric tons/MMcf gas production or receipts EF

**Sweet Gas Processing:  7.10E-07** metric tons/MMcf gas production or receipts EF

**Sour Gas Processing:  1.50E-06** metric tons/MMcf gas production or receipts EF

**Conventional Oil Production:  1.00E-04** metric tons/barrel conventional oil production EF

**Heavy Oil Production:  7.30E-05** metric tons/barrel heavy oil production EF

**Summary**
This Appendix provides population emissions factors for potential emissions sources.  These population emissions factors could be used in conjunction with population counts that make it more cost effective in estimating emissions. However, these population emissions factors estimate potential emissions as the percentage of emissions sources leaking may or may not

---

[53] EPA. *Inventory of US Greenhouse Gas Emissions and Sinks: 1990-2007.* Available online at <http://www.epa.gov/climatechange/emissions/usinventoryreport.html>.

be the same as the assumption made when developing the emissions factors.   Also, the population emissions factors assume that a subset of leaking emission sources is leaking continuously throughout the year.

## Appendix H: Glossary

The following definitions are based on common industry terminology for the respective equipment, technologies, and practices.

Absorbent circulation pump means a pump commonly powered by natural gas pressure that circulates the absorbent liquid between the absorbent regenerator and natural gas contactor.

Acid gas means hydrogen sulfide ($H_2S$) and/or carbon dioxide ($CO_2$) contaminants that are separated from sour natural gas by an acid gas removal unit.

Acid gas removal unit (AGR) means a process unit that separates hydrogen sulfide and/or carbon dioxide from sour natural gas using liquid or solid absorbents or membrane separators.

Acid gas removal vent emissions mean the acid gas separated from the acid gas absorbing medium (e.g., an amine solution) and released with methane and other light hydrocarbons to the atmosphere or a flare.

Air injected flare means a flare in which air is blown into the base of a flare stack to induce complete combustion of gas.

Basin means geologic provinces as defined by the American Association of Petroleum Geologists (AAPG) Geologic Note: AAPG-CSD Geologic Provinces Code Map: AAPG Bulletin, Prepared by Richard F. Meyer, Laure G. Wallace, and Fred J. Wagner, Jr., Volume 75, Number 10 (October 1991) (incorporated by reference, see §98.7) and the Alaska Geological Province Boundary Map, Compiled by the American Association of Petroleum Geologists Committee on Statistics of Drilling in Cooperation with the USGS, 1978 (incorporated by reference, see §98.7).

Blowdown vent stack emissions mean natural gas and/or $CO_2$ released due to maintenance and/or blowdown operations including compressor blowdown and emergency shut-down (ESD) system testing.

Calibrated bag means a flexible, non-elastic, anti-static bag of a calibrated volume that can be affixed to an emitting source such that the emissions inflate the bag to its calibrated volume.

Centrifugal compressor means any equipment that increases the pressure of a process natural gas or $CO_2$ by centrifugal action, employing rotating movement of the driven shaft.

Centrifugal compressor dry seals mean a series of rings around the compressor shaft where it exits the compressor case that operates mechanically under the opposing forces to prevent natural gas or $CO_2$ from escaping to the atmosphere.

Centrifugal compressor dry seal emissions mean natural gas or $CO_2$ released from a dry seal vent pipe and/or the seal face around the rotating shaft where it exits one or both ends of the compressor case.

Centrifugal compressor wet seal degassing vent emissions means emissions that occur when the high-pressure oil barriers for centrifugal compressors are depressurized to release absorbed natural gas or $CO_2$.  High-pressure oil is used as a barrier against escaping gas in centrifugal compressor shafts.  Very little gas escapes through the oil barrier, but under high pressure, considerably more gas is absorbed by the oil.  The seal oil is purged of the absorbed gas (using heaters, flash tanks, and degassing techniques) and recirculated.  The separated gas is commonly vented to the atmosphere.

Component means each metal to metal joint or seal of non-welded connection separated by a compression gasket, screwed thread (with or without thread sealing compound), metal to metal compression, or fluid barrier through which natural gas or liquid can escape to the atmosphere.

Continuous bleed means a continuous flow of pneumatic supply gas to the process measurement device (e.g. level control, temperature control, pressure control) where the supply gas pressure is modulated by the process condition, and then flows to the valve controller where the signal is compared with the process set-point to adjust gas pressure in the valve actuator.

Compressor means any machine for raising the pressure of a natural gas or $CO_2$ by drawing in low pressure natural gas or $CO_2$ and discharging significantly higher pressure natural gas or $CO_2$.

Condensate means hydrocarbon and other liquid, including both water and hydrocarbon liquids, separated from natural gas that condenses due to changes in the temperature, pressure, or both, and remains liquid at storage conditions.

Dehydrator means a device in which a liquid absorbent (including desiccant, ethylene glycol, diethylene glycol, or triethylene glycol) directly contacts a natural gas stream to absorb water vapor.

Dehydrator vent emissions means natural gas and $CO_2$ released from a natural gas dehydrator system absorbent (typically glycol) reboiler or regenerator to the atmosphere or a flare, including stripping natural gas and motive natural gas used in absorbent circulation pumps.

De-methanizer means the natural gas processing unit that separates methane rich residue gas from the heavier hydrocarbons (e.g., ethane, propane, butane, pentane-plus) in feed natural gas stream.

Desiccant means a material used in solid-bed dehydrators to remove water from raw natural gas by adsorption or absorption.  Desiccants include activated alumina, pelletized

calcium chloride, lithium chloride and granular silica gel material. Wet natural gas is passed through a bed of the granular or pelletized solid adsorbent or absorbent in these dehydrators. As the wet gas contacts the surface of the particles of desiccant material, water is adsorbed on the surface or absorbed and dissolves the surface of these desiccant particles. Passing through the entire desiccant bed, almost all of the water is adsorbed onto or absorbed into the desiccant material, leaving the dry gas to exit the contactor.

Engineering estimation means an estimate of emissions based on engineering principles applied to measured and/or approximated physical parameters such as dimensions of containment, actual pressures, actual temperatures, and compositions.

Enhanced oil recovery (EOR) means the use of certain methods such as water flooding or gas injection into existing wells to increase the recovery of crude oil from a reservoir. In the context of this subpart, EOR applies to injection of critical phase or immiscible carbon dioxide into a crude oil reservoir to enhance the recovery of oil.

Equipment leak means those emissions which could not reasonably pass through a stack, chimney, vent, or other functionally-equivalent opening.

Equipment leak detection means the process of identifying emissions from equipment, components, and other point sources.

External combustion means fired combustion in which the flame and products of combustion are separated from contact with the process fluid to which the energy is delivered. Process fluids may be air, hot water, or hydrocarbons. External combustion equipment may include fired heaters, industrial boilers, and commercial and domestic combustion units.

Natural gas distribution facility means the collection of all distribution pipelines, metering stations, and regulating stations that are operated by a Local Distribution Company (LDC) that is regulated as a separate operating company by a public utility commission or that are operated as an independent municipally-owned distribution system.

Onshore petroleum and natural gas production facility means all petroleum or natural gas equipment on a well pad or associated with a well pad and $CO_2$ EOR operations that are under common ownership or common control including leased, rented, or contracted activities by an onshore petroleum and natural gas production owner or operator and that are located in a single hydrocarbon basin as defined in §98.238. Where a person or entity owns or operates more than one well in a basin, then all onshore petroleum and natural gas production equipment associated with all wells that the person or entity owns or operates in the basin would be considered one facility.

Farm Taps are pressure regulation stations that deliver gas directly from transmission pipelines to generally rural customers. The gas may or may not be metered, but always does not pass through a city gate station. In some cases a nearby LDC may handle the billing of the gas to the customer(s).

Field means oil and gas fields identified in the United States as defined by the Energy Information Administration Oil and Gas Field Code Master List 2008, DOE/EIA 0370(08) (incorporated by reference, see §98.7).

Flare stack emissions means $CO_2$ and $N_2O$ from partial combustion of hydrocarbon gas sent to a flare plus $CH_4$ emissions resulting from the incomplete combustion of hydrocarbon gas in flares.

Flare combustion efficiency means the fraction of hydrocarbon gas, on a volume or mole basis, that is combusted at the flare burner tip.

Gas conditions mean the actual temperature, volume, and pressure of a gas sample.

Gas to oil ratio (GOR) means the ratio of the volume of gas at standard temperature and pressure that is produced from a volume of oil when depressurized to standard temperature and pressure.

Gas well means a well completed for production of natural gas from one or more gas zones or reservoirs. Such wells contain no completions for the production of crude oil.

High-bleed pneumatic devices are automated, continuous bleed flow control devices powered by pressurized natural gas and used for maintaining a process condition such as liquid level, pressure, delta-pressure and temperature.  Part of the gas power stream that is regulated by the process condition flows to a valve actuator controller where it vents continuously (bleeds) to the atmosphere at a rate in excess of 6 standard cubic feet per hour.

Intermittent bleed pneumatic devices mean automated flow control devices powered by pressurized natural gas and used for maintaining a process condition such as liquid level, pressure, delta-pressure and temperature.  These are snap-acting or throttling devices that discharge the full volume of the actuator intermittently when control action is necessary, but does not bleed continuously.

Internal combustion means the combustion of a fuel that occurs with an oxidizer (usually air) in a combustion chamber. In an internal combustion engine the expansion of the high-temperature and –pressure gases produced by combustion applies direct force to a component of the engine, such as pistons, turbine blades, or a nozzle. This force moves the component over a distance, generating useful mechanical energy. Internal combustion equipment may include gasoline and diesel industrial engines, natural gas-fired reciprocating engines, and gas turbines.

Liquefied natural gas (LNG) means natural gas (primarily methane) that has been liquefied by reducing its temperature to -260 degrees Fahrenheit at atmospheric pressure.

LNG boil-off gas means natural gas in the gaseous phase that vents from LNG storage tanks due to ambient heat leakage through the tank insulation and heat energy dissipated in the LNG by internal pumps.

Low-bleed pneumatic devices mean automated flow control devices powered by pressurized natural gas and used for maintaining a process condition such as liquid level, pressure, delta-pressure and temperature.  Part of the gas power stream that is regulated by the process condition flows to a valve actuator controller where it vents continuously (bleeds) to the atmosphere at a rate equal to or less than six standard cubic feet per hour.

Natural gas driven pneumatic pump means a pump that uses pressurized natural gas to move a piston or diaphragm, which pumps liquids on the opposite side of the piston or diaphragm.

Offshore means seaward of the terrestrial borders of the United States, including waters subject to the ebb and flow of the tide, as well as adjacent bays, lakes or other normally standing waters, and extending to the outer boundaries of the jurisdiction and control of the United States under the Outer Continental Shelf Lands Act.

Oil well means a well completed for the production of crude oil from at least one oil zone or reservoir.

Onshore petroleum and natural gas production owner or operator means the person or entity who holds the permit to operate petroleum and natural gas wells on the drilling permit or an operating permit where no drilling permit is issued, which operates an onshore petroleum and/or natural gas production facility (as described in §98.230(a)(2).  Where petroleum and natural gas wells operate without a drilling or operating permit, the person or entity that pays the State or Federal business income taxes is considered the owner or operator.

Operating pressure means the containment pressure that characterizes the normal state of gas or liquid inside a particular process, pipeline, vessel or tank.

Pump means a device used to raise pressure, drive, or increase flow of liquid streams in closed or open conduits.

Pump seals means any seal on a pump drive shaft used to keep methane and/or carbon dioxide containing light liquids from escaping the inside of a pump case to the atmosphere.

Pump seal emissions means hydrocarbon gas released from the seal face between the pump internal chamber and the atmosphere.

Reciprocating compressor means a piece of equipment that increases the pressure of a process natural gas or $CO_2$ by positive displacement, employing linear movement of a shaft driving a piston in a cylinder.

Reciprocating compressor rod packing means a series of flexible rings in machined metal cups that fit around the reciprocating compressor piston rod to create a seal limiting the amount of compressed natural gas or $CO_2$ that escapes to the atmosphere.

Re-condenser means heat exchangers that cool compressed boil-off gas to a temperature that will condense natural gas to a liquid.

Reservoir means a porous and permeable underground natural formation containing significant quantities of hydrocarbon liquids and/or gases.

Residue Gas and Residue Gas Compression mean, respectively, production lease natural gas from which gas liquid products and, in some cases, non-hydrocarbon components have been extracted such that it meets the specifications set by a pipeline transmission company, and/or a distribution company; and the compressors operated by the processing facility, whether inside the processing facility boundary fence or outside the fence-line, that deliver the residue gas from the processing facility to a transmission pipeline.

Sales oil means produced crude oil or condensate measured at the production lease automatic custody transfer (LACT) meter or custody transfer tank gauge.

Separator means a vessel in which streams of multiple phases are gravity separated into individual streams of single phase.

Sour natural gas means natural gas that contains significant concentrations of hydrogen sulfide ($H_2S$) and/or carbon dioxide ($CO_2$) that exceed the concentrations specified for commercially saleable natural gas delivered from transmission and distribution pipelines.

Sweet Gas is natural gas with low concentrations of hydrogen sulfide ($H_2S$) and/or carbon dioxide ($CO_2$) that does not require (or has already had) acid gas treatment to meet pipeline corrosion-prevention specifications for transmission and distribution.

Transmission pipeline means high pressure cross country pipeline transporting saleable quality natural gas from production or natural gas processing to natural gas distribution pressure let-down, metering, regulating stations where the natural gas is typically odorized before delivery to customers.

Turbine meter means a flow meter in which a gas or liquid flow rate through the calibrated tube spins a turbine from which the spin rate is detected and calibrated to measure the fluid flow rate.

United States means the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, American Samoa, the Virgin Islands, Guam, and any other Commonwealth, territory or possession of the United States, as well as the territorial sea as defined by Presidential Proclamation No. 5928.

Vapor recovery system means any equipment located at the source of potential gas emissions to the atmosphere or to a flare, that is composed of piping, connections, and, if necessary, flow-inducing devices, and that is used for routing the gas back into the process as a product and/or fuel.

Vaporization unit means a process unit that performs controlled heat input to vaporize LNG to supply transmission and distribution pipelines or consumers with natural gas.

Vented emissions means intentional or designed releases of $CH_4$ or $CO_2$ containing natural gas or hydrocarbon gas (not including stationary combustion flue gas), including process designed flow to the atmosphere through seals or vent pipes, equipment blowdown for maintenance, and direct venting of gas used to power equipment (such as pneumatic devices).

Well completions means the process that allows for the flow of petroleum or natural gas from newly drilled wells to expel drilling and reservoir fluids and test the reservoir flow characteristics, steps which may vent produced gas to the atmosphere via an open pit or tank. Well completion also involves connecting the well bore to the reservoir, which may include treating the formation or installing tubing, packer(s), or lifting equipment, steps that do not significantly vent natural gas to the atmosphere.  This process may also include high-rate flowback of injected gas, water, oil, and proppant used to fracture or re-fracture and prop open new fractures in existing lower permeability gas reservoirs, steps that may vent large quantities of produced gas to the atmosphere.

Well workover means the process(es) of performing one or more of a variety of remedial operations on producing petroleum and natural gas wells to try to increase production.  This process also includes high-rate flowback of injected gas, water, oil, and proppant used to re-fracture and prop-open new fractures in existing low permeability gas reservoirs, steps that may vent large quantities of produced gas to the atmosphere.

Wellhead means the piping, casing, tubing and connected valves protruding above the earth's surface for an oil and/or natural gas well.  The wellhead ends where the flow line connects to a wellhead valve. Wellhead equipment includes all equipment, permanent and portable, located on the improved land area (i.e. well pad) surrounding one or multiple wellheads.

Wet natural gas means natural gas in which water vapor exceeds the concentration specified for commercially saleable natural gas delivered from transmission and distribution pipelines.  This input stream to a natural gas dehydrator is referred to as "wet gas."

# Appendix I: References

AGA (2008) *Greenhouse Gas Emissions Estimation Methodologies, Procedures, and Guidelines for the Natural Gas Distribution Sector.*

API (2004) *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry.* <http://www.api.org/ehs/climate/new/upload/2004_COMPENDIUM.pdf>.

API. (2007) *Summary of Carbon Dioxide Enhanced Oil Recovery (CO2EOR) Injection Well Technology.* <http://www.api.org/aboutoilgas/sectors/explore/upload/API_CO2_Report_August-2007.pdf>

Bacharach, Inc. (2005) *HiFlow® Sampler Natural Gas Leak Rate Measurement: Instruction 55-9017, Operation & Maintenance.* < http://www.bacharach-inc.com/PDF/Instructions/55-9017.pdf>.

Bureau of Economic Analysis (2007) Table 1.1.9. *Implicit Price Deflators for Gross Domestic Product.* <http://www.bea.gov/bea/dn/nipaweb/TableView.asp#Mid>.

Bylin, Carey (EPA), et. al (2009)  *Methane's Role in Promoting Sustainable Development in Oil and Natural Gas Industry.* <presented at 24th World Gas Conference>

California Environmental Protection Agency (2007) *Rulemaking to Consider Adoption of a Regulation for the Mandatory Reporting of Greenhouse Gas Emissions.* <http://www.arb.ca.gov/regact/2007/ghg2007/ghg2007.htm>.

CCAR (2007) *General Reporting Protocol.* <http://www.climateregistry.org/>.

The Climate Registry (2007) *General Reporting Protocol for the Voluntary Reporting Program.* < http://www.theclimateregistry.org/>.

DOE/ NETL (2009). *Electricity Use of Enhanced Oil Recovery with Carbon Dioxide (CO2-EOR).* < http://www.netl.doe.gov/energy-analyses/pubs/Electricity%20Use%20of%20CO2-EOR.pdf>

DOE/ NETL (2008). *Storing CO2 with Enhanced Oil Recovery.*  DOE/NETL-402/1312/02-07-08

EIA (2006) *Underground Storage Field Level Data From EIA-191A.* <http://www.eia.doe.gov/pub/oil_gas/natural_gas/analysis_publications/ngpipeline/undrgrnd_storage.html>.

EIA (2008) *Official Energy Statistics from the U.S. Government Glossary.*
<http://www.eia.doe.gov/glossary/index.html>.

Emery, Brian et al. *Do oil and gas platforms off California reduce recruitment of bocaccio (Sebastes paucispinis) to natural habitat? An analysis based on trajectories derived from high .frequency radar<*
http://www.icess.ucsb.edu/iog/pubs/DrifterSimulationsFinal_v5.pdf>

*EPRI (1999).Enhanced Recovery Scoping Study.*
http://www.energy.ca.gov/process/pubs/electrotech_opps_tr113836.pdf
GRI (1992) *GRI Report, Methane Emissions from the Natural Gas Industry, Volumes 1- 15.* Energy Information Agency (U.S. DOE)

EU ETS (2004) *Establishing Guidelines for the Monitoring and Reporting of Greenhouse Gas Emissions.* < http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2004:059:0001:0074:EN:PDF>.

FERC (2008)  *Existing LNG Terminals.*  <http://ferc.gov/industries/lng.asp>.

FLIR (2006) *ThermaCAM® GasFindIR™ Brochure.*
<http://www.flirthermography.com/media/GasFindIR%20Brochure.pdf>.

GOADS (2000). *Gulfwide Offshore Activity Data System.*
<http://www.gomr.mms.gov/homepg/regulate/environ/airquality/goad.html >

GRI (1992) *GRI Report, Methane Emissions from the Natural Gas Industry, Volumes 1- 15.* Energy Information Agency (U.S. DOE)

GRI (2008) *GRI-GLYCalc™ Software Program.*
<http://www.gastechnology.org/webroot/app/xn/xd.aspx?it=enweb&xd=1ResearchCap/1_5E andP/1_5_1_AreasOfRsch/Gas_Processing/GP_Dehydration/GRIGLYCalcFactSheet.xml>.

GTI (1999), *Gas Resource Database: Unconventional Natural Gas and Gas Composition Databases,* 2nd Edition CD-ROM

GTI(2007) *The World Energy Source Book – Fourth Edition, An Encyclopedia of the World LNG Industry,* GTI 07/0002

INGAA (2008) *Greenhouse Gas Emissions Estimation Guidelines for Natural Gas Transmission and Storage*, Volume 1. <http://www.ingaa.org/cms/33/1060/6435.aspx>.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.*
<http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.html>.

IPIECA (2003) *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions.* <http://www.ipieca.org/activities/climate_change/downloads/publications/ghg_guidelines.pdf>.

Lasser Production Data, Version 3.0.8

MMS (2000) Goads Summary Access File *"Final GOADS Emissions Summaries".* <www.gomr.mms.gov/homepg/regulate/environ/airquality/gulfwide_emission_inventory/2000GulfwideEmissionInventory.html>.

NESHAP (accessed 2008) *40 CRF Part 63.* <http://www.tceq.state.tx.us/permitting/air/rules/federal/63/63hmpg.html>.

OGJ (2006) *Worldwide Gas Processing Survey.* <http://www.ogj.com>

OGJ (2006) *EOR/ Heavy Oil Survey.*

OGJ (2007) *Worldwide Gas Processing Survey.* <http://www.ogj.com>

New England Governors and Eastern Canadian Premiers (2003) *Resolution Concerning Environmental Projects Issues.* <http://www.negc.org/03resolutions/res28_7.html>.

New Mexico State (2008) *New Mexico Green House Gas Mandatory Emissions Inventory Emissions Quantification Procedures.* <http://www.nmenv.state.nm.us/aqb/ghg/documents/NM_GHGEI_quantif_proced2008.pdf>.

OPS (2006) *Transmission Annuals Data.* <http://ops.dot.gov/stats/DT98.htm>.

Spring, P.S., R.H. Hugman, and E.H. Vidas, (1999) *Unconventional Gas Field, Reservoir, and Completion Analysis of the Continental United States – 1998 Update.* Gas Research Institute, Contract 5097-210-4018

TCEQ (2009) *Upstream Oil and Gas Storage Tank Project Flash Emissions Models Evaluations.* Texas Commission on Environmental Quality, Air Quality Division. TX: 1-73.

TERC (2009) *VOC Emissions from Oil and Condensate Storage Tanks.* Texas Environmental Research Consortium. The Woodlands, TX: 1-34 Available online at: <http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf>

U.S. Department of Labor, Bureau of Labor Statistics *National Compensation Survey - Compensation Cost Trends,* Employer Cost for Employee Compensation (ECEC), Customized Tables

U.S. EPA (2002) Analytical Support Branch, Environmental Analysis Division, Office of Environmental Information *Wage Rates for Economic Analyses of the Toxics Release Inventory Program.*

U.S. EPA (2007) *Natural Gas STAR Emissions Reduction Quantification Reference Guide.* <http://www.epa.gov/gasstar/docs/quantifying_ngs_methane_reductions.xls>.

U.S. EPA (2009) *Final Mandatory Reporting of Greenhouse Gases Rule.* U.S. Environmental Protection Agency, Washington D.C. Docket ID No. EPA-HQ-OAR-2008-0508-2278.

U.S. EPA (2008) *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006.* U.S. Environmental Protection Agency, Washington D.C. USEPA #430-R-08-005.c Available online at: < http://www.epa.gov/climatechange/emissions/downloads/08_CR.pdf>

U.S. EPA (2008) *Natural Gas Methane Units Converter.* <http://www.epa.gov/gasstar/pdf/unitconverter_final.pdf>.

WCI (2008) *WCI Meetings and Events.* <http://www.westernclimateinitiative.org/WCI_Meetings_Events.cfm>.

World Resources Institute and World Business Council for Sustainable Development (2008) *Corporate Accounting and Reporting Standard.* <http://www.ghgprotocol.org/standards>.

WRAP (2005) *Oil and Gas Emissions Inventories for the Western States.* <http://www.wrapair.org/forums/ssjf/documents/eictts/OilGas/WRAP_Oil&Gas_Final_Report.122805.pdf>.





# Characterizing Pivotal Sources of Methane Emissions from Natural Gas Production

Summary and Analysis of API and ANGA Survey Responses

Terri Shires and Miriam Lev-On
URS Corporation and The LEVON Group

FINAL REPORT    (Updated September, 2012)
September 21, 2012

# Table of Contents

1. Overview ................................................................................................................... 1
   1.1 Context ............................................................................................................... 1
   1.2 Introduction to the API/ANGA Survey ............................................................. 3
2. Well Data ............................................................................................................... 4
   2.1 National Gas Well Counts ................................................................................ 4
   2.2 Gas Well Completions ...................................................................................... 6
   2.3 Data Limitations Concerning Wells ................................................................. 9
3. Gas Well Liquids Unloading ................................................................................... 11
4. Hydraulic Fracturing and Re-fracturing (Workovers) ............................................ 17
   4.1 API/ANGA Survey ........................................................................................... 17
   4.2 WRAP Survey ................................................................................................... 19
   4.3 Impact of Completions and Re-fracture Rate Assumptions ............................ 21
   4.4 Completion and Re-fracture Emission Factor .................................................. 23
   4.5 Data Limitations for Completion and Re-fracture Emissions .......................... 23
5. Other Surveyed Information .................................................................................... 25
   5.1 Centrifugal Compressors .................................................................................. 25
   5.2 Pneumatic Controllers ...................................................................................... 26
6. Conclusions ............................................................................................................. 28
7. References ............................................................................................................... 30
*Appendix A.  API/ANGA Survey Forms* ..................................................................... 32
*Appendix B.  ANGA/API Well Survey Information* ...................................................... 37
*Appendix C.  Emission Estimates for Gas Well Liquids Unloading* ............................ 41

## Tables

ES-1. Emission Comparison between EPA and Industry Data ......................................... iv
1.  API/ANGA Survey – Summary of Gas Well Counts by Type and NEMS Region ..... 5
2.  API/ANGA Survey – Additional Details on Gas Well Counts.................................. 7
3.  API/ANGA Survey – Summary of Liquids Unloading Data.................................... 8
4.  API/ANGA Survey –Liquids Unloading Emissions Comparison.............................. 8
5.  API/ANGA Survey – Summary of Gas Well Workovers with Hydraulic Fracturing in 2010 and First Half of 2011 by NEMS Region And Well Type (First Survey Data Request Phase) ...........................................................................................12
6.  API/ANGA Survey – Summary of 2010 Gas Well Workovers on Unconventional Wells by AAPG Basin and NEMS Region (Second Survey Data Request Phase).....13
7.  WRAP Survey – Summary of Gas Well Workovers by AAPG Basin for the Rocky Mountain Region, 2006 Data...................................................................................16
8.  API/ANGA Survey –Gas Well Workover Emissions Comparison ...........................18
9.  WRAP Survey – Summary of Completion Emissions for the Rocky Mountain Region, 2006 Data....................................................................................................19
10.  ANGA Survey – Summary of Completion Emissions ...............................................21
11.  API/ANGA Survey –Pneumatic Controller Counts...................................................22
12.  Pneumatic Controller Emission Comparison – Production Operations....................24
13.  Pneumatic Controller Emission Comparison – Production Operations....................25
14.  Emission Comparison between EPA and Industry Data ...........................................26

B-1.  ANGA/API Survey – Summary of Gas Well Counts by Type and NEMS Region ..36
B-2.  ANGA/API Survey – Additional Details on Gas Well Counts.................................37
C-1.  Liquids Unloading for Conventional Gas Wells without Plunger Lifts .................40
C-2.  Liquids Unloading for Conventional Gas Wells with Plunger Lifts ......................41
C-3.  Liquids Unloading for Unconventional Gas Wells without Plunger Lifts..............42
C-4.  Liquids Unloading for Unconventional Gas Wells with Plunger Lifts...................45

## Figures

1.  Comparison of EPA to API/ANGA Gas Well Count Data by AAPG Basin .............29
A.1 Survey Instructions ....................................................................................................30
A.2 Gas Well Survey Data.................................................................................................31
A.3 Gas Well Workover Survey Data................................................................................32
A.4 Gas Well Liquids Unloading Survey Data.................................................................33
A.5 Other Survey Data .....................................................................................................34

## Executive Summary

This document presents the updated results from a collaborative effort among members of the American Petroleum Institute (API) and America's Natural Gas Alliance (ANGA) to gather data on key natural gas production activities and equipment emission sources that are essential to developing estimates of methane emissions from upstream natural gas production.

*API and ANGA members undertook this effort as part of an overall priority to develop new and better data about natural gas production and make this information available to the public.*  This information acquired added importance in 2011, when the EPA released an inventory of U.S. greenhouse gases (GHG) emissions that substantially increased estimates of methane emissions from Petroleum and Natural Gas Systems.  Public comments submitted by both trade associations reflected a number of concerns – most notably that EPA's estimates were based on a small set of data submitted by a limited number of companies in a different context (i.e., data not developed for the purpose of estimating nationwide emissions).

*The API/ANGA data set (also referred to as ANGA/API) provides data on 91,000 wells distributed over a broad geographic area and operated by over 20 companies.*  This represents nearly one-fifth (18.8%) of the estimated number of total wells used in EPA's 2010 emissions inventory.[1]  The ANGA/API data set is also more than 10 times larger than the set of wells in one of EPA's key data sources taken from an older Natural Gas Star sample that was never intended for developing nationwide emissions estimates.  *Although more and better data efforts will still be needed, API/ANGA members believe this current collaborative effort is the most comprehensive data set compiled for natural gas operations.*

*As Table ES-1 demonstrates, survey results in two source categories – liquids unloading and unconventional gas well re-fracture rates - substantially lower EPA's estimated emissions from natural gas production.*  The right-hand column of this table shows the impact of ANGA/API data on the estimated emissions for each source category.  Gas well liquids unloading and the rate at which unconventional gas wells are re-fractured are key contributors to the overall GHG emissions estimated by EPA in the national emissions inventory.  For example, methane emissions from liquids unloading and unconventional well re-fracturing accounted for 59% of EPA's estimate for overall natural gas production sector methane emissions.  Overall, API/ANGA activity data for these two source categories indicate that EPA estimates of potential emissions from the production sector of "Natural Gas Systems" would be 53% lower if EPA were to use ANGA/API's larger and more recent survey results.

---

[1] EPA's 2010 national inventory indicates a total of 484,795 gas wells (EPA, 2012).

TABLE ES-1. EMISSION COMPARISON BETWEEN EPA AND INDUSTRY DATA

| Source Category | EPA | | API/ANGA | | Impact on Source Category Emissions |
|---|---|---|---|---|---|
| | Metric tons of CH4 | % of EPA Emissions Total | Metric tons of CH4 | % of Revised Emissions Total | API & ANGA - EPA EPA % Difference |
| Gas Wells Liquids Unloading | 4,501,465 * | 51% | 319,664 | 8% | -93% |
| Unconventional Well Re-fracture Rates | 712,605 * | 8% | 197,311 | 5% | -72% |
| Other Production Sector Emissions ** | 3,585,600 | 41% | 3,585,600 | 87% | |
| Total Production Sector Emissions | 8,799,670 | | 4,102,575 | | -53% |

* EPA's estimates are adjusted to industry standard conditions of 60 degrees F and 14.7 psia for comparison to the ANGA/API emission estimates.

** The "Other Production Sector Emissions" are comprised of over 30 different source categories detailed in Table A-129 in the Annex of the EPA's 2012 national inventory. The "Other Production Sector Emissions" are the same values for this comparison between the EPA national inventory and the API/ANGA survey to focus the comparison on quantified differences in emission estimates for gas well liquids unloading and unconventional well re-fracture rates.

As mentioned above, the differences between EPA and ANGA/API estimates hinge on the following key differences in activity data and thus considerably impact overall emissions from Natural Gas Systems:

- *Liquids unloading and venting.* API/ANGA data showed lower average vent times, a significantly lower percentage of wells venting for liquids unloading, and a higher number of vents per vented well than EPA assumed in their inventory calculation. The API/ANGA survey also found a slightly larger percentage of wells with plunger lifts than EPA assumed, but a significant percentage of wells with artificial lift which EPA had not considered. These findings are particularly significant because liquids unloading accounted for 51% of EPA's total "Natural Gas Systems" methane emissions in the 2010 inventory. Applying emission factors based on ANGA/API data reduces the calculated emissions for this source by 93% (from 4,501,465 metric tons of $CH_4$ to 319,664 metric tons of $CH_4$ when compared on an equivalent basis) from EPA's 2010 national GHG inventory.

- *Re-fracture rates for unconventional wells.* API/ANGA members collected data on re-fracture rates for unconventional wells in two phases. The first phase collected data for all well types (conventional and unconventional), while the second phase targeted unconventional gas wells. Both phases of the survey data show significantly lower rates of well re-fracturing than the 10% assumption used by EPA. As discussed in detail in

this report, the re-fracture rate varied from 0.7% to 2.3%. The second phase of the survey gathered data from only unconventional well activity and using the re-fracture rate data from this second phase of the ANGA/API survey reduces the national emission estimate for this source category by 72%, - from 712,605 metric tons of $CH_4$ to 197,311 metric tons of $CH_4$ when compared on an equivalent basis.

This report also discusses an important related concern that the government lacks a single coordinated and cohesive estimate of well completions and well counts. Although the 2010 national GHG inventory appears to under-represent the number of well completions according to the numbers reported through both the API/ANGA data and IHS CERA, differences in national well data reporting systems make it difficult to accurately investigate well completion differences with any certainty. The EPA inventory, which uses data from the Energy Information Administration, various state governments and privately sourced data, such as HPDI, does not consistently distinguish between conventional and unconventional wells.

**The concept of conventional and unconventional wells is used differently by different stakeholders, is not particularly helpful from an emissions standpoint, and should be abandoned in favor of classifications more relevant to the emission source categories being evaluated.** For instance, the scale of emissions from well completions is primarily associated with whether the wells are hydraulically fracture stimulated, the size/stages of the hydraulic fracture stimulation, and practices for handling the well clean-up/flow-back post fracture stimulation.

Without a consistent measure for the quantity and type of wells, it is difficult to be confident of the accuracy of the number of wells that are completed annually, let alone the amount of emissions from them. Natural gas producers strongly believe that the effects of any possible under-representation of well completions will be offset by a more realistic emission factor for the rate of emissions per well. Analysis of the data reported under Subpart W of the GHG reporting rule should be used to inform a more realistic emission factor for well completions.

This survey also collected data on centrifugal compressors and pneumatic controllers. While the sample sizes are too small to make strong conclusions, the results discussed in the body of the report indicate that further research is necessary to accurately account for the different types of equipment in this area (e.g., wet vs. dry seal centrifugal compressors and "high bleed," "low bleed," and "intermittent bleed" pneumatic controllers).

As government and industry move forward in addressing emissions from unconventional gas operations, three key points are worth noting:

- *In addition to the voluntary measures undertaken by industry, more data will become available in the future.* Emission reporting requirements under Subpart W of the national Greenhouse Gas Reporting Program (GHGRP) went into effect January 1, 2011 with the first reporting due in the fall of 2012. As implementation of the GHGRP progresses from year to year, the natural gas industry will report more complete and more accurate data. If EPA makes use of the data submitted and transparently communicates their analyses, ANGA/API members believe this will increase public confidence in the emissions estimated for key emission source categories of the Natural Gas Systems sector.

- ***Industry has a continuous commitment to improvement.*** It is clear that companies are not waiting for regulatory mandates or incentives to upgrade equipment, or to alter practices like venting and flaring in favor of capturing methane where practical. Instead, operators are seizing opportunities to reduce the potential environmental impacts of their operations. Industry is therefore confident that additional, systematic collection of production sector activity data will not only help target areas for future reductions but also demonstrate significant voluntary progress toward continually 'greener' operations.

- ***Members of industry participating in this survey are committed to providing information about the new and fast-changing area of unconventional oil and gas operations. API and ANGA members look forward to working with the EPA to revise current assessment methodologies as well as promote the accurate and defensible uses of existing data sources.***

## 1. Overview

The accuracy of GHG emission estimates from natural gas production has become a matter of increasing public debate due in part to limited data, variability in the complex calculation methodologies, and assumptions used to approximate emissions where measurements in large part are sparse to date.  Virtually all operators have comprehensive methane mitigation strategies; however, beyond the requirements of the Environmental Protection Agency's (EPA) Mandatory Reporting Rule or incentives of programs like the EPA's Natural Gas Star program, data is often not gathered in a unified way that facilitates comparison among companies.

In an attempt to provide additional data and identify uncertainty in existing data sets, the American Petroleum Institute (API) and America's Natural Gas Alliance (ANGA) began a joint study on methane ($CH_4$) emissions from natural gas production operations in July 2011.  The first part of this section offers context to the decision to conduct this survey, while the second offers a brief introduction to the survey itself.

### 1.1      Context

Onshore gas resources, including shale, will undoubtedly play a key role in America's energy future, and additional information must be collected to better quantify the methane emissions from natural gas production.  Meaningful, publicly available data is a priority, especially in light of EPA's 2011 revision of its calculation methodology for Natural Gas Systems in the 2009 national inventory (EPA, 2011c).  (EPA added two new sources for unconventional gas well completions and workovers, and also significantly revised its estimates for liquids unloading and made adjustments to other source categories.)  These changes substantially increased EPA's estimated GHG emissions for the production sector of the Natural Gas Systems by 204%.  Equally problematic is the methodology used by EPA to credit voluntary and regulatory reductions from the emissions reported in Table A-128 in the 2010 inventory.  These reductions are taken as a "lump sum" reduction at the segment (e.g. production) level with no transparency of what source categories the reductions are applied towards.  Presentation of the pre-reduction values in Table A-129 (over a 300% increase) coupled with lack of source specific transparency has led many stakeholders to use the emissions in Table A-129 directly in their various advocacy actions.  API recommends that the EPA change their methodology of crediting reductions to be transparent down to the source type/category and that the post-reduction emissions be reported in the future analogues to Table A-129.

Industry was alarmed by the upward adjustment, especially since previous EPA estimates had been based on a 1996 report prepared by the EPA and GRI – and did not take into account the considerable improvements in equipment and industry practice that have occurred in the fifteen years between 1996 and 2011 (GRI, 1996).

An EPA technical note to the 2009 inventory attributed the changes to adjustments in calculation methods for existing sources, including gas well liquids unloading, condensate storage tanks, and centrifugal compressor seals.  EPA also added two new sources not previously included in its inventories, namely unconventional gas well completions and workovers (re-completions) (EPA, 2011f).

Industry did not have an adequate opportunity to examine EPA's rationale for the new emissions factor prior to its initial release due to the structure of the inventory process and the lack of formal opportunity for meaningful input. Unlike changes in regulatory requirements, EPA is not required to initiate a formal comment process for changes in methodologies like emission factors and calculations methods in the national GHG inventory. As such, EPA is not compelled to incorporate or consider input provided by stakeholders and experts. Indeed, changes to methodologies are often made without the benefit of dialogue or expert review. Although EPA further acknowledged in the 2010 inventory (released in 2012), that their natural gas calculations needed work, their practice is to continue using the same numbers until adjusted estimates have been made. It is important to note that EPA has indicated a willingness to engage and discuss this matter with some members of industry. API and ANGA look forward to working collaboratively with EPA to improve the national GHG inventory.

Under the best of circumstances, EPA had remarkably little information to draw on in determining their new emission estimates. Input from industry on this topic was not directly solicited, specific guidance or information did not exist on the international level, nor was it available from other national regulators. A review of the Intergovernmental Panel on Climate Change (IPCC) and other inventories submitted to the United Nations Framework Convention on Climate Change (UNFCCC) indicate that the U.S. is currently the only country to date to differentiate between conventional and unconventional natural gas production. As discussed above, the distinction between conventional and unconventional natural gas production is not particularly useful from an emission estimation standpoint and should be abandoned. Regulators, academics, and environmentalists around the world therefore considered the new estimated emission factor as an unprecedented development in a controversial issue.

Widespread criticism of the figures and analysis of the assumptions and methodologies revealed problematic methodology and less justification for the underlying numbers than originally anticipated. In a paper entitled *Mismeasuring Methane*, the well-respected energy consultancy IHS CERA succinctly detailed several concerns about the revisions – most notably that EPA's new estimate was based on only four (4) data points that natural gas well operators had submitted voluntarily under the Natural Gas Star Program, which highlights emissions reductions. Together, the four data points cover approximately 8,880 wells – or roughly 2% of those wells covered in the EPA's national greenhouse gas inventory. Those numbers, which were submitted in the context of showcasing achieved emissions reductions and not to estimate emissions, were then extrapolated to over 488,000 wells in the 2009 emissions inventory (IHS CERA, 2011).

With an emerging topic like shale energy development, however, the impact of EPA's revised estimates was, and continues to be, enormous. Emission estimates from production using EPA's figures were used to question the overall environmental benefits of natural gas and have led to speculation of the role natural gas can play in a clean energy future.. They were cited widely by unconventional gas opponents - many of whom used the new figures selectively, inappropriately using the pre-reduction (voluntary and regulatory) figures, and without caveats like "estimated" to argue against further development of shale energy resources. For example, an article published by ProPublica cited the revised EPA emission factors as "new research" which "casts doubt" on whether natural gas contributes lower GHG emissions than other fossil fuels (Lustgarten, 2011). Many of these studies – e.g., the work of Howarth *et al.* were widely

reported in the popular press (Zellers, 2011) with little attention to the quality of analysis behind their conclusions.

Notably, other authors using more robust and defensible scientific methodologies argued that - even with undoubtedly high emissions estimates - natural gas still possessed a lifecycle advantage when its comparative efficiency in electricity generation was taken into account.  For example, a study by Argonne National Laboratory utilizing the same EPA data sources concluded that taking into account power plant efficiencies, electricity from natural gas shows significant life-cycle GHG benefits over coal power plants (Burnham, 2011).  Unfortunately, the complex technical arguments in these studies generated considerably less media and public attention.

It is important to understand that the ongoing debate about the accuracy of EPA's adjusted emission factor as contained in the 2009 inventory did not keep these numbers from being used in a series of ways that have wide ranging ramifications on national natural gas policies both in the United States and globally.  Many countries considering shale energy development remain bound by the emissions reduction targets in the Kyoto Protocol and their regulatory discussions reflect greenhouse gas concerns.  In addition to the very real risk that other countries could adopt the emission factor before the EPA can refine its calculations, the possibility of higher emissions (even if only on paper) might deter other nations from developing their own unconventional energy resources.

By the summer of 2011, it was clear to ANGA/API members (also referred to as API/ANGA members) that gathering additional data about actual emissions and points of uncertainty during unconventional gas production was essential to improve GHG life cycle analysis (LCA) of natural gas for the following reasons: 1) to focus the discussion of emissions from natural gas production around real data; 2) to promote future measurement and mitigation of emissions from natural gas production; and 3) to contribute to improving the emission estimation methods used by EPA for the natural gas sector in their annual national GHG inventory and its use globally.

## 1.2    Introduction to the API/ANGA Survey

API and ANGA members uniformly believed that EPA's current GHG emissions estimates for the natural gas production sector were overstated due to erroneous activity data in several key areas - including liquids unloading, well re-fracturing, centrifugal compressors, and pneumatic controllers.  Members worked cooperatively to gather information through two data requests tailored to focus on these areas and collect reasonably accessible information about industry activities and practices.   Specifically, information was requested on gas well types, gas well venting/flaring from completions, workovers, and liquids unloading, and the use of centrifugal compressor and pneumatic controllers.

The actual data requests sent to members can be found in Appendix A, and Appendix B provides more detailed data from the ANGA/API well survey information**.**

Survey results and summaries of observations, including comparisons to EPA's emission estimation methods, are provided in the following sections.

## 2. Well Data

This section examines well data gathered by API and ANGA members. Overall, ANGA/API's survey effort gathered activity data from over 20 companies covering nearly 91,000 wells and 19 of the 21 American Association of Petroleum Geologists (AAPG) basins[2] containing over 1% of the total well count in EPA's database of gas wells. Members believe that the API/ANGA survey represents the most comprehensive data set compiled for natural gas operations and, as such, provides a much more accurate picture of operations and emissions than the information EPA has relied on for its emission estimates.

Information to characterize natural gas producing wells was collected by survey in two parts:

- The first part of the survey requested high-level information on the total number of operating gas wells, the number of gas well completions, and the number of gas well workovers with hydraulic fracturing. Data on over 91,000 wells was collected primarily for 2010, with some information provided for the first half of 2011.

- The second part of the survey requested more detailed well information about key activities. The well information collected through the two surveys is provided in Appendix B.

Section 2.1 looks at overall natural gas well counts, Section 2.2 examines completion data from ANGA/API members, and Section 2.3 briefly identifies several unresolved issues concerning well counts and classifications that could benefit from future analysis for examination. For the purposes of this report, unconventional wells are considered to be shale gas wells, coal bed wells, and tight sand wells which must be fractured to produce economically.

## 2.1   National Gas Well Counts

To provide context for the information collected by API and ANGA, comparisons were made to information about national gas wells from EPA and the U.S. Energy Information Administration (EIA). Unfortunately, the government lacks a single coordinated and cohesive set of estimates for gas wells.

Industry grew concerned when it became apparent that significant discrepancies existed among different sources of national gas well data. The EPA inventory, the EIA, and IHS data EPA published in conjunction with the GHGRP all reported different well counts that do not consistently distinguish between key areas used by the inventory like conventional and unconventional wells. Furthermore, there does not appear to be a single technical description for classifying wells that is widely accepted. Without consistent measures and definitions for the

---

[2] Basins are defined by the American Association of Petroleum Geologists (AAPG) AAPG–CSD Geologic Provinces Code Map: AAPG Bulletin, Prepared by Richard F. Meyer, Laure G. Wallace, and Fred J. Wagner, Jr., Volume 75, Number 10 (October 1991) and the Alaska Geological Province Boundary Map, Compiled by the American Association of Petroleum Geologists Committee on Statistics of Drilling in Cooperation with the USGS, 1978.

quantity and type of wells, it is difficult to reach agreement on the number of hydraulically fractured and unfractured natural gas wells completed annually - let alone their emissions.

Both the EIA data and the EPA data accompanying the national GHG inventory lack sufficient detail for well classifications to provide a basis for helpful comparison with the survey data reported here.   Instead, national well data developed as part of mandatory emissions reporting is used for comparison because it has the most appropriate level of detail in well categories (EPA, 2011e).

In EPA's database gas well count (EPA, 2011e), 21 of the AAPG basins each have more than 1% of the total well count.  The API/ANGA survey has wells from 19 of those 21 basins.  In terms of wells represented by these basins, 92% of the total EPA database well count is accounted for by wells in those 21 basins, while 95% of the ANGA/API surveyed gas wells are accounted for by those 21 basins.   These results are summarized in Table 1 and illustrated in Figure 1.   This indicates that the API/ANGA survey results have good representation for the basins with the largest numbers of wells nationally.

**TABLE 1.  COMPARISON OF GAS WELL COUNT DATA BY AAPG BASIN: SUMMARY STATISTICS**

|  | EPA Database Gas Well Count* | API/ANGA Survey Data | ANGA/API as a % of EPA |
|---|---|---|---|
| Total number of U.S. gas wells | 355,082 gas wells | 91,028 gas wells | 26% |
| Number of significant AAPG basins** | 21 basins | Data on wells in 19 of those 21 basins | 90% |
| Number of wells in significant AAPG basin | 325,338 wells | 86,759 wells | 27% |
| % of total wells in significant AAPG basins | 92% | 95% | |

* EPA's database gas well count (EPA, 2011e) differs from the well count provided in EPA's 2010 national inventory, but provides more detail on the types of wells.  Additional details are provided in Appendix B.

** Significant basins are defined as basins with more than 1% of the total national gas wells.

As shown in Figure 1, the API/ANGA survey results more heavily represent gas wells in specific AAPG basins when compared to EPA's basin-level well counts (EPA, 2011d).  Unlike the EPA data, the ANGA/API data is more heavily influenced by AAPG 160 and 160A.  AAPG basins 360, 230, and 580 are important for both data sets.

The smaller data set provided by EPA (2011e) may not include all of the Marcellus shale wells (particularly in Pennsylvania), and the well classification system used in this smaller data set could probably be made more rigorous.  Although this comparison may not show a perfect distributional match for the basin by basin distribution of the API/ANGA survey data presented here, it does not change the fundamental conclusion that the ANGA/API survey information is the largest and most representative data set yet collected for onshore U.S. gas production, since this data set does cover 90% of the basins and 27% of the national gas well count for the significant basins as reported by EPA (EPA, 2011e).  The data discussed in this report provides substantial new information for understanding the emissions from Natural Gas Systems and offers a compelling justification for re-examining the current emission estimates for unconventional gas wells.

Appendix B contains more detail about the industry well data sample compared to the overall data maintained by the government. Unless otherwise noted, further statistical comparisons of well data throughout this paper are done with reference to the EPA data furnished with the Subpart W sub-basin categorization because it was the only one which effectively parsed the data by well type (EPA, 2011e).

FIGURE 1.  COMPARISON OF EPA TO API/ANGA GAS WELL COUNT DATA BY AAPG BASIN



## 2.2    Gas Well Completions

Acknowledging the somewhat different time periods covered, the API/ANGA survey data represents 57.5% of the national data for tight gas well completions and 44.5% of shale gas well completions, but only 7.5% of the national conventional well completions and 1.5% of coal-bed methane well completions. About one-third of the surveyed well completions (2,205) were not classified into the well types requested (i.e., tight, shale, or coal-bed methane) by the respondents. The survey results for well completions are provided in Table 2 and compared to national data provided to ANGA by IHS.[3]

_____

[3] Data provided in e-mail from Mary Barcella (IHS) to Sara Banaszak (ANGA) on August 29, 2011. Data were pulled from current IHS well database and represent calendar year 2010.

EPA's 2010 inventory showed 4,169 gas well completions with hydraulic fracturing (EPA, 2012, Table A-122); however, EPA does not provide a breakout of completions by well type (shale gas, tight gas or coal-bed methane). In comparing the EPA 2010 count of gas well completions with hydraulic fracturing (4,169 completions) to both the survey results and data provided by IHS, it seems that EPA's national GHG inventory underestimates the number of well completions. Even accounting for the difference in time periods (2010 for EPA compared to 2010/2011 data from the ANGA/API survey), the national inventory appears to under-represent the number of well completions.

### TABLE 2. API/ANGA SURVEY – SUMMARY OF GAS WELL COMPLETIONS BY NEMS REGION AND WELL TYPE*
### (FIRST SURVEY DATA REQUEST PHASE)

| NEMS Region | Conventional Wells | Shale | Coal-bed Methane | Tight | Unspecified | Regional Total |
|---|---|---|---|---|---|---|
| API/ANGA Survey Data Gas Well Completions | | | | | | |
| Northeast | 2 | 291 | 3 | 67 | 126 | 489 |
| Gulf Coast | 81 | 588 | - | 763 | 374 | 1,806 |
| Mid-Continent | 22 | 734 | - | 375 | 270 | 1,401 |
| Southwest | 425 | 442 | - | 346 | 310 | 1,523 |
| Rocky Mountain | 10 | | 30 | 977 | | 1,017 |
| Unspecified | - | - | - | - | 1,125 | 1,125 |
| Survey TOTAL | 540 | 2,055 | 33 | 2,528 | 2,205 | 7,361 |
| % of Survey Total | 7.3% | 27.9% | 0.4% | 34.3% | 30.0% | |
| 2010 IHS Gas Well Completions | | | | | | IHS Total |
| 2010 National Well Completions (from IHS)[1] | 7,178 | 4,620 | 2,254 | 4,400 | | 18,452 |
| | 38.9% | 25.0% | 12.2% | 23.8% | | |
| API/ANGA as % of IHS National Well Counts | 7.5% | 44.5% | 1.5% | 57.5% | | |

* ANGA/API survey data represents well counts current for calendar year 2010 or the first half of 2011.

** EPA's national GHG inventory does not designate gas wells by classifications of "shale", "coal bed methane" or "tight".

As shown in Table 3, the ANGA/API survey noted 7,361 gas well completions for 2010 and the first half of 2011. This is equivalent to approximately 40% of the gas well completions reported by IHS for 2010. Although EPA's 2010 national GHG inventory appears to under-represent the number of gas well completions according to the numbers reported through both the API/ANGA data and the IHS, differences in national well data reporting systems make it difficult to accurately investigate well completion differences with certainty. Data used in the EPA inventory, which includes information from the Energy Information Administration, various state governments, and privately sourced data, such as HPDI, does not consistently distinguish between conventional and unconventional wells. Without a consistent measure for the quantity and type of wells, it is difficult to be confident of the accuracy of how many wells

are completed annually, let alone to estimate their emissions.  Industry strongly believes that the effects of any current under-representation of well completions will be offset by a more realistic emission factor for the rate of emissions per well.

**TABLE 3.  SUMMARY OF GAS WELL COMPLETIONS DATA (FIRST SURVEY DATA REQUEST PHASE)**

|  | # Completions for Gas Wells without hydraulic fracturing | # Completions for Gas Wells with hydraulic fracturing | Total Completions |
|---|---|---|---|
| 2010 National Well Completions (from EPA; EPA 2012) | 702 | 4,169 | 4,871 |
| % of National Total | 14% | 86% | |
| API/ANGA Survey Well Completions | 540 | 6,821 | 7,361 |
| % of Survey Total | 7% | 93% | |
| Well Completions from IHS | 7,178 | 11,274 | 18,452 |
| % of National Total | 39% | 61% | |

Table 4 provides detailed data for well completions from the ANGA/API survey.  From the survey, 94% of gas well completions in 2010 and the first half of 2011, were conducted on wells with hydraulic fracturing.  About one-half of all gas well completions for this time period were for tight wells, and about one-half of all gas well completions were for vertical wells with hydraulic fracturing.   Any differences in totals between Tables 2, 3 and 4 are because these tables were derived from the two different data requests sent to member companies as described previously in the introduction to Section 2.

**TABLE 4.  API/ANGA SURVEY – ADDITIONAL DETAILS ON GAS WELL COMPLETIONS (SECOND SURVEY DATA REQUEST PHASE)**

|  | # Completions for Gas Wells with hydraulic fracturing (HF) | | | | Gas Wells without hydraulic fracturing | | Total Completions |
|---|---|---|---|---|---|---|---|
|  | # Vertical wells completions | # Horizontal well completions | Total Wells with HF | % of Wells with HF | # Completions | % of Wells without HF | |
| TOTAL Conventional | 315 | 57 | 372 | 69% | 164 | 31% | 536 |
| TOTAL Shale | 317 | 1,863 | 2,180 | 99% | 30 | 1% | 2,210 |
| TOTAL Tight | 2,054 | 368 | 2,422 | 96% | 106 | 4% | 2,528 |
| TOTAL Coal Bed Methane | 27 | 3 | 30 | 91% | 3 | 9% | 33 |
| **TOTAL OVERALL** | **2,713** | **2,291** | **5,004** | **94%** | **303** | **6%** | **5,307** |

The following points summarize survey information provided in Tables 2, 3 and 4.  These tables represent a snapshot of well activity data during this time.

- Overall, the survey showed 94% of the 5,307 wells reported in the API/ANGA data set as completed in 2010 and the first half of 2011 used hydraulic fracturing.
- *536 conventional gas wells were completed in 2010 and the first half 2011.*
  ◦ 59% were vertical wells with hydraulic fracturing,
  ◦ 11% were horizontal wells with hydraulic fracturing, and
  ◦ 31% were wells without hydraulic fracturing.
- *2,210 shale gas wells were completed in 2010 and the first half 2011.*
  ◦ 14% were vertical wells with hydraulic fracturing,
  ◦ 84% were horizontal wells with hydraulic fracturing, and
  ◦ 1% were wells without hydraulic fracturing.
- *2,528 tight gas wells were completed in 2010 and the first half 2011.*
  ◦ 81% were vertical wells with hydraulic fracturing,
  ◦ 15% were horizontal wells with hydraulic fracturing, and
  ◦ 4% were wells without hydraulic fracturing.
- *33 coal-bed methane wells were completed in 2010 and the first half 2011.*
  ◦ 82% were vertical wells with hydraulic fracturing,
  ◦ 9% were horizontal wells with hydraulic fracturing, and
  ◦ 9% were wells without hydraulic fracturing.

## 2.3    Data Limitations Concerning Wells

In response to follow-up questions on well data, EPA indicated that they classified gas well formations into four types (conventional, tight, shale, and coal-bed) (EPA, 2011e).  When developing the gas well classifications, EPA applied their judgment where data were not available in the database.  ANGA and API are interested in using the well database compiled by IHS or a similar database, to more completely classify gas wells at some point in the future.  The API/ANGA survey did not specifically define conventional wells for collecting the well data presented in this section, leaving the respondents to determine the classification of wells based on their knowledge of the well characteristics or state classifications.  As such, this well classification may vary somewhat according to the respondent's classification of wells.

It should be noted that there is not a generally accepted definition for "gas wells." Producers might be producing from several zones in the same formation, and different states define "gas" or "oil" wells differently due to the historical structure of royalties and revenues. There is also no commonly used definition of "conventional" gas wells.  Thus, different

definitions of these terms may have produced inconsistency in the classification of wells between gas and oil, and conventional and unconventional for the surveyed results, as well for the EPA and EIA national data.  For the purposes of this report, unconventional wells are considered to be shale gas wells, coal bed wells, and tight sand wells which must be fractured to produce economically.  Given the counts of wells in the 2010 inventory versus the API/ANGA survey it is clear that the definition of conventional versus unconventional wells is not uniform and that the definition used by the individual companies responding to the survey likely differs from whatever distinction EPA uses.

### 3. Gas Well Liquids Unloading

Gas well clean ups, also known as liquids unloading, account for 51% of total $CH_4$ emissions from the natural gas production sector in EPA's national GHG inventory (EPA, 2012).[4]  Methane emissions from well venting for liquids unloading in the 2010 inventory represent a dramatic increase from the 6% of $CH_4$ emissions that liquids unloading represented in the 2008 inventory.  The magnitude of the increase, the accuracy of the underlying assumptions, and the methodology used in estimating emissions from well venting for liquids unloading became major concerns to API/ANGA members.

As the name indicates, 'Venting Wells for Liquids Unloading' is a technique to remove water and other liquids from wellbores to improve the flow of natural gas in gas wells.

In EPA's national inventory, emissions from gas well liquids unloading are based on the following assumptions (EPA, 2011a and Hanle, 2011):

- 41.3% of conventional wells require liquids unloading.

- 150,000 plunger lifts are in service, which equates to 31% of the gas wells in the national inventory.

- The average gas well is blown down to the atmosphere 38.73 times per year.

- The average casing diameter is 5 inches.

- A gas well is vented to the atmosphere for 3 hours.

Due to the dramatic increase in EPA's estimated emissions from this source and ANGA/API's concern, a survey of member companies was conducted to gather data on current operating practices from a large and broad cross-section of the industry regarding well venting for liquids unloading.  The survey was structured to gather activity information along with data required for estimating emissions using the methodologies from the GHGRP Subpart W.  Sixty-one data sets with information relevant to liquids unloading covering 59,880 wells and 18 AAPG basins were received.

The following information was requested:

- Geographic area represented by the information provided;

- Time period – data were annualized to 12 months if the information was provided for a partial year;

- Number of operated gas wells represented by the information provided;

- Number of gas wells with plunger lift installed;

- Number of gas wells with other artificial lift (beam pump; ESP; etc.);

- Total number of gas well vents;

- Number of wells with and without plunger lifts that vent to the atmosphere;

---

[4] See EPA Table A-129, of Annex 3 of the 2010 inventory report.

- Total count of gas well vents for time period with and without plunger lifts;
- Average venting time for wells with and without plunger lifts;
- Average daily production of venting gas wells (Mcf/day);
- Average depth of venting wells (feet);
- Average casing diameter of venting gas wells (inches);
- Average tubing diameter of venting gas wells with plunger lift (inches); and
- Average surface pressure of venting gas wells (psig).

Not all respondents reported information for each parameter requested in the survey. Hence, the subsequent analysis determining the sample size and other factors used the well counts and other information from only those data sets which included information for the parameter being determined or analyzed. As a result, the analysis of the survey data reflects three levels of information:

1. High-level data were used to relate the survey information to national well counts. This survey data set provided the broadest representation of wells, totaling 59,880 total gas wells in the liquids unloading data sets.

2. Mid-level data consisted of survey information used to determine the fraction of both plunger equipped and non-plunger equipped gas wells that vent gas due to liquids unloading. The mid-level survey data represented a total of 49,124 wells.

3. Detailed survey data were used to calculate emissions using the methodologies in the GHGRP Subpart W and to compare the survey data to assumptions EPA used in deriving the emissions for the 2010 national inventory. Detailed survey information was provided for a total of 42,681 wells.

Although the survey was split into "conventional" and "unconventional" categories, this specific distinction was not carried forward into the liquids unloading analysis. Liquid loading of well-bores is a function of the physics of flow up the well-bore and the fluids' properties; the type of producing formation is not relevant when the conditions for liquid loading occur.

Table 5 summarizes the high-level results from the API/ANGA survey and characterizes the national well population in EPA's 2010 inventory using the survey derived information. Based on the survey results, 36% of gas wells are equipped with plunger lift. Applying this percentage to the national gas well count results in 174,743 wells nationally with plunger lift.

**TABLE 5. LIQUIDS UNLOADING HIGH LEVEL DATA SUMMARY**

| High Level Survey Data | | |
|---|---|---|
| Gas wells with plunger lifts (59,648 in sample) | 21,500 | wells (36.0%) |
| Gas wells with artificial lift (54,660 in sample) | 7,329 | wells (13.4%) |
| Gas Wells Vented to the atmosphere for Liquids Unloading (49,124 in sample) | 6,462 | wells (13.2%) |
| # Vents per vented well | 145.1 | vents/vented well |
| Total gas well vents represented by the data sets | 937,663 | vents |
| National Well Characterization | | |
| National # of wells from 2010 Inventory | 484,795 | wells |
| Calculated national # wells with plunger lift | 174,743 | wells |
| Calculated national # wells without plunger lift | 310,052 | wells |
| Calculated national # wells with artificial lift (subset of wells without plunger lift | 65,003 | wells |
| Methane mole percentage from EPA 2010 national inventory | 78.8% | |

The survey also collected information on gas wells with artificial lift. A key distinction is that wells with artificial lift do not build up liquid columns in the well bore and hence are not vented for liquids unloading. The ANGA/API survey results indicated that 13.4% of wells use artificial lift which yields approximately 65,000 wells with artificial lift when extrapolated on a national basis. EPA has acknowledged that their current emission estimation method for liquids unloading does not account for activities used to reduce $CH_4$ emissions by many different artificial lift methods used in industry.

Table 6 summarizes the mid-level API/ANGA survey results, which characterizes the national **venting** well population, and applies the survey derived annual emissions per venting well to calculate national emissions. Based on the mid-level survey data, 21.1% of plunger equipped wells vent gas for liquids unloading, and 9.3% of wells without plunger lift vent gas for liquids unloading. These percentages were applied to the calculated national gas well counts with and without plunger lift (shown in Table 5) and are used to estimate the number of wells with and without plunger lift that vent for liquids unloading (36,806 and 28,863 wells, respectively, shown in Table 6).

Emissions were calculated for the survey data by applying Equation W-8 or W-9 from the EPA GHG reporting rule in 40 CFR 98 Subpart W, where Equation W-8 applies to gas wells without plunger lifts, and Equation W-9 applies to gas wells with plunger lifts. Appendix C summarizes the survey data used to estimate the emissions shown in Table 6. The total volume of gas emitted based on the survey data was converted to methane emissions by applying the methane content used in the national inventory (78.8%). When the total volume is divided by the number of venting wells represented by the survey data, it results in an emission factor of approximately 254 Mscfy $CH_4$/well.

**TABLE 6. LIQUIDS UNLOADING EMISSION ESTIMATION BASED ON SURVEY DATA**

| Mid-Level Survey Data | | |
|---|---|---|
| Total number of wells with plunger lift (42,681 in sample) | 11,518 | wells |
| Total number of wells without plunger lift (42,681 in sample) | 31,163 | wells |
| Number of plunger equipped wells that vent (42,681 in sample) | 2,426 | wells (21.1%) |
| Number of non-plunger equipped wells that vent (42,681 in sample) | 2,901 | wells (9.3%) |
| Total annual volume gas vented for venting wells | 1,719,843,596 | scf gas/year |
| Calculated volume vented gas per venting well | 322,854 | scfy gas/well |
| Calculated methane volume vented per venting well | **254,409** | scfy ch4/well |
| **Calculated National Well Data** | | |
| Calculated national # wells with plunger lift that vent for unloading | 36,806 | wells |
| Calculated national # wells without plunger lift that vent for unloading | 28,863 | wells |
| **National Emission Calculations** | | |
| Total gas venting for liquids unloading volume (scaled for national wells) | 21,201,410,618 | scf gas/yr |
| Total methane venting for liquids unloading (scaled for national wells) | 16,706,711,567 | scf $CH_4$/yr |
| Total liquid unloading vented methane (scaled for national wells) | 319,664 | metric tons $CH_4$/yr |
| **Comparison to 2010 National Inventory Liquids Unloading** | | |
| 2010 National Inventory $CH_4$ emissions from Liquids Unloading | 4,501,465 | metric tons $CH_4$/yr |
| % difference between survey and national data | -92.9% | |

For comparison to EPA's estimated emissions from liquids unloading, the survey calculated emission factor was applied to the calculated national number of gas wells with and without plunger lift. When extrapolated to a national basis, as shown above, the survey data estimates that 319,664 tonnes of $CH_4$ are emitted from liquids unloading, compared to EPA's national emissions of 4,501,465 tonnes $CH_4$ (based on industry standard conditions of 60 °F and 14.7 psia) – for the same activities. Hence, the results of the ANGA/API survey would predict emissions that are a factor of 14 times lower than the emissions reported in the 2010 national GHG inventory for liquids unloading.

Table 7 summarizes the detailed API/ANGA survey results for relevant individual parameters used in the emission calculation. These are compared to EPA's assumptions to demonstrate why the survey results produce a much lower emissions than EPA's assumptions. It should be noted, the ANGA/API parameters from each data set were weighted by the number of vents in that particular data set, where appropriate.

TABLE 7.  DETAILED SURVEY DATA COMPARED TO EPA ASSUMPTIONS

| Detailed Survey Data | | Survey Data | | EPA Assumptions | |
|---|---|---|---|---|---|
| Total national number of wells that vent for liquids unloading | | 65,669 | wells | 179,391 | wells |
| Average number of vents | per venting plunger well | 343.72 | vents/well | 38.7 | vents/well |
| | per venting non-plunger well | 32.57 | vents/well | | |
| Average time per vent | plunger equipped wells | 0.11 | hour | 3 | Hours |
| | non-plunger equipped wells | 1.90 | hours | | |
| Average depth | plunger equipped wells | 4,370 | feet | 6,000 | Feet |
| | non-plunger equipped wells | 5,433 | feet | | |
| Average tubing diameter - plunger equipped wells | | 2.15 | inches | 2 | inches |
| Average casing diameter - non-plunger equipped wells | | 4.57 | inches | 5 | inches |
| Average production rate | plunger equipped wells | 104.3 | Mcfd gas | | |
| | non-plunger equipped wells | 45.9 | Mcfd gas | | |
| Average pressure | plunger equipped wells | 91.0 | psig | 100 psig sales line pressure (200-1000 psig shut-in pressure) | |
| | non-plunger equipped wells | 110.8 | psig | | |
| Calculated methane volume venting per venting wells | | 254,409 scf CH4/well | | 1,316,750 scf CH4/well | |

As noted previously, the data sets used to derive the liquids unloading emission estimates are summarized in Appendix C.  When examining Appendix C, it is important to note the presence of several data responses that can be viewed as outliers.  Two data responses for operations with conventional wells reported very high frequencies of vents to the atmosphere. These data sets represent 174 gas wells with plunger lifts that vent to the atmosphere and are located in the Mid-Continent region (out of a total 1,140 conventional gas wells represented by the two data sets).  The wells represented by these data points have plunger lifts that vent to the atmosphere for each plunger cycle.  The information was confirmed by the two data respondents and is an artifact of the plunger control for these wells which results in very short venting durations (between 4 and 5 minutes) for each plunger cycle, which is not the operating practice assumed by the EPA in the equations that are used to estimate emissions associated with liquids unloading.  Accounting for the high frequency of plunger lift cycles for these wells results in a high average vent frequency, but still leads to the derivation of a lower emission factor than the one derived by EPA in accordance with their assumptions about liquids unloading operations. The survey derived factor is likely somewhat high due to the calculation assumption that the entire tubing string is de-pressured in each venting event which is not likely for the two "outlier" data sets discussed above.

These variances among operators in the ANGA/API data demonstrate the challenge of applying national emissions estimates to conditions in which there can be considerable variation in wells and operating techniques, among and even within various regions.  As member companies have noted in various comments to regulators, oil and natural gas production operations vary considerably according to factors such as local geology, hydrology, and state law.

As production companies continue to collect and report information for EPA's mandatory GHG reporting program, better information on liquids unloading frequency and emissions will be available.  One area that would benefit from additional information is an investigation of

regional differences, or plunger lift control practices, in view of the high frequency of vents observed for two data sets containing conventional gas wells with plunger lifts in the Mid-Continent region.

***Key findings of the API/ANGA survey on liquids unloading are:***

- ***Overall, the change in emission factors based on data collected from the ANGA/API survey reduces estimated methane emissions for this source by 93% from the methane emissions reported in EPA's 2010 national GHG inventory. This is a factor of 14 times lower than EPA's reported methane emissions.***

- ***When compared to EPA's assumptions used to derive the national GHG emission estimates for liquids unloading, the API/ANGA survey data indicated a lower percent of gas wells that vent for liquids unloading and a much shorter vent duration. The difference in these two parameters from EPA's assumptions more than offset the higher number of vents observed from the survey data.***

## 4. Hydraulic Fracturing and Re-fracturing (Workovers)

A well workover refers to remedial operations on producing natural gas wells to try to increase production. Starting with the 2009 inventory, EPA split the estimation of emissions from producing gas wells into conventional (i.e., without hydraulic fracturing) and unconventional (i.e., with hydraulic fracturing). For workovers of wells without hydraulic fracturing, the 2009 and 2010 national inventories used emission factors of the same order of magnitude as the 2008 inventory (2,454 scf of $CH_4$/workover). In contrast, the unconventional (with hydraulic fracturing) well workover emission factor increased by a factor of three thousand (3,000).

EPA did acknowledge that the new emission factor for well workovers was based on limited information (EPA, 2011b). Moreover, several publications including *Mismeasuring Methane* by IHS CERA underscored the perils of extrapolating estimates using only four (4) data points representing approximately two percent (2%) of wells – particularly when the data was submitted in the context of the Natural Gas Star program, which was designed to highlight emissions reduction options (IHS CERA, 2011). Unfortunately, even if the EPA's workover factor is high, it must be used in estimated emissions calculations until it is officially changed.

EPA's new emission factor is 9.175 MMscf of natural gas per re-fracture (equivalent to 7.623 MMscf $CH_4$/re-fracture). Additionally, EPA used this new emission factor in conjunction with an assumed re-fracture rate of 10% for unconventional gas well workovers each year to arrive at their GHG emission estimate for this particular category.

### 4.1    API/ANGA Survey

The ANGA/API survey requested counts for gas well workovers or re-fractures in two separate phases of the survey, covering 91,028 total gas wells (Table 8 covering 2010 and first half of 2011 data) and 69,034 unconventional gas wells (Table 9, 2010 data only), respectively.

The first phase of the survey was part of the general well data request. Counts of workovers by well type (conventional, tight, shale, and coal bed methane) and by AAPG basin were requested. The frequency of workovers was calculated by dividing the reported workover rates by the reported total number of each type of gas well. These results are summarized in Table 8, which includes a comparison to national workover data from EPA's annual GHG inventory. The high number of workovers in the Rocky Mountain region is discussed further below.

Table 8 indicates that even for the high workover rates associated with unconventional tight gas wells in the Rocky Mountain region, the workover rate is much less than EPA's assumed 10% of gas wells re-fractured each year. Based on this first phase of the survey,

- The overall workover rate involving hydraulic fracturing was 1.6%.

- However, many of these workovers were in a single area, AAPG-540, where workovers are known to be conducted more routinely than in the rest of the country (as described in more detail below Table 9). Excluding AAPG 540, the overall workover rate involving hydraulic fracturing was 0.7% which is a more likely range for a national re-fracture rate.

- For shale, coal-bed methane, and tight formation wells in Table 8, the overall workover rate involving hydraulic fracturing was 2.2%.   Excluding AAPG 540, the overall workover rate involving hydraulic fracturing was 0.5%.

**TABLE 8.  API/ANGA SURVEY – SUMMARY OF GAS WELL WORKOVERS WITH HYDRAULIC FRACTURING IN 2010 AND FIRST HALF OF 2011 BY NEMS REGION AND WELL TYPE (FIRST PHASE DATA SURVEY)**

| NEMS Region | Conventional Wells | Unconventional Wells | | | Unspecified |
| --- | --- | --- | --- | --- | --- |
| | | Shale | Coal-bed Methane | Tight | |
| Northeast | - | - | - | - | - |
| Gulf Coast | - | 5 | - | 38 | 73 |
| Mid-Continent | 8 | 1 | - | 73 | 33 |
| Southwest | 60 | 25 | - | 8 | 7 |
| Rocky Mountain | 4 | - | 25 | 901 | - |
| West Coast | - | - | - | - | - |
| Unspecified | - | - | - | - | 200 |
| Survey TOTAL | 72 | 31 | 25 | 1,020 | 313 |
| | | 1,076 | | | |
| % of national | 0.3% | 21.3% | | | |
| Overall Survey Total | 1,461 | | | | |
| % of national | 5.6% | | | | |

| National Workover Counts (from EPA's 2010 national inventory) | Conventional Wells | Unconventional Wells |
| --- | --- | --- |
| | 21,088 | 5,044 |
| | 80.7% | 19.3% |
| | 26,132 | |

| | Conventional Wells | Unconventional Wells | | | Unspecified |
| --- | --- | --- | --- | --- | --- |
| | | Shale | Coal-bed Methane | Tight | |
| % Workover Rate with Hydraulic Fracturing (from ANGA/API Survey) | 0.3% | 0.3% | 0.5% | 3.0% | 2.4% |
| Tight w/out AAPG 540 | | | | 0.5% | |
| Unconventional Wells | | 2.2% | | | |
| W/out AAPG 540 | | 0.5% | | | |
| All Wells | 1.6% | | | | |
| All Wells w/out AAPG 540 | 0.7% | | | | |

A second phase of the survey was conducted which targeted collecting gas well re-fracture information for 2010 to provide a comparator for EPA's assumption that 10% of wells are re-fractured each year. This portion of the ANGA/API survey requested information just for "unconventional" gas wells (i.e., those located on shale, coal-bed methane, and tight formation reservoirs), where the formations require fracture stimulation to economically produce gas. A re-fracture or workover was defined for this second phase of the survey as a re-completion to a different zone in an existing well or a re-stimulation of the same zone in an existing well. These results are summarized in Table 9.

While there likely is significant overlap of unconventional well data reported in the first and second phases of the survey (which covered over 62,500 unconventional wells and 69,000 unconventional wells respectively), combined these data indicate an unconventional well re-fracture rate of 1.6% to 2.3% including AAPG 540 and 0.7% to 1.15% excluding AAPG 540.

AAPG Basin 540 (i.e. DJ Basin) which is part of the Rocky Mountain Region stands out in Tables 8 and 9. After four (4) to eight (8) years of normal production decline, the gas wells in this basin can be re-fractured in the same formation and returned to near original production. Success of the re-fracture program in the DJ Basin is uniquely related to the geology of the formation, fracture reorientation, fracture extension and the ability to increase fracture complexity. Also, most DJ Basin gas wells are vertical or directional, which facilitates the ability to execute re-fracture operations successfully and economically. These characteristics result in a high re-fracture or workover rate specific to this basin/formation.

ANGA and API believe the high re-fracture rate observed in the DJ Basin is unique and not replicated in other parts of the country. This was a limited program that was occurring during the data survey activities and has currently stopped. There may be a few other formations in the world that have similar performance, but the successful re-fracture rate in the DJ Basin is not going to be applicable to every asset/formation and there is no evidence of the high re-fracture rate in any of the other 22 AAPGs covered in the API/ANGA survey. It is highly dependent on the type of rock, depositional systems, permeability, etc. For these reasons, re-fracture rates for tight gas wells and all gas wells with and without AAPG Basin 540 are summarized in Tables 8 and 9.

## 4.2    WRAP Survey

Other information on re-fracture rates is available in a survey conducted by the Western Regional Air Partnership (WRAP). WRAP conducted a survey of production operators in the Rocky Mountain Region (Henderer, 2011) as part of the initiative to develop GHG reporting guidelines for a regional GHG cap and trade program.

TABLE 9.  API/ANGA SURVEY – SUMMARY OF 2010 GAS WELL WORKOVERS ON
UNCONVENTIONAL WELLS BY AAPG BASIN AND NEMS REGION
(SECOND PHASE SURVEY DATA)

| NEMS Region | AAPG Basin | Number of Unconventional Operating Gas Wells | Number of Hydraulic Fracture Workovers on Previously Fracture Stimulated Wells | % Wells re-fractured per year | Regional % Wells re-fractured per year |
|---|---|---|---|---|---|
| Northeast | 160 | 1,976 | 0 | 0.00% | 0% |
| | 160A | 760 | 0 | 0.00% | |
| Gulf Coast | 200 | 2 | 0 | 0.00% | 0.91% |
| | 220 | 649 | 2 | 0.31% | |
| | 222 | 629 | 3 | 0.48% | |
| | 230 | 820 | 4 | 0.49% | |
| | 250 | 13 | 0 | 0.00% | |
| | 260 | 2,830 | 36 | 1.27% | |
| Mid-Continent | 345 | 3,296 | 11 | 0.33% | 0.95% |
| | 350 | 213 | 3 | 1.41% | |
| | 355 | 282 | 8 | 2.84% | |
| | 360 | 7,870 | 89 | 1.13% | |
| | 375 | 12 | 0 | 0.00% | |
| | 385 | 1 | 0 | 0.00% | |
| | 400 | 64 | 0 | 0.00% | |
| Southwest | 415 | 1,834 | 0 | 0.00% | 1.04% |
| | 420 | 838 | 8 | 0.95% | |
| | 430 | 1,548 | 36 | 2.33% | |
| | 435 | 2 | 0 | 0.00% | |
| Rocky Mountain | 515 | 1 | 0 | 0.00% | 4.7% |
| | 540 | 5,950 | 866 | 14.55% | |
| | 580 | 8,197 | 8 | 0.10% | |
| | 595 | 5,222 | 32 | 0.61% | |
| Not specified | | 26,025 | 487 | 1.87% | 1.87% |
| **Unconventional TOTAL (all wells)** | | **69,034** | **1,593** | **2.31%** | |
| Unconventional Median | | 790 | 3 | | |
| Rocky Mountain Region Unconventional Total | | 19,370 | 906 | 4.68% | |
| Unconventional TOTAL (Without AAPG 540) | | 63,084 | 727 | 1.15% | |

Within each basin in this region, the top oil and gas producers were identified and invited to participate in the survey. The goal was to have operator participation that represented 80% of the production for the region. The spreadsheet survey requested information on the completions, workovers, and emissions associated with these activities. An emission factor and frequency of re-fracturing was developed for each basin as a weighted average of the operator responses.

The re-fracture rates from the WRAP survey are shown in Table 10 (Henderer, 2011).

**TABLE 10. WRAP SURVEY – SUMMARY OF GAS WELL WORKOVERS BY AAPG BASIN FOR THE ROCKY MOUNTAIN REGION, 2006 DATA**

| AAPG Basin | # Wells represented by survey | # Wells Recompleted | % Recompleted |
|---|---|---|---|
| 515 | 4,484 | 121 | 2.70% |
| 530 | 731 | 5 | 0.68% |
| 535 | 4,982 | 201 | 4.03% |
| 540 | 8,247 | 636 | 7.71% |
| 580 | 3,475 | 14 | 0.40% |
| 595 | 4,733 | 275 | 5.81% |
| Total | 26,652 | 1,252 | |
| Weighted average | | | 4.70% |

AAPG Basin 540 results in the highest re-fracture rate for this data set, consistent with the ANGA/API survey as noted above. It is noteworthy that, while there are differences among individual AAPG Basin results, the weighted average re-fracture rate from the WRAP survey in 2006 is the same as the Rocky Mountain regional 4.7% re-fracture rate from the API/ANGA survey shown in Table 9.

## 4.3    Impact of Completions and Re-fracture Rate Assumptions

Table 11 compares the considerable reduction in the national GHG inventory that would result from applying a lower re-fracture rate.

EPA indicated that the national inventory assumes 10% of unconventional gas wells are re-fractured each year. Table 11 replaces this value with results from the ANGA/API survey. A re-fracture rate of 1.15% is applied to unconventional gas wells in the Mid-Continent and Southwest regions (No unconventional gas wells were assigned to the Northeast and Gulf Coast regions. The West Coast region is not shown since the API/ANGA survey did not include any responses for gas well operations in this region.) A re-fracture rate of 4.7% is applied to unconventional gas wells in the Rocky Mountain region.

*With these adjustments to the re-fracture rate for unconventional gas wells, the national emission estimate is reduced by 72% for this emission source category, from 712,605 metric tons of $CH_4$ to 197,311 metric tons of $CH_4$ when compared on a consistent basis.*

TABLE 11.  API/ANGA SURVEY –GAS WELL WORKOVER EMISSIONS COMPARISON

| NEMS Region | Well type | 2010 EPA National Inventory # workover | Adjusted # workovers (based on API/ANGA survey) | 2010 EPA National Inventory | | Revised Emissions, tonnes CH₄ (based on ANGA/API survey) | API & ANGA - EPA EPA % Difference |
| | | | | Emission Factor, scf $CH_4$/workover | Estimated Emissions, tonnes $CH_4$* | | |
|---|---|---|---|---|---|---|---|
| Northeast | Wells without Hydraulic Fracturing | 8,208 | 8,208 | 2,607 | 409 | 409 | |
| | Wells with Hydraulic Fracturing | 0 | 0 | 7,694,435 | 0 | 0 | |
| Mid Continent | Wells without Hydraulic Fracturing | 3,888 | 3,888 | 2,574 | 191 | 191 | |
| | Wells with Hydraulic Fracturing | 1,328 | 153 | 7,672,247 | 194,950 | 22,462** | -89% |
| Rocky Mountain | Wells without Hydraulic Fracturing | 3,822 | 3,822 | 2,373 | 174 | 174 | |
| | Wells with Hydraulic Fracturing | 2,342 | 1,100 | 7,194,624 | 322,402 | 151,432** | -53% |
| Southwest | Wells without Hydraulic Fracturing | 1,803 | 1,803 | 2,508 | 87 | 87 | |
| | Wells with Hydraulic Fracturing | 1,374 | 158 | 7,387,499 | 194,217 | 22,382** | -89% |
| Gulf Coast | Wells without Hydraulic Fracturing | 3,300 | 3,300 | 2,755 | 174 | 174 | |
| | Wells with Hydraulic Fracturing | 0 | 0 | 8,127,942 | 0 | 0 | |
| TOTAL | | | | | 712,605 | 197,311 | -72% |

\*    EPA Estimated emissions = 2010 # Workovers x EPA 2010 Emission Factor, converted to mass emissions based on 60°F and 14.7 psia.

\*\*    Revised emissions = Adjusted # Workovers x Emission Factor, converted to mass emissions based on 60°F and 14.7 psia.

## 4.4      Completion and Re-fracture Emission Factor

In the 2009 GHG national inventory, EPA applies an emission factor of 2,454 scf $CH_4$/event for conventional gas well workovers, while the emission factor for unconventional gas well completions and workovers was increased to 7,623,000 scf $CH_4$/event (EPA, 2011c). Similarly, for the 2010 national GHG inventory, EPA maintained the emission factor of 2,454 scf $CH_4$/event for gas well workovers without hydraulic fracturing, but applied an average emission factor of 7,372,914 to gas well workovers with hydraulic fracturing (EPA, 2012). (EPA applies slightly different emission factors for each NEMS region based on differing gas compositions.)

The ANGA/API survey focused on activity data and did not collect data to revise the emission factor for unconventional gas well completions and workovers.

### *Emissions Data from WRAP Study*

The WRAP study discussed in Section 4.2 also gathered data on emissions from completions.  This information supports a revised emission factor but was reported by sources outside the ANGA/API data survey.  The results are summarized in Table 12.  The WRAP emission factor is 78% lower than EPA's emission factor (9.175 MMscf gas/event).  The WRAP survey did not provide a methodology for determining emissions data.

### TABLE 12.  WRAP SURVEY – SUMMARY OF COMPLETION EMISSIONS FOR THE ROCKY MOUNTAIN REGION, 2006 DATA

| AAPG Basin | Weighted average gas emissions from completion, Mcf gas/well | # completions represented |
|---|---|---|
| 515 | 167 | 207 |
| 530 | 268 | 54 |
| 535 | 76 | 642 |
| 540 | 59 | 608 |
| 580 | 6,559 | 283 |
| 595 | 4,053 | 819 |
| Total | | 2,613 |
| Weighted average | 2,032 Mcf/well | |

## 4.5      Data Limitations for Completion and Re-fracture Emissions

Although the data sets are limited, it appears that EPA's assumed re-fracture rate of 10% is a significant overestimate.  Information from the API/ANGA survey indicates that even including what appears to be unique activity in AAPG-540, the re-fracture rate is much less frequent, ranging from 1.6% to 2.3% based on two sets of survey information (Tables 8 and 9, respectively).  The re-fracture rate for AAPG Basin 540 appears to be higher than other areas in the U.S. due to unique geologic characteristics in that region (4.7% based on a weighted average

of data reported for that region).  Without AAPG Basin 540, the national rate of re-fracturing is between 0.7% and 1.15% of all gas wells annually.

Additionally, limited information on the emissions from completions and workovers with hydraulic fracturing indicate that EPA's GHG emission factor for these activities is significantly overestimated.  It is expected that better emissions data will develop as companies begin to collect information for EPA's mandatory GHG reporting program (EPA, 2011d).

## 5. Other Surveyed Information

EPA had indicated that activity data for centrifugal compressor wet seals and pneumatic devices used in the national inventory is lacking. Note that the need for better equipment data persists throughout the majority of the U.S. inventory and is not unique to the oil and natural gas industry. The ANGA/API survey requested the following information related to centrifugal compressors and pneumatic devices:

- The number of centrifugal compressors, reported separately for production/gathering versus processing;

- The number of centrifugal compressors with wet versus dry seals, reported separately for production/gathering versus processing;

- The number of pneumatic controllers, classified as "high-bleed," "low-bleed," and "intermittent," reported separately for well sites, gathering/compressor sites, and gas processing plants; and

- The corresponding number of well sites, gathering/compressor sites, and gas processing plants, associated with the pneumatic controller count.

### 5.1    Centrifugal Compressors

*Processing Facilities*

The API/ANGA survey collected the equivalent of 5% of the national centrifugal compressor count for gas processing operations (38 centrifugal compressors from the survey, compared to 811 from EPA's 2010 national GHG inventory). For the gas processing centrifugal compressors reported through the survey, 79% were dry seal compressors and 21% were wet seals. EPA's 2010 national inventory reported 20% of centrifugal compressors at gas processing plants were dry seal, and 80% were wet seal. EPA's emission factor for wet seals (51,370 scfd $CH_4$/compressor) is higher than the emission factor for dry seals (25,189 scfd $CH_4$/compressor).[5]

Based on the ANGA/API survey, EPA appears to be overestimating emissions from centrifugal compressors. If the small sample size from the API/ANGA survey is representative, non-combustion emissions from centrifugal compressors would be 173,887 metric tons of methane compared to 261,334 metric tons of methane from the 2010 national inventory (when applying industry standard conditions of 60 °F and 14.7 psia to convert volumetric emissions to mass emissions). Although based on very limited data, if the ANGA/API survey results reflect the population of wet seal versus dry seal centrifugal compressors, the emissions from this source would be reduced by 34% from EPA's emission estimate in the national inventory. Better data on the number of centrifugal compressors and seal types will be available from companies reporting to EPA under the mandatory GHG reporting program.

---

[5] EPA Table A-123, of Annex 3 of the 2010 inventory report.

*Production and Gathering Facilities*

Very few of the data sets reported through the API/ANGA survey indicate counts of centrifugal compressors associated with production/gathering operations - only 550 centrifugal compressors from 21 participating companies. EPA's 2010 GHG inventory did not include centrifugal compressors in production/gathering operations. On a well basis, the survey responses equate to 0.07 centrifugal compressors per gas well, with 81% dry seal centrifugal compressors and the remaining wet seal compressors. Information reported through EPA's mandatory GHG reporting program will provide additional information to account for GHG emissions from centrifugal compressors in production operations.

## 5.2    Pneumatic Controllers

Table 13 summarizes the survey responses for pneumatic controllers. For each type of location – gas well sites, gathering compressor sites, and gas processing plants – the count of the number of sites represented by the survey data is shown. Table 13 also shows the percent of each pneumatic controller type for each type of location.

**TABLE 13. ANGA/API SURVEY –PNEUMATIC CONTROLLER COUNTS**

|  | Gas Well Sites | | Gathering/ Compressor Sites | | Gas Processing Plants | |
|---|---|---|---|---|---|---|
| # wells, sites or plants | 48,046 wells | | 1,988 sites | | 21 plants | |
| # controllers/well, site or plant | 0.99 per well | | 8.6 per site | | 7.8 per plant | |
| # Low Bleed Controllers | 12,850 | 27% | 5,596 | 33% | 117 | 71% |
| # High Bleed Controllers | 11,188 | 24% | 1,183 | 7% | 47 | 29% |
| # Intermittent Controllers | 23,501 | 49% | 10,368 | 60% | 0 | 0% |

The survey requested that the responses designate pneumatic controllers as either "high bleed", "low bleed", or "intermittent" following the approach each company is using for Subpart W reporting. For example, Subpart W defines high-bleed pneumatic devices as automated, continuous bleed flow control devices powered by pressurized natural gas where part of the gas power stream that is regulated by the process condition flows to a valve actuator controller where it vents continuously (bleeds) to the atmosphere at a rate in excess of 6 standard cubic feet per hour (EPA, 2011d).

EPA does not currently track pneumatic controllers by controller type in the national inventory. This information will be collected under 40 CFR 98 Subpart W starting in September 2012. From the API/ANGA survey, intermittent bleed controllers are the more prevalent type at gas well sites and gathering/compressor sites, while gas plants predominately use low-bleed controllers. No intermittent controllers were reported for gas plants by the survey respondents.

Table 14 compares emission results based on applying the emission factors from the EPA's GHG reporting rule to emissions presented in the 2010 national GHG inventory, using the counts of pneumatic controller from the ANGA/API survey for production operations.

For production, the EPA national inventory combines pneumatic controller counts associated with large compressor stations with pneumatic controllers in production. An emission factor for each NEMS region is applied to the count of total controllers in each NEMS region. For this comparison, a weighted average emission factor of 359 scfd $CH_4$/device was applied to the count of pneumatic controllers located at well sites and gathering/compressor sites.

Under the EPA mandatory reporting rule (40 CFR 98 Subpart W), separate emission factors are applied to pneumatic controllers based on the controller type and whether the controller is located in the Eastern or Western region of the United States, as specified in the rule (EPA, 2011d). For this comparison, an average of the eastern and western emission factors is applied to each device type in computing the emission estimates resulting from the EPA GHG reporting rule.

**TABLE 14. PNEUMATIC CONTROLLER EMISSION COMPARISON – PRODUCTION OPERATIONS**

| | API/ANGA Survey Count of Controllers | | | EPA GHG Reporting Rule (Subpart W) | | 2010 National GHG Inventory | |
|---|---|---|---|---|---|---|---|
| | Gas Well Sites | Gathering/ Compressor Sites | Total | Emission Factor,* scfh $CH_4$/device | Emissions, tonnes $CH_4$/yr | Emission Factor, scfd $CH_4$/device | Emissions, tonnes $CH_4$/yr |
| # Low Bleed Controllers | 12,850 | 5,596 | 18,446 | 1.58 | 4,885 | | 46,286 |
| # High Bleed Controllers | 11,188 | 1,183 | 12,371 | 42.35 | 87,814 | 359 | 31,042 |
| # Intermittent Controllers | 23,501 | 10,368 | 33,869 | 15.3 | 86,856 | | 84,987 |
| Total | | | 64,686 | | 179,556 | | 162,315 |

\* Emission factors shown are the average of the eastern and western emission factors from Table W-1A (EPA, 2011d).

Based on the types of pneumatic controllers reported in the ANGA/API survey, EPA's mandatory GHG reporting rule could increase $CH_4$ emissions 11% over the pneumatic controller portion of the 2010 national GHG inventory. To put this in context, in EPA's inventory report for 2010, emissions from pneumatic controllers accounted for approximately 13% of $CH_4$ emissions from the natural gas field production stage. Any increase from that initially reported data, however, will likely represent a worst case scenario. It is important to remember that pneumatic controllers operate only intermittently, so variability such as the frequency and duration of the activations will be important information to consider when defining an accurate and effective reporting regime for these sources.

EPA's mandatory GHG reporting rule does not require reporting emissions from pneumatic controllers at gas processing plants, so no emission factors are specified. The GHG national inventory applies an emission factor of 164,721 scfy $CH_4$ per gas plant for pneumatic controllers. For the national inventory, this results in 1,856 tonnes $CH_4$ emissions - a very small contribution to $CH_4$ emissions from onshore oil and gas operations.

## 6. Conclusions

API and ANGA members believe this to be the most comprehensive set of natural gas data to date and are pleased to share these results with both regulators and the public.

Based on the information gathered from member companies during this project, it appears that EPA has overstated several aspects of GHG emissions from unconventional natural gas production. As summarized in Table 15, the ANGA/API survey data results in significantly lower emission estimates for liquids unloading and unconventional gas well refracturing when compared to EPA's emission estimates in the national inventory. Using the combined emission estimates from the survey for these two key emission sources would indicate a 53% reduction in calculated natural gas production sector emissions compared to EPA's estimates.

TABLE 15. EMISSION COMPARISON BETWEEN EPA AND INDUSTRY DATA

| Source Category | EPA National Inventory | | API/ANGA Survey | | Impact on Source Category Emissions |
|---|---|---|---|---|---|
| | Metric tons of CH4 | % of EPA Production Total | Metric tons of CH4 | % of Revised Production Total | API & ANGA - EPA EPA % Difference in Emissions |
| Liquids Unloading | 4,501,465 * | 51% | 319,664 | 8% | -93% |
| Unconventional Well Re-fracture Rates | 712,605 * | 8% | 197,311 | 5% | -72% |
| Other Production Sector Emissions** | 3,585,600 | 41% | 3,585,600 | 87% | |
| Total Production Sector Emissions | 8,799,670 | | 4,102,575 | | -53% |

\* EPA's estimates are adjusted to industry standard conditions of 60 degrees F and 14.7 psia for comparison to the ANGA/API emission estimates.

\*\*The "Other Production Sector Emissions" are comprised of over 30 different source categories detailed in Table A-129 in the Annex of the EPA's 2012 national inventory. The "Other Production Sector Emissions" are the same values for this comparison between the EPA national inventory and the API/ANGA survey to focus the comparison on quantified differences in emission estimates for gas well liquids unloading and unconventional well re-fracture rates.

This project was directed toward gathering more robust information on workovers, completions, liquids unloading, centrifugal compressors, and pneumatic controllers with the intent of supporting revisions to the activity factors used in EPA's national inventory and cited by many media publications. Although limited information was collected on centrifugal compressors and pneumatic controllers, the survey results indicated potential additional differences, which are not included in the Table 15 comparison, when comparing total emissions

from all sources to the national inventory.  Additional future data collection efforts, including more detailed reporting under Subpart W of the GHGRP will likely resolve these differences and continue to inform the overall natural gas emissions data.

While API and ANGA recognize that the data collected for this report represents a sample of the universe of natural gas wells operating in the U.S., we believe that the conclusions drawn from the data analysis are relevant and representative of natural gas production as whole. In EPA's gas well count, 21 of the AAPG basins each have more that 1% of the total well count. The ANGA/API survey has wells from 19 of those 21 basins.  In terms of wells represented by these basins, 92% of the total EPA well count is accounted for by wells in those 21 basins, while 95% of the API/ANGA surveyed gas wells are accounted for by those 21 basins.  This indicates that the ANGA/API survey results have good representation for the basins with the largest numbers of wells nationally.

Moreover, the API/ANGA survey results are based on a large number of wells - at least an order of magnitude or more - higher than the number of wells used by EPA to develop their revised emission factors that purport to be representative of U.S. industry operations nationwide. Such a richer data set allows for improved granularity of emission characteristics for various operations. A case in point is the information on liquids unloading where the ANGA/API survey results were obtained from over 59,000 gas wells and which indicate that 21% of wells equipped with plunger lift  and 9.3% of wells without plunger lift vent for liquids unloading.   In comparison, EPA's approach is based on the assumption that the survey of 25 well sites conducted by GRI (1996) for the base year 1992 continues to provide representative data for the fraction of conventional wells requiring unloading, which EPA set at 41.3%.   Industry also believes that the systematic approach in which the API/ANGA data were collected and vetted by natural gas experts is an improvement over the *ad hoc* way in which EPA collected some of their data.  This study indicates that EPA should reconsider their inventory methodologies for natural gas production particularly in light of more comprehensive and emerging data from the industry. ANGA and API members look forward to working with the agency to continue to educate and evaluate the latest data as it develops about the new and fast-changing area of unconventional well operations.

## 7. References

Energy Information Administration (EIA). "Number of Producing Gas Wells", U.S. and State level data, annual, 2010 Data, Released February 29, 2012. http://www.eia.gov/dnav/ng/ng_prod_wells_s1_a.htm

Hanle, Lisa (U.S. National GHG Inventory, Petroleum and Natural Gas Systems Chapter Coordinator, U.S. EPA). "Background Information to Support 1990-2009 GHG Inventory Estimates for Petroleum and Natural Gas Systems", Memorandum to Karin Ritter (Manager, Regulatory and Scientific Affairs, American Petroleum Institute), April 15, 2011.

Henderer, Douglas. Personal communications on the survey instrument utilized for the WRAP III inventory. KleinFelder, Littleton, Colorado, dhenderer@kleinfelder.com, October, 2011. http://www.wrapair2.org/PhaseIII.aspx

IHS CERA, "Mismeasuring Methane," 2011. http://www.ihs.com/info/en/a/mis-measuring-methane-report.aspx

United States Environmental Protection Agency, Natural Gas STAR Lessons Learned: Installing Plunger Lift Systems In Gas Wells, 2006. http://www.epa.gov/gasstar/documents/ll_plungerlift.pdf

United States Environmental Protection Agency (EPA). "Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry, Background Technical Support Document," U.S. Environmental Protection Agency, Climate Change Division, Washington DC, November, 2010.

United States Environmental Protection Agency (EPA). "EPA U.S. Oil and Gas GHG Inventory, July 14, 2011 Webcast, Review Inventory Method, Emission Reductions of Gas Well Liquids Unloading by Plunger Lifts," Distributed for discussion purposes only. Final Draft, July 15, 2011(a).

United States Environmental Protection Agency (EPA). "EPA U.S. Oil and Gas GHG Inventory, July 14, 2011 Webcast, Review Inventory Method, Potential Inventory Improvement on Well Completions and Workovers," Distributed for discussion purposes only. Final Draft, July 15, 2011(b).

United States Environmental Protection Agency (EPA). *Inventory of Greenhouse Gas Emissions and Sinks: 1990-2009*, Washington DC, April, 2011(b)

http://www.epa.gov/climatechange/emissions/downloads11/US-GHG-Inventory-2011-Complete_Report.pdf

United States Environmental Protection Agency (EPA). *Inventory of Greenhouse Gas Emissions and Sinks: 1990-2010*, Washington DC, April, 2012.
http://www.epa.gov/climatechange/emissions/usinventoryreport.html

United States Environmental Protection Agency (EPA). "Mandatory Reporting of Greenhouse Gases: Technical Revisions to the Petroleum and Natural Gas Systems Category of the Greenhouse Gas Reporting Rule", Final Rule, Federal Register, Vol. 76, No. 247, December 23, 2011(d).

United States Environmental Protection Agency (EPA). "Supplement to Appendix D of the Revisions to Subpart I and Subpart W Technical Support Document – Listing of Well Count by Group Type 2010: Well Counts by Group.pdf". Supporting information provided by EPA with the pre-Federal Register version of amendments to Subpart W. August 22, 2011(e).
http://www.epa.gov/ghgreporting/documents/pdf/2011/documents/Well-Counts-by-Group.pdf

United States Environmental Protection Agency, Technical Note on the 1990 to 2009 Inventory Estimates for Natural Gas Systems, Washington DC, 2011(f).
http://www.epa.gov/outreach/downloads/TechNote_Natural%20gas_4-15-11.pdf

Zeller, Tom Jr. "Studies Say Natural Gas Has Its Own Environmental Problems," New York Times, April 11, 2011.

## Appendix A.  API/ANGA Survey Forms

The following provides the survey forms used to gather data presented in this report.

### FIGURE A-1. SURVEY INSTRUCTIONS

The attached worksheets request data to support both the API/ANGA Natural Gas Life Cycle Analysis Project, as well as updates to EPA's National GHG Inventory.  Portions of this information are consistent with data required for Subpart W, in which case data collected for Subpart W can be provided.

EPA's most recent national inventory significantly increased the emission estimates for gas well completions and workovers with hydraulic fracturing and gas well liquids unloading.  These increases prompted public criticism of unconventional natural gas production.
While acknowledging their unconventional well workover activity factors were based on limited data, EPA has also indicated that activity data for centrifugal compressor wet seals and pneumatic devices used in the national inventory is lacking.

API and ANGA are requesting this information to develop more rigorous emission estimates for these important emission sources.  This spreadsheet primarily focuses on activity factor information.  A second data request will be developed later this year to collect information to support improved emission factors.

Company confidential information will be protected.

Please do not send information responsive to the data request to API or ANGA.  Neither API nor ANGA will review member data sent in response to this request.  Any submission to API or ANGA that appears to contain information responsive to EPA's data request will be returned to the sender unopened.

Please send the completed spreadsheets to:
        Terri_Shires@URScorp.com
Questions may be directed to the same address, or by phone:        512-419-5466

Respondents are asked to complete as much information as possible.  Some worksheets request data in varying levels of detail, with guidance on the minimum level of information needed.  Some worksheets request data for more than one year or more than one production basin, if available.  Gaps in the data are OK if the information is not available.

Additional instructions and guidance are provided on each worksheet.

Schedule:

> Data indicated in blue font and shading is requested by August 15
> *Data indicated in green font is requested by September 16, if this level of information available.*  This more detailed information will help develop more rigorous emissions estimates for these sources.

## FIGURE A-2.  GAS WELL SURVEY DATA

Table 1.  Producing Gas Wells - Activity Data

Please provide the following information for gas producing wells

| | | Unconventional Wells | | | | Geographic Area | |
|---|---|---|---|---|---|---|---|
| | Conventional Wells | Shale | Coal-bed Methane | Tight | Year | Represented | Comments |
| A  Total # of Operating Gas wells | | | | | | | Total of rows A(1) and A(2) |
| A(1)  # Wells w/out hydraulic fracturing (anytime in their history) | | | | | | | |
| A(2)  # Wells with hydraulic fracturing (any time in their history) | | | | | | | If counts are not available by vertical and horizontal, please complete this row |
| A(2)(a)  # Vertical wells with hydraulic fracturing (anytime in their history) | | | | | | | Please provide this level of detail, if available for wells with hydraulic fracturing |
| A(2)(b)  # Horizontal wells with hydraulic fracturing (anytime in their history) | | | | | | | |
| B  # Gas well Completions | | | | | | | Total of rows B(1), B(2) and B(3) |
| B(1)  # Completions for Vertical wells with hydraulic fracturing | | | | | | | |
| B(2)  # Completions for Horizontal wells with hydraulic fracturing | | | | | | | Please provide this level of detail, if available |
| B(3)  # Completions for wells without hydraulic fracturing | | | | | | | |
| C  # Gas well Workovers with hydraulic fracturing (refracs) | | | | | | | Total of rows C(1) and C(2) |
| C(1)  # Workovers for Vertical wells with hydraulic fracturing | | | | | | | |
| C(2)  # Workovers for Horizontal wells with hydraulic fracturing | | | | | | | Please provide this level of detail, if available |
| C(3)  # Workovers for wells without hydraulic fracturing | | | | | | | |

Guidance:
2010 data is preferred, with U.S. geographic coverage as broad as possible.

Please duplicate the table to provide data for additional calendar years (if available) or additional geographic areas (if needed).

Note that some of this information overlaps with the data requested under the "Re-frac" worksheet.

Please provide information that you have available.
   Blue rows are the minimum level of detail needed
   Green rows provide more detailed information and have a longer response time

Geographic area:
   Please indicate whether the information provided is for all of your operations in the U.S., or just a sub-part (single basin or multiple basins)

## FIGURE A-3.  GAS WELL WORKOVER SURVEY DATA

Table 2. Gas Well Workover Activity Data: Frequency of Re-fractures

| | Year | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Geographic area | | | | | | | | | | |
| B | Number of Unconventional Operating Gas Wells | | | | | | | | | | |
| C | Number of Fracture Stimulation Wells Completed each year (New Completions) | | | | | | | | | | |
| D | Number of Fracture Stimulation Jobs conducted each year on Previously Fracture Stimulated Wells (i.e., # of Workovers or re-fracs) | | | | | | | | | | |

Guidance

Please provide information that you have available.

Please provide data that are available for any or all of the years listed.  Gaps in the data are OK.

Copy the table to provide data for additional geographic areas

A   Geographic Area: Please indicate whether the information provided is for all of your operations in the U.S., or just a sub-part (single basin or multiple basins)

B   Provide the number of Unconventional Operating Wells.  This refers to wells located on shale, coal-bed Methane, and Tight Formations reservoirs.  Unconventional reservoirs are reservoirs that require fracture stimulation to economically produce.

C   Provide the number of new completions conducted in the year. This may be the same value provided in the "Well data" worksheet, Item B.

D   Provide the number of re-fractures (workovers).  A re-frac or workover is defined as a re-completion to a different zone in an existing well or re-stimulation of the same zone in an existing well.  This may be the same value provided in the "Well data" worksheet, Item C.  Hydraulic Fracture jobs conducted more than 30 days from the end of one stimulation job to the beginning of another stimulation job in the same well-bore is a new re-frac.

Notes

The EPA uses an assumption that 10% of wells are refractured each year to determine the number of re-frac's per year and then multiplies this by 9.175 MMSCF methane per re-frac to arrive at their inventory for this particular category.

For the year reported in Table 1, this table requests redundant information.  The purpose of this table is to collect refracture information over a ten-year time period to provide a better estimate to EPA's assumption that 10% of wells are refractured each year.

## FIGURE A-4.  GAS WELL LIQUIDS UNLOADING SURVEY DATA

Table 3.  Gas Well Venting for Liquids Unloading (Well Clean-ups)

A  Please indicate if the information provided in Table 3 follows the Subpart W methodologies (yes or no)

| | | Conventional | Unconventional | Total | Comments |
|---|---|---|---|---|---|
| B | Geographic Area | | | | |
| C | Time Period - Months | | | | |
| D | Number of Operated Gas Wells Represented by the information provided | | | | Unconventional wells are: Shale, coal-bed methane, and tight formation (sand, carbonate, etc.) that must be fracture stimulated to produce economic quantities of gas |
| E | Number of Gas Wells with Plunger Lift Installed | | | | |
| F | Number of Gas Wells with Other Artificial Lift (Beam Pumps; ESP; etc.) | | | | |
| G | Number of Gas Wells Vented to the atmosphere for Liquids Unloading | | | | EPA assumes that 41.3% of conventional gas wells (437,800) are vented for liquids unloading |
| H | Total number of Gas Well Vents for Time Period | | | | EPA assumes that each venting well vents 38.7 times per year |
| I | Average Venting Time per Vent | | | | EPA assumes that each venting event is 3 hours duration |
| J | Number of Wells with Plunger Lifts that went to the atmosphere | | | | This is a sub-category of data item #5.  Please indicate here the number of wells that vent to the atmosphere |
| K | Total Count of Gas Well Vents for Time Period - w/plunger | | | | |
| L | Total Count of Gas Well Vents for Time Period - w-o/plunger | | | | |
| M | Average Venting Time - w/plunger | | | | Hours per Vent - fractional hours if appropriate |
| N | Average Venting Time - w-o/plunger | | | | Hours per Vent - fractional hours if appropriate |
| O | Average Daily Production of Venting Gas Wells | | | | mcf/day |
| P | Average Depth of Venting Gas Wells | | | | feet |
| Q | Average Casing Diameter of Venting Gas Wells | | | | inches |
| R | Average Tubing Diameter of Venting Gas Wells w/plunger Lift | | | | inches |
| S | Average Surface Pressure - Venting Gas Wells | | | | psig |

Guidance:

This table represents data from a sampling of wells (as opposed to data for all of your wells).

If information is not available by conventional or unconventional wells, just provide data in the "total" column.

A  If you do not have data based on Subpart W, please indicate this in data item A by typing yes or no in the shaded box

Copy the table to provide data for additional geographic areas

Please provide information that you have available.

Blue rows are the minimum level of detail needed

Green rows provide more detailed information

B  Geographic Area: Please indicate whether the information provided is for all of your operations in the U.S., or just a sub-part (single basin or multiple basins).

C  Time period: Indicate the number of months represented by the information provided.  Ideally this is based on some portion of 2011 data collected for Subpart W reporting.

J  This data line is a sub-category if data item E.  From the difference between these two items, we are trying to determine the fraction of plunger equipped wells that do not vent.

K,L  Please enter the number of liquids unloading events where gas is released to the atmosphere.

Notes:

Many companies have likely been tracking well venting for liquids unloading for several months due to Subpart W.  API is soliciting information from members to correct/confirm EPA's assumptions regarding well un-loading. If you do not have the wells split out into Conventional and Unconventional categories then simply report the total counts and information in the Conventional categories.

## FIGURE A-5.  OTHER SURVEY DATA

Table 4.  Other Activity Data

A

| | Centrifugal Compressors | | |
|---|---|---|---|
| | Production/ gathering | Processing | |
| Year | | | 2010 data is preferred, but available information from any recent year is OK |
| Number of Centrifugal Compressors | | | Include both engine/turbine driven and electric driven |
| Number with Dry Seals | | | |
| Number with Wet Seals | | | |

B

| | Pneumatic Devices (Controllers) | | | |
|---|---|---|---|---|
| | Well Sites | Gathering/ Compressor Sites | Gas Processing Plants | |
| Year | | | | 2010 data is preferred, but available information from any recent year is OK |
| Number of Sites/Plants Covered | | | | The total number of wells sites, gathering compressor sites, of gas processing plants represented by the inventory of devices below |
| Number of Low Bleed | | | | EPA defines low bleed as <6 scfh |
| Number of High Bleed | | | | EPA defines high bleed as >6 scfh |
| Number of Intermittent | | | | |

Guidance

For pneumatic devices: Do not include counts of devices operated on compressed air.  Designate pneumatic devices between "high bleed", "low bleed", or "intermittent" following the approach your company is using for Subpart W reporting.

## *Appendix B.  ANGA/API Well Survey Information*

Responses from the second part of the API/ANGA survey, which focused on more detailed well information, covered more than 60,000 wells and provided data on:

- # of gas wells without hydraulic fracturing (anytime in their history)
- # of gas wells with hydraulic fracturing (any time in their history);
    ◦ # of vertical gas wells with hydraulic fracturing (anytime in their history);
    ◦ # of horizontal gas wells with hydraulic fracturing (anytime in their history);
- # of completions for vertical gas wells with hydraulic fracturing;
- # of completions for horizontal gas wells with hydraulic fracturing;
- # of completions for gas wells without hydraulic fracturing;
- # of workovers for vertical wells with hydraulic fracturing;
- # of workovers for horizontal wells with hydraulic fracturing; and
- # of workovers for wells without hydraulic fracturing.

Table B-1 summarizes the well data collected by the ANGA/API survey and presents its distribution by formation type and region.  The regional distribution follows the National Energy Modeling System (NEMS) regions defined by the EIA.  The data are compared to EPA's national well counts classified by type as provided in the August 2011 database file (EPA, 2011d).

TABLE B-1.  API/ANGA SURVEY – SUMMARY OF GAS WELL COUNTS BY TYPE AND NEMS REGION*

| NEMS Region | Conventional Wells | Shale | Coal-bed Methane | Tight | Unspecified |
|---|---|---|---|---|---|
| Northeast | 12,144 | 3,541 | 9 | 3,874 | 2,563 |
| Gulf Coast | 2,870 | 1,990 | - | 7,968 | 1,521 |
| Mid-Continent | 9,081 | 2,333 | - | 3,747 | 5,579 |
| Southwest | 646 | 1,208 | - | 726 | 2,326 |
| Rocky Mountain | 3,707 | 366 | 5,458 | 18,053 | 11 |
| West Coast | - | - | - | - | - |
| Unspecified | | | | | 1,307 |
| Survey TOTAL | 28,448 | 9,438 | 5,467 | 34,368 | 13,307 |
| % of EPA 2010 Well Counts (from database file) | 14.2% | 30.1% | 11.5% | 45.6% | |
| Overall Survey Total | 91,028 | | | | |
| EPA Well Counts (2010, from database file) | 200,921 | 31,381 | 47,371 | 75,409 | |
| | 56.6% | 8.8% | 13.3% | 21.2% | |
| | 355,082 | | | | |
| EPA National Inventory (2010) | 484,795 | | | | |
| EIA National Well Count (2010) | 487,627 | | | | |

* ANGA/API survey data represents well counts current for calendar year 2010 or the first half of 2011.

As shown in Table B-1, data from the API/ANGA survey represent approximately 26% of the national gas wells reported by EPA's database (or 18.7% of the EIA well count data). This includes almost 46% of all tight gas wells and 30% of shale gas wells.  This may indicate that the ANGA/API information has an uneven representation of unconventional gas wells, and in particular shale and tight gas wells, but it also appears that EPA's data may mis-categorize these types of wells.  For example, the EPA/HPDI data set contains few wells from Pennsylvania and West Virginia while the API/ANGA survey includes 9,422 wells from that area (AAPG 160A).

Table B-2 summarizes additional details on the natural gas wells information collected through the second data collection effort by the ANGA/API survey which covered 60,710 wells.

**TABLE B-2.  ANGA/API SURVEY – ADDITIONAL DETAILS ON GAS WELL COUNTS\***

| | # Wells w/out hydraulic fracturing (anytime in their history) | # Wells with hydraulic fracturing (any time in their history) | | |
|---|---|---|---|---|
| | | Total | # Vertical wells | # Horizontal wells |
| TOTAL Conventional | 1,498 | 16,678 | 14,844 | 1,834 |
| TOTAL Coal Bed Methane | 42 | 3,475 | 3,424 | 42 |
| TOTAL Shale | 1,931 | 9,084 | 2,012 | 7,072 |
| TOTAL Tight | 122 | 27,880 | 24,045 | 3,835 |
| **TOTAL OVERALL** | **3,593** | **57,117** | **44,325** | **12,783** |

\* API/ANGA survey data represents well counts current for calendar year 2010 or the first half of 2011.

Additional information on natural gas wells with and without hydraulic fracturing was provided for approximately two-thirds (60,710 natural gas wells) of the total well data collected by the ANGA/API survey.  For this subset of the well data, 94% of the gas wells have been hydraulically fractured at some point in their operating history, including almost 92% of the conventional wells.  EPA's 2010 national inventory reported 50,434 gas wells with hydraulic fracturing.  This is very similar to the number of unconventional gas wells that EPA reported in the 2009 national inventory.  ***Based on the API/ANGA survey results, it appears that EPA has underestimated the number of gas wells with hydraulic fracturing.***

Of the ANGA/API survey responses for wells that have been hydraulically fractured, most (77.6%) are vertical wells.  Vertical wells are predominately conventional gas wells, coal-bed methane and tight gas wells; while the majority of shale gas wells are horizontal.  EPA does not currently distinguish between vertical and horizontal gas wells.

### A Short Note About EPA and EIA's Well Counts

There is a discrepancy of over 132,000 natural gas wells between the EPA database information (EPA, 2011d) and the EIA national gas well counts (EIA, 2012), and a difference of almost 130,000 gas wells between the two EPA data sources (EPA, 2011d and EPA, 2012).  This difference needs to be understood since ultimately both the IHS (EIA) and HPDI (EPA) data originate from the same state-level sources of information.

The EIA provides a gas well count of 487,627 for 2010 based on Form EIA-895A[6], the Bureau of Ocean Energy Management, Regulation and Enforcement (formerly the Minerals

---

[6] Form EIA-895, Annual Quantity And Value Of Natural Gas Production Report;
http://www.eia.gov/survey/form/eia_895/form.pdf

Management Service) data, and World Oil Magazine (EIA, 2010).  However, the EIA does not classify gas wells by conventional and unconventional, or by formation types, precluding more detailed comparison against the EIA data.  For some parameters the classifications were based on qualitative descriptions of the formations' physical properties (e.g. permeability) rather than on actual measurements (i.e. permeability data in millidarcy readings).[7]

EPA provides a similar well count in the 2010 national inventory: 434,361 non-associated gas wells + 50,434 gas wells with hydraulic fracturing, resulting in a total of 484,795 gas wells (EPA, 2012).  Further classification of gas wells or description on what constitutes a "non-associated" gas well versus a "gas well with hydraulic fracturing" is not provided in EPA's national inventory.

Small differences in the HPDI and IHS original data may arise from definitional differences as HPDI and IHS compile the raw data.  In addition, each state may have a different interpretation of well definitions of gas versus oil wells that introduces differences among states for the wells reported.  EPA had indicated in discussions with the API/ANGA group that their database well count information may not include all of the wells in the Marcellus basin.  EIA indicates 44,500 gas wells in Pennsylvania in 2010.  However, even in accounting for these wells, there is still a large difference (almost 88,000 wells) between EPA's total gas well number from their database source and EIA's well data.

Nevertheless, these discrepancies among the well counts need to be understood since these data all originate from the same state-level sources of information.  Differences could arise, for example, from different interpretations of well definitions.

Since the EIA data is the *de facto* benchmark in the energy industry, the difference between the EIA and EPA well count data needs to be understood before any meaningful conclusions can be made from the EPA data.

Since EPA's well count from HPDI was much lower than the EIA, this report does not attempt to come up with a national gas well count but chose to use the 355,082 number from the EPA HPDI database because it was the only available database which parsed the wells into conventional and unconventional categories (EPA, 2011d).

---

[7] Information provided by Don Robinson of ICF (EPA's contractor).

## *Appendix C.  Emission Estimates for Gas Well Liquids Unloading*

Tables C-1 through C-4 summarize the liquids unloading emissions data collected through the API/ANGA survey and the resulting emission estimates.  The emission factors reported in Table 4 are based on a regional weighted average of the conventional and unconventional gas wells, with and without plunger lifts.  This provided a consistent comparison against the EPA emission factors which are reported only on a regional basis and do not differentiate between conventional and unconventional wells or wells with and without plunger lifts.

TABLE C-1.  LIQUIDS UNLOADING FOR CONVENTIONAL GAS WELLS WITHOUT PLUNGER LIFTS

| NEMS Region | Northeast | | Gulf Coast | | Mid-Continent | | Southwest |
|---|---|---|---|---|---|---|---|
| # venting gas wells | 190 | 916 | 12 | 6 | 1 | 38 | 220 |
| Total # gas well vents | 4,335 | 39,668 | 144 | 60 | 1 | 2,444 | 880 |
| Average casing diameter, inches | 5 | 4.5 | 5.5 | 3.65 | 4.83 | 4 | 5.5 |
| Average well depth, feet | 3,375 | 3,448 | 10,000 | 19,334 | 7,033 | 4,269 | 8,000 |
| Average surface pressure, psig (for venting wells) | 85 | 50 | (Weighted average applied) 65.2 | 224 | 25.5 | 60.8 | 100 |
| Average venting time, hours | 1 | 2 | 1 | 2.5 | .25 | 4.95 | 1 |
| Average daily production rate, Mscfd | 12.83 | 7.21 | 300 | 664 | 58.43 | 84 | 100 |
| Total emissions, scf gas/yr | 13,492,728 | 78,217,933 | 1,287,782 | 3,854,938 | 2,440 | 38,451,629 | 9,037,809 |
| Emissions per well, scfy gas/well | 71,014 | 85,391 | 107,315 | 642,490 | 2,440 | 1,011,885 | 41,081 |

TABLE C-2.  LIQUIDS UNLOADING FOR CONVENTIONAL GAS WELLS WITH PLUNGER LIFTS

| NEMS Region | Northeast | | Mid-Continent | | |
|---|---|---|---|---|---|
| # venting gas wells | 33 | 109 | 164 | 2 | 10 |
| Total # gas well vents | 1,272 | 4,217 | 489,912 | 23 | 7,300 |
| Average tubing diameter, inches | 2 | 2.375 | 1.995 | 2 | 2.375 |
| Average well depth, feet | 3,375 | 3,448 | 4,269 | 7,033 | 9,500 |
| Average surface pressure, psig (for venting wells) | 85 | 50 | 60.8 | 25.5 | 500 |
| Average venting time, hours | 1 | 0.3 | 0.067 | 0.75 | 0.08 |
| Average daily production rate, Mscfd | 12.83 | 7.21 | 84 | 58.43 | 30 |
| Total emissions, scf gas/yr | 973,442 | 1,963,379 | 232,529,848 | 23,623 | 74,495,422 |
| Emissions per well, scfy gas/well | 29,498 | 18,013 | 1,417,865 | 11,811 | 7,449,542 |

TABLE C-3. LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITHOUT PLUNGER LIFTS

| NEMS Region | Northeast | Gulf Coast | | | | |
|---|---|---|---|---|---|---|
| # venting gas wells | 337 | 6 | 8 | 27 | 11 | 15 |
| Total # gas well vents | 27,720 | 6 | 104 | 207 | 572 | 15 |
| Average casing diameter, inches | 4.5 | 5.5 | 5.5 | 4.5 | 5.5 | 10.75 |
| Average well depth, feet | 4,845 | 6,000 | 11,000 | 9,000 | 13,752 | 16,000 |
| Average surface pressure, psig (for venting wells) | 121.6 | 400 | 200 | 50 | 450 | 540 |
| Average venting time, hours | 1.36 | 3 | 1 | 5.3 | 2 | 2 |
| Average daily production rate, Mscfd | 26 | 200 | 25 | 130 | 353 | 8,500 |
| Total emissions, scf gas/yr | 148,079,273 | 267,095 | 2,749,066 | 5,736,344 | 49,326,199 | 11,004,804 |
| Emissions per well, scfy gas/well | 439,404 | 44,516 | 343,633 | 212,457 | 4,484,200 | 733,654 |

**TABLE C-3.  LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITHOUT PLUNGER LIFTS, CONTINUED**

| NEMS Region | Gulf Coast | | | | Mid-Continent | | | |
|---|---|---|---|---|---|---|---|---|
| # venting gas wells | 146 | 2 | 10 | 40 | 177 | 3 | 136 | 215 |
| Total # gas well vents | 146 | 12 | 120 | 40 | 400 | 7.2 | 391.2 | 2,580 |
| Average casing diameter, inches | 4.5 | 5.5 | 5.5 | 8.625 | 5.5 | 4.92 | 5.02 | 5.5 |
| Average well depth, feet | 8,500 | 11,647 | 11,000 | 12,500 | 3,911 | 10,293 | 7,888 | 11,000 |
| Average surface pressure, psig (for venting wells) | 15 | 25 | 94 | 530 | 80 | 90.04 | 98.75 | 200 |
| Average venting time, hours | 0.6875 | 1.5 | 4 | 1 | 2.5 | 1.58 | 1.925 | 0.5 |
| Average daily production rate, Mscfd | 99 | 83 | 92 | 6,500 | 250 | 727 | 875 | 100 |
| Total emissions, scf gas/yr | 276,156 | 82,853 | 2,985,945 | 7,496,306 | 7,908,154 | 196,019 | 16,457,032 | 68,197,984 |
| Emissions per well, scfy gas/well | 1,891 | 41,427 | 298,594 | 187,408 | 44,679 | 65,340 | 121,008 | 317,200 |

**TABLE C-3.  LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITHOUT PLUNGER LIFTS, CONTINUED**

| NEMS Region | Southwest | | | Rocky Mountain | | | |
|---|---|---|---|---|---|---|---|
| # venting gas wells | 228 | 6 | 3 | 5 | 113 | 2 | 28 |
| Total # gas well vents | 221 | 6 | 1 | 1800 | 2,004 | 4 | 10,584 |
| Average casing diameter, inches | 9.625 | 5.5 | 5 | 2.375 | 4.038 | 4.7 | 4.5 |
| Average well depth, feet | 8,725 | 8,000 | 15,000 | 11,597 | 11,149 | 11,056 | 10,844 |
| Average surface pressure, psig (for venting wells) | 516 | 50 | 200 | 476 | 250 | 250 | 198 |
| Average venting time, hours | 1 | 0.5 | 6.67 | 0.77 | 1.616 | 0.75 | 3.18 |
| Average daily production rate, Mscfd | 1,500 | 12 | 150 | 41.54 | 127 | 433 | 83 |
| Total emissions, scf gas/yr | 35,075,995 | 34,759 | 65,227 | 76,746,923 | 42,212,132 | 95,677 | 262,702,911 |
| Emissions per well, scfy gas/well | 153,842 | 5,793 | 21,742 | 15,349,385 | 373,559 | 47,839 | 9,382,247 |

**TABLE C-4.  LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITH PLUNGER LIFTS**

| NEMS Region | Northeast | | | Gulf Coast | | | | |
|---|---|---|---|---|---|---|---|---|
| # venting gas wells | 308 | 103 | 5 | 3 | 2 | 22 | 59 | 5 |
| Total # gas well vents | 63,840 | 75,190 | 194 | 156 | 2 | 22 | 354 | 5 |
| Average tubing diameter, inches | 2.375 | 2.375 | 2.375 | 2.375 | 2.375 | 2.375 | 2.375 | 2.375 |
| Average well depth, feet | 4,845 | 2,500 | 7,000 | 13,752 | 16,000 | 8,500 | 11,647 | 12,500 |
| Average surface pressure, psig (for venting wells) | 121.6 | 200 | 130 | 450 | 540 | 15 | 25 | 530 |
| Average venting time, hours | 0.221 | 0.05 | 0.1 | 2 | 1 | 0.875 | 0.3 | 0.5 |
| Average daily production rate, Mscfd | 26 | 15 | 628 | 353 | 8,500 | 99 | 83 | 6,500 |
| Total emissions, scf gas/yr | 87,985,573 | 84,228,892 | 410,107 | 5,522,367 | 391,212 | 45,622 | 341,615 | 71,050 |
| Emissions per well, scfy gas/well | 285,667 | 817,756 | 82,021 | 1,840,789 | 195,606 | 2,074 | 5,790 | 14,210 |

**TABLE C-4.  LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITH PLUNGER LIFTS, CONTINUED**

| NEMS Region | Mid-Continent | | | | Southwest | |
|---|---|---|---|---|---|---|
| # venting gas wells | 48 | 4 | 64 | 29 | 18 | 60 |
| Total # gas well vents | 155,742 | 9.6 | 170.4 | 348 | 25 | 60 |
| Average tubing diameter, inches | 2.375 | 3.88 | 4.11 | 2.4 | 1.995 | 2.375 |
| Average well depth, feet | 3,911 | 10,293 | 7,888 | (Average Applied) 7,888 | 8,725 | 6,800 |
| Average surface pressure, psig (for venting wells) | 80 | 90.04 | 98.75 | 74.69 | 516 | 110 |
| Average venting time, hours | 0.0833 | 2.99 | 2.6 | 0.5425 | 0.5 | 0.2 |
| Average daily production rate, Mscfd | 250 | 727 | 875 | (Weighted average Applied) 371 | 1500 | 25 |
| Total emissions, scf gas/yr | 120,385,033 | 781,741 | 13,999,323 | 751,651 | 170,468 | 106,183 |
| Emissions per well, scfy gas/well | 2,508,022 | 195,435 | 218,739 | 25,919 | 9,470 | 1,770 |

**TABLE C-4.  LIQUIDS UNLOADING FOR UNCONVENTIONAL GAS WELLS WITH PLUNGER LIFTS, CONTINUED**

| NEMS Region | Rocky Mountain | | | | |
|---|---|---|---|---|---|
| # venting gas wells | 247 | 23 | 296 | 19 | 793 |
| Total # gas well vents | 1,476 | 51.43 | 2,080 | 21,888 | 9,516 |
| Average tubing diameter, inches | 1.997 | 1.92 | 2.375 | 2.375 | 2.375 |
| Average well depth, feet | 11,149 | 11,164 | 11,056 | 10,844 | 7,400 |
| Average surface pressure, psig (for venting wells) | 250 | 290 | 250 | 198 | 150 |
| Average venting time, hours | 0.407 | 1.12 | 2.1 | 0.455 | 0.67 |
| Average daily production rate, Mscfd | 127 | 454 | 433 | 83 | 46 |
| Total emissions, scf gas/yr | 6,427,381 | 841,788 | 72,746,777 | 105,363,947 | 27,245,035 |
| Emissions per well, scfy gas/well | 26,022 | 36,599 | 245,766 | 5,545,471 | 34,357 |

The calculated emissions shown in Tables C-1 through C-4 are based on applying Equation W-8 from 40 CFR 98 Subpart W to gas well liquid unloading without plunger lifts and Equation W-9 to gas well liquid unloading with plunger lifts. The equations and the terms are provided below.

**98.233(f)(2)** *Calculation Methodology 2.* Calculate the total emissions for well venting for liquids unloading using Equation W–8 of this section.

$$E_{s,n} = \sum_{p=1}^{W} \left[ V_p \times \left( (0.37 \times 10^{-3}) \times CD_p^2 \times WD_p \times SP_p \right) + \sum_{q=1}^{V_p} \left( SFR_q \times (HR_{p,q} - 1.0) \times Z_{p,q} \right) \right] \quad \text{(Eq. W-8)}$$

Where:

| | |
|---|---|
| $E_{s,n}$= | Annual natural gas emissions at standard conditions, in cubic feet/year. |
| $W$ = | Total number of wells with well venting for liquids unloading for each sub-basin. |
| $0.37 \times 10^{-3}$= | {3.14 (pi)/4}/{14.7*144} (psia converted to pounds per square feet). |
| $CD_p$= | Casing internal diameter for each well, p, in inches. |
| $WD_p$= | Well depth from either the top of the well or the lowest packer to the bottom of the well, for each well, p, in feet. |
| $SP_p$= | Shut-in pressure or surface pressure for wells with tubing production and no packers or casing pressure for each well, p, in pounds per square inch absolute (psia) or casing-to-tubing pressure of one well from the same sub-basin multiplied by the tubing pressure of each well, p, in the sub-basin, in pounds per square inch absolute (psia). |
| $V_p$= | Number of vents per year per well, p. |
| $SFR_p$= | Average flow-line rate of gas for well, p, at standard conditions in cubic feet per hour. Use Equation W–33 to calculate the average flow-line rate at standard conditions. |
| $HR_{p,q}$= | Hours that each well, p, was left open to the atmosphere during unloading, q. |
| $1.0$ = | Hours for average well to blowdown casing volume at shut-in pressure. |
| $Z_{p,q}$= | If $HR_{p,q}$ is less than 1.0 then $Z_{p,q}$ is equal to 0. If $HR_{p,q}$ is greater than or equal to 1.0 then $Z_{p,q}$ is equal to 1. |

**98.233(f)(3)** *Calculation Methodology 3.* Calculate emissions from each well venting to the atmosphere for liquids unloading with plunger lift assist using Equation W–9 of this section.

$$E_{s,n} = \sum_{p=1}^{W} \left[ V_p \times \left( (0.37 \times 10^{-3}) \times TD_p^2 \times WD_p \times SP_p \right) + \sum_{q=1}^{V_p} \left( SFR_q \times (HR_{p,q} - 0.5) \times Z_{p,q} \right) \right] \quad \text{(Eq. W-9)}$$

Where:

| | |
|---|---|
| $E_{s,n}$= | Annual natural gas emissions at standard conditions, in cubic feet/year. |
| $W$ = | Total number of wells with well venting for liquids unloading for each sub-basin. |
| $0.37 \times 10^{-3}$= | {3.14 (pi)/4}/{14.7*144} (psia converted to pounds per square feet). |
| $TD_p$= | Tubing internal diameter for each well, p, in inches. |
| $WD_p$= | Tubing depth to plunger bumper for each well, p, in feet. |
| $SP_p$= | Flow-line pressure for each well, p, in pounds per square inch absolute (psia), using engineering estimate based on best available data. |
| $V_p$= | Number of vents per year for each well, p. |
| $SFR_p$= | Average flow-line rate of gas for well, p, at standard conditions in cubic feet per hour. Use Equation W–33 to calculate the average flow-line rate at standard conditions. |
| $HR_{p,q}$= | Hours that each well, p, was left open to the atmosphere during each unloading, q. |
| $0.5$ = | Hours for average well to blowdown tubing volume at flow-line pressure. |

$Z_{p,q} =$   If $HR_{p,q}$ is less than 0.5 then $Z_{p,q}$ is equal to 0. If $HR_{p,q}$ is greater than or equal to 0.5 then $Z_{p,q}$ is equal to 1.

# Petroleum and Natural Gas Systems
# 2011 Data Summary



## Greenhouse Gas Reporting Program

## Introduction

In February 2013, the U.S. Environmental Protection Agency (EPA) released for the first time greenhouse gas (GHG) data for Petroleum and Natural Gas Systems[1] collected under the Greenhouse Gas Reporting Program (GHGRP). The GHGRP, which was required by Congress in the FY2008 Consolidated Appropriations Act, requires facilities to report data from large emission sources across a range of industry sectors, as well as suppliers of certain greenhouse gases, and products that would emit GHGs if released or combusted.

The data show 2011 GHG emissions from over 1,800 facilities conducting petroleum and natural gas system activities, such as production, processing, transmission, and distribution. In total, these facilities accounted for GHG emissions of 225 million metric tons of carbon dioxide equivalent ($CO_2e$).

The data represent a significant step forward in better understanding GHG emissions from Petroleum and Natural Gas Systems. EPA is working to improve the quality of data from this sector and expects that the GHGRP will be an important tool for the Agency and the public to analyze emissions, identify opportunities for improving the data, and understand emissions trends.

When reviewing this data and comparing it to other data sets or published literature, it is important to understand the GHGRP reporting requirements and the impacts of these requirements on the reported data. Facilities used uniform methods prescribed by the EPA to calculate GHG emissions, such as direct measurement, engineering calculations, or emission factors derived from direct measurement. In some cases, facilities had a choice of calculation methods for an emission source. In order to provide facilities with time to adjust to the requirements of the GHGRP, EPA made available the optional use of Best Available Monitoring Methods (BAMM) for unique or unusual circumstances. Where a facility used BAMM, it was required to follow emission calculations specified by the EPA, but was allowed to use alternative methods for determining inputs to calculate emissions.

Petroleum and Natural Gas Systems is one of the more complex source categories within the GHGRP because of the number of emission sources covered, technical complexity, and variability across facilities. It is expected that there can be differences in reported emissions from one facility to another. It is not uncommon for a handful of facilities to contribute the majority of the national reported emissions total for a specific emission source. As described in more detail below, there is a reporting threshold and the data does not cover certain emission sources, and therefore the data does not represent the entire universe of emissions from Petroleum and Natural Gas Systems. There is also variability in the methods used which could impact cross-segment, cross-source, or cross-facility comparisons. It is important to be aware of these limitations and differences when using this data, particularly when attempting to draw broad conclusions about emissions from this sector.

---

[1] The implementing regulations of the Petroleum and Natural Gas Systems source category of the GHGRP are located at 40 CFR Part 98 Subpart W.

# Petroleum and Natural Gas Systems in the GHG Reporting Program

The Petroleum and Natural Gas Systems source category of the GHGRP includes most of the largest emission sources from the petroleum and natural gas industry. The following eight segments comprise the Petroleum and Natural Gas Systems source category.

- Onshore Production: Emissions from onshore production of petroleum and natural gas associated with production wells and related equipment.
- Offshore Production: Production of petroleum and natural gas from offshore production platforms.
- Natural Gas Processing: Processing of field quality gas to produce pipeline quality natural gas.
- Natural Gas Transmission: Compressor stations used to transfer natural gas through transmission pipelines.
- Underground Natural Gas Storage: Facilities that store natural gas in underground formations.
- Natural Gas Distribution: Distribution systems that deliver natural gas to customers.
- LNG Import/Export: Liquified Natural Gas import and export terminals.
- LNG Storage: Liquified Natural Gas storage equipment.

Other segments of the petroleum and natural gas industry are covered by the GHGRP, but not included in the Petroleum and Natural Gas Systems source category, such as: Petroleum Refineries (Subpart Y), Petrochemical Production (Subpart X), Suppliers of Petroleum Products (Subpart MM), and Suppliers of Natural Gas and Natural Gas Liquids (Subpart NN).

The GHGRP also includes combustion sources that are associated with the petroleum and natural gas industry, but that do not report process emissions from any of the above source categories, such as certain facilities that have a North American Industry Classification System (NAICS) code beginning with 211 (the general NAICS for oil and gas extraction). These facilities are referred to as "Other Oil and Gas Combustion" in this document.

The GHGRP covers a subset of national emissions from Petroleum and Natural Gas Systems. Facilities in the Petroleum and Natural Gas Systems source category are required to submit annual reports if the facility total emissions exceed 25,000 metric tons $CO_2e$. In addition, the Petroleum and Natural Gas Systems source category does not currently include reporting of process emissions from the gathering and boosting segment. It also does not include reporting of vented emissions from hydraulic fracturing of oil wells. In addition, the GHGRP does not cover reporting of emissions from transmission lines between compressor stations. The petroleum and natural gas industry is growing and changing rapidly and that there may be other sources of emissions that are not currently covered. The Agency will continue to review regulatory requirements to ensure the reporting of high quality data.

EPA has a multi-step data verification process, including automatic checks during data-entry, statistical analyses on completed reports, and staff review of the reported data. Based on the results of the verification process, EPA follows up with facilities to resolve mistakes that may have occurred. Because this process is still ongoing, the data currently presented is preliminary. In addition, because of the nature of the petroleum and natural gas industry, there can be variation in emissions from facility to facility.

EPA is currently in the process of reviewing the GHGRP data to determine whether all facilities subject to the requirements submitted annual reports. As part of this process EPA will review applicable information to identify facilities that may have missed the reporting deadline and assist those facilities in submitting reports.

# Reported GHG Emissions from Petroleum and Natural Gas Systems

The following section provides information on reported GHG emissions by industry segment, by greenhouse gas, by combustion and process emissions, and by emission source. It also provides information on BAMM.

**Reported Emissions by Industry Segment**

GHG emissions from Petroleum and Natural Gas Systems activities were first required to be collected for the 2011 calendar year and the first annual reports were due to EPA in September 2012. EPA received reports from over 1,800 facilities[2] with Petroleum and Natural Gas Systems activities, with total reported GHG emissions of 225 Million Metric Tons (MMT) $CO_2e$.

The largest industry segment in terms of reported GHG emissions was onshore production, with a total of 94 MMT $CO_2e$, followed by natural gas processing, with reported emissions of 62 MMT $CO_2e$. The next largest segment was natural gas transmission, with reported emissions of 24 MMT $CO_2e$. Other oil and gas combustion accounted for 23 MMT $CO_2e$ and reported emissions from natural gas distribution totaled 14 MMT $CO_2e$. The remaining segments accounted for a total of less than 10 MMT $CO_2e$.

| Segment | Number of Facilities | Reported Emissions (Million Metric Tons $CO_2e$) |
|---|---|---|
| Onshore Production | 448 | 94 |
| Offshore Production | 99 | 6 |
| Natural Gas Processing | 372 | 62 |
| Natural Gas Transmission | 424 | 24 |
| Underground Natural Gas Storage | 44 | 1 |
| Natural Gas Distribution | 168 | 14 |
| LNG Import/Export | 7 | 1 |
| LNG Storage | 5 | < 1 |
| Other Oil and Gas Combustion | 331 | 23 |
| **Total** | **1,880** | **225** |

*Note: Total number of facilities is smaller than the sum of facilities from each segment because some facilities reported under multiple segments.*

**Reported Emissions by Greenhouse Gas**

For all segments combined, carbon dioxide ($CO_2$) emissions accounted for 142 MMT $CO_2e$ of reported emissions and methane ($CH_4$) emissions accounted for 82 MMT $CO_2e$ of reported emissions. Emissions from onshore production were primarily methane while emissions from natural gas transmission and natural gas processing were primarily carbon dioxide.

---

[2] In general, a "facility" for purposes of the GHGRP means all co-located emission sources that are commonly owned or operated. However, the GHGRP has developed specialized facility definitions for natural gas distribution and onshore production. For natural gas distribution, the "facility" is a local distribution company as regulated by a single state public utility commission. For onshore production, the "facility" includes all emissions associated with wells owned or operated by a single company in a specific hydrocarbon producing basin (as defined by the geologic provinces published by the American Association of Petroleum Geologists).



**Reported Combustion and Process Emissions**

Each segment of Petroleum and Natural Gas Systems has unique emission sources. Emissions may result from the combustion of fossil fuels or from process sources that result in the direct emission of GHGs. Reported process emissions in Petroleum and Natural Gas Systems totaled 117 MMT $CO_2$e and reported combustion emissions totaled 108 MMT $CO_2$e. The majority of combustion emissions were reported by natural gas processing, natural gas transmission, onshore production, and other oil and gas combustion. The majority of process emissions were reported by onshore production, natural gas processing, and natural gas distribution.



Process emissions may be further classified as vented emissions, equipment leaks, and flaring. Vented emissions totaled 69 MMT $CO_2$e, equipment leaks totaled 27 MMT $CO_2$e, and flaring totaled 20 MMT $CO_2$e. Vented emissions in onshore production were primarily methane while vented emissions in natural gas processing were primarily carbon dioxide. Equipment leak emissions were primarily methane and flaring emissions were primarily carbon dioxide.



**Reported Process Emission Sources**

The Petroleum and Natural Gas Systems source category (Subpart W) specifies the methods that facilities must use to calculate emissions from applicable sources.

The top reported process emission source in Petroleum and Natural Gas Systems was pneumatic devices with reported emissions of 23 MMT $CO_2$e. Natural gas pneumatic devices are automated, continuous bleed flow control devices powered by pressurized natural gas and used for maintaining a process condition such as liquid level, pressure, delta-pressure and temperature. Emissions from natural gas pneumatic devices are calculated by applying a facility determined population count to a default emission factor.

Acid gas removal units were the top reported contributor to $CO_2$ emissions from non-combustion sources and the top reported source of process emissions in the natural gas processing segment. Acid gas removal units are process units that separate hydrogen sulfide, carbon dioxide or both hydrogen sulfide and carbon dioxide from sour natural gas using absorbents or membrane separators. The $CO_2$ emitted from acid gas removal units is a part of the gas stream that is produced at the wellhead. Natural gas processing creates pipeline quality natural gas and removal of $CO_2$ from the gas streams is a key step in this process.

Associated gas and miscellaneous flare stacks were the top reported sources of process emissions from flaring for Petroleum and Natural Gas Systems. Associated gas is natural gas that is produced out of petroleum wells, but due to proximity and pipeline limitations, may be vented or flared instead of being processed. The miscellaneous flare stacks category is a catch-all category intended to cover all flares not otherwise reported in the onshore production and natural gas processing segments. For example, flaring for gas well completions and workovers with hydraulic fracturing would be reported under the gas well completions and workovers with hydraulic fracturing emission source rather than the miscellaneous flare stacks emission source. The majority of emissions from miscellaneous flare stacks were from natural gas processing and onshore production.



Note: Gas Well Compl. and Work. with HF is an abbreviation for Gas Well Completions and Workovers with Hydraulic Fracturing, and Distribution M-R Stations is an abbreviation for Distribution Metering-Regulating Stations.

**Best Available Monitoring Methods (BAMM)**

In order to provide facilities with time to adjust to the requirements of the GHGRP, EPA made available the optional use of BAMM for unique or unusual circumstances. Where a facility used BAMM, it was required to follow emission calculations specified by the EPA, but was allowed to use alternative methods for determining inputs to calculate emissions. Inputs are the values used by reporters to calculate equation outputs. Examples of BAMM include monitoring methods used by the facility that do not meet the specifications of Subpart W, supplier data, engineering calculations, and other company records.

In 2011, facilities were allowed to use BAMM for the Petroleum and Natural Gas Systems source category and these facilities were required to specify in their GHG annual reports when BAMM was used for an emission source. In total 54% of facilities in the petroleum and natural gas source category reported using BAMM in 2011. The largest number of reporters in Petroleum and Natural Gas Systems was in the onshore production, natural gas processing, and natural gas transmission segments, and these three segments also represented the segments with the largest frequency of BAMM use. The onshore production segment had 74% of facilities reporting BAMM use, natural gas processing had 83% of facilities reporting BAMM use, and natural gas transmission had 70% of facilities reporting BAMM use. The remaining segments had a lower number of reporters and proportionally lower BAMM use. Facilities in the other oil and gas combustion category were not permitted to use BAMM for 2011. For purposes of this document, facilities are recorded as using BAMM if they indicated the use of BAMM for any piece of equipment from any emission source.

It is not immediately apparent how the use of BAMM affected emissions. While EPA will continue to analyze BAMM, this analysis is complicated by the fact that facilities may have used BAMM in different ways and for different parameters depending on their unique or unusual circumstances. Over time, EPA anticipates BAMM use will decline and the Agency may have additional information to conduct verification such as certain inputs to emissions equations (which are currently not reported).[3]



---

[3] For more information, see: http://www.epa.gov/ghgreporting/reporters/cbi/index.html

## Reported GHG Emissions by Industry Segment and Source

The following section provides information on reported GHG emissions organized by industry segment. For each segment, the top reported emission sources are presented, as well as additional information on emission sources for which stakeholders have expressed interest. Over time, we hope to provide additional information on other emission sources of interest to stakeholders.

**Onshore Production**

EPA received annual reports from 448 facilities in the onshore production segment, and 332 of these facilities reported using BAMM. Total reported emissions were 94 MMT $CO_2e$. The top reported emission sources for onshore production were generally consistent with the top reported emission sources for Petroleum and Natural Gas Systems. Pneumatic devices (23 MMT $CO_2e$) and combustion equipment (22.9 MMT $CO_2e$) were the top reported emission sources, followed by associated gas venting and flaring (10.0 MMT $CO_2e$), miscellaneous equipment leaks (8.4 MMT $CO_2e$), gas well completions and workovers with hydraulic fracturing (7.6 MMT $CO_2e$), and liquids unloading (6.5 MMT $CO_2e$).



The emissions data reported by onshore production facilities can be shown by basin. The basins with the top reported emissions were the Anadarko Basin with 10.7 MMT $CO_2e$ and the San Juan Basin with 9.6 MMT $CO_2e$.



*Emission Source in Detail: Gas Well Completions and Workovers with Hydraulic Fracturing*

The data reported to the GHGRP includes gas well completions and workovers with hydraulic fracturing. In the hydraulic fracturing process, a mixture of water, chemicals and a "proppant" (usually sand) is pumped into a well at high pressures to fracture rock and allow natural gas to escape. During a stage of well completion known as "flowback," fracturing fluids, water, and reservoir gas come to the surface at a high velocity and volume. Specialized equipment can be employed that separates natural gas from the backflow, known as a "Reduced Emission Completion" (REC) or "green completion".

The GHGRP provides facilities options for calculating emissions for gas well completions and workovers with hydraulic fracturing. Facilities may measure or estimate the backflow rate in order to report emissions using an engineering calculation. Alternatively, the backflow vent or flare volume may be measured directly.

EPA received information on gas well completions and workovers with hydraulic fracturing from 224 onshore production facilities. Of these facilities 144 reported using BAMM to calculate emissions. The total reported emissions for gas well completions and workovers with hydraulic fracturing were 7.6 MMT $CO_2$e. Reported $CO_2$ emissions were 1.4 MMT $CO_2$e and reported $CH_4$ emissions were 6.2 MMT $CO_2$e.

Emissions were reported by GHG for flaring and venting activities. Facilities were also required to report the total count of completions and workovers. In addition, reporters provided a count of the number of completions or workovers employing purposely designed equipment that separates natural gas from the backflow (RECs).

The table below shows reported activity data and emissions nationally for gas well completions and workovers with hydraulic fracturing. Data collected by the GHGRP also allows for county-level analysis of reported data. As noted earlier, when reviewing the data it is important to be aware of the GHGRP reporting requirements and the impacts of these requirements on the reported data. For example, the GHGRP covers a subset of national emissions and there is variability in the methods used in calculating emissions and use of BAMM.

**Reported Emissions from Gas Well Completions and Workovers with Hydraulic Fracturing**

| Activity | Total Number | Number of RECs | Venting $CO_2$ (MT $CO_2$e) | Venting $CH_4$ (MT $CO_2$e) | Flaring $CO_2$ (MT $CO_2$e) | Flaring $CH_4$ (MT $CO_2$e) | Total Reported Emissions (MT $CO_2$e) |
|---|---|---|---|---|---|---|---|
| Gas Well Completions with Hydraulic Fracturing | 9,811 | 4,296 | 23,854 | 5,186,272 | 1,250,742 | 532,893 | 6,994,497 |
| Gas Well Workovers with Hydraulic Fracturing | 1,868 | 539 | 1,641 | 439,555 | 127,004 | 2,503 | 570,783 |
| **Total** | **11,679** | **4,835** | **25,495** | **5,625,827** | **1,377,746** | **535,396** | **7,565,280** |

*Emission Source in Detail: Liquids Unloading*

In mature gas wells, the accumulation of fluids in the well can impede and sometimes halt gas production. Liquids unloading is the process by which liquids are removed from the well through venting, the use of plunger lift systems, or other remedial treatments. The liquids unloading source category covers emissions from facilities that have wells that are venting or using plunger lifts.

A total of 246 facilities reported emissions for well venting for liquids unloading in onshore production. Of these facilities 167 reported using BAMM to calculate emissions. Total reported emissions for liquids unloading were 6.5 MMT $CO_2$e. A total of 0.5 MMT $CO_2$e reported emissions were from carbon dioxide and 5.9 MMT $CO_2$e were from methane.

Facilities were given the option between three methods for calculating emissions from liquids unloading. The first calculation method involved using a representative well sample to calculate emissions for both wells with and without plunger lifts. The second and third calculation methods provided engineering equations for wells with plunger lifts and without plunger lifts. The following table shows total activity count and reported emissions for the different calculation methods.

### Reported Emissions from Liquids Unloading

| Calculation Method | Number of Wells Venting During Liquids Unloading | Number of Wells Equipped With Plunger Lifts | $CO_2$ Emissions (MT $CO_2$e) | $CH_4$ Emissions (MT $CO_2$e) | Total Reported Emissions (MT $CO_2$e) |
|---|---|---|---|---|---|
| Method 1: Direct Measurement of Representative Well Sample | 8,800 | 7,173 | 65,615 | 2,602,058 | 2,667,673 |
| Method 2: Engineering Calculation for Wells without Plunger Lifts | 24,940 | 0 | 393,616 | 1,501,695 | 1,895,311 |
| Method 3: Engineering Calculation for Wells with Plunger Lifts | 35,555 | 35,555 | 57,906 | 1,849,656 | 1,907,562 |
| **Total** | **69,295** | **42,728** | **517,137** | **5,953,409** | **6,470,546** |

## Offshore Production

EPA received annual reports from 99 facilities in the offshore production segment, and 15 of these facilities reported using BAMM. Total reported emissions were 6 MMT $CO_2$e. For offshore production, facilities calculate process emissions using requirements that were established by the Bureau of Ocean Energy Management (BOEM). In addition, the GHGRP collects data on combustion emissions. The full list of process emission sources is extensive, but can generally be categorized into vented emissions, flaring and equipment leaks. The top reported source of emissions for offshore production was from combustion (4.4 MMT $CO_2$e), followed by venting (1.0 MMT $CO_2$e), flaring (0.5 MMT $CO_2$e), and equipment leaks (0.4 MMT $CO_2$e).



## Natural Gas Processing

EPA received annual reports from 372 facilities in the natural gas processing segment, and 308 of these facilities reported using BAMM. Total reported emissions were 62 MMT $CO_2$e. The top reported emission sources were combustion equipment (35.7 MMT $CO_2$e), acid gas removal units (15.8 MMT $CO_2$e), and miscellaneous flare stacks (7.6 MMT $CO_2$e). Emissions from the three top reported sources were primarily in the form of $CO_2$. Emissions from compressors were the top reported source of methane emissions, but reported emissions from reciprocating compressors (1.0 MMT $CO_2$e) and centrifugal compressors (0.6 MMT $CO_2$e) were smaller than the three top reported sources from this segment.



## Natural Gas Transmission

EPA received annual reports from 424 facilities in the natural gas transmission segment, and 297 of these facilities reported using BAMM. Total reported emissions were 24 MMT $CO_2$e. Combustion emissions (20.0 MMT $CO_2$e) were larger than process emissions. Following combustion equipment, the top reported emission sources were reciprocating compressors (1.8 MMT $CO_2$e) and blowdown vent stacks (0.9 MMT $CO_2$e).



## Underground Natural Gas Storage

EPA received annual reports from 44 facilities in the underground natural gas storage segment, and 25 of these facilities reported using BAMM. Total reported emissions were 1 MMT $CO_2$e. Combustion equipment (1.0 MMT $CO_2$e) was the top reported source of emissions for underground natural gas storage, followed by reciprocating compressors (0.2 MMT $CO_2$e).



### *Emission Source in Detail: Compressors*

Compressors are used in the production, processing, transmission, and storage segments to keep pipelines at a high enough pressure so natural gas will continue flowing through the pipelines. The two primary types of compressors in use in the petroleum and natural gas industry are reciprocating compressors and centrifugal compressors.

Compressors are a large source of combustion emissions in Petroleum and Natural Gas Systems, and combustion emissions for Petroleum and Natural Gas Systems were presented earlier in this document.

Compressors can also be a source of process emissions. The primary source of process emissions from compressors are from leaks in rod packing (reciprocating compressors), emissions from wet or dry seals (centrifugal compressors), emissions from blowdown vents, and emissions from isolation valve leakage. The source of emissions may vary based on the mode of operation that the compressor is in. A compressor in operating mode may have different emissions from a compressor in a shutdown depressurized mode. Because the emissions are from seal leakage, even compressors of the same manufacture can have different emissions based on the quality of the compressor seals. Emissions can be mitigated through rigorous maintenance practices and leak surveys, routing emissions to a flare, or capturing emissions.

Total reported compressor emissions from all industry segments were 5 MMT $CO_2e$. Reported carbon dioxide emissions were 0.2 MMT $CO_2e$ and reported methane emissions were 4.8 MMT $CO_2e$. The calculation method varied by industry segment. Emissions from compressors in onshore production were calculated by using population counts multiplied by an emission factor and accounted for 1 MMT $CO_2e$ of reported emissions. Emissions from compressors in the other industry segment were calculated by the use of direct measurement.

The table below shows activity data and emissions for reciprocating compressors by industry segment (excluding onshore production which used population counts). EPA received data from 4,209 reciprocating compressors, including 1,992 reciprocating compressors in natural gas processing, 1,925 reciprocating compressors in natural gas transmission, and 268 reciprocating compressors in underground natural gas storage. Of these reciprocating compressors, 2,714 reported using BAMM to calculate emissions, including 1,402 in natural gas processing, 1,160 in natural gas transmission, and 143 in underground natural gas storage.

### Reported Process Emissions from Reciprocating Compressors

| Industry Segment | Total Number of Reciprocating Compressors | Number of Reciprocating Compressors that used BAMM | CO$_2$ Emissions (MT CO$_2$e) | CH$_4$ Emissions (MT CO$_2$e) | Total Reported Process Emissions (MT CO$_2$e) |
|---|---|---|---|---|---|
| Natural Gas Processing | 1,992 | 1,402 | 55,768 | 959,727 | 1,015,740 |
| Natural Gas Transmission | 1,925 | 1,160 | 5,215 | 1,819,143 | 1,824,359 |
| Underground Natural Gas Storage | 268 | 143 | 1,506 | 213,839 | 215,344 |
| LNG Import/Export | 20 | 7 | 426 | 9,630 | 10,530 |
| LNG Storage | 4 | 2 | 1 | 1,164 | 1,164 |
| **Total** | **4,209** | **2,714** | **62,915** | **3,003,502** | **3,067,138** |

The table below shows activity data and emissions for centrifugal compressors by industry segment. For centrifugal compressors the number of compressors with wet seals is also shown. Overall emissions from centrifugal compressors were lower than those for reciprocating compressors, but the total number of reported compressors was lower as well. EPA received data from 1,088 centrifugal compressors, including 424 centrifugal compressors in natural gas processing, 622 centrifugal compressors in natural gas transmission, and 33 centrifugal compressors in underground natural gas storage. Of these centrifugal compressors, 638 reported using BAMM to calculate emissions, including 309 in natural gas processing, 291 in natural gas transmission, and 30 in underground natural gas storage.

**Reported Process Emissions from Centrifugal Compressors**

| Industry Segment | Total Number of Centrifugal Compressors | Number of Centrifugal Compressors that used BAMM | Number of Centrifugal Compressors with Wet Seals | $CO_2$ Emissions (MT $CO_2$e) | $CH_4$ Emissions (MT $CO_2$e) | Total Reported Process Emissions (MT $CO_2$e) |
|---|---|---|---|---|---|---|
| Natural Gas Processing | 424 | 309 | 319 | 21,213 | 614,524 | 635,850 |
| Natural Gas Transmission | 622 | 291 | 264 | 737 | 244,379 | 245,115 |
| Underground Natural Gas Storage | 33 | 30 | 26 | 64 | 48,486 | 48,550 |
| LNG Import/Export | 9 | 8 | 7 | 47 | 34,381 | 34,429 |
| **Total** | **1,088** | **638** | **529** | **22,061** | **941,771** | **963,944** |

## Natural Gas Distribution

EPA received annual reports from 168 facilities in the natural gas distribution segment, and 55 of these facilities reported using BAMM. Total reported emissions were 14 MMT $CO_2$e. For the natural gas distribution segment, combustion emissions (0.4 MMT $CO_2$e) were relatively lower compared to other industry segments. The primary sources of emission for natural gas distribution were distribution mains (8.3 MMT $CO_2$e) and distribution services (4.1 MMT $CO_2$e), which are caused by natural gas equipment leaks and calculated by multiplying population counts by default emission factors that are specific to pipe material.



## LNG Import/Export

EPA received emission reports from 7 LNG Import/Export terminals. Total reported emissions were 1 MMT $CO_2$e. The top reported source of emissions was combustion equipment (0.6 MMT $CO_2$e), followed by blowdown vent stacks (0.43 MMT $CO_2$e), centrifugal compressors (0.03 MMT $CO_2$e), and reciprocating compressors (0.01 MMT $CO_2$e).



**LNG Storage**

LNG Storage had the fewest number of reporters of the industry segments that comprise Petroleum and Natural Gas Systems, with 5 facilities reporting. Total reported emissions from LNG Storage were 0.05 MMT $CO_2e$. Combustion equipment (0.03 MMT $CO_2e$) was the top reported source of emissions, followed by equipment leaks (0.02 MMT $CO_2e$).



# Additional Information

View and download GHGRP data: http://epa.gov/ghgreporting/ghgdata/index.html

Additional information about Petroleum and Natural Gas Systems in the GHGRP, including reporting requirements and calculation methods: http://www.epa.gov/ghgreporting/reporters/subpart/w.html.

Data shown in this document reflects the most recent resubmitted reports from facilities as of January 16, 2013.

# Reduced Emission Completions (Green Completions)

## Lessons Learned
## from Natural Gas STAR



**Producers Technology Transfer Workshop**

**Marathon Oil and
EPA's Natural Gas STAR Program
Houston, TX
October 26, 2005**

# Green Completions: Agenda

⭐ Methane Losses

⭐ Methane Recovery

⭐ Is Recovery Profitable?

⭐ Industry Experience

⭐ Discussion Questions



# Methane Losses
# During Well Completions

✶ It is necessary to clean out the well bore and formation surrounding perforations

  ◆ **After new well completion**

  ◆ **After well workovers**

✶ Operators produce the well to an open pit or tankage to collect sand, cuttings and reservoir fluids for disposal

✶ Vent or flare the natural gas produced

  ◆ **Venting may lead to dangerous gas buildup**

  ◆ **Flaring is preferred where there is no fire hazard or nuisance**

# Methane Losses:
# Well Completions and Workovers

* An estimated 45.5 Bcf of natural gas lost annually due to well completions and workovers[1]

  ◆ **45,000 MMcf in losses from high pressure wells**

  ◆ **319 MMcf in losses from low pressure wells**

  ◆ **48 MMcf in losses from workovers**

* An estimated total of 480,000 Bbl condensate lost annually due to venting and flaring

* This amounts to over $145 million lost due to well completions and workovers

Note:
- [1]Percentage that is flared and vented unknown
- Value of natural gas at $3/Mcf
- Value of condensate at $22/bbl



*Reducing Emissions, Increasing Efficiency, Maximizing Profits*   Slide 4

# Methane Recovery
# by Green Completions

⋆ Green completions recover natural gas and condensate produced during well completions or workovers

⋆ Use portable equipment to process gas and condensate suitable for sales

⋆ Direct recovered gas through permanent dehydrator and meter to sales line, reducing venting and flaring

⋆ An estimated 25.2 Bcf of natural gas can be recovered annually using Green Completions

- ◆ **25,000 MMcf from high pressure wells**
- ◆ **181 MMcf from low pressure wells**
- ◆ **27 MMcf from workovers**

NaturalGas
EPA  POLLUTION PREVENTER

*Reducing Emissions, Increasing Efficiency, Maximizing Profits*    Slide 5

# Green Completions: Equipment

* Truck or trailer mounted equipment to capture produced gas during cleanup
  - ◆ **Sand trap**
  - ◆ **Three-phase separator**
* Use portable desiccant dehydrator for workovers requiring glycol dehydrator maintenance



Temporary, Mobile Surface Facilities,
Source: BP



*Reducing Emissions, Increasing Efficiency, Maximizing Profits*  Slide 6