

**Figure 14.** Schematic diagram of a horizontal shale gas well. Multiple horizontal shale gas wells are often drilled from a common platform, with each well stimulated with multiple hydraulic fracture treatments.[38]

Water used in drilling and particularly in hydraulic fracturing can amount to between 2 million and 8 million gallons per well. Injected water contains a previously mostly confidential combination of proprietary additives (sand, acid, gelling agents, friction reducers, biocides, corrosion and scale inhibitors, crosslinkers, etc.)[39] to facilitate the fracturing and propping open of the fractures after their creation. The U.S. House of Representatives has recently released a report on the chemicals used for hydraulic fracturing, several of which are carcinogenic and are hazardous air pollutants.[40] Anywhere between 15% and 80% of the injected water is brought back to the surface, along with formation water if it is present (Figure 15). Most of this water is produced in the first few months of production and, as it is toxic, must be disposed of through recycling, through reinjection, or, on the surface, through processing at wastewater treatment facilities.



approx. 50 ft.

**Figure 15.** A waste pit in the Catskill Mountains containing drilling fluids from the hydraulic fracturing process.[41]

These and other factors make shale gas wells expensive. Wells typically range between $2 million and $10 million (or more), each one's cost depending on location, depth, the number of hydraulic fracturing stages required, and other technical considerations.

Another key aspect of shale gas wells is the high rate at which their production declines. Conventional gas wells typically decline by 25% to 40% in their first year of production, whereas shale gas wells decline at much higher rates, typically between 63% and 85%.[42] The initial productivity of shale gas wells can be very high. In plays like the Haynesville Shale in Louisiana, initial rates can be more than 10 million cubic feet per day (Barnett Shale wells are typically much lower at about 2 million cubic feet per day). However, their steep production decline rates suggest that relying on shale gas for a large proportion of U.S. gas production will only exacerbate the "exploration treadmill" problem of the number of wells that must be drilled to maintain production.

There is simply too little history of shale gas production to substantiate the 40-year well life purported by many shale gas producers. Analyst Arthur Berman, who has studied the Barnett Shale (the oldest and best-known shale gas play) in depth, suggests that the estimated ultimate recovery from shale gas wells and overall recoverable reserves have been overstated by operators, and that shale gas plays are marginally commercial at best in the current low gas price environment.[43]

A further issue is the extrapolation made in assuming all parts of shale gas plays will be equally productive. Initially, it was assumed that shale gas plays would be "manufacturing" operations, where wells would be equally productive regardless of where they were drilled. This proved to be erroneous. As Berman pointed out,[44] quoting Chesapeake Energy CEO

24

Aubrey McClendon, in the Barnett Shale all 17 counties were thought to be equally prospective a few years ago, but today just two and a half counties have been proven to be highly productive core areas. In the Haynesville Shale play of Louisiana, which in 2008 was promoted as the fourth-largest gas field in the world, the focus of interest has retracted to a core area about 10% of the original area assumed in the optimistic projections.[45] The many geological characteristics that combine to make shale plays commercially viable will certainly prove to be restricted to small "core areas" of the broad expanses of individual shale plays currently outlined, as more drilling defines the most productive areas.

**Conventional gas wells typically decline by 25% to 40% in their first year of production, whereas shale gas wells decline at much higher rates, typically between 63% and 85%.**

**ENVIRONMENTAL ISSUES**

Hundreds of articles have been published over the past couple of years on the environmental impacts of shale gas production.

In 2010, the documentary movie *Gasland*[46] brought many of the issues involved with hydraulic fracturing and shale gas production to the forefront. The gas lobby launched a major offensive against *Gasland*[47] and started a website dedicated to countering articles providing information contrary to its interests.[48] What is clear is that the production of shale gas involves extraordinary environmental impacts compared with conventional gas drilling. These include:

- Contamination of groundwater directly through hydraulic fracturing and as a result of compromised cementing jobs in near-surface casing.[49] This is a critical and controversial issue, and has resulted in the initiation of a major U.S. Environmental Protection Agency (EPA) study with preliminary results to be released in 2012 and a final report in 2014.[50] New York State has recently imposed a temporary moratorium on new drilling permits involving hydraulic fracturing,[51]

- Contamination of surface water, and potentially drinking water, through improper disposal of toxic produced drilling fluids containing salts, radioactive elements, and other toxins. Toxic produced drilling fluids, which amount to 15% to 80% of the 2 million to 8 million gallons of water injected during hydraulic fracturing for each well,[52] are disposed of through either reinjection, surface disposal and treatment at wastewater treatment facilities, or, less commonly, recycling. Recycling involves distilling purified water from the drilling waste, which still leaves a residue of toxins[53] and is very energy intensive. The surface disposal of toxic drilling fluids and the fluids' potential to contaminate drinking water with radionuclides and other contaminants has recently been documented by the *New York Times*.[54] Indeed, efforts by shale gas producers to remain exempt from the Safe Drinking Water Act are surely counterproductive and counterintuitive if the production of shale gas is really as benign as the industry contends.[55]

- Very high water consumption, between 2 million and 8 million gallons per well, which is potentially problematic, particularly in arid areas.



Container Trucks with Hydraulic Fracturing Liquids at a Drilling Site, Dimock, Pennsylvania.[56]

- The surface impacts of road and drill pad construction and the requirement for hundreds of truck trips for each well to move the drilling rig, storage tanks, water, proppant, chemicals, compressors, and other equipment.

- Higher full-cycle greenhouse gas (GHG) emissions. Full-cycle GHG emissions from shale gas are far larger than the burner-tip emissions of the gas itself. This potentially defuses a major argument of the natural gas lobby that natural gas is a significantly lower source of GHG emissions than coal or oil. A comparison of the life-cycle analyses of GHG emissions from shale gas and coal is given in the following section.

- Induced earthquakes through fluid injection both during the hydraulic fracturing process and during the disposal of waste fluid through injection wells. To date, seismic activity related to the injection of waste flowback fluids from hydraulic fracturing seems to be the largest source of induced seismic activity.[57]

## $CO_2$ Emissions from Shale Gas Production and LNG

A major argument put forth by natural gas proponents as to why there should be a wholesale switch from coal to natural gas for electricity generation is the fact that $CO_2$ emissions from burning natural gas compared to coal are about 44% less[58] per unit of heat generated through combustion. This assumes there are no emissions in the upstream exploration, production, and transport of natural gas or coal to the point of use.

The EPA has released a new study detailing upwardly revised estimates for fugitive

methane and $CO_2$ emissions in the natural gas supply chain, and in particular emissions from unconventional gas well completions and workovers. This study states that "the natural gas industry emitted 261 [million metric tons of $CO_2$ equivalent] of $CH_4$ and 28.50 [million metric tons] of $CO_2$ in 2006."[59] This amounts to 290 million metric tons of $CO_2$-equivalent emissions, which is 5% of total U.S. end-use emissions and 22% more than the emissions of natural gas included in Figure 8 (which only considers end-use emissions). According to EPA estimates, vented and flared gas amounted to 4.2% of production over 2006–2008, exclusive of emissions in the transportation and distribution process.[60] ProPublica reviewed the new EPA emissions report and concluded that natural gas may be as little as 25% cleaner than coal, or perhaps even less.[61] An in-depth analysis comparing the full-cycle GHG emissions from shale gas, conventional gas, and surface- and underground-mined coal has been completed by Howarth et al. of Cornell University. In their paper published in April 2011, they state:

> Natural gas is composed largely of methane, and 3.6% to 7.9% of the methane from shale-gas production escapes to the atmosphere in venting and leaks over the lifetime of a well. These methane emissions are at least 30% more than and perhaps more than twice as great as those from conventional gas. The higher emissions from shale gas occur at the time wells are hydraulically fractured—as methane escapes from flow-back return fluids—and during drill out following the fracturing. Methane is a powerful greenhouse gas, with a global warming potential that is far greater than that of carbon dioxide, particularly over the time horizon of the first few decades following emission. Methane contributes substantially to the greenhouse gas footprint of shale gas on shorter time scales, dominating it on a 20-year time horizon. The footprint for shale gas is greater than that for conventional gas or oil when viewed on any time horizon, but particularly so over 20 years. Compared to coal, the footprint of shale gas is at least 20% greater and perhaps more than twice as great on the 20-year horizon and is comparable when compared over 100 years.[62]

Clearly, any assessment of the relative merits of different fuels in terms of GHG emissions must consider life-cycle emissions to be meaningful. The Howarth et al. analysis and the EPA report indicate that shale gas may have few or none of the GHG-reduction benefits much advertised by natural gas proponents when life-cycle emissions are considered on a 20-year time frame. Howarth et al. and the many commentators and critics of this study point out, however, that the data used are sparse and need to be improved. In this regard the EPA has developed new regulations for the reporting of GHG emissions from the oil and gas industry, which were to start at the beginning of 2011 with the first reporting in March 2012.[63] Whether this will happen or not remains to be seen as the American Petroleum Institute has filed a petition to have these regulations reconsidered.[64]

27



A Liquid Natural Gas tanker at port with LNG liquefaction plant in background.[65]

Another option for gas supply, should the United States commit to large amounts of new gas-fueled infrastructure that cannot be supplied by domestic gas production, is imported LNG. Aside from its higher costs (see Figure 12), the life-cycle emissions of $CO_2$ are much higher for LNG than for conventional gas due to the energy required for liquefaction, transportation, and regasification. Jaramillo et al. concluded in 2005 that, on average, LNG-transported natural gas adds 20% more $CO_2$ emissions than conventional gas on a full life-cycle basis.[66] They also concluded that LNG increases emissions for the overall delivery process before the burner tip by 137% on average compared to the emissions for conventional gas (which includes the sum total of emissions in production, processing, transmission, storage, and distribution). A further consideration with LNG is increased reliance on potentially unstable foreign suppliers.

## Outlook for U.S. Natural Gas Production

The EIA's latest, *Annual Energy Outlook* report (2011), makes projections of U.S. natural gas production and supply to 2035.[67] Its reference case of gas supply by source is illustrated in Figure 15. Several things are noteworthy about this forecast:

- Virtually all growth in U.S. gas production is forecast to come from shale gas. Shale gas production is forecast to grow by 265% from 2009 levels, or nearly quadruple, notwithstanding the environmental and other issues with shale gas production documented above. According to this forecast, the United States will be dependent on shale gas for 45% of production by 2035.

- The only other area of growth, albeit minor, is a forecast 9% growth in offshore gas production from the Gulf of Mexico, which has long been in decline.

28

- The steep declines in production from sources other than shale gas, including conventional, tight gas, and coalbed methane, are forecast to flatten out going forward, although the aggregate decline is 20% through 2035. This may be too good to be true as production declines have rarely been observed to stop as producing fields become ever more mature.

- Gas production growth from shale gas is forecast to be so robust that imports from Canada will be virtually eliminated by 2035. This also reflects Canada's gas supply situation, as production in Canada has fallen 17% since peaking in 2006, despite Canadian optimism for a shale gas windfall.

- Gas production growth from shale gas in the lower 48 is forecast to be so robust that the long-planned Alaska gas pipeline to tap into stranded gas in the Arctic is no longer needed.

- Gas production growth from shale gas is forecast to be so robust that only minimal imports of LNG will be required to meet demand.



**Figure 16.** U.S. natural gas supply by source in the latest EIA Annual Energy Outlook.[68] Associated gas is gas recovered during the production of oil. Tight gas and coalbed methane are considered to be "unconventional" sources.

The question is, how realistic is this forecast given the production and environmental issues outlined earlier for shale gas, and what level of effort would it take to achieve it in terms of drilling and impacts? And, given that this forecast does not include substantial

29

increases in the market share of natural gas for electricity generation or natural-gas-fueled vehicles, what are the realities for the enthusiasm for ramping up the use of natural gas in these sectors?

## A Reality Check on the EIA U.S. Gas Production Projection

The EIA has become increasingly enamored with huge production increases from shale gas to meet its forecast natural gas demand requirements for the United States. Shale gas is, unfortunately, the only hope as all other sources of domestic gas supply are in decline. The production and environmental issues associated with shale gas strain the credibility of such forecasts and make them increasingly unlikely. The enthusiasm of the EIA for shale gas is illustrated in Figure 17, where yearly forecasts for the production of shale gas have increased from 16% of U.S. production in 2030 in its 2009 forecast to 45% of U.S. production in 2035 in its 2011 forecast.



**Figure 17.** Forecast growth in U.S. shale gas production in the 2009, 2010, and 2011 EIA reference case forecasts.[69] Shale gas production is now forecast at 45% of U.S. supply by 2035, up from 16% in 2030 in the EIA's 2009 forecast.

A major consideration is the level of effort in terms of drilling and infrastructure development that would be required to meet this forecast growth. The recent history of annual successful gas wells drilled and gas production was discussed earlier and illustrated

in Figure 11; this figure suggests that drilling rates of fewer than 30,000 wells per year won't be sufficient to grow gas production. The current growth in U.S. gas production is a hangover from the drilling boom at rates in excess of 33,000 wells per year in the 2006–2008 time frame. The drilling rates of about 20,000 wells per year in early 2011 will likely lead to production declines unless increased markedly.

The drilling rates assumed by the EIA to meet its forecast are inadequate. Although the EIA does not differentiate in its drilling projections between oil, gas, and dry holes,[70] the historical proportions suggest that about half of its projected oil and gas well drilling would be successful gas wells. If this is the case, the EIA is suggesting that gas production can continue to grow with fewer than 17,000 wells drilled per year in 2011 and 2012. This is highly unlikely given the historical relationship between the rate of drilling and gas production. These projected drilling rates will likely mean falling gas production going forward of at least 1% per year, as llustrated in Figure 18.

**The reality is that the U.S. will likely have to endure record amounts of drilling to meet the EIA production targets, a large proportion of which will be shale gas, with all of the attendant environmental consequences.**

To increase U.S. gas production as projected by the EIA, U.S. drilling rates will likely have to increase to at least 30,000 wells per year in the near term and continue to grow to 40,000 wells per year to meet production requirements by 2035. Although it is true that when gas prices are low companies tend to drill their best prospects and hence production might possibly be maintained with fewer wells, it is unlikely that the EIA production projections could be met in the longer term given its drilling outlook. The reality is that the United States will likely have to endure record amounts of drilling to meet the EIA production targets, a large proportion of which will be shale gas, with all of the attendant environmental consequences. This will necessitate sustained gas prices considerably higher than the current price of about $4.00/mcf, which has seen gas producers selling shale gas assets.[71]

Another key question in the reality check is the marginal cost of production of shale gas. Analysts like Arthur Berman suggest the marginal cost is about $7.50/mcf[72] compared to a current price of about $4.00/mcf. Others, such as Kenneth Medlock (2010), suggest that the break-even price ranges from $4.25/mcf to $7.00/mcf.[73] The Bank of America (2008) has placed the mean break-even cost at $6.64/mcf with a range of $4.20/mcf to $11.50/mcf.[74] One thing seems certain: Shale gas, which appears to be the only hope for significantly ramping up U.S. gas production, is expensive gas, much of which is marginally economic to non-economic at today's gas prices.



**Figure 18.** Historical and projected U.S. gas production and drilling rates for the EIA forecast[75] and author's best estimate of the drilling rates that would be required to achieve the EIA forecast, based on historical performance. Also indicated is the level of gas production that can be expected given the EIA's projection of drilling rates going forward.

The future gas price projection of the EIA along with historical price data are shown in Figure 19. As can be seen, the price of natural gas has been extremely volatile and generally higher than current prices over much of the past decade. Yet the EIA forecast suggests prices will remain at or below the marginal cost of shale gas production for several years while production rises. This is likely wishful thinking of the highest order. Low prices will reduce drilling activity which will reduce supply and likely renew the price volatility observed in the past. The current penchant for selling off shale gas assets noted just above is for a good reason—they are high risk and marginally economic to non-economic at today's gas prices.



**Figure 19.** Historical U.S. gas prices compared to European gas (incl. Russia) and Asian LNG prices and the EIA forecast of U.S. gas prices through 2035.[76] The historical and forecast U.S. dry gas production is also illustrated. According to this forecast, U.S. gas prices are expected to stay at or below the marginal cost of production while production continues to rise—very likely a too-good-to-be-true scenario.

The EIA reference case of growth in future gas supply through radically ramped-up shale gas production stretches believability without considerably higher rates of drilling than projected. Based on a historical analysis, the annual number of new gas wells will have to be nearly double its projection to achieve its production forecast. This is unlikely to happen without significantly higher prices, which the EIA projection rules out. A more likely scenario, in my opinion, is for declining gas production over the next few years, unless prices go considerably higher to spur increasing amounts of drilling, along with increased price volatility. Based on such forecasts, the assumption of a business-as-usual future with abundant gas supplanting imported oil and replacing coal is folly.

# GAS VERSUS COAL FOR ELECTRICITY GENERATION

Natural gas is a cleaner fuel than coal for electricity generation with lower $CO_2$ and other emissions, yet, as illustrated in Figure 7, coal generated 45% of U.S. electricity in 2009 versus 23% for gas. The distribution of electricity generation facilities by fuel in the United States is shown in Figure 20. Coal is concentrated in the eastern half of the country and in the west from Arizona through Montana and North Dakota, whereas gas is widely dispersed, often at much smaller facilities than coal.



**Figure 20.** Location and relative size of U.S. electricity generating capacity by fuel.[77]

There have been calls from the gas lobby and environmental groups alike to shut down coal-fired generating plants and replace them with gas. Figure 20 illustrates the magnitude of increased gas production that would be required to replace coal-fired electricity generation with gas over and above the EIA reference case projection. Electricity generation from gas would have to more than double from current levels and overall gas production from the lower 48 would have to increase by 64% to offset the electricity generated by coal in 2009. Given that achieving the 265% growth in shale gas production in the existing EIA reference case is likely to be extremely challenging in itself, and will involve major environmental impacts, the concept of replacing coal with gas is likely wishful thinking at best. The Aspen Environmental Group reviewed some of the

34

logistical bottlenecks to the wholesale transition from coal to natural gas.[78] These include the lack of sufficient pipeline capacity in 21 states as well as the lack of storage capacity on the East Coast, in the Central Plains states, and in Nevada, Idaho, Arizona, and Missouri. Aspen concluded that the cost of building gas plants to replace all existing coal plants, plus new pipeline requirements and ancillary infrastructure, would be more than $700 billion.



**Figure 21.** Amount that U.S. Lower-48 natural gas production would have to increase to cover the electricity generated by coal in the EIA *Annual Energy Outlook 2011* forecast.[79] Gas production would have to increase by 64% as of 2009 and by 52% of an expanded supply by 2035.

One of the principal appeals of replacing coal-fired plants with natural gas is reduced $CO_2$ emissions. Table 1 illustrates the efficiencies of various coal-fired and natural-gas-fired generating technologies and their burner-tip emissions expressed as pounds of $CO_2$ per kilowatt-hour. Considering burner-tip emissions only, the existing natural gas fleet emits 56% less $CO_2$ per kilowatt-hour than the existing coal fleet. The most efficient current generation technologies can further reduce burner-tip $CO_2$ emissions by 24% for coal and 17% for gas compared to the average of the existing electricity generation fleets.

35



| Fuel | Technology | Heat Rate (BTU/kWh) | Efficiency (%) | Pounds $CO_2$/kWh |
|------|-----------|--------------------:|---------------:|------------------:|
| Coal | Existing U.S. Fleet | 10414[80] | 32.8 | 2.19 |
| Coal | Subcritical Pulverized Coal | 9950[81] | 34.3 | 2.09 |
| Coal | Subcritical Fluidized Bed | 9810[82] | 34.8 | 2.06 |
| Coal | Supercritical Pulverized Coal | 8870[83] | 38.5 | 1.86 |
| Coal | Ultrasupercritical Pulverized Coal | 7880[84] | 43.3 | 1.65 |
| Coal | Integrated Gasification Combined Cycle | 8891[85] | 38.4 | 1.87 |
| Coal | Supercritical Oxyfuel | 8865[86] | 38.5 | 1.86 |
| Gas | Existing U.S. Fleet | 8157[87] | 41.8 | 0.96 |
| Gas | Combined Cycle | 6800[88] | 50.2 | 0.80 |
| Gas | Combustion Turbine | 10842[89] | 31.5 | 1.28 |

**Table 1.** Efficiency and burner-tip $CO_2$ emissions per kilowatt-hour for various coal- and gas-fired electricity generation technologies. Emissions per million BTUs for coal were assumed to be 210 pounds of $CO_2$ and for gas 117.8 pounds of $CO_2$.[90]

Of course, as discussed earlier, it is misleading to consider only burner-tip emissions when comparing gas- to coal-fired generation, considering the fugitive methane and indirect $CO_2$ emissions from upstream gas production, processing, transmission, and distribution operations and similar emissions from mining, transporting, and processing coal. Full-cycle GHG emissions provide a more objective basis for comparison. The full-cycle GHG emissions from shale gas may be higher than both conventional gas and coal when considered on a 20-year time frame (over which methane has between 72[91] and 105[92] times the Global Warming Potential of $CO_2$ as a greenhouse gas).[93] Figure 22 illustrates the various gas- and coal-emissions estimates of Howarth et al. (based on estimates of Shindell et al.) over both 20- and 100-year time frames in terms of carbon-equivalent

36

emissions per unit of heat. As can be seen, coal has a lower global warming impact compared to shale gas only over the first few decades of emissions, and is equal to or greater than any of the Howarth et al. estimates for gas when considered over a 100-year time frame.



**Figure 22.** Comparison of Howarth et al.[94] estimates for shale gas, conventional gas and coal in terms of carbon emissions per unit of heat versus Global Warming Potential (GWP) using the estimates of the IPCC[95] and Shindell et al.[96] on 20-and 100-year timeframes.

Given that coal has higher carbon emissions than natural gas per unit of heat, a comparison of coal- to gas-fired electricity generation must be done on an emissions per kilowatt-hour basis. As shale gas is virtually the only source of gas production growth in the EIA's reference case, incremental gas supply to fuel a transition from coal would have to involve shale gas. Table 2 illustrates the impact of considering full-cycle emissions on various coal- and gas-fired electricity generation technologies utilizing the low, high, and mean emissions estimates of Howarth et al. (2011) comparing shale gas to surface-mined coal (the main source of coal for power generation) on a 20-year time frame basis. As this comparison is highly dependent on the Global Warming Potential (GWP) assigned to methane, both the newer GWP estimate of Shindell et al. (2009)[97] used by Howarth et al. and the older GWP estimate of the IPCC (2007)[98] are included. The mean estimates of Howarth et al. for shale gas suggest that GHG emissions from the existing U.S. gas generation fleet, fuelled by shale gas, *would be 38% higher than the existing coal generation fleet* using the GWP of Shindell et al. and *10% higher than the existing coal*

*generation fleet* using the GWP of the IPCC. On a 20-year time frame basis, *the best-in-class gas technology (combined cycle) fueled by shale gas would produce 52% more emissions than the best-in=-class coal technology (ultrasupercritical) using the GWP of Shindell et al. and 21% more emissions using the GWP of the IPCC.*



| Fuel | Technology | Heat Rate (BTU/Kwh) | Pounds CO$_2$ Equivalent per kWh | | | | | |
|------|------------|---------------------|------------------------------------|---|---|---|---|---|
| | | | GWP=105 (Shindell et al.) | | | GWP=72 (IPCC) | | |
| | | | Low | High | Mean | Low | High | Mean |
| Coal | Existing U.S. Fleet | 10414[99] | 2.38 | 2.38 | 2.38 | 2.35 | 2.35 | 2.35 |
| Coal | Subcritical Pulverized Coal | 9950[100] | 2.28 | 2.28 | 2.28 | 2.24 | 2.24 | 2.24 |
| Coal | Subcritical Fluidized Bed | 9810[101] | 2.24 | 2.24 | 2.24 | 2.21 | 2.21 | 2.21 |
| Coal | Supercritical Pulverized Coal | 8870[102] | 2.03 | 2.03 | 2.03 | 2.00 | 2.00 | 2.00 |
| Coal | Ultrasupercritical Pulverized Coal | 7880[103] | 1.80 | 1.80 | 1.80 | 1.78 | 1.78 | 1.78 |
| Coal | Integrated Gasification Combined Cycle | 8891[104] | 2.03 | 2.03 | 2.03 | 2.00 | 2.00 | 2.00 |
| Coal | Supercritical Oxyfuel | 8865[105] | 2.03 | 2.03 | 2.03 | 2.00 | 2.00 | 2.00 |
| Gas | Existing U.S. Fleet | 8157[106] | 2.41 | 4.15 | 3.28 | 1.98 | 3.18 | 2.58 |
| Gas | Combined Cycle | 6800[107] | 2.01 | 3.46 | 2.73 | 1.65 | 2.65 | 2.15 |
| Gas | Combustion Turbine | 10842[108] | 3.20 | 5.52 | 4.36 | 2.63 | 4.22 | 3.42 |

**Table 2.** Full cycle CO$_2$ equivalent emissions per kilowatt-hour for various coal- and gas-fired electricity generation technologies comparing shale gas to surface-mined coal using the full-cycle greenhouse gas emission estimates of Howarth et al. (2011).[109] This is based on the 20-year impact of methane emissions as a greenhouse gas. The methane Global Warming Potential of Shindell et al.[110] and the IPCC[111] are both included.

Figure 23 compares emissions per kilowatt-hour for the existing coal- and gas-fired electricity generation fleets and best-technology coal and gas using the mean estimate for shale gas GHG emissions of Howarth et al. over the spectrum of the GWP range for 20- and 100-year time frames. The existing coal fleet produces less GHG emissions than the existing gas fleet fuelled by shale gas only when compared on a time frame of 30 to 40

years. Best-technology coal compared to best-technology gas produces less emissions over a 50- to 60-year time frame, but more emissions after that. When compared on a 100-year time frame, the existing coal fleet would produce 46% more emissions than the existing gas fleet, and best-technology coal would produce 32% more emissions than best-technology gas.

The GHG emission impacts of natural gas are clearly frontloaded, and will exacerbate near-term global warming impacts compared to coal. Moving to best-technology gas and coal can reduce emissions by 17% and 24%, respectively, compared to the existing fleets. Clearly the choices going forward are not as simple as the oft-touted rhetoric that "gas produces half of the emisions of coal." *Greenhouse gas impacts over the next 30 to 40 years could be made considerably worse by a wholesale switch to gas for electricity generation.* Thus the concept of natural gas as a low-carbon bridge fuel to a future powered largely by renewable energy is cast in considerable doubt as a strategy to reduce global warming. Indeed, it may in fact be a strategy that increases global warming over the next few decades. This is a critically important consideration for those concerned about global climate change, who recognize that reducing greenhouse gas emissions in the near term is the only solution to avoiding climatic tipping points.

**Greenhouse gas impacts over the next 30 to 40 years could be made considerably worse by a wholesale switch to gas for electricity generation.**



**Figure 23.** Comparison of $CO_2$ equivalent emissions per kilowatt-hour for the mean shale gas emission estimate of Howarth et al.[112] compared to surface-mined coal for both the existing coal and gas electricity generation fleet and best-technology coal and gas. This comparison covers the range of Global Warming Potential (GWP) highlighting the estimates of the IPCC[113] and Shindell et al.[114] on 20- and 100-year timeframes.

A legitimate question in this comparison of various gas- and coal-fired electricity generation technologies is the extent to which fugitive methane could be reduced through the application of available technology to capture these emissions. A considerable effort to capture fugitive methane emissions has already been underway for some time through the EPA's Gas Star Program.[115] Howarth et al. (2011) attribute fugitive methane emissions to five components of the supply chain: well completions; leaks at well sites; liquid unloading; gas processing; and transport, storage, and distribution.[116] The two largest components for shale gas are well completions (1.9% of total production) and transport, storage, and distribution (1.4% to 3.6% of total production).



Gas flaring from a natural gas rig[117]

The U.S. Government Accounting Office (GAO) has suggested that vented and flared emissions from onshore natural gas wells on federal leases amounted to 4.2% of total production between 2006 and 2008 (citing EPA data), excluding transport and distribution, and could be reduced by up to 40% using available capture technologies.[118] This estimate of emissions, although not specific to shale gas, agrees well with the upper end of the Howarth et al. range for shale gas, excluding emissions from transport, storage and distribution. Figure 24 illustrates the impact of reducing the Howarth et al. shale gas emission estimates, exclusive of transport, storage and distribution, by 40%, based on mean estimates per kWh. Although the degree to which shale gas emissions would exceed coal in the short term is considerably less than the current case, *shale gas still exceeds coal on a 20 year timeframe basis in terms of global warming potential.*

There is a major incentive to capture fugitive methane emissions from unconventional gas wells, both in terms of lost revenue and greenhouse gas emissions. The Howarth et al. estimate of emissions from flowback during a well completion in the Haynesville Shale amounts to a million dollars of lost gas at current prices. The equipment to capture these emissions is expensive, but, given the magnitude of lost revenue, payback is normally within about two years.[119] Nonetheless, full deployment of fugitive methane capture to achieve the 40% reduction target of the GAO is likely take many years.

41



**Figure 24.** Comparison of future $CO_2$ equivalent emissions per kWh, if a 40% reduction is achieved in current methane emissions, for the mean shale gas emission estimate of Howarth et al.[120] compared to surface-mined coal for both the existing coal and gas electricity generation fleet and best-technology coal and gas. This comparison covers the range of Global Warming Potential (GWP) highlighting the estimates of the IPCC[121] and Shindell et al.[122] on 20- and 100-year timeframes.

\

## Coal-Fired Electricity Generation: The Current Situation

In any consideration of large-scale transition from coal to gas it is important to understand the nature and opportunities provided by the existing fleet, the scaling issues, the capital costs, the time frame to accomplish the transition, and what might be achieved in emissions reduction going forward.

The U.S. coal-fired electricity generation fleet is aging. Fifty-nine percent of the existing 1466 plants are more than 42 years old.[123] These plants represent 34% of total coal-fired generating capacity. As illustrated by Figure 25, the real construction boom in U.S. coal plants in terms of added generation capacity occurred from the late 1950s through 1990. There has been little added capacity over the past two decades. The older plants are generally of smaller capacity and much worse in terms of efficiency and overall emissions.



**Figure 25.** Age of the existing coal-fired generation plants in the United States according to the number of plants commissioned in each period and their generating capacity.[124]

The environmental issues associated with these coal plants, aside from $CO_2$ emissions, include emissions of sulfur oxides, oxides of nitrogen, mercury, particulates, and a host of other contaminants. Pollution control technology exists to greatly reduce emissions, but a significant proportion of the coal fleet, in particular the older units, has no pollution controls. Pollution control technologies include:

- Scrubbers to remove sulfur oxides and mercury.

- Activated carbon injection (ACI) and baghouse (filtration) to remove particulates and mercury.

- Selective catalytic reduction (SCR) to remove oxides of nitrogen and mercury.

- Electrostatic precipitators (ESPs) to remove particulates and sulfuric acid mist.

In 2010, 52% of U.S. coal-fired capacity had no scrubbers, 57% had no SCR capability, and 96% had no ACI systems.[125] Other issues are water for cooling, which is commonly used once and discharged, and ash disposal. The U.S. Environmental Protection Agency is looking to put new regulations in place by 2015 that would require the installation of scrubbers and other emission control devices on all coal plants.[126] These may also include controls on cooling water as well as regulating ash, which are currently exempt either as a hazardous waste or, less stringently, as a nonhazardous municipal waste.



An absorber for a coal-fired power plant, through which special scrubbing agents are used to absorb $CO_2$.[127]

The implementation of strict pollution regulations (if requirements for scrubbers, SCR, and cooling towers are included) will force the retirement of up to 21% of the current coal-fired generating capacity for economic reasons. If this retired capacity, which is estimated at between 50 and 66 gigawatts, is replaced by natural gas it would increase total gas demand by roughly 10% and result in a reduction of $CO_2$ emissions of 150 million metric tons annually, or about 10% of total coal $CO_2$ emissions by 2020[128] (much less if upstream gas emissions were included).

A fundamental characteristic of coal-fired electricity generation is that it is best suited for base load requirements, as output cannot be efficiently cycled up and down to balance the output of variable generation sources such as wind, photovoltaics, and concentrated solar. A recent study by Bentek Energy suggests that the cycling of coal plants to balance intermittent wind in Colorado resulted in no net $CO_2$ emissions reduction benefit from the added wind, as the coal plants operate less efficiently when cycled.[129] In fact, this study suggested that overall emissions of sulfur oxides, oxides of nitrogen, and $CO_2$ were greater than if wind had not been integrated into the system. The Colorado situation is unique, however, given the high reliance on coal in this jurisdiction and is not replicated in jurisdictions that have a higher proportion of gas-fired generation, which is better suited to cycling to balance intermittent generation from wind and other renewables.

The fundamental attraction of coal for utilities is its lower and generally more stable price compared to the volatility of natural gas prices. Furthermore, older plants are generally fully capitalized so the only inputs are fuel costs and operating costs. This is reflected in the "capacity factor" of coal plants, which is the amount of electricity generated compared to the amount that would be generated if the plants ran continuously. The capacity factor of coal plants averaged 65% in the United States as a whole and ranged up to 77% in some jurisdictions in 2009.[130] This compares to capacity factors of 35% or less for gas[131] in 2008 and 31% for wind.[132]

## Natural-Gas-Fired Electricity Generation: The Current Situation

Natural-gas-fired electricity generation capacity in the United States more than doubled during a huge build-out in the 2000–2004 period (Figure 26). Although there are some large plants with generating capacities of greater than 500 megawatts, there are a large number of smaller units such that there were 5467 gas plants operating or on standby, in total, in the United States in 2008.[133]



**Figure 26.** Age of the existing natural-gas-fired generation plants in the United States according to the number of plants commissioned in each period and their generating capacity.[134] This includes all operational and standby gas plants of all types.

Historically, the price of natural gas has been much higher than coal on a cost per unit of heat basis, which favored coal as a base load fuel and natural gas as a peak load fuel. Natural gas combustion turbines are well suited to cycling up and down to match peaks in demand and the intermittent output of renewable sources like wind, photovoltaics, and concentrated solar. Natural gas combined-cycle plants are much more efficient than combustion turbines but are less amenable to cycling and more suited to base load. There has been a large build-out of combined-cycle capacity over the past decade.

There is currently more natural gas generating capacity installed in the United States than coal generating capacity (Figure 27). Yet coal generates nearly twice as much electricity as gas. This is a function of the higher and historically volatile price of gas, as well as gas-fired generation's utility to balance peak loads on the grid versus coal's use as base load. Another fundamental factor is that new gas-fired capacity is 40% or less of the capital cost of new coal-fired capacity.[135]



**Figure 27.** Cumulative additions of coal- and natural-gas-fired generation plants in the United States over time according to the number of plants commissioned in each period and their generating capacity.[136]

## Natural-Gas- and Coal-Fired Electricity Generation: The Future

There is that old saying "there is no such thing as a free lunch." Both coal and gas have serious environmental impacts throughout the supply and utilization chain. We have looked in detail at the environmental issues surrounding the production and movement of shale gas. Coal also has serious environmental impacts in the supply chain, from mountaintop removal operations in the East to huge surface mining operations in the Powder River Basin and elsewhere in the West. Both fuels have serious emissions problems at the scale they are being used. Nonetheless, these fuels supplied 45% of all primary energy consumption and 68% of all electricity generation in 2009 (see Figures 1 and 7). Although the scaling of non-hydro renewable energy technologies is crucial, they provided only 4% of primary energy and electricity generation in 2009. Hence we are likely to be using natural gas and coal for a very long time to come. The question is how to minimize their impacts on the environment in both upstream production and downstream utilization and maximize their efficiency and utiliy.

46

At the top of any list on how to reduce emissions and improve energy security must be reducing energy demand by all conceivable methods. Ask any installer of solar and wind equipment at a household scale and the first thing they will tell you is to reduce loads as much as possible as it is far more cost effective than trying to meet existing loads with additional supply. This is a solution that also applies at the state and national levels with electricity supply. California is perhaps the best example in the United States with a per capita electricity consumption of 7013 kWh/person, which has remained flat for three decades, compared to the U.S. average of 12,326 kWh/person, which has grown by one-third over the past three decades.[138] After aggressive efforts at demand-side management to cut electricity requirements as much as possible, there are several other principles that can further cut requirements for fuels and reduce emissions; there are also counterproductive initiatives being pursued by governments.

> **At the top of any list on how to reduce emissions and improve energy security must be reducing energy demand by all conceivable methods.**





Mountaintop removal near Hazard, Kentucky[137]

## Retire Inefficient Plants and Replace if Necessary with Best-in-Class

We have seen that 59% of U.S. coal plants, accounting for 34% of total coal-fired electricity generation capacity, are more than 42 years old. Most of these plants are inefficient with few or no pollution controls. The new EPA regulations to be put in place in the 2015 time frame will see many of these plants retired. All remaining coal plants will be retrofitted with pollution control technology for sulfur oxides, oxides of nitrogen, mercury, and particulates. Currently available ultrasupercritical coal-fired generation technology can reduce coal requirements and $CO_2$ emissions by 24% for the same level of electricity output (see Table 1). Projected future advancements, which may or may not materialize,

could push this to 35% less fuel consumption and $CO_2$ emissions. Clearly, retiring inefficient plants and replacing them, if that capacity is required, by best-in-class technology can significantly reduce both the amount of fuel required and $CO_2$ emissions.

Similarly, combined-cycle natural gas plants are much more efficient than combustion turbines, although less flexible in terms of cycling to meet peak loads. Further advancements in the efficiency of gas-fired generation are also projected.

## Implement Cogeneration—Production of Both Heat and Power



A co-generation power plant in Denmark.[139]

The production of electricity while capturing and utilizing waste heat can significantly increase the overall efficiency of both coal- and gas-fired electricity generation plants and reduce both fuel consumption and emissions. Europe, and particularly Denmark, is a world leader in combined heat and power (CHP), also known as cogeneration. An ultrasupercritical coal plant in Denmark is reportedly operating at 47% efficiency, not including heat capture. Including heat capture, which is utilized for district heating, the overall efficiency of an ultrasupercritical coal plant with CHP increases to more than 70%.[140] More than half of Danish homes are heated with district heating and more than 80% of Danish district heating is generated in conjunction with electricity production.[141] The CHP plants in Denmark range from small biomass-fueled units to natural-gas-fired plants to large-scale ultrasupercritical coal plants. A challenge with cogeneration is that plants must be located in close proximity to users of the waste heat.

To date there has been relatively little application of cogeneration in the United States. Denmark's example suggests that there is a major opportunity to reduce both fuel consumption of coal and gas as well as the emissions from burning them through district and process heating, cogeneration, and best-in-class technology.

## Use Fuels that Must Be Burned in Their Highest-Value Applications

As outlined earlier, natural gas is a high-value fuel with major applications in the industrial, residential, and commercial sectors (see Figure 5). Only 30% of U.S. natural gas production is used for electricity. Nonetheless, natural-gas-generated electricity is very useful for

48

balancing the intermittent output from renewable sources—this is its forte. Coal, on the other hand, is a low-cost fuel best suited to base load. The environmental costs of both coal and gas are substantial, on the extraction side and from emissions on the utilization side. And the environmental costs of the "game-changer"—shale gas—are perhaps worse than coal on a full-cycle basis. There is a saying in the petrochemical industry that burning natural gas to generate electricity, or to extract bitumen from the oil sands, is akin to "turning gold into lead" or "lighting candles with hundred-dollar bills." Site-specific decisions made on future generation options must consider the full-cycle environmental impacts of fuels, their reliability and costs of supply, the scope for alternatives, and whether base load or peaking is required to maintain stability in the grid.

## Carbon Capture and Storage—A Waste of Energy and Money?



Carbon capture and sequestration project in Weyburn, Saskatchewan, Canada.[142]

Carbon capture and storage (CCS) technologies are being promoted by politicians as a panacea for expanding the consumption of fossil fuels globally while minimizing carbon emissions. Examples of $CO_2$ flooding to produce extra oil at Weyburn,[143] in Saskatchewan, Canada, and $CO_2$ stripped from natural gas and injected at Sleipner,[144] in the North Sea, are touted as proof that CCS can work. However, both examples are red herrings when it comes to the large-scale capturing, injecting, and long-term sequestering of $CO_2$ from sources such as coal plants. $CO_2$ injections at Weyburn, for example, are economical because they result in greater oil recovery. The recovered oil, though, is then burnt, creating as much or more $CO_2$ than was ever sequestered. $CO_2$ flooding to recover remaining oil in depleted reservoirs has been under way for decades, and will continue to be conducted. This procedure is about recovering extra oil, not net reductions of $CO_2$. Sleipner produces natural gas that is over 9% $CO_2$, which must be removed for the gas to

49

be salable; thus there are few of the punitive energy and capital costs entailed in trying to sequester $CO_2$ from coal plants.

The holy grail of CCS for politicians is so-called clean coal, whereby $CO_2$ is stripped from flue gas, compressed to a liquid or supercritical state, and then injected into saline aquifers. Although there are dozens of research and pilot projects globally, commercial-scale CCS from a coal plant has yet to be demonstrated. There are four major issues with CCS that make it counterproductive:

- The safety and long-term integrity of $CO_2$ storage in deep saline aquifers. This has recently been investigated in depth by Thomson (2009),[145] who outlined many concerns, including the largely untested nature of disposal in saline aquifers and the potential for leakage.

- The parasitic energy loss in separating $CO_2$ from flue gas and compressing it to a liquid or supercritical state. These losses range from 18.8% to 26.8% of the power output from a coal plant, depending on the technology, as shown in Table 3. A CCS-equipped coal plant will also require between 23.1% and 36.7% more fuel to overcome parasitic losses, again depending on technology (Table 3), with all the environmental, energy, and capital costs of providing it.

- The capital cost of a CCS-equipped power plant is estimated to be between 32.2% and 74.2% higher than a conventional plant, depending on the technology (Table 3).

- The additional capital and energy costs of building $CO_2$ pipelines, drilling injection wells, and monitoring storage sites for a few hundred years.

Notwithstanding the potential risks of large-scale CCS, and the fact that it has yet to be demonstrated at a commercial scale, its projected costs represent a lost opportunity for this capital, which could instead be invested in alternative energy and infrastructure to radically lower energy footprints. Not burning coal or natural gas is a low-tech but very effective way of reducing $CO_2$ and other emissions while at the same time retaining nonrenewable resources to enhance future energy security.



| Technology | Efficiency (%) | Efficiency with CCS (%) | Energy Penalty with CCS (%) | Additional Fuel Required with CCS (%) | Additional Capital Cost with CCS (%) |
|---|---|---|---|---|---|
| Subcritical Pulverized Coal | 34.3 | 25.1 | 26.8 | 36.7 | 74.2 |
| Subcritical Fluidized Bed | 34.8 | 25.5 | 26.7 | 36.5 | 70.7 |
| Supercritical Pulverized Coal | 38.5 | 29.3 | 23.9 | 31.4 | 60.9 |
| Ultrasupercritical Pulverized Coal | 43.3 | 34.1 | 21.2 | 27.0 | 53.7 |
| Integrated Gasification Combined Cycle | 38.4 | 31.2 | 18.8 | 23.1 | 32.2 |
| Supercritical Oxyfuel | 38.5 | 30.6 | 20.5 | 25.8 | 39.7 |

**Table 3.** Comparison of the efficiency of various coal-burning technologies with and without CCS, as well as the parasitic power loss, additional fuel required and additional capital costs of CCS.[146]

Vaclav Smil perhaps best summed up the futility of large-scale CCS in his comment published in *Nature* in 2008[147]:

> Carbon sequestration is irresponsibly portrayed as an imminently useful large-scale option for solving the challenge. But to sequester just 25% of $CO_2$ emitted in 2005 by large stationary sources of the gas (9.6 $Gm^3$ at the supercritical density of 0.468 g $cm^{-3}$), we would have to create a system whose annual throughput (by volume) would be slightly more than twice that of the world's crude-oil industry, an undertaking that would take many decades to accomplish.

# GAS VERSUS OIL FOR TRANSPORTATION



A compressed natural gas vehicle being refueled.[14-]

Another initiative promoted by the gas lobby[149] and by the Pickens Plan[150] formulated by T. Boone Pickens is refitting the vehicle fleet, or at least the heavy-vehicle portion of it, to burn natural gas either in a compressed or liquid form. This argument is based on the fact that natural gas burns more cleanly than either diesel or gasoline, and making the switch would improve energy security by displacing foreign imports of oil. The existing U.S. vehicle fleet consumed 11.1 million barrels of oil per day in 2009, which is substantially above 2009 oil imports of 9.5 million barrels per day.[151]

Figure 26 illustrates by how much gas production would have to increase to replace the oil consumed by the heavy- and light-vehicle fleet. Clearly, it is highly unlikely that U.S. gas production could be increased enough to make significant inroads into the oil-fueled fleet at its current rates of energy consumption, let alone the 95% to 100% that natural gas production would have to increase to replace it.

Nonetheless, the 130,000 natural-gas-fueled vehicles in the United States provide a useful, less polluting alternative, particularly in municipal applications for short-haul, high-mileage vehicles (buses, taxis, refuse trucks, etc.). This fleet will increase going forward, but is likely to remain only a niche player in overall transportation given the current scale of the oil-fueled fleet.



**Figure 28.** Amount that U.S. Lower-48 natural gas production would have to increase to cover the oil burned by light and heavy vehicles in the EIA *Annual Energy Outlook 2011* reference case projection.[152] Gas production from the Lower 48 would have to increase by 100% as of 2009 to completely fuel the existing vehicle fleet and by 95% of the expanded EIA supply projection by 2035.

Several issues—besides the unlikely possibility of increasing gas supply substantially over and above the EIA forecast—limit the wholesale takeover of the vehicle fleet by natural gas. These include:

- The high incremental cost of natural-gas-fueled vehicles (e.g., $5500 for a Honda GX[153]) and the high cost of retrofits to existing vehicles (approximately $10,000 in the United States[154]).

- The need to establish a national fueling infrastructure for compressed natural gas (CNG).

- The fact that CNG is not sufficiently energy dense to provide enough range for long-haul trucks. LNG (liquefied natural gas), which is sufficiently energy dense, has been proposed as an alternative source of natural gas fuel but is problematic as it must be kept at –162°C and a national refueling system would have to be established.

The other option, should a miraculous surfeit of natural gas arise, would be to convert natural gas to conventional liquid fuels—diesel, gasoline, and ethanol—through the

Fischer-Tropsch process in gas-to-liquids plants to fuel the existing fleet. There is little gas-to-liquids capacity in the world at present, nor is there projected to be over the next quarter century.[155] The energy loss in this conversion process is also substantial, as are the associated emissions.

# IMPLICATIONS AND CONCLUSIONS

Natural gas has been an important part of the U.S. energy supply and will continue to be for the foreseeable future. However, the notion that natural gas is a panacea that can substantially offset oil imports as a transportation fuel or replace coal-fired electricity generation in business-as-usual growth scenarios is wishful thinking at best.

The current (2011) EIA reference case projection of gas supply growth in the United States is based almost entirely on shale gas, which would have to grow more than threefold and supply 45% of U.S. production by 2035. Given past experience, it will take much higher drilling rates and much higher gas prices than forecast for this to happen. The environmental impacts of shale gas drilling and hydraulic fracturing are becoming highly evident to the public and its elected officials. There is a great deal of public pushback against these practices, which could restrict the rates at which these wells are drilled and hence reduce the forecast growth rates of shale gas production.

When it comes to fossil fuels there is no such thing as a free lunch. Coal and natural gas have heavy environmental impacts throughout the supply and utilization chain. The most essential first step in minimizing these impacts is to reduce consumption to the maximum extent possible, followed by optimally utilizing the fuels that must be burnt and minimizing their environmental impacts. Natural gas is a high-value fuel suited to many uses besides electricity generation, which currently is only 30% of consumption. Coal is a low-value fuel best suited to base load electricity generation applications. Natural gas can be used for base load but, because of fugitive methane emissions along the supply chain, may actually be worse than coal in terms of full-cycle greenhouse gas emissions. Natural gas is, however, unlike coal, well suited to balancing the intermittent output of renewable sources such as wind, photovoltaics, and concentrated solar.

**Reducing the consumption of energy through efficiency and conservation is paramount in reducing emissions, enhancing energy security and promoting a more sustainable energy future.**

Replacing coal with natural gas for electricity generation would require increasing gas production by 64% at 2009 consumption rates. This is an impossibility and, given the full-cycle greenhouse gas emissions of shale gas, may make the pollution situation worse, even if it were possible. There are, however, several options to reduce emissions from coal plants, reduce coal consumption, and hence reduce the ecological impacts of coal mining and transportation. These include shutting down old, inefficient coal plants that do not have pollution controls and replacing them, if necessary, with best-in-class technology with cogeneration of hat where possible.

Replacing the oil-fueled vehicle fleet with natural-gas-fueled vehicles would require increasing gas production by 100% at 2009 consumption rates. This is an impossibility. Natural gas is, however, likely to be an important and potentially growing niche fuel for short-haul, high-mileage light and heavy vehicles.

Reducing the consumption of energy through efficiency and conservation is paramount if we are to reduce emissions, enhance energy security, and promote a more sustainable energy future. The growth mindset that has served us so well for the past few centuries no longer suits the situation we find ourselves in. Fossil fuels are a finite, one-time resource. Neither natural gas nor oil nor coal can fuel the 21st century to its end in the manner to which we have become accustomed. Understanding the full-cycle environmental costs of future energy choices is crucial. Although there are no silver bullets, there are many options in planning a more sustainable way forward, and I have tried to outline some of them here. We'd best get on with them.



55

# ENDNOTES

1       The White House, *Blueprint for a Secure Energy Future* (Washington DC, 2011), www.whitehouse.gov/sites/default/files/blueprint_secure_energy_future.pdf.

2       Dave Michaels, "Obama Endorses Pickens Plan for Natural Gas Vehicles," *The Dallas Morning News*, March 30, 2011, accessed May 3, 2011, http://www.dallasnews.com/business/energy/20110330-obama-endorses-pickens-plan-for-natural-gas-vehicles.ece.

3       Photo by B. Campbell, under Creative Commons license (by-nc-sa).

4       See Richard Heinberg, *Searching for a Miracle: "Net Energy" Limits and the Fate of Industrial Society*, A Joint Project of the International Forum on Globalization and the Post Carbon Institute, September 2009, http://www.postcarbon.org/new-site-files/Reports/Searching_for_a_Miracle_web10nov09.pdf.

5       mcf = thousand cubic feet or 1.08 GJ (gigajoule) or 1.028 million Btu (MMBtu). All are common metrics for measuring natural gas.

6       Pickens Plan, accessed April 11, 2011, http://www.pickensplan.com/.

7       *What's Cooking with Natural Gas?: Hearing to Examine Fuel's Role in Global Warming Solutions, Before The Select Committee on Energy Independence and Global Warming*, 110th Congress (July 30, 2008) (written testimony of Aubrey K. McClendon, Chairman and CEO of Chesapeake Energy Corporation and Chairman of the American Clean Skies Foundation), http://startelegram.typepad.com/barnett_shale/files/AKM_US_Congress_Testimony_FINAL.doc.

8       U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview* (Washington, DC 2010), 1, http://www.eia.gov/forecasts/aeo/pdf/0383er(2011).pdf.

9       The White House, *Blueprint for a Secure Energy Future* (Washington DC, 2011), www.whitehouse.gov/sites/default/files/blueprint_secure_energy_future.pdf.

10      Photo courtesy *Penn Stater* magazine, February 3, 2011.

11      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 1: Total Energy Supply, Disposition, and Price Summary* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_1.xls.

12      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 2: Energy Consumption by Sector and Source* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_2.xls.

13      Ibid.

14      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 7: Transportation Sector Key Indicators and Delivered Energy Consumption* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_7.xls.

15      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 2: Energy Consumption by Sector and Source* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_2.xls.

16      Ibid.

17      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 8: Electricity Supply, Disposition, Prices, and Emissions* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_8.xls.

18      Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, (Cambridge, UK:, Cambridge University Press, 2007).

19      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 18: Carbon Dioxide Emissions by Sector and Source* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_18.xls.

20      Ibid.

21      Photo Copyright © Oleg Fedorenko.

22      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview* (Washington, DC 2010), 1, http://www.eia.gov/forecasts/aeo/pdf/0383er(2011).pdf.

23      America's Natural Gas Alliance, http://www.anga.us/.

24      Chesapeake Energy, "Natural Gas: Fueling America's Future," accessed April 11, 2011, http://www.chk.com/NaturalGas/Pages/default.aspx.

25      Jon Freise, "US Natural Gas Prices: 'The Fix is Underway'," *The Oil Drum*, April 22, 2009, posted by Gail the Actuary, http://www.theoildrum.com/node/5323, Figure 7.

26      Production data from: U.S. Energy Information Administration, "U.S. Natural Gas Gross Withdrawals and Production" (Washington, DC 2011), http://www.eia.doe.gov/dnav/ng/ng_prod_sum_dcu_NUS_a.htm. Number of wells data from: U.S. Energy Information Administration, "U.S. Natural Gas Number of Gas and Gas Condensate Wells (Number of Elements)" (Washington, DC 2011), http://www.eia.doe.gov/dnav/ng/hist/na1170_nus_8a.htm.

27      Number of wells data from: U.S. Energy Information Administration, "Crude Oil and Natural Gas Exploratory and Development Wells" (Washington, DC 2011), http://eia.doe.gov/dnav/ng/ng_enr_wellend_s1_m.htm. Dry gas production data from: U.S. Energy Information Administration, "Natural Gas Monthly, Table 1: Summary of Natural Gas Supply and Disposition in the United States, Data 2: Annual Summary of Natural Gas Production" (Washington, DC 2011), http://www.eia.gov/oog/ftparea/wogirs/xls/ngm01vmall.xls.

28      International Monetary Fund, "IMF Primary Commodity Prices: Monthly Data For 8 Price Indices and 49 Actual Price Series, 1980-Current," accessed April 12, 2011, April 6, 2011, http://www.imf.org/external/np/res/commod/External_Data.csv.

29      Jeff Rubin, "If Shale is a Game Changer, Why do Producers Seek Oil?," *The Globe and Mail,* January 12, 2010, accessed April 11, 2011, http://www.theglobeandmail.com/report-on-business/commentary/jeff-rubins-smaller-world/if-shale-is-a-game-changer-why-do-producers-seek-oil/article1865572/.

30      Image from Government of Canada, The National Energy Board, *Energy Briefing Note: A Primer for Understanding Canadian Shale Gas* (2009), http://www.neb.gc.ca/clf-nsi/rnrgynfmtn/nrgyrprt/ntrlgs/prmrndrstndngshlgs2009/prmrndrstndngshlgs2009-eng.pdf.

31      Potential Gas Committee, Potential Gas Committee Reports Unprecedented Increase in Magnitude of U.S. Natural Gas Resource Base," April 27,2011, accessed on April 11, 2011, http://www.potentialgas.org.

32      U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Figure 1. Shale Gas Offsets Declines in the Other U.S. Supply to Meet Consumption Growth and Lower Impact Need* (Washington, DC 2010), http://www.eia.gov/forecasts/aeo/pdf/0383er(2011).pdf.

33      U.S. Department of Energy, Office of Fossil Energy, National Energy Technology Laboratory, *Modern Shale Gas Development in the United States: A Primer* (Washington, DC 2009), http://fossil.energy.gov/programs/oilgas/publications/naturalgas_general/ShaleGasPrimer_Online_4-2009.pdf.

34      Government of Canada, The National Energy Board, *Energy Briefing Note: A Primer for Understanding Canadian Shale Gas* (2009), http://www.neb.gc.ca/clf-nsi/rnrgynfmtn/nrgyrprt/ntrlgs/prmrndrstndngshlgs2009/prmrndrstndngshlgs2009-eng.pdf.

35      Richard G. Newell, "Shale Gas: A Game Changer for U.S. and Global Gas Markets?," U.S. Energy Information Administration, (presented at Flame-European Gas Conference, Amsterdam, Netherlands, March 2, 2010), http://tonto.eia.doe.gov/neic/speeches/newell030210.pdf.

36      Massachusetts Institute of Technology, *The Future of Natural Gas: An Interdisciplinary MIT Study* (Cambridge, MA 2010), http://web.mit.edu/mitei/research/studies/naturalgas.html.

37      J. Daniel Arthur, Brian Bohm, Bobbi Jo Coughlin, and Mark Layne, "Evaluating the Environmental Implications of Hydraulic Fracturing in Shale Gas Reservoirs", *ALL Consulting*, 2008, http://www.all-llc.com/publicdownloads/ArthurHydrFracPaperFINAL.pdf, pg. 5.

38      Image Copyright (c) The Analysis Group, 2011. Used with permission.

39      J. Daniel Arthur, Brian Bohm, Bobbi Jo Coughlin, and Mark Layne, "Evaluating the Environmental Implications of Hydraulic Fracturing in Shale Gas Reservoirs", *ALL Consulting*, 2008, http://www.all-llc.com/publicdownloads/ArthurHydrFracPaperFINAL.pdf, pg. 16.

40      U.S. House of Representatives Committee on Energy and Commerce, Minority Staff *Chemicals Used in Hydraulic Fracturing* (Washington, DC, 2011), http://democrats.energycommerce.house.gov/sites/default/files/documents/Hydraulic%20Fracturing%20Report%204.18.11.pdf

41      Photo Copyright © 2010 J. Henry Fair, http://www.swarthmore.edu/x29622.xml.

42      Chesapeake Energy, "2010 Institutional Investor and Analyst Meeting," (Oklahoma City, OK 2010), http://phx.corporate-ir.net/External.File?item=UGFyZW50SUQ9NjYwMTd8Q2hpbGRJRD0tMXxUeXBlPTM=&t=1, pg. 54.

43      Arthur E. Berman, "Shale Gas – Abundance or Mirage?: Why the Marcellus Shale Will Disappoint Expectations," (presented

at Association for the Study of Peak Oil and Gas – USA 2010 World Oil Conference, Washington, DC, October 8, 2010), http://www.aspousa.org/2010presentationfiles/10-8-2010_aspousa_NaturalGas_Berman_A.pdf.

44      Ibid.

45      Ibid.

46      NOW on PBS, *Gasland*, Public Broadcasting Service (PBS), 2010, http://www.pbs.org/now/shows/613/index.html.

47      America's Natural Gas Alliance (ANGA), "The Truth About Gasland," accessed April 11, 2011, http://www.anga.us/truthaboutgasland.

48      Energy in Depth, accessed April 11, 2011, http://www.energyindepth.org/.

49      Ben Parfitt, "Fracture Lines: Will Canada's Water be Protected in the Rush to Develop Shale Gas?," *The Program on Water Issues, Munsk School of Global Affairs at the University of Toronto*, 2010, http://www.powi.ca/pdfs/groundwater/Fracture%20Lines_English_Oct14Release.pdf.

50      U.S. Environmental Protection Agency, "Hydraulic Fracturing," accessed April 11, 2011, http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/index.cfm.

51      Sheila McNulty, "NY Shale Gas Moratorium is a Win-Win," *Energy Source Blog, Financial Times*, December 2, 2010, accessed April 11, 2011, http://blogs.ft.com/energy-source/2010/12/02/new-york-state-moratorium-on-shale-gas-drilling-comes-at-a-perfect-time/.

52      United States Environmental Protection Agency, "Hydraulic Fracturing Research Study" scoping backgrounder (June 2010), EPA/600/F-10/002. Tyndall Centre for Climate Change Research, "Shale gas: a provisional assessment of climate change and environmental impacts" (University of Manchester, January 2011), 69.

53      J. Daniel Arthur, Brian Bohm, Bobbi Jo Coughlin, and Mark Layne, "Evaluating the Environmental Implications of Hydraulic Fracturing in Shale Gas Reservoirs", *ALL Consulting*, 2008, http://www.all-llc.com/publicdownloads/ArthurHydrFracPaperFINAL.pdf, pg. 19.

54      "Drilling Down – Series," *New York Times*, accessed April 11, 2011, http://topics.nytimes.com/top/news/us/series/drilling_down/index.html.

55      Christopher Swann, "Shale Gas Needs to Allay Environmental Doubts," *New York Times*, March 6, 2011, accessed April 11, 2011, http://www.nytimes.com/2011/03/07/business/07views.html?_r=1&emc=tnt&tntemail1=y.

56      Photo Copyright © 2011 J. Henry Fair (with special thanks to flight partner Light Hawk).

57      David Brown, "Yes, Virginia, There is Induced Seismicity", *American Association of Petroleum Geologists Explorer* (October, 2010), http://www.aapg.org/explorer/2010/10oct/seismicinduction1010.cfm; Sarah Eddington, "Fracking Well Shutdown Extended As Researchers Study Link To Earthquakes in Arkansas", *Huffington Post*, (April 20, 2011), http://www.huffingtonpost.com/2011/04/21/fracking-shutdown-earthquakes-arkansas_n_851930.html.

58      "How Much Carbon Dioxide ($CO_2$) is Produced per Kilowatt-Hour When Generating Electricity with Fossil Fuels?," U.S. Energy Information Administration, accessed April 11, 2011, http://tonto.eia.doe.gov/tools/faqs/faq.cfm?id=74&t=11.

59      U.S. Environmental Protection Agency, *Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry: Background Technical Support Document* (Washington, DC, 2010), http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf, pg. 10.

60      U.S. Government Accounting Office, *FEDERAL OIL AND GAS LEASES – Opportunities Exist to Capture Vented and Flared Gas Which Would Increase Royalty Payments and Reduce Greenhouse Gases* (Washington DC, 2010), http://www.gao.gov/new.items/d1134.pdf, see in particular pages 10-13 and 38-39.

61      ProPublica, *Climate Benefits of Natural Gas May be Overstated*, (January 25, 2011), http://www.propublica.org/article/natural-gas-and-coal-pollution-gap-in-doubt.

62      Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5.

63      U.S. Environmental Protection Agency, *Petroleum and Natural Gas Systems Final Rule: Subpart W of 40 CFR Part 98 Information Sheet (Washington, DC, 2010),* http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_infosheet.pdf

64      *The American Petroleum Institute's Petition for Reconsideration of Subpart W of the Final Rule for Mandatory Reporting of Greenhouse Gases: Petroleum and Natural Gas Systems*, Docket No. EPA-HQ-OAR-2009-0923,(January, 2011).

65      Photo Copyright © Mayumi Terao.

66        Paulina Jaramillo, W. Michael Griffin, H. Scott Matthews, "Comparative Life Cycle Carbon Emissions of LNG Versus Coal and Gas for Electricity Generation" (paper presented at Green Design Reading Group at Carnegie Mellon University, Pittsburgh, PA, February 12, 2005), http://www.ce.cmu.edu/~gdrg/readings/2005/10/12/Jaramillo_LifeCycleCarbonEmissionsFromLNG.pdf, see Figure 4 in particular.

67        U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/.

68        U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 14: Oil and Gas Supply* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls.

69        2011 forecast data from: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 14: Oil and Gas Supply*, (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls; 2010 forecast data from: U.S. Energy Information Administration, *Annual Energy Outlook 2010, Table 14* (Washington, DC 2010), http://www.eia.gov/oiaf/archive/aeo10/aeoref_tab.html; 2009 forecast data from: U.S. Energy Information Administration, *Annual Energy Outlook 2009 with Projections to 2030, Updated Annual Energy Outlook 2009 Reference Case with ARRA, Table 14* (Washington, DC 2009), http://www.eia.gov/oiaf/servicerpt/stimulus/aeostim.html.

70        U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 14: Oil and Gas Supply*, (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls.

71        Nathan Vanderklippe, "South Korean Firm Joins EnCana in B.C. Gas," *The Globe and Mail*, March 3, 2010, accessed April 11, 2011, http://www.theglobeandmail.com/report-on-business/industry-news/energy-and-resources/south-korean-firm-joins-encana-in-bc-gas/article1484702/; "SKorean Gas Company to Help Develop EnCana Owned Gas Fields in B.C. (EnCana-Korea-Deal)," *Oilweek*, March 1, 2010, accessed April 11, 2011, http://www.oilweek.com/news.asp?ID=27044; "Talisman, Sasol Deepen Montney Partnership," *Oil and Gas Journal*, March 8, 2011, accessed April 11, 2011, http://www.ogj.com/index/article-display.articles.oil-gas-journal.exploration-development-2.20100.march-2011.talisman_-sasol_deepen.QP129867.dcmp=rss.page=1.html; Anna Driver, "Chesapeake Energy Selling Shale, Shares Soar," *Reuters*, February 7, 2011, accessed April 11, 2011, http://www.reuters.com/article/2011/02/07/us-chesapeake-idUSTRE71623G20110207.

72        Arthur E. Berman, "Shale Gas – Abundance or Mirage?: Why the Marcellus Shale Will Disappoint Expectations," (presented at Association for the Study of Peak Oil and Gas – USA 2010 World Oil Conference, Washington, DC, October 8, 2010), http://www.aspousa.org/2010presentationfiles/10-8-2010_aspousa_NaturalGas_Berman_A.pdf.

73        Kenneth B. Medlock III, "Shale Gas and Emerging Market Dynamics, The Rice World Gas Trade Model: The Impact of the Shale Resource," (presented at Rice University, Houston, TX, October 20, 2010), http://www.spegcs.org/attachments/studygroups/13/2010_10_Westside%20-%20Medlock%20Shale%20Gas%20Presentation.pdf.

74        Navigant Consulting, "North American Natural Gas Supply Assessment," prepared for American Clean Skies Foundation, 2008, http://www.cleanskies.org/pdf/navigant-natural-gas-supply-0708.pdf, see slide 57.

75        Number of wells data: U.S. Energy Information Administration, "Crude Oil and Natural Gas Exploratory and Development Wells" (Washington, DC 2011), http://eia.doe.gov/dnav/ng/ng_enr_wellend_s1_m.htm; Dry gas production data: U.S. Energy Information Administration, "Natural Gas Monthly, Table 1: Summary of Natural Gas Supply and Disposition in the United States, Data 2: Annual Summary of Natural Gas Production" (Washington, DC 2011), http://www.eia.gov/oog/ftparea/wogirs/xls/ngm01vmall.xls; Forecast data: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 14: Oil and Gas Supply* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls.

76        Historical price data from: International Monetary Fund, "IMF Primary Commodity Prices: Monthly Data For 8 Price Indices and 49 Actual Price Series, 1980-Current," April 6, 2011, accessed on April 12, 2011, http://www.imf.org/external/np/res/commod/External_Data.csv; Historical gas production data from: U.S. Energy Information Administration, "Natural Gas Monthly, Table 1: Summary of Natural Gas Supply and Disposition in the United States, Data 2: Annual Summary of Natural Gas Production" (Washington, DC 2011), http://www.eia.gov/oog/ftparea/wogirs/xls/ngm01vmall.xls; Forecast price and production from: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 13: Natural Gas Supply, Disposition, and Price* and *Table 14: Oil and Gas Supply* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_13.xls and http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls.

77        Image from M.J. Bradley & Associates, *Benchmarking Air Emissions of the 100 Largest Electric Power Producers in the United States* (2010), http://www.nrdc.org/air/pollution/benchmarking/2008/benchmark2008.pdf.

78        Aspen Environmental Group, *Implications of Greater Reliance on Natural Gas for Electricity Generation*, (prepared for The American Public Power Association), July 2010, http://www.publicpower.org/files/PDFs/ImplicationsOfGreaterRelianceOnNGforElectricityGeneration.pdf.

79        Chart data compiled from: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 2: Energy Consumption by Sector and Source* and *Table 7: Transportation Sector Key Indicators and Delivered Energy*

*Consumption* and *Table 8: Electricity Supply, Disposition, Prices, and Emissions* and *Table 13: Natural Gas Supply, Disposition, and Prices* and *Table 14: Oil and Gas Supply* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_2.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_7.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_8.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_13.xls.,  http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_14.xls.

80    U.S. Energy Information Administration, *Electric Power Annual, Table 5.3: Average Operating Heat Rate for Selected Energy Sources, 2001 through 2009* (Washington, DC 2010), http://www.eia.doe.gov/cneaf/electricity/epa/epat5p3.html.

81    Massachusetts Institute of Technology, *The Future of Coal: Options for a Carbon-Constrained World, An Interdisciplinary MIT Study*, (Cambridge, MA 2007), http://web.mit.edu/coal/The_Future_of_Coal.pdf.

82    Ibid.

83    Ibid.

84    Ibid.

85    Ibid.

86    Ibid.

87    U.S. Energy Information Administration, *Electric Power Annual, Table 5.3: Average Operating Heat Rate for Selected Energy Sources, 2001 through 2009* (Washington, DC 2010), http://www.eia.doe.gov/cneaf/electricity/epa/epat5p3.html.

88    National Petroleum Council, Power Generation Efficiency Subgroup of the Demand Task Group of the NPC Committee on Global Oil and Gas, *Topic Paper #4: Electric Generation Efficiency* (Washington, DC 2007), http://www.npc.org/Study_Topic_Papers/4-DTG-ElectricEfficiency.pdf.

89    Ibid.

90    "How Much Carbon Dioxide ($CO_2$) is Produced per Kilowatt-Hour When Generating Electricity with Fossil Fuels?," U.S. Energy Information Administration, accessed April 12, 2011, http://tonto.eia.doe.gov/tools/faqs/faq.cfm?id=74&t=11.

91    Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

92    D.T. Shindell et al. *"Improved Attribution of Climate Forcing to Emissions."* Science vol 326: pp. 716-718 (30 October 2009).

93    Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5.

94    Ibid.

95    Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

96    D.T. Shindell et al. *"Improved Attribution of Climate Forcing to Emissions."* Science vol 326: pp. 716-718 (30 October 2009).

97    Ibid.

98    Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

99    U.S. Energy Information Administration, *Electric Power Annual, Table 5.3: Average Operating Heat Rate for Selected Energy Sources, 2001 through 2009* (Washington, DC 2010), http://www.eia.doe.gov/cneaf/electricity/epa/epat5p3.html.

100    Massachusetts Institute of Technology, *The Future of Coal: Options for a Carbon-Constrained World, An Interdisciplinary MIT Study*, (Cambridge, MA 2007), http://web.mit.edu/coal/The_Future_of_Coal.pdf.

101    Ibid.

102    Ibid.

103    Ibid.

104    Ibid.

105    Ibid.

106     U.S. Energy Information Administration, *Electric Power Annual, Table 5.3: Average Operating Heat Rate for Selected Energy Sources, 2001 through 2009* (Washington, DC 2010), http://www.eia.doe.gov/cneaf/electricity/epa/epat5p3.html.

107     National Petroleum Council, Power Generation Efficiency Subgroup of the Demand Task Group of the NPC Committee on Global Oil and Gas, *Topic Paper #4: Electric Generation Efficiency* (Washington, DC 2007), http://www.npc.org/Study_Topic_Papers/4-DTG-ElectricEfficiency.pdf.

108     Ibid.

109     Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5.

110     D.T. Shindell et al. *"Improved Attribution of Climate Forcing to Emissions."* Science vol 326: pp. 716-718 (30 October 2009).

111     Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

112     Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5..

113     Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

114     D.T. Shindell et al. *"Improved Attribution of Climate Forcing to Emissions."* Science vol 326: pp. 716-718 (30 October 2009).

115     U.S. Environmental Protection Agency Gas Star Program, http://epa.gov/gasstar/.

116     Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5.

117     Photo Copyright © Anna Bausova.

118     U.S. Government Accounting Office, *FEDERAL OIL AND GAS LEASES – Opportunities Exist to Capture Vented and Flared Gas Which Would Increase Royalty Payments and Reduce Greenhouse Gases* (Washington DC, 2010), http://www.gao.gov/new.items/d1134.pdf

119     U.S. Environmental Protection Agency *Green Completions*, Producers Technology Transfer Workshop (Houston, Texas, September 21, 2011), http://epa.gov/gasstar/documents/workshops/houston-2004-2/GreenCompletions.ppt

120     Robert W. Howarth, Renee Santoro, and Anthony Ingraffea, "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations," *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5..

121     Intergovernmental Panel on Climate Change, *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change,* (Cambridge, UK:, Cambridge University Press, 2007) see Chapter 2, page 212.

122     D.T. Shindell et al. *"Improved Attribution of Climate Forcing to Emissions."* Science vol 326: pp. 716-718 (30 October 2009).

123     Center for Media and Democracy, "Existing U.S. Coal Plants," last modified March 25, 2011, accessed April 12, 2011, http://www.sourcewatch.org/index.php?title=Existing_U.S._Coal_Plants.

124     Data from: Center for Media and Democracy,"Existing U.S. Coal Plants," last modified March 25, 2011, accessed April 12, 2011, http://www.sourcewatch.org/index.php?title=Existing_U.S._Coal_Plants.

125     Metin Celebi, Frank Graves, Gunjan Bathla, and Lucas Bressan of The Brattle Group, *Potential Coal Plant Retirements Under Emerging Environmental Regulations* (2010), http://www.brattle.com/_documents/UploadLibrary/Upload898.pdf.

126     Gabriel Nelson, "EPA Proposes Toxic Emissions Rules for Power Plants," *New York Times*, March 16, 2011, accessed April 12, 2011, http://www.nytimes.com/gwire/2011/03/16/16greenwire-epa-proposes-toxic-emissions-rules-for-power-p-96066.html.

127     Photo Copyright © Siemens.

128     Metin Celebi, Frank Graves, Gunjan Bathla, and Lucas Bressan of The Brattle Group, *Potential Coal Plant Retirements Under Emerging Environmental Regulations* (2010), http://www.brattle.com/_documents/UploadLibrary/Upload898.pdf.

129     Bentek Energy, LLC, *How Less Became More: Wind, Power and Unintended Consequences in the Colorado Energy Market*

(prepared for Independent Petroleum Association of Mountain States, April 16, 2010), http://docs.wind-watch.org/BENTEK-How-Less-Became-More.pdf.

130    "Existing U.S. Coal Plants," Source Watch, last modified March 25, 2011, accessed April 12, 2011, http://www.sourcewatch.org/index.php?title=Existing_U.S._Coal_Plants.

131    M.J. Bradley & Associates, LLC and Analysis Group, *Ensuring a Clean, Modern Electric Generating Fleet while Maintaining Electric System Reliability* (Concord, MA 2010), http://grist.s3.amazonaws.com/eparegs/MJBAandAnalysisGroupReliabilityReportAugust2010.pdf.

132    Author's analysis of unpublished wind data from U.S. Energy Information Administration.

133    U.S. Energy Information Administration, *Existing Electric Generating Units in the United States, 2008* (Washington, DC 2008), http://www.eia.gov/cneaf/electricity/page/capacity/existingunitsbs2008.xls.

134    Ibid.

135    National Petroleum Council, Power Generation Efficiency Subgroup of the Demand Task Group of the NPC Committee on Global Oil and Gas, *Topic Paper #4: Electric Generation Efficiency* (Washington, DC 2007), http://www.npc.org/Study_Topic_Papers/4-DTG-ElectricEfficiency.pdf.

136    Data from: U.S. Energy Information Administration, *Existing Electric Generating Units in the United States, 2008* (Washington, DC 2008), http://www.eia.gov/cneaf/electricity/page/capacity/existingunitsbs2008.xls. and "Existing U.S. Coal Plants," Source Watch, last modified March 25, 2011, accessed April 12, 2011, http://www.sourcewatch.org/index.php?title=Existing_U.S._Coal_Plants.

137    Photo courtesy of The Mountaintop Removal Road Show, http://www.mountainroadshow.com.

138    Adrienne Kandel, Margaret Sheridan, and Patrick McAuliffe of California Energy Commission, "A Comparison of Per Capita Electricity Consumption in the United States and California" (presented at 2008 ACEEE Summer Study on Energy Efficiency in Buildings, Pacific Grove, CA, August 17-22, 2009), http://www.energy.ca.gov/2009publications/CEC-200-2009-015/CEC-200-2009-015.PDF.

139    Photo Copyright © Jean Cliclac.

140    Government of Denmark, The Danish Energy Authority, *Combined Heat and Power Production in Denmark*, accessed April 12, 2011, http://www.ambottawa.um.dk/NR/rdonlyres/C3F9F1D4-BEA9-4C29-A1FD-1D7CC8617B84/0/combinedheat.pdf.

141    Government of Denmark, The Danish Energy Agency, *Denmark a Leading Player in Combined Heat and Power: More Than 100 Years of Experience and Technology Development*, accessed April 12, 2011, http://www.ens.dk/en-US/Info/news/Factsheet/Documents/kraftvarme%20170709.pdf.

142    Photo courtesy Yes I Can Science, Canada, http://www.yesican-science.ca/.

143    U.S. Department of Energy, Office of Fossil Energy, National Energy Technology Laboratory, *Project Facts: Weyburn Carbon Dioxide Sequestration Project* (Washington, DC 2008), http://www.netl.doe.gov/publications/factsheets/project/Proj282.pdf.

144    "$CO_2$ Storage – Sleipner Field Beneath the North Sea," British Geological Survey, Natural Environment Research Council, accessed April 12, 2011, http://www.bgs.ac.uk/science/CO2/home.html.

145    Graham Thomson, "Burying Carbon Dioxide in Underground Saline Aquifers: Political Folly or Climate Change Fix?" (prepared for the Program on Water Issues, Munk Centre for International Studies, University of Toronto, September 23, 2009), http://beta.images.theglobeandmail.com/archive/00242/Munk_Centre_Paper_242701a.pdf.

146    Data from: Massachusetts Institute of Technology, *The Future of Coal: Options for a Carbon-Constrained World, An Interdisciplinary MIT Study*, (Cambridge, MA 2007), http://web.mit.edu/coal/The_Future_of_Coal.pdf.

147    Vaclav Smil, "Long-range Energy Forecasts Are No More Than Fairy Tales," *Nature* 453 (2008): 154, accessed April 12, 2011, doi: 10.1038/453154a, http://www.nature.com/nature/journal/v453/n7192/full/453154a.html.

148    Photo Copyright © Rick Willoughby.

149    "Transportation," America's Natural Gas Alliance (ANGA), accessed April 12, 2011, http://www.anga.us/why-natural-gas/transportation.

150    "Natural Gas Vehicles," Pickens Plan, accessed April 12, 2011, http://www.pickensplan.com/ngv/.

151    Data from: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 7: Transportation Sector Key Indicators and Delivered Energy Consumption* and *Table 13: Natural Gas Supply, Disposition, and Prices* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_7.xls, http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_13.xls.

152     Chart data compiled from: U.S. Energy Information Administration, *Annual Energy Outlook 2011 Early Release Overview, Table 2: Energy Consumption by Sector and Source* and *Table 7: Transportation Sector Key Indicators and Delivered Energy Consumption* and *Table 8: Electricity Supply, Disposition, Prices, and Emissions* and *Table 13: Natural Gas Supply, Disposition, and Prices* (Washington, DC 2010), http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_2.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_7.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_8.xls., http://www.eia.doe.gov/forecasts/aeo/excel/aeotab_13.xls.

153     Massachusetts Institute of Technology, *The Future of Natural Gas: An Interdisciplinary Study* (Cambridge, MA 2010), http://web.mit.edu/mitei/research/studies/naturalgas.html.

154     Ibid.

155     U.S. Energy Information Administration, *International Energy Outlook 2010, Table G3: World Unconventional Liquids Production by Region and Country, Reference Case* (Washington, DC 2009), http://www.eia.doe.gov/oiaf/ieo/ieopol.html.

EPA/600/D-11/001/February 2011/www.epa.gov/research



United States
Environmental Protection
Agency

# Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources

**United States Environmental Protection Agency**
Office of Research and Development

EPA/600/D-11/001
February 2011



United States
Environmental Protection
Agency

# Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources

Office of Research and Development

U.S. Environmental Protection Agency

Washington, D.C.

February 7, 2011

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011
-- Science Advisory Board Review --

*This document is distributed solely for peer review under applicable information quality guidelines. It has not been formally disseminated by EPA. It does not represent and should not be construed to represent any Agency determination or policy. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.*

DRAFT Hydraulic Fracturing Study Plan                                February 7, 2011
-- Science Advisory Board Review --

## TABLE OF CONTENTS

List of Figures ........................................................................................................................ v

List of Tables ......................................................................................................................... v

List of Acronyms and Abbreviations ................................................................................... vi

Executive Summary.............................................................................................................. vii

1    Introduction and Purpose of Study............................................................................... 1

2    Process for Study Plan Development............................................................................. 2

   2.1    Initial Science Advisory Board Review of the Study Plan Scope ................................. 2

   2.2    Stakeholder Input ...................................................................................................... 3

   2.3    Research Prioritization................................................................................................ 4

   2.4    Next Steps .................................................................................................................. 5

   2.5    Interagency Cooperation ........................................................................................... 5

   2.6    Quality Assurance ...................................................................................................... 6

3    Overview of Unconventional Natural Gas Production ................................................. 6

   3.1    Site Selection and Preparation ................................................................................. 10

   3.2    Well Construction and Development ........................................................................ 11

   3.3    Hydraulic Fracturing.................................................................................................. 12

   3.4    Well Production ........................................................................................................ 13

   3.5    Regulatory Framework ............................................................................................. 13

4    The Hydraulic Fracturing Water Lifecycle................................................................... 13

5    Approach...................................................................................................................... 15

   5.1    Case Studies .............................................................................................................. 15

   5.2    Scenario Evaluation.................................................................................................. 16

   5.3    Tools.......................................................................................................................... 16

6    Proposed Research ...................................................................................................... 17

**   6.1    Water Acquisition:  How might large volume water withdrawals from ground and
surface water impact drinking water resources? ................................................19**

      6.1.1    Background................................................................................................... 19

      6.1.2    What are the impacts on water availability? .......................................... 20

      6.1.3    What are the impacts on water quality?................................................... 21

      6.1.4    Proposed Research Activities—Water Acquisition ................................. 21

6.1.4.1 Water Availability:  Analysis of Existing Data, Prospective Case Studies, and Scenario Evaluation...................................................................... 21

6.1.4.2 Water Quality:  Analysis of Existing Data and Prospective Case Studies......................... 22

6.1.5   Potential Research Outcomes ................................................................. 23

**6.2   Chemical Mixing: What are the possible impacts of releases of hydraulic fracturing fluids on drinking water resources? .......................................................23**

6.2.1   Background.................................................................................. 23

6.2.2   What is the composition of hydraulic fracturing fluids and what are the toxic effects of these constituents? ............................................................ 25

6.2.3   What factors may influence the likelihood of contamination of drinking water resources? ........................................................................... 25

6.2.4   How effective are mitigation approaches in reducing impacts to drinking water resources? ........................................................................... 25

6.2.5   Proposed Research Activities—Chemical Mixing .................................... 25

6.2.5.1 Chemical Identity and Toxicity:  Analysis of Existing Data................................. 25

6.2.5.2 Hydraulic Fracturing Fluid Release:  Analysis of Existing Data and Case Studies ............ 26

6.2.6   Potential Research Outcomes ................................................................. 27

**6.3   Well Injection: What are the possible impacts of the injection and fracturing process on drinking water resources? .......................................................27**

6.3.1   Background.................................................................................. 27

6.3.1.1 Well Design and Construction ........................................................... 27

6.3.1.2 Injection of Hydraulic Fracturing Fluid.................................................. 29

6.3.1.3 Naturally Occurring Substances ......................................................... 30

6.3.2   How effective are well construction practices at containing gases and fluids before, during, and after fracturing? ...................................................... 30

6.3.3   What are the potential impacts of pre-existing man-made or natural pathways/features on contaminant transport?..................................... 31

6.3.4   What chemical/physical/biological processes could impact the fate and transport of substances in the subsurface? ........................................................... 32

6.3.5   What are the toxic effects of naturally occurring substances?................................. 32

6.3.6   Proposed Research Activities—Well Injection .................................... 32

6.3.6.1 Well Integrity:  Analysis of Existing Data, Case Studies, and Scenario Evaluation............ 32

6.3.6.2 Impacts of Natural and Man-made Pathways:  Case Studies and Scenario Evaluation........................................................... 34

6.3.6.3  Physical/Chemical/Biological Processes Relevant to Hydraulic Fracturing:
Laboratory Studies ....................................................................................... 35

6.3.7   Potential Research Outcomes ...................................................................... 35

6.4   **Flowback and Produced Water: What are the possible impacts of releases of flowback
and produced water on drinking water resources?** .................................................**35**

6.4.1   Background ................................................................................................... 35

6.4.2   What is the composition and variability of flowback and produced water and what
are the toxic effects of these constituents? ............................................... 37

6.4.3   What factors may influence the likelihood of contamination of drinking
water resources? ......................................................................................... 37

6.4.4   How effective are mitigation approaches in reducing impacts to drinking
water resources? ......................................................................................... 38

6.4.5   Proposed Research Activities—Flowback and Produced Water .............. 38

6.4.5.1  Composition and Variability of Flowback and Produced Water:  Analysis of Existing
Data and Prospective Case Studies .............................................. 38

6.4.5.2  Flowback and Produced Water Release:  Analysis of Existing Data, Retrospective
Case Studies, and Scenario Evaluations ...................................... 39

6.4.5.3  Flowback and Produced Water Management:  Prospective Case Studies ..................... 39

6.4.6   Potential Research Outcomes ...................................................................... 39

6.5   **Wastewater Treatment and Waste Disposal: What are the possible impacts of
inadequate treatment of hydraulic fracturing wastewaters on drinking water resources?** ......**40**

6.5.1   Background ................................................................................................... 40

6.5.2   How effective are treatment and disposal methods? ................................ 41

6.5.3   Proposed Research Activities—Wastewater Treatment and Waste Disposal ..................... 42

6.5.3.1  Effectiveness of Current Treatment Methods:  Analysis of Existing Data, Laboratory
Studies, and Prospective Case Studies .......................................... 42

6.5.4   Potential Research Outcomes ...................................................................... 42

7   Case Studies ....................................................................................................... 42

7.1   Case Study Selection ............................................................................................ 42

7.2   Retrospective Case Studies .................................................................................. 45

7.3   Prospective Case Studies ..................................................................................... 46

8   Characterization of Toxicity and Human Health Effects ................................... 47

9   Environmental Justice .......................................................................................... 49

10   Summary .............................................................................................................. 49

11      Areas of Concern Outside the Scope of This Study ..................................................... 54

    11.1   Routine Disposal of Hydraulic Fracturing Wastewaters in Class II Underground
           Injection Wells ...................................................................................................... 55

    11.2   Air Quality ............................................................................................................. 55

    11.3   Terrestrial and Aquatic Ecosystem Impacts.......................................................... 55

    11.4   Seismic Risks .......................................................................................................... 56

    11.5   Public Safety Concerns........................................................................................... 56

    11.6   Occupational Risks ................................................................................................. 56

    11.7   Economic Impacts .................................................................................................. 57


References ............................................................................................................................. 58

Appendix A:  Proposed Research Summary........................................................................... 70

Appendix B:  Stakeholder Comments .................................................................................... 77

Appendix C:  Information Request......................................................................................... 80

Appendix D:  Chemicals Identified in Hydraulic Fracturing Fluid and Flowback/Produced Water............. 83

Appendix E:  Assessing Mechanical Integrity ....................................................................... 99

Appendix F:  Stakeholder-Nominated Case Studies ........................................................... 102

Appendix G:  Field Sampling and Analytical Methods ........................................................ 111

Appendix H: Modeling ........................................................................................................ 119

Glossary............................................................................................................................... 123

# LIST OF FIGURES

Figure 1.    Fundamental research questions posed for each stage of the hydraulic fracturing
             water lifecycle ............................................................................................ ix

Figure 2.    Natural gas production in the United States ........................................................ 7

Figure 3.    Shale gas plays in the contiguous United States................................................. 8

Figure 4.    Coalbed methane deposits in the contiguous United States................................... 9

Figure 5.    Major tight gas plays in the contiguous United States ...................................... 10

Figure 6a.   Illustration of horizontal well showing the water lifecycle in hydraulic fracturing ................. 11

Figure 6b.   Illustration of a vertical where hydraulic fracturing occurs near an underground source
             of drinking water............................................................................................ 12

Figure 7.    Water use in hydraulic fracturing ...................................................................... 14

Figure 8.    Well construction.............................................................................................. 28

Figure 9a.   Summary of research projects proposed for the first three stages of the hydraulic
             fracturing water lifecycle ................................................................................. 51

Figure 9b.   Summary of research projects proposed for the last two stages of the hydraulic
             fracturing water lifecycle ................................................................................. 52

# LIST OF TABLES

Table 1.  Relationship between case studies and scenario evaluations ..................................... 15

Table 2.  Hydraulic fracturing research questions .............................................................. 18

Table 3.  Comparison of estimated water needs for hydraulic fracturing in different shale plays ........... 19

Table 4.  An example of the volumetric composition of hydraulic fracturing fluid ...................... 24

Table 5.  Naturally occurring substances that may be found in gas-containing formations ................ 30

Table 6.  Decision criteria for selecting hydraulic fracturing sites for case studies ................... 43

Table 7.  Retrospective case study finalists ...................................................................... 44

Table 8.  Approach for conducting retrospective case studies................................................. 45

Table 9.  Approach for conducting prospective case studies .................................................. 47

# LIST OF ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AOE | area of evaluation |
| API | American Petroleum Institute |
| DBP | disinfection byproducts |
| DOE | United States Department of Energy |
| EIA | United States Energy Information Administration |
| EPA | United States Environmental Protection Agency |
| g/mile | gram per mile |
| GIS | geospatial information systems |
| GWPC | Ground Water Protection Council |
| IOGCC | Interstate Oil and Gas Compact Commission |
| mcf/d | thousand cubic feet per day |
| mmcf/d | million cubic feet per day |
| NETL | National Energy Technology Laboratory |
| NGO | non-governmental organization |
| NIOSH | National Institute for Occupational Safety and Health |
| NPS | National Park Service |
| NYS dSGEIS | New York State Draft Supplemental Generic Environmental Impact Statement |
| ORD | Office of Research and Development |
| POTW | publicly owned treatment works |
| PPRTV | Provisional Peer Reviewed Toxicity Value |
| QA | quality assurance |
| QAPP | Quality Assurance Project Plan |
| QSAR | quantitative structure-activity relationship |
| SAB | Science Advisory Board |
| STAR | Science To Achieve Results |
| TDS | total dissolved solids |
| UIC | underground injection control |
| U.S. | United States |
| USACE | United States Army Corps of Engineers |
| USDW | underground source of drinking water |
| USGS | United States Geological Survey |
| VOC | volatile organic compound |

# EXECUTIVE SUMMARY

As natural gas production has increased, so have concerns about the potential environmental and human health impacts of hydraulic fracturing in the United States.  Hydraulic fracturing, which involves the pressurized injection of water, chemical additives, and proppants into a geologic formation, induces fractures in the formation that stimulate the flow of natural gas or oil, thus increasing the volume of gas or oil that can be recovered from coalbeds, shales, and tight sands—the so-called "unconventional" reservoirs.  Many concerns about hydraulic fracturing center on potential risks to drinking water resources, although other issues have been raised.  In response to public concern, Congress directed the United States Environmental Protection Agency (EPA) to conduct research to examine the relationship between hydraulic fracturing and drinking water resources.  This document presents the plan for the EPA study.

The overall purpose of this study is to understand the relationship between hydraulic fracturing and drinking water resources.  More specifically, the study is designed to examine the conditions that may be associated with the potential contamination of drinking water resources, and to identify the factors that may lead to human exposure and risks.  The scope of the proposed research includes the full lifecycle of water in hydraulic fracturing, from water acquisition through the mixing of chemicals and actual fracturing to the post-fracturing stage, including the management of flowback and produced water and its ultimate treatment and/or disposal.  Figure 1 illustrates the hydraulic fracturing water lifecycle and the key research questions EPA will address through this study.

The research identified in this study plan has been designed to answer the questions listed in Figure 1 and will require a broad range of expertise, including petroleum engineering, fate and transport modeling, ground water hydrology, and toxicology.  EPA will use case studies and generalized scenario evaluations as organizing constructs for the research identified in this plan.

*Retrospective case studies* will focus on investigating reported instances of drinking water resource contamination or other impacts in areas where hydraulic fracturing has already occurred.  EPA will conduct retrospective case studies at three to five sites across the United States.  The sites will be illustrative of the types of problems that have been reported to EPA during stakeholder meetings, and will provide EPA with information regarding key factors that may be associated with drinking water contamination.  These studies will use existing data and possibly field sampling, modeling, and/or parallel laboratory investigations to determine the potential relationship between reported impacts and hydraulic fracturing activities.

*Prospective case studies* will involve sites where hydraulic fracturing will occur after the research is initiated.  These case studies allow sampling and characterization of the site before, during, and after water extraction, drilling, hydraulic fracturing fluid injection, flowback, and gas production.  EPA will work with industry and other stakeholders to conduct two to three prospective case studies in different regions of the United States.  The data collected during prospective case studies will allow EPA to gain an understanding of hydraulic fracturing practices, evaluate changes in water quality over time, and assess the fate and transport of potential chemical contaminants.

*Generalized scenario evaluations* will allow EPA to explore hypothetical scenarios relating to hydraulic fracturing activities, and to identify scenarios under which hydraulic fracturing may adversely impact drinking water resources based on current understanding and available data.

To better understand potential human health effects, EPA plans to summarize the available data on the toxicity of chemicals used in or released by hydraulic fracturing, and to identify and prioritize data gaps for further investigation. The substances to be investigated include chemicals used in hydraulic fracturing fluids, their degradates and/or reaction products, and naturally occurring substances that may be released or mobilized as a result of hydraulic fracturing.

The research projects identified for this study are organized according to the hydraulic fracturing water lifecycle shown in Figure 1 and are summarized in Appendix A (p. 70). EPA is working with other federal agencies to collaborate on some aspects of the research described in this study plan. Additionally, EPA will announce requests for applications for extramural research projects related to this study as the study plan is finalized. These projects will be conducted through EPA's Science To Achieve Results (STAR) program.

All research activities associated with this study will be conducted in accordance with EPA's Quality Assurance Program for environmental data. EPA will provide periodic updates on the progress of various projects as the research is being conducted. The results of individual research projects will be made available after undergoing a quality assurance review. Early results may indicate the need for EPA to conduct further investigations to identify the key factors that may impact drinking water resources. It is expected that a report of interim research results will be completed in 2012. This interim report will contain a synthesis of EPA's research to date and will include results from retrospective case studies and initial results from scenario evaluations. However, certain portions of the work described here, including prospective case studies and work performed under STAR grants, are long-term projects that are not likely to be finished at that time. Additional reports of study findings will be published as these long-term projects progress, with a follow-up report on the study in 2014.

EPA recognizes that there are important potential research areas related to hydraulic fracturing other than those involving drinking water resources, including effects on air quality, aquatic and terrestrial ecosystem impacts, seismic risks, public safety concerns, occupational risks, and economic impacts. These topics are outside the scope of the current study, but should be examined in the future.

This draft study plan will be submitted to EPA's Science Advisory Board (SAB) for review before being finalized. Consistent with the operating procedures of the SAB, stakeholders and the public will have an opportunity to provide comments for the SAB to take into account during the review.

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011
-- Science Advisory Board Review --



**FIGURE 1.  FUNDAMENTAL RESEARCH QUESTIONS POSED FOR EACH STAGE OF THE HYDRAULIC FRACTURING WATER LIFECYCLE**

# 1   INTRODUCTION AND PURPOSE OF STUDY

Hydraulic fracturing is an important means of accessing one of the nation's most vital energy resources, natural gas.  Advances in technology, along with economic and energy policy developments, have spurred a dramatic growth in the use of hydraulic fracturing across a wide range of geographic regions and geologic formations in the United States.  As the use of hydraulic fracturing has increased, so have concerns about its potential impact on human health and the environment, especially with regard to possible effects on drinking water resources.  These concerns have intensified as hydraulic fracturing has spread from the South and West to other settings, such as the Marcellus Shale, which extends from the southern tier of New York through parts of Pennsylvania, West Virginia, eastern Ohio, and western Maryland.

In Fiscal Year 2010, the U.S. Congress' Appropriation Conference Committee directed EPA to conduct research to examine the relationship between hydraulic fracturing and drinking water resources:

> *The conferees urge the Agency to carry out a study on the relationship between hydraulic fracturing and drinking water, using a credible approach that relies on the best available science, as well as independent sources of information.  The conferees expect the study to be conducted through a transparent, peer-reviewed process that will ensure the validity and accuracy of the data.  The Agency shall consult with other Federal agencies as well as appropriate State and interstate regulatory agencies in carrying out the study, which should be prepared in accordance with the Agency's quality assurance principles.*

This document presents a draft plan for EPA's research on hydraulic fracturing and drinking water resources and responds to both the request of Congress and concerns expressed by the public.  For this study, EPA defines "drinking water resources" to be any body of water, ground or surface, that could currently, or in the future, produce an appropriate quantity and flow rate of water to serve as a source of drinking water for public or private water supplies.  This includes both underground sources of drinking water (USDWs) and surface waters.

The overarching goal of this research is to answer the following questions:

- Can hydraulic fracturing impact drinking water resources?
- If so, what are the conditions associated with the potential impacts on drinking water resources due to hydraulic fracturing activities?

To answer these questions, EPA has identified a set of proposed research activities associated with each stage of the hydraulic fracturing water lifecycle, from water acquisition through the mixing of chemicals and actual fracturing to post-fracturing production, including the management of flowback and produced water and ultimate treatment and disposal.  These research activities will identify potential sources and pathways of exposure and will provide information about the toxicity of contaminants of concern.  This information can then be used to assess the potential risks to drinking water resources

Case No. 1:20-cv-02484-MSK   Document 89-1   filed 05/06/21   USDC Colorado   pg 56 of 359

from hydraulic fracturing activities.  Ultimately, the results of this study will provide policymakers at all levels with sound scientific knowledge that can be used in decision-making processes.

The study plan is organized as follows:

- Chapter 2 details the process for developing the study plan and the criteria for prioritizing the proposed research.
- Chapter 3 provides a brief overview of the natural gas production process.
- Chapter 4 outlines the hydraulic fracturing water lifecycle and the research questions associated with each stage of the lifecycle.
- Chapter 5 briefly describes the research approach.
- Chapter 6 provides background information on each stage of the hydraulic fracturing water lifecycle, and proposes research specific to each stage.
- Chapter 7 summarizes EPA's case study approach, which is a central component of the research plan.
- Chapter 8 describes proposed studies to characterize the toxicity and potential human health effects of substances associated with hydraulic fracturing.
- Chapter 9 presents a brief discussion of hydraulic fracturing in the context of environmental justice.
- Chapter 10 provides a short summary of how the proposed studies will address the research questions posed for each stage of the water lifecycle.
- Chapter 11 identifies additional areas of concern relating to hydraulic fracturing that are outside the scope of this study plan.

# 2   PROCESS FOR STUDY PLAN DEVELOPMENT

## 2.1   INITIAL SCIENCE ADVISORY BOARD REVIEW OF THE STUDY PLAN SCOPE

In early Fiscal Year 2010, EPA's Office of Research and Development (ORD) developed a document that presented a proposed scope and initial design of the study (USEPA, 2010a).  The document was submitted to the EPA Science Advisory Board's (SAB's) Environmental Engineering Committee for review in March 2010.  The SAB is a public advisory committee that provides a balanced, expert assessment of scientific matters relevant to EPA.  In its response to EPA in June 2010 (USEPA, 2010c), the SAB recommended that (1) initial research be focused on potential impacts to drinking water resources with later research investigating more general impacts on water resources, (2) engagement with stakeholders occur throughout the research process, and (3) 5 to 10 in-depth case studies at "locations selected to represent the full range of regional variability of hydraulic fracturing across the nation" be part of the research plan.

The SAB cautioned EPA against studying all aspects of oil and gas production, stating that the study should "emphasize human health and environmental concerns specific to, or significantly influenced by, hydraulic fracturing rather than on concerns common to all oil and gas production activities."  This

research plan, therefore, focuses on features of oil and gas production that are particular to—or closely associated with—hydraulic fracturing, and their impacts on drinking water resources.

## 2.2   STAKEHOLDER INPUT

Stakeholder input has played, and will continue to play, an important role in the development of the hydraulic fracturing study plan and the research it will involve.  EPA has implemented a strategy that engages stakeholders in dialogue and provides opportunities for input on the study scope and case study locations.  The strategy also provides a means for exchanging information with experts on technical issues.  EPA will continue to engage stakeholders as results from the study become available.

EPA has engaged stakeholders in the following ways:

*Federal, state, and tribal partner consultations*.  Webinars were held with state partners in May 2010, with federal partners in June 2010, and with Indian tribes in August 2010.  The state webinar included representatives from 21 states as well as representatives from the Association of State Drinking Water Administrators, the Association of State and Interstate Water Pollution Control Administrators, the Ground Water Protection Council (GWPC), and the Interstate Oil and Gas Compact Commission (IOGCC). The federal partners included the Bureau of Land Management, the U.S. Geological Survey (USGS), the U.S. Fish and Wildlife Service, the U.S. Forest Service, the U.S. Department of Energy (DOE), the U.S. Army Corps of Engineers (USACE), the National Park Service (NPS), and the Agency for Toxic Substances and Disease Registry.  There were 36 registered participants for the tribal webinar representing 25 tribal governments; in addition, a meeting with the Haudenosaunee Environmental Task Force was held in August 2010 and included 20 representatives from the Onondaga, Mohawk, Tuscarora, Cayuga, and Tonawanda Seneca Nations.  The purpose of these consultations was to discuss the study scope, data gaps, opportunities for sharing data and conducting joint studies, and current policies and practices for protecting drinking water resources.

*Sector-specific meetings*.  Separate webinars were held in June 2010 with representatives from industry and non-governmental organizations (NGOs) to discuss the public engagement process, the scope of the study, coordination of data sharing, and other key issues.  Overall, 176 people representing various natural gas production and service companies and industry associations participated in the webinars, as well as 64 people representing NGOs.

*Informational public meetings*.  Public information meetings were held between July and September, 2010, in Fort Worth, Texas; Denver, Colorado; Canonsburg, Pennsylvania; and Binghamton, New York. At these meetings, EPA presented information on its reasons for studying hydraulic fracturing, an overview of what the study might include, and how stakeholders can be involved.  Opportunities to present oral or written comments were provided, and EPA specifically asked for input on the following questions:

• What should be EPA's highest priorities?
• Where are the gaps in current knowledge?
• Are there data and information EPA should know about?

- Where do you recommend EPA conduct case studies?

Total attendance for all of the information public meetings exceeded 3,500 and more than 700 verbal comments were heard.

Summaries of all of the stakeholder meetings can be found at http://water.epa.gov/type/groundwater/ uic/class2/hydraulicfracturing/wells_hydroout.cfm.

*Other opportunities to comment.*  In addition to conducting the meetings listed above, EPA provided stakeholders with opportunities to submit electronic or written comments on the hydraulic fracturing study.  EPA received over 5,000 comments, which are summarized in Appendix B.

## 2.3   RESEARCH PRIORITIZATION

In developing this proposed study plan, EPA considered the results of a review of the literature,[1] comments received from stakeholders, and input from meetings with interested parties, including other federal agencies, Indian tribes, state agencies, industry, and NGOs.  EPA also considered recommendations from the initial SAB review of the study plan scope (USEPA, 2010c).

Based on stakeholder input and the expected growth in shale gas development, this study plan emphasizes hydraulic fracturing in shale formations.  Portions of the proposed research, however, may provide information on hydraulic fracturing in coalbed methane reservoirs and tight sands, and EPA will pursue these research opportunities when possible.

As requested by Congress, EPA identified fundamental scientific research questions (summarized in Chapter 4) that will frame the research and help to evaluate the potential for hydraulic fracturing to impact drinking water resources.  Following guidance from the SAB, EPA used a risk-based prioritization approach to identify research that addresses the most significant risks at each stage of the hydraulic fracturing water lifecycle.  Other criteria considered in prioritizing proposed research activities include:

- *Relevance:*  Only work that may directly inform an assessment of the potential impacts of hydraulic fracturing on drinking water resources was considered.
- *Precedence:*  Work that needs to be completed before other work can be initiated received a higher priority.
- *Uniqueness of the contribution:*  Relevant work already underway by others received a lower priority for investment by EPA.
- *Leverage:*  Relevant work that EPA could leverage with co-investigators received a higher priority.

Application of the criteria listed above ensures that resources are provided for the areas that potentially pose the greatest risk to drinking water resources.

---

[1] The literature review includes information from more than 120 articles, reports, presentations, and other materials.  Information resulting from this literature review is incorporated throughout this study plan.

## 2.4   NEXT STEPS

The next steps in the development and implementation of the study plan are:

- The draft study plan will be sent to the SAB for peer review and made available to the public in February 2011.  The SAB will have an opportunity to hear verbal comments and read written comments from stakeholders and the public during their March 2011 public meeting to review the draft study plan.  EPA will respond to comments from the SAB, and will adjust the study plan as appropriate.
- EPA will conduct the research described in this plan, and plans to announce requests for applications for extramural research projects in the early part of 2011 for research that is related to this study.  Additionally, it is likely that other federal agencies will cooperate with EPA on some aspects of the research.
- The research projects will begin in the early part of 2011 after EPA receives and responds to comments from the SAB.
- Periodic updates will be provided on the progress of the research projects.
- A study report providing interim research results is expected to be completed in 2012 and will be made available to the public.
- Additional study results will be published as individual research projects are completed, with an additional report expected to be published in 2014.

## 2.5   INTERAGENCY COOPERATION

In a series of meetings, EPA consulted with several key state and federal agencies regarding research related to hydraulic fracturing.  EPA met with representatives from DOE and DOE's National Energy Technology Laboratory (NETL), USGS, USACE, and IOGCC to learn about research that those agencies are involved in and to identify opportunities for collaboration and leverage.  EPA also participated in a series of meetings in which a number of other federal agencies participated.  As a result of those meetings, EPA has identified work underway by others that can inform its own study.  EPA continues to discuss opportunities to collaborate on information gathering and research efforts with other agencies.  In particular, the Agency plans to coordinate with DOE and USGS on existing and future research projects. Regular meetings between EPA and DOE will be set up to follow each agency's research on hydraulic fracturing and to exchange information among experts.

Federal agencies have also had an opportunity to provide comments on this draft study plan through an interagency review.  EPA received comments from the Agency for Toxic Substances and Disease Registry, DOE, the Bureau of Land Management, USGS, the U.S. Fish and Wildlife Service, the Office of Management and Budget, the U.S. Energy Information Administration (EIA), the Occupational Safety and Health Administration, and the National Institute of Occupational Health and Safety.  These comments have been reviewed and modifications to the study plan have been made where appropriate.

## 2.6   QUALITY ASSURANCE

All EPA-funded research projects, both intramural and extramural, that generate or use environmental data to make conclusions or recommendations must comply with Agency Quality Assurance (QA) Program requirements (USEPA, 2002b).  EPA recognizes the value of using a graded approach to QA such that QA requirements are based on the importance of the work to which the QA program applies.  Given the significant national interest in the results of hydraulic fracturing related research, the following rigorous QA approach will be used:

- Research projects must comply with Agency requirements and guidance for quality assurance project plans (QAPPs), including the use of data quality objectives.
- Audits will be conducted as described in an audit plan and will include technical systems audits, audits of data quality, and data quality assessments.
- Performance evaluations of measurement systems will be conducted (if available).
- QA review of products[2] will occur.
- Reports must have a readily identifiable QA section.
- Research records will be managed according to EPA's record schedule for *Applied and Directed Scientific Research*.

All EPA organizations involved with the generation or use of environmental data are supported by QA professionals who oversee the implementation of the QA program for their organization.  Given the cross-organizational nature of the proposed research, it is necessary to identify a Program Quality Assurance Manager who will coordinate the rigorous QA approach described above and oversee its implementation across all participating organizations.  Typically, this person is associated with the organization that has the technical lead for the research program.  The organizational complexity of the hydraulic fracturing research effort also demands that a quality management plan be written to define the QA-related policies, procedures, roles, responsibilities, and authorities for this research.  The plan will document consistent QA procedures and practices that may otherwise vary between organizations.

## 3   OVERVIEW OF UNCONVENTIONAL NATURAL GAS PRODUCTION

Hydraulic fracturing is often used to stimulate the production of oil and gas from unconventional oil and gas deposits, which includes shales, coalbeds, and tight sands.[3]  Unconventional natural gas deposits generally contain a lower concentration of natural gas over broader areas that have a lower permeability than conventional gas reservoirs, which are typically porous and permeable and do not require additional stimulation for production (Vidas and Hugman, 2008).  Similarly, hydraulic fracturing can make oil production from shale cost-effective.

---

[2] Applicable products may include reports, journal articles, symposium/conference papers, extended abstracts, computer products/software/models/databases, and scientific data.
[3] The use of hydraulic fracturing is not limited to natural gas production.  It may also be used when drilling for oil (STRONGER, 2010), and has been used for other purposes, such as removing contaminants from soil and ground water at waste disposal sites, make geothermal wells more productive, and to complete water wells (Nemat-Nassar et al., 1983; New Hampshire Department of Environmental Services, 2010).



**FIGURE 2. NATURAL GAS PRODUCTION IN THE UNITED STATES (DATA FROM USEIA, 2010)**

Unconventional natural gas development has become an increasingly important source of natural gas in the United States in recent years. It accounted for 28 percent of total natural gas production in 1998 (Arthur et al., 2008). Figure 2 illustrates that this percentage has risen to 50 percent in 2009 and is projected to increase to 60 percent in 2035 (USEIA, 2010). This rise in hydraulic fracturing activities is also reflected in the number of drilling rigs operating in the United States; there were 603 horizontal gas rigs in June 2010, up 277 from the previous year (Baker Hughes, 2010). Most of these were involved in gas extraction via hydraulic fracturing.

DRAFT Hydraulic Fracturing Study Plan                                          February 7, 2011
-- Science Advisory Board Review --



**FIGURE 3. SHALE GAS PLAYS IN THE CONTIGUOUS UNITED STATES**

*Shale gas extraction.* Shale rock formations have become an important source of natural gas in the United States, and can be found in many locations across the country as shown in Figure 3. Depths for shale gas formations (commonly referring to as "plays") can range from 500 to 13,500 feet below the earth's surface (GWPC and ALL Consulting, 2009). At the end of 2009, the five most productive shale gas fields in the country—the Barnett, Haynesville, Fayetteville, Woodford, and Marcellus Shales—were producing 8.3 billion cubic feet of natural gas per day (Zoback et al., 2010). According to recent figures from EIA, shale gas constituted 14 percent of the total U.S. natural gas supply in 2009, and will constitute 45 percent of the U.S. gas supply in 2035 if current trends and policies persist (USEIA, 2010).

Oil production has similarly increased in oil-bearing shales following the increased use of hydraulic fracturing. Proven oil production from shales has concentrated primarily in the Williston Basin in North Dakota, although oil production is increasing in the Eagle Ford Shale in Texas and the Niobrara Shale in Colorado, Nebraska, and Wyoming (USEIA, 2010; OilShaleGas.com, 2010).

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011
-- Science Advisory Board Review --



FIGURE 4.  COALBED METHANE DEPOSITS IN THE CONTIGUOUS UNITED STATES

*Production of coalbed methane.*  Coalbed methane is formed as part of the geological process of coal generation and is contained in varying quantities within all coal.  Depths of coalbed methane formations range from 450 feet to greater than 10,000 feet (Rogers et al., 2007; National Research Council, 2010).  At greater depths, however, the permeability decreases and production is lower.  Below 7,000 feet, efficient production of coalbed methane can be challenging from a cost-effectiveness perspective (Rogers et al., 2007).  Figure displays coalbed methane reservoirs in the contiguous United States.  In 1984, there were very few coalbed methane wells in the United States; by 1990, there were almost 8,000, and in 2000, there were almost 14,000 (USEPA, 2004).  In 2009, natural gas production from coalbed methane reservoirs made up 8 percent of the total U.S. natural gas production; this percentage would remain relatively constant over the next 20 years if current trends and policies persist (USEIA, 2010).  Production of gas from coalbeds almost always requires hydraulic fracturing (USEPA, 2004), and many existing coalbed methane wells that have not been fractured are now being considered for hydraulic fracturing.



**FIGURE 5.  MAJOR TIGHT GAS PLAYS IN THE CONTIGUOUS UNITED STATES**

*Tight sands.*  Tight sands (gas-bearing, fine-grained sandstones or carbonates with a low permeability) accounted for 28 percent of total gas production in the United States in 2009 (USEIA, 2010), but may account for as much as 35 percent of the nation's recoverable gas reserves (Oil and Gas Investor, 2005). Figure 5 shows the locations of tight gas plays in the United States.  Typical depths of tight sand formations range from 1,200 to 20,000 feet across the United States (Prouty, 2001).  Almost all tight sand reservoirs require hydraulic fracturing to release gas unless natural fractures are present.

The following sections provide an overview of unconventional natural gas production, including site selection and preparation, well construction and development, hydraulic fracturing, and natural gas production.  The current regulatory framework that governs hydraulic fracturing activities is briefly described in Section 3.5.

## 3.1   SITE SELECTION AND PREPARATION

The hydraulic fracturing process begins with exploring possible well sites, followed by selecting and preparing an appropriate site.  In general, appropriate sites are those that are considered most likely to yield substantial quantities of natural gas at minimum cost.  Other factors, however, may be considered in the selection process.  These include proximity to buildings and other infrastructure, geologic considerations, and proximity to natural gas pipelines or the feasibility of installing new pipelines (Chesapeake Energy, 2009).  Laws and regulations may also influence site selection.  For example, applicants applying for a Marcellus Shale natural gas permit in Pennsylvania must provide information about proximity to coal seams and distances from surface waters and water supplies (PADEP, 2010a).

During site preparation, an area is cleared to provide space to accommodate one or more wellheads; pits for holding water, used drilling fluids, and other materials; and space for trucks and other equipment.  At a typical shale gas production site, a 3- to 5-acre space is needed in addition to access

roads for transporting materials to and from the well site.  If not already present, both the site and access roads need to be built or improved to support heavy equipment.

## 3.2   WELL CONSTRUCTION AND DEVELOPMENT

Current practices in drilling for natural gas include drilling vertical, horizontal, and directional (S-shaped) wells.  Figure 6 depicts two different well completions, one in a typical deep shale gas-bearing formation like the Marcellus Shale (6a) and one in a shallower environment (6b) often encountered where coalbed methane or tight sand gas production takes place.  The figures demonstrate a significant difference in the challenges posed for protecting underground drinking water resources.  The deep shale gas environment shown in Figure 6a typically has several thousand feet of rock formation separating underground drinking water resources, while Figure 6b shows that gas production can take place at shallow depths that also contain underground sources of drinking water.  The water well in Figure 6b illustrates the relative depths of a gas well and a water well.



**FIGURE 6a.  ILLUSTRATION OF A HORIZONTAL WELL SHOWING THE WATER LIFECYCLE IN HYDRAULIC FRACTURING**

Figure 6a depicts a horizontal well, which is composed of both vertical and horizontal legs.  The depth and length of the well varies with the location and properties of the gas-containing formation.  In unconventional cases, the well can extend more than a mile below the ground surface (Chesapeake Energy, 2010) while the "toe" of the horizontal leg can be almost 2 miles from the vertical leg (Zoback et al., 2010).  Horizontal drilling provides more exposure to a formation than a vertical well does;

DRAFT Hydraulic Fracturing Study Plan                                          February 7, 2011
-- Science Advisory Board Review --



**FIGURE 6b.  ILLUSTRATION OF A VERTICAL WELL WHERE HYDRAULIC FRACTURING OCCURS NEAR AN UNDERGROUND SOURCE OF DRINKING WATER**

therefore, it increases recovery of natural gas and makes drilling more economical. It may also have the advantage of limiting environmental disturbances on the surface because fewer wells are needed to access the natural gas resources in a particular area (GWPC and ALL Consulting, 2009).

The technique of multilateral drilling is becoming more prevalent in gas production in the Marcellus Shale region (Kargbo et al., 2010) and elsewhere.  In multilateral drilling, two or more horizontal production holes are drilled from a single surface location (Ruszka, 2007) to create an arrangement resembling an upside-down tree, with the vertical portion of the well as the "trunk," and multiple "branches" extending out from it in different directions and at different depths.

In all wells, casing and cement are installed to contain the contents of the well in an effort to prevent contamination of the surrounding subsurface formations, especially USDWs.  The high injection pressures associated with the hydraulic fracturing process, and the increased potential for aquifer contamination due to the close proximity of the aquifer to the well, make cementing and casing activities a crucial step in protecting ground water. The process of constructing a well is described in greater detail later in the study plan.

## 3.3  HYDRAULIC FRACTURING

After the well is constructed and perforated, the targeted formation (shale, coalbed, or tight sands) is hydraulically fractured to stimulate natural gas production.  As shown in Figure 6a, the hydraulic fracturing process requires large volumes of water that must be transported to the well site.  Once on-site, the water is mixed with chemicals and a propping agent (called a proppant) such as sand, bauxite, or ceramic beads.  The resulting hydraulic fracturing fluid is pumped down the well under high pressures, causing the targeted formation to fracture.  As the injection pressure is reduced, the fluid is returned to the surface, leaving the proppant behind to keep the fractures open.  The inset in Figure 6b illustrates how the resulting fractures create pathways in otherwise impermeable gas-containing formations, resulting in gas flow to the well for production.  A portion of the injected fracturing fluid

(water, chemical additives, and proppant), as well as naturally occurring substances released from the targeted formation, is then returned to the surface as flowback and produced water.  These wastewaters are stored on-site in tanks or pits before being transported for treatment, disposal, land application, and/or discharge.

## 3.4   WELL PRODUCTION

Natural gas production rates can vary between basins as well as within a basin, depending on geologic factors and completion techniques.  For example, the average well production rates for coalbed methane formations range from 50 to 500 thousand cubic feet per day (mcf/d) across the United States with maximum production rates reaching 20 million cubic feet per day (mmcf/d) in the San Juan basin and 1 mmcf/d in the Raton Basin (Rogers et al., 2007).  The New York State Draft Supplemental Generic Environmental Impact Statement (NYS dSGEIS) for the Marcellus Shale cites industry estimates that a typical well will initially produce 2.8 mmcf/d; the production rate will  decrease to 550 mcf/d after 5 years and 225 mcf/d after 10 years, after which it will drop approximately 3 percent a year (NYSDEC, 2009).  A study of actual production rates in the Barnett Shale found that the average well produces about 800 mmcf during its lifetime, which averages about 7.5 years (Berman, 2009).

Refracturing is possible once an oil or gas well begins to approach the point where it is no longer cost-effectively producing hydrocarbons.  Zoback et al. (2010) maintain that shale gas wells are rarely refractured.  Berman (2009), however, claims that wells may be refractured once they are no longer profitable.  The NYS dSGEIS estimates that wells may be refractured after roughly five years of service (NYSDEC, 2009).

## 3.5   REGULATORY FRAMEWORK

Hydraulic fracturing for oil and gas production wells is typically addressed by state oil and gas boards or equivalent state natural resource agencies.  However, EPA retains authority to address many issues related to hydraulic fracturing under its environmental statutes.  The major statutes include the Clean Air Act; the Resource Conservation and Recovery Act; the Clean Water Act; the Safe Drinking Water Act; the Comprehensive Environmental Response, Compensation and Liability Act; the Toxic Substances Control Act; and the National Environmental Policy Act.  EPA does not expect to address the efficacy of the regulatory framework as part of this investigation.  However, EPA may assess existing state regulations in a separate effort.

# 4   THE HYDRAULIC FRACTURING WATER LIFECYCLE

Figure 7 illustrates the key stages of the hydraulic fracturing water lifecycle—from water acquisition to wastewater treatment and disposal—and the potential drinking water issues associated with each stage.

DRAFT Hydraulic Fracturing Study Plan                                                    February 7, 2011
-- Science Advisory Board Review --



**FIGURE 7. WATER USE IN HYDRAULIC FRACTURING OPERATIONS**

Summarized below are the fundamental research questions EPA has identified for each stage of the hydraulic fracturing water lifecycle.

- *Water acquisition:*  How might large volume water withdrawals from ground and surface water impact drinking water resources?
- *Chemical mixing:*  What are the possible impacts of releases of hydraulic fracturing fluids on drinking water resources?
- *Well injection:*  What are the possible impacts of the injection and fracturing process on drinking water resources?
- *Flowback and produced water:*  What are the possible impacts of releases of flowback and produced water on drinking water resources?
- *Wastewater treatment and waste disposal:*  What are the possible impacts of inadequate treatment of hydraulic fracturing wastewaters on drinking water resources?

The next chapter outlines the research approach and activities needed to answer these questions.

# 5   APPROACH

The highly complex nature of the problems to be studied will require a broad range of scientific expertise in environmental and petroleum engineering, ground water hydrology, fate and transport modeling, and toxicology, as well as many other areas.  EPA will need to take a transdisciplinary research approach that integrates various types of expertise from inside and outside the EPA.

*Case studies* and *generalized scenario evaluations* provide organizing constructs for the research that will be used to address the key questions associated with each of the five water cycle stages of hydraulic fracturing.  Table 1 shows the objectives for the case studies, both retrospective and prospective, and the scenario evaluations.  Each of these approaches is briefly described below.

TABLE 1.  RELATIONSHIP BETWEEN CASE STUDIES AND SCENARIO EVALUATIONS

| Activity | | Objectives |
|---|---|---|
| Case studies | | |
| | Retrospective | Perform a forensic analysis of sites with reported contamination to understand the underlying mechanisms and potential impacts on drinking water resources |
| | Prospective | Develop understanding of hydraulic fracturing processes and their potential impacts on drinking water resources |
| Scenario evaluation | | Assess the potential for hydraulic fracturing to impact drinking water resources based on knowledge developed |

## 5.1   CASE STUDIES

Case studies are widely used to conduct in-depth investigations of complex topics and provide a systematic framework for investigating the relationship among relevant factors.  In conjunction with other elements of the research program, case studies can help to determine whether drinking water resources are impacted by hydraulic fracturing, the extent and possible causes of any impacts, and what management practices are, or may be, used to avoid or mitigate such impacts.  Additionally, case studies

may provide data and model inputs to assess the fate and transport of fluids and contaminants in different regions and geologic settings.

*Retrospective case studies* are focused on investigating reported instances of drinking water resource contamination in areas where hydraulic fracturing events have already occurred.  The goal is to determine whether or not the reported impacts are due to hydraulic fracturing activities.  These studies will use existing data and will include environmental field sampling, modeling, and/or parallel laboratory investigations.

*Prospective case studies* involve sites where hydraulic fracturing will be implemented after the research is initiated.  These cases allow sampling and characterization of the site prior to, during, and after drilling, water extraction, injection of the fracturing fluid, flowback, and production.  At each step in the process, data will be collected to characterize both the pre- and post-fracturing conditions at the site. This progressive data collection will allow EPA to evaluate changes in water availability and quality, as well as other factors, over time to gain a better understanding of the impacts of hydraulic fracturing on drinking water resources.  Prospective case studies can also provide data with which models of hydraulic fracturing and associated processes, such as fate and transport of chemical contaminants, can be evaluated and improved.

Retrospective and prospective case studies are discussed further in Chapter 7.

## 5.2   SCENARIO EVALUATION

The objective of this approach is to explore realistic, hypothetical scenarios across the hydraulic fracturing water lifecycle that may result in adverse impacts to drinking water resources based on current understanding and available data.  The scenarios will include a reference case involving typical management and engineering practices in representative geologic settings.  Typical management and engineering practices will be based on what EPA learns from case studies as well as the minimum requirements imposed by state regulatory agencies.  Potential modes of failure, both in terms of engineering controls and geologic characteristics, will be introduced and modeled to represent various states of system vulnerability.  The scenario evaluations will produce insights into site-specific and regional vulnerabilities.

The proposed applications of scenario evaluation will be described in detail for each stage of the hydraulic fracturing water lifecycle in the next chapter.

## 5.3   TOOLS

Various combinations of the following four general tools or activities will be used to conduct the case studies and scenario evaluations:

*Existing data evaluation.*  Various existing data support the proposed hydraulic fracturing research study, including mapped data, surface water discharge data, chemical data, and site data.  These data are available from a variety of sources, such as state regulatory agencies, federal agencies, industry, and public sources.  To support this study, EPA has specifically requested data from nine hydraulic fracturing

service companies.  As detailed in Appendix C, EPA asked for data on the chemical composition of fluids used in the fracturing process, the health and environmental impacts of the chemicals, standard operating procedures, and locations where fracturing has been conducted or is planned.  The hydraulic fracturing service companies have claimed this data to be confidential business information.

*Field monitoring.*  EPA will collect field samples during both retrospective and prospective case studies to look for the migration of chemical and gas contaminants into drinking water resources as a result of hydraulic fracturing activities.  Direct studies of field sites can also assess the behavior of chemicals in the environment by characterizing the flow and transport of chemicals through heterogeneous media on a scale that is not represented in the laboratory.

*Laboratory-scale experimentation/analysis.*  Laboratory studies will be necessary to develop and refine analytical methods needed to analyze samples collected during field monitoring activities.  For hydraulic fracturing-related chemicals without extensive study, laboratory experimentation may be needed to determine the processes that control the transport and ultimate fate of the chemicals, including sorption and biodegradation.

*Modeling.*  Modeling is a tool for integrating diverse phenomena to enhance understanding of environmental exposures.  When sufficiently tested, models can also allow alternate hypothesis testing, which can help to determine the plausibility of contamination of drinking water resources due to hydraulic fracturing activities.  Models may also be able to identify the factors that are the most important in understanding hydraulic fracturing impacts on drinking water resources.

# 6   PROPOSED RESEARCH

This chapter is organized by the hydraulic fracturing water lifecycle depicted in Figure 7 and the associated fundamental research questions outlined in Chapter 4.  Each section of this chapter provides relevant background information on a water cycle stage, as well as identifying a series of more specific questions that need to be researched in order to answer one of these fundamental questions.  These secondary research questions are listed in Table 2.  Proposed research activities and potential research outcomes are outlined at the end of the discussion of each stage of the water lifecycle.

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011
-- Science Advisory Board Review --

**TABLE 2. HYDRAULIC FRACTURING RESEARCH QUESTIONS**

| Water Lifecycle Stage | Fundamental Research Question | Secondary Research Questions |
|---|---|---|
| Water acquisition | How might large volume water withdrawals from ground and surface water impact drinking water resources? | • What are the impacts on water availability?<br>• What are the impacts on water quality? |
| Chemical mixing | What are the possible impacts of accidental releases of hydraulic fracturing fluids on drinking water resources? | • What is the composition of hydraulic fracturing fluids and what are the toxic effects of these constituents?<br>• What factors may influence the likelihood of contamination of drinking water resources?<br>• How effective are mitigation approaches in reducing impacts to drinking water resources? |
| Well injection | What are the possible impacts of the injection and fracturing process on drinking water resources? | • How effective are well construction practices at containing gases and fluids before, during, and after fracturing?<br>• What are the potential impacts of pre-existing artificial or natural pathways/features on contaminant transport?<br>• What chemical/physical/biological processes could impact the fate and transport of substances in the subsurface?<br>• What are the toxic effects of naturally occurring substances? |
| Flowback and produced water | What are the possible impacts of accidental releases of flowback and produced water on drinking water resources? | • What is the composition and variability of flowback and produced water and what are the toxic effects of these constituents?<br>• What factors may influence the likelihood of contamination of drinking water resources?<br>• How effective are mitigation approaches in reducing impacts to drinking water resources? |
| Wastewater treatment and waste disposal | What are the possible impacts of inadequate treatment of hydraulic fracturing wastewaters on drinking water resources? | • How effective are treatment and disposal methods? |

A summary of the research outlined in this chapter can be found in Appendix A.

## 6.1   WATER ACQUISITION: HOW MIGHT LARGE VOLUME WATER WITHDRAWALS FROM GROUND AND SURFACE WATER IMPACT DRINKING WATER RESOURCES?

### 6.1.1   BACKGROUND

The amount of water needed in the hydraulic fracturing process depends on the type of formation (coalbed, shale, or tight sands) and the fracturing operations (e.g., well depth and length, fracturing fluid properties, and fracture job design). Water requirements for hydraulic fracturing in coalbed methane range from 50,000 to 350,000 gallons per well (Holditch, 1990 and 1993; Jeu et al., 1988; Palmer et al., 1991 and 1993). The water usage in shale gas plays is significantly larger: 2 to 4 million gallons of water are typically needed per well (API, 2010a; GWPC and ALL Consulting, 2009; Satterfield et al., 2008). Table 3 shows how the total volume of water used in fracturing varies depending on the depth and porosity of the shale gas play.

**TABLE 3.   COMPARISON OF ESTIMATED WATER NEEDS FOR HYDRAULIC FRACTURING IN DIFFERENT SHALE PLAYS**

| Shale Play | Formation Depth (ft) | Porosity (%) | Organic Content (%) | Freshwater Depth (ft) | Fracturing Water (gallons/well) |
|---|---|---|---|---|---|
| Barnett | 6,500-8,500 | 4-5 | 4.5 | 1,200 | 2,300,000 |
| Fayetteville | 1,000-7,000 | 2-8 | 4-10 | 500 | 2,900,000 |
| Haynesville | 10,500-13,500 | 8-9 | 0.5-4 | 400 | 2,700,000 |
| Marcellus | 4,000-8,500 | 10 | 3-12 | 850 | 3,800,000 |

Data are from GWPC and ALL Consulting, 2009.

EPA estimates that approximately 35,000 wells are fractured each year across the United States. Assuming that the majority of these wells are horizontal wells, the annual water requirement may range from 70 to 140 billion gallons. This is equivalent to the total amount of water used each year in roughly 40 to 80 cities with a population of 50,000 or about 1 to 2 cities of 2.5 million people. In the Barnett Shale area, the annual estimates of total water used by gas producers range from 2.6 to 5.3 billion gallons per year from 2005 through 2007 (Bene et al., 2007, as cited in Galusky, 2007). During the projected peak shale gas production in 2010, the total water used for gas production in the Barnett Shale was estimated to be 9.5 billion gallons. This represents 1.7 percent of the estimated total freshwater demand by all users within the Barnett Shale area (554 billion gallons) (Galusky, 2007).

To meet these large volume requirements, source water is typically stored in 20,000-gallon portable steel ("frac") tanks located at the well site (GWPC, 2009; ICF International, 2009a; Veil, 2007). Source water can also be stored in impoundment pits on-site or in a centralized location that services multiple sites. This storage practice is used, for example, in the Barnett and Fayetteville Shale plays, where source water may be stored in large, lined impoundments ranging in capacity from 8 million gallons for 4 to 20 gas wells to 163 million gallons for 1,200 to 2,000 gas wells (Satterfield et al., 2008). The water used to fill tanks or impoundments may come from either ground or surface water, depending on the region in which the fracturing takes place. The transportation of source water to the well site depends on site-specific conditions. In many areas, trucks generally transport the source water to the well site. In the long term, where topography allows, a network of pipelines may be installed to transfer source water between the source and the impoundments or tanks.

Whether the withdrawal of this much water from local surface or ground water sources has a significant impact may vary from one part of the country to another and from one time of the year to another. In arid North Dakota, the projected need of 5.5 billion gallons of water per year to release oil and gas from the Bakken Shale has prompted serious concerns by stakeholders (Kellman and Schneider, 2010). On the other hand, in less arid parts of the country (e.g., the Barnett Shale area), the impact of water withdrawals may be less significant. In the Marcellus Shale area, stakeholder concerns have focused on large volume, high rate water withdrawals from small streams in the headwaters of watersheds supplying drinking water (Maclin et al., 2009; Myers, 2009) rather than on overall water use.

One way to offset the large water requirements for hydraulic fracturing is to recycle the flowback produced in the fracturing process. Estimates for the amount of fracturing fluid that is recovered during the first two weeks after a fracture range from 10 to 40 percent of the original fluid injected (Ewing, 2008; Vidic, 2010). This water may be treated and reused by adding additional chemicals as well as fresh water to compose a new fracturing solution. There are, however, challenges associated with reusing flowback due to the high concentrations of total dissolved solids (TDS) and other dissolved constituents found in flowback (Bryant et al., 2010). Acid mine drainage, which has a lower TDS concentration, has also been suggested as possible source water for hydraulic fracturing (Vidic, 2010).

API has published general guidance on best practices for water management associated with hydraulic fracturing (API, 2010a). Such practices include proactive communication with local water agencies and planning for a potential well drilling program on a basin-wide basis. API also recommends a detailed evaluation of the amount and quality of water required in addition to the identification and evaluation of potential water sources. Other literature describes current and proposed practices for on-site water management at some shale gas plays (Satterfield et al., 2008; Horn, 2009; Veil, 2007 and 2010).

### 6.1.2 WHAT ARE THE IMPACTS ON WATER AVAILABILITY?

Large volume water withdrawals for hydraulic fracturing are unique in that much of the water used for the fracturing process may not be recovered after injection. The impact from large volume water withdrawals varies not only with geographic area, but also with the quantity, quality, and sources of the water used. The removal of large volumes of water could stress drinking water supplies, especially in drier regions where aquifer or surface water recharge is limited. This could lead to lowering of water tables or dewatering of drinking water aquifers, decreased stream flows, and reduced volumes of water in surface water reservoirs. These activities could impact the availability of water for drinking and other uses in areas where hydraulic fracturing is occurring. The lowering of water levels in aquifers can necessitate the lowering of pumps or the deepening or replacement of wells, as has been reported near Shreveport, Louisiana, in the area of the Haynesville Shale (personal communication from Gary M. Hanson, Director, Red River Watershed Management Institute, Louisiana State University in Shreveport, to EPA's Robert Puls).

As the intensity of hydraulic fracturing activities increases within individual watersheds and geologic basins, it is important to understand the net impacts on water resources and identify opportunities to optimize water management strategies.

### 6.1.3   What are the impacts on water quality?

The lowering of water levels in aquifers may also affect water quality by exposing naturally occurring minerals to an oxygen-rich environment.  This may cause chemical changes to the minerals that can affect solubility and mobility and may cause salination of the water and other chemical contaminations. Bacterial growth may be stimulated by lowered water tables, causing taste and odor problems. Depletion of aquifers may also cause an upwelling of lower quality water from deeper within an aquifer. In some cases, changes in water levels may interact with well construction in such a way as to cause an increase in siltation or cloudiness of the produced water.  Large volume water withdrawals from ground water can also lead to subsidence and/or destabilization of the geology.

Withdrawals of large quantities of water from surface water resources (e.g., streams) may have significant impacts on the hydrology and hydrodynamics of these resources.  Such withdrawals from streams can alter the flow regime by changing their flow depth, velocity, and temperature (Zorn et al., 2008).  Additionally, removal of significant volumes of water may reduce the dilution effect and increase the concentration of contaminants in surface water resources (Pennsylvania State University, 2010). Furthermore, it is important to recognize that ground water and surface water are hydraulically connected (Winter et al., 1998); any changes in the quantity and quality of the surface water will affect ground water and vice versa.

### 6.1.4   Proposed Research Activities—Water Acquisition

#### 6.1.4.1   Water Availability:  Analysis of Existing Data, Prospective Case Studies, and Scenario Evaluation

*Analysis of existing data.*  In cooperation with USACE, USGS, state environmental agencies, state oil and gas associations, river basin commissions, and others, EPA will compile data on water use and the hydrology of selected study areas.  These data will include ground water levels, surface water flows, and water quality as well as data on hydraulic fracturing operations, such as the location of wells and the recorded water used during fracturing.  EPA has chosen potential study areas that represent both arid and humid areas of the country, restricting its selection to areas for which sufficient data are available. Current potential study areas include:  (1) the Bakken Shale in North Dakota, (2) the Barnett Shale in Texas, (3) Garfield County/Piceance Basin in Colorado, and (4) the Susquehanna River Basin/Marcellus Shale in Pennsylvania.

Simple water balance and geospatial information system (GIS) analysis will be conducted using the existing data.  The collected data will be compiled in conjunction with hydrological trends over the same period of time.  Control areas that have similar baseline water demands and have no oil and gas development will be compared to areas with intense hydraulic fracturing activity to isolate and identify the impacts of hydraulic fracturing on water availability.  A critical analysis of trends in water flows and water usage patterns in areas impacted by hydraulic fracturing activities will be conducted to determine whether water withdrawals for hydraulic fracturing activities alter ground and surface water flows.  Data collection will support the assessment of the impacts of hydraulic fracturing on water availability at various spatial scales (e.g., site, watershed, basin, and play) and temporal scales (e.g., days, months, and years).

Case No. 1:20-cv-02484-MSK   Document 89-1   filed 05/06/21   USDC Colorado   pg 76 of 359

*Prospective case studies.* EPA will conduct prospective case studies that will monitor all aspects of the hydraulic fracturing water lifecycle illustrated in Figure . These prospective case studies will collect data to evaluate potential impacts on water availability due to large volume water withdrawals, and will assess management practices related to water acquisition. Additionally, the assessment of site-scale water use on the hydrologic cycle will allow EPA to test the models used in the scenario evaluations described below.

*Scenario evaluation.* Scenario evaluations will assess the environmental futures and impacts of hydraulic fracturing operations at various spatial and temporal scales in the selected study areas using the existing data described above. The scenarios will include at least two futures: (1) average annual conditions in 10 years based on the full exploitation of non-conventional natural gas and (2) average annual conditions in 10 years based on sustainable water use in hydraulic fracturing operations. Both scenarios will build on predictions for land use and climate (e.g., drought, average, and wet). EPA will take advantage of the future scenario work constructed for the EPA Region 3 Chesapeake Bay Program (for 2030) and the EPA ORD Futures Midwest Landscape Program (for 2022). The spatial scales of analysis will reflect both environmental boundaries (e.g., site, watershed, river basin, and geologic play) and political boundaries (e.g., city/municipality, county, state, and EPA Region).

These assessments will consider typical water requirements for hydraulic fracturing activities and will also account for estimated demands for water from other human needs (e.g., drinking water, agriculture, and energy), adjusted for future populations. The sustainability analysis will reflect minimum river flow requirements and aquifer drawdown for drought, average, and wet precipitation years, and will allow a determination of the number of typical hydraulic fracturing operations that could be sustained for the relevant formation (e.g., Marcellus Shale) and future scenario. Appropriate physics-based watershed and ground water models will be used for representation of the water balance and hydrologic cycle, as discussed in Appendix H.

### 6.1.4.2   WATER QUALITY: ANALYSIS OF EXISTING DATA AND PROSPECTIVE CASE STUDIES

*Analysis of existing data.* EPA will use the data collected in collaboration with USACE, USGS, and others to analyze changes in water quality in areas impacted by hydraulic fracturing, and to determine if any changes are due to water withdrawals for hydraulic fracturing. Water quality trends will also be evaluated to determine the potential for using routine monitoring data in identifying water resource vulnerabilities.

*Prospective case studies.* These case studies will allow EPA to collect data on the quality of ground and surface waters that may be used for hydraulic fracturing before and after water is removed for hydraulic fracturing purposes. The resulting data will be analyzed to determine if there are any changes in water quality, and if these changes are due to the large volume water withdrawals associated with hydraulic fracturing.

### 6.1.5   POTENTIAL RESEARCH OUTCOMES

The research outlined above will allow EPA to:

- Identify possible impacts on water availability and quality associated with large volume water withdrawals for hydraulic fracturing.
- Determine the cumulative effects of large volume water withdrawals within a watershed and aquifer.
- Develop metrics that can be used to evaluate the vulnerability of water resources.
- Provide an assessment of current water resource management practices related to hydraulic fracturing.

## 6.2   CHEMICAL MIXING: WHAT ARE THE POSSIBLE IMPACTS OF RELEASES OF HYDRAULIC FRACTURING FLUIDS ON DRINKING WATER RESOURCES?

### 6.2.1   BACKGROUND

Most hydraulic fracturing fluids are water-based fluids that serve two purposes: to create pressure to propagate the fracture and to carry the proppant into the fracture.  Proppants are solid materials that are used to keep the fractures open after pressure is reduced in the well.  The most common proppant is sand (Carter et al., 1996), although resin-coated sand, bauxite, and ceramics have also been used (Arthur et al., 2008; Palisch et al., 2008).  Most, if not all, water-based fracturing techniques use proppants.  There are, however, some fracturing techniques that do not use proppants.  For example, nitrogen gas is commonly used to fracture coalbeds and does not require the use of proppants (Rowan, 2009).

In addition to proppants and water, hydraulic fracturing fluids contain chemical additives.  The types and concentrations of proppants and chemical additives vary depending on the conditions of the specific well being fractured, and are selected to create a fracturing fluid tailored to the properties of the formation and the needs of the project.  In many cases, reservoir properties are entered into modeling programs that simulate fractures (see Castle et al., 2005, and Hossain and Rahman, 2008, for commercial software available for fracture design).  The fracturing models are then used to reverse engineer the requirements for fluid composition, pump rates, and proppant concentrations.  In shale gas plays, for example, the fracturing fluid is predominantly water and sand, with added chemicals depending upon the characteristics of the source water and the shale play formation being fractured (GWPC and ALL Consulting, 2009).

Table 4 lists the volumetric composition of a fluid used in a fracturing operation in the Fayetteville Shale as an example of additive types and concentrations (GWPC and ALL Consulting, 2009; API, 2010b).  A list of publicly known chemical additives found in hydraulic fracturing fluids is provided in Appendix D.

**TABLE 4.  AN EXAMPLE OF THE VOLUMETRIC COMPOSITION OF HYDRAULIC FRACTURING FLUID**

| Component/ Additive Type | Example Compound(s) | Purpose | Percent Composition (by Volume) | Volume of Chemical (Gallons)[a] |
|---|---|---|---|---|
| Water | | Deliver proppant | 90 | 2,700,000 |
| Proppant | Silica, quartz sand | Keep fractures open to allow gas flow out | 9.51 | 285,300 |
| Acid | Hydrochloric acid | Dissolve minerals, initiate cracks in the rock | 0.123 | 3,690 |
| Friction reducer | Polyacrylamide, mineral oil | Minimize friction between fluid and the pipe | 0.088 | 2,640 |
| Surfactant | Isopropanol | Increase the viscosity of the fluid | 0.085 | 2,550 |
| Potassium chloride | | Create a brine carrier fluid | 0.06 | 1,800 |
| Gelling agent | Guar gum, hydroxyethyl cellulose | Thickens the fluid to suspend the proppant | 0.056 | 1,680 |
| Scale inhibitor | Ethylene glycol | Prevent scale deposits in the pipe | 0.043 | 1,290 |
| pH adjusting agent | Sodium or potassium carbonate | Maintain the effectiveness of other components | 0.011 | 330 |
| Breaker | Ammonium persulfate | Allow delayed breakdown of the gel | 0.01 | 300 |
| Crosslinker | Borate salts | Maintain fluid viscosity as temperature increases | 0.007 | 210 |
| Iron control | Citric acid | Prevent precipitation of metal oxides | 0.004 | 120 |
| Corrosion inhibitor | N,n-dimethyl formamide | Prevent pipe corrosion | 0.002 | 60 |
| Biocide | Glutaraldehyde | Eliminate bacteria | 0.001 | 30 |

Data are from GWPC and ALL Consulting, 2009, and API, 2010b.  Note that the example compounds are not necessarily the compounds used in this fracturing operation in the Fayetteville Shale.  [a] Based on 3 million gallons of fluid used.

In the case outlined in Table 4, the total concentration of chemical additives was 0.49 percent.  Table 4 also calculates the volume of each additive based on a total fracturing fluid volume of 3 million gallons, and shows that the total volume of chemical additives is 14,700 gallons.  In general, however, the overall concentration of chemical additives in fracturing fluids used in shale gas plays ranges from 0.5 to 2 percent by volume with water and proppant comprising the remainder (GWPC and ALL Consulting, 2009), indicating that 15,000 to 60,000 gallons of the total fracturing fluid consist of chemical additives (assuming a total fluid volume of 3 million gallons).

The chemical additives are typically stored in tanks on-site and blended with water and the proppant prior to injection.  Flow, pressure, density, temperature, and viscosity can be measured before and after mixing (Pearson, 1989).  High pressure pumps then send the mixture from the blender into the well (Arthur et al., 2008).  In some cases, special on-site equipment is used to measure the properties of the mixed chemicals *in situ* to ensure proper quality control (Hall and Larkin, 1989).

### 6.2.2   WHAT IS THE COMPOSITION OF HYDRAULIC FRACTURING FLUIDS AND WHAT ARE THE TOXIC EFFECTS OF THESE CONSTITUENTS?

In 2010, EPA compiled a list of chemicals that were publicly known to be used in hydraulic fracturing (Table D1 in Appendix D). The chemicals identified in Table D1, however, do not represent the entire set of chemicals used in hydraulic fracturing activities. EPA also lacks information regarding the frequency, quantity, and concentrations of the chemicals used, which is important when considering the toxic effects of hydraulic fracturing fluid additives. In January 2011, Congressmen Waxman and Markey and Congresswoman DeGette notified EPA that they found that "between 2005 and 2009, oil and gas service companies injected 32.2 million gallons of diesel fuel or hydraulic fracturing fluids containing diesel fuel in wells in 19 states" (Waxman et. al, 2011). Stakeholder meetings and media reports have emphasized the public's concern regarding the identity and toxicity of chemicals used in hydraulic fracturing.

Much of the information regarding the identity and concentration of chemicals used in hydraulic fracturing fluids is considered by the industry to be proprietary and, therefore, confidential. This makes identifying the toxicity and human health effects associated with these chemicals difficult. Table 4 illustrates that the chemicals used in hydraulic fracturing fluids can have a range of toxicities. For example, sand, polyacrylamide, guar gum, and hydroxyethyl cellulose are relatively benign materials. Acids and bases present an irritant response upon dermal or inhalation exposure, but more acute responses are possible. On the other hand, chronic toxicity has been associated with some identified chemicals, such as ethylene glycol, glutaraldehyde, and n,n-dimethyl formamide (TOXNET, 2011). An approach for assessing the toxicity and human health effects of fracturing fluid additives is outlined in Chapter 8.

### 6.2.3   WHAT FACTORS MAY INFLUENCE THE LIKELIHOOD OF CONTAMINATION OF DRINKING WATER RESOURCES?

Large hydraulic fracturing operations require extensive quantities of supplies, equipment, water, and vehicles, which could create risks of accidental releases, such as spills or leaks. Surface spills or releases can occur as a result of tank ruptures, equipment or surface impoundment failures, overfills, vandalism, accidents, ground fires, or improper operations. Released fluids might flow into a nearby surface water body or infiltrate into the soil and near-surface ground water, potentially reaching drinking water aquifers (NYSDEC, 2009).

### 6.2.4   HOW EFFECTIVE ARE MITIGATION APPROACHES IN REDUCING IMPACTS TO DRINKING WATER RESOURCES?

API provides a description of general practices relating to the transportation, storage, and handling of source water and other fluids prior to fracturing (API, 2010a). However, the extent to which these practices are followed in the industry or what other practices may be used is unclear.

### 6.2.5   PROPOSED RESEARCH ACTIVITIES—CHEMICAL MIXING

#### 6.2.5.1   CHEMICAL IDENTITY AND TOXICITY: ANALYSIS OF EXISTING DATA

In September 2010, EPA issued information requests to nine hydraulic fracturing service companies seeking information on the identity and quantity of chemicals used in hydraulic fracturing fluid in the

past five years (Appendix C).  This information will provide EPA with a better understanding of the common compositions of hydraulic fracturing fluids (e.g., identity of components, concentrations, and frequency of use) and the factors that influence these compositions.  By asking for data from the past five years, EPA expects to obtain information on chemicals that are currently used as well as those that are no longer used in hydraulic fracturing operations, but could be present in areas where retrospective case studies will be conducted.  The data collected from this request will also be compared to the list of publicly known hydraulic fracturing chemical additives to determine the accuracy and completeness of the list of chemicals given in Table D1.

The chemical list from the nine companies will be combined with the list of publicly known chemical additives to provide EPA with a comprehensive list of chemicals used in hydraulic fracturing operations. The resulting list of chemical additives will be used in two ways:  First, EPA will work to determine the toxicity and estimated human health effects associated with hydraulic fracturing fluid chemical additives using methods described later in Chapter 8.  Secondly, this list of chemicals will allow EPA to identify existing analytical methods—or develop new methods—to detect fracturing fluids and their degradation products in drinking water resources.  EPA expects to identify a short list of 10 to 20 chemical indicators to track the fate and transport of hydraulic fracturing fluids through the environment.  The criteria for selecting these indicators will include, but are not limited to, (1) the frequency of occurrence in fracturing fluids, (2) the toxicity of the chemical, (3) the fate and transport of the chemical (e.g., mobility in the environment), and (4) the availability of detection methods.

### 6.2.5.2   HYDRAULIC FRACTURING FLUID RELEASE:  ANALYSIS OF EXISTING DATA AND CASE STUDIES

*Analysis of existing data.*  The tanks, valves, and pipes used to store and mix hydraulic fracturing fluid (i.e., water, proppant, and chemical additives) are subject to spills, releases, or leaks (subsequently, the term "release" will refer to a leak, spill, or release).  Releases, in general, are not restricted to hydraulic fracturing operations, and can occur under a variety of conditions.  Because these are common types of problems, there already exists a body of scientific literature that describes how a chemical solution released on the ground can infiltrate the subsurface and/or run off to a surface water body.  EPA will use the list of hydraulic fracturing fluid chemical additives generated through the research proposed in Section 6.2.5.1 to identify individual chemicals and classes of chemicals for review in the existing scientific literature.  EPA will then identify relevant existing research on the fate and transport of hydraulic fracturing fluid additives.  The relevant research will be summarized to determine the known impacts of spills of fracturing fluid on drinking water resources and to identify existing knowledge gaps related to surface spills of hydraulic fracturing fluid chemical additives.

*Retrospective case studies.*  Some of the candidate case study sites (listed in Appendix F) have reported accidental releases from chemical tanks, supply lines, or leaking valves.  It is expected that at least one of the case studies chosen will allow EPA to investigate the impacts of accidental releases on drinking water resources.

*Prospective case studies.*  Prospective case studies will monitor and assess current chemical management practices, and will identify potential areas of concern related to on-site chemical mixing of hydraulic fracturing fluid.  EPA will also collect information on the effectiveness of current management

practices used to contain or mitigate the impacts of spills and/or leaks of fracturing fluid on drinking water resources.

### 6.2.6   POTENTIAL RESEARCH OUTCOMES

Through the above research activities, EPA will:

- Summarize available data on the identity and frequency of use of various hydraulic fracturing chemicals, the concentrations at which the chemicals are typically injected, and the total amounts used.
- Identify the toxicity of chemical additives, and apply tools to prioritize data gaps and identify chemicals for further assessment.
- Identify a set of chemical indicators associated with hydraulic fracturing fluids and associated analytical methods.
- Determine the likelihood that surface spills will result in the contamination of drinking water resources.
- Assess current management practices related to on-site chemical storage and mixing.

## 6.3   WELL INJECTION: WHAT ARE THE POSSIBLE IMPACTS OF THE INJECTION AND FRACTURING PROCESS ON DRINKING WATER RESOURCES?

### 6.3.1   BACKGROUND

Ideally, the successful injection of hydraulic fracturing fluid results in natural gas production without contamination of USDWs, and is necessarily dependent upon the mechanical integrity of the well and the fluid design.  The fluid design is determined by the subsurface properties and the oil/gas service field operator.  Mechanical integrity is determined by well design and construction, which is regulated by the states.  Requirements for well construction vary from state to state, but many states incorporate standards such as those published by API (2009).  It is useful, therefore, to provide a brief summary of well construction, which is adapted from the well construction and integrity guidelines published by API (2009).

#### 6.3.1.1   WELL DESIGN AND CONSTRUCTION

According to API (2009), the goal of well design is to "ensure the environmentally sound, safe production of hydrocarbons by containing them inside the well, protecting ground water resources, isolating the production formations from other formations, and by proper execution of hydraulic fractures and other stimulation operations."  Thus, proper well construction is essential for isolating the production zone from USDWs, and includes drilling a hole, installing a steel pipe (casing), and cementing the pipe in place.  These activities are repeated multiple times throughout the drilling event until the well is complete.

*Drilling.*  Various techniques can be used to drill wells.  For example, air or water can be used to drill wells in coalbed methane formations and other fragile formations (Rogers et al., 2007).  In most cases, however, a drilling string—composed of a drill bit, drill collars, and a drill pipe—is used to drill the well.  During the drilling process, a drilling fluid such as compressed air or a water- or oil-based liquid ("mud")

DRAFT Hydraulic Fracturing Study Plan                                            February 7, 2011
-- Science Advisory Board Review --



**FIGURE 8. WELL CONSTRUCTION**

is circulated down the drilling string. Water-based liquids typically contain a mixture of water, barite, clay, and chemical additives (OilGasGlossary.com, 2010). This fluid serves multiple purposes, including cooling the drill bit, lubricating the drilling assembly, removing the formation cuttings, maintaining the pressure control of the well, and stabilizing the hole being drilled. Once removed from the wellbore, both drilling liquids and drill cuttings must be treated, recycled and/or disposed of.

*Casing.* Casings are steel pipes that line the borehole and serve to isolate the geologic formation from the materials and equipment in the well. The casing also prevents the borehole from caving in, confines the injected/produced fluid to the wellbore and the intended production zone, and provides a method of pressure control. Thus, the casing must be capable of withstanding the external and internal pressures encountered during the installation, cementing, fracturing, and operation of the well. Because fluid is confined within the casing, the possibility of contamination of zones adjacent to the well is greatly diminished.

Figure 8 illustrates the different types of casings that may be used in well construction: conductor, surface, intermediate (if necessary), and production. Each casing serves a unique purpose. Ideally, the surface casing should extend below the base of the deepest USDW and be cemented to the surface. This casing isolates the USDWs and provides protection from contamination during drilling, completion, and operation of the well. Note that the shallow portions of the well may have multiple layers of casing and cement, isolating the production area from the surrounding formation. For each casing, a hole is drilled and the casing is installed and cemented into place.

Casings should be positioned in the center of the borehole using casing centralizers, which attach to the outside of the casing. A centralized casing improves the likelihood that it will be completely surrounded by cement during the cementing process, leading to the effective isolation of the well from USDWs.

*Cementing.* Once the casing is inserted in the borehole, it is cemented into place by pumping a cement slurry down the casing and up the annular space between the formation and the outside of the casing. The principal functions of the cement (for vertical wells or the vertical portion of a horizontal well) are to be of suitable quality (during and after setting) to act as a barrier to migration of fluids up the wellbore behind the casing and to mechanically support the casing. To accomplish these functions, the proper cement must be used for the conditions encountered in the borehole. Additionally, placement of the cement and the type of cement used in the well must be carefully planned and executed to ensure that the cement functions effectively.

The presence of the cement sheath around each casing and the effectiveness of the cement in preventing fluid movement are the major factors in establishing and maintaining the mechanical integrity of the well. Even a correctly constructed well can fail over time due to downhole stresses and corrosion (Bellabarba et al., 2008). Therefore, ongoing mechanical integrity testing of the well is recommended; many states require that wells be tested periodically (GWPC, 2009).

6.3.1.2  INJECTION OF HYDRAULIC FRACTURING FLUID

Before the injection of hydraulic fracturing fluid, the production casing is perforated using explosive charges. The perforations allow the injected fluid to enter, and thus fracture, the target formation. Wells may be fractured either in a single stage or in multiple stages as determined by the total length of the injection zone. Vertical wells can be fractured in a single stage or multiple stages while horizontal wells typically require multiple stages due to the overall length of the horizontal leg (GWPC and ALL Consulting, 2009). In a multi-stage fracture of a horizontal well, the fracturing operation typically begins with the stage furthest from the wellhead until the entire length of the horizontal leg has been fractured.

The actual fracturing process within each stage consists of a series of injections using different volumes and compositions of fracturing fluids (GWPC and ALL Consulting, 2009). Sometimes a small amount of fluid is pumped into the well before the actual fracturing begins. This "mini-frac" may be used to help determine reservoir properties and to enable better fracture design (API, 2009). In the first stage of the fracture job, fracturing fluid (typically without proppant) is pumped down the well at high pressures to initiate the fracture. The fracture initiation pressure will depend on the depth and the mechanical properties of the formation. A combination of fracturing fluid and proppant is then pumped in, often in slugs of varying sizes and concentrations. After the combination is pumped, a water flush is used to begin flushing out the fracturing fluid (Arthur et al., 2008).

API recommends that several parameters be continuously monitored during the actual hydraulic fracturing process, including surface injection pressure, slurry rate, proppant concentration, fluid rate, and proppant rate (API, 2009). Monitoring the surface injection pressure is particularly important for two reasons: (1) it ensures that the pressure exerted on equipment does not exceed the tolerance of the weakest components, and (2) unexpected or unusual pressure changes may be indicative of a problem that requires prompt attention (API, 2009).

Models can also be used during the fracturing process to make real-time adjustments to the fracture design (Armstrong et al., 1995). Additionally, microseismic monitors and tiltmeters may be used during fracturing to plot the positions of the fractures (Warpinski et al., 1998 and 2001; Cipolla and Wright, 2000), although this is done primarily when a new area is being developed or new techniques are being used (API, 2009). Microseismic monitoring is used in about three percent of fracturing jobs (Zoback et al., 2010).

### 6.3.1.3   NATURALLY OCCURRING SUBSTANCES

Hydraulic fracturing may affect the mobility of naturally occurring substances in the subsurface, particularly in the hydrocarbon-containing formation.  These substances, described in Table 5, include formation fluid, gases, trace elements, naturally occurring radioactive material, and organic material.

**TABLE 5.  NATURALLY OCCURRING SUBSTANCES THAT MAY BE FOUND IN HYDROCARBON-CONTAINING FORMATIONS**

| Type of Contaminant | Example(s) |
|---|---|
| Formation fluid | Brine[a] |
| Gases | Natural gas[b] (e.g., methane, ethane), carbon dioxide, hydrogen sulfide, nitrogen, helium |
| Trace elements | Mercury, lead, arsenic[c] |
| Naturally occurring radioactive material | Radium, thorium, uranium[c] |
| Organic material | Organic acids, polycyclic aromatic hydrocarbons, volatile and semi-volatile organic compounds |

[a] Piggot and Elsworth, 1996.
[b] Zoback et al., 2010.
[c] Harper, 2008; Leventhal and Hosterman, 1982; Tuttle et al., 2009; Vejahati et al., 2010.

Some or all of these substances may find a pathway to USDWs as a result of hydraulic fracturing activities.  For example, if fractures extend beyond the target formation and reach aquifers, or if the casing or cement around a wellbore fails under the pressures exerted during hydraulic fracturing, these potential contaminants could migrate into drinking water supplies.  Some of these substances may be liberated from the formation via complex biogeochemical reactions with chemical additives found in hydraulic fracturing fluid (Falk et al., 2006; Long and Angino, 1982).  These reactions are discussed in more detail in Section 6.3.4.

### 6.3.2   HOW EFFECTIVE ARE WELL CONSTRUCTION PRACTICES AT CONTAINING GASES AND FLUIDS BEFORE, DURING, AND AFTER FRACTURING?

In researching information sources for this study plan, EPA found evidence showing that improper well construction or improperly sealed wells may provide subsurface pathways for ground water pollution by allowing contaminant migration to sources of drinking water (PADEP, 2010b; McMahon et al., 2011; State of Colorado Oil and Gas Conservation Commission, 2009a, 2009b, and 2009c; USEPA, 2010b). Based on these findings, EPA believes that well mechanical integrity will likely be an important factor in preventing contamination of drinking water resources from hydraulic fracturing activities.

In addition to concerns related to improper well construction and well abandonment processes, there are concerns about the repeated fracturing of a well over its lifetime.  Hydraulic fracturing can be repeated as necessary to maintain the flow of gas or hydrocarbons to the well.  The near- and long-term effects of repeated pressure treatments on well components (e.g., casing, cement) are not well understood.  While EPA recognizes that fracturing or refracturing existing wells may pose a risk to drinking water resources, EPA has not been able to identify potential partners for a case study,

therefore, this practice is not considered in the current study.  The issues of well age and maintenance, however, are important and warrant more study.

### 6.3.3   WHAT ARE THE POTENTIAL IMPACTS OF PRE-EXISTING MAN-MADE OR NATURAL PATHWAYS/FEATURES ON CONTAMINANT TRANSPORT?

Although hydraulic fracture design and control have been researched extensively, predicted and actual fracture lengths still differ frequently (Daneshy, 2003; Warpinski et al., 1998).  Hence, it is difficult to accurately predict and control the location and length of fractures.  If hydraulic fractures combine with pre-existing faults or fractures that lead to aquifers or directly extend into aquifers, injection could lead to the contamination of drinking water supplies by fracturing fluid, natural gas, and/or naturally occurring substances (see Table 5).

During the fracturing process, some fracturing fluid may flow from the created fractures to other areas within the gas-containing formation in a phenomenon known as "fluid leakoff."  In the case of leakoff, the fluid may flow into the micropore or pore spaces within the formation, existing natural factures in the formation, or small fractures opened into the formation by the pressure in the induced fracture (API, 2009; Economides et al., 2007).  Fluid leakoff during hydraulic fracturing can exceed 70 percent of the injected volume if not controlled properly (Glenn et al., 1985), and may result in fluid migrating into drinking water aquifers (Hess, 2010; Subra, 2010; Bielo, 2010; URS Corporation, 2009).  Additionally, the fracturing process may change the fine scale structure of the rock and alter the fluid flow properties of the formation (Yang et al., 2004).

The risk posed by fluid leakoff to drinking water resources will depend on the distance to those resources and the geochemical and transport processes that are occurring in the intermediate strata.  A common assumption in shale gas formations is that natural barriers in the rock strata that act as seals for the gas in the target formation also act as barriers to the vertical migration of fracturing fluids (GWPC and ALL Consulting, 2009).  In contrast to shale gas, coalbed methane reservoirs are mostly shallow and may also be underground resources of drinking water.  In this instance, hydraulic fracturing may be occurring in or near an USDW, raising concerns about the contamination of shallow water supplies with hydraulic fracturing fluids (Pashin, 2007).  Some states have regulations addressing hydraulic fracturing of this type of reservoir (GWPC and ALL Consulting, 2009).

In addition to natural faults or fractures, it is important to consider the proximity of artificial penetrations such as drinking water wells, exploratory wells, production wells, abandoned wells (plugged and unplugged), injection wells, and underground mines.  If such penetrations intersect the injection zone in the vicinity of a hydraulically fractured well, they may serve as conduits for contaminants to reach USDWs.  Several instances of natural gas migrations have been noted.  A 2004 EPA report on coalbed methane indicated that methane migration in the San Juan Basin was mitigated once abandoned and improperly sealed wells were plugged.  The same report found that in some cases in Colorado, poorly constructed, sealed, or cemented wells used for a variety of purposes could provide conduits for methane migration into shallow USDWs (USEPA, 2004).

### 6.3.4 WHAT CHEMICAL/PHYSICAL/BIOLOGICAL PROCESSES COULD IMPACT THE FATE AND TRANSPORT OF SUBSTANCES IN THE SUBSURFACE?

There are numerous chemical/physical/biological processes that may alter the fate and transport of substances in the subsurface as the result of hydraulic fracturing. These processes could increase or decrease the mobility of these substances, depending on their properties and the complex interactions of all processes occurring in the subsurface. For example, several of the chemicals used in fracturing fluid (e.g., acids and carbonates) are known to mobilize naturally occurring substances out of rocks and soils by changing the pH or reduction-oxidation (redox) conditions in the subsurface. Conversely, a change in the redox conditions in the subsurface may also decrease the mobility of naturally occurring substances (Eby, 2004; Sparks, 1995; Sposito, 1989; Stumm and Morgan, 1996; Walther, 2009).

Along with chemical mechanisms, biological processes can change the mobility of fracturing fluid additives and naturally occurring substances. Many microbes, for example, are known to produce siderophores, which can mobilize metals from the surrounding matrix (Gadd, 2004). Microbes may also reduce the mobility of substances by binding to metals or organic substances, leading to the localized sequestration of fracturing fluid additives or naturally occurring substances (Gadd, 2004; McLean and Beveridge, 2002; Southam, 2000).

Physical processes can also increase the mobility of naturally occurring substances. For example, hydraulic fracturing itself is a physical process that may increase the mobility of methane into the surrounding media (GWPC and ALL Consulting, 2009). In the formation, methane is trapped inside the matrix and is not mobile because the pores within the formation are too small or are unconnected. When the rock is fractured, the connection between the pores increases, allowing methane to flow into the fracture and wellbore.

### 6.3.5 WHAT ARE THE TOXIC EFFECTS OF NATURALLY OCCURRING SUBSTANCES?

As discussed above, multiple pathways may exist that allow contaminants to reach drinking water resources. The toxic effects of chemical additives in hydraulic fracturing fluid were briefly discussed in Section 6.2.2. Table 5 and Table D3 in Appendix D provide examples of naturally occurring substances that may contaminate drinking water resources. The toxicity of these substances varies considerably. For example, naturally occurring metals, though they are essential nutrients, exert various forms of toxicity even at low concentrations. Natural gases can also have adverse consequences stemming from their toxicity as well as their physical characteristics (e.g., some are very explosive). Research to summarize and explore these effects is described in Chapter 8.

### 6.3.6 PROPOSED RESEARCH ACTIVITIES—WELL INJECTION

#### 6.3.6.1 WELL INTEGRITY: ANALYSIS OF EXISTING DATA, CASE STUDIES, AND SCENARIO EVALUATION

*Analysis of existing data: well files.* As part of the voluntary request for information sent by EPA to nine hydraulic fracturing service companies (see Appendix C), EPA asked for the locations of sites where hydraulic fracturing operations have occurred within the past year. From this potential list of thousands of hydraulic fracturing sites, EPA will select a representative sample of sites and request the complete well files for these sites. Well files generally contain information regarding all activities conducted at the

site, including any instances of well failure.  EPA will analyze the well files to assess the typical causes, frequency, and severity of well failures.

*Retrospective case studies.*  While conducting retrospective case studies, EPA will assess the mechanical integrity of relevant wells (e.g., existing and historical production wells) near the reported area of drinking water contamination.  To do this, EPA will review existing well construction and mechanical integrity data and/or collect new data using the tools described in Appendix E.  By investigating well construction and mechanical integrity at sites with reported drinking water contamination, EPA will work to determine if well failure was responsible for the reported contamination and whether original well integrity tests were effective in identifying problems.

*Prospective case studies.*  EPA will assess well construction and mechanical integrity at prospective case study sites by:

- Assessing the integrity of wells with respect to casing and cement placement using available logging tools and pressure tests conducted before hydraulic fracturing.
- Repeating mechanical integrity assessments on wells following hydraulic fracturing treatments to evaluate changes related to the high pressures used in the fracturing.
- Sampling the pressure within, and the fluid from, well components (e.g., annular spaces behind the production casing) before and after hydraulic fracturing operations.

During prospective case studies, EPA will also identify what, if any, mechanisms are used to monitor mechanical integrity after the hydraulic fracturing event has taken place.

*Scenario evaluation.*  Computer modeling provides a scientific approach to test potential impacts of hydraulic fracturing well injection scenarios on drinking water resources.  The models will include engineering and geological aspects, which will be informed by existing data and laboratory experiments.  Models of the engineering systems will include the design and geometry of the vertical and horizontal wells in addition to information on the casing and cementing materials.  Models of the geology will include the expected geometry of aquifers and aquitards/aquicludes, the permeability of the formations, and the geometry and nature of boundary conditions (e.g., closed and open basins, recharge/discharge).

Once built, the models will be used to explore the influence of pressure response and contaminant transport under conceptual models representing expected fracturing conditions as well as potential modes of failure.  For example, it is suspected that breakdowns in the well casing or cement may provide a high permeability pathway between the well casing and the borehole wall, which may lead to contamination of a drinking water aquifer.  In this case, it will be informative to compare typical well construction and testing practices to unexpected situations that might affect drinking water resources.

6.3.6.2   IMPACTS OF NATURAL AND MAN-MADE PATHWAYS:   CASE STUDIES AND SCENARIO EVALUATION
*Retrospective case studies.*  In cases of suspected drinking water contamination, EPA will investigate the role of natural and/or artificial pathways in leading to the possible contamination through geophysical testing, field sample analysis, and modeling.  This investigation will determine the role of existing natural or artificial pathways in providing conduits for the migration of fracturing fluid, natural gas and/or naturally occurring substances to drinking water resources.

EPA will also review the data collected on the hydraulic fracturing process itself, including data gathered to calculate the fracture pressure gradients in the injection zone and confining layers; data resulting from fracture modeling, microseismic fracture mapping and tiltmeter analysis; and any other data used to determine fracture location, length, and height.  A critical assessment of these data will allow EPA to determine if fractures created during hydraulic fracturing were localized to the injection zone or possibly intersected existing faults or fractures, leading to the reported contamination.

*Prospective case studies.*  The prospective case studies will give EPA a better understanding of the processes and tools used to determine fracture location, length, and height.  Additionally, EPA will assess the impacts of natural and man-made pathways on the fate and transport of chemical contaminants to drinking water resources by measuring water quality before, during, and after injection.  EPA is currently exploring the possibility of using chemical tracers to track the fate and transport of injected fracturing fluids.  The tracers may be used to determine if fracturing fluid migrates from the targeted formation to a USDW via existing natural or man-made pathways.

*Scenario evaluation.*  The physics-based computer modeling tools described above allow for the exploration of scenarios in which, for example, the fracturing of the target formation unintentionally extends outside of the target zone and potentially creates new pathways for pressure and fluid leakage.  It is also suspected that abandoned wells and natural fractures and fault zones may provide pathways for any fluids that leave the target injection zone.  In these studies, the injection pulses will be distinguished by their near-field, short-term impacts (fate and transport of injection fluids) as well as their far-field and long-term impacts (including the displacement of native brines or existing gas pockets).  These studies will allow the exploration of the potential impacts of fracturing on drinking water resources with regard to variances in geology and well construction, and will help to inform the retrospective and prospective case studies.

Data and information provided by these studies will allow EPA to identify and predict the area of evaluation (AOE) around a hydraulic fracturing site.  The AOE includes the subsurface zone that is potentially impacted by hydraulic fracturing activities and is projected as an area at the land surface.  Within this area, drinking water resources could be affected by the migration of hydraulic fracturing fluids and liberated gases outside the injection zone, as well as the displacement of native brines within the subsurface.  Maps of the AOEs for multiple injection operations can be overlaid on regional maps to evaluate cumulative impacts, and, when compared to regional maps of areas contributing recharge to drinking water wells (source water areas), to evaluate regional vulnerability.  The AOE may also be used to support contaminant fate and transport hypothesis testing in retrospective case studies.

### 6.3.6.3 PHYSICAL/CHEMICAL/BIOLOGICAL PROCESSES RELEVANT TO HYDRAULIC FRACTURING: LABORATORY STUDIES

Laboratory studies will be conducted to evaluate which characteristics of gas-bearing formations and fracturing conditions (e.g., temperature and pressure) are most important in determining the potential impact of hydraulic fracturing on drinking water resources. Chemical degradation, biogeochemical reactions, and weathering reactions will be studied by pressurizing subsamples of cores, cuttings, or aquifer material in temperature-controlled reaction vessels. The subsamples will then be exposed to hydraulic fracturing fluids using either a batch or continuous flow system to simulate subsurface reactions. After specific exposure conditions, samples will be drawn for chemical, mineralogical, and microbiological characterization. This approach will enable the evaluation of degradation products as well as constituents that may be mobilized from the solid phase due to biogeochemical reactions.

The laboratory studies will also help to identify possible components in flowback and produced water. Once identified, the list of possible components can be used to identify or develop analytical methods needed for detecting these components. Additionally, the list of possible flowback and produced water components can be used to determine the toxicity and human health effects of naturally occurring substances that may be released during hydraulic fracturing operations using the methods outlined in Chapter 8.

### 6.3.7 POTENTIAL RESEARCH OUTCOMES

The research opportunities outlined above will allow EPA to:

- Determine the frequency and severity of well failures, as well as the factors that contribute to them.
- Identify the key conditions that increase or decrease the likelihood of the interaction of existing pathways with hydraulic fractures.
- Evaluate water quality before, during, and after injection.
- Determine the identity, mobility, and fate of potential contaminants, including fracturing fluid additives and/or naturally occurring substances (e.g., formation fluid, gases, trace elements, radionuclides, organic material) and their toxic effects.
- Develop analytical methods for detecting chemicals associated with hydraulic fracturing events.

## 6.4 FLOWBACK AND PRODUCED WATER: WHAT ARE THE POSSIBLE IMPACTS OF RELEASES OF FLOWBACK AND PRODUCED WATER ON DRINKING WATER RESOURCES?

### 6.4.1 BACKGROUND

After the fracturing event, the pressure is decreased and the direction of fluid flow is reversed, allowing fracturing fluid and naturally occurring substances to flow out of the wellbore to the surface; this mixture of fluids is called "flowback." Generally, the flowback period in shale gas reservoirs is several weeks (URS Corporation, 2009), while the flowback period in coalbed methane reservoirs appears to be longer (Rogers et al., 2007).

Estimates of the amount of fracturing fluid recovered as flowback in shale gas operations vary from as low as 25 percent to high as 70 to 75 percent (Pickett, 2009; Veil, 2010; Horn, 2009).  Other estimates specifically for the Marcellus Shale project a fracture fluid recovery rate of 10 to 30 percent (Arthur et al., 2008).  Less information is available, however, for coalbed methane reservoirs.  Palmer et al. (1991) estimated a 61 percent fracturing fluid recovery rate over a 19-day period based on sampling from a single well in the Black Warrior Basin.  A recent GWPC report states that none of the 27 oil and natural gas producing states in the United States requires the volume of flowback to be reported to state agencies (GWPC, 2009).

The initial flow rate at which the flowback exits the well can be relatively high (e.g., > 100,000 gallons per day) for the first few days.  However, this flow diminishes rapidly with time, ultimately dropping to the normal rate of produced water flow from a natural gas well (e.g., 50 gallons per day) (Chesapeake Energy, 2010; Hayes, 2009b).  While there is no clear transition between flowback and produced water, produced water is generally considered to be the fluid that exits the well during oil or gas production (API, 2010a; Clark and Veil, 2009).  Like flowback, produced water also contains fracturing fluid and naturally occurring materials, including oil and/or gas.  Produced water, however, is generated throughout the well's lifetime.

The physical and chemical properties of flowback and produced water vary with fracturing fluid composition, geographic location, and geological formation (Veil et al., 2004).  In general, analyses of flowback from various reports show that concentrations of TDS can range from 5,000 mg/L (Horn, 2009) to more than 100,000 mg/L (Hayes, 2009a), and may even reach 200,000 mg/L (Gaudlip and Paugh, 2008; Keister, 2009; Vidic, 2010).  These high values can be reached in a matter of two weeks.

Along with high TDS values, flowback can have high concentrations of major ions (e.g., barium, bromide, calcium, chloride, iron, magnesium, sodium, strontium, bicarbonate), with concentrations of calcium and strontium sometimes reported to be as high as thousands of milligrams per liter (Vidic, 2010).  Flowback may also contain radionuclides (Zoback et al., 2010) as well as volatile organic compounds (VOC), including benzene, toluene, xylenes, and acetone (URS Corporation, 2009).  A list of chemicals identified in flowback and produced water can be found in Table D2 in Appendix D.  Additionally, flowback has been reported to have pH values ranging from 5 to 8 (Hayes, 2009a).  A limited time series monitoring program of post-fracturing flowback fluids in the Marcellus Shale indicated increased concentrations through time of TDS, chloride, barium, and calcium; water hardness; and levels of radioactivity (URS Corporation, 2009).

Flowback and produced water from hydraulic fracturing operations are held in storage tanks and waste impoundment pits prior to or during treatment, recycling, and disposal (GWPC, 2009).  Impoundments may be temporary (e.g., reserve pits for storage) or long-term (e.g., evaporation pits used for treatment).  In areas of New York overlying the Marcellus Shale, regulators are reviewing double-lined centralized impoundments ranging in capacity from 1 to 16 million gallons for the storage of flowback that serve well pads within a 4-square-mile area (ICF International, 2009b; NYSDEC, 2009).  The transportation of flowback and produced water for disposal depends on site-specific conditions.  In the

Marcellus Shale, for example, if the disposal area is not located nearby, flowback and produced water are trucked to disposal facilities (ICF International, 2009a).

The storage of flowback and produced water in tanks or impoundment pits is regulated in many oil and gas producing states (GWPC, 2009).  According to the GWPC, 81 percent of these states require tanks for the storage of flowback and produced water to be surrounded by a containment dike.  Five states, however, require that materials used to construct storage tanks be compatible and of sufficient strength to hold flowback and produced water.  If flowback and produced water is contained in pits, 18 of the 27 states studied require a permit for the pit while 23 states require liners in pits and 16 limit the duration of their use.  For example, New York limits the duration fluids can be stored in pits on-site to 45 days after the fracturing treatment (unless reuse has been approved).  When liners are used, some states require interstitial monitoring for leaks while others do not.

### 6.4.2   WHAT IS THE COMPOSITION AND VARIABILITY OF FLOWBACK AND PRODUCED WATER AND WHAT ARE THE TOXIC EFFECTS OF THESE CONSTITUENTS?

Much of the existing data on the composition of flowback and produced water focuses on the detection of major ions in additional to pH and TDS measurements.  For example, data provided by the USGS produced water database indicates that the distribution of major ions, pH, and TDS levels is not only variable on a national scale (e.g., between geologic basins), but also on the local scale (e.g., within one basin) (USGS, 2002).  However, less is known about the composition and variability of flowback and produced water with respect to the chemical additives found in hydraulic fracturing fluid or radioactive materials.  A recent report by the Gas Technology Institute offers a fairly extensive analysis of the constituents found in flowback in several wells in the Marcellus Shale (Hayes, 2009b).  Veil (2004) also provides data for several organic compounds in produced water.  It is unclear, however, how the chemical composition of flowback varies on both the national and local scales.

A thorough understanding of how the composition of flowback and produced water varies at both the local and national scales could lead to improved predictions of the identity and toxicity of chemical additives and naturally occurring substances in flowback and produced water.  The toxicity of these substances is discussed above in Sections 6.2.2 and 6.3.5.

### 6.4.3   WHAT FACTORS MAY INFLUENCE THE LIKELIHOOD OF CONTAMINATION OF DRINKING WATER RESOURCES?

There may be opportunities for the contamination of drinking water resources both below and above ground.  If the mechanical integrity of the well has been compromised, flowback and produced water traveling up the wellbore may have direct access to local aquifers, leading to the contamination of drinking water resources.  Once above ground, flowback and produced water are stored on-site in storage tanks and waste impoundment pits, and then may be transported off-site for treatment and/or disposal.  There is a potential for releases, leaks, and/or spills associated with the storage and transportation of flowback and produced water, which could lead to contamination of shallow drinking water aquifers and surface water bodies.  There are also concerns associated with the design, construction, operation, and closure of waste impoundment pits.

### 6.4.4   HOW EFFECTIVE ARE MITIGATION APPROACHES IN REDUCING IMPACTS TO DRINKING WATER RESOURCES?

Standard management practices for the industry recommend that spills be cleaned up and disposed of, or reused, to protect human health and the environment.  If applicable, these efforts should be pursued in compliance with existing federal and state regulations (USEPA, 2002a).  As in the case of accidental releases associated with chemical mixing, it is unclear what practices are used on-site to prevent, contain, or mitigate accidental releases of flowback and produced water.  EPA is interested in gathering information relating to the current on-site management practices that are used to prevent and/or contain accidental releases of flowback and produced water to drinking water resources.

### 6.4.5   PROPOSED RESEARCH ACTIVITIES—FLOWBACK AND PRODUCED WATER

#### 6.4.5.1   COMPOSITION AND VARIABILITY OF FLOWBACK AND PRODUCED WATER:  ANALYSIS OF EXISTING DATA AND PROSPECTIVE CASE STUDIES

*Analysis of existing data.*  EPA requested data on the amounts and management of flowback and produced water in the information request sent to the nine hydraulic fracturing service companies (Appendix C).  As noted above, a comprehensive chemical analysis of flowback at several wells in the Marcellus Shale is available (Hayes, 2009b) as well as information on potential constituents in produced water (Veil et al., 2004).  In addition, the New York State Department of Environmental Conservation reported on the constituents in samples of flowback and produced water (NYSDEC, 2009).  These and other data EPA can locate will be used to enhance our current understanding of the composition and variability of flowback and produced water, which will allow EPA to identify or develop analytical methods needed to detect potential chemicals of concern (e.g., fracturing fluid additives, metals, and radionuclides) in hydraulic fracturing wastewaters.  These data will also be used to identify the toxic effects of hydraulic fracturing wastewaters, as described in Chapter 8**.**

*Prospective case studies.*  EPA will monitor current management practices associated with flowback and produced water, and will also draw samples as part of the full water lifecycle monitoring at sites.  At the case study sites, flowback and produced water will be sampled periodically following the completion of the injection of hydraulic fracturing fluids into the formation.  Samples will be analyzed for the presence of fracturing fluid chemicals and naturally occurring substances found in formation samples analyzed prior to fracturing.  This will allow EPA to study the composition and variability of flowback and produced water over a given period of time.

The analysis of flowback and produced water collected during prospective case studies will be done in coordination with DOE NETL.  NETL is currently studying the fate and biogeochemistry of radionuclides and VOCs that may appear in flowback and produced water during unconventional oil and natural gas development projects.  In addition, DOE NETL has an ongoing project to identify the isotopic signature of Marcellus flowback and produced water.  The objective of this project is to determine if stable isotopes can be used to identify Marcellus flowback and produced water when commingled with surface waters or shallow ground water (such as in a surface spill or casing leak scenario); if successful, this is also a technique that EPA may use in retrospective case studies.

6.4.5.2   FLOWBACK AND PRODUCED WATER RELEASE:  ANALYSIS OF EXISTING DATA, RETROSPECTIVE CASE
          STUDIES, AND SCENARIO EVALUATIONS

*Analysis of existing data.*  There is a chance for flowback and produced water to be released once at the surface, either due to failure at the pipeline or failure of the waste pit or storage tank.  Chemical spills and wastewater leakage from waste pits have been studied extensively for other types of wastes.  EPA will take advantage of the existing scientific literature by reviewing it for situations that may be similar to hydraulic fracturing operations.  To accomplish this, EPA will use the list of constituents identified in flowback and produced water to determine chemicals and classes of chemicals for review in the existing literature.  The relevant research will be summarized to determine the fate and transport of flowback and produced water constituents.  This literature review will allow EPA to summarize the known impacts of releases of flowback and produced water on drinking water resources and to identify existing knowledge gaps related to surface releases of flowback and produced water.

*Retrospective case studies.*  There are several candidate sites where surface releases of flowback and/or produced water have occurred from spills, blowouts, and leaking pits.  Case studies will examine the extent of the impacts, if any, from these releases on surface and ground water resources.

*Scenario evaluation.*  Computer modeling will provide a scientific approach for testing the potential impacts of hydraulic fracturing flowback and produced water on drinking water resources.  The conceptual model for representative geology remains the same as in the case of injected fluids, but the reservoir production and engineering changes from injection to extraction.  An important exposure pathway to consider is the long-term movement of injected chemicals, formation fluids, and/or transformation products of the mixture up an improperly cemented section of the borehole or casing.  Again, it will be informative to compare the typical management practices to unexpected situations that may lead to impacts of flowback and produced water on drinking water resources.

6.4.5.3   FLOWBACK AND PRODUCED WATER MANAGEMENT:  PROSPECTIVE CASE STUDIES

*Prospective case studies.*  EPA will collect data on the on-site handling of flowback and produced water, including the monitoring of storage pits and the potential for leakage of flowback and produced water to the subsurface from lined and unlined pits.  When surface pits or storage tanks are used on-site, EPA will sample their contents.  When the pits are closed and abandoned, core samples will be taken beneath the pits to confirm adequate containment of wastes.  Information will also be collected on the ways in which wastewater is transported for treatment or disposal and on the efficacy of various forms of on-site treatment (e.g., biocides) in reducing levels of key contaminants.

6.4.6   POTENTIAL RESEARCH OUTCOMES

Through the research activities outlined, EPA will:

- Compile information on the identity, quantity, and toxicity of flowback and produced water components.
- Develop analytical methods to identify and quantify flowback and produced water components.
- Provide a prioritized list of components requiring future studies relating to toxicity and human health effects.

- Determine the likelihood that surface spills will result in the contamination of drinking water resources.
- Evaluate risks posed to drinking water resources by current methods for on-site management of wastes produced by hydraulic fracturing.

## 6.5   WASTEWATER TREATMENT AND WASTE DISPOSAL: WHAT ARE THE POSSIBLE IMPACTS OF INADEQUATE TREATMENT OF HYDRAULIC FRACTURING WASTEWATERS ON DRINKING WATER RESOURCES?

### 6.5.1   BACKGROUND

Flowback and produced water can be managed through disposal or treatment, which may then be followed by discharge to surface water bodies or reuse.  Land disposal and discharge to surface waters without treatment pose environmental and legal problems.  Underground injection is the primary method for disposal in all the major gas shale plays, except the Marcellus Shale (Horn, 2009; Veil, 2007 and 2010).  Underground injection, however, can be problematic because of insufficient capacity and the costs of trucking the wastewater to an injection site (Gaudlip and Paugh, 2008; Veil, 2010).

In shale gas areas near population centers (e.g., the Marcellus Shale), wastewater treatment at publicly owned treatment works (POTWs) or commercial industrial treatment facilities may be an option for some operations.  Many commercial wastewater treatment facilities are designed to treat the known constituents in flowback or produced water.  POTWs, however, are not designed to treat hydraulic fracturing wastewaters; large quantities of sodium and chloride are detrimental to digesters and can result in high TDS concentrations in the effluent (Veil, 2010; West Virginia Water Research Institute, 2010).  This high TDS water can be corrosive and harm drinking water treatment facilities downstream from POTWs.  Additionally, POTWs are not generally equipped to treat fluids that contain radionuclides, which may be released from the formation during hydraulic fracturing.  Elevated levels of bromide, a constituent of flowback in many areas, can also create problems for POTWs.  Wastewater plants using chlorination as a treatment process will produce more brominated disinfection byproducts, which have significant health concerns associated with them.  When POTWs are used, there may be strict limits on the volumes permitted, such as those found in Pennsylvania where the disposal of production waters at POTWs is limited to less than 1 percent of the POTW's average daily flow (Pennsylvania Environmental Quality Board, 2009).

A primary goal of treatment for shale gas flowback is to meet current water quality standards, which largely focus on TDS levels.  Some treatment options include reverse osmosis systems, distillation, filtration, and precipitation processes (West Virginia Water Research Institute, 2010).  Reverse osmosis systems, which have been adapted for use with oilfield wastewater, are viable for influents with TDS concentrations of about 40,000 to 50,000 mg/L (e.g., Stepan et al., 2010), making them unsuitable for some extremely concentrated flowback waters.  Thermal distillation systems such as mechanical vapor recompression evaporation have been developed (e.g., Veil, 2008).  Thermal and reverse osmosis systems are both subject to fouling from organic compounds, necessitating some form of pretreatment. Horn (2009) describes a treatment train using settling and filtration, followed by an advanced oxidation

process to remove organics.  This sequence prepares the water for salt separation (such as by reverse osmosis).

As noted earlier, recycling of flowback for use in fracturing other wells is becoming increasingly common and is facilitated by developments in on-site treatment to prepare the flowback for reuse.  Researchers at Texas A&M, for example, are developing a mobile treatment system that is being pilot tested in the Barnett Shale (Pickett, 2009).  Water treated on site may also be used for irrigation or livestock (Horn, 2009) in addition to fracturing other wells.  Given the logistical and financial benefits to be gained from treatment of flowback water, continued developments in on-site treatment technologies are expected.

Regulations and practices for management and disposal of hydraulic fracturing wastes vary by region and state, and are influenced by the stage of infrastructure development as well as geology, climate, and formation composition.

## 6.5.2   How effective are treatment and disposal methods?

Treatment, disposal, and reuse of flowback and produced water from hydraulic fracturing activities are important because of the contaminants present in these waters and their potential for adverse health impacts on populations and ecosystems.  While recycling and reuse is also an effective approach for dealing with these waters, and at the same time conserves fresh water resources, ultimately there will still be a need to treat and properly dispose of the final concentrated volumes from a given area of operation.  The separation and appropriate disposal of the toxic constituents is the most protective approach for reducing potential adverse health impacts.  However, much is unknown about the efficacy of current treatment processes for adequately removing certain flowback and produced water constituents, such as fracturing fluid additives and radionuclides.  Additionally, the chemical composition and concentration of solid residuals created by wastewater treatment plants that treat hydraulic fracturing wastewaters—and their subsequent disposal—warrants more study.

In particular, bromide and chloride can have significant impacts to downstream drinking water utilities.  Hydraulic fracturing streams can have very high levels of both, and other waters such as wastewater and river water may offer only limited ability to dilute these constituents by blending.  The presence of bromide in source waters to drinking water systems that chlorinate will produce a greater amount of brominated disinfection byproducts (DBPs), which have been shown to have greater health impacts than chlorinated DBPs.  Also, because of their inherent higher molecular weight, brominated DBPs will result in higher concentrations (by weight) than their chlorinated counterparts (e.g., bromoform versus chloroform), potentially causing a drinking water utility to exceed the current DBP regulatory limits.  Meanwhile, higher levels of chloride in drinking waters can impact lead and copper corrosion, resulting in higher lead levels in consumer tap water and an increase in pitting incidences in copper premise plumbing.  This project will evaluate management practices for chloride and bromide in hydraulic fracturing wastewaters, along with evaluating potential impacts to drinking water utilities and their consumers.

### 6.5.3   PROPOSED RESEARCH ACTIVITIES—WASTEWATER TREATMENT AND WASTE DISPOSAL

#### 6.5.3.1   EFFECTIVENESS OF CURRENT TREATMENT METHODS:  ANALYSIS OF EXISTING DATA, LABORATORY STUDIES, AND PROSPECTIVE CASE STUDIES

*Analysis of existing data.*  Important work on the treatment of flowback and produced water has been completed by DOE NETL.  To optimize resources, EPA will compile the lessons learned and identify research gaps for: (1) the impacts of the direct discharge of these waters in community wastewater systems, (2) the effectiveness of pretreatment of these waters for ultimate discharge into a wastewater treatment plant or for direct land application, and (3) the effectiveness of treatment of these waters for reuse in the hydraulic fracturing industry and other industries, including agriculture.  Specific emphasis will be placed on inorganic and organic contaminants, with the latter being an area that has the least historical information, and hence the greatest opportunity for advancement in treatment.

*Laboratory studies.*  EPA will conduct bench-scale studies to investigate if hydraulic fracturing fluid additives, constituents from underground formations released, or degradation products of fracturing fluid additives are precursors to DBPs, such as trihalomethanes, haloacetic acids, or nitrosamines.  EPA will also evaluate at the bench and pilot scale whether other constituents such as elevated chloride levels result in unintended problems (e.g., increased drinking water distribution system corrosion).  The results from these studies will inform the prospective case studies discussed below.

*Prospective case studies.*  EPA will collect data on the efficacy of the treatment and disposal of hydraulic fracturing wastewaters in prospective case studies by sampling both pre- and post-treatment wastewaters.  It is expected that such studies will include on-site treatment, use of wastewater treatment plants, recycling, and underground injection control wells.  These studies are anticipated to provide data on the chemical composition and concentrations found in treated hydraulic fracturing wastewaters and in the resulting solid residuals.

### 6.5.4   POTENTIAL RESEARCH OUTCOMES

This research will allow EPA to:

- Evaluate current treatment and disposal methods of flowback and produced water resulting from hydraulic fracturing activities.
- Assess the short- and long-term effects resulting from inadequate treatment of hydraulic fracturing wastewaters.

# 7   CASE STUDIES

This chapter of the study plan describes the rationale for case study selection as well as the approaches used in both retrospective and prospective case studies.

## 7.1   CASE STUDY SELECTION

EPA invited stakeholders nationwide to nominate potential case studies through informational public meetings and the submission of electronic or written comments.  Appendix F contains a list of potential

case study sites that were nominated by stakeholders.  Of the 48 nominations, EPA intends to select five
to eight sites for inclusion in the study.  This will include three to five retrospective case study sites,
which will focus on cases involving possible drinking water contamination due to hydraulic fracturing
operations.  The remaining two to three sites will be prospective case studies where EPA will monitor
key aspects of the hydraulic fracturing process.  The final location and number of case studies will be
chosen based on the types of distinct information a given case study would be able to provide.

Table 6 outlines the systematic approach used to identify and prioritize potential retrospective and
prospective case study sites.

TABLE 6.  DECISION CRITERIA FOR SELECTING HYDRAULIC FRACTURING SITES FOR CASE STUDIES

| Selection Step | Inputs Needed | Decision Criteria |
|---|---|---|
| Nomination | <ul><li>Planned, active, or historical hydraulic fracturing activities</li><li>Local drinking water resources</li><li>Community at risk</li><li>Site location, description, history</li><li>Site attributes (e.g., physical, geology, hydrology)</li><li>Operating and monitoring data, including well construction and surface management activities</li><li>Rationale for inclusion</li></ul> | <ul><li>Proximity of population and drinking water supplies</li><li>Magnitude of activity (e.g., density of wells)</li><li>Evidence of impaired water quality (retrospective only)</li><li>Health and environmental concerns (retrospective only)</li><li>Knowledge gap that could be filled by a case study</li></ul> |
| Prioritization | <ul><li>Available data on chemical use, site operations, health and environmental concerns</li><li>Site access for monitoring wells, sampling, and geophysical testing</li><li>Potential to collaborate with other groups (e.g., federal, state, or interstate agencies; industry; non-governmental organizations, communities; and citizens)</li></ul> | <ul><li>Geographic and geologic diversity</li><li>Diversity of suspected impacts to drinking water resources</li><li>Population at risk</li><li>Site status (planned, active, or completed)</li><li>Unique geological or hydrological features</li><li>Characteristics of water resources (e.g., proximity to site, ground water levels, surface water and ground water interactions, unique attributes)</li><li>Multiple nominations from diverse stakeholders</li><li>Land use (e.g., urban, suburban, rural, agricultural)</li></ul> |

The criteria shown in Table 6 were used to determine the finalists for both retrospective and
prospective case studies, and represent the highest-priority case study sites that EPA would like to
conduct as part of this study.  The finalists for both retrospective and prospective case study sites were
chosen to represent a wide range of conditions that reflect the spectrum of impacts that may result
from hydraulic fracturing activities.  These case studies are intended to provide enough detail to
determine the extent to which conclusions can be generalized at local, regional, and national scales.

Table 7 lists the finalists for retrospective case studies, highlighting the areas to be investigated and the
potential outcomes expected for each site.  The potential case study sites listed in Table 7 are illustrative
of the types of situations that may be encountered during hydraulic fracturing activities and represent a

range of locations.  In some of these cases, hydraulic fracturing occurred more than a year ago, while in others, the wells were fractured less than a year ago.  EPA expects to be able to coordinate with other federal and state agencies as well as landowners to conduct these studies, as listed in Appendix F.

**TABLE 7.  RETROSPECTIVE CASE STUDY FINALISTS**

| Location | Areas to be Investigated | Potential Outcomes |
|---|---|---|
| Bakken Shale—Killdeer and Dunn County, ND | • Production well failure during hydraulic fracturing<br>• Suspected drinking water aquifer contamination<br>• Possible soil and surface water contamination | • Identify sources of well failure<br>• Determine if drinking water resources are contaminated and to what extent |
| Barnett Shale—Wise and Denton Counties, TX | • Possible drinking water well contamination<br>• Spills and runoff leading to suspected drinking water well contamination | • Determine if private water wells are contaminated<br>• Obtain information about the likelihood of transport of contaminants via spills, leaks, and runoff |
| Marcellus Shale—Bradford and Susquehanna Counties, PA | • Ground water and drinking water well contamination<br>• Suspected surface water contamination from a spill of fracturing fluids<br>• Methane contamination of multiple drinking water wells | • Determine if drinking water wells are contaminated<br>• Determine source of methane in private wells<br>• Transferable results due to common types of impacts |
| Marcellus Shale—Wetzel County, WV; Green/ Washington Counties, PA | • Changes in water quality in drinking water, suspected contamination<br>• Stray gas in wells, spills | • Determine if drinking water wells are contaminated<br>• Determine if surface spills affect surface and ground water<br>• If contamination exists, determine potential source of contaminants in drinking water |
| Raton Basin—Los Animas County, CO | • Potential drinking water well contamination (methane and other contaminants) in an area with intense concentration of gas wells in shallow surficial aquifer (coalbed methane) | • Determine source of methane<br>• Identify presence/source of contamination in drinking water wells |

Prospective case studies will be made possible by partnering with federal and state agencies, landowners, and industry, as highlighted in Appendix F.  Potential sites for these case studies include:

- The Bakken Shale in Berthold Indian Reservation, North Dakota.
- The Barnett Shale in Flower Mound/Bartonville, Texas.
- The Marcellus Shale in Green County, Pennsylvania, or another location yet to be determined.
- The Niobrara Shale in Laramie County, Wyoming.

For each case study (retrospective and prospective), EPA will write and approve a QAPP before the start of any new data collection, as described in Section 2.6.  As discussed in the following sections, EPA will use a tiered approach for both retrospective and prospective case studies; after each tiered activity, EPA

will write a short summary of findings from field investigations before moving to the next activity.  Upon completion of each case study, a report summarizing key findings will be produced, peer-reviewed, and published.  The data will also be presented in a 2012 interim report and a 2014 report of results.

EPA will perform extensive sampling of relevant environmental media as part of both retrospective and prospective case studies.  Appendix G provides details on field sampling, monitoring, and analytical methods.

## 7.2  RETROSPECTIVE CASE STUDIES

As described briefly in Section 5.1, retrospective case studies are focused on investigating reported instances of drinking water contamination in areas where hydraulic fracturing events have already occurred.  Table 7 lists five finalists for the retrospective case studies.  EPA will choose three to five of these for further investigation.  Each case study will address one or more of the research questions proposed in Table 2.

The goal of each retrospective case study is to assess whether or not the reported contamination is due to hydraulic fracturing activities.  These studies will seek to use existing data and may include additional environmental field sampling, modeling, and/or parallel laboratory investigations.  Using in-house personnel as well as contractors, EPA expects to complete key aspects of these case studies in 2012.  However, it should be noted that field studies are subject to a wide range of complex issues (e.g., site access and stakeholder support) that must be addressed in order to complete such a study, which may affect the completion date of these studies.

As shown in Table 8, retrospective case studies will be conducted in a tiered fashion to develop integrated data on site history and characteristics, water resources, contaminant migration pathways and exposure routes, and diagnostic tools to evaluate risks.

**TABLE 8.  APPROACH FOR CONDUCTING RETROSPECTIVE CASE STUDIES**

| Tier | Goal | Critical Path |
|------|------|---------------|
| 1 | Verify potential issue | • Evaluate existing data and information<br>• Conduct site visit<br>• Survey stakeholders and interested parties |
| 2 | Screen to determine approach for detailed investigations | • Conduct additional sampling: sample wells, taps, surface water, and other fluids associated with hydraulic fracturing activities (e.g., chemical tanks, holding ponds, produced water)<br>• Develop site conceptual model and alternative exposure hypotheses |
| 3 | Evaluate potential sources of contamination | • Conduct geophysical testing<br>• Perform mechanical integrity testing<br>• Install new monitoring wells<br>• Develop, calibrate, and test flow and transport model(s) |
| 4 | Detailed investigations | • Conduct comprehensive chemical characterization<br>• Evaluate alternate hypotheses using the calibrated model(s) |

Retrospective case studies will begin with verifying the potential issue (Tier 1) by evaluating existing data, conducting site visits, and interviewing stakeholders.  EPA will then conduct initial screening activities to determine what future efforts may be required for a detailed investigation of the reported drinking water contamination.  A major focus of these initial screening activities will be to identify potential evidence of drinking water contamination and to develop hypotheses describing possible sources of the reported contamination, including hydraulic fracturing operations as well as non-fracturing activities.  With the exposure hypotheses in mind, additional testing will be conducted to evaluate the potential sources of contamination (see Appendix G for additional information), which will lead to an evaluation of the validity of the exposure hypotheses.

The data collected during retrospective case studies may be used to assess the risks posed to drinking water resources as a result of hydraulic fracturing activities.  Because of this possibility, EPA will collect information on: (1) the toxicity of chemicals associated with hydraulic fracturing, (2) the spatial distribution of chemical concentrations and the locations of drinking water wells, (3) how many people are served by the potentially impacted wells, and (4) how the chemical concentrations vary over time.

## 7.3   PROSPECTIVE CASE STUDIES

Prospective case studies will be performed at sites where hydraulic fracturing will occur, and are made possible by partnering with oil and natural gas companies and other stakeholders.  These case studies will be focused on the entire water lifecycle illustrated in Figure and will: (1) provide data that will be used to inform our current understanding of processes associated with hydraulic fracturing events; and (2) evaluate current water management practices during each stage of the water lifecycle.

Because of the need to enlist the support and collaboration of a wide array of stakeholders in these efforts, the prospective case studies will most likely not begin until mid- to late 2011.  Some preliminary results could be available for the 2012 interim reports, but case studies of this type will likely be completed 12 months from the start dates.

Prospective case studies will be conducted in a tiered fashion, as outlined in Table 9, and will include field sampling, monitoring, modeling, and parallel laboratory investigations to explore the research questions summarized in Table 2.

**TABLE 9.  APPROACH FOR CONDUCTING PROSPECTIVE CASE STUDIES**

| Field Sampling Phases | Critical Path |
|---|---|
| Baseline characterization of the production well site and areas of concern | • Sample all available existing wells, catalogue depth to drinking water aquifers, gather well logs<br>• Sample any adjoining surface water bodies<br>• Sample source water<br>• Install and sample a minimum of three new monitoring wells<br>• Sample soil gas<br>• Perform geophysical characterization<br>• Review site geology<br>• Develop site conceptual model<br>• Develop and calibrate flow system model |
| Production well construction | • Test mechanical integrity<br>• Resample all wells (new and existing), surface water, and soil gas<br>• Survey, record, and evaluate on-site management practices (e.g., pad construction) |
| Hydraulic fracturing of the production well | • Sample fracturing fluids<br>• Resample all wells, surface water, and soil gas<br>• Sample flowback<br>• Evaluate on-site management practices (e.g., fluids management)<br>• Calibrate hydraulic fracturing model<br>• Assess model results through testing of calibrated model |
| Gas production | • Resample all wells, surface water, and soil gas<br>• Survey, record, and evaluate on-site management practices<br>• Calibrate hydraulic fracturing model<br>• Assess model results through testing of calibrated model<br>• Sample produced water |

While conducting the prospective case studies, EPA will obtain water quality, geologic, seismic, and other data before, during, and immediately after fracturing, as discussed in Appendix G.  Similarly, monitoring will be continued during a follow-up period of approximately one year after hydraulic fracturing has been completed.  The sampling includes the opportunity for comprehensive baseline characterization and opportunities to monitor flowback and produced water, including the storage and treatment of these wastewaters.  The data collected can then be used to test whether hydraulic fracturing models accurately simulate changes in the formation caused by fracturing activities.  Modeling details for prospective case studies are discussed further in Appendix H.

# 8   CHARACTERIZATION OF TOXICITY AND HUMAN HEALTH EFFECTS

In almost all stages of the hydraulic fracturing water lifecycle, there is potential for fracturing fluids and/or naturally occurring substances to be introduced into drinking water resources.  As highlighted throughout Chapter 6, EPA is concerned with assessing the toxicity and potential human health effects associated with these possible drinking water contaminants.  In order to do this, EPA will first obtain an inventory of the chemicals associated with hydraulic fracturing activities (and their estimated concentrations of occurrence), including chemicals used in hydraulic fracturing fluid and naturally

occurring substances that may be released from subsurface formations during the hydraulic fracturing process. EPA will also need to identify the relevant reaction and degradation products of these substances, which may have different toxicity and human health effects than their parent compounds, in addition to the fate and transport characteristics of the chemicals. The aggregation of these data is described in Chapter 6.

Based on the number of chemicals currently known to be used in hydraulic fracturing operations, EPA anticipates that there are several hundred potential drinking water contaminants. Therefore, EPA expects to develop a prioritized list of chemicals and, where estimates of toxicity are not otherwise available, to conduct additional testing or quantitative health assessments for certain high-priority chemicals. In the first phase of this work, EPA will conduct an initial screen for known toxicity and human health effects information (including existing toxicity values such as reference doses and cancer slope factors) by searching existing databases.[4] At this stage, chemicals will be grouped into one of three categories: high priority for chemicals that are potentially of concern, low priority for chemicals that are likely to be of little concern, and unknown priority for chemicals with an unknown level of concern. These groupings will likely be based on known toxicity or human health effects, reported occurrence levels, and the potential need for metabolism information.

Chemicals with an unknown level of concern are those for which no toxicity information is available. For these chemicals, a quantitative structure-activity relationship (QSAR) analysis may be conducted to obtain comparative toxicity information. A QSAR analysis uses mathematical models to predict measures of toxicity from physical characteristics of the structure of the chemicals; it will allow EPA to designate these chemicals as either high- or low-priority.

The second phase of this work will focus on additional testing and/or assessment of high-priority chemicals. High-priority chemicals may be subjected to a battery of tests used in the ToxCast program, a high-throughput screening tool that can identify toxic responses (Judson et al., 2010a and 2010b; Reif et al., 2010). ToxCast may also be used to establish the level of toxicity or dose-response relationships for chemicals where some existing information on toxicity or mode of action is available. For chemicals that QSAR analysis and high-throughput screening identify as having a high priority for assessing risk in a semi-quantitative or quantitative mode, EPA will initially apply computational modeling (e.g., ToxPi and computation dose-response analysis) to determine a relative estimate of toxicity. Based on these assessments, additional testing of the highest-priority chemicals may be conducted using medium-throughput cellular and alternative animal models (e.g., *C. elegans*, zebra fish, and stress response cellular assays) together with targeted laboratory animal assays. The latter will be targeted to the specific mode of action indicated by high- and medium-throughput assays and computational modeling.

---

[4] These databases include the Aggregated Computational Toxicology Resources (ACToR) database, the Distributed Structure-Searchable Toxicity (DSSTox) database, the Exposure Forecaster Database (ExpoCastDB), Health and Environmental Research Online (HERO), the Integrated Risk Information System (IRIS), the High Production Volume Information System (HPVIS), the Toxicity Forecaster Database (ToxCastDB), and the Toxicity Reference Database (ToxRefDB).

DRAFT Hydraulic Fracturing Study Plan                                        February 7, 2011
-- Science Advisory Board Review --

EPA may also develop chemical-specific Provisional Peer Reviewed Toxicity Values (PPRTVs) for high-priority chemicals for which there are no existing toxicity values.  PPRTVs summarize the available scientific information about the adverse effects of a chemical and the quality of the evidence, then ultimately derive toxicity values, such as reference doses and cancer slope factors, that can be used in conjunction with exposure and other information to develop a risk assessment.

In addition to single chemical assessments, further information may be obtained for mixtures of chemicals based on which components occur most frequently together and their relevant proportions as identified from exposure information.  EPA may also assess how changes in source water characteristics impact treated drinking water and associated disinfection by products.

The overall level of effort for these characterizations will depend on the amount of information currently available in databases, the number of high-priority chemicals that warrant a more quantitative risk assessment, and results from other study areas that identify and characterize priority contaminant sources and exposures.  EPA anticipates that the initial database search and ranking of high-, low-, and unknown-priority chemicals will be completed for the 2012 interim report.  Additional work using QSAR analysis and high-throughput screening tools is expected to be available in the 2014 report.  The development of chemical-specific PPRTVs for high-priority chemicals is also expected to be available in 2014.

Information developed from this effort to characterize the toxicity and health effects of chemicals will be an important component of understanding the overall risk posed by hydraulic fracturing chemicals that may be present in drinking water resources.  When combined with exposure and other relevant data, this information will help EPA characterize the potential public health impacts of hydraulic fracturing on drinking water resources.

# 9   ENVIRONMENTAL JUSTICE

Environmental justice is the fair treatment and meaningful involvement of all people regardless of race, color, national origin, or income with respect to the development, implementation, and enforcement of environmental laws, regulations, and policies.  Achieving environmental justice is an Agency-wide priority (USEPA, 2010d), and is therefore considered in this study plan.  There are concerns that hydraulic fracturing may adversely affect some communities that may be more likely to be exposed to harmful chemical contaminants as a result of fracturing activities, particularly through contaminated drinking water resources.  Stakeholders have raised concerns about the environmental justice implications of gas drilling operations, noting that people with a lower socioeconomic status may be more likely to consent to drilling arrangements because they may not have the resources to engage with policymakers and agencies to affect alternatives.  Additionally, drilling agreements are between landowners and well operators, implying that tenants and neighbors may have little or no input in the decision-making process.

To address these concerns, EPA will combine the data collected on the location of well sites within the United States with demographic information (e.g., income and race) to screen whether hydraulic fracturing disproportionately impacts some citizens and to identify areas for further study.

# 10 SUMMARY

The research outlined in this study plan will address all stages of the hydraulic fracturing water lifecycle shown in Figure 7 and the research questions posed in Table 2. EPA will conduct the research using case studies and generalized scenario evaluations, which will rely on data produced by a combination of the tools listed in Section 5.3. A comprehensive program of quality assurance will be developed for all aspects of the proposed research. Figure 9 summarizes the research activities for each stage of the hydraulic fracturing water lifecycle, and also provides anticipated timelines for research results. Brief summaries of how the research activities proposed in Chapter 6 will answer the fundamental research questions appear below.

DRAFT Hydraulic Fracturing Study Plan

-- Science Advisory Board Review --

February 7, 2011



FIGURE 9a.  SUMMARY OF RESEARCH PROJECTS PROPOSED FOR THE FIRST THREE STAGES OF THE HYDRAULIC FRACTURING WATER LIFECYCLE

-- Science Advisory Board Review --



FIGURE 9b.  SUMMARY OF RESEARCH PROJECTS PROPOSED FOR THE LAST TWO STAGES OF THE HYDRAULIC FRACTURING WATER LIFECYCLE

*Water acquisition:  How might large volume water withdrawals from ground and surface water impact drinking water resources?*  By analyzing both existing data as well as data from prospective case studies, EPA expects to be able to identify the potential impacts of large volume water withdrawals from hydraulic fracturing operations on drinking water resources.  The data will also be used in scenario evaluations, which will simulate the cumulative effects of large volume water withdrawals under a variety of conditions and locations, allowing EPA to better understand how these withdrawals may impact different regions.

*Chemical mixing:  What are the possible impacts of releases on of hydraulic fracturing fluids on drinking water resources?*  To address this question, EPA will first compile a list of chemicals used in hydraulic fracturing fluids from public sources and the data collected from nine hydraulic fracturing service companies.  The resulting list will be used to inform a variety of proposed research projects:  (1) the identification of fracturing fluid chemical indicators and corresponding analytical methods needed for the detection of these compounds, (2) a review of the scientific literature pertaining to surface chemical releases, and (3) the identification of toxic and human health effects associated with hydraulic fracturing fluid chemical additives.  Case studies will necessarily rely on the results of one or more of these research projects.  Retrospective case studies will identify what, if any, impacts a reported spill of fracturing fluid had on nearby drinking water resources.  To accomplish this, the case studies may need to use the analytical methods identified for hydraulic fracturing fluid additives that may be identified through the information gathered from the hydraulic fracturing service companies and may also use information provided by the scientific literature review of surface chemical spills as well as the results of the toxicity assessments.  Meanwhile, prospective case studies will monitor current chemical management practices related to hydraulic fracturing fluids and will mostly likely track the fate and transport of potential chemical indicators related to fracturing fluids using the identified analytical methods.

*Well injection:  What are the possible impacts of the injection and fracturing process on drinking water resources?*  Data from case studies and scenario evaluations will be analyzed to determine the impacts of the injection and fracturing process on drinking water resources.  Case studies will be based on a combination of field monitoring and modeling data to determine the impacts of well construction and mechanical integrity as well as existing natural and artificial pathways on contaminant transport to drinking water resources.  Scenario evaluations will use data obtained during case studies and will investigate the roles of various injection and geological conditions on drinking water resource contamination.  The case studies and scenario evaluations will be informed by data on the constituents of hydraulic fracturing fluids, laboratory studies of chemical/biological/physical processes between those constituents and the fractured formation, and an analysis of well files.  The laboratory studies will identify degradates and reaction products of hydraulic fracturing fluid chemical additives in addition to naturally occurring substances released from the fractured formation.  Once identified, EPA will assess the toxicity and human health effects of these potential drinking water contaminants.

*Flowback and produced water:  What are the possible impacts of releases of flowback and produced water on drinking water resources?*  EPA will compile a list of chemical constituents found in flowback and produced water through three sources:  public data, data submitted by nine hydraulic fracturing

service companies, and data provided through prospective case studies.  The list of chemical constituents will be used to identify and/or develop analytical methods needed for quantifying these chemicals and to assess the toxicity and human health effects associated with the components of flowback and produced water.  EPA will assess possible impacts to drinking water resources for two cases: (1) contaminant migration up the well and (2) surface spills of flowback and produced water.  Scenario evaluations will be used to explore contaminant migration up the well, while possible impacts from accidental surface releases of flowback and produced water will be identified by reviewing the existing scientific literature related to surface chemical releases or waste pit leakages with respect to the components found in hydraulic fracturing wastewaters.  EPA may address both of these cases during retrospective case studies, which may use the analytical methods developed for flowback and produced water constituents as well as the results of the scientific literature review.  Prospective case studies will look at current wastewater management practices to determine what approaches are used to contain or mitigate releases.  The synthesis of these different research projects will allow EPA to assess the potential impacts of accidental releases of flowback and produced water on drinking water resources.

*Wastewater treatment and waste management:  What are the possible impacts of inadequate treatment of hydraulic fracturing wastewaters on drinking water resources?*  EPA will analyze existing data and data from prospective case studies to determine the overall effectiveness of current wastewater treatment methods on removing hydraulic fracturing-related contaminants from wastewaters as well as the composition and characteristics of solid residuals from wastewater treatment.  More specifically, EPA will use the results from laboratory studies to identify hydraulic fracturing fluid chemical additives that may create disinfection byproducts during the treatment of hydraulic fracturing wastewaters and to study to the potential effects of high chloride concentrations on drinking water utilities.  Together, these activities will allow EPA to assess the impacts of inadequate treatment of hydraulic fracturing wastewaters on drinking water resources.

The results of individual research projects will be made available after undergoing a quality assurance review.  As illustrated in Figure 9, EPA anticipates that some of the research will be completed in time for a 2012 interim report while the remaining research is expected to be completed for a 2014 report.  Both reports will synthesize the results of the research projects presented in Chapter 6 (and summarized above) to assess the impacts, if any, of hydraulic fracturing on drinking water resources.  Overall, this study will provide data on the key factors that may be associated with the potential contamination of drinking water resources as well as information about the toxicity of contaminants of concern.  The results may then be used to assess the potential risks to drinking water resources from hydraulic fracturing activities.

# 11 AREAS OF CONCERN OUTSIDE THE SCOPE OF THIS STUDY

Although EPA's current study focuses on impacts of hydraulic fracturing on drinking water resources, stakeholders identified additional research areas—discussed below—related to hydraulic fracturing operations.  Future work in these areas would benefit from integrating the results from the current study to provide a holistic view of the impacts of hydraulic fracturing on human health and the environment.

## 11.1 ROUTINE DISPOSAL OF HYDRAULIC FRACTURING WASTEWATERS IN CLASS II UNDERGROUND INJECTION WELLS

Particularly in the West, millions of gallons of produced water and flowback are transported to Class II underground injection control (UIC) wells for disposal. This study plan does not propose to evaluate the potential impacts of this regulated practice or the associated potential impacts due to the transport and storage leading up to ultimate disposal in a UIC well.

## 11.2 AIR QUALITY

One of the largest potential sources of air emissions from hydraulic fracturing operations is the off-gassing of methane from flowback before the well is put into production. The NYS dSGEIS estimated that 10,200 mcf of methane is off gassed per well (ICF International, 2009a). One study in the Barnett Shale estimated that between 1,000 and 24,000 mcf of methane is released per well (Armendariz, 2009). This gas is typically vented or flared, although reduced emissions completion methods can capture up to 90 percent of the gas. High concentrations of methane could also pose an explosion threat. On-site fuel tanks and impoundment pits containing flowback may also be sources of VOC and hydrogen sulfide emissions (ICF International, 2009a). The VOCs found in flowback may include acetone, benzene, ammonia, ethylbenzene, phenol, toluene, and methyl chloride (NYSDEC, 2009).

Truck traffic is also a potential major source of air emissions. No study has examined the specific emissions associated with truck traffic, but the National Park Service estimated that total truck traffic of between 300 and 1,300 trucks per well would occur in the Marcellus Shale production areas. The NPS estimated that this could have a significant effect on regional nitrogen oxides levels (NPS, 2008). An ICF International report written in support of the NYS dSGEIS estimated truck traffic at 330 trucks per well (ICF International, 2009a). Emissions factors for heavy duty diesel trucks are 6.49 grams per mile (g/mile) for nitrogen oxides, 9.52 g/mile for carbon monoxide, and 2.1 g/mile for hydrocarbons for new trucks (USEPA, 1998). Additionally, the use of dirt roads can create dust that affects air quality.

There have been numerous reports of changes in air quality from natural gas drilling. For example, in Battlement Mesa, Colorado, residents complained of gases and vapors from a nearby natural gas well and state officials attributed the problem to flowback of hydraulic fracturing fluids (Webb, 2010). Reports from Texas have linked pollutant emissions from natural gas drilling in the Barnett Shale to substantial reductions in air quality (Michaels et al., 2010). Additionally, areas of highly concentrated natural gas development in southwest Wyoming and eastern Utah have experienced episodes of degraded air quality (e.g., high levels of winter time ozone concentrations). Diesel engines used to run compressors, generators, drill rigs, and pumps may also create significant emissions.

## 11.3 TERRESTRIAL AND AQUATIC ECOSYSTEM IMPACTS

Hydraulic fracturing could have effects on terrestrial ecosystems unrelated to its effects on drinking water resources. For example, chemicals used in hydraulic fracturing can contaminate soil if insufficient care is taken during their use, transport, storage, or disposal (Zoback et al., 2010). Additionally, wastewater impoundment pits can expose livestock and wildlife to flowback and produced water, which

could have adverse health effects for those animals.  An increase in vehicle traffic associated with hydraulic fracturing activities may inadvertently spread invasive plants.  Environmental impacts may also occur at the drilling site and in the nearby area.  During site preparation, an area must be cleared to accommodate the wellhead(s), trucks, equipment, and other materials; access roads may need to be built; and both the site and the roads must be prepared to support heavy equipment.  All of these steps can cause substantial disturbance to the local environment.  Stakeholders have raised concerns that in areas where many wells will be drilled, environmental impacts could include loss of green space and habitat fragmentation.

Hydraulic fracturing could also affect aquatic ecosystems.  For example, if untreated wastewater (e.g., from spills from well pads) is released into streams during transportation or planned releases from wastewater treatment plants, the streams may become unsuitable habitats for fish or other aquatic organisms that cannot tolerate high salt concentrations or the presence of other contaminants.  This has occurred in Pennsylvania, where a fish kill was linked to a spill of hydraulic fracturing fluid that contaminated a stream (Lustgarten and ProPublica, 2009).  Stormwater runoff from the drilling site may be another water issue of concern.  Appropriate management practices need to be used to control runoff from both the site and the access roads (NYSDEC, 2009; USDOE, 2009).

## 11.4 SEISMIC RISKS

It has been suggested that drilling and hydraulically fracturing shale gas wells might cause low-magnitude earthquakes.  Public concern about this possibility emerged in 2008 and 2009, when the town of Cleburne, Texas—where there had been a recent increase in drilling into the Barnett Shale—experienced several clusters of weak earthquakes (3.3 or less on the Richter scale) for the first time in its history.  A study by University of Texas and Southern Methodist University did not find a conclusive link between hydraulic fracturing and these earthquakes, but indicated that the injection of wastewater from gas operations into disposal wells (the preferred means of waste disposal for natural gas operations in the area) might have been responsible (GWPC and ALL Consulting, 2009).

## 11.5 PUBLIC SAFETY CONCERNS

Emergency situations such as blowouts, chemical spills from sites with hydraulic fracturing, or spills from the transportation of materials associated with hydraulic fracturing (either to or from the well pad) could jeopardize public safety, as well as the safety of workers.  Stakeholders also have raised concerns about the possibility of public safety hazards as a result of sabotage and about the need for adequate security at drilling sites.

## 11.6 OCCUPATIONAL RISKS

The oil and gas extraction industry has an annual occupational fatality rate eight times higher than the rate for all U.S. workers (NIOSH, 2009).  The National Institute for Occupational Safety and Health (NIOSH) reports that fatality rates increase when the level of drilling activity increases, possibly because of an increase in the proportion of inexperienced workers, longer working hours, and the utilization of all available equipment, including older equipment with fewer safeguards (NIOSH, 2009).  Exposure

potential and acute and chronic health effects associated with worker exposure to hydraulic fracturing fluid chemicals should be considered, including transport, mixing, delivery, and potential accidents (e.g., high pressure leak, valve, pipe, or tank failure).  The nature of this work poses potential risks to workers that have not been well characterized.  Therefore, the recent increase in gas drilling and hydraulic fracturing activities may be a cause for concern with regard to occupational safety.

Several types of problems can occur in conjunction with hydraulic fracturing: blowouts, chemical spills, vehicle accidents, and exposure to fumes.  These problems are particularly likely to harm workers, although nearby people may also be affected.  For example, there have been reported instances of illnesses that may be related to hydraulic fracturing operations, including one case in which a nurse who treated a worker exposed to hydraulic fracturing chemicals became seriously ill (Frankowski, 2008).

## 11.7 ECONOMIC IMPACTS

Some stakeholders value the funds they receive for allowing drilling and hydraulic fracturing operations on their properties, while others look forward to increased job availability and more prosperous businesses.  It is unclear, however, what the local economic impacts of increased drilling activities are and how long these impacts may last.  For example, are the high-paying jobs associated with oil and gas extraction available to local people or to those from traditional oil and gas states because specific skills are needed for the drilling and fracturing process?  There may also be an impact on local response resources because of an increase in truck traffic or accidents at well sites.  It is important to better understand the benefits and costs of hydraulic fracturing operations.

# REFERENCES

API (American Petroleum Institute). (2009, October). *Hydraulic fracturing operations—well construction and integrity guidelines*. API Guidance Document HF1. Washington, DC: American Petroleum Institute.

API (American Petroleum Institute). (2010a, June). *Water management associated with hydraulic fracturing*. API Guidance Document HF2, first edition. Washington, DC: American Petroleum Institute. Retrieved January 20, 2011, from http://www.api.org/Standards/new/api-hf2.cfm.

API (American Petroleum Institute). (2010b, July 19). *Freeing up energy—hydraulic fracturing: Unlocking America's natural gas resources*. Washington, DC: American Petroleum Institute. Retrieved December 2, 2010, from http://www.api.org/policy/exploration/hydraulicfracturing/upload/HYDRAULIC_FRACTURING_PRIMER.pdf.

Armendariz, A. (2009, January 6). *Emissions from natural gas production in the Barnett Shale area and opportunities for cost-effective improvements*. Dallas, TX: Department of Environmental and Civil Engineering, Southern Methodist University. Retrieved January 19, 2011, from http://www.edf.org/documents/9235_Barnett_Shale_Report.pdf.

Armstrong, K., Card, R., Navarette, R., Nelson, E., Nimerick, K., Samuelson, M., Collins, J., Dumont, G., Priaro, M., Wasylycia, N., & Slusher, D. (1995, Autumn). Advanced fracturing fluids improve well economics. *Oil Field Review*, 34-51.

Arthur, J. D., Bohm, B., & Layne, M. (2008, September 21-24). *Hydraulic fracturing considerations for natural gas wells of the Marcellus Shale*. Presented at The Ground Water Protection Council 2008 Annual Forum, Cincinnati, OH.

Baker Hughes. (2010, June 11). *Baker Hughes rig count blog*. Retrieved August 10, 2010, from http://blogs.bakerhughes.com/rigcount.

Bellabarba, M., Bulte-Loyer, H., Froelich, B., Le Roy-Delage, S., Kujik, R., Zerouy, S., Guillot, D., Meroni, N., Pastor, S., & Zanchi, A. (2008, Spring). Ensuring zonal isolation beyond the life of the well. *Oil Field Review,* 18-31.

Berman, A. (2009, August 1). Lessons from the Barnett Shale suggest caution in other shale plays. *World Oil, 230*(8).

Bielo, D. (2010, March 30). What the frack? Natural gas from subterranean shale promises U.S. energy independence-with environmental costs. *Scientific American*. Retrieved July 24, 2010, from http://www.scientificamerican.com/article.cfm?id=shale-gas-and-hydraulic-fracturing.

Bryant, J., Welton, T., & Haggstrom, J. (2010, September 1). Will flowback or produced water do? *E&P*. Retrieved January 19, 2011, from http://www.epmag.com/Magazine/2010/9/item65818.php.

Carter, R. H., Holditch, S. A., & Wolhart, S. L.  (1996, October 6-9).  *Results of a 1995 hydraulic fracturing survey and a comparison of 1995 and 1990 industry practices*.  Presented at the Society of Petroleum Engineers Annual Technical Conference, Denver, CO.

Castle, J. W., Falta, R. W., Bruce, D., Murdoch, L., Foley,  J., Brame, S. E., & Brooks, D.  (2005). *Fracture dissolution of carbonate rock: an innovative process for gas storage*.  Topical Report, DOE, NETL, DE-FC26-02NT41299.  Washington, DC:  Department of Energy.

Chesapeake Energy.  (2009).  *Barnett Shale—natural gas production*.  Retrieved August 9, 2010, from http://www.askchesapeake.com/Barnett-Shale/Production/Pages/information.aspx.

Chesapeake Energy.  (2010, July).  *Hydraulic fracturing fact sheet*.  Retrieved August 9, 2010, from http://www.chk.com/Media/CorpMediaKits/Hydraulic_Fracturing_Fact_Sheet.pdf.

Cipolla, C. L., & Wright, C. A.  (2000, April 3-5). *Diagnostic techniques to understand hydraulic fracturing: What?  Why?  And how?*  Presented at the Society of Petroleum Engineers/Canadian Energy Research Institute Gas Technology Symposium, Calgary, Alberta, Canada.

Clark, C. E, & Veil, J. A.  (2009).  *Produced water volumes and management practices in the U.S.*  Washington, DC:  United States Department of Energy, National Energy Technology Laboratory, Project No. DE-AC02-06CH11357.  Retrieved July 27, 2010, from http://www.netl.doe.gov/technologies/coalpower/ewr/water/pdfs/anl%20produced%20water%20volumes%20sep09.pdf.

Daneshy, A. A.  (2003, April).  Off-balance growth:  A new concept in hydraulic fracturing.  No. SPE 80992.  *Journal of Petroleum Technology (Distinguished Author Series)*, *55*(4), 78-85.

Eby, G. N.  (2004).  *Principles of environmental geochemistry*.  Pacific Grove, CA:  Thompson-Brooks/Cole.

Economides, M. J., Mikhailov, D. N., & Nikolaevskiy, V. N.  (2007).  On the problem of fluid leakoff during hydraulic fracturing.  *Transport in Porous Media*, *67*(3), 487-499.

Ewing, J.  (2008, February 29).  *Taking a proactive approach to water recycling in the Barnett Shale*.  Presented at the Fort Worth Business Press Barnett Shale Symposium.  Retrieved January 24, 2011, from http://www.barnettshalenews.com/documents/EwingPres.pdf.

Falk, H., Lavergren, U., & Bergback, B.  (2006).  Metal mobility in alum shale from Öland, Sweden.  *Journal of Geochemical Exploration*, *90*(3), 157-165.

Frankowski, E.  (2008, July 28).  Gas industry secrets and a nurse's story.  *High Country News*.  Retrieved October 9, 2010, from http://www.hcn.org/wotr/gas-industry-secrets-and-a-nurses-story.

Gadd, G. M.  (2004).  Microbial influences on metal mobility and application for bioremediation.  *Geoderma*, *122*, 109-119.

Galusky, L. P., Jr.  (2007, April 3).  *Fort Worth Basin/Barnett Shale natural gas play:  An assessment of present and projected fresh water use*.  Fort Worth, TX:  Barnett Shale Water Conservation and Management Committee.  Retrieved July 21, 2010, from www.barnettshalewater.org/uploads/ Barnett_Water_Availability_Assessment__Apr_3__2007.pdf.

Gaudlip, A. W., & Paugh, L. O.  (2008, November 18).  *Marcellus Shale water management challenges in Pennsylvania* (No. SPE 119898).  Presented at the Society of Petroleum Engineers Shale Gas Production Conference, Irving, TX.

Glenn, P. S., Conway, M. W., & Wellington, L.  (1985).  Control and modeling of fluid leakoff during hydraulic fracturing.  *Journal of Petroleum Technology, 37*(6), 1071-1081.

GWPC (Ground Water Protection Council).  (2009).  *State oil and natural gas regulations designed to protect water resources*.  Washington, DC:  United States Department of Energy, National Energy Technology Laboratory.  Retrieved July 23, 2010, from http://data.memberclicks.com/site/coga/GWPC.pdf.

GWPC (Ground Water Protection Council) & ALL Consulting.  (2009).  *Modern shale gas development in the United States:  A primer*.  Contract DE-FG26-04NT15455.  Washington, DC:  United States Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory.  Retrieved August 2, 2010, from http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/ Shale_Gas_Primer_2009.pdf.

Hall, B. E., & Larkin, S. D.  (1989).  On-site quality control of fracture treatments.  *Journal of Petroleum Technology, 41*(5), 526-532.

Harper, J. A.  (2008).  The Marcellus Shale—An old "new" gas reservoir in Pennsylvania.  *Pennsylvania Geology, 38*(1), 2-13.

Hayes, T.  (2009a, June 4).  *Gas shale produced water*.  Presented at the Research Partnership to Secure Energy for America/Gas Technology Institute Gas Shales Forum, Des Plaines, IL.  Retrieved August 11, 2010, from http://www.rpsea.org/attachments/contentmanagers/429/Gas_Shale_Produced_Water_-_Dr._Tom_Hayes_GTI.pdf.

Hayes, T.  (2009b, December 31).  *Sampling and analysis of water streams associated with the development of Marcellus Shale gas, final report*.  Canonsburg, PA:  Marcellus Shale Coalition, Gas Technology Institute.

Hess, G.  (2010).  Drilling process draws scrutiny.  *Chemical & Engineering News*, *88*(22), 42-45.

Holditch, S. A.  (1990).  Completion methods in coal seam reservoirs (No. SPE 20670).  *Proceedings of the 1990 Society of Petroleum Engineers Annual Technical Conference and Exhibition (Production Operations and Engineering)*, 533-542.

Holditch, S. A. (1993, March). Completion methods in coal-seam reservoirs. *Journal of Petroleum Technology, 45*(3), 270-276.

Horn, A. D. (2009, March 24). *Breakthrough mobile water treatment converts 75% of fracturing flowback fluid to fresh water and lowers $CO_2$ emissions* (No. SPE 121104). Presented at the Society of Petroleum Engineers E&P Environmental and Safety Conference, San Antonio, TX.

Hossain, Md. M., & Rahman, M. K. (2008). Numerical simulation of complex fracture growth during tight reservoir stimulation by hydraulic fracturing. *Journal of Petroleum Science and Engineering, 60*, 86-104.

ICF International. (2009a, August 5). *Technical assistance for the draft supplemental generic EIS: oil, gas and solution mining regulatory program. Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low permeability gas reservoirs—Task 2.* Albany, NY: ICF Incorporated, LLC, New York State Energy Research and Development Authority Contract PO Number 9679. Retrieved July 25, 2010, from http://www.nyserda.org/publications/ICF%20Task%202%20Report_Final.pdf.

ICF International. (2009b, August 7). *Technical assistance for the draft supplemental generic EIS: oil, gas and solution mining regulatory program. Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low permeability gas reservoirs—Task 1.* Albany, NY: ICF Incorporated, LLC , New York State Energy Research and Development Authority Contract PO Number 9679. Retrieved July 25, 2010, from http://www.nyserda.com/publications/ICF%20Task%201%20Report_Final.pdf.

Jeu, S. J., Logan, T. L., & McBane, R. A. (1988, October 2-5). *Exploitation of deeply buried coalbed methane using different hydraulic fracturing techniques in the Piceance Basin, Colorado, and San Juan Basin, New Mexico.* Presented at the Society of Petroleum Engineers Annual Technical Conference and Exhibition, Houston, TX.

Judson, R. S., Martin, M. T., Reif, D. M., Houck, K. A., Knudsen, T. B., Rotroff, D. M., Xia, M., Sakamuru, S., Huang, R., Shinn, P., Austin, C. P., Kavlock, R. J., & Dix, D. J. (2010a). Analysis of eight oil spill dispersants using rapid, *in vitro* tests for endocrine and other biological activity. *Environmental Science & Technology, 44*, 5979-5985.

Judson, R. S., Houck, K. A., Kavlock, R. J., Knudsen, T. B., Martin, M. T., Mortensen, H. M., Reif, D. M., Rotroff, D. M., Shah, I., Richard, A. M., & Dix, D. J. (2010b). *In vitro* screening of environmental chemicals for targeted testing prioritization: The ToxCast project. *Environmental Health Perspectives, 118*, 485-492.

Kargbo, D. M., Wilhelm, R. G., & Campbell, D. J. (2010). Natural gas plays in the Marcellus Shale: challenges and potential opportunities. *Environmental Science & Technology, 44*(15), 5679-5684.

Keister, T.  (2009, January 12).  *Marcellus gas well water supply and wastewater disposal, treatment, and recycle technology*.  Brockway, PA:  ProChemTech International, Inc.  Retrieved July 29, 2010, from http://www.prochemtech.com/Literature/TAB/PDF_TAB_Marcellus_Gas_Well_Water_Recycle.pdf.

Kellman, S., & Schneider, K.  (2010, September 15).  Water demand is flash point in Dakota oil boom.  *Circle of Blue Waternews*.  Retrieved September 18, 2010, from http://www.circleofblue.org/waternews/2010/world/scarce-water-is-no-limit-yet-to-north-dakota-oil-shale-boom/.

Leventhal, J. S., & Hosterman, J. W.  (1982).  Chemical and mineralogical analysis of Devonian black shale samples from Martin County, Kentucky; Caroll and Washington Counties, Ohio; Wise County, Virginia; and Overton County, Tennessee.  *Chemical Geology, 37*, 239-264.

Long, D. T., & Angino, E. E.  (1982).  The mobilization of selected trace metals from shales by aqueous solutions:  Effects of temperature and ionic strength.  *Economic Geology*, 77(3), 646-652.

Lustgarten, A., & ProPublica.  (2009, August 26).  EPA:  Chemicals found in Wyoming drinking water might be from natural gas drilling.  *Scientific American*.  Retrieved July 25, 2010, from http://www.scientificamerican.com/article.cfm?id=chemicals-found-in-drinking-water-from-natural-gas-drilling.

Maclin, E., Urban, R., & Haak, A.  (2009, December 31).  *Re:  New York State Department of Environmental Conservation's draft supplemental generic environmental impact statement on the oil, gas, and solution mining regulatory program*.  Arlington, VA:  Trout Unlimited.  Retrieved July 26, 2010, from http://www.tcgasmap.org/media/Trout%20Unlimited%20NY%20Comments%20on%20Draft%20SGEIS.pdf.

McLean, J. S., & Beveridge, T. J.  (2002).  Interactions of bacteria and environmental metals, fine-grained mineral development, and bioremediation strategies.  In P. M. Haung, et al. (Eds.), *Interactions between soil particles and microrganisms* (pp. 67-86).  New York, NY:  Wiley.

McMahon, P. B., Thomas, J. C., & Hunt, A. G.  (2011).  *Use of diverse geochemical data sets to determine sources and sinks of nitrate and methane in groundwater, Garfield County, Colorado, 2009*.  U.S. Geological Survey Scientific Investigations Report 2010–5215.  Reston, VA:  United States Department of the Interior, United States Geological Survey.

Michaels, C., Simpson, J. L., & Wegner, W.  (2010, September).  *Fractured communities:  Case studies of the environmental impacts of industrial gas drilling*.  Ossining, NY:  New York Riverkeeper.  Retrieved September 16, 2010, from http://www.riverkeeper.org/wp-content/uploads/2010/09/Fractured-Communities-FINAL-September-2010.pdf.

Myers, T.  (2009).  *Technical memorandum:  Review and analysis of draft supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program.  Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs*.  New York, NY:  Natural Resources Defense Council.  Retrieved

July 26, 2010, from http://www.tcgasmap.org/media/NRDCMyers%20Comments%20on%20Draft%
20SGEIS.pdf.

National Research Council.  (2010).  *Management and effects of coalbed methane produced water in the
western United States*.  Washington, DC:  National Academies Press.

Nemat-Nassar, S., Abe, H., & Hirakawa, S.  (1983).  *Hydraulic fracturing and geothermal energy*.  The
Hague, The Netherlands:  Kluwer Academic Publishers.

New Hampshire Department of Environmental Services.  (2010).  *Environmental fact sheet.  Well
development by hydro-fracturing*.  Concord, NH:  New Hampshire Department of Environmental
Services.  Retrieved January 11, 2011, from http://des.nh.gov/organization/commissioner/pip/
factsheets/dwgb/documents/dwgb-1-3.pdf.NIOSH (National Institute for Occupational Safety and
Health).  (2009, February).  *Oil and gas extraction.  Inputs: Occupational safety and health risks*.  Atlanta,
GA:  Centers for Disease Control and Prevention.  Retrieved September 17, 2010, from
http://www.cdc.gov/niosh/programs/oilgas/risks.html.

NPS (National Park Service).  (2008).  *Potential development of the natural gas resources in the Marcellus
Shale, New York, Pennsylvania, West Virginia, and Ohio*.  Washington, DC:  U.S. Department of the
Interior.  Retrieved December 1, 2010, from http://www.eesi.psu.edu/news_events/EarthTalks/
2009Spring/materials2009spr/NatParkService-GRD-M-Shale_12-11-2008_view.pdf.

NYSDEC (New York State Department of Environmental Conservation).  (2009, September).
*Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory
program (draft).  Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to
develop the Marcellus Shale and other low-permeability gas reservoirs*.  Albany, NY:  New York State
Department of Environmental Conservation. Retrieved January 20, 2010, from
ftp://ftp.dec.state.ny.us/dmn/download/OGdSGEISFull.pdf.

Oil and Gas Investor.  (2005, March).  *Tight Gas* (special supplement).  Houston, TX:  Oil and Gas
Investor/Hart Energy Publishing LP.  Retrieved August 9, 2010, from http://www.oilandgasinvestor.com/
pdf/Tight%20Gas.pdf.

OilGasGlossary.com.  (2010).  *Drilling fluid definition*.  Retrieved February 3, 2011, from http://
oilgasglossary.com/drilling-fluid.html.

OilShaleGas.com.  (2010).  OilShaleGas.com—oil & shale gas discovery news.  Retrieved January 17,
2011, from http://oilshalegas.com.

PADEP (Pennsylvania Department of Environmental Protection).  (2010a).  *Marcellus Shale*.  Harrisburg,
PA:  Pennsylvania Department of Environmental Protection.  Retrieved August 9, 2010, from
http://www.elibrary.dep.state.pa.us/dsweb/Get/Document-77964/0100-FS-DEP4217.pdf.

PADEP (Pennsylvania Department of Environmental Protection).  (2010b, December 15).  *Consent order and settlement agreement (Commonwealth of Pennsylvania Department of Environmental Protection and Cabot Oil & Gas Corporation)*.  PA:  Pennsylvania Department of Environmental Protection.

Palisch, T. T., Vincent, M. C., & Handren, P. J.  (2008, September 21-24).  *Slickwater fracturing—food for thought*.  No. 115766-MS.  Paper presented at the Society of Petroleum Engineers Annual Technical Conference, Denver, CO.

Palmer, I. D., Fryan, R. T., Tumino, K. A., & Puri, R.  (1991, August 12).  Water fracs outperform gel fracs in coalbed pilot.  *Oil and Gas Journal*, 71-76.

Palmer, I. D., Lambert, S. W., & Spitler, J. L.  (1993).  Coalbed methane well completions and stimulations.  *AAPG Studies in Geology, 38*, 303-341.

Pashin, J. C.  (2007).  Hydrodynamics of coalbed methane reservoirs in the Black Warrior Basin:  Key to understanding reservoir performance and environmental Issues.  *Applied Geochemistry*, *22*, 2257-2272.

Pearson, C. M.  (1989).  *U.S. Patent No. 4,845,981,1989.  System for monitoring fluids during well stimulation processes*.  Washington, DC:  U.S. Patent and Trademark Office.

Pennsylvania Environmental Quality Board.  (2009, November 7).  Proposed Rulemaking [25 PA. CODE CH. 95] wastewater treatment requirements [39 Pa.B. 6467] [Saturday, November 7, 2009].  *The Pennsylvania Bulletin, 39*(45), Doc. No. 09-2065.  Retrieved January 21, 2011, from http:// www.pabulletin.com/secure/data/vol39/39-45/2065.html.

Pennsylvania State University.  (2010).  *Marcellus education fact sheet.  Water withdrawals for development of Marcellus Shale gas in Pennsylvania:  Introduction to Pennsylvania's water resources*.  University Park, PA:  College of Agricultural Sciences, Pennsylvania State University.  Retrieved November 26, 2010, from http://pubs.cas.psu.edu/freepubs/pdfs/ua460.pdf.

Pickett, A.  (2009, March).  New solutions emerging to treat and recycle water used in hydraulic fracs.  *American Oil & Gas Reporter*.  Retrieved July 29, 2010, from http://www.aogr.com/index.php/ magazine/cover_story_archives/march_2009_cover_story/.

Piggot, A. R., & Elsworth, D.  (1996).  Displacement of formation fluids by hydraulic fracturing.  *Geotechnique, 46*(4), 671-681.

Prouty, J. L.  (2001).  Tight gas in the spotlight.  *Gas Technology Institute GasTIPS, 7*(2), 4-10.

Reif, D. M., Martin, M. T., Tan, S. W., Houck, K. A., Judson, R. S., Richard, A. M., Knudsen, T. B., Dix, D. J., & Kavlock, R. J.  (2010).  Endocrine profiling and prioritization of environmental chemicals using ToxCast data.  *Environmental Health Perspectives*, *118*, 1714-1720.

Rogers, R. E., Ramurthy, M., Rodvelt, G., & Mullen, M.  (2007).  *Coalbed methane:  Principles and practices*. Third edition.  Starkville, MS:  Oktibbeha Publishing Co.  Retrieved August 2, 2010, from http://www.halliburton.com/public/pe/contents/Books_and_Catalogs/web/CBM/CBM_Book_Intro.pdf.

Rowan, T. M.  (2009, September 23-25).  *Spurring the Devonian: Methods of fracturing the lower Huron in southern West Virginia and eastern Kentucky*.  Presented at the Society for Petroleum Engineers Eastern Regional Meeting, Charleston, WV.

Ruszka, J.  (2007, August 1).  Global challenges drive multilateral drilling.  *E&P*.  Retrieved August 13, 2010, from http://www.epmag.com/archives/features/583.htm.

Satterfield, J., Kathol, D., Mantell, M., Hiebert, F., Lee, R., & Patterson, K.  (2008, September 20-24).  *Managing water resource challenges in select natural gas shale plays*.  GWPC Annual Forum.  Oklahoma City, OK:  Chesapeake Energy Corporation.  Retrieved July 21, 2010, from http://www.gwpc.org/meetings/forum/2008/proceedings/Ground%20Water%20&%20Energy/SatterfieldWaterEnergy.pdf.

Southam, G.  (2000).  Bacterial surface-mediated mineral formation.  In D. R. Lovely (Ed.), *Environmental Microbe-Metal Interactions*  (pp. 257-276).  Washington, DC:  American Society of Microbiology.

Sparks, D. L.  (1995).  *Environmental soil chemistry*.  San Diego, CA:  Academic Press.

Sposito, G.  (1989).  *The chemistry of soils*.  New York, NY:  Oxford University Press.

State of Colorado Oil and Gas Conservation Commission.  (2009a, October 5).  *Bradenhead test report*.  OGCC Operator Number 26420, API Number 123-11848.  Denver, CO:  State of Colorado Oil and Gas Conservation Commission.

State of Colorado Oil and Gas Conservation Commission.  (2009b, December 7).  *Sundry notice*.  OGCC Operator Number 26420, API Number 05-123-11848.  Denver, CO:  State of Colorado Oil and Gas Conservation Commission.

State of Colorado Oil and Gas Conservation Commission.  (2009c, December 17).  *Colorado Oil and Gas Conservation Commission approved Wattenberg Bradenhead testing and staff policy*.  Letter sent to all oil and gas operators active in the Denver Basin.  Denver, CO:  State of Colorado Oil and Gas Conservation Commission.

Stepan, D. J., Shockey, R. E., Kurz, B. A., Kalenze, N. S., Cowan, R. M., Ziman, J. J., & Harju, J. A.  (2010).  *Bakken water opportunities assessment—Phase I*.  Publication No. 2010-EERC-04-03.  Grand Forks, ND:  Energy and Environmental Research Center.

STRONGER, Inc. (State Review of Oil and Natural Gas Regulations, Inc.).  (2010, January 10).  *Section X: Hydraulic fracturing*. Draft guidelines.  Oklahoma City, OK:  STRONGER, Inc.  Retrieved July 27, 2010, from http://www.strongerinc.org/documents/HF%20Guideline%20Web%20posting.pdf.

Stumm, W., & Morgan, J. J.  (1996).  *Chemical equilibria and rates in natural waters*. Third edition.  New York, NY:  John Wiley & Sons, Inc.

Subra, W.  (2010).  *Contamination of water resources by hydraulic fracturing operations in Marcellus Shale*.  Baton Rouge, LA:  Louisiana Environmental Action Network.  Retrieved July 26, 2010, from

http://leanweb.org/campaigns/produced-waters/contamination-of-water-resources-by-hydraulic-fracturing-operations-in-marcellus-shale.html.

TOXNET (Toxicology Data Network).  (2011).  *Hazardous Substances Data Bank (HSDB)*.  Retrieved January 17, 2011, from http://toxnet.nlm.nih.gov/cgi-bin/sis/htmlgen?HSDB.htm.

Tuttle, M. L. W., Briet, G. N., & Goldhaber, M. B.  (2009).  Weathering of the New Albany Shale, Kentucky:  II.  Redistribution of minor and trace elements.  *Applied Geochemistry, 24*, 1565-1578.

URS Corporation.  (2009, September 16).  *Water-related issues associated with gas production in the Marcellus Shale:  Additives use, flowback quality and quantities, regulations, on-site treatment, green technologies, alternate water sources, water well-testing*.  Prepared for New York State Energy Research and Development Authority, Contract PO No. 10666.  Fort Washington, PA:  URS Corporation.  Retrieved August 2, 2010, from http://www.nyserda.org/publications/02%20Chapter%202%20-%20URS%202009-9-16.pdf.

USDOE (United States Department of Energy).  (2009, May).  *State oil and natural gas regulations designed to protect water resources*.  Washington, DC:  U.S. Department of Energy, Office of Fossil Energy, National Energy Technology Laboratory.

USEIA (United States Energy Information Administration).  (2010, December).  *Annual energy outlook 2011:  Early release overview*.  Washington, DC:  U.S. Department of Energy.  Retrieved January 17, 2011, from http://www.eia.gov/forecasts/aeo/.

USEPA (United States Environmental Protection Agency).  (1998).  *AP-42 air pollutant emission factors, volume II, appendix H*.  Washington, DC:  U.S. Environmental Protection Agency, Office of Mobile Sources.  Retrieved December 1, 2010, from http://www.epa.gov/otaq/models/ap42/ap42-h7.pdf.

USEPA (United States Environmental Protection Agency).  (2002a, October).  *Exemption of oil and gas exploration and production wastes from federal hazardous waste regulations*.  Washington, DC:  U.S. Environmental Protection Agency, Office of Solid Waste.  Retrieved January 20, 2011, from http://www.epa.gov/osw/nonhaz/industrial/special/oil/oil-gas.pdf.

USEPA (United States Environmental Protection Agency).  (2002b, November).  *Overview of the EPA quality system for environmental data and technology*.  No. EPA/240/R-02/003.  Washington, DC:  U.S. Environmental Protection Agency, Office of Environmental Information.  Retrieved January 20, 2011, from http://www.epa.gov/QUALITY/qs-docs/overview-final.pdf.

USEPA (United States Environmental Protection Agency).  (2004, June).  *Evaluation of impacts to underground sources of drinking water by hydraulic fracturing of coalbed methane reservoirs*.  No. EPA/816/R-04/003.  Washington, DC:  U.S. Environmental Protection Agency, Office of Water.  Retrieved January 21, 2011, from http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/wells_coalbedmethanestudy.cfm.

USEPA (United States Environmental Protection Agency).  (2010a, March).  *Scoping materials for initial design of EPA research study on potential relationships between hydraulic fracturing and drinking water resources*.  Washington, DC:  U.S. Environmental Protection Agency, Office of Research and Development.  Retrieved September 16, 2010, from http://yosemite.epa.gov/sab/sabproduct.nsf/0/ 3B745430D624ED3B852576D400514B76/$File/Hydraulic+Frac+Scoping+Doc+for+SAB-3-22- 10+Final.pdf.

USEPA (United States Environmental Protection Agency).  (2010b, April 23).  *Trip report* (EXCO Resources' gas well drilling site, Norris Ferry Road, southern Caddo Parish (Shreveport), LA).  Dallas, TX:  U.S. Environmental Protection Agency Region 6.

USEPA (United States Environmental Protection Agency).  (2010c, June).  *Advisory on EPA's research scoping document related to hydraulic fracturing.*  Washington, DC:  U.S. Environmental Protection Agency, Office of the Administrator, Science Advisory Board.  Retrieved September 16, 2010, from http://yosemite.epa.gov/sab/sabproduct.nsf/0/CC09DE2B8B4755718525774D0044F929/$File/ EPA-SAB-10-009-unsigned.pdf.

USEPA (United States Environmental Protection Agency).  (2010d, July).  *EPA's action development process:  Interim guidance on considering environmental justice during the development of an action.*  OPEI Regulatory Development Series.  Washington, DC:  U.S. Environmental Protection Agency.  Retrieved January 17, 2011, from http://www.epa.gov/environmentaljustice/resources/policy/ considering-ej-in-rulemaking-guide-07-2010.pdf.

USGS (United States Geological Survey).  (2002, May 29).  *Produced waters database.*  Reston, VA:  U.S. Geological Survey National Center.  Retrieved January 17, 2011, from http://energy.cr.usgs.gov/prov/prodwat/data2.htm.

Veil, J. A., Puder, M. G., Elcock, D., Redweik, R. J.  (2004).  *A white paper describing produced water from production of crude oil, natural gas, and coal bed methane.*  Prepared for the U.S. Department of Energy, National Energy Technology Laboratory, contract W-31-109-ENG-38.  Argonne, IL:  Argonne National Laboratory.  Retrieved January 20, 2011, from http://www.evs.anl.gov/pub/doc/ ProducedWatersWP0401.pdf.

Veil, J. A.  (2007, August).  *Trip report for field visit to Fayetteville Shale gas wells.*  No. ANL/EVS/R-07/4.  Prepared for the U.S. Department of Energy, National Energy Technology Laboratory, project no. DE-FC26-06NT42930.  Argonne, IL:  Argonne National Laboratory.  Retrieved July 27, 2010, from http://www.evs.anl.gov/pub/doc/ANL-EVS_R07-4TripReport.pdf.

Veil, J. A.  (2008, May 13).  *Thermal distillation technology for management of produced water and frac flowback water.*  Water Technology Brief #2008-1.  Prepared for the U.S. Department of Energy, Office of Fossil Energy, National Energy Technology Laboratory, contract no. DE-AC02-06CH11357.  Argonne, IL:  Argonne National Laboratory.  Retrieved July 29, 2010, from http://www.evs.anl.gov/pub/doc/ ANL-EVS-evaporation_technologies2.pdf.

Veil, J. A.  (2010, July).  *Final report:  Water management technologies used by Marcellus Shale gas producers.*  Prepared for the U.S. Department of Energy, National Energy Technology Laboratory, Department of Energy award no. FWP 49462.  Argonne, IL:  Argonne National Laboratory.  Retrieved on January 20, 2011, from http://www.evs.anl.gov/pub/doc/Water%20Mgmt%20in%20Marcellus-final-jul10.pdf.

Vejahati, F., Xu, Z., & Gupta, R.  (2010).  Trace elements in coal: Associations with coal and minerals and their behavior during coal utilization—a review.  *Fuel*, *89*, 904-911.

Vidas, H., & Hugman, B.  (2008, November).  *Availability, economics and production potential of North American unconventional natural gas supplies* (prepared for the Interstate National Gas Association of America Foundation, Inc.).  Fairfax, VA:  ICF International.  Retrieved December 22, 2010, from http://www.ingaa.org/File.aspx?id=7878.

Vidic, R. D.  (2010, March 18).  *Sustainable water management for Marcellus Shale development.*  Presented at Marcellus Shale natural gas stewardship:  Understanding the environmental impact, Marcellus Shale Summit, Temple University, Philadelphia, PA.  Retrieved July 29, 2010, from http://www.temple.edu/environment/NRDP_pics/shale/presentations_TUsummit/Vidic-Temple-2010.pdf.

Walther, J. V.  (2009).  *Essentials of geochemistry.*  Second edition.  Boston, MA:  Jones and Bartlett Publishers.

Warpinski, N. R., Branagan, P. T., Peterson, R. E., & Wolhart, S. L.  (1998, March 15-18).  *Mapping hydraulic fracture growth and geometry using microseismic events detected by a wireline retrievable accelerometer array.*  Presented at the Society of Petroleum Engineers Gas Technology Symposium, Calgary, Alberta, Canada.

Warpinski, N. R., Walhart, S. L., & Wright, C. A.  (2001, September 30-October 3).  *Analysis and prediction of microseismicity induced by hydraulic fracturing.*  Presented at the Society of Petroleum Engineers Annual Technical Conference, New Orleans, LA.

Waxman, H. A., Markey, E. J., & DeGette, D.  (2011, January 31).  *Letter to EPA Administrator Lisa Jackson regarding the use of diesel fuel in hydraulic fracturing fluids.*  Retrieved February 7, 2011, from http://democrats.energycommerce.house.gov/index.php?q=news/waxman-markey-and-degette-investigation-finds-continued-use-of-diesel-in-hydraulic-fracturing-f.

Webb, D.  (2010, July 22).  State cites gas firm after complaints.  *The Daily Sentinel.*  Retrieved August 13, 2010, from http://www.gjsentinel.com/news/articles/state_cites_gas_firm_after_com.

West Virginia Water Research Institute.  (2010).  *Zero discharge water management for horizontal shale gas well development: Technology status assessment.*  Prepared for the U.S. Department of Energy, National Energy Technology Laboratory, Department of Energy award no. DE-FE0001466.  Morgantown, WV:  West Virginia Water Research Institute, West Virginia University.  Retrieved July 29, 2010, from http://prod75-inter1.netl.doe.gov/technologies/oil-gas/publications/ENVreports/FE0001466_TSA.pdf.

Winter, T. C., Harvey J. W., Franke O. L., & Alley W. M.  (1998).  Ground water and surface water:  A single resource.  *U.S. Geological Survey Circular*, *1139*, 1-78.

Yang, T. H., Tham, L. G., Tang, C. A., Liang, Z. Z., & Tsui, Y.  (2004).  Influence of heterogeneity of mechanical properties on hydraulic fracturing in permeable rocks.  *Rock Mechanics and Rock Engineering*, *37*(4), 251-275.

Zoback, M., Kitasei, S., & Copithorne, B.  (2010, July).  *Addressing the environmental risks from shale gas development.*  Briefing paper 1.  Washington, DC:  Worldwatch Institute.  Retrieved January 20, 2011, from http://www.worldwatch.org/files/pdf/Hydraulic%20Fracturing%20Paper.pdf.

Zorn, T. G., Seelbach, P. W., Rutherford, E. S., Wills, T. C., Cheng, S., & Wiley, M. J.  (2008, November).  *A regional-scale habitat suitability model to assess the effects of flow reduction on fish assemblages in Michigan streams.*  Fisheries Division Research Report 2089.  Lansing, MI:  State of Michigan Department of Natural Resources.  Retrieved January 20, 2011, from http://www.michigandnr.com/PUBLICATIONS/PDFS/ifr/ifrlibra/Research/reports/2089/RR2089.pdf.

DRAFT Hydraulic Fracturing Study Plan                                                                February 7, 2011

-- Science Advisory Board Review --

# APPENDIX A: PROPOSED RESEARCH SUMMARY

**TABLE A1.  PROPOSED RESEARCH FOR WATER ACQUISITION**

| Water Acquisition:  How might large volume water withdrawals from ground and surface water impact drinking water resources? | | | | |
|---|---|---|---|---|
| **Secondary Question** | **Research** | **Potential Product(s)** | **Year Due** | **EPA's Role** |
| What are the impacts on water availability? | *Analyze Existing Data*<br>• Survey and map HF sites and water resources<br>• Analyze trends in water flow and usage patterns<br>• Compare areas with HF activity to areas without | • Maps of HF activity and drinking water resources<br>• Identification of impacts of HF on water availability at various spatial and temporal scales | 2012 | Research by ORD (NRMRL) |
| | *Prospective Case Studies*<br>• Collect data on water use and the availability of drinking water resources near HF sites before and after water withdrawals<br>• Monitor current management practices relating to water acquisition | • Identification of impacts of HF on water availability<br>• Assessment of current water withdrawal management practices | 2014 | Research by ORD (NRMRL, NERL) |
| | *Scenario Evaluation*<br>• Assess impacts of cumulative water withdrawals on water availability at watershed and aquifer levels | • Identification of impacts on drinking water resources due to cumulative water withdrawals<br>• Estimate of the sustainable number of HF operations per year for a given region or formation | 2014 | Research by ORD (NERL) |
| What are the impacts on water quality? | *Analyze Existing Data*<br>• Survey and map HF sites and water quality<br>• Analyze trends in water quality<br>• Compare areas with HF activity to areas without | • Maps of HF activity and drinking water resources<br>• Identification of impacts of HF on water quality | 2012 | Research by ORD (NRMRL) |
| | *Prospective Case Studies*<br>• Collect data on the quality of drinking water resources near HF sites before and after water withdrawals | • Identification of impacts of HF on water quality | 2014 | Research by ORD (NRMRL, NERL) |

-- Science Advisory Board Review --

**TABLE A2.  PROPOSED RESEARCH FOR CHEMICAL MIXING**

| Chemical Mixing: What are the possible impacts of releases of hydraulic fracturing fluids on drinking water resources? | | | | |
|---|---|---|---|---|
| **Secondary Question** | **Research** | **Potential Product(s)** | **Year Due** | **EPA's Role** |
| What is the composition of HF fluids and what are the toxic effects of these constituents? | *Analyze Existing Data*<br>• Compile list of chemicals used in HF fluids based on publically available data and data provided by nine HF service companies<br>• Compare chemical list with databases of known toxic chemicals<br>• Predict hazards in cases where toxicity is unknown<br>• Identify or develop analytical methods for detecting HF chemical additives | • List of chemicals used in HF (subject to TSCA CBI rules), including concentrations used and known toxicity levels<br>• Prioritized list of chemicals requiring further toxicity studies, including additional screening activities<br>• Analytical methods for detecting HF chemical additives, including up to 10–20 possible indicators to track fate and transport of HF fluids | 2012* | Research by EPA (OSP, NERL, NCEA, NHEERL, NCCT, OPPT) |
| What factors may influence the likelihood of contamination of drinking water resources? | *Analyze Existing Data*<br>• Review existing scientific literature on surface chemical spills with respect to HF chemical additives | • Summary of existing research that describes the fate and transport of HF chemical additives<br>• Identify knowledge gaps for future research, if necessary | 2012 | Research by ORD (NERL) |
| | *Retrospective Case Studies*<br>• Possible investigation of an HF site where a spill of HF fluid has been reported | • Identification of impacts to drinking water resources resulting from the accidental release of HF fluid | 2012/2014 | Research by ORD (NRMRL, NERL) |
| How effective are mitigation approaches in reducing impacts to drinking water resources? | *Prospective Case Studies*<br>• Monitor and assess current chemical management practices | • Assessment of current management practices related to on-site chemical storage and mixing | 2014 | Research by ORD (NRMRL, NERL) |

\* Additional analytical methods will be developed as needed and may be available in 2014.  Also available in 2014 would be predictions of the toxicity of selected chemicals as well as the development of PPRTVs for high-priority chemicals of concern (if needed).

DRAFT Hydraulic Fracturing Study Plan

February 7, 2011

-- Science Advisory Board Review --

**TABLE A3.  PROPOSED RESEARCH FOR WELL INJECTION**

| Well Injection: What are the possible impacts of the injection and fracturing process on drinking water resources? | | | | |
|---|---|---|---|---|
| Secondary Question | Research | Potential Product(s) | Year Due | EPA's Role |
| How effective are well construction and operation practices at containing fluids during and after fracturing? | *Analysis of Existing Data*<br>• Analyze a representative selection of well files | • Data on the frequency, severity, and contributing factors leading to well failures | 2014 | Research by ORD (OSP) |
| | *Retrospective Case Studies*<br>• Investigate the cause(s) of reported drinking water contamination, including testing well mechanical integrity | • Data on the role of mechanical integrity in suspected cases of drinking water contamination due to HF | 2012/2014 | Research by ORD (NRMRL, NERL) |
| | *Prospective Case Studies*<br>• Conduct tests to assess well mechanical integrity before and after fracturing | • Data on changes (if any) in mechanical integrity due to HF<br>• Identification of methods being used (if any) to monitor mechanical integrity after HF | 2014 | Research by ORD (NRMRL, NERL) |
| | *Scenario Evaluation*<br>• Test various scenarios involving well failure that may result in drinking water contamination | • Identification and assessment of well failure scenarios during well injection that lead to drinking water contamination | 2012 | Research by ORD (NERL) |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                                          February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Secondary Question | Research | Potential Product(s) | Year Due | EPA's Role |
|---|---|---|---|---|
| What are the potential impacts of pre-existing man-made or natural pathways/features on contaminant transport? | *Retrospective Case Studies*<br>• Investigate the cause(s) of reported drinking water contamination | • Assessment of the role of pre-existing pathways in the transport of HF fluids, natural gas, or naturally occurring substances to drinking water resources<br>• Data on the location of hydraulic fractures and their potential connection to other pathways | 2012/2014 | Research by ORD (NRMRL, NERL); collaboration with USGS |
| | *Prospective Case Studies*<br>• Identify the impacts of natural and artificial pathways on contaminant transport | • Identification of processes and tools used to determine fracture location and properties<br>• Data on water quality before, during, and after injection (possibly using chemical tracers) | 2014 | Research by ORD (NRMRL, NERL); collaboration with DOE NETL |
| | *Scenario Evaluation*<br>• Test scenarios where faults or fractures intersect natural and artificial pathways | • Assessment of key conditions that affect the interaction of pre-existing pathways with HF fractures<br>• Identification of the area of potential impact | 2012 | Research by ORD (NERL) |
| What chemical/physical/ biological processes could impact the fate and transport of substances in the subsurface? | *Laboratory Studies*<br>• Identify relevant reactions between HF fluid additives and naturally occurring substances<br>• Determine degradation products of HF fluid additives<br>• Determine important properties of gas-bearing formations, solid residues, and fracturing conditions that may lead to drinking water contamination | • Assessment of fate of HF fluid components and naturally occurring substances<br>• Assessment of the identity, physical and chemical characteristics, mobility, and concentration of potential drinking water contaminants | 2014 | Research by ORD (NRMRL) |
| What are the toxic effects naturally occurring substances? | *Analysis of Data*<br>• Compare list of naturally occurring substances with databases of known toxic chemicals<br>• Predict hazards in cases where toxicity is unknown | • Compilation of information on the toxicity of naturally occurring substances<br>• Prioritized list of chemicals requiring further toxicity study<br>• PPRTVs for chemicals of concern | 2012/2014 | Research by EPA (NCEA, NCCT, NHEERL, OPPT) |

DRAFT Hydraulic Fracturing Study Plan                                                      February 7, 2011

-- Science Advisory Board Review --

**TABLE A4.  PROPOSED RESEARCH FOR FLOWBACK AND PRODUCED WATER**

| *Flowback and Produced Water:  What are the possible impacts of releases of flowback and produced water on drinking water resources?* | | | | |
|---|---|---|---|---|
| **Secondary Question** | **Research** | **Potential Product(s)** | **Year Due** | **EPA's Role** |
| What is the composition, quantity, and variability of flowback and produced water and what are the toxic effects of these constituents? | *Analysis of Existing Data*<br>• Compile list of chemicals found in flowback and produced water<br>• Compare chemical list with databases of known toxic chemicals<br>• Predict hazards in cases where toxicity is unknown<br>• Identify or develop analytical methods for detecting chemicals in flowback and produced water | • List of identity, quantity, and known toxicity of flowback and produced water components<br>• Prioritized list of chemicals for which further toxicity studies are warranted<br>• PPRTVs for chemicals of concern<br>• Analytical methods for quantifying components of flowback and produced water | 2014 | Research by EPA (NRMRL, NERL, NCCT, NCEA, NHEERL, OPPT) |
| | *Prospective Case Studies*<br>• Sample flowback and produced water periodically after injection is completed | • Data on the composition, quantity, and variability of flowback and produced water and how that composition changes with time | 2014 | Research by ORD (NRMRL, NERL) |
| What factors may influence the likelihood of contamination of drinking water resources? | *Analysis of Existing Data*<br>• Review existing scientific literature on surface chemical spills and pit leakage with respect to the constituents of flowback and produced water | • Summary of existing research that describes the fate and transport of flowback and produced water constituents<br>• Identify knowledge gaps for future research, if necessary | 2012 | Research by ORD (NERL) |
| | *Retrospective Case Studies*<br>• May investigate a case study where a spill of flowback and produced water has been reported | • Evaluate risks posed to drinking water resources by the production and management of HF wastewaters | 2012/2014 | Research by ORD (NRMRL, NERL) |
| | *Analysis of Existing Data*<br>• Test scenarios involving contaminant migration up the wellbore | • Assessment of key conditions that affect the migration of flowback and produced water to aquifers | 2012 | Research by ORD (NERL) |
| How effective are mitigation approaches in reducing impacts to drinking water resources? | *Prospective Case Studies*<br>• Monitor on-site management of flowback and produced water | • Information on the effectiveness of existing practices for containing or mitigating accidental releases of HF wastewaters | 2014 | Research by ORD (NRMRL, NERL) |

-- Science Advisory Board Review --

**TABLE A5.  PROPOSED RESEARCH FOR WASTEWATER TREATMENT AND WASTE DISPOSAL**

| *Wastewater Treatment and Waste Disposal: What are the possible impacts of inadequate treatment of hydraulic fracturing wastewaters on drinking water resources?* | | | | |
|---|---|---|---|---|
| **Secondary Question** | **Research** | **Potential Product(s)** | **Year Due** | **EPA's Role** |
| How effective are treatment and disposal methods? | *Analysis of Existing Data*<br>• Assess data on direct treatment, pre-treatment, and treatment for reuse of HF wastewaters | • Identify research gaps, focusing treatment relating of inorganic and organic contaminants<br>• Information on the relative effectiveness of various approaches to treatment and disposal of flowback and produced water | 2012 | Research by ORD (NRMRL) |
| | *Laboratory Studies*<br>• Investigate the role of HF chemical additives in creating disinfection byproducts during wastewater treatment<br>• Identify the effects of HF wastewaters on drinking water utilities | • Identification of HF-related chemicals that create disinfection byproducts<br>• Assessment of the potential impacts of high chloride levels on drinking water utilities | 2012 | Research by ORD (NRMRL) |
| | *Prospective Case Studies*<br>• Monitor treatment and disposal/reuse of hydraulic fracturing wastewaters, including solid residuals from treatment facilities | • Data on the effectiveness of current treatment and disposal approaches for HF wastewaters<br>• Identify areas for additional study | 2014 | Research by ORD (NRMRL, NERL) |

-- Science Advisory Board Review --

**TABLE A6.  PROPOSED RESEARCH FOR ENVIRONMENTAL JUSTICE**

| Research | Potential Product(s) | Year Due | EPA's Role |
|---|---|---|---|
| *Analysis of Existing Data*<br>• Combine information on HF locations in the United States with demographic information (e.g., income and race) | • Map of HF activity, income, and race information | 2012 | Research by ORD (OSP) |

## List of Acronyms

| | |
|---|---|
| CBI | confidential business information |
| HF | hydraulic fracturing |
| NCCT | National Center for Computational Toxicology |
| NCEA | National Center for Environmental Assessment |
| NERL | National Exposure Research Laboratory |
| NETL | National Energy Technology Laboratory |
| NHEERL | National Health and Environmental Effects Research Laboratory |
| NRMRL | National Risk Management Research Laboratory |
| OPPT | Office of Pollution Prevention and Toxics |
| ORD | Office of Research and Development |
| OSP | Office of Science Policy |
| PPRTV | Provisional Peer Reviewed Toxicity Value |
| TSCA | Toxic Substances Control Act |

# APPENDIX B: STAKEHOLDER COMMENTS

In total, EPA received 5,521 comments that were submitted electronically to hydraulic.fracturing@epa.gov or mailed to EPA.  This appendix provides a summary of those comments.

More than half of the electronic comments received consisted of a form letter written by Energycitizens.org[5] and sent by citizens.  This letter states that "Hydraulic fracturing has been used safely and successfully for more than six decades to extract natural gas from shale and coal deposits.  In this time, there have been no confirmed incidents of groundwater contamination caused by the hydraulic fracturing process."  Additionally, the letter states that protecting the environment "should not lead to the creation of regulatory burdens or restrictions that have no valid scientific basis."  We have interpreted this letter to mean that the sender supports hydraulic fracturing and does support the need for additional study.

Table B1 provides an overall summary of the 5,521 comments received.

**TABLE B1.  SUMMARY OF STAKEHOLDER COMMENTS**

| Stakeholder Comments | Percentage of Comments (w/ Form Letter) | Percentage of Comments (w/o Form Letter) |
|---|---|---|
| *Position on Study Plan* | | |
| For | 18.2 | 63.2 |
| Opposed | 72.1 | 3.0 |
| No Position | 9.7 | 33.8 |
| Expand Study | 8.8 | 30.5 |
| Limit Study | 0.7 | 2.5 |
| *Position on Hydraulic Fracturing* | | |
| For | 75.7 | 15.7 |
| Opposed | 11.6 | 40.3 |
| No Position | 12.7 | 44.1 |

Table B2 further provides the affiliations (e.g., citizens, government, industry) associated with the stakeholders, and indicates that the majority of comments EPA received came from citizens.

---

[5] Energy Citizens is financially sponsored by API, as noted at http://energycitizens.org/ec/advocacy/content-rail.aspx?ContentPage=About.

**TABLE B2.  SUMMARY OF COMMENTS ON HYDRAULIC FRACTURING AND RELATED STUDY PLAN**

| Category | Percentage of Comments (w/ Form Letter) | Percentage of Comments (w/o Form Letter) |
|---|---|---|
| Association | 0.24 | 0.82 |
| Business association | 0.69 | 2.39 |
| Citizen | 23.47 | 81.56 |
| Citizen (form letter Energycitizens.org) | 71.22 | NA |
| Environmental | 1.10 | 3.84 |
| Federal government | 0.07 | 0.25 |
| Lobbying organization | 0.04 | 0.13 |
| Local government | 0.62 | 2.14 |
| Oil and gas association | 0.09 | 0.31 |
| Oil and gas company | 0.38 | 1.32 |
| Political group | 0.16 | 0.57 |
| Politician | 0.18 | 0.63 |
| Private company | 0.78 | 2.71 |
| Scientific organization | 0.02 | 0.06 |
| State government | 0.13 | 0.44 |
| University | 0.24 | 0.82 |
| Water utility | 0.02 | 0.06 |
| Unknown | 0.56 | 1.95 |

Table B3 provides a summary of the frequent research areas requested in the stakeholder comments.

**TABLE B3.  FREQUENT RESEARCH AREAS REQUESTED IN STAKEHOLDER COMMENTS**

| Research Area | Number of Requests* |
|---|---|
| Ground water | 292 |
| Surface water | 281 |
| Air pollution | 220 |
| Water use (source of frac water) | 182 |
| Flowback treatment/disposal | 170 |
| Public health | 165 |
| Ecosystem effects | 160 |
| Toxicity and chemical identification | 157 |
| Chemical fate and transport | 107 |
| Radioactive issues | 74 |
| Seismic issues | 36 |
| Noise pollution | 26 |

* Out of 485 total requests to expand the hydraulic fracturing study.

In addition to the frequently requested research areas, there were a variety of other comments and recommendations related to potential research areas. These comments and recommendations are listed below:

- Abandoned and undocumented wells
- Auto-immune diseases related to hydraulic fracturing chemicals
- Bioaccumulation of hydraulic fracturing chemicals in the food chain
- Biodegradable/nontoxic fracturing liquids
- Carbon footprint of entire hydraulic fracturing process
- Comparison of accident rates to coal/oil mining accident rates
- Disposal of drill cuttings
- Effects of aging on well integrity
- Effects of hydraulic fracturing on existing public and private wells
- Effects of truck/tanker traffic
- Effects on local infrastructure (e.g., roads, water treatment plants)
- Effects on tourism
- Hydraulic fracturing model
- Economic impacts on landowners
- Land farming on fracturing sludge
- Light pollution
- Long-term corrosive effects of brine and microbes on well pipes
- Natural flooding near hydraulic fracturing operations
- Radioactive proppants
- Recovery time and persistence of hydraulic fracturing chemicals in contaminated aquifers
- Recycling of flowback and produced water
- Removal of radium and other radionuclides from flowback and produced water
- Restoration of drill sites
- Review current studies of hydraulic fracturing with microseismic testing
- Sociological effects (e.g., community changes with influx of workers)
- Soil contamination at drill sites
- Volatile organic compounds emissions from hydraulic fracturing operations and impoundments
- Wildlife habitat fragmentation
- Worker occupational health

# APPENDIX C: INFORMATION REQUEST

In September 2010, EPA issued information requests to collect data that will inform this study. The requests were sent to the following companies: BJ Services, Complete Well Services, Halliburton, Key Energy Services, Patterson-UTI, RPC, Schlumberger, Superior Well Services, and Weatherford. These companies are a subset of those from whom the House Committee on Energy and Commerce requested comment. Halliburton, Schlumberger, and BJ Services are the three largest companies operating in the United States; the others are companies of varying size that operate in the major United States shale plays. EPA sent a mandatory request to Halliburton on November 9, 2010, to compel Halliburton to provide the requested information. As of December 6, 2010, all companies have committed to provide the requested information on a rolling schedule that ended on January 31, 2011.

The questions asked in the voluntary information request are stated below.

## QUESTIONS

**Your response to the following questions is requested within thirty (30) days of receipt of this information request:**

1. Provide the name of each hydraulic fracturing fluid formulation/mixture distributed or utilized by the Company within the past five years from the date of this letter. For each formulation/mixture, provide the following information for each constituent of such product. "Constituent" includes each and every component of the product, including chemical substances, pesticides, radioactive materials and any other components.

    a. Chemical name (e.g., benzene—use IUPAC nomenclature);

    b. Chemical formula (e.g., $C_6H_6$);

    c. Chemical Abstract System number (e.g., 71-43-2);

    d. Material Safety Data Sheet;

    e. Concentration (e.g., ng/g or ng/L) of each constituent in each hydraulic fracturing fluid product. Indicate whether the concentration was calculated or determined analytically. This refers to the actual concentration injected during the fracturing process following mixing with source water, and the delivered concentration of the constituents to the site. Also indicate the analytical method which may be used to determine the concentration (e.g., SW-846 Method 8260, in-house SOP), and include the analytical preparation method (e.g., SW-846 Method 5035), where applicable;

    f. Identify the persons who manufactured each product and constituent and the persons who sold them to the Company, including address and telephone numbers for any such persons;

    g.   Identify the purpose and use of each constituent in each hydraulic fracturing fluid product (e.g., solvent, gelling agent, carrier);

    h.   For proppants, identify the proppant, whether or not it was resin coated, and the materials used in the resin coating;

    i.   For the water used, identify the quantity, quality and the specifications of water needed to meet site requirements, and the rationale for the requirements;

    j.   Total quantities of each constituent used in hydraulic fracturing and the related quantity of water in which the chemicals were mixed to create the fracturing fluids to support calculated and/or measured composition and properties of the hydraulic fracturing fluids; and

    k.   Chemical and physical properties of all chemicals used, such as Henry's law coefficients, partitioning coefficients (e.g., $K_{ow}$ $K_{OC,}$ $K_d$), aqueous solubility, degradation products and constants and others.

2.   Provide all data and studies in the Company's possession relating to the human health and environmental impacts and effects of all products and constituents identified in Question 1.

3.   For all hydraulic fracturing operations for natural gas extraction involving any of the products and constituents identified in the response to Question 1, describe the process including the following:

    a.   Please provide any policies, practices and procedures you employ, including any Standard Operating Procedures (SOPs) concerning hydraulic fracturing sites, for all operations including but not limited to:  drilling in preparation for hydraulic fracturing including calculations or other indications for choice and composition of drilling fluids/muds; water quality characteristics needed to prepare fracturing fluid; relationships among depth, pressure, temperature, formation geology, geophysics and chemistry and fracturing fluid composition and projected volume; determination of estimated volumes of flowback and produced waters; procedures for managing flowback and produced waters; procedures to address unexpected circumstances such as loss of drilling fluid/mud, spills, leaks or any emergency conditions (e.g., blow outs), less than fully effective well completion; modeling and actual choice of fracturing conditions such as pressures, temperatures, and fracturing material choices; determination of exact concentration of constituents in hydraulic fracturing fluid formulations/mixtures; determination of dilution ratios for hydraulic fracturing fluids, and

    b.   Describe how fracturing fluid products and constituents are modified at a site during the fluid injection process.

4.

    a.   Identify all sites where, and all persons to whom, the Company:

        i.   provided hydraulic fracturing fluid services that involve the use of hydraulic fracturing fluids for the year prior to the date of this letter, and

        ii.   plans to provide hydraulic fracturing fluid services that involve the use of hydraulic fracturing fluids during one year after the date of this letter.

    b.   Describe the specific hydraulic fracturing fluid services provided or to be provided for each of the sites in Question 4.a.i. and ii., including the identity of any contractor that the Company has hired or will hire to provide any portion of such services.

For each site identified in response to Question 4, please provide all information specified in the enclosed electronic spreadsheet.

DRAFT Hydraulic Fracturing Study Plan                                         February 7, 2011
-- Science Advisory Board Review --

# APPENDIX D: CHEMICALS IDENTIFIED IN HYDRAULIC FRACTURING FLUID AND FLOWBACK/PRODUCED WATER

**TABLE D1. CHEMICALS FOUND IN HYDRAULIC FRACTURING FLUIDS**

| Chemical | Use | Ref. |
|---|---|---|
| [[(phosphonomethyl)imino]bis[2,1-ethanediylnitrilobis(methylene)]]tetrakis phosphonic acid ammonium salt | | 1 |
| 1-(phenylmethyl) quinolinium chloride | | 1 |
| 1-(phenylmethyl)-ethyl pyridinium, methyl derivatives | acid corrosion inhibitor | 2,3 |
| 1,2,4-trimethylbenzene/1,3,5-trimethylbenzene | non-ionic surfactant | 4,5 |
| 1,2-diethoxyethane | foaming agent | 2 |
| 1,2-dimethoxyethane | foaming agent | 2 |
| 1,4-dioxane | | 1 |
| 1,2-benzisothiazolin-2-one | | 1 |
| 1-eicosene | | 1 |
| 1-hexadecene | | 1 |
| 1-methylnaphthalene | | 2 |
| 1-octadecene | | 1 |
| 1-tetradecene | | 1 |
| 1-undecanol | surfactant | |
| 1,6 hexanediamine | clay control, fracturing | |
| 2-(2-butoxyethoxy)ethanol | foaming agent | 2 |
| 2-(2-ethoxyethoxy)ethanol | foaming agent | 2 |
| 2-(2-methoxyethoxy)ethanol | foaming agent | 2 |
| 2,2'-azobis-(2-(imidazlin-2-yl)propane dihydrochloride | | 1 |
| 2,2-dibromo-3-nitrilopropionamide | biocide | 1,2,3,5 |
| 2,2-dibromomalonamide | | 1 |
| 2,2',2''-nitriloethanol | | 4 |
| 2-acrylamido-2-methylpropansulphonic acid sodium salt | | 1 |
| 2-acrylethyl(benzyl)dimethylammonium chloride | | 1 |
| 2-bromo-2-nitro-1,3-propandiol | microbiocide | 3,4 |
| 2-bromo-2-nitro-3-propanol | microbiocide | 2 |
| 2-bromo-3-nitrilopropionamide | biocide | 2,3 |
| 2-butoxyethanol | foaming agent | 2,3,6 |
| 2-ethoxyethanol | foaming agent | 2,3 |
| 2-ethoxyethyl acetate | foaming agent | 2 |
| 2-ethoxynaphthalene | | 1 |
| 2-ethyl hexanol | | 4,6 |
| 2-methoxyethanol | foaming agent | 2 |
| 2-methoxyethyl acetate | foaming agent | 2 |
| 2-methylnaphthalene | | 2 |
| 2-methyl-quinoline hydrochloride | | 1 |

*Table continued on next page*

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| 2-monobromo-3-nitrilopropionamide | biocide | 5 |
| 2-propen-1-aminium,N,N-dimethyl-N-2-propenyl-chloride, homopolymer | | 1 |
| 2-propenoic acid, homopolymer, ammonium salt | | 1 |
| 2-propenoic acid, polymer with sodium phosphinate | | 1 |
| 2-propenoic acid, telomer with sodium hydrogen sulfite | | 1 |
| 2-propoxyethanol | foaming agent | 2 |
| 2-(thiocyanomethylthio) benzothiazole | biocide | |
| 2-ethyl-3-propylacrolein | defoamer | |
| 3,5,7-triaza-1-azoniatricyclo(3.3.1.13,7)decane, 1-(3-propenyl)-chloride | | 1 |
| 3-methyl-1-butyn-3-ol | | 1 |
| 4-(1,1-dimethylethyl)phenol, methyloxirane formaldehyde polymer | | 1 |
| 4-nonylphenol polyethylene glycol ether | | 1 |
| 5-chloro-2-methyl-4-isothiazolin-3-one | biocide | |
| acetic acid | acid treatment, buffer | 3,4,5 |
| acetic anhydride | | 4 |
| acetone | corrosion inhibitor | 3,4 |
| acrolein | biocide | |
| acrylamide | | 1 |
| acrylamide-sodium acrylate copolymer | | 1 |
| acrylamide-sodium-2-acrylamido-2-methylpropane sulfonate copolymer | gelling agent | 1 |
| adipic acid | linear gel polymer | 3 |
| aldehyde | corrosion inhibitor | 5 |
| aliphatic acids | | 1 |
| aliphatic alcohol polyglycol ether | | 1 |
| aliphatic hydrocarbon (naphthalenesulfonic acid, sodium salt, isopropylated) | surfactant | |
| alkenes | | 1 |
| alkyl ($C_{14}$-$C_{16}$) olefin sulfonate, sodium salt | | 1 |
| alkyl amines | foaming agent | 4 |
| alkyl aryl polyethoxy ethanol | | 1 |
| alkylamine salts | foaming agent | 3,4 |
| alkylaryl sulfonate | | 1 |
| alkylphenol ethoxylate surfactants | | 1 |
| aluminum | crosslinker | 3 |
| aluminum chloride | | 1 |
| aluminum oxide | proppant | |
| aluminum silicate | proppant | |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                        February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| amine treated hectorite | viscosifier | |
| ammonia | | 1 |
| ammonium acetate | buffer | 4,5 |
| ammonium alcohol ether sulfate | | 1 |
| ammonium bifluoride | | |
| ammonium bisulfite | oxygen scavenger | 7 |
| ammonium chloride | crosslinker | 2,3,5 |
| ammonium citrate | | 1 |
| ammonium cumene sulfonate | | 1 |
| ammonium hydrogen difluoride | | 1 |
| ammonium nitrate | | 1 |
| ammonium persulfate | breaker fluid | 2,3 |
| ammonium sulfate | breaker fluid | 3,4 |
| ammonium thiocyanate | | 1 |
| anionic polyacrylamide copolymer | friction reducer | 3,4 |
| anionic surfactants | friction reducer | 3,4 |
| aromatic hydrocarbons | | |
| aromatic naphtha | surfactant | |
| aromatic solvent | | 4 |
| aromatics | | 2 |
| asphalite | viscosifier | |
| attapulgite | gelling agent | |
| barium sulfate | | 4 |
| bauxite | proppant | |
| bentonite | fluid additive | 3,4 |
| benzene | gelling agent | 2 |
| benzyl chloride-quaternized tar bases, quinoline derivatives | | 1 |
| bis(1-methylethyl) naphthalene | | 1 |
| bis(2-methoxyethyl)ether | foaming agent | 2 |
| bis(chloroethyl) ether dimethylcocoamine, diquaternary ammonium salt | | 1 |
| blast furnace slag | viscosifier | |
| borate salts | crosslinker | 7 |
| boric acid | crosslinker | 2,3 |
| boric oxide | | 1 |
| butan-1-ol | | 1 |
| butane | | 4 |
| $C_{12}$-$C_{14}$-tert-alkyl ethoxylated amines | | 1 |
| calcium carbonate | pH control | |
| calcium chloride | | 1 |

*Table continued on next page*

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| calcium hydroxide | pH control | |
| calcium magnesium phosphate | | 1 |
| calcium oxide | proppant | |
| carbohydrates | | 4 |
| carbon black | resin | |
| carbon dioxide | foaming agent | 3,4 |
| carboxymethyl guar | linear gel polymer | 3 |
| carboxymethylhydroxypropyl guar | linear gel polymer | 3 |
| cationic polymer | friction reducer | 3,4 |
| cellulose | | 1 |
| chlorine | lubricant | |
| chlorine dioxide | | 1 |
| chloromethylnaphthalene quinoline quaternary amine | corrosion inhibitor | 5 |
| chromium | crosslinker | 3 |
| chrome acetate | | |
| citric acid | iron control | 6,7 |
| citrus terpenes | | 1 |
| cocamidopropyl betaine | | 1 |
| cocamidopropylamine oxide | | 1 |
| coco-betaine | | 1 |
| copper compounds | breaker fluid | 2,3 |
| copper iodide | breaker fluid | 3,4 |
| copper(II) sulfate | | 1 |
| cottonseed flour | | |
| crissanol A-55 | | |
| crystalline silica | proppant | 3,4 |
| cupric chloride dihydrate | | 1 |
| dazomet | biocide | |
| decyldimethyl amine | | 1 |
| diammonium peroxidisulfate | breaker fluid | 2,3 |
| diammonium phosphate | corrosion inhibitor | |
| diatomaceous earth | proppant | |
| dibromoacetonitrile | | 1 |
| didecyl dimethyl ammonium chloride | biocide | |
| diesel | linear gel delivery | 2,3 |
| diethanolamine | foaming agent | 2,3 |
| diethylbenzene | | 1 |
| diethylene glycol | | 4,6 |
| diethylenetriamine | activator | 5 |
| diethylenetriamine penta (methylenephonic acid) sodium salt | | 1 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| diisopropyl naphthalenesulfonic acid | | 1 |
| dimethyl formamide | | 4 |
| dimethyldiallylammonium chloride | | 1 |
| dipotassium phosphate | | 4 |
| dipropylene glycol | | 1 |
| disodium EDTA | | 1 |
| ditallow alkyl ethoxylated amines | | 1 |
| D-limonene | | 1,4 |
| dodecylbenzene | | 1 |
| dodecylbenzene sulfonic acid | | 1 |
| dodecylbenzenesulfonate isopropanolamine | | 1 |
| D-sorbitol | | 1 |
| EDTA copper chelate | breaker fluid, activator | 3,4,5 |
| eo-C7-C9-iso-,C8 rich-alcohols | | 6 |
| eo-C9-11-iso, C10-rich alcohols | | 6 |
| erucic amidopropyl dimethyl detaine | | 1 |
| erythorbic acid, anhydrous | | 1 |
| ester salt | foaming agent | 2 |
| ethane | | 4 |
| ethanol | foaming agent, non-ionic surfactant | 2,3,5 |
| ethoxylated 4-tert-octylphenol | | 1 |
| ethoxylated alcohols | | 4,6 |
| ethoxylated alcohols, C6-C10 | | 4 |
| ethoxylated castor oil | | 1 |
| ethoxylated hexanol | | 1 |
| ethoxylated 4-nonylphenol | acid inhibitor | |
| ethoxylated octylphenol | | 1 |
| ethoxylated sorbitan trioleate | | 1 |
| ethoxylated, propoxylated trimethylolpropane | | 1 |
| ethyl lactate | | 1 |
| ethyl octynol | acid inhibitor | 4 |
| ethylbenzene | gelling agent | 2 |
| ethylcellulose | fluid additive | |
| ethylene glycol | crosslinker/breaker fluid/ scale inhibitor | 2,3,6 |
| ethylene glycol monobutyl ether | | 4 |
| ethylene oxide | | 1 |
| ethyloctynol | | 1 |
| exxal 13 | | 1 |
| fatty acids | | 1 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| fatty alcohol polyglycol ether surfactant | | 1 |
| ferric chloride | | 1 |
| ferrous sulfate, heptahydrate | | 1 |
| fluorene | | 2 |
| formaldehyde | | 1 |
| formamide | | 1 |
| formic acid | acid treatment | 2,3 |
| fuller's earth | gelling agent | |
| fumaric acid | water gelling agent | 2,3 |
| galactomannan | gelling agent | |
| glutaraldehyde | biocide | 6,7 |
| glycerine | crosslinker | 1,5 |
| glycol ether | foaming agent, breaker fluid | 2,3 |
| graphite | fluid additive | |
| guar gum | linear gel delivery, water gelling agent | 2,3,5 |
| gypsum | gellant | |
| heavy aromatic petroleum naphtha | non-ionic surfactant | 4,5 |
| hemicellulase enzyme | | 4 |
| heptane | | 4 |
| hydrochloric acid | acid treatment, solvent | 2,3,5,6 |
| hydrodesulfurized kerosene | | 1 |
| hydrofluoric acid | acid treatment | |
| hydrogen peroxide | | 1 |
| hydrotreated heavy naphthalene | | 4 |
| hydrotreated light petroleum | friction reducer | 4,5,6 |
| hydrotreated naphtha | | 1 |
| hydroxy acetic acid | | 1 |
| hydroxy acetic acid ammonium salt | | 1 |
| hydroxycellulose | linear gel polymer | 3 |
| hydroxyethyl cellulose | gel | 7 |
| hydroxylamine hydrochloride | | 1 |
| hydroxypropyl guar | linear gel polymer | 3 |
| iron | emulsifier/surfactant | |
| iron oxide | proppant | |
| isobutyl alcohol | fracturing fluid | |
| isomeric aromatic ammonium salt | | 1 |
| isooctanol | | 4 |
| isoparaffinic petroleum hydrocarbons | | 1 |
| isopropanol | foaming agent/surfactant | 2,3,6 |

*Table continued on next page*

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| isopropylbenzene | | 1 |
| kerosene | | 1 |
| kyanite | proppant | |
| lactose | | 1 |
| light aromatic solvent naphtha | | 1 |
| light paraffin oil | | 1 |
| lignite | fluid additive | |
| lime | | 4 |
| magnesium aluminum silicate | gellant | |
| magnesium chloride | biocide | |
| magnesium nitrate | biocide | |
| mercaptoacetic acid | iron control | |
| metallic copper | | 4 |
| methane | | 4 |
| methanol | acid corrosion inhibitor | 2,3,5,6 |
| methyl isobutyl ketone | | 4 |
| methyl tert-butyl ether | gelling agent | 2 |
| methyl-4-isothiazolin | biocide | |
| methylene bis(thiocyanate) | biocide | |
| methylene phosphonic acid | scale inhibitor | |
| mica | fluid additive | 3,4 |
| mineral oil | friction reducer | 7 |
| mineral spirits | | 1 |
| monoethanolamine | crosslinker | 2,3 |
| mullite | proppant | |
| muriatic acid | acid treatment | 7 |
| N,N,N-trimethyl-2-[(1-oxo-2-propenyl)oxy]-ethanaminium chloride homopolymer | | 1 |
| N,N-dimethylformamide | breaker | 7 |
| N,N-dimethyl-methanamine-n-oxide | | 1 |
| N,N-dimethyl-N-[2-[(1-oxo-2-propenyl)oxy]ethyl]-benzenemethanaminium chloride | | 1 |
| naphthalene | gelling agent, non-ionic surfactant | 2,5,6 |
| N-benzyl-alkyl-pyridinium chloride | | 1 |
| N-cocamidopropyl-N,N-dimethyl-N-2-hydrooxypropylsulfobetaine | | 1 |
| n-hexane | | 4 |
| nickel sulfate | corrosion inhibitor | |
| nitrogen | foaming agent | 3,4 |
| nitrilotriacetamide | scale inhibitor | |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                      February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| nonylphenol polyethoxylate | | 1 |
| organophilic clays | | 1 |
| oxyalkylated alkylphenol | | 1 |
| oxylated alcohol | | 4 |
| polyaromatic hydrocarbons | gelling agent/bactericide | 2,3 |
| pentane | | 4 |
| petroleum distillates | | 4 |
| petroleum grease mix | | 4 |
| petroleum naphtha | | 1 |
| phenolic resin | proppant | |
| phenanthrene | biocide | 2,3 |
| pine oil | | 1 |
| poly anionic cellulose | | 4 |
| poly(oxy-1,2-ethanediyl)-nonylphenyl-hydroxy | acid corrosion inhibitor, non-ionic surfactant | 2,3,5 |
| polyacrylamide | friction reducer | 3,7 |
| polycyclic organic matter | gelling agent/bactericide | 2,3 |
| polyethene glycol oleate ester | | 1 |
| polyethoxylated alkanol | | 1 |
| polyethylene glycol | | 4,6 |
| polyglycol ether | foaming agent | 2,3 |
| polyhexamethylene adipamide | resin | |
| polyoxyethylene sorbitan monooleate | | 1 |
| polyoxylated fatty amine salt | | 1 |
| polypropylene glycol | lubricant | |
| polysaccharide | | |
| polyvinyl alcohol | fluid additive | |
| potassium acetate | | 1 |
| potassium aluminum silicate | | 4 |
| potassium borate | | 1 |
| potassium carbonate | pH control | 5,7 |
| potassium chloride | brine carrier fluid | 2,3 |
| potassium formate | | 1 |
| potassium hydroxide | crosslinker | 2,3 |
| potassium metaborate | | 4 |
| potassium persulfate | fluid additive | |
| potassium sorbate | | 1 |
| propan-2-ol | acid corrosion inhibitor | 2,3,5 |
| propane | | 4 |
| propanol | crosslinker | 5 |
| propargyl alcohol | acid corrosion inhibitor | 2,3,6 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                              February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| propylene | | |
| propylene glycol monomethyl ether | | 1 |
| pyridinium,1-(phenylmethyl)-, Et Me derivs., chlorides | corrosion inhibitor | |
| quartz sand | proppant | 7 |
| quaternary ammonium compounds | corrosion inhibitor | 1 |
| raffinates (petroleum) | | 4 |
| salts of alkyl amines | foaming agent | 2,3 |
| silica | proppant | 7 |
| sodium 1-octanesulfonate | | 1 |
| sodium acetate | | 1 |
| sodium acid polyphosphate | | 4 |
| sodium aluminum phosphate | fluid additive | |
| sodium benzoate | | 1 |
| sodium bicarbonate | | 4 |
| sodium bisulfate | | 1 |
| sodium bromate | breaker | |
| sodium bromide | | 1 |
| sodium carbonate | pH control | 7 |
| sodium carboxymethylcellulose | fluid additive | |
| sodium chloride | brine carrier fluid, breaker | 4,5 |
| sodium chlorite | breaker | 1,5 |
| sodium chloroacetate | | 1 |
| sodium citrate | | 1 |
| sodium dichloro-s-triazinetrione | biocide | |
| sodium erythorbate | | 1 |
| sodium glycolate | | 1 |
| sodium hydroxide | gelling agent | 2 |
| sodium hypochlorite | | 1 |
| sodium ligninsulfonate | surfactant | |
| sodium mercaptobenzothiazole | corrosion inhibitor | |
| sodium nitrate | fluid additive | |
| sodium nitrite | corrosion inhibitor | |
| sodium metaborate octahydrate | | 1 |
| sodium perborate tetrahydrate | concentrate | 1,5 |
| sodium persulfate | | 4 |
| sodium polyacrylate | | 1 |
| sodium sulfate | | 1 |
| sodium tetraborate decahydrate | crosslinker | 2,3 |
| sodium thiosulfate | | 1 |
| sodium α-olefin sulfonate | | 1 |
| sorbitan monooleate | | 1 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                        February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|---|---|---|
| starch blends | fluid additive | 3 |
| styrene | proppant | |
| sucrose | | 1 |
| sulfamic acid | | 1 |
| sulfomethylated tannin | | 4 |
| talc | fluid additive | 3,4 |
| tallow fatty acids sodium salt | | 1 |
| terpene and terpenoids | | 1 |
| terpene hydrocarbons | | 1 |
| tetrachloroethylene | | 1 |
| tetrahydro-3,5-dimethyl-2H-1,3,5-thiadiazine-2-thione | | 1 |
| tetrakis(hydroxymethyl)phosphonium sulfate | | 1 |
| tetramethyl ammonium chloride | | 1 |
| tetrasodium EDTA | | 1 |
| thioglycolic acid | | 1 |
| thiourea | acid corrosion inhibitor | 2,3 |
| titanium | crosslinker | 3 |
| titanium dioxide | proppant | |
| toluene | gelling agent | 2 |
| tributyl phosphate | defoamer | |
| tributyl tetradecyl phosphonium chloride | | 1 |
| | | |
| triethanolamine hydroxyacetate | | 1 |
| triethanolamine zirconate | crosslinker | 5 |
| triethylene glycol | | 4 |
| trimethylbenzene | fracturing fluid | |
| trimethyl polyepichlorohydrin | | 4 |
| tripropylene glycol methyl ether | viscosifier | |
| trimethylamine hydrochloride | | 4 |
| trimethylamine quaternized polyepichlorohydrin | | 1 |
| trisodium nitrilotriacetate | | 1 |
| trisodium ortho phosphate | | 1 |
| urea | | 1 |
| vermiculite | lubricant | |
| vinylidene chloride | | 1 |
| water | water gelling agent/ foaming agent | 2 |
| xanthan gum | corrosion inhibitor | |
| xylenes | gelling agent | 2 |
| zinc | lubricant | |
| zinc carbonate | corrosion inhibitor | |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011
-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Use | Ref. |
|----------|-----|------|
| zirconium complex | crosslinker | 4,5 |
| zirconium nitrate | crosslinker | 2,3 |
| zirconium oxychloride | crosslinker | |
| zirconium sulfate | crosslinker | 2,3 |
| zirconium,tetrakis[2-[bis(2-hydroxyethyl)amino-kN]ethanolato-kO]- | crosslinker | |
| α-[3,5-dimethyl-1-(2-methylpropyl)hexyl]-w-hydroxy-poly(oxy-1,2-ethandiyl) | | 1 |

## References

1. New York State Department of Environmental Conservation. (2009, September). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program (draft)*. Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs. Albany, NY: New York State Department of Environmental Conservation. Retrieved January 20, 2010, from ftp://ftp.dec.state.ny.us/dmn/download/OGdSGEISFull.pdf.

2. Sumi, L. (2005). *Our drinking water at risk. What EPA and the oil and gas industry don't want us to know about hydraulic fracturing.* Durango, CO: Oil and Gas Accountability Project/Earthworks. Retrieved January 21, 2011, from http://www.earthworksaction.org/pubs/DrinkingWaterAtRisk.pdf.

3. U.S. Environmental Protection Agency. (2004). *Evaluation of impacts to underground sources of drinking water by hydraulic fracturing of coalbed methane reservoirs.* No. EPA/816/R-04/003. Washington, DC: U.S. Environmental Protection Agency, Office of Water.

4. Material Safety Data Sheets; EnCana Oil & Gas (USA), Inc.: Denver, CO. Provided by EnCana upon U.S. EPA Region 8 request as part of the Pavillion, WY, ground water investigation.

5. Material Safety Data Sheets; Halliburton Energy Services, Inc.: Duncan, OK. Provided by Halliburton Energy Services during an on-site visit by EPA on May 10, 2010.

6. Personal communication by Angela McFadden, US EPA Region 3, Philadelphia, PA.

7. Ground Water Protection Council & ALL Consulting. (2009). *Modern shale gas development in the United States: A primer.* Contract DE-FG26-04NT15455. Washington, DC: United States Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory. Retrieved January 19, 2011, from http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf.

DRAFT Hydraulic Fracturing Study Plan                                      February 7, 2011

-- Science Advisory Board Review --

**TABLE D2.  CHEMICALS IDENTIFIED IN FLOWBACK/PRODUCED WATER**

| Chemical | Ref. | Chemical | Ref. |
|---|---|---|---|
| 1,1,1-trifluorotoluene | 1 | manganese | 2 |
| 1,4-dichlorobutane | 1 | methyl bromide | 1 |
| 2,4,6-tribromophenol | 1 | methyl chloride | 1 |
| 2,4-dimethylphenol | 2 | molybdenum | 1 |
| 2,5-dibromotoluene | 1 | n-alkanes, C10-C18 | 2 |
| 2-butanone | 2 | n-alkanes, C18-C70 | 2 |
| 2-fluorobiphenyl | 1 | n-alkanes, C1-C2 | 2 |
| 2-fluorophenol | 1 | n-alkanes, C2-C3 | 2 |
| 4-nitroquinoline-1-oxide | 1 | n-alkanes, C3-C4 | 2 |
| 4-terphenyl-d14 | 1 | n-alkanes, C4-C5 | 2 |
| aluminum | 2 | n-alkanes, C5-C8 | 2 |
| anthracene | 2 | naphthalene | 2 |
| antimony | 1 | nickel | 2 |
| arsenic | 2 | nitrobenzene-d5 | 1 |
| barium | 2 | oil and grease | 2 |
| benzene | 2 | o-terphenyl | 1 |
| benzo(a)pyrene | 2 | p-chloro-m-cresol | 2 |
| bicarbonate | 1 | petroleum hydrocarbons | 1 |
| bis(2-ethylhexyl)phthalate | 1 | phenol | 2 |
| biochemical oxygen demand | 1 | phosphorus | 1 |
| boron | 1,2 | potassium | 1 |
| bromide | 1 | radium (226) | 2 |
| bromoform | 1 | radium (228) | 2 |
| cadmium | 2 | selenium | 1 |
| calcium | 2 | silver | 1 |
| carbonate alkalinity | 1 | sodium | 2 |
| alkalinity | | steranes | 2 |
| chloride | 2 | strontium | 1 |
| chlorobenzene | 2 | strontium (89&90) | |
| chlorodibromomethane | 1 | sulfate | 1,2 |
| cobalt | 1 | sulfide | 1 |
| chemical oxygen demand | 1 | sulfite | 1 |
| copper | 2 | TDS | 1,2 |
| cyanide | 1 | thallium | 1 |
| dichlorobromomethane | 1 | titanium | 2 |
| di-n-butylphthalate | 2 | total organic carbon | 1 |
| ethylbenzene | 2 | toluene | 2 |
| fluoride | 1 | triterpanes | 2 |
| iron | 2 | xylene (total) | 2 |
| lead | 2 | zinc | 2 |
| lithium | 1 | zirconium | 1 |
| magnesium | 2 | | |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Chemical | Ref. |
|---|---|
| 1,2-bromo-2-nitropropane-1,3-diol (2-bromo-2-nitro-1,3-propanediol or bronopol) | 3 |
| 1,6-hexanediamine | 3 |
| 1-3-dimethyladamantane | 3 |
| 1-methoxy-2-propanol | 3 |
| 2-(2-methoxyethoxy)ethanol | 3 |
| 2-(thiocyanomethylthio) benzothiazole | 3 |
| 2,2,2-nitrilotriethanol | 3 |
| 2,2-dibromo-3-nitrilopropionamide | 3 |
| 2,2-dibromoacetonitrile | 3 |
| 2,2-dibromopropanediamide | 3 |
| 2-butoxyacetic acid | 3 |
| 2-butoxyethanol | 3 |
| 2-butoxyethanol phosphate | 3 |
| 2-ethyl-3-propylacrolein | 3 |
| 2-ethylhexanol | 3 |
| 3,5-dimethyl-1,3,5-thiadiazinane-2-thione | 3 |
| 5-chloro-2-methyl-4-isothiazolin-3-one | 3 |
| 6-methylquinoline | 3 |
| acetic acid | 3 |
| acetic anhydride | 3 |
| acrolein | 3 |
| acrylamide (2-propenamide) | 3 |
| adamantane | 3 |
| adipic acid | 3 |
| ammonia | 4 |
| ammonium nitrate | 3 |
| ammonium persulfate | 3 |
| atrazine | 3 |
| bentazon | 3 |
| benzyl-dimethyl-(2-prop-2-enoyloxyethyl)ammonium chloride | 3 |
| benzylsuccinic acid | 3 |
| beryllium | 4 |
| bis(2-ethylhexyl)phthalate | 4 |
| bisphenol a | 3 |

| Chemical | Ref. |
|---|---|
| boric acid | 3 |
| boric oxide | 3 |
| butanol | 3 |
| cellulose | 3 |
| chloromethane | 4 |
| chrome acetate | 3 |
| chromium | 4 |
| chromium hexavalent | |
| citric acid | 3 |
| cyanide | 4 |
| decyldimethyl amine | 3 |
| decyldimethyl amine oxide | 3 |
| diammonium phosphate | 3 |
| didecyl dimethyl ammonium chloride | 3 |
| diethylene glycol | 3 |
| diethylene glycol monobutyl ether | 3 |
| dimethyl formamide | 3 |
| dimethyldiallylammonium chloride | 3 |
| dipropylene glycol monomethyl ether | 3 |
| dodecylbenzene sulfonic acid | 3 |
| eo-C7-9-iso-,C8 rich-alcohols | 3 |
| eo-C9-11-iso, C10-rich alcohols | 3 |
| ethoxylated 4-nonylphenol | 3 |
| ethoxylated nonylphenol | 3 |
| ethoxylated nonylphenol (branched) | 3 |
| ethoxylated octylphenol | 3 |
| ethyl octynol | 3 |
| ethylbenzene | 3 |
| ethylcellulose | 3 |
| ethylene glycol | 3 |
| ethylene glycol monobutyl ether | 3 |
| ethylene oxide | 3 |
| ferrous sulfate heptahydrate | 3 |
| formamide | 3 |
| formic acid | 3 |
| fumaric acid | 3 |
| glutaraldehyde | 3 |
| glycerol | 3 |

*Table continued on next page*

*Table continued from previous page*

| Chemical | Ref. |
|---|---|
| hydroxyethylcellulose | 3 |
| hydroxypropylcellulose | 3 |
| isobutyl alcohol (2-methyl-1-propanol) | 3 |
| isopropanol (propan-2-ol) | 3 |
| limonene | 3 |
| mercaptoacidic acid | 3 |
| mercury | 4 |
| methanamine,N,N-dimethyl-,N-oxide | 3 |
| methanol | 3 |
| methyl-4-isothiazolin | 3 |
| methylene bis(thiocyanate) | 3 |
| methylene phosphonic acid (diethylenetriaminepenta[methyl enephosphonic] acid) | 3 |
| modified polysaccharide or pregelatinized cornstarch or starch | 3 |
| monoethanolamine | 3 |
| monopentaerythritol | 3 |
| muconic acid | 3 |
| N,N,N-trimethyl-2[1-oxo-2-propenyl]oxy ethanaminium chloride | 3 |
| nitrazepam | 3 |
| nitrobenzene | 3 |
| n-methyldiethanolamine | 3 |
| oxiranemethanaminium, N,N,N-trimethyl-, chloride, homopolymer | 3 |
| phosphonium, tetrakis(hydroxymethly)-sulfate | 3 |
| polyacrylamide | 3 |
| polyacrylate | 3 |
| polyethylene glycol | 3 |
| polyhexamethylene adipamide | 3 |
| polypropylene glycol | 3 |
| polyvinyl alcohol [alcotex 17f-h] | 3 |
| propane-1,2-diol | 3 |
| propargyl alcohol | 3 |

| Chemical | Ref. |
|---|---|
| pryidinium, 1-(phenylmethyl)-, ethyl methyl derivatives, chlorides | 3 |
| quaternary amine | 3 |
| quaternary ammonium compound | 3 |
| quaternary ammonium salts | 3 |
| sodium carboxymethylcellulose | 3 |
| sodium dichloro-s-triazinetrione | 3 |
| sodium mercaptobenzothiazole | 3 |
| squalene | 3 |
| sucrose | 3 |
| tebuthiuron | 3 |
| p-terphenyl | 3 |
| m-terphenyl | 3 |
| o-terphenyl | 3 |
| terpineol | 3 |
| tetrachloroethene | 4 |
| tetramethyl ammonium chloride | 3 |
| tetrasodium ethylenediaminetetraacetate | 3 |
| thiourea | 3 |
| tributyl phosphate | 3 |
| trichloroisocyanuric acid | 3 |
| trimethylbenzene | 3 |
| tripropylene glycol methyl ether | 3 |
| trisodium nitrilotriacetate | 3 |
| urea | 3 |

## References

1. New York State Department of Environmental Conservation.  (2009, September).  *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program (draft).*  Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs.  Albany, NY:  New York State Department of Environmental Conservation.  Retrieved January 20, 2010, from ftp://ftp.dec.state.ny.us/dmn/download/OGdSGEISFull.pdf.

2. Veil, J. A., Puder, M. G., Elcock, D., & Redweik, R. J.  (2004).  *A white paper describing produced water from production of crude oil, natural gas, and coalbed methane.*  Prepared for the U.S. Department of Energy, National Energy Technology Laboratory, contract W-31-109-ENG-38.  Argonne, IL:  Argonne National Laboratory.  Retrieved January 20, 2011, from http://www.netl.doe.gov/technologies/oil-gas/publications/oil_pubs/prodwaterpaper.pdf.

3. URS Operating Services, Inc.  (2010, August 20).  *Expanded site investigation—Analytical results report.  Pavillion area groundwater investigation.*  Prepared for U.S. Environmental Protection Agency, contract PO No. EP-W-05-050.  Denver, CO:  URS Operating Services, Inc.  Retrieved January 27, 2011, from http://www.epa.gov/region8/superfund/wy/pavillion/PavillionAnalyticalResultsReport.pdf.

4. Alpha Environmental Consultants, Inc., Alpha Geoscience, & NTS Consultants, Inc.  (2009).  *Issues related to developing the Marcellus Shale and other low-permeability gas reservoirs.*  Prepared for the New York State Energy Research and Development Authority, contract nos. 11169, 10666, and 11170.  Albany, NY:  New York State Energy Research and Development Authority.

**TABLE D3.  NATURALLY OCCURRING SUBSTANCES MOBILIZED BY FRACTURING ACTIVITIES**

| Chemical | Common Valence States | Ref. |
|---|---|---|
| aluminum | III | 1 |
| antimony | V,III,-III | 1 |
| arsenic | V, III, 0, -III | 1 |
| barium | II | 1 |
| beryllium | II | 1 |
| boron | III | 1 |
| cadmium | II | 1 |
| calcium | II | 1 |
| chromium | VI, III | 1 |
| cobalt | III, II | 1 |
| copper | II, I | 1 |
| hydrogen sulfide | N/A | 2 |
| iron | III, II | 1 |
| lead | IV, II | 1 |
| magnesium | II | 1 |
| molybdenum | VI, III | 1 |
| nickel | II | 1 |
| radium (226) | II | 2 |
| radium (228) | II | 2 |
| selenium | VI, IV, II, 0, -II | 1 |
| silver | I | 1 |
| sodium | I | 1 |
| thallium | III, I | 1 |
| thorium | IV | 2 |
| tin | IV, II, -IV | 1 |
| titanium | IV | 1 |
| uranium | VI, IV | 2 |
| vanadium | V | 1 |
| yttrium | III | 1 |
| zinc | II | 1 |

**References**

1.  Sumi, L.  (2005).  *Our drinking water at risk:  What EPA and the oil and gas industry don't want us to know about hydraulic fracturing*.  Durango, CO:  Oil and Gas Accountability Project/Earthworks.  Retrieved January 21, 2011, from http://www.earthworksaction.org/pubs/DrinkingWaterAtRisk.pdf.
2.  Sumi, L.  (2008).  *Shale gas:  Focus on the Marcellus Shale*.  Durango, CO:  Oil and Gas Accountability Project/Earthworks.  Retrieved January 21, 2011, from http://www.earthworksaction.org/pubs/OGAPMarcellusShaleReport-6-12-08.pdf.

# APPENDIX E:  ASSESSING MECHANICAL INTEGRITY

In relation to hydrocarbon production, it is useful to distinguish between the internal and external mechanical integrity of wells.  Internal mechanical integrity is concerned with the containment of fluids within the confines of the well.  External mechanical integrity is related to the potential movement of fluids along the wellbore outside the well casing.

A well's mechanical integrity can be determined most accurately through a combination of data and tests that individually provide information, which can then be compiled and evaluated.  This appendix provides a brief overview of the tools used to assess mechanical well integrity.

## CEMENT BOND TOOLS

The effectiveness of the cementing process is determined using cement bond tools and/or cement evaluation tools.  Cement bond tools are acoustic devices that produce data (cement bond logs) used to evaluate the presence of cement behind the casing.  Cement bond logs generally include a gamma-ray curve and casing collar locator; transit time, which measures the time it takes for a specific sound wave to travel from the transmitter to the receiver; amplitude curve, which measures the strength of the first compressional cycle of the returning sound wave; and a graphic representation of the waveform, which displays the manner in which the received sound wave varies with time.  This latter presentation, the variable density log, reflects the material through which the signal is transmitted.  To obtain meaningful data, the tool must properly calibrated and be centralized in the casing to obtain data that is meaningful for proper evaluation of the cement behind the casing.

Other tools available for evaluating cement bonding use ultrasonic transducers arranged in a spiral around the tool or in a single rotating hub to survey the circumference of the casing.  The transducers emit ultrasonic pulses and measure the received ultrasonic waveforms reflected from the internal and external casing interfaces.  The resulting logs produce circumferential visualizations of the cement bonds with the pipe and borehole wall.  Cement bonding to the casing can be measured quantitatively, while bonding to the formation can only be measured qualitatively.  Even though cement bond/evaluation tools do not directly measure hydraulic seal, the measured bonding qualities do provide inferences of sealing.

The cement sheath can fail during well construction if the cement fails to adequately encase the well casing or becomes contaminated with drilling fluid or formation material.  After a well has been constructed, cement sheath failure is most often related to temperature- and pressure-induced stresses resulting from operation of the well (Ravi et al., 2002).  Such stresses can result in the formation of a microannulus, which can provide a pathway for the migration of fluids from high-pressure zones.

## TEMPERATURE LOGGING

Temperature logging can be used to determine changes that have taken place in and adjacent to injection/production wells.  The temperature log is a continuous recording of temperature versus depth.  Under certain conditions the tool can be used to conduct a flow survey, locating points of inflow or

outflow in a well; locate the top of the cement in wells during the cement curing process (using the heat of hydration of the cement); and detect the flow of fluid and gas behind the casing.  The temperature logging tool is the oldest of the production tools and one of the most versatile, but a highly qualified expert must use it and interpret its results.

## NOISE LOGGING

The noise logging tool may have application in certain conditions to detect fluid movement within channels in cement in the casing/borehole annulus.  It came into widespread application as a way to detect the movement of gas through liquid.  For other flows, for example water through a channel, the tool relies on the turbulence created as the water flows through a constriction that creates turbulent flow.  Two advantages of using the tool are its sensitivity and lateral depth of investigation.  It can detect sound through multiple casings, and an expert in the interpretation of noise logs can distinguish flow behind pipe from flow inside pipe.

## PRESSURE TESTING

A number of pressure tests are available to assist in determining the internal mechanical integrity of production wells.  For example, while the well is being constructed, before the cement plug is drilled out for each casing, the casing should be pressure-tested to find any leaks.  The principle of such a "standard pressure test" is that pressure applied to a fixed-volume enclosed vessel, closed at the bottom and the top, should remain constant if there are no leaks.  The same concept applies to the "standard annulus pressure test," which is used when tubing and packers are a part of the well completion.

The "Ada" pressure test is used in some cases where the well is constructed with tubing without a packer, in wells with only casing and open perforations, and in dual injection/production wells.

The tools discussed above are summarized below in Table E1.

**TABLE E1.  COMPARISON OF TOOLS USED TO EVALUATE WELL INTEGRITY**

| Type of Tool | Description and Application | Types of Data |
|---|---|---|
| Acoustic cement bond tools | Acoustic devices to evaluate the presence of cement behind the casing | <ul><li>Gamma-ray curve</li><li>Casing collar locator: depth control</li><li>Transit time: time it takes for a specific sound wave to travel from the transmitter to the receiver</li><li>Amplitude curve: strength of the first compressional cycle of the returning sound wave</li><li>Waveform: variation of received sound wave over time</li><li>Variable density log:  reflects the material through which the signal is transmitted</li></ul> |
| Ultrasonic transducers | Transmit ultrasonic pulses and measure the received ultrasonic waveforms reflected from the internal and external casing interfaces to survey well casing | <ul><li>Circumferential visualizations of the cement bonds with the pipe and borehole wall</li><li>Quantitative measures of cement bonding to the casing</li><li>Qualitative measure of bonding to the formation</li><li>Inferred sealing integrity</li></ul> |
| Temperature logging | Continuous recording of temperature versus depth to detect changes in and adjacent to injection/production wells | <ul><li>Flow survey</li><li>Points of inflow or outflow in a well</li><li>Top of cement in wells during the cement curing process (using the heat of hydration of the cement)</li><li>Flow of fluid and gas behind casing</li></ul> |
| Noise logging tool | Recording of sound patterns that can be correlated to fluid movement; sound can be detected through multiple casings | <ul><li>Fluid movement within channels in cement in the casing/borehole annulus</li></ul> |
| Pressure tests | Check for leaks in casing | <ul><li>Changes in pressure within a fixed-volume enclosed vessel, implying that leaks are present</li></ul> |

**References**

Ravi, K., Bosma, M., & Gastebled, O.  (2002, April 30-May 2).  *Safe and economic gas wells through cement design for life of the well.*  No. SPE 75700.  Presented at the Society of Petroleum Engineers Gas Technology Symposium, Calgary, Alberta, Canada.

-- Science Advisory Board Review --

# APPENDIX F: STAKEHOLDER-NOMINATED CASE STUDIES

This appendix lists the stakeholder-nominated case studies.  Potential retrospective case study sites can be found in Table F1, while potential prospective case study sites are listed in Table F2.

**TABLE F1.  POTENTIAL RETROSPECTIVE CASE STUDY SITES**

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Bakken Shale | Killdeer and Dunn Co., ND | Production well failure during hydraulic fracturing; suspected drinking water aquifer contamination; surface waters nearby; soil contamination; more than 2,000 barrels of oil and fracturing fluids leaked from the well | Monitoring wells to evaluate extent of contamination of aquifer; soil and surface water monitoring | Determine extent of contamination of drinking water resources; identify sources of well failure | NDDMR-Industrial Commission, EPA Region 8, Berthold Indian Reservation |
| Barnett Shale | Alvord, TX | Benzene in water well | | | RRCTX, landowners, USGS, EPA Region 6 |
| Barnett Shale | Azle, TX | Skin rash complaints from contaminated water | | | RRCTX, landowners, USGS, EPA Region 6 |
| Barnett Shale | Decatur, TX | Skin rash complaints from drilling mud applications to land | | | RRCTX, landowners, USGS, EPA Region 6 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                                  February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Barnett Shale | Wise/Denton Cos. (including Dish), TX | Potential drinking water well contamination; surface spills; waste pond overflow; documented air contamination | Monitor other wells in area and install monitoring wells to evaluate source(s) | Determine sources of contamination of private well | RRCTX, TCEQ, landowners, City of Dish, USGS, EPA Region 6, DFW Regional Concerned Citizens Group, North Central Community Alliance, Sierra Club |
| Barnett Shale | South Parker Co. and Weatherford, TX | Hydrocarbon contamination in multiple drinking water wells; may be from faults/fractures from production well beneath properties | Monitor other wells in area; install monitoring wells to evaluate source(s) | Determine source of methane and other contaminants in private water well; information on role of fracture/fault pathway from HF zone | RRCTX, landowners, USGS, EPA Region 6 |
| Barnett Shale | Tarrant Co., TX | Drinking water well contamination; report of leaking pit | Monitoring well | Determine if pit leak impacted underlying ground water | RRCTX, landowners, USGS, EPA Region 6 |
| Barnett Shale | Wise Co. and Decatur, TX | Spills; runoff; suspect drinking water well contamination; air quality impacts | Sample wells, soils | Determine sources of contamination of private well | RRCTX, landowners, USGS, EPA Region 6, Earthworks Oil & Gas Accountability Project |
| Clinton Sandstone | Bainbridge, OH | Methane buildup leading to home explosion | | | OHDNR, EPA Region 5 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                              February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Fayetteville Shale | Arkana Basin, AR | General water quality concerns | | | AROGC, ARDEQ, EPA Region 6 |
| Fayetteville Shale | Conway Co., AR | Gray, smelly water | | | AROGC, ARDEQ, EPA Region 6 |
| Fayetteville Shale | Van Buren or Logan Cos., AR | Stray gas (methane) in wells; other water quality impairments | | | AROGC, ARDEQ, EPA Region 6 |
| Haynesville Shale | Caddo Parish, LA | Drinking water impacts (methane in water) | Monitoring wells to evaluate source(s) | Evaluate extent of water well contamination and if source is from HF operations | LGS, USGS, EPA Region 6 |
| Haynesville Shale | DeSoto Parish, LA | Drinking water reductions | Monitoring wells to evaluate water availability; evaluate existing data | Determine source of drinking water reductions | LGS, USGS, EPA Region 6 |
| Haynesville Shale | Harrison Co., TX | Stray gas in water wells | | | RRCTX, landowners, USGS, EPA Region 6 |
| Marcellus Shale | Bradford Co., PA | Drinking water well contamination; surface spill of HF fluids | Soil, ground water, and surface water sampling | Determine source of methane in private wells | PADEP, landowners, EPA Region 3, Damascus Citizens Group, Friends of the Upper Delaware |
| Marcellus Shale | Clearfield Co., PA | Well blowout | | | PADEP, EPA Region 3 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                                                February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Marcellus Shale | Dimock, Susquehanna Co., PA | Contamination in multiple drinking water wells; surface water quality impairment from spills | Soil, ground water, and surface water sampling | Determine source of methane in private wells | PADEP, EPA Region 3, landowners, Damascus Citizens Group, Friends of the Upper Delaware |
| Marcellus Shale | Gibbs Hill, PA | On-site spills; impacts to drinking water; changes in water quality | Evaluate existing data; determine need for additional data | Evaluate extent of large surface water, and ground water | PADEP, landowner, EPA Region 3 |
| Marcellus Shale | Hamlin Township and McKean Co., PA | Drinking water contamination from methane; changes in water quality | Soil, ground water, and surface water sampling | Determine source of methane in community and private wells | PADEP, EPA Region 3, Schreiner Oil & Gas |
| Marcellus Shale | Hickory, PA | On-site spill; impacts to drinking water; changes in water quality; methane in wells; contaminants in drinking water (acrylonitrile, VOCs) | | | PADEP, landowner, EPA Region 3 |
| Marcellus Shale | Hopewell Township, PA | Surface spill of HF fluids; waste pit overflow | Sample pit and underlying soils; sample nearby soil, ground water, and surface water | Evaluate extent of large surface spill's impact on soils, surface water, and ground water | PADEP, landowners, EPA Region 3 |
| Marcellus Shale | Indian Creek Watershed, WV | Concerns related to wells in karst formation | | | WVOGCC, EPA Region 3 |

*Table continued on next page*

February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Marcellus Shale | Lycoming Co., PA | Surface spill of HF fluids | PADEP sampled soils, nearby surface water, and two nearby private wells; evaluate need for additional data collection to determine source of impact | Evaluate extent of large surface spill's impact on soils, surface water, and ground water | PADEP, EPA Region 3 |
| Marcellus Shale | Monongahela River Basin, PA | Surface water impairment (high TDS, water availability) | Data exists on water quality over time for Monongahela River during ramp up of HF activity; review existing data | Assess intensity of HF activity | USACE, USGS, EPA Region 3 |
| Marcellus Shale | Susquehanna River Basin, PA and NY | Water availability; water quality | Assess water use and water quality over time; review existing data | Determine if water withdrawals for HF are related to changes in water quality and availability | USGS may do a study here as well |
| Marcellus Shale | Tioga Co., NY | General water quality concerns | | | NYDEP, EPA Region 2, Earthworks |
| Marcellus Shale | Upshur Co., WV | General water quality concerns | | | WVOGCC, EPA Region 3 |
| Marcellus Shale | Wetzel Co., WV, and Washington/ Green Cos., PA | Stray gas; spills; changes in water quality; several landowners concerned about methane in wells | Soil, ground water, and surface water sampling | Determine extent of impact from spill of HF fluids associated with well blowout and other potential impacts to drinking water resources | WVDEP, WVOGCC, PADEP, EPA Region 3, landowners, Damascus Citizens Group |
| Piceance Basin | Battlement Mesa, CO | Water quality and quantity concerns | | | COGCC, landowners, EPA Region 8 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                                                February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Piceance Basin (tight gas sand) | Garfield Co., CO (Mamm Creek area) | Drinking water well contamination; changes in water quality; water levels | Soil, ground water, and surface water sampling; review existing data | Evaluate source of methane and degradation in water quality basin-wide | COGCC, landowners, EPA Region 8, Colorado League of Women Voters |
| Piceance Basin | Rifle, CO | Water quality and quantity concerns | | | COGCC, landowners, EPA Region 8 |
| Piceance Basin | Silt, CO | Water quality and quantity concerns | | | COGCC, landowners, EPA Region 8 |
| Powder River Basin (CBM) | Clark, WY | Drinking water well contamination | Monitoring wells to evaluate source(s) | Evaluate extent of water well contamination and if source is from HF operations | WOOGC, EPA Region 8, landowners |
| San Juan Basin (shallow CBM and tight sand) | LaPlata Co., CO | Drinking water well contamination, primarily with methane (area along the edge of the basin has large methane seepage) | Large amounts of data have been collected through various studies of methane seepage; gas wells at the margin of the basin can be very shallow | Evaluate extent of water well contamination and determine if HF operations are the source | COGCC, EPA Region 8, BLM, San Juan Citizens Alliance |
| Raton Basin (CBM) | Huerfano Co., CO | Drinking water well contamination; methane in well water; well house explosion | Monitoring wells to evaluate source of methane and degradation in water quality | Evaluate extent of water well contamination and determine if HF operations are the source | COGCC, EPA Region 8 |
| Raton Basin (CBM) | Las Animas Co., CO | Concerns about methane in water wells | | | COGCC, landowners, EPA Region 8 |

*Table continued on next page*

DRAFT Hydraulic Fracturing Study Plan                                          February 7, 2011

-- Science Advisory Board Review --

*Table continued from previous page*

| Formation | Location | Key Areas to be Addressed | Key Activities | Potential Outcomes | Partners |
|---|---|---|---|---|---|
| Raton Basin (CBM) | North Fork Ranch, Las Animas Co., CO | Drinking water well contamination; changes in water quality and quantity | Monitoring wells to evaluate source of methane and degradation in water quality | Evaluate extent of water well contamination and determine if HF operations are the source | COGCC, landowners, EPA Region 8 |
| Tight gas sand | Garfield Co., CO | Drinking water and surface water contamination; documented benzene contamination | Monitoring to assess source of contamination | Determine if contamination is from HF operations in area | COGCC, EPA Region 8, Battlement Mesa Citizens Group |
| Tight gas sand | Pavillion, WY | Drinking water well contamination | Monitoring wells to evaluate source(s) (ongoing studies by ORD and EPA Region 8) | Determine if contamination is from HF operations in area | WOGCC, EPA Region 8, landowners |
| Tight gas sand | Sublette Co. WY (Pinedale Anticline) | Drinking water well contamination (benzene) | Monitoring wells to evaluate source(s) | Evaluate extent of water well contamination and determine if HF operations are the source | WOGCC, EPA Region 8, Earthworks |

-- Science Advisory Board Review --

Within the scope of this study, prospective case studies will focus on key areas such as the full lifecycle and environmental monitoring. To address these issues, key research activities will include water and soil monitoring before, during, and after hydraulic fracturing activities.

**TABLE F2.  PROSPECTIVE CASE STUDIES**

| Formation | Location | Potential Outcomes | Partners |
|---|---|---|---|
| Bakken Shale | Berthold Indian Reservation, ND | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process | NDDMR-Industrial Commission, University of North Dakota, EPA Region 8, Berthold Indian Reservation |
| Barnett Shale | Flower Mound/ Bartonville, TX | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process | NDDMR-Industrial Commission, EPA Region 8, Mayor of Flower Mound |
| Marcellus Shale | Otsego Co., NY | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process | NYSDEC; Gastem, USA; others TBD |
| Marcellus Shale | TBD, PA | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process in a region of the country experiencing intensive HF activity | Chesapeake Energy, PADEP, others TBD |
| Marcellus Shale | Wyoming Co, PA | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process | DOE, PADEP, University of Pittsburgh, Range Resources, USGS, landowners, EPA Region 3 |
| Niobrara Shale | Laramie Co., WY | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process, potential epidemiology study by Wyoming Health Department | WOGCC, Wyoming Health Department, landowners, USGS, EPA Region 8 |
| Woodford Shale or Barnett Shale | OK or TX | Baseline water quality data, comprehensive monitoring and modeling of water resources during all stages of the HF process | OKCC, landowners, USGS, EPA Region 6 |

DRAFT Hydraulic Fracturing Study Plan                                    February 7, 2011

-- Science Advisory Board Review --

**Acronym List**

| | |
|---|---|
| ARDEQ | Arkansas Department of Environmental Quality |
| AROGC | Arkansas Oil and Gas Commission |
| BLM | Bureau of Land Management |
| CBM | Coalbed methane |
| Co. | County |
| COGCC | Colorado Oil and Gas Conservation Commission |
| DFW | Dallas–Fort Worth |
| DOE | United States Department of Energy |
| EPA | United States Environmental Protection Agency |
| HF | Hydraulic fracturing |
| LGS | Louisiana Geological Survey |
| NDDMR | North Dakota Department of Mineral Resources |
| NYSDEC | New York Department of Environmental Conservation |
| OHDNR | Ohio Department of Natural Resources |
| OKCC | Oklahoma Corporation Commission |
| PADEP | Pennsylvania Department of Environmental Protection |
| RRCTX | Railroad Commission of Texas |
| TBD | To be determined |
| TCEQ | Texas Commission on Environmental Quality |
| USACE | United States Army Corps of Engineers |
| USGS | United States Geological Survey |
| VOC | Volatile organic compound |
| WOGCC | Wyoming Oil and Gas Conservation Commission |
| WVDEP | West Virginia Department of Environmental Protection |
| WVOGCC | West Virginia Oil and Gas Conservation Commission |

# APPENDIX G:  FIELD SAMPLING AND ANALYTICAL METHODS

Field samples and monitoring data associated with hydraulic fracturing activities are collected for a variety of reasons, including to:

- Develop baseline data prior to fracturing.
- Monitor any changes in drinking water resources during and after hydraulic fracturing.
- Identify and quantify environmental contamination that may be associated with hydraulic fracturing.
- Evaluate well mechanical integrity.
- Evaluate the performance of treatment systems.

Field sampling is important for both the prospective and retrospective case studies discussed in Chapter 7.  In retrospective case studies, EPA will take field samples to determine the cause of reported drinking water contamination.  In prospective case studies, field sampling and monitoring provides for the identification of baseline conditions of the site prior to drilling and fracturing.  Additionally, data will be collected during each step in the oil or natural gas drilling operation, including hydraulic fracturing of the formation and oil or gas production, which will allow EPA to monitor changes in drinking water resources as a result of hydraulic fracturing.

The case study site investigations will use monitoring wells and other available monitoring points to identify (and determine the quantity of) chemical compounds relevant to hydraulic fracturing activities in the subsurface environment.  These compounds may include the chemical additives found in hydraulic fracturing fluid and their reaction/degradation products, as well as naturally occurring materials (e.g., formation fluid, gases, trace elements, radionuclides, and organic material) released during fracturing events.

This appendix first describes types of samples (and analytes associated with those samples) that may be collected throughout the oil and natural gas production process and the development and refinement of laboratory-based analytical methods.  It then discusses the potential challenges associated with analyzing the collected field samples.  The appendix ends with a summary of the data analysis process as well as a discussion of the evaluation of potential indicators associated with hydraulic fracturing activities.

## FIELD SAMPLING: SAMPLE TYPES AND ANALYTICAL FOCUS

Table G1 lists monitoring and measurement parameters for both retrospective and prospective case studies.  Note that samples taken in retrospective case studies will be collected after hydraulic fracturing has occurred and will focus on collecting evidence of contamination of drinking water resources.  Samples taken for prospective case studies, however, will be taken during all phases of oil and gas production and will focus on improving EPA's understanding of hydraulic fracturing activities.

**TABLE G1.  MONITORING AND MEASUREMENT PARAMETERS AT CASE STUDY SITES**

| Sample Type | Case Study Site | Parameters |
|---|---|---|
| Surface and ground water (e.g., existing wells, new wells)<br><br>Soil/sediments, soil gas | Prospective and retrospective (collect as much historical data as available) | • General water quality (e.g., pH, redox, dissolved oxygen) and water chemistry parameters (e.g., cations and anions)<br>• Dissolved gases (e.g., methane)<br>• Stable isotopes (e.g., Sr, Ra, C, H)<br>• Metals<br>• Radionuclides<br>• Volatile and semi-volatile organic compounds, polycyclic aromatic hydrocarbons<br>• Soil gas sampling in vicinity of proposed/actual hydraulic fracturing well location (e.g., Ar, He, $H_2$, $O_2$, $N_2$, $CO_2$, $CH_4$, $C_2H_6$, $C_2H_4$, $C_3H_6$, $C_3H_8$, $iC_4H_{10}$, $nC_4H_{10}$, $iC_5H_{12}$) |
| Flowback and produced water | Prospective | • General water quality (e.g., pH, redox, dissolved oxygen, total dissolved solids) and water chemistry parameters (e.g., cations and anions)<br>• Metals<br>• Radionuclides<br>• Volatile and semi-volatile organic compounds, polycyclic aromatic hydrocarbons<br>• Sample fracturing fluids (time series sampling)<br>   o Chemical concentrations<br>   o Volumes injected<br>   o Volumes recovered |
| Drill cuttings, core samples | Prospective | • Metals<br>• Radionuclides<br>• Mineralogic analyses |

Table G1 indicates that field sampling will focus primarily on water and soil samples, which will be analyzed for naturally occurring materials and chemical additives used in hydraulic fracturing fluid, including their reaction products and/or degradates.  Drill cuttings and core samples will be used in laboratory experiments to analyze the chemical composition of the formation and to explore chemical reactions between hydraulic fracturing fluid additives and the hydrocarbon-containing formation.

Data collected during the case studies are not restricted to the collection of field samples.  Other data include results from mechanical integrity tests and surface geophysical testing.  Mechanical well integrity can be assessed using a variety of tools, including acoustic cement bond tools, ultrasonic transducers, temperature and noise logging tools, and pressure tests (see Appendix E).  Geophysical testing can assess geologic and hydrogeologic conditions, detect and map underground structures, and evaluate soil and rock properties.

FIELD SAMPLING CONSIDERATIONS

Samples collected from drinking water taps or treatment systems will reflect the temperature, pressure, and redox conditions associated with the sampling site and may not reflect the true conditions in the subsurface, particularly in dissolved gas concentrations.  In cases where dissolved gases are to be analyzed, special sampling precautions are needed.  Because the depths of hydraulic fracturing wells can exceed 1,000 feet, ground water samples will be collected from settings where the temperature and



**FIGURE G1.  BOMB SAMPLER**

pressure are significantly higher than at the surface. When liquid samples are brought to the surface, decreasing pressure can lead to off-gassing of dissolved gases (such as methane) and to changes in redox potential and pH that can lead to changes in the speciation and solubility of minerals and metals. Therefore, the sampling of water from these depths will require specialized sampling equipment that maintains the pressure of the formation until the sample is analyzed.  One possible approach for this type of sampling is to employ a bomb sampler (shown in Figure G1) with a double-valve configuration that activates a series of stainless steel sampling vessels to collect pressurized ground water in one sampling pass.

## DEVELOPMENT AND REFINEMENT OF LABORATORY-BASED ANALYTICAL METHODS

The ability to characterize chemical compounds related to hydraulic fracturing activities depends on the ability to detect and quantify individual constituents using appropriate analytical methods.  As discussed in Chapter 6, EPA will identify the chemical additives used in hydraulic fracturing fluids as well as those found in flowback and produced water, which may include naturally occurring substances and reaction/degradation products of fracturing fluid additives.  The resulting list of chemicals will be analyzed for existing analytical methods.  Where analytical methods exist, detailed information will be compiled on detection limits, interferences, accuracy, and precision.  In other instances, standardized analytical methods may not be readily available for use on the types of samples generated by hydraulic fracturing activities.  In these situations, a prioritization strategy informed by risk, case studies, and experimental and modeling investigations will be used to develop analytical methods for high-priority chemicals in relevant environmental matrices (e.g., brines).

The sampling and analytical chemistry requirements depend on the specific goals of the field investigation (e.g., detection, quantification, toxicity, fate and transport).  Sample types may include formulations of hydraulic fracturing fluid systems, water samples (e.g., ambient water, flowback, and produced water), drilling fluids, soil, and solid residues.  In many cases, samples may reflect the presence of multiple phases (gas-liquid-solid) that impact chemical partitioning in the environment. Table G2 briefly discusses the types of analytical instrumentation that can be applied to samples collected during field investigations (both retrospective and prospective case studies).

**TABLE G2.  OVERVIEW OF ANALYTICAL INSTRUMENTS THAT CAN BE USED TO IDENTIFY AND QUANTIFY CONSTITUENTS ASSOCIATED WITH HYDRAULIC FRACTURING ACTIVITIES**

| Type of Analyte | Analytical Instrument(s) | MDL Range* |
|---|---|---|
| Volatile organics | GC/MS: gas chromatograph/mass spectrometer<br>GC/MS/MS: gas chromatograph/mass spectrometer/ mass spectrometer | 0.25–10 µg/L |
| Water-soluble organics | LC/MS/MS: liquid chromatograph/mass spectrometer/mass spectrometer | 0.01–0.025 µg/L |
| Unknown organic compounds | LC/TOF: liquid chromatograph/time-of-flight mass spectrometer | 5 µg/L |
| Metals, minerals | ICP: inductively coupled plasma | 1–100 µg/L |
| | GFAA: graphite furnace atomic absorption | 0.5–1 µg/L |
| Transition metals, isotopes | ICP/MS: inductively coupled plasma/mass spectrometer | 0.5–10 µg/L |
| Redox-sensitive metal species, oxyanion speciation, thioarsenic speciation, etc. | LC/ICP/MS: liquid chromatograph/inductively coupled plasma/mass spectrometer | 0.5–10 µg/L |
| Ions (charged elements or compounds) | IC: ion chromatograph | 0.1–1 mg/L |

   *The minimum detection limit, which depends on the targeted analyte.

## POTENTIAL CHALLENGES

The analysis of field samples collected during case studies is not without challenges.  Two anticipated challenges are discussed below: matrix interference and the analysis of unknown chemical compounds.

### MATRIX INTERFERENCE

The sample matrix can affect the performance of the analytical methods being used to identify and quantify target analytes; typical problems include interference with the detector signal (suppression or amplification) and reactions with the target analyte, which can reduce the apparent concentration or complicate the extraction process.  Some potential matrix interferences are listed in Table G3.

**TABLE G3.  EXAMPLES OF MATRIX INTERFERENCES THAT CAN COMPLICATE ANALYTICAL APPROACHES USED TO CHARACTERIZE SAMPLES ASSOCIATED WITH HYDRAULIC FRACTURING**

| Type of Matrix Interference | Example Interferences | Potential Impacts on Chemical Analysis |
|---|---|---|
| Chemical | • Inorganics: metals, minerals, ions<br>• Organics: coal, shale, hydrocarbons<br>• Dissolved gases: methane, hydrogen sulfide, carbon dioxide<br>• pH<br>• Oxidation potential | • Complexation or co-precipitation with analyte, impacting extraction efficiency, detection, and recovery<br>• Reaction with analyte changing apparent concentration<br>• Impact on pH, oxidation potential, microbial growth<br>• Impact on solubility, microbial growth |
| Biological | • Bacterial growth | • Biodegradation of organic compounds, which can change redox potential, or convert electron acceptors (iron, sulfur, nitrogen, metalloids) |
| Physical | • Pressure and temperature<br>• Dissolved and suspended solids<br>• Geologic matrix | • Changes in chemical equilibria, solubility, and microbial growth<br>• Release of dissolved minerals, sequestration of constituents, and mobilization of minerals, metals |

Some gases and organic compounds can partition out of the aqueous phase into a non-aqueous phase (already present or newly formed), depending on their chemical and physical properties.  With the numbers and complex nature of additives used in hydraulic fracturing fluids, the chemical composition of each phase depends on partitioning relationships and may depend on the overall composition of the mixture.  The unknown partitioning of chemicals to different phases makes it difficult to accurately determine the quantities of target analytes.  In order to address this issue, EPA has asked for chemical and physical properties of hydraulic fracturing fluid additives in the request for information sent to the nine hydraulic fracturing service providers.

ANALYSIS OF UNKNOWN CHEMICAL COMPOUNDS

Once injected, hydraulic fracturing fluid additives may maintain their chemical structure, partially or completely decompose, or participate in reactions with the surrounding strata, fluids, gases, or microbes.  These reactions may result in the presence of degrades, metabolites, or other transformation products, which may be more or less toxic than the parent compound and consequently increase or decrease the risks associated with hydraulic fracturing formulations.  The identification and quantification of these products may be difficult, and can be highly resource intensive and time-consuming.  Therefore, the purpose of each chemical analysis will need to be clearly articulated to ensure that the analyses are planned and performed in a cost-effective manner.

DATA ANALYSIS

The data collected by EPA during retrospective case studies will be used to determine the source and extent of reported drinking water contamination.  In these cases, EPA will use different methods to investigate the sources of contamination and the extent to which the contamination has occurred.  One important method to determine the source and migration pathways of natural gas is isotopic

fingerprinting, which compares both the chemical composition and the isotopic compositions of natural gas. Although natural gas is composed primarily of methane, it can also include ethane, propane, butane, and pentane, depending on how it is formed. Table G4 illustrates different types of gas, the constituents, and the formation process of the natural gas.

**TABLE G4. TYPES OF NATURAL GASES, CONSTITUENTS, AND PROCESS OF FORMATION**

| Type of Natural Gas | Constituents | Process of Formation |
|---|---|---|
| Thermogenic gas | Methane, ethane, propane, butane, and pentane | Geologic formation of fossil fuel |
| Biogenic gas | Methane and ethane | Methane-producing microorganisms chemically break down organic material |

Thermogenic light hydrocarbons detected in soil gas typically have a well-defined composition indicative of reservoir composition. Above natural gas reservoirs, methane dominates the light hydrocarbon fraction; above petroleum reservoirs, significant concentrations of ethane, propane, and butane are found (Jones et al., 2000). Also, ethane, propane, and butane are not produced by biological processes in near-surface sediments; only methane and ethylene are products of biodegradation. Thus, elevated levels of methane, ethane, propane, and butane in soil gas indicate thermogenic origin and could serve as tracers for natural gas migration from a reservoir.

The isotopic signature of methane can also be used to delineate the source of natural gas migration in retrospective case studies because it varies with the formation process. Isotopic fingerprinting uses two parameters—$\delta^{13}$C and $\delta$D—to identify thermogenic and biogenic methane. These two parameters are equal to the ratio of the isotopes $^{13}$C/$^{12}$C and D/H, respectively. Baldassare and Laughrey (1997), Schoell (1980, 1983), Kaplan et al. (1997), Rowe and Muehlenbachs (1999), and others have summarized values of $\delta^{13}$C and $\delta$D for methane, and their data show that it is often possible to distinguish methane formed from biogenic and thermogenic processes by plotting $\delta^{13}$C versus $\delta$D. Thus, the isotopic signature of methane recovered from retrospective case study sites can be compared to the isotopic signature of potential sources of methane near the contaminated site. Isotopic fingerprinting of methane, therefore, could be particularly useful for determining if the methane is of thermogenic origin and in situations where multiple methane sources are present.

In prospective case studies, EPA will use the data collected from field samples to (1) provide a comprehensive picture of drinking water resources during all stages in the hydraulic fracturing water lifecycle and (2) inform hydraulic fracturing models, which may then be used to predict impacts of hydraulic fracturing on drinking water resources.

## EVALUATION OF POTENTIAL INDICATORS OF CONTAMINATION

Natural gas is not the only potential chemical indicator for gas migration due to hydraulic fracturing activities: Hydrogen sulfide, hydrogen, and helium may also be used as potential tracers. Hydrogen sulfide is produced during the anaerobic decomposition of organic matter by sulfur bacteria, and can be found in varying amounts in sulfur deposits, volcanic gases, sulfur springs, and unrefined natural gas and

petroleum, making it a potential indicator of natural gas migration.  Hydrogen gas ($H_2$) and helium (He) are widely recognized as good fault and fracture indicators because they are chemically inert, physically stable, and highly insoluble in water (Klusman, 1993; Ciotoli et al., 1999 and 2004).  For example, $H_2$ and He have been observed in soil gas at values up to 430 and 50 ppmv respectively over the San Andreas Fault in California (Jones and Pirkle, 1981), and Wakita et al. (1978) has observed He at a maximum concentration of 350 ppmv along a nitrogen vent in Japan.  The presence of He in soil gas is often independent of the oil and gas deposits.  However, since He is more soluble in oil than water, it is frequently found at elevated concentrations in soil gas above natural gas and petroleum reservoirs and hence may serve as a natural tracer for gas migration.

EPA will use the data collected from field samples to identify and evaluate other potential indicators of hydraulic fracturing fluid migration into drinking water supplies.  For example, flowback and produced water have higher ionic strengths (due to large concentrations of potassium and chloride) than surface waters and shallow ground water and may also have different isotopic compositions of strontium and radium.  Although potassium and chloride are often used as indicators of flowback or produced water, they are not considered definitive.  However, if the isotopic composition of the flowback or produced water differs significantly from those of nearby drinking water resources, then isotopic ratios could be sensitive indicators of contamination.  Recent research by Peterman et al. (2010) lends support for incorporating such analyses into this study.  Additionally, DOE NETL is working to determine if stable isotopes can be used to identify Marcellus flowback and produced water when commingled with surface waters or shallow ground water.  EPA also plans to use this technique to evaluate contamination scenarios in the retrospective case studies and will coordinate with DOE on this aspect of the research.

## References

Baldassare, F. J., & Laughrey, C. D.  (1997).  Identifying the sources of stray methane by using geochemical and isotopic fingerprinting.  *Environmental Geosciences*, *4*, 85-94.

Ciotoli, G., Etiope, G., Guerra, M., & Lombardi, S.  (1999).  The detection of concealed faults in the Ofanto basin using the correlation between soil-gas fracture surveys.  *Tectonophysics*,  *299*, 321-332.

Ciotoli, G., Lombardi, S., Morandi, S., & Zarlenga, F.  (2004).  A multidisciplinary statistical approach to study the relationships between helium leakage and neotectonic activity in a gas province: The Vasto basin, Abruzzo-Molise (central Italy).  *The American Association of Petroleum Geologists Bulletin*, *88*, 355-372.

Jones, V. T., & Pirkle, R. J.  (1981, March 29-April 3).  *Helium and hydrogen soil gas anomalies associated with deep or active faults*.  Presented at the American Chemical Society Annual Conference, Atlanta, GA.

Jones, V. T., Matthews, M. D., & Richers, D. M.  (2000).  Light hydrocarbons for petroleum and gas prospecting.  In M. Hale (Ed.), *Handbook of Exploration Geochemistry* (pp. 133-212).  Elsevier Science B.V.

Kaplan, I. R., Galperin, Y., Lu, S., & Lee, R.  (1997).  Forensic environmental geochemistry—Differential of fuel-types, their sources, and release time.  *Organic Geochemistry*, *27*, 289-317.

Klusman, R. W.  (1993).  *Soil gas and related methods for natural resource exploration.*  New York, NY: John Wiley & Sons.

Peterman, Z. E., Thamke, J., & Futa, K.  (2010, May 14).  *Strontium isotope detection of brine contamination of surface water and groundwater in the Williston Basin, northeastern Montana.*  Presented at the GeoCanada Annual Conference, Calgary, Alberta, Canada.

Rowe, D., & Muehlenbachs, K.  (1999).  Isotopic fingerprinting of shallow gases in the western Canadian sedimentary basin—Tools for remediation of leaking heavy oil wells.  *Organic Geochemistry*, *30*, 861-871.

Schoell, M.  (1980).  The hydrogen and carbon isotopic composition of methane from natural gases of various origin.  *Geochimica et Cosmochimica Acta*, *44*, 649-661.

Schoell, M.  (1983).  Genetic characteristics of natural gases.  *American Association of Petroleum Geologists Bulletin*, *67*, 2225-2238.

Wakita, H., Fujii, N., Matsuo, S., Notsu, K., Nagao, K., & Takaoka, N.  (1978, April 28).  Helium spots: Caused by diapiric magma from the upper mantle.  *Science*, *200*(4340), 430-432.

# Appendix H: Modeling

It is standard practice to evaluate and model complex environmental systems as separate components, as can be the case with water operations associated with hydraulic fracturing.  For example, system components can be classified based on media type, such as water body models, ground water models, watershed models, and waste unit models.  Additionally, models can be chosen based on whether a stochastic or deterministic representation is needed, solution types (e.g., analytical, semi-analytical or numerical), spatial resolution (e.g., grid, raster, or vector), or temporal resolution (e.g., steady-state or time-variant).

For a holistic systems approach, it is important to evaluate how the components interact with each other, and how the entire system responds.  This integration is often achieved by either loosely or tightly coupling individual system components with fully integrated complete system models available.

Modeling will be important in both case studies and scenario evaluations.  The prospective case studies provide an opportunity to test our level of understanding by comparing model performance to field observations.  This understanding will help justify the use of specific models for hypothesis testing during the retrospective studies.  Finally, demonstrated understanding provides the foundation for predicting system response under future scenarios.

## Case Studies

### Prospective Case Studies

Application and testing of models will be integrated into the prospective case studies.  By collecting characterization data prior to hydraulic fracturing, baseline conditions can be determined and used to generate the mathematically required initial conditions for the model.  The modeling team will participate in planning the field effort in order to generate the specific types of data required.  From this starting point, the ability of the models to represent hydraulic fracturing operations can be evaluated by comparing initial-to-final conditions in the model with those generated from field sampling.

For example, from a ground water modeling perspective, various aspects of the hydraulic fracturing process can be investigated, including:

- The pressure pulse resulting from fracturing.
- Potential indicators of well construction faults.
- The flow and composition of the flowback and produced water.
- Possible early time impacts to water supply wells.

Ground water modeling for prospective case studies may match a site conceptual model that is expected to include the following geologic elements:

- Shale beds located at depths of 1,000 feet or greater.
- Aquifers consisting of heterogeneous geologic formations.
- Unconsolidated, consolidated, and fractured consolidated materials.

- Possible presence of abandoned and improperly sealed wells.

Subsurface transport is expected to include:

- Flow of reactive chemical species.
- Potential importance of temperature and pressure effects.
- Mixtures of inorganic and organic chemicals.
- Two-phase flow of water and gas.

The sites are expected to require:

- Simulation in three dimensions, although some simple questions are expected to be answerable by one- or two-dimensional analyses.
- Time-dependent simulations in which the time scales include short times for chemical reaction and long times for transport to drinking water wells.
- Site-, region-, and basin-scale evaluations.

The simulation of a hydraulic fracturing operation shares many characteristics with certain types of petroleum reservoir simulations.  As a consequence, the modeling studies may be computationally intensive.  Specific research questions will be developed for each aspect of the hydraulic fracturing case study.  From these and site data, a conceptual model will be developed for model application.  An appropriately chosen model can then be used in answering the research question.  Following this process ensures that the level of complexity of the model will be appropriate but not excessive.

RETROSPECTIVE CASE STUDIES
Modeling can play an important role in the testing of hypotheses of cause and effect.  The forensic studies will take the step-wise and progressive strategy, starting with simple conceptualizations and adding complexity as data and understanding supports.

## SCENARIO TESTING

While the scenarios will be initially approached through separate evaluations of the different water operations (e.g., water acquisition, chemical mixing, well injection, flowback and produced water, wastewater treatment and waste disposal), full systems evaluations will require integrated systems modeling.

## MODELING TOOLS

The types of models to be used in this study may include:

*Multi-phase and multi-component ground water models.*  Members of the TOUGH family of models developed at Lawrence Berkeley National Laboratory can be used to simulate the flow and transport phenomena in fractured zones, where geothermal and geochemical processes are active, where permeability changes, and where phase-change behavior is important.  These codes been adapted for problems requiring capabilities that will be also needed for hydraulic fracturing simulation:  multiphase

and multi-component transport, geothermal reservoir simulation, geologic sequestration of carbon, geomechanical modeling of fracture activation and creation, and inverse modeling.

*Single-phase and multi-component ground water models.*  These include the finite difference solutions, such as represented by the USGS Modular Flow (MODFLOW) and its associated transport codes, including Modular Transport 3D-Multispecies (MT3DMS) or the related Reactive Transport 3D (RT3D), and the finite element solutions, such as the Finite Element Subsurface Flow Model (FEFLOW), and others semi-analytical solutions (e.g., GFLOW and TimML).  Various chemical and/or biological reactions can be integrated into the advective ground water flow models to allow the simulation of reaction flow and transport in the aquifer system.  For a suitably conceptualized system consisting of single-phase transport of water-soluble chemicals, these models have potential for supporting hydraulic fracturing assessments.

*Watershed models.*  EPA has experience with the well-established watershed management models SWAT (semi-empirical, vector-based, continuous in time) and HSPF (semi-physics-based, vector-based, continuous in time).  A number of innovative watershed models are under development, including GBMM (semi-physics based, gridded, continuous in time) and VELMA (semi-empirical, gridded, continuous in time).  The watershed models will play an important role in modeling water acquisition.

*Waterbody models.*  The well-established EPA model for representing water quality in rivers and reservoirs is Water Quality Analysis Simulation Program (WASP).  EPA has invested in Environmental Fluid Dynamics Code (EFDC) for a more detailed representation of hydrodynamics in water bodies.

*Alternative futures models.*  Alternative futures analysis involves three basic components (Baker et al., 2004): (1) characterize the current and historical landscapes in a geographic area,  and the trajectory of the landscape to date; (2) develop two or more alternative "visions" or scenarios for the future landscape that reflect varying assumptions about land and water use and the range of stakeholder viewpoints; and (3) evaluate the likely effects of these landscape changes and alternative futures on things people care about (e.g., valued endpoints).  Fortunately for this project, EPA has conducted alternative futures analysis for much of the landscape of interest for this project.  The EPA Region 3 Chesapeake Bay Program futures scenarios extrapolate to 2030 for a region that covers much of the Marcellus shale play.  The EPA ORD Futures Midwest Landscape study includes a future landscape for 2022 for a region that covers Colorado and North Dakota.  We currently do not have an EPA futures coverage for the Barnett Shale play.

*Integrated modeling systems.*  The EPA has led a multi-agency development of the Framework for Risk Analysis in Multimedia Environmental Systems (FRAMES) platform for integrated multi-media, multi-component, multi-receptor risk assessment.  FRAMES is currently being applied to the mountaintop mining issues in West Virginia in cooperation with EPA Region 3.  Other platforms available for water resources evaluations include the DHI Mike SHE.  Research continues at the University of Waterloo on the integrated ground water/surface water three-dimensional simulator HydroGeoSphere.  Full, integrated modeling is beyond the scope of this research plan, but may play an important role in future hydraulic fracturing investigations.

## CALIBRATION AND UNCERTAINTY IN MODEL APPLICATIONS

Hydraulic fracturing models will be calibrated with data to show that they simulate the changes from the pre- and post-hydraulic fracturing of the formation; this provides the minimum testing of the model. Where possible, it is strongly desired to test the calibration of the models using a second data set.  For example, initial gas production data can be used to calibrate the model, while data collected later should be used to test the calibration.

All model parameters are uncertain because of measurement approximation and error, uncharacterized point-to-point variability, reliance on estimates, and imprecise scale-up from laboratory measurements. Model outputs are subject to uncertainty, even after model calibration (e.g., Tonkin and Dougherty, 2008).  Thus, environmental models do not possess generic validity (Oreskes et al., 1994), but the application is critically dependent on choices of input parameters which are subject to the uncertainties described above.  Proper application of models requires acknowledgement of uncertainties, which can lead to best scientific credibility for the results and by extension the Agency (see Oreskes, 2003).

The accomplishment of this task is dependent on the complexity of the simulation model, the time available, and the computer resources available.  At one extreme, where the models are very compute-time extensive (as expected for the full hydraulic fracturing simulation), it may only be possible to explore a limited number of plausible alternative parameter sets.  For more simple models a variant of Monte Carlo simulation could be used to generate many alternate results that could be analyzed statistically to present a formal probability of a result.

Some available tools include the Design Analysis Kit for Optimization and Terascale Applications (DAKOTA) and Computer Codes for Universal Sensitivity Analysis, Calibration, and Uncertainty Evaluation (UCODE-2005); Parameter Estimation (PEST) and iTOUGH2 could be used for suitably conceptualized problems.

**References**

Baker, J. P., Hulse, D. W., Gregory, S. V., White, D., van Sickle, J., Berger, P. A., Dole, D., & Schumaker, N. H.  (2004).  Alternative futures for the Willamette River Basin, Oregon.  *Ecological Applications*, *14*(2), 313-324.

Oreskes, N. K.,  Shrader-Frechette, K., &  Belitz, K.  (1994, February 4).  Verification, validation, and confirmation of numerical models in the earth sciences.  *Science*, *263*(5147), 641-646.

Oreskes, N. K. (2003).  The role of quantitative models in science.  In C. D.  Canham, J.  J.  Cole, & W.  K. Lauenroth (Eds.), *Models in ecosystem science* (pp. 13-31).  Princeton, NJ:  Princeton University Press.

Tonkin, M., & Dougherty, J.  (2009).  Efficient nonlinear predictive error variance for highly parameterized models. *Water Resources Research*, *45.*

# GLOSSARY

**Abandoned well:** A well that is no longer in use, whether dry, inoperable, or no longer productive.[1]

**Aerobic:** Life or processes that require, or are not destroyed by, the presence of oxygen.[2]

**Anaerobic:** A life or process that occurs in, or is not destroyed by, the absence of oxygen.[2]

**Analyte:** A substance or chemical constituent being analyzed.[3]

**Aquiclude:** An impermeable body of rock that may absorb water slowly, but does not transmit it.[4]

**Aquifer:** An underground geological formation, or group of formations, containing water. A source of ground water for wells and springs.[2] **Aquitard:** A geological formation that may contain ground water but is not capable of transmitting significant quantities of it under normal hydraulic gradients.[2]

**Assay:** A test for a specific chemical, microbe, or effect.[2]

**Biocide:** Any substance the kills or retards the growth of microorganisms.[5]

**Biodegradation:** The chemical breakdown of materials under natural conditions.[2]

**Casing:** Pipe cemented in the well to seal off formation fluids and to keep the hole from caving in.[1]

**Coalbed:** A geological layer or stratum of coal parallel to the rock stratification.

**Flowback water:** After the hydraulic fracturing procedure is completed and pressure is released, the direction of fluid flow reverses, and water and excess proppant flow up through the wellbore to the surface. Both the process and the returned water are commonly referred to as "flowback."[6]

**Fluid leakoff:** The process by which injected fracturing fluid migrates from the created fractures to other areas within the hydrocarbon-containing formation.

**Formation**: A geological formation is a body of earth material with distinctive and characteristic properties and a degree of homogeneity in its physical properties.[2]

**Ground water:** The supply of fresh water found beneath the Earth's surface, usually in aquifers, which supply wells and springs. It provides a major source of drinking water.[2]

**Horizontal drilling:** Drilling a portion of a well horizontally to expose more of the formation surface area to the wellbore.[1]

**Hydraulic fracturing:** The process of using high pressure to pump sand-laden gelled fluid into subsurface rock formations in order to improve flow into a wellbore.[1]

**Hydraulic fracturing water lifecycle:** The lifecycle of water in the hydraulic fracturing process, encompassing the acquisition of water, chemical mixing of the fracturing fluid, injection of the fluid into

the formation, the production and management of flowback and produced water, and the ultimate treatment and disposal of hydraulic fracturing wastewaters.

**Impoundment:**  A body of water or sludge confined by a dam, dike, floodgate, or other barrier.[2]

**Mechanical integrity:**  An injection well has mechanical integrity if: (1) there is no significant leak in the casing, tubing, or packer (internal mechanical integrity) and (2) there is no significant fluid movement into an underground source of drinking water through vertical channels adjacent to the injection wellbore (external mechanical integrity).[7]

**Natural gas** or **gas:**  A naturally occurring mixture of hydrocarbon and non-hydrocarbon gases in porous formations beneath the Earth's surface, often in association with petroleum.  The principal constituent is methane.[1]

**Naturally occurring radioactive materials:**  All radioactive elements found in the environment, including long-lived radioactive elements such as uranium, thorium, and potassium and any of their decay products, such as radium and radon.

**Play:**  A set of oil or gas accumulations sharing similar geologic and geographic properties, such as source rock, hydrocarbon type, and migration pathways.[1]

**Produced water:**  After the drilling and fracturing of the well are completed, water is produced along with the natural gas.  Some of this water is returned fracturing fluid and some is natural formation water.  These produced waters move back through the wellhead with the gas.[8]

**Proppant/propping agent:**  A granular substance (sand grains, aluminum pellets, or other material) that is carried in suspension by the fracturing fluid and that serves to keep the cracks open when fracturing fluid is withdrawn after a fracture treatment.[9]

**Prospective case study:** Sites where hydraulic fracturing will occur after the research is initiated.  These case studies allow sampling and characterization of the site prior to, and after, water extraction, drilling, hydraulic fracturing fluid injection, flowback, and gas production.  The data collected during prospective case studies will allow EPA to evaluate changes in water quality over time and to assess the fate and transport of chemical contaminants.

**Public water system:**  A system for providing the public with water for human consumption (through pipes or other constructed conveyances) that has at least 15 service connections or regularly serves at least 25 individuals.[10]

**Redox (oxidation-reduction) reaction:**  A chemical reaction involving transfer or electrons from one element to another.[3]

**Residential well:**  A pumping well that serves one home or is maintained by a private owner.[5]

**Retrospective case study:**  A study of sites that have (or have had) active hydraulic fracturing practices, with a focus on sites with reported instances of drinking water resource contamination or other impacts

in areas where hydraulic fracturing has already occurred.  These studies will use existing data and possibly field sampling, modeling, and/or parallel laboratory investigations to determine the likelihood that reported impacts are due to hydraulic fracturing activities.

**Shale:**  A fine-grained sedimentary rock composed mostly of consolidated clay or mud.  Shale is the most frequently occurring sedimentary rock.[9]

**Source water:**  Operators may withdraw water from surface or ground water sources themselves or may purchase it from suppliers.[6]

**Subsurface:**  Earth material (as rock) near but not exposed at the surface of the ground.[11]

**Surface water:**  All water naturally open to the atmosphere (rivers, lakes, reservoirs, ponds, streams, impoundments, seas, estuaries, etc.).[2]

**Tight sands:**  A geological formation consisting of a matrix of typically impermeable, non-porous tight sands.

**Total dissolved solids (TDS):**  All material that passes the standard glass river filter; also called total filterable residue.  Term is used to reflect salinity.[2]

**Turbidity:**  A cloudy condition in water due to suspended silt or organic matter.[2]

**Underground injection well:**  A steel- and concrete-encased shaft into which hazardous waste is deposited by force and under pressure.[2]

**Underground source of drinking water (USDW):**  An aquifers currently being used as a source of drinking water or capable of supplying a public water system.  USDWs have a TDS content of 10,000 milligrams per liter or less, and are not "exempted aquifers."[2]

**Vadose zone:**  The zone between land surface and the water table within which the moisture content is less than saturation (except in the capillary fringe) and pressure is less than atmospheric.  Soil pore space also typically contains air or other gases.  The capillary fringe is included in the vadose zone.[2]

**Water table:**  The level of ground water.[2]

## References

1. Oil and Gas Mineral Services.  (2010).  *Oil and gas terminology*.  Retrieved January 20, 2011, from http://www.mineralweb.com/library/oil-and-gas-terms.
2. U.S. Environmental Protection Agency.  (2006).  *Terms of environment: Glossary, abbreviations and acronyms*.  Retrieved January 20, 2011, from http://www.epa.gov/OCEPAterms/aterms.html.
3. Harris, D. C.  (2003).  *Quantitative chemical analysis*.  Sixth edition.  New York, NY:  W. H. Freeman and Company.

4.  Geology Dictionary. (2006). *Aquiclude.* Retrieved January 30, 2011, from http://www.alcwin.org/Dictionary_Of_Geology_Description-136-A.htm.

5.  Webster's New World College Dictionary. (1999). Fourth edition. Cleveland, OH: Macmillan USA.

6.  New York State Department of Environmental Conservation. (2009, September). *Supplemental generic environmental impact statement on the oil, gas and solution mining regulatory program (draft). Well permit issuance for horizontal drilling and high-volume hydraulic fracturing to develop the Marcellus Shale and other low-permeability gas reservoirs.* Albany, NY: New York State Department of Environmental Conservation, Division of Mineral Resources, Bureau of Oil & Gas Regulation. Retrieved January 20, 2011, from ftp://ftp.dec.state.ny.us/dmn/download/OGdSGEISFull.pdf.

7.  U. S. Environmental Protection Agency. (2010). *Glossary of underground injection control terms.* Retrieved January 19, 2011, from http://www.epa.gov/r5water/uic/glossary.htm#ltds.

8.  Ground Water Protection Council & ALL Consulting. (2009, April). *Modern shale gas development in the United States: A primer.* Contract DE-FG26-04NT15455. Prepared for the U.S. Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory. Retrieved January 20, 2011, from http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf.

9.  U.S. Department of the Interior. *Bureau of Ocean Energy Management, Regulation and Enforcement: Offshore minerals management glossary.* Retrieved January 20, 2011, from http://www.mms.gov/glossary/d.htm.

10. U. S. Environmental Protection Agency. (2010.) *Definition of a public water system.* Retrieved January 30, 2011, from http://water.epa.gov/infrastructure/drinkingwater/pws/pwsdef2.cfm.

11. Merriam-Webster's Dictionary. (2011). *Subsurface.* Retrieved January 20, 2011, from http://www.merriam-webster.com/dictionary/subsurface.



**Recycled/Recyclable**
Printed with vegetable-based ink on paper that contains a minimum of 50% post-consumer fiber and is processed chlorine free.

EPA/600/D-11/001/February 2011/www.epa.gov/research



**United States Environmental Protection Agency**

PRESORTED STANDARD
POSTAGE & FEES PAID
EPA
PERMIT NO. G-35

Office of Research and Development (8101R)
Washington, DC 20460

Official Business
Penalty for Private Use
$300



# GONE FOR GOOD

## FRACKING AND WATER LOSS IN THE WEST



WESTERN ORGANIZATION OF RESOURCE COUNCILS



©2013
**Western Organization of Resource Councils**
**220 South 27th Street, Suite B**
**Billings, Montana 59101**
**www.worc.org**

# GONE FOR GOOD

## FRACKING AND WATER LOSS IN THE WEST



## WESTERN ORGANIZATION OF RESOURCE COUNCILS

*This report is a publication of the Western Organization of Resource Councils (WORC). WORC is a regional network of grassroots community organizations that include 10,000 members and 35 local chapters. WORC's member organizations are: Dakota Resource Council (North Dakota); Dakota Rural Action (South Dakota); Northern Plains Resource Council (Montana); Oregon Rural Action; Powder River Basin Resource Council (Wyoming); and Western Colorado Congress. WORC's mission is to advance the vision of a democratic, sustainable, and just society through community action. WORC is committed to building sustainable environmental and economic communities that balance economic growth with the health of people and stewardship of their land, air, and water.*

*Principal research and writing was completed by Mark Trechock.  The report was edited by John Smillie, Sara Kendall and Kevin Dowling, with layout and design by Kerri Nelson Wolenetz.*

*All views and opinions expressed in this report are those of WORC and do not necessarily reflect the views of WORC's funders. Any errors are the responsibility of WORC.*

# Contents

Introduction ...................................................................... 7

Oil, Gas, Fracking and Water................................. 10

FracFocus .......................................................................... 12

North Dakota: Overwhelmed .............................. 14

Montana: The Thin Edge of the Bakken......... 19

Wyoming: Shrinking Aquifers ............................. 23

Colorado: Competition for Water ................... 27

Summary of Findings .................................................. 31

Recommendations........................................................ 33

Notes.................................................................................. 35



*The three blue spheres represent relative amounts of Earth's water in comparison to the size of the Earth.*

*The largest sphere includes all the water in the oceans, ice caps, lakes, and rivers, as well as groundwater and atmospheric water.*

*The medium blue sphere (over Kentucky) represents the world's liquid fresh water (groundwater, lakes, swamp water, and rivers) of which 99 percent is groundwater.*

*Highlighted with the arrow, the smallest sphere bubble represents fresh water in all the lakes and rivers on the planet, and most of the water people and life of earth need every day comes from these surface-water sources.*

Credit: Howard Perlman, USGS; globe illustration by Jack Cook, Woods Hole Oceanographic Institution (©); Adam Nieman. Data source: Igor Shiklomanov's chapter "World fresh water resources" in Peter H. Gleick (editor), 1993, Water in Crisis: A Guide to the World's Fresh Water Resources (Oxford University Press, New York). http://ga.water.usgs.gov/edu/2010/gallery/global-water-volume.html

# Introduction

Hydraulic fracturing (or "fracking") in combination with horizontal drilling has been a key vehicle for the recent upsurge in oil and gas production in the United States. This well stimulation technique is used for both oil and gas production. Much of the public concern about fracking nationally has focused on the threat of water contamination from the chemicals used. Especially in the arid West, however, fracking poses an additional and even more serious threat: water consumption and availability. By volume, water is by far the largest constituent of fracking fluid. After water has been laden with other substances and pressed into the service of hydraulic fracturing, it is typically injected into deep wells.

The oil and gas industry often refers to the possibility of treating and reusing fracking water without citing specific examples where oil and gas operators are actually doing so. According to the industry-run FracFocus website, "some operators in the Marcellus Shale and at least one operator (Devon Energy) in the Barnett Shale" are reusing fracking water. Devon Energy claims it has recycled "more than 500 million gallons of water since 2005" in the Barnett Shale. This equates to the amount of water used at just 125 to 250 shale oil wells, according to U.S Environmental Protection Agency estimates.[1] With few exceptions, the rest of the water used for fracking is gone for good from the hydrological cycle.

> "Available surface water supplies have not increased in 20 years, and groundwater tables and supplies are dropping at an alarming rate."
>
> — "Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Sources," Environmental Protection Agency

The purpose of this report is to outline the status of water consumption for fracking in four states: Colorado; Montana; North Dakota; and Wyoming. The report also outlines and evaluates current regulatory frameworks for fracking water usage in each of those states. Regulating the water use connected with fracking has to this point, like all water use regulation, been a state rather than a federal responsibility.

There has been federal research on water availability. A project led by the National Oceanic and Atmospheric Administration, together with the U.S. Department of Agriculture and the University of Nebraska, tracks drought conditions throughout the United States. It finds that the entire states of Colorado and Wyoming currently suffer from drought conditions, and large sections of those states are characterized by extreme or exceptional drought, with major crop or pasture losses and water emergencies. Nearly half of Montana and about two-thirds of North Dakota are also experiencing drought.[2]

The U.S. Environmental Protection Agency's "Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Sources," is primarily concerned with the water quality. It scarcely touches on questions about availability of water. On the other hand, a 2006 draft version of a Department of Energy report, authorized by the 2005 Energy Policy Act but never finished,

> IT SEEMS CLEAR THAT WATER USE FOR FRACKING IS REACHING A CRISIS POINT IN THE REGION.

raises red flags about the quantity issue. It notes that "available surface water supplies have not increased in 20 years, and groundwater tables and supplies are dropping at an alarming rate."[3]

State policies will, in large measure, determine whether water remains available in the West for farming, ranching, industry and domestic consumption after the current oil and gas boom subsides. What are the states doing now? And what can and should they do to ensure that they don't run out of water?

The four contiguous states in this study were selected for several reasons. First, each has long experience with oil and gas extraction. Second, in recent years, each state has seen significant new oil and gas exploration in which fracking has played a prominent role. Third, each state is semi-arid and has numerous constituencies, including agriculture, competing for scarce water resources. Finally, each state has a WORC member group with an active constituency concerned about oil and gas issues: the Dakota Resource Council (North Dakota); the Northern Plains Resource Council (Montana); the Powder River Basin Resource Council (Wyoming); and the Western Colorado Congress.

The oil and gas industry is significantly affecting water resources in the West. As a result, WORC foresees the need for additional reports to supplement this one, and would welcome similar studies in states outside the WORC region. Pending legislation in some states could modify state regulatory frameworks related to fracking water. In addition, the scope of the current report is limited to the use of water for fracking. Further analysis of the connection between fracking and water use is necessary, especially protocols for the management and disposal of wastewater. Finally, the practice of fracking may open up fields of exploration in previously untapped areas of the West, including three other states where WORC is active: Idaho, Oregon, and South Dakota.

From the research undertaken to compile this report, it seems clear that water use for fracking is reaching a crisis point in the region. There is mounting evidence that the current level of water use for oil and gas production simply cannot be sustained, and that projected increases in use may lead to a crisis. Something has to give.

# OIL, GAS, FRACKING AND WATER

Fracking has a nearly unquenchable thirst for water. The U.S. Environmental Protection Agency (EPA) estimated in February, 2011 that 50,000 to 350,000 gallons of water were needed to frack the average coalbed methane (CBM) well across the country (although not all CBM wells are fracked.) That's a lot of water. But for horizontal wells drilled into shale formations, EPA said, water needs were much greater—from two to four million gallons of water per well.  In some cases, demands go as high as 13 million gallons per well. EPA also estimated that about 35,000 wells are fracked annually in the United States, requiring between 70 and 140 billion gallons of water for fracking.[4]

EPA's lack of precision is striking. The twofold spread in the agency's estimate of water usage for fracking underscores the fact that reliable cumulative records of this usage are not available. If our federal government does not know how much water is being used for fracking, how can it determine the consequences of the practice? How can the Department

> THERE IS NO INDICATION THAT THE AMOUNT OF WATER AVAILABLE FOR FRACKING, OR THE POTENTIAL IMPACT OF THAT USE ON THE AVAILABILITY OF WATER FOR OTHER USES, PLAYS ANY ROLE WHATSOEVER IN THE ROUTINE PERMITTING OF OIL AND GAS WELLS.

of the Interior fully determine whether lease sales of federally-owned minerals are prudent? How can the EPA fully evaluate the impact of fracking on clean and adequate drinking water supplies? Closer to home, if our state governments do not know how much water is being used for fracking, how can they incorporate consideration of water use into their oil and gas permitting actions? How can they determine whether or not the price they are paying for oil and gas production includes a hidden cost: long-term water shortages? Among the states

surveyed here, there is no indication that the amount of water available for fracking, or the potential impact of that use on the availability of water for other uses, plays any role whatsoever in the routine permitting of oil and gas wells.

On the other hand, a study by the Pacific Institute, based on interviews with representatives of government, academia, industry and public interest groups, indicated that the volume of water use was one of the top three concerns of all of those interviewed about fracking.[5]



*To prevent draining groundwater, North Dakota decided to take water from Lake Sakakawea for fracking. After a dispute about water rights between the Army Corps of Engineers and the state, the Corps issued free temporary permits in 2012 to take water from the lake for fracking.*

**GONE FOR GOOD: FRACKING AND WATER LOSS IN THE WEST**

# FracFocus

Just two months after the above-cited EPA document appeared, the industry-operated website, *www.fracfocus.org*, began publishing industry-reported well-by-well statistics on the amount and nature of fluids used in fracking operations across the United States. Several states (including Colorado, Montana and North Dakota) have adopted policy to require that drillers post fracking data on FracFocus. This practice, however, does not directly equate to better public understanding of water use in fracking. The industry, not the states, provides the information to FracFocus. This information is usually not available directly on the websites of state governments. Moreover, the FracFocus website simply reiterates well-by-well reports without any evidence of independent verification or analysis. In addition, the website is not useful for the purpose of obtaining aggregate information, since it offers only well-by-well statistics, in a format that requires opening a separate PDF file for every single well. Data is thus available one well at a time.

The non-profit organization SkyTruth has done the public a service by aggregating information from the FracFocus website. This begs an important question: Why don't states require drillers to report to SkyTruth instead of FracFocus, at least if public access to data is their goal?[6] State agencies should have an interest in aggregating water use data in a useful format. By handing off their responsibility for monitoring fracking water use to the oil and gas industry via FracFocus, states appear to be content simply to lend credibility to unverified data.

A look at these cumulative statistics from FracFocus, as aggregated by SkyTruth, raises serious questions about their completeness. According to FracFocus, the total reported amount of water used nationwide for fracking in 2012 was a little less than 30 billion gallons. At that rate, reported use would fall between just 21 and 43 percent of EPA's 2010 estimate of 70-140 billion gallons of water per year. Yet in 2012, oil and gas companies drilled 43,669 wells in the United States, according to an industry publication, or more than 20% above EPA's 2010 projection of 35,000 per year. If only 35,000 of the new wells drilled

in 2012 were fracked, the average amount of water used for fracking and reported on FracFocus is less than one million gallons per well, or less than half of EPA's low-end estimate. In North Dakota, the State Water Commission recently reported 2012 use of water from fracking depots at 5.4 billion gallons. FracFocus, by contrast, reports 3.16 billion.[7]



*If only 35,000 of the new wells drilled in 2012 were fracked, the average amount of water used for fracking and reported on FracFocus would have been less than one million gallons per well, or less than half of EPA's low-end estimate. Based on EPA estimate of 2 million gallons of water per 43,669 wells drilled in 2012.*

These statistics strongly suggest that states may not be getting accurate and useful data from FracFocus. Lack of useful data can only increase the risk of failing to anticipate, plan for and prevent critical water shortages. States would be advised to undertake independent review of the FracFocus data reported. This is especially true in the arid West, which is prone to drought that could be made worse by climate change, and where the water wars have already begun. A recent *New York Times* article, for example, describes how the current drought in New Mexico is pitting various water users against each other. The article lists as competitors farm irrigators and other industries, including an oil refinery. Notably, however, it does not mention that 518 million gallons of New Mexico water was used in 2012 for fracking, according to FracFocus.[8]

# North Dakota: Overwhelmed

The rapid expansion of oil extraction from the Bakken formation in North Dakota has catapulted the state from ninth to second in oil production nationally since 2006. The Bakken is a shale formation that underlies parts of North Dakota, Montana and Saskatchewan. The formation was first identified in 1953, but technical advances in directional drilling and fracking led the oil industry to begin exploiting it by 2008. As a result, oil production in the state climbed dramatically from 45 million barrels in 2007 to more than 241 million barrels in 2012. The number of producing oil wells in the state at year's end was 8,224, with 183 rigs operating. Over 70% of the state's 2012 production came from Bakken wells in Mountrail, McKenzie, Williams and Dunn Counties. The number of drilling permits issued in North Dakota in 2011 was 1,927. It rose to 2,463 in 2012. By contrast, only 419 drilling permits were issued in 2006.[9]

Estimates of total recoverable reserves vary considerably. For example, the U.S. Geological Survey estimate is between 3 and 4.3 billion barrels in North Dakota and Montana combined, whereas Continental Resources, Inc. (which is currently drilling in the Bakken) estimates 24.3 billion barrels in North Dakota's Bakken alone.[10] FracFocus lists North Dakota as sixth nationally in use of water for fracking—behind Texas, Pennsylvania, Oklahoma, Arkansas and Colorado.

Permits for oil and gas drilling, as well as the enforcement of regulations, lie in the hands of North Dakota's Department of Mineral Resources. The department is under the supervision of the North Dakota Industrial Commission, which is made up of three statewide elected officers—the Governor, Attorney General, and Agriculture Commissioner.

> North Dakota ranks sixth nationally in the amount of water used in fracking, behind Texas, Pennsylvania, Oklahoma, Arkansas, and Colorado.



Oil production in North Dakota climbed dramatically from 45 million barrels in 2007 to more than 241 million barrels in 2012.

Initially, most fracking water in North Dakota came from aquifers. Under North Dakota law, both aquifers and surface water are waters of the state. Anyone with an interest in a piece of land (including, for example, surface occupancy, ownership, a mineral lease, or ownership of minerals) has a right to apply for a permit to use the water beneath it. Many applications for water "depots" to service fracking companies have come forward. Bitter opposition has sometimes ensued, especially when the applicants were not the landowners. The power to issue permits rests with the state Water Commission. It is made up of two elected officials—the Governor (who chairs it) and the Commissioner of Agriculture—and seven appointed members.

The Killdeer Aquifer, in Dunn County, was one of the aquifers targeted for withdrawals by the oil and gas industry. It was also the first aquifer identified for study by the Water Commission. At a town meeting in Killdeer, June 18, 2009, the Commission presented its study, which concluded that the aquifer would not recover from the depletion if all pending permit applications were granted. The Commission agreed to only 280 acre-feet out of the 1,000 acre-feet proposed for withdrawal by several parties.[11] Subsequently, state action to approve water permits for fracking slowed considerably, and many permits were issued for withdrawal amounts smaller than requested. A Water Commission employee said late last year that determinations on water permit applications were typically requiring close to two years and documentation equivalent to a master's thesis. In 2009, the Commission had turned down permit applications for withdrawals from the Fox Hills Hell's Canyon aquifer for fracking in McKenzie County, on the basis that it would amount to "groundwater mining" and endanger current users.[12]

Robert Shaver, Director of the Water Appropriations Division of the Commission, told the *Bismarck Tribune* in 2010 that he expected 1,800 new oil wells in 2011 and a demand of 7.2 billion gallons (or 22,100 acre-feet of water), and that "our groundwater supply will not be able to meet that need."[13]

Shaver's strategy for prevention of drawdown of North Dakota groundwater was to gain access to water for fracking from Lake Sakakawea, the body of water formed when the Garrison Dam on the Missouri River was built about 60 years ago. The state and federal governments differed over whether North Dakota

had the right to allocate water from the lake, and whether the U.S. Army Corps of Engineers had the right to charge for allocations. North Dakota officials claimed the state was promised the use of lake water for municipal, industrial and agricultural uses when the Garrison Dam was built in the 1950s. (During the debate, some water from the lake was already being used for fracking through sales by municipalities and rural water systems that held allocations.) The Corps agreed in May 2012 to issue temporary free permits for fracking water pending clarification of national policy on permit fees.[14]

Recent developments indicate that North Dakota may need not only protection *of* groundwater, but *from* it. Western North Dakota geology contains uranium and other radioactive metals in low concentrations. Ironically, North Dakota's efforts to improve the handling of produced water have resulted in concentration of those metals. Historically, disposal of water and other materials produced in oil drilling in North Dakota has been through a combination of reserve pits and deep well injection. Solid and some liquids wastes produced by or associated with drilling were often deposited in "reserve pits" near the drilling sites, and produced water was re-injected into the earth below drinking water sources.

After 47 reserve pits overflowed during the spring thaw of 2011, the state Department of Mineral Resources initiated new rules that essentially eliminated reserve pits at the sites of fracked wells. As a result, more wastes from fracking operations have been disposed of in solid waste landfills. These wastes include "filter socks" used to strain fracking water when it is injected into disposal wells. These filter socks trap and aggregate heavy metal particles. For this reason, landfills have begun rejecting filters and other wastes that exceed the federal radioactivity standard of five Picocuries per gram. One waste industry executive estimated in January, 2013, that only 20 percent of this waste was being handled legally.[15] Edmund Baker, acting director of the Three Affilated Tribes Environmental Division, issued a public notice on March 1, 2013, that the illegally dumped filters were being discarded in fields, dumpsters and roadsides.[16]

Meanwhile, state oversight of fracking water withdrawals from ground and surface water has come under official scrutiny. The state legislature in 2011 passed an amendment to state budget legislation by Representative

Robert J. Skarphol (R-Tioga) calling for electronic monitoring of fracking water sales. Current oversight relies primarily on self-reporting. The impetus for the amendment appears to have been sales of fracking water that exceeded amounts authorized by the Water Commission and which were made public.[17] Governor Jack Dalrymple exercised his line-item veto authority to nullify the amendment. A subsequent performance audit of the Commission's oversight of fracking water permitting and withdrawals under the auspices of the State Auditor, completed January 13, 2013, called for implementation of electronic monitoring, and the hiring of a new water resource manager position to increase field inspections and process monthly water use reports.[18]  In the 2013 legislative session, Rep. George Keiser (R-Bismarck) introduced a bill to impose a new excise tax of 11.5% on purchasers of groundwater extracted for fracking. The House defeated the bill, 57-38.[19]

# Montana:
## The Thin Edge of the Bakken

Montana shares the Bakken Formation with North Dakota. The Bakken underlies five entire counties in Montana and portions of five others. Montana oil production statistics have not skyrocketed like North Dakota's. In fact, according to the Montana Oil and Gas Commission, state oil production declined from 34.9 million barrels to 24.1 million from 2007 to 2011—about 10% of North Dakota production—before increasing to approximately 26.4 million barrels in 2012. Well completions in 2011 amounted to 100.

Roughly half of the state's oil production in 2011 came from one county, Richland, which borders McKenzie and Williams Counties in North Dakota. Nearly 90% of Montana's oil is produced in the northeastern counties where the Bakken lies.[20] Most of the fracking in Montana also occurs in this region. Analysts generally point out that the middle layer of the Bakken formation is the target for drilling in North Dakota because of its thickness. But the same layer is much thinner in Montana. Those who remain enthusiastic about increased Bakken production in Montana tend to show interest primarily in the upper layer, which geologists say becomes thicker in Montana.[21]

The Montana Board of Oil and Gas Conservation issues drilling permits, enforces oil and gas standards, and issues injection well permits. The Board is made up of seven gubernatorial appointees. Of these, three must be experienced in the oil and gas business, by law, and two must be landowners. One of the landowners must have mineral in addition to surface rights, and the other must hold only surface rights. In addition, one of the Board members must be a lawyer. Although it is attached to the state Department of Natural Resources and Conservation (DNRC), the Board has independent authority.

Extracting water for fracking in Montana in most cases requires a water right, which must be conferred by permit from the Water Resources Division of the state DNRC. State law requires the establishment of water rights for all "beneficial uses" of water. One of these beneficial uses is oil and gas well development. An existing right may not be used for oil and gas development, however, unless it is already designated for industrial use or extraction for oil well development. Water right holders may gain approval from the DNRC for changes in the use of their rights, but the process usually takes six months. During the process, possible adverse effects on other water rights must be considered. A municipality

holding water rights may market water to the oil industry under its designated "municipal" purpose, so long as the point of sale is within the municipal boundaries or at the historical place of use. Municipalities, however, do not have independent authority to increase the amount of water associated with their water rights.



Parties may also apply for new water rights to service the oil industry, but not to the detriment of existing rights. Montana has closed some basins to new permits "due to over-appropriation." DNRC also clarifies that some areas still open to new

permitting have restrictions.[22] The agency's website says that 13 fracking water permit applications are currently pending in Roosevelt and Richland Counties for a total of 11,681.2 acre-feet (or about 1.8 billion gallons), with over 70% of the requested volume slated to come from surface water.[23] The agency website does not report the total amount of water actually used for fracking. FracFocus lists a total of just under 255 million gallons of water used for fracking in Montana in 2012, but that total may be incomplete. Agency staff indicated it takes six to nine months to evaluate and act on new applications. Evaluation addresses both the protection of existing rights and the sustainability of the water source.

Despite this seemingly rigorous process, water rights are only effective if there is enforcement to protect those rights. During the summer of 2012, DNRC discovered 13 illegal oil and gas water depots operating without the correct permit. No fines were issued. DNRC staff said they believed some fracking water from North Dakota sources may also have been used in Montana. They noted that Montana law does not currently allow out-of-state delivery of water withdrawn under any existing Montana permits, but regulatory oversight seems loose enough to have allowed it.

Rather than take steps to improve oversight, DNRC promoted  legislation in the 2013 Montana legislature to allow holders of water rights to lease those rights temporarily for other uses (House Bill 37, sponsored by Rep. Bill McChesney, (D-Miles City). DNRC has

> MULTIPLE AGENCIES IN MONTANA ARE RESPONSIBLE FOR DIFFERENT ASPECTS OF WATER LAW, AND NO SINGLE AGENCY IS ADDRESSING THE CUMULATIVE WATER USE BY THE OIL AND GAS INDUSTRY IN MONTANA AND ITS IMPLICATIONS FOR STATE POLICY.

already identified 13 existing water rights in Dawson and Richland Counties that have the capacity for use as sources of fracking water. The water rights leasing bill handily passed the state House of Representatives and is expected to become law. The Northern Plains Resource Council succeeded in adding language that placed a  six-year sunset on the bill, but remains concerned that the bill will incentivize the use of any excess flow of water that would normally go downstream to other users.[24] Multiple agencies in Montana are responsible for different aspects of water law, and no single agency is addressing the cumulative water use by the oil and gas industry in Montana and its implications for state policy.



A draft, uncompleted report by the Department of Energy raised concern about water quantity in 2006, noting, "available surface water supplies have not increased in 20 years, and ground water tables and supplies are dropping at an alarming rate."

# Wyoming:
## Shrinking Aquifers

Oil and gas production takes place in many parts of Wyoming. Twenty-one of its 23 counties had oil and gas production in 2012. Production for the year amounted to about 57 million barrels of oil and over two trillion cubic feet of gas (two billion mcf).[25]

Nonetheless, both oil and natural gas production have been declining in Wyoming. Oil production was more than 136 million barrels in 1978 and had gradually trended down since then, until it increased modestly in 2012. Gas production rose steadily for many years and had reached its current level by about 2008; natural gas production declined slightly in 2012. Its monthly total of a little over 145 million mcf in January 2013 was the lowest since May, 2003.

The rise and fall of gas production in the state reflects the fortunes of CBM exploration and production, and the effect of declining prices on production from tight sands formation in the Jonah Field and the Pinedale Anticline. CBM wells are located in the Powder River Basin in the northern part of the state. The wells are unique because they are so shallow. The aquifers that run through them are normally used for drinking water or to water livestock. Although they are not fracked, they still result in significant groundwater loss due to the tremendous quantity of produced water discharged in order to produce methane from CBM wells.

Through November 23, 2009 drillers had completed 10,508 federal CBM wells and another 16,436 non-federal wells in Wyoming, according to the Wyoming Oil and Gas Conservation Commission (WOGCC). But the handwriting was already on the wall. Only 220 CBM permit applications were filed in September 2009, compared to 980 just three years earlier. By 2012 there were an estimated 11,800 idle CBM wells in Wyoming. Drillers took the opportunity to blame federal government policies, such as protection of sage grouse, for choking off the boom.[26] One more likely reason for this is that the volume of gas from the most

productive wells was in decline—the field had begun to play out. Another major factor was certainly the natural gas market crash that started in the summer of 2008, when the natural gas wellhead price was close to $11 per mcf. By October the average price was down to $5.64 per mcf, and by March 2009 it stood at $3.38. It has yet to recover.[27] The CBM boom in Wyoming not only ended up in an economic bust, it left the state with significantly less groundwater quantity and diminished water quality.

Outside the Powder River Basin, natural gas drilling has also affected Wyoming's water. Water quality problems from fracking, especially related to human health issues, have captured the lion's share of national interest. EPA is currently conducting a study of the Pavillion area and issued a 2011 report that said fracking could have contaminated groundwater there. EPA announced in December 2012 that it was continuing its study, but was still unable to "draw conclusions about the potential impacts of hydraulic fracturing on drinking water resources, which will be made in the final study." EPA's target date for its draft report is late in 2014.[28] Meanwhile,  Encana Oil and Gas, the Canadian company that owns, developed and is producing the Pavillion/Muddy Ridge gas field, has proposed pumping wastewater produced from some 280 wells in its Moneta Divide project into the large Madison geological formation, which contains an aquifer used for drinking water in much of Wyoming.[29]

EPA's fracking report is not studying water quantity issues, but they do loom large in the state. A recent staff-written opinion piece in the *Casper Star Tribune*, entitled "Water Is the Next Great Wyoming Energy Resource," noted that water is like oil and gas in that "if we waste it, ruin it or use it at an unjustifiable rate, it's going to be awfully hard to get back."[30] In the same vein, *Wyoming Energy News* identified water as an "impediment" to new exploration "from industry and environmental standpoints" because of drought and water scarcity.

New oil drilling has commenced in the Niobrara and other targeted shale formations, including the Shannon, Parkman and Turner. More than 20,000 new natural gas wells have been proposed in the State as well, including the Continental Divide-Creston Project which, with nearly 9,000 wells  proposed over 1.1 million acres in Wyoming's fragile Red Desert, is one of the largest natural gas proposals on the planet.

The more profitable this drilling proves to be, of course, the more water demands will increase. To date most groundwater losses in Wyoming have occurred through water produced CBM wells. Drilling in deep shale formations like the Niobrara and in the Powder River Basin entails extensive deep horizontal drilling and hydraulic fracturing.[31] This type of drilling, also used in the Bakken formation, requires 2 - 4 million gallons per well, according to EPA estimates. Most of this water in Wyoming for deep horizontal drilling is expected to come from groundwater.

The problem with new shale drilling is that Wyoming's groundwater is already compromised in terms of quantity, according to a recent report by the Powder River Basin Resource Council (PRBRC).[32] The report notes that the Wyoming State Engineer determined in 1992 that the use of groundwater for CBM production was a "beneficial use" under Wyoming law. (WOGCC is responsible for considering drilling permit applications, while the office of the State Engineer grants water permits.)

This determination led to virtually unlimited use and the loss of significant groundwater, especially in the Powder River Basin. By 2006, the Wyoming Geological Survey issued a report based on data from monitoring wells, which found that the Fort Union aquifer had dropped as much as 625 feet since 1997 due to extraction and disposal of groundwater for CBM production. This aquifer provides drinking water to Gillette, a city of about 30,000. At its estimated recharge rate, the Fort Union aquifer would take 50,000 years to replenish— provided all withdrawals stopped in 2006.[33] (They didn't.)

PRBRC's study made seven recommendations for protecting Wyoming groundwater in light of the water already wasted by CBM drilling and discharges, the threats from fracking in tight sands formations, and the looming threat posed by a potential boom in deep horizontal drilling. Three of the recommendations directly address prevention of further aquifer drawdown. One is a comprehensive groundwater inventory program to be conducted by the State Engineer with assistance from the University of Wyoming and the state Geological Survey. The second is that the State Engineer should designate additional Groundwater Control Areas in counties where increased demands on water are expected. The designation enables the State Engineer to issue immediate temporary orders to

limit groundwater extraction in those areas. PRBRC's final recommendation is a program of interagency assistance to develop programs to recycle flowback and production water for drilling and hydraulic fracturing.[34]

Wyoming does not ask companies to use FracFocus to report fracking fluid contents or volume, but rather requires reporting of this information directly to the WOGCC. Nevertheless, many companies do post fracking information to the FracFocus website. The total water use reported to FracFocus in 2012 was

> AT ITS ESTIMATED RECHARGE RATE, THE FORT UNION AQUIFER WOULD TAKE 50,000 YEARS TO REPLENISH

just over 407 million gallons. Staff at WOGCC, however, would not speculate on the accuracy of the FracFocus listing. The agency indicated that it has not had available the staff hours necessary to aggregate the information that has been submitted to it.

# Colorado:
# Competition for Water

Colorado has experienced boom times for both oil and natural gas production in the past decade, with major effects on both sides of the state. Gas production in Colorado has risen steadily since 1999, increasing from about 200 million mcf to 1.7 billion mcf in 2012,[35] with the sharpest rise occurring last year. About half of the production comes from the Piceance Basin, which sprawls over a large portion of Colorado's Western Slope, including the Roan Plateau, which is still in part protected but much desired by the oil and gas industry. The Basin also takes in the Grand Valley and Parachute, where a massive underground spill from a natural gas processing plant, in late winter 2012-2013, leaked at least 6,000 gallons of benzene and contaminated 176,000 gallons of groundwater.[36]

The Colorado Oil and Gas Conservation Commission has authority to issue oil and gas drilling permits in Colorado, and is responsible for regulatory oversight. The Colorado Division of Water Resources, also known as the Office of the State Engineer, administers the state's priority-based water rights system, issues water well permits, and monitors stream flow and water use.

Oil production in Colorado in 2012 reached 48 million barrels, the highest since 1961. The primary reason was exploitation of the Wattenberg field of the Niobrara shale. The field is in the northeast part of the state and has been extensively drilled near densely-populated areas of the Front Range, including Greeley and Longmont. The field accounts for about three-fourths of the state's oil production.

Hydraulic fracturing is used extensively in both of these fields. According to FracFocus, Colorado's use of water for fracking in 2012 amounted to just over 3.25 billion gallons. The Colorado Oil & Gas Association (COGA), a private

industry group, estimated 2012 water use at 6.5 billion gallons. Nevertheless, COGA downplays the industry's water use by stating that water use for oil and gas extraction amounts to only 0.13 percent of total state water use—a "drop in the bucket."[37] It conveniently ignores the fact that the large majority of other water users return used water to the hydrological cycle, but water that goes into injection wells is gone for good.

It seems likely that the industry's assertive defense of its water use is at least in part a response to a report published in 2009 by Western Resource Advocates (WRA), "Water on the Rocks."[38] The report's conclusions emphasize the need to know how much water is required, and where the water will come from, before Colorado commits to commercial oil shale leasing.* The report lays out a scenario characterized by a number of conflicts over water use likely to emerge during an oil shale boom.

> THE LARGE MAJORITY OF OTHER WATER USERS RETURN USED WATER TO THE HYDROLOGICAL CYCLE, BUT WATER THAT GOES INTO INJECTION WELLS IS GONE FOR GOOD.

The report estimates that oil and gas companies have sufficient water rights to divert and store enough water annually to meet the domestic needs of up to 10 million people. Use of that much water for oil and gas development would disadvantage irrigated agriculture, exclude other new development projects, and could lead to water shortages in Denver and other Front Range communities that rely on water diverted from the Western Slope. Simultaneously, the report says, global warming is expected to reduce precipitation and increase evaporation in the Rockies, leading to conditions similar to the Dust Bowl era.

Some elements of this scenario are already playing out, even without any oil shale production. A *New York Times* article last fall reported a Colorado water auction where farmers and ranchers were finding themselves "outbid by water haulers who supply hydraulic fracturing wells." Earlier last year, the city of Aurora

---

*Oil shale *is a type of rock that, when heated, yields kerogen, a liquid hydrocarbon that can be further refined into gasoline and other fuels. It is not to be confused with* shale oil, *which is conventional oil that can be released from the shale formations in which it is found by horizontal drilling and fracking.*

leased 2.4 billion gallons of effluent water to Anadarko Petroleum over a five-year period. Although it was not drinking water, but rather effluent, opponents pointed out that the water would normally have benefited communities downstream on the South Platte River. The city of Greeley is on a pace to provide 586 million gallons of water to energy companies this year—more than FracFocus says is used for fracking in all of New Mexico.[39]

Meanwhile, WRA has increased its estimate of the amount of water that could be demanded annually by fracking, based on new information from the state and industry.[40] WRA notes that the state itself has projected water needs for fracking in 2015 at 18,700 acre-feet.[41] By adding the water needed for drilling itself, WRA estimates full 2015 water demand at 22,100 acre-feet, just over 7.2 billion gallons, and more than is listed on FracFocus for Colorado, Montana, Wyoming and North Dakota combined in 2012. However, WRA notes, a fact sheet issued by Chesapeake Energy about its drilling in the Niobrara formation estimates 12.3 acre-feet of water per well to frack and nearly an additional acre-foot to drill.[42]  Multiply that by the 2,992 wells drilled in Colorado in 2011, and the result is 39,500 acre-feet of water, or nearly 12.8 billion gallons per year—twice the amount FracFocus lists in 2012 for the biggest user of frack water, Pennsylvania.



*Covering much of Colorado's Western Slope, the Piceance Basin yields about half of the natural gas production in the state.*

Photo licensed under the Creative Commons Attribution-Share Alike 3.0 Unported license. Attribution: Plazak at en.wikipedia

# Summary of Findings

Fracking has become standard operating procedure for almost all new oil and gas wells in the region, as in most of the country. There is nothing to indicate that the industry will ever again rely extensively on conventional methods of extraction, at least in the United States.

Oil and gas recovery has thus become a water user at levels that few would have anticipated just a decade ago. It is no longer possible to think responsibly about oil and gas extraction without also thinking about its implications for both water quality and water quantity.

The authority to protect water supplies is currently at the state level. Congress exempted fracking, other than fracking with diesel, from the Safe Drinking Water Act in 2004. Federal agencies have not yet identified a means of regulatory leverage adequate to address looming conflicts over water quantity. In this regard, it is telling that the U.S. Department of Energy has not yet completed a report authorized by Congress in 2005 on oil and gas drilling and water quantity. At this point, it appears to be up to the states, through whatever codified water quantity protections and permitting processes they have and are willing to use, to design methods to curtail water loss related to fracking.

> STATE AGENCIES HAVE CONTINUED TO EMPHASIZE PERMITTING OVER REGULATION, HOWEVER, AND OFTEN JOINED THE INDUSTRY IN AN EFFORT TO DOWNPLAY ENVIRONMENTAL ISSUES RELATED TO OIL AND GAS EXTRACTION.

State agencies have continued to emphasize permitting new wells over regulation, of the oil and gas industry however, and have often joined the industry in an effort to downplay the impacts of oil and gas extraction.

A related problem is the rise of FracFocus, an industry website that now serves as a de facto arm of government for the many states that have delegated to it the official duty of tracking fracking chemicals and water use. This maneuver, no doubt, seems attractive to state governments because it saves them money. Indeed, a public employee in Wyoming, the one state in the region surveyed in this report that does not use FracFocus, said that the state does not have adequate staff to aggregate or analyze the fracking water and chemical information submitted by drilling companies. Discrepancies noted in Colorado and North Dakota between FracFocus numbers on water use and those of other entities cast doubt on the reliability of FracFocus' accounting.[43]

# Recommendations

It is vital that communities do not forfeit the water resources essential to their future prosperity for the one-time extraction of oil and gas. This is true everywhere, but especially in the arid West. Water is one of the pillars upon which the hope of prosperity rests in this region, since it is integral to agriculture, local manufacturing and other business, as well as daily living.

### i. Study

States should commit themselves to thorough, impartial study of the water resources available, and of how much fracking can be conducted without endangering those resources. The U.S. Government Accountability Office remarked in 2012 on the lack of "data on the quantity and quality of existing water supplies," noting that "effective decisions about withdrawing water from existing supplies for energy production cannot be made without first understanding how much water is actually available and the quality of these supplies."[44]

So far, the cart is far ahead of the horse. It is imperative that studies commence immediately. These studies should take into account not only current conditions, but also the way the climate is changing, and the extent to which drought induced by global warming may affect the amount of water available in coming years.

### ii. Plan

States should conduct independent planning for energy needs in general. This planning should take into account the health and environmental impacts of fossil fuel production and the benefits (including reduced water use) of a transition to a sustainable renewable energy economy.

### iii. Monitor and Control

States should closely monitor and control all the impacts of fracking, especially impacts on the quantity of available water. States should base their regulation of the oil and gas industry's water use on the basis of overall current and future needs, rather than on the more narrow interests of a single private

industry. States should levy oil and gas taxes that will bring in public revenue sufficient for regulatory operations. States should not farm out public functions, such as monitoring the contents and amounts of fracking fluid used, to private entities linked with the regulated industry.

### iv. Recycle

States should require reuse or recycling of water used for fracking. The oil and gas industry brags that it can be done. The public interest would be served if states make the oil and gas industry walk the talk, and require that it be done.

# Notes

1 See www.dvn.com. See also www.fracfocus.org.

2 www.drought.unl.edu/dm/monitor.html.

3 "Energy Demands on Water Resources: Report to Congress on the Interdependency of Energy and Water," U.S. Department of Energy, 2006, p. 12. This report pre-dates the shale oil and gas booms, including the Marcellus shale gas boom in the northeastern United States and the Bakken shale oil boom in North Dakota. The report includes a figure from a 2003 Government Accountability Office study that identified North Dakota as one of seven states not likely to face water shortages over the next decade, but the demands of fracking on water sources were clearly not envisioned.

4 "Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources," February 7, 2011, p. 19.

5 See also "Hydraulic Fracturing and Water Resources," Pacific Institute, June 2012, p. 15, www.pacinst.org/reports/full_report.pdf.

6 See www.skytruth.org.

7 Oil and Gas Journal, www.ogj.com. Also see "North Dakota oil field is thirsty: 5.4B gallons of water used in 2012," Amy Dalrymple, Forum News Service, March 17, 2013. Asked for log numbers from 2012, the Oil and Gas Division of the North Dakota Department of Mineral Resources agreed to provide a fracking water log from June 2012. It totaled 353 million gallons. If that was an average month, the DMR's accounting would put fracking water use in North Dakota at 4.2 billion gallons.

8 "New Mexico Farmers Seek 'Priority Call' as Drought Persists," Felicity Barringer, New York Times, March 26, 2013.

9 Statistics from the North Dakota Department of Mineral Resources website, www.dmr.nd.gov.

10 See "Drill, Baby, Drill: Can Unconventional Fuels Usher in a New Era of Energy Abundance?" by J. David Hughes, www.postcarbon.org. Citing steep production decreases at Bakken wells after 24 months, Hughes sees peak production in 2016 followed by a steep decline to less than 100,000 barrels per day from the Bakken in 2015.

11 Dakota Counsel, Vol. 32., No. 4, June 2009.

12 Kimberly Fischer, North Dakota Water Resource Investigation, No. 54, p. 58, North Dakota State Water Commission, 2013, www.swc.state.nd.us.

13 "Gov. Hoeven tells EPA that N.D. can handle fracturing," Rebecca Beitsch, Bismarck Tribune, May 16, 2010. At least two different versions of Shaver's power point on the inability of ground water sources to meet fracking needs in North Dakota are on line. See www.roughneck.com and www.mgwa.org.

14 "Lake Sakakawea, North Dakota Water from Missouri River Can Be Used for Drilling, Feds Say," James MacPherson, Associated Press, May 9, 2012. In December, the Army Corps of Engineers reportedly proposed a fee of $21.60 per acre-foot for Sakakawea water used for industrial purposes.

See "Corps opens faucet from Lake Sakakawea to oil patch," Lauren Donovan, Bismarck Tribune, December 13, 2012.

15  "Radioactive oil patch waste on the loose in N.D.," Lauren Donovan, Bismarck Tribune, January 13, 2013.

16 "Tribe warns that children might play with illegally dumped filter socks," Lauren Donovan, Bismarck Tribune, March 5, 2013.

17 See "Dunn County at odds over water permit," January 5, 2010, and  "Dunn County man who sold water to oil industry could be charged," February 13, 2010, both by Lauren Donovan, Bismarck Tribune. She reported that William Pavlenko, New Hradec, sold 23 million gallons (or 67 acre-feet) of fracking water over and above his permitted amount in 2009. His revenue from the illegal sales was reported to be $230,000. The Water Commission took no criminal action.

18  "Performance Audit of the Water Appropriations Division of the North Dakota Office of the State Engineer," KPMG International.

19 HB1398. See "Water Wars," Dale Wetzel, Great Plains Examiner, March 4, 2013.

20 Statistics from Montana Oil and Gas Commission, www.bogc.dnrc.mt.gov.

21 "The Montana Bakken Oil Play: 'Great News for a Great Play,'" Keith Schaefer, Oil and Gas Investments Bulletin, December 18, 2012.

22 "Water Use Options for Oil Well Development," Montana Department of Natural Resources & Conservation, published April 19, 2012, www.dnrc.mt.gov.

23 Montana Department of Natural Resources, Water Resources Division, Appropriations Program, www.dnrc.mt.gov.

24 See www.leg.mt.gov.

25 See www.wogcc.state.wy.us.

26 Dustin Bleffeizer, "Wyoming betting on coal-bed methane comeback despite industry bankruptcies," May 2012, www.wyofile.com.

27 U.S. Energy Information Administration, www.eia.gov.

28 "EPA Releases Update on Ongoing Hydraulic Fracturing Study," press release, December 21, 2012.

29 "Encana aims to dispose of wastewater in Madison aquifer," Casper Star-Tribune, by Adam Voge, February 25, 2013.

30 Adam Voge, March 3, 2013.

31 April 2, 2013, www.wyomingenergynews.com. Some have touted the Niobrara, which underlies parts of Wyoming, Colorado, Kansas and Nebraska, as "the next Bakken," but Wyoming Energy News recently noted that in Colorado, "after a strong start...output has been less than predicted."

32 "Unconventional Oil & Gas Development Requires State Action to Protect Wyoming's Groundwater," January 2013, p. 5.

33 Keith E. Clarey, Nicholas W. Gribb, Richard J. Hayes and Fred J. McLaughlin, "1993-2006 Coalbed Natural Gas Regional Groundwater Monitoring Report: Powder River Basin, Wyoming," Wyoming State Geological Survey Report, Open File Report 2010-02, updated September 2010 at p. 31, cited by PRBRC in its report.

34 Pp. 12-17. PRBRC's other three recommendations to the state are 1) to project anticipated volumes of flowback and produced water from future drilling and develop a comprehensive tracking program; 2) to charge a statewide task force with investigation of the condition of disposal wells; and 3) to develop a new program to establish a funded well-plugging program.

35 Production statistics from the Colorado Oil and Gas Conservation Commission, www.cogcc.stat.co.us.

36 "Benzene is detected in grounds near creek," Dennis Webb, Grand Junction Daily Sentinel.

37 "Colorado Water Supply and Hydraulic Fracturing: The Basics," first paragraph of a brief factsheet, www.coga.org,/index.php//Colorado_Water_Supply_and Hydraulic_Fracturing#sthash.iNI5AoFW.dpbs. See also "Water Use Fast Facts in Translation" and "Water Sources and Demand for the Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015," prepared jointly by COGA, the Colorado Water Conservation Board and the Colorado Division of Water Resources. This final document projected the need for 5.25 billion gallons of water for fracking in Colorado in 2012.

38 www.westernresourceadvocates.org

39 "For Farms in the west, Oil Wells Are Thirsty Rivals," Jack Healy, September 5, 2012.

40 www.westernresourceadvocates.org

41 Colorado Division of Water Resources, Colorado Water Conservation Board, and Colorado Oil and Gas Conservation Commission, 2012. "Water Sources and Demand for Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015." www.cogcc.state.co.us.

42 Colorado Oil and Gas Conservation Commission. January 23, 2012 Staff Report. www.cogcc.state.co.us.

43 A study by Harvard University has come to similar conclusions according to a report by Mike Soraghan, Environment & Energy Daily, April 23, 2012. The study, "Legal Fractures in Chemical Disclosure Laws: Why the Voluntary Chemical Disclosure Registry FracFocus Fails as a Regulatory Compliance Tool," by Kate Konschnik with Margaret Holden and Alexa Shasteen, can be seen at www.eenews.net/assets/2013/04/23/document_ew_01.pdf.

44 "Energy-Water Nexus: Coordinated Federal Approach Needed to Better Manage Energy and Water Tradeoffs," United States Government Accountability Office Report to the Ranking Member, Committee on Science, Space, and Technology, House of Representatives, p. 15.

*Gone for Good: Fracking and Water Loss in the West* outlines the status of water consumption for fracking in four states: Colorado; Montana; North Dakota; and Wyoming. The report also outlines and evaluates current regulatory frameworks for fracking water usage in each of those states.



# ENERGY DEMANDS
# ON
# WATER RESOURCES

---

## REPORT TO CONGRESS
## ON THE INTERDEPENDENCY OF ENERGY AND WATER

## U.S. DEPARTMENT OF ENERGY

### DECEMBER 2006

# PREFACE

This report has been prepared in response to a letter to the Secretary of Energy from the chairmen and ranking members of the House and Senate Subcommittees on Energy and Water Development Appropriations, dated December 9, 2004, wherein they asked for:

> "a report to Congress on the interdependency of energy and water focusing on threats to national energy production resulting from limited water supplies, utilizing where possible the multi-laboratory Energy-Water Nexus Committee."

The report presents background information on the connections between energy and water, identifies concerns regarding water demands of energy production, and discusses science and technologies to address water use and management in the context of energy production and use.

# CONTENTS

Executive Summary ....................................................................................................... 9

Chapter I.  Energy and Water Are Essential, Interdependent Resources...................... 13

Chapter II.  Supplying Energy Requires Water and Impacts Water Quality.................. 17
  Water Use for Thermoelectric Power Generation ........................................... 18
  Water Use for Hydroelectric Power Generation ............................................. 19
  Water Use for Energy Extraction and Fuel Production ................................... 20
  Water Produced During Energy Extraction.................................................... 21
  Energy Impacts on Water Quality ................................................................. 21

Chapter III.  Supplying Water Requires Energy............................................................ 25
  Supply and Conveyance................................................................................. 25
  Treatment and Distribution ........................................................................... 26
  End Use of Water .......................................................................................... 26
  Future Energy Demand for Water Supply and Treatment ............................ 27

Chapter IV.  Water Shortages and Impacts on Energy Infrastructure ........................... 29
  Water Management Challenges ...................................................................... 31
  Surface Water Concerns ................................................................................ 32
  Groundwater Concerns ................................................................................. 32
  Potential Impact of Future Power Generation on Water Supplies............................. 33

Chapter V.  Opportunities to Secure America's Energy and Water Future.................... 37
  Addressing Future Water Needs in the Power Sector .................................... 37
  Addressing Water Needs in the Emerging Fuel Sector .................................. 43
  Addressing Future U.S. Water Needs ............................................................ 45

Chapter VI.  Addressing Critical Energy-Water Challenges: Bridging the Gaps........... 49
  Collaboration on Critical Resource Planning ................................................ 49
  Science and System-Based Natural Resource Policies and Regulations.................. 49
  Energy-Water Infrastructure Synergies ......................................................... 49
  Bridging the Gaps: Direction and Implementation ....................................... 50

Appendix A:  Water Use in Energy Extraction, Processing, Storage, and
  Transportation ............................................................................................. 53

Appendix B:  Water Use in Electrical Power Generation............................................. 63

References and Bibliography ....................................................................................... 71

# Figures

Figure I-1.   Examples of Interrelationships Between Water and Energy ...................................................13
Figure I-2.   Water Shortages and Population Growth. ..........................................................................15
Figure II-1.   Estimated Freshwater Withdrawals by Sector, 2000 ..........................................................18
Figure II-2.   Open-Loop Cooling System ............................................................................................18
Figure II-3.   Closed-Loop Cooling System ..........................................................................................19
Figure II-4.   Estimated Freshwater Consumption by Sector, 1995 ........................................................19
Figure II-5.   U.S. Hydropower Production ...........................................................................................19
Figure II-6.   Forecast for Produced Water (Wp) from Oil and Gas Extraction .......................................22
Figure III-1.   Percent of U.S. Electricity Consumption by Sector .........................................................25
Figure III-2.   Per Capita Energy Use for Water Supply and Wastewater Treatment in 2000
              and Projected for 2050. ...................................................................................................26
Figure IV-1.   Survey of Likely Water Shortages over the Next Decade under Average Conditions...........29
Figure IV-2.   Examples of Energy-Water Conflicts ..............................................................................30
Figure IV-3.   Trends in Total Freshwater Withdrawals, 1950–2000 ......................................................31
Figure IV-4.   Comparison of Regional Thermoelectric Generation Capacity by North
              American Electric Reliability Council Region, 1995–2025 ...............................................34
Figure IV-5.   Projected Steam-Electric Generation Capacity by Type Projected from EIA Reference Case.............35
Figure IV-6.   Range of Projected Daily Freshwater Withdrawal for Thermoelectric Power Generation ...............36
Figure IV-7.   Range of Projected Freshwater Consumption for Thermoelectric Power Generation ..........36
Figure V-1.   Water Withdrawal for Power Generation...........................................................................39
Figure V-2.   Water Consumption for Power Generation........................................................................39
Figure V-3.   Peak Reduction from Combined Use of Solar Energy and Demand Management in a
             Residential Application. ...................................................................................................42
Figure V-4.   Water Consumption Per-Unit-Energy and Current Water Use for Fuel Extraction and Processing......44
Figure V-5.   Degraded Water Resources of the U.S.............................................................................46
Figure V-6.   Energy Requirements for Water Desalination ...................................................................47
Figure V-7.   U.S. Oil and Gas Resources. ..........................................................................................48

# Tables

Table II-1.   Connections Between the Energy Sector and Water Availability and Quality ......................17
Table III-1.   Energy Requirements for Water Supply and Treatment in California ...............................25
Table IV-1.   Examples of Declining Groundwater Levels ..................................................................33
Table V-1.   Water Intensity for Various Power Generation Technologies...............................................38

# Acronyms

| | |
|---|---|
| API | American Petroleum Institute |
| AwwaRF | Awwa Research Foundation |
| bbl | barrel |
| boe | barrel of oil equivalent |
| CEC | California Energy Commission |
| DOE | U.S. Department of Energy |
| EERE | Office of Energy Efficiency and Renewable Energy, U.S. Department of Energy |
| EIA | Energy Information Administration, U.S. Department of Energy |
| EOR | Enhanced Oil Recovery |
| EPRI | Electric Power Research Institute |
| EST | Eastern Standard Time |
| FE | Office of Fossil Energy, U.S. Department of Energy |
| ft | feet |
| FY | fiscal year |
| gal | gallons |
| GAO | General Accounting Office |
| GW | gigawatt |
| IGCC | Integrated Gasification Combined Cycle |
| kW | kilowatt |
| kWh | kilowatt-hour |
| LNG | Liquefied Natural Gas |
| MGD | million gallons per day |
| MMbbls | million barrels |
| MMBtu | Million British Thermal Units |
| MTBE | methyl tertiary-butyl ether |
| MW | megawatt |
| MWh | Megawatt-hour |
| $MWh_e$ | Megawatt-hour of electric energy |
| $MWh_t$ | Megawatt-hour of thermal energy |
| NETL | National Energy Technology Laboratory |

| | |
|---|---|
| NCPA | Northern California Power Authority |
| NGCC | Natural Gas Combined Cycle |
| PV | Photovoltaic |
| PNM | Public Service Company of New Mexico |
| psi | pound per square inch |
| RFA | Renewable Fuels Association |
| SWAQ | Subcommittee on Water Availability and Quality |
| TVA | Tennessee Valley Authority |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| $W_p$ | water produced |
| WW | wastewater |
| yr | year |

# Executive Summary

For the past century, America has invested significant research, development, and construction funding to develop both fresh surface-water and groundwater resources. The result is a water infrastructure that allows us to harness the vast resources of the country's rivers and watersheds, control floods, and store water during droughts to provide reliable supplies of freshwater for agricultural, industrial, domestic, and energy uses. During this same period, the U.S. developed extensive natural resources such as coal, oil, natural gas, and uranium and created an infrastructure to process and transport these resources in an efficient and cost-effective manner to consumers. These two achievements have helped stimulate unprecedented economic growth and development.

However, as population has increased, demand for energy and water has grown. Competing demands for water supply are affecting the value and availability of the resource. Operation of some energy facilities has been curtailed due to water concerns, and siting and operation of new energy facilities must take into account the value of water resources. U.S. efforts to replace imported energy supplies with non-conventional domestic energy sources have the potential to further increase demand for water.

***Energy Demands on Water Resources*** responds to a Congressional directive within a letter to the Secretary of Energy from the chairmen and ranking members of the House and Senate Subcommittees on Energy and Water Development Appropriations, dated December 9, 2004, wherein they asked for "a report on energy and water interdependencies, focusing on threats to national energy production that might result from limited water supplies."

This report draws on the work of the multi-laboratory Energy-Water Nexus committee as well as reports and papers from researchers in other federal agencies and elsewhere.

## ENERGY AND WATER INTER-DEPENDENCIES

Water is an integral element of energy resource development and utilization. It is used in energy-resource extraction, refining and processing, and transportation. Water is also an integral part of electric-power generation. It is used directly in hydroelectric generation and is also used extensively for cooling and emissions scrubbing in thermo-electric generation. For example, in calendar year 2000, thermoelectric power generation accounted for 39 percent of all freshwater withdrawals in the U.S., roughly equivalent to water withdrawals for irrigated agriculture (withdrawals are water diverted or withdrawn from a surface-water or groundwater source) (Hutson et al., 2004).

Water withdrawal statistics for thermo-electric power are dominated by power plants that return virtually all the withdrawn water to the source. While this water is returned at a higher temperature and with other changes in quality, it becomes available for further use. Many power plants, including most of those built since 1980, withdraw much less water but consume most of what they withdraw by evaporative cooling. In 1995, agriculture accounted for 84 percent of total freshwater consumption. Thermoelectric power accounted for 3.3 percent of total freshwater consumption (3.3 billion gallons per day) and represented over 20 percent of nonagricultural water consumption (Solley et al., 1998).

The Energy Information Administration (EIA) projects, assuming the latest Census Bureau projections in its reference case, the U.S. population to grow by about 70 million in the next 25 years and electricity demand to grow by approximately 50 percent (EIA, 2006). The EIA reference case is a projection which assumes that current laws, regulations, policies, technological progress and consumer preferences continue through the projection period as they have in the past. The EIA reference case provides a useful baseline against which possible changes to these assumptions can be evaluated. Much of this growth is expected to occur in the Southeast, Southwest, and Far West, where water is already in limited supply.

In a business-as-usual scenario, consumption of water in the electric sector could grow substantially, though increased demand for water would provide an incentive for technologies that reduce water use, thus dampening the increase in water use. Technologies are available that can reduce water use in the electric sector, including alternative cooling for thermoelectric power plants, wind power, and solar photovoltaics, but cost and economics, among other factors, have limited deployment of these technologies.

In contrast, water use in the extraction and processing of transportation fuels is relatively small. However, as the U.S. seeks to replace imported petroleum and natural gas with fuels from domestic sources, such as biofuels, synfuel from coal, hydrogen, and possibly oil shale, the demand for water to produce energy fuels could grow significantly.

Growth in energy demand occurs when freshwater resources and overall freshwater availability become strained from limitations on supply and increasing domestic, agricultural, and environmental demands. Few new reservoirs have been built since 1980, and fresh surface-water withdrawals have leveled off at about 260 billion gallons per day. Many regions depend on groundwater to meet increasing water demands, but declining groundwater tables could severely limit future water availability. Some regions have seen groundwater levels drop as much as 300 to 900 feet over the past 50 years because of the pumping of water from aquifers faster than the natural rate of recharge. A 2003 General Accounting Office study showed that most state water managers expect either local or regional water shortages within the next 10 years under average climate conditions (GAO, 2003). Under drought conditions, even more severe water shortages are expected.

Depending on the water quality needs for particular applications, freshwater supplies can be augmented with degraded or brackish water. Water quantities available for use are dependent on the water qualities needed for each use. Increased use of brackish or degraded water may be required in some areas if water users can accept the quality limitations or can afford the cost of energy and infrastructure for water treatment.

## ENERGY DEMANDS ON WATER RESOURCES

These trends in energy use, water availability, and water demand suggest that the U.S. will continue to face issues related to the development, utilization, and management of the critical resources of water and energy. Increasing population will increase demand for water for direct use as well as for energy and agriculture. Historically, water withdrawals for domestic supplies have grown at about the same rate as the population, though recent trends show that rate growing about half the rate of population growth because of the implementation of water conservation measures in many regions (Hutson et al., 2004; GAO, 2003). If new power plants continue to be built with evaporative cooling, consumption of water for electrical energy production could more than double by 2030 from 3.3 billion gallons per day in

1995 to 7.3 billion gallons per day (Hoffmann et al., 2004).

Consumption by the electric sector alone could equal the entire country's 1995 domestic water consumption. Consumption of water for extraction and production of transportation fuels from domestic sources also has the potential to grow substantially. Meanwhile, climate concerns and declines in groundwater levels suggest that less freshwater, not more, may be available in the future.

Therefore, the U.S. should carefully consider energy and water development and management so that each resource is used according to its full value. Since new technologies can reduce water use, there will be a great incentive for their development by the public and private sectors. Given current constraints, many areas of the country will have to meet their energy and water needs by properly valuing each resource, rather than following the current U.S. path of largely managing water and energy separately while making small improvements in freshwater supply and small changes in energy and water-use efficiency.

## FEDERAL ROLES IN MEETING ENERGY-WATER CHALLENGES
While regulation of electric and water utilities and resource allocations is primarily a state or local responsibility, federal agencies such as the Bureau of Reclamation manage some of our largest energy and water resources in cooperation with state and local entities. Expansion of this cooperation could improve the country's ability to address these energy challenges.

**Collaboration on Resource Planning –**
Collaboration on energy and water resource planning is needed among federal, regional, and state agencies as well as with industry and other stakeholders. In most regions, energy planning and water planning are

done separately. The lack of integrated energy and water planning and management has already impacted energy production in many basins and regions across the country. For example, in three of the fastest growing regions in the country, the Southeast, Southwest, and the Northwest, new power plants have been opposed because of potential negative impacts on water supplies (*Tucson Citizen*, 2002; *Reno-Gazette Journal*, 2005; U.S. Water News Online, 2002 and 2003; Curlee, 2003). Also, recent droughts and emerging limitations of water resources have many states, including Texas, South Dakota, Wisconsin, and Tennessee, scrambling to develop water use priorities for different water use sectors (Clean Air Task Force, 2004a; *Milwaukee Journal Sentinel*, 2005; GAO, 2003; Curlee, 2003; Hoffman, 2004; U.S. Water News Online, 2003). Also see Chapter IV, Figure IV-2 for other examples.

Mechanisms, such as regional natural resources planning groups, are needed to foster collaboration between stakeholders and regional and state water and energy planning, management, and regulatory groups and agencies. These collaborative efforts are needed to ensure proper evaluation and valuation of water resources for all needs, including energy development and generation.

**Science and System-Based Natural Resource Policies and Regulations –**
Often, polices or regulations developed to support or enhance one area, such as increasing domestic energy supplies through enhanced oil recovery (EOR), could have unintended negative impacts on regional or national freshwater availability or water quality. System-level evaluations by stakeholders and government agencies can be used to assess the impact of current or proposed natural resource policies and regulations and improve future energy development and water availability.

**Energy Water Infrastructure Synergies –** When the energy infrastructure is evaluated in a system context, significant improvements in energy and water conservation can often be realized through implementation of innovative processes or technologies, co-location of energy and water facilities, or improvements to energy and water infrastructures. Past investments in the water infrastructure by creating dams and surface-water reservoirs in the U.S. over the past 80 years have significantly improved the availability of water for some applications and decreased its availability for other applications. There will continue to be competition for water resources between different users, and ways to reduce these conflicts through coordinated infrastructure development would be beneficial.

**ADDRESSING THE CHALLENGES**
Available surface water supplies have not increased in 20 years, and groundwater tables and supplies are dropping at an alarming rate. New ecological water demands and changing climate could reduce available freshwater supplies even more.

At the same time, populations continue to grow and move to areas with already limited water supplies. The growing competition of water availability for energy production and electric-power generation has already been documented in many river basins.

Possible changes in energy strategies in the electricity or transportation sectors could put an even larger burden on freshwater supplies and consumption. As a result, the value of water may increase, impacting energy costs and providing incentives for developing and implementing approaches to decrease the water intensity of the energy sector. While there have been significant improvements in water-use and energy-use efficiency and conservation, market and political (e.g., state) forces will continue to expand these efforts to meet the growing energy and water demands.

Two reports currently under development, the Subcommittee on Water Availability and Quality (SWAQ) strategic plan for federal science and technology to support water availability and quality, and the Department of Energy's Energy-Water Science and Technology Research Roadmap, will provide insight into emerging energy-water challenges. The two efforts are independent but closely related.

The SWAQ was established in 2003 under the National Science and Technology Council Committee on Environment and Natural Resources and is comprised of the 25 federal agencies with responsibility for the science and technology of water availability and quality. Their role is to coordinate a multiyear plan to improve research to understand the processes that control water availability and quality, and to collect and make available the data needed to ensure an adequate water supply for the Nation's future. Many of the energy and water interdependencies and challenges identified in this report to Congress fall within the SWAQ charter and should be considered by the SWAQ.

Congress provided funding in fiscal year (FY) 2005 for the U.S. Department of Energy (DOE) to initiate an Energy-Water Science and Technology Research Roadmap. The Roadmap process started in August 2005 and will be completed by the end of 2006.

By the end of 2006, the combined efforts of the SWAQ and the Energy-Water Science and Technology Research Roadmap efforts should provide a detailed understanding of the major energy-water interdependencies, issues, needs, and challenges across the country. The results and conclusions from these efforts should be considered to help guide programs and approaches to address emerging energy and water challenges.

# Chapter I.  Energy and Water Are Essential, Interdependent Resources

A strategic goal of the United States Department of Energy is

> Promoting America's energy security through reliable, clean, and affordable energy (USDOE, 2006a).

The availability of adequate water supplies has an impact on the availability of energy, and energy production and generation activities affect the availability and quality of water.  In today's economies, energy and water are linked, as illustrated in Figure I-1.  Each requires the other.  As these two resources see increasing demand and growing limitations on supply, energy and water must begin to be managed together to maintain reliable energy and water supplies.

The interaction of energy and water supplies and infrastructures is becoming clearer.  Low water levels from drought and competing uses have limited the ability of power plants to generate power (Columbia Basin News, 2006; also see Chapter IV, Figure IV-2).  Additionally, water levels in aquifers in many regions of the U.S. have declined significantly, increasing energy requirements for pumping, and, in some cases, leading to ground subsidence issues.



**Figure I-1.  Examples of Interrelationships Between Water and Energy**

Lack of water for thermoelectric power plant cooling and for hydropower can constrain generation and has the potential to increase demand for technologies that reduce the water intensity of the energy sector.

At the same time, demand for energy continues to grow. In its reference case, the Energy Information Administration projects that demand for energy supplies from 2003 to 2030 will grow as follows: petroleum, 38 percent; natural gas, 20 percent; coal, 54 percent; nuclear power, 14 percent; and renewable energy, 58 percent. Demand for electricity from all sources is projected to increase by 53 percent (EIA, 2006).

Unfortunately, freshwater withdrawals already exceed precipitation in many areas across the country, as illustrated in Figure I-2 (composed from information from EPRI, 2003a; Solley et al., 1998; and Campbell, 1997). The figure shows the ratio of total freshwater withdrawals in all counties in the U.S. divided by available precipitation (precipitation minus evapotranspiration) shown as a percentage. The figure provides an indication of the areas where current water demands are being met with significant groundwater pumping or transport of surface water from other locales.

The shortfalls are most dramatic in the Southwest, in the high plains, in California, and in Florida. Population growth in these regions between 2000 and 2025 is estimated to be 30 to 50 percent (Campbell, 1997). This additional population will place an increased demand on water and energy, given current trends in energy and water use efficiency.

The challenges are not limited to these regions, however. For example, the data presented from EPRI show that nearly the entire western shoreline of Lake Michigan has water demand above available precipitation (EPRI, 2003a). Groundwater levels along the southwestern shores of Lake Michigan have declined hundreds of feet since predevelopment and by 1980 had reached maximum withdrawals of up to 900 feet near Chicago (Bartolino and Cunningham, 2003; Granneman et al., 2000). While subsequent relocation of withdrawals has caused groundwater levels near Chicago to rise several hundred feet (Granneman et al., 2000), levels are declining as much as 17 feet per year in some locations (Michigan Land Use Institute, 2003).



**Figure I-2. Water Shortages and Population Growth**
(Water shortage is defined as total freshwater withdrawal divided by available precipitation.
Water withdrawal data are taken from Solley et al., 1998; ratios shown are taken from EPRI,
2003a; and projected population growth is taken from Campbell, 1997.)

# Chapter II.  Supplying Energy Requires Water and Impacts Water Quality

Water is used throughout the energy sector, including in resource extraction, refining and processing, electric power generation, storage, and transport.  The energy sector also can impact water quality via waste streams, runoff from mining operations, produced water from oil and gas extraction, and air emissions that may affect downwind watersheds.  Examples of interactions, both large and small, are shown in Table II-1.

Many energy facilities, such as power plants, mines, and refineries, are very large and can have a significant impact on local water supplies and water quality.  For example, water withdrawals for thermoelectric power generation alone are comparable to water withdrawals for irrigation.  Each represents about 40 percent of the national water withdrawals (water that is diverted or withdrawn from a surface-water or ground-water source), as shown in Figure II-1 (Hutson et al., 2004).  However, of the 132 billion gallons per day of freshwater withdrawn for thermoelectric power plants in 1995, all but about 3.3 billion gallons per day (3 percent) was returned to the source.  While this water was returned at a higher temperature and with other changes in water quality, it was available for further use.  In contrast, of the 134 billion gallons per day withdrawn for irrigation in 1995, 81 billion gallons per day were consumed by evaporation and transpiration (60 percent), and another 25 billion gallons per day (19 percent) were reported as lost in conveyance (but may have percolated to a groundwater source and been available for reuse) (Solley et al., 1998).

## Table II-1.  Connections Between the Energy Sector and Water Availability and Quality

| Energy Element | Connection to Water Quantity | Connection to Water Quality |
|---|---|---|
| **Energy Extraction and Production** | | |
| Oil and Gas Exploration | Water for drilling, completion, and fracturing | Impact on shallow groundwater quality |
| Oil and Gas Production | Large volume of produced, impaired water* | Produced water can impact surface and groundwater |
| Coal and Uranium Mining | Mining operations can generate large quantities of water | Tailings and drainage can impact surface water and ground-water |
| **Electric Power Generation** | | |
| Thermo-electric (fossil, biomass, nuclear) | Surface water and groundwater for cooling** and scrubbing | Thermal and air emissions impact surface waters and ecology |
| Hydro-electric | Reservoirs lose large quantities to evaporation | Can impact water temperatures, quality, ecology |
| Solar PV and Wind | None during operation; minimal water use for panel and blade washing | |

*Impaired water may be saline or contain contaminants

| Energy Element | Connection to Water Quantity | Connection to Water Quality |
|---|---|---|
| **Refining and Processing** | | |
| Traditional Oil and Gas Refining | Water needed to refine oil and gas | End use can impact water quality |
| Biofuels and Ethanol | Water for growing and refining | Refinery waste-water treatment |
| Synfuels and Hydrogen | Water for synthesis or steam reforming | Wastewater treatment |
| **Energy Transportation and Storage** | | |
| Energy Pipelines | Water for hydrostatic testing | Wastewater requires treatment |
| Coal Slurry Pipelines | Water for slurry transport; water not returned | Final water is poor quality; requires treatment |
| Barge Transport of Energy | River flows and stages impact fuel delivery | Spills or accidents can impact water quality |
| Oil and Gas Storage Caverns | Slurry mining of caverns requires large quantities of water | Slurry disposal impacts water quality and ecology |

**Includes solar and geothermal steam-electric plants



**U.S. Freshwater Withdrawals, 345 Bgal/day**

Public Supply, 13%
Domestic, 1%
Industrial, 5%
Aquaculture, 1%
Mining, 1%
Livestock, 1%
Thermoelectric, 39%
Irrigation, 40%

**Figure II-1.  Estimated Freshwater Withdrawals by Sector, 2000 (Hutson et al., 2004)**

An overview of the most significant current uses of water in the energy sector is given in this chapter.  A more detailed overview of water use in the energy sector is provided in Appendices A and B.

## WATER USE FOR THERMO-ELECTRIC POWER GENERATION

Thermoelectric generating technologies that use steam to drive a turbine generator require cooling to condense the steam at the turbine exhaust.  These plants can receive heat from a variety of sources, including coal, nuclear, natural gas, oil, biomass (e.g., wood and crop waste), concentrated solar energy, and geothermal energy.  The amount of freshwater required is significant:  59 billion gallons of seawater and 136 billion gallons of freshwater per day (Hutson et al., 2004).

Prior to 1970, most thermoelectric power plants were built adjacent to surface waters in the vicinity of large population centers (EIA, 2004b).  These older plants commonly use open-loop cooling.  They withdraw water for cooling and discharge the heated water back to the source, as shown in Figure II-2.  The discharged water can lead to some enhanced evaporative loss to the

atmosphere.  EPRI estimates these losses to be about 1 percent (EPRI, 2002a).  This estimate is reflected in water consumption data for open-loop cooling reported in Chapter V.  About 31 percent of current U.S. generating capacity is composed of thermoelectric generating stations using open-loop cooling.

While these plants do not consume large volumes of water, the availability of large volumes of water is critical to plant operation.  Additionally, the intake and discharge of large volumes of water by these plants have potential environmental consequences.  Aquatic life can be adversely affected by impingement on intake screens or entrainment in the cooling water and by the discharge of warm water back to the source.  Enactment of the Federal Water Pollution Control Act in 1972 placed restrictions on the impact of open-loop cooling on the environment.  In addition, demand for electric power has been high in areas where surface waters are not plentiful, such as the Southwest.  Only about ten steam-electric plants have been built with open-loop cooling since 1980 (EIA, 2004b).  Nevertheless, existing open-loop cooling systems may have several decades of service life and therefore continue to represent a significant demand for water, though an increased value of water could provide an incentive for cooling improvements that need less water.



Steam
Condenser
Condensate
River

**Figure II-2.  Open-Loop Cooling System**

Most thermoelectric plants installed since the mid-1970s are cooled by evaporation of the cooling water (EIA, 2004b). As shown in Figure II-3, water is pumped in a closed loop through a cooling tower or a cooling pond. These systems withdraw less than 5 percent of the water withdrawn by open-loop systems, but most of the water withdrawn is lost to evaporation.



**Figure II-3. Closed-Loop Cooling System**

Total freshwater consumption for the thermoelectric power sector was 3.3 billion gallons per day in 1995 (Solley et al., 1998). While that was only 3.3 percent of total U.S. water consumption (which amounts to about 100 billion gallons/day), it was nearly 20 percent of nonagricultural consumption, as shown in Figure II-4.



**Figure II-4. Estimated Freshwater Consumption by Sector, 1995 (Solley et al., 1998)**

## WATER USE FOR HYDROELECTRIC POWER GENERATION

Hydroelectric power is an important component of U.S. electricity generation. Hydropower supplied from 5.8 percent to 10.2 percent of generated power between 1990 and 2003 (EIA, 2005). As shown in Figure II-5, hydroelectric power production varies greatly with the amount of water available, depending upon weather patterns and local hydrology, as well as on competing water uses, such as flood control, water supply, recreation, and in-stream flow needs (e.g., navigation and the aquatic environment).

In addition to being a major source of base-load generating capacity in some regions, hydroelectric power plays an important role in stabilizing the electrical transmission grid and in meeting peak loads, reserve requirements, and other ancillary electrical energy needs because it can respond very quickly to changing demand.



**Figure II-5. U.S. Hydropower Production (EIA, 2005)**

Hydroelectric plant design and operation is highly diverse. Projects vary from large, multipurpose storage reservoirs to run-of-river projects that have little or no active water storage. Approximately half the U.S. hydropower capacity is federally owned and operated; the other half is non-federal projects that are regulated by the Federal Energy Regulatory Commission.

There are more than ten times more non-federal hydropower projects in the U.S. than federal projects.

Water flow through hydroelectric turbines averages 3,160 billion gallons/day (Solley et al., 1998) or nearly ten times the withdrawals of water from rivers. The United States Geological Survey (USGS) does not report it as withdrawn water because it remains in the river and, in fact, can be used multiple times by successive dams. However, reservoir operation can shift water releases in time relative to natural flows. When hydropower projects involve large storage reservoirs, evaporation of water from those reservoirs can be a significant consumptive use. With an average loss for U.S. hydroelectric reservoirs of 4,500 gal/MWh (Gleick, 1994) and annual generation of approximately 300 million MWh (EIA 2005), total losses are estimated at 3.8 billion gallons per day. However, the water storage in hydropower reservoirs usually has multiple purposes; thus, hydroelectric power is not the only cause of these evaporative losses.

## WATER USE FOR ENERGY EXTRACTION AND FUEL PRODUCTION

Water consumption for energy extraction and fuel production is included by the USGS under the industrial/mining sector. While water is used in the conventional extraction of resources, more water is used in conversion to useful forms of energy, whether that is converting coal or uranium to electricity as described above or converting petroleum into fuels such as gasoline or diesel. Refinery use of water for processing and cooling is about 1 to 2.5 gallons of water for every gallon of product (Gleick, 1994). The United States refines nearly 800 million gallons of petroleum products per day (EIA,

2006). Therefore, refining consumes 1 to 2 billion gallons of water per day. Natural gas processing and pipeline operations consume an additional 0.4 billion gallons per day (Gleick, 1994; EIA, 2006).

In the mining sector, water is used to cool or lubricate cutting and drilling equipment for dust suppression, fuel processing, and revegetation when mining and extraction are complete. Estimates of water for coal mining vary from 1 to 6 gallons per million British thermal units (MMBtu), depending on the source of the coal (Gleick, 1994; Lancet, 1993). Combining those figures with 2003 coal production data (EIA, 2006), total water use for coal mining is estimated at 70 to 260 million gallons per day.

Oil shale is emerging as another potential source of oil. Initial recovery work to date has focused on mining and above-ground processing (retorting) that consumes 2 to 5 gallons of water per gallon of refinery-ready oil (Bartis, 2005). Currently, only limited amounts of oil shale are being developed, but based on current oil demands and prices, opportunities may exist for significant expansion in the future. On the other hand, because oil shale resources are predominantly located in areas where water has a high value, oil shale development may be constrained by both water availability and value. More recently, an electrically driven in situ underground process is being prototyped that does not directly use water, potentially significantly reducing the water intensity of future oil shale development (Bartis, 2005).

Biofuels currently provide about 3 percent of U.S. transportation fuel, with more than 130 ethanol and biodiesel plants in operation producing over 4 billion gallons of biofuel each year (Renewable Fuels Association,

2005 and 2006; National Biodiesel Board, 2005). The most water-intensive aspect of biofuel production is growing the feedstock, with water consumption for refining generally similar to that for oil refining. When the feedstock is corn or soy (used to make ethanol and biodiesel, respectively) and grown on irrigated land, then the water consumption per gallon of fuel produced can exceed the water consumption for refining by a factor of one thousand based on USDA data (USDA, 2004a).

Initial extraction of conventional oil and gas requires minimal consumption of water. Rather, significant quantities of water, called produced water, are extracted with the oil and gas. Produced water can range from being nearly fresh to being hypersaline brine, with the vast majority being at least as saline as seawater. As oil wells age, enhanced recovery techniques are used to extract additional oil. Many of these recovery techniques involve injection of water or steam into the well, and some are very water-intensive. Gleick reports water consumption of 2 to 350 gallons of water per gallon of oil extracted, depending upon the recovery enhancement process. However, most of the water used for these purposes is not otherwise usable (Gleick, 1994). Most produced water associated with onshore production is injected back into the producing zones to enhance production or into other formations well below any usable groundwater resources.

## WATER PRODUCED DURING ENERGY EXTRACTION

Significant quantities of produced water are extracted with oil and gas, as shown in Figure II-6. In 1995, the American Petroleum Institute (API) estimated that oil and gas operations generated 18 billion barrels of produced water (49 million gallons per day), compared to total annual petroleum production of 6.7 billion barrels of oil equivalent (both onshore and offshore production, including crude oil, natural gas, and natural gas liquids production) (API, 2000). Such produced water varies in quality; with treatment, some might be used for other purposes. API indicates that in 1995, approximately 71 percent of produced water was recycled and used for EOR.

The amount of water produced per well varies greatly. For example, water produced by coal-bed natural gas extraction can vary from 7 barrels of water per barrel of oil equivalent in the San Juan Basin (Colorado and New Mexico) to approximately 900 barrels of water per barrel of oil equivalent in the Powder River Basin (Wyoming and Montana) (Rice et al., 2000). Additionally, produced water rates for coal-bed natural gas wells are not consistent over the life of the wells. Water production rates are high initially but decline rapidly.

## ENERGY IMPACTS ON WATER QUALITY

As noted in Table II-1, many of the elements associated with energy development have the potential to impact water quality negatively. Oil and gas production that is not adequately managed and monitored can contaminate surface water and shallow groundwater through drilling and production operations or from spills of produced hydrocarbons or produced brackish water. The refining and processing of oil and gas can generate by-products and wastewater streams that, if not handled appropriately, can cause water contamination. Fuel additives, such as methyl tertiary-butyl ether (MTBE), that have been used to reduce air emissions have also emerged as potential groundwater contaminants.



**Figure II-6.  Forecast for Produced Water ($W_p$) from Oil and Gas Extraction (Feeley et al., 2005)**

Energy resource mining and processing, such as coal and uranium mining and oil shale development, can contaminate surface and groundwater. Runoff from both main mine operations and tailings piles can significantly reduce pH levels and increase heavy metals concentrations in mine drainage water. In addition, runoff from oil shale residue can wash into surface waters and by-products from in situ retort methods could impact groundwater quality. An increased interest in U.S. uranium supplies has led some older mines in New Mexico and Utah to considering reopening. By doing so, these mines might generate from 3 to 5 million gallons of water a day that would need to be handled and disposed of (Hopp, 2005).

On occasion, water is spilled from mining operations; 300 million gallons of coal sludge spilled in an incident in Kentucky in October 2000 (Clean Air Task Force, 2004a). Water from some abandoned mines, including some in Pennsylvania, must be pumped and treated to prevent contamination of surface waters (USGS, 2002a).

Energy transportation and storage development can also impact surface water and groundwater quality. Water used for pipeline testing, coal slurry pipelines, and solution mining for oil and gas storage caverns creates a range of contaminants that can contaminate fresh or coastal water sources if not adequately managed and disposed of.

Finally, thermoelectric and hydroelectric power generation can impact water quality. Discharge from open-loop cooling systems can affect water temperature and oxygen levels. Air emissions from fuel combustion, such as mercury, sulfur, and nitrogen oxides, can lead to negative impacts on downwind water quality and aquatic ecosystems.

Hydroelectric plants can impact water quality and river ecology in several ways. Operations can change water temperatures and dissolved oxygen and nitrogen levels in downstream waters. Operations can also change the natural flow characteristics of rivers so as to impact aquatic ecology.

# Chapter III.  Supplying Water Requires Energy

Satisfying the Nation's water needs requires energy for supply, purification, distribution, and treatment of water and wastewater. Nationwide, about 4 percent of U.S. power generation is used for water supply and treatment, which, as shown in Figure III-1, is comparable to several other industrial sectors (EPRI, 2002b).  Electricity represents approximately 75 percent of the cost of municipal water processing and distribution (Powicki, 2002).

A recent study funded by the Electric Power Research Institute (EPRI) looked at energy requirements for water supply and treatment across the country.  The results are examined in terms of per capita use of energy for water supply and treatment in Figure III-2.

The biggest difference among regions is the amount of energy used to supply water for agriculture.  In general, per capita non-agricultural use of energy for water is similar region to region.

However, within regions, there can be substantial variation in energy requirements for water supply and treatment, depending upon the source, the distance water is conveyed, and the local topography. California is an interesting case study in electrical consumption and illustrates the cost of long-distance water conveyance.  California uses about 5 percent of its electricity consumption for water supply and treatment (CEC, 2005). This is substantially above the national average.  As shown in Table III-1, a study by the California Energy Commission (CEC) illustrates how energy use can vary among water systems.

## SUPPLY AND CONVEYANCE
Supply and conveyance can be the most energy-intensive portion of the water delivery chain.  If the water source is groundwater, pumping requirements for supply of freshwater from aquifers vary with depth: 540 kWh per million gallons from a depth of 120 feet, 2000 kWh per million gallons from 400 feet (Cohen et al., 2004).  These energy needs will increase in areas where groundwater levels are declining.

**Table III-1.  Energy Requirements for Water Supply and Treatment in California (CEC, 2005)**

| Water Cycle Segments | kWh/Million gallons | |
|---|---|---|
| | Low | High |
| Supply and Conveyance | 0 | 16,000 |
| Treatment | 100 | 1,500 |
| Distribution | 700 | 1,200 |
| Wastewater Collection and Treatment | 1,100 | 4,600 |
| Wastewater Discharge | 0 | 400 |
| **TOTAL** | **1,900** | **23,700** |
| | | |
| Recycled Water Treatment and Distribution for Non-potable Uses | 400 | 1,200 |



**Figure III-1.  Percent of U.S. Electricity Consumption by Sector (EPRI, 2002b; EIA, 1998)**



**Figure III-2.  Per Capita Energy Use for Water Supply and Wastewater Treatment in 2000 and Projected for 2050 (EPRI, 2002b).**

Energy requirements to pump water from surface waters can be negligible if users are located close to the source.  But if water must be pumped long distances, then the energy requirement is much higher.  In California, water is conveyed from Northern California up to 400 miles via the State Water Project to the cities of Southern California.  Energy requirements for long-distance conveyance are indicated by the upper range in Table III-1.  The table also illustrates that energy savings can be realized when wastewater streams are made available for reuse, rather than having to pump and convey freshwater over long distances.

**TREATMENT AND DISTRIBUTION**
Groundwater, if not brackish, can require minimal energy for purification.  Surface waters generally require more treatment, and energy requirements for surface water treatment are at the upper end of the range in Table III-1.  Energy requirements for distribution and collection vary depending on system size, topography, and age.  Older systems often require more energy because of older infrastructure and less efficient equipment.

**END USE OF WATER**
One of the more interesting results that the California study noted is that energy consumption associated with using water is greater than the energy consumption for supply and treatment.  Activities such as water heating, clothes washing, and clothes drying require 14 percent of California's electricity consumption and 31 percent of its natural gas consumption.  Most of that use is in the residential sector.  These data

illustrate that both water and energy can be conserved through the use of appliances and fixtures that reduce hot water use.

**FUTURE ENERGY DEMAND FOR WATER SUPPLY AND TREATMENT**

Population growth will create an increased demand for water. As freshwater supplies become more limited, pumping water from greater distances or greater depths and treating water to access alternative sources will increase energy consumption to meet future water demands. Additionally, emerging water treatment requirements (e.g., standards for arsenic removal) are becoming more stringent, which will increase energy consumption for both purification and wastewater treatment. In agriculture, gravity-driven flood irrigation may be replaced with more water-efficient but more energy-intensive spray irrigation and micro-irrigation.

An increased demand for water and water treatment could provide incentives to improve the efficiency of the water infrastructure. Aging supply, treatment, and distribution equipment may be replaced by newer, more energy-efficient equipment, and water conservation measures,

including improved irrigation practices, could reduce water use.

The EPRI study estimated future energy demands for water supply and treatment in 2050. The results are presented on a per capita basis in Figure III-2. Compared to 2000, per capita energy requirements are expected to be largely unchanged, except in the industrial and agricultural sectors. Energy for public and commercial water supply and treatment are expected to grow with population, with an average increase for the Nation of almost 50 percent between 2000 and 2050. According to the EPRI study, energy use for water supply and treatment in the industrial sector is expected to triple because of growth projected in industrial activity, with strong growth in per capita use in the East North Central region. The study also projects that energy use for irrigation will triple based on projections of land use, with strong growth in per capita use in the South Central, West North Central, and West South Central regions. The study cites EPRI projections on industrial activity and U.S. Department of Agriculture (USDA) projections on land use (EPRI, 2002b).

## Chapter IV.  Water Shortages and Impacts on Energy Infrastructure

Today's U.S. energy infrastructure depends heavily on the availability of water, and there is likely to be increased issues concerning availability and value of that water due to growth in competing demands.  Most state water managers expect shortages of water over the next decade, as shown in Figure IV-1 (GAO, 2003), and water supply issues are already affecting many existing and proposed power projects as shown in Figure IV-2. In some regions, power plants have had to limit generation because of insufficient water supplies, and citizens and public officials concerned about the availability of water have opposed new high-water-use energy facilities, suggesting clear incentives for using lower water intensity designs in future energy infrastructure developments.

As illustrated in Figure IV-3, total U.S. water withdrawals peaked in 1980 and have been essentially level since then.  Construction of large reservoirs peaked in the 1970s,

and only one large water storage project is currently under construction—the Animas LaPlata project in Colorado and New Mexico (GAO, 2003).  In 1980, major reservoirs were full.  However, since then, droughts have caused some reservoir levels to decline, particularly in the West, and water managers have had to limit water withdrawals.  Also, groundwater levels have declined substantially in many areas of the country.

Compounding the uncertainty regarding supply is the lack of current data on water consumption.  Steady or declining rates of water withdrawal do not necessarily imply steady or declining consumption.  For example, communities have responded to water shortages, in part, by increasing water re-use for such nonpotable uses as irrigation. Diverting wastewater effluent from return flows to consumptive uses reduces the need for water withdrawal, but does not reduce the rate of water consumption.



**Figure IV-1.  Survey of Likely Water Shortages over the Next Decade under Average Conditions (GAO, 2003)**



**Figure IV-2.  Examples of Energy-Water Conflicts**

1.  As a result of a 1999 drought, water-dependent industries along the Susquehanna reported difficulty getting sufficient water supplies to meet operational needs (GAO, 2003).
2.  Browns Ferry Nuclear Power Plant, part of the TVA complex on the Tennessee River, often experiences warm river flows, such that the temperature of the water at the plant's cooling intakes often approaches or exceeds the Alabama water quality criterion of 86 °F, nearly the plant's discharge limit of 90 °F (Curlee and Sale, 2003; Gibson, 2006).
3.  Low water on the Missouri River leads to high pumping energy, blocked screens, lower efficiency, load reduction, or shutdown at power plants (Kruse and Womack, 2004).
4.  Tennessee Governor imposed a moratorium in 2002 on the installation of new merchant power plants because of cooling constraints (Curlee and Sale, 2003).
5.  Georgia Power lost a bid to draw water from the Chattahoochee River for power plant cooling (Hoffman, 2004).
6.  Arizona rejected permitting for a proposed power plant because of potential impact on a local aquifer (*Tucson Citizen*, 2002).
7.  A New York Entergy plant was required to install a closed-cycle cooling water system to prevent fish deaths resulting from operation of its once-through cooling water system (Clean Air Task Force, 2004a).
8.  Southern States Energy Board member states cited water availability as a key factor in the permitting process for new merchant power plants (Feldman and Routhe, 2003).
9.  South Dakota Governor called for a summit to discuss drought-induced low flows on the Missouri River and the impacts on irrigation, drinking-water systems, and power plants (U.S. Water News Online, 2003).
10. Washoe County, Nevada, residents expressed opposition to a proposed coal-fired power plant's planned water use (*Reno-Gazette Journal*, 2005).
11. Proposed coal-fired power plant on Lake Michigan (Wisconsin shore) strongly opposed by environmental groups because of potential effects of the facility's cooling-water-intake structures on the lake's aquatic life (*Milwaukee Journal Sentinel*, 2005).
12. Hot discharge water from the Brayton Point coal plant on the Massachusetts/Rhode Island border cited by EPA as contributing to an 87 percent reduction in fin fish in Mt. Hope Bay; EPA mandates a 94 percent reduction in water withdrawal, replacing seawater cooling with freshwater cooling towers (Clean Air Task Force, 2004b).
13. University of Texas researchers said power plants would have to curtail production if 20th century drought conditions recurred (Clean Air Task Force, 2004a).
14. Idaho opposed two proposed power plants because of impact on aquifer (U.S. Water News Online, 2002).



**Figure IV-3.  Trends in Total Freshwater Withdrawals, 1950–2000 (Hutson et al., 2000)**

While the USGS reported water withdrawal data in 2000, USGS last reported data for consumption in 1995, and the last detailed study was done in 1978 (U.S. Water Resources Council, 1978).  As the GAO reported to Congress in 2003 (GAO, 2003):

> National water availability and use has not been comprehensively assessed in 25 years, but current trends indicate that demands on the Nation's supplies are growing. In particular, the Nation's capacity for storing surface-water is limited and groundwater is being depleted. At the same time, growing population and pressures to keep water in streams for fisheries and the environment places new demands on the freshwater supply. The potential effects of climate change also create uncertainty about future water availability and use.

**WATER MANAGEMENT CHALLENGES**

Managing water resources requires balancing the competing needs for water with the availability of supplies and storage capacity. Reservoirs store water to mitigate the effects of seasonal and annual variations in supply. Water resources are managed to meet the needs of a range of uses, including irrigation, recreation, hydroelectric power,

downstream communities, industry, thermoelectric plants, and in-stream uses, such as navigation, fisheries, and wildlife habitat.

The Tennessee River system provides an example of the challenges of managing a watershed to meet competing needs. Tennessee Valley Authority (TVA) operates the Tennessee River system to provide a wide range of public benefits: navigation, flood damage reduction, affordable electricity, water quality, water supply, recreation, and economic growth.  Each of these benefit areas is supported by different stakeholders, who typically want the system managed to serve their interests first.

TVA conducted a Reservoir Operations Study to determine whether changes in river system operation would produce greater overall public value.  The resulting new operational strategy improves recreation, commercial navigation, and aquatic habitat with a total economic benefit of $11.5 million ($9 million in revenues from recreation and shipper savings of approximately $2.5 million), which will be largely offset by the increase in power costs of approximately $14 million annually (TVA, 2004; Gibson, 2006).

## SURFACE WATER CONCERNS

Climate change and climate variability can have a dramatic impact on water supplies, with the most obvious impact being drought. But even high precipitation provides no guarantee of adequate water if the inflow from precipitation does not come at the right time. For example, snow pack provides 75 percent of the water supply in the West (USDA, 2004b), and snow pack is a key part of water storage in some areas. While reservoirs on the middle and lower Colorado River basin can store several times the annual river flow, reservoirs on the Columbia River can store only about 30 percent of annual flow. When warm temperatures cause rain instead of snow or snow melts earlier, Columbia River reservoirs do not have the capacity needed to store the early inflow. Water then has to be released early and is not available later for the reservoir's customers. In the past 50 years, peak stream flow has occurred earlier, typically by 10 to 40 days, and spring snow pack has decreased by 11 percent (Mote, 2004).

Long-term cyclical changes in precipitation patterns and the effect on flows in rivers and the operation of reservoirs and hydroelectric plants are a major concern to the energy industry. The 2001 drought in the Northwest significantly reduced hydroelectric power production, leading to the loss of thousands of jobs in the energy-intensive aluminum industry (Washington State Hazard Mitigation Plan, 2004). Such loss of hydroelectric power affects not only total power generation, but also power reliability. Because the level of output from hydropower can be quickly changed, it is used to provide peaking power when demand is highest. Peaking capability is especially valuable in the summer, when high temperatures and high humidity can reduce generation efficiency from thermoelectric plants. In the absence of hydroelectric power, peaking needs are being met in most cases by natural gas.

As illustrated in Figure IV-2, for those who build and operate power plants across the Nation, the consequences of limited water availability are already clear: there is a significant incentive to decrease the water intensity of energy infrastructure in a cost-effective manner. Power plants that use open-loop cooling require plentiful supplies of water and may no longer be the economic design option. Limited availability, poor quality, and invasive species such as zebra mussels in rivers and lakes can restrict cooling and power generation by fouling intake structures, which has driven advancement of science to control zebra mussels. When warm weather or low flow leads to high water temperatures at the plant inlet, then plants may have to reduce generation to avoid exceeding discharge temperature limits specified in plant operating permits. In a few cases, low flows, other environmental concerns, and increasing value of water are providing incentives for the replacement or upgrade of open-loop cooling systems with new cooling systems to achieve water-efficient and economical generation of power.

Low surface water levels can also affect thermoelectric plants using closed-loop cooling systems. Generally, these plants secure long-term access to water, if necessary, before installation. However, if surface waters are severely constrained by drought, plant water supplies could be impacted, especially if priority rights or water sharing are imposed.

## GROUNDWATER CONCERNS

Almost 40 percent of water provided by private water suppliers is from groundwater sources, serving 90 million people in all 50 states; another 40 million are self-supplied

with groundwater (Solley et al., 1998). Some aquifers are adjacent to surface waters. When these aquifers are drained, levels of adjacent surface waters decline, and some riverbeds dry out. Other aquifers are isolated from surface waters. Recharge of these aquifers can be very slow, and the water that is being pumped may have taken decades, centuries, or even longer to accumulate. Visible impact of over-with-drawal occurs in some areas as the land surface sinks when the underlying water is removed. Table IV-1 highlights dramatic evidence of groundwater depletion around the country.

Energy facilities dependent on groundwater supplies may have secured exclusive long-term withdrawal permits or may be drawing water from aquifers with multiple users. In either case, if the rate of withdrawal exceeds the rate of recharge, then over time, water must be pumped from ever greater depths. Ultimately, there is a risk that freshwater from the aquifer will become fully depleted, leading to loss of water supplies.

As aquifers are drawn down, they often yield brackish waters; these require treatment before use in a closed-loop cooling system. The increased energy requirements for water pumping and treatment will decrease net plant output and could increase the cost of power.

## POTENTIAL IMPACT OF FUTURE POWER GENERATION ON WATER SUPPLIES

Figure IV-4 shows the expected increases in power generating capacity from 1995 to 2025, as projected by the AEO2004 reference case (EIA, 2004c). (EIA's reference case is based on business-as-usual trend forecasts, given known current technology, techno-logical and demographic trends, and current laws and regulations.)

The regions where capacity growth is expected are regions with high population growths, as shown in Chapter I, Figure I-2. Many of these areas are already facing water supply limitations, and efforts to build new power plants in these areas are encountering resistance from the public and from government officials because of concerns

**Table IV-1. Examples of Declining Groundwater Levels (Bartolino and Cunningham, 2003)**

| Region | Groundwater Decline |
|---|---|
| Long Island, NY | Water table declined, stream flows reduced, salt water moving inland |
| West-central Florida | Groundwater and surface water declining, salt water intruding, sink holes forming |
| Baton Rouge, LA | Groundwater declining up to 200 feet |
| Houston, TX | Groundwater declining up to 400 feet, land subsidence up to 10 feet |
| Arkansas | Sparta aquifer declared "critical" |
| High Plains | Declines up to 100 feet, water supply (saturated thickness) reduced over half in some areas |
| Chicago-Milwaukee area | Groundwater serving 8.2 million people has declined as much as 900 feet, declining 17 feet/yr |
| Pacific Northwest | Declines up to 100 feet |
| Tucson/Phoenix, AZ | Declines of 300 to 500 feet, subsidence up to 12.5 feet |
| Las Vegas, NV | Declines up to 300 feet, subsidence up to 6 feet |
| Antelope Valley, CA | Declines over 300 feet, subsidence over 6 feet |

that proposed plant designs are too water-intensive, and should be changed to less water-intensive designs, as highlighted in Figure IV-2.

The impact of power generation on future water demand depends on the type of generation installed and the rate at which existing plants are retired.  Under a business-as-usual case, where most new power is provided by water-cooled thermoelectric power plants, the most dramatic changes will occur if old plants using seawater or freshwater open-loop plants are retired, and replacement plants as well as capacity additions are installed with evaporative closed-loop cooling.  Water withdrawal requirements for evaporative closed-loop cooling are only 1 to 2 percent of the requirements for open-loop cooling,

but evaporative closed-loop cooling systems can consume up to twice as much water as open-loop cooling systems (details are given in Table V-1).  Alternatives to freshwater closed-loop cooling, including dry cooling, are discussed in Chapter V.

The potential impacts of various power-generation scenarios on water withdrawal and consumption are illustrated by a study of thermoelectric power plant retirements and additions conducted by the National Energy Technology Laboratory (Hoffmann et al., 2004).  This study looked at power plant retirements and additions, based on the Energy Information Administration (EIA) reference case.  The results presented here were revised to incorporate the reference case from the 2006 Annual Energy Outlook (EIA, 2006), as shown in Figure IV-5.



**Figure IV-4.   Comparison of Regional Thermoelectric Generation Capacity by North American Electric Reliability Council Region, 1995–2025 (Hoffmann et al., 2004)**

The results show the range of water withdrawal and consumption possible, depending upon which plants are retired (e.g., seawater or freshwater cooled) and whether open-loop cooling systems were reused in new plants or replaced with closed-loop cooling systems. As shown in Figure IV-6, not much change in water withdrawal rates is expected. Withdrawal requirements could increase slightly as additional plants are installed or could decline somewhat if plants using freshwater open-loop cooling are replaced by plants using other cooling systems. However, as shown in Figure IV-7, freshwater consumption by the power-generation sector could more than double if evaporative closed-loop cooling is used for new and replacement generation capacity (the high-consumption case). Only in the case that capacity additions are installed in coastal areas and use seawater for open-loop cooling would consumption remain flat (the low-consumption case). The water required in the high-consumption case is equivalent to the daily domestic water consumption of about 50 million people. This would have a significant impact on the availability and value of water given competing uses, including agricultural and nonagricultural water consumption.



**Figure IV-5.  Projected Steam-Electric Generation Capacity by Type Projected from EIA Reference Case (EIA, 2006)**



**Figure IV-6.  Range of Projected Daily Freshwater Withdrawal for Thermoelectric Power Generation (revised from Hoffmann et al., 2004)**



**Figure IV-7.  Range of Projected Freshwater Consumption for Thermoelectric Power Generation (revised from Hoffmann et al., 2004)**

# Chapter V.  Opportunities to Secure America's Energy and Water Future

**ADDRESSING FUTURE WATER NEEDS IN THE POWER SECTOR**
There are a number of technologies in various stages of development with the potential to reduce the use of water per unit energy (the water intensity) for power generation.  These technologies will be deployed when they are economical, based on changes in water value and availability.  Potential options for meeting future energy production and generation needs with reduced water use intensity are identified below.

Table V-1 and Figures V-1 and V-2 show water use for a range of electric-generating technologies, including water use for fuel extraction and processing.  Data supporting the table are found in Appendix A for energy extraction and in Appendix B for power generation.  (Not included in the figures is the water required to manufacture and construct energy facilities, such as the water used in manufacturing the components of, or to construct, a power plant.)

> **Advanced Cooling for Thermoelectric Power Plants**
> *Opportunity: Reduces water use.*
> *Gap: Cost, complexity, hot weather performance, scalability to large power plants*

The amount of water used to condense steam from steam-driven turbine generators (per unit electricity output) depends on the type of cooling system and the efficiency of the turbine.  Turbine efficiency increases as the difference between the steam temperature and the condensing temperature increases.  Plants with higher efficiencies require less cooling per unit energy produced.  Coal plants operate at higher temperatures than today's nuclear plants, as

shown in Table V-1, so coal plants require less water than today's nuclear plants.  Some renewable power plants also use steam turbines with closed-loop cooling.  These include solar thermal troughs, solar power towers, and geothermal steam plants.

**Dry Cooling** – One approach to reduce water use in thermoelectric plants is to replace the evaporative cooling towers in closed-loop systems (Figure II-3) with dry cooling towers cooled only by air, but there is an impact on plant efficiency.

Evaporative closed-loop cooling provides cooling that approaches the dew point temperature.  Dry cooling can approach only the ambient air temperature.  Unless the relative humidity is 100 percent, the air temperature is always higher than the dew point, so the outlet temperature of a dry-cooling system will almost always be higher than for an evaporative system.  As the cooling system outlet temperature increases, plant efficiency decreases.  In other words, plant efficiency is higher for plants using evaporative cooling than for plants using dry cooling, especially in a hot, arid climate.

Over the course of a year, the output of a plant with dry cooling will be about 2 percent less than that of a similar plant with evaporative closed-loop cooling, depending on the local climate.  However, in the hottest weather, when power demands are highest, plant efficiency may decrease by up to 25 percent (USDOE, 2002a).  Decreased plant efficiency means increased fuel use and increased emissions.  This could provide greater incentives for other efficiency and emission control technology improvements.  In addition, dry cooling systems must be larger than comparable evaporative closed-loop systems, and that increases the cost for

**Table V-1.  Water Intensity for Various Power Generation Technologies**
**(EPRI, 2002a; CEC, 2002; CEC, 2006; Grande, 2005; Leitner, 2002; Cohen et al., 1999)**
See Appendix A for Fuel References

| Plant-type | Process | Water intensity (gal/MWh$_e$) | | | |
|---|---|---|---|---|---|
| | | Steam Condensing | | Other Use | |
| Steam | | Withdrawal | Consumption | Withdrawal | Consumption |
| Coal | Mining | | | | 5–74 |
| | Slurry | | | 110–230 | 30–70 |
| Fossil/ biomass/ waste | OL Cooling | 20,000–50,000 | ~300 | ~30** | |
| | CL Tower | 300–600 | 300–480 | | |
| | CL Pond | 500–600 | ~480 | | |
| | Dry | 0 | 0 | | |
| Nuclear | Mining and Processing | | | | 45–150 |
| Nuclear | OL Cooling | 25,000–60,000 | ~400 | ~30** | |
| Nuclear | CL Tower | 500–1,100 | 400–720 | | |
| Nuclear | CL Pond | 800–1,100 | ~720 | | |
| Nuclear | Dry | 0 | 0 | | |
| Geothermal Steam | CL Tower | ~2000 | ~1400 | Not available | |
| Solar trough | CL Tower | 760–920 | 760–920 | 8** | |
| Solar tower | CL Tower | ~750 | ~750 | 8** | |
| Other | | | | | |
| Natural Gas | Supply | | | | ~11 |
| Natural Gas CC | OL Cooling | 7,500–20,000 | 100 | 7–10** | |
| | CL Tower | ~230 | ~180 | | |
| | Dry | 0 | 0 | | |
| Coal IGCC* | CL Tower | ~250 | ~200 | 7–10 + 130 (process water)** | |
| Hydro-electric | Evaporation | | | | 4500 (ave) |

**Side note (right of Coal/Fossil rows):** Mining of coal consumes 0.07 to 0.26 billion gallons per day

**Side note (right of lower rows):** Thermo-electric power generation withdraws 136 billion gallons per day and consumes 3.3 billion gallons per day

OL = Open loop cooling, CL = Closed Loop Cooling, CC = Combined Cycle
*IGCC = Integrated Gasification Combined-Cycle, includes gasification process water
Other Use includes water for other cooling loads such as gas turbines, equipment washing, emission treatment, restrooms, etc.
**References did not specify whether values are for withdrawal or consumption.



**Figure V-1. Water Withdrawal for Power Generation**



**Figure V-2. Water Consumption for Power Generation**

construction, installation, operation maintenance, and land. The result is that, as the value of water increases, there is increased need and value for technologies that reduce water and energy use, especially to meet peak demand on hot days, when dry-cooled systems lose efficiency.

In total, dry-cooled systems impose a cost penalty ranging from 2 to 5 percent (Maulbetsch, 2006a) to 6 to 16 percent (CEC, 2002) for the cost of energy compared to evaporative closed-loop cooling. These ranges reflect the fact that the cost penalty is highly dependent on the value placed on the energy that is not generated and must be replaced when the weather is hot and demand is high. Dry cooling is best suited to wet, cool climates (not the dry, arid climates of the West where water is most scarce). As of 2002, dry cooling had been installed on only a fraction of 1 percent of U.S. generating capacity, mostly on smaller plants (CEC, 2002).

**Hybrid Cooling –** Hybrid cooling systems combine dry cooling and wet cooling to reduce water use relative to wet systems while improving hot-weather performance relative to dry systems. Hybrid cooling has also been used for plume abatement, reducing the vapor exhaust to avoid potential foggy or icy conditions on nearby roadways, but these systems do not emphasize water conservation. Most hybrid systems have been installed for plume abatement, with a notable exception located at the Public Service Company of New Mexico (PNM) San Juan Generating Station (see sidebar) (CEC, 2002).

One approach to hybrid cooling is spray cooling enhancement of air-cooled condensers (EPRI, 2003b). This approach is low cost but uses a significant amount of water during operation and could lead to scaling or corrosion of the condenser. Thus, it is best suited for applications where enhanced cooling is needed only on the order of one hundred hours per year (Maulbetsch, 2006b).

An alternative approach useful when extended operation is needed (e.g., a thousand hours per year) is a parallel wet/dry system, which uses a dry tower and a conventional evaporative cooling tower to augment cooling in the hottest weather. These have been applied successfully to small power plants, but Micheletti and Burns caution that application of this approach to large (400 MW) plants might be difficult to control (Micheletti and Burns, 2002).

The Public Service Company of New Mexico operates a hybrid cooling tower at its coal-fired San Juan Generating Station. PNM reports that "Unit 3 at San Juan has a 'hybrid' cooling tower—one that can run in both wet and dry modes. Unfortunately, this unit has not performed as well as the wet cooling tower units. Engineering estimates indicate that converting the plant to dry cooling could add at least 10 percent to the cost of electricity production because of lower energy efficiency and increased construction and maintenance costs. Because of the 'energy penalty' thus imposed, the amount of emissions per megawatt produced will also increase with the use of dry cooling."
http://www.pnm.com/environment/sj_water.htm

| Combined-Cycle Gas Turbines |
|---|
| *Opportunity: Reduce water use by half.* |
| *Gap: High cost of fuel and increasing* |
| *dependence on imports (gas). Technology* |
| *validation (coal).* |

Natural-gas-fired combined-cycle gas turbines use (withdraw and consume) about half as much water as coal-fired plants and have been deployed in large numbers in recent years. The gas turbines in these plants provide two-thirds of their power generation. The hot exhaust from the gas turbine is used to generate steam, which drives a steam turbine to provide the remaining generation. Water use is reduced because only the steam turbine requires condensate cooling. In recent years, simple-cycle and combined-cycle natural gas turbine plants have provided much of the new generating capacity installed in the U.S. But as natural gas prices have increased, the EIA forecasts fewer installations of these plants and increased installations and upgrades of conventional thermoelectric plants (EIA, 2000; EIA, 2006).

Integrated Gasification Combined-Cycle power plants are being developed that combine coal gasification with a combined-cycle gas turbine. As with the natural-gas combined-cycle plants, water use is lower than for conventional thermoelectric plants, although, as shown in Table V-1, some water is consumed in converting coal to syngas (Feeley, 2005).

| Renewable Electric Power |
|---|
| *Opportunity: Reduce water use, provide peak* |
| *power needs, carbon-free.* |
| *Gap: Cost, manufacturing/deployment capacity.* |
| *For some technologies, intermittency/need for* |
| *storage at high penetration.* |

Some renewable energy technologies consume no freshwater during operation, so they are not included in Figures V-1 and V-2. These technologies include
- Wind
- Solar photovoltaics
- Solar dish-engine
- Geothermal hot water (binary) systems that are air cooled
- Run-of-river hydroelectric
- Ocean energy systems

In addition, existing reservoirs that do not currently have hydroelectric capacity are candidates for power generation. To reduce impacts on the aquatic environment, these plants could use fish-friendly turbines.

Of these technologies, wind is currently being installed in the largest quantities, with more than 6300 MW of capacity installed in the United States (USDOE, 2005a). Solar photovoltaic systems installation is also expanding rapidly, with approximately 400 MW installed through 2004 (Margolis, 2006). Generation of electrical power by these low water use technologies can help offset power generation from more water-intensive technologies (Thresher, 2005; USDOE, 2006b; USDOE, 2006c).

A common concern is that while geothermal, hydropower, solar thermal power with integrated storage, and biomass power can provide dispatchable power, other technologies, such as wind and solar photovoltaic, are intermittent and must be backed up by other generating systems. However, demand for electricity also fluctuates throughout the day. Connecting modest amounts of intermittent renewable sources to the grid has not been shown to undermine grid stability. On the contrary, both solar and wind have the potential to improve grid operation by providing power when it is most needed, during the hottest/windiest part of the day, as shown in Figure V-3 for solar generation.

At some point, deployment of solar and wind technologies could increase the need for energy storage. In terms of technical capability, hydroelectric generation, including pumped storage, has the capacity to meet these potential needs. Grid support can also be provided with other peaking technologies or with other storage technologies.



**Figure V-3. Peak Reduction from Combined Use of Solar Energy and Demand Management in a Residential Application (USDOE, 1999)**

## ADDRESSING WATER NEEDS IN THE EMERGING FUEL SECTOR

Much of the country's current transportation fuels are derived from imported petroleum. An approach being considered to reduce dependence on foreign sources of energy is to increase the development and use of domestic energy sources, and most energy extraction and processing activities require water. The water use per-unit-energy for fuel extraction and processing is summarized in Figure V-4. Some options to address these challenges are discussed below.

> **Oil Shale**
> *Opportunity: Large domestic resource.*
> *Gap: Cost, potential water demand, technology to mitigate environmental impacts.*

The U.S. is estimated to have two trillion barrels of oil in the form of oil shale deposits, which is more than triple the proven oil resources of Saudi Arabia. Due to historically high costs for development, oil shale is not currently widely produced in the U.S., but is increasingly being considered as a major future source of domestic oil supplies (USDOE, 2004b).

Initial recovery work focused on mining and above-ground processing (retorting) that consumed 2 to 5 gallons of water per gallon of refinery-ready oil (Bartis, 2005). Providing 25 percent of U.S. oil demand would require 400 to 1000 million gallons of water per day. Because oil shale resources are predominantly located in areas where water availability is limited and has a high value, oil shale development may be constrained. In addition, runoff could wash salt from shale residue into surface waters.

More recently, an electrically-driven underground process is being prototyped that does not directly use water. However, generation of the required electricity would consume about one-third of the energy produced (Bartis, 2005). If combined-cycle gas turbines with evaporative closed-loop cooling systems were used to produce the electricity, consumptive requirements would be approximately 250 million gallons of water per day.

In either case, the energy consumed to produce fuel from oil shale will increase U.S. emission of carbon dioxide by up to 50 percent per unit energy, unless carbon-free energy sources are used for mining and processing or unless a vigorous program of carbon sequestration is implemented.

> **Renewable and Alternative Fuels**
> *Opportunity: Renewable, carbon-neutral domestic fuels and fuels from domestic coal and gas.*
> *Gap: Technology, cost. Water use for current biofuel production.*

As noted in Chapter II, biofuels currently provide about 3 percent of our transportation fuels. In the future, biofuels are being considered as a potential domestic source for producing significantly larger volumes of transportation fuel (USDOE, 2005d; Tyson et al., 2004; Perlack et al., 2005).

Currently, the most water-intensive aspect of biofuel production is growing the feedstock. When that feedstock is corn or soy (used to make ethanol and biodiesel, respectively) and the feedstock is grown on irrigated land, the water consumption is quite high, as shown in Figure V-4.

On the other hand, biofuel feedstock produced from crop residues in excess of those needed to maintain a healthy ecosystem, from feedstocks grown without irrigation, or from feedstocks grown with nontraditional water, will have minimal freshwater use intensity associated with production. This could provide significant volumes of bioenergy and biofuels in the future with low water use intensity (Perlak et al., 2005). In all cases, some water use is associated with processing, as shown in Figure V-4, but further technology development is likely to lower these values.

Production of alternative fuels, such as synfuels from coal or hydrogen from methane, also requires water, at up to triple the requirements for water consumption in petroleum refining. Reforming hydrogen from methane is quite water intensive. Even production of hydrogen by electrolysis using a water-independent source of energy like wind requires water as feedstock to the electrolyzers. In summary, virtually every alternative will require as much water as refineries consume now, if not substantially more. To be able to increase domestic supplies of transportation fuels will require



**Figure V-4.  Water Consumption Per-Unit-Energy and Current Water Use for Fuel Extraction and Processing**
See Appendix B for Data References

significant water resources using current approaches and options.

## ADDRESSING FUTURE U.S. WATER NEEDS

Over the past century, the U.S. has had national programs to develop its vast water resources. Programs by the Bureau of Reclamation, the Army Corps of Engineers, and other federal and state agencies have enabled the U.S. to harness the vast surface water resources of the country's river systems, control floods, store water for agricultural, industrial, and domestic uses, and generate hydroelectric power. In parallel, programs through agencies like the USGS have allowed states to exploit tremendous groundwater resources and monitor and manage surface water flows to achieve more efficient use of water. As noted in previous sections, the ability to easily expand freshwater availability may be limited. Some possible options to address the future needs are discussed below.

---

**Increasing and Stretching Water Supplies**
*Opportunity: Improve water supply understanding and utilization, stretch water supplies.*
*Gap: Lack of water consumption data, water storage to address increased needs, climate variability, policy, coordination.*

---

The rate of water withdrawal grew as the economy grew through most of the last century but has leveled off and even declined in recent years. Changes in the rate of consumption are more difficult to assess. The last USGS report on water consumption was for 1995 (Solley et al., 1998), and the last detailed analysis was published in 1978 (U.S. Water Resources Council, 1978). Meanwhile, there are many signs that consumption, if not growing, may still be outpacing available supplies: aquifers are declining, stored water levels are low, and communities are seeking to improve their access to water supplies, in part through desalination and re-use of water. However, best courses of action cannot be accurately determined without detailed water use and consumption data, which are lacking.

**Water Storage** – Storage is an important part of any water infrastructure. Reservoirs capture runoff for release at a later time, making available freshwater that would otherwise have flowed downstream. Several factors have affected the availability and use of freshwater supplies: decreased water storage capacity because of reservoir sedimentation, requirements to limit water level fluctuations within the reservoir (for recreation or aesthetic reasons), or requirements to meet downstream flow targets for fish and wildlife needs. Another type of storage is the natural storage of moisture in snow pack. Recent climate trends suggest that snow packs are decreasing over time and annually are melting earlier (Mote, 2004). The decreased storage of water in snow packs will limit the reliable yield of river systems that derive much of their flow from the melting of snow pack. Thus, even without changes in the amount of man-made storage, reliable yields of some rivers are likely to decrease if these snow pack trends continue.

Few surface-water storage projects have been built in recent years, and groundwater supplies in some parts of the Nation are in decline. There are promising means of increasing storage in order to increase reliable yields of water that involve the use of aquifers as part of the water management system (AwwaRF, 1996; AwwaRF, 2005a) . This includes "conjunctive use" (wherein groundwater and surface water are managed jointly, using surface water when it is abundant and groundwater during dry seasons and dry years). In addition, artificial recharge and aquifer storage and recovery

are approaches that can increase reliable supplies by purposefully augmenting recharge with excess surface water (or treated effluent) in times when it is readily available, and then withdrawing that water in times of shortage. There are, however, significant energy implications of these technologies in terms of the energy that is required to treat and inject water and then to pump it out when the water is needed. In addition, there are efficiency questions with these technologies. Not all of the water injected can ever be withdrawn. Also, there are a variety of geochemical problems that can arise from the mixing of surface water and groundwater in the aquifer. These problems can result in the long-term decline in the effectiveness of these storage systems (Hirsch, 2006).

**Desalination –** Options to expand freshwater supply include use of impaired water such as brackish groundwater or seawater. Saline groundwater underlies much of the country, as shown in Figure V-5. These waters may be converted to potable water by using desalination. Desalination requires more energy than typical public water supplies, as shown in Figure V-6. Energy requirements for desalination are similar to the requirements for pumping water long distances via projects like the California State Water Project.

Another source of brackish water is produced water from oil and gas extraction. Produced water from conventional oil and gas production is usually saline, while produced water from coal bed natural gas production may be fresh or nearly fresh. Depending on their resultant quality, these produced waters may be used with minimal cleanup for nonpotable applications such as irrigation. If the water is more heavily contaminated, treatment and disposal following applicable laws and regulations may be the only alternative.



**Figure V-5. Degraded Water Resources of the U.S. (USGS, 2003)**



**Figure V-6. Energy Requirements for Water Desalination (CEC, 2005; Watson et al., 2003; Pankratz and Tonner, 2006; Miller, 2003; Affordable Desalination Coalition, 2006)**

**Use of Degraded Water** – Freshwater supplies can be supplemented by use of degraded water, such as produced water from oil and gas extraction (Figure V-7) and discharge from wastewater treatment plants. Degraded water can be recycled into applications such as EOR, or it can be treated, if necessary, and made available for various uses, such as irrigation, power plant cooling, and industrial and domestic uses. Re-use/recycle reduces withdrawal rates and pumping costs but may increase energy needed for treatment.

**Coordinated Energy and Water Conservation** – Water and energy conservation measures represent an opportunity to stretch both resources. Reducing water consumption can save energy for water supply and treatment as well as for heating water and thus reduce the requirements for water for the energy sector. Power companies often have the authority to invest in programs that save energy, but as noted by the California Energy Commission, utilities may not have the authority to invest in customer programs that lead to energy savings by reducing water consumption (CEC, 2005).

**Synergistic Energy and Water Production** – Throughout the energy sector, there are opportunities to co-produce energy and water. Locating power plants adjacent to water treatment facilities or more brackish or produced water resources could at least partially displace freshwater needs. In addition, waste heat from power plants can be used in some desalination cycles, and biogas from wastewater treatment plants can be used to generate power. Within the energy sector, the need to provide heat for regasification of liquefied natural gas fits well with the need to provide cooling for power plants.



Explanation
Oil Production    Mixed Production
Gas Production    Dry Wells

**Figure V-7.  U.S. Oil and Gas Resources (USGS, 2006)**

# Chapter VI.  Addressing Energy-Water Challenges: Bridging the Gaps

To sustain a reliable and secure energy future that is cost effective, environmentally sound, and supports economic growth and development, the energy and water challenges and gaps identified in the previous chapters must be effectively addressed.  This includes consideration of the impact that water policies and regulations have on energy supplies and demands, and the impact energy policies and regulations have on water demands and availability.

Properly quantifying and valuing energy and water resources will enable the public and private sectors to better balance the energy and water needs of all users and develop strategies and approaches to enhance future energy security and sustainability.  Major considerations are described in the following sections.

## COLLABORATION ON RESOURCE PLANNING

Collaboration on energy and water resource planning is needed among federal, regional, and state agencies as well as with industry and other stakeholders. In most regions, energy planning and water planning are done separately.  The lack of integrated energy and water planning and management has already impacted energy production in many basins and regions across the country. For example, in three of the fastest growing regions in the country, the Southeast, Southwest, and the Northwest, new power plants have been opposed because of poten-tial negative impacts on water supplies. (*Tucson Citizen, 2002*; *Reno-Gazette Jour-nal, 2005*; U.S. Water News Online, 2002 and 2003; Curlee, 2003).  Also, recent droughts and emerging limitations of water resources has many states, including Texas, South Dakota, Wisconsin, and Tennessee,

scrambling to develop water use priorities for different water use sectors (Clean Air Task Force, 2004a; *Milwaukee Journal Sentinel, 2005*; GAO, 2003; Curlee, 2003; Hoffman, 2004; U.S. Water News Online, 2003).  Also see Chapter IV, Figure IV-2 for other examples.

Mechanisms, such as regional natural resources planning groups, are needed to foster collaboration between stakeholders and regional and state water and energy planning, management, and regulatory groups and agencies.  These types of collaborative efforts are needed to ensure proper evaluation and valuation of water resources for all needs, including energy development and generation.

## SCIENCE AND SYSTEM-BASED NATURAL RESOURCE POLICIES AND REGULATIONS

Often, polices or regulations developed to support or enhance one area, such as increasing domestic energy supplies through EOR, could have unintended negative impacts on regional or national freshwater availability or water quality. System-level evaluations by stakeholders and government agencies can be used to assess the impact of current or proposed natural resource policies and regulations and improve future energy development and water availability.

## ENERGY-WATER INFRASTRUCTURE SYNERGIES

When the energy infrastructure is evaluated in a system context, significant improve-ments in energy and water conservation can often be realized through implementation of innovative processes or technologies, co-location of energy and water facilities, or improvements to energy and water infra-structures.  Past investments in the water

49

infrastructure by creating dams and surface-water reservoirs in the U.S. over the past 80 years have significantly improved the availability of water for some applications and decreased its availability for other applications. There will continue to be competition for water resources between different users, and ways to reduce these conflicts through coordinated infrastructure development would be beneficial.

## BRIDGING THE GAPS: DIRECTION AND IMPLEMENTATION

Based on the emerging trends in energy and water natural resource availability and use, the U.S. will continue to face issues related to natural resource planning and management. Available surface water supplies have not increased in 20 years, and groundwater tables and supplies are decreasing. Ensuring ecosystem health could further constrain freshwater supplies.

At the same time, populations continue to grow and move to areas with already limited water supplies. Based on current water markets and values, the growth in energy demand, along with stricter environmental regulations on cooling water withdrawals, could double water consumption for electric power generation over the next 25 years, consuming as much additional water per day as 50 million people or more.

The increasing and interrelated value of water and energy production and electric-power generation has been documented in many river basins across the country as noted in Chapter IV. Additionally, changes in energy strategies in the electricity and transportation sectors could further increase water consumption and the value of fresh-water supplies.

Two major activities are under way that can help provide insight to these emerging critical energy-water challenges. These two activities are independent but are closely related and should be considered as programs and approaches are developed to address emerging energy and water issues.

**Subcommittee on Water Availability and Quality** – In August 2004, the Office of Science and Technology Policy and the Office of Management and Budget called for a *"coordinated, multi-year plan to improve research to understand the processes that control water availability and quality, and to collect and make available the data needed to ensure an adequate water supply for the Nation's future."* (SWAQ, 2004)

That work is being carried out by the Subcommittee on Water Availability and Quality (SWAQ), established under the National Science and Technology Council Committee on Environment and Natural Resources (SWAQ, 2004). The SWAQ includes representatives from the federal agencies associated with water management, water monitoring, water availability, and water quality.

Many of the energy security and reliability issues and challenges identified in this report are impacted by water availability and quality and the collection of water data. Therefore, many of the challenges identified are issues that will be considered by SWAQ in its broader review of water research and water data needs. The challenges identified in this report should be provided to the SWAQ for their review and integration as they find appropriate. This will provide a national-level screening by federal water agencies of appropriate priorities and implementation strategies.

**Energy-Water Research Roadmap** – As a next step in addressing emerging critical energy and water challenges, Congress provided funding in FY 2005 for DOE to initiate an Energy-Water Science and Technology Research Roadmap.

The purpose of the Roadmap is to help DOE and the Nation assess current regional and national energy and water issues and concerns, and identify appropriate interactions and coordination approaches with federal and state energy and water agencies. As defined by Congress, these efforts must ensure that the following energy and water issues are addressed in the future:

1.  Energy-related issues surrounding adequate water supplies and optimal management and efficient use of water.
2.  Water-related issues surrounding adequate supplies, optimal management, and efficient use of energy.

The Energy-Water Research Roadmap effort included a series of workshops with participation by representatives from a broad range of user communities, including environmental organizations, policy and regulatory groups, economic development organizations, industry/supplier associations, government agencies (federal, state, tribal), nongovernmental organizations, science and technology providers (national laboratories, universities, research institutions), water and energy resource management and generation and production groups, and other knowledgeable stakeholders from across the country.

The workshops were led by Sandia National Laboratories with support from the Utton Transboundary Resources Center of the University of New Mexico School of Law and Lawrence Berkley National Laboratory, and were facilitated by McNeil Technologies. The workshops were developed under the guidance of Energy-Water Nexus

Executive Committee and the National Laboratory Energy-Water Nexus Committee. The Executive Committee includes eighteen representatives from the federal government, industry, and universities. The National Laboratory committee includes all of the twelve DOE national laboratories.

Three regional workshops were held to identify critical regional issues and needs that could be combined to produce a broader framework of national issues. These workshops were held November 2005 in Kansas City (56 participants), December 2005 in Baltimore (94 participants), and January 2006 in Salt Lake City (121 participants). Each workshop identified a number of regional issues and concerns. As expected, many of the concerns identified are common throughout the country. Most regions and subregions, specifically in the West, Central, and Southeastern parts of the U.S., are trying to deal with growing water shortages and the impact of increasing water demands of several sectors on future growth, energy resource value, and future energy and water availability and costs.

The regional needs-assessment workshops were followed by a technical evaluation workshop in March 2006 to identify gaps between current federal and state energy and water research and management programs and future needs and directions. This was followed by a national technology innovation workshop, held in May 2006, to identify major science and technology research and development steps needed to address these challenges and bridge these gaps.

## SUMMARY

As identified in this report, the Nation has started to experience an increased need and value for technologies that allow energy production with reduced freshwater intensity. There are a variety of indicators that suggest that many regions of the country

may need to reassess the value of energy and water resources and consider new technologies and approaches to optimize economic growth and support long-term energy and water supply reliability and sustainability.

By the end of 2006, the combined efforts of the SWAQ and the Energy-Water Science and Technology Research Roadmap should provide a much more detailed understanding of the major water issues and needs across the country. The information developed through the SWAQ and the Energy-Water Research Roadmap should provide a strong foundation to help address these emerging energy-water challenges.

# Appendix A:  Water Use in Energy Extraction, Processing, Storage, and Transportation

## OVERVIEW

This appendix provides supporting data on the use of water and water resources in the various stages of energy-resource extraction and production including energy extraction, refining and processing, energy transportation, and energy storage.  Data are presented at a national level, with an emphasis on the impacts of energy production, generation, and use on water resource availability and water quality.

To permit a relative comparison of the water needed to develop and utilize a broad range of energy resources, the information is presented as the volume of water used per-unit-energy-produced (gallons of water per MMBtu).  The data are summarized in Figure A-1.  Because of the extreme variation in the data, a logarithmic scale is used in the figure.  Some fuels, such as coal and uranium, are used primarily or exclusively for electric power generation.  For these fuels, the water use per unit of thermal energy is shown here; water use per unit of electrical energy is shown in Appendix B.

The details of the water use and impact are summarized for each of the major energy sectors in the sections below.

## COAL

**Coal Mining –** Water needed for coal mining varies by mining method, whether it is surface mining (approximately 90 percent of current Western coal) or underground mining (approximately 65 percent of current Appalachian coal) (EIA, 2003a).  Typical mining processes that require water include coal cutting in underground mines and dust suppression for mining and hauling activities.

In addition, reclamation and revegetation of surface mines also require water, and requirements can be highly variable depending on a variety of factors including coal properties, mining waste disposal methods, and mine location.

Estimates of water requirements for mining activities range from 10 to 100 gallons per ton of coal mined (1 to 6 gal per MMBtu), with the lower range applicable to Western coals with minimal revegetation activities, and the higher end applicable to underground mining of Eastern coals (Gleick, 1994).



**Open-Surface Coal Mine**

Coal can be washed to increase heat content and partially remove sulfur.  In general, the heat content of coal is increased by removing some of the noncombustible matter from the mined product.  An estimated 80 percent of Eastern and interior coal is washed (Toole-O'Neil, 1998).  Western coals typically are



*Water Consumption for Electric Power from Evaporatively-Cooled Combined Cycle Gas Turbine
**One-Time Use for Solution Mining of Salt Cavern

**Figure A-1.  Water Consumption for Energy Extraction, Processing, Storage, and Transport**

found in homogeneous seams with low sulfur content and are rarely subjected to washing. Rather, western coals are usually only subjected to crushing and screening to facilitate handling and to remove some of the extraneous material introduced during the mining process.

Water requirements for coal washing are quite variable, with estimates of roughly 20 to 40 gallons per ton of coal washed (1 to 2 gal per MMBtu) (Gleick, 1994; Lancet, 1993).

In addition to water withdrawn to meet the needs described above, water might naturally accumulate in subsurface mines and be pumped to the surface. Western mines may also have coal seams that must be dewatered. This water, while incidental to mining activities, nevertheless represents withdrawal of groundwater.

Water pumped from mines may be used to supply process needs, including cutting and washing. Excess mine water and discharged process water are contaminated and require treatment via settling ponds or other means. On occasion, water is spilled from mining operations; 300 million gallons of coal sludge spilled in an incident in Kentucky in October, 2000 (Clean Air Task Force, 2004a). Recycling of water in the underground mining process can dramatically reduce water consumption.

By combining 2003 national coal production statistics (EIA, 2006) with the data above, a rough estimate of national water consumption required for coal extraction (mining and washing) is 70 to 260 million gallons per day, approximately 3 to 13 percent of freshwater withdrawals for the mining water-use sector in 2000 (Hutson et al., 2004).

**Coal Transport** – Water is also important for the transport of coal. While more than 70 percent of coal consumed by power plants in 2003 was delivered by rail, approximately 10 percent of coal was transported on the Nation's rivers (EIA, 2003b).

Coal can also be transported by pipeline in the form of coal-water slurry. An example of such a system was the Black Mesa project, which delivered approximately 5.5 million tons of coal per year to the Mojave Power Plant in southern Nevada, until the power plant suspended operations on December 31, 2005. More than 1 billion gallons of water per year were pumped from groundwater aquifers to supply water for the transport of coal to the plant. Coal slurry pipelines typically require water equal to the volume of coal or 11 to 24 gal per MMBtu (Gleick, 1994). About 70 percent of the water can be recycled at the power plant.



**Coal Barges**

Coal and other cargo transport through locks can present energy management challenges during low flows. Use of locks reduces upstream reservoir storage behind dams and can impact downstream power plants. A reservoir can lose about 2 to 10 million gallons of water for each lock operation.



**Figure A-2.  Expected Coal Production, 1970–2030 (million short tons) (EIA, 2006)**

Expected continued reliance on domestic fossil energy sources will require ongoing mining of coal.  To meet U.S. coal demand, the AEO2006 reference case projects continued growth in annual coal production, with the vast majority for use by the electric-generating sector.  The increase in coal production is driven in large part by sulfur emission regulations, driving significant production increases in the western United States as shown in Figure A-2.  This is an increase of up to12 billion gallons per year in water use, enough to support a city of 200,000 people.  Water consumption for domestic and commercial needs averages 30 gal per day per capita nationwide, (Solley et al., 1998), but water consumption can be much higher in the arid West because of irrigated landscaping.

**URANIUM**
**Uranium Mining** – Gleick provides estimates of water consumption in mining and processing uranium (Gleick, 1994).  Water required for uranium mining varies from less than 1 gal per MMBtu for underground mining to 6 gal per MMBtu for surface mines.

Uranium is primarily mined in three states: Wyoming, Texas, and Nebraska.  With recent interest in energy needs and the need to reduce greenhouse gases, older mines in New Mexico and Utah are considering reopening.  By doing so, these mines might generate from 3 to 5 million gallons of water a day that must be handled and disposed of (Hopp, 2005).  In the past, this water has simply been disposed of by pumping into dry arroyos.  However, under current regulations, the water must be treated to remove trace metals before disposal.  This treatment might make the water usable for other applications.

**Uranium Processing** – Water is also consumed in milling, enrichment, and fuel fabrication, with total consumption estimated at 7 to 8 gal per MMBtu (Gleick, 1994).  About half of this estimated consumption is attributed to enrichment by gaseous diffusion; with enrichment by centrifuge, the consumption for milling, enrichment, and fuel fabrication would be 4 to 5 gal per MMBtu (Gleick, 1994).

## OIL AND GAS

**Oil and Gas Extraction** – Onshore oil and gas exploration and extraction have relatively minor water requirements. Water consumption for natural gas extraction is negligible, and oil extraction and production requires approximately 5 to 13 gallons per barrel of oil equivalent (boe) output (0.8 to 2.2 gal per MMBtu) (Gleick, 1994).

The largest water use in onshore oil and gas extraction is for EOR. Enhanced recovery wells are used to inject water, steam, or other substances into a producing formation to displace and move oil and gas to nearby wells. The quantity of water for EOR can vary greatly, depending on the age of the field and the recovery method. The least water-intensive method for EOR (for-ward combustion/air injection) requires approx-imately 81 gal/boe (14 gal per MMBtu) and the most water-intensive method (micellar polymer) requires approximately 14,000 gal/boe (2500 gal per MMBtu). Depending on the degree of water recycle, the use of carbon dioxide for EOR can require more than 1000 gal/boe produced (Gleick, 1994).

Water is typically a by-product of oil, gas, and coal-bed natural gas production. In 1995, the American Petroleum Institute estimated that oil and gas operations generated 18 billion barrels of produced water, compared to total annual petroleum production of 6.7 billion boe (both onshore and offshore, including crude oil, natural gas, and natural gas liquids production) (API, 2000). Such produced water varies in quality, and some is used for other purposes. API indicates that in 1995, approximately 71 percent of produced water was recycled and used for EOR. The amount of water produced per well varies greatly. For example, water produced by coal-bed



**Drilling Rig**

natural gas extraction can vary from 1.3 gal per MMBtu in the San Juan Basin (Colorado and New Mexico) to approximately 161 gal per MMBtu in the Powder River Basin (Wyoming and Montana) (Rice et al., 2000).

EIA projects in the AEO2006 reference case that annual production of domestic crude oil will increase due to deepwater offshore resources and then decline through 2030, as shown in Figure A-3. However, as productivity at marginal wells declines, the use of water for EOR may increase.

As shown in Figure A-4, natural gas production over the same time period is projected to increase, with substantial ramp-up of unconventional production from tight sands, shale, and coal-bed natural gas. The largest increase of onshore production is projected to occur in the Rocky Mountain production area.

**Oil Shale and Oil Sands** – A recent report by the Rand Corporation prepared for the DOE reviewed the status of oil shale resource and development potential within the United States (Bartis, 2005), and it is the primary source of the information summarized in this section. The U.S. is



**Figure A-3.  Crude Oil Production of Contiguous States (million barrels per day) (EIA, 2006)**

estimated to have 2 trillion barrels of oil in the form of oil shale deposits, which is more than triple the proven oil resources of Saudi Arabia.  The world's largest oil shale deposit is the Green River Formation, which covers parts of Colorado, Utah, and Wyoming.

Initial work on oil shale processing focused on mining and above-ground processing/ retorting that consumed 2 to 5 gallons of water per gallon of refinery-ready oil (15 to 38 gal per MMBtu).  Studies from that period indicated there were likely sufficient water resources in the region, but insuffi-

cient infrastructure for a production rate that would reduce U.S. oil imports (3 million bbl/day).  However, growth in water demand since that time may invalidate those earlier results.  Water quality issues were also identified, with the primary concern being that the post-processed shale residue has a high salt content that could migrate to surface waters.  High salinity damage is currently estimated to be a $500 to 750 million per year problem in the Colorado River Basin in which the most shale resources reside.



**Figure A-4.  Natural Gas Production by Source, 1990-2030 (trillion cubic feet) (EIA, 2006)**

A potentially lower-cost approach to shale oil production now in prototype testing is in situ (below ground) retorting. Electric heaters are used to heat the shale underground, and the products are collected from producer wells. About 250 to 300 kWh/boe of electricity is required to drive the process. Approximately two-thirds of the energy product is oil, and one-third is similar to natural gas. It would take the equivalent of all the produced gas to generate enough electricity for heating the shale. Water consumption with this method appears to be dominated by electricity production, but processing and decommissioning operations would also use water, although much of it might be recycled.

If electricity were being provided by an evaporatively cooled Combined Cycle Gas Turbine power plant, about a gallon of water would be consumed for every gallon of refinery-ready oil produced (8 to 9 gal per MMBtu). Other electricity production options (e.g., using nearby coal resources) would change water use accordingly. Water quality issues are similar to those for surface retorting, except that the shale is left underground, which may reduce concerns when compared to above-ground processing. Plans are to use freeze barrier technology to eliminate migration of pollutants from the process to underground water supplies during operation. However, after decommissioning, leaching could still occur.

Oil sands (tar sands) are a significant energy resource in Canada, but a relatively minor resource in the U.S. Water consumption at a commercial tar sand plant in Canada is approximately 8 tons of water per ton of product in the largest, most energy-efficient facilities (20 to 50 gal per MMBtu) (Gleick, 1994).

**Oil and Gas Processing and Transport** – Refineries are large industrial complexes, with the water withdrawal rate at a typical refinery ranging from 3 to 4 million gallons per day (CH2M HILL, 2003). Most of the water is lost to evaporation, with only about 30 to 40 percent discharged as wastewater. Since process water may contact the petroleum product, wastewater may contain residual product as well as the water-treatment chemicals and increased dissolved solids typical of blowdown from steam systems and cooling towers. Total water consumption is about 1 to 2.5 gallons of water for every gallon of product (7 to 18 gal per MMBtu) (Gleick, 1994).



**Oil Refinery**

Natural gas requires minimal processing after extraction. Gleick reports that approximately 2 gal per MMBtu are consumed for gas processing, and another estimated 1 gal per MMBtu is associated with pipeline operation (Gleick, 1994).

**Liquefied Natural Gas –** Natural gas imported from overseas is shipped as liquefied natural gas (LNG). LNG requires water for regasification, which is often provided via an open-loop system. An open-loop system requires significant volumes of water, up to 200 MGD (Shaferi, 2005) for heating the LNG to a gas to pump into pipelines. The water-quality concerns for the open-loop systems are similar to the issues associated with open-loop power plant cooling: marine life can be drawn into intake structures or be subject to thermal stresses at the discharge. The final design and location of systems will determine whether seawater or freshwater is the thermal source for regasification.

**Oil and Gas Storage –** Seasonal variations in demand require that natural gas be stored. Natural gas is most often stored in natural geologic formations such as depleted gas and oil fields and aquifers, but can also be stored in salt formations. In addition, the U.S. stores oil in the salt caverns of the Strategic Petroleum Reserve.

Salt caverns are created by slurry mining of salt formations. Slurry mining requires seven gallons of water to create one gallon of storage capacity, and most of the resulting saline solution must then be discharged (Kaufman, 1960). Because of the high volumes of water required, nearby surface sources are typically used in slurry mining. Compared to the discharge, seawater is only mildly saline; thus seawater, if nearby, can be used as a water source. For mining a cavern for oil storage, a one-time use of about 50 gal per MMBtu of oil storage capacity is required. The water requirement for gas storage depends on the operating pressure of the cavern, which is limited by the depth of the cavern below ground. To create a salt cavern operating at 2,000 psi

would require a one-time use of 500 to 600 gal per MMBtu of gas storage capacity.

**ALTERNATIVE FUELS**

A variety of other fuels are candidates to replace or supplement petroleum products. These include corn-based ethanol, biodiesel, coal-based synfuel, and hydrogen.

**Synfuels –** Gaseous and liquid fuels can be produced from coal. The conversion process from coal to liquid fuels consists of syngas production, Fischer-Tropsch conversion from gas to liquid, and then fuel refining and upgrading to desired specific fuels such as gasoline, diesel, and other distillates. Water required to produce one gallon of Fischer-Tropsch liquid product varies between 4.6 gallons to 6.8 gallons, depending on the coal used for the process (41 to 60 gal per MMBtu) (Marano and Ciferno, 2001). The higher water-use number is derived from bituminous coal acquired from the Illinois #6 surface and underground mine. The lower water use number is based upon sub-bituminous coal acquired from the Powder River Basin surface mine in Wyoming. Sub-bituminous coal generally has higher moisture content than bituminous coal and therefore requires less water for the conversion process.

Coal can also be used to produce synthetic gas for use in combustion turbines and other applications. Gleick estimates 11 to 26 gal per MMBtu are required for coal gasification (Gleick, 1994).

**Hydrogen –** Hydrogen is primarily used in various industrial processes, from food production and electronic manufacturing to metal processing and fertilizer production. Although hydrogen can be produced via electrolysis, photoelectrochemical, biological, and biomass and waste processing, almost all of the hydrogen (95 percent)

60

produced in the U.S. today is produced through steam reforming of natural gas. For the near term, this method of production will continue to dominate. Currently, hydrogen production is estimated at 9 million tons per year (USDOE, 2002b), with most of the use dominated by ammonia production facilities (40 percent), oil refineries (37 percent), and methanol production plants (10 percent) (Spath, 2001).

Hydrogen production via natural gas steam reformation requires about 4.9 gal of water for every kilogram of hydrogen produced. Water is used in the reaction process as well as in plant operation; 95 percent (4.6 gal) is consumed. Approximately 1 gallon of water is consumed for the conversion of natural gas into 1 kg of hydrogen, and 3.5 gallons are lost in the production of steam (Spath, 2001). The energy content of a kilogram of hydrogen is about the same as that of a gallon of gasoline. Thus, 43 gallons of water are required to produce 1 MMBtu of hydrogen via natural gas reformation.

Electrolysis, in which water is used only as feedstock, requires 21 gal per MMBtu. However, a typical evaporatively-cooled thermoelectric power plant will use 100 to 200 gal per MMBtu to power the electrolyzer. If renewable energy sources such as wind or photovoltaics were used to power the electrolyzer, little additional water would be needed.

**Biofuels** – Feedstock for current biofuel production includes corn and soybeans, sources for ethanol and biodiesel respectively, which require large quantities of water when grown on irrigated farmland. Reduction of water use requires the ability to use plant material that does not require additional water, including crop and forestry waste and crops that do not require much irrigation, such as switchgrass. Research is

under way to develop the processes to produce ethanol from the lignocellulose in these materials.

As of 2004, the Renewable Fuels Association (RFA) reported that 81 ethanol plants were in operation in the U.S., producing 3.4 billion gallons of ethanol, a 109 percent increase since 2000 (RFA, 2005). Water use for corn production is variable among the states, mostly depending on climate conditions and related annual rainfall. The 2003 national average of water used in irrigated corn production was 1.2 acre-feet per acre with a yield of 178 bushels per acre (USDA, 2004a). Based upon the USDA's figures, the average water consumed is approximately 2,200 gallons of water per bushel. However, water use/yield can vary between 500 gal/bushel for Pennsylvania and 6,000 gal/bushel for Arizona.



**Harvesting Corn**

Most ethanol is produced via dry mills, with only 25 percent of ethanol produced in wet mill facilities (RFA, 2005). A dry mill averages 2.7 gallons of ethanol per bushel of corn, while water use in dry mills averages 4.7 gallons/gallon of ethanol (Shapouri and Gallegher, 2005). Taking into account the energy content of a gallon of ethanol, which is somewhat less than the energy content of a gallon of gasoline, water required for production of irrigated corn is 11,000 gal per

MMBtu of water, with a range of 2,500 to 29,000 gal per MMBtu. Water consumption during processing is comparable to water use in synfuel processing, averaging 62 gal per MMBtu, with a range of 13 to 145 gal per MMBtu. Continuing technology research and development could reduce these values.

As of 2004, at least 45 biodiesel plants were in operation, producing approximately 25 million gallons of biodiesel with 54 more plants proposed or under construction (National Biodiesel Board, 2005). Water use for irrigated soy production in the U.S. varies from 0.2 acre-feet/acre for Pennsylvania to about 1.4 acre-feet/acre for Colorado, with a national average of 0.8 acre-feet of water (USDA, 2004a). The average output is estimated at 42 bushels per acre with a corresponding range from 40 to 51 bushels per acre. The average water use was 6,200 gallons of water per bushel of soy with a range of 1,600 to 9,000 gal/bushel.

The conversion process from soy to biodiesel requires 1 bushel per gallon of fuel. Water withdrawal for the conversion process is about one gallon of water for every gallon of biodiesel produced (Sheehan, 1998); water consumption is negligible. Water use for soy production averages 45,000 gal per MMBtu, with a range of 14,000 to 75,000 gal per MMBtu. Water use during processing is only 4.2 gal per MMBtu produced.



**Bio-Diesel-Powered Bus**

## SUMMARY

It is difficult to accurately predict future energy development directions and demands. Sustained natural gas prices and concerns over energy security and sustainability could increase demand for domestic fuel production and processing, with associated water needs. Alternatively, an increase in imports, especially of refined fuels, could lead to a decrease in domestic water needs for fuels.

In examining the potential of domestic and sustainable fuel resources, the information provided in this appendix suggests that future decisions on energy sources and processes must take into consideration water use and water consumption.

# Appendix B:  Water Use in Electrical Power Generation

**OVERVIEW**
This appendix provides supporting data on the use of water and water resources for electric power generation.  Data are presented at a national level, with an emphasis on the impacts of power generation on water-resource availability and water quality.

To permit a relative comparison of the water needed to develop and utilize a broad range of energy resources, the information is presented as the volume of water used per-unit-energy produced (gallons of water per Megawatt-hour).  Not included in this analysis is the water required to manufacture and construct energy facilities, such as the water used in manufacturing the components of, or to construct, a power plant.

**Thermoelectric Generation** – Fossil and nuclear power generation systems, which account for about 80 percent of electric power generating capacity, require cooling to condense the steam turbine exhaust.  Power plants also use water for other purposes, including equipment washing and cooling, emissions treatment, and restrooms.  Depending upon the technology used, the water withdrawn for steam condensing may be consumed by evaporation in cooling tow-ers or returned to the source, but at a higher temperature.  Figures B-1 and B-2 show water withdrawal and consumption for various power plants in terms of gal/MWh$_e$.  Also included is the water used to provide fuel, assuming a nominal thermal-to-electric conversion efficiency for that fuel.  Because of the extreme variation in the data, a logarithmic scale is used in the figure.

From a cost and efficiency perspective, the preferred method to condense the steam is the use of large quantities of cooling water.  The amount of water required depends on the generating and cooling technologies, as well as the ambient meteorological conditions at the plant.  The range of water withdrawal and consumption (including downstream evaporation of open-loop systems) is presented in Table B-1.

Prior to 1970, most thermoelectric power plants were built adjacent to surface waters and withdrew water for cooling and discharged the heated water back to the source.  Withdrawal requirements for open-loop cooling are very large: 20,000 to 50,000 gal/MWh for a typical coal-fired power plant having 35 percent efficiency.  Today's fleet of pressurized water and boiling water nuclear reactors operate at a lower temperature than coal plants, so the plants operate at somewhat lower turbine efficiency (approximately 30 percent) and require more cooling water: 25,000 to 60,000 gal/MWh (EPRI, 2002a).

At plants using open-loop cooling, essentially all of the water withdrawn for cooling is returned to the source.  However, the water discharged is warmer than the receiving water



**Thermoelectric Power Plant**



**Figure B-1.  Water Withdrawal for Power Generation**



**Figure B-2.  Water Consumption for Power Generation**

**Table B-1.  Water Use by Thermoelectric Power Plants**
**(EPRI, 2002a; CEC, 2002; CEC, 2006; Grande, 2005; Leitner, 2002; Cohen, 1999)**

| Plant-type | Process | Water intensity (gal/MWh$_e$) | | | |
| | | Steam Condensing | | Other Use | |
| Steam | | Withdrawal | Consumption | Withdrawal | Consumption |
|---|---|---|---|---|---|
| Fossil/ biomass/ waste | OL Cooling | 20,000–50,000 | ~300 | ~30** | |
| | CL Tower | 300–600 | 300–480 | | |
| | CL Pond | 500–600 | ~480 | | |
| | Dry | 0 | 0 | | |
| Nuclear | OL Cooling | 25,000–60,000 | ~400 | ~30** | |
| Nuclear | CL Tower | 500–1,100 | 400–720 | | |
| Nuclear | CL Pond | 800–1,100 | ~720 | | |
| Nuclear | Dry | 0 | 0 | | |
| Geothermal Steam | CL Tower | ~2000 | ~1400 | Not available | |
| Solar trough | CL Tower | 760–920 | 760–920 | 8 | |
| Solar tower | CL Tower | ~750 | ~750 | 8 | |
| Other | | | | | |
| Natural Gas CC | OL Cooling | 7,500–20,000 | 100 | 7–10** | |
| | CL Tower | ~230 | ~180 | | |
| | Dry | 0 | 0 | | |
| Coal IGCC* | CL Tower | ~250 | ~200 | 7–10 + 130 (process water) | |

OL = Open loop cooling, CL = Closed Loop Cooling, CC = Combined Cycle
*IGCC = Integrated Gasification Combined-Cycle, includes gasification process water
Other Use includes water for other cooling loads such as gas turbines, equipment washing, emission treatment, restrooms, etc.
** References did not specify whether values are for withdrawal or consumption.

body, which can result in increased evaporation downstream of the discharge point and the need for large volumes of water to dilute the effluent to meet discharge water quality standards.  EPRI estimates water consumption for these plants at 300 to 400 gal/MWh (EPRI, 2002a).

The large volumes of water used by these plants have associated environmental effects. Aquatic life can be adversely affected by impingement on intake screens, entrainment in the cooling water, or by the discharge of water that is significantly warmer than the source.

During drought conditions, plants can experience sedimentation and fouling of the intake system and water flows that are too low to meet thermal discharge permit requirements.  In surface water systems with both hydropower and thermoelectric power plants, this complicates river management. During dry times, it is desirable to store water for hydro power and other needs, but sufficient water must be made available downstream to provide dilution water for open-loop power plants.  This makes water and energy management especially difficult during droughts and dry seasons.

Closed-loop cooling systems withdraw much less water than open-loop plants, as shown in Table B-1, but a significant fraction of the water withdrawn is lost to the atmosphere by evaporation. Consumption of water in these plants ranges from 300 to 720 gal/MWh (EPRI, 2002a).

Future electric power generation plants will most likely move to closed-loop cooling. Recent regulatory limits (commonly called EPA 316a and 316b) will limit the ability to permit new open-loop cooling systems. This may limit future water withdrawals, but could significantly increase water consumption, as described in Chapter IV.

The highest-efficiency, fossil-based electricity-generating technologies employ combined-cycle technology. Natural Gas Combined Cycle (NGCC) plants burn methane and Integrated Gasification Combined Cycle (IGCC) units burn synthesis gas (syngas) from coal in combustion turbines and extract useful heat out of the exhaust gas in a heat recovery steam generator. The steam is then sent to a steam turbine where additional electricity is generated. Typically, combined cycle systems are configured as a 2-on-1 system, where one-half to two-thirds of the plant generating capacity is from dual combustion turbines and the balance is a result of the steam turbine.

Because the steam cycle is responsible for only a fraction of the overall generating capacity, combined cycle systems are inherently less water intensive than steam-only generating units. However, compared to NGCC systems, IGCC systems have process water requirements beyond cooling water needs (see the section on synfuels above). Overall, IGCC and NGCC systems are much less water-intensive than state-of-the-art coal-based units using steam turbines with wet flue gas desulfurization. For all water-cooled

thermoelectric technologies, water for cooling represents the largest water requirement of the unit.

**Alternative Cooling Technologies** – As discussed in Chapter V, dry and hybrid cooling technologies eliminate or reduce the use of water to condense steam. However, plant water use is not entirely eliminated, since water is required for other cooling loads, equipment washing, emission treatment, restrooms, etc. For example, the gas turbine portion of combined-cycle power plants uses water for turbine cooling and emissions control.

**Geothermal Electric Power** – Geothermal power plants use the earth as their source of thermal energy. Some geothermal wells provide steam, while others provide hot water. Steam sources use steam Rankine-cycle turbines much like coal and nuclear plants, but on a smaller scale. Over time, geothermal steam sources may decline, not because the heat of the resource has been consumed, but because the water/steam resource is being withdrawn faster than it is being recharged. For that reason, it is desirable to recharge the resource.

The Northern California Power Authority (NCPA) operates two geothermal power plants at the Geysers Known Geothermal Resource Area. Their turbines typically withdraw approximately 17.0 lb of steam/kWh (2000 gal/MWh) from the geothermal field (Grande, 2005). The condensate from the steam cycle is used in the cooling system. Approximately 70 percent of the water is evaporated by the cooling tower. In an innovative approach to replenishing the geothermal reservoir, the remaining 600 gal/MWh of condensate is augmented by a 28-mile long pipeline providing treated effluent from the City of Clearlake wastewater facility.

Geothermal systems using hot water sources typically employ an air-cooled binary cycle, where the geothermal heat is used to evaporate an organic working fluid that drives an organic Rankine-cycle turbine. The organic working fluid is condensed in air-cooled towers, although hybrid wet/dry cooling has been explored to improve performance in hot weather. In the dry-cooled systems, all of the geothermal water is returned to the geothermal resource, so consumption is limited to other site needs.

**Solar Thermoelectric Power** – Nine parabolic-trough solar thermal power plants, totaling 354 MW, have been operating in the Mojave Desert for more than 15 years. These plants concentrate sunlight to heat a heat-transfer fluid, which in turn is used to make steam in an unfired boiler. Natural gas can be used to provide capacity when there is no sunlight or during times of peak demand. These plants use evaporative cooling systems. Water consumption is 770 to 920 gal/MWh (Leitner, 2002; Cohen, 1999).


**Solar Troughs**


**Solar Power Tower**

A higher temperature approach—the solar power tower—has been demonstrated at the 10 MW pilot-plant scale. Water consumption in a commercial-scale facility is estimated at 750 gal/MWh (Leitner, 2002). In addition, Stirling Energy Systems has announced their intent to deploy large numbers of 25 kW parabolic dish-engine systems. These systems are air-cooled and require no water except for mirror washing.

**Hydropower** – Hydropower supplies a significant fraction of the total U.S. electricity generation, ranging from 5.8 percent to 10.2 percent between 1990 and 2003 (EIA, 2005). In 1995, the USGS estimated that hydro-power's annual water usage was 3,160 billion gallons per day, or more than 20 times that used for thermoelectricity (Solley et al., 1998). The amount of water available for hydroelectric power varies greatly, depending upon weather patterns and local hydrology, as well as on competing water uses, such as flood control, water supply, recreation, and in-stream flow needs (e.g., navigation and the aquatic environment).

In addition to being a major source of base load electricity in some regions of the U.S., hydropower plays an important role in stabilizing the electrical transmission grid and in meeting peak loads, reserve requirements, and other ancillary electrical energy needs. This is due in part to the fact that hydropower can provide an almost immediate response to electric energy demands.

Hydropower project design and operation are highly diverse; projects vary from major projects with large, multi-purpose storage res-ervoirs to small run-of-river projects that have little or no active water storage. Approxi-mately half of the U.S. hydropower capacity is federally owned and operated; the other half consists of nonfederal projects that are regulated by the Federal Energy Regulatory

Commission. There are at least ten times more nonfederal hydropower projects in the U.S. than federal projects. Current estimates suggest that between 30,000 to 70,000 MW of additional hydroelectric generating capacity is available in the U.S., with suggested nominal values of about 40,000 MW. This includes both large and small hydroelectric opportunities and could nearly double current hydroelectric capacity (Hall, 2005). As the cost of fossil fuels continues to increase, hydroelectric generation is becoming more economically attractive.

large storage reservoirs, evaporation of water from those reservoirs can be a significant consumptive use. Estimates suggest an average loss for U.S. hydroelectric reservoirs of 4,500 gal/MWh (Gleick, 1994) and with annual generation of about 300 million MWh (EIA, 2006), evaporative losses associated with hydropower may be as high as 13 million gallons per day. However, the water stored in hydropower reservoirs usually is for multiple purposes; thus, hydroelectric power is not the only cause of these evaporative losses.

**Other Renewables** – Solar photovoltaics and wind require no water during normal operation. Ocean energy sources require the presence of sea water, but none is consumed in operation. Of course, water is used in manufacturing and construction of these facilities, just as is the case for construction of coal and nuclear power plants. Water consumption in equipment fabrication and plant construction is beyond the scope of this report.



**Hoover Dam**

Water used in hydroelectric turbines is generally not consumed, but the timing of water releases may be shifted in time relative to natural flows through reservoir storage and release. When hydropower projects involve



**Wind Turbines**



**Solar Photovoltaic Power Plant**

## SUMMARY

It is difficult to accurately predict future electricity generation supply and water demand. Sustained natural gas prices could shift electricity generation technology choices, and substantial advancements in clean coal technologies could result in increased interest in new coal-fired capacity.

Any measures to reduce the carbon dioxide intensity of the electric generation sector would also influence technology choices, and might spur technologies amenable to carbon capture and sequestration such as IGCC plants or possibly additional construction of carbon-neutral, nuclear-based technologies. It is even more difficult to gauge sufficient water availability to meet the needs of future electricity projections, in part because of the way basic water data are collected and electricity supply and demand are projected.

Because water data are typically collected on the basis of watersheds or drainage basins, and electricity supply and demand are usually projected on the basis of census divisions and power grid boundaries, the two are often incongruent.

Because of the higher cost and lower efficiencies of dry- and hybrid-cooling technologies, owner-operators of thermoelectric generators will continue to prefer wet cooling and will require access to sufficient quantities of water for cooling and process needs. As documented in this report, power plants still need water for other process needs, even for dry cooling.

The quantity of water needed will vary, based on the final mix of renewable technologies, thermoelectric technologies, and the ease of application of dry and hybrid cooling approaches. Of more importance is that, based on regional energy demands and water availability, it is possible that major changes in electric generation, transmission, and distribution approaches will need to be supported in different regions of the country to address water availability and value issues.

# References and Bibliography

Affordable Desalination Collaboration (2006).  Seawater Desalination: Freshwater from the Sea, (http://www.affordabledesal.com).

Anderson, Mark T. and Lloyd H. Woosley, Jr. (2005).  Water Availability for the Western United States—Key Scientific Challenges: U.S. Geological Survey Circular 1261.

API, American Petroleum Institute (2000).  Overview of Exploration and Production Waste Volumes and Waste Management Practices in the United States, ICF Consulting.

AwwaRF, AWWA Research Foundation (1996).  Aquifer Storage Recovery Treatment of Treated Drinking Water.

AwwaRF, AWWA Research Foundation (2005a).  Water Quality Improvements During Aquifer Storage and Recovery.

AwwaRF, AWWA Research Foundation (2005b).  The Value of Water: Concepts, Estimates, and Applications for Water Managers.

AwwaRF, AWWA Research Foundation (2006).  Decision Support System for Sustainable Water Supply Planning.

Bartis, J.T. et al. (2005).  Oil Shale Development in the United States: Prospects and Policy Issues, Rand Corporation.

Bartolino, J.R. and W.L. Cunningham (2003).  Ground-Water Depletion Across the Nation, U.S. Geological Survey.

Bonneville Power Administration (2002).  Guide to Tools and Principles for a Dry Year Strategy (Draft).

Boberg, Jill (2005).  Liquid Assets: How Demographic Changes and Water Management Policies Affect Freshwater Resources, Rand Corporation.

Brown, T.C. (1999).  Past and Future Freshwater Use in the United States: A Technical Document Supporting the 2000 USDA Forest Service RPA Assessment, U.S. Department of Agriculture, Forest Service.

Campbell, P. (1997).  Population Projections:  States, 1995-2025, Current Population Reports, U.S. Department of Commerce, Economics and Statistics Administration.

Carns, K. (2004). Bringing Energy Efficiency to the Water & Wastewater Industry:  How Do We Get There?  Global Energy Partners.

CEC, California Energy Commission (2002).  Comparison of Alternate Cooling Technologies for California Power Plants: Economic, Environmental and Other Tradeoffs, Public Interest Energy Research, 500-02-079F, February 2002.

CEC, California Energy Commission (2005).  2005 Integrated Energy Policy Report: Committee Draft Report CEC-100-2005-007-CTD.

CEC, California Energy Commission (2006).  Cost and Value of Water Use at Combined-Cycle Power Plants CEC-500-2006-034.

CH2M HILL (2003).  "Water Use in Industries of the Future" in Industrial Water Management: A Systems Approach, 2nd ed., prepared for the Center for Waste Reduction Technologies, American Institute of Chemical Engineers, July 2003.

Cichanowicz, J. and W. Micheletti (2005).  EPA's Subcategorization for Subbituminous Coal-Fired Units in the Context of the New Source Performance Standards, Consultants to the Utility Air Regulatory Group.

Clean Air Task Force (2004a).  Wounded Waters: The Hidden Side of Power Plant Pollution, February 2004, Boston, Massachusetts.

Clean Air Task Force (2004b).  Fact Sheet: EPA's Decision to Exempt Older Power Plants from New Water Using Technology Requirements, February 16, 2004.

Cohen, G. et al. (1999).  Final Report on the Operation and Maintenance Improvement Program for Concentrating Solar Power Plants, Sandia National Laboratories.

Cohen, R. et al. (2004).  Energy Down the Drain: The Hidden Costs of California's Water Supply, National Resources Defense Council, Pacific Institute, Oakland, California, August 2004.

Columbia Basin News (2006).  "BPA Outlines Impacts of Summer Spill on Transmission System,"  January 13, 2006.

Commonwealth of Massachusetts (2002).  Securing our Water Future: Ensuring a Water Rich Massachusetts, presented to the Community Preservation Institute, Alumni Class, September 30, 2002, Boston, Massachusetts.

Curlee, T.R. and M.J. Sale (2003).  "Water and Energy Security," in proceedings Universities Council on Water Resources, 2003 UCOWR Annual Conference, Water Security in the 21st Century, Washington, DC.

EIA, Energy Information Administration (1998). Manufacturing Energy Consumption Survey (http://www.eia.doe.gov/emeu/mecs/contents.html)

EIA, Energy Information Administration (2000).  Annual Energy Outlook 2001: With Projections to 2020, Washington, DC.

EIA, Energy Information Administration (2003a).  Annual Coal Report, DOE/EIA-0584.

EIA, Energy Information Administration (2003b). http://www.eia.doe.gov/cneaf/coal/page/coaldistrib/o_us2.html.

EIA, Energy Information Administration (2003c).  Electric Power Annual 2003, EIA-906, Washington, DC.

EIA, Energy Information Administration (2004a).  Coal Shipments from Coal Producing Sub-Regions to Coal Synfuel Plants, http://www.eia.doe.gov/cneaf/coal/page/special/fig7.html.

EIA, Energy Information Administration (2004b).  Steam Electric Plant Operation and Design Report, EIA-767, Washington, DC.

EIA, Energy Information Administration (2004c).  Annual Energy Outlook 2004: With Projections to 2025, Washington, DC.

EIA, Energy Information Administration (2005). Annual Energy Review 2004, Energy Information Administration, Washington, DC.

EIA, Energy Information Administration (2006). Annual Energy Outlook 2006: With Projections to 2030, Washington, DC.

Energetics, Inc. (1998).  Energy and Environmental Profile of the U.S. Petroleum Refining Industry, prepared for the U.S. Department of Energy, Office of Industrial Technologies.

EPRI, Electric Power Research Institute (2002a).  Water and Sustainability (Volume 3): U. S. Water Consumption for Power Production—The Next Half Century, No. 1006786, Palo Alto, California.

EPRI, Electric Power Research Institute (2002b).  Water and Sustainability (Volume 4): U. S. Electricity Consumption for Water Supply & Treatment—The Next Half Century, No. 1006787, Palo Alto, California.

EPRI, Electric Power Research Institute (2002c).  Water and Sustainability (Volume 1): Research Plan, No. 1006784, Palo Alto, California.

EPRI, Electric Power Research Institute (2002d).  Water and Sustainability (Volume 2): An Assessment of Water Demand, Supply, and Quality in the U.S.—The Next Half Century, No. 1006785, Palo Alto, California.

EPRI, Electric Power Research Institute (2003a).  A Survey of Water Use and Sustainability in the United States With a Focus on Power Generation, No. 1005474, Palo Alto, California.

EPRI, Electric Power Research Institute (2003b).  Spray Cooling Enhancement of Air-Cooled Condensers, No. 1005360, Palo Alto, California.

EPRI, Electric Power Research Institute (2003c).  Electricity Technology Roadmap: Meeting the Critical Challenges of the 21st Century, 2003 Summary and Synthesis, No. 1010929, Palo Alto, California.

EPRI, Electric Power Research Institute (2003d).  Use of Degraded Water Sources as Cooling in Power Plants, No. 1005359, Palo Alto, California.

EPRI, Electric Power Research Institute (2004a).  Comparison of Alternate Cooling Technologies for U.S. Power Plants: Economic, Environmental, and Other Tradeoffs, No. 1005358, Palo Alto, California.

EPRI, Electric Power Research Institute (2004).  The Formation and Fate of Trihalomethanes in Power Plant Cooling Water Systems, No. 1009486, Palo Alto, California.

EPRI, Electric Power Research Institute (2005).  Framework to Evaluate Water Demands and Availability for Electrical Power Production within Watersheds Across the United States: Development and Applications, Palo Alto, California.

Feeley, T.J. et al. (2002).  An Investigation of Site Specific Factors for Retrofitting Recirculating Cooling Towers at Existing Power Plants, U.S. Department of Energy.

Feeley, T.J. et al. (2005).  Addressing the Critical Link Between Fossil Energy and Water, Department of Energy/Office of Fossil Energy's Water-Related Research, Development, and Demonstration Programs, September 2005.

Feeley, T.J. and M. Ramezan (2003).  "Electric Utilities and Water: Emerging Issues and R&D Needs," presented at Water Environment Federation, 9th Annual Industrial Wastes Technical and Regulatory Conference, April 13-16, 2003, San Antonio, Texas.

Feldman, D. and A. Routhe (2003).  A Baseline Assessment of Water Shortages and Merchant Power Plants in the South, A Report to the Southern States Energy Board, September 4, 2003.

GAO, General Accounting Office (2003).  Freshwater Supply: States' Views of How Federal Agencies Could Help Them Meet the Challenges of Expected Shortages, July 2003, GAO-03-514.

Gibson, S. (2006).  Tennessee Valley Authority,  personal communication.

Gleick, P.H. (1994).  "Water and Energy" in Annual Reviews, Annu. Rev. Energy Environ., 1994, 19:267-99.

Gleick, P.H. (2003).  "Water Use," in Annual Reviews, Annu. Rev. Environ. Resour. 2003, 28:275-314.

Grande, M. (2005).  Northern California Power Authority, personal communication.

Granneman, N.G. et al. (2000).  The Importance of Ground Water in the Great Lakes Region: U.S. Geological Survey Water Resources Investigations Report 00-4008, 14 p.

Hall, D. (2005).  Hydropower Capacity Increase Opportunities", Renewable Energy Modeling Workshop on Hydroelectric Power, National Renewable Energy Laboratory, Washington, DC, May 10, 2005.

Hirsch, R. (2006).  United States Geological Survey,  personal communication.

Hoffman, A. (2004).  The Connection: Water and Energy Security, prepared for the Institute for the Analysis of Global Security, Energy Security, August 13, 2004.

Hoffmann, J. et al. (2004).  Estimating Freshwater Needs to Meet 2025 Electricity Generating Capacity Forecasts, National Energy Technology Laboratory, June 2004.

Hopp, J. (2005).  Personal communication, consulting uranium geologist.

Hutson, S. et al. (2004).  Estimated Use of Water in the United States in 2000, Circular 1268, U.S. Geological Survey.

Institute for Alternative Futures (2005).  Six Strategic Issues Shaping the Global Future of Mechanical Engineering, prepared for the Strategic Issues, Opportunities and Knowledge Committee, Strategic Management Sector, ASME, June 2005.

Kaufman, D. (1960). Sodium Chloride: The Production and Properties of Salt and Brine, American Chemical Society Monograph Series, Reinhold Publishing.

Kruse, J.R. and A. Womack (2004).  Implications of Alternative Missouri River Flows for Power Plants, Food and Agricultural Policy Research Institute, 04-04, April 23, 2004.

Lancet, M.S. (1993).  Distribution and Material Balances of Trace Elements During Coal Cleaning, International Coal Prep Conference.

Leitner, A. (2002).  Fuel from the Sky, National Renewable Energy Laboratory.

Marano, J. J. and J. P. Ciferno (2001).  Life-Cycle Greenhouse Gas Emissions Inventory for Fischer Tropsch Fuels, National Energy Technology Laboratory.

Margolis, R. (2006).  National Renewable Energy Laboratory, personal communication.

Maulbetsch, J. (2006a).  "Water Conserving Cooling, Status and Needs," Maulbetsch Consulting, Energy-Water Needs Western Region Workshop, Salt Lake City, January, 2006.

Maulbetsch, J. (2006b).  Maulbetsch Consulting, personal communication.

Maupin, M.A. and N.L. Barber (2005).  Estimated Withdrawals from Principal Aquifers in the United States, 2000, U.S. Geological Survey.

Mavis, J. (2003).  "Water Use in Industries of the Future: Mining Industry," in Industrial Water Management: A Systems Approach, 2nd ed., prepared by CH2M HILL for the Center for Waste Reduction Technologies, American Institute of Chemical Engineers.

Micheletti, W.C. and J.M. Burns (2002).  Emerging Issues and Needs in Power Plant Cooling Systems.

Michigan Land Use Institute (2003).  Lake Michigan's Wild West Coast: Looking for Water Laws and Order, Code Red in a Blue Water Basin.

Miller, J. (2003).  Review of Water Resources and Desalination Technologies, SAND 2003-0800, Sandia National Laboratories, Albuquerque, New Mexico, March 2003.

Milwaukee Journal Sentinel (2005).  February 18, 2005, Milwaukee, Wisconsin.

Mote, P. (2004).  The West's Snow Resources in a Changing Climate, Testimony before the U.S. Senate Committee on commerce, Science, and Transportation, May 6, 2004, Joint Institute for the Study of the Atmosphere and Ocean, Climate Impacts Group, University of Washington.

National Biodiesel Board (2005).  Biodiesel Fact Sheet, http://www.biodiesel.org/resources/fuelfactsheets/default.shtm.

National Drought Policy Commission (2000).  Preparing for Drought in the 21st Century, May 2000.

National Energy Policy: Reliable, Affordable, and Environmentally Sound Energy for America's Future (2001).  Office of the President of the United States, National Energy Policy Development Group.

NRC, National Research Council (2004).  Confronting the Nation's Water Problems: The Role of Research, Committee on Assessment of Water Resources Research, National Academies Press.

Pankratz, T. and J. Tonn (2006).  Desalination.com: an Environmental Primer,
(http://www.desalination.com).

Parsons Infrastructure and Technology Group Inc. (2002).  An Investigation of Site-
Specific Factors for Retrofitting Recirculating Cooling Towers at Existing Power Plants,
prepared for the U.S. Department of Energy, National Energy Technology Center.

Perlack, R. et al. (2005).  Biomass as Feedstock for a Bioenergy and Bioproducts
Industry: The Technical Feasibility of a Billion-Ton Annual Supply, ORNL/TM-2005-
66, Oak Ridge National Laboratory, April 2005.

Powicki, C. (2002).  "The Water Imperative," Electric Power Research Institute, EPRI
Journal, July 2002.

Public Service Company of New Mexico (2005).  Water Management:  San Juan
Generating Station, (http://www.pnm.com/environment/sj_water.htm).

Quinn, F. et al. (2003).  "Water Allocation, Diversion and Export," Chapter 1, in Threats
to Water Availability in Canada, National Water Research Institute.

Reno-Gazette Journal (2005).  February 22, 2005, Reno, Nevada.

RFA, Renewable Fuels Association (2005).  Ethanol Industry Outlook 2005.

RFA, Renewable Fuels Association (2006).  Ethanol Industry Outlook 2006.

Rice, C.A. et al. (2000).  Water Co-produced with Coalbed Methane in the Powder River
Basin, Wyoming: Preliminary Compositional Data, U.S. Geological Survey.

Roy, S.B. et al. (2005).  "Evaluation of the Sustainability of Water Withdrawals in the
United States, 1995 to 2025," Journal of the American Water Resources Association,
October 2005, pp.1091-1108.

Shaferi, M. (2005).  Shell, personal communication.

Shapouri, H. and P. Gallagher, (2005).  USDA's 2002 Ethanol Cost-of-Production
Survey,  U.S. Department of Agriculture.

Sheehan et al. (1998).  Life Cycle Inventory of Biodiesel and Petroleum Diesel, National
Renewable Energy Laboratory.

Solley, W. et al. (1998).  Estimated Use of Water in the United States in 1995, Circular
1200, U.S. Geological Survey.

Spath, P. and M. Mann, (2001).  Life Cycle Assessment of Hydrogen Production via
National Gas Steam Reforming, National Renewable Energy Laboratory.

Subcommittee on Water Availability and Quality (SWAQ) (2004). Science and Technology to Support Fresh Water Availability in the United States, Report of the National Science and Technology Council, Committee on Environmental Resources, Subcommittee on Water Availability and Quality.

State of New Mexico (2003). New Mexico State Water Plan: Working Together Towards Our Water Future, Office of the State Engineer, Interstate Stream Commission.

Stiegel, G. (2005). Power Plant Water Usage and Loss Study, U.S. Department of Energy.

Thresher, R. (2005). "Wind Power Today," E Journal: Global Issues, U.S. Department of State, June 2005.

Toole-O'Neil, G. et al. (1998). Mercury Concentration in Coal—Unraveling the Puzzle, Fuel, Volume 78.

Torcellini, P. et al. (2004). Consumptive Water Use for U.S. Power Production, presented at the ASHRAE Winter Meeting, Anaheim, California, January 24-28, 2004, National Renewable Energy Laboratory, CP-550-35190.

Tucson Citizen (2002). January 31, 2002, Tucson, Arizona.

TVA, Tennessee Valley Authority (2004). Programmatic Environmental Impact Statement, Reservoir Operations Study, Record of Decision, May 2004.

Tyson, S. et al. (2004). Biomass Oil Analysis: Research Needs and Recommendations, NREL/TP-510-34796, National Renewable Energy Laboratory, June 2004.

USDA, U.S. Department of Agriculture (2004a). Farm and Ranch Irrigation Survey, 2004.

USDA, U.S. Department of Agriculture (2004b). Record Decreases in Western Snowpack Reported for March 2004, Natural Resources Conservation Service, Portland, Oregon.

USDOE, U.S. Department of Energy (1999). Making the Most of Residential Photovoltaic Systems, DOE/GO 10099-918, September 1999.

USDOE, U.S. Department of Energy (2002a). Energy Penalty Analysis of Possible Cooling Water Intake Structure Requirements on Existing Coal-Fired Power Plants, National Energy Technology Laboratory, Argonne National Laboratory, October 2002.

USDOE, U.S. Department of Energy (2002b). A National Vision of America's Transition to a Hydrogen Economy—to 2030 and Beyond.

USDOE, U.S. Department of Energy (2002c).  Electric Utilities and Water: Emerging Issues and R&D Needs, Pittsburgh, Pennsylvania.

USDOE, U.S. Department of Energy (2002d).  Proceedings of the Workshop on "Electric Utilities and Water:  Emerging Issues and R&D Needs," Pittsburg, Pennsylvania, July 23-24, 2002, National Energy Technology Laboratory.

USDOE, U.S. Department of Energy (2004a).  Innovative Approaches and Technologies for Improved Power Plant Water Management, Office of Fossil Energy, National Energy Technology Laboratory, Program Facts.

USDOE, U.S. Department of Energy (2004b).  America's Oil Shale—A Roadmap for Federal Decision Making, Office of Naval Petroleum and Oil Shale Reserves, December 2004.

USDOE, U.S. Department of Energy (2005a).  Installed U.S. Wind Capacity, Wind Powering America, (http://www.eere.energy.gov/windandhydro).

USDOE, U.S. Department of Energy (2005b).  Geothermal Program Web Site, http://www.eere.energy.gov/geothermal/.

USDOE, U.S. Department of Energy (2005c).  Power Plant Water Usage and Loss Study, National Energy Technology Laboratory, August 2005.

USDOE, U.S. Department of Energy (2005d).  Multiyear Program Plan, 2007-2012, Office of the Biomass Program, Energy Efficiency and Renewable Energy, August 31, 2005.

USDOE, U.S. Department of Energy (2006a).  The Department of Energy Strategic Plan, 2006.

USDOE, U.S. Department of Energy (2006b).  The Wind/Water Nexus, National Renewable Energy Laboratory, DOE/GO-102006-2218, April 2006.

USDOE, U.S. Department of Energy (2006c).  DOE Solar Energy Technologies Program—Overview and Highlights, National Renewable Energy Laboratory, DOE/GO-102006-2314, May 2006.

USGS, U.S. Geological Survey (2002a).  Coal Extraction—Environmental Prediction, USGS Fact Sheet FS-073-02, August 2002.

USGS, U.S. Geological Survey (2003a).  Desalination of Ground Water: Earth Science Perspectives, USGS Fact Sheet 075-03.

USGS, U.S. Geological Survey (2002b).  Concepts for National Assessment of Water Availability and Use: Report to Congress, Circular 1223.

USGS, U.S. Geological Survey (2006).  Oil and Natural Gas Production in the United States, 2006, http://certmapper.cr.usgs.gov/data/noga95/natl/graphic/uscells1m.pdf .

U.S. Water News Online  (2002).  Idaho Denies Water Rights Request for Power Plants, August 2002, http://www.uswaternews.com/archives/arcrights/2idaden8.html.

U.S. Water News Online (2003). http://www.uswaternews.com/archives/arcpolicy/3soudak8.html.

U.S. Water Resources Council (1978).  "The Nation's Water Resources 1975-2000," Second National Water Assessment: Washington, DC, U.S. Government Printing Office.

Veil, J.A. et al. (2003).  "Beneficial Use of Mine Pool Water for Power Generation," presented at the Ground Water Protection Council Annual Forum, Niagara Falls, New York, September 13-17, 2003.

Wangnick, K. (2001).  A Global Overview of Water Desalination Technology and the Perspectives, Proceedings, International Conference: Spanish Hydrologic Plan and Sustainable Water Management, Zaragoza, Spain.

Washington State Hazard Mitigation Plan (2004).  Washington Military Department, Emergency Management Division, July 2004.

Watson, I.C. et al. (2003).  Desalting Handbook for Planners, 3rd edition, Desalination and Water Purification Research and Development Program Report No. 72, U.S. Department of the Interior, Bureau of Reclamation, July 2003.





# National Parks and Hydraulic Fracturing

**Balancing Energy Needs, Nature, and America's National Heritage**

CENTER FOR
Park Research







# National Parks and Hydraulic Fracturing

## Balancing Energy Needs, Nature, and America's National Heritage



A special note of appreciation goes to the
foundations and individuals who made this work possible:

G.D.S. Legacy Foundation
The Geraldine R. Dodge Foundation
Mr. John Swift
Dr. Lucy Waletzky



SINCE 1919, NPCA has been the
leading voice of the American
people in protecting and enhancing
our National Park System. NPCA,
its members, and partners work
together with the National Park
Service to protect the park system
and preserve our nation's natural,
historical, and cultural heritage for
generations to come.

## NPCA:

More than 831,000 members
and supporters
Twenty-three regional and field offices
.......................................................

### CENTER FOR
## Park Research

NPCA's Center for Park Research
provides accurate, up-to-date
information on national park resources
in support of policymakers, the
public, the National Park Service,
and the staff of the National Parks
Conservation Association to improve
conditions in America's national
parks and ensure a lasting legacy
for future generations.

To learn more about the
Center for Park Research, visit
**www.npca.org/cpr** or contact:

**NPCA's Center for Park Research**
777 6th Street, NW • Suite 700
Washington, D.C.  20001

©2013 NPCA



## Table of Contents

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

National Parks and Fracking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

References Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Individual National Park Case Studies (Attachments)

- *Delaware Water Gap National Recreation Area (PA)*
- *Upper Delaware Scenic and Recreational River (PA)*
- *Big South Fork National River and Recreation Area (TN)*
- *Obed Wild and Scenic River (TN)*
- *Grand Teton National Park (WY)*
- *Theodore Roosevelt National Park (ND)*
- *Glacier National Park (MT)*

**Cover/top photo:** Boaters take a curve on the Middle Delaware River, inside Delaware Water Gap National Recreation Area (PA). ©Thomas Kelly **Lower left:** Road construction for hydraulic fracturing operations can fragment natural areas and cultural landscapes on lands that adjoin national parks, negatively impacting wildlife and other resources inside the national park itself. ©Nina Berman/NOOR **Lower right:** Traffic generated by the fracking oil boom passes through Watford City, North Dakota, on the highway leading to Theodore Roosevelt National Park (ND). ©Matthew Staver/Bloomberg via Getty Images **Inside cover:** Pronghorn in Wyoming. ©Morgan Heim **TOC:** Sunset highlights the Big South Fork National River and Recreation Area located in Tennessee and Kentucky. ©Willard Clay




## Executive Summary

Hydraulic fracturing (or "fracking") has the potential to rewrite America's energy future, presenting the possibility of an energy-independent nation. This relatively new extraction method is now responsible for 90 percent of domestic oil and gas production, with thousands of wells peppering the countryside. The number of wells is expected to skyrocket during the next two decades. The Energy Information Administration estimates that the United States has 2,119 trillion cubic feet of natural gas and 25.2 billion barrels of crude oil recoverable through fracking. What will history say about this innovation? What will the impacts be on America's public lands—especially our cherished national parks?

No one knows for sure. Most Americans aren't witness to fracking operations, which typically take place in remote, rural locations inhabited (and visited) by few people. Most North Dakotans, for example, live within eight miles of the Minnesota border, so they've never laid eyes on the fracking wells that are springing up in the western part of the state, near Theodore Roosevelt National Park. Other national parks in relatively undeveloped regions have also seen fracking arrive at their doorstep: From Glacier National Park's eastern boundary, visitors can throw a stone and hit any of 16 exploratory wells and their associated holding tanks, pump jacks, and machinery that is capable of forcing millions of gallons of pressurized fluids into energy deposits hiding thousands of feet beneath the earth.

Yet even the experts can't predict fracking's impacts. Will it contaminate the air we breathe in national parks? Will it harm native wildlife and the water and forests they depend on for survival? Will it damage the resources we value in our national parks? The answers are just beginning to emerge.

Consequently, the National Parks Conservation Association recommends that policy-makers require a measured, thoughtful approach to fracking, especially near national parks and in their surrounding landscapes. We must make every effort to understand and anticipate potential consequences—before they become irreversible.

Some impacts of fracking are already obvious. A web of new roads is expanding across the lands that lie above key oil and gas deposits. A proposed bridge and a new road to service a planned fracking field would dominate the view from Elkhorn Ranch, where

**Left:** Little Missouri River, Theodore Roosevelt National Park, North Dakota. ©Eric Foltz/ISTOCKPHOTO

**1**



Sources: BIA; BLM

President Roosevelt conceived his influential conservation theories. Astronomers at Theodore Roosevelt National Park—which once offered some of the nation's darkest, most pristine night skies—also see a new constellation of flares from nearby fracking wells. Visitors heading east from Glacier National Park encounter road signs urging caution against the poisonous gases that fracking operations emit.



Other impacts from fracking are more obscure. The vast quantities of water required for hydraulic fracturing—millions of gallons per well—may deplete key waterways, including those within our national parks. Fracking's expanding infrastructure may disrupt wildlife migrations into and out of our parks. The industry's waste products may pollute air, land, and streams.

Some fracking projects appear to have resulted in groundwater contamination. Although the specific causes aren't fully understood, a Duke University research group (Warner et al. 2012) proposed that geologic fissures between the deep shales and shallow layers of groundwater may provide conduits for toxic fluids to rise to the surface, where they may threaten people and wildlife. In fact, mounting evidence suggests that surface waters contaminated by fracking can harm domestic animals—and those consequences seem likely to impact national park wildlife as well.

These are warning signs, not conclusive proof, of fracking's impacts. Yet these early indications of harm to America's natural resources and national parks suggest the wisdom of a careful, considered approach to hydraulic fracturing, rather than blind complicity and a zealous rush toward monetary riches. National parks are managed under a precautionary principle designed to err on the conservative side of any potentially negative impacts. The same principle should be applied to fracking activities on lands adjacent to our national parks.

That said, the National Parks Conservation Association does not oppose oil and gas development, and we acknowledge that hydraulic fracturing provides real value to our energy-dependent nation. Our goal is to prevent an unexamined embrace of an oil and gas extraction method that can have far-reaching consequences for America's most cherished landscapes.

Now is the time to investigate the impacts of fracking on America's national parks. With the first wave of fracking wells yielding evidence for study—but before fracking has become a juggernaut producing a wake of irreversible damage—policymakers should examine the industry's corollary impacts and steer a wise course for the benefit of all Americans and their national parks. We must understand fracking's impacts on the nation's waters, air, wildlife, and cultural landscapes—splendors that are preserved in our national parks and that are unmatched anywhere else in the United States. In this pivotal moment, we can protect, or imperil, America's greatest legacy.

The National Parks Conservation Association does not oppose oil and gas development, and it acknowledges that hydraulic fracturing provides real value to an energy-dependent nation. Our goal is to prevent an unexamined embrace of an oil and gas extraction method that can have far-reaching consequences for America's most cherished landscapes.

**Above:** In this satellite image of North America at night, natural gas flares illuminate fracking fields near Theodore Roosevelt National Park (ND). These flares diminish dark night skies that once brought visitors to the park for stargazing. Courtesy of NASA, Illustration by NPR



## Key Findings

**Hydraulic Fracturing Has Widespread Existing and Potential Impacts**

Without smart planning, comprehensive pollution monitoring, and the best available environmental protections, oil and gas development near national parks will diminish America's natural and cultural heritage one park at a time. Only through sound decision-making can policymakers protect these important cultural and natural resources.

### Habitat Fragmentation and Wildlife Impacts

■ The oil and gas development boom across the country will require clearing substantial amounts of land and developing new or improved roads to support well sites. Important wildlife resources will be destroyed, and habitat that remains will be broken into smaller pieces by roads and development. Because national park wildlife do not recognize park boundaries—they move in and out of parks as food and shelter require—changes in landscapes that surround national parks will lead to the loss of park biodiversity, and fragmentation will increase the intrusion of non-native, invasive species.

■ Increased use of heavy machinery and increased truck traffic have the potential to crush vegetation, as well as increase the number of collisions with wildlife such as deer, elk, bears, and small mammals that move freely in and out of national parks. Additionally, these vehicles can transport invasive plant species across the landscape and into parks.

■ Western wildlife species such as elk, mule deer, and sage-grouse tend to avoid areas near active oil and gas wells, while a loss of intact Eastern forests could affect Neo-Tropical migrant bird species—all impacts that could affect nearby national park resources.

### National Park Scenic Views, Natural Sounds, and Night Skies

■ Air compressors and traffic are just two of the sources of noise associated with fracking activities. These intrusions can alter the behavior of wildlife and infringe on people's enjoyment of nature's natural sounds—an effect of particular concern when fracking occurs near national parks.

■ Fracking operations also present visual intrusions on the landscape, with drilling rigs that can extend vertically 100 feet. Lighting of drill pads and gas flaring at night can detract from the dark night skies and stargazing opportunities that draw thousands of visitors to our national parks. In North Dakota's Bakken shale region, at least a third of the natural gas that emerges with the exploited oil is flared off into the atmosphere.

■ A 2009 National Park Service publication identified potential impacts to viewsheds (scenic views) as one of the factors that would force the Park Service, because of its mandate to



**National Parks and Hydraulic Fracturing**
*Oil and Gas Shale Basins and Plays in the Contiguous 48 States*

protect such resources, to delve into the oil and gas permitting process in the Marcellus shale region. The systematic mapping of park scenic views can provide relevant information to state agencies when they consider oil and gas permits, and some parks have staff working on this.

**Water Quantity**

- Fracking a single gas or oil well can require millions of gallons of water. Many thousands of wells have already been drilled, and trends indicate that oil and gas fracking will continue to expand in coming years, resulting in a growing need for more water. Water drawdowns for fracking have the potential to affect important water supplies for native plants and animals, including both surface and groundwater within national parks.

**Water Quality**

- The wastewater that results from fracking operations is polluted with chemicals, brines, and other pollutants that are difficult or impossible to remove from the spent water. Fracking wastewater cannot be reused for other purposes, except other fracking jobs, and the available disposal options (e.g., dumping on the landscape, reinjecting into deep wells, transporting to water treatment facilities) create risks of contamination for affected landscapes, groundwater, and surface waters.

**Air Pollution**

- Hydraulic fracturing activities emit more pollutants than traditional oil and gas extraction methods, and some national parks are already experiencing air quality impacts associated with fracking. These pollutants include a lengthy list of hydrocarbons, methyl mercaptan, carbon monoxide, nitrogen dioxide, and ozone.

- A long-term research project in Colorado concluded that exposure to air pollutants from natural gas fracturing could cause subchronic and chronic health problems such as neurological or respiratory ailments and cancer, conditions that could impact visitors to national parks and residents in nearby communities.

- Pollution coming from large gas fields has been connected to high regional ozone levels. Ozone negatively impacts park visitors and park flora and fauna. It is imperative that national parks be protected from the dangers of ozone pollution.

**Above/Left:** The Middle Delaware River graces Delaware Water Gap National Recreation Area (PA).
©Songquan Deng/Dreamstime.com

 

## Recommendations

The National Park Service should be engaged as a formal cooperating agency, and comprehensive environmental reviews should be required when oil and gas drilling is proposed in the airshed, watershed, or connected landscapes that surround a national park. The Park Service should be a full partner with other agencies and with industry in determining where to avoid energy development that may impact national park wildlife, national park visitors' experience, or park visitors' health.

### Habitat Fragmentation and Wildlife Impacts

■ The oil and gas industry should work with state and federal agencies, including the National Park Service, to develop and implement best practices or declare off-limit areas to protect wildlife traveling through oil and gas fields near national parks. State and federal agencies must work collaboratively to understand the condition of wildlife species and their movement before drilling begins near national parks. Thoughtful planning and comprehensive environmental analysis will reduce the impacts of oil and gas development on national park wildlife.

■ Bureau of Land Management (BLM) leasing reforms are a step in the right direction. However, where national park resources are at risk, BLM needs to go further than simply advising National Park Service of potential impacts and going on to develop mitigation measures unilaterally. Instead, BLM should designate National Park Service as a formal "cooperating agency" under the National Environmental Protection Act when there is a reasonable likelihood that national park air, water, wildlife, or other resources will be affected by oil and gas activities on BLM land. As a cooperating agency, National Park Service would be able to participate in preparing environmental impact statements to ensure that park resources are taken into consideration from the outset of leasing decisions.

### Scenic Views, Soundscapes, and Night Skies

■ Scenic views, soundscapes, and night skies should be included in environmental impact analyses before gas and oil fracking is permitted within national park view sheds and soundscapes.

### Water Quantity

■ The amount of water required for fracking is enormous. It is imperative that statutory mandates to protect national park resources be met where water may be reduced or contaminated upstream or downstream from national parks. Federal partners and state agencies should work collaboratively with the National Park Service to ensure that stream flows and groundwater levels in parks are maintained at historic or mandated levels. Doing this will require enhanced water quantity monitoring inside parks when large scale fracking operations expand upstream from national park units.



## Water Quality

- National Park Service water resources must be protected from the impacts of oil and gas development. Americans expect water resources in national parks to support healthy fish and wildlife populations and to offer opportunities for swimming and recreational fishing. Therefore, any pollutant input that would have a measurable negative impact on national park water should be prohibited or mitigated.

- If drilling is permitted near or upstream from a national park, the identity of chemicals used in the process should be disclosed to the public, and the industry should provide (and pay for) a comprehensive water quality monitoring plan for all park waters that might potentially be impacted.

- The Bureau of Land Management (BLM) has proposed a rule for fracking on land where BLM is the permitting agency: BLM, Tribal, U.S. Fish and Wildlife Service, and Forest Service Lands (a total of more than 750 million acres). Many of these areas are adjacent to units of the National Park System. BLM has proposed public disclosure of the chemicals used in the drilling process 30 days after drilling has been completed, well integrity testing to prevent groundwater pollution, and planning for managing flowback waters (post-fracking sludge that is sometimes stored in open-pit holding ponds). While BLM's proposal is generally positive, the agency should also require that chemicals be disclosed to the public before drilling begins, that all flowback waters be stored in closed-loop containers and treated before they are allowed to reenter public waters, and that the National Park Service be fully engaged as a cooperating agency in the permitting process.

## Air Pollution

- The Clean Air Act sets high standards for the protection and improvement of national park air quality, so that units of the National Park System can support the health of park ecosystems and visitors. The Environmental Protection Agency recently announced implementation of a regulation to target emissions from compressors, oil storage tanks, and other oil and gas equipment in order to cut 95 percent of ozone and toxic emissions from natural gas wells developed through fracking. However, the rule does not take effect until 2015. Instead, it should be implemented today and expanded to cover existing and future wells.

- A Federal Memorandum of Understanding on air quality analysis and mitigation exists between the Environmental Protection Agency, Department of Agriculture, and Department of the Interior. The agreement requires a complete environmental review of the impacts of oil and gas development on air quality before drilling occurs on federal lands. The agencies that signed this memo should work collaboratively to ensure the requirements of the memo are met and national park air quality is protected.

- Comprehensive air quality monitoring and the best available control technology for emissions should be required when oil and gas development takes place in national park airsheds. The cost of in-park monitoring and associated impacts should be covered by industry.

**Above/Left:** A male sage-grouse performs for potential female mates. Grouse are especially sensitive to fracking operations. ©Images in the Wild/ISTOCKPHOTO **Middle:** Visitors canoeing on the Middle Delaware River in Delaware Water Gap National Recreation Area (PA) bring sustainable economic benefits to neighboring human communities. ©Christian Heeb **Right:** Waterfall at Van Campens Glen, Delaware Water Gap National Recreation Area (NJ) ©Steve Greer Photography





## National Parks and Fracking

### Introduction

National parks are America's heritage made visible on the land—the places and events that formed us as a people and as a democratic nation. The majestic landscapes of Grand Teton, Glacier, Arches, and Canyonlands National Parks include some of the nation's most important ecosystems. Our national parks' historic structures include the places where America's freedom and creative spirit came to life.

Cherished, enjoyed, and celebrated, our national parks nonetheless have been buffeted at times by challenges from competing interests and intermittent lack of care. In the past, pressures of the moment have prompted demands to transform the parks' forests into timber, their landscapes into minerals, and their rivers into reservoirs. More recently, insufficient federal funding has led to crumbling historic buildings, the loss of vital park staff, and missed opportunities to teach and inspire our children.

As America's national parks approach their centennial year in 2016, a new challenge is emerging:  the rapid expansion of gas and oil development using hydraulic fracturing, better known as "fracking." Because the health of our national parks—air, water, wildlife, and forests—is a direct function of the health of their surrounding landscapes, the growth of fracking operations near national parks is especially alarming.

Industry representatives and government officials point out that fracking promises a steady flow of domestically produced natural gas and oil for U.S. consumption and export, prompting visions of energy independence. Despite its economic and political benefits, though, fracking could cause serious repercussions in America's national parks. The road construction and bulldozed well sites that come with fracking can fragment native forests that surround our national parks, disrupting wildlife habitat and migration routes that cross national park boundaries.

The millions of gallons of water that are drawn from surface waters and underground aquifers to make fracking possible can diminish the quantity of water that nourishes park wildlife and vegetation.  The portion of the chemical-laced liquids used in fracking that belches back to the surface of the land can filter into streams and rivers that feed

**Left:** An aerial view of Big South Fork National Recreation Area. ©Willard Clay

**9**



## Fracking Near Grand Teton National Park (WY)

Sources: BLM; EIA; NPS; WY Oil and Gas Conservation Commission

some national parks. Air pollution from oil and gas production wafts over surrounding landscapes, negatively impacting national park plant life and visiting families alike. The industrial noise of drilling, pumps, and traffic roaring past on newly constructed roads interrupts park visitors' experiences. And when night falls, bright flares of excess gases punctuate the dark night sky, illuminating a landscape of energy development and erasing the Milky Way.

Shale basins with potential for gas and oil development underlie an ominous number of our national parks. Of today's 401 national park units, 131 lie either directly above or fewer than 25 surface miles from these underground deposits. More than 33 percent of America's national parks could be impacted by fracking.

Despite the rapid growth of the fracking industry, we still know little about the impacts it will have on our nation's natural resources. But if we value healthy air to breathe, unimpaired outdoor recreation, and landscapes that support diverse communities of plants and wildlife, we need to ask the questions and find the answers. As fracking technology moves physically closer to the borders of our national parks, we must determine what is known and what needs be done.

Shale basins with potential for gas and oil development underlie an ominous number of our national parks. Of today's 401 national park units, 131 lie either directly above or fewer than 25 surface miles from these underground deposits. More than 33 percent of America's national parks could be impacted by fracking.

**Below:** The Milky Way traces across the winter night sky above Glacier National Park (MT). ©Steven Gnam/TandemStock.com



## Hydraulic Fracturing: The Basics



The industrial technique of fracking is used to exploit shale plays, underground rock formations that may contain rich deposits of oil and natural gas. Shale plays are found within the larger shale basins that underlie much of the United States, but certain areas of the country are becoming hotspots of drilling activity because of their potential for high economic returns. Some of these hotspots lie beneath or near national parks, and evidence indicates that fracking activities will continue to expand toward other national parks in the future.

Fracking technology has existed since 1947, but it mushroomed in the late 1980s when companies began to combine it with horizontal drilling to magnify productivity. To produce natural gas or oil through hydraulic fracturing, companies clear a well site, drill a bore hole, and drive a drill bit thousands of feet through the earth to reach layers of shale rock. Once they reach the strata of shale rock, they rotate the drill bit by 90 degrees and bore a horizontal cavity laterally through the shale seam to access a longer stretch of the deposit—from 1,000 feet to more than 10,000 feet. From the well head, they insert explosive charges down the bore hole and into the horizontal opening, and then set them off to perforate the well pipe and burst fissures in the rock. The drillers then pump millions of gallons of highly pressurized water, sand, ceramic beads, and chemical slurry into the hole to expand the fissures and hold them open. As natural gas or oil begins to flow upward to the wellhead on the surface, the sand and beads prevent the fissures from closing. Wastewater and drilling fluids that rise to the surface with the gas or oil are stored in ponds or tanks, or trucked away in heavy tank trucks.

The Energy Information Administration estimates that the United States has 2,119 trillion cubic feet of recoverable natural gas and 25.2 billion barrels of crude oil (http://www.eia.gov/naturalgas/crudeoilreserves/). Fracking is now being used in 90 percent of the nation's domestic oil and gas production, and its use is not tapering off, but expanding.

**Left:** Hydraulic fracturing (fracking) for natural gas and oil utilizes horizontal drilling to extract natural gas and oil from strata of shale rock beneath the earth's surface. ©filo/ISTOCK-PHOTO **Right/Top:** A Google Earth image of the oil fracking region near Pinedale, WY, illustrates the visual impacts fracking can have on the surface of the land. ©2013 Google and Tele Atlas **Second from top:** A crew constructs a 10-inch gas pipeline outside Watford City, ND, 2011. The U.S. Geological Survey estimates that shale formations in North Dakota may hold 4.3 billion barrels of oil. ©Matthew Staver/Bloomberg via Getty Images **Third from top:** Tanker truck servicing the fracking industry near Theodore Roosevelt National Park (ND). ©Kurt Repanshek **Bottom:** Fracking operations in Bradford County, PA. ©Les Stone/Corbis/AP Images









13

## Landscape Changes From Gas and Oil Fracking
### Intensive Energy Development Fragments Habitat

A single oil or gas well pad does not require much territory: About 1 hectare of land (10,000 m2; 2.5 acres) can support a drill pad, one or more wells, and a water retention pond. Add in a road, and possibly a pipeline to transport the gas or oil, and the land requirements for this one well pad are still relatively small.

But the intensive efforts underway to extract oil and gas are resulting in the development of an increasing number of larger well pads with numerous wells on each. Johnson (2011) reported that in 2010 there were approximately 1,000 drilled well pads in Pennsylvania's Marcellus shale region; that number is projected to increase over the next two decades to a total of 7,000 to 15,000 well pads. During the past four years, oil and gas companies have leased more than six million acres of public lands (Babbitt 2013). On this scale, energy exploration will alter the regional landscape and cause extensive habitat loss and fragmentation.

Where gas and oil development is taking place close to national parks, this situation is an especially serious cause for concern. National parks are physically and ecologically connected to the lands that surround them. Habitat loss and fragmentation in the larger landscape threaten the integrity of wildlife and vegetation inside the parks themselves.

The energy development boom across the country will require the clearing of large quantities of land and the development of new roads to support the emerging well sites. Where energy development is intensive, intact habitats will be fragmented into smaller units, which carries implications for the natural resources that remain. Direct changes to habitats (clearing forest for well pad construction), as well as indirect changes to habitats (increased species loss and drying out of forests), negatively impact native plant and wildlife populations. Because national park animals don't always remain within park boundaries, these impacts directly affect wildlife communities inside the parks themselves.

In 2010 there were approximately 1,000 drilled well pads in Pennsylvania's Marcellus shale region; that number is projected to increase over the next two decades to a total of 7,000 to 15,000 well pads.



**14**

NATIONAL PARKS AND HYDRAULIC FRACTURING

Research done in the Marcellus shale region of Pennsylvania is offering early glimpses into the fragmentation and habitat loss resulting from shale development (Johnson 2011, Fisher 2012). One GIS analysis showed that a single well pad and road built in Greene County, Pennsylvania, reduced an intact forest patch from 193 acres to 150 acres—a decrease of 22 percent (Johnson 2011).

The type of habitat loss is of particular concern. For example, slightly more than half of the drilling pads in Pennsylvania are located on agricultural lands, while many of the others are on forested lands (Drohan et al. 2012). Many of the sites targeted for wells are relatively large, unbroken tracts of Pennsylvania forest. In fact, more than 25 percent of existing or permitted pads in the Susquehanna River basin (the major tributary flowing into the Chesapeake Bay) are located within these core forest tracts. In addition, up to 145 miles of new roads may be built in this part of the basin, further fragmenting habitat and increasing edge effects. The likely outcome from the proliferation of edge habitat will be increases in the populations of less desirable edge species, including invasive weeds (Fisher 2012), as well as the loss of native plants and animals that thrive in intact ecosystems.

The situation has been carefully documented. In northern West Virginia, researchers monitored the impacts from a single gas well in the Fernow Experimental Forest (Adams et al. 2011, Adams 2011). The well (and its associated pipeline and road) was installed in the experimental forest in 2008. (This is the same experimental forest discussed in "Fracking Creates Dangerous Waste That Could Contaminate Surface Waters" on page 24.) Because the site is an experimental forest, reams of historical data exist to quantify the impacts of the gas well. What researchers found was that direct habitat impacts were predictable (cleared vegetation, soil erosion, road damage), and indirect impacts were consistent with the increase in edge habitat normally associated with pad and road development.

West of the Mississippi River, oil and gas development has added to the reduction of the once-widespread sagebrush steppe habitat, an ecosystem that once covered more than 63 million hectares (243,244 square miles) of the western United States (Knick et al. 2003, Halloran 2005). After the cumulative impacts of human activities such as agriculture, cattle grazing, mining, urbanization, and energy development, only 14 percent of the ecosystem remains (Knick et al. 2003). This once-dominant habitat provides food and shelter for many bird species and other wildlife. In Wyoming alone, some 100 bird species and 70 mammal species depend on sagebrush at some particular point in their life. Many of these are animals that national park visitors hope to see during their travels (Halloran 2005). Today, these degraded or eradicated sagebrush steppe lands have been urbanized, industrialized, or invaded by non-native grasses. None of these land uses provides high quality habitat for wildlife. Scientists in these Western states fear that the recent oil and gas boom brought on by hydraulic fracturing technologies will expand the destruction of this important ecosystem.

## Habitat Fragmentation from Energy Development Has Consequences for Wildlife and Plants

Recent studies demonstrate how certain native wildlife species react to the intrusion of oil and gas developments. A study of greater sage-grouse (a candidate species for Endangered Species Act protection) in Montana and Wyoming showed that female birds avoid areas with coal-bed methane wells; another study in Wyoming found that males' breeding displays were less frequent in areas close to well fields and the roads that service them. While coal-bed methane extraction (the focus of the first study) differs from hydraulic fracturing, the impact to this iconic species is clear: Altering the landscape for energy development negatively impacts sage-grouse populations.

Elk, mule deer, and pronghorn antelope (wildlife species that characterize many national parks in the West) also depend on sagebrush habitats during winter (Halloran



**Left:** A new road piercing the forest in Susquehanna County, PA, paves the way for fracking operations. ©Nina Berman/NOOR
**Above:** Pronghorn that reside part of the year in Grand Teton National Park (WY) also move through corridors on adjoining lands that are increasingly being used for oil and gas fracking. ©Angela Cable/ISTOCKPHOTO

2005). Studies in Wyoming showed that mule deer fled from drilling pads and did not acclimate to them during the three-year study period (Sawyer et al. 2005, 2006, 2009). Mule deer were less likely to use land with energy development as far away as 4 kilometers (2.4 miles). The effects of this shift on regional wildlife populations, particularly populations that use national park lands, remain unclear. But observers state that oil extraction in North Dakota continues to insulate and isolate the wildlife of Theodore Roosevelt National Park, and biologists expect that wildlife populations in the park may decline in number and variety as a result.

A similar concern is that habitat loss and alteration from energy development in Pennsylvania will affect forest wildlife, including Neotropical migrant bird species such as warblers, thrushes, and tanagers (Fisher 2012). As an example, approximately 20 percent of the world's scarlet tanager population breeds in the intact forests of Pennsylvania. In some cases, evidence suggests that impacts to native wildlife, particularly birds, will trickle down to plant communities that rely on birds for pollination. A study on lands near natural gas wells in New Mexico (Francis et al. 2012) revealed that persistent noise from compressors altered mice and bird communities and hampered the dispersal of piñon pine seeds.

In some cases, habitat loss and fragmentation might disrupt vegetation and wildlife populations close to or inside national park boundaries. Because wildlife, plant seeds, air, and water move freely across park borders, the condition of natural resources in our national parks is tied to the condition and character of the larger landscape that surrounds them. Fracking outside the boundaries of national parks produces effects inside the parks themselves.

Proposed oil and gas development in Pennsylvania's Marcellus shale region, for example, would fragment and destroy pristine forest adjacent to Upper Delaware Scenic and Recreational River. Downstream, at Delaware Water Gap National Recreation Area, there are proposals to build natural gas pipelines across the park, an action that would fragment park wildlife habitat and interfere with black bear migrations across the landscape.

Activities associated with fracturing, like sand mining, have also had an effect on national parks. The upper Midwest provides the sand commonly used in the fracturing process, and mining activities for this commodity have already caused sedimentation in the St. Croix National Scenic River. The long-term impacts of erosion and sedimentation to park resources are currently unknown.

Fracking outside the boundaries of national parks produces effects inside the parks themselves.

## How Can We Mitigate Habitat Loss and Fragmentation from Fracking?

Loss of habitat is inevitable in energy development, but proper planning and research can mitigate some of the impacts. Researchers focused on landscape connectivity (sometimes called conservation connectivity) are addressing such questions as: What do we know about the landscape, its wildlife and plant life, and the flow of energy and organisms across it? What are the impacts of habitat disturbance, and what can be done to mitigate them?

A more complete understanding of landscapes and the importance of national parks within them will improve the conservation of the nation's ecosystems as energy development expands in North America. But many practical obstacles remain. The permitting process for energy production that is standard practice in many states may not provide sufficient opportunity for proactive, comprehensive management. Even more, surface lands and subsurface mineral rights are often owned by different parties. Finally, many of the lands currently being exploited for oil and gas fracturing are privately owned. In fact, 90 percent of Pennsylvania's current gas drilling is taking place on privately owned properties (Fisher 2012). These factors make managing lands across a larger landscape even more difficult.

# Fracking Near the Delaware River Basin



Sources: NPCA; EIA; www.fractracker.org

**17**



Sources: EIA; KY Geological Survey; NPS

## Oil and Gas Development Can Negatively Impact Park Visitors: Industrial Noise, Park Views, and Park Skies at Night

Noise accompanies oil and gas development, from the blast of air compressors pumping fracturing fluids into the ground to the roar of heavy trucks moving water and equipment to and from the drill pads. Adding a visual dimension to this din, drill rigs project up to 100 feet into the air and can sometimes be seen from great distances. At night, gas flaring—igniting excess gas to burn off gas pressure buildup and maintain safe conditions at the drill site—disrupts people's appreciation of the beauty of dark night skies.



Where these impacts from oil and gas development occur near national parks—Theodore Roosevelt National Park in North Dakota is an example—they mar the natural and cultural resources the parks are designed to protect, and park visitors may turn away, disappointed by the outside intrusions. If fracking expands closer to Big South Fork National River and Recreation Area in Tennessee, for example, visitors listening and watching for endangered warblers may instead hear the hammering of industrial air compressors and see drill rigs ten-stories tall on the horizon. Although water and air contamination from oil and gas fracking receives a lot of media attention, the impacts on scenic views and natural sounds—especially in national parks—are also obvious and immediate.

National parks preserve the sound of rustling winds, bird songs, waterfalls, and perhaps most important of all, natural silence. Hearing birds and the river on the front porch of President Theodore Roosevelt's Elkhorn Ranch in North Dakota or the bugling of elk on the eastern edge of Glacier National Park in Montana are also important resources protected in our national parks. Oil and gas development can threaten the enjoyment of these park resources.

Researchers have shown that oil and gas operations can produce noise pollution and impact parks' natural soundscapes—affecting visitor experiences, wildlife, and cultural resources (see sidebar on page 20). A series of studies has documented how noise—from over flights, personal watercraft, and even other visitors—diminishes visitors' park experiences.

Researchers have also examined the effects of noise on marine mammals, birds, and bats. In northwestern New Mexico, a research team has been evaluating how noise pollution from drilling sites' air compressors affects birds, and how those effects translate to the surrounding landscape (Francis et al. 2009). The research found less species diversity within bird communities in noisy areas than in quiet control areas nearby. On the other hand, another recent study found that hummingbird pollination actually increased in noisy areas (Francis et al. 2012). This research indicates that the effects of noise on wildlife are not well understood.

Yet some effects are plain. Would Theodore Roosevelt have developed such a strong conservation ethic during his time at Elkhorn Ranch if he had been subjected to the noise now being generated by North Dakota's oil fracking boom, currently taking place along the borders of his namesake national park?

**Right:** Constellations illuminate Grand Teton National Park (WY). Gas flares from fracking are beginning to threaten dark night skies in some national parks. ©Marc Adamus/Aurora Photos



## Noise Intrudes on National Parks

Oil and gas extraction generates low-frequency noise, which travels farther than high-frequency sounds (Barber et al. 2011). A recent study modeled the impacts that compressors from oil and gas operations might have on Mesa Verde National Park in Colorado. The study found that the sound of 64 compressors outside Mesa Verde *elevated* the sound level within the park by 34.8 decibels on average, and by 56.8 decibels on the eastern side of the park (which sits closest to the compressors). For comparison, the U.S. Environmental Protection Agency recommends a "safe noise level" of no more than 55 decibels total to avoid damage to the human ear.

The same study also examined the potential for road noise to impact national park soundscapes, specifically modeling the effects of automobiles on the Going-to-the-Sun Road in Glacier National Park. Here the researchers found that modest traffic levels (e.g., 3,700 vehicle trips per day) produced a 42-decibel increase in noise within 500 meters of the road, and a 38- decibel increase within 1,000 meters. More vehicle trips and heavier vehicles (trucks carrying water, heavy drilling equipment) mean more noise pollution and more potential noise pollution. Some writers estimate that as many as 2,000 truck trips are required during the first year of a well's operation, not including the removal of the fossil fuel itself (Dobb 2013).

In addition to the noise fracking makes, there are visual impacts to consider. Fracking operations are accelerating in northeastern Pennsylvania, and allowing them to approach Upper Delaware Scenic and Recreational River would compromise the pastoral quality that visitors so appreciate there. Indeed, the once-pristine badlands of western North Dakota have already been pockmarked by fracking projects that have produced a less appealing landscape. Surveys of visitors at other national parks have shown that natural quiet and unmarred views rank high in importance in their park experiences (Joshua Tree National Park Visitor Study, Fall 2010, www.nps.gov/jotr/parkmgmt/upload/2010VSPrept.pdf).

A 2009 National Park Service publication identified potential impacts to viewsheds (scenic views) as one of the factors that would force the Park Service, because of its mandate to protect such resources, to delve into the oil and gas permitting process in the Marcellus shale region. Mapping park scenic views using geographic information systems technology can provide relevant information to state agencies as oil and gas permits are considered. Some parks have staff working on this. Increased collaboration has the potential to prevent conflicts over scenic views.

Nested within the issue of scenic views is the potential impact to night skies. Some national parks around the country offer superlative opportunities to enjoy dark night skies and the kind of stargazing that's simply not available near developed, urban areas. Oil and gas development can disrupt night skies through extensive lighting of drilling sites during the initial construction phase and through flaring, which burns off surplus gases. In areas where high concentrations of wells exist, flaring obscures night sky viewing opportunities.

**Above:** Traffic generated by the fracking oil boom passes through Watford City, ND, on the highway leading to Theodore Roosevelt National Park. ©Matthew Staver/Bloomberg via Getty Images

## Water Quantity

### Fracking's Enormous Demand for Water Could Threaten Our National Parks

Water means life for national parks. A sustainable supply of clean water supports healthy plant life, and plants are the foundation for wildlife and ecosystem diversity. Additionally, park waters provide visitors with recreation opportunities and provide sources of clean, municipal water. Given the narrowing physical distance between national parks and fracking sites, we have to ask whether or not fracking could threaten water resources in national parks.

To carry out hydraulic fracturing, companies inject millions of gallons of water, chemicals, and sand into the ground at extremely high pressures to crack and hold open gas- and oil-bearing shale. The quantity of water required for a specific fracking well depends on the depth of the target shale and its geological properties. In North Dakota's Bakken shale, which lies under lands adjacent to Theodore Roosevelt National Park, the operation may require 1 million gallons to fracture the rock and release oil. By contrast, a well in the Marcellus shale of the mid-Atlantic region, near Delaware Water Gap National Recreation Area, may require 5.5 million gallons to release the formation's natural gas. A single fracking well in the productive Eagle Ford shale play in Texas requires more than 6 million gallons of water (Rubin 2013).

These volumes reflect only the amount of water initially injected into the well. As production drops, wells can be re-fractured in hopes of stimulating additional oil or gas production, and this requires more water. Where the water comes from is a function of what's available in the area of operation. Rivers, streams, lakes, and underground aquifers are all being used by the industry. Some of this water is recycled as fracking fluid in other wells, but much of it is lost to the water cycle, denying future use by people or wildlife.

When water is pumped into a fracking well, 20 to 40 percent of it regurgitates back up the bore hole. In some places, companies have collected this "flowback" water and transported it for use in other fracturing jobs. In many other cases, the flowback is disposed of as waste. Much of the water used for fracturing is fully consumed—meaning it is too contaminated with chemicals and underground brines to be used again—at least until technology is developed to adequately treat it.

Because water availability is a contentious topic in both the Eastern and Western United States, the quantity of water used in fracking operations is coming under close scrutiny. Examining the issue in the Western states, a 2012 report by Western Resource Advocates, citing data from the Colorado Oil and Gas Association, indicated that the amount of water required to fracture the nearly 3,000 new wells drilled in Colorado in 2011 was between 22,000 and 40,000 acre-feet annually (an acre-foot is 325,851 gallons of water, thus, 7 to 13 billion gallons of water per year). That's equivalent to the water used by 79,000 families during the course of a year (WRA 2012). And in Colorado, as in many places across the country, water is scarce and already highly allocated.

In some areas of the country, municipalities have sold part of their water holdings to the oil and gas industry. In 2011, the northern Colorado town of Greeley sold more than 1,500 acre-feet (4.8 million gallons) of water to oil and gas companies for $1.6 million (Hurst 2012). If continued, this sort of sale could be detrimental to regional water supplies, because water used to irrigate crops normally returns to area waterways or percolates through the soil to directly replenish underground aquifers. In contrast, much of the water used for fracking becomes unavailable for human beings and, in some places, for national park fish, wildlife, and vegetation.



**Left:** Autumn in Big South Fork National River and Recreation Area (TN/KY). ©David Muench/Muench Photography Inc.



## Fracking Near Theodore Roosevelt National Park (ND)

** some active well sites displayed in Elkhorn Ranch Unit area may have
pre-2008 ground-breaking dates

Sources: EIA; ND Department of Mineral Resources; NPS

On the arid Colorado Plateau, water is a life source for seven states, two countries, and 30 million people. The region's water resources are already over-allocated, producing a gap between water supplies and growing annual demands. Water seeps and springs are an especially critical link for park resources. They provide life-sustaining water for wildlife, waterfalls, and plant habitats in side canyons like those of Grand Canyon National Park. Because oil and gas activities can significantly impact overall water availability in the arid Southwest, the potential exists that seeps and springs could be negatively affected. The high demand for water from oil and gas fracking has the potential to impact national park resources, as well as harm visitor recreation and tourism economies near the national parks of the Colorado River basin and other regions of the country.

## Less Water for National Parks?

The increasing quantities of water used for fracking may lead to less surface water in major river basins. Companies working the Bakken shale deposits of North Dakota, including those that lie beneath Theodore Roosevelt National Park, already are competing for access to reservoirs that feed the Missouri River.  The companies need the water for fracking, but other interests would prefer to use it to offset the drought-induced, diminished flow of the Mississippi River, which receives the flow of the Missouri near St. Louis.

In the Western states, water extracted for fracking may affect the Colorado River and Rio Grande basins, home to a dozen iconic national parks. In the Colorado River basin, water quantity is a perennial issue for national parks—among them, Dinosaur National Monument, Canyonlands National Park, Glen Canyon National Recreation Area, and Grand Canyon National Park. More pressure on this resource, either through direct removal from surface tributaries or through the drawdown of groundwater that replenishes the river, will further exacerbate resource problems in the region's parks.

NPCA's Center for Park Research provides a detailed analysis of the impacts of reduced water flows on native fishes, natural river processes, and riverine cultural resources in national parks along the Colorado River in the 2011 report *National Parks of the Colorado River Basin: Water Management, Resource Threats, and Economics* (available online at www.npca.org/cpr). These impacts include declines in native fish populations, changes in stream bank plant communities, and alteration of sediment that produces impacts on recreational rafting and cultural resources such as archaeological sites. Meanwhile, shale development in southern Colorado, northern New Mexico, and Western Texas could reduce the amount of water that makes its way into the Rio Grande, where water flows are a perennial resource concern.

In other parts of the United States, including the Eastern seaboard, vital aquatic habitats in national parks could suffer from reduced water supplies wrought by fracking. Using surface or groundwater for hydraulic fracturing in Pennsylvania, New York, or New Jersey could reduce the amount of water flowing through Upper Delaware Scenic and Recreational River and Delaware Water Gap National Recreation Area, harming federally protected freshwater mussels in the river. As with many river parks in the National Park System, the benefits of the parks' clean water are well recognized far beyond their borders. The Delaware River supplies drinking water for 5 percent of the U.S. population—more than 15 million people.

The development of the Marcellus shale that underlies this region could also have consequences for the Susquehanna River, the area's largest river and the major tributary to the nationally significant Chesapeake Bay estuary. Currently, the natural gas industry in the region gets more than 65 percent of its water from surface water withdrawals (Richenderfer 2012). In the future, that could surge to 30 million gallons per day (Richenderfer 2012). The potential impacts of these withdrawals are uncertain—but at stake are drinking water, recreational opportunities, and the economic vitality the Chesapeake provides to the region's 54 national park units and 17 million human residents.



**Above:** Drilling rig for fracking operations in the Bakken shale formation (ND). ©David Gaylor/ Dreamstime.com

**Above:** American shad have long been a valuable resource in the Chesapeake Bay watershed, the largest estuary in North America and home to 17 million people. ©Dave Harp **Right:** Cold, clear water characterizes Kintla Lake, Glacier National Park (MT). ©Jason P Ross/Dreamstime.com

## Water Quality

### Fracking Creates Waste That Could Contaminate Surface Waters

Concerns about the impacts of fracking on national parks increase when we look at the potential for water contamination. The 20 to 40 percent of injected fracking water that flows back to the surface during drilling and production contains chemicals and lubricants added during the fracking process, as well as natural pollutants such as salts, radium, and barium that have been held in the geological strata for millions of years (Haluszczak et al. 2012).

As a result, wastewater generated by hydraulic fracturing remains a dangerous brew with few effective options for disposal or treatment (Biello 2012). In some production areas, wastewater has been trucked off-site to a treatment facility, or pumped into deep water injection wells. In a few cases, waste has been dumped (intentionally or accidentally) into surface waters or dispersed on the landscape. All of these disposal scenarios have negative consequences. In some cases, they may threaten resources inside national parks.

Modern wastewater facilities are designed primarily to process organic sewage, not to remove salts, radioactive materials, or hydrocarbons found in flowback water from fracking wells. In particular, material collectively known as Total Dissolved Solids (TDS), which is common in fracking flowback water, is difficult to remove from wastewater. TDS commonly includes ions (calcium, potassium, chloride) and compounds such as nitrate and phosphate. Although all natural waters contain these dissolved solids, the levels found in flowback waste can be much higher than typical freshwater sources. For example, one study reported that fracking flowback waste had a concentration of 7,500 milligrams per liter of chloride (Adams 2011), whereas a typical headwater stream in the Delaware River Basin might have 20-50 milligrams per liter of chloride.

Worse yet, a 2012 Penn State University study of the composition of flowback liquids from fracked gas wells of Marcellus shale in Pennsylvania and northern Virginia revealed that some of the elements returning to the surface appear to be barium and radium deposited hundreds of millions of years ago. Reporting in the scientific journal *Applied Geochemistry*, the study's authors note that while much attention has focused on the flowback of chemicals injected into the well during the fracking process, the release of toxic elements that have been held in the ground for millions of years is also a concern (Haluszczak, et al. 2012).

Because wastewater treatment facilities don't have methods to remove certain pollutants, the water they discharge into the environment remains high in compounds known to kill fish, corrode metal, and contribute to the excessive growth of certain algae (leading to more fish kills caused by depleted oxygen levels produced when the algae die and decompose). In some places, contaminated wastewater is discharged from facilities located great distances from well sites, a situation that makes fracking's environmental consequences far-reaching.

Even more relevant to fracking's potential threats to national parks is evidence indicating that contamination of surface waters from hydraulic fracturing can affect the health of domestic animals. In one study, researchers tabulated cases where surface water or shallow groundwater contamination was associated with domestic animal health problems (Bamberger and Oswald 2012).

Such studies can't always quantify potential or future risks to domestic animals, but the authors argue that animal health is an important research topic when considering the impacts of gas drilling. And if fracking poses consequences for domestic animals, could it not impact national parks wildlife as well? This threat is especially relevant as oil and gas development expands into the grizzly bear recovery zone established in and around Glacier National Park in Montana.

**24**



Because wastewater treatment facilities don't have methods to remove certain pollutants, the water they discharge into the environment remains high in compounds known to kill fish, corrode metal, and contribute to the excessive growth of certain algae.

BALANCING ENERGY NEEDS, NATURE, AND AMERICA'S NATIONAL HERITAGE

**25**

On December 31, 2011, a minor earthquake near Youngstown, Ohio, appears to have been associated with well injections of fracturing fluid wastes from Pennsylvania.

The Fayetteville shale region of Arkansas has also experienced an increase in seismic frequency from the reinjection of fracking wastes.

Just as releasing fracking wastewater—even after treatment—degrades rivers and streams, broadcasting the wastewater over the landscape is not a viable solution, either. In a 2011 study that mimicked the effects of an accidental spill, nearly 80,000 gallons of wastewater were applied to a half-acre area of forest to document the impacts of fracturing wastewater on vegetation (Adams et al. 2011 and Adams 2011). The wastewater contained chloride levels that were within state standards for disposal on the landscape; however, the large quantities applied to a small area resulted in an estimated 4,500 kilograms of chloride per acre. The experiment resulted in damaged leaves and dead plants, likely as a result of the high concentration of TDS.

The study underscores concerns about accidental spills of fracking wastewater that could occur as trucks transport flowback water from drill sites to disposal or treatment facilities. Such accidents have the potential to contaminate lands and waters far removed from drill sites, including those of nearby national parks. Potential cases in Theodore Roosevelt National Park, in North Dakota, and Delaware Water Gap National Recreation Area, in Pennsylvania, come to mind.

Another practice currently used to deal with fracking wastewater is re-injecting it into deep wells that are otherwise unused resources (Clark et al. 2011). But several studies associate that practice with increased seismic activity, which may or may not have an impact on people and national parks. On December 31, 2011, a minor earthquake near Youngstown, Ohio, appears to have been associated with well injections of fracturing fluid wastes from Pennsylvania. Other areas of the country, including the Fayetteville shale region of Arkansas, have also experienced an increase in seismic frequency from the reinjection of fracking wastes. A recent peer-reviewed study indicated a correlation between deep-well injections of fracturing waste and small earthquakes in eastern Texas (Frohlich 2012).

These studies underscore the concern that injecting large amounts of wastewater into areas of tectonic activity may result in corollary problems. Changing the underlying geology of a region through fracking could increase the chances of groundwater contamination. Several recent studies revealed that contaminated fracking water can seep through fissures created by fracking into naturally occurring cracks in underground rock formations, gradually working its way to the surface through natural seepage and springs, some of which may be located inside national parks. As fracking wells are drilled ever closer to national park boundaries, this new research provides yet another reason to monitor potential impacts of the industry.





## The Bureau of Land Management's Leasing Reforms: What do They Mean for National Parks?

In May 2010, the Department of the Interior issued a binding instructional memorandum (IM 2010-117) to improve oil and gas leasing on lands managed by the Bureau of Land Management (BLM). If implemented effectively, these leasing reforms could better protect national parks from the impacts of oil and gas development on BLM lands, including those adjacent to national parks.

The leasing reforms outlined in the instructional memo have two main components:

1. BLM must complete a National Environmental Policy Act (NEPA) review that provides the public with an opportunity to comment prior to each lease sale. As part of the review, BLM must determine whether "leasing would result in unacceptable impacts to the resources or values of any unit of the National Park System" and "coordinate and/or consult on parcel review" with the National Park Service in order to "achieve greater coordination and communication in managing shared landscapes, such as airsheds, viewsheds, watersheds, and soundscapes..." Simply put, BLM must now bring the public and the Park Service to the table to review and comment on proposed oil and gas development when it might impact national parks.

2. BLM must conduct a pre-leasing planning process known as a "Master Leasing Plan" or MLP. This planning process was established to resolve sometimes longstanding conflicts between oil and gas leasing and the protection of lands such as national parks. Through MLPs, the BLM must identify and evaluate potential resource conflicts, including conflicts with "nearby...federal lands, including National Park Service and Fish and Wildlife Service lands, that could be adversely affected by BLM-authorized oil and gas development" and then adopt new measures to resolve those conflicts.

To date, BLM has agreed to prepare full MLPs in Montana, Utah, and Wyoming. The Utah MLPs are focused, in part, on addressing impacts on Arches National Park and Canyonlands National Park.

The BLM leasing reforms are a step in the right direction. However, where national park resources are at risk, BLM needs to go further than simply advising the National Park Service of potential inpacts and going on to develop mitigation measures unilaterally. Instead, BLM should designate the Park Service as a formal "cooperating agency" under NEPA when there is a reasonable likelihood that national park air, water, wildlife, or other resources will be affected by oil and gas activities on BLM land. As a cooperating agency, the Park Service would be able to participate in preparing environmental impact statements to ensure that park resources are taken into consideration from the outset of leasing decisions

**Left:** Elk feeding in Rocky Mountain National Park (CO). ©Sergio Ballivian/TandemStock.com **Above:** A containment pond at a fracking site in the Marcellus shale region, eastern United States. Ponds such as this hold flowback (fresh water mixed with chemicals, sand, and lubricants) that gushes up the wellbore to the surface during a fracked well's production phases. ©Dwight Nadig/ISTOCKPHOTO

## Some Studies Link Fracking and Groundwater Contamination

One of the most emotionally charged concerns specific to hydraulic fracturing revolves around groundwater contamination. The image of water engulfed in flames because of methane contamination has been burned into the public consciousness. Although this is a major concern, documented research on hydraulic fracturing's potential to contaminate groundwater is still sparse. Between 2009 and 2011, the U.S. Environmental Protection Agency conducted an extensive investigation to uncover why domestic water users in Pavillion, Wyoming, were complaining of bad tastes and odors in their household water supplies. Pavillion is a rural area near the Pavillion gas field, where hydraulic fracturing has been used to stimulate relatively shallow (around 1,000 feet deep) wells. Early findings from the EPA's study indicate that oil and gas development around the town of Pavillion resulted in localized groundwater contamination and, by extension, impaired drinking water. One notable finding: The water wells in closer proximity to gas production wells had higher concentrations of methane.

The Pavillion study uncovered some important information related to drinking water contamination, but it didn't identify what went wrong: Was the cement casing around the well bores insufficient, or did contaminants migrate upward through the geological layers? What was the initial baseline condition for the drinking water wells? What are the short-term and long-term consequences of this water contamination for human and animal health? These questions may never be answered, but Pavillion's cautionary tale is this: A connection exists between hydraulic fracturing and the contamination of domestic drinking water.  For national parks in urban and exurban areas and for parks surrounded by human settlements, the potential for groundwater contamination should not be dismissed.

In northeastern Pennsylvania and southern New York—regions that overlie the Marcellus and Utica shales—another study also found a potential link between hydraulic fracturing and methane contamination in groundwater pumped for domestic use (Osborn et al. 2011). In domestic water supplies that were within 1,000 meters of "active extraction areas," concentrations of methane were much higher than water supplies at greater distances from active wells. The methane found in these samples matched the gas produced by the nearby wells. Unlike the Pavillion, Wyoming, study, however, the research provided no evidence of other fracking chemicals or brines in the drinking water. This was the first peer-reviewed paper to link oil and gas hydraulic fracturing to groundwater contamination.

Another recent study by Duke University scientists (Warner et al. 2012) suggests that Pennsylvania's geology might have higher connectivity than initially thought: Despite the depth of the Marcellus shale, there may be natural hydraulic links between the deep shales and shallow groundwater that could result in the transport of shale brines or even fracturing fluids to the surface.

An EPA study indicates that oil and gas development around the town of Pavillion resulted in localized groundwater contamination and, by extension, impaired drinking water. One notable finding: The water wells in closer proximity to gas production wells had higher concentrations of methane.





## Surface and Ground Water Contamination: Could National Parks Be Affected?

Pressure to develop the Marcellus shale in northeastern Pennsylvania and southern New York could degrade the Delaware River through the streams that feed into it. A spill in the upper Delaware watershed could quickly degrade water quality and high-value wildlife habitat of Upper Delaware Scenic and Recreational River and flow downstream to Delaware Water Gap National Recreation Area. For example, a fracturing wastewater spill near the Upper Delaware River or any of its many tributary streams or creeks could cause fish kills that harm the recreationally important American shad (*Alosa sapidissima*), or result in losses to wildlife species in the park, including the endangered dwarf wedgemussel (*Alasmidonta heterodon*).

Similar damage could occur at any number of national parks around the nation. A spill or discharge of improperly treated wastewater into surface waters would harm aquatic wildlife, as well as species that rely on those waterways. It could also translate into reduced recreational opportunities and negative public perception of the parks' safety for swimming.

Should parks' drinking water become contaminated by nearby fracking, visitors wouldn't be the only ones impacted. In many national parks around the country, seeps fed by groundwater create hanging gardens, and springs provide critical watering holes for a variety of terrestrial wildlife. One recent study (Bamberger and Oswald 2012) summarizes some of the suspected and potential impacts to livestock from well-water contamination: Cattle exposed to fracturing fluids (either from spills or leaky impoundments of wastewater) suffered serious reproductive effects (e.g., difficulty breeding, abnormalities in offspring) and in some cases, death. Similar water contamination impacts on wildlife seem plausible.

**Left:** Fly fishing is a popular activity in many national parks, including Upper Delaware Scenic and Recreational River (PA). ©Bob Krist/National Geographic Stock **Above:** Looking down from Devil's Jump Overlook at canoers and kayakers in Big South Fork National River and Recreation Area near Stearns, KY. ©Pat & Chuck Blackley



Pollution from concentrated oil and gas development could further increase existing park air quality problems or create air quality problems where they have not existed in the past.

In northeastern Utah's Uintah Basin, near Dinosaur National Monument, 10,000 oil and gas wells created ozone levels that were worse than those of New York City (Jaffe 2012).

## Air Quality

### How Fracking Affects Air Quality

National park visitors look forward to hiking through forests, breathing fresh air, or climbing to the top of a craggy peak to see a view of blue skies and mountain tops that seem to go on forever. In reality, air quality in some of our national parks is frequently contaminated with pollutants blown into the park from the smokestacks of coal-fired power plants or vehicle traffic in neighboring cities. Pollution from concentrated oil and gas development could further increase existing park air quality problems or create air quality problems where they have not existed in the past.

Air pollutants associated with natural gas development include a long list of hydrocarbons, some of which are known carcinogens. Some of these pollutants come from exploited underground deposits; others are emitted during the production process. People living near fracking wells have complained about "bad odors" or "funny smells," prompting state offices to test air samples for pollutants. Several studies carried out by the Pennsylvania Department of Environmental Protection (DEP) have focused specifically on these complaints.

Although these short-term studies suggest that air pollutants, while present, do not reach levels expected to cause significant human health problems, a long-term research project in Garfield County, Colorado, concluded the opposite. Researchers there found that extended exposure to air pollutants from natural gas fracturing could, in fact, cause subchronic and chronic health problems such as neurological or respiratory ailments and cancer.

This Colorado-based study (McKenzie et al. 2012), the first of its kind to be published, collected samples every six days over an almost three-year period, and across distances up to 500 feet from an active well pad. The researchers detected two to three dozen kinds of airborne hydrocarbons during both the "well completion" phase (the phase that includes both high-pressure fracturing and flowback) and the "resource development" phase (when natural gas emerges from the well). Activities associated with fracturing technology typically resulted in higher pollutant discharges than those of traditional oil and gas development.

The authors of the study concluded that the air emissions observed in Garfield County will result in significant human health risks based on long-term exposures, particularly for those living within a half-mile of drilling sites. Further, repeated exposures among people visiting these places may also result in health problems. As a result of air quality concerns posed by fracking, individuals in communities near fracking wells are beginning to insist on real-time, publicly available air quality data from the gas and oil industry.

Recent reports from Wyoming and Utah suggest that the regional effects of extensive oil and gas development do add up. Because extraction efforts focus on the most viable shale plays, fracturing operations tend to be very intensive. Pollution emanating from large oil and gas fields has been connected to high regional ozone levels, particularly during winter, because winter inversions can trap pollutants close to the ground.

In northeastern Utah's Uintah Basin, near Dinosaur National Monument, 10,000 oil and gas wells created ozone levels that were worse than those of New York City (Jaffe 2012). The final report of the 2012 Uintah Basin Winter Ozone and Air Quality Study found that oil and gas development contributes 98-99 percent of volatile organic compounds and 57-61 percent of nitrogen oxides, which combine to form ozone pollution (http://rd.usu.edu/files/uploads/ubos_2011-12_final_report.pdf). Studies for the winter of 2013 have found ozone levels as high as 130 parts per billion compared to EPA's standard of 75 parts per billion (http://www.deq.utah.gov/Issues/topics/ozone/). While it is unclear what percent of Utah's Uintah Basin wells utilize





**Left:** An elk silhouetted against the horizon in Theodore Roosevelt National Park (ND). ©Marc Muench **Above/Top:** Bald eagles, America's national bird, are residents or visitors in many U.S. national parks. NPS **Bottom:** Views such as this one near Wind Canyon in Theodore Roosevelt National Park (ND) provided inspiration for Roosevelt's later success in creating and protecting national parks. ©Marc Muench

hydraulic fracturing, the potential exists to add 25,000 more wells to the existing 10,000. In addition, in northwestern Colorado (south of Dinosaur National Monument), the BLM is considering a management plan to add up to 21,000 new oil and gas wells.

The general implication is clear: Intensive oil and gas development may produce regional air quality impacts, and fracturing technology (as it's currently practiced) may only make those issues worse. Federal and state agencies continue to monitor and study the connection between oil and gas field development and regional air quality issues. In addition, the U.S. Department of Agriculture, Department of the Interior, and Environmental Protection Agency have signed a Memorandum of Understanding (MOU) to create a collaborative and standardized approach to protect air quality and air quality-related values to facilitate responsible development of oil and gas resources on federal lands. This MOU will need to be broadly implemented early in the oil and gas planning process, and prior to leasing, if impacts to national park air resources are to be adequately analyzed and mitigated. As fracking wells are drilled ever closer to national parks such as Glacier in Montana, Dinosaur National Monument in Colorado, and around Theodore Roosevelt in North Dakota, park protection efforts will need to include adequate analysis of the impacts of oil and gas development on regional air quality, as well as implementation of strategies to reduce emissions.

As fracking wells are drilled ever closer to national parks, park protection efforts will need to include adequate analysis of the impacts of oil and gas development on regional air quality, as well as implementation of strategies to reduce emissions.





## Working to Clear the Air in National Parks

Clean, clear air is an integral part of the national park experience. Visitors expect to see scenic vistas unmarred by ugly brown haze, to walk among majestic trees and wildlife undamaged by pollution, and to enjoy healthy outdoor activities like hiking, biking, and paddling without having to worry about hurting their lungs. While many national parks have a legacy of air pollution, conditions have steadily improved thanks to the Clean Air Act.

Unfortunately, oil and gas development adjacent to national parks threatens to reverse the trend toward cleaner air and return some parks to "code red" air quality conditions. Ozone—an odorless, colorless gas created when certain air pollutants from vehicles and industries, including oil and gas, react with sunlight in the lower atmosphere—is a particular concern. As highlighted in this report's Grand Teton case study, ground-level ozone pollution in the park is on the rise, and its increase is linked to the rapid expansion of oil and gas drilling outside the park.

Ozone is a significant public health concern. It is linked to asthma attacks, respiratory ailments, and even premature death from long-term exposure. Ozone also damages and can even kill some plants. Despite the significant public health and environmental threat from ozone, monitoring for ozone is extremely limited or entirely lacking near many oil and gas fields. Available emission control technology that could cut ozone levels is rarely used.

The Clean Air Act requires that the Environmental Protection Agency (EPA) set National Ambient Air Quality Standards (NAAQS) for ozone in order to protect public health and the environment. It also requires that EPA and states take steps to keep ozone within healthy limits. However, because oil and gas drilling has expanded so rapidly in so many areas, ozone monitoring has not kept pace. As a result, EPA and the states lack the data they need to put the necessary control measures in place.

At the same time, common sense and readily available ways to limit ozone pollution from oil and gas drilling do exist, but these steps are not being implemented. For these reasons, NPCA has joined other concerned organizations in requesting that EPA take two steps that will help protect national parks from ozone pollution brought by oil and gas drilling:

1. EPA should require broad deployment of ozone air quality monitors in oil and natural gas development areas, in particular near national parks. Monitoring data will provide EPA, states, and national park managers with the information they need to implement targeted and effective ozone control measures.

2. EPA should issue technology guidelines for oil and gas equipment. These clean air measures can be some of the single most cost-effective methods for reducing ozone-forming pollution. Requiring the best technology at oil and gas drilling sites can help protect both national parks and public health.

**Left:** A cyclist stops to admire Buttermilk Falls in Delaware Water Gap National Recreation Area (NJ). ©Steve Greer Photography **Above:** Fog blankets the Upper Delaware Scenic and Recreation River (PA). ©Sam Abell/National Geographic Stock





## Conclusion

Our national parks are America's most treasured places, and we must treat them carefully as we develop the nation's wealth of natural gas and oil. Hydraulic fracturing for oil and gas on lands adjacent to national parks can impact wildlife and other resources inside the parks themselves. Through smart planning, comprehensive pollution monitoring, and the use of widely available and affordable pollution control practices, we can ensure that oil and gas development near national parks will not degrade air, water, plants, fish and wildlife, or cultural resources. In addition, the National Park Service must be engaged as a formal partner in well-permitting by federal agencies at every step of the process when energy development might impact national park resources, visitors' experience, or visitors' health.

Among the known and potential impacts of fracking on national parks are decreased quantity and quality of water; the potential for chemical wastewater to enter local environments; degradation of air quality from excess carbon monoxide, ozone, and other pollutants; habitat fragmentation that impairs the ability of wildlife to move beyond park boundaries; and a diminished experience for visitors due to sound, air, and light pollution, and increased industrial traffic.

We should not gamble with the integrity of our nation's most revered natural, cultural, and historic places. We do not need to sacrifice America's national parks to produce fossil fuels through hydraulic fracturing.

**Left:** Water seeps such as this one on the Flatbrook River in Delaware Water Gap National Recreation Area (NJ) could be threatened by water pollution from fracking wells on lands upstream. ©Steve Greer Photography

**35**



NATIONAL PARKS AND HYDRAULIC FRACTURING

## References Cited

Adams, M.B. 2011. Land application of hydrofracturing fluids damages a deciduous forest stand in West Virginia. Journal of Environmental Quality 40:1340-1344.

Adams, M.B., P.J. Edwards, W.M. Ford, J.B. Johnson, T.M. Schuler, M. Thomas-Van Gundy, and F. Wood. 2011. Effects of development of a natural gas well and associated pipeline on the natural and scientific resources of the Fernow Experimental Forest. USDA, General Technical Report NRS-76.

Babbitt, Bruce. 2013. "On Equal Ground." Newsmaker Speech, Tuesday, February 5, 2013, National Press Club. Washington, D.C.

Bamberger, M. and R.E. Oswald. 2012. Impacts of gas drilling on human and animal health. New Solutions 22(1): 51-77.

Barber, J.R., C.L. Burdett, S.E. Reed, K.A. Warner, C. Formichella, K.R. Crooks, D.M. Theobald, and K.M. Fristrup. 2011. Anthropogenic noise exposure in protected natural areas: estimating the scale of ecological consequences. Landscape Ecology 26(9):1281-1295.

Barber, J.R., K.R. Crooks, and K.M. Fristrup. 2010. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology and Evolution 25(3):180-189.

Biello, D. 2012. How can we cope with the dirty water from fracking? Scientific American (http://www.scientificamerican.com/article.cfm?id=how-can-we-cope-with-the-dirty-water -from-fracking-for-natural-gas-and-oil, accessed 5/25/2012)

BLM. 2012. Proposed rules for regulating hydraulic fracturing on public lands and Indian lands.

Boyer, E.W., B.R. Swistock, J. Clark, M. Madden, and D.E. Rizzo. 2011. The impact of Marcellus gas drilling on rural drinking water supplies. Report for The Center for Rural Pennsylvania.

Clark, C.E., J. Han, A. Burnham, J.B. Dunn, and M. Wang. 2011. Life cycle analysis of shale gas and natural gas. Energy Systems Division, Argonne National Laboratory.

Cooley, H and K. Donnelly. 2012. Hydraulic fracturing and water resources: separating the frack from the fiction. Pacific Institute, Oakland, CA. 34 pp.

Crooks, K. R. and M. Sanjayan. 2006. Connectivity Conservation. Cambridge University Press, Cambridge, 712 pp.

DiDonato. G.T. and C.A. Moore. 2010. National park resources and water management in the Colorado River Basin. National Parks Conservation Association.

DiGiulio, D.C., R.T. Wilkin, C. Miller, and G. Oberley. 2011. Investigation of ground water contamination near Pavillion, Wyoming. Draft report.

Dobb, Edwin. 2013. The New Oil Landscape. National Geographic 223 (3):28-59.

Doherty, K.E., D. E. Naugle, B.L. Walker, and J. M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72(1): 187-195.

Drohan, P.J., M. Brittingham, J. Bishop, and K. Yoder. 2012. Early trends in landcover change and forest fragmentation due to shale-gas development in Pennsylvania: a potential outcome for the northcentral Appalachians. Environmental Management 49(5):1061-1075.

Fisher, M. 2012. Fracking's footprint. CSA News, 8 pp.

Francis, C.D., C.P. Ortega, and A. Cruz. 2009. Noise pollution changes avian communities and species interactions. Current Biology 19(16):1415-1419.

Francis, C.D., J. Paritsis, C.P. Ortega, and A. Cruz. 2011. Landscape patterns of avian habitat use and nest success are affected by chronic gas well compressor noise. Landscape Ecology 26(9):1269-1280.



**Left:** The Delaware River draws a wide range of recreationalists, including this runner in Bucks County, PA. ©Vince M. Camiolo/Tandem-Stock.com **Above:** A kayaker navigates rapids on the Flatbrook River at Delaware Water Gap, NJ. ©Steve Greer Photography





Top: Anglers enjoy the beauty and serenity of the northernmost reaches of the Upper Delaware River. NPS **Bottom:** Grizzly bears in Grand Teton National Park could be negatively affected by fracking operations. ©Ken Caning/ISTOCKPHOTO **Right:** Rugged beauty characterizes the landscape of Theodore Roosevelt National Park. NPS

Francis, C.D., N.J. Kleist, C.P. Ortega, and A. Cruz. 2012. Noise pollution alters ecological services: enhanced pollination and disrupted seed dispersal. Proceedings of the Royal Society B 279(1739):2727-2735.

Halloran, M.J. 2005. Greater sage-grouse (Centrocercus urophasianus) population response to natural gas field development in western Wyoming. PhD Dissertation, Department of Zoology and Physiology, University of Wyoming.

Haluszczak, Lara O, Arthur W. Rose, Lee R. Kump. 2012. Geochemical evaluation of flow back brine from Marcellus gas wells in Pennsylvania, USA. Applied Geochemistry DOI 10.1016/j.apgeochem.2012.10.002

Hurst, T. 2012. Frackers outbid farmers for water as Colorado enters drought. Earth and Industry (http://earthandindustry.com/2012/04/fracking-companies-out-bid-colorado-farmers-water-auction/, accessed 6/22/2012).

Jaffe, M. 2012. Like Wyoming, Utah finds high wintertime ozone pollution near oil, gas wells. Denver Post, February 26, 2012 (http://www.denverpost.com/search/ci_20042330, accessed 6/22/2012).

Knick, S.T., D.S. Dobkin, J.T. Rotenberry, M.A. Schroeder, W.M. Vander Haegen, and C. van Riper. 2003. Teetering on the edge or too late? Conservation and research issues for avifauna of sagebrush habitats. The Condor 105:611-634.

Kohut, R. C. Flanagan, J. Cheatham, and E. Porter. 2012. Foliar ozone injury on cutleaf coneflower at Rocky Mountain National Park, Colorado. Western North American Naturalist 72(1):32-42.

Kusnetz, Nicholas. 2011. Pennsylvania's drilling wastewater released to streams, some unaccounted for. ProPublica (http://www.propublica.org/article/pennsylvanias-drill-ing-wastewater-released-to-streams-some-unaccounted-for, accessed June 19, 2012)

Li, S. 2012. A novel way to clean wastewater. New York Times Green Blog (http://green.blogs.nytimes.com/2012/06/26/a-novel-way-to-clean-wastewater/, accessed 5/27/2012)

Lovejoy, T.E., R.O. Bierregaard, A.B. Rylands, J.R. Malcolm, C.E. Quintella, L.H. Harper, K.S. Brown, A.H. Powell, G.V.N. Powell, H.O.R. Schubart, and M.B. Hays. 1986. Edge and other effects of isolation on Amazon forest fragments. In: Conservation biology: the Science of Scarcity and Diversity (M. E. Soule, ed.) Sinauer, MA. Pp. 257-285.

McKenzie, L. M., R. Z. Witter, L. S. Newman, and J. L. Adgate. 2012. Human health risk assessment of air emissions from development of unconventional natural gas resources. Science of the Total Environment 424:79-87.

McKibben, B. 2012. Why not frack? The New York Review of Books, March 8, 2012, pp 13-15.

National Park Service. 2009. Development of the natural gas resources in the Marcellus Shale. 23 pp.

Nicot, J-P. 2011. Future water needs of the oil and gas industry in Texas. Poster presentation at the AAPG Annual Convention.

Osborn, S.G., A. Vengosh, N.R. Warner, and R.B. Jackson. 2011. Methane contamina-tion of drinking water accompanying gas-well drilling and hydraulic fracturing. Proceedings of the National Academy of Sciences 108(20):8172-8176.

PA DEP. 2010. Southwestern Pennsylvania Marcellus Shale Short-term Ambient Air Sampling Report

PA DEP. 2011a. Northcentral Pennsylvania Marcellus Shale Short-term Ambient Air Sampling Report

PA DEP. 2011b. Northeastern Pennsylvania Marcellus Shale Short-term Ambient Air Sampling Report

Pilcher, E. and F. Turina. 2006. Visitor experience and soundscapes. National Park Service, 39 pp.

Rubin, Jeff. 2013. Hydraulic Fracturing: U.S. fracking boom places heavy demand on water. Toronto Globe and Mail, January 21, 2013.

Sapien, Joaquin. 2009. With natural gas drilling boom, Pennsylvania faces an onslaught of wastewater.

ProPublica (http://www.propublica.org/article/wastewater-from-gas-drilling-boom-may-threaten-monongahela-river, accessed June 19, 2012)

Sawyer, H. M.J. Kauffman, and R.M. Nielson. 2009. Influence of well pad activity on winter habitat selection patterns of mule deer. Journal of Wildlife Management 73(7): 1052-1061.

Sawyer, H., F. Lindzey, and D. McWhirter. 2005. Mule deer and pronghorn migration in western Wyoming. Wildlife Society Bulletin 33(4):1266-1273.

Sawyer, H., R.M. Nielson, F. Lindzey, and L.L. McDonald. 2006. Winter habitat selection of mule deer before and during development of a natural gas field. Journal of Wildlife Management 70(2):396-403.

Schmidt, C.W. 2011. Blind rush? Shale gas boom proceeds amid human health questions. Environmental Health Perspectives 119(8): A348-A353.

Schoenwald-Cox, C. and M. Buechner. 1992. Park protection and public roads. In: Conservation Biology (P. L. Fiedler and S. K. Jain, eds.), Chapman and Hall, NY. pp. 373-396.

Schon, S.C. 2011. Hydraulic fracturing not responsible for methane migration. Proceedings of the National Academy of Sciences 108(37):E664.

Warner, N.R., R.B. Jackson, T.H. Darrah, S.G. Osborn, A. Down, K. Zhao, A. White, and A. Vengosh. 2012. Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. Proceedings of the National Academy of Sciences 109(28) doi: 10.1073/pnas.1121181109

Western Resource Advocates. 2012. Fracking our future: Measuring water and community impacts from hydraulic fracturing. 28 pp.

Wilcove, D.S., C.H. McClellan,and A. P. Dobson. 1986. Habitat fragmentation in the temperate zone. In: Conservation biology: the Science of Scarcity and Diversity (M. E. Soule, ed.) Sinauer, MA. Pp. 237-256.



Hydraulic fracturing (or "fracking") has the potential to rewrite America's energy future, presenting the possibility of an energy-independent nation. This relatively new extraction method is now responsible for 90 percent of domestic oil and gas production, with thousands of wells peppering the countryside. The number of wells is expected to skyrocket during the next two decades.



**Above:** Delaware Water Gap's most stunning waterscapes are threatened by fracking operations. ©Christian Heeb **Inside Back Cover:** Bison stand sentinel over the badlands of Theodore Roosevelt National Park (ND). ©Marc Muench



## Credits

| | |
|---|---|
| **Editor** | Dr. James D. Nations |
| **Researcher/Writer** | Dr. Guy DiDonato |
| **Writer** | Kelly Bastone |
| **Managing Editor** | Amy Leinbach Marquis |
| **Copy Editor** | Elizabeth Meyers |
| **Geographic Information System** | Erik Eucker |
| **Maps** | Karen Minot, Kristen Dunphey |
| **Contributing Photo Editors** | Jenna Pirog, Nicole Yin |
| **Design** | Kelley Albert |
| **Special thanks to** | Bart Melton, Ron Tipton, Elizabeth Ackley, Nick Dunn, Jeff Billington, Annie Riker, Bev Stanton, and Mark Wenzler for invaluable input, insight, and leadership. |

## Center for Park Research Advisory Council

Carol F. Aten, Washington, D.C.

Keith Buckingham, Design Engineer

Dr. Dorothy Canter, Dorothy Canter Consulting, LLC

Dr. Francisco Dallmeier, Smithsonian Institution

Dr. Elizabeth Hadly, Stanford University

Karl Komatsu, Komatsu Architecture

Dr. Thomas Lovejoy, H. John Heinz III Center for Science, Economics, and the Environment

Barbara Pahl, National Trust for Historic Preservation

Alec Rhodes, Austin, Texas

Dr. Roger Sayre, United States Geological Survey

Dr. Douglas Schwartz, School for Advanced Research

Martha "Marty" Hayne Talbot, McLean, Virginia

Dr. Lee Talbot, George Mason University

De Teel Patterson Tiller, National Park Service (retired)

Dr. Peter Vitousek, Stanford University

Copyright 2013
National Parks Conservation Association
Printed on recycled paper



**National Parks
Conservation Association**

**Center for Park Research**

777 6th Street, NW
Suite 700
Washington, DC 20001

**www.npca.org/cpr**



A Fracking First in Pennsylvania: Cattle Quarantine – ProPublica

5/5/14, 10:51 AM

Fracking
Gas Drilling's Environmental Threat

# A Fracking First in Pennsylvania: Cattle Quarantine

*by Nicholas Kusnetz*
*ProPublica, July 2, 2010, 3:41 p.m.*

Agriculture officials have quarantined 28 beef cattle on a Pennsylvania farm after wastewater from a nearby gas well leaked into a field and came in contact with the animals.

The state Department of Agriculture said the action was its first livestock quarantine related to pollution from natural gas drilling. Although the quarantine was ordered in May, it was announced Thursday.

Carol Johnson, who along with her husband owns the farm in north-central Pennsylvania, said she noticed in early May that fluids pooling in her pasture had killed the grass. She immediately notified the well owner, East Resources Inc.

"You could smell it. The grass was dying," she said. "Something was leaking besides ground water."



*(Pennsylvania Department of Environmental Protection)*

The Johnsons' farm sits atop the Marcellus Shale, a layer of rock that lies under swaths of West Virginia, Pennsylvania, New York and Ohio. As ProPublica has reported, reports have proliferated of groundwater pollution, spills and other impacts of hydraulic fracturing, a drilling technique that injects massive amounts of water, sand and chemicals underground to break up the formations that hold the gas.

In the Johnsons' case, a mixture of fresh water and wastewater that had been injected into the well leaked from an impoundment pit on the farm, the state Department of Environmental Protection (DEP) said. Tests performed for East Resources Inc., found hazardous chemicals and heavy metals, including chloride, barium and strontium. East did not dispute that a leak had occurred.

It's unclear whether the Johnsons' animals drank any of the wastewater. The quarantine was put in place to ensure the animals did not go to market with contamination.

An inspection conducted May 3 by the DEP found two seeps from the impoundment. According to the inspection report, an East Resources employee said a contractor had inspected twice in April and he was unsure why the leak wasn't detected earlier.

The DEP inspector issued four violations for the leak and resulting pollution. One cited East's failure to notify the department of the pollution, saying the agency learned about it from the Johnsons' daughter.

State records show that the well, also on the Johnsons' property, was issued five violations by DEP in January, including one labeled "Improperly lined pit." A February inspection found no violations.

Stephen Rhoads, director of external affairs for East Resources, said the January violations were for spilled drilling mud and were unrelated to the subsequent pit leak.

East Resources said tests of the leaked fluid did not show unhealthy levels of any contaminants and that the quarantine was unnecessary. Rhoads said hydraulic fracturing, called fracking for short, had begun April 2 and that wastewater wasn't impounded until a week later.

Upon being notified May 2, Rhoads said, the company immediately fenced off the Johnsons' pasture and began to empty the impoundment and remove all contaminated soil. The well has since been shut down.

The incident isn't the first report of farm animals being affected by fracking. As we reported more than a year ago, 16 cattle died in Louisiana after drinking a mysterious fluid next to a drilling rig.

The Johnsons' cows have fared better so far.

"They're happy, contented, fat," Johnson said.

*Like this story? Sign up for our daily newsletter to get more of our best work.*

© Copyright 2013 Pro Publica Inc.

**Steal Our Stories**
Unless otherwise noted, you can republish our stories
for free if you *follow these rules*.



**Download Our Data**

**The New York Times** | http://nyti.ms/1SdPR0H

SCIENCE

# Wildfires, Once Confined to a Season, Burn Earlier and Longer

By MATT RICHTEL and FERNANDA SANTOS   APRIL 12, 2016

The first Alaska wildfire of 2016 broke out in late February, followed by a second there just eight days later.

New Mexico has had 140 fires this year, double the number in the same period last year, fueled by one of the warmest, driest winters on record.

And on the border of Arizona and California this month, helicopters dumped water on flames so intense that they jumped the Colorado River, forcing the evacuation of two recreational vehicle parks.

Fires, once largely confined to a single season, have become a continual threat in some places, burning earlier and later in the year, in the United States and abroad. They have ignited in the West during the winter and well into the fall, have arrived earlier than ever in Canada and have burned without interruption in Australia for almost 12 months.

A leading culprit is climate change. Drier winters mean less moisture on the land, and warmer springs are pulling the moisture into the air more quickly, turning shrub, brush and grass into kindling. Decades of aggressive policies that called for fires to be put out as quickly as they started have also aggravated the problem.

Today's forests are not just parched; they are overgrown.

In some areas, "we now have year-round fire seasons, and you can say it couldn't get worse than that," said Matt Jolly, a research ecologist for the United States Forest Service. "We expect from the changes that it can get worse."

The 10.1 million acres that burned in the United States last year were the most on record, and the top five years for acres burned were in the past decade. The federal costs of fighting fires rose to $2 billion last year, up from $240 million in 1985.

"We take our job to protect the public seriously, and recently, the job has become increasingly difficult due to the effects of climate change, chronic droughts and a constrained budget environment in Washington," Tom Vilsack, the agriculture secretary, said in a statement, noting that seven firefighters died and 4,500 homes burned in wildfires in 2015.

Randi Jandt, a fire ecologist with the federally funded Alaska Fire Science Consortium, resists the term "year-round fire season" because Alaska and other places still have months with snow cover. She has adopted an alternative that she said reflects the more intense nature of recent fires.

"I'm worried about a runaway fire season," Ms. Jandt said. The term captures the idea that dry conditions could lead to fires that simply burn out of control, she explained, as some almost did last summer, Alaska's second-largest fire season on record, after 2004.

The issue has led to disagreements among many fire ecologists about how best to attack the problem. Some argue that fires should be left to take their natural course and clear out the thick, dry brush on the forest floor. But that approach has run into a challenge: More and more people are moving into wild lands.

Retirees and urbanites seeking more pastoral settings are pushing farther into places that firefighters must now protect. And these modern-day settlers have been supported by municipalities looking to expand their tax bases, and by technology that lets people live and work anywhere they can get an Internet connection, said

Wildfires, Once Confined to a Season, Burn Earlier and Longer    http://www.nytimes.com/2016/04/13/science/wildfire-season-global-wa...

Ray Rasker, the executive director of Headwaters Economics, a research organization that provides consulting services to communities and governments on fire prevention.

"It's a wonderful new world, where I can live anywhere I want," Mr. Rasker said, echoing an opinion he said he had often heard. "I want to live in the woods, but the woods are now flammable, much more flammable than they used to be."

"It adds up to more people dying, more houses burning, and agencies devoting more than half of their fire budget to defending homes," he said.

Hawaii, for example, exhausted in February the annual allocation of money it had set aside to fight wildfires, four months before the busy summer fire season. The United States Forest Service spent more than half of its entire budget on firefighting last year, at the expense of programs aimed at minimizing the risk of fires in the wild, such as planned burns of overgrown patches.

The agency finds itself caught in a troubling cycle: With budgets squeezed for treating forests to help prevent fires, it inevitably has to spend more money putting them out.

By key measures, fire season has grown significantly longer in the past 30 years. Dr. Jolly's research shows that the season, measured by how many days are hot and dry enough to increase the likelihood of fire, has lengthened by 30 to 45 days across big patches of the United States, notably the West.

By another measure, the time between the first and last large fires in a year, the length of the season in the West has increased by 78 days since the 1970s.

Firefighters in the United States and abroad have been trying different approaches. In the Canadian provinces of Alberta and Manitoba, which recorded more than twice as many fires last year than their 25-year averages, fire season started on March 1, a month ahead of the norm.

Alaska has also moved up its fire season, defined by the date that permits are required for residential yard or other refuse burning, to April from May. Increasingly, fire crews are making calculated decisions to let fire consume the land,

Case No. 1:20-cv-02484-MSK Document 89-1 filed 05/06/21 USDC Colorado pg 355 of
359

concentrating their efforts on safeguarding communities and watersheds — and, in
turn, minimizing the risks they face.

"More and more, fire crews are pulling back, willing to sacrifice land for safety,"
said Stephen J. Pyne, a professor at the School of Life Sciences at Arizona State
University and one of the country's foremost fire historians.

Firefighters and state officials also face pressure to cut costs. But while
firefighters are adapting as they can, "putting their efforts where the values are
higher," as Mr. Pyne put it, states are struggling.

This year in Washington State — where a combination of drought, warm
temperatures and dense forests made for a long and costly wildfire season last year
— Peter Goldmark, public lands commissioner of the Department of Natural
Resources, asked the State Legislature for an extra $24 million to train more
firefighters, put more equipment into the hands of local fire districts and help
homeowners clear brush from their properties. He got $6.7 million.

"Given the wet winter, it's hard to persuade people we may be entering a time of
hotter, drier summers, and we need to be ready," Mr. Goldmark said.

He is preparing for "another very difficult fire season," he said. A large stretch of
the Southwest, from Texas and New Mexico down through southern Arizona and
into Nevada and California, has already been warned by national forecasters to
prepare for an "above normal" risk of significant wildfires through July.

Clay Templin, fire and aviation manager for the Forest Service's Eastern
Regional Office, which covers 17 national forests from Missouri to Maine, said that
parts of the territory the office oversees, such as the White Mountains in New
Hampshire, are now at risk of fire. That traditionally did not happen because "there
was a whole lot more snow on the ground," he said.

Early last month, a fire broke out in the Apache-Sitgreaves National Forest in
Northern Arizona, consuming about 600 acres of land that are usually moist in the
winter.

"It's too early for fire in these parts," said James Molesa, chief deputy of the

Navajo County Sheriff's Office.

Dry grass ignited in the forest when someone — officials have not identified the person — was shooting for practice at an oxygen tank, which then exploded, sending sparks flying, Chief Deputy Molesa said.

The flames traveled along some of the same area that burned in a big fire 14 years ago, though that fire happened in June, during the state's traditional fire season — another sign, fire officials said, of the changing conditions they face.

At the Arizona Wildfire and Incident Management Academy, where three classes of firefighters trained last month for their first season, instructors emphasized the value of a strategy known as "indirect attack," the safest and most common method to fight today's large, hot and volatile blazes.

The strategy calls for crews to carve a so-called fire line — buffer zones devoid of anything that burns — away from the edge of the fire, and then to burn the vegetation that stands in between, depriving the flames of the fuel that feeds them.

Dean Steward, a supervisor at the academy, said that fires were small enough 20 years ago that dirt trails, such as those used by all-terrain vehicles in the wild lands, were enough to stop them.

"Now," Mr. Steward said, "you can put a six-lane highway between your crew and the fire and, still, the fire will jump it."

Like the Science Times page on Facebook. | Sign up for the Science Times newsletter.

A version of this article appears in print on April 13, 2016, on page A1 of the New York edition with the headline: Fire Season? In Some Spots, It's Year-Round .

© 2016 The New York Times Company

# Impact of anthropogenic climate change on wildfire across western US forests

John T. Abatzoglou[a,1] and A. Park Williams[b]

[a]Department of Geography, University of Idaho, Moscow, ID 83844; and [b]Lamont–Doherty Earth Observatory, Columbia University, Palisades, NY 10964

Edited by Monica G. Turner, University of Wisconsin–Madison, Madison, WI, and approved July 28, 2016 (received for review May 5, 2016)

Increased forest fire activity across the western continental United States (US) in recent decades has likely been enabled by a number of factors, including the legacy of fire suppression and human settlement, natural climate variability, and human-caused climate change. We use modeled climate projections to estimate the contribution of anthropogenic climate change to observed increases in eight fuel aridity metrics and forest fire area across the western United States. Anthropogenic increases in temperature and vapor pressure deficit significantly enhanced fuel aridity across western US forests over the past several decades and, during 2000–2015, contributed to 75% more forested area experiencing high (>1 σ) fire-season fuel aridity and an average of nine additional days per year of high fire potential. Anthropogenic climate change accounted for ~55% of observed increases in fuel aridity from 1979 to 2015 across western US forests, highlighting both anthropogenic climate change and natural climate variability as important contributors to increased wildfire potential in recent decades. We estimate that human-caused climate change contributed to an additional 4.2 million ha of forest fire area during 1984–2015, nearly doubling the forest fire area expected in its absence. Natural climate variability will continue to alternate between modulating and compounding anthropogenic increases in fuel aridity, but anthropogenic climate change has emerged as a driver of increased forest fire activity and should continue to do so while fuels are not limiting.

wildfire | climate change | attribution | forests

**W**idespread increases in fire activity, including area burned (1, 2), number of large fires (3), and fire-season length (4, 5), have been documented across the western United States (US) and in other temperate and high-latitude ecosystems over the past half century (6, 7). Increased fire activity across western US forests has coincided with climatic conditions more conducive to wildfire (2–4, 8). The strong interannual correlation between forest fire area and fire-season fuel aridity, as well as observed increases in vapor pressure deficit (VPD) (9), fire danger indices (10), and climatic water deficit (CWD) (11) over the past several decades, present a compelling argument that climate change has contributed to the recent increases in fire activity. Previous studies have implicated anthropogenic climate change (ACC) as a contributor to observed and projected increases in fire activity globally and in the western United States (12–19), yet no studies have quantified the degree to which ACC has contributed to observed increases in fire activity in western US forests.

Changes in fire activity due to climate, and ACC therein, are modulated by the co-occurrence of changes in land management and human activity that influence fuels, ignition, and suppression. The legacy of twentieth century fire suppression across western continental US forests contributed to increased fuel loads and fire potential in many locations (20, 21), potentially increasing the sensitivity of area burned to climate variability and change in recent decades (22). Climate influences wildfire potential primarily by modulating fuel abundance in fuel-limited environments, and by modulating fuel aridity in flammability-limited environments (1, 23, 24). We constrain our attention to climate processes that promote fuel aridity that encompass fire behavior characteristics of landscape ignitability, flammability, and fire spread via fuel desiccation in primarily flammability-limited western US forests by considering eight fuel aridity metrics that have well-established direct interannual relationships with burned area in this region (1, 8, 24, 25). Four metrics were calculated from monthly data for 1948–2015: ($i$) reference potential evapotranspiration (ETo), ($ii$) VPD, ($iii$) CWD, and ($iv$) Palmer drought severity index (PDSI). The other four metrics are daily fire danger indices calculated for 1979–2015: ($v$) fire weather index (FWI) from the Canadian forest fire danger rating system, ($vi$) energy release component (ERC) from the US national fire danger rating system, ($vii$) McArthur forest fire danger index (FFDI), and ($viii$) Keetch–Byram drought index (KBDI). These metrics are further described in the *Materials and Methods* and *Supporting Information*. Fuel aridity has been a dominant driver of regional and subregional interannual variability in forest fire area across the western US in recent decades (2, 8, 22, 25). This study capitalizes on these relationships and specifically seeks to determine the portions of the observed increase in fuel aridity and area burned across western US forests attributable to anthropogenic climate change.

The interannual variability of all eight fuel aridity metrics averaged over the forested lands of the western US correlated significantly ($R^2 = 0.57$–$0.76$, $P < 0.0001$; Table S1) with the logarithm of annual western US forest area burned for 1984–2015, derived from the Monitoring Trends in Burn Severity product for 1984–2014 and the Moderate Resolution Imaging Spectroradiometer (MODIS) for 2015 (*Supporting Information*). The record of standardized fuel aridity averaged across the eight metrics (hereafter, all-metric mean) accounts for 76% of the variance in the burned-area record, with significant increases in both records for 1984–2015 (Fig. 1). Correlation between fuel aridity and forest fire area remains highly significant ($R^2 = 0.72$, all-metric mean) after removing the linear-least squares trends for each time series for 1984–2015, supporting the mechanistic relationship between fuel aridity and

## Significance

Increased forest fire activity across the western United States in recent decades has contributed to widespread forest mortality, carbon emissions, periods of degraded air quality, and substantial fire suppression expenditures. Although numerous factors aided the recent rise in fire activity, observed warming and drying have significantly increased fire-season fuel aridity, fostering a more favorable fire environment across forested systems. We demonstrate that human-caused climate change caused over half of the documented increases in fuel aridity since the 1970s and doubled the cumulative forest fire area since 1984. This analysis suggests that anthropogenic climate change will continue to chronically enhance the potential for western US forest fire activity while fuels are not limiting.

Author contributions: J.T.A. and A.P.W. designed research, performed research, contributed new reagents/analytic tools, analyzed data, and wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

[1]To whom correspondence should be addressed. Email: jabatzoglou@uidaho.edu.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1607171113/-/DCSupplemental.



**Fig. 1.** Annual western continental US forest fire area versus fuel aridity: 1984–2015. Regression of burned area on the mean of eight fuel aridity metrics. Gray bars bound interquartile values among the metrics. Dashed lines bounding the regression line represent 95% confidence bounds, expanded to account for lag-1 temporal autocorrelation and to bound the confidence range for the lowest correlating aridity metric. The two 16-y periods are distinguished to highlight their 3.3-fold difference in total forest fire area. *Inset* shows the distribution of forested land across the western US in green.

forest fire area. It follows that co-occurring increases in fuel aridity and forest fire area over multiple decades would also be mechanistically related.

We quantify the influence of ACC using the Coupled Model Intercomparison Project, Phase 5 (CMIP5) multimodel mean changes in temperature and vapor pressure following Williams et al. (26) (Fig. S1; *Methods*). This approach defines the ACC signal for any given location as the multimodel mean (27 CMIP5 models) 50-y low-pass-filtered record of monthly temperature and vapor pressure anomalies relative to a 1901 baseline. Other anthropogenic effects on variables such as precipitation, wind, or solar radiation may have also contributed to changes in fuel aridity but anthropogenic contributions to these variables during our study period are less certain (22). We evaluate differences between fuel aridity metrics computed with the observational record and those computed with observations that exclude the ACC signal to determine the contribution of ACC to fuel aridity. To exclude the ACC signal, we subtract the ACC signal from daily and monthly temperature and vapor pressure, leaving all other variables unchanged and preserving the temporal variability of observations. The contribution of ACC to changes in fuel aridity is shown for the entire western United States; however, we constrain the focus of our attribution and analysis to forested environments of the western US (Fig. 1, *Inset*; *Methods*).

Anthropogenic increases in temperature and VPD contributed to a standardized ($\sigma$) increase in all-metric mean fuel aridity averaged for forested regions of $+0.6\ \sigma$ (range of $+0.3\ \sigma$ to $+1.1\ \sigma$ across all eight metrics) for 2000–2015 (Fig. 2). We found similar results with reanalysis products (all-metric mean fuel aridity increase of $+0.6\ \sigma$ for two reanalysis datasets considered; *Methods*), suggesting robustness of the results to structural uncertainty in observational products (Figs. S2–S4 and Table S2). The largest anthropogenic increases in standardized fuel aridity were present across the intermountain western United States, due in part to

larger modeled warming rates relative to more maritime areas (27). Among aridity metrics, the largest increases tied to the ACC signal were for VPD and ETo because the interannual variability of these variables is primarily driven by temperature for much of the study area (28). By contrast, PDSI and ERC showed more subdued ACC driven increases in fuel aridity because these metrics are more heavily influenced by precipitation variability.

Fuel aridity averaged across western US forested areas showed a significant increase over the past three decades, with a linear trend of $+1.2\ \sigma$ (95% confidence: 0.42–2.0 $\sigma$) in the all-metric mean for 1979–2015 (Fig. 3*A*, *Top* and Table S1). The all-metric mean ACC contribution since 1901 was $+0.10\ \sigma$ by 1979 and $+0.71\ \sigma$ by 2015. The annual area of forested lands with high aridity ($>1\ \sigma$) increased significantly during 1948–2015, most notably since 1979 (Fig. 3*A*, *Bottom*). The observed mean annual areal extent of forested land with high aridity during 2000–2015 was 75% larger for the all-metric mean ($+27\%$ to $+143\%$ range across metrics) than was the case when the ACC signal was excluded.

Significant positive trends in fuel aridity for 1979–2015 across forested lands were observed for all metrics (Fig. 3*B* and Table S1). Positive trends in fuel aridity remain after excluding the ACC signal, but the remaining trend was only significant for ERC. Anthropogenic forcing accounted for 55% of the observed positive trend in the all-metric mean fuel aridity during 1979–2015, including at least two-thirds of the observed increase in ETo, VPD, and FWI, and less than a third of the observed increase in ERC and PDSI. No significant trends were observed for monthly fuel aridity metrics from 1948–1978.

The duration of the fire-weather season increased significantly across western US forests ($+41\%$, 26 d for the all-metric mean) during 1979–2015, similar to prior results (10) (Fig. 4*A* and Table S2). Our analysis shows that ACC accounts for ~54% of the increase in fire-weather season length (15–79% for individual metrics). An increase of 17.0 d per year of high fire potential was observed for 1979–2015 in the all-metric mean (11.7–28.4 d increase for individual metrics), over twice the rate of increase calculated from metrics that excluded the ACC signal (Fig. 4*B* and Table S2). This translates to an average of an additional 9 d (7.8–12.0 d) per year of high fire potential during 2000–2015 due to ACC.

Given the strong relationship between fuel aridity and annual western US forest fire area, and the detectable impact of ACC on fuel aridity, we use the regression relationship in Fig. 1 to model



**Fig. 2.** Standardized change in each of the eight fuel aridity metrics due to ACC. The influence of ACC on fuel aridity during 2000–2015 is shown by the difference between standardized fuel aridity metrics calculated from observations and those calculated from observations excluding the ACC signal. The sign of PDSI is reversed for consistency with other aridity measures.



**Fig. 3.** Evolution and trends in western US forest fuel aridity metrics over the past several decades. (*A*) Time series of (*Upper*) standardized annual fuel aridity metrics and (*Lower*) percent of forest area with standardized fuel aridity exceeding one SD. Red lines show observations and black lines show records after exclusion of the ACC signal. Only the four monthly metrics extend back to 1948. Daily fire danger indices begin in 1979. Bold lines indicate averages across fuel aridity metrics. Bars in the background of *A* show annual forested area burned during 1984–2015 for visual comparison with fuel aridity. (*B*) Linear trends in the standardized fuel aridity metrics during 1979–2015 for (red) observations and (black) records excluding the ACC signal (differences attributed to ACC). Asterisks indicate positive trends at the (*) 95% and (**) 99% significance levels.

the contribution of ACC on western US forest fire area for the past three decades (Fig. 5 and Fig. S5). ACC-driven increases in fuel aridity are estimated to have added ~4.2 million ha (95% confidence: 2.7–6.5 million ha) of western US forest fire area during 1984–2015, similar to the combined areas of Massachusetts and Connecticut, accounting for nearly half of the total modeled burned area derived from the all-metric mean fuel aridity. Repeating this calculation for individual fuel aridity metrics yields ACC contributions of 1.9–4.9 million ha, but most individual fuel aridity metrics had weaker correlations with burned area and thus may be less appropriate proxies for attributing burned area. The effect of the ACC forcing on fuel aridity increased during this period, contributing ~5.0 (95% confidence: 4.2–5.9) times more burned area in 2000–2015 than in 1984–1999 (Fig. 5*B*). During 2000–2015, the ACC-forced burned area likely exceeded the burned area expected in the absence of ACC (Fig. 5*B*). A more conservative method that uses the relationship between detrended records of burned area and fuel aridity (2) still indicates a substantial impact of ACC on total burned area, with a 19% (95%

confidence: 12–24%) reduction in the proportion of total burned area attributable to ACC (Fig. S5).

Our attribution explicitly assumes that anthropogenic increases in fuel aridity are additive to the wildfire extent that would have arisen from natural climate variability during 1984–2015. Because the influence of fuel aridity on burned area is exponential, the influence of a given ACC forcing is larger in an already arid fire season such as 2012 (Fig. 5*A* and Fig. S5*C*). Anthropogenic increases in fuel aridity are expected to have their most prominent impacts when superimposed on naturally occurring extreme climate anomalies. Although numerous studies have projected changes in burned area over the twenty-first century due to ACC, we are unaware of other studies that have attempted to quantify the contribution of ACC to recent forested burned area over the western United States. The near doubling of forested burned area we attribute to ACC exceeds changes in burned area projected by some modeling efforts to occur by the mid-twenty-first century (29, 30), but is proportionally consistent with mid-twenty-first century increases in burned area projected by other modeling efforts (17, 31–33).

Beyond anthropogenic climatic changes, several additional factors have caused increases in fuel aridity and forest fire area since the 1970s. The lack of fuel aridity trends during 1948–1978 and persistence of positive trends during 1979–2015 even after removing the ACC signal implicates natural multidecadal climate variability as an important factor that buffered anthropogenic

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES



**Fig. 4.** Changes in fire-weather season length and number of high fire danger days. Time series of mean western US forest (*A*) fire-weather season length and (*B*) number of days per year when daily fire danger indices exceeded the 95th percentile. Baseline period: 1981–2010 using observational records that exclude the ACC signal. Red lines show the observed record, and black lines show the record that excludes the ACC signal. Bold lines show the average signal expressed across fuel aridity metrics.