Wild Horse and Burro Management

The objective of wild horse and burro management is the protection, management, and control of wild free-roaming horses and burros (WH&B) on public lands. Management includes maintaining viable herds that will preserve the free-roaming nature of WH&Bs in a manner that is designed to achieve and maintain thriving ecological balance on the public lands.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Uinta basin hookless cactus suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Uinta Basin hookless cactus suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program occurring may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Uinta Basin hookless cactus habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; and increased occurrence of invasive plant species. As a result, there may be loss or degradation of cactus populations; decreases in Uinta Basin hookless cactus seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Uinta Basin hookless cactus under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat;
- Encroachment of human development into a species' critical, suitable, or potential habitat; and
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah;
  - County Governments in Utah;
  - Local Governments in Utah; and
  - Private landholders in Utah.

Uinta Basin hookless cacti occur primarily within BLM management boundaries. In these areas, Uinta Basin hookless cactus locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Uinta Basin hookless cacti are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, research, human population expansion and associated infrastructure (increased trails and roads), and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Uinta Basin hookless cactus' range. In addition, illegal collection is reasonably certain to occur. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Uinta Basin hookless cactus populations by decreasing abundance, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the Uinta Basin hookless cactus, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Proposed VFO Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Uinta Basin hookless cactus. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the Resource Management Plan. If project design

cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Barneby reed-mustard (*Schoenocrambe barnebyi*)

### Status of the Species

*Species Description*

Barneby reed-mustard (*Schoenocrambe barnebyi*) is endemic to soils derived from specific geologic substrates in the lower elevations of the Fremont River and Muddy Creek drainages in central Utah. James Harris first discovered the Barneby reed-mustard in 1980 on a site located in the southern portion of the San Rafael Swell in Emery County, Utah. On January 14, 1992, the Barneby reed-mustard was listed as endangered under the Endangered Species Act of 1973, as amended (ESA), due to threats posed by uranium development and trampling by park visitors (57 FR 1398 1403).

Barneby reed-mustard is a perennial herbaceous plan with sparsely leaved stems 22 to 35 cm (9 to 15 inches) tall arising from a woody root crown. The leaves are entire with a smooth margin, 1.5 to 5 cm (0.6 to 3 inches) long and 0.5 to 2.5 cm (0.2 to 1 inch) wide. The leaf blades are alternately arranged on the stem and are attached to the stem by a petiole. The flowers have petals that are light purple with prominent darker purple veins and measure about 12 mm (0.4 inch) long and 2.5 mm. (0.1 inch) wide. The entire flowers are about 1 cm (0.4) across in full anthesis and are displayed in a raceme of, commonly, 2 to 8 flowers at the end of the plant's leafy stems.

*Life History and Population Dynamics*

Barneby reed-mustard flowers are purple-veined, white or lilac colored, appearing from late April to early June (Franklin 1993, USFWS 1994). Barneby reed-mustard reproduces sexually. Specific information on pollination mechanisms and vectors for the species is limited (USFWS 1994).

*Status and Distribution*

Barneby reed-mustard grows in xeric, fine textured soils on steep eroding slopes of the Moenkopi and Chinle formations, at elevations ranging from 4,790 - 6,512 feet (1,460 to 1,985 meters). The species occurs in sparsely vegetated sites within the mixed desert shrub vegetation communities with occasional Utah juniper (*Juniperus osteosperma*) and pinyon pine (*Pinus edulis*). Shrub species commonly associated with Barneby reed-mustard include Utah serviceberry (*Amelanchier utahensis*), Tarragon sagebrush (*Artemisia dracunculus*), shadscale saltbush (*Atriplex confertifolia*), and rubber rabbitbrush (*Chrysothamnus nauseosus*) (Franklin 1993, USFWS 1994).

Barneby reed-mustard is endemic to the Colorado Plateau in Emery and Wayne counties, Utah. Two recorded populations of Barneby reed-mustard are currently known in Utah (UNHP 2003). The northern-most central population of the species, consisting of approximately three sub-populations, occurs in southwestern Emery County on BLM lands in the San Rafael planning area of the Price FO (UNHP 2003). The population specifically occurs on high elevation, steep, north-facing slopes in heavily shaded areas. Suitable habitat also occurs north of the known population, but the BLM has not yet completed comprehensive inventories for the species in this area. The second population of Barneby reed-mustard, consisting of two sub-populations, falls within Capitol Reef National Park, in the southwestern corner of Wayne County (UNHP 2003). The Capitol Reef National Park population occurs on steep slopes in a remote area along Sulphur Creek, a tributary of the Fremont River. Suitable habitat also occurs in the surrounding portions of the National Park, and as previously mentioned, on a small parcel of BLM land adjacent to Capitol Reef National Park. All suitable, potential habitats within Capitol Reef National Park have been inventoried, and to date, no additional Barneby reed-mustard populations have been documented.

## Environmental Baseline

*Status of the Species within the Action Area*

The Barneby reed-mustard is narrowly distributed and has extremely low population numbers. This species requires more survey work to determine its population levels and trends.

*Factors Affecting Species Environment within the Action Area*

Due to Barneby reed-mustard's limited distribution and low numbers, it was listed as endangered because it was susceptible to any impacts. Therefore, any energy and mineral development, in particular, oil and gas exploration and production; oil-shale mining and processing; building stone removal; and OHV recreation in Barneby reed-mustard habitat may lead to extirpation.

## Effects of the Action

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Barneby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Barneby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the Barneby reed-mustard, wildland fire suppression activities could adversely affect the Barneby reed-mustard. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable Barneby reed-mustard habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Forestry and Woodlands Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in Barneby reed-mustard habitat, there is some potential for private individuals to trample Barneby reed-mustard individuals while harvesting wood products. Known populations of Barneby reed-mustard, and

potential habitats have not been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

## Geology and Minerals Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal bed natural gas), salable minerals (sand, gravel, stone and humate) and locatable materials (uranium, clay and gypsum). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic, significant soil disturbance; increased energy development of facilities, and increased mineral excavation in Barneby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access. As a result, there may be loss or degradation of plant populations and habitat; decreased Barneby reed-mustard seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

## Hazardous Materials Management

Activities conducted under the BLM's hazardous materials program include providing warnings, securing and disposing of hazardous waste discharged on public lands, establishing precautions, and responding to emergencies. Activities may involve increased human presence, use of heavy equipment, and removal of contaminated soils. These activities have the potential to occur in locations where mineral development or transport occurs.

Activities occurring under this program may increase foot traffic, motorized traffic, and significant soil disturbance in Barneby reed-mustard suitable habitat. Associated impacts include: trampling or crushing of individuals, removal of suitable habitat, modification or degradation to suitable habitat, seed bank reductions, loss of pollinators, and increased occurrences of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights of way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights of way.

Rights of way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights of way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact Barneby reed-mustard with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of suitable Barneby reed-mustard habitat. As a result, there may be loss or degradation of plant populations and habitat; decreased recruitment; and increased occurrence of plant damage and individual mortality.

Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence; increase motorized traffic; and increase surface disturbance from fence and livestock pond construction in Barneby reed-mustard suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be decreased recruitment; increased occurrence of plant damage or individual mortality, and loss or degradation of habitat.

Recreation Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in Barneby reed-mustard suitable habitat. Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species. As a result, there may be decreased recruitment; increased occurrence of plant damage or individual mortality; and loss or degradation of habitat.

## Riparian, Soils and Water Resources

The objectives for the riparian, soil and water resources management program are to maintain and improve soil integrity, riparian and wetland areas, and protect water quality. Many Best Management Practices (BMPs), designed under this program reduce sedimentation and protect water quality also benefit soil productivity by minimizing erosion. Examples of other protection measures implemented under this program include maintenance and restoration of appropriate biological soil crusts, management of watershed health, and manage salinity load. Generally, this management program provides information in support of other resource objectives and goals.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Barneby reed-mustard habitats. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

## Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Barneby reed-mustard suitable habitat. Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Wild Horse and Burro Management

The objective of wild horse and burro management is the protection, management, and control of wild free-roaming horses and burros (WH&B) on public lands. Management includes maintaining viable herds that will preserve the free-roaming nature of WH&Bs in a manner that is designed to achieve and maintain thriving ecological balance on the public lands.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Uinta basin hookless plant suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Barneby reed-mustard suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Barneby reed mustard habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; and increased occurrence of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreases in production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Barneby reed-mustard under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' critical, suitable, or potential habitat.
- Encroachment of human development into a species' critical, suitable, or potential habitat.
- Program management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

The Barneby reed-mustard occur primarily within BLM management boundaries. In these areas, the Barneby reed-mustard locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Utah reed-mustards are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, increased road densities, research, and recreation activities (e.g. off-road vehicles and stone collecting), are expected to continue on State and private lands within the Barneby reed-mustard ranges. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Barneby reed-mustard populations by increasing mortalities, injuring plants, and further adversely impacting limited occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

After reviewing the current status of the Barneby reed-mustard, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Price Field Office's Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Barneby reed-mustard. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Land Use Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed BLM Land Use Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Jones cycladenia (*Cycladenia humilis*)

### Status of the Species

*Species Description*

Jones cycladenia (*C. humilis* var. *jonesii*) is in the dogbane family, and is endemic to the Colorado Plateau in Utah and Arizona. This species was first discovered in 1914 by Marcus E. Jones and named after Jones in 1942. Jones cycladenia was listed as threatened under the Endangered Species Act (ESA) May 5, 1986. No critical habitat was designated.

Jones cycladenia is "Perennial caulescent herb 11-36 cm tall glabrous and glaucous, the lower most leaves reduced to subamplexicaul bracts, enlarging and becoming green upwards; main foliage leaves 3.5-9.5 cm long, 2-6.5 cm wide, oval to orbicular or broadly obovate, tapering abruptly to the broad petiole, thickened, entire, the apex rounded to acute; pedicels 5-25 mm long; bracts linear-lanceolate, 3-9 mm long; calyx lobes 5-11 mm long, lance linear, villous pilose, somewhat accrescent in fruit; corolla rose purple, dimorphic, either broadly lobed, or 18-21 mm long, and 13-19 mm wide, rose pink, more or less pilose, follicles 4.5-9.5 cm long; seeds brown , ca 7.5 mm long, the coma ca. 20 mm long. Flowers dimorphic, obligate on gypsophile of semi-barren tracts on geological formations with poor water" (Welsh and Atwood 1975).

*Life History and Population Dynamics*

Jones cycladenia is a long-lived perennial. Depending on the location, flowering and fruiting occurs from mid-May through June. Jones cycladenia has various methods of reproduction that include self-pollination, cross pollination and the production of clones through rhizomes. Jones cycladenia requires a pollen vector for reproduction. A variety of flies, wasps and short tongued bees or butterflies pollinate the threatened species. However, no single pollinator or group of pollinators has been observed consistently pollinating the species (Sipes et. al 1994). In 1992, enzyme electrophoresis research determined that clones do not extend more than 10 meters in any direction. Heterozygosity was low which suggested inbreeding or population sub-structuring. Genetic variation was great between separated populations (Sipes et. al 1992).

*Status and Distribution*

Jones cycladenia occurs within desert shrub and scattered pinyon/juniper and wild buckwheat - Mormon tea communities at elevations ranging between 1340 to 1830 meters (4,400 to 6,000 feet). Jones cycladenia is known to exist in shallow soils developed from shale originating from the Summerville, Cutler, and Chinle formations of the Colorado Plateau (Sipes and Boettinger 1997). Populations are found on all aspects and on slopes that range from moderate to steep.

Jones cycladenia has been found in four isolated areas in Utah's Emery, Garfield, and Grand Counties and Arizona's Coconino County. The population in Arizona is a historical population. Twenty six total sites of Jones cycladenia have been located. A "site" is a uniquely named occurrence, distinct from other named occurrences by distance or landscape structure, such as elevation, slope position, or characteristics of intervening habitat. Two sites occur on lands administered by the Bureau of Land Management Moab field office. Two sites are located on land administered by the Price field office. Other sites occur on land managed by the National

Park Service (on Grand Staircase-Escalante National Monument, Capital Reef National Park and Glen Canyon National Recreation Area); Native American tribes, Utah State lands, and the Arizona Strip office of the BLM.

The total population of Jones cycladenia is currently unknown. Since many of the mature stems are clones of the same plant connected by underground rhizomes, the actual number of plants is hard to determine. At the time of listing, known Jones cycladenia populations were estimated to contain 7,500 individuals. This estimate is now presumed high. Accurate population estimates for Jones cycladenia are complicated by the species' clonal life history. We now estimate the species has 25,000 ramets (or above-ground stems), but that these stems represent approximately 1,100 ganets (or individuals). This estimate is based on a 1995 range-wide estimate of ramets (Sipes and Tepedino 1995) and genetic results which indicate there 22.1 ramets per genet (Sipes et al. 1994). The recovery plan and future ESA consultation should address the fact that observed numbers of ramets represent a substantially smaller set of unique individuals.

**Environmental Baseline**

*Status of the Species within the Action Area*

Out of 26 total known sites where Jones cycladenia exists, two are present in the action area, in Emery county. The majority of this species is located on National Park Service Land in other parts of Utah.

*Factors Affecting Species Environment within the Action Area*

Studies have suggested that the genetic variation within sites is small. This is a result of self pollination and cloning due to a lack of pollinating vectors (Sipes and Tepedino 1996). The milkweed bug *Lygaeus kalmii* (Hemiptera) has been observed causing extensive damage to Jones cycladenia plants. However, it has been suggested that population flux of the insect may determine the extent of the damage (Sipes et. al 1994). In addition, based on the type of areas Jones cycladenia is found, there is a possibility of OHV recreational use and threat to the species. Grazing, woodland management and other recreation activities may also impact this species.

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Jones cycladenia habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant

species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Jones cycladenia habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the Jones cycladenia, wildland fire suppression activities could adversely affect the Jones cycladenia. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable Jones cycladenia habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Forestry and Woodlands Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in Jones cycladenia habitat, there is some potential for private individuals to trample Jones cycladenia individuals while harvesting wood products. Known populations of Jones cycladenia, and potential habitats have not been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

Geology and Minerals Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal bed natural gas), salable minerals (sand, gravel, stone and humate) and locatable materials (uranium, clay and gypsum). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic, significant soil disturbance; increased energy development of facilities, and increased mineral excavation in Jones cycladenia habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access due to increased human access. As a result, there may be loss or degradation of plant populations and habitat; decreased Jones cycladenia seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

Hazardous Materials Management

Activities conducted under the BLM's hazardous materials program include providing warnings, securing and disposing of hazardous waste discharged on public lands, establishing precautions, and responding to emergencies. Activities may involve increased human presence, use of heavy equipment, and removal of contaminated soils. These activities have the potential to occur in locations where mineral development or transport occurs.

Activities occurring under this program may increase foot traffic, motorized traffic, and significant soil disturbance in Jones cycladenia suitable habitat. Associated impacts include: trampling or crushing of individuals, removal of suitable habitat, modification or degradation to suitable habitat, seed bank reductions, loss of pollinators, and increased occurrences of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations,

sales, and exchanges; and acquire and designate rights of way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights of way. Rights of way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights of way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact Jones cycladenia with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of potential Jones cycladenia habitat. As a result, there may be loss or degradation of plant populations and habitat; decreased recruitment; and increased occurrence of plant damage and individual mortality.

Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence; increase motorized traffic; and surface disturbance from fence and livestock pond construction in Jones cycladenia suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Recreation Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the

natural resources.  Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in Jones cycladenia suitable habitat.  Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species.  As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

Riparian, Soils and Water Resources

The objectives for the riparian, soil and water resources management program are to maintain and improve soil integrity, riparian and wetland areas, and protect water quality.  Many Best Management Practices (BMPs), designed under this program reduce sedimentation and protect water quality also benefit soil productivity by minimizing erosion.  Examples of other protection measures implemented under this program include maintenance and restoration of appropriate biological soil crusts, management of watershed health, and manage salinity load.  Generally, this management program provides information in support of other resource objectives and goals.

Act Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Jones cycladenia habitats.  Associated impacts may include:  trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species.  As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources.  Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies.  These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Jones cycladenia suitable habitat.  Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species.  As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Wild Horse and Burro Management

The objective of wild horse and burro management is the protection, management, and control of wild free-roaming horses and burros (WH&B) on public lands.  Management includes

maintaining viable herds that will preserve the free-roaming nature of WH&Bs in a manner that is designed to achieve and maintain thriving ecological balance on the public lands.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Uinta basin hookless plant suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Jones cycladenia suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program occurring may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Barneby reed mustard habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; and increased occurrence of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreases in production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future

Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Jones cycladenia under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' critical, suitable, or potential habitat.
- Program management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Jones cycladenia occurs primarily within BLM management boundaries. In these areas, Jones cycladenia locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Jones cycladenia plants are susceptible to activities on State and private lands. Many of these activities, such as uranium mining, recreation activities (e.g. off-road vehicles), and research are expected to continue on State and private lands within the Jones cycladenia's range. Private land concentrated around Moab could be developed for housing or as grazing operations. Oil and gas development will likely continue on private and state lands, as will road building. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Jones cycladenia populations by increasing mortalities, injuring plants, and further adversely impacting occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

After reviewing the current status of the Jones cycladenia, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Price Field Office's Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Jones cycladenia. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated

2. All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Maguire daisy (*Erigeron maguirei*)

### Status of the Species

*Species Description*

The Maguire daisy (*Erigeron maguirei*) is endemic to sandstone canyons and mesas in Utah. The species was first collected in 1940 by Dr. Bassett Maguire in the dry, sandy bottom in Calf Creek area in San Rafael Swell, Emery County, Utah. By 1982, only 8 total plants had been counted. *E. maguirei* was listed as endangered under the Endangered Species Act (ESA) of 1973, as amended, on September 5, 1985 (50 FR 36089). In 1996, it was downlisted from endangered to threatened (50 CFR Part 17, Vol. 61, No. 119) after recognition that *Erigeron maguirei* var. *maguirei* and *Erigeron maguirei* var. *harrisonii* are the not separate subspecies. No critical habitat has currently been designated for the species

The Maguire daisy is a perennial, herbaceous plant with decumbent, to sprawling or erect stems that are 7 to 18 centimeters (cm) high. The basal leaves are spatulate or broadly oblanceolate, 2 to 5 cm long and 6 to 9 millimeters (mm) wide. The well-developed stem leaves are sessile or short-petiolate, and are alternately arranged on the stem. The leaves and stem are covered with abundant spreading hairs. One to three flower heads are borne at the end of each stem. The floral disc is 8 to 10 mm high. Each floral head has 15 to 20 white or pinkish-white colored ray flowers that are about 6 to 8 mm long and 1.5 to 2 mm wide. The disk flowers are yellow-orange and about 3.5 to 3.8 mm long. The seeds are 2-nerved achenes.

*Life History and Population Dynamics*

Reproduction in Maguire daisy is by seed. No asexual reproduction has been observed. Flowering occurs from May to June and fruit set is from June to July. Mid-June is generally the height of flowering. Alston and Tepedino (2005) showed that Maguire daisy flowers are primarily self-incompatible. Because of the open nature of the flower head, Maguire daisies tend to be visited by opportunistic insects searching for nectar. The primary flower visitors are the solitary composite specialist bee, *Perdita aridella*, and several species of native sweat bees (family *Halictidae*). Florets need to be visited by pollinators, on average, only a few times for pollination to occur. Fruit set for this species does not appear to be a limiting factor with 15% to 30% of flowers containing fruit during any week of the appropriate season (Alston and Tepedino 2005).

In 1992, Van Buren and Harper began demographic and genetic studies of the Maguire daisy at two sites located in the San Rafael Swell and one site in Capitol Reef National Park. In 1998, an additional study site in Capitol Reef was added. The demographic data collected included plant diameter, size class, plant height, plant condition and number of flowers produced. Data from these studies indicated that the species is long lived, but that some populations were prone to disturbance by flash flooding. By 1993, the genetic work of Van Buren and Harper had determined that *Erigeron maguirei* var. *maguirei* and *Erigeron maguirei* var. *harrisonii* were not distinct, leading to subsequent down-listing from "endangered" to "threatened" (Van Buren 1993).

*Status and Distribution*

The Maguire daisy grows on sand and detritus weathered from Navajo Sandstone and, rarely, on the Kayenta Formation in slickrock-crevices, on ledges, and in bottoms of washes. It occurs between elevations of 5250 to 8200 feet (1600 to 2500 meters). This species occurs mainly on exposed sandstone mesas and in steep, narrow canyons cut in the Navajo Sandstone formation. It can also be found on the Carmel, Chinle, and Wingate formations (Kass 1990, Clark 2002). The populations that occur in crevices and fractures in the Navajo Sandstone formation have the highest numbers of individuals. The smaller populations of the Maguire daisy are found in sandy wash bottoms.

The daisy occurs mainly on the Navajo Sandstone formation in Douglas fir, ponderosa pine, pinyon, juniper, and mountain shrub communities. Conifers associated with the species include ponderosa pine (*Pinus ponderosa*), Douglas fir (*Pseudotsuga menziesii*), pinyon (*Pinus edulis*), and juniper (*Juniperus osteosperma*). Commonly associated shrubs include dwarf mountain mahogany (*Cercocarpus intricatus*), Utah serviceberry (*Amelanchier utahensis*), thread snakeweed (*Gutierrezia microcephala*), sticky-leaf rabbitbrush (*Chrysothamnus viscidiflorus*), Bigelow sagebrush (*Artemisia bigelovii*), and greenleaf manzanita (*Arctostaphylos patula*). Associated forbs include hoary aster (*Machaeranthera canescens*), mountain pepperplant (*Lepidium montanum*), and Louisiana wormwood (*Artemisia ludoviciana*). Some associated grasses include muttongrass (*Poa fenderliania*), sandhill muly (*Muhlenbergia pungens*), blue grama (*Bouteloua gracilis*), and Indian ricegrass (*Achnatherum hymenoides*) (Kass 1990, Clark 2002).

The Maguire daisy occurs in the Canyonlands section of the Intermountain region (Cronquist et al. 1972). Populations of the Maguire daisy are found on BLM, National Park Service (NPS), State of Utah, and Fishlake National Forest (FNF) lands in Emery and Wayne Counties, Utah; including the San Rafael Swell and Capitol Reef National Park (Harper and Van Buren 1998).

At the time of listing in 1985, the entire population of Maguire daisy was known to consist of 5 to 7 plants at 3 sites (Anderson 1982). The 1995 Recovery Plan identified 7 separate populations with the total population estimated at 5,000 (USFWS). In 1996, Maguire daisy was downlisted from endangered to threatened because of the availability of new taxonomic and population information. Increased survey efforts identified broader plant distributions and larger population sizes than were previously known (Harper and Van Buren 1998; Clark and Clark 1999; Clark 2001; Clark 2002; Clark et al. 2005; Clark et al. 2006). There are currently 9 known populations (118 sites) within 5 meta-populations comprised of approximately 162,250 Maguire daisy individuals (Clark et al. 2006). The range of the species is estimated at approximately 390 square miles and extends from the San Rafael Swell south through the Waterpocket Fold of Capital Reef National Park. (Clark et al. 2006).

In the Recovery plan, the threats to the Maguire daisy stem primarily from mineral and energy exploration and development, off-highway vehicle (OHV) use, and livestock trampling. However, the majority of Maguire daisy locations are relatively secure from direct impacts, although trampling due to OHV use and livestock are localized threats in some areas. It is expected that some of the smaller populations may consist of too few members to ensure their long-term survival.

**Environmental Baseline**

*Status of the Species within the Action Area*

The planning area contains 3 of the 4 known metapopulations of the Maguire daisy, and 6 of the 9 total known populations:

- Northern San Rafael Swell Meta-Population, Emery County: within this metapopulation, the northern and easternmost portions of the Calf Canyon population (comprising 25% of the total population area) occur within the PFO planning area. This population was estimated at 2,000 individuals within 3 sites in 1980, however the current population estimate is unknown (Clark et al. 2006).

- The Central San Rafael Swell Meta-Population, Emery County: this metapopulation occurs south of the Northern San Rafael Swell Meta-Population and is comprised of three populations: Coal Wash, Secret Mesa, and Link Flats (Clark et al. 2005). These populations total approximately 10,350 plans in 22 sites, 19 of which are on BLM land. 2 sites from Secret Mesa and one from Link Flats occur on state land.

- The Southern San Rafael Swell Meta-Population, Emery County: this metapopulation is comprised of 2 populations: the northern John's Hole and the southern Seger's Hole (Clark et al. 2006). Both of these populations occur on lands administered by the BLM in Emery County, Utah, within the PFO planning area. The John's Hole population is estimated at 300 individuals from 3 sites. The Seger's Hole population is estimated at 100 individuals from 2 sites (Clark et al. 2006).

*Factors Affecting Species Environment within the Action Area*

As identified in the 1995 Recovery Plan, primary threats include mineral and energy exploration and development, off-road recreational use, and livestock trampling.

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Maguire daisy habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Maguire daisy habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the Maguire daisy, wildland fire suppression activities could adversely affect the Maguire daisy. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable Maguire daisy habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Forestry and Woodlands Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in Maguire daisy habitat, there is some potential for private individuals to trample Maguire daisy individuals while harvesting wood products. Known populations of Maguire daisy, and potential habitats have not

been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

## Geology and Minerals Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal bed natural gas), salable minerals (sand, gravel, stone and humate) and locatable materials (uranium, clay and gypsum). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic, significant soil disturbance; increased energy development of facilities, and increased mineral excavation in Maguire daisy habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access due to increased human access. As a result, there may be loss or degradation of plant populations and habitat; decreased Maguire daisy seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

## Hazardous Materials Management

Activities conducted under the BLM's hazardous materials program include providing warnings, securing and disposing of hazardous waste discharged on public lands, establishing precautions, and responding to emergencies. Activities may involve increased human presence, use of heavy equipment, and removal of contaminated soils. These activities have the potential to occur in locations where mineral development or transport occurs.

Activities occurring under this program may increase foot traffic, motorized traffic, and significant soil disturbance in Maguire daisy suitable habitat. Associated impacts include: trampling or crushing of individuals, removal of suitable habitat, modification or degradation to suitable habitat, seed bank reductions, loss of pollinators, and increased occurrences of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights of way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights of way.

Rights of way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights of way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact Maguire daisy with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of potential Maguire daisy habitat. As a result, there may be loss or degradation of plant populations and habitat; decreased recruitment; and increased occurrence of plant damage and individual mortality.

Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence; increase motorized traffic; and surface disturbance from fence and livestock pond construction in Maguire daisy suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Recreation Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in Maguire daisy suitable habitat. Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species. As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Riparian, Soils and Water Resources

The objectives for the riparian, soil and water resources management program are to maintain and improve soil integrity, riparian and wetland areas, and protect water quality. Many Best Management Practices (BMPs), designed under this program reduce sedimentation and protect water quality also benefit soil productivity by minimizing erosion. Examples of other protection measures implemented under this program include maintenance and restoration of appropriate biological soil crusts, management of watershed health, and manage salinity load. Generally, this management program provides information in support of other resource objectives and goals.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Maguire daisy habitats. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

## Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Maguire daisy suitable habitat. Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Wild Horse and Burro Management

The objective of wild horse and burro management is the protection, management, and control of wild free-roaming horses and burros (WH&B) on public lands. Management includes maintaining viable herds that will preserve the free-roaming nature of WH&Bs in a manner that is designed to achieve and maintain thriving ecological balance on the public lands.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Uinta basin hookless plant suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

## Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Maguire daisy suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

## Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program occurring may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Barneby reed mustard habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; and increased occurrence of invasive plant species. As a result, there may be loss or degradation of plant populations and habitat; decreases in production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

## Cumulative Effects

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Maguire daisy under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' critical, suitable, or potential habitat;
- Encroachment of human development into a species' critical, suitable, or potential habitat; and
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - o State of Utah;
  - o County Governments in Utah;
  - o Local Governments in Utah; and
  - o Private landholders in Utah.

Maguire daisies occur primarily within BLM management boundaries. In these areas, Maguire daisy locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Maguire daisies are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, human population expansion and associated infrastructure (increased trails and roads), research, and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Maguire daisy's range. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Maguire daisy populations by increasing mortalities, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

## Conclusions

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

After reviewing the current status of the Maguire daisy, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Price Field Office Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Maguire daisy. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Land Use Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed BLM Land Use Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# COLORADO RIVER FISH

## Bonytail (*Gila elegans*)

### Status of the Species

*Species / Critical Habitat Description*

Bonytail are medium-sized (less than 600 mm) fish in the minnow family. Adult bonytail are gray or olive colored on the back with silvery sides and a white belly. The adult bonytail has an elongated body with a long, thin caudal peduncle. The head is small and compressed compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as the hump on a humpback chub.

The bonytail is endemic to the Colorado River Basin and was historically common to abundant in warm-water reaches of larger rivers of the basin from Mexico to Wyoming. The species experienced a dramatic, but poorly documented, decline starting in about 1950, following construction of several mainstem dams, introduction of nonnative fishes, poor land-use practices, and degraded water quality (USFWS 2002).

Currently, no self-sustaining populations of bonytail are known to exist in the wild, and very few individuals have been caught anywhere within the basin. An unknown, but small number of wild adults exist in Lake Mohave on the mainstem Colorado River. Since 1977, only 11 wild adults have been reported from the upper basin (Valdez et al. 1994).

A total of 499 km (312 miles) of river has been designated as critical habitat for the bonytail in the Colorado River Basin, representing about 14% of the species' historic range (59 FR 13374). River reaches that have been designated as critical habitat in the Green River extend from the confluence with the Yampa River downstream to the boundary of Dinosaur National Monument and Desolation and Gray Canyons. In addition, critical habitat has been designated in the Yampa River from the upstream boundary of Dinosaur National Monument to its confluence with the Green River. Within the VFO, critical habitat has been designated in the following sections of the Colorado River Upper Basin (59 FR 13374).

> Utah, Uintah County; and Colorado, Moffat County. The Green River from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the southern boundary of Dinosaur National Monument in T. 6 N., R. 24 E., section 30 (Salt Lake Meridian).

> Utah, Uintah and Grand Counties. The Green River (Desolation and Gray Canyons) from Sumner's Amphitheater in T. 12 S., R. 18 E., section 5 (Salt Lake Meridian) to Swasey's Rapid (river mile 12) in T. 20 S., R. 16 E., section 3 (Salt Lake Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of bonytail critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in

spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment. Recent information collected by the Recovery Program suggests that floodplain habitats may be more important to the survival and recovery of the bonytail than the USFWS originally thought.

*Life History and Population Dynamics*

The bonytail are considered a species that is adapted to mainstem rivers, where it has been observed in pools and eddies (Vanicek 1967, Minckley 1973). Spawning of bonytail has never been observed in a river, but ripe fish were collected in Dinosaur National Monument during late June and early July suggesting that spawning occurred at water temperatures of about 18☐C (Vanicek and Kramer 1969). Similar to other closely related *Gila* species, bonytail probably spawn in rivers in spring over rocky substrates; spawning has been observed in reservoirs over rocky shoals and shorelines. It has been recently hypothesized that flooded bottomlands may provide important bonytail nursery habitat. Of five specimens captured most recently in the upper basin, four were captured in deep, swift, rocky canyons (Yampa Canyon, Black Rocks, Cataract Canyon, and Coal Creek Rapid), but the fifth was taken in Lake Powell. Since 1974, all bonytail captured in the lower basin have been caught in reservoirs. The diets of bonytail are presumed similar to that of the humpback chub (USFWS 2002a).

*Status and Distribution*

Bonytail are endemic to the Colorado River Basin and was historically common to abundant in warm-water reaches of larger rivers of the basin from Mexico to Wyoming. The species experienced a dramatic, but poorly documented, decline starting in about 1950, following construction of several mainstem dams, introduction of nonnative fishes, poor land-use practices, and degraded water quality (USFWS 2002a).

Currently, no self-sustaining populations of bonytail are known to exist in the wild, and very few individuals have been caught anywhere within the basin. An unknown, but small number of wild adults exist in Lake Mohave on the mainstem Colorado River. Since 1977, only 11 wild adults have been reported from the upper basin (Valdez et al. 1994).

Bonytail are the rarest native fish in the Colorado River. Little is known about its specific habitat requirements or cause of decline, because the bonytail was extirpated from most of its historic range prior to extensive fishery surveys. It was listed as endangered on April 23, 1980. Currently, no documented self-sustaining populations exist in the wild. Formerly reported as widespread and abundant in mainstem rivers (Jordan and Evermann 1896), its populations have been greatly reduced. Remnant populations presently occur in the wild in low numbers in Lake Mohave and several fish have been captured in Lake Powell and Lake Havasu (USFWS 2002a). The last known riverine area where bonytail were common was the Green River in Dinosaur National Monument, where Vanicek (1967) and Holden and Stalnaker (1970) collected 91 specimens during 1962-1966. From 1977 to 1983, no bonytail were collected from the Colorado or Gunnison rivers in Colorado or Utah (Wick et al. 1979, 1981; Valdez et al. 1982; Miller et al. 1984). However, in 1984, a single bonytail was collected from Black Rocks on the Colorado River (Kaeding et al. 1986). Several suspected bonytail were captured in Cataract Canyon in

1985-1987 (Valdez 1990). Current stocking plans are planned to continue for at least two more years, however, catch rates indicate stocking will continue until at least 2010 and probably longer (Thomas Czapla, personal communication).

## Environmental Baseline

*Status of the Species within the Action Area*

Bonytail were once widespread in the large rivers of the Colorado River Basin (Cope and Yarrow 1875, Jordan 1891, Jordan and Evermann 1896, Gilbert and Scofield 1898, Kirsch 1889, Chamberlain 1904). The species experienced a dramatic, but poorly documented, decline starting in about 1950, following construction of mainstem dams, introduction of nonnative fishes, poor land-use practices, and degraded water quality (Miller 1961, Ono et al. 1983). A stocking program is being implemented to reestablish populations in the upper Colorado River basin.

In the Green River, Vanicek (1967) reported that bonytails were generally found in pools and eddies in the absence of, although occasionally adjacent to, strong current and at varying depths generally over silt and silt-boulder substrates. Adult bonytail captured in Cataract, Desolation, and Gray Canyons were sympatric with humpback chub in shoreline eddies among emergent boulders and cobble, and adjacent to swift current (Valdez 1990).

The USFWS designated seven reaches of the Colorado River system as critical habitat for the bonytail (59 FR 13374). This represents approximately 14 percent of the historical habitat of the species. Critical habitat for bonytail includes canyon reaches of the Yampa, Green and Colorado rivers. The designated critical habitat within the MFO is found on the Green River between the Yampa River and the Colorado River (74,644 meters) as well as between the Desolation area and the Gray Canyons area (130,729 meters) (USFWS 2002b).

*Factors Affecting Species Environment within the Action Area*

The primary threats to bonytail are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; hybridization with other native *Gila* species; and pesticides and pollutants (USFWS 2002a). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to bonytail in relation to flow regulation and habitat modification, predation by nonnative fishes, and pesticides and pollutants are essentially the same threats identified for Colorado pikeminnow. Threats to bonytail in relation to hybridization are essentially the same threats identified for humpback chub.

Management actions identified in the recovery goals for bonytail (USFWS 2002a) to minimize or remove threats to the species include:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations;
- provide passage over barriers within occupied habitat to allow unimpeded movement and, potentially, range expansion;

---

- investigate options for providing appropriate water temperatures in the Gunnison River;
- minimize entrainment of subadults and adults at diversion/out-take structures;
- investigate habitat requirements for all life stages and provide those habitats;
- ensure adequate protection from overutilization;
- ensure adequate protection from diseases and parasites;
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries;
- control problematic nonnative fishes as needed;
- minimize the risk of increased hybridization among *Gila* spp.;
- minimize the risk of hazardous-materials spills in critical habitat; and
- remediate water-quality problems.

# Colorado pikeminnow (*Ptychocheilus lucius*)

### Status of Species

*Species / Critical Habitat Description*

The Colorado pikeminnow is the largest cyprinid fish (minnow family) native to North America and evolved as the main predator in the Colorado River system. It is an elongated pike-like fish that during predevelopment times may have grown as large as 6 feet in length and weighed nearly 100 pounds (Behnke and Benson 1983). Today, Colorado pikeminnow rarely exceed 3 feet in length or weigh more than 18 pounds; such fish are estimated to be 45-55 years old (Osmundson et al. 1997). The mouth of this species is large and nearly horizontal with long slender pharyngeal teeth (located in the throat), adapted for grasping and holding prey. The diet of Colorado pikeminnow longer than 3 or 4 inches consists almost entirely of other fishes (Vanicek and Kramer 1969). Males become sexually mature earlier and at a smaller size than do females, though all are mature by about age 7 and 500 mm (20 inches) in length (Vanicek and Kramer 1969; Seethaler 1978; Hamman 1981). Adults are strongly countershaded with a dark, olive back, and a white belly. Young are silvery and usually have a dark, wedge-shaped spot at the base of the caudal fin.

Critical habitat was designated for Colorado pikeminnow on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 29% of the species' original range and occurs exclusively in the Upper Colorado River Basin. River reaches (including the 100-year floodplain) that make up critical habitat for Colorado pikeminnow within the VFO (59 FR 13374) include:

Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., section 7 (Salt Lake Meridian).

Colorado, Rio Blanco County; and Utah, Uintah County. The White River and its 100-year floodplain from Rio Blanco Lake Dam in T. 1 N., R. 96 W., section 6 (6th Principal

Meridian) to the confluence with the Green River in T. 9 S., R. 20 E., section 4 (Salt Lake Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment.

*Life History and Population Dynamics*

The Colorado pikeminnow is a long-distance migrator; adults move hundreds of miles to and from spawning areas, and require long sections of river with unimpeded passage. Adults require pools, deep runs, and eddy habitats maintained by high spring flows. These high spring flows maintain channel and habitat diversity, flush sediments from spawning areas, rejuvenate food production, form gravel and cobble deposits used for spawning, and rejuvenate backwater nursery habitats. Spawning occurs after spring runoff at water temperatures typically between 18 and 23°C. After hatching and emerging from spawning substrate, larvae drift downstream to nursery backwaters that are restructured by high spring flows and maintained by relatively stable base flows. Flow recommendations have been developed that specifically consider flow-habitat relationships in habitats occupied by Colorado pikeminnow in the upper basin, and were designed to enhance habitat complexity and to restore and maintain ecological processes. The following is a description of observed habitat uses in the Upper Colorado River Basin.

Colorado pikeminnow live in warm-water reaches of the Colorado River mainstem and larger tributaries, and require uninterrupted stream passage for spawning migrations and dispersal of young. The species is adapted to a hydrologic cycle characterized by large spring peaks of snow-melt runoff and low, relatively stable base flows. High spring flows create and maintain in-channel habitats, and reconnect floodplain and riverine habitats, a phenomenon described as the spring flood-pulse (Junk et al. 1989; Johnson et al. 1995). Throughout most of the year, juvenile, subadult, and adult Colorado pikeminnow use relatively deep, low-velocity eddies, pools, and runs that occur in near shore areas of main river channels (Tyus and McAda 1984; Valdez and Masslich 1989; Tyus 1990, 1991; Osmundson et al. 1995). In spring, however, Colorado pikeminnow adults use floodplain habitats, flooded tributary mouths, flooded side canyons, and eddies that are available only during high flows (Tyus 1990, 1991; Osmundson et al. 1995). Such environments may be particularly beneficial for Colorado pikeminnow because other riverine fishes gather in floodplain habitats to exploit food and temperature resources, and may serve as prey. Such low-velocity environments also may serve as resting areas for Colorado pikeminnow. River reaches of high habitat complexity appear to be preferred.

Because of their mobility and environmental tolerances, adult Colorado pikeminnow are more widely distributed than other life stages. Distribution patterns of adults are stable during most of the year (Tyus 1990, 1991; Irving and Modde 2000), but distribution of adults changes in late

---

spring and early summer, when most mature fish migrate to spawning areas (Tyus and McAda 1984; Tyus 1985, 1990, 1991; Irving and Modde 2000). High spring flows provide an important cue to prepare adults for migration and also ensure that conditions at spawning areas are suitable for reproduction once adults arrive. Specifically, bankfull or much larger floods mobilize coarse sediment to build or reshape cobble bars, and they create side channels that Colorado pikeminnow sometimes use for spawning (Harvey et al. 1993).

Colorado pikeminnow spawning sites in the Green River subbasin have been well documented. The two principal locations are in Yampa Canyon on the lower Yampa River and in Gray Canyon on the lower Green River (Tyus 1990, 1991). These reaches are 42 and 72 km long, respectively, but most spawning is believed to occur at one or two short segments within each of the two reaches. Another spawning area may occur in Desolation Canyon on the lower Green River (Irving and Modde 2000), but the location and importance of this area has not been verified. Although direct observation of Colorado pikeminnow spawning was not possible because of high turbidity, radiotelemetry indicated spawning occurred over cobble-bottomed riffles (Tyus 1990). High spring flows and subsequent post-peak summer flows are important for construction and maintenance of spawning substrates (Harvey et al. 1993). In contrast with the Green River subbasin, where known spawning sites are in canyon-bound reaches, currently suspected spawning sites in the upper Colorado River subbasin are at six locations in meandering, alluvial reaches (McAda 2000).

After hatching and emerging from the spawning substrate, Colorado pikeminnow larvae drift downstream to backwaters in sandy, alluvial regions, where they remain through most of their first year of life (Holden 1977; Tyus and Haines 1991; Muth and Snyder 1995). Backwaters and the physical factors that create them are vital to successful recruitment of early life stages of Colorado pikeminnow, and age-0 Colorado pikeminnow in backwaters have received much research attention (e.g., Tyus and Karp 1989; Haines and Tyus 1990; Tyus 1991; Tyus and Haines 1991; Bestgen et al. 1997). It is important to note that these backwaters are formed after cessation of spring runoff within the active channel and are not floodplain features. Colorado pikeminnow larvae occupy these in-channel backwaters soon after hatching. They tend to occur in backwaters that are large, warm, deep (average, about 0.3 m in the Green River), and turbid (Tyus and Haines 1991). Recent research (Day et al. 1999a, 1999b; Trammell and Chart 1999) has confirmed these preferences and suggested that a particular type of backwater is preferred by Colorado pikeminnow larvae and juveniles. Such backwaters are created when a secondary channel is cut off at the upper end, but remains connected to the river at the downstream end. These chute channels are deep and may persist even when discharge levels change dramatically. An optimal river-reach environment for growth and survival of early life stages of Colorado pikeminnow has warm, relatively stable backwaters, warm river channels, and abundant food (Muth et al. 2000).

*Status and Distribution*

Based on early fish collection records, archaeological finds, and other observations, the Colorado pikeminnow was once found throughout warm water reaches of the entire Colorado River Basin down to the Gulf of California, and including reaches of the upper Colorado River and its major tributaries, the Green River and its major tributaries, and the Gila River system in Arizona (Seethaler 1978). Colorado pikeminnow apparently were never found in colder, headwater

areas. The species was abundant in suitable habitat throughout the entire Colorado River Basin prior to the 1850s (Seethaler 1978). By the 1970s they were extirpated from the entire lower basin (downstream of Glen Canyon Dam) and portions of the upper basin as a result of major alterations to the riverine environment. Having lost some 75 to 80 percent of its former range due to habitat loss, the Colorado pikeminnow was federally listed as an endangered species in 1967 (Miller 1961, Moyle 1976, Tyus 1991, Osmundson and Burnham 1998). Full protection under the Act of 1973 occurred on January 4, 1974.

Colorado pikeminnow are presently restricted to the Upper Colorado River Basin and inhabit warm water reaches of the Colorado, Green, and San Juan rivers and associated tributaries (Figure 5). The Colorado pikeminnow recovery goals (USFWS 2002a) identify occupied habitat of wild Colorado pikeminnow as follows: the Green River from Lodore Canyon to the confluence of the Colorado River; the Yampa River downstream of Craig, Colorado; the Little Snake River from its confluence with the Yampa River upstream into Wyoming; the White River downstream of Taylor Draw Dam; the lower 89 miles of the Price River; the lower Duchesne River; the upper Colorado River from Palisade, Colorado, to Lake Powell; the lower 34 miles of the Gunnison River; the lower mile of the Dolores River; and 150 miles of the San Juan River downstream from Shiprock, New Mexico, to Lake Powell. Colorado pikeminnow have been stocked in recent years, changes to the stocking plan are awaiting population estimates. In recent years the pikeminnow has been increasing the Colorado river but decreasing in the Green river (Thomas Czapla, personal communication).

**Environmental Baseline**

*Status of the Species within the Action Area*

Preliminary population estimates presented in the Recovery Goals (USFWS 2002) for the three Colorado pikeminnow populations ranged from approximately 6,600 to 8,900 wild adults: Green River Subbasin, 6,000–8,000 (Nesler 2000, USFWS 2002); Upper Colorado River Subbasin, 600–900 (Nesler 2000, Osmundson 2002 [includes some subadults]); and San Juan River Subbasin, 19–50 (Holden 1999, USFWS 2002). The San Juan River Subbasin is not located in the project area. These numbers provided a general indication of the total wild adult population size at the time the Recovery Goals were developed, however, it was also recognized that the accuracy of the estimates vary among populations. Monitoring of Colorado pikeminnow populations is ongoing, and sampling protocols and the reliability of the population estimates are being assessed by the USFWS and cooperating entities.

For the period 1986–1997, the catch of adult Colorado pikeminnow per hour of electrofishing in the Green River steadily increased (McAda et al. 1998). Catch rates from the 1986–1988 period to the 1996–1997 period increased by three-fold from about 0.8 fish/hour to about 2.5 fish/hour. Relative condition of adult Colorado pikeminnow in the Green River declined between these two time periods, suggesting that the population was at or near carrying capacity under existing conditions. Recently, small adult Colorado pikeminnow have moved into the Price River, where they were not reported from surveys in the 1970's (Cavalli 1999), this also suggests dispersal as a result of carrying capacity (USFWS 2002). Studies indicate that significant recruitment of Colorado pikeminnow may not occur every year, but occurs in episodic intervals of several years (Osmundson and Burnham 1998).

Currently, two primary reaches of Colorado pikeminnow nursery habitat are present in the Green River system. The project area contains one of these reaches, occurring from near Green River, Utah, downstream to the Colorado River confluence (Tyus and Haines 1991, McAda et al. 1994a, McAda et al. 1994b, McAda et al. 1997). The reach of the Green River defined mostly by Desolation and Gray Canyons also provides nursery habitat for Colorado pikeminnow (Tyus and Haines 1991, Day et al. 1999b). These backwaters are especially important during the Colorado pikeminnow's critical first year of life.

Colorado River downstream of Westwater Canyon increased from 224 in 1992 to 512 in 1993 but decreased to 297 in 1994, for an average of 344 fish, or about 2 fish/km. Condition of Colorado pikeminnow declined following the 1991–1994 period, suggesting that the population was also at or near carrying capacity at current conditions (Osmundson 1999). In 1998, the estimates of Colorado pikeminnow upstream and downstream of Westwater Canyon were 435 and 330, respectively for a total of 765. Total estimates in 1999 and 2000 were 768 and 801 fish, respectively. Concurrent with these increases in population estimates, catch of adult Colorado pikeminnow per hour of electrofishing increased steadily for the period 1986–1997 (McAda et al. 1998). Catch rates from the 1986–1990 period to the 1995–1997 period increased by over ten times from about 0.1 fish/hour to about 1.2 fish/hour.

*Factors Affecting Species Environment within the Action Area*

The primary threats to Colorado pikeminnow are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; and pesticides and pollutants (USFWS 2002a). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. These impairments are described in further detail below.

Stream flow regulation includes mainstem dams that cause the following adverse effects to Colorado pikeminnow and its habitat:

- block migration corridors,
- changes in flow patterns, reduced peak flows and increased base flows,
- release cold water, making temperature regimes less than optimal,
- change river habitat into lake habitat, and
- retain sediment that is important for forming and maintaining backwater habitats.

Cold water releases from dams eliminate suitable habitat for native fishes, including Colorado pikeminnow, from river reaches downstream for approximately 50 miles. In addition to main stem dams, many dams and water diversion structures occur in and upstream from critical habitat that reduce flows and alter flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. It is unknown how many endangered fish are lost in irrigation systems, but in some years, in some river reaches, majority of the river flow is diverted into unscreened canals. High spring flows maintain habitat diversity, flush sediments from spawning habitat, increase invertebrate food production, form gravel and cobble deposits important for spawning, and maintain backwater nursery habitats (McAda 2000, Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944, Osmundson and Kaeding 1989, Behnke 1980, Joseph et al. 1977, Lanigan and Berry 1979, Minckley and Deacon 1968, Meffe 1985, Propst and Bestgen 1991, Rinne 1991). Data collected by Osmundson and Kaeding (1991) indicated that during low water years nonnative minnows capable of preying on or competing with larval endangered fishes greatly increased in numbers.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin prior to 1980 for sportfishing, forage fish, biological control and ornamental purposes (Minckley 1982, Tyus et al. 1982, Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways. The capacity of a particular area to support aquatic life is limited by physical habitat conditions. Increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some life stages of nonnative fishes appear to have a greater ability to compete for space and food and to avoid predation in the existing altered habitat than do some life stages of native fishes. Tyus and Saunders (1996) cite numerous examples of both indirect and direct evidence of predation on razorback sucker eggs and larvae by nonnative species.

Threats from pesticides and pollutants include accidental spills of petroleum products and hazardous materials; discharge of pollutants from uranium mill tailings; and high selenium concentration in the water and food chain (USFWS 2002a). Accidental spills of hazardous material into critical habitat can cause immediate mortality when lethal toxicity levels are exceeded. Pollutants from uranium mill tailings cause high levels of ammonia that exceed water quality standards. High selenium levels may adversely affect reproduction and recruitment (Hamilton and Wiedmeyer 1990, Stephens et al. 1992, Hamilton and Waddell 1994, Hamilton et al. 1996, Stephens and Waddell 1998, Osmundson et al. 2000).

## Humpback chub *(Gila cypha)*

### Status of Species

*Species / Critical Habitat Description*

The humpback chub is a medium-sized freshwater fish (less than 500 mm) of the minnow family. The adults have a pronounced dorsal hump, a narrow flattened head, a fleshy snout with an inferior-subterminal mouth, and small eyes. It has silvery sides with a brown or olive colored back.

The humpback chub is endemic to the Colorado River Basin and is part of a native fish fauna traced to the Miocene epoch in fossil records (Miller 1946; Minckley et al. 1986). Humpback chub remains have been dated to about 4000 B.C., but the fish was not described as a species until the 1940s (Miller 1946), presumably because of its restricted distribution in remote white water canyons (USFWS 1990). Because of this, its original distribution is not known. The humpback chub was listed as endangered on March 11, 1967.

Until the 1950s, the humpback chub was known only from Grand Canyon. During surveys in the 1950s and 1960s humpback chub were found in the upper Green River including specimens from

Echo Park, Island Park, and Swallow Canyon (Smith 1960, Vanicek et al. 1970). Individuals were also reported from the lower Yampa River (Holden and Stalnaker 1975b), the White River in Utah (Sigler and Miller 1963), Desolation Canyon of the Green River (Holden and Stalnaker 1970) and the Colorado River near Moab (Sigler and Miller 1963).

Critical habitat was designated for humpback chub on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 28% of the species' original range and occurs in both the Upper and Lower Colorado River Basins. Although humpback chub life history and habitat use differs greatly from the other endangered Colorado River fish, the USFWS determined that the primary constituent elements (water, physical habitat, and biological environment) of their critical habitat were the same.

Critical habitat for humpback chub in the Green River system include the Yampa River within Dinosaur National Monument, Green River from its confluence with the Yampa River downstream to the southern boundary of Dinosaur National Monument, and the Green River within Desolation and Gray Canyons. Within the VFO, critical habitat has been designated in the following sections of the Colorado River Upper Basin (59 FR 13374).

> Utah, Uintah County; and Colorado, Moffat County. The Green River from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the southern boundary of Dinosaur National Monument in T. 6 N., R. 24 E., section 30 (Salt Lake Meridian).

> Utah, Uintah and Grand Counties. The Green River (Desolation and Gray Canyons) from Sumner's Amphitheater in T. 12 S., R. 18 E., section 5 (Salt Lake Meridian) to Swasey's Rapid (river mile 12) in T. 20 S., R. 16 E., section 3 (Salt Lake Meridian).

*Life History and Population Dynamics*

Unlike Colorado pikeminnow and razorback sucker, which are known to make extended migrations of up to several hundred miles to spawning areas, humpback chubs do not appear to make extensive migrations (Karp and Tyus 1990). Generally, humpback chub show fidelity for canyon reaches and move very little (Miller et al.. 1982; Archer et al.. 1985; Burdick and Kaeding 1985, Kaeding et al. 1990). Humpback chubs in Black Rocks (Valdez and Clemmer 1982), Westwater Canyon (Chart and Lentsch 1999a), and Desolation and Gray Canyons (Chart and Lentsch 1999b) do not migrate to spawn and movements of adult humpback chub in Black Rocks on the Colorado River were essentially restricted to a 1-mile reach. These results were based on the recapture of Carlin-tagged fish and radiotelemetry studies conducted from 1979 to 1981 (Valdez et al. 1982) and 1983 to 1985 (Archer et al. 1985, USFWS 1986, Kaeding et al. 1990).

In the Green River and upper Colorado River, humpback chubs spawned in spring and summer as flows declined shortly after the spring peak (Valdez and Clemmer 1982, Valdez et al. 1982, Kaeding and Zimmerman 1983, Tyus and Karp 1989, Karp and Tyus 1990, Chart and Lentsch 1999a and 1999b). Similar spawning periods were reported from Grand Canyon (Kaeding and Zimmerman 1983; Valdez and Ryel 1995, 1997). Although humpback chub are believed to broadcast eggs over mid-channel cobble and gravel bars, spawning in the wild has not been observed for this species. Gorman and Stone (1999) reported that ripe male humpback chubs in

the Little Colorado River (LCR) aggregated in areas of complex habitat structure (i.e., matrix of large boulders and travertine masses combined with chutes, runs, and eddies, 0.5–2.0 m deep) and were associated with deposits of clean gravel.

Chart and Lentsch (1999b) estimated hatching dates for young *Gila* collected from Desolation and Gray Canyons between 1992 and 1995. They determined that hatching occurred on the descending limb of the hydrograph as early as 9 June 1992 at a flow of 139 $m^3$/s and as late as 1 July 1995 at a flow of 731 $m^3$/s. Instantaneous daily river temperatures on hatching dates over all years ranged from 20 to 22 □C.

Newly hatched larvae average 6.3–7.5 mm TL (Holden 1973, Suttkus and Clemmer 1977, Minckley 1973, Snyder 1981, Hamman 1982, Behnke and Benson 1983, Muth 1990), and 1-month-old fish are approximately 20 mm long (Hamman 1982). Unlike Colorado pikeminnow and razorback sucker, no evidence exists of long-distance larval drift (Miller and Hubert 1990, Robinson et al. 1998). Upon emergence from spawning gravels, humpback chub larvae remain in the vicinity of bottom surfaces (Marsh 1985) near spawning areas (Chart and Lentsch 1999a). Backwaters, eddies, and runs have been reported as common capture locations for young-of-year humpback chub (Valdez and Clemmer 1982). These data indicate that in Black Rocks and Westwater Canyon, young utilize shallow areas. Habitat suitability index curves developed by Valdez et al. (1990) indicate young-of-year prefer average depths of 2.1 feet with a maximum of 5.1 feet. Average velocities were reported at 0.2 feet per second.

Valdez et al. (1982), Wick et al. (1979), and Wick et al. (1981) found adult humpback chub in Black Rocks and Westwater Canyons in water averaging 50 feet in depth with a maximum depth of 92 feet. In these localities, humpback chub were associated with large boulders and steep cliffs.

*Status and Distribution*

Failure to recognize *Gila cypha* as a species until 1946 complicated interpretation of historic distribution of humpback chubs in the Green River (Douglas et al. 1989, 1998). Best available information indicates that before Flaming Gorge Dam, humpback chubs were distributed in canyon regions throughout much of the Green River, from the present site of Flaming Gorge Reservoir downstream through Desolation and Gray canyons (Vanicek 1967; Holden and Stalnaker 1975a; Holden 1991). In addition, the species occurred in the Yampa and White rivers. Pre-impoundment surveys of the Flaming Gorge Reservoir basin (Bosley 1960; Gaufin et al. 1960; McDonald and Dotson 1960; Smith 1960) reported both humpback chubs and bonytails from the Green River near Hideout Canyon, now inundated by Flaming Gorge Reservoir.

Historic collection records of humpback chub exist from the Yampa and White rivers, both tributaries to the Green River. Tyus (1998) verified the presence of seven humpback chubs in collections of the University of Colorado Museum, collected from the Yampa River in Castle Park between 19 June and 11 July 1948. A single humpback chub was found in the White River near Bonanza, Utah, in June 1981 (Miller et al. 1982b), and a possible bonytail-humpback chub intergrade was also captured in July 1978 (Lanigan and Berry 1981).

Present concentrations of humpback chub in the Upper Basin occur in canyon-bound river reaches ranging in length from 3.7 km (Black Rocks) to 40.5 km (Desolation and Gray

Canyons). Humpback chubs are distributed throughout most of Black Rocks and Westwater Canyons (12.9 km), and in or near whitewater reaches of Cataract Canyon (20.9 km), Desolation and Gray Canyons (65.2 km), and Yampa Canyon (44.3 km), with populations in the separate canyon reaches ranging from 400 to 5,000 adults (see population dynamics). The Utah Division of Wildlife Resources has monitored the fish community in Desolation and Gray Canyons since 1989 and has consistently reported captures of age-0, juvenile, and adult *Gila,* including humpback chub, indicating a reproducing population (Chart and Lentsch 1999b). Distribution of humpback chubs within Whirlpool and Split Mountain Canyons is not presently known, but it is believed that numbers of humpback chub in these sections of the Green River are low.

The Yampa River is the only tributary to the Green River presently known to support a reproducing humpback chub population. Between 1986 and 1989, Karp and Tyus (1990) collected 130 humpback chubs from Yampa Canyon and indicated that a small but reproducing population was present. Continuing captures of juveniles and adults within Dinosaur National Monument indicate that a population persists in Yampa Canyon (T. Modde, USFWS, personal communication). Small numbers of humpback chub also have been reported in Cross Mountain Canyon on the Yampa River and in the Little Snake River about 10 km upstream of its confluence with the Yampa River (Wick et al. 1981; Hawkins et al. 1996).

**Environmental Baseline**

*Status of the Species within the Action Area*

Six self-sustaining populations of humpback chub are known to exist, three of which are in the action area:

> Westwater Canyon, Colorado River, Utah – 2,900-6,500
> Desolation/Gray Canyons, Green River, Utah -- 1,500
> Cataract Canyon, Colorado River, Utah – 500

Each population consists of a discrete group of fish, geographically separated from the other populations, but with some exchange of individuals. The designated critical habitat within the MFO is found on the Green River between the Desolation area and the Gray Canyons area (130,729 meters), and on the Colorado River from Westwater Canyon Area (125,972 meters).

Peak hatch of *Gila* larvae in Westwater Canyon on the Colorado River appears to occur on the descending limb of the hydrograph following spring runoff at maximum daily water temperatures of approximately 20 to 21□C (Chart and Lentsch 1999a). Tyus and Karp (1989) reported that humpback chubs occupy and spawn in and near shoreline eddy habitats and that spring peak flows were important for reproductive success because availability of these habitats is greatest during spring runoff. The presence of a juvenile population suggests spawning may occur in the Upper Colorado River at Black Rocks, Westwater Canyon, Cataract Canyon, and Desolation/Gray Canyon (UDWR 2007).

*Factors Affecting Species Environment within the Action Area*

Although historic data are limited, the apparent range-wide decline in humpback chubs is likely due to a combination of factors including alteration of river habitats by reservoir inundation,

changes in stream discharge and temperature, competition with and predation by introduced fish species, and other factors such as changes in food resources resulting from stream alterations (USFWS 1990).

The primary threats to humpback chub are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; parasitism; hybridization with other native *Gila* species; and pesticides and pollutants (USFWS 2002). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to humpback chub in relation to flow regulation and habitat modification, predation by nonnative fishes, and pesticides and pollutants are essentially the same threats identified for Colorado pikeminnow.

Hybridization with roundtail chub (*Gila robusta*) and bonytail, where they occur with humpback chub, is recognized as a threat to humpback chub. A larger proportion of roundtail chub have been found in Black Rocks and Westwater Canyon during low flow years (Kaeding et al. 1990, Chart and Lentsch 2000), which increase the chances for hybridization.

Management actions identified in the recovery goals for humpback chub (USFWS 2002) to minimize or remove threats to the species included:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations,
- investigate the role of the mainstem Colorado River in maintaining the Grand Canyon population,
- investigate the anticipated effects of and options for providing warmer water temperatures in the mainstem Colorado River through Grand Canyon,
- ensure adequate protection from overutilization,
- ensure adequate protection from diseases and parasites,
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries,
- control problematic nonnative fishes as needed,
- minimize the risk of increased hybridization among *Gila* spp., and
- minimize the risk of hazardous-materials spills in critical habitat.

## Razorback sucker (*Xyrauchen texanus*)

### Status of Species

*Species / Critical Habitat Description*

Like all suckers (family Catostomidae, meaning "down mouth"), the razorback sucker has a ventral mouth with thick lips covered with papillae and no scales on its head. In general, suckers are bottom browsers, sucking up or scraping off small invertebrates, algae, and organic matter with their fleshy, protrusible lips (Moyle 1976). The razorback sucker is the only sucker with an abrupt sharp-edged dorsal keel behind its head. The keel becomes more massive with age. The head and keel are dark, the back is olive-colored, the sides are brownish or reddish, and the

abdomen is yellowish white (Sublette et al. 1990). Adults often exceed 3 kg (6 pounds) in weight and 600 mm (2 feet) in length. Like Colorado pikeminnow, razorback suckers are long-lived, living 40-plus years.

Critical habitat was designated for razorback sucker on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 49% of the species' original range and occurs in both the Upper and Lower Colorado River Basins (USFWS 1994). The primary constituent elements are the same as those described for Colorado pikeminnow. River reaches (including the 100-year floodplain) that make up critical habitat for Colorado razorback sucker within the VFO (59 FR 13374) include:

> Utah, Uintah County; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to Sand Wash in T. 11 S., R. 18 E., section 20 (6th Principal Meridian).

> Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties. The Green River and its 100-year floodplain from Sand Wash at river mile 96 at T. 11 S., R. 18 E., section 20 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., section 7 (6th Principal Meridian).

> Utah, Uintah County. The White River and its 100-year floodplain from the boundary of the Uintah and Ouray Indian Reservation at river mile 18 in T. 9 S., R. 22 E., section 21 (Salt Lake Meridian) to the confluence with the Green River in T. 9 S., R 20 E., section 4 (Salt Lake Meridian).

> Utah, Uintah County. The Duchesne River and its 100-year floodplain from river mile 2.5 in T. 4 S., R. 3 E., section 30 (Salt Lake Meridian) to the confluence with the Green River in T. 5 S., R. 3 E., section 5 (Uintah Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment. The USFWS gave special consideration to habitats required for razorback sucker reproduction and recruitment when critical habitat was designated.

*Life History and Population Dynamics*

McAda and Wydoski (1980) and Tyus (1987) reported springtime aggregations of razorback suckers in off-channel habitats and tributaries; such aggregations are believed to be associated with reproductive activities. Tyus and Karp (1990) and Osmundson and Kaeding (1991) reported off-channel habitats to be much warmer than the mainstem river and that razorback

suckers presumably moved to these areas for feeding, resting, sexual maturation, spawning, and other activities associated with their reproductive cycle. Prior to construction of large mainstem dams and the suppression of spring peak flows, low velocity, off-channel habitats (seasonally flooded bottomlands and shorelines) were commonly available throughout the Upper Basin (Tyus and Karp 1989, Osmundson and Kaeding 1991). Dams changed riverine ecosystems into lakes by impounding water, which eliminated these off-channel habitats in reservoirs. Reduction in spring peak flows eliminates or reduces the frequency of inundation of off-channel habitats. The absence of these seasonally flooded riverine habitats is believed to be a limiting factor in the successful recruitment of razorback suckers in their native environment (Tyus and Karp 1989, Osmundson and Kaeding 1991). Wydoski and Wick (1998) identified starvation of larval razorback suckers due to low zooplankton densities in the main channel and loss of floodplain habitats which provide adequate zooplankton densities for larval food as one of the most important factors limiting recruitment.

These fish can spawn as early as age 3 or 4, when they are 14 or more inches long. Depending on water temperature, spawning can take place as early as November or as late as June. In the upper Colorado River basin, razorbacks typically spawn between mid-April and mid-June. These fish reportedly migrate long distances to spawn, congregating in large numbers in spawning areas. While razorback suckers have never been directly observed spawning in turbid riverine environments within the Upper Basin, captures of ripe specimens (in spawning condition), both males and females, have been recorded (Valdez et al. 1982, McAda and Wydoski 1980, Tyus 1987, Osmundson and Kaeding 1989, Tyus and Karp 1989, Tyus and Karp 1990, Osmundson and Kaeding 1991, Platania 1990) in the Yampa, Green, Colorado, and San Juan rivers. Sexually mature razorback suckers are generally collected on the ascending limb of the hydrograph from mid-April through June and are associated with coarse gravel substrates (depending on the specific location).

Outside of the spawning season, adult razorback suckers occupy a variety of shoreline and main channel habitats including slow runs, shallow to deep pools, backwaters, eddies, and other relatively slow velocity areas associated with sand substrates (Tyus 1987, Tyus and Karp 1989, Osmundson and Kaeding 1989, Valdez and Masslich 1989, Osmundson and Kaeding 1991, Tyus and Karp 1990).

Habitat requirements of young and juvenile razorback suckers in the wild are not well known, particularly in native riverine environments. Prior to 1991, the last confirmed documentation of a razorback sucker juvenile in the Upper Basin was a capture in the Colorado River near Moab, Utah (Taba et al. 1965). In 1991, two early juvenile (36.6 and 39.3 mm total length (TL)) razorback suckers were collected in the lower Green River near Hell Roaring Canyon (Gutermuth et al. 1994). Juvenile razorback suckers have been collected in recent years from Old Charley Wash, a wetland adjacent to the Green River (Modde 1996). Between 1992 and 1995 larval razorback suckers were collected in the middle and lower Green River and within the Colorado River inflow to Lake Powell (Muth 1995). In 2002, eight larval razorback suckers were collected in the Gunnison River (Osmundson 2002). No young razorback suckers have been collected in recent times in the Colorado River.

The razorback suckers are adapted to the widely fluctuating physical environment of the historical Colorado River. Adults can live 44-50 years and, once reaching maturity between two

and seven years of age (Minckley 1983), apparently produce viable gametes even when quite old. Survival adaptations included the ability to spawn in a variety of habitats and flows regimes, and over a long season. In the event of several consecutive years with little or no recruitment (due to either too much or too little water), the demographics of the population as a whole might shift, but future reproduction would not be compromised. Average fecundity recorded in studies ranged from 100,800 to 46,740 eggs per female (Bestgen 1990). With varying age of maturity and the fecundity of the species, historically it would have been possible to quickly repopulate after a catastrophic loss of adults.

*Status and Distribution*

On March 14, 1989, the USFWS was petitioned to conduct a status review of the razorback sucker. Subsequently, the razorback sucker was designated as endangered under a final rule published on October 23, 1991 (56 FR 54957). The final rule stated "Little evidence of natural recruitment has been found in the past 30 years, and numbers of adult fish captured in the last 10 years demonstrate a downward trend relative to historic abundance. Significant changes have occurred in razorback sucker habitat through diversion and depletion of water, introduction of nonnative fishes, and construction and operation of dams" (56 FR 54957). Recruitment of razorback suckers to the population continues to be a problem.

Historically, razorback suckers were found in the mainstem Colorado River and major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and in Mexico (Ellis 1914, Minckley 1983). Bestgen (1990) reported that this species was once so numerous that it was commonly used as food by early settlers and, further, that commercially marketable quantities were caught in Arizona as recently as 1949. In the Upper Basin, razorback suckers were reported in the Green River to be very abundant near Green River, Utah, in the late 1800s (Jordan 1891). An account in Osmundson and Kaeding (1989) reported that residents living along the Colorado River near Clifton, Colorado, observed several thousand razorback suckers during spring runoff in the 1930s and early 1940s. In the San Juan River drainage, Platania and Young (1989) relayed historical accounts of razorback suckers ascending the Animas River to Durango, Colorado, around the turn of the century.

Currently, the largest concentration of razorback sucker remaining in the Colorado River Basin is in Lake Mohave on the border of Arizona and California. Estimates of the wild stock in Lake Mohave have fallen precipitously in recent years from 60,000 as late as 1991, to 25,000 in 1993 (Marsh 1993, Holden 1994), to about 9,000 in 2000 (USFWS 2002b). Until recently, efforts to introduce young razorback sucker into Lake Mohave have failed because of predation by non-native species (Minckley et al. 1991, Clarkson et al. 1993, Burke 1994). While limited numbers of razorback suckers persist in other locations in the Lower Colorado River, they are considered rare or incidental and may be continuing to decline.

In the Upper Colorado River Basin, above Glen Canyon Dam, razorback suckers are found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper basin are found in the upper Green and lower Yampa rivers (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado; however, they are increasingly rare. Osmundson and Kaeding (1991) reported that the number of razorback sucker captures in the Grand Junction area has declined

dramatically since 1974. Between 1984 and 1990, intensive collecting effort captured only 12 individuals in the Grand Valley (Osmundson and Kaeding 1991). The wild razorback sucker population is considered extirpated from the Gunnison River (Burdick and Bonar 1997).

Razorback suckers are in imminent danger of extirpation in the wild. The virtual absence of any recruitment suggests a combination of biological, physical, and/or chemical factors that may be affecting the survival and recruitment of early life stages of razorback suckers. Within the Upper Basin, recovery efforts endorsed by the Recovery Program include the capture and removal of razorback suckers from all known locations for genetic analyses and development of discrete brood stocks. These measures have been undertaken to develop refugia populations of the razorback sucker from the same genetic parentage as their wild counterparts such that, if these fish are genetically unique by subbasin or individual population, then separate stocks will be available for future augmentation. Such augmentation may be a necessary step to prevent the extinction of razorback suckers in the Upper Basin. Razorback suckers will be stocked until at least 2010, current population estimates that stocking will likely continue after that date as well (Thomas Czapla, personal communication).

**Environmental Baseline**

In the action area, the razorback sucker currently occupies parts of the Green River Subbasin and the Upper Colorado River Subbasin (Upper Colorado River), and the San Juan River Subbasin (San Juan River) (USFWS 2002; 54 FR 54967; 54 FR 13374;).

The designated critical habitat within the MFO is found on the Green River between the Yampa River and the Colorado River (74,644 meters), between the Desolation area and the Gray Canyons area (130,729 meters), on the Colorado River from I-70 to the boundary with the Monticello FO (13,210 meters), and on the Colorado River from Westwater Canyon Area (125,972 meters).

Recently, tuberculate or ripe razorback suckers have been collected from reaches of the lower Green River in Labyrinth Canyon near the mouth of the San Rafael River at RM 97 (Tyus 1987, Miller and Hubert 1990, Muth 1995, Chart et al. 1999). Muth et al. (1998) suggested that many of the 439 razorback sucker larvae collected from the lower Green River between RM 28 and 97 during spring and early summer 1993–1996 had been spawned downstream of RM 110 (lower end of the Green River Valley reach), possibly near the mouth of the San Rafael River.

Collections in the lower Green River during 1993–1996 produced the first ever captures of razorback sucker larvae from this section of river. Razorback sucker larvae were collected each year in the Green River during 1992–1996. Mean catch per unit effort (CPUE) was highly variable among years and river reaches but it is unclear whether this was a true measure of population abundance or was biased by differences in sampling efficiency (Muth et al. 1998). Numbers of razorback sucker larvae captured per year ranged from 5 in 1995 to 222 in 1996 for the lower Green River.

Historically, floodplain habitats inundated and connected to the main channel by over-bank flooding during spring-runoff discharges would have been available as nursery areas for young razorback suckers in the Green River. Tyus and Karp (1990) associated low recruitment with reductions in floodplain inundation since 1962 (closure of Flaming Gorge Dam), and Modde et

al. (1996) associated years of high spring discharge and floodplain inundation in the middle Green River (1983, 1984, and 1986) with subsequent suspected recruitment of young adult razorback suckers. These floodplain habitats are essential for the survival and recruitment of larval fish. Relatively high zooplankton densities in these warm, productive habitats are necessary to provide adequate zooplankton densities for larval food. Loss or degradation of these productive floodplain habitats probably represents one of the most important factors limiting recruitment in this species (Wydoski and Wick 1998). The importance of these habitats is further underscored by the relationship between larval growth and mortality due to non-native predators (Bestgen et al. 1997). Predation by adult red shiners on larvae of native catostomids in flooded and backwater habitats of the Green or Colorado Rivers was documented by Ruppert et al. (1993) and Muth and Wick (1997). Water depletions and changes in timing of flows may reduce the quantity and availability of floodplain habitat, thus reducing larval growth and recruitment.

In the Upper Colorado River subbasin, the number of razorback sucker captured has decreased dramatically since 1974. There are only a few scattered adults in the mainstem Colorado River (Osmundson and Kaeding 1991). During a 2-year study (1979–1981), Valdez et al. (1982) captured only 52 individuals, all old adults, in a 465–km reach of the Colorado River from Rifle, Colorado, to Hite, Utah. No young razorback sucker have been captured anywhere in the upper Colorado River since the mid-1960s (Osmundson and Kaeding 1991).

*Factors Affecting Species Environment within the Action Area*

The primary threats to razorback sucker are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; and pesticides and pollutants (USFWS 2002b). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to razorback sucker are essentially the same threats identified for Colorado pikeminnow.

Management actions identified in the recovery goals for razorback sucker (USFWS 2002b) to minimize or remove threats to the species included:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations;
- provide passage over barriers within occupied habitat to allow unimpeded movement and, potentially, range expansion;
- investigate options for providing appropriate water temperatures in the Gunnison River;
- minimize entrainment of subadults and adults in diversion/out-take structures;
- ensure adequate protection from overutilization;
- ensure adequate protection from diseases and parasites;
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries;
- control problematic nonnative fishes as needed;
- minimize the risk of hazardous-materials spills in critical habitat;

- remediate water-quality problems; and minimize the threat of hybridization with white sucker

**Effects of the Action**

Cultural Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Cultural resource activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Paleontological Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Cultural resource activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Increased vegetation disturbance or vegetation removal to support fire suppression activities or fires (wildland or prescribed), fire retardant or chemical treatment to vegetation, soil disturbance, and water removal may adversely impact Colorado fish. Associated impacts may include loss of vegetation cover, soil stability and forage base; and changes to water chemistry, water temperature, and nutrient levels, negatively affecting the primary constituent elements for Colorado fish species. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Geology and Minerals Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal bed natural gas), salable minerals (sand, gravel, stone and humate) and locatable materials (uranium, clay and gypsum). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may increase human presence, equipment use, surface disturbance in Colorado River fish habitat. These actions may increase the occurrence of chemical leaks into drainages, vegetation disturbances or removal, soil disturbances, increased occurrence of invasive plant species, and pollutants in drainages of Colorado fish habitat. Vegetation disturbances or vegetation removal (including chemical treatment of vegetation), and increased invasive plant species may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may affect Colorado River fish by decreasing water quality and impacting the forage base. Lethal and sublethal impacts may result from chemical spills. There may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Hazardous Materials Management

Activities conducted under the BLM's hazardous materials program include providing warnings, securing and disposing of hazardous waste discharged on public lands, establishing precautions, and responding to emergencies. Activities may involve increased human presence, use of heavy equipment, and removal of contaminated soils. These activities have the potential to occur in locations where mineral development or transport occurs.

Activities occurring under this program may increase human presence, equipment use, surface disturbance in Colorado River fish habitat. These actions may increase the occurrence of

chemical leaks into drainages, vegetation disturbances or removal, soil disturbances, increased occurrence of invasive plant species, and pollutants in drainages of Colorado fish habitat. Vegetation disturbances or vegetation removal (including chemical treatment of vegetation), and increased invasive plant species may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may affect Colorado River fish by decreasing water quality and impacting the forage base. Lethal and sublethal impacts may result from chemical spills. There may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights of way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights of way. Rights of way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights of way may be temporary or extend up to 30 years, or even in perpetuity.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Lands and realty management decisions may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. Land exchanges or disposals may fragment the watersheds in the action area, increasing the previously mentioned impacts. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Activities occurring under this program may increase equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in vegetation disturbance, removal, alteration; and soil disturbance. Vegetation alteration or removal may decrease: cover, soil stability, stream morphology, forage base, water chemistry, water temperature, and nutrient levels. Livestock management decisions may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion associated with surface disturbance may degrade

water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Recreation Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect: cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Riparian, Soils and Water Resources

The objectives for the riparian, soil and water resources management program are to maintain and improve soil integrity, riparian and wetland areas, and protect water quality. Many Best Management Practices (BMPs), designed under this program reduce sedimentation and protect water quality also benefit soil productivity by minimizing erosion. Examples of other protection measures implemented under this program include maintenance and restoration of appropriate biological soil crusts, management of watershed health, and manage salinity load. Generally, this management program provides information in support of other resource objectives and goals.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect: cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation treatment or disturbance (mechanical, chemical, biological), and surface disturbance in drainages of Colorado River fish habitats. These activities may result in vegetation disturbance or removal, adverse chemical treatment to vegetation, increased occurrence of invasive plant species, and soil disturbance. Vegetation disturbances, vegetation removal, chemical treatment of vegetation, or increased invasive plant species may adversely affect availability of riparian vegetation cover and water quality. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Wildlife and Fisheries Management

This program aims to maintain biological diversity, improve habitat for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase equipment and vehicle use, vegetation treatment or disturbance, and surface disturbance in drainages of Colorado River fish habitats. In the short-term, vegetation disturbances or vegetation removal may adversely affect availability of riparian vegetation, thereby impacting the watershed stability, vegetation cover, forage base, and water quality. Long-term benefits may include: increased bank stability, availability of habitat, and forage base. As a result of short-term and long-term effects, Colorado River fishes may have increased reproductive success and increased survival at all life stages.

## Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Lands and realty management decisions may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation

disturbances or removal (including chemical treatment of vegetation), may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. Land exchanges or disposals may fragment the watersheds in the action area, increasing the previously mentioned impacts. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

<u>Water Depletions</u>

Water depletions from the Upper Colorado River Basin are a major factor in the decline of the threatened and endangered Colorado River fish. The USFWS determined that any depletion will jeopardize their continued existence and will likely contribute to the destruction or adverse modification of their critical habitat (USDI, Fish and Wildlife Service, Region 6 Memorandum, dated July 8, 1997). However, the Recovery Program was established specifically to offset the negative effects of water depletions to the endangered fish populations, and to act as the Reasonable and Prudent Alternative for these depletions. Actual water depletions will be determined, and section 7 consultation reinitiated on a project-specific basis.

**Cumulative Effects for the Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to bonytail, Colorado pikeminnow, humpback chub, and razorback sucker under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns that would further fragment, modify, or destroy potential spawning sites or designated critical habitat.
- Shoreline recreational activities and encroachment of human development that would remove upland or riparian/wetland vegetation and potentially degrade water quality.
- Competition with, and predation by, exotic fish species introduced by anglers or other sources.
- Program management actions that would reduce the potential for catastrophic wildland fires, vegetation loss, and negative changes to water quality by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Colorado fishes occur throughout the Upper Colorado River Basin of the action area for the proposed RMP amendment. The watersheds affecting Colorado fishes include a checkerboard pattern of land ownership including Federal, State, and private landowners. Colorado fishes are

susceptible to activities on State and private lands. Many of these activities, such as livestock grazing; research; construction and operation of dams along major waterways; water retention, diversion, or dewatering of springs, wetlands, or streams; oil and gas exploration and development; human population expansion and associated infrastructure (increased trails and roads); and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Colorado fishes' range. Contributing as cumulative effects to the proposed action, these activities will continue to affect Colorado fishes' persistence with impacts to staging areas, spawning habitats, nursery habitats, and foraging habitat (including designated critical habitat), further degrading habitat, and increasing non-native fish populations.

### Conclusion for the Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

It is our opinion that the proposed action are not likely to jeopardize the continued existence of the Colorado River Fishes, and are not likely to jeopardize the continued existence of these species or adversely modify their habitat. We base our conclusion on the following:

1. Treatment sizes will be limited during any single year, both in space and time, in the species range. Vegetation removed during project related activities will not impact large portions of the Upper Colorado River Basin and, with conservation measures applied, are not expected to significantly affect water quality or flows to impact the bonytail or its critical habitat.

2. In addition, the Recovery Programs for the endangered Colorado River fishes conduct intensive fish community monitoring throughout the potentially affected area. The USFWS is a participant on both programs and we believe that those monitoring programs, although not specifically designed to determine cause and affect relationships, will provide useful information to assess site-specific projects under the proposed action. The USFWS will rely heavily on the results of Recovery Program monitoring to determine if additional Section 7 consultation is required.

3. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Western yellow-billed cuckoo *(Coccyzus americanus)*

### Status of the Species

*Species Description*

The western yellow-billed cuckoo is one of two subspecies of the western yellow-billed cuckoo (UDWR 2003). The western yellow-billed cuckoo is approximately 12 in (31 cm) in length. The bird is brownish above and white below; with rusty colored flight feathers. The upper

mandible of the bill is black and the lower mandible is yellow. The underside of the tail has pairs of large white spots.

The western subspecies is found intermittently throughout the western United States in dense riparian vegetation, including cottonwood and willow stands, tamarisk thickets, Russian olive, willows, and orchards. They primarily consume insects such as caterpillars, cicadas, beetles, grasshoppers, and katydids, as well as lizards, frogs, eggs of other birds, berries, and small fruits.

*Life History and Population Dynamics*

Yellow-billed cuckoos are one of the latest migrants to arrive and breed in Utah. They arrive in extremely late May or early June and breed in late June through July. Cuckoos typically start their southerly migration by late August or early September. Yellow-billed cuckoos feed almost entirely on large insects that they glean from tree and shrub foliage. They feed primarily on caterpillars, including tent caterpillars. They also feed frequently on grasshoppers, cicadas, beetles, and katydids, occasionally on lizards, frogs, and eggs of other birds, and rarely on berries and fruits (Ehrlich et al. 1988, Kaufmann 1996).

Nesting habitat is classified as dense lowland riparian characterized by a dense sub-canopy or shrub layer (regenerating canopy trees, willows, or other riparian shrubs) within 100 m of water. Over story in these habitats may be either large, gallery-forming trees or developing trees, usually cottonwoods. Nesting habitats are found at low to mid-elevations (750-1820 m) in Utah. Cuckoos may require large tracts (40-80 ha) of contiguous riparian nesting habitat; however, cuckoos are not strongly territorial and home ranges may overlap during the breeding season. Nests are usually 1.2-2.4 m above the ground on the horizontal limb of a deciduous tree or shrub, but nest heights may range from 1-6 m and higher. The nest is a loosely arranged platform of twigs lined with softer materials such as grass, rootlets, and dried leaves. Nests are built in 1-3 days. The female lays 1-8 (usually 3) eggs over a period of several days; laying often begins before the nest is complete. Both males and females incubate eggs for a period of 9-11 days, beginning when the first egg is laid. Nestlings are altricial and hatch asynchronously over several days. Young are brooded by both adults for 7-8 days before leaving the nest, an unusually rapid development for a bird this size. Young climb on branches for about 2 weeks after leaving the nest until they are capable of flight at about 3 weeks of age. Both adults tend the fledglings, and in some cases early fledglings are attended by the male and later fledglings are attended by the female. It is not know whether cuckoos have more than one brood per season in Utah, but multiple brooding has been recorded in California.

Yellow-billed cuckoo nesting behavior may be closely tied to food abundance. In years of low food abundance, cuckoos may forego nesting; in years when the food supply is abundant, cuckoos may lay a large number of eggs and even parasitize the nests of other species (Nolan and Thompson 1975). Cuckoos are rarely hosts to brown-headed cowbirds.

*Status and Distribution*

In 2001, the western subspecies of the western yellow-billed cuckoo was designated as a candidate for listing (threatened or endangered status) under the ESA (66 Federal Register 38611-38626). The USFWS has found that the species population status warrants listing but

other, higher priority listing actions prevent them from addressing the cuckoo's status at this time.

This species occurs intermittently across the state. Historically, breeding was recorded in Weber, Salt Lake, Utah, and Washington Counties. Recent breeding has been confirmed in Salt Lake, Grand, and Uintah Counties. Although it is not known to breed throughout the state, it has been recorded in the riparian habitats of the following 14 counties: Wayne, Garfield, Box Elder, Cache, Davis, Salt Lake, Wasatch, Utah, Uintah, Grand, San Juan, Washington, Iron, and Juab. It is considered a candidate for listing in all of Utah's 29 counties except Rich (UDWR 2003).

**Environmental Baseline**

*Status of the Species within the Action Area*

The western yellow-billed cuckoo is listed as a candidate species due to loss of riparian habitat from agricultural use, water use, road development, and urban development. This species of cuckoo is a neotropical migrant that utilizes riparian valleys throughout the state. While no known population of this species exists at present within the PFO, there is potentially suitable habitat in the larger riparian areas throughout the PFO.

*Factors Affecting Species Environment within the Action Area*

Threats to the western yellow-billed cuckoo are related to habitat destruction and degradation from the invasion of tamarisk, livestock use of riparian areas, water withdrawals, and human development (UDWR 2003). The availability of suitable western yellow-billed cuckoo habitats in the Price region is seriously limited by dry conditions, narrowness of existing riparian zones, grazing and the presence of brown headed cowbirds.

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), and surface disturbance in potential western yellow-billed cuckoo habitat. Noise disturbances may cause avoidance of potential habitat. Vegetation disturbances or removal may decrease the availability of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up

to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), and surface disturbance in potential western yellow-billed cuckoo habitat. Noise disturbances may cause avoidance of potential habitat. Vegetation disturbances or removal may decrease the availability of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

## Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance in potential western yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of these habitats. Vegetation disturbances or vegetation removal decrease availability of nesting habitat; decrease cover from predator; and decrease prey habitat. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species. Long-term benefits of this program, as vegetation is reestablished, may include: increased insect prey abundance and increased potential habitat.

## Forestry and Woodland Management Resources

The forestry and woodlands management program permits commercial timber harvest in order to promote forest health, and manages the commercial, non-commercial, and Native American harvest of woodland products including posts, Christmas trees and fuel wood.

Forest resources support activities such as road construction may occur in or near existing or suitable western yellow-billed cuckoo habitat. Impacts associated with these activities are described under the Lands and Realty Program effects analysis.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance in yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of potential habitat. Vegetation disturbances, vegetation removal, or chemical treatment of vegetation decrease availability of nesting habitat and decrease prey populations and prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for yellow-billed cuckoo and their prey species. As a result,

there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species

Geology and Minerals Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal bed natural gas), salable minerals (sand, gravel, stone and humate) and locatable materials (uranium, clay and gypsum). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), surface disturbance, and increased occurrence of chemical leaks in yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of potential habitats. Vegetation disturbances or vegetation removal may decrease the availability and quality of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for yellow-billed cuckoo and their prey species. Pollutants in the area may affect prey populations, and vegetation. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species

Hazardous Materials Management

Activities conducted under the hazardous materials program include providing warnings, securing and disposing of hazardous waste discharged on public lands, establishing precautions, and responding to emergencies. Activities may involve increased human presence, use of heavy equipment, and removal of contaminated soils. These activities have the potential to occur in locations where mineral development or transport occurs.

Mineral developments, pipelines, roads, and railroad transportation and access systems occur within all of the planning areas analyzed in this document, and have the potential to occur in yellow-billed cuckoo habitat. Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance in potential yellow-billed cuckoo habitat. Vegetation disturbances or vegetation removal may decrease the availability and quality of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species

Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations,

sales, and exchanges; and acquire and designate rights of way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights of way. Rights of way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights of way may be temporary or extend up to 30 years, or even in perpetuity.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation disturbance, and surface disturbance in yellow-billed cuckoo habitat. Vegetation disturbances or vegetation removal may decrease the availability and quality of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for yellow-billed cuckoo and their prey species. Exchange or sales of lands may lead to habitat fragmentation and loss. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

<u>Livestock Grazing Management</u>

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire and Fuels Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder some wildlife species: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase human presence (including associated noise disturbances), vegetation disturbance, and minor surface disturbance in yellow-billed cuckoo habitat. Vegetation disturbances, vegetation removal, or vegetation alteration may result in less dense vegetation; an increase in invasive plant species; increased fragmented habitat; reduced availability of nesting habitat; decreased cover from predators; and decreased availability prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

Recreation Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Authorized activities under this program have the potential to increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation disturbance, and surface disturbance in potential yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of potential habitat. Vegetation disturbances or vegetation removal may decrease the availability and quality of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for yellow-billed cuckoo and their prey species. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

Riparian, Soils and Water Resources

The objectives for the riparian, soil and water resources management program are to maintain and improve soil integrity, riparian and wetland areas, and protect water quality. Many Best Management Practices (BMPs), designed under this program reduce sedimentation and protect water quality also benefit soil productivity by minimizing erosion. Examples of other protection measures implemented under this program include maintenance and restoration of appropriate biological soil crusts, management of watershed health, and manage salinity load. Generally, this management program provides information in support of other resource objectives and goals.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation manipulation, stream alteration, and minor surface disturbance in western yellow-billed cuckoo habitat. Short-term adverse impacts may include, but not be limited to: decreased nesting habitat; decreased cover from predators; decreased prey habitat; and alterations of water distribution within suitable habitat for western yellow-billed cuckoos. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

Vegetation Resources

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance (mechanical, chemical, biological), and surface disturbance in western yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of available habitat. Vegetation alteration, removal, or inadvertent chemical treatment may adversely affect availability and quality of nesting habitat; decrease cover from predators; and decrease insect prey populations. Soil disturbances may increase erosion, adversely affect soil stability, increase sediment deposits, and alter channel morphology. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

Fish and Wildlife Management

This program aims to maintain biological diversity, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance in potential western yellow-billed cuckoo habitat. Associated noise disturbances may cause avoidance of habitat. Vegetation disturbances or vegetation removal may adversely affect availability of nesting habitat, cover from predators, and insect prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species

Transportation and Access Management

The objectives of the transportation and access management program are to provide a safe and effective transportation and access system across public lands. Activities included under this program include maintenance of roads, support of counties and states for land access and road networks, reclamation of redundant and unused roads, management of scenic byway and backway corridors, and instillation of appropriate signage.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation disturbance, and surface disturbance in yellow-billed cuckoo habitat. Vegetation disturbances or vegetation removal may decrease the availability and quality of nesting habitat; decrease cover from predators; and decrease the availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and increase sediment deposits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for yellow-billed cuckoo and their prey species. Exchange or sales of lands may lead to habitat fragmentation and loss. As a result, there may be a decrease in the fitness of adults and nestlings, and potential western yellow-billed cuckoo habitat may become degraded and unable to support this species.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this conference opinion. Future

Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to candidate species western yellow-billed cuckoo under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat.
- Encroachment of human development into a species' suitable or potential habitat.
- Fire management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Western yellow-billed cuckoo have not been found in the planning area. However, small amounts potential and suitable habitat occurs within the jurisdictional management boundaries of BLM in the Price Field Office area. In these areas, western yellow-billed cuckoo habitat is surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Western yellow-billed cuckoo are susceptible to activities on State and private lands. Many of these activities, such as urban growth and development; construction and operation of dams along major waterways; water retention, diversion, or dewatering of springs, wetlands, or streams; recreation; road construction; fuels-reduction treatments; research; grazing activities (including alteration or clearing of native habitats for domestic animals); oil and gas exploration and development; introduction of non-native plant or wildlife species (which can alter native habitats and alter prey populations); and other associated actions. Increases or changes in cowbird foraging areas (construction of corrals, grazing of domestic stock, placement of bird feeders) and habitat fragmentation may increase the parasitism rate and prevent western yellow-billed cuckoo habitat use in the planning area. Increased recreation, camping, off-road vehicle use, and river trips may harass and disturb breeding birds or impact nesting habitats. Contributing as cumulative effects to the proposed action, these activities will continue to affect western yellow-billed cuckoo presence with disturbances to breeding, nesting, and foraging behaviors and habitat (including areas of designated critical habitat), and further fragmenting habitat.

**Conclusion**

The conclusions of this conference opinion are based on full implementation of the programs as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the status of western yellow-billed cuckoo, the environmental baseline for the action area, the effects of the proposed project, and the cumulative effects, it is the USFWS's conference opinion that the Price BLM Field Office Resource Management Plan, as proposed, is not likely to contribute to listing of western yellow-billed cuckoo. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# INCIDENTAL TAKE STATEMENT

Section 9 of the Act, as amended, prohibits take (harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct) of listed species of fish or wildlife without a special exemption. "Harm" is further defined to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing behavioral patterns such as breeding, feeding, or sheltering (50 CFR § 17.3). "Harass" is defined as actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding, feeding, or sheltering (50 CFR § 17.3).

Actual take levels are unquantifiable because the PFO BLM Resource Management Plan implementation includes all possible projects authorized on all Price Field Office lands in Utah and may occur within threatened or endangered species' habitats. However, although unquantifiable, take may occur through harm and harassment. Therefore, in the event that the applicant committed Conservation Measures are not completely incorporated into project-specific design, or if site-specific characteristics may lead to effects not considered in this biological opinion, section 7 consultation will be reinitiated at the project-specific level.

No exemption from Section 9 of the Act is granted in this biological opinion. BLM's implementation of Resource Management Plans is likely to adversely affect listed species. The likelihood of incidental take, and the identification of reasonable and prudent measures and terms and conditions to minimize such take, will be addressed in project-level consultations. Levels of incidental take and measures to reduce such take cannot be effectively identified at the level of proposed action because of the broad geographic scope and time frame, and the lack of site specific information. Rather, incidental take and reasonable and prudent measures may be identified adequately through subsequent actions subject to section 7 consultations at the project-specific scale.

# REASONABLE AND PRUDENT MEASURES / TERMS AND CONDITIONS

BLM coordinated and developed, with the U.S. Fish and Wildlife Service, species-specific conservation measures. These conservation measures were included as part of the Resource Management Plan project description. Therefore, the USFWS believes that additional Reasonable and Prudent Measures and Terms and Conditions will not be necessary in this programmatic opinion due the BLM's proactive initiation to minimize impacts on listed species. We commend BLM's efforts to conserve and protect threatened and endangered species. It is possible that additional reasonable and prudent measures and terms and conditions may be required on a project-specific level, in a tiered consultation to this programmatic opinion.

# RECOMMENDED CONSERVATION MEASURES

The U.S. Fish and Wildlife Service recommends incorporating the following guidance into the Resource Management Plan to ensure successful management, protection, and recovery of listed species and their habitats at the landscape and site-specific levels. The USFWS understands that Recommended Measures are not always feasible or applicable for all projects. Available Recovery Plans, Conservation Agreements/Strategies, Scientific Literature, and other available information should consistently be applied to occupied, suitable, and potentially suitable habitats of listed species. The following recommendations should be used in conjunction with available species-specific plans and literature and appropriately applied at the landscape and site-specific planning levels in a manner that ensures conservation and recovery of listed and sensitive species. In general, these guidelines should apply to listed and sensitive species habitats in areas of known and likely occurrence, particularly where recovery and conservation objectives have been identified by available species-specific plans.

**All Species**

- Avoid land trades/disposals of listed and sensitive species habitats.

- Avoid the broad-scale use of pesticides and insecticides in habitats of listed species, during sensitive time periods such as breeding and nesting seasons.

- Avoid use of pesticides in riparian habitats and areas adjacent to riparian areas. If used, avoid drift and apply non-persistent pesticides with low bioaccumulation potential.

- Encourage management that maintains sagebrush ecological sites.

- Avoid practices that permanently convert sagebrush shrubland to nonnative grassland.

- Implement management strategies that maintain or improve degraded riparian communities; protect natural flow requirements; protect water quality; manage for stable non-eroding banks; and manage for year-round flows.

- Manage riparian areas from a watershed perspective. Ensure that riparian areas within the project are as continuous as possible along the entire drainage and are as wide as the soil and water table will allow riparian vegetation to exist.

- Manage riparian areas to ensure a multi-aged, multi-layered structure, allowing for retention of snags and diseased trees. Provide multiple layers of vegetation (vertical structure) within 10 feet of the ground.

- Enhance the protection of wetland functions by emphasizing the protection of natural wetland structure, composition, and ecological processes.

- Establish appropriate buffers between wetlands and incompatible land uses adequate to preserve the functional integrity of the wetlands.

- Discourage development of natural water sources under BLM's management.

- When considering spring development/redevelopment, evaluate springs for occurrence of flora and fauna, with particular focus on detecting rare or unique species. Maintain sufficient water to sustain native flora and fauna. Return unused or overflow water to its original drainage. Protect the spring source area from detrimental impacts, e.g. from livestock, recreationists. Protect the spring source from risk of degradation of water quality.

- Fully mitigate all unavoidable habitat losses for listed and migratory birds, at a suggested ratio of 1:1. Mitigate all unavoidable riparian losses at a suggested ratio of 2:1. This ratio may be increased if mitigation does not occur prior to disturbance, if replacement habitat is less valuable than lost habitat, if habitat fragmentation is causing broad-scale impacts to remaining available habitats, or other reasons. Both direct and indirect habitat losses will be considered and fully mitigated.

- Include native forbs and grasses in seeding mixtures where feasible.

- Monitor condition of habitat in occupied, suitable, or potentially suitable habitat for listed and sensitive species to ensure maintenance of good to excellent ecological conditions; restoration and conservation of good to excellent aquatic habitat conditions; and consistent with available species-specific habitat requirements.

- Consider wildlife use when designing spring exclosures.

- If water developments occur, divert water several hundred feet downstream of the water source to allow wildlife to benefit, hydric species to perpetuate, and water quality to remain high.

- Limit the amount of time livestock spend in pastures with riparian areas; base grazing seasons/length on condition of riparian vegetation.

- Maintain or modify existing grazing regimes to promote growth of desirable vegetation and maintain desirable understory vegetation. Temporarily remove grazing from degraded habitats and habitats recovering from fire and other disturbances.

- Manage grazing to maintain riparian habitats with all desirable vegetation structure and age classes.

- Avoid construction or expansion of recreation facilities within occupied, suitable, and potentially suitable habitat for listed and sensitive species.

- Limit the number of new roadways in project areas when possible to protect wildlife and plant resources. Decommission unnecessary roads and reclaim unauthorized illegal trails in habitats important to listed and sensitive species.

- Where appropriate at designated recreation sites, design recreation activities that are predictable for wildlife; i.e. provide well-marked trails or boardwalks to encourage controlled and predictable human use away from listed and sensitive species habitats, and discourage off-trail hiking and creation of alternate routes.

- Avoid constructing new trails along or parallel to riparian areas.

- Reduce or restrict recreational uses including, but not limited to, all-terrain vehicles, bicycles, horses, birdwatchers, and hikers in riparian areas.

- Where recreation conflicts with use by listed and sensitive species, and area closures are not practical, provide on-site monitoring to educate users and control use.

- Sponsor programs and post signs that educate users about the value of riparian habitat to listed and sensitive species.

- Provide interpretive site and literature on recognition and value of protecting biological soil crusts at major access points in areas of extensive or unique crust formation.

- Avoid building new roads and trails in riparian areas, and avoid stream crossings.

- Close affected watersheds and/or riparian areas to livestock grazing for one or more years to allow for recovery of riparian vegetation. The appropriate length of time for closure to grazing will depend on site-specific characteristics.

- Avoid or restrict mineral development activities in riparian habitats.

- Disturbances of all suitable habitats for listed and sensitive species will be improved to provide adequate habitat (pre-disturbance condition or better).

**Yellow-billed cuckoo**

- Avoid destruction of existing native cottonwood-willow dominated riparian forests and restore riparian habitats where possible.

- Eliminate loss of dense shrub layers in existing riparian areas and restore shrub areas where absent, when ecologically appropriate.

- Closely monitor grazing, recreational, and other impacts on cottonwood and willow seedlings in riparian systems and reduce or remove sources when seedlings are being impacted.

- Avoid habitat altering activities in riparian areas.

**Mexican spotted owl**

- Consider seasonal (March 1 – August 31) and spatial (0.5 mile) closures for recreational activities within PAC areas and suitable owl habitats.

- Maintenance of existing facilities within occupied (including PACs) and suitable Mexican spotted owl habitats should be avoided during the breeding season (March 1 – August 31).

- Implement recreational restrictions that protect occupied (including PACs) and suitable Mexican spotted owl habitats. Include these restrictions as part of all special recreation permits. Examples include, but are not limited to group size limits, length of stay, allowed use areas.

- Avoid road or trail building within PACs.

- Assess the presence and intensity of recreational activities in PACs, and apply appropriate measures to minimize impacts to the Mexican spotted owl and its habitat, in accordance with Recovery Plan recommendation and best available scientific information.

- Limit OHV and Guided Vehicle Tour uses to designated road and trails in Mexican spotted owl habitat and PACs.

- Conduct pre- and post-monitoring of Mexican spotted owl habitat conditions in PAC areas for surface disturbing activities.

**Southwestern willow flycatcher**

- Provide that areas of stop over and  potentially suitable habitat the southwestern willow flycatcher are protected from impacts associated with recreational use; i.e. confine camping areas, restore impacted habitats, minimize attractants to scavengers, predators, and brown-headed cowbirds as appropriate.

- Minimize noise disturbance near suitable and potentially suitable southwestern willow flycatcher habitat. Measures may include, but are not limited to, rerouting trails and day use areas away from habitats, controlling the number of visitors, and discouraging use of loud equipment near breeding locations.

- Restore or maintain perennial surface flows and shallow groundwater in suitable southwestern willow flycatcher habitats, and areas targeted for restoration of suitable habitat.

- Avoid habitat altering activities in riparian areas.

- Unavoidable disturbances of riparian habitats suitable for southwestern willow flycatchers will be restored (pre-disturbance conditions or better) to provided adequate habitat for the species.

**Plants**

- Avoid use of aerosol insecticides within 3 miles of listed plant populations to protect pollinators.

- Direct recreational activities away from occupied habitats of listed and sensitive plant species.

**Colorado Fish Species**

- Implement INFISH standards or other appropriate methodologies based on soil and terrain conditions, to provide riparian functions, including delivery of organic matter and woody debris, stream shading, and bank stability.

- In accordance with INFISH, no disturbance should occur within a buffer zone of 300' on each side of perennial fish bearing streams, 150' on each side of perennial non-fish bearing streams, and between 50' - 100' on each side of intermittent streams.

- Encourage activities to eliminate competing nonnative species and discourage any introduction of nonnative species into aquatic systems.

- Allow for translocations, fish control and removal, transfers, and other movement of fish for conservation and recovery of the species.

- Implement management strategies to restore fish passage, restore and retain natural hydrograph and hydrology, restore and ensure an appropriate distribution of aquatic habitats with special attention to native aquatic species, and restore and protect natural stream processes and function.

- In watersheds that are adjacent to the Colorado, Green, and White Rivers (and their important tributaries), and within major seleniferous formations (e.g., Mancos Shale and Duchesne), manage biological soil crusts to reduce erosion of selenium-bearing soils to habitat for endangered Colorado River fish.

- Provide resource protection measures associated with fishing access, i.e. provide well-marked trails or boardwalks to encourage controlled and predictable human use and discourage off-trail hiking and creation of alternate routes particularly in riparian areas.

- Implement INFISH standards (i.e., riparian buffers), or other appropriate methodologies based on soil and terrain conditions, to provide riparian functions, including delivery of organic matter and woody debris, stream shading, and bank stability.

- Avoid construction of fire lines using mechanized equipment so that they cross stream channels or terminate at the stream channel.

- Avoid mixing or applying fire suppressant chemicals (i.e. surfactant foam or retardant formulations) within 300 feet of the stream channel, except when a threat to human life or property exists.

- Avoid transferring water from one watershed into another for the purpose of water drops, as this may aid in spread of water-borne diseases such as whirling disease.

- Manage fire regimens (prescribe and wild) to protect or improve riparian and flood plain habitats.

- Pipeline crossings of perennial, intermittent, and ephemeral stream channels should be constructed to withstand floods of extreme magnitude to prevent breakage and subsequent accidental contamination of runoff during high flow events.

- Surface crossings must be constructed high enough to remain above the highest possible stream flows at each crossing, and subsurface crossings must be buried deep enough to remain undisturbed by scour throughout passage of the peak flow.

- To avoid repeated maintenance of pipeline crossings, hydraulic analysis should be completed in the design phase to eliminate costly repair and potential environmental degradation associated with pipeline breaks at stream crossings

# RE-INITIATION STATEMENT

This is a program-level document that does not include project specific detail for actions authorized by the Resource Management Plan. Additional consultation with USFWS will be necessary for any authorized project specific action that may impact any listed species.

This concludes formal consultation on the Price BLM Field Office Resource Management Plan. As provided in 50 CFR §402.16, re-initiation of formal consultation is required if: 1) new information reveals effects of the agency action that may impact listed species or critical habitat in a manner or to an extent not considered in this opinion, 2) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion,  3) a new species is listed or critical habitat designated that may be affected by the action, 4) a project proposing biological control measures is proposed or 5) water depletions are expected to occur.

Thank you for your interest in conserving threatened and endangered species. If we can be of further assistance, please contact Katherine Richardson at (801) 975-3330 ext. 125 or Laura Romin at ext. 123.

# LITERATURE CITED

**Mexican spotted owl**

American Ornithologists' Union. 1957. Checklist of North American birds. Fifth ed. Am. Ornithologists' Union, Washington, D.C. 691pp.

Delaney, D. K., T. G. Grubb, and L. L. Pater. 1997. Effects of helicopter noise on nesting Mexican spotted owls. A report to the U.S. Air Force 49 CES/CEV, Holloman Air Force Base. Project Order No. CE P. O. 95-4. 49 pp.

Earhart, C. M., and N. K. Johnson. 1970. Size dimorphism and food habits of North American owls. Condor 72:251-264.

Fletcher, K. W. and H. E. Hollis. 1994. Habitats used, abundance, and distribution of the Mexican spotted owl (*Strix occidentalis lucida*) on National Forest System lands in the southwestern region. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico.

Forsman, E. D., E. C. Meslow, and M. J. Strub. 1976. Spotted owl abundance in second-growth versus old-growth forest. Bulletin of the Wildlife Society of Washington. 5(2): 43-47.

Forsman, E. D. 1981. Molt of the Spotted Owl. Auk 98:735-742.

Forsman, E. D., E. C. Meslow, and H. M. Wight. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs No. 87. 64 pp.

Ganey, J. L. 1988. Distribution and habitat ecology of the Mexican spotted owls in Arizona. M.S. Thesis Northern Arizona University, Flagstaff, Arizona. 229 pp.

Ganey, J. L., and R. P. Balda. 1989. Distribution and habitat use of Mexican spotted owls in Arizona. Condor 91:355-361.

Ganey, J. L., and R. P. Balda. 1994. Habitat selection by Mexican spotted owls in northern Arizona. Auk 111:162-169.

Ganey, J. L. and W. M. Block. 2005. Winter movements and range use of radio-marked Mexican spotted owls: an evaluation of current management recommendations. Gen. Tech. Rep. RMRS-GTR-148-WWW. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 9 p.

Ganey, J. L., G. C. White, A. B. Franklin, J. P. Ward, Jr., and D. C. Bowden. 2000. A pilot study on monitoring populations of Mexican spotted owls in Arizona and New Mexico: second interim report. 41 pp.

Gutierrez, R. J. and S. E. Rinkevich. 1991. Final Report Distribution and Abundance of Spotted Owls in Zion National Park, 1991, National Park System Order No. PX-1200-9-C820.

Gutierrez, R. J., C. A. May, M. L. Peterson, M. E. Seamans. 2003. Temporal and spatial variation in the demographic rates of two Mexican spotted owl populations. Final Report, submitted to USDA, Rocky Mountain Research Station, Fort Collins, Colorado. 146 pp.

Hammitt, W. E. and D. N. Cole. 1987. Wildland recreation: ecology and management. John Wiley and Sons, New York. 341 pp.

Johnsgard, P. A. 1988. North American owls: Biology and natural history. Smithsonian Institution Press, Washington D.C.

Moen, C. A., A. B. Franklin, and R. J. Gutierrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin. 19:489-493.

Rinkevich, S. E. 1991. Distribution and habitat characteristics of Mexican spotted owls in Zion National Park, Utah. M.S. Thesis. Humboldt State University, Arcata, California. 62pp.

Seamans M. E., R. J. Gutiérrez, C. A. May, M.Z. Peery. 1999. Demography of two Mexican spotted owl populations. Conservation Biology. 13:744–754.

Skaggs, R. W., and R. J. Raitt. 1988. A Spotted Owl inventory on the Lincoln National Forest Sacramento Division: 1988. Contract No. 5-5 16.6-76-17. New Mexico Department of Game and Fish. Santa Fe, New Mexico.

Thomas, J. W., M. G. Raphael, R.G. Anthony, E. D. Forsman, A. G. Gunderson, R.S. Holthausen, B. G. Marcot, G. H. Reeves, J. R. Sedell, and D. M. Solis. 1993. Viability assessments and management considerations for species associated with late-successional and old-growth forests of the Pacific Northwest. USDA Forest Service, Portland, Oregon. 529 pp.

U.S. Fish and Wildlife Service (USFWS). 1993. Endangered and Threatened Wildlife and Plants; final rule to list the Mexican spotted owl as threatened. Federal Register 58(49):14248-14271. March 16, 1993.

U.S. Fish and Wildlife Service (USFWS). 1995. Recovery Plan for the Mexican Spotted Owl. Albuquerque, New Mexico.

U.S. Fish and Wildlife Service (USFWS). 2004. Endangered and Threatened Wildlife and Plants; Final Designation of Critical Habitat for the Mexican Spotted Owl. Federal Register 69 (168): 53181-53298; August 31, 2004.

Utah Division of Wildlife Resources (UDWR). 2003. http://dwrcdc.nr.utah.gov/ucdc/

Verner, J., K. S. McKelvey, B. R. Noon, R. J. Gutierrez, G. I. Gould, Jr., and T. W. Beck, eds. 1992. The California spotted owl: a technical assessment of its current status. USDA Forest Service General Technical Report PSW-133. 285 pp.

Walker, L. W. 1974. The book of owls. Alfred A. Knopf, New York, N.Y 255 pp.

White G. C., A. B. Franklin, J. P. Ward Jr. 1995. Population biology. *In*: United States Department of Interior, Fish and Wildlife Service. Recovery Plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II. Technical supporting information. Chapter 2:1–25. United States Fish and Wildlife Service, Albuquerque, New Mexico. (Available at http://mso.fws.gov/recovery-plan.htm).

Willey, D. W. 1993. Home-range characteristics and juvenile dispersal ecology of Mexican spotted owls in southern Utah. Unpublished Report. Utah Division Wildlife Resources, Salt Lake City, Utah.

Willey, D. W. 1995. Mexican spotted owls in canyonlands of the Colorado Plateau. *Pp. 330-331 In:* LaRoe, E. T., Farris, G. S., Puckett, C. E., Doran, P. D. and Mac, M. J., editors. *Our living resources: A report to the nation on the distribution, abundance, and health of U.S. plants, animals, and ecosystems.* U.S. Department of the Interior, National Biological Service, Washington, D.C.

Willey, D. W. 1998. Movements and habitat utilization by Mexican spotted owls within the canyon lands of Utah. PhD Thesis. Northern Arizona University. 87pp.

Willey, D. W. and D. Spotskey. 1997. Unpublished GIS model for Mexican spotted owl breeding habitat. Final Report; Arizona Heritage Program, Phoenix, Arizona.

Willey, D. W. and D. Spotskey. 2000. Field test of a habitat model for Mexican spotted owl breeding habitat. Final Report; Arizona Heritage Program, Phoenix, Arizona.

**Southwestern willow flycatcher**

Anderson, B. W., A. Higgins, and R. D. Ohmart. 1977. Avian use of saltcedar communities in the lower Colorado River Valley. *In:* Johnson RR, Jones DA (tech. coord.), Proc. Symp. The importance, preservation and management of riparian habitat, July 9, 1977, Tucson, Arizona. USDA Forest Service Rocky Mountain Forest Range Experiment Station, Fort Collins, Colorado. General Technical Report RM-43, pp. 128-136.

Behle, W. H., Bushman, and C. M. Greenhalgh. 1958. Birds of the Price area and adjacent high plateaus of southern Utah. University of Utah Biological Service. 11:1-92.

Behle, W. H. and H. G. Higgins. 1959. The birds of Glen Canyon. *In:* Ecological Studies of Flora and Fauna in Glen Canyon (A.M. Woodbury, ed.) University Utah Anthropol. Pap. 40 (Glen Canyon Series No. 7), pp 107-133.

Behle, W. H. 1985. Utah Birds: Geographic Distribution and Systematics: Occasional Publication, no. 5. Utah Museum of Natural History, University of Utah, Salt Lake City.

Browning, M. R. 1993. Comments on the taxonomy of *Empidonax traillii* (willow flycatcher). Western Birds 24:241-257.

Christensen, E. M. 1962. The rate of naturalization of *Tamarix* in Utah. American Midland Naturalist 68:51-57.

Finch, M. F., J. F. Kelly, and J. E. Cartron. 2000. Migration and Winter Ecology. Chapter 7 *In* D. Finch and S. Stoleson, eds. Status, Ecology and Conservation of the Southwestern Willow Flycatcher. USDA Forest Service General Technical Report RMRS-GTR-60.

DeLoach, C. J. 1991. Saltcedar, an exotic weed of western North American riparian areas: A review of its taxonomy, biology, harmful and beneficial values, and its potential for biological control. Report to the Bureau of Reclamation, Boulder City, Nevada.

Durst, S. L., M. K. Sogge, H. C. English, S. O. Williams III, B. E. Kus, S. J. Sferra. 2004. Southwestern willow flycatcher breeding site and territory summary – 2004. U. S. Geological Survey, Southwest Biological Science Center, Colorado Plateau Research Station. Flagstaff, Arizona. 18 pp.

Graf, W. L. 1982. Tamarisk and river-channel management. Environmental Management 6:283-296.

Horton, J. S. 1977. The development and perpetuation of the permanent tamarisk type in the phreatophyte zone of the southwest. Contributed paper, Symposium on the Importance, Preservation and Management of the Riparian Habitat, July 9, 1977, Tucson, Arizona. pp 124-127.

Howell, S. N. G. and S. Webb. 1995. A Guide to the Birds of Mexico and Northern Central America. Oxford University Press. 851 pp.

Hubbard, J. P. 1987. The status of the Willow flycatcher in New Mexico. Endangered Species Program, New Mexico Dept. Of Game and Fish, Santa Fe, New Mexico. 29 pp.

Johnson, M. J. and C. O'Brien. 1998. Southwestern willow flycatcher and yellow-billed cuckoo surveys along the San Juan River, Utah (Four Corners Bridge - Mexican Hat): 1998. Final Report to the Utah Division of Wildlife Resources (Contract # 976475). Colorado Plateau Field Station/Northern Arizona University report. 45 pp.

Johnson, M. J. 1998. Southwestern willow flycatcher surveys in the Manti-La Sal National Forest, (Moab and Monticello Districts) Utah: 1998. Final report to the Utah Division of Wildlife Resources. USGS Biological Resources Division, Forest and Rangeland Ecosystem Science Center, Colorado Plateau Field Station, Northern Arizona University report, Flagstaff, Arizona. 19 pp.

Johnson, M. J., A. Brand, H. C. English, C. Michaud, and B. Moore. 1999a. Southwestern Willow Flycatcher and Western Yellow-billed Cuckoo Surveys along the Colorado River (Dewey Bridge - Canyonlands National Park Northern Boundary) and Green River, UT - Canyonlands National Park Northern Boundary) 1999. U.S. Geological Survey report to the U.S. Bureau of Reclamation and the Utah Department of Natural Resources.

Johnson, M. J., A. Brand, H. C. English, C. Michaud, and B. Moore. 1999b. Southwestern Willow Flycatcher and Western Yellow-billed Cuckoo Surveys in the Canyonlands National Park along the Colorado and Green Rivers, 1999. U.S. Geological Survey report to the U.S. Bureau of Reclamation and the Utah Department of Wildlife Resources.

Langridge, S. M. and M. K. Sogge. 1998. Banding and genetic sampling of willow flycatcher in Utah: 1997 and 1998. U.S.G.S. Colorado Plateau Field Station/Northern Arizona University report. 60 pp.

McCarthey, T.D., C.E. Paradzick, J.W. Rourke, M.W. Sumner, and R.F. Davidson. 1998. Arizona Partners In Flight southwestern willow flycatcher 1997 survey and nest monitoring report. Nongame and Endangered Wildlife Program Technical Report 130. Arizona Game and Fish Department, Phoenix, Arizona.

Owen, J. C. and M. K. Sogge. 2002. Physiological condition of southwestern willow flycatchers in native and saltcedar habitats. U.S. Geological Survey report to the Arizona Department of Transportation and access, Phoenix, Arizona.

Paxton, E. H. 2000. Molecular Genetic Structuring and Demographic History of the Willow Flycatcher (*Empidonax traillii*). A thesis submitted in partial fulfillment of the requirements for the degree of Master of Science in Biology. Northern Arizona University, May 2000.

Paxton, E., J. J. Owen, and M.K. Sogge. 1996. Southwestern willow flycatcher response to catastrophic habitat loss. Colorado Plateau Research Station. U. S. Geological Survey Biological Resources Division. Northern Arizona University, Flagstaff, Arizona. 12 pp.

Phillips, A. R. 1948. Geographic variation in Empidonax traillii. Auk 65:507-514.

Phillips, A. R., J. Marshall, and G. Monson. 1964. The Birds of Arizona. University of Arizona Press, Tucson, Arizona. 212 pp.

Ridgely, R. S. and G. Tudor. 1994. The Birds of South America. Volume II: The Suboscine Passerines. University of Texas Press, Austin, Texas. 814 pp.

Schreier, W. 1996. Bryce Canyon National Park 1996 Federal Endangered Avian Species Survey Report: Southwestern Willow Flycatcher. Colorado Plateau System Support Office, Intermountain Field Area, National Park Service: Bryce Canyon, Utah.

Sedgwick, J. A. 1998. Regional Variability in the Song of the Southwestern Willow Flycatcher. Draft report to the Arizona Game and Fish Department. USGS Biological Resources Division, Midcontinent Research Station, Fort Collins, CO. 15 pp. plus appendices.

Sedgwick, J. A. 2001. Geographic variation in the song of willow flycatchers: differentiation between *Empidonax traillii adastus* and *E. t. extimus*. Auk 118(2):366-379, 2001.

Sferra, S.J., T.E. Corman, C.E. Paradzick, J.W. Rourke, J.A. Spencer, and M.W. Sumner. 1997. Arizona Partners In Flight southwestern willow flycatcher survey: 1993-1996 summary report. Nongame and Endangered Wildlife Program Technical Report 113. Arizona Game and Fish Department, Phoenix, Arizona.

Sogge, M. K. 2000. Breeding Season Ecology. Chapter 6 *In* D. Finch and S. Stoleson, eds. Status, Ecology and Conservation of the Southwestern Willow Flycatcher. USDA Forest Service General Technical Report RMRS-GTR-60.

Sogge, M. K., R. M. Marshall, S. J. Sferra, and T. J. Tibbitts. 1997. A Southwestern Willow Flycatcher Natural History Summary and Survey Protocol. Technical Report NPS/NAUCPRS/NRTR-97/12.

Sogge, M. K. and R. M. Marshall. 2000. A survey of current breeding habitats. Chapter 9 *In* D. Finch and S. Stoleson, eds. Status, Ecology and Conservation of the Southwestern Willow Flycatcher. USDA Forest Service General Technical Report RMRS-GTR-60.

Sogge, M. K., S. J. Sferra, T. D. McCarthey, S. O. Williams, and B. E. Kus. 2003. Distribution and characteristics of Southwestern Willow Flycatcher Breeding Sites and Territories. Studies in Avian Biology 26:5-11.

Sogge, M. K. and T. J. Tibbits. 1994. Distribution and Status of the Southwestern Willow Flycatcher along the Colorado River in the Grand Canyon - 1994. Summary Report. National Biological Service Colorado Plateau Research Station/Northern Arizona University and U.S. Fish and Wildlife Service. 37 pp.

Stiles, F. G. and A. F. Skutch. 1989. A Guide to the Birds of Costa Rica. Cornell University Press, New York.

Travis, J. R. 1996. Song Types of Willow Flycatchers in New Mexico. Contract No. 95-516-67. Endangered Species Program, New Mexico Department of Game and Fish, Santa Fe, New Mexico. 31 pp.

Unitt, P. 1987. *Empidonax traillii extimus*: An endangered subspecies. Western Birds 18:137-162.

Unitt, P. 1997. Winter range of *Empidonax traillii extimus* as documented by existing museum collections. Report to the U.S. Bureau of Reclamation, Phoenix, Arizona.

U.S. Fish and Wildlife Service (USFWS). 1995. Final rule determining endangered status for the southwestern willow flycatcher (*Empidonax traillii extimus*). February 27, 1995. Federal Register 60:10694.

U.S. Fish and Wildlife Service (USFWS). 1997. Final determination of critical habitat for the southwestern willow flycatcher. July 22, 1997. Federal Register 62(140):39129-39146.

U.S. Fish and Wildlife Service (USFWS). 2001. Southwestern Willow Flycatcher Recovery Plan. Albuquerque, New Mexico. Prepared by Southwestern Willow Flycatcher Recovery Team Technical Subgroup.

U.S. Fish and Wildlife Service (USFWS). 2002. Final Recovery Plan Southwestern Willow Flycatcher. Albuquerque, New Mexico. Prepared by Southwestern Willow Flycatcher Recovery Team Technical Subgroup.

U.S. Fish and Wildlife Service (USFWS). 2003. Final Recovery Plan Southwestern Willow Flycatcher. Albuquerque, New Mexico. Prepared by Southwestern Willow Flycatcher Recovery Team Technical Subgroup.

U.S. Fish and Wildlife Service (USFWS). 2005. Designation of Critical Habitat for Southwestern willow flycatcher, Final Rule. October 19, 2005. Federal Register 70(201):60886-61009.

Wauer, R. H. and D. L. Carter. 1965. Birds of Zion National Park and vicinity. Zion Natural History Association, Springdale, Utah. 92 pp.

Whitfield, M.J. 1990. Willow flycatcher reproductive response to brown-headed cowbird parasitism. Masters Thesis, California State University, Chico, California. 25 pp.

Whitfield, M. J. and C. M. Strong. 1995. A Brown-headed cowbird control program and monitoring for the Southwestern Willow Flycatcher, South Fork Kern River, California, 1995. California Department of Fish and Game, Sacramento. Bird and Mammal Conservation Program Report 95-4.

Whitfield, M. J. and K. M. Enos. 1996. A Brown-headed cowbird control program and monitoring for the Southwestern Willow Flycatcher, South Fork Kern River, California, 1996. California Department of Fish and Game, Sacramento, California. Final report for contract #FG4100WM-1.

Yong, W. and D. M. Finch. 1997. Migration of the Willow Flycatcher along the Middle Rio Grande. Wilson Bulletin 109:253-268.

**San Rafael cactus**

Cronquist, A., A.H. Holmgren, N.H. Holmgren, and L.L. Reveal. 1972. Intermountain Flora. Volume 1. New York: Hafner Publishing House.

Heil, K. 1984. Status report on *Pediocactus despainii*. U.S. Fish and Wildlife Service, Denver, Colorado. 14 pp.

Heil, K., B. Armstrong, and D. Schleser. 1981. A review of the genus *Pediocactus*. Cactus & Succulent Journal 53: 17-39.

The Nature Conservancy. 1998. San Rafael Cactus (*Pediocactus despainii*). Natural Heritage Central Databases (NHCD) information provided via the Biodiversity Conservation Data Source (BioSource) website.

USDA et al. 1998. U.S. Department of Agriculture - Forest Service, U.S. Department of Interior - Bureau of Land Management, U.S. Department of Interior - National Park Service, U.S. Department of Interior – Fish and Wildlife Service, Utah Department of Natural Resources, Emery County (Utah), and Wayne County (Utah). 1998. *Pediocactus winkleri* (Winkler Cactus) and *Pediocactus despainii* (San Rafael Cactus) Draft Conservation Agreement and Strategy. 37 pp.

U.S. Fish and Wildlife Service (USFWS). 1987. Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for *Pediocactus despainii* (San Rafael Cactus). Federal Register Vol. 52, (179): 34914-34917.

U.S. Fish and Wildlife Service (USFWS). 1995. Informal Interagency Conference for Impacts to the Winkler Cactus from the Development of the Last Chance Bentonite Mine. Memo to Penelope Dunn, Area Manager, San Rafael Resource Area, Bureau of Land Management, Price, Utah. U.S. Fish and Wildlife Service, Ecological Services, Salt Lake City, Utah.

U.S. Fish and Wildlife Service (USFWS). 1998. Endangered and Threatened Wildlife and Plants; Final Rule to Determine the Plant *Pediocactus winkleri* (Winkler Cactus) To Be a Threatened Species. Federal Register Vol. 63, (161): 44587-44595.

Walter, K. S. and H. J. Gillett, eds. 1998. 1997 IUCN Red List of Threatened Plants. Compiled by the World Conservation Monitoring Center. IUCN - The World Conservation Union, Gland, Switzerland. lxiv + 862 pp.

Welsh , S. L. and S. Goodrich. 1980. Welsh, S.L. and S. Goodrich, miscellaneous plant novelties from Alaska, Nevada, and Utah. Great Basin Naturalist 40: 78-88.

Welsh, S. L., N. D. Atwood, S. Goodrich, and L. C. Higgins, 1993. A Utah Flora, Second Edition. Brigham Young University Press, Provo, Utah. 986 + vii pp.

**Winkler cactus**

England, L. 1997. *Pediocactus winkleri*. Status Report Supplement Number 2. May 30, 1997. U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Heil, K. D. 1979. Three new species of Cactaceae from southeastern Utah. Cactus and Succulent Journal of America 51:25-30.

Neese Investigation. 1987. Habitat inventory of *Sclerocactus wrightiae* and other associated sensitive species. Prepared for the Bureau of Land Management.

Porter, M. J., E. H. Roalson, and K. D. Heil. 1999. Population structure in *Pediocactus winkleri* and *P. despainii* (Cactaceae), based on chloroplast haplotypes, inferred from trnL-F DAN sequences. Draft document.

USDA et al. 1998. U.S. Department of Agriculture - Forest Service, U.S. Department of Interior - Bureau of Land Management, U.S. Department of Interior - National Park Service, U.S. Department of Interior -- Fish and Wildlife Service, Utah Department of Natural Resources, Emery County (Utah), and Wayne County (Utah). 1998. *Pediocactus winkleri* (Winkler Cactus) and *Pediocactus despainii* (San Rafael Cactus) Draft Conservation Agreement and Strategy. 37 pp.

U.S. Fish and Wildlife Service (USFWS). 1987. Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for *Pediocactus despainii* (San Rafael Cactus). Federal Register Vol. 52, (179): 34914-34917.

U.S. Fish and Wildlife Service (USFWS). 1995. Informal Interagency Conference for Impacts to the Winkler Cactus from the Development of the Last Chance Bentonite Mine. Memo to Penelope Dunn, Area Manager, San Rafael Resource Area, Bureau of Land Management, Price, Utah. U.S. Fish and Wildlife Service, Ecological Services, Salt Lake City, Utah.

U.S. Fish and Wildlife Service (USFWS). 1998. Endangered and Threatened Wildlife and Plants; Final Rule to Determine the Plant *Pediocactus winkleri* (Winkler Cactus) To Be a Threatened Species. Federal Register Vol. 63, (161): 44587-44595.

Welsh, S. L., N. D. Atwood, S. Goodrich, and L. C. Higgins, 1993. A Utah Flora, Second Edition. Brigham Young University Press, Provo, Utah. 986 pp.

**Wright Fishhook Cactus**

Benson, L. 1982. The Cacti of the United States and Canada. Stanford University Press. 1044 pp.

Bureau of Land Management. 1979. Field Records, BLM Inventory, Emery County, Utah.

Clark, D. J. 2002. Summary of the Interagency Rare Plant Inventory Project, 1999 through 2002. Prepared by Deborah J. Clark in cooperation with: Dixie National Forest, Teasdale, Utah; Capitol Reef National Park, Torrey, Utah; Bureau of Land Management, Price Field Office, Price, Utah; and Fishlake National Forest, Price, Utah.

Clark, D. J. and C. M. Groebner. 2003. Summary of Survey Results for Wright's Fishhook Cactus 2000 through 2003. (*Sclerocactus wrightiae*). Prepared for Bureau of Land Management, Price Field Office, Price, Utah. Prepared by Deborah J. Clark and Christine M. Groebner.

Christiansen, V. A., Jr. 1991. Staff Report, BLM, Henry Mountain Resource Area, Hanksville, Utah. Subject: Missing Wright's Fishhook Cactus (*Sclerocactus wrightiae*).

Cronquist, A., A. H. Holmgren, N. H. Holmgren, and J. L. Reveal. 1972. Intermountain Flora: Vascular Plant of the Intermountain West, U.S.A. Volume one. New York: Hafner Publishing Co. 270 p.

Groebner, C. M., G. L. Lenhart, and C. L. Craig. 2004. Survey results for Wright's Fishhook Cactus 2004. (*Sclerocactus wrightiae*). Prepared for Bureau of Land Management, Price Field Office, Price, Utah.

Heil, K. D. and J. M. Porter. 1994. *Sclerocactus* (Cactaceae): A Revision. Haseltonia: Yearbook of the Cactus and Succulent Society of America, No. 2.

Intermountain Ecosystems. 1999. Demographic Monitoring of Wright Fishhook Cactus (*Sclerocactus wrightiae*) Benson. 1993-1999. Prepared for Bureau of Land Management, Price District Office, Price, Utah. Prepared by Intermountain Ecosystems, LLC., Springville, Utah. Dated 13 December 1999.

Kass, R. J. [no date]. Demographic Monitoring of Wright Fishhook Cactus (*Sclerocactus wrightiae*) Benson. Prepared by Ronald J. Kass, Intermountain Ecosystem, LLC., Springville, Utah.

Kass, R. J. 1990. Final Report. Habitat Inventory of Threatened and Endangered and Candidate Species in the San Rafael Swell, Utah. U.S. Department of Interior, Bureau of Land Management, Salt Lake City, Utah. 87 pp.

Kass, R. J. 2001. Mortality of the Endangered Wright Fishhook Cactus (*Sclerocactus wrightiae*) Benson. Prepared by Ronald J. Kass, Intermountain Ecosystems, LLC., Springville, Utah.

Mathew, B. (ed). 1994. CITES Guide to Plant in Trade. CITES Department of Environment.

Neese Investigations. 1987. Final Report, Habitat Inventory of *Sclerocactus Wrightiae* and Other Associated Sensitive Species. Volume II – Record of Area Inventoried. Prepared for BLM, Price District Office, Price, Utah. Prepared by Neese Investigations, Salt Lake City, Utah.

Tepedino, V. J. 2000. The reproductive biology of rare rangeland plants and their vulnerability to insecticides; *In* Vol. III.5, pp1-10; Grasshopper Integrated Pest Management User Handbook, G. L. Cunningham & M. W. Sampson (Tech. Coord.) USDA APHIS Technical Bulletin No. 1809, Washington, D.C.

U.S. Fish and Wildlife Service (USFWS). 1985. Wright Fishhook Cactus Recovery Plan. Prepared in cooperation with the Wright Fishhook Cactus Recovery Committee. USFWS, Denver, Colorado. 27 pp.

U.S. Fish and Wildlife Service (USFWS). 2005. Endangered and Threatened Wildlife and Plants; 90-Day Finding on a Petition to Delist *Sclerocactus wrightiae* (Wright Fishhook Cactus) and Initiation of a 5-Year Status Review. Federal Register Vol. 70, No. 148, pages 44544-44547.

U.S. Fish and Wildlife Service (USFWS). 2008. Endangered and Threatened Wildlife and Plants; 5-Year Status Review.

**Last Chance townsendia**

Armstrong, L. and K. H. Thorne. 1991. Challenge cost share report, target species: *Townsendia aprica* Welsh & Reveal. Unpublished report, Bureau of Land Management, Salt Lake City, Utah. 14 pp + appendices.

Center for Plant Conservation (CPC). 2005. CPC National Conservation Plant Profile: *Townsendia aprica*. Website: http://www.centePFOrplantconservation.org/

Heil, K. 1987. A vegetation study of Capitol Reef National Park. Unpublished report, National Park Service, Torrey, Utah. 37 pp.

Kass, R. J. 1990. Final report of habitat inventoried of threatened, endangered and candidate plant species in the San Rafael Swell, Utah. Unpublished report, Bureau of Land Management, Salt Lake City, Utah. 87 pp.

Neese, E. 1987. Habitat inventory of *Sclerocactus wrightiae* and other associated sensitive species. Bureau of Land Management, Price, Utah. 119 pp.

Robinson, M. 2002. Unpublished BLM Challenge Cost Share. Status Report on *Townsendia aprica.*

Robinson, M. 2007. Unpublished BLM Challenge Cost Share. Status Report on *Townsendia aprica.*

Tepedino, V. T. and T. L. Griswold. 1991. USDA-ARS Bee Biology and Systematics Laboratory, Logan, Utah, personal communication.

Utah Division of Wildlife Resources. 2005. Last Chance townsendia. Utah Conservation Data Center. Web Page Accessed July 21, 2005. http://dwrcdc.nr.utah.gov/ucdc/.

U.S. Fish and Wildlife Service (USFWS). 1993. Last Chance townsendia (*Townsendia aprica*) Recovery Plan. Denver, Colorado: U.S. Fish and Wildlife Service. p.18.

Welsh S.L., N.D. Atwood, S. Goodrich, L.C. Higgins. 1993. A Utah Flora, second edition, Brigham Young University, Provo UT, U.S.A., 264.pp

**Uinta Basin hookless cactus**

Evans, J. W. 1939. *Sclerocactus franklinii.* Cactus and Succulent Journal (U.S.) 11.74.

Heil, K. D. and J. M. Porter. 1993. Status Report for *Sclerocactus Glaucus.* Prepared for U.S. Fish and Wildlife Service by Ecosphere Environmental Services. New Mexico.

Heil, K. D. and J. M. Porter. 1994. *Sclerocactus* (Cactaceae) a revision. Haseltonia 2:20-46.

Heil, K. D. and J. M. Porter. 2004. Eagle-claw cactus, fishhook cactus [Greek *sclero*, hard, cruel, in reference to the hooked spines, and *Cactus*, an old genus name]. Website: www.eFloras.org, Flora of North America Vol. 4: pages 98, 99, 193, and 197.

Hochstätter, F. 1993. Revision *Sclerocactus* II. Succulenta 72:19-34.

Hochstätter, F. 1989. *Sclerocactus wetlandicus* Hochstätter, Succulentia (Netherlands). 68: 123 pp.

Porter, J. M., J. Cruss-Sanders, and R. Lauri. 2006. A preliminary assessment of genetic relationships among *Sclerocactus brevispinus* Heil & Porter, *S. Wetlandicus* Hochstätter, and *S. glaucus* (K. Schum.) L. Benson. Draft report for U.S. Fish and Wildlife Service.

Purpus, J. A. 1925. Mitt. Deutsdch. Dendr. Gesellsch. 1925: 50.

Rechel, E. A., R. G. Ballard, and T. J. Novotny. 1999. Ecology of the Threatened Cactus, *Sclerocactus glaucus.* Cactus and Succulent Journal: Vol. 71, No. 3.

Rydberg, P. A. 1917. Flora of the Rocky Mountains and adjacent plains. Published by the author. New York. 580 pp.

U.S. Fish and Wildlife Service (USFWS). 1979. Endangered and Threatened Wildlife and Plants; Determination That *Sclerocactus glaucus* is a Threatened Species. Federal Register Vol. 44, No. 198.

U.S. Fish and Wildlife Service (USFWS). 1990. Uinta Basin Hookless Cactus (*Sclerocactus glaucus)* Recovery Plan. Denver, Colorado. 26 pp.

**Barneby reed-mustard**

Clark, Deborah J.; Groebner, Christine M. Determining Habitat Potential and Surveying for Nine Rare Plant Species in South-Central Utah. Southwestern rare and endangered plants: proceedings of the third conference; September 25-28; Flagstaff, AZ. In: Maschinski, Joyce; Holter, Louella, editors. 2000. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Fort Collins, CO (Proceedings RMRS-P-23). p. 38-43.

Franklin, M. A. 1993. Survey report on *Asclepias welshii* N. Holmgren & P. Holmgren. Prepared for USDI Fish and Wildlife Service, Utah Field Office, Salt Lake City. Utah Natural Heritage Program, Department of Natural Resources, Salt Lake City, Utah. 6 pp. + appendices.

Utah Division of Wildlife Resources, Utah Natural Heritage Program (UNHP). 2003. Unpublished data: Maps of Barneby, clay and shrubby reed-mustard populations provided to B&A from UNHP, Salt Lake City, Utah.

U.S. Fish and Wildlife Service (57 FR 1398 1403) (USFWS). 1992. Endangered and Threatened Wildlife and Plants; Final Rule to Determine the Plant *Schoenocrambe argillacea* (Clay Reed-Mustard) To Be a Threatened Species, and the Plant *Schoenocrambe barnebyi* (Barneby Reed-Mustard) To Be an Endangered Species. U. S. Fish and Wildlife Service. Federal Register Vol. 57, No. 9.

U.S. Fish and Wildlife Service (USFWS). 1994. Utah reed-mustards: clay reed-mustard (*Schoenocrambe argillacea*), Barneby reed-mustard (*Schoenocrambe barnebyi*), shrubby reed-mustard (*Schoenocrambe suffrutescens*) recovery plan. Denver, Colorado. 22 pp.

**Jones cycladenia**

Cann, D. 2002. Jones Cycladenia Status Report. U.S. Bureau of Land Management.

Sipes, S. D. and J. Boettinger. 1997. Soil morphology influences the distribution of Jones cycladenia (*Cycladenia humilis* var. *jonesii* (Eastw.) Welsh and Atwood: Apocynaceae), a rare endemic of southern Utah and northern Arizona. Annual meeting of the Botanical Society of America, Montreal, Quebec, Canada.

Sipes S. D. and V. J. Tepedino. 1996. Pollinator Lost? Reproduction by the Enigmatic Jones Cycladenia, *Cycladenia humilis* var. *jonesii* (Apocynaceae). American Journal of Botany 84(3):401-409.

Sipes, S. D., P. G. Wolf, and V.J. Tepedino. 1992. Final report: population genetics of *Cycladenia humilis* var. *jonesii*. Submitted to the Bureau of Land Management, Salt Lake City, Utah.

Sipes, S. D., P. G. Wolf, V. J. Tepedino, and J. Boettinger. 1994. Final report: population genetics and ecology of Jones cycladenia. Submitted to the Bureau of Land Management, Salt Lake City, Utah.

Welsh S. L. and N. D. Atwood. 1975. Endangered, Threatened, Extinct, Endemic, and Rare or Restricted Utah Vascular Plants. Great Basin Naturalist 35:333.

Sipes, S.D., P.G. Wolf, and V.J. Tepedino. 1992. Final report: population genetics of *Cycladenia humilis* var. *jonesii*. Submitted to the Bureau of Land Management, Salt Lake City, Utah.

**Maguire daisy**

Alston, D. and V. Tepedino. 2005. Integrated Pest Management, T & E Plant Pollinators. PMIS # Capitol Reef National Park 59990, Project Statement: CARE-N-024.001. 83pp.

Anderson, J. 1982. Memo to John Anderson on June 25, 1982, regarding the Search for *Erigeron maguirei*. U.S. Fish and Wildlife Service, Denver, Colorado. 3 pp Clark, D. J. 2002. Summary of the Interagency Rare Plant Inventory Project. 1999 through 2002. In cooperation with Dixie National Forest, Teasdale, Utah; Bureau of Land Management, Richfield, Utah; Capitol Reef National Park, Torrey, Utah; and Fishlake National Forest, Richfield, Utah. October 29, 2002.

Clark, D.J. 2002. Summary of the Interagency Rare Plant Inventory Project 1999 through 2002. Unpublished Document. Capitol Reef National Park. National Park Service. October 2002. 81 pp.

Clark, D.J. 2006. Post-delisting Monitoring Protocol for *Erigeron maguirei*. Draft September 1, 2006. Capitol Reef National Park. HC 70, Box 15, Torrey, Utah 84775. 24 pp.

Clark, D.J., and T.O. Clark. 1999. Rare plant survey at Capitol Reef National Park. Park Science 19 (2):44-49.

Clark, D.J., T.O. Clark, and M.D. Cruz. 2005. Status Report for *Erigeron maguirei* Cronq. (Maguire's Daisy). Unpublished Document. Capitol Reef National Park. National Park Service. November 2005. 29 pp.

Clark, D.J., T.O. Clark, and M.D. Cruz. 2006. Status Report *Erigeron maguirei* Cronq. (Maguire's Daisy). Unpublished Document. Capitol Reef National Park. National Park Service. August 24, 2006. 30 pp.

Cronquist, A, A. H. Holmgren, N. H. Holmgren and J. L. Reveal. 1972. Intermountain flora, vol. 1: Geological and botanical history of the region, its plant geography and a glossary. The vascular cyptograms and the gymnosperms. New York: Hafner. 270 pp.

Harper, K. T., and R. Van Buren. 1998. Status Report for *Erigeron maguirei* 1997. Submitted to the Bureau of Land Management. Prepared by Kimball T. Harper, Brigham Young University, Provo, Utah, and Renee Van Buren, Utah Valley State College, Orem, Utah. 13 February.

Kass, R. J. 1990. Final Report of Habitat Inventory of Threatened, Endangered, and Candidate Plant Species in the San Rafael Swell, Utah. Prepared for Bureau of Land Management, Utah State Office, Salt Lake City, Utah. Prepared by Ronald J. Kass, Environmental Consulting, Springville, Utah. Solicitation UT910-RFPS-028. January 3, 1990.

U.S. Fish and Wildlife Service (USFWS). 1985. Endangered and Threatened Wildlife and Plants: Determination of Endangered Status for *Erigeron maguirei* var. *maguirei* (Maguire daisy). 50 CFR Part 17. Federal Register Vol. 50, No. 172, Pages 36089 to 36092. Thursday, September 5, 1985.

U.S. Fish and Wildlife Service (USFWS). 1996. Endangered and Threatened Wildlife and Plants: Reclassification of *Erigeron Maguirei* (Maguire Daisy) from Endangered to Threatened. Final Rule 50 CFR Part 17, Vol. 61, No. 119. June 19, 1996.

Van Buren, R. 1993. Field Report 1993. *Erigeron maguirei* var. *maguirei* and *E. maguirei* var. *harrisonii*. Prepared by R. Van Buren. December 1, 1993.

**Colorado River fish**

*Bonytail*

Cope, E. D., and H. C. Yarrow. 1875. Reports upon the collections of fishes made in portions of Nevada, Utah, California, Colorado, New Mexico, and Arizona during the years 1871, 1872, 1873, and 1874. Report of Geographical and Geological Explorations West of the 100th Meridian (Wheeler Survey) 5:635–703.

Gilbert, C. H., and N.B. Scofield. 1898. Notes on a collection of fishes from the Colorado Basin in Arizona. Proceedings of the U.S. National Museum 20:487–499.

Holden, P. B., and C. B. Stalnaker. 1970. Systematic studies of the genus *Gila* (Cyprinidae) of the Colorado River. Copeia 1970:409–420.

Holden, P. B., and C. B. Stalnaker. 1975. Distribution of fishes in the Dolores and Yampa river systems of the upper Colorado basin. Southwestern Naturalist 19:403–412.

Jordan, D. S. 1891. Report of explorations in Colorado and Utah during the summer of 1889, with an account of the fishes found in each of the river basins examined. U.S. Fish Commission, Bulletin 9:1–40.

Jordan, D.S., and B.W. Evermann. 1896. The fishes of North and Middle America. Bulletin of the U.S. National Museum 47:1–1240.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and W. R. Noonan. 1986. Recent capture of a bonytail (*Gila elegans*) and observations of this nearly extinct cyprinid from the Colorado River. Copeia 4:1021–1023.

Kirsch, P. H. 1889. Notes on a collection of fishes obtained in the Gila River at Fort Thomas, Arizona, Lt. W.L. Carpenter, U.S. Army. Proceedings of the U.S. National Museum 11:555–558.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Michigan Academy of Science, Arts, and Letters Paper 46:365–404.

Miller, W. H., L. R. Kaeding, H. M. Tyus, C. W. McAda, and B. D. Burdick. 1984. Windy Gap Fishes Study. U.S. Department of the Interior, Fish and Wildlife Service, Salt Lake City, Utah. 37 pp.

Minckley, W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Sims Printing Company, Inc., Phoenix, Arizona.

Nesler, T. P., K. Christopherson, J. M. Hudson, C. W. McAda, F. Pfeifer, and T. E. Czapla. 2003. An integrated stocking plan for razorback sucker, bonytail, and Colorado pikeminnow for the Upper Colorado River Endangered Fish Recovery Program. Addendum to State Stocking Plans.

Ono, R. D., J. D. Williams, and A. Wagner. 1983. Vanishing fishes of North America. Stone Wall Press, Washington, D.C.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002a. Bonytail (*Gila elegans*) Recovery Goals: amendment and supplement to the Bonytail Chub Recovery Plan. U.S. Fish and Wildlife Service, Mountain- Prairie Region (6), Denver, Colorado.

Valdez, R. A. 1990. The endangered fish of Cataract Canyon. Final Report of Bio/West, Inc., Logan, Utah, to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River investigations (Rifle, Colorado, to Lake Powell, Utah). Pages 100–279 *in* U.S. Fish and Wildlife Service. Colorado River Fishery Project, Final Report, Part 2: Field Investigations. U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Valdez, R. A. M. Moretti, and R. J. Ryel. 1994. Records of bonytail captures in the upper Colorado River Basin. Unpublished report. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Vanicek, C. D. 1967. Ecological studies of native Green River fishes below Flaming Gorge Dam, 1964–1966. Doctoral Dissertation. Utah State University, Logan, Utah.

Vanicek, C. D., and R. Kramer. 1969. Life history of the Colorado squawfish, *Ptychocheilus lucius*, and the Colorado chub, *Gila robusta*, in the Green River in Dinosaur National Monument, 1964–1966. Transactions of the American Fisheries Society 98:193–208.

Wick, E. J., D. E. Snyder, D. Langlois, and T. Lytle. 1979. Colorado squawfish and humpback chub population and habitat monitoring. Federal Aid to Endangered Wildlife Job Progress Report. SE-3-2. Colorado Division of Wildlife, Denver, Colorado. 56 pp. + appendices.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979–1980. Endangered Wildlife Investigations, Colorado Division of Wildlife, Denver, Colorado.

### *Colorado pikeminnow*

Behnke, R. J. 1980. The impacts of habitat alterations on the endangered and threatened fishes of the Upper Colorado River Basin: A discussion *in* Energy Development in the Southwest: Problems of water, fish, and wildlife in the Upper Colorado River Basin. vol. 2, ed. W. O. Spofford. Jr., A.L. Parker, and A.V. Kneese, pp. 182-192. Research Paper R-18. Washington, D.C.: Resources for the Future.

Behnke, R. J., and D. E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Colorado State University Cooperative Extension Service Bulletin 503A.

Bell, A., D. Berk, and P. Wright. 1998. Green River flooded bottomlands mapping for two water flows in May 1996 and one water flow in June 1997. Technical Memorandum No. 8260-98-07.   U.S. Bureau of Reclamation, Technical Service Center, Denver, Colorado.

Bestgen, K. R., D. W. Beyers, G. B. Haines, and 3. A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Study Unit and U.S. Geological Survey Midcontinent Ecological Science Center, Fort Collins, Colorado.

Bestgen, K. R., R. T. Muth, and M. A. Trammell. 1998. Downstream transport of Colorado squawfish larvae in the Green River drainage: temporal and spatial variation in abundance and relationships with juvenile recruitment. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Carlson, C. A., and R. T. Muth. 1989. The Colorado River lifeline of the American Southwest. Canadian Special Publication of Fisheries and Aquatic Sciences 106:220-239.

Day, K. S., and C. Crosby. 1997. An assessment of young-of-the-year Colorado squawfish (*Ptychocheilus lucius*) use of backwater habitats in the Green River, Utah. Utah Division of Wildlife Resources, Vernal, Utah.

Day, K. S., K. D. Christopherson, and C. Crosby. 1999a. An assessment of young-of-the-year Colorado pikeminnow (*Ptychocheilus lucius*) use of backwater habitats in the Green River, Utah. Report B in Flaming Gorge Studies: assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Day, K. S., K. D. Christopherson, and C. Crosby. 1999b. Backwater use by young-of-year chub (*Gila* spp.) and Colorado pikeminnow in Desolation and Gray canyons of the Green River, Utah. Report B in Flaming Gorge Studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Dill, W. A. 1944. The fishery of the lower Colorado River. California Fish and Game 30:109-211.

Haines, O. B., and H. M. Tyus. 1990. Fish associations and environmental variables in age-0 Colorado squawfish habitats, Green River, Utah. Journal of Freshwater Ecology 5:427-436.

Hamilton, S.J., and R.H. Wiedmeyer. 1990. Bioaccumulation of a mixture of boron, molybdenum, and selenium in chinook salmon. Transactions of the American Fisheries Society 119:500–510.

Hamilton, S. J., K. J. Buhl, F. A. Bullard, and S. F. McDonald. 1996. Evaluation of toxicity to larval razorback sucker of selenium-laden food organisms from Ouray NWR on the Green River, Utah. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hamilton, S. J., and B. Waddell. 1994. Selenium in eggs and milt of razorback sucker (*Xyrauchen texanus*) in the middle Green River, Utah. Archives of Environmental Contamination and Toxicology 27:195-201.

Hamman, R. L. 1981. Spawning and culture of Colorado squawfish in raceways. Progressive Fish-Culturist 43:173-177.

Harvey, M. D., R. A. Mussetter, and E. J. Wick. 1993. A physical process biological-response model for spawning habitat formation for the endangered Colorado squawfish. Rivers 4:114-131.

Hawkins, J. A., and J. O'Brien. 2001. Research plan for developing flow recommendations in the Little Snake River, Colorado and Wyoming, for endangered fishes of the Colorado River Basin. Colorado State University, Larval Fish Laboratory, final report to the Upper Colorado River Endangered Fish Recovery Program. Denver, Colorado.

Holden, P. B. 1977. Habitat requirements of juvenile Colorado River squawfish. U.S. Fish and Wildlife Service Report FWS/OBS/77/65. Fort Collins, Colorado.

Holden, P. B. (ed.). 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Irving, D., and T. Modde. 2000. Home-range fidelity and use of historical habitat by adult Colorado squawfish *(Piychocheilus lucius)* in the White River, Colorado and Utah. Western North American Naturalist 60:16-25.

Johnson, B. L., W. B. Richardson, and T. J. Naimo. 1995. Past, present, and future concepts in large river ecology. BioScience 45:134-141.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. U.S. Fish and Wildlife Service, Office Biological Services, Fort Collins, Colorado. 183 pp.

Junk, W. J., P. B. Bailey, and R. E. Sparks. 1989. The flood pulse concept in river-floodplain systems. Canadian Special Publication of Fisheries and Aquatic Sciences 106:110-127.

Lanigan, S. H., and C. R. Berry, Jr. 1979. Distribution and abundance of endemic fishes in the White River in Utah, final report. Contract #14-16-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. U.S. Bureau of Land Management, Salt Lake City, Utah. 84 pp.

McAda, C. W. 2000. [under revision] Flow recommendations to benefit endangered fishes in the Colorado and Gunnison rivers. Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., W. R. Elmblad, K. S. Day, M. A. Trammell, and T. E. Chart. 1997. Interagency Standardized Monitoring Program: summary of results, 1996. Final Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., J. W. Bates, J. S. Cranney, T. E. Chart, W. R. Elmblad, and T. P. Nessler. 1994a. Interagency Standardized Monitoring Program: summary of results, 1986-1992. Final Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., J. W. Bates, J. S. Cranney, T. E. Chart, M. A. Trammel, and W. R. Elmblad. 1994. Interagency Standardized Monitoring Program: summary of results, 1993. Annual Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Meffe, G. K. 1985. Predation and species replacement on American southwestern fishes: a case study. Southwestern Naturalist 30(2):173-187.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Papers of the Michigan Academy of Science, Arts, and Letters 46:365-404.

Minckley, W. L. 1982. Trophic Interrelations Among Introduced Fishes in the Lower Colorado River, Southwestern United States. California Fish and Game 68: 78-89.

Minckley, W. L., and J. E. Deacon. 1968. Southwestern fishes and the enigma of "endangered species." Science 159:1424-1433.

Moyle, P.B. 1976. Inland fishes of California. University of California Press, Berkeley, California.

Muth, R. T., and D. E. Snyder. 1995. Diets of young Colorado squawfish and other small fish in backwaters of the Green River, Colorado and Utah. Great Basin Naturalist 55:95-104.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, R. A. Valdez. 2000. Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Nesler, T. P., R. T. Muth, and A. F. Wasowicz. 1988. Evidence for baseline flow spikes as spawning cues for Colorado squawfish in the Yampa River, Colorado. American Fisheries Society Symposium 5:68-79.

Nesler, T. P. 2000. Recovery of the Colorado River endangered fishes: biological recovery goals and criteria for Colorado pikeminnow, humpback chub, razorback sucker, and bonytail. Colorado Division of Wildlife, Denver, Colorado.

O'Brien, J. S. 1984. 1983 Yampa River cobble reach morphology investigation. Final Report. U.S. Fish and Wildlife Service, Denver, Colorado. 79 pp.

Osmundson, D. B. 2002. Dynamics of the upper Colorado River population of Colorado pikeminnow. Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B., P. Nelson, K. Fenton, and D. W. Ryden. 1995. Relationships between flow and rare fish habitat in the "15-Mile Reach" of the upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D. B., R. J. Ryel, and T. E. Mourning. 1997. Growth and survival of Colorado squawfish in the Upper Colorado River. Transaction of the American Fisheries Society 126:687-698.

Osmundson, D. B., and K. P. Burnham. 1998. Status and trends of the endangered Colorado squawfish in the upper Colorado River. Transactions of the American Fisheries Society 127:957–970.

Osmundson, B. C., T. W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): relationship with flows in the upper Colorado River. Archives of Environmental Contamination and Toxicology 38:479–485.

Osmundson, D. B., and L. R. Kaeding. 1989. Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales. Final Report of U.S. Fish and Wildlife Service Colorado River Fishery Project, Grand Junction, Colorado.

Osmundson, D. B., and L. R. Kaeding. 1991. Flow recommendations for maintenance and enhancement of rare fish habitat in the 15-mile reach during October-June. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Propst, D. L., and K. R. Bestgen. 1991. Habitat and biology of the loach minnow, *Tiaroga cobitis*, in New Mexico. Copeia 1991(1):29-30.

Pucherelli, M. J., R. C. Clark, and R. D. Williams. 1990. Mapping backwater habitat on the Green River as related to the operation of Flaming Gorge Dam using remote sensing and GIS. U.S. Bureau of Reclamation 90 (18):1-11.

Rakowski, C. L., and J. C. Schmidt. 1999. The geomorphic basis of Colorado pikeminnow nursery habitat in the Green River near Ouray, Utah. Report A *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Rinne, J. N. 1991. Habitat use by spinedace, *Meda fulgida* (Pisces: Cyprinidae) in southwestern streams with reference to probable habitat competition by red shiner (Pisces: Cyprinidae). Southwestern Naturalist 36(1):7-13.

Ryden, D. W., and L. A. Ahlm. 1996. Observations on the distribution and movements of Colorado squawfish, *Ptychocheilus lucius*, in the San Juan River, New Mexico, Colorado, and Utah. Southwestern Naturalist 41:161–168.

Seethaler, K. 1978. Life history and ecology of the Colorado squawfish (*Ptychocheilus lucius*) in the upper Colorado River basin. Master's Thesis. Utah State University, Logan, Utah.

Stephens, D. W., B. Waddell, L. A. Peltz, and J. B. Miller. 1992. Detailed study of selenium and select elements in water, bottom sediment, and biota associated with irrigation drainage in the middle Green River basin, Utah, 1988–90. Water-Resources Investigation Report 92-4084. U.S. Geological Survey, Salt Lake City, Utah.

Stephens, D. W., and B. Waddell. 1998. Selenium sources and effects on biota in the Green River basin of Wyoming, Colorado, and Utah. Pages 183–203 *in* W.J. Frankenberg and R.A. Engberg (eds.). Environmental chemistry of selenium. Marcel Dekker, New York, New York.

Trammell, M. A., and T. E. Chart. 1999. Colorado pikeminnow young-of-the year habitat use, Green River, Utah, 1992-1996. Report C *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H. M. 1985. Homing behavior noted for Colorado squawfish. Copeia 1985:213-215.

Tyus, H. M. 1990. Potamodromy and reproduction of Colorado squawfish in the Green River basin, Colorado and Utah. Transactions of the American Fisheries Society 119:1035-1047.

Tyus, H. M. 1991. Ecology and management of Colorado squawfish. Pages 379–402 *in* W.L. Minckley and J.E. Deacon (eds.). Battle against extinction: native fish management in the American west. The University of Arizona Press, Tucson, Arizona.

Tyus, H. M., and G. B. Haines. 1991. Distribution, habitat use, and growth of age-0 Colorado squawfish in the Green River basin, Colorado and Utah. Transactions of the American Fisheries Society 120:79-89.

Tyus, H. M., and C. A. Karp. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service Biological Report 89(14): 1-27.

Tyus, H. M., and C. W. McAda. 1984. Migration, movements, and habitat preferences of Colorado squawfish, *Plychocheilus lucius,* in the Green, White, and Yampa Rivers, Colorado and Utah. Southwestern Naturalist 29:289-299.

Tyus, H. M., and J. F. Saunders. 1996. Nonnative fishes in the upper Colorado River basin and a strategic plan for their control. Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H. M., B.D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982. Fishes of the upper Colorado River basin: distribution, abundance, and status. Pages 12–70 *in* W.H. Miller, H.M. Tyus, and C.A. Carlson (eds.). Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002. Colorado pikeminnow (*Ptychocheilus lucius*) Recovery Goals: amendment and supplement to the Colorado Squawfish Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish — Green River: wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Vanicek, C. D., and R. H. Kramer. 1969. Life history of the Colorado squawfish, *Plychocheilus lucius,* and the Colorado chub, *Gila robusta,* in the Green River in Dinosaur National Monument 1964-1966. Transactions of the American Fisheries Society 98:193-208.

### *Humpback chub*

Archer, D. L., L. R. Kaeding, B. D. Burdick, and C. W. McAda. 1985. A study of the endangered fishes of the Upper Colorado River. Final Report - Cooperative Agreement 14-16-0006-82-959. U.S. Department of the Interior, Fish and Wildlife Service, Grand Junction, Colorado. 134 pp.

Arizona Game and Fish Department. 1996. The ecology of Grand Canyon backwaters. Final Report to U.S. Bureau of Reclamation, Upper Colorado Region, Glen Canyon Environmental Studies, Flagstaff, Arizona.

Bestgen, K. R., and L. W. Crist. 2000. Response of the Green River fish community to construction and re-regulation of Flaming Gorge Dam, 1962-1996. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Binns, N. A. 1967. Effects of rotenone treatment on the fauna of the Green River, Wyoming. Wyoming Game and Fish Commission, Fisheries Technical Bulletin 1:1-1 14.

Bookstein, F., B. Chernoff, R. Elder, J. Humphries, G. Smith and R. Strauss. 1985. Morphometrics in Evolutionary Biology. Special Publication 15. The Academy of Natural Sciences Press, Philadelphia, Pennsylvania. 277 pp.

Bosley, C. E. 1960. Pre-impoundment study of the Flaming Gorge Reservoir. Wyoming Game and Fish Commission, Fisheries Technical Report 9:1-81.

Burdick, B. D. and L. R. Kaeding. 1985. Reproductive ecology of the humpback chub and the roundtail chub in the Upper Colorado River. Proceedings of the Annual Conference of Western Association of Game and Fish Agencies. 65:163 (abstract).

Chart, T. E., and L. Lentsch. 1999a. Flow effects on humpback chub (*Gila cypha*) in Westwater Canyon. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Chart, T. E., and L. D. Lentsch. 1999b. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River 1992–1996. Final Report to the Recovery Program for the Endangered Fishes in the Upper Colorado River Basin, Project Number 39. Utah Division of Wildlife Resources, Moab and Salt Lake City, Utah.

Chart, T. E., and L. D. Lentsch. 2000. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow *(Plychocheilus lucius)* in the middle Green River 1992—1996. Report C *in* Flaming Gorge Studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow *(Psychocheilus lucius)* in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Douglas, M. E., and P. C. Marsh. 1996. Population estimates/population movements of *Gila cypha,* an endangered cyprinid fish in the Grand Canyon region of Arizona. Copeia 1996:15-28.

Euler, R. C. 1978. Archaeological and paleobiological studies at Stanton's Cave, Grand Canyon National Park, Arizona. A report of progress. Pages 141–162 in National Geographic Society Research Report, 1978.

Gaufin, A. R., G. R. Smith, and P. Dotson.   1960.  Aquatic survey of the Green River and tributaries within the Flaming Gorge Reservoir basin, Appendix A.  Pages 139B162 *in* A.M. Woodbury (ed.) Ecological studies of the flora and fauna of Flaming Gorge Reservoir basin, Utah and Wyoming. University of Utah Anthropological Papers 48.

Girard, C.  1856.  Researches upon the cyprinoid fishes inhabiting the fresh waters of the United States of America, west of the Mississippi Valley, from specimens in the museum of the Smithsonian Institution. Academy of Natural Science of Philadelphia Proceedings 8:165–213.

Gorman, 0. T., and D. M. Stone.  1999.  Ecology of spawning humpback chub, *Gila cypha,* in the Little Colorado River near Grand Canyon, Arizona.  Environmental Biology of Fishes 55(1-2): 115-133.

Hamman, R. L.  1982.  Spawning and culture of humpback chub.  Progressive Fish-Culturist 44:213-216.

Holden, P. B.  1968.  Systematic studies of the genus *Gila* (Cyprinidae) of the Colorado River Basin.  Master's Thesis.  Utah State University, Logan, Utah.

Holden, P. B.  1973.  Distribution, abundance, and life history of the fishes of the upper Colorado River basin.  Ph.D. Dissertation.  Utah State University, Logan, Utah.

Holden, P. B., and C. B. Stalnaker.  1970.  Systematic studies of the cyprinid genus *Gila* in the Upper Colorado River Basin.  Copeia 1970(3):409-420.

Holden, P. B., and L. W. Crist.  1981.  Documentation of changes in the macroinvertebrate and fish populations in the Green River due to inlet modification of Flaming Gorge Dam. Final Report PR-16-5 of Bio/West, Inc., Logan, Utah, to U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Holden, P. B. and C. B. Stalnaker.  1975.  Distribution of fishes in the Dolores and Yampa River systems of the Upper Colorado Basin.  Southwestern Naturalist 19:403-412.

Jones, A. T.  1985.  A cross section of Grand Canyon archaeology: excavations at five sites along the Colorado River. Western Archaeological and Conservation Center Publication in Anthropology Number 28.

Kaeding, L. R., and M. A. Zimmerman.  1983.  Life history and ecology of the humpback chub in the Little Colorado and Colorado Rivers of the Grand Canyon.  Transactions of the American Fisheries Society 112:577-594.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and C. W. McAda.  1990.  Temporal and Spatial Relations between the Spawning of Humpback Chub and Roundtail Chub in the Upper Colorado River.  Transactions of the American Fish Society 119:135-144.

Karp, C. A., and Tyus, H. M.  1990.  Humpback chub (*Gila cypha*) in the Yampa and Green Rivers, Dinosaur National Monument, with observations on roundtail chub (*G. robusta*) and other sympatric fishes.  Great Basin Naturalist 50:257-264.

Kidd, G. T. 1977. An investigation of endangered and threatened fish species in the upper Colorado River as related to Bureau of Reclamation projects. Final Report to U.S. Bureau of Reclamation. Northwest Fishery Research, Clifton, Colorado.

Kolb, E., and E. Kolb. 1914. Experiences in the Grand Canyon. The National Geographic Magazine, Vol. XXVI (2):99–184.

Kubly, D. M. 1990. The endangered humpback chub *Gila cypha* in Arizona: a review of past and suggestions for future research. Arizona Game and Fish Department, Phoenix, Arizona.

Maddux, H. R, D. M. Kubly, J. C. deVos, W. R. Persons, R. Staedicke, and R. L. Wright. 1987. Evaluation of varied flow regimes on aquatic resources of Glen and Grand Canyon. Final Report of Arizona Game and Fish Department to U.S. Bureau of Reclamation, Glen Canyon Environmental Studies, Salt Lake City, Utah.

Marsh, P. C. 1985. Effect of Incubation Temperature on Survival of Embryos of Native Colorado River Fishes. Southwestern Naturalist 30(1):129-140.

McDonald, D. B., and P. A. Dotson. 1960. Pre-impoundment investigation of the Green River and Colorado River developments. *In* Federal aid in fish restoration investigations of specific problems in Utah's fishery. Federal Aid Project No. F-4-R-6, Departmental Information Bulletin No. 60-3. State of Utah, Department of Fish and Game, Salt Lake City, Utah.

Miller, R. R. 1944. [Unpubl. Manuscript. Letter dated 28, August 1944, pertaining to a list of fishes occurring in Grand Canyon National Park] preliminary checklist.

Miller, R. R. 1946. *Gila cypha*, a remarkable new species of cyprinid fish from the Colorado River in Grand Canyon, Arizona. Journal of the Washington Academy of Science 36(12):409-415.

Miller, R. R. 1955. Fish remains from archaeological sites in the lower Colorado River basin, Arizona. Papers of the Michigan Academy of Science, Arts and Letters 40:125-126.

Miller, R. R., and G. R. Smith. 1972. Fishes collected on the Grand Canyon survey, Lees Ferry to Diamond Creek, August 1968. Unpublished manuscript.

Miller, R. R., and G. R. Smith. 1984. Fish remains from Stanton's Cave, Grand Canyon of the Colorado, Arizona, with notes on the taxonomy of G. cypha. Pages 61–65 in The archeology, geology and paleobiology of Stanton's Cave, in Grand Canyon National Park, Arizona, edited by R.C. Euler. Grand Canyon National History Association Monograph 6, Grand Canyon, Arizona.

Miller, A. S., and W. A. Hubert. 1990. Compendium of existing knowledge for use in making habitat management recommendations for the upper Colorado River basin. Final Report of U.S. Fish and Wildlife Service Wyoming Cooperative Fish and Wildlife Research Unit to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Miller, W. H., J. J. Valentine, D. L. Archer, H. M. Tyus, R. A. Valdez, and L. R. Kaeding. 1982. Colorado River Fishery Project Final Report Summary. U.S. Fish and Wildlife Service, Salt Lake City, Utah. 42 pp.

Minckley, W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, Arizona. 293 pp.

Minckley, C. O. 1996. Observations on the biology of the humpback chub in the Colorado River Basin, 1908–1990. Doctoral Dissertation. Northern Arizona University, Flagstaff, Arizona.

Minckley, C. O., and D. W. Blinn. 1976. Summer distribution and reproductive status of fish of the Colorado River and its tributaries in Grand Canyon National Park and vicinity, 1975. Final Report to the National Park Service, Contribution No. 42.

Minckley, W. L., D. A. Hendrickson, and C. E. Bond. 1986. Geography of Western North America Freshwater Fishes: Description and Relationships to Intracontinental Tectonism. pp 519-613 In: C.H. Hocutt and E.O. Wiley (eds.). The Zoogeography of North American Freshwater Fishes. Wiley-Interscience, New York, New York.

Robinson, A. T., R. W. Clarkson, and R. E. Forrest. 1998. Dispersal of larval fishes in a regulated river tributary. Transactions of the American Fisheries Society 127:722-786.

Sigler, W. F., and R. R. Miller. 1963. Fishes of Utah. Utah Department of Fish and Game, Salt Lake City, Utah. 203 pp.

Sitgreaves, L. 1853. Report of an expedition down the Zuni and Colorado Rivers. 32nd Congress, 2nd Session, Executive No. 59, Washington, D.C.

Smith, G. R. 1960. Annotated list of fish of the Flaming Gorge Reservoir Basin, 1959. Pages 163-268 in R.M. Woodbury, ed. Ecological Studies of the Flora and Fauna of Flaming Gorge Reservoir Basin, Utah and Wyoming. Department of Anthropology, University of Utah, Salt Lake City. Anthropological Paper Number 48, Series Number 3.

Snyder, D. E. 1981. Contributions to a guide to the cypriniform fish larvae of the upper Colorado River system in Colorado. U.S. Bureau of Land Management Biological Science Series 3:1-81.

Stone, J. L. 1964. Limnological study of Glen Canyon tailwater area of the Colorado River. Colorado River Storage Project, Public Law 485, Section 8, Annual Report. U.S. Bureau of Reclamation, Salt Lake City, Utah.

Stone, J. L. 1966. Tailwater fisheries investigations creel census and limnological study of the Colorado River below Glen Canyon Dam July 1, 1965–June 30, 1966. Arizona Game and Fish Department, Phoenix, Arizona.

Stone, J. L. and A. B. Queenan. 1967. Tailwater fisheries investigations: creel census and limnological study of the Colorado River below Glen Canyon Dam. Colorado River Storage Project, Public Law 485, Section 8, Annual Report of Arizona Game and Fish Department to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Stone, J. L., and N. L. Rathbun. 1968. Tailwater fisheries investigations: creel census and limnological study of the Colorado River below Glen Canyon Dam. Arizona Game and Fish Department, Phoenix, Arizona.

Suttkus, R. D., and G. H. Clemmer. 1977. The humpback chub, *Gila cypha*, in the Grand Canyon area of the Colorado River. Occasional Papers of the Tulane University Museum of Natural History, New Orleans, Louisiana 1:1–30.

Suttkus, R. D., G. H. Clemmer, C. Jones, and C. Shoop. 1976. Survey of the fishes, mammals and herpetofauna of the Colorado River in Grand Canyon. Colorado River Research Series Contribution 34. Grand Canyon National Park, Grand Canyon, Arizona.

Tyus, H. M. 1998. Early records of the endangered fish *Gila cypha*, Miller, from the Yampa River of Colorado with notes on its decline. Copeia 1998:190-193.

Tyus, H. M., and C. A. Karp. 1989. Habitat Use and Streamflow Needs of Rare and Endangered Fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14). 27 pp.

U.S. Fish and Wildlife Service (USFWS). 1986. Annual report to the Bureau of Reclamation: Colorado River endangered fishes investigations. U.S. Department of the Interior, Fish and Wildlife Service, Division of Endangered Species, Denver, Colorado.

U.S. Fish and Wildlife Service (USFWS). 1990. Humpback Chub Recovery Plan. U.S. Fish and Wildlife Service, Denver, Colorado. 43 pp.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002b. Humpback chub (*Gila cypha*) Recovery Goals: amendment and supplement to the Humpback Chub Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Uyeno, T., and Miller, R. R. 1965. Middle Pliocene fishes from the Bidahochi Formation, Arizona. Copeia 1965:28–41.

Valdez, R.A., and G. H. Clemmer. 1982. Life History and prospects for recovery of the humpback and bonytail chub. Pages 109-119 *in* W.M. Miller, H.M. Tyus and C.A. Carlson, eds. Proceedings of a Symposium on Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Bethesda, Maryland.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River fisheries investigations (Rifle, Colorado to Lake Powell, Utah). Pages 100-279 *in* W.H. Miller, J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L. Kaeding, eds. Part 2-Field investigations. Colorado River Fishery Project. U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., P. B. Holden, and T. B. Hardy. 1990. Habitat suitability index curves for humpback chub of the Upper Colorado River Basin. Rivers 1:31-42.

Valdez, R. A., and R. J. Ryel. 1995. Life History and Ecology of the Humpback Chub (*Gila cypha*) in the Colorado River, Grand Canyon, Arizona. BIO/WEST, Inc. for the Bureau of Reclamation.

Valdez, R. A., and R .J. Ryel. 1997. Life history and ecology of the humpback chub in the Colorado River in Grand Canyon, Arizona. Pages 3B31 *in* C. van Riper, III and E.T. Deshler (eds.). Proceedings of the Third Biennial Conference of Research on the Colorado Plateau. National Park Service Transactions and Proceedings Series 97/12.

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge dam. Southwestern Naturalist 14:297-315.

Wallis, O. L. 1951. The status of the fish fauna of the Lake Mead National Recreation Area, Arizona-Nevada. Transactions of the American Fisheries Society 80:84–92.

Wick, E. J., D. E. Snyder, D. Langlois, and T. Lytle. 1979. Colorado squawfish and humpback chub population and habitat monitoring. Federal Aid to Endangered Wildlife Job Progress Report. SE-3-2. Colorado Division of Wildlife, Denver, Colorado. 56 pp. + appendices.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979-1980. Progress Report, Endangered Wildlife Investigations. SE-3-3. Colorado Division of Wildlife, Denver, Colorado. 156 pp.

Wick, E. J., J. A. Hawkins, and T. P. Nesler. 1991. Occurrence of two endangered fishes in the Little Snake River, Colorado. Southwestern Naturalist 36:251-254.

### *Razorback sucker*

Behnke, R. J. Benson, and D. E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Colorado State University Cooperative Extension Service Bulletin 503A.

Bestgen, K. R. 1990. Status Review of the Razorback Sucker, *Xyrauchen texanus*. Larval Fish Laboratory #44. Colorado State University, Ft. Collins, Colorado.

Bestgen, K. R., D.W. Beyers, G.B. Haines, and J.A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Unit and U.S. Geological Survey Midcontinent Ecological Science Center, Fort Collins, Colorado.

Bestgen, K. R., G. B. Haines, R. Brunson, T. Chart, M. Trammell, R. T. Muth, G. Birchell, K. Christopherson, and J. M. Bundy. 2002. Status of wild razorback sucker in the Green River Basin, Utah and Colorado, determined from basinwide monitoring and other sampling programs. Draft Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bulkley, R. V., and R. Pimentel. 1983. Temperature preference and avoidance by adult razorback suckers. Transactions of the American Fisheries Society 112:601-607

Burdick, B. D., and R. B. Bonar. 1997. Experimental stocking of adult razorback sucker in the upper Colorado and Gunnison rivers. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project Number 50. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Burke, T. 1994. Lake Mohave native fish rearing program. U.S. Bureau of Reclamation, Boulder City, Nevada.

Carlson, C. A., and R. T. Muth. 1989. The Colorado River lifeline of the American Southwest. Canadian Special Publication of Fisheries and Aquatic Sciences 106:220-239.

Chart, T. E., D. P. Svendson, and L. D. Lentsch. 1999. Investigation of potential razorback sucker (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) spawning in the lower Green River, 1994 and 1995. Final Report to the Recovery Program for the Endangered Fishes in the Upper Colorado River Basin, Project Number 38. Report Number 99-32, Utah Division of Wildlife Resources, Salt Lake City, Utah.

Clarkson, R. W., E. D. Creef, and D. K. McGuinn-Robbins. 1993. Movements and habitat utilization of reintroduced razorback suckers (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) in the Verde River, Arizona. Special Report. Nongame and Endangered Wildlife Program, Arizona Game and Fish Department, Phoenix, Arizona.

Ellis, N. M. 1914. Fishes of Colorado. University of Colorado Studies. Vol. 11(1).

Gutermuth, F. B., L. D. Lentsch, and K. R. Bestgen. 1994. Collection of Age-0 Razorback Suckers (*Xyrauchen texanus*) in the Lower Green River, Utah. Southwestern Naturalist 39 (4).

Holden, P.B. 1994. Razorback sucker investigations in Lake Mead, 1994. Report of Bio/West, Inc., Logan, Utah, to Southern Nevada Water Authority.

Holden, P.B. (ed.) 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Holden, P. B., and L. W. Crist. 1981. Documentation of changes in the macroinvertebrate and fish populations in the Green River due to inlet modification of Flaming Gorge Dam. Final Report PR-16-5 of Bio/West, Inc., Logan, Utah, to U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Hubbs, C. L., and R. R. Miller. 1953. Hybridization in nature between the fish genera *Catostomus* and *Xyrauchen*. Papers of the Michigan Academy of Arts, Science and Letters 38:207B233.

Irving, D. B., and B. D. Burdick. 1995. Reconnaissance inventory and prioritization of existing and potential bottomlands in the upper Colorado River basin, 1993–1994. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River. U.S. Fish and Wildlife Service, Vernal, Utah and Grand Junction, Colorado.

Jonez, A., and R. C. Sumner. 1954. Lakes Mead and Mohave investigations: a comparative study of an established reservoir as related to a newly created impoundment. Final Report. Federal Aid Wildlife Restoration (Dingell-Johnson) Project F-l-R, Nevada Game and Fish Commission, Carson City, Nevada.

Jordan, D. S. 1891. Report of explorations in Colorado and Utah during the summer of 1889 with an account of the fishes found in each of the river basins examined. Bulletin of the United States Fish Commission 9:24.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. U.S. Fish and Wildlife Service, Office Biological Services, Fort Collins, Colorado. 183 pp.

Lanigan, S. H., and H. M. Tyus. 1989. Population size and status of the razorback sucker in the Green River basin, Utah and Colorado. North American Journal of Fisheries Management 9:1.

Mabey, L. W., and D. K. Shiozawa. 1993. Planktonic and benthic microcrustaceans from floodplain and river habitats of the Ouray Refuge on the Green River, Utah. Department of Zoology, Brigham Young University, Provo, Utah.

Marsh, P. C. 1987. Food of adult razorback sucker in Lake Mohave, Arizona-Nevada. Transactions of the American Fisheries Society 116:117B119.

Marsh, P. C. 1993. Draft biological assessment on the impact of the Basin and Range Geoscientific Experiment (BARGE) on federally listed fish species in Lake Mead, Arizona and Nevada. Arizona State University, Center for Environmental Studies, Tempe, Arizona.

Marsh, P. C., and W. L. Minckley. 1989. Observations on recruitment and ecology of razorback sucker: lower Colorado River, Arizona-California-Nevada. Great Basin Naturalist 49: 71-78.

McAda, C. W. and R. S. Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin, 1974-1976. Technical Papers of the U.S. Fish and Wildlife Service 99. U.S. Fish and Wildlife Service, Washington, D.C.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Papers of the Michigan Academy of Science, Arts, and Letters 46:365-404.

Miller, A. S., and W. A. Hubert. 1990. Compendium of existing knowledge for use in making habitat management recommendations for the upper Colorado River basin. Final Report of U.S. Fish and Wildlife Service Wyoming Cooperative Fish and Wildlife Research Unit to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Minckley, W. L. 1983. Status of razorback sucker, *Xyrauchen texanus* (Abbott), in the Lower Colorado River Basin. Southwestern Naturalist 28:165-187.

Minckley, W. L., P. C. Marsh, J. E. Brooks, J. E. Johnson, and B. L. Jensen. 1991. "Management Toward Recovery of Razorback Sucker *Xyrauchen texanus*." In Battle Against Extinction, W.L. Minckley and J.E. Deacon (eds), University of Arizona Press, Tucson, Arizona, pp. 303-357.

Modde, T. 1996. Juvenile razorback sucker (*Xyrauchen texanus*) in a managed wetland adjacent to the Green River. Great Basin Naturalist 56:375-376.

Modde, T. 1997. Fish use of Old Charlie Wash: an assessment of floodplain wetland importance to razorback sucker management and recovery. Final report of U.S. Fish and Wildlife Service, Vernal, Utah, to Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T. and D. B. Irving. 1998. Use of multiple spawning sites and seasonal movements by razorback sucker in the middle Green River, Utah. North American Journal of Fisheries Management 18:318-326.

Modde, T., and G. Smith. 1995. Flow recommendations for endangered fishes in the Yampa River. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T., and E. J. Wick. 1997. Investigations of razorback sucker distribution movements and habitats used during spring in the Green River, Utah. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T., K. P. Burnham, and E. J. Wick. 1996. Population status of the razorback sucker in the middle Green River. Conservation Biology 10: 110-119.

Moyle, P. B. 1976. Inland fishes of California. University of California Press, Berkeley, California.

Muth, R. T. 1995. Conceptual-framework document for development of a standardized monitoring program for basin-wide evaluation of restoration activities for razorback sucker in the Green and Upper Colorado River systems. Colorado State University Larval Fish Laboratory final report to the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin, Denver, Colorado.

Muth, R. T. and E. J. Wick. 1997. Field studies on larval razorback sucker in Canyonlands National Park and Glen Canyon National Recreation Area, 1993 – 1995. Final Report of Colorado State University Larval Fish Laboratory to U.S. Park Service Rocky Mountain Region, Denver, Colorado.

Muth, R. T., G. B. Haines, S. M. Meismer, E. J. Wick, T. E. Chart, D. E. Snyder, and J. M. Bundy. 1998. Reproduction and early life history of razorback sucker in the Green River, Utah and Colorado, 19921996. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, R. A. Valdez. 2000. Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B. 2002. Dynamics of the upper Colorado River population of Colorado pikeminnow. Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B., and L. R. Kaeding. 1989. Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the Upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D. B., and L. R. Kaeding. 1991. Flow recommendations for maintenance and enhancement of rare fish habitat in the 15-mile reach during October-June. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Platania, S. P. 1990. Biological summary of the 1987 to 1989 New Mexico-Utah ichthyofaunal study of the San Juan River. Unpublished report to the New Mexico Department of Game and Fish, Santa Fe, and the U.S. Bureau of Reclamation, Salt Lake City, Utah, Cooperative Agreement 7-FC-40-05060.

Platania, S. P., and D. A. Young. 1989. A survey of the ichyofauna of the San Juan and Animas rivers from Archuleta and Cedar Hill (respectively) to their confluence at Farmington, New Mexico. Department of Biology, University of New Mexico, Albuquerque, New Mexico.

Ruppert, J. B., R. T. Muth, and T. P. Nesler. 1993. Predation on fish larvae by adult red shiner, Yampa and Green rivers, Colorado. Southwestern Naturalist 38:397B399.

Ryden, D. W. 2000. Monitoring of experimentally stocked razorback sucker in the San Juan River: March 1994 through October 1997. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado.

Sigler, W. F., and R. R. Miller. 1963. Fishes of Utah. Utah Department of Fish and Game, Salt Lake City, Utah. 203 pp.

Sublette, J. S., M. D. Hatch, and M. Sublette. 1990. The fishes of New Mexico. University of New Mexico Press, Albuquerque, New Mexico.

Taba, S. S., J. R. Murphy, and H. H. Frost. 1965. Notes on the fishes of the Colorado River near Moab, Utah. Proceedings of the Utah Academy of Sciences, Arts, and Letters 42(2):280-283.

Tyus, H. M. 1987. Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986. Transactions of the American Fisheries Society 116:111-116.

Tyus, H. M., and C. A. Karp. 1989. Habitat Use and Streamflow Needs of Rare and Endangered Fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14). 27 pp.

Tyus, H. M., and C. A. Karp. 1990. Spawning and movements of razorback sucker, *Xyrauchen texanus*, in the Green River Basin of Colorado and Utah. Southwestern Naturalist 35:427B433.

Tyus, H. M., and C. A. Karp. 1991. Habitat use and streamflow needs of rare and endangered fishes in the Green River, Utah. Final Report. Flaming Gorge Studies Program. U.S. Fish and Wildlife Service, Colorado River Fish Project, Vernal, Utah.

U.S. Fish and Wildlife Service (USFWS). 1991. Endangered and threatened wildlife and plants; the razorback sucker (*Xyrauchen texanus*) determined to be an endangered species. Federal Register 56(205): 54957-54967.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 1998. Razorback sucker *Xyrauchen texanus* recovery plan. Denver, Colorado.

U.S. Fish and Wildlife Service (USFWS). 2002. Razorback sucker (*Xyrauchen texanus*) Recovery Goals: amendment and supplement to the Razorback Sucker Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish — Green River: wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River fisheries investigations (Rifle, Colorado to Lake Powell, Utah). Pages 100-279 in W.H. Miller, J.J. Valentine, D. L. Archer, H. M. Tyus, R. A. Valdez, and L. Kaeding, eds. Part 2-Field investigations. Colorado River Fishery Project. U.S. Bureau of Reclamation, Salt Lake City, Utah.

Vanicek, C. D. 1967. Ecological studies of native Green River fishes below Flaming Gorge dam, 1964-1966. Ph.D. Dissertation. Utah State University, Logan, Utah. 124 pp.

Wolz, E. R., and D. K. Shiozawa. 1995. Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uintah County, Utah. Great Basin Naturalist 55:213-224.

Wydoski, R. S. and E. J. Wick. 1998. Ecological Value of Floodplain Habitats to Razorback Suckers in the Upper Colorado River Basin. Upper Colorado River Basin Recovery Program, Denver, Colorado.

**Western-yellow billed cuckoo**

Johnson, M.J., A. Brand, H.C. English, C. Michaud, and B. Moore. 1999. Southwestern willow catcher and Western yellow-billed cuckoo surveys along the Colorado River (Dewey Bridge—Canyonlands National Park Northern Boundary) and Green River, Utah—Canyonlands National Park boundary) 1999. U.S. Geological Survey report to the U.S. Bureau of Reclamation and the Utah Division of Natural Resources.

Kauffman, K. 1996. Lives of North American Birds. Houghton Mifflin Company. New York, NY

U.S. Fish and Wildlife The Service. 2001. Endangered and Threatened Wildlife and Plants; 12-Month Finding for a Petition To List the Yellow-billed Cuckoo (*Coccyzus americanus*) in the Western Continental United States. Fed Reg. 66 (143): 38611-38626.

# APPENDIX A – BLM COMMITTED CONSERVATION MEASURES AND LEASE NOTICES

BLM-committed conservation measures, which would be incorporated into the RMP are binding species-specific measures intended to protect species, and minimize the potential for adverse impacts that may result from the implementation of BLM-authorized activities on special status species. This is not a comprehensive list, in that other modified versions of these measures may be imposed for any BLM-authorized activity following further analyses or reviews, and/or consultation and coordination with USFWS. Measures that have already been consulted on and that will be incorporated into any through consultation on existing land use plans (USFWS, 2007), oil and gas lease notices (USFW, 2004), and the Utah BLM fire management plan (USFWS 2005a: USFW 2005b).

## Energy and Mineral Development

The BLM will continue to conduct project specific site inventories in areas that are proposed for energy and mineral developments. The inventories would include the presence/absence of special status species as well as suitable habitats. The BLM will work with the lessee to minimize the construction of new roads, pipelines, and other developments that require surface disturbing activities. This will assist in minimizing the effects of such activities on special status species that could adversely impact suitable habitats. It will also reduce the available access to remote locations of populations of special status species that occur on BLM-administered lands within the planning area. The BLM will continue to use Utah Threatened and Endangered Species Lease Notices. Lease notices include the following:

- Reduce impacts to wildlife and visual resources by applying the following, as appropriate:
- Directional drilling of oil and gas wells
- Drilling of multiple wells from a single pad
- Closed drilling systems
- Cluster development
- Below-ground wellheads
- Remote well monitoring
- Piping of produced liquids to centralized tank batteries off site to reduce traffic to individual wells
- Transportation and access planning (e.g., to reduce road density and traffic volumes)
- Compensatory mitigation
- Noise reduction techniques and designs
- Installation of raptor anti-perch devices in Greater sage-grouse habitat
- Monitoring of wildlife populations during drilling operations
- Avoidance of human activity between 8 p.m. and 8 a.m. from March 1 through May 15 within one-quarter mile of the perimeter of occupied Greater sage-grouse leks
- Onsite bioremediation of oil field wastes and spills
- Removal of trash, junk, waste, and other materials not in current use.

- Reclaim all disturbed surface areas promptly, performing concurrent reclamation as necessary, and minimize the total amount of all surface disturbance.
- Ensure all surface soil is stripped prior to conducting operations, stockpiled, and reapplied during reclamation, regardless of soil quality. Minimize the length of time soil remains in stockpiles and the depth or thickness of stockpiles.
- Strip and separate soil surface horizons where feasible and reapply in proper sequence during reclamation.
- Establish vegetation cover on soil stockpiles that are to be in place longer than 1 year.
- Construct and rehabilitate temporary roads to minimize total surface disturbance, consistent with intended use.
- Consider temporary measures such as silt fences, straw bales, or mulching to trap sediment in sensitive areas until reclaimed areas are stabilized with vegetation.
- Reshape to the approximate original contour all areas to be permanently reclaimed, providing for proper surface drainage.

**Oil and Gas Lease Notices**

**Lease Notice for Mexican Spotted Owl (*Strix occidentalis lucida*)**

The Lessee/Operator is given notice that the lands in this lease contain suitable habitat for Mexican spotted owl, a federally listed species. The Lessee/Operator is given notice that the lands in this lease contain Designated Critical Habitat for the Mexican spotted owl, a Federally listed species. Critical habitat was designated for the Mexican spotted owl on August 31, 2004 (69 FR 53181-53298).Avoidance or use restrictions may be placed on portions of the lease. Application of appropriate measures will depend on whether the action is temporary or permanent, and whether it occurs within or outside the owl nesting season. A temporary action is completed prior to the following breeding season, leaving no permanent structures and resulting in no permanent habitat loss. A permanent action continues for more than one breeding season and/or causes a loss of owl habitat or displaces owls through disturbances (e.g., creation of a permanent structure). The following avoidance and minimization measures have been designed to ensure activities carried out on the lease are in compliance with the Endangered Species Act (ESA). Integration of, and adherence to, these measures, will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA Section 7 consultation at the permit stage. Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations, unless species occupancy and distribution information is complete and available. All surveys must be conducted by qualified individual(s).

2. Assess habitat suitability for both nesting and foraging using accepted habitat models in conjunction with field reviews. Apply the conservation measures below if project activities occur within 0.5 mile of suitable owl habitat. Determine potential effects of actions to owls and their habitat.

   a. Document type of activity, acreage and location of direct habitat impacts, type and extent of indirect impacts relative to location of suitable owl habitat.

   b. Document if the action is temporary or permanent.

3. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

4. Water production will be managed to ensure maintenance or enhancement of riparian habitat.

5. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in canyon habitat suitable for Mexican spotted owl nesting.

6. For all temporary actions that may impact owls or suitable habitat:

   a. If the action occurs entirely outside of the owl breeding season (March 1 to August 31) and leaves no permanent structure or permanent habitat disturbance, action can proceed without an occupancy survey.

   b. If the action will occur during a breeding season, survey for owls prior to commencing activity. If owls are found, activity must be delayed until outside of the breeding season.

   c. Rehabilitate access routes created by the project through such means as raking out scars, revegetation, gating access points, etc.

7. For all permanent actions that may impact owls or suitable habitat:

   a. Survey two consecutive years for owls according to accepted protocol prior to commencing activities.

   b. If owls are found, no actions will occur within 0.5 mile of identified nest site. If nest site is unknown, no activity will occur within the designated Protected Activity Center (PAC).

   c. Avoid drilling and permanent structures within 0.5 mile of suitable habitat unless surveyed and not occupied.

   d. Reduce noise emissions (e.g., use hospital-grade mufflers) to 45 dBA at 0.5 mile from suitable habitat, including canyon rims. Placement of permanent noise-generating facilities should be determined by a noise analysis to ensure noise does not encroach upon a 0.5 mile buffer for suitable habitat, including canyon rims.

   e. Limit disturbances to and within suitable habitat by staying on approved routes.

   f. Limit new access routes created by the project.

8. Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the U.S. Fish and Wildlife Service between the lease sale stage and lease development stage to ensure continued compliance with the ESA

**Lease Notice for Southwestern Willow Flycatcher (Empidonax traillii extimus)**

The Lessee/Operator is given notice that the lands in this parcel contain riparian habitat that falls within the range for southwestern willow flycatcher, a federally listed species. Avoidance or use restrictions may be placed on portions of the lease. Application of appropriate measures will depend on whether the action is temporary or permanent, and whether it occurs within or outside

the nesting season. A temporary action is completed prior to the following breeding season leaving no permanent structures and resulting in no permanent habitat loss. A permanent action continues for more than one breeding season and/or causes a loss of habitat or displaces flycatchers through disturbances (e.g., creation of a permanent structure). The following avoidance and minimization measures have been designed to ensure activities carried out on the lease are in compliance with the Endangered Species Act (ESA). Integration of, and adherence to, these measures, will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA Section 7 consultation at the permit stage. Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations, unless species occupancy and distribution information is complete and available. All surveys must be conducted by qualified individual(s), and be conducted according to protocol.

2. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

3. Water production will be managed to ensure maintenance or enhancement of riparian habitat.

4. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Ensure that such directional drilling does not intercept or degrade alluvial aquifers.

5. Drilling activities will maintain a 300 ft. buffer from suitable riparian habitat year long.

6. Drilling activities within 0.25 mile of occupied breeding habitat will not occur during the breeding season of May 1 to August 15.

7. Ensure that water extraction or disposal practices do not result in change of hydrologic regime that would result in loss or degradation of riparian habitat.

8. Revegetate with native species all areas of surface disturbance within riparian areas and/or adjacent uplands. Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the U.S. Fish and Wildlife Service between the lease sale stage and lease development stage to ensure continued compliance with the ESA.

**Lease Notice for Colorado River Fish**

The Lessee/Operator is given notice that the lands in this parcel contain Critical Habitat for the Colorado River fish (bonytail chub, humpback chub, Colorado pike minnow, and razorback sucker, listed as endangered under the Endangered Species Act (ESA), or these parcels have watersheds that are tributary to designated habitat. Critical habitat was designated for the four endangered Colorado River fishes on March 21, 1994 (59 FR 13374-13400). Designated critical habitat for all the endangered fishes includes those portions of the 100-year floodplain that contain primary constituent elements necessary for survival of the species. Avoidance or use restrictions may be placed on portions of the lease. The following avoidance and minimization

measures have been designed to ensure activities carried out on the lease comply with the ESA. Integration of, and adherence to, these measures will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA Section 7 consultation at the permit stage. Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations, unless species occupancy and distribution information is complete and available. All surveys must be conducted by qualified individual(s).

2. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

3. Water production will be managed to ensure maintenance or enhancement of riparian habitat.

4. Avoid loss or disturbance of riparian habitats.

5. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Ensure that such directional drilling does not intercept or degrade alluvial aquifers.

6. Conduct watershed analysis for leases in designated critical habitat and overlapping major tributaries in order to determine toxicity risk from permanent facilities.

7. Implement the Utah Oil and Gas Pipeline Crossing Guidance (from BLM National Science and Technology Center).

8. Drilling will not occur within 100-year floodplains of rivers or tributaries to rivers that contain listed fish species or critical habitat.

9. In areas adjacent to 100-year flood plains, particularly in systems prone to flash floods, analyze the risk for flash floods to impact facilities, and use closed loop drilling, and pipeline burial or suspension according to the Utah Oil and Gas Pipeline Crossing Guidance, to minimize the potential for equipment damage and resulting leaks or spills. Water depletions from *any* portion of the Upper Colorado River drainage basin above Lake Powell are considered to adversely affect or adversely modify the critical habitat of the four resident endangered fish species, and must be evaluated with regard to the criteria described in the Upper Colorado River Endangered Fish Recovery Program. Formal consultation with U.S. Fish and Wildlife Service (USFWS) is required for all depletions. All depletion amounts must be reported to BLM. Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the USFWS between the lease sale stage and lease development stage to ensure continued compliance with the ESA.

## Lease Notice for Listed Plant Species

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for federally listed plant species under the Endangered Species Act (ESA). The following avoidance

and minimization measures have been developed to facilitate review and analysis of any submitted permits under the authority of this lease:

1. Site inventories:
   a. Must be conducted to determine habitat suitability
   b. Are required in known or potential habitat for all areas proposed for surface disturbance before initiating project activities, at a time when the plant can be detected, and during appropriate flowering periods
   c. Should include documentation on individual plant locations and suitable habitat distributions
   d. Must have qualified individuals conduct all surveys.

2. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

3. Project activities must be designed to avoid direct disturbance to populations and to individual plants:
   a. Designs will avoid concentrating water flows or sediments into plant occupied habitat.
   b. Construction will occur downslope of plants and populations where feasible; if well pads and roads must be sited upslope, buffers of 100 feet minimum between surface disturbances and plants and populations will be incorporated.
   c. Where populations occur within 200 feet of well pads, a buffer or fence will be established between the individuals or groups of individuals and the well pads during and post-construction.
   d. Areas for avoidance will be visually identifiable in the field, e.g., flagging, temporary fencing, rebar.
   e. For surface pipelines, a 10-foot buffer will be used from any plant locations:
   f. If on a slope, stabilizing construction techniques will be used to ensure the pipelines do not move toward the population.

4. For riparian/wetland-associated species; avoid loss or disturbance of riparian habitats:
   a. Water extraction or disposal practices will not result in change of hydrologic regime.

5. Disturbances to and within suitable habitat will be limited by staying on designated routes.

6. New access routes created by the project will be limited.

7. To limit OHV travel in sensitive areas, signing will be placed appropriately.

8. Dust abatement practices will be implemented near occupied plant habitat.

9. All disturbed areas will be revegetated with native species composed of species indigenous to the area.

10. Post-construction monitoring for invasive species will be required.

11. Where technically and economically feasible, directional drilling or multiple wells will be used from the same pad to reduce surface disturbance and eliminate drilling in plant habitat. Ensure that such directional drilling does not intercept or degrade alluvial aquifers.

12. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated. Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the U.S. Fish and Wildlife Service between the lease sale stage and lease development stage to ensure continued compliance with the ESA.

**Lease Notice for California Condor (Gymnogyps *californianus*)**

The Lessee/Operator is given notice that the lands located in this parcel contain potential habitat for the California Condor, a federally listed species. Avoidance or use restrictions may be placed on portions of the lease if the area is known or suspected to be used by condors. Application of appropriate measures will depend on whether the action is temporary or permanent, and whether it occurs within or outside potential habitat. A temporary action is completed prior to the following important season of use, leaving no permanent structures and resulting in no permanent habitat loss. This would include consideration for habitat functionality. A permanent action continues for more than one season of habitat use, and/or causes a loss of condor habitat function or displaces condors through continued disturbance (i.e. creation of a permanent structure requiring repetitious maintenance, or emits disruptive levels of noise). The following avoidance and minimization measures have been designed to ensure activities carried out on the lease are in compliance with the Endangered Species Act (ESA). Integration of, and adherence to these measures will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA, Section 7 consultation at the permit stage.

Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations unless species occupancy and distribution information is complete and available. All Surveys must be conducted by qualified individual(s) approved by the BLM, and must be conducted according to approved protocol.

2. If surveys result in positive identification of condor use, all lease activities will require monitoring throughout the duration of the project to ensure desired results of applied mitigation and protection. Minimization measures will be evaluated during development and, if necessary, Section 7 consultation may be reinitiated.

3. Temporary activities within 1.0 mile of nest sites will not occur during the breeding season.

4. Temporary activities within 0.5 miles of established roosting sites or areas will not occur during the season of use, August 1 to November 31, unless the area has been surveyed according to protocol and determined to be unoccupied.

5. No permanent infrastructure will be placed within 1.0 mile of nest sites.

6. No permanent infrastructure will be placed within 0.5 miles of established roosting sites or areas.

7. Remove big game carrion to 100 feet from on lease roadways occurring within foraging range.

8. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in suitable habitat Utilize directional drilling to avoid direct impacts to large cottonwood gallery riparian habitats. Ensure that such directional drilling does not intercept or degrade alluvial aquifers.

9. Reinitiation of section 7 consultation with the Service will be sought immediately if mortality or disturbance to California condors is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA. Additional measures may also be employed to avoid or minimize effects to the species between the lease sale and lease development stages. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Lease Notice for Barneby Reed Mustard (*Schoenocrabe barnebyi*)**

In order to minimize effects to the federally threatened Barneby reed-mustard, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the Endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.
- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat1 prior to any ground disturbing activities (including ATV use) to determine if suitable Barneby reed-mustard habitat is present.

2. Site inventories will be conducted within suitable habitat to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

    a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

    b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (usually April 15th to June 5th, however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower ),

    c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

    d. Will include, but not be limited to, plant species lists and habitat characteristics, and

    e. Will be valid until April 15th the following year.

3. Design project infrastructure to minimize impacts within suitable habitat:

    a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    b. Reduce well pad size to the minimum needed, without compromising safety,

    c. Where technically and economically feasible, use directional drilling or multiple wells from the samepad,

    d. Limit new access routes created by the project,

    e. Roads and utilities should share common right-of-ways where possible,

    f. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    g. Place signing to limit off-road travel in sensitive areas, and

    h. Stay on designated routes and other cleared/approved areas.

      i.   All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.  Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a.  Follow the above recommendations (#3) for project design within suitable habitats,

    b.  To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

    c.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

    d.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from April 15th to June 5th (flowering period); dust abatement applications will be comprised of water only,

    e.  The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    f.  Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and lants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    g.  Construction activities will not occur from April 15th through June 5th within occupied habitat,

    h.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

    i.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

    j.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Barneby reed-mustard habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

---

6. Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Barneby reed-mustard is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Lease Notice for Last Chance townsendia (*Townsendia aprica*)**

In order to minimize effects to the federally threatened Last Chance townsendia, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the Endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.
- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Last Chance townsendia habitat is present.

2. Site inventories will be conducted within suitable habitat to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

   b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (usually April 1st to May 30th, however, surveyors should verify that the plant is flowering by

contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower),

c.  Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

d.  Will include, but not be limited to, plant species lists and habitat characteristics, and

e.  Will be valid until April 1st the following year.

3.  Design project infrastructure to minimize impacts within suitable habitat:

a.  Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

b.  Reduce well pad size to the minimum needed, without compromising safety,

c.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

d.  Limit new access routes created by the project,

e.  Roads and utilities should share common right-of-ways where possible,

f.  Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

g.  Place signing to limit off-road travel in sensitive areas, and

h.  Stay on designated routes and other cleared/approved areas.

i.  All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.  Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

a.  Follow the above recommendations (#3) for project design within suitable habitats,

b.  To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

c.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

d.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from April 15st to June 30th (flowering period); dust abatement applications will be comprised of water only,

   e.  The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   f.  Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   g.  Construction activities will not occur from April 15th through June 30th within occupied habitat,

   h.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

   i.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

   j.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Last Chance townsendia habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Last Chance townsendia is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

## Lease Notice for Wright Fishhook Cactus (*Sclerocactus wrightiae*)

In order to minimize effects to the federally endangered Wright fishhook cactus, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the Endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.

- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Wright fishhook cactus habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Inventories:

   a. Must be conducted by qualified individual(s) approved by BLM using accepted survey protocols,

   b. Will be conducted in suitable and occupied habitat for all areas proposed for surface

   c. disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected and during appropriate flowering periods. Inventories should be conducted between April 1st to June 15th, however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower,

   d. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

   e. Will include, but not be limited to, plant species lists and habitat characteristics, and

   f. Will be valid until April 1st the following year.

3. Design project infrastructure to minimize impacts within suitable habitat:

   a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   b. Reduce well pad size to the minimum needed, without compromising safety,

    c. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

    d. Limit new access routes created by the project,

    e. Roads and utilities should share common right-of-ways where possible,

    f. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    g. Place signing to limit off-road travel in sensitive areas, and

    h. Stay on designated routes and other cleared/approved areas.

    i. All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4. Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a. Follow the above recommendations (#3) for project design within suitable habitats,

    b. To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

    c. Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

    d. Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from April 1st to June 15th (flowering period); dust abatement applications will be comprised of water only,

    e. The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    f. Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    g. Construction activities will not occur from April 1st through June 15th within occupied habitat,

    h. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

    i. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

     j.   Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Wright fishhook cactus habitats within 300' of the edge of the surface pipelines' right-of-ways, 300' of the edge of the roads' right-of-ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Wright fishhook cactus is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation.

**Lease Notice for Winkler Pincushion Cactus (*Pediocactus winkleri*)**

In order to minimize effects to the federally threatened Winkler pincushion cactus, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the Endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.
- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

1.  Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Winkler pincushion cactus habitat is present.

2.  Within suitable habitat, site inventories will be conducted to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained

between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Inventories:

    a.  Must be conducted by qualified individual(s) approved by BLM using accepted survey protocols,

    b.  Will be conducted in suitable and occupied*I* habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods. Inventories should be conducted between March 15th to June 1st, however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower,

    c.  Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

    d.  Will include, but not be limited to, plant species lists and habitat characteristics, and

    e.  Will be valid until March 15th the following year.

3.  Design project infrastructure to minimize impacts within suitable habitat:

    a.  Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    b.  Reduce well pad size to the minimum needed, without compromising safety,

    c.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

    d.  Limit new access routes created by the project,

    e.  Roads and utilities should share common right-of-ways where possible,

    f.  Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    g.  Place signing to limit off-road travel in sensitive areas, and

    h.  Stay on designated routes and other cleared/approved areas.

    i.  All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.  Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a.  Follow the above recommendations (#3) for project design within suitable habitats,

    b.  To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

    c.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

    d.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from March 15th to June 1st (flowering period); dust abatement applications will be comprised of water only,

    e.  The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    f.  Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    g.  Construction activities will not occur from March 15th through June 1st within occupied habitat,

    h.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

    i.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

    j.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Winkler pincushion cactus habitats within 300' of the edge of the surface pipelines' right-of ways, 300' of the edge of the roads' right-of-ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Winkler pincushion cactus is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Lease Notice for the San Rafael Cactus (Pediocactus despainii)**

In order to minimize effects to the federally endangered San Rafael cactus, the Bureau of Land Management (BLM) in coordination with the U.S. Fish and Wildlife Service (Service), have developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the Endangered Species Act (ESA). The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat2 prior to any ground disturbing activities to determine if suitable San Rafael cactus habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

    a. Must be conducted by qualified individual(s) approved by BLM using accepted survey protocols,

    b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods. Inventories should be conducted between March 15th to June 1st, unless extended by the BLM

    c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 100' from the perimeter of disturbance for the proposed well pad including the well pad,

    d. Will include, but not be limited to, plant species lists and habitat characteristics, and

    e. Will be valid until March 15th the following year.

3. Design project infrastructure to minimize impacts within suitable habitat:

    a. Reduce well pad size to the minimum needed, without compromising safety,

    b. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

    c. Limit new access routes created by the project,

    d. Roads and utilities should share common right-of-ways where possible,

    e. Reduce width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    f. Place signing to limit off-road travel in sensitive areas,

    g. Stay on designated routes and other cleared/approved areas, and

      h.   All disturbed areas will be re-vegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.   Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

      a.   Follow the above (#3) recommendations for project design within suitable habitats,

      b.   Buffers of 100 feet minimum between the edge of the right of way (roads and surface pipelines) or surface disturbance (well pads) and plants and populations will be incorporated,

      c.   Surface pipelines will be laid such that a 100 foot buffer exists between the edge of the right of way and the plants, use stabilizing and anchoring techniques when the pipeline crosses the habitat to ensure the pipelines don't move towards the population,

      d.   Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

      e.   Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

      f.   Designs will avoid concentrating water flows or sediments into occupied habitat,

      g.   Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

      h.   Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.   Occupied San Rafael cactus habitats within 100' of the edge of the surface pipelines' right-of-ways, 100' of the edge of the roads' right-of-ways, and 100' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.   Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the San Rafael cactus is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species.

**Lease Notice for the Maguire daisy (*Erigeron maguirei*)**

In order to minimize effects to the federally threatened Maguire Daisy, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the

---

Endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.
- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat1 prior to any ground disturbing activities to determine if suitable Maguire Daisy habitat is present.

2. Site inventories will be conducted within suitable habitat to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, —avoidance areas); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

   b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (usually May 1st to June 30th, however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower ),

   c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

   d. Will include, but not be limited to, plant species lists and habitat characteristics, and

   e. Will be valid until May 1st the following year.

3. Design project infrastructure to minimize impacts within suitable habitat:

   a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in

---

*Biological Opinion for the Price BLM Resource Management Plan*                    210

general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   b.  Reduce well pad size to the minimum needed, without compromising safety,

   c.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

   d.  Limit new access routes created by the project,

   e.  Roads and utilities should share common right-of-ways where possible,

   f.  Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

   g.  Place signing to limit off-road travel in sensitive areas, and

   h.  Stay on designated routes and other cleared/approved areas.

   i.  All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.  Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

   a.  Follow the above recommendations (#3) for project design within suitable habitats,

   b.  To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

   c.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

   d.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from May 1st to June 30th (flowering period); dust abatement applications will be comprised of water only,

   e.  The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   f.  Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

   g.  Construction activities will not occur from May 1st through June 30th within occupied habitat,

    h. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

    i. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and k. Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5. Occupied Maguire Daisy habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6. Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Maguire Daisy is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Lease Notice for the Jones cycladenia (*Cycladenia humilis* var. *jonesii*)**

In order to minimize effects to the federally threatened Jones cycladenia, the Bureau of Land Management (BLM), in coordination with the U.S. Fish and Wildlife Service (Service), has developed the following avoidance and minimization measures. Implementation of these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance operations) are in compliance with the endangered Species Act (ESA). For the purposes of this document, the follow terms are so defined:

- *Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.
- *Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Barneby reed-mustard; habitat descriptions can be found in Federal Register Notice and species recovery plan links at <http://www.fws.gov/endangered/wildlife.html>.
- *Occupied habitat* is defined as areas currently or historically known to support clay reed-mustard; synonymous with "known habitat."

The following avoidance and minimization measures should be included in the Plan of Development:

---

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Jones cycladenia habitat is present.

2. Site inventories will be conducted within suitable habitat to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, —avoidance areas); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

    a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

    b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (usually May 15st to June 30th, however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower ),

    c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

    d. Will include, but not be limited to, plant species lists and habitat characteristics, and

    e. Will be valid until May 1st the following year.

3. Design project infrastructure to minimize impacts within suitable habitat:

    a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    b. Reduce well pad size to the minimum needed, without compromising safety,

    c. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

    d. Limit new access routes created by the project,

    e. Roads and utilities should share common right-of-ways where possible,

    f. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    g. Place signing to limit off-road travel in sensitive areas, and

    h. Stay on designated routes and other cleared/approved areas.

i. All disturbed areas will be revegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4. Within occupied habitat, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

a. Follow the above recommendations (#3) for project design within suitable habitats,

b. To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

c. Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

d. Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from May 15th to June 30th (flowering period); dust abatement applications will be comprised of water only,

e. The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

f. Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure populations don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

g. Construction activities will not occur from May 15th through June 30th within occupied habitat,

h. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

i. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and k. Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5. Occupied Jones cycladenia habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6. Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Jones cycladenia is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Lease Notice for the Uinta Basin hookless cactus** *(Sclerocactus glaucus)*

In order to minimize effects to the federally threatened Uinta Basin hookless cactus, the Bureau of Land Management (BLM) in coordination with the U.S. Fish and Wildlife Service (Service), developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the Endangered Species Act (ESA). The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Uinta Basin hookless cactus habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

    a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

    b. Will be conducted in suitable and occupied4 habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods:

        i. *Sclerocactus brevispinus* surveys should be conducted March 15th to June 30th, unless extended by the BLM

        ii. *Sclerocactus wetlandicus* surveys can be done any time of the year, provided there is no snow cover,

    c. Will occur within 115' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 100' from the perimeter of disturbance for the proposed well pad including the well pad,

    d. Will include, but not be limited to, plant species lists and habitat characteristics, and

    e. Will be valid until March 15th the following year for *Sclerocactus brevispinus* and one year from the survey date for *Sclerocactus wetlandicus*.

3. Design project infrastructure to minimize impacts within suitable habitat:

    a. Reduce well pad size to the minimum needed, without compromising safety,

    b. Limit new access routes created by the project,

---

*Biological Opinion for the Price BLM Resource Management Plan* 215

c. Roads and utilities should share common right-of-ways where possible,

d. Reduce width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

e. Place signing to limit off-road travel in sensitive areas,

f. Stay on designated routes and other cleared/approved areas, and

g. All disturbed areas will be re-vegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4. Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

a. Follow the above (#3) recommendations for project design within suitable habitats,

b. Buffers of 100 feet minimum between the edge of the right of way (roads and surface pipelines) or surface disturbance (well pads) and plants and populations will be incorporated,

c. Surface pipelines will be laid such that a 100 foot buffer exists between the edge of the right of way and the plants, use stabilizing and anchoring techniques when the pipeline crosses the habitat to ensure the pipelines don't move towards the population,

d. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

e. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

f. Designs will avoid concentrating water flows or sediments into occupied habitat,

g. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

h. Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5. Occupied Uinta Basin hookless cactus habitats within 100' of the edge of the surface pipelines' right-of-ways, 100' of the edge of the roads' right-of-ways, and 100' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6. Reinitiation of section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the Uinta Basin hookless cactus is anticipated as a result of project activities.

**Resource Protection Measures Identified in the Utah Land Use Plan Amendment for Fire and Fuels Management**

The project proponent commits to the following resource protection measures as identified in the March 4, 2005 Biological Assessment. These measures have been developed as part of the proposed action to provide statewide consistency in reducing the effects of fire management activities on listed, proposed, and candidate species and their habitats. Resource protection measures for fire management practices use the following codes to represent which actions fall within each of the measures:

> SUP: wildland fire suppression,
> WFU: wildland fire use for resource benefit,
> RX: prescribed fire,
> NF: non-fire fuel treatments,
> ESR: Emergency Stabilization and Rehabilitation

**Measures designed to protect air quality include:**

A-1 Evaluate weather conditions, including wind speed and atmospheric stability, to predict impacts from smoke from prescribed fires and wildland fire uses. Coordinate with Utah Department of Environmental Quality for prescribed fires and wildland fire use (RX, WFU).

A-2 When using chemical fuels reduction methods, follow all label requirements for herbicide application (NF).

**Measures designed to protect soil and water quality include:**

SW-1 Avoid heavy equipment use on highly erosive soils (soils with low soil loss tolerance), wet or boggy soils and slopes greater than 30%, unless otherwise analyzed and allowed under appropriate NEPA evaluation with implementation of additional erosion control and other soil protection mitigation measures. (SUP, WFU, RX, NF, ESR)

SW-2 There may be situations where high intensity fire will occur on sensitive and erosive soil types during wildland fire, wildland fire use or prescribed fire. If significant areas show evidence of high severity fire, then evaluate area for soil erosion potential and downstream values at risk and implement appropriate or necessary soil stabilization actions such as mulching or seeding to avoid excessive wind and water erosion. (SUP,WFU, RX)

SW-3 Complete necessary rehabilitation on fire lines or other areas of direct soil disturbance, including but not limited to water barring fire lines, covering and mulching fire lines with slash, tilling and/or sub soiling compacted areas, scarification of vehicle tracks, OHV closures, seeding and/or mulching for erosion protection. (SUP, WFU, RX)

SW-4 When using mechanical fuels reduction treatments, limit tractor and heavy equipment use to periods of low soil moisture to reduce the risk of soil compaction. If this is not practical, evaluate sites, post treatment and if necessary, implement appropriate remediation, such as sub soiling, as part of the operation. (NF)

SW-5 Treatments such as chaining, plowing and roller chopping shall be conducted as much as practical on the contour to reduce soil erosion. (NF, ESR)

SW-6 When using chemical fuel reduction treatments follow all label directions, additional mitigations identified in project NEPA evaluation and the Approved Pesticide Use Permit. At a minimum, provide a 100-foot-wide riparian buffer strip for aerial application, 25 feet for vehicle application and 10 feet for hand application. Any deviations must be accordance with the label. Herbicides would be applied to individual plants within 10 feet of water where application is critical. (NF)

SW-7 Avoid heavy equipment in riparian or wetland areas. During fire suppression or wildland fire use, consult a Resource Advisor before using heavy equipment in riparian or wetland areas. (SUP, WFU, RX, NF, ESR)

SW-8 Limit ignition within native riparian or wetland areas. Allow low-intensity fire to burn into riparian areas. (RX)

SW-9 Suppress wildfires consistently with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Do not use retardant within 300 feet of water bodies. (SUP, WFU)

SW-10 Plan and implement projects consistent with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Planned activities should take into account the potential impacts on water quality, including increased water yields that can threaten fisheries and aquatic habitat; improvements at channel crossings; channel stability; and downstream values. Of special concern are small headwaters of moderate to steep watersheds, erosive or saline soils; multiple channel crossings; at-risk fisheries, and downstream residents. (RX, NF, ESR)

**Measures designed to protect vegetation include:**

V-1 When restoring or rehabilitating disturbed rangelands, non-intrusive, non-native plant species are appropriate for use when native species: (1) are not available; (2) are not economically feasible; (3) cannot achieve ecological objectives as well as non-native species; and/or (4) cannot compete with already established native species. (RX, NF, ESR)

V-2 In areas known to have weed infestations, aggressive action should be taken in rehabilitating fire lines, seeding and follow-up monitoring and treatment to reduce the spread of noxious weeds. Monitor burned areas and treat as necessary. All seed used would be tested for purity and for noxious weeds. Seed with noxious weeds would be rejected. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect special status species (including threatened and endangered species) include:**

SSS-1 Initiate emergency Section 7 consultation with United States Fish and Wildlife Service (Service) upon the determination that wildfire suppression may pose a potential threat to any listed threatened or endangered species or adverse modification of designated critical habitat. (SUP)

SSS-2 Prior to planned fire management actions, survey for listed threatened, endangered, and non-listed sensitive species. Initiate Section 7 consultation with the Service as necessary if a proposed project may affect any listed species. Review appropriate management, conservation and recovery plans and include recovery plan direction into project proposals. For non-listed special status plant and animal species, follow the direction contained in the BLM 6840 Manual. Ensure that any proposed project conserves nonlisted sensitive species and their habitats and ensure that any action authorized, funded, or carried out by BLM does not contribute to the need for any species to become listed. (RX, NF, ESR)

SSS-3 Incorporate site-specific conservation measures identified in this BA. (SUP, WFU, RX,NF, ESR)

**Measures designed to protect fish and wildlife resources include:**

FW-1 Avoid treatments during nesting, fawning, spawning, or other critical periods for wildlife or fish. (RX, NF, ESR)

FW-2 Avoid if possible or limit the size of, wildland fires in important wildlife habitats such as, mule deer winter range, riparian and occupied sage grouse habitat. Use Resource Advisors to help prioritize resources and develop Wildland Fire Situation Analyses (WFSAs) and Wildland Fire Implementation Analyses (WFSAs) and Wildland Fire Implementation Plans (WFIPs) when important habitats may be impacted. (SUP, WFU)

FW-3 Minimize wildfire size and frequency in sagebrush communities where sage grouse habitat objectives will not be met if a fire occurs. Prioritize wildfire suppression in sagebrush habitat with an understory of invasive, annual species. Retain unburned islands and patches of sagebrush unless there are compelling safety, private property and resource protection or control objectives at risk. Minimize burn out operations (to minimize burned acres) in occupied sage-grouse habitats when there are not threats to human life and/or important resources. (SUP)

FW-4 Establish fuel treatment projects at strategic locations to minimize size of wildfires and to limit further loss of sagebrush. Fuel treatments may include green stripping to help reduce the spread of wildfires into sagebrush communities. (RX, NF)

FW-5 Use wildland fire to meet wildlife objectives. Evaluate impacts to sage grouse habitat in areas where wildland fire use for resource benefit may be implemented. (WFU, RX)

FW-6 Create small openings in continuous or dense sagebrush (>30% canopy cover) to create a mosaic of multiple-age classes and associated understory diversity across the landscape to benefit sagebrush-dependent species. (WFU, RX, NF)

FW-7 On sites that are currently occupied by forests or woodlands, but historically supported sagebrush communities, implement treatments (fire, cutting, chaining, seeding, etc.) to reestablish sagebrush communities. (RX, NF)

FW-8 Evaluate and monitor burned areas and continue management restrictions until the recovering and/or seeded plant community reflect the desired condition. (SUP, WFU, RX, ESR)

FW-9 Utilize the Emergency Stabilization and Rehabilitation program to apply appropriate post fire treatments within crucial wildlife habitats, including sage grouse habitats. Minimize seeding with non-native species that may create a continuous perennial grass cover and restrict establishment of native vegetation. Seed mixtures should be designed to reestablish important seasonal habitat components for sage grouse. Leks should not be reseeded with plants that change the vegetation heights previously found on the lek. Forbs should be stressed in early and late brood-rearing habitats. In situations of limited funds for emergency stabilization and rehabilitation actions, prioritize rehabilitation of sage grouse habitats. (ESR)

**Measures designed to protect wild horses and burros include:**

WHB-1 Avoid fencing that would restrict access to water. (RX, NF, ESR)

**Measures designed to protect cultural resources include:**

CR-1 Cultural Resource Advisors should be contacted when fires occur in areas containing sensitive cultural resources. (SUP)

CR-2 Wildland fire use is discouraged in areas containing sensitive cultural resources. A

Programmatic Agreement is being prepared between the Utah State Historic Preservation Office, BLM, and the Advisory Council to cover the finding of adverse effects to cultural resources associated with wildland fire use. (WFU)

CR-3 Potential impacts of proposed treatments should be evaluated for compliance with the National Historic Preservation Act (NHPA) and the Utah Statewide Protocol. This should be conducted prior to the proposed treatment. (RX, NF, ESR)

**Measures designed to protect paleontology resources include:**

P-1 Planned projects should be consistent with BLM Manual and Handbook H-8270-1, Chapter III (A) and III (B) to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects. (RX, NF, ESR)

P-2 In the event that paleontological resources are discovered in the course of surface fire management activities, including fires suppression, efforts should be made to protect these resources. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect forestry resources include:**

F-1 Planned projects should be consistent with HFRA Section 102(e)(2) to maintain or contribute to the restoration of old-growth stands to a pre-fire suppression condition and to retain large trees contributing to old-growth structure. (SUP, WFU, RX, NF)

F-2 During planning, evaluate opportunities to utilize forest and woodland products prior to implementing prescribed fire activities. Include opportunities to use forest and woodland stands, consider developing silvicultural prescriptions concurrently with fuel treatments prescriptions. (RX, NF)

---

**Measures designed to protect livestock grazing resources include:**

LG-1 Coordinate with permittees regarding the requirements for non-use or rest of treated areas. (SUP, WFU, RX, NF, ESR)

LG-2 Rangelands that have been burned by wildfire, prescribed fire, or wildland fire use, would be ungrazed for a minimum of one complete growing season following the burn. (SUP, WFU, RX)

LG-3 Rangelands that have been re-seeded or otherwise treated to alter vegetation composition, chemically or mechanically, would be ungrazed for a minimum of two complete growing seasons. (RX, NF, ESR)

**Measures designed to protect recreation and visitor services include:**

Rec-1 Wildland fire suppression efforts would preferentially protect Special Recreation Management Areas and recreation site infrastructure in line with fire management goals and objectives. (SUP)

Rec-2 Vehicle tracks created off of established routes would be obliterated after fire management actions in order to reduce unauthorized OHV travel. (SUP, WFU, RX, NF, ESR)

Measures designed to protect land and reality resources include:

LR-1 Fire management practices would be designed to avoid or otherwise ensure the protection of authorized rights-of-way and other facilities located on the public lands, including coordination with holders of major rights-of-way systems within rights-of-way corridors and communication sites. (WFU, RX, NF, ESR)

LR-2 Fire management actions must not destroy, deface, change or remove to another place any monument or witness tree of the Public Land Survey System. (SUP, WFU, RX, NF,ESR)

**Measures designed to minimize impacts confounded by hazardous waste include:**

HW-1 Recognize hazardous wastes and move fire personnel to a safe distance from dumped chemicals, unexploded ordnance, drug labs, wire burn sites, or any other hazardous wastes. Immediately notify BLM Field Office hazmat coordinator or state hazmat coordinator upon discovery of any hazardous materials, following the BLM hazardous materials contingency plan. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect mineral resources include:**

M-1 A safety buffer should be maintained between fire management activities and at-risk facilities. (SUP, WFU, RX)

Measures designed to protect wilderness and wilderness study areas (WSAs) include:

Wild-1 The use of earth-moving equipment must be authorized by the field office manager. (SUP, WFU, RX, ESR)

Wild-2 Fire management actions would rely on the most effective methods of suppression that are least damaging to wilderness values, other resources and the environment, while requiring the least expenditure of public funds. (SUP, WFU)

Wild-3 A Resource Advisor should be consulted when fire occurs in Wilderness and WSAs.(SUP, WFU)

## Conservation Measures from the Biological Opinion for the Utah BLM Land Use Plans Amendments BA

### Mexican Spotted Owl (*Strix occidentalis lucida*)

The following list of measures provides species-specific guidance, intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Mexican spotted owl (*Strix occidentalis lucida*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the Service. 1. BLM will place restrictions on all authorized (permitted) activities that may adversely affect the Mexican spotted owl in identified PACs, breeding habitat, or designated critical habitat, to reduce the potential for adverse impacts to the species. Restrictions and procedures have been adapted from guidance published in the Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances (USFWS 2002b), as well as coordination between BLM and the Service. Measures include:

1. Surveys, according to USFWS protocol, will be required prior to any disturbance related activities that have been identified to have the potential to impact Mexican spotted owl, unless current species occupancy and distribution information is complete and available. All surveys must be conducted by USFWS certified individuals, and approved by the BLM authorized officer.

2. Assess habitat suitability for both nesting and foraging using accepted habitat models in conjunction with field reviews. Apply the appropriate conservation measures below if project activities occur within 0.5 mile of suitable owl habitat, dependent in part on if the action is temporary or permanent: For all temporary actions that may impact owls or suitable habitat:

   - If action occurs entirely outside of the owl breeding season, and leaves no permanent structure or permanent habitat disturbance, action can proceed without an occupancy survey.

   - If action will occur during a breeding season, survey for owls prior to commencing activity. If owls are found, activity should be delayed until outside of the breeding season.

   - Eliminate access routes created by a project through such means as raking out scars, revegetation, gating access points, etc. For all permanent actions that may impact owls or suitable habitat:

   - Survey two consecutive years for owls according to established protocol prior to commencing of activity.

- If owls are found, no actions will occur within 0.5 mile of identified nest site.
- If nest site is unknown, no activity will occur within the designated Protected Activity Center (PAC).
- Avoid placing permanent structures within 0.5 mi of suitable habitat unless surveyed and not occupied.
- Reduce noise emissions (e.g., use hospital-grade mufflers) to 45 dBA at 0.5 mile from suitable habitat, including canyon rims (Delaney et al. 1997). Placement of permanent noise-generating facilities should be determined by a noise analysis to ensure that project proponents are notified as to their responsibilities for rehabilitation of temporary access routes and other temporary surface disturbances, created by their project, according to individual BLM Field Office standards and procedures, or those determined in the project-specific Section 7 Consultation.
- Limit disturbances to and within suitable owl habitat by staying on designated routes.
- Limit new access routes created by the project. 2. BLM will, as a condition of approval (COA) on any project proposed within identified PACs, designated critical habitat, or within spatial buffers for Mexican spotted owl nests (0.5 mile), ensure that project proponents are notified as to their responsibilities for rehabilitation of temporary access routes and other temporary surface disturbances, created by their project, according to individual BLM Field Office standards and procedures, or those determined in the project-specific Section 7 Consultation.

3. BLM will require monitoring of activities in designated critical habitat, identified PACs, or breeding habitats, wherein it has been determined that there is a potential for take. If any adverse impacts are observed to occur in a manner, or to an extent that was not considered in the project-specific Section 7 Consultation, then consultation must be reinitiated.

- Monitoring results should document what, if any, impacts to individuals or habitat occur during project construction/implementation. In addition, monitoring should document successes or failures of any impact minimization, or mitigation measures. Monitoring results would be considered an opportunity for adaptive management, and as such, would be carried forward in the design and implementation of future projects.

4. For all survey and monitoring actions:

- Reports must be provided to affected field offices within 15 days of completion of survey or monitoring efforts.
- Report any detection of Mexican spotted owls during survey or monitoring to the authorized officer within 48 hours.

5. BLM will, in areas of designated critical habitat, ensure that any physical or biological factors (i.e., the primary constituent elements), as identified in determining and designating such habitat, remains intact during implementation of any BLM-authorized activity.

---

6. For all BLM actions that —may adversely affect the primary constituent elements in any suitable Mexican spotted owl habitat, BLM will implement measures as appropriate to minimize habitat loss or fragmentation, including rehabilitation of access routes created by the project through such means as raking out scars, revegetation, gating access points, etc.

7. Where technically and economically feasible, use directional drilling from single drilling pads to reduce surface disturbance, and minimize or eliminate needing to drilling in canyon habitats suitable for Mexican spotted owl nesting.

8. Prior to surface disturbing activities in Mexican spotted owl PACs, breeding habitats, or designated critical habitat, specific principles should be considered to control erosion. These principles include:

   - Conduct long-range transportation and access planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.

   - Avoid surface disturbance in areas with high erosion hazards to the greatest extent possible. Avoid mid-slope locations, headwalls at the source of tributary drainages, inner valley gorges, and excessively wet slopes such as those near springs. In addition, avoid areas where large cuts and fills would be required.

   - Locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

9. Project developments should be designed, and located to avoid direct or indirect loss or modification of Mexican spotted owl nesting and/or identified roosting habitats. 10. Water production associated with BLM authorized actions should be managed to ensure maintenance or enhancement of riparian habitats.

## Southwestern willow flycatcher (*Empidonax traillii extimus*)

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Southwestern willow flycatcher (*Empidonax traillii extimus*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Surveys will be required prior to operations that —may adversely affect the Southwestern willow flycatcher unless species occupancy data and distribution information is complete and available. Surveys will only be conducted by BLM-approved personnel. In the event species occurrence is verified, project proponents may be required to modify operational plans at the discretion of the authorized officer. Modifications may include appropriate measures for minimization of adverse effects to the Southwestern willow flycatcher and its habitat.

2. BLM will monitor and restrict, when and where necessary, authorized or casual use activities that —may adversely affect the Southwestern willow flycatcher, including but not limited to, recreation, mining, and oil and gas activities. Monitoring results should be considered in the design and implementation of future projects.

3. To monitor the impacts of BLM-authorized projects determined —likely to adversely affect the Southwestern willow flycatcher, BLM should prepare a short report describing progress, including success of implementation of all associated mitigation. Reports shall be submitted annually to the USFWS Utah Field Office by March 1st beginning one full year from date of implementation of the proposed action. The report shall list and describe the following items:

   a. Any unforeseen adverse effects resulting from activities of each site-specific project (may also require reinitiation of formal Consultation);

   b. When, and if, any level of anticipated incidental take is approached (as allowed by separate Incidental Take Statements of site-specific Formal Section 7 Consultation efforts);

   c. When, or if, the level of anticipated take (as allowed by separate Incidental Take Statements from site-specific formal consultations) is exceeded; and

   d. Results of annual, periodic monitoring which evaluate the effectiveness of the reasonable and prudent measures or terms and conditions of the site-specific Consultation.

4. BLM should avoid granting activity permits or authorizing development actions in Southwestern willow flycatcher habitat. Unoccupied potential habitat should be protected in order to preserve them for future management actions associated with the recovery of the Southwestern willow flycatcher.

5. BLM will ensure project design incorporates measures to avoid direct disturbance to populations and suitable habitats where possible. At a minimum, project designs should include consideration of water flows, slope, seasonal and spatial buffers, possible fencing, and pre-activity flagging of critical areas for avoidance.

6. The BLM will continue to address illegal and unauthorized OHV use and activity upon BLM administered lands. In order to protect, conserve, and recover the Southwestern willow flycatcher in areas of heavy unauthorized use, temporary closures, or use restrictions beyond those which are already in place, may be imposed. As funding allows, BLM should complete a comprehensive assessment of all OHV use areas that interface with Southwestern willow flycatcher populations. Comparison of Southwestern willow flycatcher populations and OHV use areas using GIS would give BLM personnel another tool to manage and/or minimize impacts.

7. All surface disturbing activities should be restricted within a 0.25 mile buffer from suitable riparian habitats and permanent surface disturbances should be avoided within 0.5 mile of suitable Southwestern willow flycatcher habitat.

   • Unavoidable ground disturbing activities in occupied Southwestern willow flycatcher habitat should only be conducted when preceded by current year survey, should only occur between August 16 and April 30 (the period when Southwestern willow flycatcher are not likely to be breeding), and should be monitored to ensure that adverse impacts to Southwestern willow flycatcher are minimized or avoided, and to document the success of project specific

mitigation/protection measures. As monitoring is relatively undefined, project specific requirements must be identified.

8. BLM will properly consider nesting periods for Southwestern willow flycatcher when conducting horse gathering operations in the vicinity of habitat.

9. BLM will ensure that plans for water extraction and disposal are designed to avoid changes in the hydrologic regime that would likely result in loss or undue degradation of riparian habitat.

10. Native species will be preferred over non-native for revegetation of habitat in disturbed areas.

11. BLM will coordinate with other agencies and private landowners to identify voluntary opportunities to modify current land stewardship practices that may impact the Southwestern willow flycatcher and its habitats.

12. Limit disturbances to within suitable habitat by staying on designated routes.

13. Ground-disturbing activities will require monitoring throughout the duration of the project to ensure that adverse impacts to Southwestern willow flycatcher are avoided. Monitoring results should document what, if any, impacts to individuals or habitat occur during project construction/implementation. In addition, monitoring should document successes or failures of any impact minimization or mitigation measures. Monitoring results would be considered an opportunity for adaptive management and, as such, would be carried forward in the design and implementation of future projects.

14. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in Southwestern willow flycatcher habitat.

15. Habitat disturbances (i.e., organized recreational activities requiring special use permits, drilling activities, etc.) will be avoided within 0.25 mile of suitable Southwestern willow flycatcher habitat from May 1 to August 15.

16. Grazing allotments that contain habitat for the species will be managed with consideration for recommendations provided by the Southwestern willow flycatcher Recovery Plan, and other applicable research.

**Uinta Basin hookless cactus (*Sclerocactus glaucus* [= *S. brevispinus* and *S. wetlandicus*])**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Uinta Basin hookless cactus (*Sclerocactus glaucus*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

    a.   the stabilization of soils to minimize or avoid impacts related to soil erosion;

    b.   marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

    c.   require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3.  BLM shall continue to document new populations of Uinta Basin hookless cactus as they are encountered.

4.  To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5.  BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to suitable habitat, populations, or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6.  BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7.  In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8.  Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9.  Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

**San Rafael and Winkler cactus (*Pediocactus spp.*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the San Rafael (*Pediocactus despainii*) and Winkler cactus (*Pediocactus winkleri*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

    a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

    b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

    c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of San Rafael and Winkler cacti as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established

protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

12. As additional funding becomes available, BLM should develop a travel management plan specifically for areas of occupied and potential habitat for San Rafael and Winkler cactus.

13. As additional funding becomes available, BLM will conduct or encourage monitoring studies in areas to which topsoil has been placed with the intention of transferring the seed bank from San Rafael and Winkler cactus populations, to mitigate population losses from development activities. The purpose of these studies would be to evaluate mitigation measures for effectiveness in reestablishing populations of the species.

**Wright fishhook cactus (*Sclerocactus wrightiae*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Wright fishhook cactus. This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

   a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

   b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

   c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of Wright fishhook cactus as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where

feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

12. As funding permits, BLM will consider research opportunities to determine whether the mortality to recruitment ratio of 2.5 to 1, observed by Kass (2001) persists within studied populations. These observed ratios have resulted in the decline and ultimate loss of some populations. Therefore, future research might study how widespread the decline may be. To accomplish this, several populations should be selected that represent a range of habitats, locations, proximity to potential threats and relative population sizes. Populations should be monitored for changes in number and overall condition to determine whether these observed mortality rates are characteristic of the species throughout its range.

**Maguire Daisy (*Erigeron maguirei*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Maguire daisy (*Erigeron maguirei*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

    a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

    b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

    c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of Maguire daisy (*Erigeron maguirei*) as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated

---

critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

## Jones cycladenia (*Cycladenia humilis* var. *jonesii*)

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Jones cycladenia (*Cycladenia humilis* var. *jonesii*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

    a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

    b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

    c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of Jones cycladenia (*Cycladenia humilis* var. *jonesii*) as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

## Last Chance townsendia (*Townsendia aprica*)

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Last Chance townsendia (*Townsendia aprica*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

   a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

   b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities;

   c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of Last Chance townsendia (*Townsendia aprica*) as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities

that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

**Barneby Reed-Mustard (*Schoenocrambe barnebyi*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Utah reed-mustards. This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

   a. the stabilization of soils to minimize or avoid impacts related to soil erosion;

   b. marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

   c. require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of each species as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to suitable habitat, populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

**Colorado River Endangered Fish Bonytail (*Gila elegans*), Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), and Razorback Sucker (*Xyrauchen texanus*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions on the Colorado pikeminnow, Humpback chub, bonytail, and razorback sucker, herein referred to as the Colorado River fishes. This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Monitoring of impacts of site-specific projects authorized by the BLM will result in the preparation of a report describing the progress of each site-specific project, including implementation of any associated reasonable and prudent measures or reasonable and prudent alternatives. This will be a requirement of project proponents and will be included as a condition of approval (COA) on future proposed actions that have been determined to have the potential for take. Reports will be submitted annually to the USFWS - Utah Field Office, beginning after the first full year of implementation of the project, and shall list and describe:

    a. Any unforeseen direct or indirect adverse impacts that result from activities of each site-specific project;

    b. Estimated levels of impact or water depletion, in relation to those described in the original project-level Consultation effort, in order to inform the Service of any intentions to reinitiate Section 7 Consultation; and

    c. Results of annual, periodic monitoring which evaluates the effectiveness of any site-specific terms and conditions that are part of the formal Consultation process. This will include items such as an assessment of whether implementation of each site-specific project is consistent with that described in the BA, and whether the project has complied with terms and conditions.

2. The BLM shall notify the USFWS immediately of any unforeseen impacts detected during project implementation. Any implementation action that may be contributing to the introduction of toxic materials or other causes of fish mortality must be immediately stopped until the situation is remedied. If investigative monitoring efforts demonstrate that the source of fish mortality is not related to the authorized activity, the action may proceed only after notification of USFWS authorities.

3. Unoccupied, suitable habitat areas should be protected in order to preserve them for future management actions associated with the recovery of the Endangered Colorado River Fish, as well as approved reintroduction, or relocation efforts.

    - BLM will avoid impacts where feasible, to habitats considered most representative of prime suitable habitat for these species.

    - Surface disturbing activities will be restricted within ¼ mile of the channel centerline of the Green, Price, and San Rafael Rivers

    - Surface disturbing activities proposed to occur within floodplains or riparian areas will be avoided unless there is no practical alternative or the development would enhance riparian/aquatic values. If activities must occur in these areas, construction will be designed to include mitigation efforts to maintain, restore, and/or improve riparian and aquatic conditions. If conditions could not be maintained, offsite mitigation strategies should be considered.

4. BLM will ensure project proponents are aware that designs must avoid as much direct disturbance to current populations and known habitats as is feasible. Designs should include:

    a. protections against toxic spills into rivers and floodplains;

    b.  plans for sedimentation reduction;

    c.  minimization of riparian vegetation loss or degradation;

    d.  pre-activity flagging of critical areas for avoidance;

    e.  design of stream-crossings for adequate passage of fish; and

    f.  measures to avoid or minimize impacts on water quality at the 25-year frequency runoff

5.  Prior to surface disturbing activities, specific principles will be considered to control erosion. These principles include:

- Conduct long-range transportation and access planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.

- Avoid, where possible, surface disturbance in areas with high erosion hazards.

- Avoid mid-slope location of drill pads, headwalls at the source of tributary drainages, inner valley gorges, excessively wet slopes such as those near springs and avoid areas where large cuts and fills would be required.

- Design and locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

6.  Where technically and economically feasible, project proponents will use directional drilling or multiple wells from a single pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Ensure that such drilling does not intercept or degrade alluvial aquifers. Drilling will not occur within 100 year floodplains that contain listed fish species or their designated critical habitats.

7.  The Utah Oil and Gas Pipeline Crossing Guidance (BLM National Science and Technology Center), or other applicable guidance, will be implemented for oil and gas pipeline river/stream crossings.

8.  In areas adjacent to 100-year floodplains, particularly in systems prone to flash floods, BLM will analyze the risk for flash floods to impact facilities. Potential techniques may include the use of closed loop drilling and pipeline burial or suspension as necessary to minimize the potential for equipment damage and resultant leaks or spills.

9.  Water depletions from any portion of the Upper Colorado River drainage basin above Lake Powell are considered to adversely affect and adversely modify the critical habitat of these endangered fish species. Section 7 consultation will be completed with the Service prior to any such water depletions.

10. Design stream-crossings for adequate passage of fish (if present), minimum impact on water quality, and at a minimum, a 25-year frequency run-off.

**Additional Resource Protection Measures**

**Surface disturbing activities**

- Evaluate areas subject to surface disturbance for the presence of cultural resources or values. This is usually accomplished through the completion of a cultural clearance. An

on-the-ground inspection by a qualified archaeologist, historian, or paleontologist is required. In cases where cultural resources are found, the preferred response would be to modify the proposed action to avoid the cultural resource (avoidance). If avoidance is not possible, actions would be taken to preserve the data or value represented by the cultural resource (mitigation).

- Evaluate areas subject to surface disturbance for the presence of threatened, endangered, or candidate animal or plant species. This is usually accomplished through the completion of a biological clearance. An on-the-ground inspection by a qualified biologist is required. In cases where threatened, endangered, or candidate species are affected, the preferred response would be to modify the proposed action to avoid species or their habitat (avoidance). If avoidance of a threatened, endangered, or candidate species or its habitat is not possible, a Section 7 consultation with USFWS would be required, and a biological assessment would be prepared to recommend actions to protect the species or its habitat.

- Consider requiring special design and reclamation measures to protect scenic and natural landscape values. These may include transplanting trees and shrubs, mulching and fertilizing disturbed areas, use of low-profile permanent facilities, and painting to minimize visual contrasts. Surface disturbing activities may be moved to avoid sensitive areas or to reduce the visual effects of the proposal.

- Design above-ground facilities requiring painting to blend in with the surrounding environment.

- Implement reclamation concurrent with construction and site operations to the extent possible. Final reclamation actions shall be initiated within 6 months of the termination of operations unless otherwise approved in writing by the authorized officer.

- Ensure fill material is pushed into cut areas and up over back slopes. Depressions should not be left that would trap water or form ponds.

## Road Design and Maintenance

- Keep access roads to a minimum and use to only when necessary.
- Design roads to minimize total disturbance, conform with topography, and minimize disruption of natural drainage patterns.
- Locate roads on stable terrain, such as ridgetops; natural benches; and flatter transitional slopes near ridges, valley bottoms, and moderate sideslopes, and away from slumps, slide-prone areas, concave slopes, clay beds, and where rock layers dip parallel to the slope. Locate roads on well-drained soil types; avoid wet areas.
- Construct roads for surface drainage by using outslopes, crowns, grade changes, drain dips, waterbars, and/or insloping to ditches as appropriate. Maintain drain dips, waterbars, road crown, insloping, and outsloping, as appropriate, during road maintenance. Grade roads only as necessary.
- Sloping the road base to the outside edge for surface drainage is normally recommended for local spurs or minor collector roads where low traffic volume and lower traffic speeds are anticipated. This is also recommended in situations where long intervals between maintenance will occur and where minimum excavation is wanted. Outsloping is not recommended on steep slopes. Sloping the road base to the inside edge is an acceptable

practice on roads with steep sideslopes and where the underlying soil formation is very rocky and not subject to appreciable erosion or failure.

- Crown and ditching is recommended for arterial and collector roads where traffic volume, speed, intensity, and user comfort are considerations. Recommended gradients range from 0 percent to 15 percent where crown and ditching may be applied, as long as adequate drainage away from the road surface and ditch lines is maintained.
- In soil types with a low sand component, construct roads when soils are dry and not frozen, if possible. When these types of soils or road surfaces become saturated to a depth of three inches, BLM-authorized activities should be limited or cease unless otherwise approved by the authorized officer.
- Retain vegetation between roads and streams to filter runoff caused by roads.
- Use culverts that pass, at a minimum, a 50-year storm event and/or have a minimum diameter of 13 inches for permanent stream crossings and a minimum diameter of 18 inches for road cross-drains.
- Strip and stockpile topsoil ahead of construction of new roads, if feasible.
- Reapply soil to cut and fill slopes prior to revegetation.
- Use existing roads whenever possible rather than constructing new road systems.

**Noxious Weed Management**

- To reduce the potential for the introduction of noxious weeds, clean off all equipment with pressure washing prior to operating on BLM lands. Removal of all dirt, grease, and plant parts that may carry noxious weed seeds or vegetative parts is required and may be accomplished with a pressure hose.
- Ensure all seed, hay, straw, mulch, or other vegetation material transported and used on public land weed free zones for site stability, rehabilitation, or project facilitation is free of noxious weeds and noxious weed seed as certified by a qualified federal, state, or county officer.

**Road Design and Maintenance**

- Keep access roads to a minimum and use to only when necessary.
- Design roads to minimize total disturbance, conform with topography, and minimize disruption of natural drainage patterns.
- Locate roads on stable terrain, such as ridgetops; natural benches; and flatter transitional slopes near ridges, valley bottoms, and moderate sideslopes, and away from slumps, slide-prone areas, concave slopes, clay beds, and where rock layers dip parallel to the slope. Locate roads on well-drained soil types; avoid wet areas.
- Construct roads for surface drainage by using outslopes, crowns, grade changes, drain dips, waterbars, and/or insloping to ditches as appropriate. Maintain drain dips, waterbars, road crown, insloping, and outsloping, as appropriate, during road maintenance. Grade roads only as necessary.
- Sloping the road base to the outside edge for surface drainage is normally recommended for local spurs or minor collector roads where low traffic volume and lower traffic speeds are anticipated. This is also recommended in situations where long intervals between maintenance will occur and where minimum excavation is wanted. Outsloping is not

recommended on steep slopes. Sloping the road base to the inside edge is an acceptable practice on roads with steep sideslopes and where the underlying soil formation is very rocky and not subject to appreciable erosion or failure.

- Crown and ditching is recommended for arterial and collector roads where traffic volume, speed, intensity, and user comfort are considerations. Recommended gradients range from 0 percent to 15 percent where crown and ditching may be applied, as long as adequate drainage away from the road surface and ditch lines is maintained.
- In soil types with a low sand component, construct roads when soils are dry and not frozen, if possible. When these types of soils or road surfaces become saturated to a depth of three inches, BLM-authorized activities should be limited or cease unless otherwise approved by the authorized officer.
- Retain vegetation between roads and streams to filter runoff caused by roads.
- Use culverts that pass, at a minimum, a 50-year storm event and/or have a minimum diameter of 13 inches for permanent stream crossings and a minimum diameter of 18 inches for road cross-drains.
- Strip and stockpile topsoil ahead of construction of new roads, if feasible.
- Reapply soil to cut and fill slopes prior to revegetation.
- Use existing roads whenever possible rather than constructing new road systems.

**Right-of-Way and Utility Corridors**

- Ensure rights-of-way (ROW) and utility corridors use areas adjoining or adjacent to previously disturbed areas whenever possible.
- Stabilize disturbed areas within road ROWs and utility corridors with vegetation practices designed to hold soil in place and minimize erosion. Reestablish vegetation cover to increase infiltration and provide additional protection from erosion.
- Construct sediment barriers when needed to slow runoff, allow deposition of sediment, and prevent transport from the site. Straining or filtration mechanisms may also be employed for the removal of sediment from runoff.

**Visual Resource Management**

- Use repetition of elements of form, line, color, and texture to blend facilities with the surrounding landscape.
- Paint all above-ground structures not requiring safety coloration an environmental color two shades darker than the surrounding environment.
- Reclaim and recontour all disturbed areas, including access roads, to the original contour or a contour that blends with the surrounding topography.
- Avoid facility placement on steep slopes, ridge tops, and hilltops.
- Reclaim unused well pads within 1 year.

**Developed Recreation**

- Construct recreation sites and provide appropriate sanitation facilities to minimize impacts to resource values, maximize public hazardous materials, and minimize user conflicts related to approved activities and access within an area as appropriate.

- Use public education and/or physical barriers (such as rocks, posts, and vegetation) to direct or preclude uses and to minimize impacts to resource values.

**Riparian/Wetland Areas**

- Avoid locating roads, trails, and landings in wetlands.
- Locate, identify, and mark riparian management areas during design of projects that may cause adverse impacts to riparian management areas.
- Keep open water free from slash.
- Avoid equipment operation in areas of open water, seeps, and springs.
- Use low ground pressure equipment (floatation tires or tracked) as necessary to minimize rutting and compaction.

**Water Developments**

- Actual work in springs and stream beds will be done by hand where possible. If machinery is needed in these areas, it will be selected to minimize disturbance.
- After construction of spring head boxes, troughs, pipelines, and well sites, the areas will be cleaned up and refuse removed.
- Cuts, fills, and excavations will be dressed and seeded to blend with surroundings. Pipelines will be buried where possible.
- Original water sources will be protected, fenced if required, and an off-stream watering supply will be provided near the site.
- Size of storage tanks and troughs will be designed to accommodate expected needs of livestock and wildlife using each water source.
- Water will be left at the site for wildlife. Wells will be cased to prevent cave-ins and well sites will be fenced.
- Storage structures will be designed to provide water for wildlife. Drinking ramps will be installed and heights will not prohibit young wildlife from obtaining water.

**Critical habitat**

- Currently, no designated critical habitat has been identified for the California condor, Utah prairie dog, Barneby reed-mustard, Last Chance townsendia, Jones cycladenia, Maguire daisy, Uinta Basin hookless cactus, San Rafael cactus, Winkler cactus, or Wright fishhook cactus within the Price planning area. If critical habitat is proposed and designated under section 4 of the ESA (CFR 50 402.02), these areas would be protected from future surface disturbing activities that would adversely modify or destroy the designated critical habitat. Currently critical habitat has only been designated for the Mexican spotted owl in the Desolation Canyon and surrounding area.

**Fire and Fuels Management**

- Areas considered for prescribed burns shall be surveyed for populations of threatened and endangered species and viable habitat.
- To reduce risks and to restore ecosystems, the following fuels management tools would be allowed throughout Utah: wildland fire use, prescribed fire, and mechanical, chemical,

and biological actions. As conditions allow, the BLM would employ the least intrusive method over more intrusive methods. For example, wildland fire use is the preferred method of treatment. Where wildland fire use is not feasible, prescribed burning would be the preferred method. Where prescribed burning is not feasible, non-fire fuel treatments would become the preferred method of treatment.

- Monitoring actions for special status species would be undertaken to determine results from fire management decisions and actions. Monitoring results would be used in determining the need for further LUP amendment or revisions.

## Lands and Realty Management

- Areas considered for disposal that contain suitable habitat for special status species shall be surveyed for populations of the species prior to disposal. Lands should not be disposed of unless it is determined that the action would pose no threat to the conservation of special status species populations and habitat.
- Ensure rights-of-way (ROW) and utility corridors use areas adjoining or adjacent to previously disturbed areas whenever possible.
- Stabilize disturbed areas within road ROWs and utility corridors with vegetation practices designed to hold soil in place and minimize erosion. Reestablish vegetation cover to increase infiltration and provide additional protection from erosion.
- Construct sediment barriers when needed to slow runoff, allow deposition of sediment, and prevent transport from the site. Straining or filtration mechanisms may also be employed for the removal of sediment from runoff.

## Livestock Grazing Management

- The Bureau of Land Management would encourage the avoidance of suitable habitats and known populations of all special status species during herding, trailing, salting, and watering of livestock.
- BLM should (will) establish monitoring programs for all federally listed plant populations to determine the long term impacts of grazing and other factors affecting those listed species.
- BLM should (will) establish monitoring programs for all federally listed plant populations to determine the long term impacts of grazing and other factors affecting those listed species.
- BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with FWS).
- BLM will conduct intensive surveys for target species regularly and within a 6 year period, i.e. no site is unvisited in over 6 years. Surveys will be on potential habitat within the grazing allotment and will collect information on the potential impact of livestock, recreational, or other uses on the long-term viability of rare plant species.
- Each grazing allotment containing listed species should have at least one monitoring plot per listed species to collect population demographic and trend data.

**Cultural and Paleontological Resource Management**

- Environmental assessments should continue to be required before excavation permits are issued. The environmental assessments should include the presence or absence of threatened, endangered, or special status species and their suitable habitats.

**Vegetation Management**

- Riparian habitats will be maintained, improved, or restored to provide wildlife habitat, improve water quality, and enhance forage conditions.
- When planting or seeding vegetation in areas identified as T&E or Special Status Species habitat, only native species would be selected.
- Water production will be managed to ensure maintenance or enhancement of riparian habitat.

**Wild Horse and Burro Management**

- BLM will avoid special status species populations and habitat during the construction of catchments facilities. BLM will also make an effort to avoid special status species populations and habitat during herding activities.

**Wildlife Resource Management**

- The BLM will continue to conduct project specific site inventories in areas that are proposed for all management developments that occur in suitable habitat for special status species

## BEST MANAGEMENT PRACTICES

Best Management Practices (BMP's) are specific measures and practices which are considered at the project-specific level, on a case by case basis. BMP's should be implemented wherever possible, to reduce possible adverse affects, advance the protection, conservation, and recovery of special status species. Best Management practices will allow flexibility for resource managers to implement protective measures for special status species.

**Cultural Resources and Paleontological Resources**

- Archeologists can be educated and taught how to identify special status species in order to avoid trampling during excavations and fence construction efforts.

**Energy and Mineral Development**

- Surface restrictions should be placed in and around known populations of special status species.

**Fire and Fuels Management**

- Areas should also be analyzed when a wildfire determination is being made to either let it burn or suppress the fire.

**Forestry and Woodlands Resource Management**

- Individuals obtaining permits for posts, firewood, and Christmas trees would be directed to areas that do not contain known occupied habitat of special status species.

**Lands and Realty Management**

- Road construction, maintenance and right-of-way corridors shall be restricted in known populations of special status species.

**Recreation**

- OHV use should be designated as limited to existing roads and trails where known special status species populations exist.

**Vegetation Resource Management**

- The use of herbicides, chemical treatments and habitat manipulations should be restricted within special status species populations and habitat.
- Seeding and revegetation actions will be adjusted to the special habitat and plant community characteristics of endangered and threatened plant populations

**Wild Horse and Burro Management**

- The herding and trapping of wild horses and burros in special status species populations and habitat should be avoided to reduce additional trampling caused by such activities

PROJECT FILE



# United States Department of the Interior
## FISH AND WILDLIFE SERVICE
UTAH FIELD OFFICE
2369 WEST ORTON CIRCLE, SUITE 50
WEST VALLEY CITY, UTAH 84119

SURNAME

October 23, 2008

In Reply Refer To
FWS/R6
ES/UT
08-F-0057
6-UT-08-F-0025

Memorandum

To:        Field Office Manager, Bureau of Land Management, Vernal Field Office, 170
           South 500 East Vernal, UT 84078

From:      Utah Field Supervisor, U.S. Fish and Wildlife Service, Ecological Services, West
           Valley City, Utah

Subject:   Biological Opinion for BLM Resource Management Plan (RMP), Vernal Field
           Office (VFO)

This document transmits the U.S. Fish and Wildlife Service's (USFWS) Biological Opinion
based on our review of potential activities described under the Resource Management Plan of the
Utah Bureau of Land Management (BLM) Vernal Field Office (VFO) and their potential effects
on the federally threatened Mexican spotted owl (*Strix occidentalis lucida*), Canada lynx (*Lynx
canadensis*), Ute ladies'-tresses (*Spiranthes diluvialis*), Uinta Basin hookless cactus
(*Sclerocactus glaucus*) and clay reed-mustard (*Schoenocrambe argillacea*); and federally
endangered black-footed ferret (*Mustela nigripes*), bonytail (*Gila elegans*), Colorado
pikeminnow (*Ptychocheilus lucius*), humpback chub (*Gila cypha*), razorback sucker (*Xyrauchen
texanus*) and shrubby reed-mustard (*Schoenocrambe suffrutescens*) in accordance with Section 7
of the Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 et seq.). Critical
habitat was designated for the Mexican spotted owl on February 01, 2001 and was re-designated
August 31, 2004 (66 FR 8530, 69 FR 53181).Critical habitat was designated for the listed
Colorado fish (Colorado pikeminnow, humpback chub, bonytail, and razorback sucker)
March 21, 1994 (59 FR 13374). Your August 22, 2008 request for formal consultation for all
aforementioned species was received on August 25, 2008.

Vernal FO BLM Resource Management Plan proposed activities are categorized into the
following 18 programs:

> Air Quality
> Cultural Resources
> Paleontological Resources
> Fire and Fuels Management

Lands and Realty Management
Livestock and Grazing Management
Minerals and Energy Resources
Recreation and Travel Management
Riparian and Wetland Resources
Soil and Water Resources
Special Designations Areas
Special Status Species Management
Vegetation Resources Management
Visual Resources Management
Wild Horse Management
Wildlife and Fisheries Management
Woodlands and Forestry Management
Non-WSA Lands with Wilderness Characteristics

This Biological Opinion and Conference Opinion is based on information provided in the
August 22nd Biological Assessment, personal communications between the USFWS biologists
and the BLM biologists, telephone conversations, email correspondence, conference calls,
planning meetings, and other sources of information. A complete administrative record of this
consultation is on file at this office.

**Consultation History**

This section summarizes significant steps in the consultation process. Additional
correspondence, and email transmissions, that occurred between May 8, 2008, and
September 25, 2008 are documented in the administrative record for this consultation.

- March 5, 2008: BLM electronically sent a draft Biological Assessment for the Vernal
  BLM Field Office Resource Management Plan to the USFWS for review;

- March 2008 through August 21, 2008: The USFWS reviewed and provided comments
  on the draft Biological Assessment;

- August 25, 2008: We received the final version of the VFO Biological Assessment and
  began formal consultation.

# PROGRAMMATIC BIOLOGICAL OPINION

# TABLE OF CONTENTS

DESCRIPTION OF THE PROPOSED ACTION ................................................................ 5

   DESCRIPTION OF ACTIVITIES AND MANAGEMENT PRESCRIPTIONS UNDER THE VERNAL RMP .... 8
     *Air Quality* ................................................................................................... 8
     *Cultural Resources*........................................................................................ 8
     *Paleontological Resources*............................................................................ 9
     *Fire and Fuels Management* ......................................................................... 10
     *Lands and Realty Management*..................................................................... 11
     *Livestock Grazing Management* ................................................................... 11
     *Minerals and Energy Resource Management*................................................ 12
     *Recreation and Travel Management*............................................................. 14
     *Riparian and Wetland Resources*................................................................. 14
     *Soil and Water Resources* ............................................................................ 15
     *Special Designation Areas*........................................................................... 16
     *Special Status Species Management* ............................................................. 16
     *Vegetation Management* ............................................................................... 17
     *Visual Resource Management*....................................................................... 17
     *Wild Horse Management* .............................................................................. 17
     *Wildlife and Fisheries Management* ............................................................. 18
     *Woodland and Forestry Management* ........................................................... 18
     *Non-WSA Lands with Wilderness Characteristics*........................................ 19
   CONSERVATION MEASURES ................................................................................. 19

SPECIES ACCOUNTS, EFFECTS, AND CONCLUSIONS ........................................ 20

   MEXICAN SPOTTED OWL (*STRIX OCCIDENTALIS LUCIDA*) ............................................. 20
   BLACK-FOOTED FERRET (*MUSTELA NIGRIPES*) ........................................................... 32
   CANADA LYNX (*LYNX CANADENSIS*)........................................................................... 41
   UTE LADIES'-TRESSES (*SPIRANTHES DILUVIALIS*) ...................................................... 49
   UINTA BASIN HOOKLESS CACTUS (*SCLEROCACTUS GLAUCUS*) ................................... 58
   CLAY REED-MUSTARD (*SCHOENOCRAMBE ARGILLACEA*) ............................................ 68
   SHRUBBY REED-MUSTARD (*SCHOENOCRAMBE SUFFRUTESCENS*) ............................... 75
   COLORADO FISH............................................................................................... 84
   BONYTAIL (*GILA ELEGANS*) .................................................................................. 84
   COLORADO PIKEMINNOW (*PTYCHOCHEILUS LUCIUS*).................................................. 88
   HUMPBACK CHUB *(GILA CYPHA)* ........................................................................... 95
   RAZORBACK SUCKER (*XYRAUCHEN TEXANUS*) ........................................................ 100

INCIDENTAL TAKE STATEMENT.......................................................................... 116

REASONABLE AND PRUDENT MEASURES / TERMS AND CONDITIONS .............. 117

RECOMMENDED CONSERVATION MEASURES ..................................................... 117

RE-INITIATION STATEMENT ................................................................................. 122

LITERATURE CITED ............................................................................................... 123

**APPENDIX A – BLM COMMITTED CONSERVATION MEASURES AND LEASE NOTICES**...................................................................................................................... **151**

# LIST OF TABLES

Table 1.  Federally Protected Utah Species on BLM Lands Analyzed in this Biological Opinion (BO) for the Proposed Resource Management Plan by Vernal BLM Field Office. ....................... 7

# DESCRIPTION OF THE PROPOSED ACTION

The proposed action examined in this consultation is the continuation of land management activities described by the Resource Management Plan (RMP). The RMP replaces two Land Use Plans (1985 Book Cliffs RMP and 1994 Diamond Mountain RMP) that provided management direction for the planning area. The Vernal RMP and the accompanying Environmental Impact Statement (EIS) will provide planning guidance for public lands managed by the Vernal Field Office (VFO) in Duchesne, Daggett and Uintah counties in eastern Utah for the next 15 to 20 years. RMPs are used by the BLM to guide and control future actions and set standards upon which future decisions on site-specific activities will be based. RMPs only establish general management policy on a broad scale. They are not used to make decisions that commit resources on a small scale such as on specific parcels of land. RMPs identify desired outcomes, also known as "desired future conditions". These desired future conditions are expressed in RMPs as goals, standards, objectives, and allowable uses and actions needed to achieve desired outcomes. These are often referred to as RMP decisions or resource allocations. It is upon these RMP decisions or resource allocations that the effects determinations in this Biological Opinion are based for:

- Black-footed ferret (*Mustela nigripes*)
- Canada lynx (Lynx canadensis)
- Mexican spotted owl (Strix occidentalis lucida)
- Clay reed-mustard (Schoenocrambe argillacea)
- Shrubby reed-mustard (Schoenocrambe suffrutescens)
- Ute ladies'-tresses (*Spiranthes diluvialis*)
- Uinta Basin hookless cactus (*Sclerocactus glaucus*)
- Bonytail (Gila elegans)
- Colorado pikeminnow (*Ptychocheilus lucius*)
- Humpback chub (*Gila cypha*)
- Razorback sucker (*Xyrauchen texanus*)

The action area is defined at 50 CFR 402 to mean "all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action". Federal lands administered by other agencies and State, Tribal, and private lands that adjoin BLM administered land are also considered part of the action area. In general, these are lands immediately adjacent to, downslope from, downstream of, or downwind from BLM-administered land where effects to the watershed, post-fire floods, ash flows, and elevated sedimentation may occur. The Proposed Action area includes the 5,518,800 acres within the boundary of the VFO, of which 1,725,500 acres (approximately 30%) are BLM managed surface lands. Other agencies that manage land in the vicinity of the VFO include the U.S. Forest Service (USFS), Bureau of Indian Affairs (BIA), National Park Service (NPS), USFWS, School and Institutional Trust Lands Administration (SITLA), Utah Division of Wildlife Resources (UDWR), and Utah Division of Lands and Forestry (UDLF). Additional lands are held in private ownership or in trust by the United States for the Ute Indian Tribe or for individual Indians. Much of the Vernal Planning Area (VPA) is located within the boundaries of the Uintah and Ouray Indian Reservation, with Indian Trust Lands managed by the BIA. Therefore, federally listed species and habitat located on these lands

could be indirectly effected by resource management decisions made in the Proposed Action area.

The Diamond Mountain portion of the planning area includes BLM-administered lands and minerals in Daggett and Duchesne Counties and a portion of Uintah County northwest of the Green River. The plan is responsible for the administration of public land in Browns Park and the Diamond Mountain Plateau for the Little Snake Field Office (LSFO) of Colorado. The LSFO administers public land in Browns Park for some resources. Administration of these agreed-upon resources is in accordance with the parent resource area's management plan. There are also fire suppression agreements between the VFO and these other BLM field offices. The Book Cliffs portion of the planning area is located in northeastern Utah. It is bounded by the Utah-Colorado state line on the east, the Book Cliffs Mountain to the south, the Green River to the west, and Blue Mountain to the north. The Book Cliffs area includes public land and minerals in Uintah and Grand Counties. The VFO boundary officially ends at the Uintah County line; however, a small portion of the public lands in Grand County of the Moab Field Office (MFO) is administered by the VFO under a MOU. The agreement with Moab includes the administration of all resources and programs including land use planning, while a similar agreement with the White River Field Office in Colorado includes only grazing administration.

The Vernal RMP describes activities in a number of resource management programs. Several of the aforementioned programs have "no effect" or "not likely to adversely affect" determinations on the following species, however overall, the entire Vernal RMP is a "likely to adversely affect" determination for all the listed species: Mexican spotted owl, black-footed ferret, Canada lynx, Ute ladies'-tresses, shrubby reed-mustard, clay reed-mustard, Uinta Basin hookless cactus, bonytail, Colorado pikeminnow, humpback chub, and razorback sucker.

**Table 1.  Federally Protected Utah Species on BLM Lands Analyzed in this Biological Opinion (BO) for the Proposed Resource Management Plan by Vernal BLM Field Office.**  "Likely to adversely affect" determinations (LAA) are used if a program may have any direct or indirect adverse effect to a threatened or endangered species.  "May affect, not likely to adversely affect" (NLAA) determinations conclude that activities occurring under the program are either insignificant or beneficial.  "No effect" (NE) determinations conclude that the species and critical habitat will be unaffected by the proposed activities under the program.

| Programs / Common Name (Scientific Name) | Air Quality | Cultural Resources | Paleontological Resources | Fire Management | Lands and Realty Management | Livestock and Grazing | Minerals and Energy | Recreation and Travel | Riparian and Wetland Management | Soil and Water Resources | Special Designations | Special Status Species | Vegetation Management | Visual Resources | Wild Horses | Wildlife and Fisheries | Woodlands and Forests | Wilderness Characteristics |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black-footed ferret (Mustela nigripes) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | NE | LAA | NE | LAA |
| Canada lynx (Lynx canadensis) | NE | LAL | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | NE | LAA | LAA | LAA |
| Mexican spotted owl (Strix occidentalis lucida) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Shrubby reed-mustard (Schoenocrambe suffrutescens) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Clay reed-mustard (Schoenocrambe argillacea) | NE | LAA | LAA | NLAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAL | LAA | LAA | LAA |
| Uinta Basin hookless cactus (Sclerocactus glaucus) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Ute ladies'-tresses (Spiranthes diluvialis) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Bonytail (Gila elegans) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| humpback chub (Gila cypha) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Colorado pikeminnow (Ptychocheilus lucius) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |
| Razorback sucker (Xyrauchen texanus) | NE | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | LAA | NLAA | NLAA | LAA | NLAA | LAA | LAA | LAA | LAA |

# Description of Activities and Management Prescriptions under the Vernal RMP

Air Quality

The primary objective of air quality management within the Vernal planning area is to maintain air quality in accordance with standards precribed by federal and state laws and regulations. The air quality program does not consider potential impacts to fish and wildlife resources beyond the standards set forth by EPA and the Utah Department of Environmental Quality. Air quality management actions include managing air quality in accordance with standards provided by federal, state and local laws and regulations, compliance of the Clean Air Act, mitigation of actions that compromise ambient air quality standards or visibility within the Class I air areas, and compliance with Utah Administrative Code Regulation R307-205, which prohibits the use, maintenance, or construction of roadways and disturbed areas without taking appropriate dust abatement measures. Compliance would be obtained through special stipulations as a requirement on new projects and through the use of dust abatement control techniques in problem areas.

Currently, emission sources within the VPA consist of mostly oil and gas development facilities and mining sites. There are also fugitive dust sources associated with these sites, construction activities and roadways.

Cultural Resources

The objective of the cultural resource management program is to protect, preserve, interpret, and manage significant cultural resources for their informational, educational, recreational, and scientific values. Site-specific inventories for cultural resources are required before the start of surface disturbance or if Vernal Field Office-administered lands were proposed for transfer out of federal ownership.

Cultural resources within the Vernal area are numerous, diverse, and widely dispersed. The resources range from small, ancient artifact scatters associated with prehistoric populations to historical resources like cabins, homesteads, mines, and railroads. Although these resources have been documented over years of study, a comprehensive picture of the exact distribution of the resources is not possible due to the large area encompassed and the lack of region-wide systematic study. Areas likely to have high concentrations of cultural resources include areas nearby permanent water, juniper zones, sand dune areas, and historical mining districts.

Cultural inventories have traditionally been conducted to support site-specific surface-disturbing projects, such as mineral and energy development, to comply with the requirements of Section 106 of the National Historic Preservation Act and other cultural resource preservation laws. During these activities, cultural resources are inventoried, categorized, and preserved; in addition staff will conduct field activities, perform excavations; map and collect surface materials, research records, and photograph sites and cultural resources. Inventory data collection is used for documentation and development of mitigation plans before other resource program surface disturbance. Inventory activities commonly entail the use of hand tools, power tools, or heavy machinery. Survey intensity varies among inventories and may last from one day to several

weeks. In addition, academic institutions have performed research excavations, although such scientific investigations were limited. Intensive cultural resource inventories that meet Utah Class III standards (i.e., 15-meter transect intervals) have been completed on approximately 57,000 acres.

Cultural resource land management may include: reduction of imminent threats and potential conflicts from natural and human-caused deterioration; creation of opportunities for scientific and educational uses of cultural resource sites; interpretation and education focused on previous human occupation and land uses, provision of traditional Native American uses though permits, including collection of herbs, medicines, traditional use items, and items necessary for traditional, religious, or ceremonial purposes. These actions may involve proactive research, protection and inventories involving universities, service groups, site stewards, tribes and community outreach.

Surface disturbance is generally avoided near significant cultural resource sites and within ¼ mile or the visual horizon of significant segments of historic trails and canals. Sites listed on, or eligible for, the National Register for Historic Places are protected and would be managed for their local and national significance in compliance with the National Historic Preservation Act, the Archaeological Resources Protection Act, the American Indians Religious Freedom Act, and the Native American Graves Protection and Repatriation Act, as appropriate.

Paleontological Resources

The objective of the paleontological resource management program is to protect, preserve, interpret, and manage significant cultural resources for their informational, educational, recreational, and scientific values. Site-specific inventories for paleontological resources are required before the start of surface disturbance or if Vernal Field Office-administered lands were proposed for transfer out of federal ownership.

Paleontological resources are abundant in the Vernal Field Office. The Uinta Basin, situated in the central portion of the VPA, has a geologic history of several orogenies (mountain building events) and a series sea level changes evidenced in the various rock formations and in the fossil record. The rocky outcrops in the VPA are primarily sedimentary and span more than 2.8 billion years of geologic history. These sedimentary deposits include Precambrian marine clastics, Paleozoic shelf deposits, Mesozoic terrestrial deposits, Tertiary basin fill and lake deposits, and Late Tertiary and Quaternary basin fill, glacial deposits, and alluvium. The sedimentary rocks within the VPA formed and deposited in a variety of ancient environments more than 65 million years ago.

During these activities, paleontological resources are inventoried, categorized, and preserved; in addition staff will conduct field activities, perform excavations; map and collect surface materials, research records, and photograph sites and resources. Inventory data collection is used for documentation and development of mitigation plans before other resource program surface disturbance. Inventory activities commonly entail the use of hand tools, power tools, or heavy machinery. Survey intensity varies among inventories and may last from one day to several weeks. In addition, academic institutions have performed research excavations.

Paleontological resource management may further include surface collection of common invertebrate and botanical paleontological resources for non-commercial use, interpretation of paleontological resources, protection of fossil resource sites not feasible or desirable to excavate.

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resource values from wildfire and to restore the natural role of fire in the ecosystem. The major activities involved with the fire management program include: wildfire suppression; management of natural ignitions as wildland fire use for resource benefits; prescribed burning; non-fire fuels treatment for hazardous fuels reduction; and emergency stabilization and rehabilitation following wildfires.

Fires within the planning area are both naturally occuring and used as a management tool. Naturally occuring fires are widely distributed in terms of frequency and severity. In the 10-year period from 1989 to 1998, 497 wildland fires burned a total of 8,540 acres in the VPA. Of these wildland fires, 445 were caused by lightning, and 52 were human-caused ignitions. During the period from 1999 through 2001, 24,294 acres were treated by prescribed burning in a total of nine treatment areas. Plans for the following five years included prescribed burns on approximately 11,000 acres annually.

Wildfires are suppressed when they threaten values and resources, such as wildland urban interface areas, developed recreation sites, areas that are unlikely to recover following fire (i.e., areas of noxious weeds or invasive species), sensitive soils, critical threatened and endangered species habitat, or fires with potential to spread to private, state, or other federal lands. Fire suppression methods vary with the intensity of the wildfire and are conducted on an emergency basis. Firelines may be constructed by hand or by heavy equipment to contain the wildfire. Water may be withdrawn from nearby sources to suppress fires. Chemical fire suppression agents and retardants may be used, if necessary. The use of aerial fire retardant is restricted near water resources. After a fire is extinguished, emergency stabilization and rehabilitation techniques, such as seeding and soil stabilization actions, may be used restore a burned or suppressed area to its previous vegetation cover. These suppression and post-suppression activities often employ the use of off-road vehicles, hand tools, and heavy equipment such as bulldozers.

Wildland fire use fires are implemented in areas that would benefit from the reintroduction of fire. Some suppression techniques, as described above, may be used to keep the fire within pre-determined boundaries, but no emergency stabilization and rehabilitation actions are taken following wildland fire use.

Prescribed fire and non-fire fuels treatment objectives are to restore natural fire regimes, reduce hazardous fuel loading, and enhance resources, such as wildlife habitat. Prescribed fires follow a pre-determined prescription and include activities such as broadcast burning or pile burning following manual or mechanical fuel treatments. Non-fire fuel treatment actions include: tree thinning or clear-cutting (i.e., juniper) by hand or using mechanized equipment, chemical application of herbicides to reduce shrub cover, disking to remove vegetation and prepare the soil for seeding, and seeding of native and/or non-native species to prevent increase of invasive species.

Lands and Realty Management

The objectives of the lands and realty management program are to support multiple-use management goals of other BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs.

Public land tracts that are not critical to current management objectives may be disposed of through the realty management program (reviewed on a case-by-case basis). Non-federal lands may be acquired through exchange in areas with potential for recreation development or in areas containing important wildlife, cultural, scenic, natural, open space, or other resource values. Protective withdrawals may be established to protect and preserve important resource values, but require extensive mineral investigations.

Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or in perpetuity. BLM also pursues access across private lands, rehabilitates access roads that are no longer needed, and proposes easement negotiations.

The program pursues cooperative agreements, develops recreation site facilities, considers offsite mitigation, minimizes access in wildlife habitat, fences revegetation sites, blocks linear rights-of-way to vehicle use, considers temporary-use permits, considers new withdrawals, and identifies parcels for landfills under the Recreation & Public Purposes Act. Areas with important resource values will be avoided where possible when planning routes and installation of new facilities. Effects will be mitigated if it becomes necessary to place facilities within avoidance areas.

Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base, while improving wildlife habitat and watershed condition and meeting Utah's Rangeland Health Standards.

Not all BLM lands are open to livestock grazing due to conflicts with other resource uses. Range management activities may include vegetation treatments such as prescribed fire or mechanical and chemical control of noxious weeds, sagebrush, and other target species. Salt or mineral supplements may be approved to help manage livestock distribution. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management).

The 160 allotments within the VPA designated for livestock grazing encompass approximately 1,691,116 acres of BLM land. An additional 545,887 acres of other lands (private, state, tribal, etc.) are included within these allotments. Livestock are regularly permitted to graze on 153 of the 160 allotments as follows: cattle (113), sheep (27), sheep and cattle (12), and horses (1). A few of the cattle and/or sheep allotments also permit some horses. Forty-five of the 153

allotments are currently grazed under a deferment rotation system, which involves delaying grazing in an allotment until the seed maturity of the key forage species. On the remaining 7 allotments (Red Creek Flat, Rye Grass, Marshall Draw, Taylor Flat, Warren Draw South, Watson-Diamond Mountain and Sears Canyon), cattle are permitted on a temporary, non-renewable basis; however, such use is discretionary. Within the VPA, under the Proposed Plan, 146,161 animal unit months (AUMs) are located for livestock, but active permitted use for the 160 allotments is currently 137,897 AUMs. However, the demand for forage resources by livestock (the total average actual use) for the past 10 years was only 78,500 AUMs. Suspended use for the 160 allotments is currently 26,364 AUMs. This information was compiled from the Actual Use records of each livestock operator. When actual use was not available, licensed-use figures were used.

Livestock grazing management includes using an interdisciplinary allotment evaluation to provide specific guidance and actions, allocation of long-term increases or decreases in forage on a case-by-case basis, analyzed through the NEPA process, use of livestock grazing to enhance ecosystem health and help accomplish resource objectives. Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities. These projects are designed and constructed to implement grazing systems that are designed to meet Rangeland Health Standards and improve watersheds conditions, wildlife habitat, riparian proper functioning conditions, and forage production.

Minerals and Energy Resource Management

Objectives of the minerals and energy program are to provide opportunities for mineral exploration, development and reclamation under leasing laws subject to legal requirements to protection other resources. Mineral development is subject to leasing, location, or sale based on the Federal mineral law covering that particular commodity. The planning area will be open to consideration for exploration, leasing, and development of leasable minerals including oil, gas, coal, oil shale, phosphates and geothermal. The minerals program is divided into the three categories of salable, leasable, or locatable minerals.

*Salable Minerals*

Salable minerals include sand, gravel, and common varieties of building stone. Before issuing contracts or free use permits for salable minerals, appropriate environmental analyses are conducted, including special studies or inventories of cultural resource values, threatened or endangered plant and wildlife species, and other resources. Stipulations or conditions may be included in the terms of the contract to ensure protection of the natural resources and reclamation of the land following project completion. Site reclamation is required following any surface-disturbing activity by mining for salable minerals. Reclamation includes removing surface debris, recontouring, reducing steep slopes, and planting vegetation. All reclamation proposals must conform to federal and state agency requirements.

*Leasable Minerals*

Leasable minerals include fluid (oil, gas, geothermal) and solid minerals such as coal, gilsonite, phosphate, tar sand, oil shale and associated minerals. Oil and gas development are major

resource development activities within the Uinta Basin, and intense oil and gas exploration and development are expected on BLM administered lands within the VPA over the planning period of the proposed RMP. In Utah, coal is generally extracted using underground mining methods although surface coal mine operations and methods are likely to be proposed for some future operations. Surface facilities include truck/train loadouts, offices, maintenance facilities, change house, electrical substations, and roads. Total surface disturbance is usually less than 20 acres.

Surface coal and phosphate mining involves the use of draglines, shovels, and haul trucks and results in large areas of surface disturbance from road construction; topsoil and overburden removal; and stock piling of these materials. Reclamation includes recontouring as closely to the original landscape as possible, reconstruction of drainages, reseeding, and monitoring.

Fluid leasable minerals include oil, gas, and geothermal steam. In areas where development of oil and gas resources would conflict with the protection or management of other resources or public land uses, mitigation measures are identified and may appear on the leases as either stipulations to uses, or as restrictions on surface occupancy. Once the parcel is sold, it matures into a lease and is authorized for a 10 year period. Planning period estimates include approximately 2,055 new oil wells, 4,345 new gas wells, and 130 new CBM wells would be drilled during the planning period. The majority of the oil and gas development activity is anticipated to occur in the Monument Butte-Red Wash exploration and development area. Most CBM activity is expected to occur in the East and West Tavaputs Plateau areas.

Initial geophysical exploration involves use of vehicles to lay the geophones and drill the shot holes for charges, or "thumpers" to create the sound waves. Exploration for oil and coal bed natural gas may also include drilling more than one well. Surface disturbance during the exploration phase of drilling includes the construction of roads, well pads, reserve pits, and other facilities.

Development of oil and gas fields includes construction pads, storage tanks, storage tank batteries, oil and gas processing facilities and necessary pipeline, compressor engines and power lines right-of-ways. Generally, each drill site includes a 3 acre pad, 1 mile of road, and 1 mile of pipeline. Directional drilling requires a larger pad size and is dependent on the number of wells drilled from each pad.

Methods to dispose of residual water from oil and gas production include: subsurface re-injection, direct surface discharge, and discharge into a containment pond or pit. Chemically polluted water may be treated before surface discharge or may be reinjected. Geothermal resources are available for exploration, development, and production and are subject to the same surface disturbance restrictions and other stipulations applied to oil and gas exploration, development, and production.

*Locatable Minerals*

Locatable metallic minerals include gold, gypsum, uranium and other precious and base minerals. Minerals that are normally locatable may be leasable on acquired lands.

Minerals are locatable under the 1872 Mining Law. Most public lands are open to location with the exception of withdrawn lands. The Mining Law of 1872 sets the requirements for lode

claims, placer claims, and mill sites as well as discovery, location, annual filings, assessment work, and mineral examinations to establish validity. Mining law allows for individuals and corporations to prospect for minerals on public domain lands, and upon making a discovery, to stake (or "locate") a claim on that deposit. A claim gives the holder the right to develop the minerals and may be "patented" to convey full title to the claimant. This law is under constant scrutiny, and a continuing issue is whether this law should be reformed, and if so, how to balance mineral development with competing land uses. Since October 1, 1994, Congress has imposed a budget moratorium on BLM acceptance of any new mineral patent applications. Until the moratorium is lifted, the BLM will not accept any new applications.

Surface disturbance for uranium extraction includes processing plants, equipment maintenance buildings and offices, or other various extraction support facilities disturbing approximately 5-15 acres. Potential impacts of locatable mineral developments include increased soil erosion resulting in increased sedimentation, some potential for release or exposure to toxic chemicals and wastes, individual mortality, localized population mortality, habitat loss/fragmentation, and reduction of reproductive success.

Recreation and Travel Management

The objective of recreation resources management is to identify recreation values and resources on public lands and make decisions which will ensure that these values are maintained on a long-term sustained yield basis to meet the recreational needs of the using public. Recreation management includes allowing recreational access by the public, developing and maintaining recreation areas and facilities, issuing special recreation permits for organized groups, competitive events and commercial outfitters and guides, acquiring recreational access, accommodating a variety of uses and minimizes user conflicts, coordination of OHV management, providing information to the public about BLM's recreation resources and assessing effects of recreational use to the environment. The BLM monitors recreational use, develops management plans, and evaluates recreational potential.

Through the resource management planning process BLM identifies and designates special recreation management areas. These include areas which require greater recreation investment, where more intensive recreation management is needed and recreation is a principal management objective. Recreational activities in the project area may include OHV use, camping, hiking, rappelling, photography, wildlife & scenery viewing, horseback riding, hunting, and mountain biking. OHV areas are designated as open, limited, or closed. An open designation allows intensive OHV use where there are no compelling resource protection needs, user conflicts, or public safety issues. An area designated as limited restricts OHV use to meet specific resource management objectives. Limitations may occur on number or type of vehicles, time and season of use, or specific roads. An area is designated as closed to protect resources, ensure visitor safety, or reduce user conflicts. Within the VPA there are 787,859 acres open to OHV use, 887,275 acres that are limited, and 50,388 acres that are closed.

Riparian and Wetland Resources

The objective of riparian area management in Utah is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order

to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses. Priority for riparian area management will be given to areas identified as habitat for aquatic species with signed Conservation Agreements and Strategies. Laws and guidelines followed during riparian management include BLM Manual 1737 – Riparian-Wetland Area Management, Riparian-Wetland Initiative, Executive Orders 11990 (wetland) and 11988 (floodplain), Utah BLM Riparian Management Policy issued through BLM Utah State Office Instruction Memorandum No. UT 2005-091, and section 404 of the Clean Water Act.

Riparian area management is an integral part of all resources and related management programs. Management actions may include reductions in livestock numbers, adjustments in grazing distribution patterns, fencing, herding, livestock conversions, vegetation treatments, monitoring, and recontouring streambanks. In addition, restrictions are placed on other resource programs that are meant to protect riparian areas including development restrictions on time, space, and placement, and appropriate buffers. Those activities that affect or are affected by riparian values will account for the riparian areas management objectives and direction. Resource values and uses that affect or are affected by riparian values include wildlife and fisheries habitat, forest resources, livestock grazing, OHV use, visual resources, cultural and historical resources, minerals exploration and development, lands and realty activities, watershed and soils resources, recreation uses, fire management, and access.

Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Best Management Practices (BMPs) are incorporated into project level documents and are designed to reduce sedimentation and protect water quality. BMPs are also designed to benefit soil productivity by minimizing erosion. Examples of soil protection measures implemented under this program include seasonal or weather restrictions for use of heavy equipment on moist soils or slope limitations for mechanical harvest equipment. Soil protection measures are often identified in site-specific environmental analyses. Examples of water quality protection measures include identification of heavy sediment loads, monitoring and treating soil erosion, evaluating and restricting surface development, and monitoring water quality. Watershed management activities include some of these same activities through the evaluation of projects, application of seasonal closures, monitoring of public drinking water, and completion of groundwater studies. Some of the field activities involve the use of heavy machinery and hand tools to develop riparian/wetland exclosures and stream improvements. Management of water resources may include the imposition of restrictions on activities such as development, in order to maintain water, and watershed quality. Generally, the program provides information in support of other resource objectives and goals.

Special Designation Areas

The following describes special designation areas, including Areas of Critical Environmental Concern (ACEC); Wild and Scenic Rivers (WSR); and Wilderness Study Areas (WSAs).

Areas of Critical Environmental Concern (ACEC) - An ACEC is the principal BLM designation for public lands where special management attention is required to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards. The VFO manages seven ACECs (165,944 total acres) that were designated in 1994 in the Record of Decision (ROD) for the Diamond Mountain RMP (BLM 1994a). They are, in order of decreasing size, Browns Park, Nine Mile Canyon, Red Mountain-Dry Fork, Red Creek Watershed, Pariette Wetlands, Lower Green River Corridor, and Lears Canyon.

Wild and Scenic Rivers - Congress designates rivers into the National Wild and Scenic Rivers system. These can include scenic, wildlife, fish, cultural and recreational values among others. Eligible/suitable rivers are given a tentative classification of wild, scenic, or recreational based upon the amount of disturbance within the river corridor. Both congressionally designated rivers and eligible/suitable segments are managed to protect the free-flowing nature of the river, the tentative classification, and the outstandingly remarkable values. Currently no wild and scenic rivers have been designated within the decision area. As part of the wild and scenic river review process, The Upper Green and Lower Green segments of the Green River were found suitable for congressional designation in the ROD for the Diamond Mountain RMP, and are currently managed to protect their free-flowing nature, outstandingly remarkable values, and tentative classifications.

Wilderness Study Areas (WSAs) - WSAs are roadless, natural, provide outstanding opportunities for solitude or primitive and unconfined recreation, and may have supplemental values (such as ecological, geological, or other features of scientific, educational, scenic, or historical value). In general this means that there can be no new permanent structures or new disturbance that would require reclamation in order for the area to appear natural. The lands are closed to mineral leasing. With very few exceptions, there can be no new permanent structures or new disturbance, and no motorized or mechanized transport. The lands are closed to mineral leasing and mineral location under the mining laws. There are six WSAs in the planning area for a total of 52,978 acres. Management actions in WSA's include designating open routes for motorized uses if it will not impair the area's wilderness suitability, or in this case, the BLM would take appropriate steps including use of restrictions or closures, installation of additional signs and barricades, and restoration of affected areas.

Special Status Species Management

Objectives of the special status species program include maintenance of biological diversity of plant and animal (terrestrial and aquatic) species by supporting the State Division of Wildlife Resources' strategic plans for wildlife population objectives to the extent practical and consistent with BLM multiple-use management requirements. Other objectives include the development of protective measures for federally listed species and other special status species; cooperations with other agencies in managing listed species; facilitation of scientific research of special status species and their habitats, and to the extent possible, avoidance of habitat fragmentation.

In addition, BLM's special status species management program often includes the enforcement of timing restrictions, completion of surveys, and development of conservation measures and best management practices for the mitigation of effects of development deemed to be discretionary actions of the BLM. Activities implemented under this program may include identification and enforcement of timing stipulations; completion of species surveys; implementation of Recovery Plans; implementation of Conservation Agreement and Strategy decisions to increase populations and improve habitat of special status species; and closure of areas containing sensitive species populations or habitat.

## Vegetation Management

Objectives of the vegetation resource management program are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Primary goals of the vegetation management program are to monitor and improve riparian habitats, and rehabilitate functioning at-risk and non-functioning areas.

Vegetation treatments, (e.g., timber harvest and sagebrush spraying, burning, chaining) will be designed to meet overall resource management objectives, which include the protection of listed plant and animal species. Control methods include chemical, biological, and mechanical, and cultural practices. Biological control can involve the use of weevils, beetles, or goats.

Mechanical methods include dozing, cutting, chopping, and pulling. Cultural controls include education and public awareness campaigns, use of weed free forage, and changes in grazing practices to increase health and vigor of plant communities so that they are more resistant to invasion. Depending on the site and circumstances, these methods can be used individually or in combination. Fire is used to improve range forage production, wildlife habitat, timber stands, sale debris disposal, and to reduce hazardous fuel buildup. Seed collection, scientific collection, and collection by Native Americans for traditional use is also approved under this program.

## Visual Resource Management

The objective of visual resource management (VRM) is to manage public lands in a manner that will protect the quality of the scenic (visual) values of the landscape. To accomplish this objective, BLM establishes visual resource management priorities while giving consideration to other resource values and uses. Visual resources are managed in accordance with objective classes that have been assigned to all public lands in each Field Office.

To meet VRM objectives, the BLM designs facilities, such as power lines, oil and gas wells, wildlife guzzlers, and storage tanks to fit with their surroundings. Design considerations include location (e.g., screening or distance), color (painting), building materials, size and scale, and reclamation.

## Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Management includes maintaining viable herds that will

preserve the free-roaming nature of wild horses in a manner that is designed to achieve and maintain thriving ecological balance on the public lands.

Currently, there are two designated Herd Management Areas (HMAs): Bonanza and Hill Creek. Currently all animals have been removed from the Bonanza HMA. There are also wild horses in the Winter Ridge Herd Area. The proposed action calls for all horses to be removed from the planning area. Therefore, the main impacts to these areas will be from 1) the effects of grazing and 2) the effect of the herd gathering and removal. Herd gathering is generally accomplished by setting up temporary ground traps and metal paneling and using people, vehicles and helicopters to haze the animals into the traps.

Wildlife and Fisheries Management

The BLM works closely with the UDWR to manage habitat for fish and wildlife (including big game, upland game, waterfowl, neo-tropical migratory birds, small mammals, amphibians, and reptiles) to achieve and maintain suitable habitat for desired population levels and distribution within the decision area. The UDWR is responsible for managing wildlife population levels; the BLM is responsible for managing wildlife and fisheries habitat in a condition that will support desired levels of species. The BLM works cooperatively with the UDWR to maintain and reestablish populations of native species that have used the historic range located within the planning area through habitat management and restoration.

Objectives of the fish and wildlife resource management program include maintenance of habitat quantity, quality, and connectivity to sustain diverse wildlife populations; maintenance and improvement of aquatic habitats to sustain diverse fisheries and aquatic populations; and conservation of migratory bird habitat as directed by Executive Order 13186 (Responsibilities of Federal Agencies to Protect Migratory Birds) and the Migratory Bird Treaty Act and emphasize management of migratory birds listed on the USFWS current list of Birds of Conservation Concern and the Partners-in-Flight priority species. Fish and wildlife management actions may include surveying; habitat monitoring; habitat and species inventories, habitat improvement, habitat restoration, water developments, riparian habitat improvements, etc., as well as development of habitat management plans.

The BLM develops stipulations and conservation measures to both protect and enhance wildlife and fisheries habitats. These stipulations and conservation measures may include such things as: recommending withdrawal of some areas from mineral entry; limiting access to specific areas by OHVs and pedestrians; and minimizing the impacts of surface development. The BLM may acquire crucial wildlife habitats or easements and conduct inventories of potential habitats for occurrences of threatened, endangered, and sensitive species or their habitat.

Woodland and Forestry Management

Forest management objectives are to maintain and enhance the health, productivity, sustainability, and biological diversity of forest and woodland ecosystems and to provide a balance of natural resource benefits and uses, including opportunities for commercial and non-commercial harvest of forest and woodland products on a sustainable basis. Forests are managed for multiple uses, such as recreation, livestock grazing, and wildlife habitat. The forest management program also implements silviculture practices including site preparation,

regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for
density management, fertilization, pruning, forest and woodland condition restoration treatments,
and salvage harvest.

The program allows the treatment of forest insect and disease infestations by spraying, cutting,
and removal of tree stands. Herbicides may be used to control grasses and shrubs. The program
also ensures that timber harvest systems will be designed to avoid or minimize impacts to soils
and can include tractor yarding, cable yarding, and helicopter logging. Seasonal harvest
restrictions will be implemented to avoid soil damage during wet periods; and to avoid nesting
periods of special status species. Slash treatments include lop and scatter, handpiling, and
burning. Regeneration areas may be fenced to prevent wildlife and livestock from damaging
seedlings. Forest management actions may include conducting surveys, obtaining easements,
pursuing legal access, allowing road development, and installing drain culverts and water bars.
Private and state land may be accessed for forest management purposes through easement
acquisitions. Non-timber forest products are harvested and sold by permit. Non-timber forest
products include firewood, posts, poles, Christmas trees, and wildings.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in
order to preserve those characteristics. These lands are generally lands that may be nominated in
the future to become WSAs or congressionally delegated wilderness.

These areas exist in a natural or undisturbed condition and provide outstanding opportunities for
solitude or primitive forms of recreation (non-motorized and non-mechanized activities in
undeveloped settings). There are nine areas in the VPA (approximately 102,938 acres) outside
of existing WSAs that were determined by BLM in the 1999 inventory to have the wilderness
characteristics of size, naturalness, and outstanding opportunities for solitude or primitive
recreation. Non-WSA lands with wilderness characteristics would be managed as VRM Class II,
OHV use would be limited to designated routes, and would be closed to oil and gas leasing and
woodland product harvest. In addition, these areas would be closed to new minerals
developments and ROWs, new water developments would be created for wildlife and have to
meet VRM Class I objectives, and fires suppression would be permitted but surface disturbances
would be rehabilitated following completion.

## Conservation Measures

As part of the proposed action, in order to minimize the effects of the above management
programs, the Vernal BLM Field Office has committed to a variety of species-specific
conservation measures and, in conjunction with USFWS, developed species-specific lease
notices for leases permitted under the Minerals and Energy Program. For a complete listing of
the BLM committed conservation measures, lease notices, and Best Management Practices
(BMPs), please refer to Appendix A.

# SPECIES ACCOUNTS, EFFECTS, AND CONCLUSIONS

The following section includes species-specific information pertaining to the status and distribution of each species, the environmental baseline, and programmatic-level effects of the proposed action.

Regulations implementing the Act (50 CFR 402.02) define the environmental baseline as the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed State or Federal projects in the action area that have already undergone formal or early Section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation process.

"Effects of the action" refers to the direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, which will be added to the environmental baseline. Direct effects encompass the immediate, often obvious effect of the proposed action on a species or its habitat. Indirect effects are caused by, or result from the proposed action, are later in time, and are reasonably certain to occur. In contrast to direct effects, indirect effects may be more subtle, and may affect species' populations and habitat quality over an extended period of time, long after RMP activities have been completed.

Interrelated actions are those that are part of a larger action and depend upon the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consultation. Interdependent actions are those that have no independent utility apart from the action under consideration. Indirect effects are those that are caused by the proposed action and are later in time, but are still reasonably certain to occur.

## Mexican spotted owl (*Strix occidentalis lucida*)

### Status of the Species

#### Species / Critical Habitat Description

The Mexican spotted owl (*Strix occidentalis lucida*) is one of three subspecies of spotted owl recognized by the American Ornithologists' Union (AOU 1957:285). The other two subspecies are the northern (*S. o. caurina*) and the California spotted owl (*S. o. occidentalis*). The Mexican subspecies is geographically isolated from both the California and northern subspecies.

The spotted owl is mottled in appearance with irregular white and brown spots on its abdomen, back and head. Several thin white bands mark an otherwise brown tail. The spots of the Mexican spotted owl are larger and more numerous than in the other two subspecies, giving it a lighter appearance. *Strix occidentalis* translates as "owl of the west"; *lucida* means "light" or "bright." Unlike most owls, spotted owls have dark eyes.

Adult male and female spotted owls have similar plumage. However, the sexes can be identified by voice and size differentiation. Juveniles, subadults, and adults can be distinguished by plumage characteristics (Forsman 1981; Moen et al. 1991). Juvenile spotted owls (hatchling to approximately five months) have a downy appearance. Subadults (5 to 26 months) have pointed

rectrices with white tips (Forsman 1981, Moen et al. 1991). Rectrices of adult (>27 months) feathers have rounded, mottled tips.

Although the spotted owl is often referred to as a medium-sized owl, it ranks among the largest owls in North America. Of the 19 species of owls that occur in North America, only 4 are larger than the spotted owl (Johnsgard 1988). As a species, the spotted owl averages 41-48 cm (16-19 inches) long (Earhart and Johnson 1970), 107-114 cm (42-45 inches) across the spread wings (Walker 1974), and weighs 547-647 grams (19.5-23 ounces). These measures are expressed as ranges because, similar to other owl species, spotted owls exhibit reversed sexual dimorphism (i.e., females are larger than males).

*Life History and Population Dynamics*

Spotted owls have one of the lowest clutch sizes among North American owls (Johnsgard 1988); females lay one to three eggs, two being the most common. Mexican spotted owls breed sporadically and do not nest every year (Ganey 1988). In good years, most of the population will nest, whereas in other years only a small proportion of pairs will nest successfully (Fletcher and Hollis 1994).

Courtship begins in March and eggs are laid in late March or, more typically, early April. Incubation begins shortly after the first egg is laid, and is performed entirely by the female. Female spotted owls generally incubate for approximately 30 days. During incubation, the female leaves the nest only to defecate, regurgitate pellets, or receive prey delivered by the male, who does most or all of the foraging. The eggs usually hatch in early May (Ganey 1988). Females brood their young almost constantly, leaving their nests for only brief periods during the night. Nestling owls fledge from four to five weeks after hatching, from early to mid-June in most cases (Ganey 1988). Owlets often leave the nest before they can fly, simply jumping from the nest onto surrounding tree branches or the ground. Within a week after leaving the nest, most owlets can make short, clumsy flights. Three weeks after leaving the nest owlets can hold and tear up prey on their own, and by late July most have become proficient at pouncing on crawling insects (Forsman et al. 1984). The young depend on their parents for food during the summer and will eventually disperse out of the natal area in the fall. Reproductive output varies both spatially and temporally (White et al. 1995), but may be higher than the California and the Northern spotted owl (Verner et al. 1992, Thomas et al. 1993).

Forsman et al. (1976) described spotted owls as "perch and pounce" predators. They typically locate prey from an elevated perch by sight or sound, then pounce on the prey and capture it with their talons. Spotted owls have also been observed capturing flying prey such as birds and insects (Verner et al. 1992). Specific prey groups include: woodrats, mice, voles, rabbits, gophers, bats, birds, reptiles, and arthropods. Spotted owls dwelling in canyons of the Colorado Plateau take more woodrats, and fewer birds, than do spotted owls from other areas.

Mortality factors include predation, starvation, and accidents. Little is known about how disease and parasites contribute to mortality of spotted owls. Avian predators include great horned owls, northern goshawks, red-tailed hawks, and golden eagles. The extent of predation is unknown; however both juveniles and adults are preyed upon (Willey 1993). Starvation may result from low abundance or availability of prey. Most instances of starvation occurred from late fall

through winter when prey resources were reduced in abundance and availability (Willey 1993, Block and Ganey, unpub. data). Starvation may also predispose individuals to increased predation. Little data is available on frequency of accidents, and subsequent mortality. Instances of spotted owls being hit by cars have been documented. Owls may also collide with power lines or other obstacles (USFWS 1995).

Based on limited study information, annual survival rates of adult Mexican spotted owls is 0.8-0.9 and juvenile survival is 0.06-0.29 (USFWS 1995). Survival estimates may be biased low, but conclude higher survival of adults than juveniles. Available data is either insufficient or has not been analyzed to estimate population trends.

*Status and Distribution*

The Mexican spotted owl (*Strix occidentalis lucida*) was listed as a threatened species on March 16, 1993 (58 FR 14248). The primary threats to the species were cited as even-aged timber harvest and catastrophic wildfire, although grazing, recreation, and other land uses were also mentioned as possible factors influencing the Mexican spotted owl population. The Fish and Wildlife Service appointed the Mexican Spotted Owl Recovery Team in 1993, which produced the Recovery Plan for the Mexican Spotted Owl (Recovery Plan) in 1995 (USFWS 1995).

On August 31, 2004, the Service designated approximately 8.6 million acres of critical habitat for the Mexican spotted owl in Arizona, Colorado, New Mexico, and Utah, on Federal lands (69 FR 53181). There are approximately 47,700 acres of designated critical habitat in the decision area on the western boundary adjacent to Zion National Park and southeast of the town of Tropic. However, not all of these acres contain the primary constituent characteristics essential to the conservation of the species. Some of the primary constituent elements for the Mexican spotted owl include: (1) cooler and often more humid conditions than the surrounding area, (2) clumps or stringers of trees and/or canyon walls with crevices, ledges or caves, (3) high percent of ground litter and woody debris, and (4) riparian or woody vegetation. The primary constituent elements related to forest structure include (1) a range of tree species, (2) a shade canopy created by the tree branches covering 40 percent or more of the ground, and (3) large dead trees with a trunk diameter of at least 12 inches (69 Federal Register 53181-5398).

The primary constituent elements of the critical habitat designation include those physical and biological features that support nesting, roosting, and foraging. Vegetation communities and structural attributes used by the owl vary across the range of the subspecies, but consist primarily of mixed conifer forests or canyons. The mixed-conifer, pine-oak communities and canyon habitat appear to be the most frequently used communities throughout most portions of the subspecies' range (Skaggs and Raitt 1988; Ganey and Balda 1989, 1994; Gutierrez and Rinkevich 1991; USFWS 1995). In Utah, owls utilize canyon habitats (Willey 1998).

Primary constituent elements related to critical habitat in Utah include one or more of the following: (1) presence of water (often providing cooler temperatures and higher humidity than the surrounding areas); (2) clumps or stringers of mixed conifer, pine-oak, pinyon-juniper, and/or riparian vegetation; (3) canyon walls containing crevices, ledges, or caves; and (4) high percent of ground litter and woody debris. The primary constituent elements provide a qualitative

description of those physical and biological features necessary to ensure the conservation of the owl in Utah (69 FR 53181).

Although the Mexican spotted owl's entire range covers a broad area of the southwestern United States and Mexico, the Mexican spotted owl does not occur uniformly throughout its range. Instead, it occurs in disjunct localities that correspond to isolated forested mountain systems, canyons, and in some cases steep, rocky canyon lands. Surveys have revealed that the species has an affinity for older uneven-aged forests but also is known to inhabit a physically diverse landscape in the southwestern United States and Mexico. Owls can be found in forested mountains and canyons from southern Utah and Colorado to the mountains of Arizona, New Mexico, western Texas, and into the mountains of northern and central Mexico.

Steep-walled rocky canyonlands provide typical owl habitat within the Utah portion of the Colorado Plateau Recovery Unit. Canyon habitat is used by owls for nesting, roosting, and foraging and includes landscapes dominated by vertical walled rocky cliffs within complex watersheds, including many tributary side canyons. Rock walls must include caves, ledges, and fracture zones that provide protection for nesting and roosting sites. Breeding sites are located below canyon rims; however, it is known that owls use areas outside of the canyons (i.e., rims and mesa tops). Owls nest and roost primarily on cliff faces using protected caves and ledges, and forage in canyon bottoms, on cliff faces and benches, and along canyon rims and adjacent lands. Although it is difficult to rely upon vegetation alone to identify canyon habitat, these areas frequently contain small clumps or stringers of mixed-conifer, ponderosa pine, pine-oak, pinyon-juniper, and/or riparian vegetation (69 FR 53181). Little is known about patterns of habitat use by foraging owls. Willey (1998) documented owl use in Utah to include canyon bottoms and adjacent rims.

Colorado Plateau canyon habitats in Utah are naturally discontinuous and may explain the patchy locations of owls in the region. A study conducted in Zion National Park found owls nesting and roosting in humid, narrow canyons with dense understories (Rinkevich 1991). These canyons provide large cliffs with escape cover to avoid predation, shaded roost sites to avoid high summer temperatures, patches of forest vegetation, and availability of suitable prey.

Historic population size estimates and range of the Mexican spotted owl are unknown; however present population size and distribution are thought to be similar (USFWS 1995). Ninety-one percent of known owls in 1990-1993 occurred on U.S. Forest Service lands, primarily in Arizona and New Mexico. It is unknown why there are fewer owls in Utah and Colorado, but that may be a function of habitat type. Total range wide population estimates are 1,176 to 2,352 owls (69FR 53181, August 31, 2004). Seamans et al. 1999 reported 10 percent or greater population declines and low survival rates in central Arizona and west-central New Mexico. Gutierrez et al. (2003) documented that the decline in New Mexico was continuing, whereas the decline in Arizona appeared to have stabilized. Wide population fluctuations may be common for Mexican spotted owls (Gutierrez et al. 2003).

**Environmental Baseline**

*Status of the Species within the Action Area*

Dr. David Willey and Dan Spotskey modeled Mexican spotted owl habitat based on vegetation type, slope, elevation, aspect, and other factors in 1997 and 2000 (Willey and Spotskey 1997, 2000). Both the 1997 model and the 2000 model are used within Utah to identify potential habitat. Any projects that occur within the modeled potential habitat should be verified for actual habitat suitability and, if appropriate, surveys according to protocol should be conducted to determine if Mexican spotted owls occupy the area. The Mexican spotted owl occurs in the eastern and southern thirds of Utah, including Garfield and Kane counties (UDWR 2003).

The Mexican Spotted Owl Recovery Plan was finalized in 1995. Six Recovery Units in the United States were identified based on similarities, or obvious dividing lines, between the following: physiographic provinces, biotic regimes, perceived threats to habitat or individual birds, administrative boundaries, and owl distribution. Suitable habitat and designated critical habitat on public lands managed by the BLM in Utah are within the Colorado Plateau Recovery Unit (USFWS 1995). Five critical habitat units have been delineated in Utah, including the following units which are located in or adjacent to the planning area:

> *Unit CP–11.* This unit is located in Iron, Washington, and Kane Counties in southwest Utah, approximately 22 mi (35 km) northeast of St. George. About half of the unit is on BLM owned lands; Zion National Park is the other land owner.

> *Unit CP–12.* This Unit is in the vicinity of the Kaiparowits Plateau and the Cockscomb, in Kane and Garfield Counties. This unit is primarily on the Grand Staircase-Escalante National Monument, which is owned and managed by the BLM. The other land owner is the Forest Service (Dixie National Forest).

> *Unit CP–13.* This unit occurs in Wayne, Garfield, Kane, and San Juan Counties, Utah. It is primarily in the Waterpocket Fold landform extending to Lake Powell. The primary land owner in this Unit is the National Park Service (Capitol Reef National Park and Glen Canyon National Recreation Area). The BLM owns and manages lands within this unit primarily on the Grand Staircase-Escalante National Monument and along the eastern edge of the Unit. The Forest Service (Fishlake National Forest) also owns land, but to a much lesser extent.

> *Unit CP–14.* This Unit lies in Wayne, Garfield, San Juan, and Grand Counties, Utah. It includes the Dark Canyon Primitive and Wilderness areas of the BLM and FS, respectively. This Unit has lands owned and managed by the National Park Service (Canyonlands National Park and Glen Canyon National Recreation Area), the BLM, and the Forest Service (Manti La-Sal National Forest).

> *Unit CP–15.* This unit is located approximately 30 mi (48 km) east of Price, in Carbon and Emery Counties. Situated in the West Tavaputs Plateau, it is located largely along the Desolation Canyon area of the Green River. The BLM is the primary owner and manager of land within this unit.

It is important to note that critical habitat is not the only suitable or occupied habitat available for owls. Critical habitat is only a regulatory delineation of habitat meeting primary constituent elements, and was defined based on known localities of nest sites (Protected Activity Centers (PACs)) at the time of designation. No PACs or designated critical habitat exists within the VPA.

*Factors Affecting Species Environment within the Action Area*

Threats to this species and its habitat include recreation, grazing, oil and gas exploration and development, and road improvement and development within canyons; loss, fragmentation, or modification of habitat from catastrophic fire and timber harvest within upland forests potentially used for foraging, dispersal, and wintering; and increased predation associated with habitat fragmentation (USFWS 1995).

**Effects of the Action**

Cultural Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities occurring under this program may increase human presence; equipment and vehicle use; and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of spotted owls during breeding, nesting, roosting, or foraging efforts. Vegetation disturbances or removal associated with cultural resources excavations may reduce availability of prey habitat and prey abundance, at least in the short term. As a result, there may be site-specific decreases in nest initiation or nesting success, and displacement. These effects are likely to be short-term and relatively small scale due to the type of activity.

Paleontological Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities occurring under this program may increase human presence; equipment and vehicle use; and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of spotted owls during breeding, nesting, roosting, or foraging efforts. Vegetation disturbances or removal associated with cultural resources excavations may reduce availability of prey habitat and prey abundance, at least in the short term. As a result, there may be site-specific decreases in nest initiation or nesting success, and displacement. These effects are likely to be short-term and relatively small scale due to the type of activity.

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation treatment or disturbance; and surface disturbance; and decrease local air quality in Mexican spotted owl habitats. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, roosting, or foraging activities. Vegetation disturbances or vegetation removal may decrease prey habitat and prey abundance. Soil disturbances and increased erosion may indirectly decrease abundance of prey. Localized effects from smoke may adversely affect owlets or displace owls. As a result of these impacts, there may be site-specific decreases in nest initiation or nesting success, increased potential for displacement, and increased owlet and adult mortality.

Potential impacts from wildland fire use and prescribed fire would be similar to those from wildfire suppression. Non-fire fuels treatments and emergency stabilization and rehabilitation following wildfires may be used to retain or improve range conditions and maintain lower fuel loads in grassland and sagebrush habitats. Negative short term impacts include harassment or displacement; or immediate post-project alteration of key prey habitat components from surface disturbance. Fire management activities could benefit prey populations of Mexican spotted owls in the long-term due to improved forage quality and quantity.

Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation disturbance; and surface disturbance in Mexican spotted owl habitat. Associated noise and visual disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Construction of power lines or other infrastructure may result in electrocutions, entanglements, or collisions with flying birds, resulting in possible mortality. Vegetation disturbances or vegetation removal may adversely affect availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey habitat. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for Mexican spotted owl prey species. Exchange

or sales of lands may lead to habitat fragmentation and loss. As a result, there may be decreases in nest initiation or nesting success, and decreased adult and owlet fitness.

Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder wildlife species: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation disturbance; and minor surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances, vegetation removal, or vegetation alteration may result in less dense vegetation, more invasive plant species, fragmented prey habitat and adverse affects to availability of prey habitat and prey abundance. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey habitat. As a result, there may be decreases in nest initiation or nesting success, and increased adult and owlet mortality.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

These occurrences may increase human presence; equipment and vehicle use; vegetation disturbance or removal; soil disturbances; invasive plant species; and pollutants in Mexican spotted owl habitat. Associated noise and visual disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances or vegetation removal may adversely affect availability of quality and quantity of

prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and decrease prey habitat. Some ancillary equipment associated with energy development (e.g., transmission lines, oil pits) may result in direct mortality of owls if they become impinged on the lines or caught in the pits. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for Mexican spotted owl prey species. Pollutants in the area may affect Mexican spotted owls through adverse effects to prey populations. As a result of these impacts, there may be decreases in nest initiation or nesting success, and decreased adult or owlet fitness.

Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Authorized activities under this program have the potential to increase human presence; equipment and vehicle use; vegetation disturbance; and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances or vegetation removal may adversely affect the availability and quality of prey habitat and prey abundance. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey habitat. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for Mexican spotted owl prey species. As a result, there may be decreases in nest initiation or nesting success, and decreased adult and owlet fitness.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase human presence, equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance in Mexican spotted owl habitat. Some activities, such as exclosure construction and habitat rehabilitation projects, may result in short-term disturbances but long-term benefits. Short-term adverse impacts may include, but not be limited to: disruption of normal breeding, nesting, foraging, and roosting behaviors (associated with noise and visual disturbances); decreased cover from predators and increased predation; decreased nesting habitat; and decreased prey habitat. Long-term benefits may include increased nesting success, increased prey abundance, and increased survival.

## Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation manipulation; and surface disturbance in Mexican spotted owl habitat. Short-term adverse impacts may include, but not be limited to: disruption of normal breeding, nesting, foraging, and roosting behaviors (associated with noise and visual disturbances); decreased cover from predators and increased predation; decreased nesting habitat; and decreased prey habitat. Long-term benefits may include increased nesting success, increased prey abundance, and increased survival.

## Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation treatment or disturbance (mechanical, chemical, biological); and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation alteration, removal, or inadvertent chemical treatment may adversely affect availability and quality of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey species habitat. As a result, there may be site-specific decreases in nest initiation or nesting success, and decreased owl fitness. Long-term benefits may include increased nesting success, increased prey abundance, and increased survival.

## Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Because the proposed action calls for removal of horse populations, the main management activity under this program is herd gathering.

Activities occurring under this program may increase human presence; equipment, helicopter, and vehicle use; vegetation treatment or disturbance; and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances or vegetation removal may adversely affect availability of prey habitat. Soil disturbances may

increase erosion, adversely affect soil stability, increase sediment deposits, and habitat for prey species. Short-term adverse impacts may include, but not be limited to: fragmented prey habitat; decreases in nest initiation or nesting success; and decreased adult and owlet fitness.

Wildlife and Fisheries Resources

This program aims to maintain biological diversity, improve habitat for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation treatment or disturbance; and surface disturbance in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances or vegetation removal may adversely affect availability of prey habitat. Soil disturbances may increase erosion, adversely affect soil stability, increase sediment deposits, and habitat for prey species. Short-term adverse impacts may include, but not be limited to: fragmentation of prey habitat; decreased nest initiation or nesting success; decreased adult and owlet fitness; and alterations of water distribution within occupied habitat of the Mexican spotted owl. In general, long-term efforts to improve the health of riparian habitats may benefit Mexican spotted owls by increasing prey abundance.

Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Forest resources support activities such as road construction that may occur in or near existing or suitable Mexican spotted owl habitat. However, the impacts of these activities are analyzed and authorized by the lands and realty program.

Activities occurring under this program may increase human presence; equipment and vehicle use; vegetation treatment or disturbance; and surface disturbance near or in Mexican spotted owl habitat. Associated visual and noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances, vegetation removal, or chemical treatment of vegetation may adversely affect prey habitat and prey availability, and therefore, adversely affect Mexican spotted owls and their young. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey habitat and prey abundance. Increased occurrence of invasive plants species may change the vegetation community and change the habitat for Mexican spotted owl prey species. As a result, there may be decreases in nest initiation or nesting success, and decreased adult and owlet fitness.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

New water developments for wildlife would have long-term beneficial impacts to wildlife.

Activities occurring under this program will have short-term impacts, which may include an increase human presence and equipment and vehicle use (including associated noise disturbances), vegetation treatment or disturbance, and surface disturbance near or in Mexican spotted owl habitat. Associated noise disturbances may adversely affect the behavior of Mexican spotted owls during breeding, nesting, or foraging activities. Vegetation disturbances and removal may adversely affect prey habitat and prey availability, and therefore, adversely affect Mexican spotted owls and their young. Soil disturbances may increase erosion, adversely affect soil stability, and adversely affect prey habitat and prey abundance. As a result, there may be decreases in nest initiation or nesting success, and decreased adult and owlet fitness.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the Mexican spotted owl and designated critical habitat under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' critical, suitable, or potential habitat.
- Encroachment of human development into a species' critical, suitable, or potential habitat.
- Fire management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Mexican spotted owls occur throughout the action area, generally as year-around residents (Ganey and Block 2005). In these areas, Mexican spotted owls locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Mexican spotted owls are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, human population expansion and associated infrastructure (increased trails and roads) development, research, and recreation activities (including OHV use and any activities that increase human presence), are expected to continue on State and private lands within the Mexican spotted owl's range. Contributing as cumulative effects to the proposed action, these activities will continue to affect

Mexican spotted owls' productivity with disturbances to breeding, nesting, and foraging behaviors and further fragmenting habitat of prey populations.

**Conclusion**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

After reviewing the current status of the Mexican spotted owl and its critical habitat, the environmental baseline for the action area, the effects of the proposed project, and the cumulative effects, it is the USFWS's biological opinion that the Vernal BLM Field Office Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Mexican spotted owl, and is not likely to destroy or adversely modify designated critical habitat. We base our conclusion on the following:

1.  The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2.  All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# Black-footed ferret (*Mustela nigripes*)

**Status of Species**

*Species/Critical Habitat Description*

The black-footed ferret, a member of the Mustelid or weasel family, is the most endangered species in North America. The ferret has a black facemask, black legs, and a black-tipped tail. The total length is nearly 2 feet; and the ferret may weigh up to 2.5 pounds.

The black-footed ferret is a "charter member" of the Endangered Species Act (Act) and was listed as an endangered species in 1967 (32 FR 4001, March 11, 1967). Significant changes to the Endangered Species Act of 1973 (Act), as amended, were made in 1984 with the addition of subsection 10(j) to allow for the designation of specific populations of listed species as "experimental populations." Previously, we were authorized to reintroduce populations into unoccupied portions of a listed species' historical range when it would foster the conservation and recovery of the species. However, local citizens often opposed these reintroductions because they were concerned about the placement of restrictions and prohibitions on Federal and private activities. Under section 10(j), the Secretary of the Interior can designate reintroduced populations established outside the species' current range but within its historical range as "experimental and nonessential." This designation allows us considerable flexibility in managing reintroduced populations of endangered species.

Currently, the black-footed ferret is listed as endangered throughout its range except in certain areas of Wyoming, Montana, South Dakota, Arizona, Colorado, and Utah, where they are listed as nonessential experimental populations (56 FR 41473, August 21, 1994; 59 FR 42696, August 18, 1994; 59 FR 42682, August 18, 1994; 61 FR 11320, March 20, 1996; 63 FR 52823, October 1, 1998; 65 FR 60879, October 13, 2000; 68 FR 26498, May 16, 2003). The nonessential experimental population in northeastern Utah was established in 1998 and includes all of Uintah and Duchesne Counties (63 FR 52823, October 1, 1998).

Nonessential experimental populations located outside the National Wildlife Refuge System or National Park System lands are treated, for the purposes of Section 7 of the Act, as if they are proposed for listing.

*Life History and Population Dynamics*

Black-footed ferrets depend almost exclusively on prairie dog colonies for food, shelter, and denning (Henderson *et al.* 1969, updated 1974; Forrest *et al.* 1985; 68 FR 26498, May 16, 2003). The range of the ferret coincides with that of prairie dogs and ferrets with young have been documented only in the vicinity of active prairie dog colonies. Historically, black-footed ferrets have been reported in association with black-tailed prairie dog (*Cynomys ludovicianus*), white tailed prairie dog (*Cynomys leucurus*), and Gunnison's prairie dog (*Cynomys gunnisoni*) colonies (Anderson *et al.* 1986). Wild ferrets hunt prairie dogs at night but occasionally they are active above ground during the day. In search of prey, they move along in loping bounds from one burrow to the next. When they make a kill, ferrets may drag prairie dogs some distance to a home burrow to devour below ground or to burrows in which they have their young.

Breeding occurs between the months of February and March (UDWR 2003). Males are polygamous and do not help care for the young. Three to four young are born in the female's den after a 42-day gestation period. The young stay inside the den until they are approximately six weeks old. In mid-August, the female may separate the young into different dens. By September or October, the young are completely independent (UDWR 2003). Survivorship of young kits is low with fewer than half ever surviving to adulthood (UDWR 2003). While ferrets have been recorded to live up to nine years, they typically live for only three to four years in the wild (UDWR 2003).

*Status and Distribution*

The black-footed ferret is the only ferret species native to North America. The historic range of the species, based on specimen collections, extends over 12 western states (Arizona, Colorado, Kansas, Montana, Nebraska, New Mexico, North Dakota, Oklahoma, South Dakota, Texas, Utah, and Wyoming) and the Canadian Provinces of Alberta and Saskatchewan. Prehistoric evidence indicates that ferrets once occurred from the Yukon Territory in Canada to Mexico and Texas (Anderson *et al.* 1986; 68 FR 26498, May 16, 2003).

Significant reductions in both prairie dog numbers and distribution occurred during the last century due to widespread poisoning of prairie dogs, the conversion of native prairie to farmland, and outbreaks of sylvatic plague, particularly in the southern portions of the ranges of several species of prairie dog in North America. Sylvatic plague arrived from Asia in approximately 1900 (Eskey and Haas 1940; 68 FR 26498, May 16, 2003). Epidemic diseases like plague may

kill an entire prairie dog population, completely eliminating the ferrets' primary food source, or ferrets may directly contract diseases like canine distemper, pneumonia or tularemia (a disease of the liver) (Williams *et al.* 1991; Williams *et al.* 1994; 68 FR 26498, May 16, 2003; UDWR 2003). Black-footed ferrets are also susceptible to a variety of internal nematodes, external ticks and mites (UDWR 2003). This severe reduction in the availability of their principal prey species, in combination with other factors such as secondary poisoning from toxicants ingested by prairie dogs, resulted in the near extinction of the black-footed ferret in the wild by the early 1970s (USFWS 1988). Canine distemper, in conjunction with captures for captive breeding, resulted in extirpation of the last known wild population by early 1987 (NatureServe 2005; Forrest *et al.* 1988; Thorne and Williams 1988).

In 1974, a remnant wild population of ferrets in South Dakota, originally discovered in 1964, abruptly disappeared (Henderson *et al.* 1969, updated 1974). As a result, the species was believed to be extinct. However, in 1981, a small population was discovered near Meeteetse, Wyoming (Schroeder and Martin 1982). In 1985–86, the Meeteetse population declined to only 18 animals due to outbreaks of sylvatic plague and canine distemper (USFWS 1988). Following this critical decline, the remaining individuals were taken into captivity in 1986–1987 to serve as founders for a captive propagation program. Since that time, captive breeding efforts have been highly successful and have facilitated ferret reintroductions throughout the formerly occupied range. Today, the captive population of juveniles and adults annually fluctuates between 300 and 600 animals depending on time of year, yearly reproductive success, and annual mortalities (68 FR 26498, May 16, 2003). The captive ferret population is currently divided among six captive-breeding facilities throughout the United States and Canada, with a small number on display for educational purposes at several facilities. Also, 65 to 90 ferrets are located at several field-based captive breeding sites in Arizona, Colorado, Montana, and New Mexico (68 FR 26498, May 16, 2003).

**Environmental Baseline**

*Status of the Species within the Action Area*

This species' historical distribution in Utah matches that of white-tailed and Gunnison prairie dogs and is considered to be within Carbon, Daggett, Duchesne, Emery, Grand, Rich, San Juan, Summit, and Uintah Counties. No wild populations of this species are known to still exist in Utah, and it is believed that the species is extirpated from the state.

The current known range of black-footed ferret in Utah is limited to Coyote Basin and Snake John in the far eastern portions of Uintah County. There is potential for wild-born animals to move into the Kennedy Wash area due to the close proximity to occupied habitat. The Coyote Basin Primary Management Zone (PMZ) consists of 51,563 acres straddling the Utah-Colorado border approximately 32 miles southeast of Vernal, Utah. The PMZ includes most of Coyote Basin and parts of Kennedy Wash and is part of the larger Northeastern Utah Experimental Population Sub-Area. The joint rule issued by the USFWS under 10j of the Act (63 FR 52824, October 1, 1998) affords nonessential-experimental protection to the black-footed ferret over 4,942,720 acres of habitat and includes all of Uintah and Duchesne Counties in Utah.

Land ownership in the nonessential, experimental population area is 54 percent Federal public lands (i.e., BLM, Forest Service, USFWS, Bureau of Reclamation, National Park Service), 24

percent private lands, 16 percent Ute Indian Tribe trust reservation lands, and 6 percent state lands (63 FR 52824, October 1, 1998). The Coyote Basin PMZ is comprised of predominantly federal land (87.7%) administered by the BLM. State trust lands (11.8%) and private land (0.5%) make up the remainder of the land ownership within the PMZ.

In October and November of 1999, 72 black-footed ferrets were released in Coyote Basin and the first wild born kits were seen the following summer (UDWR 2003). From October 1999 through November 2002, 215 black-footed ferrets were released into Coyote Basin (Bibles 2002). Intensive 10-day spotlighting efforts were conducted from August 20th through the 29th in Coyote Basin in 2002 (Bibles 2002). Twenty-nine individual ferrets were sighted, including 21 adults and 8 kits (Bibles 2002). Annual spotlight surveys through 2008 continue to document kit production as well as adult survival. Actual population numbers are unknown.

*Factors Affecting Species Environment within the Action Area*

The main causes of decline in the ferret population throughout its range include the destruction or conversion of native grassland habitat to agriculture or urbanization; elimination of natural prey and den holes (due to pest control of prairie dogs); and diseases such as sylvatic plague and canine distemper, which has directly affected black-footed ferret, and resulted in substantial declines in its prey species of prairie dogs.

Plague and resultant fluctuations in prairie dog population numbers continue to affect ferrets in northeastern Utah. Land use practices within the Coyote Basin Primary Management Zone (PMZ) and surrounding areas include oil and gas development, Gilsonite mining, livestock grazing, power production and recreation (BLM 1999). Several jeep trails and two tracks cut through the PMZ from various directions. Three power and transmission lines cross the PMZ from Deseret Generation and Transmission Co-operative's Bonanza Power Plant to Colorado. In addition, many small power lines associated with Gilsonite mining and oil/gas extraction cross the PMZ (BLM 1999).

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program including resource surveys and excavations could increase human presence and require vehicles and heavy machinery. Associated noise and visual stimulation may lead to disturbance and displacement of individuals from occupied habitats. Individuals may be killed by machinery or vehicles. Excavation-related surface disturbance activities may lead to erosion or degradation of habitat due to vegetation removal, with resultant reductions in prey populations for the black-footed ferret. As a result, black-footed ferret adults and offspring may experience reduced fitness or mortality.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program including resource surveys and excavations could increase human presence and require vehicles and heavy machinery. Associated noise and visual stimulation may lead to disturbance and displacement of individuals from occupied habitats. Individuals may be killed by machinery or vehicles. Excavation-related surface disturbance activities may lead to erosion or degradation of habitat due to vegetation removal, with resultant reductions in prey populations for the black-footed ferret. As a result, black-footed ferret adults and offspring may experience reduced fitness or mortality.

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resource values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Black-footed ferrets and suitable habitat occur in grassland and sagebrush habitats. All components of fire management could be utilized within potentially suitable or occupied habitat for the black-footed ferret. Wildland fire suppression may have direct, negative effects on black-footed ferrets and damage or destroy occupied or suitable habitat. Suppression operations may harass, displace, injure, or kill black-footed ferrets or their prairie dog prey from smoke or fire during backfires, surface disturbance, or human-caused disturbance. Wildland fire suppression operations may adversely affect black-footed ferrets or prey if they are unintentionally sprayed with fire retardant. Following a fire, short-term adverse impacts may occur from reduced food supplies, loss of surface cover, and increased predation.

Wildland fire use and prescribed fire would only be authorized in suitable or occupied black-footed ferret habitat if potential negative effects to the species have been considered and minimized or avoided. Potential impacts from wildland fire use and prescribed fire would be similar to those from wildfire suppression. Non-fire fuels treatments and emergency stabilization and rehabilitation following wildfires may be used to retain or improve range conditions and maintain lower fuel loads in grassland and sagebrush habitats suitable for black-footed ferrets. Negative impacts include harassment, displacement, injury, or mortality; or a reduction in prey from surface disturbance. Most of these effects would be short-term and of low intensity due to the conservation measures. Additionally, these fire management activities could benefit black-footed ferrets due to improved habitat quality, resulting in a larger prey base.

Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Increased vehicular traffic and human presence and construction activities associated with the lands and realty program could directly and indirectly impact black-footed ferrets. Increased vehicular traffic could lead to mortality from vehicle collisions or potential poaching. Increased human presence (and associated noise and visual stimulation) may result in disturbance and displacement of individuals from occupied habitats, and lead to physical distress, decreased health, and/or mortality.

Surface disturbance resulting from construction activities may result in erosion or degradation of habitat due to vegetation removal and increased potential for invasive species, leading to reduced prairie dog prey populations. Additional negative impacts include direct loss of habitat and direct mortality due to: displacement and habitat fragmentation and modification.

Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder some wildlife species: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Grazing by livestock and surface disturbing construction may result in a vegetation shift from grass to shrub forage, weed infestations, and erosion, leading to lower quality habitat and potential loss or reduction of prairie dog colonies; reducing the prey base for black-footed ferrets; and possibly displacing individuals. As a result, black-footed ferret adults and offspring may experience a reduction in fitness.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium), and salable (sand, gravel, building stone) minerals. Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Geological and mining activities have the potential to affect black-footed ferrets. General direct and indirect effects resulting from this program would include increased human presence and vehicle traffic in ferret habitat and surface disturbance. Specific negative impacts include decreased availability and use of suitable habitat; direct loss of habitat; and a decrease in prairie dog prey. As a result, black-footed ferret adults and offspring may experience a reduction in fitness. There is some potential for mortality if energy exploration or development activities result in the crushing of burrows. Increased vehicle traffic could also result in mortality from vehicle collisions.

Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Increased human presence (and associated noise and visual stimulation) due to recreation activities may result in disturbance and displacement of individuals from occupied habitats, and leading to physical distress, decreased health, and mortality. Increased vehicular traffic could lead to mortality from vehicle collisions or the collapse of burrows. Surface disturbance activities may result in erosion or degradation of habitat due to vegetation removal, leading to reduced prairie dog prey population levels. As a result, black-footed ferret adults and offspring may experience a reduction in fitness or mortality.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Although the riparian area management program is not expected to directly impact the ferret, indirect impacts may occur from displacing recreation use, OHV use, and livestock from riparian areas to upland areas suitable for black-footed ferrets. In addition, the implementation of riparian improvement projects may increase human and equipment disturbance near and within ferret habitat. Human disturbances (including associated noise and visual stimulation) may

displace individuals from occupied habitats, resulting in physical distress, decreased health, and/or mortality. Surface disturbance activities may result in erosion or degradation of habitat and lead to reduced prairie dog prey populations. As a result, black-footed ferret adults and offspring may experience reduced fitness.

## Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Although the soil and water program is not expected to directly impact the ferret, indirect impacts may occur from displacing recreation use, OHV use, and livestock from riparian areas to upland areas suitable for black-footed ferrets. In addition, the implementation of soil and water resource projects may increase human and equipment disturbance within or near ferret habitat. Human disturbances (including associated noise and visual stimulation) may displace individuals from occupied habitats and may lead to physical distress, decreased health, and/or mortality. Surface disturbance activities may result in erosion or degradation of habitat and lead to reduced prairie dog prey populations. As a result, black-footed ferret adults and offspring may experience reduced fitness.

## Vegetation Resources

Program objectives are to maintain or improve the diversity of plant communities to support livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Potential adverse impacts may include direct mortality of individuals from chemical treatments, increased human presence, and damage to burrows. Increased human presence (and associated noise and visual stimulation) due to vegetation management activities may result in disturbance and displacement of individuals from occupied habitats, leading to physical distress, decreased health, and mortality. Damage to burrows may occur as a result of using heavy equipment for reseeding or mechanical removal of undesirable vegetation. Additionally, surface disturbance activities may result in erosion or degradation of habitat and lead to reduced prey populations. As a result, black-footed ferret adults and offspring may experience loss of fitness or mortality.

## Wildlife and Fisheries Management

This program aims to maintain biological diversity, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Surface disturbing activities could destroy existing colony structure and cause direct mortality of the species. Additionally, surface disturbance may result in erosion or degradation of habitat and lead to reduced prey populations. As a result, black-footed ferret adults and offspring may experience loss of fitness or mortality. However, if activities were established to promote new-growth vegetation including native grasses and forbs (i.e., prescribed burns), these activities would likely increase prey populations over time.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Increased human presence (and associated noise and visual stimulation) due to recreation activities may result in disturbance and displacement of individuals from occupied habitats, and leading to physical distress, decreased health, and mortality. Increased vehicular traffic could lead to mortality from vehicle collisions and collapse of burrows. Surface disturbance activities may result in erosion or degradation of habitat due to vegetation removal, leading to reduced prairie dog prey population levels. As a result, black-footed ferret adults and offspring may experience a reduction in fitness or mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to federally protected black-footed ferrets under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat.
- Encroachment of human development into a species' suitable, or potential habitat.
- Fire management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

As public lands within the VPA are interspersed and bordered by Tribal, State, and private lands, activities within these non-federally managed lands are likely to affect natural resources within BLM managed areas. Black-footed ferrets are susceptible to activities on State and private lands. Future non-federal threats to the species include intentional poisoning, shooting, diseases such as plague, habitat loss and degraded habitat quality, and environmental conditions such as vegetation changes and drought (Crocker-Bedford 1975; Collier 1975; USFWS 1991). Factors leading to degraded habitat quality arise from land ownership and management practices,

including mineral development, OHV use, overgrazing and fire suppression. Mineral development and OHV use has led to direct habitat loss, introduction of invasive weed species, and the increased potential for poaching of both ferrets and their prey base. Overgrazing could lead to vegetation changes from grass to shrub; erosion of the swales that were historically occupied by prairie dogs; and lowered water tables which in turn reduces the amount of moisture available for palatable grasses and forbs that supply summer food for prairie dogs.

**Conclusion**

The conclusions of this biological opinion are based on full implementation of the programs as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the status of the black-footed ferret, the environmental baseline for the action area, the effects of the proposed project, and the cumulative effects, it is the USFWS's biological opinion that the Vernal BLM Field Office Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the black-footed ferret. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design can not adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# Canada lynx (*Lynx canadensis*)

**Status of Species**

*Species/Critical Habitat Description*

The Canada lynx (*Lynx canadensis*) occurs across the boreal forests of Canada and Alaska into isolated spruce, fir and lodgepole pine forests of the northern United States including Washington, Montana, Wisconsin, Michigan, New England and Maine. Isolated and/or dispersing populations are thought to occur in northeastern Oregon, Wyoming, Utah and Colorado (USFWS 2003). Lynx are generally found in the northern boreal forest in association with snowshoe hare habitat or habitat of other suitable prey species. Early successional stands with high densities of shrubs and seedlings are optimal for hares, and subsequently provide important habitats for lynx foraging activities. Mature forest stands are used for denning, cover, and travel corridors (Ruggiero et al. 1999).

*Life History and Population Dynamics*

The lynx is a medium-sized cat with long legs; large, well-furred paws; long tufts on the ears; and a short, black-tipped tail (McCord and Cardoza 1982). Adult males average 10 kg in weight and 85 cm in length from head to tail, and females average 9 kg and 81 cm in length from head

to tail (Quinn and Parker 1987). The lynx's long legs and large feet make it highly adapted for hunting in deep snow. Lynx use large woody debris, such as downed logs and windfalls, to provide denning sites with security and thermal cover for kittens (McCord and Cardoza 1982; Koehler 1990; Koehler and Brittell 1990; J. Organ, USFWS, *in litt.* 1999). For lynx den sites, the age of the forest stand does not seem as important as the amount of downed, woody debris available.

The size of lynx home ranges varies by the animal's gender, abundance of prey, season, and the density of lynx populations (Hatler 1988; Koehler 1990; Poole 1995). Documented home ranges vary from 8 to 800 km² (Saunders 1963; Brand *et al.* 1976; Mech 1980; Koehler and Aubry 1994). Preliminary research supports the hypothesis that lynx home ranges at the southern extent of the species' range are generally large compared to those in the northern portion of the range in Canada (Koehler and Aubry 1994).

Lynx are highly specialized predators whose primary prey is the snowshoe hare (*Lepus americanus*); both species have evolved to survive in areas that receive deep snow (Bittner and Rongstad 1982). Snowshoe hares use forests with dense understories that provide forage, cover to escape from predators, and protection during extreme weather (Wolfe *et al.* 1982; Monthey 1986; Hodges 1998, 1999). Generally, earlier successional forest stages have greater understory structure than do mature forests and therefore support higher hare densities (Hodges 1998, 1999). However, mature forests can also provide snowshoe hare habitat as openings develop in the canopy of mature forests when trees succumb to disease, fire, wind, ice, or insects, and the understory grows. Lynx concentrate their hunting activities in areas where hare activity is relatively high (Koehler and Aubry 1994; Ward and Krebs 1985). Lynx also prey opportunistically on other small mammals and birds, particularly when hare populations decline (Nellis *et al.* 1972; Brand *et al.* 1976; McCord and Cardoza 1982).

*Status and Distribution*

The Canada lynx is Federally listed as Threatened by the USFWS. In 1994, the USFWS (FR, 26 August 1994) found that federal listing of the North American population of Canada Lynx may be warranted and initiated a formal status review. In 1997, the USFWS (FR, 27 May 1997) determined that listing of the contiguous U.S. population is warranted but precluded by other higher priority actions. In 1998, the USFWS (FR, 8 July 1998) proposed listing the U.S. lower 48 population segment as threatened. In 1999, the USFWS (FR, 8 July 1999) extended for not more than six months a decision to list the contiguous United State population segment as a threatened species; this extension was made to allow time to resolve a dispute over the status of the U.S. lower 48 lynx population. In 2000, the USFWS determined threatened status for the contiguous U.S. distinct population segment of *L. canadensis.* In 2006, the USFWS designated critical habitat for the contiguous U.S. distinct population segment. In total, approximately 4,768 km² fall within the boundaries of the critical habitat designation, in three units in the States of Minnesota, Montana and Washington (Federal Register, 9 November 2006). No designated critical habitat exists within the state of Utah.

The historical and present range of the lynx north of the contiguous United States includes Alaska and that part of Canada that extends from the Yukon and Northwest Territories south

across the United States border and east to New Brunswick and Nova Scotia. In the contiguous United States, lynx historically occurred in the Cascades Range of Washington and Oregon; the

Rocky Mountain Range in Montana, Wyoming, Idaho, eastern Washington, eastern Oregon, northern Utah, and Colorado; the western Great Lakes Region; and the northeastern United States region from Maine southwest to New York. In the contiguous United States, the distribution of the lynx is associated with the southern boreal forest, comprising of subalpine coniferous forest in the West and primarily mixed coniferous/deciduous forest in the East; whereas in Canada and Alaska, lynx inhabit the classic boreal forest ecosystem known as the taiga (65 FR 16052, March 24, 2000).

Forest management practices that result in the loss of diverse age structure, fragmentation, road construction, urbanization, agriculture, recreational developments, and unnatural fire frequencies have altered suitable habitat in many areas. As a result, many states may have insufficient habitat quality and/or quantity to sustain lynx or their prey. Human access into habitat has increased dramatically over the last few decades contributing to direct and indirect mortality and displacement from suitable habitat.

**Environmental Baseline**

*Status of the Species within the Action Area*

In the summer of 2004, two radio-collared male lynx from the experimental nonessential Colorado transplant population were detected in Utah. One lynx crossed through the Wasatch-Cache National Forest while traveling northward along the Wasatch Front. It continued to head north out of the Forest into Idaho or Wyoming. The other lynx, after crossing the Uinta Mountains, headed southward towards Panguitch (Email from Richard Williams, Wasatch-Cache National Forest Biologist, September 28, 2004). In addition, there is one report of a lynx trapped in Cache County in 1991 (Ruggiero et al. 1999). The Utah population is isolated and considered to be comprised primarily of dispersing rather than breeding individuals.

Although there may be some individual lynx moving through the VFO area, no known resident populations of lynx have been documented within the VPA in recent years. In December 2006 two lynx were trapped after being treed by dogs and tranquilized (as per conversation with Brian Maxfield of UDWR, 2007). A female was caught on the north end of the Book Cliffs near Argyle Canyon. The other, a male, was caught in the Mineral Mountains between Beaver and Milford, Utah. It is believed that both lynx migrated from the San Juan Mountains in Colorado where Colorado state wildlife officials started an experimental population in 1999, and both lynx were relocated back into the release area in Colorado in December of 2006.

These examples demonstrate at least occasional use of habitat, and the action area likely functions as a linkage zone. Therefore, the following effects determination is written to assess impacts should lynx use the planning area. The RMP planning process is a long-term planning effort, and thus we are analyzing activities for this potential.

*Factors Affecting Species Environment within the Action Area*

Past extensive logging that eliminated habitat for lynx and snowshoe hare was detrimental to the species rangewide. Habitat has been lost due to suppression of forest fires and ecological succession to habitats that no longer support snowshoe hare and lynx. Fragmentation, due to forestry, agriculture, and roads, and the subsequent isolation of suitable habitat is a concern. Road construction causes habitat fragmentation, incidental harvest of lynx in the course of legal trapping/hunting for other species may be a problem in some areas. Increased winter recreation (snowmobiles, ski area development) may be causing displacement and/or incidental mortality of lynx. Habitat changes and increased access into lynx habitats has resulted in increased competition and displacement of lynx by bobcat and coyote in some areas.

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program including resource surveys and excavations could increase human presence and require vehicles and heavy machinery. Associated noise and visual stimulation may lead to disturbance and displacement of individuals from occupied habitats. As a result, lynx may be displaced or experience reduced fitness.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program including resource surveys and excavations could increase human presence and require vehicles and heavy machinery. Associated noise and visual stimulation may lead to disturbance and displacement of individuals from occupied habitats. As a result, lynx may be displaced or experience reduced fitness. In addition, increased vehicle use may result in roadway mortality of lynx.

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Wildland fire suppression may have negative effects on Canada lynx by reducing downed woody material in occupied or suitable habitat. Suppression operations may harass, displace, injure, or kill Canada lynx or prey from smoke or fire during backfires, surface disturbance, or human-caused disturbance. Following a fire, short-term adverse impacts may occur from reduced in food supplies, loss of surface cover, and increased predation. Fire suppression may also lead to habitat fragmentation from operations including fire line construction and road development.

Potential impacts from wildland fire use and prescribed fire would be similar to those from wildfire suppression. Non-fire fuels treatments and emergency stabilization and rehabilitation following wildfires may be used to retain or improve range conditions and maintain lower fuel loads, benefiting the prey base of the Canada lynx. Short-term negative impacts include harassment, displacement, injury, or mortality; or a reduction in prey from surface disturbance. As a result from these activities, Canada lynx could be displaced from suitable habitat, experience a loss of fitness and rarely, mortality.

## Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Increased vehicular traffic and human presence and construction activities associated with the lands and realty program could directly and indirectly impact Canada lynx. Increased vehicular traffic could lead to mortality from vehicle collisions. Increased human presence (and associated noise and visual stimulation) may result in disturbance and displacement of individuals from occupied habitats, and leading to physical distress, decreased health, and/or mortality.

Surface disturbance resulting from construction activities may result in erosion or degradation of habitat due to vegetation removal and increased potential for invasive species, leading to reduced prey populations. In addition, land sales, exchanges and ROWs could contribute to habitat fragmentation, disrupting travel corridors for the lynx. As a result, Canada lynx could experience a loss of fitness or displacement from suitable habitat.

## Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can

be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder some wildlife species: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Livestock grazing could have direct and indirect effects on lynx habitat, including a reduction in available forage for lynx prey (primarily snowshoe hare) and disturbance in prey habitat. As a result, lynx could experience reduced fitness.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program could lead to an increase in road density and the loss, modification or fragmentation of habitat suitable for Canada lynx and their prey. In addition, light, noise and visual stimulation from energy and mineral projects could lead to disturbance and displacement of individuals from occupied habitats. Increased human presence may result in disturbance of lynx. As a result from these activities, Canada lynx could be displaced from suitable habitat, experience a loss of fitness and rarely, mortality.

Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Increased human presence, including associated noise and visual stimulation, may result in disturbance and displacement of individuals from occupied habitats. Increased access to areas where trapping is allowed could result in the accidental trapping and injury or mortality of lynx. Increased vehicular traffic could lead to mortality from vehicle collisions. Surface disturbance activities may result in erosion or degradation of habitat due to vegetation removal, with resultant reductions in prey population levels. As a result from these activities, Canada lynx could be displaced from suitable habitat, experience a loss of fitness or mortality.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Canada lynx can use riparian areas for hunting and as travel corridors. Fencing of riparian areas could lead to increased habitat fragmentation and disrupt linkage zones between areas. Increased human presence, including associated noise and visual stimulation, may result in disturbance and displacement of individuals from occupied habitats. Canada lynx could be displaced from suitable habitat, and/or experience a loss of fitness.

Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Although the soil and water management program is not expected to directly impact the lynx, indirect impacts may occur from increased human presence and equipment disturbance. Human disturbances (including associated noise and visual stimulation) may displace lynx and their prey from occupied habitats. Surface disturbance activities may result in erosion or degradation of habitat and lead to reduced prey populations. As a result, Canada lynx could experience a loss of fitness.

Vegetation Resources

Program objectives are to maintain or improve the diversity of plant communities to support livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Potential adverse impacts may include increased human presence (and associated noise and visual stimulation) due to vegetation management activities. Additionally, surface disturbance activities may result in erosion or degradation of habitat. These impacts may lead to reduced prey populations. As a result, Canada lynx could be displaced from suitable habitat, and/or experience a loss of fitness.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

The majority of the activities under this program are surface disturbing projects intended to improve wildlife habitat. Short term effects could include a temporary decrease in prey base, however, in the long term prey species would likely increase. In addition, herd management of ungulate species could have a negative effect by increasing competition with smaller prey species. In the short-term, Canada lynx could be displaced from suitable habitat from lack or prey or experience a loss of fitness.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

The majority of the activities under this program are surface disturbing projects intended to improve wildlife habitat. Short term effects could include a temporary decrease in prey base, however, in the long term prey species would likely increase. In addition, new water sources could impact ungulate herd movement, concentrating these species and increasing competition with smaller prey species. As a result, Canada lynx could be displaced from suitable habitat or experience a loss of fitness.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the Canada lynx and its habitat under the Proposed Actions would include, but not be limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat.
- Encroachment of human development into suitable habitat.
- Fire management actions by some, or all, of the following groups, on lands adjoining BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Canada lynx locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Canada lynx are susceptible to activities on State and private lands. Many of these activities, such as human population expansion and associated

infrastructure (increased roads); oil and gas exploration and development; research; and unregulated recreation activities (e.g. off-highway vehicles) may contribute to negative cumulative effects to the Canada lynx through human-caused injury or mortality, elimination of or disturbance to colonies, tunnels, and den sites, destruction or degradation of native grassland or sagebrush habitats, and spreading disease, such as distemper. Contributing as cumulative effects to the proposed action, these activities will continue to affect Canada lynx population persistence by contributing to loss and fragmentation of small, isolated colonies.

**Conclusion**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the Canada lynx, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Vernal BLM Field Office Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Canada lynx. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design cannot adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# Ute ladies'-tresses (*Spiranthes diluvialis*)

### Status of the Species

*Species Description*

The Ute ladies'-tresses (*Spiranthes diluvialis*) was first described as a species in 1984 by Dr. Charles J. Sheviak from a population discovered near Golden, Colorado (Sheviak 1984). The Ute ladies'-tresses are perennial orchids from the family Orchidaceae. The orchid first appears above ground as a rosette of thickened grass-like leaves that is very difficult to distinguish from other vegetation. Its leaves are up to 1.5 cm wide and 28 cm long; the longest leaves are near the base. The usually solitary flowering stem is 20 to 50 cm tall, terminating in a spike of 3 to 15 white or ivory flowers. The range in elevation of known orchid populations in Utah is from 1,300 to 2,100 meters (USFWS 2003). In Utah, Ute ladies'-tresses are known to occur predominantly in the northern and northeastern portions of the state. The orchid also occurs in three scattered locations in the western and southern portions of the state (USFWS 2003).

Orchid habitats must consist of sufficient hydrology to keep soils moist at the surface throughout the growing season. Soils are generally silty-loam often underlain with cobble and gravel. The

habitat settings are early to mid-successional riparian habitats (i.e. well established soils and vegetation) along perennial streams and rivers such as moist stream edges, high flow channels, old oxbows, vegetated point bars, and other fluvial features (USFWS 1992a, Fertig et. al. 1994; USFWS 1995; Fertig 2000). The orchid may also occur in settings that mimic one of the above habitats, such as moist borrow pits, roadside ditches, reservoir edges, and berms (Ward and Naumann 1998).

Perennial graminoids and forbs and low vegetative cover dominate habitats occupied by Ute ladies'-tresses. A few populations in eastern Utah and Colorado are found in riparian woodlands, but generally the species seems intolerant of shade, preferring open, grass, sedge, and forb-dominated sites. Where colonies occur in more wooded areas, plants are usually found on the edges of small openings and along trails (Ward and Naumann 1998). The orchid is intolerant of crowding and competition. The orchid may persist for some time in the grassy understory of woody riparian shrublands, but does not appear to thrive under these conditions (Ward and Naumann 1998).

Ute ladies'-tresses in Utah seem to have persisted regardless of the activities and influences of humans (USFWS 2003). In some cases, the orchid's habitat has apparently shifted to new locations and the species has thrived as a result of modified hydrologic regimes. Irrigation and grazing have also created and maintained suitable habitat conditions where they did not previously exist.

*Life History and Population Dynamics*

Flowering of Ute ladies'-tresses generally occurs from mid-July through August, at which point location, identification, and population size estimates are typically determined. However, in some locations the plant may bloom in early July or may still be in flower as late as early October. Some individuals remain underground or do not flower each year (Arft 1995; Riedel 1992).

Because of the unique anatomy of orchid flowers, only certain insects can accomplish pollination. Reproduction of the orchid is strictly sexual, with bumblebees (*Bombus* spp.) and anthophorans (*Anthophora* spp.) (Sipes and Tepedino 1995; Sipes et. al. 1995) as the primary pollinators. These insects visit the orchids for the nectar and pollination is accomplished incidentally. The number of seeds of the orchid varies greatly between plants. Each orchid fruit can have several hundred or up to 10,000 seeds but generally average around 2,000 (Sipes and Tepedino 1995). These seeds may be dispersed by water or wind (Wells 1981).

*Status and Distribution*

Ute ladies'-tresses were federally listed as threatened on January 17, 1992 (57 FR 2048) throughout its entire range. No critical habitat has been designated for the species. To date, no recovery plan has been approved for this species. However, a draft recovery plan has been written (USFWS 1995).

Populations of orchids are known from three broad general areas of the interior western United States: near the base of the eastern slope of the Rocky Mountains in southeastern Wyoming and adjacent Nebraska and north-central and central Colorado; in the Upper Colorado River Basin,

particularly in the Uinta Basin; and in the Bonneville Basin along the Wasatch Front and westward in the eastern Great Basin, in north-central and western Utah, extreme eastern Nevada, and southeastern Idaho, and central Washington.

At the time of its listing, the total known population size of Ute ladies'-tresses was fewer than 6,000 individuals from 11 populations occurring in Colorado, Utah, and Nevada (57 FR 2048). Several populations on the Wasatch Front, Utah; Great Basin, Utah and Nevada; and the Front Range of Colorado were believed to be extirpated due to activities associated with frontier settlement (urbanization, clearing land for agriculture, water diversion, etc.). Most known populations contained fewer than 1,000 plants when counted in 1990 and 1991. Eastern Utah populations were typically small in size. Since 1993, *S. diluvialis* has been discovered in southeastern Wyoming, southwestern Montana, western Nebraska, southern Idaho, and central Washington (Fertig et al. 2005). Populations are now known to occur in 38 watersheds at elevations ranging from 220 to 558 m (720 to 1,830 ft) in Washington to 2,134 m (7,000 ft) in northern Utah (Fertig et al. 2005). Recovery driven inventory efforts indicate that the number of existing and historical populations is 61, of which 53 are considered extant. Of all extant populations, 60 percent contain over 100 plants and 21 percent have greater than 1,000 individuals.

Population numbers, based on counts of flowering individuals, fluctuate greatly ranging from 23% to 79% (Ward and Naumann 1998). This is because a varying proportion of the population may either be dormant underground or in a vegetative (non-flowering) state thus, not easily discerned during population monitoring. Therefore, the number of flowering adults does not give an accurate population size or structure. Monitoring of both flowering and vegetative plants by Arft (1995) indicated that population size may be fairly stable even though the number of flowering individuals demonstrates high variability. The life span of individuals is unknown, but plants studied over a nine year period were used to estimate a life expectancy of more than 50 years (USFWS 1995).

**Environmental Baseline**

*Status of the Species within the Action Area*

At the time of listing, populations of *Spiranthes diluvialis* were known from Daggett, Duchesne, Garfield, Uintah, Utah, and Wayne Counties and historical occurrences were known from Salt Lake, Tooele, and Weber Counties in the Duchesne, Escalante, Fremont, Jordan, Lower Green, Lower Weber, Southern Great Salt Lake Desert, Spanish Fork, Upper Green-Flaming Gorge Reservoir, and Utah Lake watersheds. Since 1992, new sites have been documented along the Wasatch Front and the Uinta Basin, extending the species' known distribution into Wasatch County and the Ashley-Brush, Provo, and Strawberry watersheds. Four historical occurrences are considered extirpated. Currently, there are 28 populations in Utah. The maximum annual population count of the orchid in the state of Utah is estimated to be 47,859 (Fertig et. al. 2005), distributed across Daggett, Duchesne, Garfield, Salt Lake, Tooele, Uintah, Utah, Wayne, Wasatch, and Weber counties. Four populations of Ute ladies'-tresses are presently found in the VPA: (1) Along the Green River in Browns Park (Daggett County); (2) in the Cub Creek drainage in Dinosaur National Monument (Uintah County); (3) along the along the Uinta and Whiterocks Rivers near Whiterocks (Duchesne and Uintah Counties); and, (4) along the

Duchesne River near Duchesne (Duchesne County). Most populations are small, consisting of between 20 and 500 individual plants (UDWR 1998, USFWS 1992).

*Factors Affecting Species Environment within the Action Area*

Factors that could affect the orchid include natural or human-directed disturbances, such as the modification of hydrology, increased recreation use, introduction or proliferation of invasive species, improper herbicide use, reduction or loss of pollinators, and improper season and stocking rate of livestock grazing (USFWS 1995a).

Channelization of waterways and construction of levees that isolate a stream from its floodplain prevent formation and maintenance of suitable habitat (USFWS 2003). These activities also eliminate periodic disturbances that remove competitive shrub stands, and re-saturates and rejuvenates old and new habitats (Moseley 1998b; Fertig 2000; USFWS 2003).

Hay mowing, or fire, may reduce suitable habitat conditions for the orchid by reducing cover, litter, and weeds. Population reductions may also result, especially when these activities occur during the flowering period (Arft 1995; Moseley 1998a).

Many occupied habitats are in more mountainous or rural locations and are not as susceptible to the direct effects of urban development. However, some scattered locations are subject to rural development such as gravel pit excavations, irrigation diversions, and construction of irrigation canals, roads, and bridges.

Recreational development may cause direct (placing trails or campgrounds in occupied or suitable habitat) or indirect (changes in hydrology, spread of invasive species) impacts to the orchid (USFWS 2003). Campground facilities, road and parking lot construction and improvements, trails, and fisheries improvements result in increased access to and use of riparian and wetland areas that support Ute ladies'- tresses.

A newly emerging and potentially serious threat to the orchid range-wide is the proliferation of invasive native and non-native plant species. The orchid is susceptible to below-ground competition, such as from strongly rhizomatous species, or aboveground competition that reduces light such as taller trees and shrubs. Tamarisk is of particular concern as it readily invades newly formed habitat before the orchid can become established, is extremely competitive, and may change soil surface chemistry through deposition of salty leaf litter.

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program may increase minor surface disturbance for cultural resource excavations. Activities occurring under this program may increase localized foot traffic,

motorized traffic, and use of tools in suitable Ute ladies'-tresses habitat. These activities may result in: alteration of soil hydrology; trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, and increased plant damage or individual mortality.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program may increase minor surface disturbance for fossil resource excavations. Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools in suitable Ute ladies'-tresses habitat. These activities may result in: alteration of soil hydrology; trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, and increased plant damage or individual mortality.

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance; soil erosion and compaction; impacts from herbicides; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. Direct impacts include damage from fire or fire retardants. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way.

Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact Ute ladies'-tresses with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in loss, fragmentation, or degradation of Ute ladies'-tresses habitat. As a result, there may be loss or degradation of plant populations; decreased recruitment; and increased occurrence of plant damage and individual mortality.

Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder some wildlife species: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence, increase motorized traffic, and cause surface disturbance from fence and livestock pond construction in Ute ladies'-tresses suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals; increase erosion and compaction; increase occurrence of exotic plant species; reduce pollinator populations; and modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage, individual mortality, and loss or degradation of habitat.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may increase foot traffic, motorized traffic, and significant soil disturbance. These activities may cause trampling or crushing of individuals; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access. As a result, there may be loss or degradation of plant populations; decreased Ute ladies'-tresses seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

## Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals; collection of individuals due to increased human access; increased soil disturbance, erosion, and compaction; loss, modification or degradation of suitable habitat; reduced seed banks; and increased occurrences of invasive plant species. As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Ute ladies'-tresses habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: alteration of soil hydrology; trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

## Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Ute ladies'-tresses habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: alteration of soil hydrology; trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance; soil erosion and compaction; impacts from herbicides; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, improve habitat for wildlife and fisheries, and provide habitats for threatened and endangered species. Due to the generality of activities under this program, they also occur under other programs. Due to the many different species in the Field Office area, BLM is likely to encounter management situations where there are species' with conflicting habitat requirements. Therefore, it is likely that a management activity beneficial for one species may not be beneficial for other species.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments,

and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

<u>Non-WSA Lands with Wilderness Characteristics</u>

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Ute ladies'-tresses suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the Ute ladies'-tresses under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' critical, suitable, or potential habitat;
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
    - State of Utah;
    - County Governments in Utah;
    - Local Governments in Utah; and
    - Private landholders in Utah.

Ute ladies'-tresses occur primarily within BLM management boundaries. In these areas, Ute ladies'-tresses locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Ute ladies'-tresses are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, human population expansion and associated infrastructure (increased trails and roads), research, and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Ute ladies'-tresses range. In addition, illegal collection is reasonably certain to occur. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Ute ladies'-tresses populations by decreasing abundance, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

## Conclusions

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the Ute ladies'-tresses, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Vernal BLM Field Office Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Ute ladies'-tresses. Critical habitat has not been designated for this species. We base our conclusion on the following:

1.  The applicant committed resource protection measures will be incorporated into site-specific projects designed under the BLM Resource Management Plan. If project design can not adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2.  All site-specific projects designed under the proposed BLM Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# Uinta Basin hookless cactus *(Sclerocactus glaucus)*

## Status of the Species

*Species Description*

Uinta Basin hookless cactus (*S. glaucus*) is a member of the small cactus genus *Sclerocactus*. Specimens of this species from the Grand Valley of Colorado were initially described as *Echinocactus glaucus* in 1898 by Karl Schumann. Several other specimens of this species, all from Colorado's Grand Valley were subsequently described in the scientific literature: *Echinocactus subglaucus* (Rydberg in 1917), *Sclerocactus whipplei* var. *glaucus* (Purpus 1925) and *Sclerocactus franklinii* (Evans 1939). The Uinta basin hookless cactus was listed as threatened under the Endangered Species Act of 1973, as amended (ESA), on October 11, 1979 (USFWS 1979).

In the 1930's Edward Graham collected "*Sclerocactus whipplei*" and "*Utahia sileri*" specimens in Utah's Uinta Basin. These along with the Colorado plants were included by Lyman Benson in his 1966 monograph on the genus *Sclerocactus,* as *Sclerocactus glaucus.* The USFWS followed this taxonomic treatment when the Uinta Basin hookless cactus (*S. glaucus*) was listed as a threatened species in 1979 (USFWS 1979).

Taxonomic changes continued after *Sclerocactus glaucus*' listing in 1979. Of importance is Fritz Hochstätter's description and publication of *Sclerocactus wetlandicus* in1989. He describes this species as occurring in northeast Utah in habitat around the Pariette Wetlands. In 1993, he recognized a variety, which he named *ilseae.* He describes this variety as maintaining a relatively small form with extremely short spination. Also recognizing a distinctive entity in the Pariette Draw, Kenneth D. Heil and J. Mark Porter published *Sclerocactus brevispinus* in 1994. *S. brevispinus* is distinctive, due largely to its globose stems, short spines, and small flowers.

*S. wetlandicus* and *S. brevispinus* comprise distinct morphological forms of *S. glaucus.* Genetics research is ongoing (Hochstätter 1989, 1993 cited in Heil and Porter 2004; Porter et al. 2006). The USFWS recognizes these two species as threatened under *S.glaucus*'s original listing as threatened, and have proposed a revision to recognize *S. wetlandicus* and *S. brevispinus* as threatened under their now recognized scientific names (72 FR 53211 September 18, 2007).

*Sclerocactus wetlandicus* (The Utah form of typical *S. glaucus*) is a photosynthesizing green plant with succulent unbranched stems usually 3 to 9 cm diameter and 4 to 12 cm tall varying from spheric to elongated cylindrical in shape. The succulent stem has 12 to 14 ribs spirally aligned on the plant body with tubercles bearing spines. Spines are borne in clusters on areoles at the apex of the rib tubercles. The spines are of three types: 6 to 10 strait radial spines 6 to 20 mm long are borne at the margin of areole, 3 to 4 central strait spines similar to radial spines but borne in central portion of the areole around the, usually large single (sometimes 2 or lacking) abaxial spine 15 to 29 mm long and thicker than the other spines the abaxial spine is strait or gently curved (very rarely hooked). (Hooked abaxial spines are the norm in all Sclerocactus species except *S. glaucus* and *S. wetlandicus*). Flowers are funnelform 2 to 4 centimeters wide and 2.5 to 5 centimeters high. The sepals and petals are collectively called tepals in cacti. The outer tepals are oblanceolate about 15 mm wide and 20 to 50 mm long with broad brownish lavender midstripe and pink to violet margins. The inner tepals are oblanceolate to lanceolate 17 to 25 mm wide and 30 to 60 mm long pink or violet. The stigma has 6 lobes and it and the style is pinkish yellow. Filaments are green to white and anthers are yellow. The Fruit is ovoid to barrel shaped reddish or reddish grey when ripe 7 to 12 millimeters wide and 9 to 25 mm long. Seeds are black 1.5 millimeters wide 2.5 millimeters long (Hochstätter 1993, cited in Heil and Porter 1994).

*Sclerocactus brevispinus* (The short spined form Utah form of *S. glaucus*) is a photosynthesizing green plant with succulent unbranched stems usually 1.8 to 7 cm diameter and 2.5 to 8 centimeters tall varying from depressed spheric to shortened cylindrical in shape. The succulent stem has about 13 ribs spirally aligned on the plant body with tubercles bearing spines. Spines are borne in clusters on areoles at the apex of the rib tubercles. The spines are of three types: 6 to 7 strait radial spines 5 to 15 mm long are borne at the margin of areole, 0 to 2 lateral strait central spines similar to radial spines but borne in central portion of the areole around the usually small single (sometimes lacking) abaxial spine 1 to 5 mm long and thicker than the other spines

the abaxial spine is hooked (in specimens with 1 to 2 mm central long spines the spine hook reflexes back to the surface of the areole) are shorter. Flowers are campanulate about 1.1 to 3 centimeters wide and 2 to 3 centimeters high. The outer tepals are oblanceolate about 6 millimeters wide and 15 millimeters long with broad brownish midstripe and pink to purple margins. The inner tepals are oblanceolate to lanceolate 10 to 22 millimeters wide and 30 to 60 millimeters long purple. The stigma has 6 lobes and it and the style is pinkish yellow. Filaments are white to green to pinkish purple and anthers are yellow. The Fruit is shortened barrel shaped reddish or reddish grey when ripe 7 to 12 mm wide and 9 to 25 mm long. Seeds are black 1.8 to 2.7 millimeters wide 2.5 to 3.8 millimeters long. (Species descriptions adapted from Hochstätter 1993).

*Life History and Population Dynamics*

The Uinta Basin hookless cactus is a slow-growing species (Rechel et al. 1999). Reproduction is sexual. Flowering occurs from April to May and fruiting occurs from May to June. Bees, flies, beetles, and ants have been observed visiting Uinta basin hookless cactus flowers, however, the effective pollination vectors are not clearly understood (USFWS 1990). Seed dispersal is possibly a limiting factor in the distribution of the species. Seed dispersal is accomplished primarily by ants (Rechel et. al. 1999), but may also occur via rain and water flow, other insects, birds, and rodents (USFWS 1990). Seed dispersal is possibly a limiting factor in the distribution of the species. Factors which govern the distribution of Uinta Basin hookless cactus and long-term population dynamics are poorly understand (USFWS 1990).

*Status and Distribution*

Populations and suitable habitat for the Uinta Basin hookless cactus occur within the administrative boundaries of BLM's Vernal Field Office and Price Field Office. The cactus is found in the Uinta Basin of northeastern Utah and the upper Colorado and Gunnison River valleys of western Colorado. In Colorado, there are two population centers of Uinta Basin hookless cactus which occur in the Upper Colorado and Gunnison River valleys of western Colorado. These population centers occur on alluvial river terraces of the Gunnison River from near Delta, Colorado, to southern Mesa County, Colorado; and on alluvial river terraces of the Colorado River and in the Plateau and Roan Creek drainages in the vicinity of DeBeque, Colorado (USFWS 1990).

In Utah, the Uinta Basin hookless cactus is found within one major population center composed of three important population groups. Each of these three population groups occur within the BLM Diamond Mountain planning area, with one of the three populations extending into the Book Cliffs planning area and one extending into the Price River planning area. Specifically, the three Utah populations are found within the following areas and habitats:

- on alluvial river terraces near the confluence of the Green, White, and Duchesne rivers including Ouray National Wildlife Refuge and the town of Ouray, Utah, south along the Green River, to the vicinity of Sand Wash including concentrations near the mouth of Pariette Draw;

- along the base of the Badlands Cliffs in extreme southeastern Duchesne County; and

- a small population of a morphologically distinct form (*S. brevispinus*) growing on the Clay badlands in the Pariette Draw drainage south of Myton, Utah, which gradates into the more typical Uinta Basin hookless cactus near the mouth of Pariette Draw south of Ouray, Utah (USFWS 1990).

There are additional populations east along the White River drainage and a disjunct population near Bonanza, Utah.

*S. wetlandicus* generally occurs on cobbley, gravelly, or rocky surfaces on river terrace deposits and lower mesa slopes. The morphologically distinct form, *S. brevispinus*, occurs on badlands in the Pariette Draw drainage, derived from the Wagonhound member of the Uinta geologic formation.

*S. glaucus* occurs on varying exposures, but is more abundant on south facing exposures, and on slopes to about 30 percent grade; it is most abundant at the point where terrace deposits break from level tops to steeper side slopes. The species is found at an elevational range of 4,500 to 5,900 feet.

Vegetation type of the species' habitat is comprised of desert scrub dominated by shadscale (*Atriplex confertifolia*), galleta (*Hilaria jamesii*), black-sage (*Artemisia nova*), and Indian rice grass (*Stipa hymenoides*). Other important species include two similar spherical or cylindrical cactus species, strawberry hedgehog cactus (*Echinocereus triglochidiatus* var. *melanacanthus*) and Simpson's pincushion cactus (*Pediocactus simpsonii*). Other important species in the plant community include the prickly pear cactus (*Opuntia polycantha*), winterfat (*Krascneninnikovia lanata*), yucca (*Yucca harrimaniae*), snakeweed (*Gutierrezia sarothrae*), low rabbitbrush (*Crysothamnus viscidiflorus*), sand dropseed (*Sporobolus cryptandrus*), and Salina wildrye (*Elymus salinus*) (USFWS 1990).

## Environmental Baseline

*Status of the Species within the Action Area*

In 1985, BLM completed Uinta Basin hookless cactus surveys in the Pariette Wash area. Surveys resulted in the creation of a "special status plant boundary" and an Area of Critical Environmental Concern (ACEC). According to the Biological Assessment, approximately 759,724 acres of potentially suitable habitat exists within the Vernal and Price Field Offices.

The Uinta Basin hookless cactus has been documented within the Desolation Canyon Wilderness Study Area (WSA) along the Green River Corridor (W. Ludington, BLM, pers. comm., May 2003). Occupied and suitable habitat is located along a portion of the Green River where public access is limited by topography and roads.

The total population of *Sclerocactus brevispinus* on the Uintah and Ouray Reservation of the Ute Tribe, directly north and adjacent to BLM lands, is unknown. The Ute Tribe conducted an inventory in 2007 and preliminary results indicate a population of 5806 individuals in this current project area of proposed oil and gas drilling within the Pariette Draw drainage (O'Hearn 2007). We estimate the total area of potential habitat for *S. brevispinus* on Ute Tribal lands,

based on exposures of the Wagon Hound member with desert shrub vegetation, to be about 1,200 ha (3,000 ac) (USFWS 2007).

*Factors Affecting Species Environment within the Action Area*

Range-wide activities with the greatest potential to adversely affect Uinta basin hookless cactus populations and habitats include: livestock grazing (trampling); off-highway vehicle use; energy and mineral exploration and development; stone collecting; the use of insecticides and herbicides; and illegal collection (USFWS 1990). In addition to these human-induced threats, several natural threats to the continued conservation of the species include: disease, parasitism, predation, drought, erosion, trampling by wildlife, and vegetative competition (USFWS 1990).

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Uinta basin hookless cactus habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in Uinta basin hookless cactus habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression

methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the Uinta basin hookless cactus, wildland fire suppression activities could adversely affect the Uinta Basin hookless cactus. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable Uinta basin hookless cactus habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact Uinta Basin hookless cactus with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of potential Uinta Basin hookless cactus habitat. As a result, there may be loss or degradation of cactus populations; decreased recruitment; and increased occurrence of plant damage and individual mortality.

## Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence; increase motorized traffic; and surface disturbance from fence and livestock pond construction in Uinta basin hookless cactus suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

## Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic; significant soil disturbance; increased energy development of facilities, and increased mineral excavation in Uinta basin hookless cactus habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access due to increased human access. As a result, there may be loss or degradation of cactus populations; decreased Uinta Basin hookless cactus seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

## Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in Uinta basin hookless cactus suitable habitat. Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species. As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Uinta Basin hookless cactus habitats. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable Uinta Basin hookless cactus habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in Uinta basin hookless cactus suitable habitat. Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Because the proposed action calls for removal of horse populations, the main management activity under this program is herd gathering.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in Uinta basin hookless cactus suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Uinta Basin hookless cactus suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in Uinta Basin hookless cactus habitat, there is some potential for private individuals to trample Uinta Basin hookless cactus individuals while harvesting wood products. Known populations of Uinta Basin hookless cactus, and potential habitats have not been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in Uinta Basin hookless cactus suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the Uinta Basin hookless cactus under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat;
- Encroachment of human development into a species' critical, suitable, or potential habitat; and
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah;
  - County Governments in Utah;
  - Local Governments in Utah; and
  - Private landholders in Utah.

Uinta Basin hookless cacti occur primarily within BLM management boundaries. In these areas, Uinta Basin hookless cactus locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. Uinta Basin hookless cacti are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, research, human population expansion and associated infrastructure (increased trails and roads), and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Uinta Basin hookless cactus' range. In addition, illegal collection is reasonably certain to occur. Contributing as cumulative effects to the proposed action, all these activities will continue to affect Uinta Basin hookless cactus populations by decreasing abundance, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the Uinta Basin hookless cactus, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Proposed VFO Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the Uinta Basin hookless cactus. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the Resource Management Plan. If project design can not adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Clay reed-mustard (*Schoenocrambe argillacea*)

### Status of the Species

*Species / Critical Habitat Description*

Duane Atwood first discovered the Clay reed-mustard in 1976 in the southern portion of the Uinta Basin in Utah. Clay reed-mustard is a perennial herbaceous plan with sparsely leafed stems 15 to 30 cm (6 to 12 inches) tall arising from a woody root crown. The leaves are very narrow with a smooth margin, 10 to 35 mm (0.4 to 1.4 inches) long and usually, less than 2 mm (0.1 inch) wide. The leaf blades are alternately arranged on the stem and, for the most part, are attached directly to the stem without a petiole. The flowers have petals that are pale lavender to whitish with prominent purple veins and measure 8 to 11 mm (0.3 to 0.4 inch) long and 3.5 to 4.5 mm (0.14 to 0.18 inch) wide. The entire flowers are about 1 cm (0.4 inch) across in full anthesis and are displayed in a raceme of 3 to 20 flowers at the end of the plant's leafy stems.

*Life History and Population Dynamics*

Clay reed-mustard flowers are purple-veined, white, or lilac and are hairless. Blooming occurs from mid-April through mid-May (Franklin 1993, USFWS 1994). The clay reed-mustard reproduces sexually. Specific information on pollination mechanisms and vectors for the species is limited (USFWS 1994).

*Status and Distribution*

On January 14, 1992, *S. argillacea* was listed as threatened under the Endangered Species Act of 1973, as amended (ESA). Primary identified threats included oil and gas and oil shale development (57 FR 1398 1403).

The clay reed-mustard is endemic to clay soils derived from the zone of contact between the Uinta and Green River geologic formations, Uinta Basin, Uintah County, Utah. The clay reed-mustard typically grows on at-the-surface bedrock, scree, and fine-textured soils derived from the Evacuation Creek member of the Green River Formation. The species has also been documented below the rocky contact zone of the Uintah Formation and the Evacuation Creek Member. The species most commonly occurs on steep north-facing slopes, at elevations ranging from 4,721 to 5,790 feet (1,439 to 1,765 meters) (Franklin 1993). Clay reed-mustard is also associated with the mixed desert shrub community. Dominant shrub species associated with clay reed-mustard populations include Utah serviceberry, black sagebrush (*A. nova*), Castle Valley clover (*A. gardneri cuneata*), shadscale saltbush, and green rabbitbrush (*C. viscidiflorus*) (Franklin 1993, USFWS 1994).

## Environmental Baseline

*Status of the Species within the Action Area*

The entire population of this species is found in the action area. The clay reed-mustard is narrowly distributed and has extremely low population numbers.

*Factors Affecting Species Environment within the Action Area*

The clay reed-mustard was listed as threatened because it was susceptible to threats posed by oil and gas development and oil shale development. Clay reed-mustard populations are highly vulnerable to any activity within their habitat.

## Effects of the Action

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in clay reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in clay reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the clay reed-mustard, wildland fire suppression activities could adversely affect the clay reed-mustard. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable clay reed-mustard habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

## Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact clay reed-mustard with human-and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of potential clay reed-mustard habitat. As a result, there may be loss or degradation of cactus populations; decreased recruitment; and increased occurrence of plant damage and individual mortality.

## Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock

management includes designating the kind and class of livestock, seasons of use, locations of use
and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire,
mechanical and chemical control of noxious weeds, sagebrush and other target species. The
determinations and effects analyses associated with the potential impacts of these treatments can
be located under the other appropriate program headings (i.e., fire treatments – see Fire
Management, or vegetative treatments – see Vegetation Management). Other range
improvements authorized by the livestock grazing management program may include fence
construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within
the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of
selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4)
increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate
presence; increase motorized traffic; and surface disturbance from fence and livestock pond
construction in clay reed-mustard suitable habitat. These activities may increase the occurrence
of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion;
increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or
degrade suitable habitat. As a result, there may be increased occurrence of plant damage or
individual mortality and loss of habitat.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of
leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium)
and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be
included in the terms of these mineral contracts, there are potential impacts associated with these
various activities. Mineral exploration and extraction often results in surface disturbance from
road and facility construction, removal of topsoil and overburden, stock piling of these materials,
and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic,
significant soil disturbance; increased energy development of facilities, and increased mineral
excavation in clay reed-mustard habitat. These activities may cause trampling or crushing of
individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or
degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased
occurrences of invasive plant species; and increased occurrence of illegal collection due to
increased human access due to increased human access. As a result, there may be loss or
degradation of cactus populations; decreased clay reed-mustard seed production; decreased
recruitment; and increased occurrence of plant damage or individual mortality.

Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and
maintaining recreation areas, issuing special recreation permits, providing information to the

public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in clay reed-mustard suitable habitat. Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species. As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable clay reed-mustard habitats. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable clay reed-mustard habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual

resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in clay reed-mustard suitable habitat. Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Because the proposed action calls for removal of horse populations, the main management activity under this program is herd gathering.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in clay reed-mustard suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

## Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in clay reed-mustard suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal

access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in clay reed-mustard habitat, there is some potential for private individuals to trample clay reed-mustard individuals while harvesting wood products. Known populations of clay reed-mustard, and potential habitats have not been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in clay reed-mustard suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the clay reed-mustard under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat;
- Encroachment of human development into a species' critical, suitable, or potential habitat; and
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
    - State of Utah;
    - County Governments in Utah;
    - Local Governments in Utah; and
    - Private landholders in Utah.

The clay reed-mustard occurs primarily within BLM management boundaries. In these areas, clay reed-mustard locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. The clay reed-mustard is susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, research, human population expansion and associated infrastructure (increased trails and roads), and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the clay reed-mustard's range. Contributing as cumulative effects to the proposed action, all these activities will continue to affect clay reed-mustard populations by decreasing abundance, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the clay reed-mustard, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Proposed VFO Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the clay reed-mustard. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the Resource Management Plan. If project design can not adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

## Shrubby reed-mustard (*Schoenocrambe suffrutescens*)

**Status of the Species**

*Species Description*

*Glaucocarpum (=Schoenocrambe) suffrutescens* was first discovered in 1935 by Edward Graham and described by Reed Rollins as *Thelypodium suffrutescens* (Graham 1937; 52 FR 37416, October 6, 1987). In 1937, Dr. Rollins renamed this species *Glaucocarpum suffrutescens* (Rollins 1938; 52 FR 37416, October 6, 1987).

*Glaucocarpum (=Schoenocrambe) suffrutescens* was listed as an endangered species under the authority of the Endangered Species Act of 1973, as amended, on October 6, 1987 (52 FR 37416, October 6, 1987) under the name of toad-flax cress. In 1985, Welsh and Chatterley renamed this species *Schoenocrambe suffrutescens*. The common name was changed from toad-flax cress to shrubby reed-mustard, and the genus was changed from *Glaucocarpum* to *Schoenocrambe* on January 14, 1992 (57 FR 1398). Although other name changes have been proposed, the USFWS

still recognizes shrubby reed-mustard as *Schoenocrambe suffrutescens* (Mark Porter, Rancho Santa Anna Botanical Gardens, pers. comm. 2005; Al-Shehbaz 2005).

The shrubby reed-mustard (*Schoenocrambe suffrutescens*) is a perennial herb in the mustard family (Brassicaceae). The clumped stems are 10 to 25 cm (4 to 12 inches) tall arising from a branching woody root crown. The leaves are entire with a smooth margin, 1.0 to 2.5 cm (0.4 to 1 inch) long and 0.3 to 1.0 cm (0.12 to 0.4 inch) wide. The leaf blades are alternately arranged on the stem and are attached to the stem by a short petiole. The shrubby reed-mustard flowers have petals that are light yellow or greenish yellow and spatulately shaped measuring about 10 mm (0.4 inch) long and 3 mm (0.12 inch) wide. The entire flowers are displayed in a raceme of, commonly, 5 to 20 flowers at the end of the plant's leafy stems (Rollins 1938; Welsh and Chatterley 1985; Welsh *et al.* 1987).

*Life History and Population Dynamics*

Flowering occurs from April to May and fruiting occurs May to June (USFWS 1994). Reproduction is sexual (USFWS 1994). Pollinator exclusion experiments demonstrated that the shrubby reed-mustard is capable of automatic self-pollination (autogamy), but that significantly fewer seeds are set than when open pollination (assumed to be primarily cross-pollination) occurs (Tepedino and Bowlin; USFWS 1994). The following prospective pollinators, all native bee species, were captured while foraging on the flowers: *Dialictus perdifficilis*, *D. sedi*, *Evylaeus pulveris* (all Halictidae), and *Andrena walleyi* (Andrenidae) (Tepedino and Bowlin; USFWS 1994).

Shrubby reed-mustard plants produce a few (four) to many (over one hundred) inflorescences each year. The five to twenty flowers on each inflorescence open acropetally (Trepedino and Bowlin; USFWS 1994). Flowers are fragrant in the mornings, but the fragrance declines throughout the day, and over the bloom time of each flower (3-5 days) (Trepedino and Bowlin; USFWS 1994).

*Status and Distribution*

The factors which govern the distribution of shrubby reed-mustard are not well known, nor are the long-term population dynamics (USFWS 1994). The species currently occurs in 3 metapopulations with 7 total populations. It is unknown whether or not these populations have become genetically isolated or whether pollinators are able to travel between the populations to ensure genetic viability (L. England, personal comm.).

The effect of natural factors, such as disease, parasitism, grazing by native species, natural erosion, and vegetative competition, on the viability of the species population is not known. From 1935 when the species was first discovered to 1987 when the species was listed, the population experienced a decline in population size and range (Graham 1937; 52 FR 37416, 10/6/1987). The reasons for the population decline are not well understood, but the practice of mining building stone within occupied habitat is thought to be a major contributor as is winter sheep grazing (USFWS 1994, Franklin 1995).

The shrubby reed-mustard species is only found in Uintah and Duchesne Counties, Utah. The species grows along semi-barren, white shale, layers derived from the Evacuation Creek Member

of the Green River Formation, primarily on a calcareous shale stratum (57 FR 1398 1403). Habitat is found in xeric, shallow, fine textured soils intermixed with shale fragments on level to moderately sloping grounds of disjunct knolls and benches (USFWS 1992, Franklin 1993, USFWS 1994). The species is associated with mixed desert shrub and pinyon-juniper communities, at elevations ranging from 1554 to 2042 meters (5098 to 6699 feet) (Franklin 1993). Dominant shrub species associated with shrubby reed-mustard populations include, pygmy sagebrush (*Artemisia pygmaea*), saltbush (*Atriplex spp.*), and mountain mahogany (*Cercocarpus montanus*). Many of the shrub and herbaceous species found near shrubby reed-mustard populations are also endemic to the Uinta Basin (Franklin 1993, USFWS 1994).

**Environmental Baseline**

*Status of the Species within the Action Area*

The Vernal field office contains the entire range this species. Shrubby reed-mustard occurs in three meta-populations in Uintah and Duchesne Counties:

- Gray Knolls meta-population: centered in the Gray Knolls between the Green River and Hill Creek,
- Pack Mountain meta-population: centered on Little Pack Mountain and the slopes of Big Pack Mountain between Hill Creek and Willow Creek, and
- Badlands Cliff meta-population: the only one in Duchesne County and is at the base of the Badlands cliff above the Wrinkles Road (Service 1994b).

Approximately 7 distinct populations of shrubby reed-mustard are known to occur within these metapopulations. Of these, one population occurs within the Diamond Mountain planning area in southeastern Duchesne County. The remaining six populations occur in the Book Cliffs planning area in southern Uintah County. Two of the Uintah County populations also extend onto the Uintah and Ouray Indian Reservation (UNHP 2003).

The shrubby reed-mustard has low to extremely low numbers varying between years and at times falling below 100 adults (NatureServe 2005). The population fluctuates and at least occasionally approaches sub-viable levels. Based in part on Shultz and Mutz's (1979) and Franklin's (1995) surveys, the Service estimated that the Gray Knolls meta-population contained about 1,000 plants, the Pack Mountain meta-population was estimated to contain about 3,000 plants, and the Badlands Cliff meta-population was estimated to contain roughly 1,000 scattered plants (Service 1994b). The Thorn Ranch population was the type locality for the species located in 1935 by Graham and in 1937 by Rollins. In a personal communication between R. Rollins and L. England (BLM botanist at the time), Rollins commented that the population along the eastern slopes of Big Pack Mountain were in the hundreds of thousands in 1937 (L. England 1980). By 1994, this population had been reduced to the extent that it was not relocated in Franklin's 1994 survey (Franklin 1995). Population numbers appear to coincide with rainfall amounts during the months of May-June.

*Factors Affecting Species Environment within the Action Area*

Threats to the species include oil and gas development, winter sheep grazing, off-road vehicle use, and land management practices (52 FR 37416; Service 1994b; Franklin 1995). At the time

of listing in 1987, building stone collection was thought to have significantly altered the habitat of the species and decreased its range and population (52 FR 37416). The species habitat is also underlain by oil-shale deposits that have been identified as the most geologically prospective oil shale resources (BLM 2008). These threats combined are likely to endanger the continued existence of this species (52 FR 37416; Service 1994b).

**Effects of the Action**

Cultural Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for cultural resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in shrubby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Paleontological Resources

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Activities under this program include minor surface disturbance for fossil resource excavations. Activities under this program may increase localized foot traffic, motorized traffic, and use of tools in shrubby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Fire and Fuels Management

Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Although the BLM does not propose to carry out prescribed fire or non-fire treatments (mechanical and chemical) within suitable habitat for the shrubby reed-mustard, wildland fire

suppression activities could adversely affect the shrubby reed-mustard. Activities under this program may result in increased foot or motorized traffic and application of chemicals (fire retardants, pesticides, insecticides) in suitable shrubby reed-mustard habitats. These activities may cause trampling or crushing of individuals; increased soil disturbance; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment, increased plant damage or individual mortality, and a potential for long-term population declines.

Lands and Realty

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities authorized under this program may adversely impact shrubby reed-mustard with human- and equipment-related soil disturbances. Soil disturbance, erosion, and compaction may impact individual plants, modify or degrade suitable habitat, reduce pollinator populations, and reduce the seed bank. Land exchanges may result in fragmentation or degradation of potential shrubby reed-mustard habitat. As a result, there may be loss or degradation of cactus populations; decreased recruitment; and increased occurrence of plant damage and individual mortality.

Livestock Grazing

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Range management activities may include vegetation treatments such as prescribed fire, mechanical and chemical control of noxious weeds, sagebrush and other target species. The determinations and effects analyses associated with the potential impacts of these treatments can be located under the other appropriate program headings (i.e., fire treatments – see Fire Management, or vegetative treatments – see Vegetation Management). Other range improvements authorized by the livestock grazing management program may include fence construction, water developments, exclosures, and livestock handling facilities.

There are four primary ways livestock manipulate habitats to favor/hinder other species within the habitat: 1) alteration of vegetation composition, 2) cause increased/decreased productivity of selected plant species, 3) increase/decrease the nutritive quality of available forage, and/or 4) increase/decrease the diversity of habitats by altering structure (Severson and Urness 1994).

Activities occurring under this program may increase and concentrate domestic ungulate presence; increase motorized traffic; and surface disturbance from fence and livestock pond construction in shrubby reed-mustard suitable habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may result in increased foot traffic and motorized traffic, significant soil disturbance; increased energy development of facilities, and increased mineral excavation in shrubby reed-mustard habitat. These activities may cause trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; loss, modification, or degradation of suitable habitat; reduced seed banks; loss of pollinator populations; increased occurrences of invasive plant species; and increased occurrence of illegal collection due to increased human access due to increased human access. As a result, there may be loss or degradation of cactus populations; decreased shrubby reed-mustard seed production; decreased recruitment; and increased occurrence of plant damage or individual mortality.

Recreation and Travel Management

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about BLM's recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human, horse, and motorized traffic in shrubby reed-mustard suitable habitat. Associated impacts from these activities include trampling or crushing of individuals, illegal collection of individuals due to increased human access, loss, modification or degradation to suitable habitat, reduced seed banks, and increased occurrences of invasive plant species. As a result, there may be decreased recruitment, and increased occurrence of plant damage or individual mortality.

Riparian and Wetland Resources

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order

to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable shrubby reed-mustard habitats. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase localized foot traffic, motorized traffic, and use of tools and heavy machinery in suitable shrubby reed-mustard habitats. Land treatments may lead to short-term increased soil erosion, and storm water runoff with heavy concentrations of sediment. Associated impacts may include: trampling or crushing of individuals; increased soil disturbance; soil erosion and compaction; removal, degradation, or alteration of key habitat; reduced seed banks; reduced pollinator populations; and increased occurrence of invasive plant species. As a result, there may be decreased recruitment and increased plant damage or individual mortality.

Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Management activities occurring under this program may increase foot traffic, motorized presence, and vegetation treatments in shrubby reed-mustard suitable habitat. Associated impacts include trampling or crushing of individuals, loss, modification or degradation of suitable habitat, reductions in seed banks, reduced pollinator populations, and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Because the proposed action calls for removal of horse populations, the main management activity under this program is herd gathering.

Activities occurring under this program may increase foot traffic and motorized traffic related to herd gathering and holding pen construction activities in shrubby reed-mustard suitable habitat. Herd gathering intentionally concentrates horses, further disturbing habitat. These activities may increase the occurrence of trampling or crushing of individuals, increase soil disturbance, soil compaction and erosion; increase occurrence of exotic plant species; reduce pollinator populations and remove, modify or degrade suitable habitat. As a result, there may be increased occurrence of plant damage or individual mortality and loss of habitat.

## Wildlife and Fisheries Management

This program aims to maintain biological diversity, support UDWR Herd Management Plans, improve habitat on for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in shrubby reed-mustard suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

## Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Although activities authorized under this program are not likely to occur in shrubby reed-mustard habitat, there is some potential for private individuals to trample shrubby reed-mustard individuals while harvesting wood products. Known populations of shrubby reed-mustard, and potential habitats have not been specifically protected from fuel wood, Christmas tree, and post and pole harvesting. As a result, there may be decreased seed production; decreased recruitment; increased illegal collection of individuals due to increased human access; and increased occurrence of plant damage or individual mortality.

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Activities occurring under this program may increase foot traffic, motorized traffic, and/or significant soil disturbance in shrubby reed-mustard suitable habitat. These activities may cause trampling or crushing of individuals, increased soil disturbance, erosion, and compaction; removal of suitable habitat; loss, modification or degradation of suitable habitat; reduced seed banks; reduced pollinator populations; and increased occurrences of invasive plant species. As a result, there may be decreased seed production, decreased recruitment, and increased occurrence of plant damage or individual mortality.

**Cumulative Effects**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to the shrubby reed-mustard under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns or practices that adversely affect a species' suitable or potential habitat;
- Encroachment of human development into a species' critical, suitable, or potential habitat; and
- Management actions by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah;
  - County Governments in Utah;
  - Local Governments in Utah; and
  - Private landholders in Utah.

Shrubby reed-mustard cacti occur primarily within BLM management boundaries. In these areas, shrubby reed-mustard locations are surrounded by a checkerboard pattern of land ownership including Federal, State, and private landowners. The shrubby reed-mustard is susceptible to activities on State and private lands. Many of these activities, such as livestock grazing, oil and gas exploration and development, research, human population expansion and associated infrastructure (increased trails and roads), and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the shrubby reed-mustard' range. Contributing as cumulative effects to the proposed action, all these activities will continue to affect shrubby reed-mustard populations by decreasing abundance, injuring plants, adversely affecting pollinators, and further adversely impacting occupied and suitable habitat.

**Conclusions**

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the conservation measures that were incorporated into the project design.

After reviewing the current status of the shrubby reed-mustard, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the USFWS's biological opinion that the Proposed VFO Resource Management Plan, as proposed, is not likely to jeopardize the continued existence of the shrubby reed-mustard. Critical habitat has not been designated for this species. We base our conclusion on the following:

1. The applicant committed resource protection measures will be incorporated into site-specific projects designed under the Resource Management Plan. If project design can not adhere to all applicant committed resource protection measures, consultation under Section 7 of the Endangered Species Act will be initiated.

2. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# COLORADO FISH

## Bonytail (*Gila elegans*)

**Status of the Species**

*Species / Critical Habitat Description*

Bonytail are medium-sized (less than 600 mm) fish in the minnow family. Adult bonytail are gray or olive colored on the back with silvery sides and a white belly. The adult bonytail has an elongated body with a long, thin caudal peduncle. The head is small and compressed compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as the hump on a humpback chub.

The bonytail is endemic to the Colorado River Basin and was historically common to abundant in warm-water reaches of larger rivers of the basin from Mexico to Wyoming. The species experienced a dramatic, but poorly documented, decline starting in about 1950, following construction of several mainstem dams, introduction of nonnative fishes, poor land-use practices, and degraded water quality (USFWS 2002).

Currently, no self-sustaining populations of bonytail are known to exist in the wild, and very few individuals have been caught anywhere within the basin. An unknown, but small number of wild adults exist in Lake Mohave on the mainstem Colorado River. Since 1977, only 11 wild adults have been reported from the upper basin (Valdez et al. 1994).

A total of 499 km (312 miles) of river has been designated as critical habitat for the bonytail in the Colorado River Basin, representing about 14% of the species' historic range (59 FR 13374). River reaches that have been designated as critical habitat in the Green River extend from the confluence with the Yampa River downstream to the boundary of Dinosaur National Monument

and Desolation and Gray Canyons. In addition, critical habitat has been designated in the Yampa River from the upstream boundary of Dinosaur National Monument to its confluence with the Green River. Within the VFO, critical habitat has been designated in the following sections of the Colorado River Upper Basin (59 FR 13374).

> Utah, Uintah County; and Colorado, Moffat County. The Green River from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the southern boundary of Dinosaur National Monument in T. 6 N., R. 24 E., section 30 (Salt Lake Meridian).

> Utah, Uintah and Grand Counties. The Green River (Desolation and Gray Canyons) from Sumner's Amphitheater in T. 12 S., R. 18 E., section 5 (Salt Lake Meridian) to Swasey's Rapid (river mile 12) in T. 20 S., R. 16 E., section 3 (Salt Lake Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of bonytail critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment. Recent information collected by the Recovery Program suggests that floodplain habitats may be more important to the survival and recovery of the bonytail than the USFWS originally thought.

*Life History and Population Dynamics*

The bonytail are considered a species that is adapted to mainstem rivers, where it has been observed in pools and eddies (Vanicek 1967, Minckley 1973). Spawning of bonytail has never been observed in a river, but ripe fish were collected in Dinosaur National Monument during late June and early July suggesting that spawning occurred at water temperatures of about 18□C (Vanicek and Kramer 1969). Similar to other closely related *Gila* species, bonytail probably spawn in rivers in spring over rocky substrates; spawning has been observed in reservoirs over rocky shoals and shorelines. It has been recently hypothesized that flooded bottomlands may provide important bonytail nursery habitat. Of five specimens captured most recently in the upper basin, four were captured in deep, swift, rocky canyons (Yampa Canyon, Black Rocks, Cataract Canyon, and Coal Creek Rapid), but the fifth was taken in Lake Powell. Since 1974, all bonytail captured in the lower basin have been caught in reservoirs. The diets of bonytail are presumed similar to that of the humpback chub (USFWS 2002a).

*Status and Distribution*

Bonytail are endemic to the Colorado River Basin and was historically common to abundant in warm-water reaches of larger rivers of the basin from Mexico to Wyoming. The species experienced a dramatic, but poorly documented, decline starting in about 1950, following construction of several mainstem dams, introduction of nonnative fishes, poor land-use practices, and degraded water quality (USFWS 2002a).

Currently, no self-sustaining populations of bonytail are known to exist in the wild, and very few individuals have been caught anywhere within the basin. An unknown, but small number of wild adults exist in Lake Mohave on the mainstem Colorado River. Since 1977, only 11 wild adults have been reported from the upper basin (Valdez et al. 1994).

Bonytail are the rarest native fish in the Colorado River. Little is known about its specific habitat requirements or cause of decline, because the bonytail was extirpated from most of its historic range prior to extensive fishery surveys. It was listed as endangered on April 23, 1980. Currently, no documented self-sustaining populations exist in the wild. Formerly reported as widespread and abundant in mainstem rivers (Jordan and Evermann 1896), its populations have been greatly reduced. Remnant populations presently occur in the wild in low numbers in Lake Mohave and several fish have been captured in Lake Powell and Lake Havasu (USFWS 2002a). The last known riverine area where bonytail were common was the Green River in Dinosaur National Monument, where Vanicek (1967) and Holden and Stalnaker (1970) collected 91 specimens during 1962-1966. From 1977 to 1983, no bonytail were collected from the Colorado or Gunnison rivers in Colorado or Utah (Wick et al. 1979, 1981; Valdez et al. 1982; Miller et al. 1984). However, in 1984, a single bonytail was collected from Black Rocks on the Colorado River (Kaeding et al. 1986). Several suspected bonytail were captured in Cataract Canyon in 1985-1987 (Valdez 1990). Current stocking plans are planned to continue for at least two more years, however, catch rates indicate stocking will continue until at least 2010 and probably longer (Thomas Czapla, personal communication).

### Environmental Baseline

*Status of the Species within the Action Area*

Bonytail were extirpated between Flaming Gorge Dam and the Yampa River, primarily because of rotenone poisoning and cold-water releases from the dam (USFWS 2002). Surveys from 1964 to 1966 found large numbers of bonytail in the Green River in Dinosaur National Monument downstream of the Yampa River confluence (Vanicek and Kramer 1969). Surveys from 1967 to 1973 found far fewer bonytail (Holden and Stalnaker 1975a). Few bonytail have been captured after this period, and the last recorded capture in the Green River was in 1985 (USFWS 2002). Bonytail are so rare that it is currently not possible to conduct population estimates. A stocking program is being implemented to reestablish populations in the upper Colorado River basin.

In the Green River, Vanicek (1967) reported that bonytail were generally found in pools and eddies in the absence of, although occasionally adjacent to, strong current and at varying depths generally over silt and silt-boulder substrates. Adult bonytail captured in Cataract, Desolation, and Gray Canyons were sympatric with humpback chub in shoreline eddies among emergent boulders and cobble, and adjacent to swift current (Valdez 1990). The diet of the bonytail is presumed similar to that of the humpback chub (USFWS 2002).

The only known bonytail that presently occur in the Yampa River are the individuals recently reintroduced at Echo Park, near the confluence with the Green River. In July of 2000 approximately 5,000 juveniles (5 to 10 cm) were stocked. Between 1998 and 2003, the number of bonytail stocked in the Green River subbasin was 189,438 fish, with majority of the fish being juveniles at the time of stocking.

Critical habitat for bonytail includes canyon reaches of the Green River (Whirlpool, Split Mountain, Desolation, and Gray Canyons), which have been affected by stream flow regulation. However, Whirlpool and Desolation Canyons have recently been invaded by high numbers of smallmouth bass changing the biological environment of critical habitat.

Although sufficient information on physical processes that affect bonytail habitats was not available to recommend specific flow and temperature regimes in the Green River to benefit this species, Muth et al. (2000) concluded that flow and temperature recommendations made for Colorado pikeminnow, razorback sucker, and humpback chub would presumably benefit bonytail and would not limit their its future recovery potential.

*Factors Affecting Species Environment within the Action Area*

The primary threats to bonytail are stream flow regulation and habitat modification (affecting constituent elements: water and physical habitat); competition with and predation by nonnative fishes; hybridization with other native *Gila* species; and pesticides and pollutants (USFWS 2002) (affecting constituent element: biological environment). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to bonytail in relation to flow regulation and habitat modification, predation by nonnative fishes, and pesticides and pollutants are essentially the same threats identified for Colorado pikeminnow. Threats to bonytail in relation to hybridization are essentially the same threats identified for humpback chub.

Management actions identified in the recovery goals for bonytail (USFWS 2002) to minimize or remove threats to the species included:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations;
- provide passage over barriers within occupied habitat to allow unimpeded movement and, potentially, range expansion;
- investigate options for providing appropriate water temperatures in the Gunnison River;
- minimize entrainment of subadults and adults at diversion/out-take structures;
- investigate habitat requirements for all life stages and provide those habitats;
- ensure adequate protection from overutilization;
- ensure adequate protection from diseases and parasites;
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries;
- control problematic nonnative fishes as needed;
- minimize the risk of increased hybridization among *Gila* spp.;
- minimize the risk of hazardous-materials spills in critical habitat; and
- remediate water-quality problems.

## Colorado pikeminnow (*Pytchocheilus lucius*)

**Status of Species**

*Species / Critical Habitat Description*

The Colorado pikeminnow is the largest cyprinid fish (minnow family) native to North America and evolved as the main predator in the Colorado River system. It is an elongated pike-like fish that during predevelopment times may have grown as large as 6 feet in length and weighed nearly 100 pounds (Behnke and Benson 1983). Today, Colorado pikeminnow rarely exceed 3 feet in length or weigh more than 18 pounds; such fish are estimated to be 45-55 years old (Osmundson et al. 1997). The mouth of this species is large and nearly horizontal with long slender pharyngeal teeth (located in the throat), adapted for grasping and holding prey. The diet of Colorado pikeminnow longer than 3 or 4 inches consists almost entirely of other fishes (Vanicek and Kramer 1969). Males become sexually mature earlier and at a smaller size than do females, though all are mature by about age 7 and 500 mm (20 inches) in length (Vanicek and Kramer 1969; Seethaler 1978; Hamman 1981). Adults are strongly countershaded with a dark, olive back, and a white belly. Young are silvery and usually have a dark, wedge-shaped spot at the base of the caudal fin.

Critical habitat was designated for Colorado pikeminnow on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 29% of the species' original range and occurs exclusively in the Upper Colorado River Basin. River reaches (including the 100-year floodplain) that make up critical habitat for Colorado pikeminnow within the VFO (59 FR 13374) include:

> Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., Section 7 (Salt Lake Meridian).

> Colorado, Rio Blanco County; and Utah, Uintah County. The White River and its 100-year floodplain from Rio Blanco Lake Dam in T. 1 N., R. 96 W., section 6 (6th Principal Meridian) to the confluence with the Green River in T. 9 S., R. 20 E., section 4 (Salt Lake Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment.

*Life History and Population Dynamics*

The Colorado pikeminnow is a long-distance migrator; adults move hundreds of miles to and from spawning areas, and require long sections of river with unimpeded passage. Adults require pools, deep runs, and eddy habitats maintained by high spring flows. These high spring flows maintain channel and habitat diversity, flush sediments from spawning areas, rejuvenate food production, form gravel and cobble deposits used for spawning, and rejuvenate backwater nursery habitats. Spawning occurs after spring runoff at water temperatures typically between 18 and 23°C. After hatching and emerging from spawning substrate, larvae drift downstream to nursery backwaters that are restructured by high spring flows and maintained by relatively stable base flows. Flow recommendations have been developed that specifically consider flow-habitat relationships in habitats occupied by Colorado pikeminnow in the upper basin, and were designed to enhance habitat complexity and to restore and maintain ecological processes. The following is a description of observed habitat uses in the Upper Colorado River Basin.

Colorado pikeminnow live in warm-water reaches of the Colorado River mainstem and larger tributaries, and require uninterrupted stream passage for spawning migrations and dispersal of young. The species is adapted to a hydrologic cycle characterized by large spring peaks of snow-melt runoff and low, relatively stable base flows. High spring flows create and maintain in-channel habitats, and reconnect floodplain and riverine habitats, a phenomenon described as the spring flood-pulse (Junk et al. 1989; Johnson et al. 1995). Throughout most of the year, juvenile, subadult, and adult Colorado pikeminnow use relatively deep, low-velocity eddies, pools, and runs that occur in near shore areas of main river channels (Tyus and McAda 1984; Valdez and Masslich 1989; Tyus 1990, 1991; Osmundson et al. 1995). In spring, however, Colorado pikeminnow adults use floodplain habitats, flooded tributary mouths, flooded side canyons, and eddies that are available only during high flows (Tyus 1990, 1991; Osmundson et al. 1995). Such environments may be particularly beneficial for Colorado pikeminnow because other riverine fishes gather in floodplain habitats to exploit food and temperature resources, and may serve as prey. Such low-velocity environments also may serve as resting areas for Colorado pikeminnow. River reaches of high habitat complexity appear to be preferred.

Because of their mobility and environmental tolerances, adult Colorado pikeminnow are more widely distributed than other life stages. Distribution patterns of adults are stable during most of the year (Tyus 1990, 1991; Irving and Modde 2000), but distribution of adults changes in late spring and early summer, when most mature fish migrate to spawning areas (Tyus and McAda 1984; Tyus 1985, 1990, 1991; Irving and Modde 2000). High spring flows provide an important cue to prepare adults for migration and also ensure that conditions at spawning areas are suitable for reproduction once adults arrive. Specifically, bankfull or much larger floods mobilize coarse sediment to build or reshape cobble bars, and they create side channels that Colorado pikeminnow sometimes use for spawning (Harvey et al. 1993).

Colorado pikeminnow spawning sites in the Green River subbasin have been well documented. The two principal locations are in Yampa Canyon on the lower Yampa River and in Gray Canyon on the lower Green River (Tyus 1990, 1991). These reaches are 42 and 72 km long, respectively, but most spawning is believed to occur at one or two short segments within each of the two reaches. Another spawning area may occur in Desolation Canyon on the lower Green River (Irving and Modde 2000), but the location and importance of this area has not been

verified. Although direct observation of Colorado pikeminnow spawning was not possible
because of high turbidity, radiotelemetry indicated spawning occurred over cobble-bottomed
riffles (Tyus 1990). High spring flows and subsequent post-peak summer flows are important
for construction and maintenance of spawning substrates (Harvey et al. 1993). In contrast with
the Green River subbasin, where known spawning sites are in canyon-bound reaches, currently
suspected spawning sites in the upper Colorado River subbasin are at six locations in
meandering, alluvial reaches (McAda 2000).

After hatching and emerging from the spawning substrate, Colorado pikeminnow larvae drift
downstream to backwaters in sandy, alluvial regions, where they remain through most of their
first year of life (Holden 1977; Tyus and Haines 1991; Muth and Snyder 1995). Backwaters and
the physical factors that create them are vital to successful recruitment of early life stages of
Colorado pikeminnow, and age-0 Colorado pikeminnow in backwaters have received much
research attention (e.g., Tyus and Karp 1989; Haines and Tyus 1990; Tyus 1991; Tyus and
Haines 1991; Bestgen et al. 1997). It is important to note that these backwaters are formed after
cessation of spring runoff within the active channel and are not floodplain features. Colorado
pikeminnow larvae occupy these in-channel backwaters soon after hatching. They tend to occur
in backwaters that are large, warm, deep (average, about 0.3 m in the Green River), and turbid
(Tyus and Haines 1991). Recent research (Day et al. 1999a, 1999b; Trammell and Chart 1999)
has confirmed these preferences and suggested that a particular type of backwater is preferred by
Colorado pikeminnow larvae and juveniles. Such backwaters are created when a secondary
channel is cut off at the upper end, but remains connected to the river at the downstream end.
These chute channels are deep and may persist even when discharge levels change dramatically.
An optimal river-reach environment for growth and survival of early life stages of Colorado
pikeminnow has warm, relatively stable backwaters, warm river channels, and abundant food
(Muth et al. 2000).

*Status and Distribution*

Based on early fish collection records, archaeological finds, and other observations, the Colorado
pikeminnow was once found throughout warm water reaches of the entire Colorado River Basin
down to the Gulf of California, and including reaches of the upper Colorado River and its major
tributaries, the Green River and its major tributaries, and the Gila River system in Arizona
(Seethaler 1978). Colorado pikeminnow apparently were never found in colder, headwater
areas. The species was abundant in suitable habitat throughout the entire Colorado River Basin
prior to the 1850s (Seethaler 1978). By the 1970s they were extirpated from the entire lower
basin (downstream of Glen Canyon Dam) and portions of the upper basin as a result of major
alterations to the riverine environment. Having lost some 75 to 80 percent of its former range
due to habitat loss, the Colorado pikeminnow was federally listed as an endangered species in
1967 (Miller 1961, Moyle 1976, Tyus 1991, Osmundson and Burnham 1998). Full protection
under the Act of 1973 occurred on January 4, 1974.

Colorado pikeminnow are presently restricted to the Upper Colorado River Basin and inhabit
warm water reaches of the Colorado, Green, and San Juan rivers and associated tributaries
(Figure 5). The Colorado pikeminnow recovery goals (USFWS 2002a) identify occupied habitat
of wild Colorado pikeminnow as follows: the Green River from Lodore Canyon to the
confluence of the Colorado River; the Yampa River downstream of Craig, Colorado; the Little

Snake River from its confluence with the Yampa River upstream into Wyoming; the White River downstream of Taylor Draw Dam; the lower 89 miles of the Price River; the lower Duchesne River; the upper Colorado River from Palisade, Colorado, to Lake Powell; the lower 34 miles of the Gunnison River; the lower mile of the Dolores River; and 150 miles of the San Juan River downstream from Shiprock, New Mexico, to Lake Powell. Colorado pikeminnow have been stocked in recent years, changes to the stocking plan are awaiting population estimates. In recent years the pikeminnow has been increasing the Colorado river but decreasing in the Green river (Thomas Czapla, personal communication).

## Environmental Baseline

### Status of the Species within the Action Area

Preliminary population estimates presented in the Recovery Goals (USFWS 2002a) for the three Colorado pikeminnow populations (Green River Subbasin, Upper Colorado River Subbasin, San Juan River Subbasin) ranged from 6,600 to 8,900 wild adults. These numbers provided a general indication of the total wild adult population size at the time the Recovery Goals were developed, however, it was also recognized that the accuracy of the estimates vary among populations.

Monitoring of Colorado pikeminnow populations is ongoing and sampling protocols and the reliability of the population estimates are being assessed by the USFWS and cooperating entities. A recent draft report on the status of Colorado pikeminnow in the Green River subbasin (Bestgen et al. 2004) presented population estimates for adult (>450 mm total length (TL)) and recruit-sized (400–449 mm TL) Colorado pikeminnow. The report suggests that over the study period (2001 to 2003) there was a decline in abundance of Colorado pikeminnow in the entire Green River basin from 3,304 (95 percent confidence interval, 2,900 to 3,707) fish in 2001 to 2,142 (95 percent confidence interval 1,686 to 2,598) fish in 2003, a 35% reduction. Bestgen et al. (2004) divided the Green River Basin into five main reaches: the Yampa River, the White rivers, and three reaches of the Green River. Three of these reaches are at least partially contained within the VFO: the White River, the middle Green River, and the Desolation-Gray Canyon reach of the Green River. Adult abundance estimates in the White River declined from 1,100 animals in 2000 to 407 animals in 2003 and recruit-sized estimates declined from 45 animals in 2001 to zero in 2003. In the middle Green River (Yampa River confluence to Desolation Canyon) abundance estimates for adults ranged from 1,613 animals in 2000 to 663 animals in 2003 and estimates of abundance of recruit-sized fish ranged from 103 animals in 2000 to 43 animals in 2003. Estimates for the Desolation-Gray Canyon reach of the Green River ranged from 699 adults in 2001 to 621 adults in 2003 and recruit-sized estimates ranged from 163 animals in 2001 to 152 animals in 2003. Studies indicate that significant recruitment of Colorado pikeminnow may not occur every year, but occurs in episodic intervals of several years (Osmundson and Burnham 1998).

All life stages of Colorado pikeminnow in the Green River demonstrate wide variations in abundance at seasonal, annual, or longer time scales, but reasons for shifts in abundance are poorly understood. Bestgen et al. (1998) captured drifting larvae produced from the two main spawning areas in the Green River system and found order-of-magnitude differences in abundance from year to year. They reported that low- or high-discharge years were often associated with poor reproduction but could not ascribe a specific cause-effect mechanism

(Bestgen et al. 1998). In general, similar numbers of age-0 fish were found in autumn in the middle Green River, in spite of different-sized cohorts of larvae produced each summer in the Yampa River. Conversely, numbers of Colorado pikeminnow larvae produced in the lower Green River were similar among years but resulted in variable age-0 fish abundance in autumn.

In the Green River subbasin, radio-telemetry studies have shown that distribution of adults changes in late spring and early summer when most mature fish migrate to spawning areas in the lower Yampa River in Yampa Canyon and the lower Green River in Gray Canyon (Tyus and McAda 1984; Tyus 1985; Tyus 1990; Tyus 1991; Irving and Modde 2000). Those fish remain in spawning areas for 3–8 weeks before returning to home ranges. Because adult Colorado pikeminnow converge on spawning areas from throughout the Green River system to reproduce at these two known localities, migration cues are an important part of the reproductive life history. In general, adults begin migrating in late spring or early summer. Migrations began earlier in low-flow years and later in high-flow years (Tyus and Karp 1989; Tyus 1990; Irving and Modde 2000). Migrations to the Yampa River spawning area occur coincident with, and up to 4 weeks after, peak spring runoff when water temperatures are usually 14–16 °C (Tyus 1990; Irving and Modde 2000). Rates of movement for individuals are not precisely known, but 2 individuals made the approximately 400 km migration from the White River below Taylor Draw Dam to the Yampa River spawning area in less than 2 weeks. Alteration of the natural hydrograph may alter the environmental cues triggering these spawning migrations.

High magnitude flows of infrequent occurrence are necessary to create and maintain spawning habitat. Infrequent intense flooding redistributes and creates spawning bars (O'Brien 1984). Annual lower-level flooding followed by recessional flows dissect and secondarily redistribute gravels, preparing them for spawning (Harvey et al. 1993). These studies conducted at a known spawning location in Yampa Canyon show that both processes are important for habitat maintenance and activities that reduce or re-time the annual peak or reduce the frequency of high magnitude flows are likely to reduce essential spawning habitat in amount and quality.

Similar to adults, distribution of early life stages of Colorado pikeminnow is dynamic on a seasonal basis and linked to habitat in the mainstem Green River downstream of spawning areas. After hatching and emergence from spawning substrate, larvae are dispersed downstream. A larva may drift for only a few days, but larvae occur in main channels of the Yampa and Green rivers for 3–8 weeks depending on length of the annual reproductive period (Nesler et al. 1988; Tyus and Haines 1991; Bestgen et al. 1998). The Yampa River spawning area consistently produces more larvae than the spawning area in the lower Green River (Bestgen et al. 1998).

Only one primary reach of Colorado pikeminnow nursery habitat is present in the Green River system within the VFO; from near Jensen, Utah, downstream to the Duchesne River confluence (Tyus and Haines 1991; McAda et al. 1994a; McAda et al. 1994; McAda et al. 1997). Larvae from the lower Yampa River are thought to mostly colonize backwaters in alluvial valley reaches between Jensen, Utah, and the Ouray National Wildlife Refuge. Most floodplain habitat along the current-day Green River is concentrated in this reach. Although the density of age-0 fish in autumn was usually higher in the lower than in the middle Green River (Tyus and Haines 1991; McAda et al. 1994a), differences in habitat quantity may have confounded abundance estimates. The reach of the Green River defined mostly by Desolation and Gray Canyons also provides

nursery habitat for Colorado pikeminnow (Tyus and Haines 1991; Day et al. 1999b). These backwaters are especially important during the Colorado pikeminnow's critical first year of life.

Backwaters and physical factors that create them are vital to successful recruitment of early life stages of Colorado pikeminnow. Occasional very high spring flows are needed to transport sediment and maintain or increase channel complexity. Sediment transport from the Little Snake River provides an estimated 60 percent of the total sediment supply to the Green River and is important to maintain equilibrium channel morphology and ensure continued creation and maintenance of backwater nursery habitats for Colorado pikeminnow and humpback chub (Hawkins and O'Brien 2001). During high-discharge events, the elevation of sand bars increases and if high flows persist through summer, few backwaters are formed (Tyus and Haines 1991). Post-runoff low flows sculpt and erode sand bars and create complex backwater habitat critical for early life stages of all native fishes, particularly Colorado pikeminnow. Deeper, chute-channel backwaters are preferred by age-0 Colorado pikeminnow in the Green River (Tyus and Haines 1991; Day and Crosby 1997; Day et al. 1999a; Trammell and Chart 1999). Alterations to the amount and timing of flows defining the natural hydrology and sediment transport processes may inhibit the processes that create and maintain these habitats.

Past research indicated that certain discharge levels may optimize backwater habitat availability below Jensen for age-0 Colorado pikeminnow (Pucherelli et al. 1990; Tyus and Haines 1991; Tyus and Karp 1991). However, many geomorphic processes are dynamic over time and driven by the level of spring flows, the frequency of large floods, and post-peak discharge levels (Bell et al. 1998; Rakowski and Schmidt 1999). Consequently, flows to achieve optimum backwater availability may be different each year and dependent upon year-to-year bar topography (Rakowski and Schmidt 1999).

Within the action area, Critical Habitat for Colorado pikeminnow is located along the Green River and its 100-year floodplain from the confluence with the Yampa River to the southern boundary of the VFO, and the White River and its 100-year floodplain from the Utah-Colorado border to the confluence with the Green River. As was discussed above, all primary constituent elements (water, physical habitat, and biological environment) have been affected throughout designated critical habitat on the Green River and in other occupied areas and could be further influenced through implementation of the proposed action. To date, water quantity and quality has been affected by flow regulation and land management practices (water depletion), which has resulted in increased concentrations of contaminants (most notably selenium). Physical habitat (spring adult staging areas (floodplain), spawning and nursery habitats) has been affected through flow regulation, land management practices (diking), and encroachment of nonnative vegetation (primarily tamarisk). The biological environment has been altered primarily due to the introduction of numerous species of nonnative fish disrupting the natural balance of competition and predation. All constituent elements of designated Colorado pikeminnow critical habitat along the Green and White Rivers will be considered in our analysis of the effects of the proposed action.

*Factors Affecting Species Environment within the Action Area*

The primary threats to Colorado pikeminnow are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; and pesticides and pollutants

(USFWS 2002a). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. These impairments are described in further detail below.

Stream flow regulation includes mainstem dams that cause the following adverse effects to Colorado pikeminnow and its habitat:

- block migration corridors,
- changes in flow patterns, reduced peak flows and increased base flows,
- release cold water, making temperature regimes less than optimal,
- change river habitat into lake habitat, and
- retain sediment that is important for forming and maintaining backwater habitats.

In the Upper Basin, 435 miles of Colorado pikeminnow habitat has been lost by reservoir inundation from Flaming Forge Reservoir. Cold water releases from dams eliminate suitable habitat for native fishes, including Colorado pikeminnow, from river reaches downstream for approximately 50 miles. In addition to main stem dams, many dams and water diversion structures occur in and upstream from critical habitat that reduce flows and alter flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. It is unknown how many endangered fish are lost in irrigation systems, but in some years, in some river reaches, majority of the river flow is diverted into unscreened canals. High spring flows maintain habitat diversity, flush sediments from spawning habitat, increase invertebrate food production, form gravel and cobble deposits important for spawning, and maintain backwater nursery habitats (McAda 2000, Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944, Osmundson and Kaeding 1989, Behnke 1980, Joseph et al. 1977, Lanigan and Berry 1977, Minckley and Deacon 1968, Meffe 1985, Propst and Bestgen 1991, Rinne 1991). Data collected by Osmundson and Kaeding (1991) indicated that during low water years nonnative minnows capable of preying on or competing with larval endangered fishes greatly increased in numbers.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin prior to 1980 for sportfishing, forage fish, biological control and ornamental purposes (Minckley 1982, Tyus et al. 1982, Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways. The capacity of a particular area to support aquatic life is limited by physical habitat conditions. Increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some life stages of nonnative fishes appear to have a greater ability to compete for space and food and to avoid predation in the existing altered habitat than do some life stages of native fishes. Tyus and Saunders (1996) cite numerous examples of both indirect and direct evidence of predation on razorback sucker eggs and larvae by nonnative species.

Threats from pesticides and pollutants include accidental spills of petroleum products and hazardous materials; discharge of pollutants from uranium mill tailings; and high selenium

concentration in the water and food chain (USFWS 2002a). Accidental spills of hazardous material into critical habitat can cause immediate mortality when lethal toxicity levels are exceeded. Pollutants from uranium mill tailings cause high levels of ammonia that exceed water quality standards. High selenium levels may adversely affect reproduction and recruitment (Hamilton and Wiedmeyer 1990, Stephens et al. 1992, Hamilton and Waddell 1994, Hamilton et al. 1996, Stephens and Waddell 1998, Osmundson et al.. 2000).

## Humpback chub *(Gila cypha)*

### Status of Species

*Species / Critical Habitat Description*

The humpback chub is a medium-sized freshwater fish (less than 500 mm) of the minnow family. The adults have a pronounced dorsal hump, a narrow flattened head, a fleshy snout with an inferior-subterminal mouth, and small eyes. It has silvery sides with a brown or olive colored back.

The humpback chub is endemic to the Colorado River Basin and is part of a native fish fauna traced to the Miocene epoch in fossil records (Miller 1946; Minckley et al. 1986). Humpback chub remains have been dated to about 4000 B.C., but the fish was not described as a species until the 1940s (Miller 1946), presumably because of its restricted distribution in remote white water canyons (USFWS 1990). Because of this, its original distribution is not known. The humpback chub was listed as endangered on March 11, 1967.

Until the 1950s, the humpback chub was known only from Grand Canyon. During surveys in the 1950s and 1960s humpback chub were found in the upper Green River including specimens from Echo Park, Island Park, and Swallow Canyon (Smith 1960, Vanicek et al. 1970). Individuals were also reported from the lower Yampa River (Holden and Stalnaker 1975b), the White River in Utah (Sigler and Miller 1963), Desolation Canyon of the Green River (Holden and Stalnaker 1970) and the Colorado River near Moab (Sigler and Miller 1963).

Critical habitat was designated for humpback chub on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 28% of the species' original range and occurs in both the Upper and Lower Colorado River Basins. Although humpback chub life history and habitat use differs greatly from the other endangered Colorado River fish, the USFWS determined that the primary constituent elements (water, physical habitat, and biological environment) of their critical habitat were the same.

Critical habitat for humpback chub in the Green River system include the Yampa River within Dinosaur National Monument, Green River from its confluence with the Yampa River downstream to the southern boundary of Dinosaur National Monument, and the Green River within Desolation and Gray Canyons. Within the VFO, critical habitat has been designated in the following sections of the Colorado River Upper Basin (59 FR 13374).

> Utah, Uintah County; and Colorado, Moffat County. The Green River from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal

Meridian) to the southern boundary of Dinosaur National Monument in T. 6 N., R. 24 E., section 30 (Salt Lake Meridian).

Utah, Uintah and Grand Counties. The Green River (Desolation and Gray Canyons) from Sumner's Amphitheater in T. 12 S., R. 18 E., section 5 (Salt Lake Meridian) to Swasey's Rapid (river mile 12) in T. 20 S., R. 16 E., section 3 (Salt Lake Meridian).

*Life History and Population Dynamics*

Unlike Colorado pikeminnow and razorback sucker, which are known to make extended migrations of up to several hundred miles to spawning areas, humpback chubs do not appear to make extensive migrations (Karp and Tyus 1990). Generally, humpback chub show fidelity for canyon reaches and move very little (Miller et al.. 1982; Archer et al.. 1985; Burdick and Kaeding 1985, Kaeding et al. 1990). Humpback chubs in Black Rocks (Valdez and Clemmer 1982), Westwater Canyon (Chart and Lentsch 1999a), and Desolation and Gray Canyons (Chart and Lentsch 1999b) do not migrate to spawn and movements of adult humpback chub in Black Rocks on the Colorado River were essentially restricted to a 1-mile reach. These results were based on the recapture of Carlin-tagged fish and radiotelemetry studies conducted from 1979 to 1981 (Valdez et al. 1982) and 1983 to 1985 (Archer et al. 1985, USFWS 1986, Kaeding et al. 1990).

In the Green River and upper Colorado River, humpback chubs spawned in spring and summer as flows declined shortly after the spring peak (Valdez and Clemmer 1982, Valdez et al. 1982, Kaeding and Zimmerman 1983, Tyus and Karp 1989, Karp and Tyus 1990, Chart and Lentsch 1999a and 1999b). Similar spawning periods were reported from Grand Canyon (Kaeding and Zimmerman 1983; Valdez and Ryel 1995, 1997). Although humpback chub are believed to broadcast eggs over mid-channel cobble and gravel bars, spawning in the wild has not been observed for this species. Gorman and Stone (1999) reported that ripe male humpback chubs in the Little Colorado River (LCR) aggregated in areas of complex habitat structure (i.e., matrix of large boulders and travertine masses combined with chutes, runs, and eddies, 0.5–2.0 m deep) and were associated with deposits of clean gravel.

Chart and Lentsch (1999b) estimated hatching dates for young *Gila* collected from Desolation and Gray Canyons between 1992 and 1995. They determined that hatching occurred on the descending limb of the hydrograph as early as 9 June 1992 at a flow of 139 m$^3$/s and as late as 1 July 1995 at a flow of 731 m$^3$/s. Instantaneous daily river temperatures on hatching dates over all years ranged from 20 to 22 □C.

Newly hatched larvae average 6.3–7.5 mm TL (Holden 1973, Suttkus and Clemmer 1977, Minckley 1973, Snyder 1981, Hamman 1982, Behnke and Benson 1983, Muth 1990), and 1-month-old fish are approximately 20 mm long (Hamman 1982). Unlike Colorado pikeminnow and razorback sucker, no evidence exists of long-distance larval drift (Miller and Hubert 1990, Robinson et al. 1998). Upon emergence from spawning gravels, humpback chub larvae remain in the vicinity of bottom surfaces (Marsh 1985) near spawning areas (Chart and Lentsch 1999a).

Backwaters, eddies, and runs have been reported as common capture locations for young-of-year humpback chub (Valdez and Clemmer 1982). These data indicate that in Black Rocks and Westwater Canyon, young utilize shallow areas. Habitat suitability index curves developed by

Valdez et al. (1990) indicate young-of-year prefer average depths of 2.1 feet with a maximum of 5.1 feet. Average velocities were reported at 0.2 feet per second.

Valdez et al. (1982), Wick et al. (1979), and Wick et al. (1981) found adult humpback chub in Black Rocks and Westwater Canyons in water averaging 50 feet in depth with a maximum depth of 92 feet. In these localities, humpback chub were associated with large boulders and steep cliffs.

*Status and Distribution*

Failure to recognize *Gila cypha* as a species until 1946 complicated interpretation of historic distribution of humpback chubs in the Green River (Douglas et al. 1989, 1998). Best available information indicates that before Flaming Gorge Dam, humpback chubs were distributed in canyon regions throughout much of the Green River, from the present site of Flaming Gorge Reservoir downstream through Desolation and Gray canyons (Vanicek 1967; Holden and Stalnaker 1975a; Holden 1991). In addition, the species occurred in the Yampa and White rivers. Pre-impoundment surveys of the Flaming Gorge Reservoir basin (Bosley 1960; Gaufin et al. 1960; McDonald and Dotson 1960; Smith 1960) reported both humpback chubs and bonytails from the Green River near Hideout Canyon, now inundated by Flaming Gorge Reservoir.

Historic collection records of humpback chub exist from the Yampa and White rivers, both tributaries to the Green River. Tyus (1998) verified the presence of seven humpback chubs in collections of the University of Colorado Museum, collected from the Yampa River in Castle Park between 19 June and 11 July 1948. A single humpback chub was found in the White River near Bonanza, Utah, in June 1981 (Miller et al. 1982b), and a possible bonytail-humpback chub intergrade was also captured in July 1978 (Lanigan and Berry 1981).

Present concentrations of humpback chub in the Upper Basin occur in canyon-bound river reaches ranging in length from 3.7 km (Black Rocks) to 40.5 km (Desolation and Gray Canyons). Humpback chubs are distributed throughout most of Black Rocks and Westwater Canyons (12.9 km), and in or near whitewater reaches of Cataract Canyon (20.9 km), Desolation and Gray Canyons (65.2 km), and Yampa Canyon (44.3 km), with populations in the separate canyon reaches ranging from 400 to 5,000 adults (see population dynamics). The Utah Division of Wildlife Resources has monitored the fish community in Desolation and Gray Canyons since 1989 and has consistently reported captures of age-0, juvenile, and adult *Gila,* including humpback chub, indicating a reproducing population (Chart and Lentsch 1999b). Distribution of humpback chubs within Whirlpool and Split Mountain Canyons is not presently known, but it is believed that numbers of humpback chub in these sections of the Green River are low.

The Yampa River is the only tributary to the Green River presently known to support a reproducing humpback chub population. Between 1986 and 1989, Karp and Tyus (1990) collected 130 humpback chubs from Yampa Canyon and indicated that a small but reproducing population was present. Continuing captures of juveniles and adults within Dinosaur National Monument indicate that a population persists in Yampa Canyon (T. Modde, USFWS, personal communication). Small numbers of humpback chub also have been reported in Cross Mountain Canyon on the Yampa River and in the Little Snake River about 10 km upstream of its confluence with the Yampa River (Wick et al. 1981; Hawkins et al. 1996).

**Environmental Baseline**

*Status of the Species within the Action Area*

Monitoring humpback chub populations is ongoing and sampling protocols and reliability of population estimates are being assessed by the USFWS and cooperating entities. The humpback chub recovery goals (USFWS 2002) provided the following preliminary population estimates for adults in the six populations:

> Black Rocks, Colorado River, Colorado -- 900–1,500
> Westwater Canyon, Colorado River, Utah -- 2,000–5,000
> Yampa Canyon, Yampa River, Colorado -- 400–600
> Desolation/Gray Canyons, Green River, Utah -- 1,500
> Cataract Canyon, Colorado River, Utah -- 500
> Grand Canyon, Colorado River and Little Colorado River, Arizona -- 2,000–4,700

Low numbers of humpback chub have been captured in Whirlpool Canyon and Split Mountain Canyon on the Green River in Dinosaur National Monument; however, these fish were considered part of the Yampa River population in the Recovery Goals (USFWS 2002), and not separate populations.

Tyus and Karp (1991) found that in the Yampa and Green rivers in Dinosaur National Monument, humpback chubs spawn during spring and early summer following peak flows at water temperatures of about 20□C. They estimated that the spawning period for humpback chub ranges from May into July, with spawning occurring earlier in low-flow years and later in high-flow years; spawning was thought to occur only during a 4–5 week period (Karp and Tyus 1990). Similar to the Yampa and Green rivers, peak hatch of *Gila* larvae in Westwater Canyon on the Colorado River appears to occur on the descending limb of the hydrograph following spring runoff at maximum daily water temperatures of approximately 20 to 21□C (Chart and Lentsch 1999a). Tyus and Karp (1989) reported that humpback chubs occupy and spawn in and near shoreline eddy habitats and that spring peak flows were important for reproductive success because availability of these habitats is greatest during spring runoff.

High spring flows that simulate the magnitude and timing of the natural hydrograph provide a number of benefits to humpback chubs in the Yampa and Green rivers. Bankfull and overbank flows provide allochthonous energy input to the system in the form of terrestrial organic matter and insects that are utilized as food. High spring flows clean spawning substrates of fine sediment and provide physical cues for spawning. High flows also form large recirculating eddies used by adult fish. High spring flows (exceeding 50 percent or greater) have been implicated in limiting the abundance and reproduction of some nonnative fish species under certain conditions (Chart and Lentsch 1999a, 1999b) and have been correlated with increased recruitment of humpback chubs (Chart and Lentsch 1999b).

Critical habitat for humpback chub includes canyon reaches of the Green River (Whirlpool, Split Mountain, Desolation, and Gray Canyons), which have been affected by stream flow regulation. However, Whirlpool and Desolation Canyons have recently been invaded by high numbers of smallmouth bass changing the biological environment of critical habitat.

*Factors Affecting Species Environment within the Action Area*

Although historic data are limited, the apparent range-wide decline in humpback chubs is likely due to a combination of factors including alteration of river habitats by reservoir inundation, changes in stream discharge and temperature, competition with and predation by introduced fish species, and other factors such as changes in food resources resulting from stream alterations (USFWS 1990).

The primary threats to humpback chub are stream flow regulation and habitat modification (affecting constituent elements: water and physical habitat); competition with and predation by nonnative fishes; parasitism; hybridization with other native *Gila* species; and pesticides and pollutants (USFWS 2002) (all affecting constituent element: biological environment).  The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to humpback chub in relation to flow regulation and habitat modification, predation by nonnative fishes, and pesticides and pollutants are essentially the same threats identified for Colorado pikeminnow.

Hybridization with roundtail chub (*Gila robusta*) and bonytail, where they occur with humpback chub, is recognized as a threat to humpback chub.  A larger proportion of roundtail chub have been found in Black Rocks and Westwater Canyon during low flow years (Kaeding et al. 1990; Chart and Lentsch 2000), which increase the chances for hybridization.

Management actions identified in the recovery goals for humpback chub (USFWS 2002) to minimize or remove threats to the species included:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations,
- investigate the role of the mainstem Colorado River in maintaining the Grand Canyon population,
- investigate the anticipated effects of and options for providing warmer water temperatures in the mainstem Colorado River through Grand Canyon,
- ensure adequate protection from overutilization,
- ensure adequate protection from diseases and parasites,
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries,
- control problematic nonnative fishes as needed,
- minimize the risk of increased hybridization among *Gila* spp, and
- minimize the risk of hazardous-materials spills in critical habitat.

## Razorback sucker (*Xyrauchen texanus*)

**Status of Species**

*Species / Critical Habitat Description*

Like all suckers (family Catostomidae, meaning "down mouth"), the razorback sucker has a ventral mouth with thick lips covered with papillae and no scales on its head. In general, suckers are bottom browsers, sucking up or scraping off small invertebrates, algae, and organic matter with their fleshy, protrusible lips (Moyle 1976). The razorback sucker is the only sucker with an abrupt sharp-edged dorsal keel behind its head. The keel becomes more massive with age. The head and keel are dark, the back is olive-colored, the sides are brownish or reddish, and the abdomen is yellowish white (Sublette et al. 1990). Adults often exceed 3 kg (6 pounds) in weight and 600 mm (2 feet) in length. Like Colorado pikeminnow, razorback suckers are long-lived, living 40-plus years.

Critical habitat was designated for razorback sucker on March 21, 1994 (59 FR 13374). Designated critical habitat makes up about 49% of the species' original range and occurs in both the Upper and Lower Colorado River Basins (USFWS 1994). The primary constituent elements are the same as those described for Colorado pikeminnow. River reaches (including the 100-year floodplain) that make up critical habitat for Colorado razorback sucker within the VFO (59 FR 13374) include:

> Utah, Uintah County; and Colorado, Moffat County. The Green River and its 100-year floodplain from the confluence with the Yampa River in T. 7 N., R. 103 W., section 28 (6th Principal Meridian) to Sand Wash in T. 11 S., R. 18 E., section 20 (6th Principal Meridian).

> Utah, Uintah, Carbon, Grand, Emery, Wayne, and San Juan Counties. The Green River and its 100-year floodplain from Sand Wash at river mile 96 at T. 11 S., R. 18 E., section 20 (6th Principal Meridian) to the confluence with the Colorado River in T. 30 S., R. 19 E., Section 7 (6th Principal Meridian).

> Utah, Uintah County. The White River and its 100-year floodplain from the boundary of the Uintah and Ouray Indian Reservation at river mile 18 in T. 9 S., R. 22 E., section 21 (Salt Lake Meridian) to the confluence with the Green River in T. 9 S., R 20 E., section 4 (Salt Lake Meridian).

> Utah, Uintah County. The Duchesne River and its 100-year floodplain from river mile 2.5 in T. 4 S., R. 3 E., section 30 (Salt Lake Meridian) to the confluence with the Green River in T. 5 S., R. 3 E., section 5 (Uintah Meridian).

The USFWS has identified water, physical habitat, and the biological environment as the primary constituent elements of critical habitat (59 FR 13374). Water includes a quantity of water of sufficient quality delivered to a specific location in accordance with a hydrologic regime required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows,

backwaters, and other areas in the 100-year floodplain, when inundated, provide access to
spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are
important elements of the biological environment. The USFWS gave special consideration to
habitats required for razorback sucker reproduction and recruitment when critical habitat was
designated.

*Life History and Population Dynamics*

McAda and Wydoski (1980) and Tyus (1987) reported springtime aggregations of razorback
suckers in off-channel habitats and tributaries; such aggregations are believed to be associated
with reproductive activities. Tyus and Karp (1990) and Osmundson and Kaeding (1991)
reported off-channel habitats to be much warmer than the mainstem river and that razorback
suckers presumably moved to these areas for feeding, resting, sexual maturation, spawning, and
other activities associated with their reproductive cycle. Prior to construction of large mainstem
dams and the suppression of spring peak flows, low velocity, off-channel habitats (seasonally
flooded bottomlands and shorelines) were commonly available throughout the Upper Basin
(Tyus and Karp 1989, Osmundson and Kaeding 1991). Dams changed riverine ecosystems into
lakes by impounding water, which eliminated these off-channel habitats in reservoirs. Reduction
in spring peak flows eliminates or reduces the frequency of inundation of off-channel habitats.
The absence of these seasonally flooded riverine habitats is believed to be a limiting factor in the
successful recruitment of razorback suckers in their native environment (Tyus and Karp 1989,
Osmundson and Kaeding 1991). Wydoski and Wick (1998) identified starvation of larval
razorback suckers due to low zooplankton densities in the main channel and loss of floodplain
habitats which provide adequate zooplankton densities for larval food as one of the most
important factors limiting recruitment.

These fish can spawn as early as age 3 or 4, when they are 14 or more inches long. Depending
on water temperature, spawning can take place as early as November or as late as June. In the
upper Colorado River basin, razorbacks typically spawn between mid-April and mid-June.
These fish reportedly migrate long distances to spawn, congregating in large numbers in
spawning areas. While razorback suckers have never been directly observed spawning in turbid
riverine environments within the Upper Basin, captures of ripe specimens (in spawning
condition), both males and females, have been recorded (Valdez et al. 1982, McAda and
Wydoski 1980, Tyus 1987, Osmundson and Kaeding 1989, Tyus and Karp 1989, Tyus and Karp
1990, Osmundson and Kaeding 1991, Platania 1990) in the Yampa, Green, Colorado, and San
Juan rivers. Sexually mature razorback suckers are generally collected on the ascending limb of
the hydrograph from mid-April through June and are associated with coarse gravel substrates
(depending on the specific location).

Outside of the spawning season, adult razorback suckers occupy a variety of shoreline and main
channel habitats including slow runs, shallow to deep pools, backwaters, eddies, and other
relatively slow velocity areas associated with sand substrates (Tyus 1987, Tyus and Karp 1989,
Osmundson and Kaeding 1989, Valdez and Masslich 1989, Osmundson and Kaeding 1991, Tyus
and Karp 1990).

Habitat requirements of young and juvenile razorback suckers in the wild are not well known,
particularly in native riverine environments. Prior to 1991, the last confirmed documentation of

a razorback sucker juvenile in the Upper Basin was a capture in the Colorado River near Moab, Utah (Taba et al. 1965). In 1991, two early juvenile (36.6 and 39.3 mm total length (TL)) razorback suckers were collected in the Lower Green River near Hell Roaring Canyon (Gutermuth et al. 1994). Juvenile razorback suckers have been collected in recent years from Old Charley Wash, a wetland adjacent to the Green River (Modde 1996). Between 1992 and 1995 larval razorback suckers were collected in the middle and lower Green River and within the Colorado River inflow to Lake Powell (Muth 1995). In 2002, eight larval razorback suckers were collected in the Gunnison River (Osmundson 2002). No young razorback suckers have been collected in recent times in the Colorado River.

The razorback suckers are adapted to the widely fluctuating physical environment of the historical Colorado River. Adults can live 44-50 years and, once reaching maturity between two and seven years of age (Minckley 1983), apparently produce viable gametes even when quite old. Survival adaptations included the ability to spawn in a variety of habitats and flows regimes, and over a long season. In the event of several consecutive years with little or no recruitment (due to either too much or too little water), the demographics of the population as a whole might shift, but future reproduction would not be compromised. Average fecundity recorded in studies ranged from 100,800 to 46,740 eggs per female (Bestgen 1990). With varying age of maturity and the fecundity of the species, historically it would have been possible to quickly repopulate after a catastrophic loss of adults.

*Status and Distribution*

On March 14, 1989, the USFWS was petitioned to conduct a status review of the razorback sucker. Subsequently, the razorback sucker was designated as endangered under a final rule published on October 23, 1991 (56 FR 54957). The final rule stated "Little evidence of natural recruitment has been found in the past 30 years, and numbers of adult fish captured in the last 10 years demonstrate a downward trend relative to historic abundance. Significant changes have occurred in razorback sucker habitat through diversion and depletion of water, introduction of nonnative fishes, and construction and operation of dams" (56 FR 54957). Recruitment of razorback suckers to the population continues to be a problem.

Historically, razorback suckers were found in the mainstem Colorado River and major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and in Mexico (Ellis 1914, Minckley 1983). Bestgen (1990) reported that this species was once so numerous that it was commonly used as food by early settlers and, further, that commercially marketable quantities were caught in Arizona as recently as 1949. In the Upper Basin, razorback suckers were reported in the Green River to be very abundant near Green River, Utah, in the late 1800s (Jordan 1891). An account in Osmundson and Kaeding (1989) reported that residents living along the Colorado River near Clifton, Colorado, observed several thousand razorback suckers during spring runoff in the 1930s and early 1940s. In the San Juan River drainage, Platania and Young (1989) relayed historical accounts of razorback suckers ascending the Animas River to Durango, Colorado, around the turn of the century.

Currently, the largest concentration of razorback sucker remaining in the Colorado River Basin is in Lake Mohave on the border of Arizona and California. Estimates of the wild stock in Lake Mohave have fallen precipitously in recent years from 60,000 as late as 1991, to 25,000 in 1993

(Marsh 1993, Holden 1994), to about 9,000 in 2000 (USFWS 2002b). Until recently, efforts to introduce young razorback sucker into Lake Mohave have failed because of predation by non-native species (Minckley et al. 1991, Clarkson et al. 1993, Burke 1994). While limited numbers of razorback suckers persist in other locations in the Lower Colorado River, they are considered rare or incidental and may be continuing to decline.

In the Upper Colorado River Basin, above Glen Canyon Dam, razorback suckers are found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper basin are found in the upper Green and lower Yampa rivers (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado; however, they are increasingly rare. Osmundson and Kaeding (1991) reported that the number of razorback sucker captures in the Grand Junction area has declined dramatically since 1974. Between 1984 and 1990, intensive collecting effort captured only 12 individuals in the Grand Valley (Osmundson and Kaeding 1991). The wild razorback sucker population is considered extirpated from the Gunnison River (Burdick and Bonar 1997).

Razorback suckers are in imminent danger of extirpation in the wild. The virtual absence of any recruitment suggests a combination of biological, physical, and/or chemical factors that may be affecting the survival and recruitment of early life stages of razorback suckers. Within the Upper Basin, recovery efforts endorsed by the Recovery Program include the capture and removal of razorback suckers from all known locations for genetic analyses and development of discrete brood stocks. These measures have been undertaken to develop refugia populations of the razorback sucker from the same genetic parentage as their wild counterparts such that, if these fish are genetically unique by subbasin or individual population, then separate stocks will be available for future augmentation. Such augmentation may be a necessary step to prevent the extinction of razorback suckers in the Upper Basin. Razorback suckers will be stocked until at least 2010, current population estimates that stocking will likely continue after that date as well (Thomas Czapla, personal communication).

**Environmental Baseline**

*Status of the Species within the Action Area*

The largest concentration of razorback suckers in the Upper Basin exists in low-gradient flat-water reaches of the middle Green River between and including the lower few miles of the Duchesne River and the Yampa River (Tyus 1987; Tyus and Karp 1990; Muth 1995; Modde and Wick 1997; Muth et al. 2000). This area includes the greatest expanse of floodplain habitat in the Upper Colorado River Basin, between Pariette Draw at river mile (RM) 238 and the Escalante Ranch at RM 310 (Irving and Burdick 1995).

Lanigan and Tyus (1989) used a demographically closed model with capture-recapture data collected from 1980 to 1988 and estimated that the middle Green River population consisted of about 1,000 adults (mean, 948; 95 percent confidence interval, 758–1,138). Based on a demographically open model and capture-recapture data collected from 1980 to 1992, Modde et al. (1996) estimated the number of adults in the middle Green River population at about 500 fish (mean, 524; 95 percent confidence interval, 351–696). That population had a relatively constant length frequency distribution among years (most frequent modes were in the 505–515 mm-TL interval) and an estimated annual survival rate of 71 percent. The most recent estimate of wild

razorback sucker in the middle Green River was approximately 100, based on data collected in 1998 and 1999 (Bestgen et al. 2002). There are no current population estimates of razorback sucker in the Yampa River due to low numbers captured in recent years.

The lower Yampa River provides adult habitat, spawning habitat, and potential nursery areas occur downstream in the Green River (USFWS 1998a). Modde and Smith (1995) reported that adult razorback suckers were collected between RM 13 and RM 0.1 of the Yampa River. They also reported only one juvenile razorback sucker has been collected in the Yampa River. The single fish (389 mm) was collected at RM 39 in June 1994. The Green River from the confluence with the Yampa River to Sand Wash has the largest existing riverine population of razorback sucker (Lanigan and Tyus 1989; Modde et al. 1996). Razorback suckers are rarely found upstream as far as the confluence with the Little Snake River (McAda and Wydoski 1980; Lanigan and Tyus 1989). Tyus and Karp (1990) located concentrations of ripe razorback suckers at the mouth of the Yampa River during the spring in 1987-1989. Ripe fish were captured in runs associated with bars of cobble, gravel, and sand substrates in water averaging 0.63 m deep and mean velocity of 0.74 m/s.

Razorback suckers are permanent residents of the Green River below its confluence with the Yampa River and are reliant on in-channel habitat for spawning and flooded off-channel habitats for several aspects of their life history. In turn, these habitats are created and maintained by the natural hydrology and sediment transport provided by the Yampa River.

Spring migrations by adult razorback suckers were associated with spawning in historic accounts (Jordan 1891; Hubbs and Miller 1953; Sigler and Miller 1963; Vanicek 1967) and a variety of local and long-distance movements and habitat-use patterns have been subsequently documented. Spawning migrations (one-way movements of 30.4–106.0 km) observed by Tyus and Karp (1990) included movements between the Ouray and Jensen areas of the Green River and between the Jensen area and the lower Yampa River. Initial movement of adult razorback suckers to spawning sites was influenced primarily by increases in river discharge and secondarily by increases in water temperature (Tyus and Karp 1990; Modde and Wick 1997; Modde and Irving 1998). Flow and temperature cues may serve to effectively congregate razorback suckers at spawning sites, thus increasing reproductive efficiency and success. Reduction in spring peak flows may hinder the ability of razorback suckers to form spawning aggregations, because spawning cues are reduced (Modde and Irving 1998).

Captures of ripe fish and radio-telemetry of adults in spring and early summer were used to locate razorback sucker spawning areas in the middle Green River. McAda and Wydoski (1980) found a spawning aggregation of 14 ripe fish (2 females and 12 males) over a cobble bar at the mouth of the Yampa River during a 2-week period in early to mid-May 1975. These fish were collected from water about 1 m deep with a velocity of about 1 m/s and temperatures ranging from 7 to 16□C (mean 12□C). Tyus (1987) captured ripe razorback suckers in three reaches: 1) Island and Echo parks of the Green River in Dinosaur National Monument, including the lower mile of the Yampa River; 2) the Jensen area of the Green River from Ashley Creek (RM 299) to Split Mountain Canyon (RM 319); and 3) the Ouray area of the Green River, including the lower few miles of the Duchesne River. The Jensen area contributed 73 percent of the 60 ripe razorback suckers caught over coarse sand substrates or in the vicinity of gravel and cobble bars in those 3 reaches during spring 1981, 1984, and 1986.

Substantial numbers of razorback sucker adults have been found in flooded off-channel habitats in the vicinity of mid-channel spawning bars shortly before or after spawning. Tyus (1987) located concentrations of ripe fish associated with warm floodplain habitats and in shallow eddies near the mouths of tributary streams. Similarly, Holden and Crist (1981) reported capture of 56 adult razorback suckers in the Ashley Creek-Jensen area of the middle Green River from 1978 to 1980, and about 19 percent of all ripe or tuberculate razorback suckers collected during 1981–1989 ($N = 57$) were from flooded lowlands (e.g., Old Charlie Wash and Stewart Lake Drain) and tributary mouths (e.g., Duchesne River and Ashley Creek) (Tyus and Karp 1990). Radio-telemetry and capture-recapture data compiled by Modde and Wick (1997) and Modde and Irving (1998) demonstrated that most razorback sucker adults in the middle Green River moved into flooded environments (e.g., floodplain habitats and tributary mouths) soon after spawning. Tyus and Karp (1990, 1991) and Modde and Wick (1997) suggested that use of warmer, more productive flooded habitats by adult razorback suckers during the breeding season is related to temperature preferences (23–25°C; Bulkley and Pimental 1983) and abundance of appropriate foods (Jonez and Sumner 1954; Vanicek 1967; Marsh 1987; Mabey and Shiozawa 1993; Wolz and Shiozawa 1995; Modde 1997; Wydoski and Wick 1998). Twelve ripe razorback suckers were caught in Old Charlie Wash during late May–early June 1986, presumably due to the abundant food in the wetland (Tyus and Karp 1991). Eight adult razorback suckers collected from Old Charlie Wash in late summer 1995 entered the wetland when it was connected to the river during peak spring flows (Modde 1996). Reduced spring flooding caused by lower regulated river discharges, channelization, and levee construction has restricted access to floodplain habitats used by adult razorback suckers for temperature conditioning, feeding, and resting (Tyus and Karp 1990; Modde 1997; Modde and Wick 1997; Wydoski and Wick 1998). The fact that these fish actively seek out this habitat suggests that the conditioning it provides them is important to their continued successful reproduction.

Razorback sucker larvae were collected each year in the Green River during 1992–1996. Over 99 percent (N = 1,735) of the larvae caught in the middle Green River during spring and early summer were from reaches including, and downstream of, the presumed spawning area near the Escalante Ranch (Muth et al. 1998). Based on the few larvae ($N = 6$) recorded from collections in the Echo Park reach in 1993, 1994, and 1996, reproduction by razorback suckers at the lower Yampa River spawning site appeared minimal, but sampling efforts in the two reaches immediately downstream of that site were comparatively low (Muth et al. 1998). Mean catch per unit effort (CPUE) was highly variable among years and river reaches but it is unclear whether this was a true measure of population abundance or was biased by differences in sampling efficiency (Muth et al. 1998). Numbers of razorback sucker larvae captured per year ranged from 20 in 1992 to 1,217 in 1994 for the middle Green River and from 5 in 1995 to 222 in 1996 for the lower Green River.

Collections in the lower Green River during 1993–1996 produced the first ever captures of razorback sucker larvae from this section of river. In the lower Labyrinth-upper Stillwater Canyon reach, 363 razorback suckers were caught; all from flooded side canyons, washes, backwaters, and side channels. Razorback sucker larvae were collected in the Echo Park area of the Green River in 1993, 1994, 1996, indicating successful spawning in the lower Yampa River (Muth et al. 1998).

Historically, floodplain habitats inundated and connected to the main channel by overbank flooding during spring-runoff discharges would have been available as nursery areas for young razorback suckers in the Green River. Tyus and Karp (1990) associated low recruitment with reductions in floodplain inundation since 1962 (closure of Flaming Gorge Dam), and Modde et al. (1996) associated years of high spring discharge and floodplain inundation in the middle Green River (1983, 1984, and 1986) with subsequent suspected recruitment of young adult razorback suckers. These floodplain habitats are essential for the survival and recruitment of larval fish. Relatively high zooplankton densities in these warm, productive habitats are necessary to provide adequate zooplankton densities for larval food. Loss or degradation of these productive floodplain habitats probably represents one of the most important factors limiting recruitment in this species (Wydoski and Wick 1998). The importance of these habitats is further underscored by the relationship between larval growth and mortality due to non-native predators (Bestgen et al. 1997). Predation by adult red shiners on larvae of native catostomids in flooded and backwater habitats of the Yampa, Green, or Colorado Rivers was documented by Ruppert et al.(1993) and Muth and Wick (1997). Water depletions and changes in timing of flows may reduce the quantity and availability of floodplain habitat, thus reducing larval growth and recruitment.

Critical Habitat for razorback sucker is located throughout Reaches 2 and 3 of the action area. As was discussed above, all primary constituent elements (water, physical habitat, and biological environment) have been affected throughout designated critical habitat on the Green River and to a lesser extent in other occupied areas (Reach 1). Habitat in those areas could be further affected through implementation of the proposed action. To date, water quantity and quality has been affected by flow regulation and land management practices (irrigated agriculture), which has resulted in increased concentrations of contaminants (most notably selenium). Physical habitat (spring adult staging areas (floodplain), spawning and nursery habitats) has been affected through flow regulation, land management practices (diking), and encroachment of nonnative vegetation (primarily tamarisk). The biological environment has been altered primarily due to the introduction of numerous species of nonnative fish disrupting the natural balance of competition and predation. All constituent elements of designated razorback sucker critical habitat along the Green River will be considered in our analysis of the effects of the proposed action.

*Factors Affecting Species Environment within the Action Area*

A marked decline in populations of razorback suckers can be attributed to construction of dams and reservoirs, introduction of nonnative fishes, and removal of large quantities of water from the Colorado River system. Dams on the mainstem Colorado River and its major tributaries have segmented the river system, blocked migration routes, and changed river habitat into lake habitat. Dams also have drastically altered flows, temperatures, and channel geomorphology. These changes have modified habitats in many areas so that they are no longer suitable for breeding, feeding, or sheltering. Major changes in species composition have occurred due to the introduction of numerous nonnative fishes, many of which have thrived due to human-induced changes to the natural riverine system. These nonnative fishes prey upon and compete with razorback suckers.

The primary threats to razorback sucker critical habitat are stream flow regulation and habitat modification (affecting both the water and physical habitat constituent elements); competition with and predation by nonnative fishes; and pesticides and pollutants (USFWS 2002b) (affecting the biological environment). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to razorback sucker are essentially the same threats identified for Colorado pikeminnow.

Management actions identified in the recovery goals for razorback sucker (USFWS 2002b) to minimize or remove threats to the species included:

- provide and legally protect habitat (including flow regimes necessary to restore and maintain required environmental conditions) necessary to provide adequate habitat and sufficient range for all life stages to support recovered populations;
- provide passage over barriers within occupied habitat to allow unimpeded movement and, potentially, range expansion;
- investigate options for providing appropriate water temperatures in the Gunnison River;
- minimize entrainment of subadults and adults in diversion/out-take structures;
- ensure adequate protection from overutilization;
- ensure adequate protection from diseases and parasites;
- regulate nonnative fish releases and escapement into the main river, floodplain, and tributaries;
- control problematic nonnative fishes as needed;
- minimize the risk of hazardous-materials spills in critical habitat;
- remediate water-quality problems; and
- minimize the threat of hybridization with white sucker.

**Effects of the Action**

Cultural Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for cultural resources commonly entail the use of hand tools, power tools, or heavy machinery.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Cultural resource activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding,

spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Paleontological Resources Management

This program includes surveys, inventories, excavation activities, surface material collection, and interpretive site development. Surveys may involve multiple people and vehicles and can last up to several weeks. Inventories for paleontological resources commonly entail the use of hand tools, power tools, or heavy machinery.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Paleontological resource activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Fire and Fuels Management

Objectives of fire management are to protect life, property, and resources values from wildfire and restore the natural role of fire in the ecosystem. Major activities associated with the BLM's fire management program include: wildfire suppression, wildland fire use, prescribed burning, non-fire fuels treatments (mechanical and chemical), and emergency stabilization and rehabilitation following wildfires. Fire suppression methods may involve: fireline construction, use of fire suppression agents and retardants, and water withdrawals.

Increased vegetation disturbance or vegetation removal to support fire suppression activities or fires (wildland or prescribed), fire retardant or chemical treatment to vegetation, soil disturbance, and water removal may adversely impact Colorado river fish. Associated impacts may include loss of vegetation cover, soil stability and forage base; and changes to water chemistry, water temperature, and nutrient levels, negatively affecting the primary constituent elements for Colorado river fish species. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Lands and Realty Management

Objectives of the lands and realty management program are to support multiple-use management goals of the BLM resource programs; respond to public requests for land use authorizations, sales, and exchanges; and acquire and designate rights-of-way access to serve administrative and

public needs. Realty management authorizes occupancy of public lands for roads, power lines, pipelines, communication sites, and irrigation ditches authorized by granting rights-of-way. Rights-of-way management actions respond to public requests for access, land authorizations, sales, and exchanges. These rights-of-way may be temporary or extend up to 30 years, or even in perpetuity.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Lands and realty management decisions may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. Land exchanges or disposals may fragment the watersheds in the action area, increasing the previously mentioned impacts. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Livestock Grazing Management

The objective of livestock grazing management is to maintain or improve forage production and range condition as a sustainable resource base for livestock grazing on BLM land. Livestock management includes designating the kind and class of livestock, seasons of use, locations of use and the numbers of livestock that are permitted to use BLM lands.

Activities occurring under this program may increase equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in vegetation disturbance, removal, alteration; and soil disturbance. Vegetation alteration or removal may decrease: cover, soil stability, stream morphology, forage base, water chemistry, water temperature, and nutrient levels. Livestock management decisions may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion associated with surface disturbance may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Minerals and Energy Management

The planning area will be open to consideration for exploration, leasing, and development of leasable minerals (oil, gas, coal, tar sands, and geothermal), locatable (gold, gypsum, uranium) and salable minerals (sand, gravel, building stone). Although stipulations or conditions may be included in the terms of these mineral contracts, there are potential impacts associated with these various activities. Mineral exploration and extraction often results in surface disturbance from

road and facility construction, removal of topsoil and overburden, stock piling of these materials, and post-mining reclamation and recontouring.

Activities occurring under this program may increase human presence, equipment use, surface disturbance in Colorado River fish habitat. These actions may increase the occurrence of chemical leaks into drainages, vegetation disturbances or removal, soil disturbances, increased occurrence of invasive plant species, and pollutants in drainages of Colorado river fish habitat. Vegetation disturbances or vegetation removal (including chemical treatment of vegetation), and increased invasive plant species may adversely affect cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may affect Colorado River fish by decreasing water quality and impacting the forage base. Lethal and sublethal impacts may result from chemical spills. There may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

<u>Recreation and Travel Management</u>

The recreation program includes providing for and managing recreational access, developing and maintaining recreation areas, issuing special recreation permits, providing information to the public about recreational resources, and assessing effects of recreational use on the natural resources. Under this program, OHV use, camping, rafting, hiking, fishing, boating, swimming, and other activities are allowed in designated areas.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect: cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

<u>Riparian and Wetland Resources</u>

The objective of riparian area management is to establish an aggressive riparian area management program that will identify, maintain, restore, and/or improve riparian values to achieve a healthy and productive ecological condition for maximum long-term benefits in order to provide watershed protection while still preserving quality riparian dependent aquatic and terrestrial species habitats and, as appropriate, allow for reasonable resource uses.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect: cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels.

Pollutants in the area may decrease water quality and adversely impact the forage base. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Soil and Water Resources

The objectives for the soil and water resources management program are to maintain and improve soil integrity, and long-term soil productivity through implementation of rangeland health standards and other soil protection measures, as well as to protect, maintain or improve surface and groundwater quality consistent with existing and anticipated uses and applicable state and federal water quality standards and to provide for availability of water to facilitate authorized uses.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation disturbance, and surface disturbance in the drainages of Colorado River fish habitats. These activities may result in direct water channel disturbance, vegetation disturbance or removal, increased occurrence of invasive plant species, and soil disturbance. Direct stream disturbances may adversely change the water channel morphology, structure, and water quality. Vegetation disturbances or removal (including chemical treatment of vegetation), may adversely affect: cover, soil stability, forage base, water chemistry, water temperature, and nutrient levels. Pollutants in the area may decrease water quality and adversely impact the forage base. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

## Vegetation Management

Program objectives are to maintain or improve the diversity of plant communities to support timber production, livestock needs, wildlife habitat, watershed protection, and acceptable visual resources. Therefore, this program includes mechanical, chemical, biological, cultural vegetation management methodologies. These management methodologies may result in ground disturbing activities, chemical impacts, human disturbances, and impacts to vegetation from biological management techniques.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation treatment or disturbance (mechanical, chemical, biological), and surface disturbance in drainages of Colorado River fish habitats. These activities may result in vegetation disturbance or removal, adverse chemical treatment to vegetation, increased occurrence of invasive plant species, and soil disturbance. Vegetation disturbances, vegetation removal, chemical treatment of vegetation, or increased invasive plant species may adversely affect availability of riparian vegetation cover and water quality. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Wild Horse Management

The objective of wild horse management is the protection, management, and control of wild free-roaming horses on public lands. Because the proposed action calls for removal of horse populations, the main management activity under this program is herd gathering.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Wild horse management activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Wildlife and Fisheries Management

This program aims to maintain biological diversity, improve habitat for wildlife and fisheries, and provide habitats for threatened and endangered species.

Activities occurring under this program may increase equipment and vehicle use, vegetation treatment or disturbance, and surface disturbance in drainages of Colorado River fish habitats. In the short-term, vegetation disturbances or vegetation removal may adversely affect availability of riparian vegetation, thereby impacting the watershed stability, vegetation cover, forage base, and water quality. Long-term benefits may include: increased bank stability, availability of habitat, and forage base. As a result of short-term and long-term effects, Colorado River fishes may have increased reproductive success and increased survival at all life stages.

Woodlands and Forests Resources

The forest management program implements silvicultural practices including site preparation, regeneration, stand protection, stand maintenance, pre-commercial and commercial thinning for density management, fertilization, pruning, forest and woodland condition restoration treatments, and salvage harvest. The program allows the treatment of forest insect and disease infestations by spraying, cutting, and removal; and herbicidal spraying of grasses and shrubs. Forest management actions may also include conducting surveys, obtaining easements, pursuing legal access, allowing road development, and installing drain culverts and water bars. Wood and seed collection as well as non-commercial harvest of posts and Christmas trees are also authorized under this program.

Activities occurring under this program may increase human presence, equipment and vehicle use, vegetation treatment or disturbance, and surface disturbance in drainages of Colorado River

fish habitats. Associated impacts include: vegetation disturbance or removal, adverse chemical treatment to vegetation, increased occurrence of invasive plant species, and soil disturbance. Vegetation disturbances, vegetation removal, chemical treatment of vegetation, or increased invasive plant species may adversely affect availability of riparian vegetation cover and water quality. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Non-WSA Lands with Wilderness Characteristics

The objectives of this program are to manage lands with valuable wilderness characteristics in order to preserve those characteristics. These lands are generally lands that may be nominated in the future to become WSAs or congressionally delegated wilderness.

Surface-disturbing actions under this program could result in soil erosion and removal of upland vegetation within watersheds containing listed fish species could result in increased erosion and sediment that degrade water quantity (reducing ground water discharge into the stream, river, or lake) and water quality (changes in water chemistry, such as pH and dissolved oxygen; temperature; sediment loads; and nutrient availability). These changes in water quantity or quality can directly or indirectly affect listed fish species. Program management activities may negatively affect the primary constituent elements for the Colorado River fish species designated critical habitat. Increased erosion may degrade water quality and increase sediment in the water. This could increase water temperature, decrease food supply, increase turbidity, and deplete oxygen. This could alter a specific hydraulic water regime which is required by a particular life stage for each species. In doing so, there may be decreases in quantity and quality of breeding, spawning, and nursery habitats and degradation of foraging habitats. As a result, there may be decreases in reproductive success, and decreases in survival at all life stages (egg, larval, young of year, juvenile, and adult).

Water Depletions

Water depletions from the Upper Colorado River Basin are a major factor in the decline of the threatened and endangered Colorado River fish. The USFWS determined that any depletion will jeopardize their continued existence and will likely contribute to the destruction or adverse modification of their critical habitat (USDI, Fish and Wildlife Service, Region 6 Memorandum, dated July 8, 1997). However, the Recovery Program was established specifically to offset the negative effects of water depletions to the endangered fish populations, and to act as the Reasonable and Prudent Alternative for these depletions. Actual water depletions will be determined, and Section 7 consultation reinitiated on a project-specific basis.

**Cumulative Effects for the Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker**

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to Section 7 of the Act.

Cumulative effects to bonytail, Colorado pikeminnow, humpback chub, and razorback sucker under the Proposed Actions would include, but are not limited to, the following broad types of impacts:

- Changes in land use patterns that would further fragment, modify, or destroy potential spawning sites or designated critical habitat.
- Shoreline recreational activities and encroachment of human development that would remove upland or riparian/wetland vegetation and potentially degrade water quality.
- Competition with, and predation by, exotic fish species introduced by anglers or other sources.
- Program management actions that would reduce the potential for catastrophic wildland fires, vegetation loss, and negative changes to water quality by some, or all, of the following groups, on lands adjoining or upstream of BLM-administered lands:
  - State of Utah
  - County Governments in Utah
  - Local Governments in Utah
  - Private landholders in Utah

Colorado river fishes occur throughout the Upper Colorado River Basin of the action area for the proposed RMP amendment. The watersheds affecting Colorado river fishes include a checkerboard pattern of land ownership including Federal, State, and private landowners. Colorado river fishes are susceptible to activities on State and private lands. Many of these activities, such as livestock grazing; research; construction and operation of dams along major waterways; water retention, diversion, or dewatering of springs, wetlands, or streams; oil and gas exploration and development; human population expansion and associated infrastructure (increased trails and roads); and recreation activities (e.g. off-road vehicles), are expected to continue on State and private lands within the Colorado river fishes' range. Contributing as cumulative effects to the proposed action, these activities will continue to affect Colorado river fishes' persistence with impacts to staging areas, spawning habitats, nursery habitats, and foraging habitat (including designated critical habitat), further degrading habitat, and increasing non-native fish populations.

## Conclusion for the Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker

The conclusions of this biological opinion are based on full implementation of the project as described in the "Description of the Proposed Action" section of this document, including the resource protection measures that were incorporated into the project design.

It is our opinion that the proposed action are not likely to jeopardize the continued existence of the Colorado River Fishes, and are not likely to jeopardize the continued existence of these species or adversely modify their habitat. We base our conclusion on the following:

1. Treatment sizes will be limited during any single year, both in space and time, in the species range. Vegetation removed during project related activities will not impact large portions of the Upper Colorado River Basin and, with conservation measures applied, are

not expected to significantly affect water quality or flows to impact the Colorado river fishes or their critical habitat.

2. In addition, the Recovery Programs for the endangered Colorado River fishes conduct intensive fish community monitoring throughout the potentially affected area. The USFWS is a participant on both programs and we believe that those monitoring programs, although not specifically designed to determine cause and affect relationships, will provide useful information to assess site-specific projects under the proposed action. The USFWS will rely heavily on the results of Recovery Program monitoring to determine if additional Section 7 consultation is required.

3. All site-specific projects designed under the proposed Resource Management Plan would be subject to consultation requirements under Section 7 of the Endangered Species Act.

# INCIDENTAL TAKE STATEMENT

Section 9 of the Act, as amended, prohibits take (harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct) of listed species of fish or wildlife without a special exemption. "Harm" is further defined to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing behavioral patterns such as breeding, feeding, or sheltering (50 CFR § 17.3). "Harass" is defined as actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding, feeding, or sheltering (50 CFR § 17.3).

Actual take levels are unquantifiable because the VFO BLM Resource Management Plan implementation includes all possible projects authorized on all Vernal Field Office lands in Utah and may occur within threatened or endangered species' habitats. However, although unquantifiable, take may occur through harm and harassment. Therefore, in the event that the applicant committed Conservation Measures are not completely incorporated into project-specific design, or if site-specific characteristics may lead to effects not considered in this biological opinion, Section 7 consultation will be reinitiated at the project-specific level.

No exemption from Section 9 of the Act is granted in this biological opinion. BLM's implementation of Resource Management Plans is likely to adversely affect listed species. The likelihood of incidental take, and the identification of reasonable and prudent measures and terms and conditions to minimize such take, will be addressed in project-level consultations. Levels of incidental take and measures to reduce such take cannot be effectively identified at the level of proposed action because of the broad geographic scope and time frame, and the lack of site specific information. Rather, incidental take and reasonable and prudent measures may be identified adequately through subsequent actions subject to Section 7 consultations at the project-specific scale.

# REASONABLE AND PRUDENT MEASURES / TERMS AND CONDITIONS

BLM coordinated and developed, with the U.S. Fish and Wildlife Service, species-specific conservation measures. These conservation measures were included as part of the Resource Management Plan project description. Therefore, the USFWS believes that additional Reasonable and Prudent Measures and Terms and Conditions will not be necessary in this programmatic opinion due the BLM's proactive initiation to minimize impacts on listed species. We commend BLM's efforts to conserve and protect threatened and endangered species. It is possible that additional reasonable and prudent measures and terms and conditions may be required on a project-specific level, in a tiered consultation to this programmatic opinion.

# RECOMMENDED CONSERVATION MEASURES

The U.S. Fish and Wildlife Service recommends incorporating the following guidance into the Resource Management Plan to ensure successful management, protection, and recovery of listed species and their habitats at the landscape and site-specific levels. The USFWS understands that Recommended Measures are not always feasible or applicable for all projects. Available Recovery Plans, Conservation Agreements/Strategies, Scientific Literature, and other available information should consistently be applied to occupied, suitable, and potentially suitable habitats of listed species. The following recommendations should be used in conjunction with available species-specific plans and literature and appropriately applied at the landscape and site-specific planning levels in a manner that ensures conservation and recovery of listed and sensitive species. In general, these guidelines should apply to listed and sensitive species habitats in areas of known and likely occurrence, particularly where recovery and conservation objectives have been identified by available species-specific plans.

**All Species**

- Avoid land trades/disposals of listed and sensitive species habitats.

- Avoid the broad-scale use of pesticides and insecticides in habitats of listed species, during sensitive time periods such as breeding and nesting seasons.

- Avoid use of pesticides in riparian habitats and areas adjacent to riparian areas. If used, avoid drift and apply non-persistent pesticides with low bioaccumulation potential.

- Encourage management that maintains sagebrush ecological sites.

- Avoid practices that permanently convert sagebrush shrubland to nonnative grassland.

- Implement management strategies that maintain or improve degraded riparian communities; protect natural flow requirements; protect water quality; manage for stable non-eroding banks; and manage for year-round flows.

- Manage riparian areas from a watershed perspective. Ensure that riparian areas within the project are as continuous as possible along the entire drainage and are as wide as the soil and water table will allow riparian vegetation to exist.

- Manage riparian areas to ensure a multi-aged, multi-layered structure, allowing for retention of snags and diseased trees. Provide multiple layers of vegetation (vertical structure) within 10 feet of the ground.

- Enhance the protection of wetland functions by emphasizing the protection of natural wetland structure, composition, and ecological processes.

- Establish appropriate buffers between wetlands and incompatible land uses adequate to preserve the functional integrity of the wetlands.

- Discourage development of natural water sources under BLM's management.

- When considering spring development/redevelopment, evaluate springs for occurrence of flora and fauna, with particular focus on detecting rare or unique species. Maintain sufficient water to sustain native flora and fauna. Return unused or overflow water to its original drainage. Protect the spring source area from detrimental impacts, e.g. from livestock, recreationists. Protect the spring source from risk of degradation of water quality.

- Fully mitigate all unavoidable habitat losses for listed and migratory birds, at a suggested ratio of 1:1. Mitigate all unavoidable riparian losses at a suggested ratio of 2:1. This ratio may be increased if mitigation does not occur prior to disturbance, if replacement habitat is less valuable than lost habitat, if habitat fragmentation is causing broad-scale impacts to remaining available habitats, or other reasons. Both direct and indirect habitat losses will be considered and fully mitigated.

- Include native forbs and grasses in seeding mixtures where feasible.

- Monitor condition of habitat in occupied, suitable, or potentially suitable habitat for listed and sensitive species to ensure maintenance of good to excellent ecological conditions; restoration and conservation of good to excellent aquatic habitat conditions; and consistent with available species-specific habitat requirements.

- Consider wildlife use when designing spring exclosures.

- If water developments occur, divert water several hundred feet downstream of the water source to allow wildlife to benefit, hydric species to perpetuate, and water quality to remain high.

- Limit the amount of time livestock spend in pastures with riparian areas; base grazing seasons/length on condition of riparian vegetation.

- Maintain or modify existing grazing regimes to promote growth of desirable vegetation and maintain desirable understory vegetation. Temporarily remove grazing from degraded habitats and habitats recovering from fire and other disturbances.

- Manage grazing to maintain riparian habitats with all desirable vegetation structure and age classes.

- Avoid construction or expansion of recreation facilities within occupied, suitable, and potentially suitable habitat for listed and sensitive species.

- Limit the number of new roadways in project areas when possible to protect wildlife and plant resources. Decommission unnecessary roads and reclaim unauthorized illegal trails in habitats important to listed and sensitive species.

- Where appropriate at designated recreation sites, design recreation activities that are predictable for wildlife; i.e. provide well-marked trails or boardwalks to encourage controlled and predictable human use away from listed and sensitive species habitats, and discourage off-trail hiking and creation of alternate routes.

- Avoid constructing new trails along or parallel to riparian areas.

- Reduce or restrict recreational uses including, but not limited to, all-terrain vehicles, bicycles, horses, birdwatchers, and hikers in riparian areas.

- Where recreation conflicts with use by listed and sensitive species, and area closures are not practical, provide on-site monitoring to educate users and control use.

- Sponsor programs and post signs that educate users about the value of riparian habitat to listed and sensitive species.

- Provide interpretive site and literature on recognition and value of protecting biological soil crusts at major access points in areas of extensive or unique crust formation.

- Avoid building new roads and trails in riparian areas, and avoid stream crossings.

- Close affected watersheds and/or riparian areas to livestock grazing for one or more years to allow for recovery of riparian vegetation. The appropriate length of time for closure to grazing will depend on site-specific characteristics.

- Avoid or restrict mineral development activities in riparian habitats.

- Disturbances of all suitable habitats for listed and sensitive species will be improved to provide adequate habitat (pre-disturbance condition or better).

**Mexican spotted owl**

- Consider seasonal (March 1 – August 31) and spatial (0.5 mile) closures for recreational activities within PAC areas and suitable owl habitats.

- Maintenance of existing facilities within occupied (including PACs) and suitable Mexican spotted owl habitats should be avoided during the breeding season (March 1 – August 31).

- Implement recreational restrictions that protect occupied (including PACs) and suitable Mexican spotted owl habitats. Include these restrictions as part of all special recreation permits. Examples include, but are not limited to group size limits, length of stay, allowed use areas.

- Avoid road or trail building within PACs.

- Assess the presence and intensity of recreational activities in PACs, and apply appropriate measures to minimize impacts to the Mexican spotted owl and its habitat, in accordance with Recovery Plan recommendation and best available scientific information.

- Limit OHV and Guided Vehicle Tour uses to designated road and trails in Mexican spotted owl habitat and PACs.
- Conduct pre- and post-monitoring of Mexican spotted owl habitat conditions in PAC areas for surface disturbing activities.

**Plants**

- Avoid use of aerosol insecticides within 3 miles of listed plant populations to protect pollinators.
- Direct recreational activities away from occupied habitats of listed and sensitive plant species.

**Colorado Fish Species**

- Implement INFISH standards or other appropriate methodologies based on soil and terrain conditions, to provide riparian functions, including delivery of organic matter and woody debris, stream shading, and bank stability.
- In accordance with INFISH, no disturbance should occur within a buffer zone of 300' on each side of perennial fish bearing streams, 150' on each side of perennial non-fish bearing streams, and between 50' - 100' on each side of intermittent streams.
- Encourage activities to eliminate competing nonnative species and discourage any introduction of nonnative species into aquatic systems.
- Allow for translocations, fish control and removal, transfers, and other movement of fish for conservation and recovery of the species.
- Implement management strategies to restore fish passage, restore and retain natural hydrograph and hydrology, restore and ensure an appropriate distribution of aquatic habitats with special attention to native aquatic species, and restore and protect natural stream processes and function.
- In watersheds that are adjacent to the Colorado, Green, and White Rivers (and their important tributaries), and within major seleniferous formations (e.g., Mancos Shale and Duchesne), manage biological soil crusts to reduce erosion of selenium-bearing soils to habitat for endangered Colorado River fish.
- Provide resource protection measures associated with fishing access, i.e. provide well-marked trails or boardwalks to encourage controlled and predictable human use and discourage off-trail hiking and creation of alternate routes particularly in riparian areas.
- Implement INFISH standards (i.e., riparian buffers), or other appropriate methodologies based on soil and terrain conditions, to provide riparian functions, including delivery of organic matter and woody debris, stream shading, and bank stability.
- Avoid construction of fire lines using mechanized equipment so that they cross stream channels or terminate at the stream channel.

- Avoid mixing or applying fire suppressant chemicals (i.e. surfactant foam or retardant formulations) within 300 feet of the stream channel, except when a threat to human life or property exists.

- Avoid transferring water from one watershed into another for the purpose of water drops, as this may aid in spread of water-borne diseases such as whirling disease.

- Manage fire regimens (prescribe and wild) to protect or improve riparian and flood plain habitats.

- Pipeline crossings of perennial, intermittent, and ephemeral stream channels should be constructed to withstand floods of extreme magnitude to prevent breakage and subsequent accidental contamination of runoff during high flow events.

- Surface crossings must be constructed high enough to remain above the highest possible stream flows at each crossing, and subsurface crossings must be buried deep enough to remain undisturbed by scour throughout passage of the peak flow.

- To avoid repeated maintenance of pipeline crossings, hydraulic analysis should be completed in the design phase to eliminate costly repair and potential environmental degradation associated with pipeline breaks at stream crossings

# RE-INITIATION STATEMENT

This is a program-level document that does not include project specific detail for actions authorized by the Resource Management Plan. Additional consultation with USFWS will be necessary for any authorized project specific action that may impact any listed species

This concludes formal consultation on the Vernal BLM Field Office Resource Management Plan. As provided in 50 CFR §402.16, re-initiation of formal consultation is required if: 1) new information reveals effects of the agency action that may impact listed species or critical habitat in a manner or to an extent not considered in this opinion, 2) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion, 3) a new species is listed or critical habitat designated that may be affected by the action, 4) a project proposing biological control measures is proposed or 5) water depletions are expected to occur.

Thank you for your interest in conserving threatened and endangered species. If we can be of further assistance, please contact Katherine Richardson at (801) 975-3330 ext. 125 or Laura Romin at ext. 123.

## ORIGINAL SIGNED

bcc:   Project File
       Reading File

RICHARDSON/jrc:10/23/08
File:   6-UT-08-F-0025
Z:\Finalized Letters\JRC\Richardson\VernalBO_Final format.doc

---

# LITERATURE CITED

**Mexican spotted owl**

American Ornithologists' Union. 1957. Checklist of North American birds. Fifth ed. Am. Ornithologists' Union, Washington, D.C. 691pp.

Delaney, D. K., T. G. Grubb, and L. L. Pater. 1997. Effects of helicopter noise on nesting Mexican spotted owls. A report to the U.S. Air Force 49 CES/CEV, Holloman Air Force Base. Project Order No. CE P. O. 95-4. 49 pp.

Earhart, C. M., and N. K. Johnson. 1970. Size dimorphism and food habits of North American owls. Condor 72:251-264.

Fletcher, K. W. and H. E. Hollis. 1994. Habitats used, abundance, and distribution of the Mexican spotted owl (*Strix occidentalis lucida*) on National Forest System lands in the southwestern region. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico.

Forsman, E. D., E. C. Meslow, and M. J. Strub. 1976. Spotted owl abundance in second-growth versus old-growth forest. Bulletin of the Wildlife Society of Washington. 5(2): 43-47.

Forsman, E. D. 1981. Molt of the Spotted Owl. Auk 98:735-742.

Forsman, E. D., E. C. Meslow, and H. M. Wight. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs No. 87. 64 pp.

Ganey, J. L. 1988. Distribution and habitat ecology of the Mexican spotted owls in Arizona. M.S. Thesis Northern Arizona University, Flagstaff, Arizona. 229 pp.

Ganey, J. L., and R. P. Balda. 1989. Distribution and habitat use of Mexican spotted owls in Arizona. Condor 91:355-361.

Ganey, J. L., and R. P. Balda. 1994. Habitat selection by Mexican spotted owls in northern Arizona. Auk 111:162-169.

Ganey, J. L. and W. M. Block. 2005. Winter movements and range use of radio-marked Mexican spotted owls: an evaluation of current management recommendations. Gen. Tech. Rep. RMRS-GTR-148-WWW. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 9 p.

Ganey, J. L., G. C. White, A. B. Franklin, J. P. Ward, Jr., and D. C. Bowden. 2000. A pilot study on monitoring populations of Mexican spotted owls in Arizona and New Mexico: second interim report. 41 pp.

Gutierrez, R. J. and S. E. Rinkevich. 1991. Final Report Distribution and Abundance of Spotted Owls in Zion National Park, 1991, National Park System Order No. PX-1200-9-C820.

Gutierrez, R. J., C. A. May, M. L. Peterson, M. E. Seamans. 2003. Temporal and spatial variation in the demographic rates of two Mexican spotted owl populations. Final Report, submitted to USDA, Rocky Mountain Research Station, Fort Collins, Colorado. 146 pp.

Hammitt, W. E. and D. N. Cole. 1987. Wildland recreation: ecology and management. John Wiley and Sons, New York. 341 pp.

Johnsgard, P. A. 1988. North American owls: Biology and natural history. Smithsonian Institution Press, Washington D.C.

Moen, C. A., A. B. Franklin, and R. J. Gutierrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin. 19:489-493.

Rinkevich, S. E. 1991. Distribution and habitat characteristics of Mexican spotted owls in Zion National Park, Utah. M.S. Thesis. Humboldt State University, Arcata, California. 62pp.

Seamans M. E., R. J. Gutiérrez, C. A. May, M.Z. Peery. 1999. Demography of two Mexican spotted owl populations. Conservation Biology. 13:744–754.

Skaggs, R. W., and R. J. Raitt. 1988. A Spotted Owl inventory on the Lincoln National Forest Sacramento Division: 1988. Contract No. 5-5 16.6-76-17. New Mexico Department of Game and Fish. Santa Fe, New Mexico.

Thomas, J. W., M. G. Raphael, R.G. Anthony, E. D. Forsman, A. G. Gunderson, R.S. Holthausen, B. G. Marcot, G. H. Reeves, J. R. Sedell, and D. M. Solis. 1993. Viability assessments and management considerations for species associated with late-successional and old-growth forests of the Pacific Northwest. USDA Forest Service, Portland, Oregon. 529 pp.

U.S. Fish and Wildlife Service (USFWS). 1993. Endangered and Threatened Wildlife and Plants; final rule to list the Mexican spotted owl as threatened. Federal Register 58(49):14248-14271. March 16, 1993.

U.S. Fish and Wildlife Service (USFWS). 1995. Recovery Plan for the Mexican Spotted Owl. Albuquerque, New Mexico.

U.S. Fish and Wildlife Service (USFWS). 2004. Endangered and Threatened Wildlife and Plants; Final Designation of Critical Habitat for the Mexican Spotted Owl. Federal Register 69 (168): 53181-53298; August 31, 2004.

Utah Division of Wildlife Resources (UDWR). 2003. http://dwrcdc.nr.utah.gov/ucdc/

Verner, J., K. S. McKelvey, B. R. Noon, R. J. Gutierrez, G. I. Gould, Jr., and T. W. Beck, eds. 1992. The California spotted owl: a technical assessment of its current status. USDA Forest Service General Technical Report PSW-133. 285 pp.

Walker, L. W. 1974. The book of owls. Alfred A. Knopf, New York, N.Y 255 pp.

White G. C., A. B. Franklin, J. P. Ward Jr.  1995.  Population biology.  *In*: United States Department of Interior, Fish and Wildlife Service.  Recovery Plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II.  Technical supporting information.  Chapter 2:1–25.  United States Fish and Wildlife Service, Albuquerque, New Mexico.  (Available at http://mso.fws.gov/recovery-plan.htm).

Willey, D. W.  1993.  Home-range characteristics and juvenile dispersal ecology of Mexican spotted owls in southern Utah.  Unpublished Report.  Utah Division Wildlife Resources, Salt Lake City, Utah.

Willey, D. W.  1995.  Mexican spotted owls in canyonlands of the Colorado Plateau. *Pp. 330-331 In:*  LaRoe, E. T., Farris, G. S., Puckett, C. E., Doran, P. D. and Mac, M. J., editors. *Our living resources: A report to the nation on the distribution, abundance, and health of U.S. plants, animals, and ecosystems.*  U.S. Department of the Interior, National Biological Service, Washington, D.C.

Willey, D. W. 1998. Movements and habitat utilization by Mexican spotted owls within the canyon lands of Utah.  PhD Thesis.  Northern Arizona University. 87pp.

Willey, D. W. and D. Spotskey.  1997.  Unpublished GIS model for Mexican spotted owl breeding habitat.  Final Report; Arizona Heritage Program, Phoenix, Arizona.

Willey, D. W. and D. Spotskey.  2000.  Field test of a habitat model for Mexican spotted owl breeding habitat.  Final Report; Arizona Heritage Program, Phoenix, Arizona.

Anderson E., S.C. Forrest, T.W. Clark, and L. Richardson. 1986. Paleobiology, biogeography, and systematics of the black-footed ferret *Mustela nigripes* (Audubon and Bachman), 1851. Great Basin Naturalist Memoirs 8:11–62.

**Black-footed ferret**

Bibles, B.D. 2002. Update on Status of CO/UT Black-footed Ferret Reintroduction Effort – November 1999.  Utah State University – Uintah Basin, Vernal, UT.  3 pp.

Bureau of Land Management. 1999. EA and FONSI for the Book Cliffs Resource Area Management Plan Amendment. Black-Footed Ferret Reintroduction. Coyote Basin Area, Utah.

Collier, G. D. 1975. The Utah prairie dog: abundance, distribution, and habitat requirements. Pub. No. 75-10. Utah Division of Wildlife Resources. Salt Lake City, UT. 94 pp.

Crocker-Bedford, D. 1975. Utah prairie dog habitat evaluation. Proc. Utah Wildl. Tech. Mtng. 7 pp.

Eskey, C.R. and V.H. Haas. 1940. Plague in the western part of the United States. United States Public Health Bulletin No. 254. 83 pp.

Forrest, S.C., T.W. Clark, L. Richardson, and T.M. Campbell, III. 1985. Black-footed ferret habitat: Some management and reintroduction considerations. Wyoming Bureau of Land Management, Wildlife Technical Bulletin, No. 2. 49 pp.

Forrest, S.C., D.E. Biggens, L. Richardson, T.W. Clark, T.M. Campbell, III, K.A. Fagerstone, and E.T. Thorne. 1988. Population attributes for the black-footed ferret (*Mustela nigripes*) at Meeteetse, Wyoming, 1981-1985. J. of Mamml. 69(2):261-273.

Henderson, F.R., P.F. Springer, and R. Adrian. 1969. Updated 1974. The black-footed ferret in South Dakota. South Dakota Department of Game, Fish and Parks, Technical Bulletin 4:1–36.

NatureServe. 2005. NatureServe Explorer: An online encyclopedia of life [web application]. Version 4.3. NatureServe, Arlington, Virginia. Available http://www.natureserve.org/explorer. (Accessed: March 17, 2005).

Schroeder, M.H. and S.J. Martin. 1982. Search for the black-footed ferret succeeds. Wyoming Wildlife 46(7):8–9.

Thorne, T.E. and E.S. Williams. 1988. Disease and endangered species: the black-footed ferret as a recent example. Conservation Biology 2(1):66-74.

U.S. Bureau of Land Mangement, Vernal Field Office. 1999. Environmental Assessment and Finding of No Significant Impact For the Book Cliffs Resource Area Management Plan Amendment; Black-Footed Ferret Reintroduction Coyote Basin Area, Utah EA NO. UT-080-1999-02. 31 pp.

U.S. Fish and Wildlife Service. 1967. Endangered Species List – 1967. March 11, 1967. Federal Register 32:4001.

U.S. Fish and Wildlife Service. 1988. Black-footed ferret recovery plan. U.S. Fish and Wildlife Service, Denver, Colorado. 154 pp.

U.S. Fish and Wildlife Service. 1991. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of *Mustela nigripes* (Black-Footed ferrets) in Southeastern Wyoming. August 21, 1991. Federal Register 56:41473.

U.S. Fish and Wildlife Service. 1994. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of Black- footed Ferrets in North-Central Montana. August 18, 1994. Federal Register 59:42696.

U.S. Fish and Wildlife Service. 1994. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of Black- footed Ferrets in Southwestern South Dakota. August 18, 1994. Federal Register 59: 42682.

U.S. Fish and Wildlife Service. 1996. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of Black-Footed Ferrets in Aubrey Valley, Arizona. March 20, 1996. Federal Register 61:11320.

U.S. Fish and Wildlife Service. 1998. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of Black-footed Ferrets in Northwestern Colorado and Northeastern Utah; Final Rule. October 1, 1998. Federal Register 63:52823.

U.S. Fish and Wildlife Service. 2000. Endangered and Threatened Wildlife and Plants; Establishment of a Nonessential Experimental Population of Black-Footed Ferrets in North-Central South Dakota. October 13, 2000. Federal Register 65:60879.

U.S. Fish and Wildlife Service. 2003. Endangered and Threatened Wildlife and Plants; Establishment of Nonessential Experimental Population Status and Reintroduction of Black-Footed Ferrets in South-Central South Dakota. May 16, 2003. Federal Register 68:26498.

Utah Division of Wildlife Resources. 2003. Black-footed ferret (*Mustela nigripes*). Wildlife Notebook Series No. 8. 4 pp.

Williams, E.S., E.T. Thorne, T.S. Quan, and S.L. Anderson. 1991. Experimental infection of domestic ferrets (*Mustela putorius furo*) and Siberian polecats (*Mustela eversmanni*) with Yersinia pestis. J. of Wldl. Dis. 27:441–445.

Williams, E.S., K. Mills, D.R. Kwiatkowski, E.T. Thorne, and A. Boerger-Fields. 1994. Plague in a black-footed ferret (*Mustela nigripes*). J. of Wldl. Dis. 30: 581–585.

**Canada lynx**

Bittner, S. L., and O. J. Rongstad. 1982. Snowshoe hare and allies. Pages 146-163 *in* J.A. Chapman and G. A. Feldhamer, editors. Wild mammals of North America: biology, management, and economics. Johns Hopkins University Press, Baltimore.

Brand, C. J., L. B. Keith and C. A. Fischer. 1976. Lynx responses to changing snowshoe hare densities in central Alberta. J. Wildl. Mgmt. 40(3):416-428.

Hatler, D. F. 1988. A lynx management strategy for British Columbia. Ministry of Environment, Wildlife Branch, Victoria, B.C. 115 pp.

Hodges, K. E. 1998. Snowshoe hare demography and behavior during a cyclic population low phase. Ph.D. Dissertation. University of British Columbia, Vancouver.

Hodges, K. E., C. J. Krebs, D. S. Hik, C. I. Stefan, E. A. Gillis, and C. E. Dagle. 1999. Snowshoe hare demography. *in* C. J. Krebs, S. Boutin, R. Boonstra, editors.Vertebrate community dynamics in the boreal forest.

Koehler, G. M. 1990. Population and habitat characteristics of lynx and snowshoe hares in north central Washington. Can. J. Zool. 68:845-851.

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. Journal of Forestry, October 1990.

Koehler, G. M. and K. B. Aubry. 1994. Lynx. Pp. 74-98 in: American Marten, Fisher, Lynx, and Wolverine in the Western United States. USDA Forest Service Gen.Tech. Rep. RM-254.       Fort Collins, CO.

McCord, C. M. and J. E. Cardoza. 1982. Bobcat and lynx. Pp. 728-766 In: J. A. Chapman and G. A. Feldhamer (eds). Wild mammals of North America: Biology, management and economics. Johns Hopkins University Press, Baltimore.

Mech, L. D. 1980. Age, sex, reproduction, spatial organization of lynxes colonizing northeastern Minnesota. J. Mamm. 61(2):261-267.

Monthey, R. W. 1986. Responses of snowshoe hares, *Lepus americanus*, to timber harvesting in northern Maine. Canadian Field-Naturalist 100:568-570.

Nellis, C. H., S. P. Wetmore and L. B. Keith. 1972. Lynx-prey interactions in central Alberta. J. Wildlife Manage. 36:320-329.

Poole, K. G. 1995. Spatial organization of a lynx population. Canadian Journal of Zoology 73:632-641.

Quinn, N. W. S. and G. Parker. 1987. Lynx. In: M. Novak, J. A. Baker, M. E. Obbard and B. Malloch (eds). Wild furbearer management and conservation in North America. Ministry of Nat. Resour., Ontario.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. 1999. *Ecology and Conservation of Lynx in the United States*. University Press of Colorado, Boulder, CO. 480 p.

Saunders, J. K., Jr. 1963. Food habits of the lynx in Newfoundland. J. Wildl. Manage. 27:384-390.

U.S. Fish and Wildlife Service. 2000. Canada lynx (*Lynx canadensis*) agency review draft recovery plan. US Fish and Wildlife Service Region 6, Denver, CO.

U.S. Fish and Wildlife Service. 2003. Federally Listed and Proposed (P), Endangered (E), Threatened (T), and Candidate (C) Species and Habitat in Utah By County, As of July 2003. Salt Lake City, UT.

Ward, R. M. P. and C. J. Krebs. 1985. Behavioral responses of lynx to declining snowshoe hare abundance. Can. J. Zool. 63:2817-2824.

Wolfe, M. L., N. V. Debyle, C. S. Winchell, and T. R. McCabe. 1982. Snowshoe hare cover relationships in northern Utah. Journal of Wildlife Management 46:662-670.

**Ute ladies'-tresses**

Arft, A.M. 1995. The genetics, demography, and conservation management of the rare orchid *Spiranthes diluvialis*. PhD dissertation. University of Colorado, Boulder, 94 CO.

Fertig, W. 1994. Guide to Sensitive Wyoming Plants of US Forest Service Region 2(with emphasis on plants of Bighorn, Medicine Bow, and Shoshone National Forests). Unpublished report prepared as a handout for the T&E species identification workshop conducted for US Forest Service Region 2 in Laramie,WY, 11 May 1994.

Fertig, W. 2000. Rare vascular plant species in the Wyoming portion of the Utah-Wyoming Rocky Mountains Eco-region. Prepared for the Wyoming Nature Conservancy by the Wyoming Natural Diversity Database, Laramie, WY.

Fertig, W., R. Black and P. Wolken. 2005. Range-wide Status Review of Ute Ladies'-Tresses. Prepared for the U.S. Fish and Wildlife Service.

Moseley, R.K. 1998a. "Ute Ladies-tresses (Spiranthes diluvialis) in Idaho: 1997 Status Report." Report prepared by the Idaho Conservation Data Center, Boise, ID.

Moseley, R.K. 1998b. Ute ladies'-tresses (*Spiranthes diluvialis*) in Idaho: 1998 status report. Report prepared by the Conservation Data Center, Idaho Department of Fish and Game, Boise, ID.

Sheviak, C. J. 1984. Spiranthes diluvialis (Orchidaceae), a new species from the western United States. Brittonia. 36:8-14.

U.S. Fish and Wildlife Service. 1992. Endangered and threatened wildlife and plants; final rule to list the plant *Spiranthes diluvialis* (Ute ladies'-tresses) as a threatened species. Federal Register 57: 2048-2054.

U.S. Fish and Wildlife Service. 1995. Ute ladies'-tresses (*Spiranthes diluvialis*) agency review draft recovery plan. US Fish and Wildlife Service Region 6, Denver, CO.

U.S. Fish and Wildlife Service. 2003. Federally Listed and Proposed (P), Endangered(E), Threatened (T), and Candidate (C) Species and Habitat in Utah By County, As of July 2003. Salt Lake City, UT.

Ward, J. and T. Naumann. 1998. Ute ladies'-tresses orchid (*Spiranthes diluvialis* Sheviak) Inventory, Dinosaur National Monument and Browns Park National Wildlife Refuge. Report prepared for the National Park Service by Dinosaur National Monument.

**Uinta Basin hookless cactus**

Evans, J. W. 1939. *Sclerocactus franklinii.* Cactus and Succulent Journal (U.S.) 11.74.

Heil, K. D. and J. M. Porter. 1993. Status Report for *Sclerocactus Glaucus*. Prepared for U.S. Fish and Wildlife Service by Ecosphere Environmental Services. New Mexico.

Heil, K. D. and J. M. Porter. 1994. *Sclerocactus* (Cactaceae) a revision. Haseltonia 2:20-46.

Heil, K. D. and J. M. Porter. 2004. Eagle-claw cactus, fishhook cactus [Greek *sclero*, hard, cruel, in reference to the hooked spines, and *Cactus*, an old genus name]. Website: www.eFloras.org, Flora of North America Vol. 4: pages 98, 99, 193, and 197.

Hochstätter, F. 1993. Revision *Sclerocactus* II. Succulenta 72:19-34.

Hochstätter, F. 1989. *Sclerocactus wetlandicus* Hochstätter, Succulentia (Netherlands). 68: 123 pp.

Porter, J. M., J. Cruss-Sanders, and R. Lauri. 2006. A preliminary assessment of genetic relationships among *Sclerocactus brevispinus* Heil & Porter, *S. Wetlandicus* Hochstätter, and *S. glaucus* (K. Schum.) L. Benson. Draft report for U.S. Fish and Wildlife Service.

Purpus, J. A. 1925. Mitt. Deutsdch. Dendr. Gesellsch. 1925: 50.

Rechel, E. A., R. G. Ballard, and T. J. Novotny. 1999. Ecology of the Threatened Cactus, *Sclerocactus glaucus*. Cactus and Succulent Journal: Vol. 71, No. 3.

Rydberg, P. A. 1917. Flora of the Rocky Mountains and adjacent plains. Published by the author. New York. 580 pp.

U.S. Fish and Wildlife Service (USFWS). 1979. Endangered and Threatened Wildlife and Plants; Determination That *Sclerocactus glaucus* is a Threatened Species. Federal Register Vol. 44, No. 198.

U.S. Fish and Wildlife Service (USFWS). 1990. Uinta Basin Hookless Cactus (*Sclerocactus glaucus)* Recovery Plan. Denver, Colorado. 26 pp.

**Utah reed-mustards**

Al-Shehbaz, I.A. 2005. *Hesperidanthus* (Brassicaceae) Revisited. Harvard Papers in Botany, 10(1): 47-51pp.

Clark, Deborah J.; Groebner, Christine M. Determining Habitat Potential and Surveying for Nine Rare Plant Species in South-Central Utah. Southwestern rare and endangered plants: proceedings of the third conference; September 25-28; Flagstaff, AZ. In: Maschinski, Joyce; Holter, Louella, editors. 2000. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Fort Collins, CO (Proceedings RMRS-P-23). p. 38-43.

Franklin, M. A. 1993. Survey report on *Asclepias welshii* N. Holmgren & P. Holmgren. Prepared for USDI Fish and Wildlife Service, Utah Field Office, Salt Lake City. Utah Natural Heritage Program, Department of Natural Resources, Salt Lake City, Utah. 6 pp. + appendices.

Franklin, M.A. 1995. Field Inventory of *Schoenocrambe suffrutescens* (R.C. Rollins) S.L. Welsh and L.M. Chatterley in the Book Cliffs Resource Area, Uinta Basin, Utah. Unpublished report prepared by the Utah Natural Heritage Program. Submitted to Bureau of Land Management, Vernal District, Utah. 9 pp. + appendices.

Graham, E.H. 1937. Botanical studies in the Uinta Basin of Utah and Colorado. Ann. Carnegie Museum 26: 1-432.

Rollins, R.C. 1938. *Glaucocarpum*, a new genus in the Cruciferae. Madroño 4: 232-235.

Shultz, L.M., and K.M. Mutz. 1979. Threatened and endangered plants of the Willow Creek drainage. Submitted to Bureau of Land Management, Vernal District, Utah. Miiji Resource Consultants, Logan, Utah. 74 pp. plus maps and data sheets.

Tepedino, V.J. and W. R. Bowlin, Bee Biology and Systematics Laboratory, USDA—ARS, Logan, Utah.

Utah Division of Wildlife Resources, Utah Natural Heritage Program (UNHP). 2003. Unpublished data: Maps of Barneby, clay and shrubby reed-mustard populations provided to B&A from UNHP, Salt Lake City, Utah.

U.S. Fish and Wildlife Service (57 FR 1398 1403) (USFWS). 1992. Endangered and Threatened Wildlife and Plants; Final Rule to Determine the Plant *Schoenocrambe argillacea* (Clay Reed-Mustard) To Be a Threatened Species, and the Plant *Schoenocrambe barnebyi* (Barneby Reed-Mustard) To Be an Endangered Species. U. S. Fish and Wildlife Service. Federal Register Vol. 57, No. 9.

U.S. Fish and Wildlife Service (USFWS). 1994. Utah reed-mustards: clay reed-mustard (*Schoenocrambe argillacea*), Barneby reed-mustard (*Schoenocrambe barnebyi*), shrubby reed-mustard (*Schoenocrambe suffrutescens*) recovery plan. Denver, Colorado. 22 pp.

Welsh, S.L. and L.M. Chatterley. 1985. Utah's rare plants revisited. Great Basin Nat. 45: 173-230.

Welsh, S.L., N.D. Atwood, S. Goodrich, and L.C. Higgins. 1987. A Utah flora. Great Basin Naturalist Memoirs, Number 9. 894 pp.

**Colorado River fish**

*Bonytail*

Cope, E. D., and H. C. Yarrow. 1875. Reports upon the collections of fishes made in portions of Nevada, Utah, California, Colorado, New Mexico, and Arizona during the years 1871, 1872, 1873, and 1874. Report of Geographical and Geological Explorations West of the 100th Meridian (Wheeler Survey) 5:635–703.

Gilbert, C. H., and N.B. Scofield. 1898. Notes on a collection of fishes from the Colorado Basin in Arizona. Proceedings of the U.S. National Museum 20:487–499.

Holden, P. B., and C. B. Stalnaker. 1970. Systematic studies of the genus *Gila* (Cyprinidae) of the Colorado River. Copeia 1970:409–420.

Holden, P. B., and C. B. Stalnaker. 1975. Distribution of fishes in the Dolores and Yampa river systems of the upper Colorado basin. Southwestern Naturalist 19:403–412.

Jordan, D. S. 1891. Report of explorations in Colorado and Utah during the summer of 1889, with an account of the fishes found in each of the river basins examined. U.S. Fish Commission, Bulletin 9:1–40.

Jordan, D.S., and B.W. Evermann. 1896. The fishes of North and Middle America. Bulletin of the U.S. National Museum 47:1–1240.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and W. R. Noonan. 1986. Recent capture of a bonytail (*Gila elegans*) and observations of this nearly extinct cyprinid from the Colorado River. Copeia 4:1021–1023.

Kirsch, P. H. 1889. Notes on a collection of fishes obtained in the Gila River at Fort Thomas, Arizona, Lt. W.L. Carpenter, U.S. Army. Proceedings of the U.S. National Museum 11:555–558.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Michigan Academy of Science, Arts, and Letters Paper 46:365–404.

Miller, W. H., L. R. Kaeding, H. M. Tyus, C. W. McAda, and B. D. Burdick. 1984. Windy Gap Fishes Study. U.S. Department of the Interior, Fish and Wildlife Service, Salt Lake City, Utah. 37 pp.

Minckley, W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Sims Printing Company, Inc., Phoenix, Arizona.

Nesler, T. P., K. Christopherson, J. M. Hudson, C. W. McAda, F. Pfeifer, and T. E. Czapla. 2003. An integrated stocking plan for razorback sucker, bonytail, and Colorado pikeminnow for the Upper Colorado River Endangered Fish Recovery Program. Addendum to State Stocking Plans.

Ono, R. D., J. D. Williams, and A. Wagner. 1983. Vanishing fishes of North America. Stone Wall Press, Washington, D.C.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002a. Bonytail (*Gila elegans*) Recovery Goals: amendment and supplement to the Bonytail Chub Recovery Plan. U.S. Fish and Wildlife Service, Mountain- Prairie Region (6), Denver, Colorado.

Valdez, R. A. 1990. The endangered fish of Cataract Canyon. Final Report of Bio/West, Inc., Logan, Utah, to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River investigations (Rifle, Colorado, to Lake Powell, Utah). Pages 100–279 *in* U.S. Fish and Wildlife Service. Colorado River Fishery Project, Final Report, Part 2: Field Investigations. U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Valdez, R. A. M. Moretti, and R. J. Ryel. 1994. Records of bonytail captures in the upper Colorado River Basin. Unpublished report. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Vanicek, C. D. 1967. Ecological studies of native Green River fishes below Flaming Gorge Dam, 1964–1966. Doctoral Dissertation. Utah State University, Logan, Utah.

Vanicek, C. D., and R. Kramer. 1969. Life history of the Colorado squawfish, Ptychocheilus lucius, and the Colorado chub, *Gila robusta*, in the Green River in Dinosaur National Monument, 1964–1966. Transactions of the American Fisheries Society 98:193–208.

Wick, E. J., D. E. Snyder, D. Langlois, and T. Lytle. 1979. Colorado squawfish and humpback chub population and habitat monitoring. Federal Aid to Endangered Wildlife Job Progress Report. SE-3-2. Colorado Division of Wildlife, Denver, Colorado. 56 pp. + appendices.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979–1980. Endangered Wildlife Investigations, Colorado Division of Wildlife, Denver, Colorado.

**Colorado pikeminnow**

Behnke, R. J. 1980. The impacts of habitat alterations on the endangered and threatened fishes of the Upper Colorado River Basin: A discussion *in* Energy Development in the Southwest: Problems of water, fish, and wildlife in the Upper Colorado River Basin. vol. 2, ed. W. O. Spofford. Jr., A.L. Parker, and A.V. Kneese, pp. 182-192. Research Paper R-18. Washington, D.C.: Resources for the Future.

Behnke, R. J., and D. E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Colorado State University Cooperative Extension Service Bulletin 503A.

Bell, A., D. Berk, and P. Wright. 1998. Green River flooded bottomlands mapping for two water flows in May 1996 and one water flow in June 1997. Technical Memorandum No. 8260-98-07.   U.S. Bureau of Reclamation, Technical Service Center, Denver, Colorado.

Bestgen, K. R., D. W. Beyers, G. B. Haines, and 3. A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Study Unit and U.S. Geological Survey Midcontinent Ecological Science Center, Fort Collins, Colorado.

Bestgen, K. R., R. T. Muth, and M. A. Trammell. 1998. Downstream transport of Colorado squawfish larvae in the Green River drainage: temporal and spatial variation in abundance and relationships with juvenile recruitment. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Carlson, C. A., and R. T. Muth. 1989. The Colorado River lifeline of the American Southwest. Canadian Special Publication of Fisheries and Aquatic Sciences 106:220-239.

Day, K. S., and C. Crosby. 1997. An assessment of young-of-the-year Colorado squawfish (*Ptychocheilus lucius*) use of backwater habitats in the Green River, Utah. Utah Division of Wildlife Resources, Vernal, Utah.

Day, K. S., K. D. Christopherson, and C. Crosby. 1999a. An assessment of young-of-the-year Colorado pikeminnow (*Ptychocheilus lucius*) use of backwater habitats in the Green River, Utah. Report B in Flaming Gorge Studies: assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Day, K. S., K. D. Christopherson, and C. Crosby. 1999b. Backwater use by young-of-year chub (*Gila* spp.) and Colorado pikeminnow in Desolation and Gray canyons of the Green River, Utah. Report B in Flaming Gorge Studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Dill, W. A. 1944. The fishery of the lower Colorado River. California Fish and Game 30:109-211.

Haines, 0. B., and H. M. Tyus. 1990. Fish associations and environmental variables in age-0 Colorado squawfish habitats, Green River, Utah. Journal of Freshwater Ecology 5:427-436.

Hamilton, S.J., and R.H. Wiedmeyer. 1990. Bioaccumulation of a mixture of boron, molybdenum, and selenium in chinook salmon. Transactions of the American Fisheries Society 119:500–510.

Hamilton, S. J., K. J. Buhl, F. A. Bullard, and S. F. McDonald. 1996. Evaluation of toxicity to larval razorback sucker of selenium-laden food organisms from Ouray NWR on the Green River, Utah. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hamilton, S. J., and B. Waddell. 1994. Selenium in eggs and milt of razorback sucker *(Xyrauchen texanus)* in the middle Green River, Utah. Archives of Environmental Contamination and Toxicology 27:195-201.

Hamman, R. L. 1981. Spawning and culture of Colorado squawfish in raceways. Progressive Fish-Culturist 43:173-177.

Harvey, M. D., R. A. Mussetter, and E. J. Wick. 1993. A physical process biological-response model for spawning habitat formation for the endangered Colorado squawfish. Rivers 4:114-131.

Hawkins, J. A., and J. O'Brien. 2001. Research plan for developing flow recommendations in the Little Snake River, Colorado and Wyoming, for endangered fishes of the Colorado River Basin. Colorado State University, Larval Fish Laboratory, final report to the Upper Colorado River Endangered Fish Recovery Program. Denver, Colorado.

Holden, P. B. 1977. Habitat requirements of juvenile Colorado River squawfish. U.S. Fish and Wildlife Service Report FWS/OBS/77/65. Fort Collins, Colorado.

Holden, P. B. (ed.). 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Irving, D., and T. Modde. 2000. Home-range fidelity and use of historical habitat by adult Colorado squawfish *(Ptychocheilus lucius)* in the White River, Colorado and Utah. Western North American Naturalist 60:16-25.

Johnson, B. L., W. B. Richardson, and T. J. Naimo. 1995. Past, present, and future concepts in large river ecology. BioScience 45:134-141.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. U.S. Fish and Wildlife Service, Office Biological Services, Fort Collins, Colorado. 183 pp.

Junk, W. J., P. B. Bailey, and R. E. Sparks. 1989. The flood pulse concept in river-floodplain systems. Canadian Special Publication of Fisheries and Aquatic Sciences 106:110-127.

Lanigan, S. H., and C. R. Berry, Jr. 1979. Distribution and abundance of endemic fishes in the White River in Utah, final report. Contract #14-16-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. U.S. Bureau of Land Management, Salt Lake City, Utah. 84 pp.

McAda, C. W. 2000. [under revision] Flow recommendations to benefit endangered fishes in the Colorado and Gunnison rivers. Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., W. R. Elmblad, K. S. Day, M. A. Trammell, and T. E. Chart. 1997. Interagency Standardized Monitoring Program: summary of results, 1996. Final Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., J. W. Bates, J. S. Cranney, T. E. Chart, W. R. Elmblad, and T. P. Nessler. 1994a. Interagency Standardized Monitoring Program: summary of results, 1986-1992. Final Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

McAda, C. W., J. W. Bates, J. S. Cranney, T. E. Chart, M. A. Trammel, and W. R. Elmblad. 1994. Interagency Standardized Monitoring Program: summary of results, 1993. Annual Report, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Meffe, G. K. 1985. Predation and species replacement on American southwestern fishes: a case study. Southwestern Naturalist 30(2):173-187.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Papers of the Michigan Academy of Science, Arts, and Letters 46:365-404.

Minckley, W. L. 1982. Trophic Interrelations Among Introduced Fishes in the Lower Colorado River, Southwestern United States. California Fish and Game 68: 78-89.

Minckley, W. L., and J. E. Deacon. 1968. Southwestern fishes and the enigma of "endangered species." Science 159:1424-1433.

Moyle, P.B. 1976. Inland fishes of California. University of California Press, Berkeley, California.

Muth, R. T., and D. E. Snyder. 1995. Diets of young Colorado squawfish and other small fish in backwaters of the Green River, Colorado and Utah. Great Basin Naturalist 55:95-104.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, R. A. Valdez. 2000. Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Nesler, T. P., R. T. Muth, and A. F. Wasowicz. 1988. Evidence for baseline flow spikes as spawning cues for Colorado squawfish in the Yampa River, Colorado. American Fisheries Society Symposium 5:68-79.

Nesler, T. P. 2000. Recovery of the Colorado River endangered fishes: biological recovery goals and criteria for Colorado pikeminnow, humpback chub, razorback sucker, and bonytail. Colorado Division of Wildlife, Denver, Colorado.

O'Brien, J. S. 1984. 1983 Yampa River cobble reach morphology investigation. Final Report. U.S. Fish and Wildlife Service, Denver, Colorado. 79 pp.

Osmundson, D. B. 2002. Dynamics of the upper Colorado River population of Colorado pikeminnow. Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B., P. Nelson, K. Fenton, and D. W. Ryden. 1995. Relationships between flow and rare fish habitat in the "15-Mile Reach" of the upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D. B., R. J. Ryel, and T. E. Mourning. 1997. Growth and survival of Colorado squawfish in the Upper Colorado River. Transaction of the American Fisheries Society 126:687-698.

Osmundson, D. B., and K. P. Burnham. 1998. Status and trends of the endangered Colorado squawfish in the upper Colorado River. Transactions of the American Fisheries Society 127:957–970.

Osmundson, B. C., T. W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): relationship with flows in the upper Colorado River. Archives of Environmental Contamination and Toxicology 38:479–485.

Osmundson, D. B., and L. R. Kaeding. 1989. Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales. Final Report of U.S. Fish and Wildlife Service Colorado River Fishery Project, Grand Junction, Colorado.

Osmundson, D. B., and L. R. Kaeding. 1991. Flow recommendations for maintenance and enhancement of rare fish habitat in the 15-mile reach during October-June. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Propst, D. L., and K. R. Bestgen. 1991. Habitat and biology of the loach minnow, *Tiaroga cobitis*, in New Mexico. Copeia 1991(1):29-30.

Pucherelli, M. J., R. C. Clark, and R. D. Williams. 1990. Mapping backwater habitat on the Green River as related to the operation of Flaming Gorge Dam using remote sensing and GIS. U.S. Bureau of Reclamation 90 (18):1-11.

Rakowski, C. L., and J. C. Schmidt. 1999. The geomorphic basis of Colorado pikeminnow nursery habitat in the Green River near Ouray, Utah. Report A *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Rinne, J. N. 1991. Habitat use by spinedace, *Meda fulgida* (Pisces:Cyprinidae) in southwestern streams with reference to probable habitat competition by red shiner (Pisces:Cyprinidae). Southwestern Naturalist 36(1):7-13.

Ryden, D. W., and L. A. Ahlm. 1996. Observations on the distribution and movements of Colorado squawfish, *Ptychocheilus lucius*, in the San Juan River, New Mexico, Colorado, and Utah. Southwestern Naturalist 41:161–168.

Seethaler, K. 1978. Life history and ecology of the Colorado squawfish (*Ptychocheilus lucius*) in the upper Colorado River basin. Master's Thesis. Utah State University, Logan, Utah.

Stephens, D. W., B. Waddell, L. A. Peltz, and J. B. Miller. 1992. Detailed study of selenium and select elements in water, bottom sediment, and biota associated with irrigation drainage in the middle Green River basin, Utah, 1988–90. Water-Resources Investigation Report 92-4084. U.S. Geological Survey, Salt Lake City, Utah.

Stephens, D. W., and B. Waddell. 1998. Selenium sources and effects on biota in the Green River basin of Wyoming, Colorado, and Utah. Pages 183–203 *in* W.J. Frankenberg and R.A. Engberg (eds.). Environmental chemistry of selenium. Marcel Dekker, New York, New York.

Trammell, M. A., and T. E. Chart. 1999. Colorado pikeminnow young-of-the year habitat use, Green River, Utah, 1992-1996. Report C *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H. M. 1985. Homing behavior noted for Colorado squawfish. Copeia 1985:213-215.

Tyus, H. M. 1990. Potamodromy and reproduction of Colorado squawfish in the Green River basin, Colorado and Utah. Transactions of the American Fisheries Society 119:1035-1047.

Tyus, H. M. 1991. Ecology and management of Colorado squawfish. Pages 379–402 *in* W.L. Minckley and J.E. Deacon (eds.). Battle against extinction: native fish management in the American west. The University of Arizona Press, Tucson, Arizona.

Tyus, H. M., and G. B. Haines. 1991. Distribution, habitat use, and growth of age-0 Colorado squawfish in the Green River basin, Colorado and Utah. Transactions of the American Fisheries Society 120:79-89.

Tyus, H. M., and C. A. Karp. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service Biological Report 89(14): 1-27.

Tyus, H. M., and C. W. McAda. 1984. Migration, movements, and habitat preferences of Colorado squawfish, *Plychocheilus lucius*, in the Green, White, and Yampa Rivers, Colorado and Utah. Southwestern Naturalist 29:289-299.

Tyus, H. M., and J. F. Saunders. 1996. Nonnative fishes in the upper Colorado River basin and a strategic plan for their control. Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H. M., B.D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982. Fishes of the upper Colorado River basin: distribution, abundance, and status. Pages 12–70 *in* W.H. Miller, H.M. Tyus, and C.A. Carlson (eds.). Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002. Colorado pikeminnow (*Ptychocheilus lucius*) Recovery Goals: amendment and supplement to the Colorado Squawfish Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish — Green River: wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Vanicek, C. D., and R. H. Kramer. 1969. Life history of the Colorado squawfish, *Plychocheilus lucius*, and the Colorado chub, *Gila robusta*, in the Green River in Dinosaur National Monument 1964-1966. Transactions of the American Fisheries Society 98:193-208.

**Humpback chub**

Archer, D. L., L. R. Kaeding, B. D. Burdick, and C. W. McAda. 1985. A study of the endangered fishes of the Upper Colorado River. Final Report - Cooperative Agreement 14-16-0006-82-959. U.S. Department of the Interior, Fish and Wildlife Service, Grand Junction, Colorado. 134 pp.

Arizona Game and Fish Department. 1996. The ecology of Grand Canyon backwaters. Final Report to U.S. Bureau of Reclamation, Upper Colorado Region, Glen Canyon Environmental Studies, Flagstaff, Arizona.

Bestgen, K. R., and L. W. Crist. 2000. Response of the Green River fish community to construction and re-regulation of Flaming Gorge Dam, 1962-1996. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Binns, N. A. 1967. Effects of rotenone treatment on the fauna of the Green River, Wyoming. Wyoming Game and Fish Commission, Fisheries Technical Bulletin 1:1-1 14.

Bookstein, F., B. Chernoff, R. Elder, J. Humphries, G. Smith and R. Strauss. 1985. Morphometrics in Evolutionary Biology. Special Publication 15. The Academy of Natural Sciences Press, Philadelphia, Pennsylvania. 277 pp.

Bosley, C. E. 1960. Pre-impoundment study of the Flaming Gorge Reservoir. Wyoming Game and Fish Commission, Fisheries Technical Report 9:1-81.

Burdick, B. D. and L. R. Kaeding. 1985. Reproductive ecology of the humpback chub and the roundtail chub in the Upper Colorado River. Proceedings of the Annual Conference of Western Association of Game and Fish Agencies. 65:163 (abstract).

Chart, T. E., and L. Lentsch. 1999a. Flow effects on humpback chub (*Gila cypha*) in Westwater Canyon. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Chart, T. E., and L. D. Lentsch. 1999b. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River 1992–1996. Final Report to the Recovery Program for the Endangered Fishes in the Upper Colorado River Basin, Project Number 39. Utah Division of Wildlife Resources, Moab and Salt Lake City, Utah.

Chart, T. E., and L. D. Lentsch. 2000. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow *(Ptychocheilus lucius)* in the middle Green River 1992—1996. Report C *in* Flaming Gorge Studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow *(Psychocheilus lucius)* in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Douglas, M. E., and P. C. Marsh. 1996. Population estimates/population movements of *Gila cypha,* an endangered cyprinid fish in the Grand Canyon region of Arizona. Copeia 1996:15-28.

Euler, R. C. 1978. Archaeological and paleobiological studies at Stanton's Cave, Grand Canyon National Park, Arizona. A report of progress. Pages 141–162 in National Geographic Society Research Report, 1978.

Gaufin, A. R., G. R. Smith, and P. Dotson.  1960.  Aquatic survey of the Green River and tributaries within the Flaming Gorge Reservoir basin, Appendix A.  Pages 139B162 *in* A.M. Woodbury (ed.) Ecological studies of the flora and fauna of Flaming Gorge Reservoir basin, Utah and Wyoming. University of Utah Anthropological Papers 48.

Girard, C.  1856.  Researches upon the cyprinoid fishes inhabiting the fresh waters of the United States of America, west of the Mississippi Valley, from specimens in the museum of the Smithsonian Institution. Academy of Natural Science of Philadelphia Proceedings 8:165–213.

Gorman, 0. T., and D. M. Stone.  1999.  Ecology of spawning humpback chub, *Gila cypha,* in the Little Colorado River near Grand Canyon, Arizona.  Environmental Biology of Fishes 55(1-2): 115-133.

Hamman, R. L.  1982.  Spawning and culture of humpback chub.  Progressive Fish-Culturist 44:213-216.

Holden, P. B.  1968.  Systematic studies of the genus *Gila* (Cyprinidae) of the Colorado River Basin.  Master's Thesis.  Utah State University, Logan, Utah.

Holden, P. B.  1973.  Distribution, abundance, and life history of the fishes of the upper Colorado River basin.  Ph.D. Dissertation.  Utah State University, Logan, Utah.

Holden, P. B., and C. B. Stalnaker.  1970.  Systematic studies of the cyprinid genus *Gila* in the Upper Colorado River Basin.  Copeia 1970(3):409-420.

Holden, P. B., and L. W. Crist.  1981.  Documentation of changes in the macroinvertebrate and fish populations in the Green River due to inlet modification of Flaming Gorge Dam. Final Report PR-16-5 of Bio/West, Inc., Logan, Utah, to U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Holden, P. B. and C. B. Stalnaker.  1975.  Distribution of fishes in the Dolores and Yampa River systems of the Upper Colorado Basin.  Southwestern Naturalist 19:403-412.

Jones, A. T.  1985.  A cross section of Grand Canyon archaeology: excavations at five sites along the Colorado River. Western Archaeological and Conservation Center Publication in Anthropology Number 28.

Kaeding, L. R., and M. A. Zimmerman.  1983.  Life history and ecology of the humpback chub in the Little Colorado and Colorado Rivers of the Grand Canyon.  Transactions of the American Fisheries Society 112:577-594.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and C. W. McAda.  1990.  Temporal and Spatial Relations between the Spawning of Humpback Chub and Roundtail Chub in the Upper Colorado River.  Transactions of the American Fish Society 119:135-144.

Karp, C. A., and Tyus, H. M.  1990.  Humpback chub (*Gila cypha*) in the Yampa and Green Rivers, Dinosaur National Monument, with observations on roundtail chub (*G. robusta*) and other sympatric fishes.  Great Basin Naturalist 50:257-264.

Kidd, G. T. 1977. An investigation of endangered and threatened fish species in the upper
   Colorado River as related to Bureau of Reclamation projects. Final Report to U.S.
   Bureau of Reclamation. Northwest Fishery Research, Clifton, Colorado.

Kolb, E., and E. Kolb. 1914. Experiences in the Grand Canyon. The National Geographic
   Magazine, Vol. XXVI (2):99–184.

Kubly, D. M. 1990. The endangered humpback chub *Gila cypha* in Arizona: a review of past
   and suggestions for future research. Arizona Game and Fish Department, Phoenix,
   Arizona.

Maddux, H. R, D. M. Kubly, J. C. deVos, W. R. Persons, R. Staedicke, and R. L. Wright. 1987.
   Evaluation of varied flow regimes on aquatic resources of Glen and Grand Canyon. Final
   Report of Arizona Game and Fish Department to U.S. Bureau of Reclamation, Glen
   Canyon Environmental Studies, Salt Lake City, Utah.

Marsh, P. C. 1985. Effect of Incubation Temperature on Survival of Embryos of Native
   Colorado River Fishes. Southwestern Naturalist 30(1):129-140.

McDonald, D. B., and P. A. Dotson. 1960. Pre-impoundment investigation of the Green River
   and Colorado River developments. *In* Federal aid in fish restoration investigations of
   specific problems in Utah's fishery. Federal Aid Project No. F-4-R-6, Departmental
   Information Bulletin No. 60-3. State of Utah, Department of Fish and Game, Salt Lake
   City, Utah.

Miller, R. R. 1944. [Unpubl. Manuscript. Letter dated 28, August 1944, pertaining to a list of
   fishes occurring in Grand Canyon National Park] preliminary checklist.

Miller, R. R. 1946. *Gila cypha*, a remarkable new species of cyprinid fish from the Colorado
   River in Grand Canyon, Arizona. Journal of the Washington Academy of Science
   36(12):409-415.

Miller, R. R. 1955. Fish remains from archaeological sites in the lower Colorado River basin,
   Arizona. Papers of the Michigan Academy of Science, Arts and Letters 40:125-126.

Miller, R. R., and G. R. Smith. 1972. Fishes collected on the Grand Canyon survey, Lees Ferry
   to Diamond Creek, August 1968. Unpublished manuscript.

Miller, R. R., and G. R. Smith. 1984. Fish remains from Stanton's Cave, Grand Canyon of the
   Colorado, Arizona, with notes on the taxonomy of G. cypha. Pages 61–65 in The
   archeology, geology and paleobiology of Stanton's Cave, in Grand Canyon National
   Park, Arizona, edited by R.C. Euler. Grand Canyon Natural History Association
   Monograph 6, Grand Canyon, Arizona.

Miller, A. S., and W. A. Hubert. 1990. Compendium of existing knowledge for use in making
   habitat management recommendations for the upper Colorado River basin. Final Report
   of U.S. Fish and Wildlife Service Wyoming Cooperative Fish and Wildlife Research Unit
   to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Miller, W. H., J. J. Valentine, D. L. Archer, H. M. Tyus, R. A. Valdez, and L. R. Kaeding. 1982. Colorado River Fishery Project Final Report Summary. U.S. Fish and Wildlife Service, Salt Lake City, Utah. 42 pp.

Minckley, W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, Arizona. 293 pp.

Minckley, C. O. 1996. Observations on the biology of the humpback chub in the Colorado River Basin, 1908–1990. Doctoral Dissertation. Northern Arizona University, Flagstaff, Arizona.

Minckley, C. O., and D. W. Blinn. 1976. Summer distribution and reproductive status of fish of the Colorado River and its tributaries in Grand Canyon National Park and vicinity, 1975. Final Report to the National Park Service, Contribution No. 42.

Minckley, W. L., D. A. Hendrickson, and C. E. Bond. 1986. Geography of Western North America Freshwater Fishes: Description and Relationships to Intracontinental Tectonism. pp 519-613 In: C.H. Hocutt and E.O. Wiley (eds.). The Zoogeography of North American Freshwater Fishes. Wiley-Interscience, New York, New York.

Robinson, A. T., R. W. Clarkson, and R. E. Forrest. 1998. Dispersal of larval fishes in a regulated river tributary. Transactions of the American Fisheries Society 127:722-786.

Sigler, W. F., and R. R. Miller. 1963. Fishes of Utah. Utah Department of Fish and Game, Salt Lake City, Utah. 203 pp.

Sitgreaves, L. 1853. Report of an expedition down the Zuni and Colorado Rivers. 32nd Congress, 2nd Session, Executive No. 59, Washington, D.C.

Smith, G. R. 1960. Annotated list of fish of the Flaming Gorge Reservoir Basin, 1959. Pages 163-268 in R.M. Woodbury, ed. Ecological Studies of the Flora and Fauna of Flaming Gorge Reservoir Basin, Utah and Wyoming. Department of Anthropology, University of Utah, Salt Lake City. Anthropological Paper Number 48, Series Number 3.

Snyder, D. E. 1981. Contributions to a guide to the cypriniform fish larvae of the upper Colorado River system in Colorado. U.S. Bureau of Land Management Biological Science Series 3:1-81.

Stone, J. L. 1964. Limnological study of Glen Canyon tailwater area of the Colorado River. Colorado River Storage Project, Public Law 485, Section 8, Annual Report. U.S. Bureau of Reclamation, Salt Lake City, Utah.

Stone, J. L. 1966. Tailwater fisheries investigations creel census and limnological study of the Colorado River below Glen Canyon Dam July 1, 1965–June 30, 1966. Arizona Game and Fish Department, Phoenix, Arizona.

Stone, J. L. and A. B. Queenan. 1967. Tailwater fisheries investigations: creel census and limnological study of the Colorado River below Glen Canyon Dam. Colorado River Storage Project, Public Law 485, Section 8, Annual Report of Arizona Game and Fish Department to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Stone, J. L., and N. L. Rathbun. 1968. Tailwater fisheries investigations: creel census and limnological study of the Colorado River below Glen Canyon Dam. Arizona Game and Fish Department, Phoenix, Arizona.

Suttkus, R. D., and G. H. Clemmer. 1977. The humpback chub, *Gila cypha*, in the Grand Canyon area of the Colorado River. Occasional Papers of the Tulane University Museum of Natural History, New Orleans, Louisiana 1:1–30.

Suttkus, R. D., G. H. Clemmer, C. Jones, and C. Shoop. 1976. Survey of the fishes, mammals and herpetofauna of the Colorado River in Grand Canyon. Colorado River Research Series Contribution 34. Grand Canyon National Park, Grand Canyon, Arizona.

Tyus, H. M. 1998. Early records of the endangered fish *Gila cypha*, Miller, from the Yampa River of Colorado with notes on its decline. Copeia 1998:190-193.

Tyus, H. M., and C. A. Karp. 1989. Habitat Use and Streamflow Needs of Rare and Endangered Fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14). 27 pp.

U.S. Fish and Wildlife Service (USFWS). 1986. Annual report to the Bureau of Reclamation: Colorado River endangered fishes investigations. U.S. Department of the Interior, Fish and Wildlife Service, Division of Endangered Species, Denver, Colorado.

U.S. Fish and Wildlife Service (USFWS). 1990. Humpback Chub Recovery Plan. U.S. Fish and Wildlife Service, Denver, Colorado. 43 pp.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 2002b. Humpback chub (*Gila cypha*) Recovery Goals: amendment and supplement to the Humpback Chub Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Uyeno, T., and Miller, R. R. 1965. Middle Pliocene fishes from the Bidahochi Formation, Arizona. Copeia 1965:28–41.

Valdez, R.A., and G. H. Clemmer. 1982. Life History and prospects for recovery of the humpback and bonytail chub. Pages 109-119 *in* W.M. Miller, H.M. Tyus and C.A. Carlson, eds. Proceedings of a Symposium on Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Bethesda, Maryland.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River fisheries investigations (Rifle, Colorado to Lake Powell, Utah). Pages 100-279 *in* W.H. Miller, J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L. Kaeding, eds. Part 2-Field investigations. Colorado River Fishery Project. U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., P. B. Holden, and T. B. Hardy. 1990. Habitat suitability index curves for humpback chub of the Upper Colorado River Basin. Rivers 1:31-42.

Valdez, R. A., and R. J. Ryel. 1995. Life History and Ecology of the Humpback Chub (*Gila cypha*) in the Colorado River, Grand Canyon, Arizona. BIO/WEST, Inc. for the Bureau of Reclamation.

Valdez, R. A., and R .J. Ryel. 1997. Life history and ecology of the humpback chub in the Colorado River in Grand Canyon, Arizona. Pages 3B31 *in* C. van Riper, III and E.T. Deshler (eds.). Proceedings of the Third Biennial Conference of Research on the Colorado Plateau. National Park Service Transactions and Proceedings Series 97/12.

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge dam. Southwestern Naturalist 14:297-315.

Wallis, O. L. 1951. The status of the fish fauna of the Lake Mead National Recreation Area, Arizona-Nevada. Transactions of the American Fisheries Society 80:84–92.

Wick, E. J., D. E. Snyder, D. Langlois, and T. Lytle. 1979. Colorado squawfish and humpback chub population and habitat monitoring. Federal Aid to Endangered Wildlife Job Progress Report. SE-3-2. Colorado Division of Wildlife, Denver, Colorado. 56 pp. + appendices.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979-1980. Progress Report, Endangered Wildlife Investigations. SE-3-3. Colorado Division of Wildlife, Denver, Colorado. 156 pp.

Wick, E. J., J. A. Hawkins, and T. P. Nesler. 1991. Occurrence of two endangered fishes in the Little Snake River, Colorado. Southwestern Naturalist 36:251-254.

**Razorback sucker**

Behnke, R. J. Benson, and D. E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Colorado State University Cooperative Extension Service Bulletin 503A.

Bestgen, K. R. 1990. Status Review of the Razorback Sucker, *Xyrauchen texanus*. Larval Fish Laboratory #44. Colorado State University, Ft. Collins, Colorado.

Bestgen, K. R., D.W. Beyers, G.B. Haines, and J.A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Unit and U.S. Geological Survey Midcontinent Ecological Science Center, Fort Collins, Colorado.

Bestgen, K. R., G. B. Haines, R. Brunson, T. Chart, M. Trammell, R. T. Muth, G. Birchell, K. Christopherson, and J. M. Bundy. 2002. Status of wild razorback sucker in the Green River Basin, Utah and Colorado, determined from basinwide monitoring and other sampling programs. Draft Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bulkley, R. V., and R. Pimentel. 1983. Temperature preference and avoidance by adult razorback suckers. Transactions of the American Fisheries Society 112:601-607

Burdick, B. D., and R. B. Bonar. 1997. Experimental stocking of adult razorback sucker in the upper Colorado and Gunnison rivers. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project Number 50. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Burke, T. 1994. Lake Mohave native fish rearing program. U.S. Bureau of Reclamation, Boulder City, Nevada.

Carlson, C. A., and R. T. Muth. 1989. The Colorado River lifeline of the American Southwest. Canadian Special Publication of Fisheries and Aquatic Sciences 106:220-239.

Chart, T. E., D. P. Svendson, and L. D. Lentsch. 1999. Investigation of potential razorback sucker (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) spawning in the lower Green River, 1994 and 1995. Final Report to the Recovery Program for the Endangered Fishes in the Upper Colorado River Basin, Project Number 38. Report Number 99-32, Utah Division of Wildlife Resources, Salt Lake City, Utah.

Clarkson, R. W., E. D. Creef, and D. K. McGuinn-Robbins. 1993. Movements and habitat utilization of reintroduced razorback suckers (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) in the Verde River, Arizona. Special Report. Nongame and Endangered Wildlife Program, Arizona Game and Fish Department, Phoenix, Arizona.

Ellis, N. M. 1914. Fishes of Colorado. University of Colorado Studies. Vol. 11(1).

Gutermuth, F. B., L. D. Lentsch, and K. R. Bestgen. 1994. Collection of Age-0 Razorback Suckers (*Xyrauchen texanus*) in the Lower Green River, Utah. Southwestern Naturalist 39 (4).

Holden, P.B. 1994. Razorback sucker investigations in Lake Mead, 1994. Report of Bio/West, Inc., Logan, Utah, to Southern Nevada Water Authority.

Holden, P.B. (ed.) 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Holden, P. B., and L. W. Crist. 1981. Documentation of changes in the macroinvertebrate and fish populations in the Green River due to inlet modification of Flaming Gorge Dam. Final Report PR-16-5 of Bio/West, Inc., Logan, Utah, to U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Hubbs, C. L., and R. R. Miller. 1953. Hybridization in nature between the fish genera *Catostomus* and *Xyrauchen.* Papers of the Michigan Academy of Arts, Science and Letters 38:207B233.

Irving, D. B., and B. D. Burdick. 1995. Reconnaissance inventory and prioritization of existing and potential bottomlands in the upper Colorado River basin, 1993–1994. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River. U.S. Fish and Wildlife Service, Vernal, Utah and Grand Junction, Colorado.

Jonez, A., and R. C. Sumner. 1954. Lakes Mead and Mohave investigations: a comparative study of an established reservoir as related to a newly created impoundment. Final Report. Federal Aid Wildlife Restoration (Dingell-Johnson) Project F-l-R, Nevada Game and Fish Commission, Carson City, Nevada.

Jordan, D. S. 1891. Report of explorations in Colorado and Utah during the summer of 1889 with an account of the fishes found in each of the river basins examined. Bulletin of the United States Fish Commission 9:24.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. An evaluation of the status, life history, and habitat requiremewnts of endangered and threatened fishes of the upper Colorado River system. U.S. Fish and Wildlife Service, Office Biological Services, Fort Collins, Colorado. 183 pp.

Lanigan, S. H., and H. M. Tyus. 1989. Population size and status of the razorback sucker in the Green River basin, Utah and Colorado. North American Journal of Fisheries Management 9:1.

Mabey, L. W., and D. K. Shiozawa. 1993. Planktonic and benthic microcrustaceans from floodplain and river habitats of the Ouray Refuge on the Green River, Utah. Department of Zoology, Brigham Young University, Provo, Utah.

Marsh, P. C. 1987. Food of adult razorback sucker in Lake Mohave, Arizona-Nevada. Transactions of the American Fisheries Society 116:117B119.

Marsh, P. C. 1993. Draft biological assessment on the impact of the Basin and Range Geoscientific Experiment (BARGE) on federally listed fish species in Lake Mead, Arizona and Nevada. Arizona State University, Center for Environmental Studies, Tempe, Arizona.

Marsh, P. C., and W. L. Minckley. 1989. Observations on recruitment and ecology of razorback sucker: lower Colorado River, Arizona-California-Nevada. Great Basin Naturalist 49: 71-78.

McAda, C. W. and R. S. Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin, 1974-1976. Technical Papers of the U.S. Fish and Wildlife Service 99. U.S. Fish and Wildlife Service, Washington, D.C.

Miller, R. R. 1961. Man and the changing fish fauna of the American Southwest. Papers of the Michigan Academy of Science, Arts, and Letters 46:365-404.

Miller, A. S., and W. A. Hubert. 1990. Compendium of existing knowledge for use in making habitat management recommendations for the upper Colorado River basin. Final Report of U.S. Fish and Wildlife Service Wyoming Cooperative Fish and Wildlife Research Unit to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Minckley, W. L. 1983. Status of razorback sucker, *Xyrauchen texanus* (Abbott), in the Lower Colorado River Basin. Southwestern Naturalist 28:165-187.

Minckley, W. L., P. C. Marsh, J. E. Brooks, J. E. Johnson, and B. L. Jensen. 1991. "Management Toward Recovery of Razorback Sucker *Xyrauchen texanus*." In Battle Against Extinction, W.L. Minckley and J.E. Deacon (eds), University of Arizona Press, Tucson, Arizona, pp. 303-357.

Modde, T. 1996. Juvenile razorback sucker (*Xyrauchen texanus*) in a managed wetland adjacent to the Green River. Great Basin Naturalist 56:375-376.

Modde, T. 1997. Fish use of Old Charlie Wash: an assessment of floodplain wetland importance to razorback sucker management and recovery. Final report of U.S. Fish and Wildlife Service, Vernal, Utah, to Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T. and D. B. Irving. 1998. Use of multiple spawning sites and seasonal movements by razorback sucker in the middle Green River, Utah. North American Journal of Fisheries Management 18:318-326.

Modde, T., and G. Smith. 1995. Flow recommendations for endangered fishes in the Yampa River. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T., and E. J. Wick. 1997. Investigations of razorback sucker distribution movements and habitats used during spring in the Green River, Utah. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T., K. P. Burnham, and E. J. Wick. 1996. Population status of the razorback sucker in the middle Green River. Conservation Biology 10: 110-119.

Moyle, P. B. 1976. Inland fishes of California. University of California Press, Berkeley, California.

Muth, R. T. 1995. Conceptual-framework document for development of a standardized monitoring program for basin-wide evaluation of restoration activities for razorback sucker in the Green and Upper Colorado River systems. Colorado State University Larval Fish Laboratory final report to the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin, Denver, Colorado.

Muth, R. T. and E. J. Wick.  1997.  Field studies on larval razorback sucker in Canyonlands National Park and Glen Canyon National Recreation Area, 1993 – 1995.  Final Report of Colorado State University Larval Fish Laboratory to U.S. Park Service Rocky Mountain Region, Denver, Colorado.

Muth, R. T., G. B. Haines, S. M. Meismer, E. J. Wick, T. E. Chart, D. E. Snyder, and J. M. Bundy.  1998.  Reproduction and early life history of razorback sucker in the Green River, Utah and Colorado, 19921996.  Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, R. A. Valdez.  2000.  Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B.  2002.  Dynamics of the upper Colorado River population of Colorado pikeminnow.  Draft Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B., and L. R. Kaeding.  1989.  Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the Upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales.  Final Report.  U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D. B., and L. R. Kaeding.  1991. Flow recommendations for maintenance and enhancement of rare fish habitat in the 15-mile reach during October-June. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Platania, S. P.  1990.  Biological summary of the 1987 to 1989 New Mexico-Utah ichthyofaunal study of the San Juan River.  Unpublished report to the New Mexico Department of Game and Fish, Santa Fe, and the U.S. Bureau of Reclamation, Salt Lake City, Utah, Cooperative Agreement 7-FC-40-05060.

Platania, S. P., and D. A. Young.  1989.  A survey of the ichyofauna of the San Juan and Animas rivers from Archuleta and Cedar Hill (respectively) to their confluence at Farmington, New Mexico.  Department of Biology, University of New Mexico, Albuquerque, New Mexico.

Ruppert, J. B., R. T. Muth, and T. P. Nesler.  1993.  Predation on fish larvae by adult red shiner, Yampa and Green rivers, Colorado.  Southwestern Naturalist 38:397B399.

Ryden, D. W.  2000.  Monitoring of experimentally stocked razorback sucker in the San Juan River: March 1994 through October 1997. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado.

Sigler, W. F., and R. R. Miller.  1963.  Fishes of Utah.  Utah Department of Fish and Game, Salt Lake City, Utah.  203 pp.

Sublette, J. S., M. D. Hatch, and M. Sublette. 1990. The fishes of New Mexico. University of
New Mexico Press, Albuquerque, New Mexico.

Taba, S. S., J. R. Murphy, and H. H. Frost. 1965. Notes on the fishes of the Colorado River near
Moab, Utah. Proceedings of the Utah Academy of Sciences, Arts, and Letters 42(2):280-
283.

Tyus, H. M. 1987. Distribution, reproduction, and habitat use of the razorback sucker in the
Green River, Utah, 1979-1986. Transactions of the American Fisheries Society 116:111-
116.

Tyus, H. M., and C. A. Karp. 1989. Habitat Use and Streamflow Needs of Rare and Endangered
Fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14).
27 pp.

Tyus, H. M., and C. A. Karp. 1990. Spawning and movements of razorback sucker, *Xyrauchen
texanus*, in the Green River Basin of Colorado and Utah. Southwestern Naturalist
35:427B433.

Tyus, H. M., and C. A. Karp. 1991. Habitat use and streamflow needs of rare and endangered
fishes in the Green River, Utah. Final Report. Flaming Gorge Studies Program. U.S.
Fish and Wildlife Service, Colorado River Fish Project, Vernal, Utah.

U.S. Fish and Wildlife Service (USFWS). 1991. Endangered and threatened wildlife and plants;
the razorback sucker (*Xyrauchen texanus*) determined to be an endangered species.
Federal Register 56(205): 54957-54967.

U.S. Fish and Wildlife Service (USFWS). 1994. Determination of critical habitat for four
endangered Colorado River fishes. Federal Register 59(54):13374-13400.

U.S. Fish and Wildlife Service (USFWS). 1998. Razorback sucker *Xyrauchen texanus* recovery
plan. Denver, Colorado.

U.S. Fish and Wildlife Service (USFWS). 2002. Razorback sucker (*Xyrauchen texanus*)
Recovery Goals: amendment and supplement to the Razorback Sucker Recovery Plan.
U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish — Green
River: wintertime movement and habitat of adult Colorado squawfish and razorback
suckers. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City,
Utah.

Valdez, R. A., P. G. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River fisheries
investigations (Rifle, Colorado to Lake Powell, Utah). Pages 100-279 in W.H. Miller,
J.J. Valentine, D. L. Archer, H. M. Tyus, R. A. Valdez, and L. Kaeding, eds. Part 2-Field
investigations. Colorado River Fishery Project. U.S. Bureau of Reclamation, Salt Lake
City, Utah.

Vanicek, C. D. 1967. Ecological studies of native Green River fishes below Flaming Gorge
dam, 1964-1966. Ph.D. Dissertation. Utah State University, Logan, Utah. 124 pp.

Wolz, E. R., and D. K. Shiozawa. 1995. Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uintah County, Utah. Great Basin Naturalist 55:213-224.

Wydoski, R. S. and E. J. Wick. 1998. Ecological Value of Flooplain Habitats to Razorback Suckers in the Upper Colorado River Basin. Upper Colorado River Basin Recovery Program, Denver, Colorado.

# APPENDIX A – BLM COMMITTED CONSERVATION MEASURES AND LEASE NOTICES

**Committed Mitigation Identified in Chapter 2 of the EIS and Those Resulting From Consultation on Existing Land Use Plans**

- In consultation with USFWS and UDWR, apply species-specific protective stipulations on federal actions to avoid or minimize adverse effects on federally listed, proposed, or candidate species or suitable habitat for the same species.

- Maintain adequate baseline information regarding the extent of special status species to make informed decisions, evaluate the effectiveness of management actions, and assess progress toward recovery. Implement species-specific conservation measures to avoid or mitigate adverse impacts on known populations and their habitats of BLM special status plant and animal species on BLM administered lands.

- In areas where multiple resources are potentially affected by surface disturbance (e.g., crucial-value wildlife habitat, livestock pastures, threatened and endangered and special status species habitat, and occupied wild horse and burro range), coordinate implementation of any offsite mitigation with other affected agencies and the overlapping resource values.

- Cooperate with the USFWS, other agencies, and universities to develop plans for federally listed plant and animal species.

- Work with the UDWR to identify and improve special status fish passage and habitat connectivity. Maintain or improve habitat for reintroduction of special status fish species to streams. Maintain special status plant species communities in natural patterns on a landscape scale.

- Follow guidelines and implement management recommendations presented in species recovery or conservation plans or alternative management strategies developed in consultation with USFWS.

- Prohibit surface disturbances that may affect listed species or critical habitat of plants or animals (T&E or Candidate) without consultation or conference (ESA Section 7) between the BLM and USFWS.

- Continue to work with USFWS and others to ensure that plans and agreements are updated to reflect the latest scientific data

**Species Specific BLM Committed Conservation Measures**

As part of the Proposed Plan, the BLM has included conservation measures to minimize or eliminate adverse impacts to federally listed species. These measures are listed by species and are extrapolated from the *Biological Opinion for the Existing Utah BLM RMP*, the *Amendment of Informal Oil & Gas Lease Sales Consultation (05-0215) and the Utah BLM RMP Biological Opinion (6-UT-07-F-0018) Conservation Measures.*

**Ute Ladies'-Tresses**

In order to minimize effects to the federally threatened Ute ladies'-tresses, the BLM in coordination with the USFWS, developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. Ute ladies'- tresses habitat is provided some protection under Executive Orders 11990 (wetland protection) and 11988 (floodplain management), as well as section 404 of the Clean Water Act. Although plants, habitat, or populations may be afforded some protection under these regulatory mechanisms, the following conservation measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area, including areas where hydrology might be affected by project activities, within potential habitat4 prior to any ground disturbing activities to determine if suitable habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and USFWS accepted survey protocols;

   b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance or areas that could experience direct or indirect changes in hydrology from project activities;

   c. Will be conducted prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods (usually August 1st and August 31st in the Uinta Basin; however, surveyors should verify that the plant is flowering by contacting a BLM or USFWS botanist or demonstrating that the nearest known population is in flower);

   d. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad;

   e. Will include, but not be limited to, plant species lists, habitat characteristics, source of hydrology, and estimated hydroperiod; and

   f. Will be valid until August 1st the following year.

3. Design project infrastructure to minimize direct or indirect impacts to suitable habitat both within and downstream of the project area:

   a. Alteration and disturbance of hydrology will not be permitted;

   b. Reduce well pad size to the minimum needed, without compromising safety;

   c. Limit new access routes created by the project;

    d.   Roads and utilities should share common right-of-ways where possible;

    e.   Reduce width of right-of-ways and minimize the depth of excavation needed for the road bed;

    f.   Construction and right-of-way management measures should avoid soil compaction that would impact Ute ladies'-tresses habitat;

    g.   Off-site impacts or indirect impacts should be avoided or minimized (i.e. install berms or catchment ditches to prevent spilled materials from reaching occupied or suitable habitat through either surface or groundwater);

    h.   Place signing to limit off-road travel in sensitive areas;

    i.   Stay on designated routes and other cleared/approved areas; and,

    j.   All disturbed areas will be re-vegetated with species approved by USFWS and BLM botanists.

4.   Within occupied habitat6, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a.   Follow the above (#3) recommendations for project design within suitable habitats;

    b.   Buffers of 300 feet minimum between right of way (roads and surface pipelines) or surface disturbance (well pads) and plants and populations will be incorporated;

    c.   Surface pipelines will be laid such that a 300-foot buffer exists between the edge of the right-of-way and the plants, using stabilizing and anchoring techniques when the pipeline crosses habitat to ensure the pipelines don't move towards the population;

    d.   Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.;

    e.   Where technically and economically feasible, use directional drilling or multiple wells from the same pad;

    f.   Designs will avoid altering site hydrology and concentrating water flows or sediments into occupied habitat;

    g.   Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, with berms and catchment ditches to avoid or minimize the potential for materials to reach occupied or suitable habitat; and,

    h.   Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.   Occupied habitats within 300' of the edge of the surface pipelines' right-of ways, 300' of the edge of the roads' right-of-ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will

include annual plant surveys to determine plant and habitat impacts relative to project facilities. Habitat impacts include monitoring any changes in hydrology due to project related activities. Annual reports shall be provided to the BLM and the USFWS. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the USFWS.

6. Reinitiation of Section 7 consultation with the USFWS will be sought immediately if any loss of plants or occupied habitat for the is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

**Uinta Basin Hookless Cactus**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Uinta Basin hookless cactus (*Sclerocactus glaucus*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of Section 7 consultation with the USFWS.

1. Prior to surface disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2. Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not be limited to:

   • the stabilization of soils to minimize or avoid impacts related to soil erosion;
   • marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities (note that markings or flagging must be installed immediately prior to surface disturbing activities and removed immediately after disturbance completion); and,
   • require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3. BLM shall continue to document new populations of Uinta Basin hookless cactus as they are encountered.

4. To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5. BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to suitable habitat, populations, or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6. BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7. In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8. Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9. Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual *6840 – Special Status Species Management*.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

**Clay Reed-mustard**

In order to minimize effects to the federally threatened clay reed-mustard, the BLM in coordination with the USFWS developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat7 prior to any ground disturbing activities to determine if suitable clay reed-mustard habitat is present.

2. Site inventories will be conducted within suitable habitat8 to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

    a.  Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

    b.  Will be conducted in suitable and occupied9 habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (usually May 1st to June 5th, in the Uintah Basin; however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower ),

    c.  Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

    d.  Will include, but not be limited to, plant species lists and habitat characteristics, and

    e.  Will be valid until May 1st the following year.

3.  Design project infrastructure to minimize impacts within suitable habitat:

    a.  Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    b.  Reduce well pad size to the minimum needed, without compromising safety,

    c.  Limit new access routes created by the project,

    d.  Roads and utilities should share common right-of-ways where possible,

    e.  Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

    f.  Place signing to limit off-road travel in sensitive areas, and

    g.  Stay on designated routes and other cleared/approved areas.

4.  Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a.  Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

    b.  Follow the above recommendations (#3) for project design within suitable habitats,

c.  To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

d.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

e.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from May 1st to June 5th (flowering period); dust abatement applications will be comprised of water only,

f.  The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

g.  Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

h.  Construction activities will not occur from May 1st through June 5th within occupied habitat,

i.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

j.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

k.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

l.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied clay reed-mustard habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of Section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the shrubby reed-mustard is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and

implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Shrubby reed-mustard**

In order to minimize effects to the federally endangered shrubby reed-mustard, the BLM in coordination with the USFWS developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable shrubby reed-mustard habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

   b. Will be conducted in suitable and occupied12 habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (April 15th to August 1st, unless extended by the BLM),

   c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

   d. Will include, but not be limited to, plant species lists and habitat characteristics, and

   e. Will be valid until April 15th the following year.

3. Design project infrastructure to minimize impacts within suitable habitat2:

   a. Reduce well pad size to the minimum needed, without compromising safety,

   b. Limit new access routes created by the project,

   c. Roads and utilities should share common right-of-ways where possible,

   d. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

   e. Place signing to limit off-road travel in sensitive areas, and

   f. Stay on designated routes and other cleared/approved areas.

4. Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

   a. Follow the above (#3) recommendations for project design within suitable habitats,

   b. Construction of roads will occur such that the edge of the right of way is at least 300' from any plant,

   c. Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from April 15th to May 30th (flowering period); dust abatement applications will be comprised of water only,

   d. The edge of the well pad should be located at least 300' away from plants,

   e. Surface pipelines will be laid such that a 300 foot buffer exists between the edge of the   right of way and the plants, use stabilizing and anchoring techniques when the pipeline crosses the white shale strata to ensure the pipelines don't move towards the population,

   f. Construction activities will not occur from April 15th through May 30th within occupied habitat,

   g. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

   h. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

   i. Designs will avoid concentrating water flows or sediments into occupied habitat,

   j. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

   k. Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5. Occupied shrubby reed-mustard habitats within 300' of the edge of the surface pipeline right of ways, 300' of the edge of the road right of ways, and 300' from the edge of well pads shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the Service. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6. Reinitiation of Section 7 consultation with the Service will be sought immediately if any loss of plants or occupied habitat for the shrubby reed-mustard is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the ESA.

**Mexican Spotted Owl**

The following list of measures provides species-specific guidance, intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Mexican spotted owl (*Strix occidentalis lucida*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of Section 7 consultation with the Service.

1. BLM will place restrictions on all authorized (permitted) activities that may adversely affect the Mexican spotted owl in identified PACs, breeding habitat, or designated critical habitat, to reduce the potential for adverse impacts to the species. Restrictions and procedures have been adapted from guidance published in the Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances (USFWS 2002b), as well as coordination between BLM and the Service. Measures include:

    a. Surveys, according to USFWS protocol, will be required prior to any disturbance related activities that have been identified to have the potential to impact Mexican spotted owl, unless current species occupancy and distribution information is complete and available. All surveys must be conducted by USFWS certified individuals, and approved by the BLM authorized officer.

    b. Assess habitat suitability for both nesting and foraging using accepted habitat models in conjunction with field reviews. Apply the appropriate conservation measures below if project activities occur within 0.5 mile of suitable owl habitat, dependent in part on if the action is temporary or permanent: For all temporary actions that may impact owls or suitable habitat:

        • If action occurs entirely outside of the owl breeding season, and leaves no permanent structure or permanent habitat disturbance, action can proceed without an occupancy survey.

        • If action will occur during a breeding season, survey for owls prior to commencing activity. If owls are found, activity should be delayed until outside of the breeding season.

        • Eliminate access routes created by a project through such means as raking out scars, revegetation, gating access points, etc.

2. For all permanent actions that may impact owls or suitable habitat:

        • Survey two consecutive years for owls according to established protocol prior to commencing of activity.
        • If owls are found, no actions will occur within 0.5 mile of identified nest site.
        • If nest site is unknown, no activity will occur within the designated Protected Activity Center (PAC).
        • Avoid placing permanent structures within 0.5 mi of suitable habitat unless surveyed and not occupied.

- Reduce noise emissions (e.g., use hospital-grade mufflers) to 45 dBA at 0.5 mile from suitable habitat, including canyon rims (Delaney et al. 1997). Placement of permanent noise-generating facilities should be determined by a noise analysis to ensure noise does not encroach upon a 0.5 mile buffer for suitable habitat, including canyon rims.

- Limit disturbances to and within suitable owl habitat by staying on designated routes.

- Limit new access routes created by the project.

3. BLM will, as a condition of approval (COA) on any project proposed within identified PACs, designated critical habitat, or within spatial buffers for Mexican spotted owl nests (0.5 mile), ensure that project proponents are notified as to their responsibilities for rehabilitation of temporary access routes and other temporary surface disturbances, created by their project, according to individual BLM Field Office standards and procedures, or those determined in the project specific Section 7 Consultation.

4. BLM will require monitoring of activities in designated critical habitat, identified PACs, or breeding habitats, wherein it has been determined that there is a potential for take. If any adverse impacts are observed to occur in a manner, or to an extent that was not considered in the project-specific Section 7 Consultation, then consultation must be reinitiated.

   a. Monitoring results should document what, if any, impacts to individuals or habitat occur during project construction/implementation. In addition, monitoring should document successes or failures of any impact minimization, or mitigation measures. Monitoring results would be considered an opportunity for adaptive management, and as such, would be carried forward in the design and implementation of future projects.

5. For all survey and monitoring actions:

   a. Reports must be provided to affected field offices within 15 days of completion of survey or monitoring efforts.

   b. Report any detection of Mexican spotted owls during survey or monitoring to the authorized officer within 48 hours.

6. BLM will, in areas of designated critical habitat, ensure that any physical or biological factors (i.e., the primary constituent elements), as identified in determining and designating such habitat, remains intact during implementation of any BLM-authorized activity.

7. For all BLM actions that *"may adversely affect"* the primary constituent elements in any suitable Mexican spotted owl habitat, BLM will implement measures as appropriate to minimize habitat loss or fragmentation, including rehabilitation of access routes created by the project through such means as raking out scars, revegetation, gating access points, etc.

8. Where technically and economically feasible, use directional drilling from single drilling pads to reduce surface disturbance, and minimize or eliminate needing to drilling in canyon habitats suitable for Mexican spotted owl nesting.

9. Prior to surface disturbing activities in Mexican spotted owl PACs, breeding habitats, or designated critical habitat, specific principles should be considered to control erosion. These principles include:

   a. Conduct long-range transportation planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.

   b. Avoid surface disturbance in areas with high erosion hazards to the greatest extent possible. Avoid mid-slope locations, headwalls at the source of tributary drainages, inner valley gorges, and excessively wet slopes such as those near springs. In addition, avoid areas where large cuts and fills would be required.

   c. Locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

10. Project developments should be designed, and located to avoid direct or indirect loss or modification of Mexican spotted owl nesting and/or identified roosting habitats.

11. Water production associated with BLM authorized actions should be managed to ensure maintenance or enhancement of riparian habitats.

**Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Colorado pikeminnow, humpback chub, bonytail, and razorback sucker, herein referred to as the Colorado River fishes. This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of Section 7 consultation with the USFWS.

1. Monitoring of impacts of site-specific projects authorized by the BLM will result in the preparation of a report describing the progress of each site-specific project, including implementation of any associated reasonable and prudent measures or reasonable and prudent alternatives. This will be a requirement of project proponents and will be included as a condition of approval (COA) on future proposed actions that have been determined to have the potential for take. Reports will be submitted annually to the USFWS - Utah Field Office, beginning after the first full year of implementation of the project, and shall list and describe:

   - Any unforeseen direct or indirect adverse impacts that result from activities of each site-specific project;
   - Estimated levels of impact or water depletion, in relation to those described in the original project-level Consultation effort, in order to inform the USFWS of any intentions to reinitiate Section 7 consultation; and,

- Results of annual, periodic monitoring which evaluates the effectiveness of any site-specific terms and conditions that are part of the formal Consultation process. This will include items such as an assessment of whether implementation of each site-specific project is consistent with that described in the BA, and whether the project has complied with terms and conditions.

2. The BLM shall notify the USFWS immediately of any unforeseen impacts detected during project implementation. Any implementation action that may be contributing to the introduction of toxic materials or other causes of fish mortality must be immediately stopped until the situation is remedied. If investigative monitoring efforts demonstrate that the source of fish mortality is not related to the authorized activity, the action may proceed only after notification of USFWS authorities.

3. Unoccupied, suitable habitat areas should be protected in order to preserve them for future management actions associated with the recovery of the Endangered Colorado River Fish, as well as approved reintroduction, or relocation efforts.

   - BLM will avoid impacts where feasible, to habitats considered most representative of prime suitable habitat for these species.
   - Surface disturbing activities will be restricted within ¼ mile of the channel centerline of the Colorado, Green, Duchesne, Price, White, and San Rafael Rivers.
   - Surface disturbing activities proposed to occur within floodplains or riparian areas will be avoided unless there is no practical alternative or the development would enhance riparian/aquatic values. If activities must occur in these areas, construction will be designed to include mitigation efforts to maintain, restore, and/or improve riparian and aquatic conditions. If conditions could not be maintained, offsite mitigation strategies should be considered.

4. BLM will ensure project proponents are aware that designs must avoid as much direct disturbance to current populations and known habitats as is feasible. Designs should include:

   - protections against toxic spills into rivers and floodplains;
   - plans for sedimentation reduction;
   - minimization of riparian vegetation loss or degradation;
   - pre-activity flagging of critical areas for avoidance;
   - design of stream-crossings for adequate passage of fish; and,
   - measures to avoid or minimize impacts on water quality at the 25-year frequency runoff

5. Prior to surface disturbing activities, specific principles will be considered to control erosion. These principles include:

   - Conduct long-range transportation planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.
   - Avoid, where possible, surface disturbance in areas with high erosion hazards.

---

- Avoid mid-slope location of drill pads, headwalls at the source of tributary drainages, inner valley gorges, excessively wet slopes such as those near springs and avoid areas where large cuts and fills would be required.
- Design and locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

6. Where technically and economically feasible, project proponents will use directional drilling or multiple wells from a single pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Project proponents will ensure that such drilling does not intercept or degrade alluvial aquifers.

7. Drilling will not occur within 100-year floodplains that contain listed fish species or their designated critical habitats.

8. The Utah Oil and Gas Pipeline Crossing Guidance (BLM National Science and Technology Center), or other applicable guidance, will be implemented for oil and gas pipeline river/stream crossings.

9. In areas adjacent to 100-year floodplains, particularly in systems prone to flash floods, BLM will analyze the risk for flash floods to impact facilities. Potential techniques may include the use of closed loop drilling and pipeline burial or suspension as necessary to minimize the potential for equipment damage and resultant leaks or spills.

10. Water depletions from any portion of the Upper Colorado River drainage basin above Lake Powell are considered to adversely affect the critical habitat of these endangered fish species. Section 7 consultation will be completed with the USFWS prior to any such water depletions.

**Additional Best Management Practices Developed by the USFWS and the VFO**

The following list of Best Management Practices that will be considered during the development of site-specific projects involving the crossing of major river drainages. Any or all of these measures could be made a part of a specific permit or other approved action. These measures have been routinely made a part of similar permits or actions in the past. The impacts of implementing these measures have been adequately addressed in the Final EIS. Mitigation measures used for pipelines crossing the Green, Duchesne, and White Rivers include:

- At river crossings, the pipeline would be bored under the river bottom to a minimum depth of 15 feet below the river bottom. Entrance and exit holes should be placed outside the 100-year floodplain to the extent practicable.
- Construction will occur when the ground is dry to prevent rutting.
- Emergency shut-off valves should be placed outside the 100-year floodplain on both sides of the river crossing.
- Pipelines should be inspected regularly (i.e. using smart pigs) to ensure pipeline integrity.
- All leaks will be immediately cleaned up and reported to the USFWS (Utah Field Office, 801-975-3330).

- Equipment will be cleaned to remove noxious weeds/seeds and petroleum products prior to moving on site within or adjacent to the floodplain.

- Fueling machinery will occur off site or in a confined, designated area to prevent spillage into waterways and wetlands. Oil booms will be on site and placed downstream of the project site prior to beginning work if equipment will be operating in the low flow channel.

- Materials will not be stockpiled in the riparian area or other sensitive areas, i.e., wetlands.

- Fill materials will be free of fines, waste, pollutants, and noxious weeds/seeds.

- Concrete coating activities or refueling of equipment will not be conducted within 100 feet of all surface water crossings, jurisdictional wetlands and/or the 100- year floodplain.

- If floodplain and riparian vegetation are disturbed during project activities, a detailed reclamation plan for any project-related disturbance within the 100-year floodplain, including site restoration and revegetation procedures, should be developed. The reclamation plan will at a minimum comply with BLM regulations for surface reclamation and use only native plant species. The reclamation plan will be reviewed by the USFWS (Utah Field Office, 801-975-3330) for review prior to construction completion in the 100-year floodplain. Reclamation will occur as soon as site is no longer in use following disturbance. Revegetation, including cottonwood and willow plantings, will occur in the first fall following completion operations. If the first seeding/planting is considered by the USFWS to be unsuccessful, subsequent seedings/plantings will be conducted.

For pipelines crossing the Green River:

- Work will only occur during low-flow periods and will not occur if fish are actively spawning and/or eggs are in the water column and/or gravels. Care will be taken to minimize sedimentation resulting from bank or stream bed disturbance.

- All project employees will be informed of the presence of the endangered fishes in the Green River and the need to:
    - o immediately report any identified or suspected leaks and spills;
    - o properly dispose of all chemicals and project-related materials;
    - o avoid release of chemicals in floodplain or riverine habitats;
    - o properly, completely, and efficiently clean up any spills or leaks that occur; and,
    - o properly dispose of trash.

For projects that withdrawal water directly out of the Green River (minimization measures from the *Programmatic Water Depletion Biological Opinion for Oil and Gas Development Administered or Permitted by the Bureau of Land Management* (July 2006):

- To avoid entrainment, water should be pumped from an off-channel location – one that does not connect to the river during high spring flows. An infiltration gallery constructed in a BLM and Service approved location is best.

- If the pump head is located in the river channel where larval fish are known to occur, the following measures apply:

---

- o the pump would not be situated in a low-flow or no-flow area as these habitats tend to concentrate larval fishes;
- o the amount of pumping would be limited, to the greatest extent possible, during that period of the year when larval fish may be present; and
- o the amount of pumping would be limited, to the greatest extent possible, during the pre-dawn hours as larval drift studies indicate that this is a period of greatest daily activity.

- All pump intakes would be screened with ¼" mesh material.

- Any fish impinged on the intake screen would be reported to the USFWS (801.975.3330) and the UDWR:      **Northeastern Region**
                                          152 East 100 North, Vernal, UT 84078
                                          Phone: (435) 781-9453

Riparian Area and 100-Year Floodplains (from the Utah BLM Riparian Management Policy and EO 11990 and 11988):

- Uses and activities allowed in riparian areas will be managed consistent with the Utah BLM Riparian Management Policy and in compliance with Executive Orders 11990 and 11988.

- No new surface disturbing activities will be allowed within the 100-year floodplain unless the following criteria can be met:

  - o There are no practical alternatives to the surface disturbance; or,
  - o All long-term impacts could be fully mitigated; or,
  - o The activity would benefit the riparian area.

- As identified in the Utah BLM Riparian Management Policy, riparian areas will be retained in the public land system unless it can be clearly demonstrated that specific sites are so small or isolated that they cannot be managed in an effective manner by BLM or through agreement with State or Federal agencies or interested conservation groups. Riparian management will be coordinated with the interested federal, state and local governments and private conservation groups, etc.

## Conservation Measures from the Biological Opinion for the Utah BLM

*Land Use Plans (LUP) Amendments BA and Fire Management Plans (FMP) **Biological Assessments (2005)***

Firefighter and public safety is the first priority in every fire management activity. Setting priorities among protecting human communities, community infrastructure, other property and improvements, and natural and cultural resources must be based on the values to be protected, human health and safety, and costs of protection. The Applicant Committed Resource Protection Measures will apply to the species covered in this consultation, unless a threat to human life or property exists. During the wildfire suppression activities, the Incident Commander has the final decision-making authority for suppression operations and tactics, including implementation of resource protection operations, thereby minimizing or avoiding many effects to federally protected species. However, in the event that measures cannot be implemented during fire

suppression operations due to safety concerns, some effects may occur to federally protected species. In these cases, BLM would initiate emergency consultation with the USFWS for these fire suppression efforts.

*Land Use Plan Amendment and Fire Management Plans:*

The project proponent commits to the following resource protection measures as identified in the above referenced September 20, 2005 Biological Opinion. These measures have been developed as part of the Proposed Plan to provide statewide consistency in reducing the effects of fire management activities on listed, proposed, and candidate species and their habitats. Resource protection measures for fire management practices use the following codes to represent which actions fir within each of the measures:

SUP: wildland fire suppression,
WFU: wildland fire use for resource benefit,
RX: prescribed fire,
NF: non-fire fuel treatments,
ESR: Emergency Stabilization and Rehabilitation

*Measures designed to protect air quality include:*

A-1 Evaluate weather conditions, including wind speed and atmospheric stability, to predict impacts from smoke from prescribed fires and wildland fire uses. Coordinate with Utah Department of Environmental Quality for prescribed fires and wildland fire use (RX, WFU).

A-2 When using chemical fuels reduction methods, follow all label requirements for herbicide application (NF).

*Measures designed to protect soil and water quality include:*

SW-1 Avoid heavy equipment use on highly erosive soils (soils with low soil loss tolerance), wet or boggy soils and slopes greater than 30%, unless otherwise analyzed and allowed under appropriate NEPA evaluation with implementation of additional erosion control and other soil protection mitigation measures. (SUP, WFU, RX, NF, ESR)

SW-2 There may be situations where high intensity fire will occur on sensitive and erosive soil types during wildland fire, wildland fire use or prescribed fire. If significant areas show evidence of high severity fire, then evaluate area for soil erosion potential and downstream values at risk and implement appropriate or necessary soil stabilization actions such as mulching or seeding to avoid excessive wind and water erosion. (SUP, WFU, RX)

SW-3 Complete necessary rehabilitation on fire lines or other areas of direct soil disturbance, including but not limited to water barring fire lines, covering and mulching fire lines with slash, tilling and/or sub soiling compacted areas, scarification of vehicle tracks, OHV closures, seeding and/or mulching for erosion protection. (SUP, WFU, RX)

SW-4 When using mechanical fuels reduction treatments, limit tractor and heavy equipment use to periods of low soil moisture to reduce the risk of soil compaction. If this is not practical,

evaluate sites, post treatment and if necessary, implement appropriate remediation, such as sub soiling, as part of the operation. (NF)

SW-5 Treatments such as chaining, plowing and roller chopping shall be conducted as much as practical on the contour to reduce soil erosion. (NF, ESR)

SW-6 When using chemical fuel reduction treatments follow all label directions, additional mitigations identified in project NEPA evaluation and the Approved Pesticide Use Permit. At a minimum, provide a 100-foot-wide riparian buffer strip for aerial application, 25 feet for vehicle application and 10 feet for hand application. Any deviations must be accordance with the label. Herbicides would be applied to individual plants within 10 feet of water where application is critical. (NF)

SW-7 Avoid heavy equipment in riparian or wetland areas. During fire suppression or wildland fire use, consult a Resource Advisor before using heavy equipment in riparian or wetland areas. (SUP, WFU, RX, NF, ESR)

SW-8 Limit ignition within native riparian or wetland areas. Allow low-intensity fire to burn into riparian areas. (RX)

SW-9 Suppress wildfires consistently with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Do not use retardant within 300 feet of water bodies. (SUP, WFU)

SW-10 Plan and implement projects consistent with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Planned activities should take into account the potential impacts on water quality, including increased water yields that can threaten fisheries and aquatic habitat; improvements at channel crossings; channel stability; and downstream values. Of special concern are small headwaters of moderate to steep watersheds, erosive or saline soils; multiple channel crossings; at-risk fisheries, and downstream residents. (RX, NF, ESR)

*Measures designed to protect vegetation include:*

V-1 When restoring or rehabilitating disturbed rangelands, non-intrusive, non-native plant species are appropriate for use when native species: (1) are not available; (2) are not economically feasible; (3) cannot achieve ecological objectives as well as non-native species; and/or (4) cannot compete with already established native species. (RX, NF, ESR)

V-2 In areas known to have weed infestations, aggressive action should be taken in rehabilitating fire lines, seeding and follow-up monitoring and treatment to reduce the spread of noxious weeds. Monitor burned areas and treat as necessary. All seed used would be tested for purity and for noxious weeds. Seed with noxious weeds would be rejected. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect special status species (including threatened and endangered species) include:*

SSS-1 Initiate emergency Section 7 consultation with United States Fish and Wildlife Service (Service) upon the determination that wildfire suppression may pose a potential threat to any listed threatened or endangered species or adverse modification of designated critical habitat. (SUP)

SSS-2 Prior to planned fire management actions, survey for listed threatened, endangered, and non-listed sensitive species. Initiate Section 7 consultation with the Service as necessary if a proposed project may affect any listed species. Review appropriate management, conservation and recovery plans and include recovery plan direction into project proposals. For non-listed special status plant and animal species, follow the direction contained in the BLM 6840 Manual. Ensure that any proposed project conserves non-listed sensitive species and their habitats and ensure that any action authorized, funded, or carried out by BLM does not contribute to the need for any species to become listed. (RX, NF, ESR)

SSS-3 Incorporate site-specific conservation measures identified in this BA. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect fish and wildlife resources include:*

FW-1 Avoid treatments during nesting, fawning, spawning, or other critical periods for wildlife or fish. (RX, NF, ESR)

FW-2 Avoid if possible or limit the size of, wildland fires in important wildlife habitats such as, mule deer winter range, riparian and occupied sage grouse habitat. Use Resource Advisors to help prioritize resources and develop Wildland Fire Situation Analyses (WFSAs) and Wildland Fire Implementation Analyses (WFSAs) and Wildland Fire Implementation Plans (WFIPs) when important habitats may be impacted. (SUP, WFU)

FW-3 Minimize wildfire size and frequency in sagebrush communities where sage grouse habitat objectives will not be met if a fire occurs. Prioritize wildfire suppression in sagebrush habitat with an understory of invasive, annual species. Retain unburned islands and patches of sagebrush unless there are compelling safety, private property and resource protection or control objectives at risk. Minimize burn out operations (to minimize burned acres) in occupied sage grouse habitats when there are not threats to human life and/or important resources. (SUP)

FW-4 Establish fuel treatment projects at strategic locations to minimize size of wildfires and to limit further loss of sagebrush. Fuel treatments may include green stripping to help reduce the spread of wildfires into sagebrush communities. (RX, NF)

FW-5 Use wildland fire to meet wildlife objectives. Evaluate impacts to sage grouse habitat in areas where wildland fire use for resource benefit may be implemented. (WFU, RX)

FW-6 Create small openings in continuous or dense sagebrush (>30% canopy cover) to create a mosaic of multiple-age classes and associated understory diversity across the landscape to benefit sagebrush-dependent species. (WFU, RX, NF)

FW-7 On sites that are currently occupied by forests or woodlands, but historically supported sagebrush communities, implement treatments (fire, cutting, chaining, seeding, etc.) to re-establish sagebrush communities. (RX, NF)

FW-8 Evaluate and monitor burned areas and continue management restrictions until the recovering and/or seeded plant community reflect the desired condition. (SUP, WFU, RX, ESR)

FW-9 Utilize the Emergency Stabilization and Rehabilitation program to apply appropriate post fire treatments within crucial wildlife habitats, including sage grouse habitats. Minimize seeding with non-native species that may create a continuous perennial grass cover and restrict establishment of native vegetation. Seed mixtures should be designed to re-establish important seasonal habitat components for sage grouse. Leks should not be re-seeded with plants that change the vegetation heights previously found on the lek. Forbs should be stressed in early and late brood-rearing habitats. In situations of limited funds for emergency stabilization and rehabilitation actions, prioritize rehabilitation of sage grouse habitats. (ESR)

*Measures designed to protect wild horses include:*

WHB-1 Avoid fencing that would restrict access to water. (RX, NF, ESR)

*Measures designed to protect cultural resources include:*

CR-1 Cultural Resource Advisors should be contacted when fires occur in areas containing sensitive cultural resources. (SUP)

CR-2 Wildland fire use is discouraged in areas containing sensitive cultural resources. A Programmatic Agreement is being prepared between the Utah State Historic Preservation Office, BLM, and the Advisory Council to cover the finding of adverse effects to cultural resources associated with wildland fire use. (WFU)

CR-3 Potential impacts of proposed treatments should be evaluated for compliance with the National Historic Preservation Act (NHPA) and the Utah Statewide Protocol. This should be conducted prior to the proposed treatment. (RX, NF, ESR)

*Measures designed to protect paleontology resources include:*

P-1 Planned projects should be consistent with BLM Manual and Handbook H-8270- 1, Chapter III (A) and III (B) to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects. (RX, NF, ESR)

P-2 In the event that paleontological resources are discovered in the course of surface fire management activities, including fires suppression, efforts should be made to protect these resources. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect forestry resources include:*

F-1 Planned projects should be consistent with HFRA Section 102(e)(2) to maintain or contribute to the restoration of old-growth stands to a pre-fire suppression condition and to retain large trees contributing to old-growth structure. (SUP, WFU, RX, NF)

F-2 During planning, evaluate opportunities to utilize forest and woodland products prior to implementing prescribed fire activities. Include opportunities to use forest and woodland stands, consider developing silvicultural prescriptions concurrently with fuel treatments prescriptions. (RX, NF)

*Measures designed to protect livestock grazing resources include:*

LG-1 Coordinate with permittees regarding the requirements for non-use or rest of treated areas. (SUP, WFU, RX, NF, ESR)

LG-2 Rangelands that have been burned by wildfire, prescribed fire, or wildland fire use, would be ungrazed for a minimum of one complete growing season following the burn. (SUP, WFU, RX)

LG-3 Rangelands that have been re-seeded or otherwise treated to alter vegetation composition, chemically or mechanically, would be ungrazed for a minimum of two complete growing seasons. (RX, NF, ESR)

*Measures designed to protect recreation and visitor services include:*

Rec-1 Wildland fire suppression efforts would preferentially protect Special Recreation Management Areas and recreation site infrastructure in line with fire management goals and objectives. (SUP)

Rec-2 Vehicle tracks created off of established routes would be obliterated after fire management actions in order to reduce unauthorized OHV travel. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect land and reality resources include:*

LR-1 Fire management practices would be designed to avoid or otherwise ensure the protection of authorized rights-of-way and other facilities located on the public lands, including coordination with holders of major rights-of-way systems within rights-of-way corridors and communication sites. (WFU, RX, NF, ESR)

LR-2 Fire management actions must not destroy, deface, change or remove to another place any monument or witness tree of the Public Land Survey System. (SUP, WFU, RX, NF, ESR)

*Measures designed to minimize impacts confounded by hazardous waste include:*

HW-1 Recognize hazardous wastes and move fire personnel to a safe distance from dumped chemicals, unexploded ordnance, drug labs, wire burn sites, or any other hazardous wastes. Immediately notify BLM Field Office hazmat coordinator or state hazmat coordinator upon discovery of any hazardous materials, following the BLM hazardous materials contingency plan. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect mineral resources include:*

M-1 A safety buffer should be maintained between fire management activities and atrisk facilities. (SUP, WFU, RX)

*Measures designed to protect wilderness and wilderness study areas (WSAs) include:*

Wild-1 The use of earth-moving equipment must be authorized by the field office manager. (SUP, WFU, RX, ESR)

Wild-2 Fire management actions would rely on the most effective methods of suppression that are least damaging to wilderness values, other resources and the environment, while requiring the least expenditure of public funds. (SUP, WFU)

Wild-3 A Resource Advisor should be consulted when fire occurs in Wilderness and WSAs. (SUP, WFU)

**Additional Resource Protection Measures**

In addition to the Resource Protection Measures listed under the LUP, the Vernal Fire Support Center has instituted the following measures into their FMP.

*Measures designed to protect cultural resources include:*

CR-4 The implementation of ground-disturbing wildland fire suppression activities and wildland fire use will be prohibited or curtailed in areas where significant and sensitive cultural resource sites are known or suspected to occur. The application of fire retardant will be prohibited in areas known or suspected to contain rock art. (SUP, WFU)

CR-5 If prudent and feasible, areas of traditional cultural concern to Native American groups will be protected during wildland fire suppression activities. If areas of traditional cultural concern are impacted by wildland fires or wildland fire suppression, the BLM would work with affected parties to mitigate impacts. (WFU, RX, SUP)

CR-6 If Native American human remains are discovered on BLM lands during wildland fire suppression, wildland fire use, prescribed fire, non-fire fuels treatments, and emergency stabilization and rehabilitation activities, the BLM will follow procedures identified in the Native American Graves Protection and Repatriation Act and 43 CFR Part 10. If BLM fire suppression activities or emergency stabilization and rehabilitation activities extend onto private or state land, and Native American human remains are discovered, the provisions of the appropriate state laws will be adhered to. (SUP, WFU, RX, NF, ESR)

CR-7 Previously unidentified cultural resources that are identified during the course of project implementation will be avoided until they are documented, evaluated, appropriate notification procedures have been accomplished, and proper management recommendations and requirements have been agreed upon. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect Native American religious concerns include:*

NAT-1 Consultation will be completed on a site-by-site basis. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect water quality include:*

SW-4 Plan and implement projects taking into account the potential impacts on water quality, including increased water yields that can threaten fisheries and aquatic habitat, improvements at channel crossings, channel stability, and downstream values. Of special concern are small headwaters of moderate to steep watersheds, erosive soils, multiple channel crossings, at-risk fisheries, and downstream residents. (SUP, WFU, RX, NF, ESR)

*Measures designed to protect wilderness and wilderness study areas (WSAs) include:*

Wild-4 Minimum Impact Suppression Tactics (MIST) must be employed in the FMU to preserve the Wilderness Study Unit present. (SUP)

Wild-5 Restoration and rehabilitation techniques will be developed that are consistent with guidelines described in BLM Handbook 8550-1 Interim Management Policy for Lands under Wilderness Review. (ESR)

*Measures designed to protect fish and wildlife resources include:*

FW-10 Seed mixtures should be designed to reestablish important seasonal habitat components for sage grouse. Leks should not be reseeded with plants that change the vegetation height previously found on the lek. Forbs should be stressed in early and late brood-rearing habitats. In situations of limited funds for emergency stabilization and rehabilitation actions, prioritize rehabilitation of sage grouse habitats. (ESR)

FW-11 Vegetation treatments would consider the Western Association of Fish and Wildlife Agencies Guidelines for Management of Sage Grouse Populations and Habitats and State and Local Conservation Plans. This is in accordance with the Memorandum of Understanding among the Western Association of Fish and Wildlife Agencies, Forest Service, Bureau of Land Management, and U.S. Fish and Wildlife Service regarding sage grouse management. (WFU, RX, NF, ESR)

**Other Management Practices**

Other management practices are specific measures and practices which are considered at the project-specific level, on a case by case basis. These practices should be implemented wherever possible, to reduce possible adverse affects, advance the protection, conservation, and recovery of special status species. The management practices would allow flexibility for resource managers to implement protective measures for special status species.

**Cultural Resources and Paleontological Resources**

• Archeologists can be educated and taught how to identify special status species in order to avoid trampling during excavations and fence construction efforts.

**Energy and Mineral Development**

• Surface restrictions should be placed in and around known populations of special status species.

**Fire Management**

• Areas should also be analyzed when a wildfire determination is being made to either let it burn or suppress the fire.

**Forestry and Woodlands Resource Management**

• Individuals obtaining permits for posts, firewood, and Christmas trees would be directed to areas that do not contain known occupied habitat of special status species.

**Lands and Realty Management**

• Road construction, maintenance and right-of-way corridors shall be restricted in known populations of special status species.

**Recreation**

• OHV use should be designated as limited to existing roads and trails where known special status species populations exist.

**Vegetation Resource Management**

• The use of herbicides, chemical treatments and habitat manipulations should be restricted within special status species populations and habitat.

**Wild Horse and Burro Management**

• The herding and trapping of wild horses in special status species populations and habitat should be avoided to reduce additional trampling caused by such activities.

**LEASE NOTICE: BLACK-FOOTED FERRET**

The Lessee/Operator is given notice that the lands in this parcel may contain occupied black-footed ferret habitat, an endangered species under the Endangered Species Act classified as an experimental, nonessential population in the state of Utah. Avoidance and minimization measures that should be followed are included within the *Northeastern Region Black-Footed Ferret Management Plan* published by the Utah Division of Wildlife Resources in 2007. These measures may be updated based on the best available scientific data as it becomes available.

**LEASE NOTICE: ENDANGERED FISH OF THE UPPER COLORADO RIVER DRAINAGE BASIN**

The Lessee/Operator is given notice that the lands in this parcel contain Critical Habitat for the Colorado River fish (bonytail, humpback chub, Colorado pikeminnow, and razorback sucker) listed as endangered under the Endangered Species Act (ESA), or these parcels have watersheds that are tributary to designated habitat. Critical habitat was designated for the four endangered Colorado River fishes on March 21, 1994 (59 FR 13374-13400). Designated critical habitat for all the endangered fishes includes those portions of the 100-year floodplain that contain primary constituent elements necessary for survival of the species. Avoidance or use restrictions may be placed on portions of the lease. The following avoidance and minimization measures have been

designed to ensure activities carried out on the lease are in compliance with the ESA. Integration, of and adherence to these measures will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA, Section 7 consultation at the permit stage. Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations unless species occupancy and distribution information is complete and available. All surveys must be conducted by qualified individual(s);

2. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated;

3. Water production will be managed to ensure maintenance or enhancement of riparian habitat;

4. Avoid loss or disturbance of riparian habitats;

5. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Ensure that such directional drilling does not intercept or degrade alluvial aquifers;

6. Conduct watershed analysis for leases in designated critical habitat and overlapping major tributaries in order to determine toxicity risk from permanent facilities;

7. Implement the Utah Oil and Gas Pipeline Crossing Guidance (from BLM National Science and Technology Center);

8. Drilling will not occur within 100-year floodplains of rivers or tributaries to rivers that contain listed fish species or critical habitat; and,

9. In areas adjacent to 100-year flood plains, particularly in systems prone to flash floods, analyze the risk for flash floods to impact facilities, and use closed loop drilling, and pipeline burial or suspension according to the Utah Oil and Gas Pipeline Crossing Guidance, to minimize the potential for equipment damage and resulting leaks or spills. Water depletions from *any* portion of the Upper Colorado River drainage basin above Lake Powell are considered to adversely affect or adversely modify the critical habitat of the four resident endangered fish species, and must be evaluated with regard to the criteria described in the Upper Colorado River Endangered Fish Recovery Program. Formal consultation with USFWS is required for all depletions. All depletion amounts must be reported to BLM.

Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the USFWS between the lease sale stage and lease development stage to ensure continued compliance with the ESA.

*Potential habitat* is defined as areas which satisfy the broad criteria of the species habitat description; usually determined by preliminary, in-house assessment.

*Suitable habitat* is defined as areas which contain or exhibit the specific components or constituents necessary for plant persistence; determined by field inspection and/or surveys; may or may not contain Uinta Basin hookless cactus. Habitat descriptions can be found in the U.S. Fish and Wildlife Service's 1990 Recovery Plan and Federal Register Notices for the Uinta Basin hookless cactus (http://www.fws.gov/endangered/wildlife.html).

*Occupied habitat* is defined as areas currently or historically known to support Uinta Basin hookless cactus; synonymous with "known habitat."

## LEASE NOTICE: MEXICAN SPOTTED OWL

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for Mexican spotted owl, a federally listed species. **Insert the following if lease contains Designated Critical Habitat:** *[The Lessee/Operator is given notice that the lands in this lease contain Designated Critical Habitat for the Mexican spotted owl, a federally listed species. Critical habitat was designated for the Mexican spotted owl on August 31, 2004 (69 FR 53181-53298).]* Avoidance or use restrictions may be placed on portions of the lease. Application of appropriate measures will depend whether the action is temporary or permanent, and whether it occurs within or outside the owl nesting season. A temporary action is completed prior to the following breeding season leaving no permanent structures and resulting in no permanent habitat loss. A permanent action continues for more than one breeding season and/or causes a loss of owl habitat or displaces owls through disturbances, i.e. creation of a permanent structure. The following avoidance and minimization measures have been designed to ensure activities carried out on the lease are in compliance with the Endangered Species Act (ESA). Integration of, and adherence to these measures, will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA, Section 7 consultation at the permit stage. Current avoidance and minimization measures include the following:

1. Surveys will be required prior to operations unless species occupancy and distribution information is complete and available. All Surveys must be conducted by qualified individual(s).

2. Assess habitat suitability for both nesting and foraging using accepted habitat models in conjunction with field reviews. Apply the conservation measures below if project activities occur within 0.5 mile of suitable owl habitat. Determine potential effects of actions to owls and their habitat.

   · a. Document type of activity, acreage and location of direct habitat impacts, type and extent of indirect impacts relative to location of suitable owl habitat.

   b. Document if action is temporary or permanent.

3. Lease activities will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

4. Water production will be managed to ensure maintenance or enhancement of riparian habitat.

5. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in canyon habitat suitable for Mexican spotted owl nesting.

6. For all temporary actions that may impact owls or suitable habitat:

   a. If the action occurs entirely outside of the owl breeding season (March 1 – August 31), and leaves no permanent structure or permanent habitat disturbance, action can proceed without an occupancy survey.

   b. If action will occur during a breeding season, survey for owls prior to commencing activity. If owls are found, activity must be delayed until outside of the breeding season.

   c. Rehabilitate access routes created by the project through such means as raking out scars, revegetation, gating access points, etc.

7. For all permanent actions that may impact owls or suitable habitat:

   a. Survey two consecutive years for owls according to accepted protocol prior to commencing activities.

   b. If owls are found, no actions will occur within 0.5 mile of identified nest site. If nest site is unknown, no activity will occur within the designated Protected Activity Center (PAC).

   c. Avoid drilling and permanent structures within 0.5 mi of suitable habitat unless surveyed and not occupied.

   d. Reduce noise emissions (e.g., use hospital-grade mufflers) to 45 dBA at 0.5 mile from suitable habitat, including canyon rims. Placement of permanent noise-generating facilities should be determined by a noise analysis to ensure noise does not encroach upon a 0.5 mile buffer for suitable habitat, including canyon rims.

   e. Limit disturbances to and within suitable habitat by staying on approved routes.

   f. Limit new access routes created by the project.

Additional measures to avoid or minimize effects to the species may be developed and implemented in consultation with the U.S. Fish and Wildlife Service between the lease sale stage and lease development stage to ensure continued compliance with the ESA.

**LEASE NOTICE: CANADA LYNX**

The Lessee/Operator is given notice that the lands in this parcel contain potential habitat for Canada lynx, a federally listed species. Avoidance or use restrictions may be placed on portions of the lease. Application of appropriate measures will depend on the nature of the proposed development, as well as proposed timing and location. The following avoidance and minimization measures have been designed to ensure activities carried out on the lease are in compliance with the ESA. Integration of, and adherence to these measures will facilitate review and analysis of any submitted permits under the authority of this lease. Following these measures could reduce the scope of ESA, Section 7 consultation at the permit stage.

Current avoidance and minimization measures are generally adapted from the standards and guidelines listed in Chapter 7 (Conservation Measures) of the LCAS (Ruediger 2000) and include the following:

1. Surveys will be required prior to operations unless species occupancy and distribution information is complete and available. All Surveys must be conducted by qualified individual(s), and be conducted according to protocol.

2. Based on data and information gathered in item 1, lease activities within, or in proximity to, occupied lynx habitats will require monitoring throughout the duration of the project. To ensure desired results are being achieved, minimization measures will be evaluated and, if necessary, Section 7 consultation reinitiated.

3. Avoid all surface disturbing actions within occupied denning habitat.

4. Avoid construction and surface disturbing actions in proximity to potential denning habitat during the breeding season (mid-April to July).

5. Activities involved with routine maintenance and operation will only occur during daytime hours, when lynx are least active.

6. Where technically and economically feasible, wells will be remotely monitored within lynx habitat.

7. Limit disturbance to and within suitable habitat by staying on approved access routes.

8. Limit new access routes created by the project.

9. Dirt and gravel roads traversing lynx habitat (particularly those that could become highways) should not be paved or otherwise upgraded (e.g., straightening of curves, widening of roadway etc.) in a manner that is likely to lead to significant increases in traffic volume, traffic speed, increased width of the cleared ROW, or would foreseeably contribute to development or increases in human activity in lynx habitat. When these types of upgrades are proposed, a thorough analysis of potential direct and indirect impacts to lynx and lynx habitat should be conducted.

10. Minimize impacts to habitats that support lynx prey.

11. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and to minimize or eliminate drilling in suitable lynx habitat.

Additional measures may also be employed to avoid or minimize effects to the species at the development stage and will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

## LEASE NOTICE: UINTA BASIN HOOKLESS CACTUS

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for the Uinta Basin hookless cactus, under the Endangered Species Act (ESA). The following avoidance and minimization measures have been developed to facilitate review and analysis of any submitted permits under the authority of this lease:

In order to minimize effects to the federally threatened Uinta Basin hookless cactus, the BLM in coordination with the USFWS, developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable Uinta Basin hookless cactus habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

   b. Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods:

      i. *Sclerocactus brevispinus* surveys should be conducted March 15th to June 30th, unless extended by the BLM

      ii. *Sclerocactus wetlandicus* surveys can be done any time of the year, provided there is no snow cover,

   c. Will occur within 115' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 100' from the perimeter of disturbance for the proposed well pad including the well pad,

   d. Will include, but not be limited to, plant species lists and habitat characteristics, and

   e. Will be valid until March 15th the following year for *Sclerocactus brevispinus* and one year from the survey date for *Sclerocactus wetlandicus*.

3. Design project infrastructure to minimize impacts within suitable habitat2:

   a. Reduce well pad size to the minimum needed, without compromising safety,

   b. Limit new access routes created by the project,

   c. Roads and utilities should share common right-of-ways where possible,

   d. Reduce width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

   e. Place signing to limit off-road travel in sensitive areas,

   f. Stay on designated routes and other cleared/approved areas, and

      g.  All disturbed areas will be re-vegetated with native species comprised of species indigenous to the area and non-native species that are not likely to invade other areas.

4.  Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

      a.  Follow the above (#3) recommendations for project design within suitable habitats,

      b.  Buffers of 100 feet minimum between the edge of the right of way (roads and surface pipelines) or surface disturbance (well pads) and plants and populations will be incorporated,

      c.  Surface pipelines will be laid such that a 100 foot buffer exists between the edge of the right of way and the plants, use stabilizing and anchoring techniques when the pipeline crosses the habitat to ensure the pipelines don't move towards the population,

      d.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

      e.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

      f.  Designs will avoid concentrating water flows or sediments into occupied habitat,

      g.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

      h.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Uinta Basin hookless cactus habitats within 100' of the edge of the surface pipelines' right-of-ways, 100' of the edge of the roads' right-of-ways, and 100' from the edge of the well pad shall be monitored for a period of three years  after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the USFWS. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the USFWS.

6.  Reinitiation of Section 7 consultation with the USFWS will be sought immediately if any loss of plants or occupied habitat for the Uinta Basin hookless cactus is anticipated as a result of project activities. Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

**LEASE NOTICE: UTE LADIES'-TRESSES**

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for Ute ladies'-tresses under the Endangered Species Act (ESA). The following avoidance and minimization measures have been developed to facilitate review and analysis of any submitted permits under the authority of this lease:

In order to minimize effects to the federally threatened Ute ladies'-tresses, the BLM in coordination with the USFWS, developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. Ute ladies'-tresses habitat is provided some protection under Executive Orders 11990 (wetland protection) and 11988 (floodplain management), as well as section 404 of the Clean Water Act. Although plants, habitat, or populations may be afforded some protection under these regulatory mechanisms, the following conservation measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area, including areas where hydrology might be affected by project activities, within potential habitat prior to any ground disturbing activities to determine if suitable Ute ladies'-tresses habitat is present.

2. Within suitable habitat, site inventories will be conducted to determine occupancy. Inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and USFWS accepted survey protocols,

   b. Will be conducted in suitable and occupied20 habitat for all areas proposed for surface disturbance or areas that could experience direct or indirect changes in hydrology from project activities,

   c. Will be conducted prior to initiation of project activities and within the same growing season, at a time when the plant can be detected, and during appropriate flowering periods (usually August 1st and August 31st in the Uintah Basin; however, surveyors should verify that the plant is flowering by contacting a BLM or USFWS botanist or demonstrating that the nearest known population is in flower),

   d. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

   e. Will include, but not be limited to, plant species lists, habitat characteristics, source of hydrology, and estimated hydroperiod, and

   f. Will be valid until August 1st the following year.

3. Design project infrastructure to minimize direct or indirect impacts to suitable habitat2 both within and downstream of the project area:

a. Alteration and disturbance of hydrology will not be permitted,

b. Reduce well pad size to the minimum needed, without compromising safety,

c. Limit new access routes created by the project,

d. Roads and utilities should share common right-of-ways where possible,

e. Reduce width of right-of-ways and minimize the depth of excavation needed for the road bed,

f. Construction and right-of-way management measures should avoid soil compaction that would impact Ute ladies' tresses habitat,

g. Off-site impacts or indirect impacts should be avoided or minimized (i.e., install berms or catchment ditches to prevent spilled materials from reaching occupied or suitable habitat through either surface or groundwater),

h. Place signing to limit off-road travel in sensitive areas,

i. Stay on designated routes and other cleared/approved areas, and

j. All disturbed areas will be re-vegetated with species approved by USFWS and BLM botanists.

4. Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

a. Follow the above (#3) recommendations for project design within suitable habitats,

b. Buffers of 300 feet minimum between right of way (roads and surface pipelines) or surface disturbance (well pads) and plants and populations will be incorporated,

c. Surface pipelines will be laid such that a 300-foot buffer exists between the edge of the right of way and the plants, using stabilizing and anchoring techniques when the pipeline crosses habitat to ensure the pipelines don't move towards the population,

d. Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

e. Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

f. Designs will avoid altering site hydrology and concentrating water flows or sediments into occupied habitat,

g. Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, with berms and catchment ditches to avoid or minimize the potential for materials to reach occupied or suitable habitat, and

    h.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied Ute ladies'-tresses habitats within 300' of the edge of the surface pipelines' right-of-ways, 300' of the edge of the roads' right-of-ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Habitat impacts include monitoring any changes in hydrology due to project related activities. Annual reports shall be provided to the BLM and the USFWS. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of section 7 consultation with the USFWS will be sought immediately if any loss of plants or occupied habitat for the Ute ladies'-tresses is anticipated as a result of project activities.

Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

## LEASE NOTICE: CLAY REED-MUSTARD

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for clay reed-mustard under the Endangered Species Act (ESA). The following avoidance and minimization measures have been developed to facilitate review and analysis of any submitted permits under the authority of this lease: In order to minimize effects to the federally threatened clay reed-mustard, the BLM in coordination with the USFWS developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the  activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. The following avoidance and minimization measures should be included in the Plan of Development:

1.  Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat prior to any ground disturbing activities to determine if suitable clay reed-mustard habitat is present.

2.  Site inventories will be conducted within suitable habitat to determine occupancy. Where standard surveys are technically infeasible and otherwise hazardous due to topography, slope, etc., suitable habitat will be assessed and mapped for avoidance (hereafter, "avoidance areas"); in such cases, in general, 300' buffers will be maintained between surface disturbance and avoidance areas. However, site specific distances will need to be approved by USFWS and BLM when disturbance will occur upslope of habitat. Where conditions allow, inventories:

    a.  Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

    b.  Will be conducted in suitable and occupied habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same

growing season, at a time when the plant can be detected (usually May 1st to June 5th, in the Uintah Basin; however, surveyors should verify that the plant is flowering by contacting a BLM or FWS botanist or demonstrating that the nearest known population is in flower ),

c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

d. Will include, but not be limited to, plant species lists and habitat characteristics, and

e. Will be valid until May 1st the following year.

3. Design project infrastructure to minimize impacts within suitable habitat2:

a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

b. Reduce well pad size to the minimum needed, without compromising safety,

c. Limit new access routes created by the project,

d. Roads and utilities should share common right-of-ways where possible,

e. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

f. Place signing to limit off-road travel in sensitive areas, and

g. Stay on designated routes and other cleared/approved areas.

4. Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

a. Where standard surveys are technically infeasible, infrastructure and activities will avoid all suitable habitat (avoidance areas) and incorporate 300' buffers, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

b. Follow the above recommendations (#3) for project design within suitable habitats,

c. To avoid water flow and/or sedimentation into occupied habitat and avoidance areas, silt fences, hay bales, and similar structures or practices will be incorporated into the project design; appropriate placement of fill is encouraged,

d. Construction of roads will occur such that the edge of the right of way is at least 300' from any plant and 300' from avoidance areas,

e.   Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from May 1st to June 5th (flowering period); dust abatement applications will be comprised of water only,

f.   The edge of the well pad should be located at least 300' away from plants and avoidance areas, in general; however, site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

g.   Surface pipelines will be laid such that a 300' buffer exists between the edge of the right of way and plants and 300' between the edge of right of way and avoidance areas; use stabilizing and anchoring techniques when the pipeline crosses suitable habitat to ensure pipelines don't move towards the population ; site specific distances will need to be approved by FWS and BLM when disturbance will occur upslope of habitat,

h.   Construction activities will not occur from May 1st through June 5th within occupied habitat,

i.   Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

j.   Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

k.   Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

l.   Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.   Occupied clay reed-mustard habitats within 300' of the edge of the surface pipelines' right of ways, 300' of the edge of the roads' right of ways, and 300' from the edge of the well pad shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the USFWS. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.   Reinitiation of section 7 consultation with the USFWS will be sought immediately if any loss of plants or occupied habitat for the shrubby reed-mustard is anticipated as a result of project activities.

Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

## LEASE NOTICE: SHRUBBY REED-MUSTARD

The Lessee/Operator is given notice that the lands in this parcel contain suitable habitat for shrubby reed-mustard under the Endangered Species Act (ESA). The following avoidance and

minimization measures have been developed to facilitate review and analysis of any submitted permits under the authority of this lease:

In order to minimize effects to the federally endangered shrubby reed-mustard, the BLM in coordination with the USFWS developed the following avoidance and minimization measures. Integration of and adherence to these measures will help ensure the activities carried out during oil and gas development (including but not limited to drilling, production, and maintenance) are in compliance with the ESA. The following avoidance and minimization measures should be included in the Plan of Development:

1. Pre-project habitat assessments will be completed across 100% of the project disturbance area within potential habitat24 prior to any ground disturbing activities to determine if suitable shrubby reed-mustard habitat is present.

2. Within suitable habitat25, site inventories will be conducted to determine occupancy.

   Inventories:

   a. Must be conducted by qualified individual(s) and according to BLM and Service accepted survey protocols,

   b. Will be conducted in suitable and occupied26 habitat for all areas proposed for surface disturbance prior to initiation of project activities and within the same growing season, at a time when the plant can be detected (April 15th to August 1st, unless extended by the BLM),

   c. Will occur within 300' from the centerline of the proposed right-of-way for surface pipelines or roads; and within 300' from the perimeter of disturbance for the proposed well pad including the well pad,

   d. Will include, but not be limited to, plant species lists and habitat characteristics, and

   e. Will be valid until April 15th the following year.

3. Design project infrastructure to minimize impacts within suitable habitat2:

   a. Reduce well pad size to the minimum needed, without compromising safety,

   b. Limit new access routes created by the project,

   c. Roads and utilities should share common right-of-ways where possible,

   d. Reduce the width of right-of-ways and minimize the depth of excavation needed for the road bed; where feasible, use the natural ground surface for the road within habitat,

   e. Place signing to limit off-road travel in sensitive areas, and

   f. Stay on designated routes and other cleared/approved areas.

4. Within occupied habitat3, project infrastructure will be designed to avoid direct disturbance and minimize indirect impacts to populations and to individual plants:

    a.  Follow the above (#3) recommendations for project design within suitable habitats,

    b.  Construction of roads will occur such that the edge of the right of way is at least 300' from any plant,

    c.  Roads will be graveled within occupied habitat; the operator is encouraged to apply water for dust abatement to such areas from April 15th to May 30th (flowering period); dust abatement applications will be comprised of water only,

    d.  The edge of the well pad should be located at least 300' away from plants,

    e.  Surface pipelines will be laid such that a 300 foot buffer exists between the edge of the right of way and the plants, use stabilizing and anchoring techniques when the pipeline crosses the white shale strata to ensure the pipelines don't move towards the population,

    f.  Construction activities will not occur from April 15th through May 30th within occupied habitat,

    g.  Before and during construction, areas for avoidance should be visually identifiable in the field, e.g., flagging, temporary fencing, rebar, etc.,

    h.  Where technically and economically feasible, use directional drilling or multiple wells from the same pad,

    i.  Designs will avoid concentrating water flows or sediments into occupied habitat,

    j.  Place produced oil, water, or condensate tanks in centralized locations, away from occupied habitat, and

    k.  Minimize the disturbed area of producing well locations through interim and final reclamation. Reclaim well pads following drilling to the smallest area possible.

5.  Occupied shrubby reed-mustard habitats within 300' of the edge of the surface pipeline right of ways, 300' of the edge of the road right of ways, and 300' from the edge of well pads shall be monitored for a period of three years after ground disturbing activities. Monitoring will include annual plant surveys to determine plant and habitat impacts relative to project facilities. Annual reports shall be provided to the BLM and the USFWS. To ensure desired results are being achieved, minimization measures will be evaluated and may be changed after a thorough review of the monitoring results and annual reports during annual meetings between the BLM and the Service.

6.  Reinitiation of section 7 consultation with the USFWS will be sought immediately if any loss of plants or occupied habitat for the shrubby reed-mustard is anticipated as a result of project activities.

Additional site-specific measures may also be employed to avoid or minimize effects to the species. These additional measures will be developed and implemented in consultation with the USFWS to ensure continued compliance with the ESA.

# RE-INITIATION STATEMENT

This is a program-level document that does not include project specific detail for actions authorized by the Resource Management Plan. Additional consultation with USFWS will be necessary for any authorized project specific action that may impact any listed species

This concludes formal consultation on the Vernal BLM Field Office Resource Management Plan. As provided in 50 CFR §402.16, re-initiation of formal consultation is required if: 1) new information reveals effects of the agency action that may impact listed species or critical habitat in a manner or to an extent not considered in this opinion, 2) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion, 3) a new species is listed or critical habitat designated that may be affected by the action, 4) a project proposing biological control measures is proposed or 5) water depletions are expected to occur.

Thank you for your interest in conserving threatened and endangered species. If we can be of further assistance, please contact Katherine Richardson at (801) 975-3330 ext. 125 or Laura Romin at ext. 123.

- Avoid mixing or applying fire suppressant chemicals (i.e. surfactant foam or retardant formulations) within 300 feet of the stream channel, except when a threat to human life or property exists.

- Avoid transferring water from one watershed into another for the purpose of water drops, as this may aid in spread of water-borne diseases such as whirling disease.

- Manage fire regimens (prescribe and wild) to protect or improve riparian and flood plain habitats.

- Pipeline crossings of perennial, intermittent, and ephemeral stream channels should be constructed to withstand floods of extreme magnitude to prevent breakage and subsequent accidental contamination of runoff during high flow events.

- Surface crossings must be constructed high enough to remain above the highest possible stream flows at each crossing, and subsurface crossings must be buried deep enough to remain undisturbed by scour throughout passage of the peak flow.

- To avoid repeated maintenance of pipeline crossings, hydraulic analysis should be completed in the design phase to eliminate costly repair and potential environmental degradation associated with pipeline breaks at stream crossings

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**COLORADO STATE OFFICE**
**2850 YOUNGFIELD STREET**
**LAKEWOOD, COLORADO 80215-7093**

In Reply Refer To:
6840 (CO-932) **I**

April 1, 2011

EMS TRANSMISSION 04/01/2011
Instruction Memorandum No. CO-2011-022
Expires:  09/30/2012

To:            District Managers and Field Office Managers

From:        State Director

Subject:    Revised Process for Tracking and Reporting Water Depletions Associated with
                 Fluid Minerals Development on Bureau of Land Management (BLM) Lands

**Program Area:**  Fisheries/Threatened and Endangered Species

**Purpose:**  The BLM Colorado is operating under the terms and conditions of a Programmatic
Biological Opinion (PBO), signed on December 19, 2008 (ES/GJ-6-CO-08-F-0006).  The
purpose of the PBO is to streamline the consultation process for both the BLM and the U.S. Fish
and Wildlife Service (FWS), by allowing field offices to track water depletions associated with
fluid minerals actions over the course of the fiscal year and then report all depletions in a
standardized log to the Colorado State Office.  The PBO addresses water depletions associated
with fluid minerals development on BLM lands for a period of approximately 15-20 years.  The
estimates were based on the best information available in 2008.  The PBO estimated that each
gas well would deplete (on average): 0.77 acre-feet (in the Colorado and Gunnison River
Basins), 1.11 acre-feet (in the Dolores River Basin), and 2.62 acre-feet (in the Yampa and White
River Basins).  The variation in depletion amounts between different river basins was due to
different drilling depths to the gas reservoir (deeper drilling requires more water) and differing
degrees of water re-use (operators in the Colorado River Basin re-use a lot of their drilling water
resulting in less water depleted).  All of the estimates in the PBO were based on using
conventional vertical drilling technology.

**Policy/Action:**  The current PBO allows for up to 4,046 acre-feet of water depletion associated
with fluid minerals development activities on BLM lands per year across all basins in western
Colorado.  Based on completed depletion logs for 2009 and 2010, the depletion amounts are far
below the 4,046 acre-foot threshold (975 acre-feet depleted by 514 wells in Fiscal Year (FY)
2009, and 513 acre-feet depleted by 360 wells in FY 2010).

2

Even though the total water depletion estimates are still accurate for conventional vertical and directional wells and the depletion logs clearly show that we are still far below the 4,046 acre-foot threshold, changes in drilling and completion technology such as horizontal drilling and multi-stage fracking require that we gather additional data.

According to some estimates, a horizontally-drilled well results in a water depletion between 7 and 20+ acre-feet per well, depending on the individual characteristics of the well.  On a per well basis, new horizontal drilling and completion techniques appear to use considerably more water; however, depending on the thickness of the target formation, a typical horizontal well can replace between 5 and 20 conventional vertical wells.  Another factor to consider is that in many areas water is being recycled and used in subsequent wells.  Because of the potential reduction in the total number of wells and the increased use of recycled water, additional data is needed in order to determine if more or less total water is being used when horizontal wells and multi-stage fracking are factored into our calculations.

In an effort to determine if the advent of horizontal drilling will result in the BLM exceeding the 4,046 acre-foot threshold in the PBO, each BLM Field Office in western Colorado will be required to track the number of wells drilled in two ways (Note:  this Instruction Memorandum (IM) supersedes the guidance for tracking and reporting of water depletions associated with fluid minerals development given in CO-IM-2010-023):

**1.  Conventional vertical wells drilled:**  Each field office will sum the number of vertical wells drilled and apply the depletion amounts (0.77 af, 1.11 af, or 2.62 af) per well given in the PBO for that field office (i.e.; White River Field Office, 32 wells drilled @ 2.62 af/well = 83.8 af depleted).  This is the exact same log that each office completed in 2009 and 2010.

**2.  Horizontal wells drilled:**  Each field office will track each horizontal well drilled and request a net water use report for each well from the operator.  The water use report should provide the total amount of fresh water used to drill the well – if recovered water is reused to drill multiple wells, the operator should report only the new fresh water used at a given well.  The water use reports will allow the BLM to calculate the total depletion amount for horizontal wells by river basin **and** provide information on how much water is depleted by an "average" horizontal well (it will likely take more than one year's worth of data to determine an average depletion amount for a horizontal well).  This log will include a depletion amount and location for each horizontal well drilled.

In October 2011, the BLM will look at the depletion amounts for the 2011 fiscal year and determine if the 4,046 acre-foot threshold has been exceeded; if so, the BLM will re-initiate consultation with the FWS.  If not, the BLM will submit our depletion log(s) as required in the PBO.  With the 2011 data in hand, and with estimates of drilling activity for 2012, the BLM will decide by 01/01/2012 if a new PBO for depletions associated with fluid minerals activities on BLM lands is needed.

**Timeframe:**  This IM is effective immediately.

**Budget Impact:**  None.

**Background:**  Several documents pertaining to water depletions and the BLM's fluid minerals program are posted on the BLM server at:

\\llmcoso3ds2\co\pub\Fluid Minerals\WaterDepletion_RecoveryAgreements

Files of interest on the server include:
--Wells drilled and water depletion amount logs for 2009 and 2010
--CO-IM-2010-023
--Programmatic Biological Assessment (PBA) for the BLM's Fluid Minerals Program in Western Colorado Regarding Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado pikeminnow (*Ptychocheilus lucius*), humpback chub (*Gila cypha*), bonytail chub (*Gila elegans*), and razorback sucker (*Xyrauchen texanus*).  The PBA includes detailed background information as well as a description of how the depletion amounts for fluid minerals activities were calculated.

**Directives Affected:**  This IM affects the BLM Manual 6840, Special Status Species Management.

**Coordination:**  This IM was prepared with input from Jerry Strahan, Fluid Minerals Branch Chief, at the BLM Colorado State Office.

**Contact:**  If you have any questions about the above guidance, please contact Jay Thompson, Fisheries & Riparian Program Lead, at (303) 239-3724.


Signed by:                                     Authenticated by:
Lynn E. Rust                                   Cathy Cooney
Acting State Director                          Branch of IRM & Access



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7093
www.blm.gov/co/st/en.html



In Reply Refer to:
7230 (CO-932)

FEB **5** 2010

RECEIVED
FEB 08 2010
Ecological Services
Grand Junction, CO

Ms. Patty Gelatt
Assistant Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
764 Horizon Drive, S. Annex A
Grand Junction, CO  81506

Dear Ms. Gelatt:

The Bureau of Land Management (BLM), Colorado State Office, completed a Programmatic
Biological Assessment (PBA) in 2008 to address water depletions associated with fluid minerals
development on BLM lands in western Colorado.  The U.S. Fish and Wildlife Service (FWS)
issued Biological Opinion (BO) #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring that
the BLM will track the number of wells drilled annually by river basin and report this
information to your office.

Enclosed is the BLM's wells drilled log for 2009, which tracks a total of 514 wells drilled in 5
separate river basins (Enclosure).  These 514 wells resulted in a total depletion of 974.68 acre-
feet (AF) in the Upper Colorado River Basin.

The BLM looks forward to continuing our work with FWS to protect habitat for the endangered
big river fishes.  If you have any questions, please contact Jay Thompson at 303-239-3724.

Sincerely,

Linda Anañia,
Deputy State Director
Natural Resources and Fire Management

Enclosure

## Wells Drilled by BLM Colorado Field Offices – 2009 Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 192 | 0.77 | 147.84 |
| Kremmling | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Colorado | 4 | 0.77 | 3.08 |
| Grand Jct. | Gunnison | 1 | 0.77 | 0.77 |
| Gunnison | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Gunnison | 4 | 1.11 | 4.44 |
| Uncompahgre | Dolores | 0 | 1.11 | 0 |
| San Juan | Dolores | 1 | 1.11 | 1.11 |
| Little Snake | Yampa | 20 | 2.62 | 52.40 |
| White River | White | 292 | 2.62 | 765.04 |
| **Totals** | | **514** | | **974.68** |





# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
### Colorado State Office
2850 Youngfield St.
Lakewood, CO 80215-7093



TAKE PRIDE
IN AMERICA

In Reply Refer to:
6840 (CO-932)

**RECEIVED**

NOV 22 2010

Ecological Services
Grand Junction, CO

Mr. Alan Pfister
Assistant Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
764 Horizon Drive, S. Annex A
Grand Junction, CO  81506

Dear Mr. Pfister:

The Bureau of Land Management (BLM), Colorado State Office, completed a Programmatic
Biological Assessment (PBA) in 2008 to address water depletions associated with fluid minerals
development on BLM lands in western Colorado.  The Fish and Wildlife Service (FWS) issued
Biological Opinion (BO) #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring BLM to
track the number of wells drilled annually by river basin and report this information to your
office.

Enclosed is BLM's wells drilled log for FY 2010, which tracks a total of 360 wells drilled in 4
separate river basins (Attachment 1).  These 360 wells resulted in a total depletion of 513 acre-
feet (AF) in the Upper Colorado River Basin.

BLM looks forward to continuing to work with FWS to protect habitat for the endangered big
river fishes.  If you have any questions, please contact Jay Thompson at 303-239-3724.

Sincerely,

Leigh Espy
Deputy State Director
Resources & Fire

Enclosure:
   –2010 Wells Drilled Log

## Wells Drilled by BLM Field Office – 2010 Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 232 | 0.77 | 179 |
| Kremmling | Colorado | 0 | 0.77 | -- |
| Grand Jct. | Colorado | 0 | 0.77 | -- |
| Grand Jct. | Gunnison | 0 | 0.77 | -- |
| Gunnison | Gunnison | 1 | 1.11 | 1 |
| Uncompahgre | Gunnison | 0 | 1.11 | -- |
| Uncompahgre | Dolores | 0 | 1.11 | -- |
| San Juan | Dolores | 0 | 1.11 | -- |
| Little Snake | Yampa | 9 | 2.62 | 24 |
| White River | White | 118 | 2.62 | 309 |
| **Totals** | | **360** | | **513** |



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7093
www.blm.gov/co



In Reply Refer To:
6840 (CO-932)

JUN 2 7 2012

**RECEIVED**

JUL 0 2 2012

Ecological Services
Grand Junction, CO

Ms. Patty Gelatt
Assistant Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
764 Horizon Drive, S. Annex A
Grand Junction, CO  81506

Dear Patty:

The Bureau of Land Management (BLM), Colorado State Office, completed a Programmatic Biological Assessment in 2008 to address water depletions associated with fluid minerals development on BLM lands in western Colorado.  The Fish and Wildlife Service (FWS) issued Biological Opinion #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring the BLM to track the number of wells drilled annually, by river basin, and report this information to your office.

Enclosed are BLM's "wells drilled" logs for FY 2011.  The first log (Vertical Wells Drilled Log 2011_Statewide_Final) tracks a total of 448 wells drilled in 5 separate river basins.  These 448 wells resulted in a total depletion of 519 acre-feet (AF) in the Upper Colorado River Basin.  The second log (Horizontal Well & Other Activities_Water Depletion Log_Statewide_2011) tracks horizontal wells and other activities.  Drilling of horizontal wells and other activities resulted in a total depletion of 163.11 AF of water; entirely from the Colorado River basin.  The cumulative total of water depleted by BLM's fluid minerals program in 2011 was 682.11 AF.

The BLM looks forward to continuing to work with the FWS to protect habitat for the endangered big river fishes.  If you have any questions, please contact Jay Thompson, Fishery Biologist at (303) 239-3724.

Sincerely,

Leigh D. Espy
Deputy State Director
Resources & Fire

Enclosures

## Vertical Wells Drilled by BLM Field Office – 2011 Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 335 | 0.77 | 258 |
| Kremmling | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Colorado | 9 | 0.77 | 7 |
| Grand Jct. | Gunnison | 0 | 0.77 | 0 |
| Gunnison | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Dolores | 0 | 1.11 | 0 |
| San Juan | Dolores | 13 | 1.11 | 15 |
| Little Snake | Yampa | 17 | 2.62 | 45 |
| White River | White | 74 | 2.62 | 194 |
| **Totals** | | | | **519** |

# Horizontal Wells Drilled + Other Activities
# 2011 Statewide

| Field Office | River Basin | Well Location (T, R, Section) | Operator | Net Fresh Water Used (AF) |
|---|---|---|---|---|
| CRVFO | Colorado | Keinath Federal 17-11H (C16OU) Sec 16 T8S-R96W | Encana Oil & Gas (USA) Inc | 9.63 |
| CRVFO | Colorado | Keinath Federal 17-11AH (C16OU) Sec 16 T8S-R96W | Encana Oil & Gas (USA) Inc | 9.63 |
| CRVFO | Colorado | Keinath Federal 10-10H (C16OU) Sec 16 T8S-R96W | Encana Oil & Gas (USA) Inc | 9.63 |
| GJFO | Colorado | Federal 28-11H (PL28SW) Sec 28 T9S-R96W | Encana Oil & Gas (USA) Inc | 2.73 |
| CRVFO | Colorado | Five R 15-1HM (C10OU) Sec 10 T8S-R96W | Encana Oil & Gas (USA) Inc | 12.34 |
| CRVFO | Colorado | 9-12H (C10OU) Sec 10 T8S-R96W | Encana Oil & Gas (USA) Inc | 12.45 |
| CRVFO | Colorado | 9-12H2 (C10OU) Sec 10 T8S-R96W | Encana Oil & Gas (USA) Inc | 12.03 |
| CRVFO | Colorado | 9-14H (C10OU) Sec 10 T8S-R96W | Encana Oil & Gas (USA) Inc | 11.75 |
| WRFO | Colorado | Fletcher Gulch Coalbed Methane* | N/A | 5.16 |
| WRFO | Colorado | Ryan Gulch Gathering Project-Black Sulphur | N/A | 6.29 |
| WRFO | Colorado | Ryan Gulch, Pitchers Mound, Gas Gathering Project | N/A | 5.3 |
| WRFO | Colorado | Piceance Creek Pipeline Looping Project | N/A | 29.1 |
| WRFO | Colorado | Ryan Gulch Gathering Project-Ryan Ridge Project | N/A | 2.32 |
| WRFO | Colorado | Pipeline from Corral Creek to Sagebrush Plant | /A | 0.75 |
| WRFO | Colorado | Rio Blanco County Road 5 Improvement Project | N/A | 9 |
| WRFO | Colorado | Shell Fronteir Plan of Development (Oil Shale) | N/A | 25 |
| **Total** | | | | **163.11** |




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov

In Reply Refer To:
6840 (CO-932)

**NOV 2 8 2012**

**RECEIVED**
DEC 03 2012
Ecological Services
Grand Junction, CO

Ms. Patty Gelatt
Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
764 Horizon Drive, S. Annex A
Grand Junction, CO 81506

Dear Ms. Gelatt:

The Bureau of Land Management (BLM), Colorado State Office, completed a Programmatic Biological Assessment in 2008 to address water depletions associated with fluid minerals development on BLM lands in western Colorado. The Fish and Wildlife Service (FWS) issued Biological Opinion #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring the BLM to track the number of wells drilled annually by river basin and report this information to your office.

Enclosed are the BLM's wells drilled logs for FY 2012. The first log (Vertical Wells Drilled Log 2012 Statewide Final) tracks a total of 264 wells drilled in 3 separate river basins (enclosure 1). These 264 wells resulted in a total depletion of 306.88 acre-feet (AF) in the upper Colorado River Basin. The second enclosure (Horizontal Well & Other Activities Water Depletion Log Statewide 2012) tracks water depletions resulting from horizontal wells and other minerals activities. Drilling of horizontal wells and other activities resulted in a total depletion of 29.34 AF of water from the Yampa and White River basins. The cumulative amount of water depleted in the upper Colorado River Basin by the BLM's fluid minerals program in 2012 was 336.22 AF.

The BLM looks forward to continuing to work with the FWS to protect habitat for the endangered big river fishes. If you have any questions, please contact Jay Thompson, Fisheries Biologist at (303) 239-3724.

Sincerely,

Leigh D. Espy
Deputy State Director
Division of Resources & Fire

Enclosures

## Vertical Wells Drilled by BLM Field Office – 2012 Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 193 | 0.77 | 148.61 |
| Kremmling | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Colorado | 15 | 0.77 | 11.55 |
| Grand Jct. | Gunnison | 0 | 0.77 | 0 |
| Gunnison | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Dolores | 0 | 1.11 | 0 |
| San Juan | Dolores | 0 | 1.11 | 0 |
| Little Snake | Yampa | 31 | 2.62 | 81.22 |
| White River | White | 25 | 2.62 | 65.50 |
| **Totals** | | **264** | | **306.88** |

# BLM Horizontal Wells Drilled + Other Activities
# 2012 Statewide

| Field Office | River Basin | Well Location (T, R, Section) | Operator | Net Fresh Water Used (AF) |
|---|---|---|---|---|
| LSFO | Yampa | 5N, 90W, 31 | SWEPI | 4.06 |
| LSFO | Yampa | 4N, 90W, 9 | SWEPI | 4.06 |
| | | | | |
| WRFO | White | Oil Shale RD & D | ExxonMobil/Natural Soda | 12.00 |
| WRFO | White | DOI-BLM-CO-110-2010-0200-EA | North Hatch Gulch Project | 2.14 |
| WRFO | White | DOI-BLM-CO-110-2011-0087-EA | Buckhorn Draw Unit Well Pad | 7.08 |
| | | | | |
| **Total** | | | | **29.34** |



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov

**FEB 2 1 2014**

*BoES/GJ- 6-CO-08-F-006*

In Reply Refer To:
6840 (CO-932)

RECEIVED
FEB 2 2014
Ecological Services
Grand Junction, CO

*Tails: #65413-2008F-0073*

Ms. Patty Gelatt
Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
445 W. Gunnison Ave., Suite 240
Grand Junction, CO 81501

Dear Ms. Gelatt:

The Bureau of Land Management (BLM), Colorado State Office, completed a Programmatic Biological Assessment (PBA) in 2008 to address water depletions associated with fluid minerals development on BLM lands in western Colorado. The Fish and Wildlife Service (FWS) issued Biological Opinion (BO) #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring the BLM to track the number of wells drilled annually by river basin and report this information to your office.

Enclosed are the BLM's wells drilled logs for FY 2013. The first log (Vertical Wells Drilled Log 2013_Statewide) tracks a total of 156 wells drilled in 3 separate river basins. These 156 wells resulted in a total depletion of 157.4 acre-feet (AF) in the upper Colorado River Basin. The second enclosure (Horizontal Wells Drilled Log 2013_Statewide) tracks water depletions resulting from horizontal wells and other minerals activities. Drilling of horizontal wells and other activities resulted in a total depletion of 16.33 AF of water from the White, Yampa, and Colorado River basins. The cumulative amount of water depleted in the upper Colorado River Basin by the BLM's fluid minerals program in 2013 was 173.73 AF.

The BLM looks forward to continuing to work with the FWS to protect habitat for the endangered big river fishes. If you have any questions, please contact Jay Thompson, Fisheries Biologist, at (303) 239-3724.

Sincerely,

Leigh D. Espy
Deputy State Director, Resources & Fire

Enclosures

## Vertical Wells Drilled by BLM Field Office – 2013 Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 132 | 0.77 | 101.6 |
| Kremmling | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Colorado | 3 | 0.77 | 2.3 |
| Grand Jct. | Gunnison | 0 | 0.77 | 0 |
| Gunnison | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Dolores | 0 | 1.11 | 0 |
| San Juan | Dolores | 1 | 1.11 | 1.1 |
| Little Snake | Yampa | 1 | 2.62 | 2.6 |
| White River | White | 19 | 2.62 | 49.8 |
| **Totals** | | **156** | | **157.4** |

# Horizontal Wells Drilled by BLM Field Office 2013

| Field Office | River Basin | Well Location (T, R, Section) | Operator | Net Fresh Water Used (AF) |
|---|---|---|---|---|
| WRFO | White River | T2S, R100W, Sec.11 DV01D-12 A11 2100 | Encana Oil & Gas | Changed to directional 4/23/2013 |
| WRFO | White River | T2S, R100W, Sec.11 DHN8B-1 A11 2100 | Encana Oil & Gas | 2.27 |
| WRFO | White River | T1S, R104W, Sec.23 23-7H | Robert Bayless | 3.34 |
| WRFO | White River | T1S, R104W, Sec.14 14-15H | Robert Bayless | 3.79 |
| CRVFO | Colorado River | 7S 96W 4 NE | WPX Energy | 4.78 |
| LSFO | Yampa | 5N 90W 16 | SWEPI LP | 2.15 |
| **Total** | | | | **16.33** |



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov

*Creed*

In Reply Refer To:
6840 (CO-932)

Mr. Creed Clayton
Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501

**JAN 1 2 2015**

**RECEIVED**

JAN 16 2015

~~Ecological Services~~
~~Grand Junction, CO~~

Dear Mr. Clayton:

The Bureau of Land Management (BLM) Colorado completed a Programmatic Biological Assessment (PBA) in 2008 to address water depletions associated with fluid minerals development on BLM lands in western Colorado. U.S. Fish and Wildlife Service (FWS) issued Biological Opinion (BO) #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring the BLM to track the number of wells drilled annually by river basin and report this information to your office.

Enclosed are the BLM's wells drilled logs for Fiscal Year (FY) 2014. The first enclosure (Vertical & Directional Wells Drilled Log 2014 Statewide Final) tracks a total of 153 wells drilled in five separate river basins. These 153 wells resulted in a total depletion of 178.3 acre-feet (AF) in the upper Colorado River Basin. The second enclosure (Horizontal Well & Other Activities Water Depletion Log Statewide 2014) tracks water depletions resulting from horizontally drilled wells. Drilling of five horizontal wells resulted in a total depletion of 162.1 AF of water from the upper Colorado River Basin. The cumulative amount of water depleted in the upper Colorado River Basin by the BLM's fluid minerals program in FY 2014 was 340.4 AF.

The BLM looks forward to continuing to work with FWS to protect habitat for the endangered big river fishes. If you have any questions, please contact Jay Thompson at (303) 239-3724.

Sincerely,

Brian St. George
Deputy State Director
Resources & Fire Management

Enclosures

# Vertical & Directional Wells Drilled by BLM Field Office – 2014
# Colorado Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Glenwood Springs | Colorado | 117 | 0.77 | 90.1 |
| Kremmling | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Colorado | 0 | 0.77 | 0 |
| Grand Jct. | Gunnison | 0 | 0.77 | 0 |
| Gunnison | Gunnison | 0 | 1.11 | 0 |
| Uncompahgre | Gunnison | 2 | 1.11 | 2.2 |
| Uncompahgre | Dolores | 0 | 1.11 | 0 |
| Tres Rios | Dolores | 2 | 1.11 | 2.2 |
| Little Snake | Yampa | 0 | 2.62 | 0 |
| White River | White | 32 | 2.62 | 83.8 |
| **Totals** | | **153** | | **178.3** |

# Horizontal Wells Drilled by BLM Field Office FY2014

| Field Office | River Basin | Well Location (T, R, Section) | Operator | Net Fresh Water Used (AF) |
|---|---|---|---|---|
| KFO | North Platte | Section 06-6N-80W | EE3 LLC | 9.0 acre feet |
| KFO | North Platte | Section 20-8N-80W | EE3 LLC | 9.6 acre feet |
| KFO | North Platte | Section 32-7N-80W | EE3 LLC | 9.6 acre feet |
| GJFO | Colorado (Roan Creek) | 9S, R98W, 17 Well 3C-19 D17 998 | Black Hills | Total 63.1 AF<br><br>Drilling (8125 bbls)<br>Dust Control (3600 bbls)<br>Completion (477,750 bbls) |
| GJFO | Colorado (Roan Creek) | 9S, R98W, 17 Well 3C-20 D17 998 | Black Hills | Total 70.8 AF<br><br>Drilling (8125 bbls)<br>Dust Control (3600 bbls)<br>Completion (537,917 bbls) |
| **Total** | | | | **162.1 AF** |



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov



Mr. Creed Clayton
Acting Colorado Field Supervisor
U.S. Fish and Wildlife Service
Ecological Services, GJ Field Office
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501

**FEB 0 4 2016**

Dear Mr. Clayton:

The Bureau of Land Management (BLM) Colorado State Office completed a Programmatic Biological Assessment (PBA) in 2008 to address water depletions associated with fluid minerals development on BLM lands in western Colorado. The U.S. Fish and Wildlife Service (FWS) issued Biological Opinion (BO) #ES/GJ-6-CO-08-F-0073 on December 19, 2008, requiring BLM to track the number of wells drilled annually by river basin and report this information to your office.

Enclosed are BLM's wells drilled logs for FY 2015. The first attachment (Vertical & Directional Wells Drilled Log 2015 Statewide Final) tracks a total of 108 wells drilled in five separate river basins. These 108 wells resulted in a total depletion of 137.9 acre-feet (AF) in the upper Colorado River Basin. The second attachment (Horizontal Well & Other Activities Water Depletion Log Statewide 2015) tracks water depletions resulting from horizontally drilled wells. Drilling of 14 horizontal wells resulted in a total depletion of 632.5 AF of water from the upper Colorado River Basin. The cumulative amount of water depleted in the upper Colorado River Basin by BLM's fluid minerals program in 2015 was 770.4 AF.

BLM looks forward to continuing to work with FWS to protect habitat for the endangered big river fishes. If you have any questions, please contact Jay Thompson at 303-239-3724.

Sincerely,

Brian St. George
Deputy State Director
Resources & Fire Management

Enclosures:

1) Vertical & Directional Wells Drilled Log 2015_Statewide_Final
2) Horizontal Wells Drilled Log Colorado_Statewide_2015

RECEIVED
FEB 10 2016
Ecological Services
Grand Junction, CO

## Vertical & Directional Wells Drilled by BLM Field Office – 2015
## Colorado Statewide

| Field Office | River Basin | # Wells Drilled (spudded) | Depletion /Well (AF) | Total Depletion (AF) |
|---|---|---|---|---|
| Colorado River Valley | Colorado | 71 | 0.77 | 54.7 |
| Kremmling | Colorado | 0 | 0.77 | |
| Grand Jct. | Colorado | 5 | 0.77 | 3.9 |
| Grand Jct. | Gunnison | 0 | 0.77 | |
| Gunnison | Gunnison | 0 | 1.11 | |
| Uncompahgre | Gunnison | 0 | 1.11 | |
| Uncompahgre | Dolores | 0 | 1.11 | |
| Tres Rios | Dolores | 3 | 1.11 | 3.3 |
| Little Snake | Yampa | 0 | 2.62 | |
| White River | White | 29 | 2.62 | 76.0 |
| Totals | | 108 | | 137.9 |

# Horizontal Wells Drilled by BLM Field Office 2015

| Field Office | River Basin | Well Number | Operator | Net Fresh Water Used (AF) |
|---|---|---|---|---|
| CRVFO | Colorado | 703-4-HN1 | WPX Energy | 2.29 |
| CRVFO | Colorado | 706-4-HN2 | WPX Energy | 2.83 |
| CRVFO | Colorado | 702RD-4-HN1 | WPX Energy | 1.82 |
| CRVFO | Colorado | 714-44-23-HN1 | WPX Energy | 2.18 |
| CRVFO | Colorado | 704-32-9-HMB2 | WPX Energy | 2.50 |
| GJFO | Colorado | 9-41BH | Black Hills Energy | 94.50 |
| GJFO | Colorado | 9-41CH | Black Hills Energy | 70.86 |
| GJFO | Colorado | 9-11AH | Black Hills Energy | 85.94 |
| GJFO | Colorado | 9-11BH | Black Hills Energy | 82.99 |
| GJFO | Colorado | 9-11CH | Black Hills Energy | 67.90 |
| GJFO | Colorado | 5C-20 D17 | Black Hills Energy | 72.46 |
| GJFO | Colorado | 7C-20 D17 | Black Hills Energy | 76.67 |
| GJFO | Colorado | 1C-19 D17 | Black Hills Energy | 69.55 |
| GJFO | Colorado | 797-09-HN1 | OXY USA | 0.00 |
| | | | | |
| | | | | |
| Total | | | | 632.49 |

# Colorado River Valley Field Office Land Status



**Legend**

- Colorado River Valley Field Office
- Wilderness Study Areas
- Bureau of Land Management
- Bureau of Reclamation
- DOE Withdrawal
- Private
- State
- State Wildlife Area
- US Fish and Wildlife Service
- US Forest Service

0   2.5   5   10
Miles

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use or aggregation use withe other data.

**FY2011-FY2015 horizontal well depletions**

| **FY2011** | af/well |
|---|---|
| Keinath Federal 17-11H | 9.63 |
| Keinath Federal 17-11AH | 9.63 |
| Keinath Federal 10-10H | 9.63 |
| Federal 28-11H | 2.73 |
| Five R15-1HM | 12.34 |
| 9-12H | 12.45 |
| 9-12H2 | 12.03 |
| 9-14H | 11.75 |

| **FY2012** | |
|---|---|
| 5N, 90W, 31 | 4.06 |
| 4N, 90W, 9 | 4.06 |

| **FY2013** | |
|---|---|
| T2S, R100W, Sec. 11 DHN8B-1 / | 2.27 |
| T1S, R104W, sec. 23 23-7H | 3.34 |
| T1S, R104W, Sec. 14 14-15H | 3.79 |
| 7S 96W 4 NE | 4.78 |
| 5N 90 W16 | 2.15 |

| **FY2014** | |
|---|---|
| Section 06-6N-80W | 9 |
| Section 20-8N-80W | 9.6 |
| Section 32-7N-80W | 9.6 |
| Well 3C-19 D17 998 (Black Hills | 63.1 |
| Well 3C-20 D17 998 (Black Hills | 70.8 |

| | |
|---|---|
| **total FY2011-FY2014** | 266.74 |
| **average per well FY2011-FY201** | 13.337 |

| **2015 wells** | |
|---|---|
| 703-4-HN1 | 2.29 |
| 703-4-HN2 | 2.83 |
| 702RD-4-HN1 | 1.82 |
| 714-44-23-HN1 | 2.18 |
| 704-323-9-HMB2 | 2.5 |
| 9-41BH (Black Hills) | 94.5 |
| 9-41CH (Black Hills) | 70.86 |
| 9-11AH (Black Hills) | 85.94 |
| 9-11BH (Black Hills) | 82.99 |
| 9-11CH (Black Hills) | 67.9 |
| 5C-20 D17 (Black Hills) | 72.46 |
| 7C-20 D17 (Black Hills) | 76.67 |
| 1C-19 D17 (Black Hills) | 69.55 |

797-09-HN1                        0

**total FY2015**                  632.49
**average per well FY2015**       45.17786
**average per well Colorado Rive** 68.98556

**total FY2011-FY2015**           899.23
**Average of all horizontal wells** 26.44794


**Black Hills wells**
**Total Black Hills FY2015**      620.87
**Average water use for FY2015**  77.60875
**Total Black Hills FY2014**      133.9
**Average water use for FY2014-** 75.477

# CHAPTER 4
# ENVIRONMENTAL CONSEQUENCES

## 4.1   INTRODUCTION

The purpose of this chapter is to determine the potential for significant impacts of the "federal action" on the "human environment." CEQ regulations for implementing NEPA state that the "human environment" shall be interpreted comprehensively to include the natural and physical environment and the relationship of people with that environment (40 CFR Section 1508.14). The "federal action" is BLM's selection of a RMP on which future land use actions will be based.

This chapter objectively evaluates the environmental impacts of implementing each alternative described in Chapter 2. It forms the analytic basis for the comparative summary of impacts presented in Chapter 2 (Table 2-2, Descriptions of Alternatives A, B, C, and D). Chapter 3 describes the existing conditions of the resources and resource uses that would be affected by the alternatives. The organization of this chapter parallels that of Chapter 3, in that the resource programs are presented in the same order. Because resources and resource uses are often interrelated, one section may refer to another.

Chapter 4 presents the likely direct, indirect, and cumulative impacts on the human and natural environment in terms of environmental, social, and economic consequences that are projected to occur from implementing the alternatives presented in Chapter 2. Each topic area includes a methods of analysis section that identifies methods and assumptions; a summary of effects common to all alternatives; and an analysis of impacts from each of the four alternatives for each resource. Separate sections describing cumulative impacts, unavoidable adverse impacts, and the irretrievable or irreversible commitment of resources are presented at the end of Chapter 4.

Some types of impacts for resources or resource uses could be confined to the BLM lands (such as soil disturbance from recreation and OHV use), whereas some actions may have offsite/indirect impacts to resources on federal mineral estate (such as energy and minerals, and requirements to protect such resources as special status species and cultural resources), or to other land jurisdictions (e.g., private, state, or USFS). Federal mineral estate includes subsurface mineral estate administered by the BLM.

Some BLM management actions might affect only certain resources and alternatives. This impact analysis identifies both enhancing and improving effects on a resource from a management action, as well as those that potentially diminish resource values. If an activity or action is not addressed in a given section, either no impacts are expected or the impact is expected to be negligible. Only management programs with anticipated adverse impacts are discussed.

The BLM manages lands for multiple uses in accordance with FLPMA. Land use decisions are made to protect the resources while allowing for different uses of those resources, such as energy and mineral development, OHV use, recreation, and livestock grazing. When conflicts among resource uses arise, or when a land use activity could result in unacceptable or irreversible impacts on the environment, the BLM may restrict or prohibit some land uses in specific areas. To ensure that the BLM meets its mandate of multiple use in land management actions, the impacts of the alternatives on resource users are identified and assessed as part of the planning process. The projected impacts on land use activities and the associated environmental impacts of land uses are characterized and evaluated for each of the alternatives.

Impact analysis is a cause-and-effect process. The detailed impact analyses and conclusions are based on the planning team's knowledge of resources and the project area, on reviews of existing literature, and on information provided by experts in the BLM, other agencies, and interest groups, and by concerned citizens. The baseline used for the impact analysis is the current condition, as described in Chapter 3. Impacts on resources and resource uses are analyzed and discussed in detail, commensurate with resources issues and concerns identified throughout the process. At times, impacts are described using ranges of potential impacts or in qualitative terms.

### 4.1.1   General Methodology for Analyzing Impacts

Potential impacts are described in terms of type, context, duration, and intensity, which are generally defined below.

#### *Type of Impact*

When applicable, beneficial and adverse impacts are differentiated in this chapter. A beneficial impact would be a positive change in the condition or appearance of a resource or resource use, or a change that would move toward a desired condition. An adverse impact would be a change that would move the resource or resource use away from a desired condition, or would detract from its appearance or condition. The presentation of both beneficial and adverse impacts for key planning issues is intended to provide the BLM decisionmaker and the reader with an understanding of the multiple use tradeoffs associated with each alternative.

#### *Context*

Context describes the area or location (site-specific, local, planning area-wide, or regional) in which the impact would occur. Site-specific impacts would occur at the location of the action; local impacts would occur within the general vicinity of the action area; planning area-wide impacts would affect a greater portion of the CRVFO; and regional impacts would extend beyond the planning area boundaries.

#### *Duration*

Duration describes the length of time an impact would occur, either short term or long term. Short term is defined as anticipated to begin and end within the first 2 years after the action is implemented. Long term is defined as lasting beyond 2 years to the end of, or beyond, the planning timeframe addressed in the RMP.

## Type

The type of impact describes a relative measure of beneficial or adverse effects on biological or physical systems, cultural resources, or the social environment. For example, adverse impacts on ecosystems might be those that would degrade the size, integrity, or connectivity of a specific habitat. Conversely, beneficial impacts would enhance ecosystem processes, native species richness, or native habitat quantity or quality.

## Intensity

Intensity describes the degree, level, or strength of an impact. For this analysis, the only intensity qualifier being used is negligible and this qualifier will be used to describe impacts at the beginning of Chapter 4 that would occur, but it will not be discussed further in the chapter.

## Direct Impacts

Direct impacts are caused by an action or implementation of an alternative and typically occur at the same time and place as the action. For example, removal of vegetation cover caused by facility construction would be considered a direct impact on vegetation resources.

## Indirect Impacts

Indirect impacts are temporally and spatially removed from the action responsible for the impact but related to the action through a process of cause and effect. For example, removal of vegetation cover caused by facility construction that results in increased surface runoff and sedimentation of nearby streams would be considered an indirect impact on water resources and fisheries. Indirect impacts may reach beyond the natural and physical environment (that is, environmental impacts) to include growth-inducing effects and other effects related to induced changes to resource uses (that is, non-environmental impacts).

## Cumulative Impacts

Cumulative impacts are described at the end of each resource or resource use section. Cumulative impacts are the direct and indirect impacts to resources and resource uses from actions proposed in the alternatives, when they are added to other past, present, and reasonably foreseeable actions, regardless of who carries out the action. The list of actions used for all cumulative impact analysis is in Table 4.4.1 Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario. Direct, indirect, and cumulative effects of climate change will be analyzed in this document. Some greenhouse gases (GHGs) associated with each alternative and their associated activities will be naturally sequestered, while the balance of those emissions will accumulate with other GHG concentrations in the atmosphere, increasing the potential rate and magnitude of climate change that may be associated with these compounds.

Unavoidable adverse impacts and irretrievable or irreversible commitments of resources are discussed in Sections 4.7 and 4.8. Unavoidable adverse impacts are those that remain following the implementation of mitigation measures and include impacts for which there are no mitigation measures. Irreversible commitments of resources result from actions in which resources are considered permanently changed; irretrievable commitments of resources result from actions in which resources are considered permanently lost. The relationship of short-term uses of the environment to long-term productivity is discussed in Section 4.9.

_Cumulative Analysis Methodology_

The cumulative impacts discussion that follows considers the alternatives in the context of the broader human environment, specifically actions that occur outside the scope and geographic area covered by the RMP. Cumulative impact analysis is limited to important issues of national, regional, or local significance; therefore, not all resources identified for the direct and indirect impact analysis in this EIS are analyzed for cumulative impacts. Table 4.1.1-1 identifies the issues that were considered during cumulative impact analysis.

Because of the programmatic nature of an RMP and cumulative assessment, the analysis tends to be broad and generalized to address potential impacts that could occur from a reasonably foreseeable management scenario combined with other reasonably foreseeable activities or projects. Consequently, this assessment is primarily qualitative for most resources because of lack of detailed information that would result from project-level decisions and other activities or projects. Quantitative information is used whenever available and as appropriate to portray the magnitude of an impact. The analysis assesses the magnitude of cumulative impacts by comparing the environment in its baseline condition with the expected impacts of the alternatives and other actions in the same geographic area. The magnitude of an impact is determined through a comparison of anticipated conditions against the naturally occurring baseline, as depicted in the affected environment (see Chapter 3) or the long-term sustainability of a resource or social system.

The following factors were considered in this cumulative impact assessment:

- Federal, other governmental, and private actions
- Potential for synergistic impacts or synergistic interaction among or between impacts
- Potential for impacts across political and administrative boundaries
- Other spatial and temporal characteristics of each affected resource
- Comparative scale of cumulative impacts across alternatives

Temporal and spatial boundaries used in the cumulative analysis are developed based on resources of concern and actions that might contribute to an impact. The baseline date for the cumulative impacts analysis is 2010. The temporal scope of this analysis is the life of the RMP. Spatial boundaries vary and are larger for resources that are mobile or migrate (e.g., elk populations) compared with stationary resources. Occasionally, spatial boundaries could be contained within the planning area boundaries or include areas within and outside the planning area boundaries.

Additionally, cumulative impact assessments may vary depending on the current analytical tools available. Climate change analyses consider several factors, including GHG concentrations in the atmosphere, the reflectivity (albedo) of cloud layers, and land use management practices. The tools necessary to quantify climatic impacts are presently unavailable. As a consequence, impact assessment of specific effects of human-caused activities cannot be determined. Additionally, specific levels of significance have not yet been established. Therefore, climate change analysis for the purpose of this document is limited to accounting for and disclosing factors believed to contribute to climate change. Qualitative and/or quantitative evaluation of potential contributing factors within the planning area is included where appropriate and practicable.

### Past, Present, and Reasonably Foreseeable Future Actions

Past, present, and potential future actions are considered in the analysis to identify whether and to what extent the environment has been degraded or enhanced, whether ongoing activities are causing impacts, and trends for activities in and impacts on the area. Projects and activities are evaluated based on proximity, connection to the same environmental systems, potential for subsequent impacts or activities, similar impacts, the likelihood a project will occur, and whether the project is reasonably foreseeable.

Projects and activities considered in the cumulative analysis were identified through meetings held with cooperators and BLM employees with knowledge of the area. Each was asked to provide information on the most influential past, present, or reasonably foreseeable future actions or activities. Additional information was obtained through discussions with agency officials and review of publicly available materials and Web sites.

Reasonably foreseeable future action scenarios are projections made to predict future impacts—they are not actual planning decisions or resource commitments. Projections which have been developed for analytical purposes only are based on current conditions and trends, and represent a best professional estimate. Unforeseen changes in factors such as economics, demand, and federal, state, and local laws and policies could result in different outcomes from those projected for this analysis. Other potential future actions have been considered and eliminated from further analysis because there is small likelihood these actions would be pursued and implemented within the life of the RMP, or because so little is known about the potential action that formulating an analysis of impacts is premature.

Data on the precise locations and overall extent of resources within the planning area are considerable, although the information varies according to resource type and locale. Furthermore, understanding of the impacts on and the interplay among these resources is evolving. As knowledge improves, management measures (adaptive or otherwise) would be considered to reduce potential cumulative impacts in accordance with law, regulations, and the final RMPs for CRVFO.

The past, present, and reasonably foreseeable future actions in Table 4.1.1-1 Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario, were identified as having the greatest likelihood to generate potential cumulative impacts when added to the management actions for the CRVFO RMP.

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| Past Projects, Plans, or Actions | |
|---|---|
| **Human Actions** | |
| Energy and minerals development | Extensive oil and gas development has occurred in CRVFO. Oil and gas development activity in the CRVFO is concentrated on the western 22 percent, in the area west of the Grand Hogback known as the Piceance Basin. Most of these lands are either already leased or are being addressed through the separate planning process for the Roan Plateau. Of the approximately 127,300 acres of BLM mineral estate in this high potential area that is not within the Roan Plateau planning area, 95 percent has been leased. Most of the unleased land outside the Roan Plateau planning area is along the Grand Hogback, with a few small, scattered parcels elsewhere. The 73,600-acre Roan Plateau planning area contains approximately 57,500 unleased acres, addressed in the Roan Plateau RMPA (approved in 2007). |
| | Numerous mining claims exist, but the only significant mining activity is associated with gypsum mining claims in the CRVFO. |
| | **Glenwood Springs RMP Oil and Gas Leasing and Development RMP Amendment (1999).** The amendment evaluates the impacts of oil and gas leasing and development on BLM lands and federally owned mineral estates under private lands in the Glenwood Springs Planning Area. |
| | **Geographic Area Plans (GAPs) and Master Development Plans (MDPs) for Oil and Gas Development.** Pursuant to the 1999 Oil and Gas Leasing and Development RMP Amendment, the CRVFO has required oil and gas operators to prepare GAPs, now called MDPs, as a tool for BLM's use in planning, disclosing, analyzing, and mitigating oil and gas developments anticipated to span multiple years (typically 2 to 5). The comprehensive planning process includes new and existing wells, new and existing well pads, other surface facilities, access roads, and pipelines for the conveyance of fluids (natural gas, condensate, produced water, and freshwater used in hydrofracture stimulation of the gas-producing strata). Although other oil and gas activities may be approved through the use of environmental assessments or statutory categorical exclusions established under Section 390 of the Energy Policy Act of 2005, the majority of wells are permitted pursuant to a GAP or MDP. Specific GAPs/MDPs approved subsequent to the 1999 RMP Amendment include the following: |
| | Williams Production RMT Company, Wheeler to Webster GAP (2002)—Up to 213 new wells on 59 well pads between Rifle and Parachute, Colorado. |
| | Encana Oil and Gas (USA), Inc., Grass Mesa GAP (2004)— Up to 100 wells on 16 new pads and one existing pad approximately 5 miles south of Rifle, Colorado. |
| | Encana Oil and Gas (USA), Inc., Gant Gulch GAP (2005)—Up to 97 wells on 17 surface locations approximately 15 miles south of Rifle, Colorado. |
| | Encana Oil and Gas (USA), Inc., Orchard I GAP (2005)—Up to 65 wells on seven new and eight existing surface locations approximately 7 miles east of DeBeque, Colorado. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

Windsor Energy Group, LLC, Castle Springs GAP (2005)—Up to 98 wells on 6 well pads approximately 5 miles southeast of Silt, Colorado.

Encana Oil and Gas (USA), Inc., Rulison GAP (2007)—Up to 68 wells on six new and six existing pads, approximately 5 miles southwest of Rifle, Colorado.

Encana Oil and Gas (USA), Inc., South Parachute GAP (2007)—Up to 139 wells on 10 new and 16 existing pads, approximately 3 miles southeast of Parachute, Colorado.

Noble Energy, Inc., Pete and Bill Creek GAP (2007)—Up to 32 wells on four new pads, approximately 8 miles southwest of Rifle, Colorado.

Williams Production RMT Company, Doghead Mountain GAP (2007)—Up to 82 wells on seven new and three existing locations, approximately 3 miles south of Rulison, Colorado.

Williams Production RMT Company, Spruce Creek MDP (2008)—Up to 58 wells on three new pads and one existing pad, approximately 9 miles southeast of Parachute, Colorado.

Laramie Energy II, LLC, Helmer Gulch MDP (2008)—Up to 131 wells on five new and seven existing pads, approximately 2 miles southwest of Rifle, Colorado.

Encana Oil and Gas (USA), Inc., Orchard II MDP (2009)—Up to 93 wells on 24 new and one existing pad, approximately 5 miles east of DeBeque, Colorado (prepared jointly with the Grand Junction Field Office).

Orion Energy Partners, LP, Kokopelli MDP (2009)—Up to 163 new wells on six new and ten existing pads, approximately 4 miles southeast of Silt, Colorado (project now operated by Williams Production RMT Company).

Bill Barrett Corporation, Gibson Gulch MDP (2009)—Up to 131 wells on seven new and one existing pad, approximately 3 miles southeast of Silt, Colorado.

Noble Energy, Inc., Cache Creek MDP (2009)—Up to 79 wells on five new pads approximately 8 miles southeast of Parachute, Colorado.

Williams Production RMT Company, Flatiron Mesa MDP (2009)—Up to 93 wells from three new pads and one existing pad, approximately 6 miles southwest of Rifle, Colorado.

Laramie Energy II, LLC, West Mamm MDP (2010)—Up to 68 wells from three new and two existing pads, approximately 9 miles southeast of Rifle, Colorado.

Antero Resources, North Castle Springs MDP (2010)—Up to 284 wells from 13 new and three existing pads approximately 6 miles southeast of Silt, Colorado.

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| | |
|---|---|
| Forestry | See present actions. |
| Livestock grazing | Livestock grazing in portions of the planning area has remained stable or declined in the recent past. |
| Recreation and visitor services | Colorado's population has grown significantly in the past 10 years, and an increasing number of people are living near or seeking local public lands for a diversity of recreational opportunities characterized by the mountain resort or outdoor lifestyle. |
| Lands and realty | Land tenure actions have resulted in reducing the total area of lands managed by the CRVFO. Residential development in the areas surrounding CRVFO has been increasing. |
| | **Final Environmental Impact Statement for Pike and San Isabel National Forests and Comanche and Cimarron National Grasslands (USFS 1984).** This plan sets management, protection, and use goals and guidelines for the Pike and San Isabel National Forests and Comanche and Cimarron National Grasslands. |
| | **Amended Land and Resource Management Plan for Grand Mesa, Uncompahgre, and Gunnison National Forests (USFS 1991).** This plan sets management, protection, and use goals and guidelines for the Grand Mesa, Uncompahgre, and Gunnison National Forests. |
| | **Final Environmental Impact Statement for the 1997 Routt National Forest Land and Resources Management Plan (USFS 1997a).** This plan sets management, protection, and use goals and guidelines for the Routt National Forest. |
| | **Final Environmental Impact Statement for the 1997 Land and Resource Management Plan for the Arapaho and Roosevelt National Forests and the Pawnee National Grassland (USFS 1997b).** This plan sets management, protection, and use goals and guidelines for the Arapaho and Roosevelt National Forests and the Pawnee National Grassland. |
| | **Final Environmental Impact Statement for the 2002 Revised Land and Management Plan for the White River National Forest (USFS 2002).** This plan sets management, protection, and use goals and guidelines for the White River National Forest. |
| | **Record of Decision for the Approval of Portions of the Roan Plateau Resource Management Plan Amendment and Environmental Impact Statement (BLM 2007a).** This ROD provides BLM's decision to amend the 1988 Glenwood Springs RMP for BLM lands and resources in the Roan Plateau Planning Area. |
| | **Record of Decision for the Designation of Areas of Critical Environmental Concern for the Roan Plateau Resource Management Plan Amendment and Environmental Impact Statement (BLM 2008a).** This ROD provides BLM's decision to amend the 1988 Glenwood Springs RMP for BLM lands and resources in the Roan Plateau Planning Area. |
| Roadway development | Road construction has occurred in association with timber harvesting, energy development, and mining on BLM lands, private lands, State of Colorado lands, and USFS lands. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| | |
|---|---|
| Water diversions | The CRVFO has been affected by private irrigation diversions and by transmountain diversions from the Colorado River basin. Reservoir operations have affected water supply, aquatic conditions, and timing. |
| Special status species management | The Final EIS for Northern Rockies Lynx Amendment, which assesses guidelines for management of Canada lynx on certain lands under the authority of the USFS and BLM, was issued in summer 2007. |
| | Bald eagles were removed from the federal threatened and endangered species list in 2007; however they are protected by both the Bald and Golden Eagle Protection Act and the Migratory Bird Treaty Act. |
| **Natural Processes** | |
| Spread of noxious/invasive weeds | Noxious weeds have invaded many locations in the planning area carried by wind, humans, machinery, and animals. The ROD for Vegetation Treatment on BLM Lands in Thirteen Western States (USDI BLM 1991bsb) identifies vegetation treatment priorities. Partners Against Weeds – An Action Plan for the BLM (USDI 1996bsb) identifies appropriate actions to control weeds on public lands. The CRVFO is a member of the Tamarisk Coalition. |
| Spread of forest insects and diseases | See present actions. |
| Drought | See present actions. |
| Wildland fires and fuels | Fires within the planning area are both naturally occurring and used as a management tool. Naturally occurring fires have been widely distributed in terms of frequency and severity. Large-scale fires have occurred in the area in the last half of the nineteenth century and beginning of the twentieth century. Extensive wildfires have also occurred in the area since the early twentieth century, including the Storm King and Coal Seam fires. |
| **Present Projects, Plans, or Actions** | |
| **Human Actions** | |
| Energy and minerals development | **Wind Energy Development on BLM-Administered lands in the Western United States PEIS (2005).** The BLM initiated a PEIS that proposed implementation of a comprehensive program to address issues associated with wind energy development on BLM lands under a maximum potential development scenario. To the extent appropriate, future project-specific analyses would tier from the analyses conducted in the PEIS and decisions in the ROD to allow project-specific analyses to focus just on the critical site-specific issues of concern. |
| Forestry | Annual allowable harvest is 1.8 thousand board feet (MBF) in the CRVFO. Lodgepole pine is the primary commercial species, with the occasional sale of Engelmann spruce and subalpine fir in the CRVFO. Douglas-fir, aspen, and pinyon-juniper are also under forest management in the CRVFO. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| | |
|---|---|
| Livestock grazing | Approximately 552,007 acres within the CRVFO are within grazing allotment boundaries. |
| Recreation and visitor services | The towns of Wolcott, Eagle, Gypsum, Carbondale, Glenwood Springs, New Castle, Silt, Rifle, Parachute, Battlement Mesa, and DeBeque all have public lands bordering them that are used as "backyard" recreation areas by locals. Recreational use in these areas continues to grow exponentially with the rapid growth in the communities themselves. With use levels growing, evidence of visitation is also increasing. Some are associated with traditional uses (for example, hunting), while others are truly new. On a national level and in response to increasing demand for trails-based recreation on BLM lands, the BLM has developed an OHV strategy and a mountain bike strategy for trails and travel management. |
| | In response to increased recreational use, CRVFO has had to limit motorized use in many areas (i.e., motor vehicle closures), to limit motorized use by season (i.e., winter closures), to increase signage, field staff, and visitor services, to create brochures and maps for visitors, and to apply more rules and regulations. These actions all are intended to maintain natural resource settings, to direct recreation use, and to protect resources. Within some SRMAs and in urban-interface areas, new issues, such as domestic animals, noise, and visual aesthetics, are necessitating the BLM to consider additional administrative remedies for recreational use. |
| Lands and realty | **Designation of Energy Corridors on Federal Lands in the 11 Western States PEIS (2007).** This multi-federal-agency programmatic environmental impacts statement analyzes the environmental impacts of designating federal energy corridors on federal land in 11 western states, and incorporating those designations into relevant land use and resource management plans. |
| Roadway development | The rate of road building in the CRVFO area is greater than it was 10 years ago, due to oil and gas development. |
| Water diversions | See past actions. |
| Spread of noxious/invasive weeds | The CRVFO is implementing the ROD for the *Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States Programmatic Environmental Impact Statement* (PEIS) (BLM 2007i), which analyzed the impacts of using herbicides (chemical control methods) to treat noxious weeds and other invasive weeds on public lands. In addition, the *Vegetation Treatments on BLM Lands in 17 Western States Programmatic Environmental Report* (PER) (BLM 2007i), which evaluated the general effects of non-herbicide treatments (i.e., biological, physical, cultural, and prescribed fire) on public lands, will be incorporated as a reference. The PEIS identifies impacts to the natural and human environment associated with herbicide use and appropriate best management practices (BMPs), and standard operating procedures (SOPs), mitigation measures, and conservation measures for avoiding or minimizing adverse impacts. The PER describes the environmental impacts of using non-chemical vegetation treatments on public lands. |
| Spread of forest insects and diseases | Several years of drought in western states have resulted in severe stress on conifer trees. This stress has made the trees less able to fend off attacks by insects, such as bark beetles. Although some infestations of mountain pine beetle have occurred in Colorado in the past, a major pine beetle epizootic has been occurring since 1996. |
| Drought | Over the past 7 to 8 years, most of the western US has experienced drought, which is threatening agricultural users and drinking water supplies and has raised the potential for wildland fires. |
| Wildland fire and fuels | See reasonably foreseeable future actions. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| Reasonably Foreseeable Future Projects, Plans, or Actions | |
|---|---|
| **Human Actions** | |
| Energy and minerals development | Reasonably foreseeable mineral and energy development activity that considers all public and private activities within the CRVFO is detailed in the Reasonable Foreseeable Development: Oil and Gas in the CRVFO Administrative Boundary Area (BLM 2008b). Oil and gas development within the planning area would continue in the areas that are being developed. Infill drilling and step-out drilling (further expansion of development area) would be the major portion of future activity. |
| | The area within the Roan Plateau that would be leased in the future would be drilled based on constraints addressed in the Roan Plateau RMPA or Supplemental EIS. Industry would continue to drill heavily on fee minerals, and as they drill out the fee mineral estate, a significant increase of drilling on federal mineral estate would occur. Increased drilling would also occur on USFS lands since only half of the available lands for leasing are leased. It is projected that much of the drilling on USFS lands would occur in the latter half of the life of this RMP. |
| | Based on the presence of hot springs, the Colorado River corridor from Dotsero to Silt has been identified as prospectively valuable for geothermal energy. These resources have the potential to be developed in the future. |
| | **Roan Plateau Resource Management Plan Amendment (2007).** This RMPA presents options for management of BLM lands in the Roan Plateau Planning Area. This includes former Naval Oil Shale Reserves Numbers 1 and 3. The Planning Area includes approximately 73,600 acres of federal land in western Garfield County and a small portion of southern Rio Blanco County. |
| | **Geothermal Leasing in the Western United States PEIS (2008).** Through a PEIS and in accordance with the Energy Policy Act of 2005, the BLM and the USFS are proposing to make geothermal leasing decisions on pending lease applications submitted before January 1, 2005, and to facilitate geothermal leasing decisions on other existing and future lease applications and nominations in western states, including those in Colorado. |
| | **Oil Shale and Oil Shale Leasing PEIS (2008).** The BLM initiated a PEIS for oil shale and tar sand resources leasing on BLM lands in Colorado, Utah, and Wyoming. The PEIS amends existing applicable RMPs to address oil shale and tar sands resources leasing in these three western states. The PEIS directs the Secretary of the Interior to make available for leasing BLM lands in these three western states. |
| Forestry | Forest activities would be designed to reduce the size and intensity of existing and future disease and insect epizootics and to reduce the hazard of large-scale high intensity wildfires. The lodgepole pine merchantability for sawlog products from trees affected by the current mountain pine beetle epizootic would continue to decline. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| | |
|---|---|
| Livestock grazing | The number of permits/leases and AUMs may decrease through the sale of isolated tracts of BLM land. Substantial decreases in the number of livestock would probably occur from the sale of working ranches to hobby ranchers, the continued increase in recreational use of BLM lands, and the difficulty of making money raising livestock. |
| | Urbanization of rural locations in the planning area would probably continue and would contribute to conflict with livestock grazing. |
| | Gas development and activity in the western portion of CRVFO planning area would probably increase and create conflicts with livestock operations on BLM lands. |
| Recreation and visitor services | The demand for developed recreation sites would continue to increase in the planning area as more people come to the area. Demand for developed recreation sites may lead to more campgrounds, trails, trailheads, signage, and other associated facilities. |
| | US Forest Service Colorado Roadless Rule (2008). The proposed Colorado Roadless Rule is a regulation specific to Colorado that provides management direction for approximately four million roadless acres of National Forest System lands. |
| | OHV use would continue to increase as counties see increased population growth continuing. OHV use is also likely to increase in the western portion of the CRVFO planning area, where new routes are developed for oil and gas production and new residents move to those areas. |
| | Nonmotorized use close to urbanizing areas would grow as population grows. It is expected that demand for hiking and mountain biking trails would increase adjacent to all of the municipalities in the planning area. Demand for floating and fishing access to the Eagle River and lower Colorado River would also likely increase. Areas along river corridors would be expected to see increases in nonmotorized use as visitors and anglers hike along and to waterways. |
| Lands and realty | The BLM is moving toward consolidating its lands to benefit the public. To achieve this goal, candidates for land tenure adjustment through disposal, sale, exchange, or acquisition include parcels that are difficult to manage or that do not have public access, relatively small parcels adjacent to other federal- or state-managed lands, parcels that would increase conservation of natural resources, and parcels that increase access and use of BLM lands. |
| Roadway development | Road construction is expected to continue at the current steady rate on BLM and US Forest Service lands; the future rate is unknown on private and State of Colorado lands. |
| Water diversions | Expansion of the WUI and sprawled development in the Eagle, Roaring Fork, and Upper Colorado River Valleys are anticipated to have impacts on flow. |
| | Irrigation rights are expected to continue being bought and sold in the future, with some new property owners informally changing how the right was historically used. Due to population growth and land sales, more agricultural water rights may be converted to municipal and industrial uses. |

**Table 4.1.1-1**
**Projects, Plans, or Actions that Constitute the Cumulative Impact Scenario**

| | |
|---|---|
| Special status species management | New habitat conservation plans could be developed for currently listed species. If additional species are listed as threatened or endangered, habitat conservation plans also would be developed for designated habitat. |
| **Natural Processes** | |
| Spread of noxious/invasive weeds | Noxious and other invasive weeds are expected to continue to spread on all lands. Due to their ability to tolerate certain conditions, some species are expected to remain a serious long-term challenge in the planning area. |
| Spread of forest insects and diseases | See present actions. |
| Wildland fire ecology and management | Wildland fires would probably continue to occur over time, and although the number of fire starts on BLM lands is relatively small, fragmented landownership patterns in certain portions of the planning area increase the potential for fire to cross administrative boundaries and affect BLM lands. Increasing recurrence and severity of drought conditions have been predicted for this area as a result of climate change. This could in turn increase the occurrence and severity of wildfires on BLM land.<br><br>Fuels treatments, including prescribed or planned fires, chemical and mechanical treatments, and seeding, would probably continue and could increase in the future. |
| Climate change | Increased concern over greenhouse gas emissions and global climate change may lead to future federal and state regulations limiting the emission of associated pollutants. Regulation could include setting significance thresholds for greenhouse gases, such as those currently proposed in the California Environmental Quality Act (CEQA). |

## 4.1.2   Analytical Assumptions

Several assumptions were made to facilitate the analysis of the projected impacts. These assumptions set guidelines and provide reasonably foreseeable projected levels of development that would occur within the CRVFO during the planning period. These assumptions should not be interpreted as constraining or redefining the management objectives and actions proposed for each alternative, as described in Chapter 2. The following general assumptions apply to all resource categories. Any specific resource assumptions are provided in the Methods of Analysis section for that resource.

- Sufficient funding and personnel would be available for implementing the final decision.

- Implementing actions from any of the RMP alternatives would be in compliance with all valid existing rights, federal regulations, bureau policies, and other requirements.

- Implementation-level actions necessary to execute the land use plan-level decisions in this RMP would be subject to further environmental review, including NEPA, as appropriate. The RMP provides the necessary NEPA analysis for the issuance of leases for fluid minerals, such as oil, gas, and geothermal resources in the planning area.

- Most of the hydrocarbon production in the CRVFO is natural gas with little associated oil, natural gas liquids, and water. The Addendum to the GSFO Reasonable Foreseeable Development (RFD) for the period 2008 to 2027 (BLM 2008g) estimates that 4,818 wells, at seven wells per pad, would be drilled on BLM mineral estate within the CRVFO over the next 20 years, involving 688 well pads.

- Direct and indirect impacts of the RMP direction would primarily occur on CRVFO lands.

- In the future, as tools for predicting climate changes in a management area improve and as changes in climate affect resources and necessitate changes in how resources are managed, the BLM may be able to reevaluate decisions made as part of this planning process and adjust management accordingly.

- Appropriate maintenance would be carried out to maintain the functional capability of all developments.

- The discussion of impacts is based on the best available data. Knowledge of the planning area and professional judgment, based on observation and analysis of conditions and responses in similar areas, are used to infer environmental impacts where data are limited.

Acreage calculations used in this analysis are approximate values for alternative comparison and analytic purposes only, and do not reflect exact measurements of on-the-ground resources and actions. For analysis purposes, acreage figures were rounded to the nearest 100 or 10 acres as appropriate. These acreage values were calculated using ESRI's ArcGIS Desktop 9.1 software. The projection of GIS data that were analyzed to provide the acreage calculations is Universal Transverse Mercator (UTM) Zone 12N (UTM12N), based on the North American Datum of 1983 (NAD83).

## 4.1.3   Incomplete or Unavailable Information

The CEQ established implementation regulations for NEPA, requiring that a federal agency identify relevant information that may be incomplete or unavailable for an evaluation of reasonably foreseeable significant adverse impacts in an EIS (40 CFR 1502.22). If the information is essential to a reasoned choice among alternatives, it must be included or addressed in an EIS. Knowledge and information is, and would always be, incomplete, particularly with infinitely complex ecosystems considered at various scales.

The best available information pertinent to the decisions to be made was used in developing the RMP. Considerable effort has been taken to acquire and convert resource data into digital format for use in the RMP—both from the BLM and outside sources.

Certain information was unavailable for use in developing this RMP because inventories have either not been conducted or are not complete. Some of the major types of data unavailable are as follows:

- Oil and gas leasing is ongoing in the CRVFO. Figures used in this RMP are current through recent leasing, and dated for clarity. Forecasts of energy and mineral activities were used to evaluate the potential impacts from the proposed alternatives. These forecasts are speculative. Energy and mineral development depends on access to resources, available technology, the economics of mineral development, national and global demand for resources, and the potential discovery of additional energy and mineral resources. These factors are subject to significant changes over time. The best available information was incorporated into the analysis.

- Publicly available information about the health status of individual residents in the planning area is incomplete. No formal medical monitoring system has been available to monitor trends and/or anomalies in medical practices. The changes in and causes of health trends remain largely unknown.

- Cultural resource inventory is incomplete for the planning areas. At the time Class I cultural resource inventory reports were completed, only 11 percent of the CRVFO had been inventoried. The methods section for cultural resources discusses how cultural resource projections were based on previous inventory data (e.g., numbers of sites likely to be impacted by roads) and prehistoric and historic site sensitivity models.

- Land Health Assessments and PFC assessments have not been completed for the entire CRVFO area. As a result, the current condition of the rangeland and riparian vegetation in areas that have not been inventoried is unknown.

- Only a portion of the CRVFO has been inventoried for significant plant communities. Other areas could exist that have not been inventoried.

- Extensive weed inventories and mapping have not been conducted for the CRVFO. The current extent and types of weeds in any given area is unknown.

- Not all special status plant locations in the CRVFO are known or inventoried.

- Adequate visitor use data are not yet available to develop emission estimates for major categories of visitor activity.

- Cave and karst inventory is incomplete for the planning area. Some cave and karst resources may be undocumented or unknown.

- While global and national inventories are established, regional and state specific inventories are in varying levels of development. Quantification techniques are in development. For example, there is a good understating of climate change emissions related to fuel usage; however measuring and understanding the effects of albedo are less comprehensive. Analytical tools necessary to quantify climate impacts are presently unavailable. As a consequence, impact assessment of specific effects of anthropogenic activities cannot be determined.

- The assessment of climate changing pollutant emissions and climate change is in its formative phase; therefore, it is not yet possible to know with confidence the net impact on climate. The lack of

scientific tools designed to predict climate change on regional or local scales limits the ability to quantify potential future impacts. Potential impacts due to climate change are likely to be varied.

- Sampling methodology and numeric criteria against which biological conditions can be evaluated for water quality are incomplete.

For these resources, estimates were made concerning the number, type, and significance of these resources based on previous surveys and existing knowledge. In addition, some impacts cannot be quantified given the proposed management actions. Where this gap occurs, impacts are projected in qualitative terms or, in some instances, are described as unknown. Subsequent project-level analysis would provide the opportunity to collect and examine site-specific inventory data required to determine appropriate application of RMP-level guidance. In addition, ongoing inventory efforts by the BLM and other agencies in the planning area continue to update and refine information used to implement this RMP.

## 4.2    IMPACTS ON PHYSICAL, BIOLOGICAL, AND CULTURAL RESOURCES

### 4.2.1   Air Quality - Air and Atmospheric Values

#### Methods and Assumptions

Quantitative and qualitative analyses were used to evaluate the impact of management alternatives on air resources. Potential impacts on air resources from management actions for other resource programs are summarized in the following subsections. Existing conditions concerning air quality are described in Chapter 3, Section 3.2.1, and goals, objectives, and management decisions are presented in Chapter 2, Table 2-2. The Comprehensive Air Resources Protection Protocol (CARPP) in Appendix L will be implemented to continuously evaluate the impacts of resource decisions on air quality in the CRVFO. Ongoing air resources management will be composed of ongoing review of assumptions, background air quality, advances in technology, potential impacts evaluated in this Proposed RMP/Final EIS, current air quality modeling, and future air quality modeling efforts.

Currently, the CRVFO planning area is considered in attainment or unclassified for all CAAQS and NAAQS, with one small exception. The Aspen area, in the southern portion of the CRVFO planning area, was previously designated a nonattainment area for inhalable $PM_{10}$ and is now a $PM_{10}$ maintenance area. As discussed in Chapter 3.2.1, air quality monitoring within the planning area indicates stable to improving air quality trends for criteria pollutants, ozone, HAPs, particulates, and visibility conditions. Any BLM action on the land within the Aspen $PM_{10}$ maintenance area (any action taken on that 1.6 acres of land) that results in $PM_{10}$ emissions would require a general conformity analysis and, if warranted, a formal determination before such activity is authorized by the BLM. Since the maintenance area within the CRVFO is 1.6 acres, it is unlikely that a formal conformity determination would be required.

Activities on BLM lands in the CRVFO area that have the potential to emit air pollutants include wildfires, vegetation management activities, vehicle and OHV travel; energy development, mineral extraction, livestock grazing, and recreational activities. Combustion processes in wildfires, prescribed burns, and other vegetation burns produce VOCs, nitrogen oxides ($NO_x$), carbon monoxide (CO), $PM_{10}$, $PM_{2.5}$, and GHG emissions. Similarly, fuel combustion in vehicle engines produces reactive organic compounds, $NO_x$, (CO), $PM_{10}$, $PM_{2.5}$, and GHG emissions. Vehicle travel on unpaved roads or in off-road areas generates fugitive dust that contains $PM_{10}$ and $PM_{2.5}$. Energy and mineral development activities and associated equipment and vehicles produce VOCs, ($NO_x$), (CO), $PM_{10}$, $PM_{2.5}$, and GHG emissions. Camping and other recreational activities produce pollutant emissions through vehicle use, campfires, camp stoves, and use of portable internal combustion engines. Livestock grazing produces dust that contains $PM_{10}$ and $PM_{2.5}$, while livestock themselves produce GHG pollutants through digestive processes and manure generation. Wind erosion from disturbed or sparsely vegetated lands produces $PM_{10}$ and $PM_{2.5}$.

CRVFO evaluated the relative contribution of emissions associated with BLM activities and authorized uses, and it was evident that oil and gas activities have the greatest air emissions. Other uses on BLM, such as OHV use, are transient and temporary and therefore impractical to inventory and model. Therefore, it was determined that only emissions associated with all oil and gas activities (including all construction and production operations) would be quantified in the emissions inventory and included in the modeling analysis.

Multiple air quality models were used to predict pollutant concentrations and impacts on air-quality-related values within the CRVFO and throughout surrounding areas for each of the alternatives. The results of the air quality modeling are detailed in the Air Resources Technical Support Document (ARTSD).

AERMOD, an EPA guideline model, was used to predict localized concentrations (within one square mile of a dense source cluster) of CO, nitrogen dioxide ($NO_2$), $PM_{10}$, $PM_{2.5}$, and sulfur dioxide ($SO_2$) for comparison to NAAQS and CAAQS. In addition, six hazardous air pollutants and diesel particulate matter were modeled and compared with relevant health-based thresholds. Hazardous air pollutants (HAPs) are toxic and/or carcinogenic air pollutants that are regulated by EPA. Because EPA has not set ambient air quality standards for HAPs, impacts from HAP emissions are assessed against risk-based concentrations and in terms of increased cancer risk.

Far-field modeling predicted pollutant concentrations within the CRVFO and at greater distances (up to 300 kilometers) from CRVFO oil and gas facilities. The California Puff (CALPUFF) model was performed to:

- Compare predicted concentrations of CO, $NO_2$, $SO_2$, $PM_{10}$, and $PM_{2.5}$ with NAAQS and CAAQS, as well as to PSD increments.

- Estimate nitrogen and sulfur deposition rates at Class I and sensitive Class II areas.

- Estimate changes in acid neutralizing capacity at selected lakes.

- Estimate visibility impacts at Class I and sensitive Class II areas.

Ozone concentrations were predicted using the Comprehensive Air Quality Model with Extensions (CAMx) model. Ozone is formed in the atmosphere by chemical reactions involving a variety of pollutants, particularly VOCs and $NO_x$. Ozone modeling was performed using cumulative emissions, and results were compared with the current ozone standard of 0.075 ppm.

Assumptions used for the air quality modeling analyses are provided below.

- Activity, equipment, and emission control assumptions associated with emission calculations were based on information contained in the *Colorado River Valley Field Office Resource Management Plan Revision Air Resources Technical Support Document* (ARTSD) (URS 2011). Emission control assumptions during the scoping process for the Draft RMP/Draft EIS addressed a range of oil and gas development scenarios (including number of wells and surface disturbance) and currently available air mitigation technologies for the air quality model. The measures were derived specifically from requirements for technologies currently applied or planned to be applied in the future by the EPA and the CDPHE.

- The level of development assessed in the ARTSD and in this air quality analysis was based on the RFD scenario detailed in Appendix R and a variety of technological and economic assumptions that might alter the level of oil and gas development.

- Assumptions and parameters used in modeling to identify potential future pollutant concentrations were based on information contained in the Glenwood Springs Field Office Resource Management Plan Revision Air Quality Assessment Protocol (URS 2008) and on information included in the ARTSD (URS 2011). This protocol was prepared with input from the BLM, EPA Region VIII, the USFS, the National Park Service Air Resources Division, and the CDPHE Air Pollution Control Division.

- The scope of the air modeling was not intended to provide a comprehensive analysis of impacts to air quality from potential emissions of all air pollutants at all potential air emission sources. An extensive analysis of the current and future state of air quality conditions fell under the purview of the regulatory agency with delegated authority to control air emissions (CDPHE).

- The air quality model and future models would be used as a tool in conjunction with ongoing implementation efforts outlined in the CARPP.

Significant air quality impacts would occur if project activities would cause one or more of the following conditions:

- Exceedance of primary or secondary NAAQS or CAAQS.

- Concentrations of HAPs or other toxic air pollutants above designated thresholds.

- An increase in cancer risk of more than one additional person in 1 to 100 million based on the most likely exposure.

- Changes in nitrogen or sulfur deposition exceeding the Level of Concern.

- Changes in lake acid neutralizing capacity above the Limit of Acceptable Change.

- Visibility impacts exceeding 1.0 deciview (dv) change at Class I area, when impacts are evaluated from more than one source.

The possible impacts on air resources from management actions for other resource programs are discussed in the following subsections. Appendix L outlines the adaptive management approach to implementing air resources management in the CARPP. The above referenced air quality model (ARTSD) is a tool to make air resources management decisions in the CARPP. A range of oil and gas development and mitigation scenarios were evaluated in the ARTSD. These scenarios created a range of emissions levels and air quality impacts to make implementation-level decisions. Efforts to analyze resource impacts in the Draft RMP began alongside the ARTSD; therefore, the range of alternatives in the Draft RMP was the same as the four development scenarios in the ARTSD. In arriving at a Proposed RMP and preparing a Final EIS, the BLM considered the results of the air model, all substantive comments, and issues regarding technical feasibility of air mitigation measures. The Proposed RMP in the Final EIS includes a level of development and mitigations scenarios within the range of alternatives in the Draft RMP/Draft EIS implemented with an adaptive management plan (CARPP). With continuing advancements in technology such as increased number of wells per pad, the BLM decided to analyze the greatest number of wells combined with restrictive protections for other resources. To analyze the full range of possible impacts on other resources and the most oil and gas development, the Proposed RMP considered the full level of the development assumed in the RFD, which is the same number of wells and acres of disturbance as Alternative D. The Proposed RMP includes stipulations and protective measures for other resources similar to the preferred alternative in the Draft RMP/Draft EIS. The stipulations in the Alternative B – Proposed RMP for this Final EIS are more protective than in Alternatives D or A.

Alternative A considered a moderate level of oil and gas development with the least stringent stipulations and the most acres open to leasing. The number of wells and acres of disturbance would be less in Alternative A than in Alternative B – Proposed RMP or in Alternative D, but more than in Alternative C. Alternative C considered the least amount of development, in terms of wells and surface disturbance, the most restrictive

stipulations, and the least acres open to leasing. Alternative C would have the least amount of oil and gas activity. Alternative B – Proposed RMP and Alternative D assumed the same number of wells and surface disturbance, but Alternative B – Proposed RMP would include more restrictions to protect other resources. Alternative D would include more acres open to leasing than Alternative B – Proposed RMP and Alternative C but less than Alternative A.

## Environmental Consequences

Impacts on air quality would result from some of the actions included under other resources and uses. Programs that were deemed to have no impacts or only negligible impact on air quality under any of the four alternatives completed a qualitative air quality assessment, as noted under the activities outlined in each alternative below. Only emissions associated with oil and gas activities (including construction and production operations) were quantified in the emissions inventory and put into the modeling analysis. The impacts are analyzed under each alternative discussed below. See the *Air Resources Technical Support Document* (URS 2011) for comprehensive results comparing air quality impacts for each of the alternatives.

## Alternative A

**Impacts from Air Quality Management.** The air quality management objective under Alternative A would be to limit air quality degradation in the resource area by ensuring that BLM land use activities are in compliance with federal, state, and local laws and regulations. Air quality management objectives and actions under Alternative A would emphasize coordination with local, state, and federal air quality management agencies to ensure compliance with regulatory programs.

Air quality management actions under Alternative A would be the least restrictive with regard to emission controls mandated under the other alternatives. Air quality management actions under Alternative A would include the following strategies to reduce emissions from oil and gas activities:

- Require engines at compressor stations, drill rig engines, and frac pump engines to meet EPA and CDPHE emission standards.

- Require twice-daily watering at construction sites and associated roads.

- Continue ongoing fugitive dust management practices for unpaved roads to achieve 50 percent fugitive dust reduction from uncontrolled levels.

- Require facility consolidation so that 60 percent of well pads pipe natural gas and natural gas liquids to consolidated facilities.

- Require at least 40 percent of produced water to be piped from production sites to its final destination.

- Require glycol dehydrators, condensate tanks, and produced water tanks to meet EPA and CDPHE emission standards.

Descriptions of oil and gas activity, air quality management actions, emission control levels, and emission calculations are provided in the ARTSD (URS 2011). Estimated maximum annual emissions from oil and gas development under Alternative A would be expected to have the greatest annual emissions of each pollutant as presented in the ARTSD. In addition to criteria pollutants, emissions of six HAPs were quantified, including benzene, ethylbenzene, formaldehyde, hexane, toluene, and xylene. Hexane, BTEX, and

formaldehyde are emitted from oil and gas operations and from engine exhaust. Comparisons of the expected emissions among each of the four scenarios were modeled and reported in the ARTSD.

Dispersion modeling analyses were conducted to estimate local and regional changes in ambient air quality resulting from oil and gas development. To be conservative, Table 4.2.1-1 summarizes maximum criteria pollutant concentrations expected in the vicinity of oil and gas well fields under the air quality modeling scenario that corresponds with Alternative A. This near-field modeling assumed four well pads with associated access roads surrounding a compressor station within a 1-square-mile area.

Near-field modeling used the AERMOD program to predict ambient concentrations. Initial modeling results for Alternative A resulted in a predicted maximum, 24-hour average $PM_{10}$ concentration above the NAAQS. Consequently, a revised analysis was prepared assuming that fugitive dust controls under Alternative A would be identical to those under Alternative B (Proposed RMP) and Alternatives C and D. The modeling results for $PM_{10}$ shown in Table 4.2.1-2 assumed those more stringent fugitive dust controls. With more stringent fugitive dust controls, maximum criteria pollutant concentrations near oil and gas well fields would be less than the relevant NAAQS. Consequently, fugitive dust controls associated with the Proposed RMP and Alternatives C and D were recommended to replace Alternative A fugitive dust controls if Alternative A were the selected alternative.

**Table 4.2.1-1**
**Estimated Maximum Annual Emissions from Oil and Gas**
**Development, Alternative A\***

| Pollutant | Maximum Emissions, Tons per Year |
|---|---|
| CO | 805 |
| $NO_x$ | 423 |
| $PM_{10}$ | 1,950 |
| $PM_{2.5}$ | 200 |
| $SO_2$ | 1 |
| VOC | 3,382 |
| Benzene | 73 |
| Ethylbenzene | 0.3 |
| Formaldehyde | 55 |
| Hexane | 210 |
| Toluene | 52 |
| Xylene | 28 |

\* Based on 2028 modeling year, the year with the greatest annual emissions of each pollutant
Source: URS 2011.

Acronyms and Abbreviations:

| | |
|---|---|
| CO | carbon monoxide |
| $NO_x$ | nitrogen oxides |
| $PM_{10}$ | particulate matter 10 microns or less |
| $PM_{2.5}$ | particulate matter 2.5 microns or less |
| $SO_2$ | sulfur dioxide |
| VOC | volatile organic compound |

**Table 4.2.1-2**
**Estimated Maximum Criteria Pollutant Concentrations Near Oil and Gas Well Fields,**
**Alternative A**

| Pollutant | Averaging Time | Units | Maximum Pollutant Concentration | | | NAAQS | Percent of Air Quality Standard |
|---|---|---|---|---|---|---|---|
| | | | Modeled | Background | Total | | |
| NO$_2$ | 1 hour | ppmv | 0.074 | not included | 0.074 | 0.100 | 74% |
| | Annual | ppmv | 0.004 | 0.016 | 0.021 | 0.053 | 39% |
| CO | 1 hour | ppmv | 0.31 | 4.07 | 4.38 | 35 | 13% |
| | 8 hours | ppmv | 0.14 | 2.03 | 2.18 | 9 | 25% |
| SO$_2$ | 1 hour | ppmv | 0.001 | 0.031 | 0.032 | 0.075 | 43% |
| | 3 hours | ppmv | 0.001 | 0.025 | 0.026 | 0.267 [CAAQS] | 9.8% |
| | 24 hours | ppmv | 0.000 | 0.013 | 0.014 | 0.14 | 10% |
| | Annual | ppmv | 0.000 | 0.002 | 0.002 | 0.03 | 7% |
| PM$_{10}$ | 24 hours | µg/m$^3$ | 16.80 | 56.00 | 72.80 | 150 | 49% |
| | Annual | µg/m$^3$ | 0.83 | 30.00 | 30.83 | 50 [CAAQS] | 62% |
| PM$_{2.5}$ | 24 hours | µg/m$^3$ | 2.85 | 24.00 | 26.85 | 35 | 77% |
| | Annual | µg/m$^3$ | 0.37 | 9.00 | 9.37 | 15 | 62% |

Acronyms and Abbreviations:

| | |
|---|---|
| CAAQS | Colorado Ambient Air Quality Standard |
| CO | carbon monoxide |
| µg/m$^3$ | micrograms per cubic meter |
| NAAQS | National Ambient Air Quality Standard |
| NO$_x$ | nitrogen oxides |
| PM$_{10}$ | particulate matter 10 microns or less |
| PM$_{2.5}$ | particulate matter 2.5 microns or less |
| ppmv | parts per million by volume |
| SO$_2$ | sulfur dioxide |
| VOC | volatile organic compound |

Modeling hazardous air pollutants (BTEX, formaldehyde, and n-hexane) showed that maximum concentrations would be less than relevant 1-hour and annual average toxicity criteria. In addition to toxicity concerns, benzene and formaldehyde are carcinogenic. Cancer risk analyses showed a maximum long-term cancer risk from exposure to benzene and formaldehyde (combined) of 0.49 per million for the maximally exposed individual and 0.16 per million for the most likely exposure. This cancer risk is well below the impact significance level of 1 to 100 per million (URS 2011).

Far-field pollutant concentrations were estimated using CALPUFF modeling, which is described in the ARTSD (URS 2011). Thousands of receptors were modeled within and beyond the CRVFO oil and gas development area. Class I receptors were modeled in Arches National Park, Eagles Nest Wilderness, Flat Tops Wilderness, Maroon Bells-Snowmass Wilderness, and Mount Zirkel Wilderness. Class II (gridded) receptors were modeled within and beyond the major oil and gas development areas, as well as within the West Elk Wilderness (a Class I area), Colorado National Monument (sensitive Class II area), and Dinosaur National Monument (sensitive Class II area). Two other Class I areas—Rocky Mountain National Park and the Rawah Wilderness—were not modeled because of their distance from the CRVFO and the presence of three modeled receptors between these two and the CRVFO. In addition to predicting non-ozone criteria pollutant concentrations, modeling was performed to predict nitrogen and sulfur deposition, changes in acid

neutralizing capacity conditions at selected wilderness area lakes, and visibility changes in Class I and sensitive Class II areas. The modeling results in the ARTSD can be summarized as follows:

- Maximum concentrations of $NO_2$, CO, $SO_2$, $PM_{10}$, and $PM_{2.5}$ would be less than the relevant NAAQS and CAAQS at all modeled receptors. Incremental increases in $NO_2$ and $SO_2$ concentrations would be less than PSD increment consumption criteria at all modeled receptors.

- Incremental increases in $PM_{10}$ concentrations would be less than PSD increment consumption criteria for annual average concentrations but would exceed the 24-hour increment consumption criteria at some locations.

- Incremental increases in $PM_{2.5}$ concentrations would be less than PSD increment consumption criteria for both annual and 24-hour average concentrations at all receptors.

- Total nitrogen and sulfur deposition at Class I and sensitive Class II areas would be below the Level of Concern.

- Predicted changes in acid neutralizing capacity at Avalanche Lake, Moon Lake, Ned Wilson Lake, Seven Lakes, Summit Lake, and Trappers Lake would be below the Limit of Acceptable Change (LAC), which is 10 percent of baseline acid neutralizing capacity for these lakes. Predicted changes in acid neutralizing capacity at Upper Ned Wilson Lake would also not exceed the LAC. However, since this lake is extremely sensitive, the LAC is not defined as a percentage of change, but rather as "For surface waters that have a baseline of <25 µeq/l [microequivalents per liter] Acid Neutralizing Capacity, no more than 1 µeq/l cumulative loss in Acid Neutralizing Capacity is acceptable."(USFS 2011). For Upper Ned Wilson Lake, the LAC is less than 21.2 equivalents (eq). Project impacts for Alternative A are 0.8 eq, well below the LAC of 21.2.

Visibility changes are assessed by predicting pollutant concentrations and their effect on visibility. The predicted change in visibility is reported in terms of dv. A 1.0 dv change in visibility is a small but perceptible scenic change that is approximately equal to a 10 percent change in the light extinction coefficient. Data on visibility change are the number of days when a visibility change from estimated natural visibility (or near pristine) conditions is predicted to be 1.0 dv or more. Some non-BLM federal agencies use a threshold of 0.5 dv. The ARTSD describes visibility change analysis methodologies and provides visibility results for both the 0.5 and 1.0 dv thresholds for CRVFO oil and gas impacts (URS 2011). Three visibility impact prediction calculation methods were used in conjunction with 3 years of modeling data. Impacts of Alternative A on air quality are summarized as follows:

- Visibility changes at Class I and sensitive Class II areas would be less than 1.0 dv at all modeled areas, except for 1 day at the Flat Tops Wilderness.

- Visibility changes would be less than 1.0 dv at Holy Cross View, Holy Cross Wilderness View, and Rabbit's Ear View.

- Visibility changes would exceed 1.0 dv at Big Mountain View and the Roan Cliffs View, with up to 1 day per year of visibility change above 1.0 dv at the Big Mountain View and between 20 and 69 days per year of visibility change at the Roan Cliffs View, which is within the CRVFO. Because these scenic views are not Class I areas, they are not afforded special protection under the Clean Air Act. Visibility impacts at these scenic views are provided for disclosure purposes only.

Ozone impacts are modeled cumulatively and are reported in the air quality cumulative impacts section and detailed in the ARTSD.

**Impacts from Wildland Fire Management.** Depending on the number of acres burned and fire severity and intensity, wildland fires and prescribed burns produce relatively short-term, localized quantities of criteria pollutant emissions and some HAPs. Carbon monoxide, carbon dioxide, suspended particulate matter, and organic compounds are the pollutants emitted in the greatest quantities by wildland fires and prescribed fires. Smoke from wildland fires and prescribed burns can cause visibility and traffic safety problems in addition to air quality issues. Wind erosion from burned areas can cause post-fire air quality, visibility, and traffic safety problems. Vehicles and aircraft used for fire suppression operations and post-fire land stabilization programs contribute minor amounts of vehicle engine exhaust and fugitive dust emissions. Proposed fire management actions would be the same across all alternatives; therefore, impacts on air quality from wildland fire management would be the same across all alternatives. Under all alternatives, long-term beneficial impacts would generally outweigh adverse impacts from wildland fire and fuels management by improving forest health and reducing the risk of high-severity fire. Since wildland fires are not constituted as authorized uses of the public lands, and because the BLM fire management program develops smoke management plans, emissions associated with wildland fires were not calculated. CDPHE has established a separate permitting program for open burning and prescribed fires, where the Air Pollution Control Division (APCD) administers the prescribed fire permit program and the open burning permit program in most counties. The open burning permit program has been delegated to some counties, three of which are Eagle, Mesa, and Routt counties, which make up part of the CRVFO.

**Impacts from Forestry Management.** Under Alternative A, the most acres of commercial forestland would be intensively managed to improve forest health and vigor and to provide timber products. Wood products, such as posts, poles and firewood, would be produced on these lands. Reduction of pinyon-juniper encroachment into rangeland ecosystems and fuels reduction would be the focus of treatments in woodland stands, primarily through thinning by hand crews and the use of mechanized equipment for clearing and thinning. Reducing the cover of encroaching pinyon-juniper stands would lead to an increase in understory vegetation, such as grasses and forbs, thus providing greater protection against wind erosion and long-term fugitive dust.

Timber harvesting generates criteria air pollutant emissions from equipment used for logging road construction, from logging operations, from traffic on unpaved and paved roads, and from burning logging slash. Pollutants emitted from these activities include CO, $CO_2$, particulate matter, and VOCs. Burn plans implement fire management techniques to manipulate burn conditions to reduce the severity of the fire and minimize exposure of sensitive populations to smoke. The result would be soil compaction and displacement and soil erosion. The severity of impacts would depend on soil characteristics and implementation of stipulations, BMPs, and mitigation measures. Impacts would be minor to moderate before understory regrowth occurs and would generally have long-term benefits to air quality.

Alternative A would place a moderate emphasis on forest health, which is beneficial for air resources. Alternative B (Proposed RMP) and Alternative D would be the most aggressive alternatives and therefore more protective than Alternative A.

Since forestry management was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by

these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, because emissions data are not reliable, and because impacts from these activities could not be well simulated in the model. If and when these activities are proposed for implementation under this RMP, and if air quality is determined to be an issue of concern during the NEPA analysis process, then an appropriate air quality analysis would be conducted at that time.

**Impacts from Livestock Grazing Management.** Alternative A would allow 39,200 AUMs on 488,300 acres within the CRVFO. GHG from ruminant livestock (e.g., cattle, sheep, and goats) grazing occur primarily from enteric fermentation, with smaller GHG emissions occurring from manure. Open grazing reduces manure-related greenhouse gas emissions compared with concentrated animal feeding operations (CAFOs) because manure handled as a solid (i.e., deposited on pasture or range land) tends to decompose aerobically and produce little or no methane, while manure at CAFOs is often handled as a liquid or slurry in ponds or lagoons from which anaerobic decomposition produces more methane (EPA 2011c). Vehicle traffic to transport livestock between grazing allotments is a minor source of criteria pollutant and carbon dioxide emissions from vehicle exhaust and fugitive dust from unpaved roads. Adverse impacts in areas where livestock congregate could include loss of vegetation cover caused by grazing and becoming a minor source of fugitive dust emissions. Alternative A would involve the most acres and AUMs available for livestock grazing and the least management restrictions; therefore, air quality impacts would likely be greatest under Alternative A.

However, since livestock grazing was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, because emissions data are not reliable, and because impacts from these activities could not be well simulated in the model.

**Impacts from Comprehensive Trails and Travel Management.** Under Alternative A, the planning area would leave large tracts of land open to cross-country OHV use. The CRVFO has 295,900 acres open to cross-country travel, 38,000 acres limited to travel on existing routes, and 123,000 acres limited to travel on designated routes. On-road and off-road vehicles generate engine exhaust emissions and fugitive dust. Engine exhaust emissions include emissions of CO, carbon dioxide ($CO_2$), $NO_x$, fine particulate matter, $SO_2$, and organic compounds (including VOCs and HAPs). The impact from increased motorized use (e.g., full-sized vehicles, motorcycles, and ATVs) as well as from horses and foot traffic, increases the potential for soil disturbance and erosion. Road and trail maintenance is a source of vehicle emissions and fugitive dust generation. Since travel management was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, emissions data not reliable, and impacts from these activities could not be well simulated in the model. If and when these activities are proposed for implementation under this RMP, and if air quality is determined to be an issue of concern during the NEPA analysis process, then an appropriate air quality analysis would be conducted at that time.

**Impacts from Lands and Realty Management.** Actions related to lands and realty management programs include acquiring, disposing of, and exchanging land, establishing mineral withdrawal areas and ROW avoidance and exclusion areas, and issuing ROWs. Such actions have the potential for indirectly creating emissions of criteria pollutants from construction of infrastructure projects or from future uses of lands that the BLM acquires or transfers to other entities. Establishment of mineral withdrawal areas may have the minor beneficial effect of avoiding criteria pollutant emissions from mineral development projects that might otherwise occur. Establishment of ROW avoidance and exclusion areas may have indirect effects of avoiding some potential ROW construction projects or altering the routing of other projects. Since land and realty management was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, because emissions data are not reliable, and because impacts from these activities could not be well simulated in the model. If and when these activities are proposed for implementation under this RMP, and if air quality is determined to be an issue of concern during the NEPA analysis process, then an appropriate air quality analysis would be conducted at that time.

**Impacts from Coal Management.** Under Alternative A, approximately 28,500 acres of the federal mineral estate in the planning area would be open to further consideration for coal leasing. Stipulation GS-NSO-1 for surface coal mines would prohibit surface occupancy and surface-disturbing activities within the area of an approved surface coal mine. Additionally, stipulation GS-CSU-1 for underground coal mines would apply CSU restrictions to oil and gas operations within the area of federally leased coal lands.

Construction equipment operations associated with facility, road, and ROW construction for coal development projects would be a source of fugitive dust, engine exhaust emissions, and methane from coal outgassing. Equipment used for extraction, processing, and material transport also would be a source of fugitive dust and engine exhaust emissions. Most coal development projects would be subject to state and federal air quality permits, and developers would be required to comply with state and federal air quality regulations While coal mining would result in surface-disturbing activities, there are no active coal mines in the planning area, and the potential for new coal mine operations in the future is relatively low. Since coal management was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, because emissions data are not reliable, and because impacts from these activities could not be well simulated in the model. If and when these activities are proposed for implementation under this RMP, and if air quality is determined to be an issue of concern during the NEPA analysis process, then an appropriate air quality analysis would be conducted at that time.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** The primary impact on the planning area in this section would be from oil and gas development. Under Alternative A, approximately 672,500 acres of the federal mineral estate within the planning area would be managed as open to fluid minerals leasing and development and 28,700 acres would be closed to fluid minerals leasing. This alternative accounts for development of approximately 2,662 federal wells with an

estimated 3,347 acres of surface disturbance and includes the pads, access roads, pipelines, and a *pro rata* share of offsite facilities. The total area would be reduced to 2,181 acres on interim reclamation of well pads. The air quality impacts from oil and gas development under Alternative A are presented in the Air Quality Management section. Air quality impacts to public health are discussed in detail in the Chapter 4-6-1.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.**
Under Alternative A, approximately 470,700 acres of the planning area would be open to locatable mineral development. However, the CRVFO would recommend to the Secretary of the Interior withdrawal of approximately 34,500 acres from locatable mineral exploration or development. Approximately 470,700 acres of the planning area would be open to salable minerals and non-energy leasable minerals. The CRVFO would close approximately 34,500 acres in the planning area to mineral materials and non-energy solid mineral leasing.

Exploration and development of locatable and salable minerals would result in surface and subsurface disturbing activities through mineral development. Construction equipment operations associated with facility, road, and ROW construction for mineral development projects would be a source of fugitive dust and engine exhaust emissions. Equipment used for extraction, processing, and material transport also would be a source of fugitive dust and engine exhaust emissions. Most mineral development projects would be subject to state and federal air quality permits, and developers would be required to comply with state and federal air quality regulations. Alternative A would withdraw the fewest acres for mineral development and would potentially result in the most impacts to air quality.

Since this issue was not identified as an issue of concern during the scoping process for air quality impact analysis, and since the CRVFO determined that the potential magnitude of emissions generated by these types of activities was considered to be so much less than the magnitude of emissions from oil and gas activities, the increase in modeled impacts would be virtually undetectable. Emissions from these activities were not quantified because of the transient and varying nature and short-term duration of these types of activities, because emissions data are not reliable, and because impacts from these activities could not be well simulated in the model. If and when these activities are proposed for implementation under this RMP, and if air quality is determined to be an issue of concern during the NEPA analysis process, then an appropriate air quality analysis would be conducted at that time.

## Alternative B (Proposed RMP)
Impacts on air quality from wildland fire management, forestry management, lands and realty management, and coal management would be the same as or similar to those for Alternative A. Impacts from management of other resources, uses, and special designations would be as described below.

**Impacts from Air Quality Management.** The air quality management goal under the Proposed RMP would be to ensure that air quality and air-quality-related values are adequately protected in conjunction with activities or resource uses authorized by the BLM. The objective would be to control or reduce emissions of air pollutants associated with oil and gas activities to help protect human health, reduce visibility-impairing pollutants in accordance with the reasonable progress goals established within the Colorado Regional Haze State Implementation Plan to improve visibility, reduce atmospheric deposition, and reduce GHG emissions. Air quality management objectives and actions under the Proposed RMP would include more stringent emission controls on oil and gas equipment and activities than those assumed for Alternative A. Air quality management actions under the Proposed RMP would include the following strategies to reduce emissions from oil and gas activities:

- Implement an adaptive air quality management plan to continuously monitor and manage air quality in the CRVFO using the air quality modeling results in the ARTSD, review of the level of oil and gas development and resulting emissions, and institute ambient air quality monitoring and phased implementation of air quality mitigations.

- Cooperate with the CDPHE and local governments in identifying monitoring needs, as well as in facilitating installation and operation of air quality monitoring equipment on BLM land or in conjunction with BLM-authorized activities.

- Based on annual review required in the CARPP in Appendix L and on the rate of development, require phased-in use of improved drilling and completion engines that meet or exceed Tier 4 non-road diesel emission standards (40 CFR 1039). The conversion to engines that meet or exceed Tier 4 non-road diesel emission standards would be completed when the equivalent of 2,664 wells or the emissions modeled in Alternative A of the ARTSD are exceeded.

- During construction, reduce emissions of fugitive dust by requiring operators to implement watering (minimum twice daily during dry conditions) or application of other dust-suppressant agents at construction areas, including access roads used during construction. The authorized officer might direct the operator to change the level and type of dust abatement if the measures being used were insufficient to prevent visible plumes of fugitive dust or deposition of excessive dust on nearby surfaces in conjunction with vehicular traffic, equipment operations, or wind events. Require fugitive dust control plans in conjunction with oil and gas MDPs. In the oil and gas development area, require road design, construction, and surfacing methods that would achieve at least 94 percent fugitive dust emission reduction using asphalt, chip-seal, or gravel in combination with watering or dust suppressants.

- Require at least 80 percent of condensate and produced water to be piped from production sites to consolidated facilities for treatment or transfer to trucks for haulage.

- Reduce emissions of VOCs associated with federal oil and gas wells by requiring that operators install and maintain measures to achieve at least 90 percent control on glycol dehydrators and storage vessel and tank vents or otherwise as needed to comply with CDPHE Regulation Number 7, 5 CCR 1001-9, COGCC Rule 805, the New Source Performance Standards for Crude Oil and Natural Gas Production at 40 CFR Part 63 subpart OOOO and National Emission Standards for Hazardous Air Pollutants (NESHAPs) for Oil and Natural Gas Production at 40 CFR Part 63 subparts HH and HHH.

- Require that oil and gas operators use reduced-emission completion technologies (i.e. "green" completions) as defined in COGCC Rule 805 and the New Source Performance Standards for Crude Oil and Natural Gas Production at 40 CFR Part 63 subpart OOOO for all wells on BLM lands and wells that access federal minerals. An exemption may be granted on a case-by-case basis if installation of necessary infrastructure is impracticable.

- Require flaring of natural gas during well completions that are exempted from green completion technology. Prohibit venting of natural gas except during emergencies

- Require that natural-gas-fired reciprocating internal combustion engines at BLM-authorized field compression facilities comply with CDPHE Air Quality Control Commission Regulation No. 7, 5 CCR 1001-9 Section XVII.E.2, Emission Standards for New and Relocated Engines, and Section XVII.E.3 for existing engines.

- Require compliance with applicable New Source Performance Standards and NESHAPs for all internal combustion engines.

- Consider electrification of engines at compressor stations as a possible mitigation measure in areas where it is feasible.

The Proposed RMP would include an adaptive management approach to implementing the range of development scenarios and mitigation measures modeled in the ARTSD and evaluated in the Draft RMP. The purpose of the CARPP in Appendix L is to address air quality issues identified by BLM in its analysis of potential impacts to air quality resources for the CRVFO RMP/EIS. In addition, the plan further clarifies the air resources goals, objectives, and management actions set forth in Table 2-2 of the Proposed RMP/Final EIS. The CARPP is an adaptive management approach to implementing air resources decisions and outlines BLM's commitments for managing air resources. The CARPP considers a range of emissions levels and air quality impacts from the mitigation and development scenarios in the ARTSD and future modeling efforts to make implementation-level decisions. The Proposed RMP includes a level of development and mitigations scenarios within the range of alternatives in the Draft RMP/Draft EIS implemented with an adaptive management plan (CARPP). With continuing advancements in technology such as increased number of wells per pad, the BLM decided to analyze the greatest number of wells combined with restrictive protections for other resources. To analyze the full range of possible impacts on other resources and the most oil and gas development, the Proposed RMP considered the full level of the development assumed in the RFD, which is the same number of wells and acres of disturbance as in Alternative D. The Proposed RMP includes stipulations and protective measures for other resources similar to the preferred alternative in the Draft RMP/Draft EIS. The stipulations in the Proposed RMP in this Final EIS would be more protective than under Alternatives D or A. Therefore, the Proposed RMP would balance the highest oil and gas extraction volume with protecting other resources and resource uses. Implementation of the CARPP in the Proposed RMP would allow for a flexible approach to oil and gas development by relying on air quality modeling to analyze future impacts, continuously comparing air quality conditions and industry emissions to the analysis, and allowing operators to use technological advancements to mitigate air quality impacts. Alternative A would protect air quality and other resources while assuming the level of development analyzed in Alternative D.

**Impacts from Livestock Grazing Management.** Livestock grazing impacts under the Proposed RMP would be less than under Alternative A because of a reduction in the number of available AUMs and a reduction in acres open to grazing. Under the Proposed RMP, 35,500 AUMs would be allowed in the planning area, and approximately 441,600 acres of public land would be available for livestock grazing. These restrictions would cause a decrease in methane, vehicle exhaust, and fugitive dust emissions compared with Alternative A that is proportionate to the change in AUMs between Alternative A and the Proposed RMP.

**Impacts from Comprehensive Trails and Travel Management.** The Proposed RMP impacts would be similar to those described under Alternative A. Under the Proposed RMP, the CRVFO would not designate any areas as open to OHV use, 41,200 acres would be closed to OHV use, and 464,000 acres would limit OHV use to designated routes. This reduction of total acres open to cross-country OHV use would result in a reduction in erosion and less fugitive dust. Compared with Alternative A, the impact from travel management on air quality would be similar across the Proposed RMP and Alternatives C and D, resulting in benefits to air quality.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** The primary impact on air resources in the CRVFO planning area would be from oil and gas development. Under

the Proposed RMP, approximately 603,100 BLM surface acres within the planning area would be managed as open to fluid minerals leasing and development. This alternative accounts for the development of approximately 4,200 federal wells on 525 multi-well pads, with an estimated 5,300 acres of surface disturbance, and includes the pads, access roads, pipelines, and a *pro rata* share of off-site facilities. The total area would be reduced to 3,400 acres on interim reclamation of well pads. The Proposed RMP includes ongoing air quality management outlined in Appendix L to make implementation-level decisions for this assumed level of development.

The air quality impacts from oil and gas development under the Proposed RMP are presented in the Air Quality Management section above. Air quality impacts to public health are discussed in detail in the Chapter 4-6-1.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** The CRVFO would recommend withdrawal of approximately 181,200 acres for closure to the mining laws for locatable exploration or development. The CRVFO would close approximately 162,500 to mineral materials and non-energy solid mineral leasing. Under this alternative, air quality would benefit in those areas where these activities would be prohibited. Mineral development under the Proposed RMP would be implemented according to the CARPP and would have less impact on air resources than under Alternatives A and D, but more than C.

## Alternative C

Impacts on air quality from wildland fire management, forestry management, lands and realty management, and coal management would be the same as or similar to those under Alternative A. Impacts from management of other resources, uses, and special designations would be as described below.

**Impacts from Air Quality Management.** The air quality management goal under Alternative C would be to ensure that air quality and air-quality-related values are adequately protected in conjunction with activities or resource uses authorized by the BLM. The objective would be to control or reduce emissions of air pollutants associated with oil and gas activities to help protect human health, reduce visibility-impairing pollutants in accordance with the reasonable progress goals established within the Colorado Regional Haze State Implementation Plan to improve visibility, reduce atmospheric deposition, and reduce GHG emissions. Air quality management objectives and actions under Alternative C would include more stringent emission controls on oil and gas equipment and activities than are assumed for Alternative A. The ARTSD analyzed four development and mitigation scenarios.

Alternative C air quality management actions include the following strategies to reduce emissions from oil and gas activities:

- Require electrification of all engines used for gas compression at compressor stations.

- Require new drill rig and frac pump engines to use natural gas and existing engines to be converted to natural gas within 2 years of the ROD.

- Require twice-daily watering at construction sites and associated roads, development of fugitive dust control plans, and additional abatement measures if necessary.

- In the oil and gas development area, require road design, construction, and surfacing methods that would achieve at least 94 percent fugitive dust emission reduction using asphalt, chip-seal, or gravel in combination with watering or dust suppressants.

- Require at least 90 percent of condensate and produced water to be piped from production sites to consolidated facilities for treatment or transfer to trucks for haulage.

- Require glycol dehydrators to achieve at least 90 percent VOC emission control (which also reduces methane emissions).

- Require condensate tanks and produced water tanks to achieve at least 90 percent VOC emission control (which also reduces methane emissions).

- Require green completion to capture VOC and methane emissions during well completion (unless an exemption is authorized).

- Prohibit venting of natural gas during well completion, except during emergencies.

Estimated maximum annual emissions from oil and gas development under Alternative C are summarized in Table 4.2.1-3. As a result of the high level of emission control described above, Alternative C emissions are estimated to be less than Alternative A emissions.

With regard to near-field modeling, Alternative A non-particulate emissions were modeled for Alternatives C and D to conservatively estimate impacts from a dense grouping of emission sources. Although emission controls would be more stringent under Alternatives C and D compared with Alternative A, some of the more stringent emission controls would not be required during the first year after the ROD. Consequently, modeling of Alternative A emission control levels provides a reasonable, but conservative, estimate of the highest potential near-field non-particulate pollutant concentrations possible under Alternatives C and D. Most Alternative C CRVFO oil and gas development would require that equipment meet more stringent emission control requirements, and near-field emissions would be lower for Alternative C than for Alternative A.

**Table 4.2.1-3**
**Estimated Maximum Annual Emissions from Oil and Gas**
**Development, Alternative C**

| Pollutant | Maximum Emissions, Tons per Year |
|---|---|
| CO | 103 |
| $NO_x$ | 60 |
| $PM_{10}$ | 66 |
| $PM_{2.5}$ | 10 |
| $SO_2$ | 1 |
| VOC | 1,268 |
| Benzene | 21 |
| Ethylbenzene | 0.2 |
| Formaldehyde | 0.04 |
| Hexane | 122 |
| Toluene | 22 |
| Xylene | 17 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
|---|---|
| CO | carbon monoxide |
| $NO_x$ | nitrogen oxides |
| $PM_{10}$ | particulate matter 10 microns or less |
| $PM_{2.5}$ | particulate matter 2.5 microns or less |
| $SO_2$ | sulfur dioxide |
| VOC | volatile organic compound |

*Near-Field Comparisons to Non-Ozone NAAQS and CAAQS.* Alternative C predicted concentrations for most non-ozone pollutants would be less than those shown above for Alternative A. $PM_{10}$ and $PM_{2.5}$ concentrations would be similar to those shown above for Alternative A because Alternative C emission controls were modeled for Alternative A.

*Near-Field Comparisons to Hazardous Air Pollutant Thresholds.* One-hour and annual predicted HAP concentrations and cancer risks would be less in the Proposed RMP than those shown for Alternative A.

*Far-Field Comparisons to Non-Ozone NAAQS and CAAQS.* The ARTSD predicted far-field concentrations for non-ozone pollutants would be less for Alternative C than predicted concentrations for Alternative A. Modeled concentrations are below the NAAQS for each of the modeled pollutants and averaging times.

*Far Field Comparisons to PSD Increments.* As shown in the ARTSD, far-field concentrations predicted under Alternative C would be less than predicted concentrations for Alternative A. In addition, Alternative C concentrations of $NO_2$, $PM_{10}$, $PM_{25}$, and $SO_2$ would be less than PSD increments.

*Deposition.* The predicted deposition analysis for Alternative C indicates that nitrogen and sulfur deposition rates would be less than under Alternative A and below the Levels of Concern at modeled Class I and sensitive Class II areas.

*Lake Chemistry.* Predicted Alternative C changes in lake chemistry would be much less than acid neutralizing capacity changes under Alternative A. Alternative C lake chemistry impacts at the most sensitive lake, Upper Ned Wilson Lake, would still be insignificant; the LAC is 21.2 eq, and the predicted change is 0.1 eq, well below the LAC.

*Visibility.* Predicted Alternative C visibility impacts would be less than those for Alternative A, which showed visibility changes of 1.0 dv or more for up to 1 day at Flat Tops Wilderness, up to 1 day at Big Mountain View, and 20 to 69 days at Roan Cliffs View. The Proposed RMP would have no days of visibility change of 1.0 dv or more at any Class I or sensitive Class II area or view.

**Impacts from Livestock Grazing Management.** Under Alternative C, a total of 35,500 AUMs would be allowed in the planning area, and approximately 427,800 acres of public land would be available for livestock grazing. These limits would cause a slight decrease in methane, vehicle exhaust, and fugitive dust emissions compared with the Proposed RMP and an approximate doubling of emissions compared with Alternative A.

**Impacts from Comprehensive Trails and Travel Management.** Under Alternative C, the CRVFO would not designate any areas as open to OHV use, 43,900 acres would be closed to OHV use, and 461,300 acres would limit OHV use to 835 miles of designated routes. On-road and off-road vehicle use generates engine exhaust emissions and fugitive dust. Road and trail maintenance is an additional small source of vehicle emissions and fugitive dust generation. More acres than under the other alternatives would be closed to off-highway vehicle use from December 1 to April 30, which would help protect soils and result in lower fugitive emissions. Alternative C would be most protective of air quality, followed by the Proposed RMP, then Alternatives D and A.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Under Alternative C, more acres would be closed to fluid minerals leasing (179,700 acres) and slightly more acres would be protected by NSO or CSU stipulations than under Alternatives A or the Proposed RMP. The air quality impacts from oil and gas development under Alternative A are presented in the Air Quality Management section. Air quality impacts to public health are discussed in detail in the Chapter 4-6-1.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** CRVFO would recommend for withdrawal to the Secretary of the Interior approximately 179,400 acres for locatable mineral exploration or development. The CRVFO would close approximately 182,100 acres in the planning area to mineral material disposal and non-energy solid mineral leasing.

Alternative C impacts would be similar to those described under Alternative A. Alternative C would withdraw the most acres of any alternative, providing the greatest benefit to soils.

## Alternative D

Impacts on air quality from wildland fire management, forestry management, lands and realty management, and coal management would be the same as or similar to those under Alternative A. Impacts from management of other resources, uses, and special designations would be as described below.

**Impacts from Air Quality Management.** The air quality management goals and objectives under Alternative D would be identical to those for Alternative B (Proposed RMP) and Alternative C. Alternative D would include the following air quality management actions:

- Require electrification of at least 50 percent of all new engines used for gas compression at centralized compressor stations.

- Require non-electric compressor engines to meet EPA and CDPHE emission limits.

- Require new and existing drill rig and frac pump engines to meet or exceed EPA Tier 2 emission standards within 1 year of the ROD. By 2015, require all drill and frac pump engines to use natural gas.

- Require twice-daily watering at construction sites and associated roads, development of fugitive dust control plans, and additional abatement measures if necessary.

- In the oil and gas development area, require road design, construction, and surfacing methods that would achieve at least 94 percent fugitive dust emission reduction using asphalt, chip-seal, or gravel in combination with watering or dust suppressants.

- Require at least 80 percent of condensate and produced water to be piped from production sites to consolidated facilities for treatment or transfer to trucks for haulage.

- Require glycol dehydrators to achieve at least 90 percent VOC emission control (which also reduces methane emissions).

- Require condensate tanks and produced water tanks to achieve at least 90 percent VOC emission control (which also reduces methane emissions).

- Require green completion to capture VOCs and methane emissions during well completion (unless an exemption is authorized).

- Prohibit venting of natural gas during well completion, except during emergencies.

Estimated maximum annual emissions from oil and gas development under Alternative D are summarized in Table 4.2.1-4. Alternative D emissions would generally be less than Alternative A emissions, with the exception of three HAPs. However, Alternative D emissions would be greater than emissions under Alternative C criteria and HAPs.

**Table 4.2.1-4**
**Estimated Maximum Annual Emissions from Oil and Gas**
**Development, Alternative D**

| Pollutant | Maximum Emissions, Tons per Year |
| --- | --- |
| CO | 726 |
| NO$_x$ | 383 |
| PM$_{10}$ | 177 |
| PM$_{2.5}$ | 25 |
| SO$_2$ | 1 |
| VOC | 2,599 |
| Benzene | 41 |
| Ethylbenzene | 0.5 |
| Formaldehyde | 44 |
| Hexane | 234 |
| Toluene | 43 |
| Xylene | 32 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
| --- | --- |
| CO | carbon monoxide |
| NO$_x$ | nitrogen oxides |
| PM$_{10}$ | particulate matter 10 microns or less |
| PM$_{2.5}$ | particulate matter 2.5 microns or less |
| SO$_2$ | sulfur dioxide |
| VOC | volatile organic compound |

***Near-Field Comparisons to Non-Ozone NAAQS and CAAQS.*** As a result of the more stringent emission controls for most pollutants, Alternative D near-field air pollutant concentrations would be lower than the concentrations estimated for Alternative A. However, particulate matter concentrations would be similar to those modeled for Alternative A because the more stringent fugitive dust controls associated with Alternative B (Proposed RMP), and Alternatives C and D were modeled and reported.

***Near-Field Comparisons to Hazardous Air Pollutant Thresholds.*** Alternative D HAP concentrations and cancer risks would be less than those shown for Alternative A.

***Far-Field Comparisons to Non-Ozone NAAQS and CAAQS.*** As shown in the ARTSD, predicted concentrations for non-ozone pollutants under Alternative D would be less than Alternative A predicted concentrations for CO, PM$_{10}$, and PM$_{2.5}$. Alternative D SO$_2$ concentrations would generally be greater than those for Alternative A, and Alternative D would also have some Class II areas with greater annual NO$_2$ concentrations. For all pollutants, Alternative D non-ozone pollutant concentrations would be greater than those for Alternative B (Proposed RMP) and Alternative C. Modeled concentrations would be below the NAAQS for each of the modeled pollutants and averaging times.

*Far-Field Comparisons to PSD Increments.* As shown in the ARTSD Alternative D predicted concentrations would be less than predicted concentrations for Alternative A for $PM_{10}$. However, at some receptors, Alternative D concentrations would exceed Alternative A $NO_2$ and $SO_2$ concentrations. Alternative D concentrations of $NO_2$, $PM_{10}$, $PM_{25}$, and $SO_2$ would be less than PSD increments.

*Deposition.* Predicted Alternative D deposition analysis indicates that nitrogen and sulfur deposition rates would be less than or equal to Alternative A deposition rates and below the Levels of Concern at modeled Class I and sensitive Class II areas. Alternative D deposition rates would be greater than or equal to deposition rates for the Proposed RMP and Alternative C.

*Lake Chemistry.* Predicted Alternative D changes in lake chemistry would be much less than acid neutralizing capacity changes under Alternative A and greater than those for the Proposed RMP and Alternative C. Alternative D lake chemistry impacts at the most sensitive lake, Upper Ned Wilson Lake, would still be insignificant; the LAC is 21.2 eq, and the predicted change is 0.6 eq.

*Visibility.* Predicted Alternative D visibility impacts would be less than those for Alternative A, which showed visibility changes of 1.0 dv or more for up to 1 day at Flat Tops Wilderness, up to 1 day at Big Mountain View, and 20 to 69 days at Roan Cliffs View. Similar to the Proposed RMP and Alternative C, Alternative D would have no days of visibility change of 1.0 dv or more at any Class I or sensitive Class II area or view.

**Impacts from Livestock Grazing Management.** Alternative D would allow 36,500 AUMs on 442,200 acres within the CRVFO. This level would cause an increase in methane, vehicle exhaust, and fugitive dust emissions compared with Alternatives A, B, and C that is proportionate to the change in AUMs. Since this issue was not identified as an issue of concern during the scoping process for air quality impacts, and since the CRVFO determined that the relative contribution of emissions associated with this activity were *de minimis*, emissions from this activity were not calculated in the emissions inventory.

**Impacts from Comprehensive Trails and Travel Management.** On-road and off-road vehicle use generates engine exhaust and fugitive dust emissions. Road and trail maintenance is an additional small source of vehicle emissions and fugitive dust generation. Under Alternative D, the CRVFO would not designate any areas as open to OHV use, 40,400 acres would be closed to OHV use, and 464,800 acres would limit OHVs to 1,005 miles of designated routes.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** The primary impact on air resources in the CRVFO planning area would be from oil and gas development. Under Alternative D, approximately 4,198 wells on 525 multi-well pads would be developed on non-Roan Plateau land or mineral estate under BLM jurisdiction. Total disturbance would be approximately 5,276 acres, reduced to 3,439 acres with interim reclamation. Approximately, 648,400 federal mineral estate acres within the planning area would be managed as open to fluid minerals leasing and development. The air quality impacts from oil and gas development under Alternative A are presented in the Air Quality Management section. Air quality impacts to public health are discussed in detail in Section 4.6.1. Alternative D would have the greatest level of oil and gas activity, coupled with a high level of emission control.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Impacts would be similar to those described under Alternative A. Under Alternative D, approximately 477,400 acres of the planning area would be open to salable mineral development.

### Cumulative Air Quality Impacts

Cumulative air quality impacts are determined by modeling cumulative air quality emissions, which include CRVFO project emissions and expected future emissions from nearby areas. Appendix L presents the cumulative impact results from the ARTSD under four scenarios with different levels of development and mitigation.

### Alternative A

**Impacts from Air Quality Management.** Alternative A cumulative emissions included the following sources for all pollutants except volatile organic compounds:

- CRVFO Alternative A Project sources.

- Cumulative oil and gas sources in the CRVFO but not included as part of the project (such as sources on the Roan Plateau, sources on private land, and sources on US Forest Service land).

- Alternative A oil and gas sources within the adjacent White River Field Office (WRFO).

- Oil and gas sources within the Vernal Field Office and the Little Snake Field Office.

- Reasonably foreseeable future action (RFFA) sources.

Cumulative VOC emissions reported below do not include RFFA emissions, nor are they a full representation of cumulative VOC emissions, because VOCs were not modeled with CALPUFF and were instead modeled with CAMx. Detailed information on photochemical grid modeling emission inventories for ozone modeling is provided in the ARTSD (URS 2011). Estimated cumulative criteria pollutant emissions from oil and gas development under Alternative A CALPUFF modeling are summarized in Table 4.2.1-5.

**Table 4.2.1-5**
**Estimated Cumulative Annual Emissions from Oil and Gas Development, Alternative A**

| Pollutant | Maximum Emissions, Tons per Year |
|-----------|----------------------------------|
| CO | 17,341 |
| $NO_x$ | 12,948 |
| $PM_{10}$ | 23,625 |
| $PM_{2.5}$ | 3,760 |
| $SO_2$ | 268 |
| VOC | 41,695 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
|---|---|
| CO | carbon monoxide |
| $NO_x$ | nitrogen oxides |
| $PM_{10}$ | particulate matter 10 microns or less |
| $PM_{2.5}$ | particulate matter 2.5 microns or less |
| $SO_2$ | sulfur dioxide |
| VOC | volatile organic compound |

The cumulative far-field ambient air quality impact assessment was performed using methods similar to the Project far-field CALPUFF analysis, except that air resource impacts were determined using the cumulative emission sets described above. The following specific air resource assessments were performed:

- Maximum predicted CO, $NO_2$, $PM_{10}$, $PM_{2.5}$, and $SO_2$ concentration comparisons to NAAQS and CAAQS

- Maximum predicted $NO_2$, $PM_{10}$, $PM_{25}$, and $SO_2$ modeled concentration comparisons to applicable PSD increments

- Maximum predicted nitrogen and sulfur deposition

- Maximum predicted changes to lake acid neutralizing capacity

- Maximum predicted number of days of 1.0 dv or greater visibility change

***Comparisons to Non-Ozone NAAQS and CAAQS.*** CALPUFF modeling analyses for cumulative impacts under Alternative A did not show any violations of CO or $SO_2$ standards at any receptor. Annual $NO_2$ concentrations also would be below NAAQS and CAAQS at all receptors. However, CALPUFF modeling predicted potential exceedances of the following standards in localized areas at Class II receptors:

- $NO_2$ 1-hour

- $PM_{10}$ 24-hour and annual

- $PM_{2.5}$ 24-hour and annual

Predicted future concentrations of $NO_2$ under Alternative A cumulative emissions indicated possible exceedances of the new 1-hour $NO_2$ standard (GPO 2010a) in several locations in the CRVFO and nearby Field Offices. Many of the greatest concentrations would be near RFFA sources, such as compressor stations. Realizing that modeling for the stringent 1-hour $NO_2$ standard would be challenging, EPA recently issued guidance for modeling $NO_2$ emissions to demonstrate compliance with the new 1-hour standard (EPA 2010c). For air quality permitting, the guidance suggests site-specific modeling using detailed data for each facility in order to avoid over-predicting $NO_2$ concentrations. Based on a lack of facility-specific data and the large number of modeled sources, this type of facility-specific modeling was not performed as part of this analysis. Consequently, the CALPUFF model results may have over-predicted $NO_2$ concentrations. Over-prediction during the 20-year life of the project might also be likely to occur because CALPUFF cumulative emission inventories do not account for future $NO_2$ emission reductions at existing sources, and because the potential for lower background $NO_2$ concentrations could not be taken into account. Recent EPA regulations will significantly reduce $NO_2$ emissions from stationary source engines, non-road engines, and motor vehicles.

Colorado continues to be designated attainment for the annual $NO_2$ NAAQS. Attainment designations for the new 1-hour $NO_2$ standard have not been determined. All new, modified, or reconstructed major sources of $NO_2$ will be required to perform $NO_2$ modeling and undergo PSD air quality permitting to demonstrate compliance with the 1-hour $NO_2$ standard.

Predicted future concentrations of $PM_{10}$ and $PM_{2.5}$ that would result from cumulative emissions under Alternative A indicate possible exceedances of these standards in small areas, one of which would be near a coal mine. Contour plots indicating areas with high $PM_{10}$ concentrations are included in the ARTSD (URS 2011).

***PSD Increment Consumption.*** PSD increment comparisons performed under NEPA are provided for informational purposes only and are not regulatory PSD increment consumption analyses. Alternative A cumulative impacts were predicted to be below PSD increments at all modeled receptors for all pollutants and

averaging times, except for the NO$_2$ annual, PM$_{10}$ 24-hour, PM$_{25}$ annual and 24-hour, and PM$_{10}$ annual averaging times. For each of these three pollutants and averaging times, PSD increments were predicted to be exceeded at some Class II gridded receptors. Predicted concentrations would be well below PSD increments for all pollutants and averaging times at Class I and sensitive Class II area receptors.

**Deposition.** Modeling for cumulative emissions under Alternative A indicated that nitrogen and sulfur deposition rates would be well below the Levels of Concern at all modeled Class I and sensitive Class II areas.

**Lake Chemistry.** Alternative A predicted changes in lake chemistry would generally be greater than those for the Proposed RMP and less than Alternatives C and D. For six of the seven lakes included in the analysis, modeled changes in acid neutralizing capacity would be below the Limits of Acceptable Change at these lakes, which allow a decrease in acid neutralizing capacity of up to 10 percent change from baseline acid neutralizing capacity. The Upper Ned Wilson Lake is an extremely sensitive lake with regard to acid deposition and it has a LAC that is reported slightly differently than lakes with higher baseline ANC values.

The LAC for extremely sensitive lakes is that no more than 1 µeq/l cumulative loss in Acid Neutralizing Capacity is acceptable (USFS 2011). For Upper Ned Wilson Lake, this amount is equal to 21.2 eq of no change from baseline acid neutralizing capacity. The cumulative predicted decrease in acid neutralizing capacity at Upper Ned Wilson Lake is 7.5 eq; therefore, cumulative impacts would not be significant.

**Visibility.** Cumulative Alternative A modeling predicted visibility reductions of more than 1.0 dv at some Class I and sensitive Class II areas, as summarized in Table 4.2.1-6. The number of days per year varied, depending on the type of visibility post-processing method and the year modeled (2001, 2002, or 2003). The ARTSD shows detailed cumulative visibility results and provide visibility impact comparisons among the alternatives, as well as comparisons among modeled years and post-processing methods. The maximum number of days with predicted cumulative visibility impacts of 1.0 dv or more at any Class I area would be 58 days at the Flat Tops Wilderness. Although visibility impacts at sensitive Class II areas and scenic views are not required to be modeled, the resulting inpacts are provided for disclosure purposes only. Roan Cliffs View, which is located within the CRVFO oil and gas development area, is predicted to have as many as 349 days with a visibility change of 1.0 dv or more from natural conditions.

**Table 4.2.1-6**
**Alternative A Visibility Impacts**

| Class I Areas | Maximum Number of Days with ≥1.0 dv Visibility Change | | Sensitive Class II Areas and Scenic Views | Maximum Number of Days with ≥1.0 dv Visibility Change | |
|---|---|---|---|---|---|
| | Project | Cumulative | | Project | Cumulative |
| Arches National Park | 0 | 6 | Colorado National Monument | 0 | 26 |
| Eagles Nest Wilderness | 0 | 8 | Dinosaur National Monument | 0 | 180 |
| Flat Tops Wilderness | 1 | 58 | Big Mountain View | 1 | 208 |
| Maroon Bells-Snowmass Wilderness | 0 | 24 | Holy Cross View | 0 | 2 |
| Mount Zirkel Wilderness | 0 | 17 | Holy Cross Wilderness View | 0 | 2 |
| West Elk Wilderness | 0 | 6 | Rabbit's Ear View | 0 | 21 |
| | | | Roan Cliffs View | 69 | 349 |

Source: URS 2011.
Acronyms and Abbreviations:
    dv    deciview

*Ozone NAAQS.* Photochemical grid modeling was used to assess impacts on ambient ground-level ozone from air emissions associated with the four alternatives and cumulative sources throughout the 48 contiguous United States. Ground-level ozone is formed in atmospheric reactions involving $NO_x$ and VOCs that are emitted from a large variety of sources, including natural sources, such as plants and wildland fires, and from man-made sources, such as oil and gas equipment, many different types of stationary sources, prescribed burns, and vehicle exhaust. Comprehensive emission sets were used in the analysis, including sources throughout the 48 contiguous United States, portions of Canada and Mexico, and portions of the Atlantic Ocean, Pacific Ocean, and Gulf of Mexico. The ozone assessment focused on impacts throughout Colorado and surrounding states.

April and July were selected for future-year predictive modeling because Colorado ozone monitoring data indicate that these months typically exhibit high ozone concentrations in rural and urban areas, respectively. Ozone modeling for these 2 months was performed for a 2006 base year and for a 2028 future year, when project emissions are predicted to be at their peak.

Because reliable ozone monitoring data for the base case year are needed to perform the ozone analysis, predictions of ozone compliance were performed at locations where ozone monitors were operating during 2006. The closest ozone monitors to the CRVFO are Sunlight Mountain, located in the CRVFO, the Gothic monitor, located near the southern CRVFO boundary, and the Ripple Creek Pass monitor, located near the northern CRVFO boundary. Some rural monitors collected 2006 ozone data year-round, while others collected data during July and other warm weather months but did not collect data during April. The ozone modeling procedures are discussed in more detail in the ARTSD (URS 2011).

Ozone impacts attributable to CRVFO Project and cumulative emissions are not expected to cause or contribute to violations of the ozone NAAQS. Time series plots for Gothic and other rural monitors illustrated that 8-hour daily maximum ozone concentrations predicted for each alternative were less than the baseline 2006 modeled concentrations on every day of each episode.

Ozone baseline design values and future design values predicted for rural monitors in and near the CRVFO under Alternative A are provided in Table 4.2.1-7. The future design values are directly comparable to the ozone NAAQS. For all alternatives, current and predicted ozone levels at rural ozone monitoring sites in Colorado were expected to be in compliance with the federal 8-hour ozone standard, which is currently set at 0.075 ppm. In addition, ozone impacts attributable to CRVFO project emissions do not extend to any monitors in the Denver metropolitan area.

On some of the modeled days, absolute predicted concentrations exceeded the numerical value of the federal 8-hour ozone standard (0.075 ppm) at ozone monitor locations and at unmonitored locations. These predicted concentrations did not indicate a violation of the NAAQS for the following reasons:

- Daily maximum ozone concentrations do not compare directly with the NAAQS—Compliance with the ozone NAAQS is determined by comparing the 3-year average of the fourth highest daily maximum 8-hour average concentration with the NAAQS. The format of the ozone NAAQS is intentionally designed to allow multiple high ozone days over a 3-year period.

- Spatial consistency of high ozone concentrations is needed—Ozone concentrations exceeding 0.075 ppm must occur repeatedly at the same location for a violation to occur.

**Table 4.2.1-7**
**Alternative A Ozone Impacts**

| Ozone Monitor Location | Episode | Relative Response Factor | Baseline Design Value (ppm) | Future Design Value (ppm) |
|---|---|---|---|---|
| Sunlight (in CRVFO) | April | 0.99 | 70 | 69 |
| | July | 0.91 | 70 | 63 |
| Gothic (near south boundary) | April | 0.99 | 67 | 66 |
| | July | 0.97 | 67 | 64 |
| Ripple Creek Pass (slightly north) | April | 1.00 | 66 | 65 |
| | July | 0.99 | 66 | 65 |
| Colorado National Monument (west) | April | 0.99 | 69 | 68 |
| | July | 0.95 | 69 | 65 |
| Dinosaur National Monument (northwest) | April | 1.00 | 66 | 65 |
| | July | 0.97 | 66 | 64 |
| Rocky Mountain National Park (northeast) | April | 0.99 | 75 | 74 |
| | July | 0.93 | 75 | 69 |
| Rocky Mountain National Park (Collocated, northeast) | April | 0.99 | 73 | 72 |
| | July | 0.93 | 73 | 67 |
| Shamrock (south) | April | 0.99 | 71 | 70 |
| | July | 0.98 | 71 | 69 |
| Mesa Verde National Park (southwest) | April | 1.00 | 72 | 71 |
| | July | 0.98 | 72 | 70 |

Source: URS 2011.

Acronyms and Abbreviations:
CRVFO        Colorado River Valley Field Office
ppm          parts per million

- Photochemical grid modeling predictions are not exact—These models cannot achieve complete accuracy in their predictions. These models incorporate huge quantities of data, particularly meteorological and emissions data, for the contiguous United States. Data inputs for the modeling package come from many sources and include many assumptions and data gaps. Even if perfectly accurate data inputs could be obtained, photochemical grid models cannot accurately predict every chemical transformation under all atmospheric conditions. Model predictions can be off by ±20 percent in terms of unpaired peak accuracy and still be within EPA model performance goals.

- 2028 inventory versus 2018 inventory—Although the emission inventories for the four alternatives and for oil and gas development within nearby BLM FOs were based on year 2028 emissions, regional and national emission inventories were available for 2018. Year 2028 $NO_2$ and VOC emissions might be more or less than 2018 emissions. For example, economic growth could mean that ozone precursor emissions are greater in 2028 than in 2018. However, emission reduction efforts implemented to meet a more stringent future ozone NAAQS could mean that 2028 emissions would be less than 2018 emissions.

Additional monitoring data collected in or near the CRVFO are needed to determine if high absolute ozone concentrations predicted within the CRVFO during April could cause concern in localized areas. New ozone monitors were installed in Meeker and Rangely, Colorado, during 2010 and will provide additional ambient air quality data in the Piceance Basin. Although it will take several years for these monitors to acquire enough data to develop representative multi-year baseline design values, data from these monitors can be used to inform management actions in the near term and to better assess ozone compliance over the next 3 years.

## Alternative B (Proposed RMP)

**Impacts from Air Quality Management.** The Proposed RMP includes an adaptive management approach to implementing the range of development scenarios and mitigation measures modeled in the ARTSD and evaluated in the Draft RMP. The purpose of the CARPP in Appendix L is to address air quality issues that BLM identified in its analysis of potential impacts to air quality resources for the CRVFO RMP/EIS. The CARPP is an adaptive management approach to implementing air resources decisions and outlines BLM's commitments for managing air resources. The CARPP considered a range of emissions levels and air quality impacts from the mitigation and development scenarios in the ARTSD and future modeling efforts to make implementation-level decisions. The Proposed RMP would include a level of development and mitigations scenarios within the range of alternatives in the Draft RMP/Draft EIS implemented with an adaptive management plan (CARPP). With continuing advancements in technology, such as increased number of wells per pad, the BLM decided to analyze the greatest number of wells combined with restrictive protections for other resources. To analyze the full range of possible impacts on other resources and the most oil and gas development, the Proposed RMP considered the full level of the development assumed in the RFD, which is the same number of wells and acres of disturbance as Alternative D. The Proposed RMP would include stipulations and protective measures for other resources similar to the preferred alternative in the Draft RMP/Draft EIS. The stipulations in the Proposed RMP for this Final EIS would be more protective than in Alternatives D or A. The cumulative impacts from the Proposed RMP would be expected to be within the range of Alternatives A and D. Continuous implementation of the CARPP will allow for ongoing air quality analysis to ensure evaluation will continue and impacts are within the expected range in this Proposed RMP/Final EIS.

## Alternative C

**Air Quality Management.** Estimated cumulative annual emissions from oil and gas development under Alternative C are summarized in Table 4.2.1-8. Alternative C cumulative emissions included the following sources for all pollutants except VOCs:

- CRVFO Alternative C Project sources.

- Cumulative oil and gas sources in the CRVFO, but not included as part of the project (such as sources on the Roan Plateau, sources on private land, and sources on National Forest System lands).

- Alternative C oil and gas sources within the adjacent WRFO.

- Oil and gas sources within the Vernal FO and the Little Snake FO.

- RFFA sources.

***Far-Field Comparisons to Non-Ozone NAAQS and CAAQS.*** Maximum Alternative C cumulative impacts for non-ozone criteria pollutants would generally be similar to Alternative A cumulative impacts, with the exception of 24-hour $PM_{10}$ concentrations, which are noticeably less than Alternative A concentrations because of the stringent fugitive dust controls. For Alternative C, a location near a coal mine is the only location with cumulative $PM_{10}$ 24-hour impacts predicted to exceed the NAAQS.

***Far-Field Comparisons to PSD Increments.*** Alternative C cumulative PSD increment comparisons would be similar to those for Alternative A. However, the maximum Alternative C 24-hour $PM_{10}$ cumulative impact at Class II gridded receptors would be noticeably less than the Alternative A impact.

**Table 4.2.1-8**
**Estimated Cumulative Annual Emissions from Oil and Gas**
**Development, Alternative C**

| Pollutant | Maximum Emissions, Tons per Year |
|-----------|----------------------------------|
| CO | 24,663 |
| $NO_x$ | 16,475 |
| $PM_{10}$ | 16,471 |
| $PM_{2.5}$ | 2,954 |
| $SO_2$ | 286 |
| VOC | 39,717 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
|---|---|
| CO | carbon monoxide |
| $NO_x$ | nitrogen oxides |
| $PM_{10}$ | particulate matter 10 microns or less |
| $PM_{2.5}$ | particulate matter 2.5 microns or less |
| $SO_2$ | sulfur dioxide |
| VOC | volatile organic compound |

***Deposition.*** The predicted Alternative C cumulative deposition analysis indicated that nitrogen and sulfur deposition rates are greater than Alternative A deposition rates. However, the incremental increase in deposition s insignificant compared with background concentrations. Alternative C deposition rates are below the Levels of Concern at modeled Class I and sensitive Class II areas.

***Lake Chemistry.*** Predicted Alternative C cumulative changes in lake acid neutralizing capacity would be slightly greater than Alternative A and the Proposed RMP impacts, but would remain below the LAC at all seven of the modeled lakes. Alternative C lake chemistry impacts at the most sensitive lake, Upper Ned Wilson Lake, would still be insignificant; the LAC is 21.2 eq, and the predicted change is 9.2 eq.

***Visibility.*** Table 4.2.1-9 summarizes cumulative visibility impacts in terms of visibility changes from estimated natural conditions. Under Alternative C, the maximum number of days at any Class I area with predicted visibility changes ≥1.0 dv would be 62 days at the Flat Tops Wilderness, which is 4 more days than the maximum number of days predicted for Alternative A and 11 more days than the maximum number of days predicted for the Proposed RMP. The Flat Tops Wilderness, Big Mountain View, and Roan Cliffs View would have 1, 1, and 69 fewer impacted days for the project, respectively. Class I areas with greater cumulative impacts than under Alternative A include Arches National Park (3 more days), Eagles Nest Wilderness (7 more days), Flat Tops Wilderness (4 more days), Mount Zirkel Wilderness (11 more days), and West Elk Wilderness (3 more days). The only Class I area with fewer cumulative impacts than under Alternative A would be Maroon Bells-Snowmass Wilderness (6 fewer days). Class II areas with greater cumulative impacts than under Alternative A would be Colorado National Monument (2 more days), Dinosaur National Monument (22 more days), Holy Cross View (4 more days), and Rabbit's Ear View (9 more days). Class II areas with fewer cumulative impacts than under Alternative A would be Big Mountain View (91 fewer days) and Roan Cliffs View (8 fewer days).

**Table 4.2.1-9**
**Alternative C Visibility Impacts**

| Class I Areas | Maximum Number of Days with ≥1.0 dv Visibility Change | | Sensitive Class II Areas and Scenic Views | Maximum Number of Days with ≥1.0 dv Visibility Change | |
|---|---|---|---|---|---|
| | Project | Cumulative | | Project | Cumulative |
| Arches National Park | 0 | 9 | Colorado National Monument | 0 | 31 |
| Eagles Nest Wilderness | 0 | 15 | Dinosaur National Monument | 0 | 202 |
| Flat Tops Wilderness | 0 | 62 | Big Mountain View | 0 | 117 |
| Maroon Bells-Snowmass Wilderness | 0 | 18 | Holy Cross View | 0 | 6 |
| Mount Zirkel Wilderness | 0 | 28 | Holy Cross Wilderness View | 0 | 6 |
| West Elk Wilderness | 0 | 9 | Rabbit's Ear View | 0 | 30 |
| | | | Roan Cliffs View | 0 | 341 |

Source: URS 2011.

Acronyms and Abbreviations:
   dv    deciview

*Ozone NAAQS.* Ozone impacts attributable to cumulative emissions under Alternative C would be similar to those for Alternative A. In some cases, predicted ozone concentration increases associated with Alternative C would have a slightly greater geographic extent and in some cases a slightly greater magnitude in areas without ozone monitors. At monitored locations within Colorado, three sites are predicted to have slight changes in future design values. Compared with Alternative A, Alternative C is predicted to have a slight decrease (62 parts per billion [ppb] compared with 63 ppb) at the Sunlight Monitor, and slight increases at two Rocky Mountain National Park sites (70 ppb compared to 69 ppb at one site and 68 ppb compared to 67 ppb at the other). All predicted future design values would be less than the ozone NAAQS of 75 ppb.

## Alternative D

**Air Quality Management.** Estimated cumulative annual emissions from oil and gas development under Alternative D are summarized in Table 4.2.1-10. Alternative D cumulative emissions included the following sources for all pollutants except volatile organic compounds:

- CRVFO Alternative D Project sources.

- Cumulative oil and gas sources in the CRVFO but not included as part of the project (such as sources on the Roan Plateau, sources on private land, and sources on US Forest Service land).

- Alternative D oil and gas sources within the adjacent WRFO.

- Oil and gas sources within the Vernal FO and the Little Snake FO.

- RFFA sources.

*Far-Field Comparisons to Non-Ozone NAAQS and CAAQS.* Maximum Alternative D cumulative impacts for non-ozone criteria pollutants would generally be similar to Alternative A cumulative impacts, with the exception of 24-hour $PM_{10}$ concentrations, which would be noticeably less than Alternative A concentrations. For Alternative D, a location near a coal mine would be the only location with cumulative $PM_{10}$ 24-hour impacts predicted to exceed the NAAQS.

**Table 4.2.1-10**
**Cumulative Annual Emissions From Oil and Gas Development,**
**Alternative D**

| Pollutant | Maximum Emissions, Tons per Year |
|---|---|
| CO | 26,140 |
| NO$_x$ | 17,212 |
| PM$_{10}$ | 17,570 |
| PM$_{2.5}$ | 3,135 |
| SO$_2$ | 297 |
| VOC | 50,038 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
|---|---|
| CO | carbon monoxide |
| NO$_x$ | nitrogen oxides |
| PM$_{10}$ | particulate matter 10 microns or less |
| PM$_{2.5}$ | particulate matter 2.5 microns or less |
| SO$_2$ | sulfur dioxide |
| VOC | volatile organic compound |

*Far-Field Comparisons to PSD Increments.* Alternative D cumulative PSD increment comparisons would be similar to those for Alternative A. However, the maximum Alternative D 24-hour PM$_{10}$ cumulative impact at Class II gridded receptors would be noticeably less than the Alternative A impact.

*Deposition.* The cumulative deposition analysis for Alternative D indicated that nitrogen and sulfur deposition rates would be greater than Alternative A deposition rates. However, the incremental increase in deposition would be insignificant compared with background concentrations. Alternative D deposition rates would be below the Levels of Concern at modeled Class I and sensitive Class II areas.

*Lake Chemistry.* Predicted Alternative D cumulative changes in lake acid neutralizing capacity would be greater than Alternative A, B, and C impacts and would be below the LAC at all of the seven modeled lakes. Alternative D lake chemistry impacts at the most sensitive lake, Upper Ned Wilson Lake, would still be insignificant; the LAC is 21.2 eq, and the predicted change is 10.5 eq.

*Visibility.* Table 4.2.1-11 summarizes cumulative visibility impacts in terms of visibility changes from estimated natural (near pristine) conditions. Under Alternative D, the maximum number of days at any Class I area with predicted visibility changes ≥1.0 dv would be 68 days at the Flat Tops Wilderness, which would be 10 more days than the maximum number of days predicted for Alternative A, 17 more days than the Proposed RMP, and 6 more days than Alternative C. The Flat Tops Wilderness, Big Mountain View, and Roan Cliffs View would have 1, 1, and 69 fewer impacted days for the project, respectively. Class I areas with greater cumulative impacts than under Alternative A include Arches National Park (3 more day), Eagles Nest Wilderness (8 more days), Flat Tops Wilderness (10 more days), Mount Zirkel Wilderness (12 more days), and West Elk Wilderness (7 more days). The Maroon Bells-Snowmass Wilderness would have the same number of impacted days as Alternative A. Class II areas with greater cumulative impacts than under Alternative A would be Colorado National Monument (6 more days), Dinosaur National Monument (29 more days), Holy Cross View (6 more days), Holy Cross Wilderness (5 more days), Rabbit's Ear View (1 more day), and Roan Cliffs View (1 more day). The Big Mountain View would have 68 fewer impacted days than Alternative A. Detailed results are provided in ARTSD (URS 2011).

**Table 4.2.1-11**
**Alternative D Visibility Impacts**

| Class I Areas | Maximum Number of Days with ≥1.0 dv Visibility Change | | Sensitive Class II Areas and Scenic Views | Maximum Number of Days with ≥1.0 dv Visibility Change | |
|---|---|---|---|---|---|
| | Project | Cumulative | | Project | Cumulative |
| Arches National Park | 0 | 9 | Colorado National Monument | 0 | 32 |
| Eagles Nest Wilderness | 0 | 16 | Dinosaur National Monument | 0 | 209 |
| Flat Tops Wilderness | 0 | 68 | Big Mountain View | 0 (-1) | 140 |
| Maroon Bells-Snowmass Wilderness | 0 | 24 | Holy Cross View | 0 | 8 |
| Mount Zirkel Wilderness | 0 | 29 | Holy Cross Wilderness View | 0 | 7 |
| West Elk Wilderness | 0 | 13 | Rabbit's Ear View | 0 | 31 |
| | | | Roan Cliffs View | 0 | 350 |

Source: URS 2011.

Acronyms and Abbreviations:
    dv    deciview

***Ozone NAAQS.*** Ozone impacts attributable to cumulative emissions under Alternative D would be similar to those for Alternative A at most locations. In some cases, Alternative D predicted ozone concentrations in localized unmonitored areas would have a slightly greater geographic extent and in some cases a slightly greater magnitude, when compared with the Proposed RMP and Alternatives A and C. At monitored locations within Colorado, two sites would have slight increases in future design values under Alternative D compared with Alternative A. Alternative D is predicted to have a slight increases at two Rocky Mountain National Park sites (70 ppb compared with 69 ppb at one site, and 68 ppb compared with 67 ppb at the other). All predicted future design values would be less than the ozone NAAQS of 75 ppb.

## 4.2.2   Climate Change

Climate change analyses are composed of several factors, including GHG emissions (including $CO_2$, methane [$CH_4$], and nitrous oxide [$N_2O$]) and concentrations, land use management practices, and surface albedo (a measure of how strongly a surface reflects light from light sources such as the sun). Decreased albedo (e.g., caused by melting snow and ice) means that more light (and heat) is absorbed by the earth's surface.

The tools necessary to quantify the incremental climatic impacts of GHG emissions associated with specific activities are presently unavailable. That is, the current state of the science allows us to calculate potential quantities of greenhouse gases that may be added to the atmosphere from a particular activity. However, the current state of the science does not allow us to analyze or predict how global or regional climate systems may change as a result of a particular activity, such as a natural gas development field. Currently, BLM does not have an established mechanism to accurately predict the effect of resource management-level decisions from the planning effort on global climate change. Therefore, the climate change analysis for this RMP accounts for and discloses factors that may contribute to global climate change. Qualitative and quantitative evaluations of potential contributing factors within the planning area are included where appropriate and practicable. Quantification of greenhouse gas emissions is the most significant climate change factor assessed in this analysis. To put the greenhouse gas emissions into context for the public and the decisionmaker, the analysis then provides a relative comparison of GHG emissions across sectors.

This section describes the impacts of management actions of the Proposed RMP alternatives on climate. Existing climate conditions are described in Section 3.2.1.2.

The following assumptions are central to this analysis:

- The assessment of climate changing pollutant emissions and climate change is in its formative phase, so it is not yet possible to know with confidence the net impact on climate.

- The lack of scientific tools to predict climate change caused by localized changes in greenhouse gas emissions limits the ability to quantify potential future impacts for each alternative.

- Climate change is a global phenomenon in which larger changes in global GHG emissions are likely to have greater study area resource impacts than smaller changes in local GHG emissions.

- Future EPA regulatory actions to reduce GHG emissions are not considered in this analysis.

- In the future, as tools improve for predicting climate changes due to resource management, the BLM may be able to reevaluate decisions made as part of this planning process and to adjust management accordingly.

### Greenhouse Gas Emissions Regulation and Trends

The oil and gas industry has been reducing GHG emissions voluntarily, even as natural gas production has increased. According to the EPA, annual methane emissions have declined by 33.1 million metric tons (26 percent) since 1990. This decline is the result of improvements in technology and management practices and replacement of old equipment (EPA 2010d).

The EPA is in the early stages of regulating GHGs as air pollutants under the CAA. In its *Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act*, the EPA determined that greenhouse gases are air pollutants subject to regulation under the Clean Air Act. The EPA is regulating $CO_2$,

$CH_4$, $N_2O$, sulfur hexafluoride, hydrofluorocarbons, and perfluorocarbons. In addition, aggregate GHG emissions are regulated in terms of $CO_2e$ emissions. (Refer to Chapter 3 for an explanation of $CO_2e$ emission calculations.)

The first EPA regulation to limit emissions of GHGs imposed $CO_2$ emission standards on light-duty vehicles, including passenger cars and light trucks (GPO 2010e). The EPA has been gathering detailed GHG emission data from thousands of facilities throughout the United States and will use these data to develop an improved national greenhouse gas inventory and to inform future GHG emission control regulations. Beginning in 2010, many facilities across the United States estimated GHG emissions in accordance with the EPA's "Greenhouse Gas Mandatory Reporting Rule" and were required to report annual GHG emissions beginning on March 31, 2011. Many oil and gas facilities began estimating GHG emissions in 2011 and had to submit their first annual GHG emission reports on March 31, 2012, in accordance with Subpart W of 40 CFR, Part 98.

Beginning in 2011, GHG emissions from some facilities became subject to federal air quality permitting programs, such as the Title V Operating Permit Program and the PSD Program. Historically, GHG emissions were not measured by facilities under these programs and air quality permits did not address greenhouse gases. However, the EPA and state and local air quality permitting agencies began reviewing GHG emissions under these programs in accordance with EPA's "Prevention of Significant Deterioration and Title V Greenhouse Gas Tailoring Rule" (GPO 2010d). This review may lead to more accurate estimates of GHG emissions from these facilities and may prompt GHG emission monitoring in some cases.

Based largely on GHG emission data submitted under the "Greenhouse Gas Mandatory Reporting Rule," the EPA plans to develop stationary source GHG emissions reduction rules that could mandate substantial reductions in US GHG emissions. Alternatively, Congress may develop cap-and-trade legislation as another means to reduce GHG emissions. Future EPA-mandated GHG emission reductions from oil and gas sources were not considered in this climate change impacts analysis; consequently, this climate change impact analysis likely overestimates future GHG emissions associated with CRVFO planning area activities.

### Greenhouse Gas Emission Reduction Due to Fossil Fuel Substitution

Combustion of natural gas produces fewer GHG emissions than combustion of most other fossil fuels. Consequently, natural gas may displace coal and oil as companies modify operations to reduce GHG emissions from power generation, heaters, boilers, vehicles, and other combustion sources. Table 4.2.2-1 provides a comparison of natural gas and other fossil fuel combustion emissions. In terms of GHG emissions per million British thermal units (MMBtu) of heat input, natural gas replacement would reduce GHG emissions from current coal-burning sources by approximately 44 percent, and would reduce GHG emissions from petroleum-fueled sources by approximately 25 to 28 percent.

To the extent that economics, natural gas availability, and regulatory requirements encourage natural gas replacement of coal or petroleum, global GHG emissions could be reduced by increased production of natural gas. For example, the US Energy Information Administration (EIA) predicts that fuel switching will prompt an 83 percent increase in electric power sector natural gas consumption from 2009 to 2030 (EIA 2009). In fact, Colorado mandated that five coal-fired power plants be converted to natural gas.

**Table 4.2.2-1**
**Comparison of Greenhouse Gas Emissions from Fossil Fuel Combustion**

| Fuel | Emissions (kg/MMBtu) | | | |
|------|------|------|------|------|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Natural gas | 53.02 | 0.001 | 0.0001 | 53.07 |
| Coal* | 94.38 | 0.011 | 0.0016 | 95.11 |
| Diesel fuel | 73.25 | 0.003 | 0.0006 | 73.50 |
| Gasoline | 70.22 | 0.003 | 0.0006 | 70.47 |

Source: 40 CFR Part 98, Subpart C, Tables C-1 and C-2 (GPO 2010b).

Acronyms and Abbreviations:

| | |
|------|------|
| $CH_4$ | methane |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalents |
| kg | kilogram |
| MMBtu | million British thermal units |
| $N_2O$ | oxides of nitrogen |

*The coal $CO_2$ emission factor is based on a mixture of coal types and represents coal used in electricity generation. The range of coal $CO_2$ emissions factors is 93.4 to 103.54 kg/MMBtu.

While natural gas will displace some fossil fuels, renewable energy is expected to replace some natural gas use in a variety of applications, such as home heating and electric power generation. The EIA predicts that total natural gas consumption in the United States will fall by 14 percent from 2009 to 2030 (EIA 2009). If natural gas consumption decreases, natural gas production in the CRVFO may be less than the levels of development included in one or more of the alternatives within this analysis.

### Environmental Consequences

EPA estimates that national GHG emissions in 2006 were 6,801,812,000 metric tons $CO_2e$ (EPA 2008). National GHG emissions in 2006 represented a 14 percent increase from estimated 1990 national GHG emissions (5,964,166,000 metric tons $CO_2e$). EPA categorized the major economic sectors contributing to US emissions of GHG compounds as:

- Electric power generation (34.5 percent)

- Transportation (28.6 percent)

- Industrial processes (19.9 percent)

- Agriculture (7.7 percent)

- Commercial land uses (5.7 percent)

- Residential land uses (3.6 percent)

The primary activities that generate GHG emissions within the planning area are construction and operation of oil and gas facilities. Other GHG emission sources include: wildfires and prescribed burns; highway and off-highway vehicle travel and OHV use; construction and operation of mineral and renewable energy development projects; fuel combustion for space heating and water heating in urban areas and rural residences; and livestock grazing.

The three most commonly emitted GHGs from oil and natural gas sources are $CO_2$, $CH_4$, and $N_2O$. Under each alternative, $CH_4$ contributes the largest quantity of total $CO_2e$ from project oil and gas sources. GHGs are primarily emitted as fugitive emissions ($CH_4$) from natural gas production, gas venting ($CH_4$) during well completion, and engine exhaust emissions ($CO_2$ and $N_2O$) from gas compression and production heaters. Other greenhouse gases, including sulfur hexafluoride, hydrofluorocarbons, and perfluorocarbons, are not emitted by oil and gas activities or are emitted only in trace quantities. GHG emissions outside the study area, such as those from electricity generation at power plants outside the study area, are not included in project emissions.

Impacts on climate change would result from some of the actions proposed under other resources and uses. Programs not addressed below were deemed to have negligible impacts on climate change under any of the four alternatives. Additionally, there are numerous methodologies for calculating biological carbon sequestration. Depending on the methodology used, estimates of biologically stored or removed carbon can vary greatly. Because there is not yet a single generally accepted standard for estimating biological carbon sinks and removals, the analysis for this RMP qualitatively discusses potential biological carbon changes due to BLM activities and authorized uses.

### *Alternative A*

**Impacts from Air Quality Management.** Air quality management actions under Alternative A would not specifically address climate change or GHG emissions. However, Alternative A management actions would require compliance with federal and state air quality regulations so that future GHG reduction requirements imposed by the EPA or the CDPHE would decrease Alternative A GHG emissions and may reduce climate change impacts.

Table 4.2.2-2 summarizes the maximum annual GHG emissions from project sources under Alternative A. Greenhouse gas emissions are provided in terms of metric tons per year (mtpy) for each individual GHG and in terms of $CO_2e$ for each individual GHG and for combined GHGs. Although $CO_2$ would be emitted in the greatest absolute quantity, $CH_4$ emissions would have the greatest global warming impact of the three GHGs, as shown by the $CO_2e$ emissions attributable to $CH_4$. On a unit-production basis, approximately 4.89 metric tons of $CO_2e$ would be emitted for every million standard cubic feet (MMscf) of gas produced.

**Table 4.2.2-2**
**Alternative A Maximum Annual Project Oil and Gas Greenhouse Gas Emissions**

| Pollutant | Emissions (mtpy) | | | |
| --- | --- | --- | --- | --- |
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Individual Greenhouse Gas | 181,575 | 13,973 | 2.17 | |
| $CO_2e$ of Each Greenhouse Gas and Total $CO_2e$ | 181,575 | 293,432 | 672 | 475,680 |

Source: URS 2011.

Acronyms and Abbreviations:

| | |
| --- | --- |
| $CH_4$ | Methane |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalents |
| mtpy | metric tons per year |
| $N_2O$ | oxides of nitrogen |

It is not possible at this time to determine whether GHG emissions that would result from the project sources under Alternative A would cause a significant impact. The global biological and atmospheric carbon cycles are complex and interdependent on each other, and it is not possible to determine the impact that GHG emissions from Alternative A would have on global climate change. However, the relative magnitude of Alternative A emissions can be assessed by comparing these emissions with other GHG emission inventories. As shown in Table 4.2.2-3, GHG emission increases associated with Alternative A would be approximately 0.38 percent of the 2007 Colorado state GHG emission inventory and would be approximately 0.01 percent of the 2008 US GHG emission inventory, based on $CO_2e$ given in million ($10^6$) metric tons. Based on the assumptions utilized in the emissions inventory calculations associated with Alternative A, GHG emissions would increase national natural gas sector emissions by 0.38 percent as compared with the total US emission inventory for natural gas systems.

**Table 4.2.2-3**
**Alternative A Maximum Annual Project Oil and Gas Greenhouse Gas Emission Comparisons**

| Inventory Description | $CO_2e$ Emissions ($10^6$ mtpy) | Alternative A Percentage |
|---|---|---|
| **State Inventories (Year 2007)** [1] | | |
| Colorado | 124 | 0.38% |
| Utah | 80 | 0.60% |
| Wyoming | 90 | 0.53% |
| **US Inventories (Year 2008)** [2] | | |
| Total US Greenhouse Gases | 6,957 | 0.01% |
| US natural gas systems [3] | 126 | 0.38% |
| US coal mining | 68 | 0.70% |
| US landfills | 126 | 0.38% |
| US fossil fuel combustion | 5,573 | 0.01% |

Sources:
[1]WRI 2010
[2]EPA 2010d
[3]Natural gas systems include natural gas production (e.g., wells), processing, transmission, and: distribution.
Acronyms and Abbreviations:
   mtpy metric tons per year

Based on the GHG emission sources included in this analysis, Alternative A would have a greater greenhouse gas emission impact on a gas-production basis than the other alternatives. For every 1 MMscf of natural gas production, 4.90 metric tons of $CO_2e$ would be emitted by Alternative A oil and gas activities.

Incremental climate change impacts associated with Alternative A cannot be predicted accurately. However, depending on regulatory and market forces, potential incremental climate change impacts may be slightly more or slightly less than the climate change impacts discussed below in Cumulative Climate Change Impacts.

**Impacts from Wildland Fire Management.** Wildland fires and prescribed burns can produce large quantities of $CO_2$ and smaller quantities of $CH_4$ and $N_2O$. Vehicles, equipment, and aircraft used for fuel treatments and post-fire land stabilization also contribute negligible amounts of GHG emissions from vehicle engine exhaust. Additionally, changes to albedo and reduced carbon bio-sequestration would likely result in the short term, but as areas are revegetated, biological carbon sequestration would increase. Fire management programs would be the same under all alternatives.

**Impacts from Forestry Management.** Timber harvesting can create minor GHG impacts from equipment engines during logging, from vehicle traffic on unpaved and paved roads and from burning of logging slash. While the various alternatives would establish different acreages open to commercial forestry operation, all alternatives would have the same probable sale quantities of 1.8 MMBF in the CRVFO area. Thus, while the locations of commercial logging operations may vary somewhat among alternatives, total GHG emissions from timber harvesting would be similar under all alternatives. Additionally, logging would remove existing stocks of bio-carbon. However, since the consumptive use of the forest products is outside of the scope of the BLM's analysis process (i.e. whether the forest products will be processed into paper or whether they will be used for furniture or to build houses) and since potential GHG emissions would vary greatly depending on what the forest products are used for, this analysis is qualitative. Additionally, forest harvesting may have effects on surface disturbance, albedo, and changes to existing stored sources of soil organic carbon. If harvested areas are re-vegetated in the future, atmospheric $CO_2$ would be absorbed by the vegetation, creating a biological carbon sink.

**Impacts from Livestock Grazing Management.** Alternative A would allow up to 17,200 AUMs on 152,200 acres within the CRVFO. Livestock also are a source of GHG emissions from digestive fermentation and manure decomposition. When vehicles are used for transporting livestock to and from grazing allotments, the resulting vehicle traffic is a negligible source of GHG emissions. Additionally, changes in biological carbon sequestered due to changes in forage and livestock surface disturbance could occur.

**Impacts from Comprehensive Trails and Travel Management.** On-road and off-road vehicles are the predominant sources of GHG emissions associated with visitor activities. In addition to on-road vehicle travel, many visitors engage in some type of OHV use.

**Impacts from Lands and Realty Management.** Actions related to lands and realty management programs include acquiring, disposing of, and exchanging land, establishing mineral withdrawal areas, establishing ROW avoidance and exclusion areas, and granting ROWs. Such actions have the potential for creating GHG impacts from infrastructure construction or from future uses of lands that the BLM acquires or disposes of other entities. Establishment of mineral withdrawal areas may have the minor beneficial effect of avoiding GHG impacts from mineral development projects that might otherwise occur. Establishment of ROW avoidance and exclusion areas may reduce or eliminate some potential ROW construction projects or alter the routing of other projects.

**Impacts from Energy and Minerals Management.** Construction and operations equipment used in energy and mineral development are a source of GHG emissions from equipment engines and fugitive releases of $CO_2$ and $CH_4$. See the Alternative A Impacts from Air Quality Management section for information concerning GHG emissions and emission controls.

## Alternative B (Proposed RMP)
Impacts on climate from wildland fire management, forestry management, comprehensive trails and travel management, and lands and realty management would be the same as or similar to those under Alternative A. Impacts from management of other resources and uses would be as described below.

**Impacts from Air Quality Management.** The Proposed RMP includes an adaptive management approach to implementing the range of development scenarios and mitigation measured modeled in the ARTSD and evaluated in the Draft RMP. The purpose of the CARPP in Appendix L is to address air quality issues BLM

identified in its analysis of potential impacts to air quality resources for the CRVFO RMP/EIS. The CARPP is an adaptive management approach to implementing air resources decisions and outlines BLMs commitments for managing air resources. The CARPP considers a range of emissions levels and air quality impacts from the mitigation and development scenarios in the ARTSD and future modeling efforts to make implementation-level decisions. The Proposed RMP includes a level of development and mitigations scenarios within the range of alternatives in the Draft RMP/Draft EIS implemented with an adaptive management plan (CARPP). With continuing advancements in technology, such as increased number of wells per pad, the BLM decided to analyze the greatest number of wells combined with restrictive protections for other resources. To analyze the full range of possible impacts on other resources and the most oil and gas development, the Proposed RMP considered the full level of the development assumed in the RFD, which is the same number of wells and acres of disturbance as in Alternative D. The Proposed RMP would include stipulations and protective measures for other resources similar to the preferred alternative in the Draft RMP/Draft EIS. The stipulations in the Proposed RMP of this Final EIS would be more protective than Alternatives D or A. The cumulative impacts from the Proposed RMP would be expected to be within the range of Alternatives A and D. Continuous implementation of the CARPP would allow for ongoing air quality analysis to ensure that impacts are within the expected range and evaluated in this Proposed RMP/Final EIS.

It is not possible at this time to determine whether GHG emissions that would result from the project sources associated with the Proposed RMP would cause a significant impact. The global biological and atmospheric carbon cycles are complex and interdependent on each other, and it is not possible to determine the impact that GHG emissions from the Proposed RMP would have on global climate change. However, the relative magnitude of emissions under the Proposed RMP can be assessed by comparing these emissions with other GHG emission inventories. GHG emission increases associated with the Proposed RMP are less than 0.23 percent of the 2007 Colorado GHG emission inventory and are approximately 0.004 percent of the 2008 US GHG emission inventory, based on $CO_2e$ given in million metric tons. Based on the assumptions utilized in the emissions inventory calculations associated with the Proposed RMP, GHG emissions would increase national natural gas sector emissions by 0.22 percent as compared with the total US emission inventory for natural gas systems.

**Impacts from Livestock Grazing Management.** The types of impacts are similar to those described under Alternative A, but the magnitude of impacts would be less under the action alternatives.

**Impacts from Energy and Minerals Management.** Construction and operations equipment used in energy and mineral development are a source of GHG emissions from equipment engines and fugitive releases of $CO_2$ and $CH_4$. See the Alternative B Impacts from Air Quality Management section above for information concerning GHG emissions and emission controls.

## Alternative C

Impacts on climate from wildland fire management, forestry management, comprehensive trails and travel management, lands and realty, and energy and minerals management would be the same as or similar to those under Alternative A. Impacts from management of other resources and uses would be as described below.

**Impacts from Air Quality Management.** Air quality management actions under Alternative C would include the following provisions that would decrease GHG emissions, compared with uncontrolled emissions:

- Mandatory compressor electrification at compressor stations would decrease $CO_2$, $CH_4$, and $N_2O$ emissions.

- Emission capture and destruction of vapors from condensate and produced water tanks would decrease $CH_4$ emissions.

- Piping gas and liquids from well pads to consolidated tankage and dehydration facilities would decrease $CO_2$, $CH_4$, and $N_2O$ emissions.

- Green completion techniques would decrease $CH_4$ emissions.

- Glycol dehydrator vent emission controls would decrease $CH_4$ emissions.

In addition, future GHG reduction requirements imposed by the EPA and the CDPHE could further decrease Alternative C GHG emissions and may reduce climate change impacts.

Impacts would be similar to those described under Alternative A. Table 4.2.2-4 summarizes the maximum annual GHG emissions from project sources under Alternative C. In terms of $CO_2e$, GHG emissions under Alternative C would be approximately 44 percent less than those under Alternative A. Furthermore, unit-production $CO_2e$ emissions under Alternative C are estimated to be 3.31 metric tons of $CO_2e$ per MMscf, which is approximately 32 percent less than Alternative A.

**Table 4.2.2-4**
**Alternative C Maximum Annual Project Oil and Gas Greenhouse Gas Emissions**

| Pollutant | Emissions (mtpy) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Individual Greenhouse Gas | 60,677 | 9,800 | 1.04 | |
| $CO_2e$ of Each Greenhouse Gas and Total $CO_2e$ | 60,677 | 205,806 | 323 | 266,806 |
| Alternative B (Proposed RMP) Increase (Decrease) From Alternative A | -67% | -30% | -52% | -44% |

Source: URS 2011.

Acronyms and Abbreviations:
| | |
|---|---|
| $CH_4$ | methane |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalents |
| mtpy | metric tons per year |
| $N_2O$ | oxides of nitrogen |

It is not possible at this time to determine whether GHG emissions that would result from the project sources associated with Alternative C would cause a significant impact. The global biological and atmospheric carbon cycles are complex and interdependent on each other, and it is not possible to determine the impact that GHG emissions from Alternative C would have on global climate change. However, the relative magnitude of Alternative C emissions can be assessed by comparing these emissions with other GHG emission inventories. As shown in Table 4.2.2-5, GHG emission increases associated with Alternative C would be less than 0.23 percent of the 2007 Colorado GHG emission inventory and approximately 0.004 percent of the 2008 US GHG emission inventory, based on $CO_2e$ given in million metric tons. Based on the assumptions utilized in the emissions inventory calculations associated with Alternative C, GHG emissions would increase national natural gas sector emissions by 0.22 percent as compared with the total US emission inventory for natural gas systems.

**Table 4.2.2-5**
**Alternative C Maximum Annual Project Oil and Gas Greenhouse Gas Emission Comparisons**

| Inventory Description | $CO_2e$ Emissions ($10^6$ mtpy) | Alternative B (Proposed RMP) Percentage |
|---|---|---|
| **State Inventories (2007)** [1] | | |
| Colorado | 124 | 0.23% |
| Utah | 80 | 0.35% |
| Wyoming | 90 | 0.31% |
| **US Inventories (2008)** [2] | | |
| Total US Greenhouse Gases | 6,957 | 0.00% |
| US natural gas systems [3] | 126 | 0.22% |
| US coal mining | 68 | 0.41% |
| US landfills | 126 | 0.22% |
| US fossil fuel combustion | 5,573 | 0.01% |

Sources:
[1]WRI 2010
[2]EPA 2010d
[3]Natural gas systems include natural gas production (e.g., wells), processing, transmission, and distribution.
Acronyms and Abbreviations:
    $CO_2e$     carbon dioxide equivalents
    mtpy      metric tons per year

Incremental climate change impacts associated with Alternative C cannot be predicted accurately. However, depending on regulatory and market forces, potential incremental climate change impacts may be slightly more or slightly less than the climate change impacts discussed below in Cumulative Climate Change Impacts.

**Impacts from Livestock Grazing Management.** The types of impacts would be similar to those described under Alternative A, but the magnitude of impacts would be less under the action alternatives.

**Impacts from Energy and Minerals Management.** Impacts would be similar to those described for the Proposed RMP.

*Alternative D*
Impacts on climate from wildland fire management, forestry management, comprehensive trails and travel management, and lands and realty would be the same as or similar to those under Alternative A. Impacts from management of other resources and uses would be as described below.

**Impacts from Air Quality Management.** Air quality management actions under Alternative D would be similar to, although somewhat less stringent than, those under Alternative C. Nonetheless, Alternative D management actions would decrease GHG emissions compared with uncontrolled emissions.

Alternative D impacts would be similar to those described under Alternative A. Table 4.2.2-6 summarizes the maximum annual GHG emissions from project sources under Alternative D. In terms of $CO_2e$, GHG emissions under Alternative D would be approximately 28 percent greater than those under Alternative A and 129 percent greater than Alternative C. These changes would be due primarily to electrification of compressor engines at compressor stations. Although Alternative A requires no electrification, Alternative C would require 100 percent electrification, and Alternative D would require that 50 percent of these compressors be electrified. Due to air quality management actions that decrease GHG emissions, unit-production $CO_2e$

**Table 4.2.2-6**
**Alternative D Maximum Annual Project Oil and Gas Greenhouse Gas Emissions**

| Pollutant | Emissions (mtpy) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Individual Greenhouse Gas | 198,221 | 19,586 | 2.63 | |
| $CO_2e$ of Each Greenhouse Gas and Total $CO_2e$ | 198,221 | 411,308 | 816 | 610,346 |
| Alternative D Increase (Decrease) From Alternative A | 9% | 40% | 21% | 28% |
| Alternative D Increase (Decrease) From Alternative C | 227% | 100% | 153% | 129% |

Source: URS 2011.

Acronyms and Abbreviations:
| | |
|---|---|
| $CH_4$ | methane |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalents |
| mtpy | metric tons per year |
| $N_2O$ | oxides of nitrogen |

emissions under Alternative D are estimated to be 3.98 metric tons of $CO_2e$ per MMscf, which is approximately 19 percent less than under Alternative A, but 20 percent more than Alternative C.

It is not possible at this time to determine whether GHG emissions that would result from project sources associated with Alternative D would cause a significant impact. The global biological and atmospheric carbon cycles are complex and interdependent on each other, and it is not possible to determine the impact that GHG emissions from Alternative A would have on global climate change. However, the relative magnitude of Alternative D emissions can be assessed by comparing these emissions with other GHG emission inventories. As shown in Table 4.2.2-7, GHG emission increases associated with Alternative D would be approximately 0.49 percent of the 2007 Colorado state GHG emission inventory and would be approximately 0.009 percent of the 2008 US GHG emission inventory, based on $CO_2e$ given in million metric tons. Based on the assumptions utilized in the emissions inventory calculations associated with Alternative A, GHG emissions would increase national natural gas sector emissions by 0.48 percent compared to the total US emission inventory for natural gas systems.

**Table 4.2.2-7**
**Alternative D Maximum Annual Project Oil and Gas Greenhouse Gas Emission Comparisons**

| Inventory Description | $CO_2e$ Emissions ($10^6$ mtpy) | Alternative D Percentage |
|---|---|---|
| **State Inventories (2007)** [1] | | |
| Colorado | 124 | 0.49% |
| Utah | 80 | 0.77% |
| Wyoming | 90 | 0.68% |
| **US Inventories (2008)** [2] | | |
| Total US Greenhouse Gases | 6,957 | 0.01% |
| US natural gas systems [3] | 126 | 0.48% |
| US coal mining | 68 | 0.90% |
| US landfills | 126 | 0.48% |
| US fossil fuel combustion | 5,573 | 0.01% |

Sources:
[1] WRI 2010
[2] EPA 2010d)
[3] Natural gas systems include natural gas production (e.g., wells), processing, transmission, and distribution.
Acronyms and Abbreviations:
| | |
|---|---|
| $CO_2e$ | carbon dioxide equivalents |
| mtpy | metric tons per year |

Incremental climate change impacts associated with Alternative D cannot be predicted accurately. However, depending on regulatory and market forces, potential incremental climate change impacts may be slightly more or slightly less than the climate change impacts discussed below in Cumulative Climate Change Impacts.

**Impacts from Livestock Grazing Management.** Climate change impacts would be similar to those described under Alternative A, but the amount of impacts would be less under the action alternatives.

**Impacts from Energy and Minerals Management.** Construction and operations equipment used in energy and mineral development are a source of GHG emissions from equipment engines and fugitive releases of $CO_2$ and $CH_4$. See the Alternative D Impacts from Air Quality Management section above for information concerning GHG emissions and emission controls.

### Cumulative Climate Change Impacts

Cumulative climate change impacts are caused by CRVFO GHG emissions and increases in regional, national, and global GHG emissions. GHG emissions increase with increased population growth, industrial activity, transportation use, energy production, and fossil fuel energy use. As mentioned earlier, CRVFO emissions may or may not increase state, national, or global GHG emissions due to regulatory and market forces. Possible cumulative impacts are summarized below.

- Cumulative GHG emissions may increase if project GHG emissions add to global GHG emissions.

- Cumulative GHG emissions may not increase or may increase by a smaller quantity if some or all project emissions are offset due to decreased oil and gas production in other oil and gas basins with greater GHG emissions on a unit-production basis.

- Cumulative GHG emissions may not increase or may increase by a smaller quantity if natural gas produced under the alternatives is used to replace combustion of high GHG-emitting fossil fuels.

Efforts are under way by the State of Colorado to reduce GHG emissions. For example, the Colorado Climate Action Plan has a goal to reduce GHG emissions by 20 percent from year 2005 levels by year 2020 (Ritter 2007). The State of Colorado is also a national leader in requiring greater use of renewable energy sources. Under Colorado law, investor-owned utilities must provide renewable or recycled energy for at least 12 percent of their retail electricity sales in Colorado during the years 2011 to 2014, increasing to 30 percent during the year 2020 and beyond.

Quantification of cumulative climate change impacts, such as changes in temperature, precipitation, and surface albedo, is beyond the scope of this analysis. The maximum potential increase in cumulative GHG emissions from all CRVFO activities (e.g., oil and gas development, wildfires, and livestock grazing) and carbon sequestration cannot be predicted with accuracy. Furthermore, CRVFO GHG emissions and carbon sinks are small relative to state, regional, and global GHG emission inventories. Consequently, global- or regional-scale modeling would be unlikely to yield meaningful predictions of climate change impacts in relation to GHG emissions attributable to CRVFO activities.

However, climate change predictions are available for the region. These climate trends are based on global GHG emission inventory projections and global climate change modeling. To the extent that BLM-authorized activities would increase GHG emissions such that global GHG emissions are greater than the quantities used in previous modeling, climate changes may be slightly greater than those summarized below. Many of the

following predicted climate changes for the CRVFO and western Colorado are derived from color shadings on US climate change maps (USGCRP 2009). Therefore, climate change predictions are within the given range and may not reach the maximum or minimum extents of the range. Past climate trends and future predictions for western Colorado are summarized below (IPCC 2007; PCGCC 2007; RMCO-NRDC 2008; EPA 2010a; USGCRP 2009).

- The average temperature increased by 1 to 3° F from a 1961-to-1979 baseline average to the average temperature measured from 1993 to 2008. By 2099, the average temperature is predicted to increase by 5 to 10° F above the 1961-to-1979 baseline. Temperatures are expected to increase more in winter than in summer, more at night than during the day, and more in the mountains than at lower elevations.

- The annual number of days above 90° F and the frequency of extreme heat events will increase.

- Annual average precipitation increased between 5 and 15 percent between 1958 and 2008. Based on modeling using a high emissions scenario, predicted precipitation changes indicate increased precipitation in the winter (up to +15 percent) and substantial decreases in the spring (from -5 percent to -20 percent) and summer (-5 percent to -15 percent). Fall precipitation is predicted to be within -5 percent to +5 percent.

- End-of-summer drought increased during the last 50 years, and drought is expected to be more prevalent in the future.

- Annual runoff will decrease by 10 to 20 percent by 2041 to 2060, compared with 1901 to 1970.

- Snowfall is predicted to decline in and near the CRVFO.

- Peak streamflow from melting snow is occurring earlier. In 2002, peak streamflow occurred up to 5 days earlier than during 1948. From 2080 to 2099, peak streamflow is predicted to occur 15 and 35 days earlier than during the 1951 to 1980 period.

- Very heavy precipitation occurred up to 10 percent more often between 1958 and 2007.

- Reduced winter snowpack causes less water to flow into the Colorado River, less water available for downstream residential and agricultural users, and shorter ski seasons, unless additional snowmaking is used to prolong the season.

- Earlier snowmelt means that peak streamflows occur earlier in the year, weeks before the peak needs of ranchers, farmers, recreationists, and others. In late summer, rivers, lakes, and reservoirs have lower flows and less capacity, which cause the following effects:

  o Less water availability for irrigating crops and watering animals.

  o Reduced crop and livestock productivity if additional irrigation is not available.

  o Increased water temperatures that adversely affect coldwater fish and reduce recreational fishing.

  o Reduced mid- and late-summer streamflows that shorten tourism and recreation opportunities, such as whitewater rafting and boating.

- More frequent, more severe, and longer-lasting droughts are occurring and are expected to become more prevalent.

- Warmer and drier conditions will stress ecosystems and wildlife due to the following effects:

  o Shrinkage of coniferous forests within Colorado and replacement with larger savannas and woodlands.

  o Greater pest infestations in pine forests, such as the pine beetle infestation in Colorado's lodgepole forests.

  o Contraction of aspen forests due to sudden aspen decline linked to reduced snowpack and drought.

  o Grassland and rangeland expansion into previously forested areas.

- Land will have increased susceptibility to fire with more frequent, larger, and more intense fires.

- Geographic flora and fauna will shift to the north or to higher elevations. Some species may be at greater risk of extinction if they cannot successfully migrate or adapt.

- Longer growing seasons may increase productivity for some crops, decrease productivity for others, and increase agricultural pest populations, including weeds and insects.

- Warmer and drier conditions will adversely affect air quality due to the following effects:

  o Increased ambient concentrations of particulate matter as less vegetated soils are more susceptible to wind erosion.

  o Increased ozone formation.

  o Reduced visibility due to increased particulate matter and wildfire smoke.

- Climate changes may have the following effects on human health:

  o Heavy precipitation increases frequency and severity of flooding and may contaminate water supplies.

  o Heat waves stress some individuals, particularly older adults.

  o Increased concentrations of ozone, particulate matter, and smoke stress some individuals, particularly those with asthma or other lung disease and those who exercise strenuously during poor air quality episodes.

### 4.2.3 Soils

This section presents the impacts on soils from management actions of other resources and resource uses discussed in Chapter 2. Existing conditions concerning soils are described in Chapter 3, Section 3.2.3. Impacts on soil resources from implementation of each alternative are summarized in the following subsections. All land uses would conform to *Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado* (BLM 1997a), which describe conditions needed to sustain public land health and relate to all uses of the public lands. Specifically, Standard 1, which addresses soil resources, is incorporated as a goal. Environmental consequences resulting from proposed management actions or allowable use decisions have been analyzed based on their ability to contribute to help maintain/achieve (i.e., benefit) or hinder (i.e., impact) meeting Standard 1.

Direct and indirect impacts of land uses on soil resources are generally best mitigated by avoiding or minimizing the impact to the degree practicable with stipulations (e.g., NSO, CSU, and TL). The various management actions and allowable use decisions outlined in Chapter 2 and stipulations described in Appendix B emphasize this approach for maintaining, improving, and conserving soil resources. Impacts that cannot be avoided would at least be minimized by the application of COAs or BMPs.

Surface-disturbing activities increase erosion and sediment loads in streams, reduce productivity and soil organic matter, reduce permeability and infiltration, and may contaminate soils. Soils are susceptible to impacts from surface disturbance and compaction, which can lead to decreased permeability, accelerated erosion, soil loss, and reduced productivity. Management actions involving ground-disturbing activities, reducing vegetation diversity and cover, trampling and compaction of soils, and removing soil organic matter contribute to adverse impacts. The greatest impacts on soil resources come from activities on fragile soils, steep slopes, or geologically unstable locations.

Anticipated impacts on soil resources would occur from surface disturbances associated with natural disturbances and land uses such as: minerals and energy development, livestock grazing, OHV use, recreation, travel management, issuance of ROWs, and wildland fire.

Management actions for other resources involving approvals, avoidance areas, allowable uses, or stipulations that are related to soils are discussed below.

#### Methods and Assumptions

The analysis was based on the following assumptions:

- Soil resources are managed to ensure long-term soil health and productivity, as defined by Standard 1 of the BLM *Standards for Public Land Health and Guidelines for Livestock Management in Colorado*; upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, landform, and geologic processes. Adequate soil infiltration and permeability allow for the accumulation of soil moisture necessary for optimal plant growth and vigor, minimize surface runoff, and improve groundwater recharge.

- Management actions that prohibit surface disturbances (e.g., closures to mineral leasing [CLs], NSOs) improve ground cover, retain soil organic matter, increase soil moisture storage, reduce erosion, or promote healthy plant communities would maintain or improve soil conditions.

- Highly erodible soils (those where small changes in vegetation cover or level of disturbance can result in large changes in erosion rates) exist in areas with greater than 30 percent slope, fragile or saline soils types, or in locations of previous mass displacements, and are generally avoided, or require specific development plans to minimize erosion and maintain productivity.

- Erodible soils on slopes greater than 50 percent would be left undisturbed unless no other available option would meet the needs of the associated resource lessee or user, and exception criteria for activities on slopes greater than 50 percent are met before project implementation.

- Substantial surface disturbance to soil, including compaction of soil or loss of vegetation cover, could increase water runoff volume and velocity, increase downstream sediment loads, and could lower soil productivity, thereby degrading water quality, altering channel morphology, and affecting overall watershed health.

- The degree of impact attributed to any one disturbance or series of disturbances would be influenced by several factors, including location within the watershed, duration and extent of disturbance, quality of existing vegetation, existing soil types, and amount of precipitation.

- Roads and trails would be properly designed for the level of use according to BLM Road Manuals and Gold Book standards.

- Surface disturbances would be restored or mitigated.

- Many of the resources and uses have NSO and CSU stipulations that extend beyond or overlap the NSO and CSU stipulations listed for protection of soil resources, thus, providing additional safeguards for soil resources. For these reasons, impacts on soil resources from NSO and CSU stipulations associated with other resources will not be addressed unless there are noteworthy exceptions.

- Stipulations for steep slopes and fragile soils, conditions of approval, the application of BMPs, and specific mitigation measures identified in activity-level planning and NEPA-level review would prevent or further reduce impacts on soil resources.

## Environmental Consequences

Impacts on soils would result from some of the decisions proposed under other resources and resource uses. Resource uses and proposed decisions not addressed below were deemed to have no or only negligible impacts on soils under any of the four alternatives. Impacts from WSA and transportation facilities management would be similar under all alternatives.

## Alternative A

**Impacts from Soils Management.** Under Alternative A, approximately 5,900 acres would be protected by stipulation GS-NSO-14, which prohibits surface occupancy and surface-disturbing activities for the protection of the Glenwood Springs debris flow. This area would have similar protection under stipulation GS-NSO-16 for ACECs. These stipulations would have beneficial impacts on soil resources because they would maintain soil stability, permeability, and productivity and would minimize the impacts of soil erosion within the CRVFO debris flow zones.

Approximately 86,100 acres of the planning area would be protected by stipulation GS-NSO-15 for steep slopes greater than 50 percent for oil and gas facilities, which would prohibit surface occupancy and surface-disturbing activities on slopes greater than 50 percent, but does not apply to pipelines. In addition, approximately 172,600 acres of the planning area would be further protected by stipulation GS-CSU-4 for erosive soils on slopes greater than 30 percent, which would require special design, construction, operation, and reclamation measures. Overall, Alternative A is less protective than the Proposed RMP and Alternatives C or D, because the other alternatives would apply the NSO for steep slopes to all surface-disturbing activities including pipelines.

**Impacts from Water Resource Management.** Under Alternative A, approximately 46,100 acres of the planning area would be protected by stipulation GS-NSO-3 for major river corridors, which would prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark of six major rivers. Additionally, approximately 5,400 acres would be protected by stipulation GS-NSO-13 for domestic watershed areas, which would prohibit surface occupancy and surface-disturbing activities within watersheds providing domestic water for the communities of Rifle and New Castle. These stipulations would directly benefit soil resources by limiting or preventing surface-disturbing activities in those areas. Conditions of approval and the application of BMPs and specific mitigation measures identified in activity-level planning and NEPA-level review would prevent or reduce impacts on soil resources. Alternative A provides the least protection for soils because the other alternatives (the Proposed RMP and Alternatives C and D) would expand NSO stipulation protections for all municipal watersheds and public water supplies.

**Impacts from Vegetation Management—Forests and Woodlands.** Under Alternative A, the CRVFO would provide intensive management on forestlands growing commercial species (lodgepole pine, Engelmann spruce, or Douglas-fir) on productive growing sites (producing 20 cubic feet of wood fiber per acre per year), or on lands not withdrawn for other resource needs. In addition, the CRVFO would provide limited management on woodlands or noncommercial species (pinyon-juniper, Ponderosa pine, subalpine fir, or aspen) or on sites producing less than 20 cubic feet of wood fiber per acre per year. This alternative allows for only limited treatment of vegetation, although a full range of methods would be available. Mechanical, manual, or chemical treatments could result in short-term soil compaction, loss of vegetation cover, erosion, and changes in soil chemistry.

Restoration and vegetation treatment projects aimed at improving vegetation health and cover would reduce erosion potential and increase soil productivity. Restrictions and BMPs in sensitive areas would mitigate some of the negative impacts associated with treatments by protecting fragile soil resources. These management actions would improve soil stability and prevent soil loss associated with accelerated slope erosion. In the long term, vegetation treatments would improve cover and increase plant diversity, thereby stabilizing soil, improving overall watershed function and condition, and increasing permeability and soil organic matter, which allows greater infiltration and soil moisture storage. Alternative A provides the least protection for soils because the other alternatives (the Proposed RMP and Alternatives C and D) would implement a higher level of vegetation management, which would protect soil resources in the long term.

**Impacts from Vegetation Management—Riparian.** Soils in wetlands and riparian areas are unique in the Field Office, play an important ecosystem role, and are sensitive to disturbance. The combination of high permeability and the wet or waterlogged nature of the soils make them susceptible to compaction, erosion, sedimentation, vegetation and root mass destruction, and disturbances to nutrient cycling.

Under Alternative A, approximately 1,700 acres of the planning area would be protected by stipulation GS-NSO-2 for riparian and wetland zones that would prohibit surface occupancy and surface-disturbing activities within riparian vegetation. Additionally, a substantial amount of acres would be protected by stipulation GS-CSU-2 that would require special design and construction and implementation measures within 500 feet of riparian or wetland vegetation.

By preventing and limiting ground-disturbing activities, these stipulations would minimize soil compaction and displacement and associated erosion in these areas.

**Impacts from Vegetation Management—Weeds.** Under Alternative A, management actions for weeds would allow the use of herbicides to combat invasive/noxious weeds. Herbicides would produce small quantities of soil pollutants and could initially decrease vegetation cover. In addition, vehicles used for spraying could result in some soil compaction and displacement. Alterations in soil conditions could result in increased erosion and sediment and contaminant transport to nearby drainages. However, the herbicides would dissipate in the soil horizons over time, and desirable vegetation cover would return. Weed management actions would provide similar benefits to soils in all alternatives.

**Impacts from Fisheries and Aquatic Wildlife Management.** Under Alternative A, approximately 12,400 acres of the planning area would be protected by stipulation GS-NSO-5 for the Rifle Falls and Glenwood Springs fish hatcheries that would prohibit surface occupancy and surface-disturbing activities within a 2-mile radius of the hatcheries. By preventing and limiting ground-disturbing activities, this stipulation would minimize soil compaction and displacement and associated erosion in these areas. However, this stipulation could result in the relocation of surface-disturbing activities to areas with moderate to severe erosion hazards, as defined by the NRCS. Under Alternative A, fisheries and aquatic wildlife management would have a negligible to minor beneficial impact on soil resources. Fisheries and aquatic wildlife management in the Proposed RMP and Alternative C would implement additional NSO stipulations for fisheries and aquatic wildlife management, providing greater benefits for soils.

**Impacts from Terrestrial Wildlife Management.** Under Alternative A, nine wildlife seclusion areas, two state wildlife areas, and raptor nesting areas would be protected by NSO stipulations that would prohibit surface occupancy and surface-disturbing activities. In addition, some TLs would provide soil protection by preventing surface-disturbing activities during wet periods when soils are susceptible to displacement, compaction, and increased erosion. There would be an indirect benefit to soils by the protection of wildlife habitat and by restricting or controlling surface-disturbing activities, use and occupancy.

Although wildlife play a natural role in the ecosystem and add nutrients to soils, depending on the density of wildlife use, the soils could sustain some localized impacts. Wildlife stipulations reserve specific areas to create a favorable location for wildlife; therefore, when larger areas are set aside, the concentration of animals and associated soil impacts would likely be reduced.

In addition, habitat treatments would result in short-term impacts through soil compaction and displacement, but overall, there would be benefits by promoting vegetation regrowth and improving overall groundcover. Alternative A would provide more benefit to soils than under Alternative D, which would apply NSO stipulations only for raptor and waterfowl nest sites, but much less benefit than under the Proposed RMP and Alternative C, which would both implement more NSO stipulations and preserve more area for wildlife.

**Impacts from Special Status Plants and Terrestrial Wildlife Management.** Under Alternative A, approximately 8,600 acres would be protected by stipulation GS-NSO-12 for special status plants and terrestrial wildlife and by an NSO stipulation for a 0.25-mile buffer around sage-grouse lek sites that would prohibit surface occupancy and surface-disturbing activities. In addition, some timing limitations would provide soil protection by preventing surface-disturbing activities during periods of wet weather, when soils are susceptible to displacement, compaction, and increased erosion. Overall, special status plant and terrestrial management would have a minor benefit to soil resources by limiting surface-disturbing activities.

**Impacts from Cultural Resource Management.** Under Alternative A, cultural resources would be protected by a general NSO stipulation for historic properties that would prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of historic properties. Alternative A would have the fewest beneficial impacts of all alternatives. The Proposed RMP and Alternatives C and D would all prohibit surface-disturbing activities within 0.25 mile of heritage areas, and the Proposed RMP and Alternative C would implement a 200-meter buffer for historic properties, which would protect greater area for soils.

**Impacts from Visual Resources Management.** VRM class designations would limit (Class I and II) or allow (Class III and IV) surface-disturbing activities in specific areas, thereby affecting soil resources. Managing areas as VRM Class I and Class II would reduce surface disturbance and would retain existing vegetation, thereby reducing soil impacts. Areas managed as VRM Class III or IV would be subject to actions that allow for greater landscape modification and therefore greater surface disturbance. These areas could be subject to surface-disturbing activities including complete vegetation removal, which drastically increases the potential for loss of soil stability, wind and water erosion, and sedimentation to streams.

Under Alternative A, approximately 22,800 acres would be classified as VRM Class I and 311,400 acres as VRM Class II. These two VRM classes would provide protection for soil resources through the stipulations provided. Stipulation GS-NSO-16 for VRM Class I areas within ACECs would prohibit surface occupancy and surface disturbances in these areas. Approximately 9,500 acres would be protected by stipulation GS-NSO-18 for slopes over 30 percent with high visual sensitivity in the I-70 viewshed. In addition, stipulation GS-CSU-5 would apply a CSU restriction to VRM Class II areas. Relocation of operations by more than 200 meters (656 feet) may be required to protect visual values. Alternative A would designate the least area to VRM Class I and II and the most area to VRM Class III and IV, which would allow for the most adverse impacts of all alternatives on soils.

**Impacts from Wildland Fire Management.** Wildland fire management would cause a range of impacts on soils, both beneficial and adverse, depending on the type of activity (suppression, unplanned natural fire managed for resource benefit, prescribed fire, manual and mechanical treatments, or rehabilitation), type of soil, location, and timing of the activity. Impacts to soil resources from fire are complex and involve changes in nutrient cycling, water infiltration and runoff, and erosion potential.

The intensity of impacts to soils from fire depends on the severity of the burn, the fuel condition class of the vegetation community, and the condition of the soils before the burn. High-severity wildland fires remove all or a majority of vegetation and soil surface cover, which drastically increases the potential for wind and water erosion and sedimentation to streams. These fires also change soil structure and chemistry, resulting in the development of hydrophobic layers that increase post-fire runoff, sedimentation, and nutrient loading in nearby waterways. Additional impacts to soil could be caused by containing and suppressing wildland fires. Contaminants related to fire suppression include chemical retardants for suppression and fluids related to

vehicles and equipment (i.e. oil, gasoline, and antifreeze), which could pollute soils, alter soil chemistry, and migrate to waterways. Use of heavy fire equipment to construct roads, fire lines, or other fire-fighting facilities could cause soil compaction, displacement, and destruction to vegetation

Suppressing fires in areas of excessive fuel buildup could minimize, in the short term, high-severity fires and the associated impacts of vegetation loss and erosion. However, continued suppression of wildland fires could result in increased fuel loading and could increase the risk of high-severity fires and adverse soil impacts in the long term. Impacts on soils associated with a large-scale, severe wildland fire could be much greater because of a high percentage of vegetation cover loss and intense deep heating, resulting in soil sterilization and the creation of hydrophobic surface layers. The suppression of fire would allow for less habitat improvement and age-class diversification. The lack of fire often leads to increased fuel loading, which can lead to more catastrophic fires in the long term.

Alternatively, moderate or low-severity fires are often beneficial in providing age-class diversification and improving herbaceous cover, which would improve soil productivity, increase infiltration, decrease surface runoff, and soil erosion in the long term. Beneficial moderate- to low-severity fires are generally a goal of prescribed burn and management of unplanned fires in fire management and fuels reductions plans. Contaminants related to fire management such as fuel for prescribed fire ignition, fluids related to vehicles and equipment, such as oil, gasoline, antifreeze, and nutrient and bacterial contamination from fire crews and camps, could pollute soils, alter soil chemistry, and migrate to waterways. Use of heavy fire equipment to construct roads, fire lines, or other fire-fighting facilities could cause soil compaction, displacement, and destruction of vegetation.

Fire management may also involve the use of manual/mechanical treatments to lessen fuel loading and reduce risk of severe wildfire. Use of manual treatment such as chainsaws, and mechanical treatment, such as hydro axes, in most sites would reduce canopy cover and increase diversity of understory vegetation, which would improve soil stability. However, use of heavy equipment could cause soil compaction, displacement, and destruction to vegetation. Additionally, mechanical equipment could increase weed introduction and spread.

Mechanical equipment, used in post-fire stabilization and rehabilitation efforts, would cause short-term impacts but would be beneficial in the long term. Management prescriptions and post-fire stabilization and rehabilitation efforts, such as seeding and erosion control, would minimize some of the adverse impacts of fire. Seeding, mulching, and installing erosion controls (silt fences, straw wattles, and hay bales) would minimize post-fire erosion and sediment and contaminant delivery to waterways by slowing runoff velocities and intercepting rainfall.

Proposed fire management actions are the same across all alternatives; therefore, impacts on soils from wildland fire management would be the same across all alternatives. Under all alternatives, beneficial impacts would generally outweigh adverse impacts, as wildland fire and fuels management would generally improve habitat and diversify age-class structures.

**Impacts from Forestry Management.** Under Alternative A, a total of 17,900 acres of commercial forestland would be intensively managed to improve forest health and vigor and to provide timber products. The PSQ from suitable commercial forestlands in Alternative A is estimated at 1.8 MMBF. Major commercial

species include lodgepole pine, Engelmann spruce, Douglas-fir, and ponderosa pine (commercial forestland) and pinyon and juniper (woodland).

Alternative A would also manage 82,400 acres of primarily pinyon-juniper woodlands. Wood products, such as posts, poles, and firewood, would be produced on these lands. Reduction of pinyon-juniper encroachment into rangeland ecosystems and fuels reduction would be the focus of treatments in woodland stands, primarily through thinning by hand crews and the use of mechanized equipment for clearing and thinning. Reducing the cover of encroaching pinyon-juniper stands would lead to an increase in understory vegetation, such as grasses and forbs, thus providing greater protection for soils.

Timber harvest has the potential for creating soil impacts from equipment during logging operations and from vehicle traffic on unpaved and paved roads. The result would be soil compaction and displacement and soil erosion. The severity of impacts would depend on slope, soil characteristics, and implementation of stipulations, BMPs, and mitigation measures. Impacts would be minor to moderate before understory regrowth occurs and would generally have long-term benefits to soil productivity. Alternative A places a moderate emphasis on forest health, which is beneficial for soil resources. The Proposed RMP and Alternative D are the most aggressive alternatives and would therefore be more protective than Alternative A.

**Impacts from Livestock Grazing Management.** Under Alternative A, 39,200 AUMs would be allowed and approximately 488,300 acres of BLM land would be available for livestock grazing. The potential impacts on soil resources from grazing include long-term damage to riparian soils and vegetation, bacterial contamination, nutrient loading, and increases in compaction, displacement, and erosion, leading to potential sedimentation of nearby waterways. Adverse impacts in areas where livestock congregate could include loss of vegetation cover due to grazing and trampling, decrease in soil productivity, increase in erosion, and nutrient losses from pastures. In addition, range improvements such as allotment fences, watering tanks, and stock ponds would involve the removal of groundcover, soil compaction, and displacement, which could increase erosion potential and sedimentation but would be beneficial in the long term.

Livestock grazing within the CRVFO would be managed according to applicable laws and regulations and in accordance with the *Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado*. Adhering to these standards and guidelines would minimize impacts from livestock grazing management by maintaining plant vigor, minimizing damage to sensitive areas from trampling, and increasing litter accumulation, resulting in the maintenance or improvement of organic matter content, soil structure, permeability, and productivity. Meeting the standards would ensure that upland soils would exhibit infiltration, permeability, and erosion rates that are appropriate to soil type, climate, and landform. Impacts would therefore be minor area-wide but potentially moderate in specific areas where livestock tend to congregate (e.g., riparian areas). Alternative A would have the most acres and AUMs available for livestock grazing and the least management restrictions; therefore, soil impacts would likely be greatest under Alternative A.

**Impacts from Recreation and Visitor Services Management.** Alternative A would designate eight SRMAs (60,400 acres) and eight RMAs (64,100 acres). NSO stipulations would limit surface-disturbing activities and would provide protection to vegetation within the areas covered by the stipulations. Stipulation GS-NSO-16 would apply to five SRMAs, and stipulation GS-NSO-17 would limit surface-disturbing activities within RMAs.

Recreation and visitor services management would include the designation of SRMAs under all alternatives. The goal of SRMAs would be to emphasize recreation by managing for specific recreation opportunities and recreation setting characteristics on a sustained or enhanced long-term basis. SRMAs would concentrate recreational use in certain areas, which would also concentrate impacts on soils, especially in high-use areas, such as campgrounds, parking lots, boat launches, and trailheads. Vehicle accessed camping sites, which occur at a high level throughout the fall big game hunting seasons, are expected to impact soils through surface compaction. Motorized use, such as motorcycles or OHVs, would create the greatest adverse impacts on soils from compaction, erosion, and contamination with vehicle fluids including oil, gas, and antifreeze. Mechanized use in SRMAs, such as mountain biking, would affect soils less than motorized use but would create more impacts than nonmotorized uses, such as horseback riding, hiking, and boating.

Under all alternatives, visitor use is expected to increase and potential impacts on soils and vegetation are expected to increase as a result. An increase in visitor use would create the need for additional facilities and trails to accommodate recreationists. Development would create site-specific impacts on soils, such as loss of vegetation cover, soil erosion and compaction, and weed introduction and expansion. The Proposed RMP and Alternative C would impact soils less than the other alternatives by reducing an emphasis on recreation and other land uses and applying stipulations to more acres.

**Impacts from Comprehensive Trails and Travel Management.** Currently, under Alternative A, the planning area has large tracts of land open to cross-country OHV use. The CRVFO has 295,900 acres open to cross-country travel, 38,000 acres limited to travel on existing routes, and 123,000 acres limited to travel on designated routes. Cross-country OHV use results in adverse impacts on soil resources by increasing erosion and compaction and by damaging riparian areas and streambanks, resulting in increased sedimentation and contaminant transport of nearby drainages. Areas with OHV use limited to designated routes have reduced impacts on soil erosion and compaction.

OHV use could affect soil resources by causing surface disturbance, potentially contaminating soils with vehicle fluids, channeling surface runoff, and changing vegetation structure. Roads and OHV routes can be primary sources of sediment and salinity delivery to rivers and streams. Of special concern are routes with a clay-based native surface and routes within riparian zones. The magnitude and extent of motorized recreation have a greater effect on soil and water resources than nonmotorized recreation. OHV recreation use during periods of high soil moisture conditions could accelerate localized erosion and damage vegetation.

Under all alternatives, trails and travel management would have adverse impacts on soils. Alternative A would create the greatest impacts on soils by allowing for open cross-country travel across a large portion of the CRVFO. No other alternative would allow for open OHV use.

**Impacts from Lands and Realty Management.** Lands and realty actions include land exchanges and disposals, granting ROWs for transportation systems, utilities, communication sites, renewable energy development, and designating right-of-way avoidance and exclusion areas. Ground-disturbing activities associated with lands and realty management have the potential for creating adverse impacts on soils. Some disturbances such as construction of pipelines and buried fiber-optic lines could be reclaimed immediately after they were installed, resulting in less adverse impacts than actions such as building new roads and communication sites, which would have long-term adverse impacts on soils.

ROW exclusion areas would result in beneficial long-term impacts on soils by excluding these areas from ROW development. Alternative A would exclude the least amount of acres from ROW actions.

Under all alternatives, adverse impacts from lands and realty actions on soils would be greater than beneficial impacts. Under Alternative A, lands and realty management actions could result in the most adverse impacts on soils since the fewest acres would be excluded from ROW actions.

**Impacts from Coal Management.** Under Alternative A, approximately 28,500 acres of the federal mineral estate would be open to further consideration for coal leasing. Within areas open to coal leasing, approximately 1,600 acres would be designated as unacceptable for coal leasing based on multiple-use conflicts. While coal mining would result in surface-disturbing activities and impacts to soils, there currently are no active coal mines, and the potential for future activity is relatively low.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** The primary impact in this section would be from oil and gas development. Under Alternative A, approximately 672,500 acres of the federal mineral estate would be managed as open to fluid minerals leasing and development, and 28,700 acres would be closed to fluid minerals leasing. Alternative A considered a moderate level of oil and gas development with the least stringent stipulations and the most acres open to leasing. The number of potential wells and acres of disturbance would be less in Alternative A than in the Proposed RMP or Alternative D, but more than in Alternative C.

Disturbance of soils associated with mineral resource development would contribute to adverse impacts on soils including mixing of soil horizons, loss of topsoil or vegetation cover, and reduced soil productivity. In particular, noxious weed infestation resulting from disturbance would impact soil productivity. Biological soil crusts could be crushed during surface disturbance, and soils would no longer be protected from wind and water erosion. Soil compaction and displacement would occur in association with well pads, roads, and pipelines. Furthermore, runoff associated with these compacted surfaces would result in accelerated erosion and soil loss. These impacts would increase challenges associated with reclamation of low-potential soils, particularly fragile and saline soil types. Initially impacts can be minimized by stockpiling topsoil, controlling erosion, and rehabilitating disturbed surfaces quickly. Long-term soil protection could be achieved by continued maintenance, which would reduce erosion, remediate soil contamination, and minimize the size of the pad footprint through interim reclamation. Contamination of soils from spills of chemicals used in or produced by oil and gas activities could cause long-term reduction in site productivity.

Alternative A would open the most acres to oil and gas development of any alternatives, but would permit less surface disturbance than Alternative D. Alternative A would provide more protection for soils than Alternative D, but less than the Proposed RMP or Alternative C. Because the Proposed RMP and Alternative C would close the most acres to fluid minerals leasing and include the most acres of NSO stipulations, they would result in the greatest benefit to soils.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Under Alternative A, approximately 470,700 acres would be open to locatable mineral development. However, the CRVFO would recommend for withdrawal to the Secretary of the Interior approximately 34,500 acres for closure to the mining laws for locatable exploration or development. Approximately 470,700 acres would be open to salable minerals and non-energy leasable minerals. The CRVFO would close approximately 34,500 acres to mineral materials and non-energy solid mineral leasing.

Exploration and development of locatable, salable, and non-energy leasable minerals would result in surface occupancy and surface-disturbing activities through mineral extraction. Removal of vegetation and soil compaction and displacement would result in soil loss and erosion. However, plan of operations level development would be addressed in site-specific environmental analyses, while notice-level activity would be regulated to prevent undue and unnecessary degradation. Soil resources would be protected by mitigation to stabilize soil, to prevent unnecessary erosion, and to revegetate disturbed surfaces. Currently, these activities account for a small percentage of the planning area and have minor impacts on soil resources. However, it is anticipated that the demand for these resources may increase in the future.

Alternative A would withdraw the fewest acres for mineral development, and would potentially result in the most impacts to soils.

**Impacts from Areas of Critical Environmental Concern Management.** Under Alternative A, approximately 27,000 acres would be managed in six ACECs and protected by management actions such as more restrictive VRM and travel designations, and application of stipulation GS-NSO-16, which would prohibit surface occupancy and surface-disturbing activities in those areas. Protecting the relevant and important values of the potential ACECs would maintain or improve soil conditions in areas where management prescriptions limit surface disturbance. Although ACEC designation alone does not necessarily provide protection, management actions included in ACECs are often more restrictive, which indirectly provides protection for soil resources. Allowing no uses that would cause irreparable damage to the relevant and important values in these areas would reduce surface-disturbing activities within those six ACECs, thereby protecting soil resources.

Alternative A would designate more acres of ACECs than under Alternative D, but would designate far fewer acres than under the Proposed RMP or Alternative C. Alternative C would designate nearly three times the amount of acres of ACECs as Alternative A. Alternative A would protect more soils from surface-disturbing activities than under Alternative D but much less than under the Proposed RMP and Alternative C.

**Impacts from Wilderness Study Area Management.** Under Alternative A, four WSAs, totaling 27,700 acres, would be managed to protect wilderness characteristics, which generally would prevent most ground-disturbing activities. Under all alternatives, motorized or mechanized travel would be prohibited in the four WSAs. These designations would essentially protect soil resources by minimizing surface-disturbing activities in those areas.

**Impacts from Wild and Scenic River Management.** Under Alternative A, 13 stream segments outside of the Roan Plateau planning area would be managed under interim protections to preserve the free-flowing condition, water quality, ORVs, and tentative classification. The CRVFO would provide interim protective management by not approving actions that alter the free-flowing condition of the eligible stream segments through impoundments, diversions, or channeling or by use of riprap, and by not approving actions that would measurably diminish the identified ORVs affecting the potential suitability of a stream segment. In addition, the CRVFO would not approve actions that would modify the setting or level of development of an eligible river segment to a degree that would change its tentative classification. Protecting the ORVs of the eligible wild and scenic river segments would help protect soil resources by preventing ground-disturbing activities in the stream corridors.

Alternatives A and C would provide the most protection to soils by excluding surface-disturbing activities within 0.5 mile of all 13 stream segments eligible for inclusion in the NWSRS. The Proposed RMP and Alternative D may offer less protection because no stream segments would be determined suitable under the NWSRS; however, the major rivers stipulation (NSO restrictions within a 0.5-mile buffer) would provide some overlapping surface disturbance protective measures.

**Impacts from Transportation Facilities Management.** Under Alternative A, the CRVFO would maintain approximately 258 miles of road and 48 miles of trail. Across alternatives, only slight differences exist in the total road miles to be maintained and at various intensity levels. Soil impacts are difficult to quantify due to the site-specific placement and maintenance needs. Maintenance of roads and trails could have short-term impacts on soil resources before revegetation and stabilization of exposed cuts and fills. These activities could result in some soil compaction and displacement associated with road and trail widening and maintaining of waterbars and runoff features. Soil impacts would lead to increased runoff and sediment delivery to nearby waterways. Long term, these improvements would probably benefit soil resources by improving road and trail runoff and minimizing erosion on nearby slopes. Across all alternatives, similar soil impacts are expected from the existing transportation system.

### *Alternative B (Proposed RMP)*

Impacts to soils from forest and woodland vegetation management, rangeland vegetation management, weed management, wildland fire management, WSA management, and transportation facilities management would be the same as or similar to Alternative A. Impacts to soils from vegetation management, recreation and visitor services management, and coal management would be less than under Alternative A. Impacts under the Proposed RMP from all other resource and resource use decisions would be as described below.

**Impacts from Soils Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, except that stipulation CRVFO-NSO-2 for slopes greater than 50 percent would apply to all surface-disturbing activities (not just oil and gas) and would also apply to pipelines. By restricting all ground-disturbing activities, this stipulation would minimize soil compaction and displacement and associated erosion on 86,100 acres. The Proposed RMP would provide greater protection of soil resources than Alternative A. In addition, the Proposed RMP would apply CRVFO-CSU-1 for slopes steeper than 30 percent or areas with fragile or saline soils (as determined by the NRCS soil descriptions), regardless of slope. These fragile and saline soils have high erosion potential and are more difficult to reclaim post-disturbances. This stipulation, which would cover 457,800 acres, gives BLM the ability to move projects by more than 200 meters and require special design and implementation/reclamation measures to minimize erosion and enhance reclamation. By including all areas mapped as fragile or saline soils and areas steeper than 30 percent, CRVFO-CSU-1 is more stringent than the analogous CSU stipulations under Alternative A and covers the majority of the field office. The soil stipulation protections under the Proposed RMP are equivalent in Alternatives C and D.

**Impacts from Water Resource Management.** The Proposed RMP would continue the NSO for six major river corridors as in Alternative A. In addition, protections for domestic watersheds would be expanded to include all municipal watersheds and permitted public water systems (CRVFO-NSO-3 and CRVFO-CSU-2). The stipulation CRVFO-NSO-5 for perennial streams, water bodies, and riparian areas would further protect approximately 49,300 acres of the planning area by prohibiting surface occupancy and surface-disturbing activities within a 325 feet buffer. In addition, the stipulation CRVFO-CSU-3 protects around intermittent and ephemeral streams with a 100-foot buffer. By limiting ground-disturbing activities along water resources,

these stipulations would minimize soil compaction and displacement and associated erosion in these areas. However, these stipulations could result in the relocation of surface-disturbing activities to other areas.

Under the Proposed RMP, the water resource stipulations would provide more protection to soils than under Alternative A because NSO stipulation would apply to more acres. The Proposed RMP and Alternative C would provide the same protections to soils, which is more protective than Alternative D, which would not implement the NSO for streamside management zones.

**Impacts from Vegetation Management—Riparian.** The Proposed RMP offers soils protection from riparian vegetation management similar to the water resource management discussed above. The Proposed RMP would continue the NSO and CSU stipulations that would require special design, construction, and implementation measures within riparian or wetland vegetation. Riparian stipulations could allow for surface-disturbing activities to occur under the Proposed RMP, but would essentially provide more protection for soil resources than is currently being provided under Alternative A.

**Impacts from Fisheries and Aquatic Wildlife Management.** Under the Proposed RMP, the stipulation for fish and other aquatic dependent species would prohibit surface occupancy and surface-disturbing activities within 325 feet of all perennial water bodies. The stipulation CRVFO-NSO-6 stipulation for fish hatcheries would continue to apply under the Proposed RMP but would include all upgradient portions of the watershed on BLM lands instead of being based on a fixed distance around the facility. By preventing and limiting ground-disturbing activities, these stipulations would minimize soil compaction and displacement and associated erosion in these areas. However, these stipulations could result in the relocation of surface-disturbing activities to other areas that could affect soils. Overall, fisheries and aquatic wildlife management in the Proposed RMP would provide more protection for soil resources than Alternatives A and D and similar protections to Alternative C.

**Impacts from Terrestrial Wildlife Management.** Under the Proposed RMP, priority wildlife habitat would be protected by an NSO stipulation (CRVFO-NSO-7) that would prohibit surface occupancy and surface-disturbing activities to protect vegetation cover and forage on state wildlife areas and on BLM lands with high and overlying wildlife values. The Proposed RMP would provide greater protection for soil resources than Alternative A. Decisions in the Proposed RMP and Alternatives C and D would provide a long-term benefit to soil resources by reducing soil loss during wet conditions by closing over 131,000 acres to motorized and mechanized travel from December 1 to April 15 and by prohibiting motorized use on specific routes during the fall big game hunting seasons. In addition, closing state wildlife areas to leasing for fluid minerals would protect soils in a natural condition by limiting fluid mineral infrastructure and development.

**Impacts from Special Status Species Management—Fish and Other Aquatic Wildlife.** Under the Proposed RMP, impacts to soils would be similar to management for water resources. The NSO stipulation for major rivers would benefit both special status fish and soil resources by limiting surface disturbances. In addition, stipulation CRVFO-CSU-5 would incorporate the needed protections for all occupied tributary streams.

By restricting ground-disturbing activities, these stipulations would minimize soil compaction and displacement and associated erosion in these areas. Overall, special status fisheries and aquatic wildlife management would have a positive impact on soil resources.

**Impacts from Special Status Plants and Terrestrial Wildlife Management.** Impacts to soil resources from special status plants and animals would be similar to the general vegetation and wildlife management previously discussed. In addition, the Proposed RMP would provide more acres of NSO for BLM sensitive plants (1,100 acres) and greater sage-grouse priority habitat than Alternatives A, C, or D. The Proposed RMP would protect the most acres of soils from surface-disturbing activities.

**Impacts from Cultural Resource Management.** The Proposed RMP (and Alternative C) would provide greater protection of cultural resources than Alternative A by increasing the NSO buffer for historic properties from 100 meters to 200 meters and by including a 0.25-mile NSO buffer around heritage areas (CRV-NSO-37). Cultural resource stipulations under the Proposed RMP and Alternative C would prevent the most acres of surface disturbance, resulting in the most protection for soils. NSO stipulations under Alternatives A and D would protect fewer acres of soils.

**Impacts from Visual Resource Management.** Under the Proposed RMP, more acres would be managed as VRM Class I and II, and slightly different stipulations would apply. Stipulation CRVFO-NSO-22 would apply to VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and integrity. Under the Proposed RMP, more of the planning area would be protected from surface-disturbing activities by VRM Class 1 and II designations, thus providing benefits to soil resources.

**Impacts from Forestry Management.** Impacts under the Proposed RMP would be similar to those under Alternative A but would include intensive management of approximately 28,000 acres of commercial forestland and woodland and limited management of approximately 352,800 acres of forest and woodland. In addition, the CRVFO would prohibit commercial timber harvest on 123,300 acres of forest and woodland. The PSQ from suitable commercial forestlands would be 0.9 MMBF for the Proposed RMP, compared with 1.8 MMBF for Alternative A.

Under the Proposed RMP, the CRVFO would implement immediate salvage or accelerated harvests following adverse events (e.g., pine and spruce beetle infestations, other insect outbreaks, disease, blowdown, or wildfire) to regenerate stands and to capture the economic value of forest products before that value is lost. Timely implementation of treatment actions could reduce large-scale, severe wildfire hazards, thereby minimizing the potential for post-fire hydrophobic soil development, soil loss, and increased runoff. The Proposed RMP would likely result in short-term soil impacts, but also would implement broader forest health treatments, leading to long-term forest and soil health.

**Impacts from Livestock Grazing Management.** Livestock grazing impacts under the Proposed RMP would be less than Alternative A because of a reduction in available AUMs and a reduction in acres open to grazing. Under the Proposed RMP, 35,500 AUMs would be allowed, and approximately 441,600 acres of public land would be available for livestock grazing. In addition, the CRVFO would close 48 allotments due to poor suitability for livestock grazing and would close one allotment due to resource concerns. These decreases in AUMs and allotment closures would result in beneficial impacts to soils by minimizing compaction, displacement, erosion, and sedimentation. Since fewer acres and AUMs would be available to livestock under the Proposed RMP, compared with Alternatives A and D, adverse impacts on soils would be less.

**Impacts from Recreation and Visitor Services Management.** The Proposed RMP would designate five SRMAs (62,800 acres) and six ERMAs (40,900 acres). Stipulation CRVFO-NSO-25 would apply to the five

SRMAs and would limit surface-disturbing activities and provide protection to soils within the NSO area. Stipulation CRVFO-CSU-11 would limit surface-disturbing activities within the ERMAs.

Direct and indirect impacts to soils would be similar to Alternative A, such as loss of vegetation cover, soil erosion and compaction, and weed introduction and expansion. Compared with Alternative A, the Proposed RMP emphasizes recreation use in SRMAs and ERMAs. This is beneficial to soils however, because those RMAs that are managed for higher use and more facilities would have more site-specific impacts to soils. The Proposed RMP also has additional protective soil stipulations that should help mitigate recreation impacts.

**Impacts from Comprehensive Trails and Travel Management.** Under the Proposed RMP, the CRVFO would not have any acres open to cross-country travel. Approximately 464,000 acres would be limited to travel on designated routes only. This reduction of total acres open to cross-country OHV use would result in a substantial beneficial impact on soil resources by reducing the potential for erosion and compaction in areas open to cross-country travel. Designating all travel routes would comprehensively benefit soils by limiting user-created routes and implementing efforts to decommission/rehabilitate routes that are unnecessary or causing resource damage. Compared with Alternative A, the impact from travel management on soil resources would be similar across the Proposed RMP and Alternatives C and D, resulting in positive benefits to soils and watershed health.

**Impacts from Lands and Realty Management.** Any new land use authorizations (such as ROWs, permits, leases, and easements) could impact soils through compaction and vegetation removal, which could lead to erosion. Under the Proposed RMP, approximately 282,800 acres would be managed as ROW avoidance areas (including renewable energy sites, such as solar, wind, hydro, and biomass development). In addition, approximately 39,400 acres would be managed as ROW exclusion areas (including renewable energy sites, such as solar, wind, hydro, and biomass development). Exceptions to the ROW avoidance areas would be granted only if the proposed authorization would not create substantial surface disturbance or would create only temporary impacts. The Proposed RMP would have fewer impacts on soils than Alternatives A or D, and similar impacts as Alternative C.

**Impacts from Coal Management.** Under the Proposed RMP, no lands are currently identified as containing potentially developable coal resources based on geologic and economic constraints and lack of expressions of interest. Only areas of potentially developable coal resources may be identified at the RMP planning level as acceptable for further consideration for leasing (43 CFR 3420.1-4). Therefore, no lands are currently identified as acceptable for further consideration for coal leasing. While coal mining would result in surface-disturbing activities and could have moderate impacts on soil resources, there are currently no active coal mines in the planning area, and the potential for coal development in the future is relatively low.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Under the Proposed RMP, approximately 603,100 BLM surface acres would be managed as open to fluid minerals leasing and development. Impacts under the Proposed RMP would be similar to those under Alternative A, but slightly fewer acres of land with high potential for oil and gas would be open to leasing. Under the Proposed RMP, the CRVFO would close 98,100 acres of the federal mineral estate to fluid minerals leasing and geophysical development.

The Proposed RMP and Alternative D are the same for the anticipated potential development of wells, which is an approximately 40 percent increase as compared with Alternatives A and C. However, the Proposed

RMP does close more acres to fluid minerals leasing, which may facilitate clustered development and minimize soil resource disturbances. Additionally, stipulations under the Proposed RMP would protect soil resources on steep slopes and fragile and saline soil types across the majority of the CRVFO.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Under the Proposed RMP, all BLM lands are open to locatable minerals, unless already withdrawn or proposed for administrative withdrawal or wilderness designation. The Proposed RMP would recommend for withdrawal to the Secretary of the Interior approximately 181,200 acres for closure to the mining laws for locatable exploration or development. Approximately 342,700 acres would be open to mineral materials and non-energy solid mineral leasing development. The CRVFO would close approximately 162,500 acres to mineral materials and non-energy solid mineral leasing. Under the Proposed RMP, soil resources would benefit in those areas where these activities would be prohibited. Mineral development under the Proposed RMP would have less impact on soil resources than Alternatives A and D but more than C.

**Impacts from Areas of Critical Environmental Concern Management.** The Proposed RMP would include the designation of 11 ACECs, encompassing 46,400 acres. The Proposed RMP would designate more acres of ACECs than under Alternatives A and D, but would designate approximately 45,000 fewer acres than under Alternative C. The Proposed RMP would protect soils from surface-disturbing activities more than under Alternatives A and D, but substantially less than under Alternative C.

**Impacts from Wild and Scenic Rivers Management.** Under the Proposed RMP, two Deep Creek segments, totaling 4.5 miles, would be determined suitable, which would ensure the continued protection of their free-flowing condition, water quality, ORVs, and tentative classification; thus representing a long-term benefit to soil and water resources. The Proposed RMP would exclude surface-disturbing activities within Deep Creek Canyon.

Suitability determinations would be deferred for two Colorado River segments. The BLM would defer a suitability determination on Colorado River segments and would rely upon the *Upper Colorado River Wild and Scenic Stakeholder Group Management Plan*, in concert with BLM/USFS land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments. Thus soil resources would indirectly benefit from decisions to protect the river corridor, such as the NSO stipulation for major rivers.

## Alternative C

Impacts to soils from soils management, vegetation management, wildland fire management, wilderness and wilderness study area management, transportation facilities management, , and wild and scenic rivers management would be the same as or similar to those under Alternative A. Impacts to soils from management of all other resources and uses would be the same as or similar to those under the Proposed RMP, except as follows.

**Impacts from Vegetation Management—Forests and Woodlands.** The types of impacts under Alternative C would be similar to those under the Proposed RMP, except that the total PSQ would be reduced to 0.9 MMBF. Overall, Alternative C would be more protective of soils than the Proposed RMP or Alternatives A and D.

**Impacts from Terrestrial Wildlife Management.** Impacts under Alternative C would be similar to those under the Proposed RMP, except that state wildlife areas would be closed to fluid minerals leasing in Alternative C. Closure would provide slightly more protection for soils than the NSO stipulation in the Proposed RMP. Alternative C would provide the most protection for soils of all alternatives, followed by the Proposed RMP and Alternatives A and D.

**Impacts from Special Status Species Management—Fish and Other Aquatic Wildlife.** Impacts under Alternative C would be the same as or similar to those under Proposed RMP but would replace the CSU stipulation CRV-CSU-14 for sensitive amphibians with an NSO stipulation CRV-NSO-34 for sensitive amphibians. This NSO stipulation would provide additional protection of approximately 3,800 acres by prohibiting surface occupancy and surface-disturbing activities within 800 meters (0.5 mile) of identified breeding sites. Overall, Alternative C would provide the most protection for soils.

**Impacts from Special Status Species Management – Plants and Terrestrial Wildlife.** The NSO stipulations for sage-grouse and other special status wildlife from the Proposed RMP would be carried forward in Alternative C. In addition, under Alternative C, a 200-meter NSO buffer would apply to all special status plants, which would restrict surface-disturbing activities on approximately 28,000 acres. Alternative C would protect more acres of soils from surface-disturbing activities than any other alternative.

**Impacts from Visual Resource Management.** Impacts under Alternative C would be the same as or similar to, those under the Proposed RMP, except that fewer acres would be managed as VRM Class II. Based on VRM Class I and II designations, the protection of soil resources would be less than under the Proposed RMP.

**Impacts from Managing to Protect Wilderness Characteristics.** Under Alternative C, approximately 47,000 acres would be protected by stipulation CRV-NSO-43. This protection would prohibit surface occupancy and surface-disturbing activities. By preventing and limiting ground-disturbing activities, this stipulation would minimize soil compaction and displacement and associated erosion in these areas

Under Alternative C, managing for wilderness characteristics would benefit soils by limiting surface-disturbing activities. There are no lands proposed with wilderness characteristics outside existing WSAs under the other alternatives, so Alternative C would provide the most protection for soils.

**Impacts from Forestry Management.** Impacts under Alternative C would be the same as or similar to those under Proposed RMP, but would include intensive management of approximately 28,400 acres of commercial forestland and woodland and limited management of approximately 341,800 acres of forest and woodland. In addition, the CRVFO would prohibit commercial timber harvest on 135,000 acres of forest and woodland, the most restrictive of all alternatives.

Under this alternative, the CRVFO would not accelerate harvest levels to capture the economic values of forest products after adverse events. Salvage operations would be conducted to capture some commercial value and reduce potential for the large-scale, severe fires. This alternative would provide initial protection for soil resources by ensuring that adequate mitigation and BMPs are in place before implementation. However, the result in extreme cases could be large-scale, severe fire before salvage, which would have negative adverse impacts on soil resources. Alternative C places the least emphasis on forest health of all the alternatives.

**Impacts from Livestock Grazing Management.** Livestock grazing impacts under Alternative C would be less than Alternative A or the Proposed RMP because of a substantial decrease in the number of available AUMs and a decrease in the number of acres open to grazing. Under Alternative C, a total of 35,500 AUMs would be allowed and approximately 427,800 acres of public land would be available for livestock grazing. In addition, the CRVFO would close 55 vacant allotments due to poor suitability for livestock grazing and three active allotments due to resource concerns or conflicts. These decreases in numbers and allotment closures would result in a beneficial impact on soils by preserving vegetation and minimizing nutrient loading, bacterial contamination, compaction, displacement, erosion, and sedimentation. Alternative C would authorize the fewest AUMs and close the most allotments; therefore, this alternative would be the most protective of soils.

**Impacts from Recreation and Visitor Services Management.** Alternative C would designate two SRMAs (23,800 acres) and nine ERMAs (71,400 acres). Stipulation CRVFO-NSO-46 would apply to the two SRMAs and would limit surface-disturbing activities and provide protection to soils within the NSO area. CRVFO-CSU-18 would only restrict surface-disturbing activities within four of the identified ERMAs. Alternative C would have the fewest acres designated for SRMA development, but would allow for the most recreational development and use in the ERMA areas.

**Impacts from Comprehensive Trails and Travel Management.** Impacts under Alternative C would be the same as or similar to those under the Proposed RMP, but would have 200 more acres closed to OHV use and 200 fewer acres limited to travel on designated routes. In addition, more acres would be closed to OHV use from December 1 to April 30, which would help protect soils from compaction and erosion during periods of high soil moisture. Alternative C would be most protective of soil resources, followed by the Proposed RMP, and then by Alternatives D and A.

**Impacts from Lands and Realty Management.** Compared with the Proposed RMP, Alternative C would designate slightly fewer acres as ROW avoidance areas (196,800 acres) but would include more acres designated as ROW exclusion areas (39,900 acres). This alternative reflects a slight decrease in ROW avoidance areas, but an increase in ROW exclusion areas. Lands and realty management under Alternative C would be more restrictive than under any other alternative, thereby having the least impact on soil resources by preventing, limiting, or relocating surface-disturbing activities.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Under Alternative C, more acres would be closed to fluid minerals leasing (179,700 acres) and slightly more acres would be protected by NSO or CSU stipulations than under Alternatives A or the Proposed RMP. However, impacts would be similar to those under Alternative A because most of the high potential areas for oil and gas resources have already been leased. Consequently, new stipulations would not apply to these areas, and the additional acres closed to oil and gas would be in areas where development is unlikely.

Under this alternative, approximately 521,500 acres of federal mineral estate would be managed as open to fluid minerals leasing and development. This is the same level of potential development and number of acres of disturbance as assumed in the Proposed RMP. These surface-disturbing activities would still have moderate impacts on soil resources where they occur through soil compaction, displacement, and increased runoff. Overall, Alternative C would be the most protective alternative.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Under Alternative C, a substantial percentage of the planning area would be recommended

for withdrawal from locatable mineral exploration and development and closed to mineral material sales and non-energy solid mineral leasing, thus benefitting soil resources in those areas. Under this alternative, the CRVFO would recommend for withdrawal to the Secretary of the Interior approximately 219,000 acres for locatable mineral exploration or development. The CRVFO would close approximately 182,100 acres to mineral material disposal and non-energy solid mineral leasing.

Impacts would be similar to those described under Alternative A. Impacts would be adverse and both short term and long term. Alternative C would withdraw the most acres of any alternative, providing the greatest benefit to soils.

**Impacts from Areas of Critical Environmental Concern Management.** Alternative C would designate the most acres as ACECs. NSO stipulations to protect the ACEC values would cover approximately 60,000 acres, placing the most restrictions on surface disturbance among the alternatives. Under Alternative C, management of ACECs would provide additional protection of soil resources by limiting surface-disturbing activities.

**Impacts from Wild and Scenic Rivers Management.** Under Alternative C, all eligible stream segments would be found suitable, which would offer a long-term indirect benefit to soil resources through the associated stipulations.

## Alternative D

Impacts to soils from weed management, wildland fire management, , wilderness and wilderness study areas management, and transportation facilities management would be the same as or similar to those under Alternative A. Impacts from management of all other resources and uses would be the same as or similar to those under the Proposed RMP, except as described below.

**Impacts from Terrestrial Wildlife Management.** Terrestrial wildlife management in Alternative D would provide the least protection for soils resources of any alternative, because NSO stipulations for wildlife seclusion areas, core wildlife habitat, and state wildlife areas would be removed. Alternative D would have the least beneficial impact of all alternatives.

**Impacts from Visual Resource Management.** Impacts under Alternative D would be the same as or similar to the Proposed RMP, except that fewer acres would be managed as VRM Class II. Under this alternative, approximately 20,000 less acres would be managed as VRM Class II. Alternative D would have greater protections for soils than under Alternative A, but less than the Proposed RMP and Alternative C.

**Impacts from Livestock Grazing Management.** Impacts under Alternative D would be similar to the Proposed RMP. The increase in acres open to grazing and AUMs would result in a potentially higher impact on soils from compaction, displacement, erosion, and sedimentation. Based on acres closed to grazing and available AUMs, Alternative D would be more protective than Alternative A but less than the Proposed RMP and Alternative C.

**Impacts from Recreation and Visitor Services Management.** Alternative D would designate seven SRMAs (63,600 acres) and five ERMAs (33,000 acres). CRVFO-NSO-46 would apply to only two SRMAs and would limit surface-disturbing activities and provide protection to soils within the NSO area. No stipulations for controlled surface use are being proposed. Recreational ddevelopment would create direct

and indirect impacts on soils, such as loss of vegetation cover, soil erosion and compaction, and weed introduction and expansion. Alternative D would have similar soil impacts from SRMA development as the Proposed RMP. However, Alternative D has less acreage designated for ERMA development, and fewer protective stipulations overall.

**Impacts from Comprehensive Trails and Travel Management.** Similar to the Proposed RMP and Alternative C, Alternative D would have no land open to cross-country travel. Alternative D would close 31,400 acres to OHV use and would limit 473,500 acres to travel on designated routes. This alternative would result in approximately 6,000 fewer acres closed to travel than the Proposed RMP or Alternative C, resulting in potentially greater impacts to soil resources. Alternative D would result in far fewer adverse impacts on soils than under Alternative A because OHVs would be limited to designated routes.

**Impacts from Lands and Realty Management.** Alternative D would designate more acres as ROW exclusion and avoidance areas than Alternative A, but would designate fewer acres as ROW exclusion or avoidance areas than the Proposed RMP and Alternative C. This alternative would result in less protection for soil resources than is provided under the Proposed RMP and Alternative C.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Impacts under Alternative D would be similar to those under Alternative A but with more development and less protective measures. Under this alternative, a high percentage of the planning area would be open to fluid minerals leasing. In addition, this development scenario accounts for a substantial increase in infrastructure and disturbed acres. This alternative would be the least restrictive and would have the most impacts on soils. Approximately 648,800 acres of federal mineral estate would be managed as open to fluid minerals leasing and development. However, this alternative accounts for the same amount of potential development of federal wells and surface disturbance as the Proposed RMP. Alternative D would prevent the least amount of surface disturbance of all alternatives, providing the least protection to soils.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Impacts under Alternative D would be similar to the Proposed RMP. Under this alternative, approximately 432,600 acres would be open to locatable mineral development. However, the CRVFO would recommend for withdrawal to the Secretary of the Interior of approximately 132,700 acres for closure to the mining laws for locatable exploration or development.

Alternative D would withdraw more acres than under Alternative A but fewer than under the Proposed RMP, and substantially fewer acres than under Alternative C; therefore, Alternative D would create fewer impacts on soils than under Alternative A, but poses slightly more potential to impact soils than under the Proposed RMP or Alternative C.

**Impacts from Areas of Critical Environmental Concern Management.** Impacts from ACEC management under Alternative D would be similar to Alternative A, except only three of the six current ACECs would continue, totaling 20,200 acres. This is the fewest ACECs and the fewest acres protected for select resource values among the alternatives. Increased disturbance in some areas would likely occur compared with other alternatives. All ACECs under this alternative would be covered by NSOs, and 14,100 acres would be designated as ROW exclusion areas. Alternative D provides the least protection of soil resources by designating the least amount of acres to ACECs that limit surface-disturbing activities.

**Impacts from Wild and Scenic Rivers Management.** Under Alternative D, there would be no eligible wild and scenic segments found to be suitable, and none of the NSO and CSU stipulations for WSRs would apply. This alternative would allow for surface occupancy and surface-disturbing activities in areas that were previously managed to protect eligible wild and scenic rivers. Under this alternative, more soil resources would be susceptible to ground-disturbing activities, unless otherwise protected by applicable stipulations. These negative impacts would probably have a minor effect on soil resources, as most of these areas would be protected by overlapping stipulations for major river corridors and perennial water bodies/riparian areas. Overall, Alternative D offers the least indirect protections for soil resources.

## Cumulative Impacts

The geographic extent of the cumulative impacts analysis as it pertains to soil resources would be the CRVFO boundary and would include all federal, state, private, and other lands within this boundary. Potential cumulative impacts on soil resources by BLM land uses in the planning area would result from surface disturbances and vegetation loss that could lead to decreased soil productivity by increasing soil erosion and loss. Past and present activities with adverse impacts on soil resources include OHV use, mineral exploration and development, livestock grazing, vegetation treatments, (including prescribed burning), and wildfires. These activities cause surface disturbances by removing vegetation cover, by displacing and compacting soils, and by altering soil structure and chemistry. The result is reduced soil productivity through an increase in runoff and erosion, and ultimately soil loss.

RFFAs on federal, state, private, and other lands within and adjacent to the planning area that could have an adverse effect on soil resources include urban development, expansion of recreational use (including increased OHV use), and ongoing mineral exploration, development, and production. Urban development and associated increases in recreational and commercial land use will increase in the foreseeable future. Garfield County population projections estimate a 30 percent (from 63,000 to 98,000 people) increase in the next 10 years (Colorado State Demography Office 2007d). Industrial land use, especially oil and gas development on federal, state, private, and other lands within and adjacent to the planning area, will continue to increase. Oil and gas wells on non-BLM lands are expected to increase at a similar or greater rate than BLM wells, which currently account for 20 percent of the wells in Garfield County (COGCC 2010).

Many of BLM activities cross multiple landownership and therefore would affect neighboring lands. Examples include running livestock between USFS and BLM or private and BLM lands, roads, and trails that pass between lands with different surface owners. Regarding erosional processes, soil loss could be initiated on neighboring lands and then deposited on BLM land or vice versa.

Under all alternatives, soil resources would benefit from management in accordance with the *Fundamentals of Rangeland Health and Standards and Guidelines for Grazing Administration*. Site-specific mitigation and BMPs for surface-disturbing activities would further reduce impacts on soil resources. Adherence to these standards would reduce many of the adverse impacts from future actions. In addition, existing and proposed stipulations designed to protect soil resources would be beneficial by minimizing erosion potential that would be expected on steep slopes and in areas with erodible soils as classified by the NRCS. Stipulations and limitations for other resources that prevent or limit surface-disturbing activities would provide additional protection for soil resources and thereby be beneficial. Examples include cultural, riparian, wildlife, and fisheries stipulations. Furthermore, timing limitations could benefit soil resources by limiting or preventing surface-disturbing activities during times of the year when saturated soil conditions exist or when precipitation and runoff events are frequent (e.g., winter and spring).

Throughout all alternatives, slopes steeper than 50 percent would be avoided and protected by an NSO stipulation, while slopes steeper than 30 percent would be protected by a CSU protection. In addition, soils with a severe erosion hazard would have CSU protection. However, stipulations for other resources that protect soils by preventing or limiting surface-disturbing activities would vary by alternative. In addition, land use activities that disturb vegetation cover and soils would also vary by alternative. Under Alternative A, current stipulations would apply, and land uses would continue at the existing rates of development. Soil resources would receive adequate protection under this alternative as a result of existing stipulations. The Proposed RMP would provide slightly more protection of soil resources than Alternative A. In general, Alternative C would provide the most protection for soil resources by permitting the least amount of surface-disturbing activities, by applying stipulations that would limit or prevent surface-disturbing activities, and by imposing mitigations to minimize impacts that would occur. Of the four alternatives, Alternative D would be the least restrictive, allowing use to increase beyond existing conditions. While soil stipulations would apply under this alternative, the projected levels of development and lack of protection afforded by other resource stipulations would result in losses of soil and increases in erosion throughout the planning area.

#### 4.2.4   Water Resources

This section presents potential impacts on water resources from management actions of other resources and resource uses discussed in Chapter 2. Existing conditions concerning water resources are described in Chapter 3, Section 3.2.4. Details about the surface water quality, groundwater quality, water quantity, and the risk to water resources can be found in Section 3.2.4.

#### Issues

The following primary impacts for water resources were the focus of the impact analysis:

- Surface runoff and flooding – increased volume and velocity of runoff

- Sediment and turbidity - increased sediment loading and long range sediment transport

- Salinity – increased salinity loading to the Colorado River and its tributaries

- Damage to stream channel morphology and characteristics —increased erosion and sedimentation

- Water quality alteration - actions, activities, or accidents (spills, leaks) that could alter water quality parameters, including pH, dissolved oxygen, temperature, hardness, alkalinity,salinity, and turbidity

- Water depletions – resulting in water quality changes, sediment accumulation, and loss of aquatic species habitat

- Water rights– potential injury to BLM water rights or instream flow rights, and loss of associated beneficial uses

- WSR suitability impacts - potential future water projects that may result from WSR suitability determinations

#### Assumptions

- Land uses and water resources would be managed to ensure long-term water quality, as defined by Land Health Standard 2 (Riparian Systems) and Land Health Standard 5 (Water Quality) of the BLM *Standards for Public Land Health and Guidelines for Livestock Management in Colorado* (Appendix J). Land Health Standard 5 indicators include appropriate populations of macroinvertebrates, vertebrates, and algae and surface water and groundwater substances attributable only to humans (e.g., sediment, scum, floating debris, odor, and heavy metal precipitates on channel substrate) that are within the State of Colorado Water Quality Standards (5 CCR 1002-8).

- Land uses would be managed to maintain or move toward meeting the Colorado Standards for Public Land Health (BLM 1997a) on a landscape basis. These standards describe conditions needed to sustain public land health and relate to all uses of the public lands. The indictors across LHA Standards that relate to water resources are health of streambank vegetation, balance with the water and sediment being supplied by the watershed, floodplain vegetation, appropriate soil permeability rates, and appropriate stream channel morphology and characteristics.

- The Water Quality Control Division is responsible for adopting, enforcing, and administering state and federal water quality regulations in Colorado.

- Water quantity and quality is influenced by both natural and anthropogenic (human influenced) factors. The natural ecosystem has adapted to function within the water quality parameters related to natural hydrologic and geologic conditions of the watershed. The quality of alluvial groundwater in the Colorado River Basin can vary widely, and is affected by return flow quality, mineral weathering

and dissolution, cation-anion exchange with alluvial minerals, and organic compound loading from fertilizer and pesticide leaching.

- In the upper reaches of the watershed, riparian vegetation is healthy and streams and groundwater are fed directly by snowmelt and precipitation. Water quality tends to have low sediment and salinity. As groundwater flows downgradient and surface water flows downstream, the chemical and biological quality of the water changes as salts, sediment, and biological and chemical constituents accumulate.

- The highest sediment loads in surface waters occur during periods of high flow, in response to short duration, high intensity precipitation events creating long range sediment transport and localized mass wasting events. Increases of impervious surfaces and disturbance from OHV use, livestock grazing, and oil and gas activity cause increased stream discharge, alteration of peak flow timing, and modification of a stream's normal sediment loads. The highest dissolved salt concentrations occur during low flow periods, typically late fall and winter when stream base flow is fed primarily by groundwater (BLM 2004a).

- Chemicals associated with energy and mineral development and OHV use, nutrients and pathogens from livestock, and herbicides for vegetation treatment can migrate to surface and groundwater and adversely impact water resources.

- Substantial surface disturbance of soil and vegetation, including compaction, displacement, or removal of soil or vegetation cover, reduces infiltration and filtering capacity, increases volume and velocity water runoff, and increases long range sediment and contaminant transport. Energy and mineral development, recreation, grazing, travel management, and fuels management can impact water resources by increasing surface and subsurface disturbance.

- The degree of impact attributed to any one disturbance or series of disturbances would be influenced by several factors, including location within the watershed, duration, and degree of disturbance, vegetation health, soil type, precipitation, and mitigating actions applied to the disturbance.

- An increase of pollutants in surface waters would affect other beneficial uses (e.g., recreation, stock watering, irrigation, and public drinking water supplies).

- Access roads would be properly designed to mitigate erosion, reduce impact to stream morphology, and reduce the introduction of sediments and contaminants into surface waters.

- Some surface-disturbing actions, such as vegetation management projects, could cause short-term adverse impacts on water quality immediately following treatments but could benefit water quality in the long term as vegetation becomes reestablished.

- The level of shallow groundwater is dependent on recharge rates and withdrawal rates. Management actions which increase surface runoff volumes would reduce infiltration which recharges groundwater aquifers. Increased withdrawal of groundwater or surface waters from areas of recharge may lower groundwater levels and in turn reduce streamflows.

- Activities that affect recharge areas, that involve withdrawal of surface water or groundwater, that cause the transport of contaminants to water sources, or that cause infiltration into the ground could have impacts on groundwater resources. Groundwater chemistry can be affected by recharge of surface water from streams and ditches or contaminant migration to groundwater.

- Subsurface disturbances, such as minerals and energy development, create a risk of groundwater contamination. In the Colorado River Basin, alluvial well depths are generally less than 200 feet (with few in excess of 400 feet) and typical water levels range in depth from 50 to 100 feet. The risk of groundwater contamination from oil and gas drilling and the practice of hydraulic fracturing are a water resources and public health concern. Impacts to surface and water quality and quantity are described in Section 3.2.4, and the specific impacts from each alternative are presented in the Fluids Mineral Management subsection below. An in-depth discussion of environmental and public health concerns related to drilling and hydraulic fracturing is presented in Section 4.6.1 Public Health and Safety, subsection Fluids Mineral Management.

- Direct and indirect impacts of land uses on water resources are generally best mitigated by avoiding or minimizing the impact to the degree practicable with stipulations (e.g., NSOs, CSUs) and designations (e.g., ACECs, WSAs, and WSRs). The various management action and allowable use decisions outlined in Chapter 2 and the stipulations described in Appendix B emphasize this approach for maintaining, improving, and conserving water resources. Impacts that cannot be avoided would at least be minimized by the application of COAs or BMPs (Appendix G).

- Many of resources and resource uses have NSO and CSU stipulations that extend beyond or overlap the NSO and CSU stipulations listed for protection of water resources. Although NSO or CSU stipulations for other resources and uses may offer additional benefits (e.g., reduced erosion, sedimentation, and water quality degradation) and indirectly support water resources, some of these benefits would be negligible or minor. However, some stipulations for fisheries and riparian vegetation and designations, such as WSRs, would directly benefit water resources. In addition, water NSO and CSU stipulations would provide adequate protection for water resources in most cases, but not under all alternatives. For these reasons, impacts on water resources from NSO and CSU stipulations associated with other resources are not addressed unless there are noteworthy exceptions.

- In an effort to quantify water depletions in the Colorado River for the four endangered big river fishes, USFWS issued a programmatic biological opinion that assumes 0.77 acre-feet of water is depleted per well within the BLM Colorado River Valley planning area (BLM 2008i). In the biological opinion, the 0.77 acre-feet depletion rate is an average based on current local data, and takes into account all aspects of water use to develop and transport natural gas resources. The agreement between the BLM, which includes lands in 8 field offices, and USFWS is that the assumed total average annual depletion from the basin is 4,046 acre-feet per year.

- Impacts from water use for fluid minerals development are contingent on the level of development and advances in technology to recycle and reuse water resources. The number of wells drilled per year varies on many factors which are presented in depth in Appendix R: Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office Administrative Boundary Area. Although the range of alternatives includes different acres open to leasing and total levels of development over the life of the plan, the number of wells drilled in any given year could be the same across all alternatives. Because the programmatic biological opinion is based on annual withdrawals from the Colorado River, all alternatives are assumed to have the same or similar cumulative annual water depletions.

## Methods of Analysis

Discussed below are the differences among alternatives for management actions related to other resources, uses, and special designations as they would bear on water resources.

- Within the analysis of the alternatives, impacts on water resources would be significant if any of the following were to occur:

  - Alteration of the physical characteristics of streams, wetlands, or riparian areas beyond the designated use.
  - Degradation of water quality beyond the designated use, resulting in the failure of the water body to meet federal or state water quality standards.
  - Impaired water quality or quantity to a degree that could affect the survival rate of downstream aquatic or riparian species of concern.
  - Disturbed stream discharge (e.g., increase in peak flood flows or reduction in total flow volume) or a stream withdrawn or diverted out of its channel for a length of time sufficient to cause potentially negative impacts on downstream users, aquatic wildlife, or riparian vegetation.

- Management actions regarding closure or avoidance of specific areas (NSOs) or restrictions of disturbance (CSUs) are considered protective and beneficial. In addition, maintaining or decommissioning roads, installing or upgrading stormwater controls, and replacing improperly sized or non-functioning culverts benefit water resources. Activities beneficial to water resources include actions which:

  - Improve watershed conditions by protecting riparian areas and sensitive watersheds
  - Reduce flood hazards
  - Enhance or restore degraded water quality
  - Increase water recharge rates or reduce groundwater withdrawals
  - Increase the acquisition of water rights.

## Environmental Consequences

All land uses in this Proposed RMP/Final EIS would conform to Colorado Standards for Public Land Health (BLM 1997a) that describe conditions needed to sustain public land health and relate to all uses of the public lands.

Impacts on water resources would result from some of the actions proposed under other resources and uses. Programs not addressed below were deemed to have no or only negligible impacts on water resources under any of the four alternatives.

### Alternative A

**Impacts from Water Resource Management.** Under Alternative A, approximately 46,100 acres would be protected by stipulation GS-NSO-3 for major river corridors that would prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark of six major rivers. However, this stipulation does not apply to the Naval Oil Shale Reserves production area. Additionally, approximately 5,400 acres would be protected by stipulation GS-NSO-13 for two municipal watershed areas, which would prohibit surface occupancy and surface-disturbing activities within watersheds providing domestic water for the communities of Rifle and New Castle. These stipulations would directly benefit water resources by

limiting or preventing surface-disturbing activities in proximity to these waterways and protecting the shallow aquifers from contamination. In addition, COAs, BMPs (as listed in Appendix G), and specific mitigation measures identified during project implementation-level planning would reduce impacts on water resources.

Under this alternative, the CRVFO would take actions to maintain or improve existing water quality. Streams with identified water quality problems include Divide, Horse, Willow, and Poison Creeks, Upper Colorado River, and Milk and Alkali Creeks. Under a proposed management action, it would be determined if management of BLM lands is contributing to the impairment of state-identified water quality-impaired streams (i.e., the State's 303(d) list or Monitoring and Evaluation list) and streams identified from BLM LHAs and other inventories. Where the contributions are identified, the BLM would limit, restrict, or change actions or activities to improve water quality.

The BLM would take actions to achieve and maintain BLM objectives that provide sufficient water quantity on BLM lands for multiple use management and for the functionality of healthy riparian, wetland, aquatic, and upland systems. Additionally, specific project proponents and permittees would be required to allocate flows as possible mitigation for adverse impacts on water-dependent resources. These management actions would result in a beneficial, indirect, and long-term impact on water resources by increasing water flow but would decrease the water available to local agriculture and development.

To protect water quantity and flow rates, the CRVFO would continue to file for water rights and water use permits to protect all water uses on BLM lands, as allowed by state water law. Uses for which the BLM would apply for water rights include livestock, wildlife watering, wildlife habitat, recreation, and fire suppression. In addition, the BLM would make recommendations to the CWCB for protecting or enhancing instream flows on appropriate stream segments that cross BLM lands. The CRVFO would also oppose water right applications that might adversely affect water quantity and have negative impacts on wildlife, springs or wetlands, riparian vegetation, and aquatic species. Furthermore, the CRVFO would use other tools, including land and water acquisitions, realty actions, and cooperative agreements to secure minimal or necessary flows. The CRVFO also would comment on proposed water developments that could impact BLM land resources (e.g., new or enlarged storage reservoirs, pipeline projects, or diversions) to achieve its water management objectives. These objectives include improving stream flows, maintaining minimum pools in reservoirs, and providing public access to water bodies.

The CRVFO would require project proponents to acquire applicable permits required by Section 402 and 404 of the Clean Water Act from the State of Colorado Water Quality Control Division and US Army Corps of Engineers. The actions outlined above would result in a beneficial, direct and indirect, and long-term impact in maintaining the health of streams, surface water bodies, and groundwater resources, as well as their associated riparian ecological resources. These actions would help the BLM ensure that the water quality of all surface water and groundwater on or influenced by BLM lands contributes to achieving the water quality standards (e.g., numeric criteria, narrative criteria, and antidegradation requirements) established by State of Colorado requirements under state law (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act.

Overall, Alternative A would be the least protective of water resources. The other alternatives would be more protective of municipal and public water supplies encompassing many of the public water intakes found throughout the CRVFO (CRVFO-NSO-3 and CRVFO-CSU-2 in the Proposed RMP or CRVFO-NSO-4 in Alternatives C and D. The Proposed RMP and Alternative C would be more protective of hydrologic features (intermittent, ephemeral and perennial drainages; wetlands; lakes; fens; or springs) and riparian areas through

the application of stipulations CRVFO-NSO-5, CRVCO-CSU-3 and CRVFO-CSU-2. In addition, constraints on surface disturbing activities in the Proposed RMP and Alternatives C and D would protect groundwater resources by reducing the subsurface impacts and the risk of spills in shallow aquifers.

**Impacts from Soils Management.** Under Alternative A, water resources would be protected by an NSO stipulation for debris flow hazard zones. Approximately 86,100 acres would be protected by stipulation GS-NSO-15 for slopes steeper than 50 percent for oil and gas facilities, which would prohibit surface occupancy and surface-disturbing activities for oil and gas facilities on slopes greater than 50 percent, but does not apply to pipelines. In addition, approximately 172,600 acres would be further protected by stipulation GS-CSU-4 for erosive soils and slopes greater than 30 percent, which would require special design, construction, operation, and reclamation measures.

The above stipulations would minimize degradation of water resources by maintaining stability, permeability, and productivity of soils, thus increasing infiltration and minimizing erosion related sediment transport having a beneficial, direct, and long-term impact on surface and groundwater quality and quantity. Additionally, COAs, the application of BMPs (as listed in Appendix G), and specific mitigation measures identified during project implementation-level planning would prevent or reduce impacts on water resources. Mitigation during surface-disturbing projects would reduce or eliminate the potential for soil erosion and sediment transport to nearby drainages. Alternative A would provide the least protection for water resources because all other alternatives would implement more protective stipulations. Under Alternative A, stipulation GS-NSO-15 would only be applied to oil and gas facilities and not include pipelines, whereas the other alternatives would apply steep-slope NSO across all resource uses. Stipulation GS-CSU-4 would apply to erosive soils and slopes greater than 30 percent whereas the stipulation CRVFO-CSU-1 protects slopes greater than 30 percent and fragile and saline soils. The other alternatives include special engineering design criteria and construction activities to address slope stability, erosion hazards, and surface runoff in areas of severe erosion hazards and fragile or saline soils.

**Impacts from Vegetation Management—Forests and Woodlands.** Under Alternative A, the CRVFO would provide intensive management on forestlands growing commercial species (lodgepole pine, Engelmann spruce, or Douglas-fir) on productive growing sites (producing 20 cubic feet of wood fiber per acre per year) on lands not withdrawn for other resource needs. In addition, the CRVFO would provide limited management on woodlands or noncommercial species (pinyon-juniper, Ponderosa pine, subalpine fir, or aspen) or on sites producing less than 20 cubic feet of wood fiber per acre per year. This alternative allows for only limited treatment of vegetation, although a full range of methods would be available. Mechanical, manual, or chemical treatments could result in short-term soil compaction, some loss in vegetation cover, erosion, and changes in soil chemistry, actions which frequently lead to increased runoff volume and velocity, reduced infiltration rates, and sediment and contaminant delivery to nearby waterways. Hydrologic changes caused by these actions could include changes in water chemistry and geomorphic function of streams that adversely affect aquatic species.

Managing vegetation communities to achieve Land Health Standard 1 could increase organic matter content, structure, infiltration, water storage capacity, and permeability, thereby improving the overall watershed function and condition. Restoration and vegetation-treatment projects aimed at improving vegetation health and cover would reduce erosion potential, increase groundwater infiltration rates and minimize sediment and contaminant delivery to nearby waterways. Restrictions and BMPs in sensitive areas would mitigate some of the negative impacts by protecting fragile soil resources and avoiding activities in proximity to waterways.

Alternative A provides the least protection for water resources because all other alternatives would implement stipulations to more intensively manage and improve forest health, and therefore are more protective of surface and groundwater quantity and quality in the long run.

**Impacts from Vegetation Management—Riparian.** Under Alternative A, approximately 3,700 acres would be protected by stipulation GS-NSO-2 for riparian and wetland zones that would prohibit surface occupancy and surface-disturbing activities within riparian areas. Additionally, 48,300 acres would be protected by stipulation GS-CSU-2, which would require special design, construction, and implementation measures within 500 feet of riparian or wetland vegetation. Riparian areas and wetlands provide many critical services for water resources. These areas are unique in their capacity to buffer flooding, filter incoming water, recharge groundwater through infiltration, support base flows through natural water storage release, protect shorelines, and support aquatic species. Riparian areas improve water quality by providing streambank stabilization and natural filtering and attenuation properties, which minimize sedimentation and nutrient transport to waterways. Natural water temperatures and associated dissolved oxygen levels are maintained by the shade riparian vegetation provides, thereby benefiting water quality, aquatic species, and riparian-dependent wildlife. Furthermore, riparian areas maintain water quantity by providing shade, creating water storage, and replenishing groundwater. Stipulations that protect these also protect water resources.

Alternative A would provide the least protection for water resources because all other alternatives would implement more protective riparian stipulations. The Proposed RMP and Alternative C would protect riparian areas with an NSO stipulation buffer of 328 feet and 50 feet, respectively. In addition, the CSU buffer in the other alternatives would be more restrictive on development within 500 feet of riparian or wetland zones. Improved wetland and watershed health is directly and indirectly beneficial to long-term surface and groundwater quantity and quality.

**Impacts from Vegetation Management—Weeds.** Under Alternative A, management actions for weeds would allow the use of herbicides to combat invasive/noxious weeds. Herbicides would produce small quantities of pollutants and could initially decrease vegetation cover. In addition, vehicles used for spraying could produce some soil compaction and displacement. Alterations in soil conditions could result in reduced infiltration and increased erosion, leading to sediment and contaminant transport to nearby drainages. However, over time the herbicides would dissipate in the soil and desirable vegetation cover would return. In the long run, Alternative A would provide the least protection for water resources because all other alternatives would provide for healthier plant communities, which help increase infiltration, increase filtering of surface and groundwater, and thereby reduce sediment and contaminant transport.

**Impacts from Fisheries and Aquatic Wildlife Management.** Under Alternative A, existing stipulation GS-NSO-5 would continue to protect the surface and shallow groundwater sources within a 2-mile radius of the Rifle Falls and Glenwood Springs fish hatcheries. The watershed protections under this stipulation would provide general benefits to water quality in Rifle Creek and Mitchell Creek and their tributaries, as well as downstream waters into which these creeks flow. By limiting ground-disturbing activities, these stipulations would have direct benefits to water resources by minimizing erosion and sediment and contaminant delivery in those areas.

Other alternatives would be more protective with additional NSO and CSU stipulations to protect water features that support aquatic species and fish hatcheries. The Proposed RMP protects more of the watershed upstream of the hatcheries (CRVFO-NSO-6), rather than the 2-mile radius as described in GS-NSO-5. In

addition, subsurface protection for the groundwater source feeding the fish hatcheries would be stipulated under the Proposed RMP. CRV-NSO-17 in Alternatives C and D would also be more protective of water supplies for fish hatcheries than GS-NSO-5 in Alternative A.

Other alternatives would be more protective of water features which benefit fisheries than Alternative A. The Proposed RMP and Alternatives C and D have added protections of water features, with CRVFO-NSO-5 combined NSO for water features, riparian areas and fisheries, (the Proposed RMP), CRV-NSO-16 328-feet buffer from perennial waters (Alternative C), or CRV-CSU-16 restrictions on trout bearing streams. In addition the other alternatives contain implementation actions to protect and enhance features that impact surface and groundwater quantity and quality to benefit aquatic organisms.

**Impacts from Terrestrial Wildlife Management.** Under Alternative A, a substantial number of acres would be protected by applicable wildlife stipulations (GS-NSO-4, GS-NSO-7, and GS-NSO-11) that would prohibit surface occupancy and surface-disturbing activities in wildlife areas. In addition, some timing limitations would provide water quality protection by preventing surface-disturbing activities during periods of wet weather, when soils are susceptible to displacement, compaction, and erosion. Essentially, these stipulations and timing limitations would benefit water resources by minimizing erosion and the potential for sedimentation and contaminant delivery to waterways in those areas, especially during spring runoff.

Water resources can sustain some localized damage from congregating animals. Wildlife activity could result in soil compaction and displacement through game trails and hoof action, thereby increasing runoff potential and sediment delivery. Heavy concentration of wildlife in waterways may also adversely affect water quality by increasing sedimentation associated with streambank failures and by increasing nutrient and fecal coliform levels to waterways. Habitat treatments could result in short-term impacts through changes in surface runoff and increased erosion. However, there would be long-term benefits to water resources by promoting vegetation regrowth, supporting soil productivity (enhance organic matter, permeability, infiltration rates, water storage capacity) and improving overall groundcover. Overall, terrestrial wildlife management could have minor short-term impacts on water resources in specific treatment areas, but would benefit water resources in other areas through stipulations and timing limitations that restrict surface disturbing activities. Alternative A would provide more benefit to water resources than Alternative D, which would only apply NSO stipulations for raptor and waterfowl nest sites, but Alternative A would provide much less benefit than under the Proposed RMP and Alternative C, both of which would apply more NSO stipulations that constrain surface-disturbing activities.

**Impacts from Special Status Species—Plants and Terrestrial Wildlife Management.** Under Alternative A, NSO stipulations for special status plants and terrestrial wildlife would indirectly benefit water resources. In addition, some timing limitations would provide water quality protection by preventing surface-disturbing activities during wet weather when soils are most susceptible to compaction and erosion. Essentially, these stipulations and timing limitations would benefit water resources by minimizing compaction, erosion, and sediment transport to waterways in those areas. Alternative A would be the least protective of surface and groundwater resources because it would protect the fewest acres from surface-disturbing activities.

**Impacts from Cultural Resource Management.** Cultural resource stipulations and actions would benefit water resources by minimizing erosion potential and reducing sediment and contaminant delivery to waterways. The Proposed RMP and Alternatives C and D would implement additional NSO stipulations, which would protect water resources more effectively than Alternative A.

**Impacts from Visual Resource Management.** VRM class designations would limit (Class I and II) or allow (Class III and IV) surface-disturbing activities in specific areas, thereby affecting soil resources. Managing areas as VRM Class I and II would likely reduce the likelihood of surface disturbances which could potentially impact water resources. Areas managed as VRM Class III or IV would be subject to actions that allow for greater landscape modification and therefore greater surface disturbance. Qualitatively, Alternative A would designate the least area to VRM Class I and II and the most area to VRM Class III and IV. Thus, Alternative A has the most potential over the life of the RMP to allow projects that could create soil displacement, surface and subsurface soil compaction, and vegetation removal. Such projects would reduce filtering and infiltration and would drastically increase the potential for loss of soil stability, wind and water erosion, and sedimentation to streams. Applying the proposed stipulations and BMPs for the protection of soil and water resources would mitigate the potential impacts by minimizing erosion potential and the potential for sediment and contaminant delivery to waterways.

Stipulation GS-NSO-16 for VRM Class I areas within ACECs would prohibit surface occupancy and surface disturbances in these areas. Approximately 9,500 acres (8,400 acres/1,100 acres federal mineral estate) would be protected by GS-NSO-18 for slopes over 30 percent with high visual sensitivity in the Interstate 70 viewshed. In addition, stipulation GS-CSU-5 would apply a CSU restriction to VRM Class II areas. Relocation of operations by more than 200 meters (656 feet) may be required to protect visual values. Overall, these stipulations would essentially benefit soil resources in those areas and in turn would benefit nearby water resources by minimizing erosion potential and the potential for sediment and contaminant delivery to waterways.

**Impacts from Wildland Fire Management.** Wildland fire management would cause a range of impacts on water quality, both beneficial and adverse, depending on the type of activity (e.g., intensity and severity of the fire, unplanned natural fire managed for resource benefit, prescribed fire, suppression, manual and mechanical treatments, or rehabilitation), proximity to drainages, soil type, topography, and timing of the activity. Impacts on water resources related to wildland fires are complex and involve changes in soil physics and chemistry, nutrient cycling, water infiltration and runoff, and erosion potential. The intensity of impacts to soils and water quality from fire depends on the severity of the burn, the fuel condition class of the vegetation community, and the condition of the soils before the burn. Suppressing fires in areas of excessive fuel buildup could minimize, in the short-term, fires and the associated impacts of vegetation loss and erosion. However, continued suppression of wildland fires could result in increased fuel loading and increased risk of high-severity fires, resulting in short- and long-term adverse impacts to water quality. High-severity burns would result in a high percentage of vegetation cover loss and intense deep heating, causing soil sterilization, and the creation of hydrophobic surface layers. Catastrophic wildfires amplify post-fire runoff, decrease infiltration, increase the severity of flooding, and increase sedimentation in nearby waterways.

Alternatively, moderate or low-severity fires are often beneficial in providing age-class diversification and improving herbaceous cover, which improve soil productivity, increase infiltration, and decrease surface runoff velocity and soil erosion in the long term. Beneficial moderate- to low-severity fires are generally a goal of prescribed burn and management of unplanned fires in fire management and fuels reductions plans.

Impacts to water resources could be caused by containing and suppressing wildland fires or prescribed burns. Contaminants related to fire suppression, including chemical retardants for suppression and fluids related to vehicles and equipment (such as oil, gasoline, and antifreeze), could pollute soils, alter soil chemistry, and migrate to waterways. Use of heavy fire equipment to construct roads, fire lines, or other fire-fighting facilities

could cause soil erosion, destruction to vegetation, and increased runoff. Contaminants related to fire management, such as fuel for prescribed fire ignition, fluids related to vehicles and equipment, and nutrient and bacterial contamination from fire crews and camps, could pollute soils, alter soil chemistry, and migrate to waterways.

Fire management may also involve the use of manual/mechanical treatments to lessen fuel loading and reduce risk of severe wildfire. Use of manual treatment (e.g., chain saws) and mechanical treatment (e.g., hydro axes) in most sites would reduce canopy cover and increase diversity of understory vegetation, which would improve soil stability and watershed function in the long run. However, use of heavy equipment could cause short-term erosion and destruction of vegetation. Additionally, mechanical equipment could increase weed introduction and spread.

Mechanical equipment, used in post-fire stabilization and rehabilitation efforts, would cause short-term impacts but would be beneficial in the long term. Management prescriptions and post-fire stabilization and rehabilitation efforts (e.g., seeding and erosion control) would minimize some of the adverse impacts of fire.

Proposed fire management actions are the same across all alternatives; therefore, impacts on water quality from wildland fire management would be the same across all alternatives. Under all alternatives, beneficial impacts would generally outweigh adverse impacts, as wildland fire and fuels management would improve habitat and diversify age-class structures.

**Impacts from Cave and Karst Resource Management.** Under Alternative A, BLM lands and lands above federal mineral estate lands would be protected by stipulation GS-NSO-16 for the Deep Creek cave area and ACECs that would prohibit surface occupancy and surface-disturbing activities in the Deep Creek cave area. Similar protection would be afforded by stipulation GS-NSO-49 for ACECs. By preventing and limiting ground-disturbing activities, which lead to erosion, sediment loading, and nutrient transport to nearby drainages, as well as reduced filtering and infiltration, Alternative A would be less protective of surface and groundwater quantity and quality than the Proposed RMP or Alternative C, which would add 680 acres of protection with CRV-NSO-44.

**Impacts from Forestry Management.** Under Alternative A, the CRVFO would manage approximately 17,900 acres of commercial forestland and 82,400 acres of woodland. The annual allowable harvest from suitable commercial forestlands is estimated at 1.8 MMBF. In addition, the CRVFO would manage all forestland supporting commercial forestland and woodland species, including the five forest management units: King Mountain, Black Mountain, Castle Peak, Seven Hermits, and the Naval Oil Shale Reserves (Roan Plateau Planning Area). Major commercial species include lodgepole pine, Engelmann spruce, Douglas-fir, and ponderosa pine (commercial forestland), and pinyon and juniper (woodland).

Timber harvest entails use of equipment during logging and vehicle traffic on unpaved roads. These activities have the potential for creating water resources impacts from vegetation removal and soil displacement and compaction. Soil compaction, erosion, and loss of productivity result in reduced infiltration and filtering, increased runoff and sediment transport, thus causing reduced groundwater recharge and changes in geomorphic function of streams. The severity of impacts would depend on slope, soil characteristics, proximity to hydrologic features, and implementation of mitigation measures. Impacts from these activities would be minor to moderate before understory regrowth. Restoration and vegetation-treatment projects would be aimed at improving vegetation health and cover. In the long run, managing forest health would

benefit water resources by increasing organic matter content, structure, infiltration, water storage capacity, and permeability of soils, thereby improving the overall watershed function and condition.

Alternative A would place a moderate emphasis on forest health, which is moderately beneficial for water resources. The Proposed RMP and Alternatives C and D would be more aggressive in actively managing forest health, and therefore more protective than Alternative A.

**Impacts from Livestock Grazing Management.** Under Alternative A, a total of 39,200 AUMs would be authorized, and approximately 488,300 acres of BLM land would be available for livestock grazing. The potential negative impacts on water resources from grazing include sediment loading, damage to riparian areas and stream banks, increases in bacterial contamination and nutrient levels in surface and groundwater, and loss of streamside and upland vegetation cover. Sediment and nutrient delivery is caused by stream bank alteration and loss of vegetation cover due to grazing and trampling. Sediment loading and nutrient contamination may result in algal blooms that can cause temperature increases and loss of dissolved oxygen which would negatively impact aquatic organisms. In addition, geomorphic function of channels could be altered by sedimentation, vegetation loss, and damage to waterways that could lead to increased channel degradation (e.g., headcutting, scouring, and streambank failure) or aggradation (sediment deposition). Range improvements, such as allotment fences, watering tanks, and stock ponds, would involve the removal of ground cover, soil compaction, and displacement that could temporarily increase erosion potential and sedimentation in nearby waterways but would protect water resources in the long run.

Livestock grazing would be managed according to applicable laws and regulations (including state water quality standards) and with Rangeland Health Standards and Guidelines for Grazing Administration (Appendix J). Adhering to these standards and guidelines would minimize impacts from livestock grazing management by maintaining plant vigor, minimizing damage to sensitive areas from trampling, and improving organic matter content, soil structure, permeability, productivity, and riparian-wetland function. This would ensure that upland soils would exhibit infiltration, permeability, and erosion rates that are appropriate to soil type, climate, and landform, thereby minimizing water quality degradation. In addition, limiting grazing in riparian areas and access to streams and water bodies would directly benefit water quality by allowing vegetation to recover, minimizing streambank failures, and minimizing nutrient and fecal coliform levels. Healthy riparian areas act to filter pollutants from water, uptake nutrients, and maintain base flows. Overall, impacts would be minor area-wide but could be moderate in specific areas where livestock congregate (e.g., in riparian areas). Since Alternative A would have the most acres and AUMs available for livestock grazing and the least management restrictions, it would be the least protective of water resources.

**Impacts from Recreation and Visitor Services Management.** Under Alternative A, a total of 60,400 acres would be managed in eight SRMAs; 60,700 acres would be managed as RMAs; and the remaining acres would be managed as ERMAs. Protective stipulations associated with these include GS-NSO-16, which limits large surface-disturbing activities on five SRMAs, and stipulation GS-NSO-17, which limits large surface-disturbing activities within eight RMAs.

Recreation has site-specific, direct, and indirect impacts to surface water resources near frequent and high-use areas, such as campgrounds, parking lots, and trailheads. These types of high-use recreational areas can result in soil compaction, damage to stream banks and riparian areas, soil erosion, and transport of contaminants to water resources. Compacted soils increase volume and velocity of runoff and would result in sedimentation in nearby waterways. Long duration trail use (e.g., walking, horseback riding, OHV riding, and mountain biking),

especially during wet periods, would result in disruption of surface soil, compaction of surface and subsurface soil, and loss of vegetation cover, which leads to accelerated erosion and sediment delivery to nearby waterways. Trails that cross stream channels, often result in localized damage to riparian areas and changes to stream channels' geomorphology and function.

Under Alternative A, an NSO stipulation, which constrains ground-disturbing activities in select SRMAs and RMAs, would offer indirect protections to water resources. Alternative A would create fewer impacts than Alternative D, which would allow for the most development and use. The Proposed RMP and Alternative C would impact water resources less by designating fewer SRMAs and applying NSOs to more acres.

**Impacts from Comprehensive Trails and Travel Management.** Currently, under Alternative A, the planning area has large tracts of land open to cross-country OHV use. The CRVFO has 295,900 acres open to cross-country travel, 38,000 acres limited to travel on existing routes, and 123,000 acres limited to travel on designated routes. The impact from increased motorized use (e.g., full-sized vehicles, motorcycles, and ATVs), as well as horses and foot traffic, includes increased potential for compaction and erosion, increased velocity and volume of surface runoff, increased eroded soil, changed vegetation structure, increased transport contaminants, and degradation of nearby waterways. Soil compaction and loss of vegetation reduce filtering capacity and infiltration, which recharges groundwater.

The magnitude and extent of motorized recreation has a greater effect on soil and water resources than nonmotorized recreation. OHV use could potentially contaminate surface water and groundwater with vehicle fluids (e.g., oil, gas glycol, or battery acid) and sediment load. Roads and OHV routes can be primary sources of sediment and salinity delivery to rivers and streams. OHV recreation use during periods of high soil moisture conditions could accelerate localized erosion and damage vegetation. In areas of low water crossings, vehicle use within riparian zones and on trails near or in drainages may cause damage to streambanks and riparian areas, and transport contaminant and sediment loads to waterways. The overall impact on water resources would be moderate to severe and long-term where these activities occurred. However, the implementation of mitigation measures would prevent or minimize these impacts.

Under all alternatives, trails and travel management could have adverse impacts on water resources. Alternative A would allow for the greatest impacts on water resources by allowing for open cross-country travel. Areas with OHV use limited to designated routes would reduce impacts on water resources. No other alternative would allow for open OHV use, thereby reducing impacts to surface and groundwater quality and quantity.

**Impacts from Lands and Realty Management.** Actions related to lands and realty management programs include land acquisitions, disposals, and exchanges, establishment of mineral withdrawal areas, ROW avoidance areas, and exclusion areas, and grants for ROWs. Such actions have the potential for creating adverse, indirect, and long-term impacts on water resources from construction of infrastructure projects. However, these impacts would be reduced by the implementation of mitigation measures and BMPs. Under all alternatives, adverse impacts from lands and realty actions on water resources would be greater than beneficial impacts. Generally impacts would be minor with potentially moderate impacts in specific areas.

Establishment of mineral withdrawal areas and ROW avoidance and exclusion areas would have beneficial direct impacts on water resources by restricting development projects. Establishment of ROW avoidance and exclusion areas could have a beneficial, indirect, and long-term impact on water resources from avoiding

some potential ROW construction projects or from altering the routes of other projects. Under Alternative A, lands and realty management actions would result in potentially the most adverse impacts on water resources since the fewest acres would be excluded from ROW actions.

**Impacts from Coal Management.** Under Alternative A, approximately 28,500 acres of the federal mineral estate would be open to consideration for coal leasing. Within areas open to coal leasing, approximately 1,600 acres would be designated as unacceptable for coal leasing based on multiple-use conflicts. Stipulation GS-NSO-1 for surface coal mines would prohibit surface occupancy and surface-disturbing activities within the area of an approved surface coal mine. Additionally, stipulation GS-CSU-1 for underground coal mines would apply CSU restrictions to oil and gas operations within the area of federally leased coal lands. Coal mining has potential adverse impacts on water quality and quantity. Some coal mines use significant amounts of water from nearby sources during development, and runoff from coal mines contains harmful contaminants and frequently lowers the pH of waterways. Other impacts may result from release of pollutants capable of contaminating surface water during storm water runoff, or contaminating aquifers during groundwater recharge and alteration of drainage patterns, which would affect stream hydrographs and water supplies. The stipulations above would protect water resources by prohibiting additional surface-disturbing activities in those areas, which would minimize erosion and sediment and contaminant delivery to nearby drainages.

While coal mining would result in surface-disturbing activities and could have moderate impacts on water resources, there are currently no active coal mines, and the potential for coal development in the future is relatively low.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Current management of fluid minerals is concentrated on the western 22 percent of the CRVFO (the area west of the Grand Hogback), where the high potential for the occurrence of gas resources is located. It is estimated that 99 percent of future drilling activity will occur in the areas identified as high potential for the occurrence of oil and gas resources. Infill and step-out drilling will be the major portion of future activity. Of the BLM mineral estate in this high potential area, approximately 88 percent has been leased and currently is being developed. The eastern 78 percent of the CRVFO (east of the Grand Hogback) has a lower potential for occurrence of oil and gas resources. Approximately 1 percent of future drilling activity is likely to occur in areas of medium and low potential, and no drilling activity is predicted in the areas identified as no-known potential.

Under Alternative A, approximately 672,500 acres of the federal mineral estate would be managed as open to fluid minerals leasing and development and 28,700 acres would be closed to fluid minerals leasing. With advancements in technology such as directional drilling, simultaneous operations, remote completions, and consolidated facilities, the amount of surface disturbance from any amount of oil and gas development is related to many factors. Among other factors, the acres open to development, the surface topographical constraints to accessing federal minerals, the drilling and completions technology to access the subsurface minerals, existing infrastructure, and road networks influence the amount of surface disturbance and its proximity to waterways. Throughout this and all alternatives, 95 percent of the high-potential area has already been leased for natural gas development. Depending on the time of lease, any number of protective stipulations may apply to specific lease parcels. Where lands have been leased since completion of the Supplemental 1999 Oil and Gas Leasing EIS, the stipulations in Table 4.2.7-4 would apply and help to reduce impacts.

Direct and indirect adverse impacts on water resources from fluid minerals development can occur during the drilling, completion, or operational phases of wells. Other impacts occur from surface-disturbing activities, traffic, waste management, water use, and the use, storage, and transportation of fluids (i.e., chemicals, condensate, and produced water). Surface-disturbing activities associated with facilities, such as well pads, roads, and pipelines, cause loss of vegetation cover, soil compaction and displacement, reduced infiltration, increased volume and velocity of runoff, and increased sedimentation and salinity in surface waters. Increased stream discharge, alteration of peak flow timing, and modification of a stream's normal sediment loads can occur where roads and pads are located near drainages. Short- and long-term adverse impacts would include physical changes in channel configuration associated with poorly aligned culverts, improperly sized culverts, and fill material. Increases in impervious surface often result in sediment transport and concentration of runoff. The increase in flow quantity and sediment loads can modify stream channel morphology and degrade water quality. Impacts can be minimized initially by proper casing of wells, stormwater management, stockpiling topsoil, controlling erosion, and quick rehabilitation of disturbed surfaces. Long-term soil protection could be achieved by continued maintenance which would reduce erosion and minimize the size of the long-term pad footprint through interim reclamation measures.

Oil and gas waste management practices have the potential to contaminate soils, surface water and groundwater in the event of a spill of fluids/chemicals, leaks from pipelines, leaks from pits, and compromised wells. Produced and flowback water would be either recycled for reuse in future hydraulic fracturing or disposed of in disposal wells or surface evaporation pits. Use, storage, and transportation of fluids such as produced water, hydraulic fracturing fluids, and condensate have the possibility of spills that could migrate to surface or groundwater. Contamination of soils from drilling and production wastes or chemicals spilled on the surface could migrate to surface or groundwater and cause reduction in site productivity.

The possibility that hydraulic fracturing fluids may migrate to shallow groundwater sources is still speculative based on ongoing studies by the EPA (EPA 2011b). Hydraulic fracturing occurs in the gas producing formations at depths greater than 5,000 feet in the CRVFO. Water, sand, and chemical additives are pumped into the formation at extremely high pressure, to create fractures that allow gas to flow into the well. Theoretically, improperly completed wells or perforations into zones of geological weakness (i.e., faults, folds, or fractures) could create conduits that allow hydrofracturing fluids, produced water, and methane to migrate to groundwater resources. If a groundwater source is contaminated, there are few cost-effective ways to reclaim that water source; thus, the long-term impacts of groundwater contamination are considerable. In addition to BLM Onshore Orders (43 CFR 3160) and COGCCs requirements for well completions (BLM 1997, COGCC 2010), CRVFO protects surface and shallow groundwater through stipulations and site-specific COAs for drilling, completions, and fluids management. Additional detail about oil and gas drilling and hydraulic fracturing is presented in Section 3.2.4 Affected Environment-Water Resources, Section 4.3.6 Impacts on Resource Uses-Mineral Resources, and Section 4.6.1 Impacts on Social and Economic Environment – Public Health and Safety.

The cumulative effect of water depletion in a watershed has adverse impacts to the flow of groundwater (i.e., springs and seeps), streams and rivers, and to overall water quality. In an effort to quantify water depletions in the Colorado River for the four endangered big river fishes, USFWS issued a programmatic biological opinion that assumes 0.77 acre-feet of water is depleted per well within the BLM Colorado River Valley planning area (BLM 2008i). In the biological opinion, the 0.77 acre-feet depletion rate is an average based on current local data, and takes into account all aspects of water use to develop and transport natural gas

resources. The agreement between the BLM, which includes lands in eight field offices, and the US Fish and Wildlife is that the assumed total average annual depletion from the basin is 4,046 acre-feet per year.

Impacts from water use for fluid minerals development are contingent on the level of development and advances in technology to recycle and reuse water resources. The number of wells drilled per year varies on many factors which are presented in depth in Appendix R: Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office Administrative Boundary Area. Although the range of alternatives includes different acres open to leasing and total levels of development over the life of the plan, the number of wells drilled in any given year could be the same across all alternatives. Because the programmatic biological opinion is based on annual withdrawals from the Colorado River, all alternatives are assumed to have the same or similar cumulative annual water depletions.

The number of acres in each leasing category (e.g., listed from greatest to least amount of surface disturbance, standard conditions, CSU and timing limitations, no surface occupancy, and closed) would quantify impacts in terms of acres of surface disturbance. Generally, areas that are closed to development or subject to NSO would experience little or no surface disturbance due to fluid minerals development; thus negligible or no adverse impacts on water resources would occur. Areas subject to standard conditions, or conditions of controlled surface use and timing limitations, would experience short- and long-term impacts on water resources from surface disturbances associated with minerals development.

Short- and long-term adverse impacts would include physical changes in channel configuration associated with poorly aligned culverts, improperly sized culverts, and fill material. Other impacts would include increased runoff potential from compacted surfaces with poorly designed runoff controls, such as pads, pipelines, and roads. Additionally, sediment and contaminant delivery to nearby waterways from denuded and poorly vegetated surfaces that lack adequate erosion and runoff controls would result from precipitation and runoff. Due to the scale of fluid minerals activities during past, present, and foreseeable development in the planning area, Alternative A would have moderate to high impacts on water resources.

In general, Alternative A would allow for the most acres open to leasing and least protective measures for water resources. The Proposed RMP and Alternative C would reduce acreages open to leasing and development, and Alternative D would allow development at similar levels as this alternative. Because the Proposed RMP and Alternative C would apply restrictive stipulations to protect sensitive resources, they would result in the greatest benefit to water resources. Given the protective measure in place on a given lease, the impacts identified may be reduced at specific locations. In addition, BMPs identified in Appendix G will help to reduce negative effects.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Under Alternative A, approximately 470,700 acres of the planning area would be open to locatable mineral development. However, the CRVFO would recommend to the Secretary of the Interior for withdrawal of approximately 34,500 acres from locatable mineral exploration or development. Approximately 470,700 acres of the planning area would be open to salable minerals and non-energy leasable minerals. The CRVFO would close approximately 34,500 acres in the planning area to mineral materials and non-energy solid mineral leasing.

Exploration and development of locatable and salable minerals would result in surface occupancy and surface and subsurface disturbing activities through mineral development. Mineral development may result in

removal of vegetation, soil compaction and displacement, erosion, increased velocity and volume of runoff, changes to vegetation structure, and transport of contaminants, which would ultimately result in degradation of nearby waterways. Soil compaction and loss of vegetation reduce filtering capacity and infiltration, which recharges groundwater.

However, plan of operations level development would be addressed in site-specific environmental analysis, while notice level activity would be regulated to prevent undue and unnecessary degradation. Water resources would be protected by mitigation to stabilize soil, to prevent unnecessary erosion, to revegetate disturbed surfaces, and to disallow any dumping of waste materials that would affect water quality. Withdrawals (discussed under the subsection Lands and Realty Management, above) would further reduce the amount of land open to disturbance. Currently, these activities account for a small percentage of the planning area and have minor impacts on water resources. However, it is anticipated that the demand for these resources will increase in the future.

Alternative A would withdraw fewer acres than the Proposed RMP or Alternative C for mineral development and would potentially result in the most impacts to water resources. Alternative D would have the most acres open to mineral development and the least protective stipulations, so would be the least protective of water resources.

**Impacts from Areas of Critical Environmental Concern Management.** Under Alternative A, approximately 27,000 acres of the planning area would be managed as four ACECs and protected by stipulation CRV-NSO-16, which would prohibit surface occupancy and surface-disturbing activities in those areas. Approximately 6,100 acres in the vicinity of the city of Glenwood Springs would be protected by the Glenwood Springs Debris Flow Hazard Zones ACEC. This designation would provide protection for water resources by limiting or preventing surface occupancy and surface-disturbing activities on BLM lands that contain erodible soils and steep slopes in proximity to the Colorado and Roaring Fork Rivers. Additionally, the Blue Hill, Bull Gulch, and Deep Creek ACECs would benefit water resources by limiting or preventing surface occupancy and surface-disturbing activities on erodible soils and in proximity to the Colorado River and Deep Creek.

Protecting the relevant and important values of the potential ACECs, especially ACECs designated to protect water features, would maintain or improve surface and groundwater quality and quantity. In addition, management actions included in ACECs, even those not related directly to water resources, are often more restrictive of surface disturbance, and indirectly provide protection for water resources. Protections associated with ACEC designation that would affect water resources include managing fluid minerals leasing as closed or open with no surface occupancy, more restrictive VRM designations, restrictions on livestock grazing, and travel limitations.

Alternative A would designate more acres of ACECs than under Alternative D but would designate fewer acres than under the Proposed RMP and Alternative C. The Proposed RMP and Alternative C would designate more than double and triple, respectively, the number of acres of ACECs than Alternatives A and D. Alternative A would protect water resources from surface-disturbing activities more than under Alternative D but less than under the Proposed RMP and Alternative C.

**Impacts from Wilderness Study Area Management.** Under Alternative A, four WSAs totaling approximately 27,700 acres would be managed under the BLM Manual 6330 – *Management of BLM Wilderness*

*Study Areas* (BLM 2012c) that would prevent most ground-disturbing activities. Under all alternatives, motorized or mechanized travel would be prohibited in the four WSAs. Approximately 15,200 acres of the planning area would be protected by the Bull Gulch WSA proximate to the Colorado River. This designation would thereby benefit local water quality by preventing surface occupancy and surface-disturbing activities adjacent to the Colorado River in that area. These designations would essentially protect water resources by minimizing surface-disturbing activities in those areas and preventing water quality degradation associated with sediment and contaminant delivery.

**Impacts from Wild and Scenic Rivers Management.** Under Alternative A, all stream segments would be managed under interim protection to preserve the free-flowing condition, water quality, ORVs, and tentative classification. The CRVFO would provide interim protective management to eligible stream segments by not approving actions that alter the free-flowing condition of the eligible stream segments through impoundments, channeling, or use of riprap, and by not approving actions that would measurably diminish water quality and the identified ORVs of a stream segment affecting its potential suitability. In addition, the CRVFO would not approve actions that would modify the setting or level of development of an eligible stream segment to a degree that would change its tentative classification. Protecting the ORVs of the eligible wild and scenic rivers would help protect water resources by avoiding direct impacts to waterways and preventing ground-disturbing activities in the river corridors. This would have direct benefits on water quality and quantity.

Alternatives A and C would provide the most protection to water quality by excluding surface-disturbing activities within 0.25 mile of eligible or suitable stream segments. The Proposed RMP would constrain surface-disturbing activities to benefit Deep Creek Canyon. Alternative D would not provide any exclusions because no stream segments would be determined suitable.

**Impacts from Transportation Facilities Management.** Under Alternative A, the CRVFO would maintain approximately 258 miles of road and 48 miles of trail within the planning area. Maintenance of roads and trails could have short-term impacts on water resources within the planning area before revegetation and stabilization of exposed cuts and fills. These activities could result in some soil compaction and displacement associated with road and trail widening and maintaining of waterbars and runoff features. Soil impacts would lead to increased runoff and sediment delivery to nearby waterways. Long term, these improvements would benefit water resources by improving road and trail runoff and minimizing erosion on nearby slopes and sediment delivery to waterways.

## Alternative B (Proposed RMP)

Impacts on water resources from vegetation management—forests and woodlands, vegetation management—rangelands, vegetation management—weeds, wildland fire management would be less than or similar to impacts described under Alternative A. Under the Proposed RMP (similar to Alternative C), water resource stipulations would provide more protection than under Alternative A because NSOs would apply to more acres. The Proposed RMP and Alternative C would provide more protection for water resources than under Alternative D, which would not implement CRV-NSO-5.

**Impacts from Water Resource Management.** Under the Proposed RMP, approximately 46,100 acres would be protected by stipulation CRVFO-NSO-4 for major river corridors that would prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark of six major rivers within the CRVFO. Additionally, stipulations CRVFO-NSO-3 and CRVFO-CSU-2 for municipal

watersheds and public water supply areas would limit surface occupancy and surface-disturbing activities within watersheds providing public drinking water (stipulations CRVFO-NSO-3 and CRVFO-CSU-2). Compared with Alternatives A, C, and D, the Proposed RMP provides the most protections for municipal watersheds and public water supplies by incorporating primary and secondary source water protection areas that were delineated by local community groups, working in partnership with the State of Colorado's Source Water Assessment and Protection Program. Stipulation CRVFO-NSO-5 for perennial streams would further protect approximately 49,300 acres of the planning area by prohibiting surface occupancy and surface-disturbing activities within 328 feet from the ordinary high water mark of perennial water bodies or riparian vegetation. Lastly, stipulation CRVFO-CSU-3 protects intermittent and ephemeral streams with a 100ft buffer. The Proposed RMP would provide additional protection for water resources through these stipulations, thereby benefiting water resources by preventing surface-disturbing activities in proximity to waterways and minimizing sediment and contaminant delivery potential.

Under the Proposed RMP, the CRVFO would implement similar actions towards maintaining and improving water quality as discussed under Alternative A, but would include additional proactive measures. The CRVFO would monitor channel stability and morphology on streams with concerns identified through land health assessments or inventories, or on streams that could be impacted by major land use actions (e.g., timber sales). Implementation of these actions would help ensure streams on BLM lands are in geomorphic balance with the water and sediment being supplied by the watershed. This would involve assessing stream channel dimensions, sinuosity, and substrate to determine if they are appropriate for their landscape and geology, as well as ensuring that there is no accelerated degradation or deposition (i.e., aggradation).

The CRVFO would also manage streams that are not considered to be meeting PFC on a case-by-case basis and would implement improvements by modifying management actions and stream restoration techniques, as appropriate, to address causal factors. Management actions that could be modified include grazing practices, fluid minerals development, and recreational uses. The restoration techniques that could be modified include native plantings, fencing, energy dissipation structures, streambank protection, sediment retention basins, and properly designed and installed culverts (i.e., size, alignment, and slope). The impacts of the management efforts would be beneficial, direct, and long term, and would standardize the current intensive management to substandard or unstable stream channels and sensitive watersheds.

Groundwater studies would be pursued to identify important recharge zones and to characterize groundwater movement and surface interaction, especially for springs and fens (e.g., new water resource assessment for the Piceance Basin (USGS 2009)).

The CRVFO would monitor the quality of surface waters on BLM lands in areas of extensive or broad resource use to determine what use restrictions may be needed to prevent waters from being listed on the State of Colorado's 303(d) list or Monitoring and Evaluation list. The monitoring would include such parameters as dissolved oxygen, pH, TDS, and specific conductivity. Additional and more specific monitoring would occur as needed for parameters of concern associated with specific uses (e.g., fecal coliform for grazing, and total petroleum hydrocarbons for oil and gas).

The CRVFO would identify water quality problems and take actions to correct them. Under a proposed management action, it would determine if management of BLM lands is contributing to the impairment of state-identified water quality-impaired streams (i.e., 303(d) list or Monitoring and Evaluation list) and streams

identified from BLM land health assessments and other inventories. Where the contributions are identified, the BLM would limit, restrict, or change actions or activities to improve water quality.

**Impacts from Soils Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, except that (1) stipulation GS-NSO-15 would be replaced by stipulation CRVFO-NSO-2 for slopes steeper than 50 percent, and (2) it would apply to pipelines. Stipulation GS-CSU-4 would be replaced by stipulation CRVFO-CSU-1 for slopes steeper than 30 percent on erosive soils. The new stipulation (CRVFO-CSU-1) would apply to soils with fragile or saline soil characteristics, which tend to have severe erosion hazard; and to slopes steeper than 30 percent regardless of whether both criteria are present. By preventing and limiting ground-disturbing activities, these stipulations would minimize soil compaction, displacement and associated erosion. This in turn would benefit water quality by minimizing sediment and associated contaminant delivery to nearby drainages. The Proposed RMP would provide greater protections to water resources compared with all other alternatives by applying stipulations to protect soils and mitigate most surface-disturbing activities.

**Impacts from Vegetation Management—Riparian.** The Proposed RMP would apply stipulation CRVFO-NSO-5 on 49,200 acres for the protection of perennial streams, water bodies, riparian areas, and aquatic dependent species. In addition, a substantial number of acres would be protected by stipulation CRVFO-CSU-3, which would require special design, construction, and implementation measures within 100 feet of intermittent and ephemeral streams. Stipulations that protect riparian and wetland health also benefit water quality by reducing flooding, protecting shorelines, and maintaining base flows. Riparian areas improve water quality by providing streambank stabilization as well as natural filtering and attenuation properties, which minimize sedimentation and nutrient transport to waterways. Additional stipulations for water resources, riparian and fisheries under the Proposed RMP would provide adequate protection for water resources from surface-disturbing activities in riparian zones.

**Impacts from Fisheries and Aquatic Wildlife Management.** Under the Proposed RMP, approximately 49,300 acres of the planning area would be protected by stipulation CRVFO-NSO-5 that would prohibit surface occupancy and surface-disturbing activities within 328 feet of all perennial streams, subsequently protecting all fish-bearing streams. In addition, stipulation CRVFO-NSO-6 increases the protection provided to the surface-water and shallow groundwater sources for the Rifle Falls and Glenwood Springs fish hatcheries. The watershed protections under this stipulation would provide general benefits to the water quality of Rifle Creek and Mitchell Creek and their tributaries, as well as downstream waters into which these creeks flow. By preventing and limiting ground-disturbing activities, these stipulations would have direct benefits on water resources by minimizing erosion and sediment and contaminant delivery in those areas. The Proposed RMP is the most protective alternative for water resources.

**Impacts from Terrestrial Wildlife Management.** Under the Proposed RMP, priority wildlife habitat would be protected by an NSO stipulation (CRVFO-NSO-7) that would prohibit surface occupancy and surface-disturbing activities to protect vegetation cover and forage on state wildlife areas and BLM lands with high and overlying wildlife values. The Proposed RMP would provide more protection to water resources than Alternative A.

**Impacts from Special Status Species Management—Fish and Other Aquatic Wildlife.** Under the Proposed RMP, endangered big river fish, as well as BLM sensitive flannelmouth sucker, bluehead sucker, and roundtail chub, are protected under the stipulation for major river corridors. This would prohibit surface

occupancy and surface-disturbing activities within 0.5 mile of the six major rivers across the CRVFO. Further protection for sensitive amphibians would be provided under the CRVFO-NSO-5 stipulation for perennial streams and aquatic dependent species. It would provide surface protections within a 328-foot buffer around all identified breeding sites. By preventing and limiting ground-disturbing activities, these stipulations would have direct benefits on water resources by minimizing erosion and sediment and contaminant delivery in those areas. The suite of decisions under the Proposed RMP offers the most protection to water resources.

**Impacts from Special Status Species—Plants and Terrestrial Wildlife Management.** Under the Proposed RMP, stipulations for special status species would offer more protection for water resources than under Alternatives A and D, and slightly less than under Alternative C, providing long-term benefits to water resources by limiting surface-disturbing activities.

**Impacts from Cultural Resource Management.** The protection of cultural resources would be provided by: (1) stipulation CRVFO-NSO-20 for heritage areas; (2) stipulation CRVFO-NSO-21 for eligible historic properties; (3) closure to fluid mineral leasing within the 3,700-acre Blue Hill ACEC; and (4) the designation of the Blue Hill and Grand Hogback ACECs. Overall, these decisions would essentially benefit soil resources in those areas, and in turn would benefit nearby water resources by minimizing erosion potential and the potential for sediment and contaminant delivery to waterways. Cultural resource stipulations under the Proposed RMP and Alternative C would prevent the most acres of surface disturbance, resulting in the most protection for soils and vegetation and long-term benefits to water quality.

**Impacts from Visual Resource Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, except that more acres of the planning area would be managed as VRM Class I and Class II, and slightly different stipulations would apply. Under this alternative, approximately 35,600 acres would be managed as VRM Class I and approximately 268,900 acres as VRM Class II. Stipulation CRV-NSO-42 for VRM Class I areas would protect Class I VRM values and would prohibit surface occupancy and surface-disturbing activities within areas designated VRM Class I. Stipulation CRVFO-NSO-22 for VRM Class II areas with slopes over 30 percent and high visual sensitivity would prohibit surface occupancy and surface-disturbing activities in such VRM Class II areas to preserve their visual setting and integrity. In addition, stipulation CRVFO-CSU-9 for VRM Class II areas would ensure that surface-disturbing activities within VRM Class II areas would comply with BLM Handbook 8431-1 to retain the existing character of the landscape. Under the Proposed RMP, essentially more of the planning area would be protected from surface-disturbing activities, thus providing benefits to water resources. Decisions under the Proposed RMP would be less beneficial for water quality than under Alternative C, but more than under Alternatives A and D.

**Impacts from Cave and Karst Resource Management.** Under the Proposed RMP, approximately 5,400 acres would be protected by stipulation CRV-NSO-24 for cave and karst occurrence areas that would prohibit surface occupancy and surface-disturbing activities in the area of 17 known cave and karst resources. In addition, the Deep Creek ACEC would have similar protection by stipulation CRVFO-NSO-28 for ACECs. By preventing and limiting ground-disturbing activities, the Proposed RMP's stipulations would be more protective than Alternative A, minimizing erosion and benefiting water quality.

**Impacts from Forestry Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, but would include intensive management of approximately 28,000 acres of commercial forestland and woodland, and limited management of approximately 352,800 acres of forest and woodland. In addition, the CRVFO would prohibit commercial timber harvest on 123,300 acres of forest and woodland.

While the area and location of activities would vary between Alternative A and the Proposed RMP, the annual allowable harvest from suitable commercial forestlands would remain the same, at 1.8 MMBF.

Under this alternative, the CRVFO would implement immediate salvage or accelerated harvests following adverse events (e.g., pine and spruce beetle infestations, other insect outbreaks, disease, blow down, and wildfire) to regenerate stands and to capture the economic value of forest products before that value is lost. Without proper planning and adequate mitigation and BMPs in place, the result could be soil compaction and displacement, leading to an increase in runoff, erosion, and sediment and contaminant delivery to nearby waterways. However, timely implementation of these actions could reduce large scale, severe wildfire hazard, thereby minimizing the potential for post-fire hydrophobic soil development, increased runoff, and sediment and nutrient loading in nearby waterways. Despite short-term soil and water impacts associated with the implementation of commercial scale logging activities, the Proposed RMP and Alternative D would be the most protective of water resources because these alternatives have the most intense management of forest health, which leads to protection of water resources in the long run.

**Impacts from Livestock Grazing Management.** Livestock grazing impacts under the Proposed RMP would be less than Alternative A, because of a reduction in the number of available AUMs and a decrease in acres open to grazing. Under the Proposed RMP, a total of 35,500 AUMs would be authorized and approximately 441,600 acres of BLM land would be available for livestock grazing. Depending on the location of these changes, these decreases in AUMs and closures could result in beneficial, indirect, and long-term impacts on water resources by minimizing erosion, sediment delivery, nutrient and fecal coliform levels, and channel alterations. Since fewer acres and AUMs would be available to livestock under this alternative compared with Alternatives A and D, adverse impacts on water resources would potentially be less under the Proposed RMP and Alternative C.

**Impacts from Recreation and Visitor Services Management.** The Proposed Plan would designate five SRMAs (62,800 acres) and six ERMAs (40,900 acres). Stipulation CRVFO-NSO-25 would apply to the five SRMAs and would limit non-recreational surface-disturbing activities and provide protection to soils within the NSO area. Stipulation CRVFO-CSU-11 would limit non-recreational surface-disturbing activities within the ERMAs.

Compared with Alternative A, the Proposed RMP emphasizes recreation use in SRMAs and ERMAs which could have site-specific impacts to soils and water. However, the Proposed RMP also has additional protective water stipulations that should help mitigate recreation impacts.

**Impacts from Comprehensive Trails and Travel Management.** Under the Proposed RMP, the CRVFO would not have any acres open to cross-country travel. On approximately 464,000 acres travel would be limited to designated routes, while 41,200 acres would be closed to OHV travel. Travel management would generally move from large tracts of land open to cross-country OHV use to limited areas composed of designated routes. This reduction of total acres open to cross-country OHV use would result in a beneficial, direct, and long-term impact on water resources by reducing the potential for erosion and compaction in areas open to cross-country travel. This would minimize impacts on riparian areas and sediment and contaminant delivery potential, thereby benefiting water resources.

Reducing acreage open to cross-country OHV use and designating routes reduces the ability for visitors to create new, unplanned routes which result in soil compaction and displacement and an increase in erosion

and sedimentation. Overall, designating routes results in localized impacts to soil and water resources adjacent to the routes. Thus the impacts from travel management in the Proposed RMP would remain moderate but would be more easily mitigated and controlled than under Alternatives A and D. In addition, stipulations that directly benefit water resources would be applicable under the Proposed RMP.

**Impacts from Lands and Realty Management.** Any new land use authorizations (such as ROWs, permits, leases, and easements) could impact water resources through compaction and vegetation removal, which could lead to erosion and sediment and contaminant delivery. Under the Proposed RMP, approximately 219,800 BLM surface acres would be managed as ROW avoidance areas (including renewable energy sites, such as solar, wind, hydro, and biomass development). In addition, approximately 39,400 acres of the planning area would be managed as ROW exclusion areas (including renewable energy sites such as solar, wind, hydro, and biomass development). All ACECs, eligible WSR segments, areas closed to fluid minerals leasing, and areas open to fluid minerals leasing with no surface occupancy would be managed as ROW avoidance areas (with exceptions granted only if the proposed authorization would not create substantial surface disturbance, or would create only temporary impacts). Furthermore, stipulations for streamside management zones would apply under the Proposed RMP. Thus, water resources should be better protected than under the other alternatives.

**Impacts from Coal Management.** Under the Proposed RMP, no BLM lands are currently identified as containing potentially developable coal resources based on geologic and economic constraints and lack of expressions of interest. Only areas of potentially developable coal resources may be identified at the RMP planning level as acceptable for further consideration for leasing (43 CFR 3420.1-4). Therefore, no lands are currently identified as acceptable for further consideration for coal leasing. While coal mining would result in surface-disturbing activities and could have moderate impacts on water resources, there are currently no active coal mines in the planning area, and the potential for coal development in the future is relatively low.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Under the Proposed RMP, the CRVFO would manage approximately 603,100 acres of federal mineral estate as open to leasing and development and 98,100 acres of the federal mineral estate as closed to fluid minerals leasing and geophysical development. Greater constraints under the Proposed RMP would include stipulation CRVFO-NSO-5, which establishes a 100-meter buffer adjacent to perennial streams and other waterbodies, and stipulation CRVFO-CSU-3 that provides a 30-meter buffer along intermittent and ephemeral streams. The protection for municipal watersheds (CRVFO-NSO-3), including the City of Rifle watershed located in the high-potential area, prohibits surface disturbance and surface facilities within 1,000 horizontal feet of either side of a classified surface water supply stream segment for 5 miles upstream from the intake. This restriction covers a greater width and stream length than under Alternative A. Additional protection is provided by stipulation CRVFO-CSU-2, which enables the BLM to require relocation or special design and mitigation of projects for a horizontal distance of 1,300 ft beyond the 1,000 ft NSO area along the public water supply stream.

Under the Proposed RMP, water resources would benefit in those areas where fluid minerals development would be prohibited. The Proposed RMP would close more acres to fluid minerals development than under Alternatives A and D, creating reduced impacts to water quality.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** The CRVFO would recommend withdrawal of approximately 181,200 acres for locatable

mineral exploration or development. Approximately 342,700 acres would be open to salable minerals and non-energy leasable minerals. The CRVFO would propose the closure of approximately 162,500 acres in the planning area to mineral materials and non-energy solid mineral leasing. Under this alternative, water resources would benefit in those areas where these activities would be prohibited. Mineral development under the Proposed RMP would have less impact on water resources than Alternatives A and D but more than C.

**Impacts from Areas of Critical Environmental Concern Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, but would include the designation of approximately 46,400 acres as ACECs instead of 27,000 acres under Alternative A. The Proposed RMP (and Alternative C) would prevent fluid minerals leasing in the Blue Hill, Bull Gulch, Deep Creek, and Thompson Creek ACECs, thus providing additional protection to soil and water.

The Proposed RMP would designate more acres of ACECs than under Alternatives A and D but would designate fewer acres than under Alternative C (approximately 33,400 fewer acres).

**Impacts from Wilderness Study Area Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, except these areas would be protected by stipulation CRVFO-NSO-29 for WSAs that would prohibit surface occupancy and surface-disturbing activities. In addition, stipulation CRVFO-CSU-13 for WSAs, if released from wilderness consideration, would apply CSU restrictions if Congress were to release these WSAs from wilderness consideration. The Proposed RMP is more protective than Alternative A.

**Impacts from Wild and Scenic Rivers Management.** Under the Proposed RMP, the BLM would determine that Deep Creek Segments 1 and 2 are suitable for inclusion into the NWSRS and would be managed to preserve the free-flowing condition, water quality, ORVs, and tentative classification. Under the Proposed RMP, Deep Creek stream segments would be protected by stipulation CRVFO-NSO-30 for the suitable stream segment classified as "wild" and stipulation CRVFO-CSU-14 on the suitable stream segment classified as "scenic" or "recreational."

The BLM would defer a suitability determination on Colorado River segments and would rely upon the *Upper Colorado River Stakeholder Group Management Plan*, in concert with BLM/USFS land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments. The Proposed RMP, with the stakeholder group cooperation, would allow for the operation of water stakeholder facilities in a manner that meets water supply objectives and protects the ORVs. Without measures to protect and manage flows, there could be a gradual reduction in flows necessary to support recreational use over the life of the plan.

All other segments would be determined not suitable and released from further protection under the Wild and Scenic Rivers Act. The Proposed RMP would constrain surface-disturbing activities along two stream segments, which is less than under Alternatives A or C. Alternatives A or C would provide the most indirect protections to water resources by constraining surface-disturbing activities along eligible or suitable stream segments. Alternative D would not provide additional protection to water quality because all eligible stream segments would be determined unsuitable.

**Impacts from Transportation Facilities Management.** Impacts under the Proposed RMP would be similar to those under Alternative A, except that the miles of roads and trails would vary by maintenance level. The Proposed RMP would be slightly more protective of water resources than A.

## Alternative C

Impacts on water resources from rangeland vegetation management, weed management, and wildland fire management would be similar to those under Alternative A. Impacts to water resources from management actions related to water and riparian vegetation, fish and aquatic wildlife (as well as special status species), VRM, coal management and WSAs management would be the same as or similar to the Proposed RMP. Impacts from management of other resources and uses would be similar to the Proposed RMP, except as described below.

**Impacts from Vegetation Management—Forests and Woodlands.** The types of impacts under Alternative C would be similar to those under the Proposed RMP, except the total probable sale quantity would be reduced to 0.9 MMBF. Overall, Alternative C would be more protective of soils, and subsequently water quality, than Alternatives A and D, or the Proposed RMP.

**Impacts from Terrestrial Wildlife Management.** Impacts under Alternative C would be similar to those under Alternative A. However, a slightly larger area (less than under the Proposed RMP) within the planning area would be protected by applicable wildlife stipulations that would prohibit surface occupancy and surface-disturbing activities in wildlife areas. Alternative C would be the most protective of water quality by limiting surface disturbing activities in more wildlife management areas.

**Impacts from Cultural Resource Management.** Impacts under Alternative C would be similar to those under the Proposed RMP, but would replace the generic stipulation for historic properties with CRV-NSO-39 which limits disturbance within 200 meters of historic properties. Alternative C would be the most protective of water resources, as it stipulates more acres for NSO protections.

**Impacts from Managing to Protect Wilderness Characteristics.** Under Alternative C, approximately 45,800 acres would be managed for wilderness characteristics, including application of stipulation CRV-NSO-43. This would prohibit surface occupancy and surface-disturbing activities on BLM lands managed for wilderness characteristics outside WSAs. By preventing and limiting ground-disturbing activities, this stipulation would minimize erosion potential and water quality degradation associated with sediment and contaminant delivery in these areas.

Under Alternative C, management actions would benefit water resources by limiting surface-disturbing activities. There would be no lands proposed with wilderness characteristics outside existing WSAs under the other alternatives, so Alternative C would provide the most protection to soils and vegetation, and subsequently to water quality.

**Impacts from Forestry Management.** Impacts under Alternative C would be the same as or similar to those under Alternative A, but would include intensive management of approximately 28,400 acres of commercial forestland and woodland, and limited management of approximately 341,800 acres of forest and woodland. In addition, the CRVFO would prohibit commercial timber harvest on 135,000 acres of forest and woodland. While the area and location of activities would vary between Alternatives A and C, the annual allowable harvest from suitable commercial forestlands would remain the same, at 1.8 MMBF.

Under this alternative, the CRVFO would not accelerate harvest levels to capture the economic values of forest products following adverse events. Salvage operations would be conducted to capture some commercial value and reduce the large scale, severe fire potential. This alternative would provide initial protection for water resources by ensuring that adequate mitigation and BMPs are in place before implementation. However, the result in extreme cases could be large scale, severe fire before salvage, which would have negative adverse impacts on water resources. Alternative C would require the least management for forest health and consequently water resource protection.

**Impacts from Livestock Grazing Management.** Impacts under Alternative C would be similar to the Proposed RMP, but would include a slight decrease in acres of BLM land open to livestock grazing (427,800 acres). In addition, the CRVFO would close the following allotments for noncompliance with land health standards and habitat concerns: County Line, Smith Gulch, and Alkali Gulch. These decreases in acres available for grazing and closures would result in a beneficial, indirect, and long-term impact on soils by minimizing compaction, displacement, erosion, and sedimentation, and subsequently benefit water quality. Alternative C would authorize the same number of AUMs as the Proposed RMP, but close more acres to livestock grazing. Therefore, Alternative C would be slightly more protective of water resources compared with the other alternatives.

**Impacts from Comprehensive Trails and Travel Management.** Impacts under Alternative C would be similar to the Proposed RMP, but would have 461,300 acres open to travel on designated routes. Alternative C would also close 43,900 acres to OHV travel. Overall, Alternative C would be the most protective of water resources, by restricting OHV travel most extensively.

**Impacts from Lands and Realty Management.** Impacts under Alternative C would be similar to the Proposed RMP, but would include the designation of 39,900 BLM surface acres of ROW exclusion areas and 226,200 BLM surface acres of ROW avoidance areas. This alternative reflects a decrease in ROW avoidance areas, thereby being less restrictive than the Proposed RMP. In addition to the lands retained under the Proposed RMP, Alternative C would seek to retain wetlands and riparian areas, occupied sensitive species habitat, and lands managed for wilderness characteristics outside existing WSAs. Lands and realty management under Alternative C would have the least impact on water resources by preventing, limiting, or relocating surface-disturbing activities.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** Alternative C would close 179,400 acres of federal mineral estate to oil and gas development. Additionally, 356,700 acres that are open to fluid minerals leasing and development would be protected with an NSO. As a result, this alternative would be more protective of water resources than any other alternative.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** Impacts under Alternative C would be similar to those under the Proposed RMP. The CRVFO would recommend withdrawal of approximately 179,400 acres for closure to locatable mineral exploration or development. Approximately 323,100 acres of the planning area would be open to salable minerals and non-energy leasable minerals. The CRVFO would propose the closure of approximately 182,100 acres to mineral materials disposal and non-energy solid mineral leasing. Alternative C would withdraw the most acres of any alternative, providing the greatest benefit to water resources.

**Impacts from Areas of Critical Environmental Concern Management.** Impacts under Alternative C would be similar to the Proposed RMP, but would designate the most acres (79,800 acres total) of the planning area as ACECs. Under Alternative C, management of ACECs would provide additional protection of water resources by limiting surface-disturbing activities.

**Impacts from Wild and Scenic Rivers Management.** Under Alternative C all eligible stream segments would be identified as suitable, and interim protective management would be applied. This protection would extend to 0.25 mile on both sides of the stream centerline and would protect water quality by excluding surface-disturbing activities.

Alternatives A and C would provide the most acres of indirect protection for water resources by constraining surface-disturbing activities within 0.25 mile of eligible or suitable stream segments. The Proposed RMP would indirectly protect water resources by constraining surface-disturbing activities within the Deep Creek canyon segments found as suitable. Alternative D would not provide any indirect protections for water quality because all stream segments would be determined unsuitable.

### *Alternative D*
Impacts to water resources from weed management, wildland fire management, R&VS management, wilderness and wilderness study areas management, and transportation facilities management would be the same as or similar to those under Alternative A. Impacts from management of all other resources and uses would be the same as or similar to those under the Proposed RMP, except as described below.

**Impacts from Water Resource Management.** Impacts under Alternative D would be similar to the Proposed RMP, but would not include the constraints on surface-disturbing activities afforded by stipulation CRVFO-NSO-5. Additionally, Alternative D does not include protections for intermittent and ephemeral streams. The only NSO stipulations that would apply would be those for municipal watersheds major river corridors and watersheds upstream from fish hatcheries. This alternative could have a moderate impact on water resources by eliminating stipulations that benefit water resources.

Alternative D would provide more protection to water resources than under Alternative A because CRV-NSO-4 would apply to all municipal watersheds, as opposed to only the Rifle and New Castle watersheds, but less protection than under the Proposed RMP and Alternative C, because Alternative D would not implement stipulation CRV-NSO-5.

**Impacts from Vegetation Management—Riparian.** Impacts under Alternative D would be similar to Alternative A, but would not include the additional protection from surface-disturbing activities being provided by water and fisheries stipulations. Under this alternative, surface-disturbing activities could occur in riparian zones, resulting in moderate impacts on water resources. Overall, Alternative D would have the least protection for water resources.

**Impacts from Fisheries and Aquatic Wildlife Management.** Impacts under Alternative D would be similar to those under Alternative A, but would provide additional protection of approximately 16,000 acres in the planning area by stipulation CRV-CSU-6 for trout-bearing streams. This would apply CSU restrictions within 100 meters (328 feet) of all trout-bearing streams, except those native cutthroat streams identified as conservation and core conservation populations of Colorado River cutthroat trout and greenback cutthroat trout. In addition, stipulation GS-NSO-5 for the Rifle Falls and Glenwood Springs fish hatcheries would be

replaced by stipulation CRV-NSO-17, which protects surface water and shallow groundwater in watersheds upstream from fish hatcheries instead of a fixed radius from the hatcheries.

Alternative D would be substantially less protective of water resources than the Proposed RMP and Alternative C, due to the lack of implementation of stipulations (NSO and CSU) for all streams, riparian areas, and aquatic dependent species.

**Impacts from Terrestrial Wildlife Management.** Impacts under Alternative D would be the same as or similar to those under the Proposed RMP except for the degree of impact. Fewer acres within the planning area would be protected by applicable wildlife stipulations that would prohibit surface occupancy and surface-disturbing activities in wildlife areas.

**Impacts from Special Status Species Management—Fish and Other Aquatic Wildlife.** Impacts under Alternative D, would be similar to those under the Proposed RMP, but would provide additional protection of approximately 1,900 acres in the planning area by stipulation CRV-NSO-31 for conservation and core conservation populations of Colorado River cutthroat trout. This would prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of streams containing conservation and core conservation populations of Colorado River cutthroat trout only. Alternative D would provide the least protection for water resources, because other alternatives extend protections to all perennial streams and riparian areas.

**Impacts from Special Status Species—Plants and Terrestrial Wildlife Management.** Impacts under Alternative D would be similar to those under Alternative A, but would provide less protection by stipulations for special status plants and terrestrial wildlife that would prohibit surface occupancy and surface-disturbing activities. Alternative D would provide the least protection for water resources.

**Impacts from Visual Resource Management.** Impacts under Alternative D would be similar to those under the Proposed RMP, except that fewer acres of the planning area would be managed as VRM Class II. Under this alternative, approximately 217,900 BLM surface acres would be managed as VRM Class II. Alternative D would have greater protections for water resources than under Alternative A, but less than under the Proposed RMP or Alternative C.

**Impacts from Livestock Grazing Management.** Impacts under Alternative D would be similar to the Proposed RMP, but would allow slightly more AUMs (36,500) and acres open to grazing (442,200 acres). In addition, the CRVFO would close the following allotments for noncompliance with land health standards or to accommodate increased oil and gas production: County Line, Alkali Gulch, Alkali Creek, and the Dry Creek of Pete and Bill Creek. These decreases in numbers and closures would result in a beneficial, indirect, and long-term impact on soils by minimizing compaction, displacement, erosion, and sedimentation. These decreases in numbers and closures would result in a beneficial, indirect, and long-term impact on water resources by minimizing erosion, sediment delivery, fecal coliform levels, and in-channel alterations. Based on acres closed to grazing and available AUMs, Alternative D would be more protective than Alternative A, but less protective of water resources than the Proposed RMP or Alternative C.

**Impacts from Comprehensive Trails and Travel Management.** Impacts under Alternative D would be greater than under the Proposed RMP and Alternative C, but less than Alternative A because OHVs would be limited to designated routes. Under this alternative, approximately 464,800 acres would be open to travel

on designated routes with no land open to cross-country travel. This would result in approximately 800 more acres open to travel on designated routes within the planning area when compared with the Proposed RMP. In addition, NSOs and CSU protections for streams and riparian vegetation would not apply. Under this alternative, there would be an increase in activities in proximity to water resources, which would have a moderate impact in specific areas by increasing erosion potential, riparian vegetation removal, and sediment delivery to nearby waterways.

**Impacts from Lands and Realty Management.** Impacts under Alternative D would be the same as or similar to the Proposed RMP, but would include 148,300 fewer acres designated as ROW avoidance areas and 300 fewer acres as ROW exclusion areas, resulting in less protection for water resources than is provided under the Proposed RMP. Alternative D is the least protective alternative for water resources.

**Impacts from Fluid Minerals Management (Oil and Gas, Oil Shale, and Geothermal Resources).** The level of anticipated development under Alternative D would be the same as the Proposed RMP, but Alternative D has fewer protective stipulations across resources. Under this alternative, a high percentage of the planning area would be open to fluid minerals leasing. In addition, this development scenario accounts for a substantial increase in infrastructure and disturbed surface acres. This alternative would be the least restrictive and would have the most impacts on water resources. Approximately 648,400 acres of federal mineral estate would be managed as open to fluid minerals leasing and development. This alternative accounts for the most development potential for well pads, access roads, pipelines, and a pro rata share of off-site facilities. The cumulative effects of large volumes of water depletion in the Colorado River basin for fluid minerals development would have high to very high impacts on the quantity and quality of groundwater and surface water resources.

Under this alternative, the CRVFO would manage approximately 48,800 acres of the federal mineral estate as closed to fluid minerals leasing. Major constraints (NSO stipulations) would be applied to approximately 203,000 acres of the planning area that are open to fluid minerals leasing. In addition, moderate constraints (CSU stipulations, site-specific relocation) would apply to approximately 297,800 acres that are open to fluid minerals leasing. Under this alternative, water resources would benefit in those areas where these activities would be prohibited. Overall, these activities would still have moderate impacts on water resources where they occur in proximity to hydrologic features. Alternative D would be the least protective alternative for water quality.

**Impacts from Locatable Minerals, Salable Minerals, and Non-Energy Leasable Minerals Management.** The CRVFO would recommend for withdrawal of approximately 132,700 acres for closure to the mining laws for locatable exploration or development. For salable and non-energy leasable minerals, 477,400 acres would be open for mineral development. Thus, 27,700 acres would be closed for mineral material disposal or leasing.

Alternative D would withdraw more acres than under Alternative A but fewer than under the Proposed RMP, and substantially fewer acres than under Alternative C. Therefore, Alternative D would create fewer impacts to water resources than under Alternative A but more than under the Proposed RMP and Alternative C.

**Impacts from Areas of Critical Environmental Concern Management.** Alternative D would designate the smallest area of ACECs, approximately 20,200 acres. All ACECs under this alternative would be covered by NSO stipulations. Alternative D would exclude the Blue Hill and Bull Gulch ACECs (14,100 acres) from

fluid minerals leasing, providing additional protection to vegetation, more than under Alternative A, which would exclude only 4,300 acres from fluid minerals leasing. Alternative D provides the least protection to soil and water resources by designating the least amount of acres to ACECs that limit surface-disturbing activities.

**Impacts from Wild and Scenic Rivers Management.** Under Alternative D, there would be no eligible wild and scenic river segments determined to be suitable. Under this Alternative D, land use activities could occur in proximity to major waterways that could result in water quality degradation by sedimentation and contaminant delivery, and potential loss in water quality and quantity by consumptive activities.

## Cumulative Impacts

The geographic extent of the cumulative impacts analysis as it pertains to water resources was the Colorado River watershed and its tributaries from the headwaters to the CRVFO western boundary, and would include all federal, state, private, and other lands within and adjacent to this boundary. Potential cumulative impacts on water resources would result from surface disturbances and vegetation loss in proximity to waterways that could lead to an increase in runoff and sediment and contaminant delivery. Activities with adverse impacts on water resources include OHV use, mineral exploration and development, livestock grazing, vegetation treatments (including prescribed burning), and wildfires. These activities would create surface disturbances by removing vegetation cover, displacing and compacting soils, and altering soil structure and chemistry. The result is exposed and denuded surfaces that increase runoff rates and erosion and deliver sediment and contaminants to nearby waterways. Sedimentation in waterways can cause changes in water chemistry as well as geomorphic adjustments that could have negative effects on stream function. Additional cumulative impacts to water resources come from water use and development by agriculture, irrigation and energy development.

Domestic, agricultural, commercial, and industrial use and demand is expected to rise, along with development. Water right applications for waters flowing from or through BLM lands are also expected to rise, along with the demand. Decreases in water quantity could adversely affect water quality aquatic habitat, and wildlife and fish populations. Major water development projects being initiated by counties and cities east of the Continental Divide could have adverse impacts on the Colorado River and other tributaries, such as the Eagle, Frying Pan, and Roaring Fork Rivers. Cumulatively, the overall water diversions would be anticipated to have impact on the Colorado River Compact. Reduced vegetation cover and disturbed soils associated with construction and development projects would leave denuded surfaces susceptible to soil detachment and transport during runoff, and increasing delivery of sediments and contaminants to nearby waterways. In addition, agricultural runoff would introduce nutrients, pesticides, and herbicides to surface water and shallow groundwater.

Oil and gas development has considerable cumulative impacts to water resources. Water depletions from the Colorado River basin, for drilling, cementing, dust abatement, and hydrostatic pipeline testing, may decrease overall flow patterns and volumes of springs/seeps, streams and rivers throughout the CRVFO. Decreased flow often compounds existing water quality impairments, and may lead to reduced water quality elsewhere. Many resource values throughout the CRVFO, such as aquatic and wildlife habitat, recreation, and grazing, are dependent on consistently good water quantity and quality. Soil and water contamination (via spills, leaks, or compromised down-hole well infrastructure) also contribute to overall impacts on water sources.

Expansion of communities along the Eagle, Colorado, Roaring Fork, and Crystal Rivers is anticipated to have impacts on water quantity and water quality. Urban development and associated increases in recreational and

commercial land use will increase in the foreseeable future. For example, population projections for Garfield County alone are expected to increase by 30 percent (from 63,000 to 98,000 people) in the next 10 years (Colorado State Demography Office 2007d). Industrial land use, especially fluid minerals development on federal, state, private, and other lands within and adjacent to the planning area, will continue to increase. Oil and gas wells on non-BLM land are expected to increase at a similar or greater rate than BLM wells, which currently account for 20 percent of wells in Garfield County (COGCC 2010).

Unavoidable water quality impacts would include temporary increases in suspended load in flowing streams as a result of culvert installation, vehicle use of low-water crossings, livestock use of streambanks and wetlands, and permitted channel fills resulting from construction of oil and gas pads, roads, and pipelines. Water quantity impacts would include water withdrawals for livestock use, fluid minerals resource development, and watering of roads for dust mitigation.

Reasonably foreseeable future actions on federal, state, private, and other lands within and adjacent to the planning area that could have an adverse effect on water resources include urban development, expansion of recreational use (including increased OHV use), livestock grazing, and ongoing mineral exploration, development, and production. Without proper mitigation and BMPs, these activities could have similar adverse impacts, as described above.

Under all alternatives, water resources would benefit from management in accordance with the Fundamentals of Rangeland Health and Standards and Guidelines for Grazing Administration and applicable state and federal water quality standards. Site-specific mitigation and BMPs for surface-disturbing activities would further reduce impacts on water resources. Adherence to these standards would reduce many of the adverse impacts from future actions. In addition, existing and proposed stipulations designed to protect water resources would be beneficial in minimizing sediment and contaminant delivery potential by preventing or limiting surface-disturbing activities in proximity to hydrologic features. Stipulations and limitations for other resources that prevent or limit surface-disturbing activities would provide additional protection for water resources and thereby could be beneficial (e.g., fisheries, riparian). Furthermore, timing limitations could benefit water resources by limiting or preventing surface-disturbing activities during times of the year when saturated soil conditions exist or when precipitation and runoff are frequent (e.g., winter, spring).

Stipulations designed to protect water resources vary by alternative, as do stipulations for other resources that provide additional protection for water resources. Under all alternatives, the BLM would continue to oppose water right applications that could adversely affect water quantity or quality on BLM lands, or that could injure existing water rights for maintenance of habitat, wildlife, water quality, and fisheries. Under Alternative A, major rivers and domestic watersheds would be protected by stipulations, and additional protection would be provided by riparian stipulations. In addition, land uses under this alternative would continue at the existing rates of development.

The Proposed RMP would provide additional protections for water resources by applying stream and riparian protective stipulations and would include less projected land use and development than under Alternative A. Alternative C would provide the most protection for water resources by applying stipulations to protect all hydrologic features and by providing more riparian protection than the Proposed RMP. In addition, Alternative C would decrease land use activities and development. Of the four alternatives, Alternative D would be the least restrictive, allowing use to increase beyond existing conditions. Water resources would have little protection under Alternative D, and riparian protection would be less than under Alternatives A and C.