# **Acknowledgements**



- USFWS Colorado River Recovery Program
- USFWS Colorado River Fisheries Project- Utah and Colorado
- USFWS San Juan River Restoration Implementation Program, Albuquerque, New Mexico
- USFWS New Mexico Fish and Wildlife Conservation Office
- Utah Division of Wildlife Resources
- Navajo Nation Department of Fish and Wildlife
- Navajo Nation Environmental Protection Agency
- Colorado Division of Wildlife
- USFWS New Mexico Ecological Services Field Office
- USFWS Environmental Contaminants Program
- USGS Biological Surveys Collection at UNM
- UNM Museum of Southwestern Biology
- Bureau of Indian Affairs –SWRO, NRO
- Region 9 US Environmental Protection Agency





U.S. Fish and Wildlife Service, New Mexico Ecological Services
Presentation to San Juan RIP, Biology Committee Meeting, Jan 13, 2010

# Following slides are not used in the presentation, but are for questions

| Should Take Action  > <br><br> Are Se and Hg a Problem --v-- | Take Action  > <br> YES | Take Action  > <br> NO |
|---|---|---|
| Are Se and Hg a Problem --v-- <br><br> YES | | |
| Are Se and Hg a Problem --v— <br><br> NO | | |



U.S. Fish and Wildlife Service, New Mexico Ecological Services
Presentation to San Juan RIP, Biology Committee Meeting, Jan 13, 2010

33

# Hg and Se in San Juan River water

◈ Selenium in the San Juan River (BIA/KB 1994-2006)

| BIA Monitoring Location | T-Se Avg (Range) | WQS: NM=5 TR; NN=2T |
|---|---|---|
| SJR at Archuleta, NM | <1 ug/L | does not exceed |
| SJR at Farmington, NM | **0.5** (0.02-2.0) ug/L | max exceeds NN |
| SJR at Shiprock, NM | **0.6** (0.02-7.0) ug/L | max exceeds NN, NM |
| SJR at Mexican Hat, UT | **1.1** (0.08-7.0) ug/L | max exceeds NN, NM |

◈ Mercury in the San Juan River
  ◈ Data are not adequate for WQStds evaluation: (~>0.2 ug/L)
  ◈ Navajo Nation WQS=0.001ug/L Hg; 0.0001ug/L MeHg
  ◈ New Mexico WQS = 770ug/L Hg
  ◈ Both NM and NN = 0.3 ug/g wet weight Hg in fish fillets



U.S. Fish and Wildlife Service, New Mexico Ecological Services
Presentation to San Juan RIP, Biology Committee Meeting, Jan 13, 2010

34



Hg Deposition into Colorado Pikeminnow Critical Habitat Watersheds



U.S. Fish and Wildlife Service, New Mexico Ecological Services
Presentation to San Juan RIP, Biology Committee Meeting, Jan 13, 2010

**35**

| United States<br>Environmental Protection<br>Agency | National Risk Management<br>Research Laboratory<br>Cincinnati, OH 45268 |
| --- | --- |
| Research and Development | EPA/600/SR-01/066    October 2001 |

⬥EPA

# Project Summary

# Mercury in Petroleum and Natural Gas: Estimation of Emissions from Production, Processing, and Combustion

S. Mark Wilhelm

**The report is intended to assist in the identification of those areas that require additional research, especially the needs associated with measuring the concentrations of the various chemical species of mercury (Hg) in the various feedstocks and waste streams associated with the oil and gas industry. Acquisition of additional information will be necessary if the magnitudes of Hg emissions associated with U.S. petroleum and natural gas are to be estimated accurately.**

***This Project Summary was developed by the National Risk Management Research Laboratory's Air Pollution Prevention and Control Division, Research Triangle Park, NC, to announce key findings of the research project that is fully documented in a separate report of the same title (see Project Report ordering information at back).***

## Discussion

Mercury (Hg) extracted from the earth in oil and gas, including that in associated waste streams, contributes to the global Hg cycle. While the amount of Hg that derives from burning coal can now be estimated with reasonable confidence, the amount that derives from petroleum cannot be estimated with equal confidence at present. The report provides a compilation of currently available data on the concentration of Hg in oil and gas and in the various waste streams associated with petroleum and gas production, transportation, and processing. From these data, estimates are compiled of the contribution of Hg to the U.S. (and global) environment. The estimates are incomplete due to lack of data, but they do provide a framework from which one can gain a rough, but preliminary, idea of the amounts that may be involved. With additional data inputs to the estimates, it eventually may be possible to estimate the total amounts of Hg emissions from oil and gas with greater accuracy. Table 1 summarizes the estimates compiled and discussed in the report.

The report and cited references generally use a material balance approach to estimating Hg emissions to air, water, and solid waste streams. A material balance can be applied to oil and gas production by examination of Hg in produced fluids including discharged water and drilling waste. Note that not all of the Hg in waste streams originates with the Hg in the reservoir. In production, some of the Hg originates from cuttings (rock not necessarily associated with the reservoir) and from the chemicals (barite) used to add weight to the drilling fluids. When a material balance is applied to a refinery, a small portion of the Hg originates with treatment chemicals, but the majority comes from the oil that is processed.

Currently available data for total Hg (dissolved and suspended) in petroleum and fuel products, when applied to a mass balance for Hg in the U.S. refining system, provide an order of magnitude estimate of the contribution of Hg in oil and gas to U.S. anthropogenic emissions. The model finds the mean amount of Hg in petroleum refined in the U.S. to be close to 10 ppb and predicts that the amount of Hg in fuel products burned in

| | | Table 1. Summary of Estimates for Hg Emissions from Oil and Gas Production and Processing | | | | |
|---|---|---|---|---|---|---|
| Type | Industry Segment | Category | Amount of Discharge ($10^6$ kg/y) | Total Hg (ppb) | Estimated Emission Rate (kg/y) |
| Water | Oil and Gas Production | Produced Water | 500 | 1?[a] | 500 |
| | Oil Refining | Refinery Water | 250 | 1? | 250 |
| | Oil Transportation | Tanker Ballast | ? | 1? | ? |
| **Subtotal** | | | | | **750** |
| Solid Waste | Oil and Gas Exploration | Drilling Waste | 50 | 100? | 5,000 |
| | Oil Refining | Refinery Waste | 30 | 50? | 1,200 |
| **Subtotal** | | | | | **6,200** |
| Air | Oil Production | Flared Gas | 4.5 | 1.5? | 10 |
| | Oil Production | Fugitive | 1 | 185 | 185 |
| | Gas Production and Transmission | Fugitive | 5.9 | ? | ? |
| | Oil | Fuel Combustion | 790 | <8 | 6,000 |
| | Gas | Fuel Combustion | 341 | <0.3? | 100 |
| **Subtotal** | | | | | **6,300** |
| TOTAL | | | | | 13,250 |

the U.S. is less than approximately 6,000 kg/y. The amount of Hg in U.S. fuel oil was estimated to be no greater than approximately 1,500 kg/y. This number is somewhat in conflict with current U.S. EPA estimates of Hg in fuel oil (10,000 kg/y).

While the estimates compiled in this report are useful in the present time frame, they are insufficient to answer some major issues and questions that are important in determining the contribution of Hg in petroleum to global pools and fluxes. For example, data on refined products are scarce and undocumented as to the refineries from which they originate. Thus it remains uncertain as to whether the Hg in crude oil is accounted for mainly by the amount in products (> 50%) or if it distributes more prevalently to other avenues of egress from refineries (solid waste, wastewater, fugitive emissions).

It does appear that, based on currently available data, approximately half of the entire amount of Hg associated with oil and gas (exploration, production, transportation, processing) enters the atmosphere in fuel combustion. Some unknown portion of this amount is captured by pollution control equipment, but the total is likely to be less than approximately 6 Mg/y (if the mean amount of Hg in crude oil is 10 ppb as expected). This would suggest that, while oil and gas account for approximately the same mass of fossil fuel burned yearly in the U.S., the amount of Hg in combusted petroleum and gas is about 10 times less than that which derives from coal (66 Mg/y).

The distribution of Hg to effluents and air emissions in the refining process is important, and only limited data are available upon which any definite conclusions can be drawn. Insufficient data are available for many of the major refinery streams including wastewater, solid waste, still gas, treatment fluids, and products. To obtain a firm understanding of the fate of Hg in refineries, it would be necessary to examine the individual unit processes (desalting, distillations, hydrotreating, and catalytic cracking). In each case, the attempt to determine the distribution of Hg would require tracking not only total Hg but also its various species (volatile, oxidized, inert) by measuring concentrations of each species in all of the streams that enter and exit the process.

*S. Wilhelm is with Mercury Technology Services, Tomball, TX 77375.*
**David A. Kirchgessner** *is the EPA Project Officer (see below).*
*The complete report, entitled "Mercury in Petroleum and Natural Gas: Estimation*
*of Emissions from Production, Processing, and Combustion," (Order No.*
*PB2001-109026; Cost: $29.50, subject to change) will be available from:*

> *National Technical Information Service*
> *5285 Port Royal Road*
> *Springfield, VA 22161-0001*
> *Telephone: (703) 605-6000*
> *(800) 553-6847 (U.S. only)*

*The EPA Project Officer can be contacted at:*

> *Air Pollution Prevention and Control Division*
> *National Risk Management Research Laboratory*
> *U.S. Environmental Protection Agency*
> *Research Triangle Park, NC 27711-0001*

United States
Environmental Protection Agency
Center for Environmental Research Information
Cincinnati, OH 45268

Official Business
Penalty for Private Use
$300

EPA/600/SR-01/066

PRESORTED STANDARD
POSTAGE & FEES PAID
EPA
PERMIT No. G-35

# Treatment and Disposal of Mercury Contaminated Waste from Oil and Gas Exploration Facilities.

C. Visvanathan

Environmental Engineering & Management, Asian Institute of Technology, Klongluang, Pathumthani 12120, Thailand.

## Abstract

Mercury is one of the major toxic elements found in waste from oil and gas industries. It is available in all forms. Due to its abundant availability, it has a wide range of environmental and health impacts. Once disposed into atmosphere, it starts transforming continuously into various other forms. It also moves upward in food chain causing various health hazards. After having suffered from various episodes such as Minamata resulting from mercury poisoning, various techniques are suggested to separate and treat the mercury from wastewater and solid wastes. Solidification and thermal treatment are considered as best among other physical, chemical and biological processes. Although technically viable, these technologies are quite costly at present situation. Combination of thermal and solidification process could be one of the feasible methods through which the cost could be reduced. This paper summarizes the selection of treatment and disposal systems for mercury-contaminated wastes from and oil and gas exploration facilities, and experimental results on solidification conducted at AIT.

## Introduction

Hazardous waste is classified based on four fundamental properties of the waste: *corrositivity, flammability, reactivity and toxicity* (La Grega and Buckingham, 1994). Based on these properties, hazardous waste can be divided into three different categories, namely Category A, B, and C.

Category A comprises of wastes for which principle hazard is flammability and is physically threatening the human beings. Asbestos, fluorescent tubes, hypodermic needles fall in this category. Category B consists of the less toxic heavy metal, compounds and non-toxic reaction products from chemical treatment category C wastes. Salts of irons, copper, manganese and barium fall in this category. Category C consists of salts of toxic inorganic cations like chromium, *mercury,* cadmium, arsenic etc.

Mercury is naturally occurring metal, which has several forms. Under normal condition of temperature and pressure, it exists in liquid form, When heated it can be transferred to gaseous state. In combination with other elements it is available in inorganic and organic form. Organic mercury (methylmercury) is most dangerous compound that is of great concern for the present situation. Mercury is used in various industrial processes/applications, consumer products and fossil fuels.

Mercury is emitted through human activities and natural sources such as volcanic eruption and degassing or vaporization from earth crust. Anthropogenic emissions have increased related to natural sources since the onset of industrial period. Basically, there are two different sources of

1

mercury from industrial activities namely, *Intentional use* and *Incidental release* (URL: epa.gov). Intentional use consists of production or supply of mercury, use in manufacturing, waste disposal. Mercury from manufacturing process and energy production falls under Incidental release. Incinerators and coal-fired boilers emit mercury to the atmosphere than all other point source combined.

The most important factor to be considered is that it can be re-emitted into atmosphere once it is deposited in earth surface. When mercury enters into the atmosphere, it starts to get transformed into another form. Metallic mercury once deposited in bottom of water bodies can be remobilized and introduced into aquatic cycle through physical, chemical process, and largely through microbial process. When uptake of a toxic metal occurs, microorganisms are frequently able to perform detoxification, yielding a product that can be more toxic to higher organisms. This is particularly true in the bacterial production of methyl mercury, a compound 1000 times more toxic to man than metallic mercury.

Methyl mercury easily gets into tissues of the plants and animals. For decade, large amounts of mercury were directly discharged into lakes and rivers. Local discharges led to high mercury concentrations in fish. Compared to mercury, methyl-mercury is more easily absorbed by fish and other aquatic fauna, either directly through the gills or by ingesting of contaminated aquatic plants and animals. This could further move to human and other animals through food chain causing various physical and disorder. Several end points, including late walking, late talking, nervous system dysfunctioning, and delayed mental development can be seen in children who are exposed to high level of methyl mercury. Impact on central nervous system, reproduction system, immune system, genotoxic effects are some of the impacts of methyl mercury toxicity. Minamata Bay disaster in Japan is one of the examples of long term mercury poisoning caused by uncontrolled disposal of mercury in to sea. The neurological damage, known as Minamata disease, caused thousands of people to suffer during 1960s. This was observed during 1960 as a result of disposal of tons of mercury from 1930 to 1960 into Minimata Bay in Japan.

**Oil and Gas Industry: A major Source of Mercury**

Mercury is a prevalent contaminant to hydrocarbon reservoir in Asia as shown in Figure 1. *Oil and gas* falls in category *Incidental release-manufacturing processes*. The solubility of mercury in petroleum liquids and its volatility in gaseous state, means that mercury and mercury compounds contaminate essentially the entirety of production, processing and petrochemical manufacturing systems. The range of mercury in SE Asian gas and gas liquid is about three orders of magnitude, from approximately 1 to 1000 $\mu g/m^3$ in gas and 1 to 1000 ppb in liquids. And too all the segments of production, processing and chemical manufacturing complex that utilize hydrocarbons in Asia are affected by the complications caused by the presence of mercury in process fluids. Mercury was found to produce several impacts on gas processing operations. They include;

- Mercury deposits in cryogenic fractionation equipment causing cracking of welds in the headers of aluminum exchangers.
- Mercury contaminates gas treatment processes such as molecular sieve and glycol dehydration units, chloride removal systems, and acid gas removal systems,

- Mercury sorbent materials, when spent, constitute a generated hazardous waste that plant operators must store or process for disposal.
- Mercury poisons catalysts in ethylene, aromatics and olefins manufacture.
- Mercury contamination of equipment poses a health and safety risk for workers involved in maintenance or inspection activities



&#9673;   < 100 ug/m$^3$  (gas) ;  < 100 ppb (liquids)

■   > 100 ug/m$^3$  (gas) ;  > 100 ppb (liquids)

Figure 1. Mercury contents of Asian gas and gas liquid

The most important concern for production operations apart from market image and economic / treatment liabilities, are the toxic nature of sludge that accumulates in separators and heat exchangers; water discharge, especially from offshore platforms; and mercury accumulation in transportation systems such as tankers and pipelines.

3

The principal method to prevent mercury contamination of equipment and to eliminate mercury from plant products is to remove mercury from various feeds to the plant. At present, mercury removal beds are employed in which the removal material is specially designed for the particular application. Some commercial mercury removal systems are targeted at gas phase treatment and some are targeted at liquids. Gas phase treatment systems primarily consists of sulfur impregnated carbon or alumina, metal sulfide on carbon or alumuna, and regenerative molecular sieve (zeolite) onto which is bonded a metal that amalgamates with mercury. Liquid removal processes consists of iodide impregnated carbon, metal sulfide on carbon or alumuna, silver on zeolite mol-sieve and a two step process consisting of a hydrogenation catalyst followed by metal sulfide caption.

Removal of mercury from the gas and oil processing units can be done by various methods. Although the removal of mercury is done at various streams (gas drier, condensate stripper overhead treater, condensate drier, propane/butane treaters, depropanizer and debutanizer), it is recommended to remove mercury from the main feed to the plant, which eliminates the complications caused by mercury contamination of downstream plant equipment and eliminates the mercury in the products. One of the important factors to be considered in the transport and fate of elemental mercury from gas industry site is the particle size distribution of mercury droplets, because the rate of transport of the metal, directly or through secondary chemical reactions or transformations, will be largely controlled by its surface area. The dispersion of mercury in small droplets could result in a more rapid oxidation due to greater available surface area, resulting in an increased transport potential of the resultant mercuric compounds.

**Mercury Waste Treatment and Recovery Methods**

Mercury waste, once identified, must be treated prior to disposal of residue or debris to avoid the long-term liabilities of burial or storage. Hydrocarbon sludge is normally higher in mercury content than the process fluid from which it was deposited. The reason is that elemental and organic mercury has higher molecular weight organic compounds. Moreover one technology is not sufficient to completely treat mercury waste. Often a combination of physical, chemical, immobilization, thermal, electrolytic and in situ vitrification treatment methods need to be used. Due to the presence hydrocarbon matrix in sludge, the sludge is one of the more difficult waste materials to process for treatment and disposal.

Mercury waste can be treated and disposed by,

1. Recovery / recycle / reuse
2. Physical / chemical treatment
3. Incineration

Recycling methods can be gravity separation, filtration, distillation, solvent, chemical regeneration etc. Physical methods could be neutralization, precipitation / separation and detoxification (chemical). In incineration, the waste is burnt at medium / high temperatures. Various researchers have conducted researches on treatment of mercury laden waste and have found some success to reduce and recovery mercury from the waste. Some of the research works are summerised in Table 1.

Table 1: Summary of research on mercury waste treatment, recovery and disposal methods

| Origin of waste | Treatment methods/chemical employed | Reference |
|---|---|---|
| Discarded and spent products from thermameter etc. | Crushing, Separation and Oxidation ($550^0C$ and Nitric acid), Stabilization (Sodium sulfide), storage. | |
| Gas processing facilities | Cleanup and disposal of mercury waste. | Wilhelm & McArthur (1994) |
| Contaminated sludge by methyl mercury in Minamata Bay | Sediment disposal by revetment and dredging. | Yoshinaga (1995) |
| Municipal wastewater | Incineration of 238 g/day out of 248g/day mercury with remaining 10g/day is discharged into river. | Balog & Liang (1995). |
| sludge | Ion exchange method to separate solid phase heavy metal using composite ion exchange membrane. | Sengupta & Sengupta (1996) |
| Wastewater | Use of Duolite GT-73 ion exchange resin. | Ritter & Bibler (1992) |
| Removal of gas phase mercury | Use of impregnated granular activated carbon. | Mc Laughnin & Vidic (1995) |
| Mercury from fluorescent and other lamps etc. | Dry crushing and heating technology and fluidized bed process. | AERC, USA |
| Chloride solution | By contact deposition on iron felt. | Grau & Bisang (1995) |

From the tabulation above, it can be seen that the major treatment and recovery process applied were revetment, ion exchange, adsorption, crushing and heating, and incineration. Failure on revetment can cause sever damage to the surrounding environment, where as ion exchange and adsorption can be hindered by presence of other contaminants. Heating and incineration can release the mercury vapor into atmosphere causing atmospheric pollution. The process of solidification and disposal into secured landfill, gas phase recovery of mercury, and thermal treatment is gaining interest in mercury treatment and recovery field by various researchers and industries.

**Solidification**

Solidification is the physical stabilization process that is designed to improve the engineering properties of the materials, such as compressive strength, bearing capacity, resistance to wear and erosion, and permeability so that the chance of release of contaminants from solidified blocks in a disposal site can be reduced. Binders such as cement, pozzlonas, and thermoplastics are used to immobilize contaminants in sludge. The effectiveness of stabilization is tested using leachability analysis. Some of the research works published on stabilization of hazardous waste is summerised in Table 2.

Table 2: Summary of research on  mercury waste treatment and recovery using solidification.

| Origin & characteristics of waste | Treatment Methods | Results | Reference |
|---|---|---|---|
| Mercury containing waste of gold mines | Dressing and methods of selective stabilization of pulp. | Could be effectively stabilized | Khanturgaeva et al 1994. |
| Leachate produced from integrated sludge treatment facilities. | Cementation of mercury in a chloride medium using metallic zinc, iron and aluminum as reducing agents. | Efficiency of removal is dependent upon the type of metal used and pH and surface area of sacrificial metal. | Anacleto & Carvalho 1996 |
| Hazardous waste (comparison of cost) | Stabilized and landfilled | Cost can be reduced (130 to 150 US $ per ton). | GENCO 1997 |
| Hazardous waste mixed | Pozzolanic materials used to react with polyvalent metal ions and other waste components. | Formation of inert and stable solid materials. | ARM Inc. |

**Experimental Study at AIT Research Station**

An experimental study was conducted at AIT Research Laboratory for effectiveness of solidification in mercury contaminated sludge produced from an oil and gas exploration facility. The ratio for cement, sand, sludge and water were fixed based on the earlier study made at AIT for solidification of COD heavy metal sludge. Table 3 presents the mix ratio and other parameters for the experiments.

Table 3. Experimental Parameters and selected values, and test methods

| Description | Selected value / Methods | Remarks |
|---|---|---|
| Number of batches based on sludge to cement ratio | 4 (0.15, 0.10, 0.01, 0.005) | |
| Sand to cement ratio | 1:1 | |
| Water to cement ratio | 1:1 | Sometime modified based on workability |
| Assumed mercury concentration at beginning of experiment | 30% by weight | Based on preliminary results |
| Reaction time for pretreatment with sodium sulfide | 30 min | From Chang (1993) |
| Assumed sodium sulfide to Mercury molar ratio | 15:1 | From Chang (1993) |
| Sludge to sodium sulfide ratio | 1:0 to 1:10 | |
| **Test methods used** | | |
| Compressive strength | ASTM C 109-86 UTM machine | |
| Density | Weight per unit volume of waste | |
| Leachability Test | IWD, Thailand-Extraction Procedure | |
| Heavy Metal detection | AAS or equivalent standard method | |

The experimental procedure for the solidification experiment of the sludge is shown in Figure 2.

6



Figure 2: Experimental methods

Here, it was noted that, the higher percentages of sodium sulfide have caused the improper solidification and setting. From the density and compressibility test it was found that the blocks with low sulfide percentages have high density and compressive strengths. Also increase in sludge volume has resulted in increase in volume of solidification volume beyond sludge cement ratio of 0.01 (Figure 3).



Figure 3. Leachability analysis for different sludge to sodium sulfide ratio.

Similarly, the leachability test presented an interesting result. From the results it was found that the increase in mercury concentration for a sludge sodium sulfide ratio was more than 1:0.2, where as it was minimum for sludge sodium sulfide ratio less than 1:0.2. The value is still less than Thailand Standard (0.2 mg/L) for sludge sodium sulfide ratio of 1:1.

**Economic Evaluations**

Based on the results obtained from the Laboratory scale experimental studies, the optimum values were found to be, sludge to cement ratio as 0.01, sludge to sodium sulfide ratio as 1:0.02, volume in cum per kg of sludge as 0.08.   From cost calculation it was found that the solidification cost quite high (= US $ 6,000 per ton of sludge excluding labor cost). This could imply that although effective for stabilization of sludge, it is quite costly for the industries to implement.

**Thermal treatment**

Thermal process is considered as an alternative technology for the treatment of mercury contaminated waste. Thermal treatment is viewed as a distillation process at controlled temperature and reactor conditions, in which mercury vapor is condensed and collected in relatively pure form. The normal practice for thermal treatment is incineration and pyrolysis.

Table 4: Summary of mercury waste treatment and recovery by thermal treatment method.

| Origin and characteristics of waste | Treatment methods | Results | References |
|---|---|---|---|
| Soil contaminated with high level of mercury such as in metering of natural gas sites. | Prototype thermal treatment process, chemical leaching process, combination of physical separation / chemical leaching process. | Chemical treatment combined with physical separation process is most effective. | GRI |
| Hazardous waste of organic nature | Use of moderate temperature for thermal treatment. | The method can handle soils and dewatered sludge. | Hsieh YU, Chang & Burn (1994) |
| Mercury contaminated waste | Pretreatment, volume reduction and high temperature oxidation ($1000^0$c) | Good recovery with decomposition of all mercury compounds. | Bohm & Mussig 1996 |
| Mercury contaminated sludge. | Components: furnace, heat exchanger, gas purifier carbon, and vacuum pump. | 99% pure mercury received. | MRS Inc. |

There are various organizations working on mercury recovery systems using thermal treatment. Some of the disadvantages of thermal treatment are requirement of additional fuel, maintenance of combustion temperature, regular monitoring requirement, possibilities of distillation of other volatile contaminants in distillates requiring subsequent treatment for recovery, High cost per unit recovery if used for soil/sludge with low percentage of mercury contaminants. Ultimately, the requirement of a secured landfill can not be ignored since the ash left after incineration should be landfilled.

But from the data available for thermal treatment and recovery system, the cost could be considerable and can have a larger mobile unit with a capacity of 4 cubic yards per day ( $ 1,300,000).

**Conclusion**

Laboratory scale studies on solidification indicate that although the strength and leachability criteria can be satisfied, volume of solidified waste and the cost of solidification per ton of sludge are not practically viable. The probable reasons could be requirement of high quantity of binder and stabilising chemical. Also, all the mercury (after solidifying) is lost to the disposal site without any avenue for recovery and reuse/sale. In conclusion, solidification would not be the best economically viable option for treatment of the sludge.

Moreover, presence of 90% of the mercury in the elemental form, defeats the necessity to stabilise the metal in solidification, because removal of elemental mercury could be better achieved by certain technologies like thermal treatment or physical separation. As discussed earlier, recovery of mercury in high percentages could be achieved by employing thermal treatment. Detailed technical feasibility studies including trial runs will have to be conducted to finalize the exact configuration and components of the thermal unit. It would be necessary to know what type of thermal process (vacuum, inert, gas recycle, low pressure oxidative) would be best suited for decomposing and condensing the mercury complex present in the sludge.

The thermal treatment option could be materialised either by having an onsite (onshore) mobile treatment unit or by exporting the waste to a waste treatment company either within the nation or outside the country. Exporting outside the country would require an assessment of the hazardous waste transport legalities and regulations (Basel convention).

*References*

Anacleto, A.L. and Carvelho, J.R., 1996, Mercury Cementation from Chloride Solutions Using Iron, Zinc and Aluminium, *Minerals Engineering*, Vol 9, No. 4, pp. 385-397.

Balogh and Liangh, 1995, Mercury Path Ways in Municipal Wastewater Treatment Plants, *Water, Air and Soil Pollution* , Kluwer Academic Publications, Netherlands. pp. 1181-1190.

Bohm and Mussig, 1996, Treatment of Mercury contaminated wastes in a two stage process, pretreatment, volume reduction and subsequent High Temperature Oxidation, SPE Inc., *Proceedings of International Conference on Health, Safety and Environment*, New Orleans, USA

Chang, C.Y., Hsu, C. P., Jann., J. S., Chen, Y. W., Shih, Y. C., Mao, C. F., Lin, W. Y., Lin, K. L., and Wu, Y. M., (1993), Stabilization of mercury containing sludge by a combined process of two-stage pretreatment and solidification, *Journal of Hazardous Materials*, 35 - 73-88.

Chawakitchareon, P. and Poonphunchai, A., 1997, Solidification of Heavy Metal Sludge using Cement and Fly Ash as Binders, Asian WaterQual 97, *Proceedings of 6th IAWQ Asia Pacific Regional Conference*, May 20 - 23, 97, Seoul, Korea.

GENCO (1997), *General Environmental Conservation Company Ltd.*, Bangkok, Thailand

Grau, J.M. and Bisang, J.M., 1995, Removal and Recovery of Mercury from Chloride Solutions by Contact Deposition on Iron Felt, *Journal of Chemical Technology and Biotechnology*, Vol 62, No. 2, pp. 153-158.

Hsieh. (1994), Solidification / Stabilisation of Contaminated Soil and Concrete Debris with Thermal Treated BTM, *Hazardous Waste and Hazardous Materials*, Volume 11, No.2.

Khanturgaeva, G.I., Nikiforov, K.A., Budaeva, N.P. and Shatuev, I.N., 1994, *Dressing of Mercury Containing Wastes of Gold Mines*, Fiziko-Tekhnicheskie Problemy Razrabotki Poleznykh. No. 5. pp. 113-115.

La Grega, M.D, Buckingham, P. L., 1994, *Hazardous Waste Management*, McGraw-Hill, Inc., New York.

McLaughlin, J.B and Vidic, R.D., 1995 Adsorption Technology for Mercury Control in Flue Gases, National Conference of Innovative Technological Site Remediation of Hazardous Waste Management, *ASCE*, pp. 613-619.

Ritter, J.A. and Bibler, J. P., 1992, Removal of Mercury from Wastewater : Large-scale Performance of an Ion Exchange Process, *Water Science and Technology*, Vol.25, No. 3, pp. 165-172.

Sengupta and Sengupta, 1996, Solid Phase Heavy Metal Separation Using Composite Ion-Exchange Membranes, *Hazardous Waste and Hazardous Materials*, Volume 13, No.2.

Wilhelm, S.M. and McArthur, A., 1995, Removal and Treatment of Mercury Contamination at Gas Processing Facilities, *Proceedings of the SPE/EPA Exploration and Production Environmental Conference*, Society of Petroleum Engineers (SPE), Richardson, TX, USA, pp. 319-334, SPE 29721.

Yoshinaga, K., 1995, Mercury Contaminated Sludge Treatment by Dredging in Minamata Bay, *ASTM Special Technical Publication*, No. 1293, Philadelphia, PA, USA, pp. 182-191.


***Internet sources***

http://www.dep.state.pa.us/dep/deputate/pollprev/franklin/bfpage2.htm
ADVANCED ENVIRONMENTAL RECYCLING CORPORATION, Pennsylvania, USA, in association with NET Ben Franklin Technology Center, Lehigh University, USA

http://www.gnet.org/gnet/tech/techdb/site/democomp/advremix.htm
ADVANCED REMEDIATION MIXING, INC. (formerly Chemfix Technologies/CeTech Resources)

http://www.gnet.org/gnet/tech/techdb/gete/mssum.htm
MICROWAVE SOLIDIFICATION, Rocky Flats Environmental Technology Site (RFETS), Colorado, USA.

http://www.gri.org/s97is.vts
DEVELOPMENT AND TESTING OF TECHNOLOGIES FOR THE REMEDIATION OF MERCURY-CONTAMINATED SOILS, Gas Research Institute, Union Gas Limited (Canada) U.S. Department of Energy

http://www.idrc.ca/books/reports/1997/10-01e.html
MERCURY CONTAMINATION IN THE AMAZON. IDRC:Resources. International Development Research Center, Ottawa, Canada.

http://www.epa.gov/grtlakes/vebrief/table-4.html.
Table 4: Sources of Mercury. USEPA.

# Selenium Management Program

# Program Formulation Document
# Gunnison River Basin, Colorado

**Prepared by Selenium Management Program Workgroup**
**Compiled by Bureau of Reclamation          December 2011**



South Canal – Uncompahgre Valley

Program Formulation Document, Gunnison River Basin, Colorado

(Blank Page)

Selenium Management Program



**Gunnison River Basin**

Program Formulation Document, Gunnison River Basin, Colorado

(Blank Page)

Selenium Management Program

**EXECUTIVE SUMMARY** ................................................................. vii

**CHAPTER 1—INTRODUCTION** ..................................................... 1
A.      PURPOSE .............................................................................. 1
B.      REPORT ................................................................................ 1
C.      PROBLEM.............................................................................. 2
D.      PROGRAM GOALS ............................................................... 3
        **WATER QUALITY**............................................................... 4
        **ENDANGERED FISH**........................................................... 4
        **WATER RESOURCES** .......................................................... 4

**CHAPTER 2—BACKGROUND ACTIVITIES** ................................ 5
A.      PROGRAMMATIC BIOLOGICAL OPINION .................................. 5
B.      RECOVERY PROGRAM ................................................... 7
C.      PREVIOUS AND ONGOING ACTIVITIES RELATED TO SELENIUM
        CONTROL................................................................................ 8
        **COLORADO RIVER BASIN SALINITY CONTROL PROGRAM .. 8**
        **NATIONAL IRRIGATION WATER QUALITY PROGRAM ......... 11**
        **SELENIUM TASK FORCE** .................................................. 12
        **MAJOR ACCOMPLISHMENTS** ........................................... 13

**CHAPTER 3--BACKGROUND DATA**...................................... 16
A.      SELENIUM LOADING ..................................................... 16
B.      WATER QUALITY AND TRENDS ................................. 21
C.      BIOLOGICAL DATA ........................................................ 29
D.      LAND USE AND IRRIGATION ...................................... 32
E.      PREVIOUS AND ONGOING STUDIES AND RESEARCH........... 33

**CHAPTER 4—PROGRAM FORMULATION AND INSTITUTIONAL
        ARRANGEMENTS** .................................................... 35
A.      MEMORANDUM OF UNDERSTANDING ................................... 35
B.      SELENIUM MANAGEMENT TEAM ............................... 35
C.      PUBLIC INVOLVEMENT ................................................. 37
D.      FUTURE IMPLEMENTATION ......................................... 37

**CHAPTER 5-ACTION PLAN FORMULATION AND DEVELOPMENT. 39**
A.      STATUS OF SELENIUM REMEDIATION IN THE LOWER GUNNISON
        BASIN .................................................................................. 39
B.      TOOLBOX OF POTENTIAL SELENIUM CONTROL MEASURES 39
C.      SELENIUM REDUCTION STRATEGY .......................... 40
        **ACTION PLAN COMPONENTS**...................................... 41

Program Formulation Document, Gunnison River Basin, Colorado

**AUTHORITIES AND LEGISLATION**..............................................**44**

**UNCERTAINTIES** ..............................................................**45**

**ADAPTIVE MANAGEMENT** .................................................**46**

**REPORTING** ...................................................................**46**

**ENVIRONMENTAL COMPLIANCE** ........................................**46**

**FUNDING OPPORTUNITIES**...............................................**46**

**REFERENCES**.......................................................................... **47**

**APPENDIX A – MONITORING** ................................................... **51**

**APPENDIX B – POTENTIAL FUNDING SOURCES** .................................. **57**

**APPENDIX C -- PROGRAM ACTION PLAN** ............................................. **65**

# EXECUTIVE SUMMARY

This Selenium Management Program (Program) has been developed as part of a broad-based cooperative effort to provide water security, environmental compliance and regulatory certainty for water users in the Gunnison Basin of western Colorado.  The Program is in response to the December 2009 Fish and Wildlife Service Gunnison Basin Programmatic Biological Opinion (PBO - described in Chapter 2).  The Program will guide the efforts of public and private agencies and organizations in controlling selenium to meet dual objectives: complying with Clean Water Act requirements and assisting in the recovery of several endangered fish species to comply with the Endangered Species Act.

The Program will benefit water users and regional economies by protecting existing and future water uses through the acceleration of the improvement of irrigation system infrastructure and related on-farm irrigation improvements that reduce selenium (and associated salinity) loading and enhance agricultural productivity.  The Program will also expand efforts to control selenium from non-agricultural sources and to improve scientific understanding of selenium fate and transport.

Selenium is a trace element that can accumulate in food chains and lead to reproductive failure and adverse impacts in fish and wildlife.  Selenium is found in Mancos shale, a geological formation common in the lower Gunnison Basin.  Deep percolation of water from unlined canals, laterals, and agricultural and domestic irrigation can mobilize selenium from Mancos-derived soils and transport it to area streams and rivers. Upstream from the major irrigated areas in the lower Gunnison and Uncompahgre River Basins, selenium concentrations are generally less than 1 part per billion (ppb), but downstream from irrigated areas, the selenium concentrations in surface waters can exceed 4.6 ppb (dissolved), the state instream standard for protection of aquatic life.

Although selenium levels in the lower Gunnison and Uncompahgre rivers and several tributaries exceed Colorado water quality standards, there is strong statistical evidence that there is a downward trend in selenium concentrations and loads over the last 20 years.  To date, activities associated with the following programs -- Colorado River Basin Salinity Control Program, National Irrigation Water Quality Program and the Selenium Task Force -- as well as basin-wide changes in land and water use have reduced selenium loading in the Lower Gunnison Basin.

According to the Fish and Wildlife Service, several federally listed endangered fish, including the Colorado pikeminnow and razorback sucker, have been adversely impacted in the Gunnison River by water quality and other habitat issues. These issues are generally associated with historical water development in the basin.  Thus, the potential for conflicts between water

Program Formulation Document, Gunnison River Basin, Colorado

development and the Endangered Species Act has developed.  This Program is designed to minimize such conflicts by meeting clean water and endangered species act requirements while allowing water development to continue.

This report provides background justification for developing the Program (Chapter 2), the linkages between selenium and the health of fish and wildlife and between selenium loading and water quality trends (Chapter 3).  It details the components of an Action Plan, which is the core of the Program (Chapters 4 and 5) and discusses monitoring needs, potential funding sources for implementation, and program activities (Appendices A-C).

# CHAPTER 1—INTRODUCTION

## A. PURPOSE

The purpose of this document is to describe the Selenium Management Program (Program).  The Program is designed to reduce selenium concentrations in the lower Gunnison River Basin of western Colorado to assist in the recovery of federally listed endangered fish and to improve basin water quality.  Implementation of the Program should ensure that selenium levels in the Gunnison River and Colorado River do not impede the achievement of recovery goals and the eventual downlisting and/or delisting of endangered fish.  Successful steps towards the recovery of endangered fish species benefit water users and regional economies by providing Endangered Species Act compliance for existing and future water use.

In the 2009 Programmatic Biological Opinion (PBO), discussed later in this report, it is stated that "Reclamation will develop and implement a Selenium Management Program (SMP), in cooperation with the State of Colorado and Gunnison River basin water users to reduce adverse effects of selenium on endangered fish species in the Gunnison and Colorado rivers…"

The Program has been developed as a joint public/private partnership of agencies, organizations and water interests.[1]  It is a cooperative effort with substantial involvement of the stakeholders that maximizes the cost-effectiveness of federal, state and local investments while maximizing multiple benefits. The Bureau of Reclamation (Reclamation) serves in a leadership role in coordinating and managing the implementation of the Program.

## B. REPORT

This report presents the framework for the Program including background material and recommended actions.

- Chapters 1 & 2:  Introduction material including the purpose of the report and the cooperative development of the program.
- Chapter 3:  Water-quality and endangered species goals are presented.

---

[1] Includes the State of Colorado, Bureau of Reclamation, Natural Resources Conservation Service, U.S. Geological Survey, Fish and Wildlife Service, Bureau of Land Management, Colorado River Water Conservation District, Uncompahgre Valley Water Users, Upper Gunnison River Water Conservancy District, local conservation districts, and local governments

- Chapter 4:  Water-quality and biological data are summarized; irrigation systems are described; and ongoing studies are presented.
- Chapter 5:  Potential selenium control components and funding opportunities are described along with a recommended strategy.
- Appendix A-B:  The water-quality monitoring program is described.  Multiple potential funding sources for the Program are discussed.
- Appendix C:  The selenium management action plan of work activities and schedules, designed to be updated annually, is presented.

## C. PROBLEM

Selenium is a trace element that can accumulate in food chains and lead to reproductive failure and other adverse impacts on fish and wildlife.  The Selenium Task Force summarized early investigations into potential adverse effects of selenium on fish and wildlife resources (Selenium Task Force 2010):

> "In 1983, incidences of mortality, deformities, and decreased reproduction in fish and aquatic birds were first discovered by the U.S. Fish and Wildlife Service at the Kesterson Wildlife Refuge in the western San Joaquin Valley, California, where irrigation drainage waters with high concentrations of selenium were collected. Due to concerns that problems with selenium toxicity may not be confined to the Kesterson Refuge, in 1985, the U.S. Department of the Interior began a program to study the effects of irrigation drainage on the water quality of the Western United States.
>
> Subsequent investigations by the National Irrigation Water Quality Program (NIWQP) and the United States Geological Survey (USGS) in 1987-88 indicated that irrigation drainage from the Uncompahgre Project along the Western Slope of Colorado, a Bureau of Reclamation (BOR) irrigation project, might be a primary source of selenium, dissolved solids and other constituents to the Gunnison and Uncompahgre rivers, and Sweitzer Lake. Additional studies conducted in 1991-93, found that about 64 percent of water samples collected from the lower Gunnison River and about 50 percent of samples from the Colorado River near the Colorado-Utah line exceeded the U.S. Environmental Protection Agency (EPA) selenium criterion of 5 ug/L (micro grams per liter) for protection of aquatic life."

The Fish and Wildlife Service (Service) summarized concerns about selenium levels in the Gunnison and Colorado rivers (Fish and Wildlife Service 2009):

> "Colorado pikeminnow, humpback chub, bonytail, and razorback sucker are being harmed from the continuation of discharge of selenium related to the Uncompahgre Project and other water uses in the Gunnison Basin.  Approximately 60% of the selenium load measured in the Gunnison River near Whitewater comes from loading sources in the Uncompahgre River Basin (Reclamation 2006).  The continued operation of the

Uncompahgre Project and other water uses is associated with continued loads of salt and selenium in irrigation drain-water being carried to the Gunnison River by adjacent tributaries.  Selenium concentrations in designated critical habitat in the Gunnison River between Delta, Colorado and the Colorado River confluence, as well as the Colorado River downstream of the Gunnison River confluence, exceed the state water quality selenium standard for the protection of aquatic life.  Selenium concentrations exceed toxic effect threshold concentrations and are indicative of reproductive impairment occurring in endangered Colorado River fish and migratory birds.  Selenium from the female's diet is incorporated into eggs, and high concentrations may result in reduced production of viable eggs, and/or post-hatch mortality due to metabolism of egg selenium by developing larval fish (deformities and altered physiology) (Lemly 2002, Sorensen 1991).  Implementation of the Selenium Management Program is intended to reduce adverse effects of selenium on endangered fish by reducing selenium loads, concentrations, and exposure to selenium."

A toxicity threshold for selenium in whole fish of 4 parts per million (ppm) dry weight (DW)) has been recommended for the protection of freshwater fish (USDOI 1998, Lemly 1996a, Lemly 1996b, Skorupa 1998; Hamilton 2002b).  The mean selenium concentration of 7.1 ppm DW was calculated for whole body fish samples (various not-endangered species) collected during 1992 from the Gunnison River Basin.  Selenium concentrations in about 71% of the fish samples from the Gunnison and North Fork of the Gunnison Rivers, 64 % of the fish from the Uncompahgre River, and about 55% of the fish samples from the Colorado River exceeded the 4 ppm DW whole body fish selenium toxicity guideline.

In 1997, the Colorado Water Quality Control Commission (CWQCC) adopted a 5 parts per billion (ppb) aquatic life protection standard for total selenium (4.6 ppb dissolved) in the Gunnison River Basin.  Several stream segments, including about 57 miles of mainstem Gunnison River between Delta and the Colorado River confluence do not meet this standard, and appeared on the 1998 Clean Water Act (CWA) 303(d) list of impaired water bodies for the State of Colorado.  These 57 miles, including the 100-year floodplain, are designated critical habitat for the Colorado pikeminnow and the razorback sucker.  Exceedences in the mainstem Gunnison River range from 6-9 ppb.  In 2002, the CWQCC adopted the 5 ppb aquatic life protection standard for selenium in the Colorado River.  A 38 mile segment of the mainstem Colorado River below the Gunnison River confluence downstream to the Colorado-Utah state line was placed on the CWA 303(d) list.

## D. PROGRAM GOALS

The Selenium Management Program is designed to reduce selenium levels in the lower Gunnison and Colorado Basins to comply with state instream water quality standards.  Achieving

Program Formulation Document, Gunnison River Basin, Colorado

this goal will assist in the recovery of endangered fish, thus providing water security, environmental compliance and regulatory certainty for water users and the citizens of the basin.

## Water Quality
The initial goal of the Program as recommended in the PBO is to meet the state water-quality standard for dissolved selenium of 4.6 ppb as measured at the Whitewater Gage[2] and as determined by the Colorado Water Quality Control Division methodology.  In addition, the Program will endeavor to maintain or improve the existing downward trend in the lower Gunnison River selenium concentrations.  The downward trend between 1986 and 2010 is depicted in Figure 7 and discussed in Section 3.B.

## Endangered Fish
The long term goal of the Program is to sufficiently improve water-quality conditions to assist in the recovery of the Colorado pikeminnow and razorback sucker by reducing selenium concentrations.  Recovery happens when naturally occurring, reproducing populations are self sustaining, with all life stages present and there is natural recruitment into the adult population. The goal of the Program with respect to endangered fish in the Gunnison River is to ensure that selenium levels in the lower Gunnison and Colorado rivers do not impede the achievement of recovery goals and down-listing and delisting of endangered fish.

## Water Resources
Another long-term goal of the program is to support continued water uses in the Basin. The Program fulfills a critical requirement of the PBO and thereby protects historical water uses by ensuring public and private water users benefit from regulatory certainty.  The PBO and its benefits are described in Chapter 2.

---

[2] USGS Gage No. 9152500 Gunnison River near Grand Junction

# CHAPTER 2—BACKGROUND ACTIVITIES

## A. PROGRAMMATIC BIOLOGICAL OPINION

In 2009, Reclamation released a draft Environmental Impact Statement on modifying the water release patterns from the Aspinall Unit in order to assist in the recovery of downstream endangered fish (Reclamation 2009). The Aspinall Unit consists of Blue Mesa, Morrow Point, and Crystal dams, reservoirs, and powerplants on the Gunnison River in west-central Colorado. In general, the new operations proposed include a higher spring release and moderate base flows during the remainder of the year.

Reclamation worked with the Service to evaluate the new operations under the Endangered Species Act (ESA). The State of Colorado, Colorado River Water Conservation District and water users requested that the Service and Reclamation expand their analysis beyond Aspinall Unit operations and cover  effects of all public and private water uses in the Gunnison Basin, with a goal of avoiding future adversarial endangered species consultations.   They requested that Reclamation and the Service prepare a programmatic biological assessment and programmatic biological opinion (PBO). Consequently the programmatic biological assessment (Reclamation 2008) and the PBO (Fish and Wildlife Service 2009) were prepared.

The PBO addresses the modified Aspinall Unit operations and in addition it addresses other public and private water uses in the Gunnison Basin. In summary, the PBO provides ESA coverage for existing and specified future water uses and depletions in the Gunnison River Basin, as well as completes ESA consultation on the Dallas Creek and Dolores Projects.

Two main elements of the PBO are:

- The reoperation of the Aspinall Unit and
- The preparation and implementation of the Selenium Management Program.

The Program, as described in the PBO, calls for reducing selenium levels in the Gunnison and Colorado rivers. The Service describes the selenium issue in the PBO as follows:

"The ongoing operation of irrigation projects and other water uses in the basin will continue to contribute selenium to the Gunnison and Colorado Rivers at levels that adversely affect the endangered fishes and their designated critical habitat and are inhibiting the survival and recovery of the endangered fishes. Reclamation will develop and implement a Selenium Management Program (SMP), in cooperation with the State of Colorado and Gunnison River

5

Program Formulation Document, Gunnison River Basin, Colorado

basin water users to reduce adverse effects of selenium on endangered fish species in the Gunnison and Colorado rivers (see Effects of the Proposed Action section).  The SMP will incorporate and accelerate ongoing selenium reduction efforts in the Uncompahgre Valley and other areas of the Gunnison Basin and will add several new elements. The overall long-term goal of the program is to assist in species recovery per the Recovery Goals.  The SMP will use the best available scientific information for all elements of the program.  Elements of the SMP will include:

- Accelerated  implementation of salinity/selenium control projects for irrigated agriculture
- Reduction of other non-point source selenium loading
- Technology development
- Water-quality monitoring
- Monitoring of endangered fish populations
- Coordination with lower Gunnison River Basin watershed management plan
- Regulatory support
- Public information and education
- Adaptive management
- Institutional support"

Successful implementation of the Program has been recognized as providing local and regional benefits as well as avoiding water-quality and regulatory problems.  In general, the PBO provides the following benefits to the basin's public and private water uses:

- Provides ESA compliance, especially "take" coverage, for existing and new private/public water uses, including the Aspinall Unit and the Uncompahgre, Smith Fork, Paonia, Fruitgrowers, Bostwick Park, and Dallas Creek Projects.  The PBO recognizes that depletion of water and existing selenium concentrations harm the endangered fish.  Harm is considered "take" of an endangered species and this "take" is covered by the PBO as long as certain measures are implemented, including the Program.

- Shifts responsibility from individual water users to the Colorado River Endangered Fish Recovery Program to address depletion impacts to endangered species.

- Provides water security, environmental compliance and regulatory certainty in the Gunnison Basin.  The PBO greatly reduces the chances of major conflicts between the ESA and water uses in the basin.

- Provides ESA compliance for the Upper Gunnison Subordination and provides compliance for depletions from new augmentation contracts throughout basin.

- Assists in endangered fish recovery--which supports continuing and future water uses in the basin.

- Enhances or supplements existing programs and thus may facilitate improvement of irrigation systems, crop production, and local economies; and may reduce operation and maintenance costs of irrigation systems and make more efficient use of water.

- Facilitates ESA compliance for future Clean Water Act 402 and 404 permits, land use permits, or other regulatory approvals.

- Completes ESA compliance for the Dolores Project by offsetting mainstem depletions.

- Improves water quality for many uses in Colorado and downstream.

Because implementation of the Program is a key part of the PBO, it is essential that the Program be fully implemented in a timely manner in order for Reclamation and water users in the basin to comply with the ESA. If the assessment from annual progress reports indicates that the Program, as specified in the PBO, has not been implemented as proposed, Reclamation will be required to reinitiate consultation to specify additional measures to be taken by Reclamation or the Recovery Program to avoid the likelihood of jeopardy and/or adverse modification of critical habitat for depletions and water quality. Also, if the status of endangered fish species has not sufficiently improved, as determined by the Service in a formal "sufficient progress finding" under provisions of the Recovery Program, Reclamation will be required to reinitiate consultation[3].

The PBO calls for the Program to include goals, timeframes, and a Long Range Plan (termed the Selenium Management Action Plan in this report). This Plan (Appendix C) is to include implementation schedules, benchmarks, responsible or contributing entities, monitoring needs, and coordination with ongoing Recovery Program Activities (Fish and Wildlife Service 2009).

## B. RECOVERY PROGRAM

In 1988, the Upper Colorado River Endangered Fish Recovery Program (Recovery Program) was established to assist in the recovery of four species of endangered fish found in the Colorado River: the humpback chub, bonytail, Colorado pikeminnow, and razorback sucker. The pikeminnow and razorback are found in the Gunnison River. The Recovery Program; which is a partnership of local, state, and federal agencies, water and power interests, and environmental groups; provides ESA compliance for continued operation of water and power projects in accordance with project purposes.

The goal of recovery is to achieve natural, self-sustaining populations of the endangered fish so they no longer require protection under the ESA. The Recovery Program will monitor

---

[3] Re-initiation of consultation essentially means the ESA compliance process would be redone, possibly with new requirements and provisions.

endangered fish populations in the Gunnison River to determine responses to various recovery activities and the implementation of the Program.  In addition the program will collect fish tissue samples for selenium analysis.  A Study Plan (Recovery Program 2011) has been prepared to recommend to the Recovery Program monitoring and/or research projects necessary to evaluate effects of the proposed operations of the Aspinall Unit described in the PBO, to determine how those operations improve habitat contributing to recovery of the endangered fishes, and to evaluate effects on critical habitat in the Gunnison River and in the Colorado River from the Gunnison River confluence to Lake Powell.

# C. PREVIOUS AND ONGOING ACTIVITIES RELATED TO SELENIUM CONTROL

As discussed later in this report, infiltration of water into selenium and salt rich soils and formations is the primary factor in both salt and selenium loading in the Gunnison Basin. To date, activities associated with the following programs --- Colorado River Basin Salinity Control Program, National Irrigation Water Quality Program and the Selenium Task Force --- as well as basin-wide changes in land and water use have reduced selenium loading in the Lower Gunnison Basin.

## Colorado River Basin Salinity Control Program

The Colorado River Basin Salinity Control Program (Salinity Program) is designed to reduce upper Colorado River basin salt loading primarily for the benefit of water users in the lower basin states of Arizona, California, and Nevada.  Salinity-control techniques adopted by the Salinity Program are generally thought to reduce selenium loading because seepage and deep percolation of water into the local Mancos Shale and associated soils is the primary source of both salt and selenium loading.  The 1974 Salinity Control Act, as amended, authorizes the Department of the Interior (Reclamation and Bureau of Land Management [BLM]) and the Natural Resources Conservation Service (NRCS) to undertake actions to reduce salinity loading in the upper basin.  Generally, Reclamation works to improve the irrigation water delivery systems (typically known as the "off-farm" systems), NRCS works with individual landowners to improve on-farm irrigation practices and the BLM addresses runoff from public lands.  Although the 1996 amendment eliminated the mandated USDA authorities under the Colorado River Basin Salinity Control Act, Environmental Quality Incentives Program (EQIP) authorities include water-quality improvements such as salinity control and continue to govern NRCS's implementation of salinity control assistance to eligible producers on eligible land.

In the mid 1970's, Reclamation began studies of the Lower Gunnison Basin Unit (LGBU) as directed by the Salinity Control Act.  Investigations focused in the Uncompahgre Project

area because of its highly concentrated salt loading. A plan was developed for lining canals and laterals east of the Uncompahgre River and eliminating use of open ditches for winter stock water deliveries throughout the Project area.

Reclamation implemented the "Winter Water Program" in the Uncompahgre Valley between 1992 and 1995. This effort eliminated flows in 407 miles of canals and laterals during the late fall and winter that had been required for livestock watering and replaced that source with piped domestic water deliveries.  The project was constructed in cooperation with the Uncompahgre Valley Water Users Association (UVWUA) and local domestic water providers.  This reduced salinity loading by an estimated 41,330 tons/year and, most likely, selenium loading by some un-estimated amount.

In 1995, further amendments to the Salinity Control Act provided for Reclamation's "Basinwide Program" which selects off-farm projects proposed by irrigation companies and other water user entities on a cost-competitive basis.  In the early years of that program, proposals for the Uncompahgre Valley were not cost effective and thus not selected for funding.  Later, others assisted in providing cost sharing which allowed  funds to be secured for a number of projects in that area.

The NRCS provides cost-share assistance to agricultural producers who voluntarily implement improved land management and on-farm irrigation practices that reduce salt loading. Participants are provided incentive payments and share in the cost for measures that reduce on-farm salt loading.  NRCS also provides technical assistance to producers to plan, design, and install these more efficient water systems.  Examples of NRCS activities include use of gated pipe and sprinkler systems for field irrigation, land leveling for more efficient irrigation, and development of irrigation water management plans. The NRCS works in partnership with Conservation Districts to assist farmers to install improved irrigation systems in the Lower Gunnison salinity control area under the various Colorado River salinity control initiatives. There is a greater trend toward conversion of existing improved surface systems to highly efficient, advanced irrigation technology (AIT), in particular center pivot sprinkler systems. Currently, this trend is primarily occurring in Delta County of the project area.  As mainstem delivery systems are piped it usually creates pressurized flow delivery systems encouraging the conversion of existing improved surface on-farm systems to AIT.

On-farm salinity control in the Lower Gunnison area has been primarily made possible through the EQIP and the Parallel Program (PP).  The PP is terminating and the new Basin States Program (BSP) that was authorized in the 2008 Farm Bill, Public Law 110-246, that amended the Salinity Control Act, will be another potential source of funding.  The emphasis of the BSP will be to fund improved land management and irrigation practices that do not qualify under EQIP and small off-farm canal and lateral delivery systems that are too small to compete in the Basinwide Program's cost-competitive process.

Program Formulation Document, Gunnison River Basin, Colorado



On-farm Gated Pipe

The BLM has a program on public lands to improve vegetation cover, assist in better use of onsite precipitation, and facilitate stronger plant root systems. In turn, a more stable runoff regime and reduced soil loss should result and improve water quality. The BLM is revising the Resource Management Plan for BLM-administered lands within the Uncompahgre Planning Area. The plan details the current state of resources and guides management actions for the next twenty or more years under the BLM's dual mandate of multiple use and sustained yield. As part of the process, the BLM will consider a set of alternatives for addressing public land contributions to selenium loading in aquatic environments. Activities identified as having the greatest potential to impact selenium transport include recreation, grazing, fluid mineral development, and land disposal. For each of these activities, a preferred alternative will be selected that balances resource protection, including selenium control, with the impacts of a growing population and expanding urban interface in accordance with the National Environmental Policy Act and the ESA. For more information about the Uncompahgre Resource Management Plan, please visit: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html.

Selenium Management Program



Mancos Shale lands managed by Bureau of Land Management

**National Irrigation Water Quality Program**

The National Irrigation Water Quality Program (NIWQP) was initiated in 1986 in response to concerns about the impact of elevated levels of selenium in western waterways. Data was collected between 1987 and 2003 in the Gunnison River Basin. Water, sediment, food chain items, fish, birds, and eggs were sampled for many potential contaminants including selenium, which was the major concern. Based on the data, the combined lower Gunnison River Basin and Grand Valley in western Colorado was one of 5 areas selected in the western United States as significant selenium problem areas for fish and wildlife that warranted remediation.

The NIWQP began planning for remediation in the lower Gunnison Basin in 1994. In1999, a proposal was formulated by the UVWUA and NIWQP to fund a demonstration project in the Montrose Arroyo area, southeast of Montrose. The purpose of the project was to show how the NIWQP and the Salinity Program could work cooperatively to reduce both selenium and salinity loading. This project, later known as Phase 1 of the East Side Lateral Project, was very successful, reducing selenium loading by 27% and salinity loading by 11%. Based on these results, several members of the Gunnison Basin Selenium Task Force pursued Congressional write-ins to the NIWQP budget in the early 2000's to support Phases 2 and 3 of the East Side

Program Formulation Document, Gunnison River Basin, Colorado

Lateral Project. Those phases were eventually funded by the Salinity Program and NIWQP with construction completed in 2011.

## Selenium Task Force

In July 1997, the State of Colorado Water Quality Control Commission (WQCC) amended the Classifications and Numeric Standards for the Lower Gunnison and Lower Dolores River Basins. These amendments included the adoption of a new chronic water-quality standard of 4.6 ppb for dissolved selenium and the adoption of temporary modifications for selenium standards. The adoption of the new standard meant that a number of segments in the lower Gunnison Basin were placed on the State of Colorado's 303(d) List of Impaired Waters which requires the development of Total Maximum Daily Loads (TMDLs) for selenium.

In February 1998, the Gunnison Basin Selenium Task Force was formed to address exceedence of the selenium standard in a number of segments in the lower Gunnison Basin and to assist in developing local solutions to reduce selenium loading in affected segments. The Selenium Task Force is "a group of private, local, state and federal interests committed to finding ways to reduce selenium in the affected reaches while maintaining the economic viability and lifestyle of the lower Gunnison River basin" (Selenium Task Force 2010). Following its formation, the Selenium Task Force immediately joined forces with the NIWQP.

In 2006, the NIWQP and Reclamation's Technical Assistance to States Program working in conjunction with the Selenium Task Force produced a report entitled "Evaluation of Selenium Remediation Concepts for the Lower Gunnison & Lower Uncompahgre Rivers, Colorado" (Reclamation 2006). This report documented a planning process that developed and evaluated remediation concepts and provided the Selenium Task Force and other decision makers with information needed to assess the potential for significantly reducing selenium loading. It serves as a significant resource on background and historical selenium reduction planning efforts for formulation of the Program.

Today, the Selenium Task Force meets and works collaboratively to address selenium loading in affected reaches. Members of the Selenium Task Force provide technical expertise, monitoring and evaluation of projects, grant writing expertise, and a forum for education and outreach. Background information is available at (http://seleniumtaskforce.org/). Members include:

Selenium Management Program

- City of Delta, CO
- City of Montrose, CO
- City of Grand Junction, CO
- Colorado Department of Health and Environment
- Colorado Division of Water Resources
- Colorado Division of Parks and Wildlife
- Delta Conservation District
- Shavano Conservation District
- Colorado River Water Conservation District
- Colorado Soil Conservation Board
- Colorado State University Extension
- Colorado Water Institute
- Commercial farmers, ranchers, and dairymen

- Delta County Commissioners
- Delta County Health Department
- High Country Citizens Alliance / Sierra Club
- Montrose County Commissioners
- Natural Resources Conservation Service
- Towns of Hotchkiss, Paonia, CO
- U.S. Fish and Wildlife Service
- U.S. Bureau of Reclamation
- U.S. Bureau of Land Management
- Uncompahgre Valley Water Users Association
- U.S. Geological Survey

Over its years of existence, the Selenium Task Force and its members have been effective in securing funding for various selenium-related studies and demonstration projects.   As mentioned above, members have secured funding for the NIWQP and from Colorado's Non-Point Source Program (NPS Program) (CWA Section 319 funds) to support construction of the East Side Lateral Project.  The Selenium Task Force is presently preparing a Lower Gunnison River Basin Selenium Watershed Management Plan to help to assist in the implementation of selenium reduction projects with NPS funds in order to meet selenium water-quality standards.  It is anticipated that the Watershed Plan will mirror activities displayed in the Program Action Plan (see Section 5).

## Major Accomplishments

Major accomplishments of the aforementioned programs that are believed to have reduced selenium loading in the lower Gunnison River Basin are listed below.  Limited information is available to provide good estimates of selenium load reductions, so, although selenium is likely reduced by these accomplishments, load reduction estimates are not generally provided[4].

- 1995:  The "Winter Water Program" eliminated the carriage of water in Uncompahgre Project canals and laterals during the non-irrigation season and thus reduced seepage and subsequent salt and likely selenium loading.  Estimated salt load reduction was 41,330 tons/year.
- 2000:  The Montrose Arroyo Demonstration Project placed 8.5 miles of open laterals into pipe reducing salt and selenium loading and allowing documentation of the effects in a published U.S. Geological Survey (USGS) report.  The USGS data collection produced an estimated selenium load reduction of 210 pounds/year and salt load reduction of 2,500 tons/year.
- 2004 thru early 2011:  Following the Montrose Arroyo demonstration project, approximately 47  additional miles of laterals in the Uncompahgre Valley have been

---

[4]  As discussed later in this report, although there are indications of a relationship between salt and selenium loading, the actual fate and transport relationships are not fully understood at this time.  So no numeric selenium reduction can be deduced from the predicted salinity reductions for any of these reported accomplishments.

Program Formulation Document, Gunnison River Basin, Colorado

placed in pipe or lined to reduce salt and selenium loading and another 4 miles are approved and funded. Estimated salt load reduction is 12,082 tons/year.

- 1988-2010: Through fiscal year 2010, the NRCS reports implementing 57,588 acres of on-farm irrigation system improvements in the lower Gunnison Basin with an estimated salinity reduction of 105,502 tons/year. An estimated 49,705 acres are improved flood systems, 6,765 acres are sprinkler systems, and 1,067 acres are micro-spray or subsurface drip systems. These numbers do not include work done prior to 1989, and none would include work done by landowners without federal assistance or through other programs or with other non-salinity funds (NRCS 2011).

- 1988-2010: The BLM implemented Best Management Practices to reduce erosion of saline and selenium-bearing soils.

- 2010-2011: Approximately 9.8 miles of canal and associated laterals in the North Fork and Smith Fork drainages were piped to reduce salinity loading. Estimated salt load reduction is 4,588 tons/year.

- 2011: Six additional lower Gunnison Basin projects to pipe irrigation canals and laterals were selected under Reclamation's 2010 Basinwide Program FOA. Agreement negotiations are underway.

Selenium Management Program



Unlined lateral being placed in pipe.

Program Formulation Document, Gunnison River Basin, Colorado

# CHAPTER 3--BACKGROUND DATA

## A. SELENIUM LOADING

Selenium occurrence in the lower Gunnison Basin is a function of geologic formations and properties of those formations. Occurrence of selenium in ground and surface water in dissolved forms is a function of oxidizing or reducing conditions which exist as a product of the biogeochemical environment and physical processes such as coprecipitation and adsorption. These processes are complex and governed by many physical and geochemical factors of which many are not fully understood. A summary of the general factors controlling the sources of selenium and its mobilization are presented here. A more extensive accounting of these factors can be found in the work cited throughout this report.

Selenium enrichment of geologic materials occurred during the Cretaceous age and was related to volcanic eruptions of element-rich gases and ashes (Butler and others 1996). During the Cretaceous age, a vast interior seaway called the Cretaceous Sea covered most of North America. The depositional setting in this seaway was an organic rich environment capable of reducing selenium in the crystalline structure of sulfide minerals (Coleman and Delevaux 1957). Additional sources of selenium to the seaway may have come later in the Cretaceous age as the seaway evolved and became an interior sea. Trace elements such as selenium and major ions were concentrated in the sediments as the interior sea eventually receded. The geologic formation in the lower Gunnison Basin associated with the Cretaceous Sea is called the Mancos Shale Formation. Outcrops of this formation are shown in Figure 1.   Figure 2 rates the potential of lands from a very high to low potential to contain soluble selenium.  Mancos Shale outcrops tend to occur in the valleys of the lower Gunnison Basin. This is as a result of regional uplift of the Uncompahgre Plateau in the south western portion of the basin, the Black Canyon of the Gunnison uplift in the central region of the Basin, and the West Elk Mountains to the east. Geologic ages associated with the uplift sequences are older than the Mancos Shale and are not associated with the Cretaceous Sea. Erosion rates were higher in areas of uplift and the younger formations, such as the Mancos Shale, were consequently eroded away at a faster rate than those in the Valley floors. Selenium occurs in other geologic formations but is most prevalent in the Mancos Shale as a result of the unique conditions and timing of events that occurred during the Cretaceous period. The amount of total selenium contained in different areas of the Mancos Shale Formation is highly variable and governed by the depositional environment during formation. Butler and others (1996) found that concentrations of selenium in Mancos Shale Bedrock were higher in samples cored near ash layers. They also found that weathered layers of Mancos Shale (residuum and alluvium) were higher in total selenium, perhaps as a result of the preferential displacement due to adsorption or capillary effects.

Selenium Management Program



Figure 1. Map showing approximate areal extent of surface outcrops of Mancos Shale highlighted in brown in the lower Gunnison Basin and portions of western Colorado.

Selenium enrichment in ground and surface waters has always occurred via the same physical and chemical processes; however, modern land use practices have changed the rate and quantity at which enrichment occurs. Selenium is sourced from the soils and parent material and mobilized by waters of various origins. The geochemical processes that govern the rate of selenium mobilization are complex, but are generally tied to source abundance and redox state. In the presence of low oxygen conditions, selenium will be reduced and exist in a less mobile form; whereas, oxic conditions will create more mobile forms of selenium.

17

Program Formulation Document, Gunnison River Basin, Colorado



Figure 2. Primary selenium source areas in Gunnison Basin with potential to load selenium rated from very high to low.

Anoxic conditions occur when oxygen availability is limited. Oxygen is limited when microbial demand exceeds availability. This is common in, but not limited to, some depositional environments such as oxygen deprived ground water, and organic rich but poorly drained soils such as wetlands. Through the span of geologic time, uplift and erosion has exposed reduced forms of selenium in the Mancos Shale Formation to meteoric and applied sources of water. The reducing environment that existed during deposition can be shifted to an oxidizing environment as a result. Sources of applied water identified here generally consist of irrigation, residential, and industrial water use. Applied water accelerates the process in which anoxic environments become oxic. The water provides oxygen (and potentially other oxidizing agents), resulting in a higher potential to mobilize selenium than was otherwise present prior to water application. In the lower Gunnison Basin, the type of applied water that has the most impact on selenium mobilization is irrigation water for agriculture. Precipitation rates in the lower valley are typically on the order of 6-12 inches (Doesken 2011), whereas irrigation rates add an additional 24-60 inches ( Written Communication, Uncompahgre Valley Water Users Association 2011).

Selenium Management Program

Additionally, canals and laterals used to deliver the irrigation water to agricultural fields can seep and add more oxygen rich water to the ground water system. Approximately 170,000 acres of irrigated land exists in the lower Gunnison Basin of which approximately 57,000 irrigated acres are situated on Mancos Shale outcrops (Tweto and Ogden 1976; Techni Graphic Systems, Inc. 2003).



Water from unlined laterals percolates into the ground water and picks up selenium.

Other sources of water that may have an increasing impact on selenium mobilization are industrial and residential sources. Industrial applications are primarily limited to energy extraction in the form of natural gas, oil, and coal bed methane. A byproduct of these types of energy development is water produced as a result of drilling and extraction. The water may be displaced to evaporation ponds or local drainages. This displaced water could move into a regional ground water system or increase selenium yield via increased sedimentation rates. The quantity of selenium released from activities associated with energy development is not fully understood; however, energy development in the lower Gunnison Basin is limited.

19

Program Formulation Document, Gunnison River Basin, Colorado

Residential sources of water to the ground water system typically result from individual septic disposal systems (isds's) and turf irrigation. Mayo (2008) found that there is a reduction in ground water recharge when converting previously irrigated agricultural land to residential land. These results suggest a decreased potential for salinity and perhaps selenium mobilization as a result of this type of land use change. The impact to selenium mobilization potential from converting previously non-irrigated land to residential land and septic systems is not fully understood. However, the addition of water for landscape irrigation, ponds, runoff from hard surfaces, and water from septic systems on lands that have not been irrigated previously, are likely to introduce potential new sources for both salinity and selenium loading.



New residences in Mancos Shale Area. Precipitated salt appears as white covering of soils.

Irrigation history affects selenium levels in soils. According to Fisher (2003) "Soil mapping and sampling of Mancos derived soils determined that soils that have never been irrigated contain an average of 34 times the amount of selenium remaining in irrigated soils that have been leached; also of significance is that soluble selenium levels do not increase with depth in irrigated soils; this correlation supports the hypothesis that a large part of the original soluble selenium, pre-irrigation, has been leached from the soil profile."

Fisher (2003) identified potentially important sources of selenium loading: "…deep percolation irrigation water (both agricultural and domestic); septic system drainages; seepage from ponds, wetlands, and canals; the natural erosion of Mancos Shale, and soils derived from the Mancos shale; and the irrigation of golf courses, parks, cemeteries, and urban lawns."

## B. WATER QUALITY AND TRENDS

Selenium levels are monitored by various agencies and organizations in the Gunnison Basin.  For the Program, the key monitoring point is the USGS Gunnison River gage at Whitewater.  The primary objective of the selenium monitoring program in the lower Gunnison Basin is to document selenium trends in support of endangered species issues and state standards, TMDL development and implementation, modeling efforts, and fish studies.

The goal of monitoring is to build a more robust database for salinity and selenium that will provide the basis for better statistical analysis of salinity and selenium using regression modeling at various scales. The information gained from the models will enhance decision making processes by improving planning models and scientific understanding.

The strategy is to expand and optimize the existing water-quality monitoring network in the lower Gunnison Basin in partnership with a variety of stakeholders.  For example, the Colorado River Water Conservation District, the Colorado River Salinity Control Forum, the USGS, and Reclamation have teamed up to add three real-time specific conductance and temperature monitors at existing USGS real-time flow stations. Knowing real-time continuous specific conductance allows for the development of correlations between flow and major ion concentrations.  To further leverage these data, there is coordination with the USGS, River Watch, and the State Water Quality Control Division (WQCD) to acquire selenium samples at these and other existing monitoring sites.  With a well-designed program, additional selenium samples collected at strategic times and locations will be cost-effective and provide vital information that can be used for trend analyses, CWA compliance, listing/de-listing, TMDL development and implementation, and support modeling efforts and endangered fish studies.

Additional information on monitoring is included in Appendix A.

Data presented in this section were collected by the USGS and can be accessed at http://co.water.usgs.gov/.  Additional data was available for sites listed in this analysis http://rmgsc.cr.usgs.gov/cwqdr/Piceance/SPiceance.shtml  but was not included because only USGS data was used for the trend analysis presented in this section. USGS data was used exclusively for the trend analysis to eliminate potential bias from differing sampling techniques, laboratory methods, and detection limits that could indicate a false trend. Dissolved selenium is defined by the State of Colorado Department of Public Health and Environment as the portion of total selenium in unfiltered water that passes through a 0.45 micron filter. Selenium concentrations described herein were processed by the USGS using a 0.45 micron filter and all results are presented as dissolved. Specific methods used to collect, preserve, and analyze these data are available in the USGS National Field Manual http://water.usgs.gov/owq/FieldManual/ and on the USGS National Water Quality website http://nwql.usgs.gov/.

Selenium data collected at two USGS streamflow gaging stations are presented in this section. The two stations are the Gunnison River near Grand Junction (Whitewater) and the Colorado

Program Formulation Document, Gunnison River Basin, Colorado

River at the Colorado-Utah State Line (State Line)[5]. These stations represent the integration of selenium from multiple land use types. The majority of selenium from Western Colorado passes these two stations. Selenium loads (selenium concentration multiplied by streamflow with units of pounds per unit of time) at the State Line gage represent roughly 60% of the selenium load that enters Lake Powell annually. Both stations are outflow points for critical habitat segment of endangered fish species. The gaging stations are also end points for stream reaches that are on the State of Colorado 303(d) list of impaired streams for selenium. The State of Colorado's chronic standard for aquatic life warm water class one is 4.6 ppb. If the 85th percentile of selenium values in a representative data set exceeds 4.6 ppb, then the reach is out of compliance and is assigned to the State of Colorado 303(d) list.

Selenium concentrations analyzed periodically from 1986-2008 are shown in Figures 3 and 5. This period was chosen because it begins with the completion and filling of Ridgway Reservoir and coincides with the onset of the NRCS cost-share for irrigation system improvements for salinity control and Reclamation's salinity program. These events are significant in regards to the selenium trend analysis results presented later in this section. Several patterns in the distribution of dissolved selenium concentration exist at each station. Selenium concentrations at both stations tend to vary inversely with streamflow. When streamflow levels are high, selenium concentrations tend to be lower and the opposite is true for low streamflow levels. At both stations, the lowest period of streamflow was in 2000-2005. Selenium concentrations at Whitewater were highest during 2000-2005 and selenium concentrations at State Line were approximately the same as the highest historical concentrations (late 1980's) for the period. Selenium at State Line appears to follow a similar temporal distribution as Whitewater. Generally, when selenium concentrations are high at Whitewater, they are high at the State Line. This indicates that selenium levels at Whitewater are controlling selenium levels at the State Line to some degree and processes controlling selenium at each station are similar. Raw data from Figures 3 and 5 show a range of selenium concentration from 1 to 16.2 ppb at Whitewater and from 1 to 11 ppb at the State Line.

While not evident from Figures 3 and 5, selenium concentrations at both stations are typically higher during the non-irrigation season (November to March) when ground water is a larger component of streamflows. Lower concentrations during the irrigation season are a function of snowmelt flows providing dilution and release of stored water during the growing season (April to October). During the non-irrigation season, less water is available to dilute selenium enriched ground water entering the stream system.

Dissolved selenium loads are shown in Figures 4 and 6 as daily loads (lbs/d) that were calculated from periodic samples. Selenium load varies with streamflow and is generally higher during wetter periods than dry periods. Butler (1996) reported that the lower Gunnison Basin was the source of approximately 43% of selenium load at the State Line for water years 1991-92. Leib (2008) found the lower Gunnison Basin contributed around 52% of the selenium load at the State Line for the period 1997-2006. The residual loads from each study were attributed to the Grand

---

[5] USGS Gaging Station No.9152599, Gunnison River near Grand Junction (Whitewater gage)
  USGS Gaging Station  No.9163500 Colorado River near Colorado-Utah State Line (State Line gage)

Selenium Management Program

Valley, and to a lesser extent (7-9%), areas draining land upstream of the Grand Valley. Median loads shown in Figures 4 and 6 indicate that about 52% of the selenium load at the State Line is from the lower Gunnison Basin. Selenium loads for both stations were approximately 15% higher for water-years 1986 to 1997 indicating a possible trend in dissolved selenium.

Mayo and Leib (2011) analyzed trends in dissolved selenium at Whitewater and the State Line for the period 1986 to 2008. This period brackets the period of major selenium and salinity control work in the lower Gunnison Basin and Grand Valley. Mayo used a streamflow adjustment technique to account for fluctuations in streamflow. This was done to account for fluctuations of selenium concentration and load that may occur as a result of dilution or trends in streamflow. When streamflow is taken into account, the remaining variability in the selenium data can be associated with possible land use or selenium/salinity control measures in the area of interest. This method uses regression techniques to estimate trends in dissolved selenium concentrations and loads from a normalized annual hydrograph for the period of record. The regression represents the average condition for the period analyzed and will not represent wet or dry periods as well as the long term period analyzed.

The trend analysis was considered to primarily represent changes in the lower Gunnison Basin and the Grand Valley due to the fact that selenium levels above the lower Gunnison Basin and the Grand Valley are typically below or near detection limits. The low selenium concentrations make further analysis unnecessary. Butler (1996) reported selenium concentrations from the upper Gunnison Basin (USGS streamflow gaging station 0912800, Gunnison River below Gunnison Tunnel) were all below current detection limits (1 ppb). Leib (2008) reported median dissolved selenium concentrations above the Grand Valley (USGS streamflow gaging station 0905500, Colorado River near Cameo) to be 0.5 ppb for the periods 1994-95 and 2005-06. Due to the low concentration of dissolved selenium upstream from the lower Gunnison Basin and Grand Valley, no analysis of selenium trends was done.

The trend analysis showed decreasing trends in selenium concentration and load at both stations during the study period. Selenium concentrations at the 85th percentile went from 7.2 ppb to 5.1 ppb at Whitewater and from 7.8 ppb to 4.6 ppb at the State Line. Loads at Whitewater decreased 28.6% from about 23,000 to 16,560 pounds annually. Selenium loads at the State Line decreased 40.3% from 56,600 pounds to 33,600 pounds annually.

The calculated trend in selenium concentration from 1986 to 2008 is shown in Figure 7 as the "flow adjusted trend" line. It has been extrapolated to show the potential future trend for the years 2009-2016. The trend is flow adjusted which means the trend in selenium concentration appears as it would if the variability due to variations in streamflow is removed. The solid black trend line shows a reduction in selenium concentration of approximately 2 ppb between 1986 and 2008 or about 29%. These results may not be reflected in unusually wet or dry years and are only representative of the average hydrologic condition for the period of record analyzed. The green line represents the 85th percentile for the last 5-year period as it would be calculated by the

23

Program Formulation Document, Gunnison River Basin, Colorado

State of Colorado to determine impairment as defined by the EPA. The 2010 value was 6.0 ppb. The State's selenium standard is 4.6 ppb.



Figure 3. Dissolved selenium concentrations from water years 1986-2008 for the Gunnison River near Grand Junction (Whitewater) streamflow gaging station.

Selenium Management Program



Figure 4. Selenium load from water years 1986-2008 for the Gunnison River near Grand Junction (Whitewater) streamflow gaging station.

Program Formulation Document, Gunnison River Basin, Colorado



Figure 5. Dissolved selenium concentrations from water years 1986-2008 for the Colorado River at Colorado Utah state line streamflow gaging station.

Selenium Management Program



Figure 6. Selenium load from water years 1986-2008 for the Colorado River at Colorado Utah state line streamflow gaging station.



Program Formulation Document, Gunnison River Basin, Colorado



**Fig 7 Gunnison River near Grand Junction 85th Percentile Concentrations**



# C. BIOLOGICAL DATA

Historical information on the Gunnison River's fish populations is limited and was summarized by Burdick (1995):

> "Jordan (1891) collected both Colorado squawfish and razorback sucker from the Gunnison and Uncompahgre Rivers near Delta. He also reported collecting one "bonytail"; however this specimen may have been confused with the more numerous roundtail chub, since they were considered subspecies until 1970 (Holden and Stalnaker 1975). Chamberlain (1946) reported razorback sucker as common in the Gunnison River downstream from Delta, and also reported Colorado squawfish from the lower Gunnison River. Kidd (1977) reported that a commercial fisherman frequently collected both Colorado squawfish and razorback sucker from 1930 until 1950 near Delta. Some razorback sucker were collected by CDOW during the 1950's, and one was collected near Delta in 1975 (Wiltzius 1978). Anecdotal accounts also suggest razorback sucker may have been abundant in the Delta area. Quartarone (1993) cites local Delta residents reporting both Colorado squawfish and razorback sucker as common in the Delta area and that razorback sucker used to enter the Hartland Diversion Ditch where they became stranded. Kenneth and Wendell Johnson (Personal communication 1993), long-time residents of Delta, indicated that they commonly caught razorback sucker in homemade traps in a flooded oxbow that was connected to the Gunnison River during spring runoff. They also added that they noticed that razorback sucker numbers declined rapidly in the late 1950's. Wiltzius (1978) believed that the Redlands Diversion Dam reduced Colorado squawfish numbers in the Gunnison River by preventing upstream movement from the Colorado River."

While data is scarce, it does appear that the Gunnison historically supported a population of pikeminnow (formerly named squawfish) that at some point in time declined markedly. Wiltzius (1978) summarized written and anecdotal reports on this species; information on the relative abundance of the species was not consistent within these reports. Surveys since 1980 revealed only a very small remnant population in the Gunnison River (Valdez et al. 1982a; and Wick et al. 1985).

It appears that razorback suckers were once abundant in the Gunnison River, yet significantly declined in the second-half of the 20th century, perhaps becoming totally expatriated from the river by the 1990's. Historical distribution of razorback sucker in the Gunnison River is not known, but fish probably occurred at least upstream to the North Fork confluence. Prior to

Program Formulation Document, Gunnison River Basin, Colorado

Recovery Program activities, the last wild adult razorback suckers were captured near Delta in 1981 (Holden et al. 1981). Extensive sampling after that failed to capture any more individuals of the species in the Gunnison (McAda 2003). Approximately 27,000 razorback suckers were stocked in the Gunnison River between 1994 and 2007 (Osmundson and Seal 2009).

Hamilton (1999) presented a hypothesis that very high selenium concentrations (55 to >2000 ppb) found in tributaries and major rivers of the Colorado River basin in the mid 1930's, combined with the disappearance of adult endangered fish and striking absence of young endangered fish suggests that their decline was at least in part caused by selenium contamination.

Burdick (1995) provided an excellent summary of fish community structure in the lower Gunnison River during 1992-1993. He found a total of 21 fish species and three sucker (Catostomidae) hybrids in the lower 75 river miles from the confluence of the North Fork and the mainstem downstream to the confluence with the Colorado River. Burdick identified the 8 most common fishes collected by electrofishing as bluehead sucker (36%), flannelmouth sucker (29%), roundtail chub (14%), common carp (7%), white sucker (6%), brown trout (3%), rainbow trout (2%), and white sucker x bluehead sucker hybrids (1%). These eight species accounted for 98% of the total fish caught by electrofishing. Of the 21 total fish species encountered, 7 were native and 14 were nonnative. Of the 7 native species, 3 are endemic to the Colorado River Basin: Colorado pikeminnow, humpback chub, and flannelmouth sucker.

Burdick (1995) found the Gunnison River contained healthy populations of native fishes. Native species comprised 79% of the 34,985 individual fishes collected in 1992 and 1993. A small population of adult Colorado pikeminnow was found to occur in the Gunnison River upstream of the Redlands Diversion Dam. A total of 13 adult Colorado pikeminnow were captured up- or downstream of Redlands Diversion Dam in the Gunnison River. Five of these were found upstream of the dam. The reach between Bridgeport and Escalante Bridge was most used by adult Colorado pikeminnow. No young-of-year Colorado pikeminnow were collected upstream of Redlands Diversion Dam in 1992, 1993, or 1994. Two larval Colorado pikeminnow were collected in mid-July, 1992 immediately downstream of Redlands Diversion Dam. Burdick did not collect any razorback suckers in his sampling.

The larval and post-larval fish community structure of the Gunnison River was different in 1993 from 1992. Riverwide in 1992, nonnative fishes collected with hand nets comprised 85% of the total catch as opposed to only 21% in 1993. Burdick (1995) attributed the decrease in nonnative larval fish during 1993 to higher flows.

Twenty northern pike were caught in 1992 and 1993, with thirteen of these captured immediately downstream of Hartland Diversion Dam (river mile 60), and Burdick (1995) thought that these were most likely downstream migrants from Paonia Reservoir. Other nonnative fishes encountered infrequently were green sunfish (0.06%), black bullhead (0.03%), and single specimens of smallmouth bass and largemouth bass caught in the Redlands Diversion Dam plunge pool. One adult channel catfish was captured upstream of Redlands Diversion Dam

(river mile 17).  No evidence of successful reproduction of catfish was observed in the Gunnison River.

The Colorado Division of Wildlife sampled the Gunnison River in July, 2010 to monitor fish populations (Jones 2011).  The first section included the reach just downstream of the Uncompahgre River and Gunnison River confluence downstream for a distance of 4.3 miles.  In this reach, 71% of the total fish sampled were native fish, with flannelmouth sucker comprising 27%, bluehead sucker comprising 24%, speckled dace comprising 15%, and roundtail chub comprising 5% of the total catch.  Of nonnative species, common carp comprised 9%, brown trout comprised 3%, and white sucker comprised 11% of the total catch.  Jones expressed concern with the presence of hybrid suckers because of the potential threat from white suckers to swamp the native suckers' gene pool. These results are similar to what Burdick found in 1992 and 1993 almost 20 years ago, but with an increased occurrence of hybrid suckers.

The second section sampled in July runs through portions of Escalante State Wildlife Area, from River Mile 48.1 to River Mile 44.1.  Results of fish species composition were similar to those found in the first stretch, with native species comprising 79% of the total catch.  Again, hybrid white suckers were found, causing concern for the native sucker populations.  These results are similar to what Burdick found after sampling in 1992 and 1993 almost 20 years ago.

Ongoing activities are designed to assist in recovery of the Gunnison's endangered fish. The Redlands fish ladder has been in operation since 1996 and selectively allows only native fish to move past the Redlands Diversion Dam into the Gunnison River near its mouth.  Razorback suckers have been stocked in recent years and bonytail were stocked in one year.  Very small numbers of razorback larval fish have been sampled in the river in recent years (Osmundson and Seal 2009) but actual recruitment to the population has not been verified.

Fish tissue selenium concentrations have been sampled in the Gunnison River.  A mean selenium concentration of 7.1 ppm DW was calculated for fish samples collected during 1992 from the Gunnison River Basin (Butler et al. 1994, 1996).  Selenium concentrations in about 71% of the fish samples from the Gunnison and North Fork of the Gunnison Rivers, 64 % of the fish from the Uncompahgre River, and about 55% of the fish samples from the Colorado River exceeded a toxicity guideline suggested by Lemly (1996) of 4 ppm DW whole body fish tissue.  The mean selenium concentrations for speckled dace collected from the two lower Gunnison River Basin sites at Delta and Whitewater were 9.7 ppm DW and 14 ppm DW, respectively.  The selenium concentrations in speckled dace from the lower Gunnison River sites were significantly higher than those found in speckled dace collected at the North Fork-Gunnison River confluence, which had a mean of 6.4 ppm DW.  The mean selenium concentrations for roundtail chub collected from the two lower Gunnison River Basin sites at Delta and Whitewater were 8.1 and 6.3 ppm DW, respectively.  Selenium concentrations in some whole body fish samples collected from Gunnison River tributaries in the Uncompahgre Project area exceeded 20 ppm DW, and were

31

over five times the toxicity guideline concentration suggested by Lemly (1996) of 4 ppm DW whole body.

Muscle plugs taken from endangered Colorado pikeminnow in the Colorado River within the Grand Valley during 1994 had selenium concentrations that ranged from 3 to 30 ppm DW. Sixteen Colorado pikeminnow muscle plugs taken from fish collected at Walter Walker State Wildlife Area along the Colorado River below the Gunnison River confluence in Grand Junction contained a mean selenium concentration of 17 ppm, more than twice the toxicity threshold of 8 ppm.  More Colorado pikeminnow muscle plugs were collected during 1995 and 1996.  Eleven muscle plugs taken in 1995 were from fish previously sampled in 1994, and were significantly lower than 1995.  Reduced selenium in fish may in part be attributed to higher in stream flows in 1995 and lower water selenium concentrations in the Colorado River in the Grand Valley.

# D. LAND USE AND IRRIGATION

Agriculture is the dominant contributor to economies of the lower Gunnison Basin, generating approximately 18 million dollars (NASS 2007) of net farm income per year. Irrigation is responsible for about 40,128 acres of harvested cropland in Delta County and 55,860 acres in Montrose County (NASS 2007).  An additional 55,837 of pasture is also irrigated throughout the region (NASS 2007). Most commercial farms include corn, wheat, forage (alfalfa or grass), and sometimes barley or pinto beans in their rotations. The region is also renowned for specialty crops such as sweet corn, onions, apples, cherries, peaches, grapes, and now hops.

The lower Gunnison Basin also includes a number of federal irrigation projects, the largest of which is the Uncompahgre Project, authorized in 1903 by congress under the Reclamation Act of 1902. Today the project is managed by the UVWUA. The Uncompahgre Project relies largely on the 1,100 cfs Gunnison Tunnel diversion, completed in 1909, to divert most of its 365,000 af of annual diversions to approximately 74,000acres of irrigated land within the Uncompahgre Valley. The project area spans the width of the valley from just south of Montrose to north of Delta at the confluence of the Gunnison and Uncompahgre rivers.

Traditionally, open ditches have delivered water for flood irrigation in the lower Gunnison Basin.  Deep percolation is inherent in open-ditch irrigation, though raising deep-rooted perennials such as alfalfa, good irrigation water management, and correct use of surge valves can minimize it. While local topography, soil variability, and ongoing conversion of commercial agricultural land to urban uses inhibits incentives to adopt more efficient technology, interest in sprinkler, micro-spray, and drip systems is slowly growing.

The North Fork of the Gunnison River Valley has seen a noticeable increase in the number of center pivot sprinklers and micro-spray systems. Center pivots work well on North Fork valley ranches due to the good availability of static pressure and the economics of raising pasture and hay with pivots as part of a livestock operation. Micro-sprays are a good fit for orchard and

vineyard crops that typically have a high cash value and respond well to the increased precision of micro-irrigation.

The sweet corn, onion, and specialty crop growers of the Uncompahgre Valley have found some success with sub-surface drip systems, and center pivots are also starting to show some positive returns. The lack of natural relief in the valley means pumps are required to generate sufficient pressure for more efficient systems. The costs associated with a pump currently struggle to outweigh the benefits of using the system. Producers that have adopted center pivot technology have had best results when coupling sprinkler irrigation with a conservation tillage approach. The decrease in machine hours reduces fuel costs and compaction, resulting in improved water holding capacity with less runoff and deep percolation. Conservation tillage also enhances retention of organic matter in the soil which boosts productivity.

Future irrigation outreach efforts intend to focus on enhancing access to piped pressure, and demonstrating the benefits of a holistic approach to irrigated agriculture which includes modern agronomic techniques in addition to traditional irrigation water management practices.

# E.  PREVIOUS AND ONGOING STUDIES AND RESEARCH

In conjunction with multiple federal (e.g., USGS, Reclamation, NRCS, Fish and Wildlife Service) and local agencies and districts (e.g., State of Colorado, local land and water conservation and conservancy districts), several significant studies related to selenium in the lower Gunnison River Basin have been initiated. These studies continue to increase the understanding of the science related to selenium concentration, loading and potential impacts:

- Water-quality and biological studies of the lower Gunnison Basin (Butler et al 1991, 1996, 2000)
- Selenium concentrations in the Colorado pikeminnow (Ptychocheilus lucius): relationship with flows in the Upper Colorado River.  Arch. Environ. Contam. Toxicol. 38:  479-44485.
- Effects of urbanization of agricultural lands (Mayo 2008)
- Loutzenhizer Wash Study:  The USGS is contracted to do water-quality monitoring for a lateral piping project in the Loutzenhizer Arroyo sub-basin.  A final report for the project including results from the water-quality monitoring program will be available June of 2012.
- Effects of urbanization on salinity and selenium loading in Montrose Arroyo from 1998-2008-in progress
- Selenium Trend Analysis (Mayo 2011)
- Uncompahgre River Basin selenium phytoremediation study (Fisher 2005)
- Passive selenium bioreactor pilot scale testing (Walker 2010)
- Ongoing water quality monitoring

Program Formulation Document, Gunnison River Basin, Colorado

- Selenium Trend Analysis
- Model Development (USGS) – LOGUN, SPARROW models loading by sub-basin
- Montrose Arroyo Land Use change study
- Reclamation canal mapping
- Salinity program studies within the basin – Lower Gunnison Salinity Planning Study (funded by Basin States)

# CHAPTER 4—PROGRAM FORMULATION AND INSTITUTIONAL ARRANGEMENTS

## A. MEMORANDUM OF UNDERSTANDING

In 2010, a Memorandum of Understanding (MOU) was signed by the following organizations to facilitate the development of a cooperative Program in a manner consistent with the Gunnison River Basin PBO:

- U.S. Bureau of Reclamation
- Colorado Water Conservation Board
- Uncompahgre Valley Water Users Association
- Colorado River Water Conservation District
- U.S. Fish and Wildlife Service
- Upper Gunnison River Water Conservancy District
- U.S. Geological Survey
- Natural Resources Conservation Service
- U.S. Bureau of Land Management

The MOU called for an appointed Work Group as part of an overall Selenium Management Team to develop the Program Report.

## B. SELENIUM MANAGEMENT TEAM

The Selenium Management Team was established to formulate the Program and was organized as described below.  The Selenium Management Team will continue to work on implementation of the plan following its completion.

Management Committee: The Program Management Committee addresses policy issues, assures that adequate progress is being made by the Program Team, provides and pursues resources, provides input and oversight to the Work Group, and selects the preferred strategy.  The Area Manager of the Reclamation's Western Colorado Area Office serves as the Management Committee lead.  Additional members of the Management Committee include:

- U.S. Bureau of Land Management
- Colorado Water Conservation Board
- Gunnison Basin Colorado Water   Conservation Board Representative
- U.S. Fish and Wildlife Service
- Colorado River Water Conservation District
- Natural Resources Conservation Service
- Uncompahgre Valley Water Users Association

Program Formulation Document, Gunnison River Basin, Colorado

Work Group:  The Program Work Group is responsible for: directing and reviewing the work performed by the subcommittees, recommending a preferred alternative, developing the draft implementation plan and report documentation, identifying and pursuing resources, planning and implementing interim reduction and prevention measures, and reporting to the Management Committee.  Reclamation serves as the Work Group lead.  Additional members of the Work Group include:

• Uncompahgre Valley Water Users Association

• Colorado River Water

Conservation District

• Gunnison Basin / Task Force

• Colorado Water Conservation Board

• Shavano Conservation District

• Delta Conservation District

• U.S. Geological Survey

• Natural Resources Conservation Service

• Colorado State University   Extension

• Colorado Water Institute

 • U.S. Fish and Wildlife Service

• Colorado State Conservation Board

• U.S. Bureau of Land Management

The following subcommittees operate under guidance of the Program Work Group:

- The Technical Review Subcommittee is responsible for the identification and technical review of potential load reduction measures for existing selenium sources and prevention measures for "new" sources of loading and the formulation of alternatives.
- The Science and Research Subcommittee is responsible for identifying science and research needs of the Program.  The subcommittee recommends priorities, required timing, funding needs and mechanisms for projects.  They develop criteria and screen proposals and carryout a cooperative monitoring program with Program stakeholders.
- The Outreach and Education Subcommittee is responsible for identifying, prioritizing, and implementing public education and outreach needs related to the Program.  Activities include, but are not limited to, developing clear and consistent outreach messages, promoting and encouraging public participation and involvement, developing outreach materials, giving presentations, and organizing and sponsoring outreach events.
- The Program Advanced Planning Team is responsible for carrying out advanced planning needs related to specific components of the Program formulation document.

Selenium Management Program

---

## C. PUBLIC INVOLVEMENT

An initial group of stakeholders composed of Gunnison Basin / Grand Valley Selenium Task Force members and Reclamation, started to develop a list of Program pre-planning activities that needed to take place in order to be prepared to start the Program planning process. The first identified pre-planning activity was to ensure strong public involvement by assembling a representative group of stakeholders to participate in the Program Work Group and the Program subcommittees as described in Section 4.B. The Outreach and Education subcommittee was responsible for carrying out the following activities:

   • Conduct public presentations about selenium, elements of the PBO, and the Program planning process to stakeholders such as local governments, conservation districts, irrigators, water providers, and the general public;
   •Develop webpage on Reclamation's website dedicated to Program activities and education http://www.usbr.gov/uc/wcao/progact/smp/
   •Develop informational brochures and pamphlets;
   •Publish newspaper articles to educate the public, encourage public involvement, and publicize Program implementation activities;
   •Plan for public education forums to help educate stakeholders on the PBO and Program processes; and
   •Plan for public open houses to receive public input on the Program.

## D. FUTURE IMPLEMENTATION

The Program described in this Program Formulation Document provides a framework for presenting and implementing measures to reduce selenium loading and assist in the recovery of endangered fish in the Gunnison River. The Program will be implemented by the Selenium Management Team identified in Section 4.B with individual actions completed by parties with appropriate responsibilities and authorities. Reclamation will serve a leadership role in coordinating and tracking program implementation

The Team will continue to include a Management Committee and Work Group. The Work Group will establish subcommittees, as needed. Each partner represented on the Team will have an important role to play in ensuring the successful implementation of the Program. All partners recognize that their efforts are voluntary and subject to appropriations, budgets, and other factors. Additionally, Reclamation recognizes its long-term obligation under the PBO and on behalf of the Gunnison Basin water users and other stakeholders to assure implementation of the Program and its Action Plan (Appendix C) in order to accomplish the program goals in a timely manner.

Program Formulation Document, Gunnison River Basin, Colorado

The Work Group will meet regularly and will annually update the Action Plan which will be approved by the Management Committee.  The Work Group will assist in preparing annual progress reports to be submitted to the Service as required under the PBO.

Selenium Management Program

# CHAPTER 5-ACTION PLAN FORMULATION AND DEVELOPMENT

## A. STATUS OF SELENIUM REMEDIATION IN THE LOWER GUNNISON BASIN

In preparing to continue and accelerate ongoing and new selenium control efforts, it is important to review current accomplishments and status of funded projects. (See section 2.C for details on programs and their accomplishments that have reduced selenium loading through Fiscal Year 2011.)

Salinity Control Program implementation began in 1988 in the lower Gunnison River Basin; and by the end of FY2010, total salinity load reductions of over 150,000 tons/year have been estimated by the Federal agencies (BLM, NRCS, and Reclamation). This is approximately 12% of the overall average annual Gunnison River Basin salinity load of 1.26 million tons/year. The USGS has also estimated overall salinity reductions in the basin of about 201,000 tons/year or 16% between 1986 and 2003.

As discussed in Section 4, the USGS also estimates that selenium concentrations have been reduced by 29% during the period 1986 to 2008 under average flow conditions. The trend line shows positive progress. Selenium loads appear to be decreasing at a faster rate than salinity. The strategy and activities discussed in this chapter and displayed in the Action Plan in Appendix C are designed to accelerate that progress.

## B. TOOLBOX OF POTENTIAL SELENIUM CONTROL MEASURES

Potential measures to reduce selenium loading in the Gunnison Basin include both structural and non-structural concepts. Various measures could be incorporated into plans to reduce existing selenium loading and/or to prevent or reduce new selenium loading. Table 1 lists some measures that have been suggested and could be evaluated and possibly employed now or in the future in higher selenium loading areas. It should be noted that these suggested measures have not all been shown to be economically or physically feasible, nor publicly acceptable.

Program Formulation Document, Gunnison River Basin, Colorado

Table 1.  Toolbox of potential selenium control measures

| *Potential structural measures* | *Potential non-structural measures* |
|---|---|
| Pipe or line open laterals | Improve irrigation water management |
| Line or pipe open canals | Employ Best Management Practices |
| Combine canals/laterals | Increase xeriscaping |
| Improve on-farm water use efficiency using gated pipe, sprinklers, drip, land leveling, etc | Treat canals/laterals/tailwater ditches with some type of sealant (i.e. PAM or other) |
| Line perched ponds | Institute Soil Health Initiative |
| Fill-in perched ponds | Control erosion on public Mancos shale lands |
| Treat high selenium waters | Implement price of water incentives |
| Reduce point source discharges | Retire high selenium lands from irrigation |
| Reduce septic tank leaching; increase sewer system coverage | Education to reduce excess water use and deep percolation; Wise Water Use |
| Evaporate collected drainage in ponds | Reduce use of high nitrate fertilizers |
| | Dilution flows from upstream reservoirs |
| | Obtain conservation easements |
| | Reduce/eliminate new unlined ponds in selenium problem areas |
| | Implement special provisions for developments on previously non-irrigated high selenium areas |
| | Avoid new irrigation on selenium problem areas |
| | Mitigate effects of new depletions in the basin |
| | Re-use irrigation drainage water |
| | Grow crops with less potential for deep percolation |
| | Grow crops that remove selenium (phyto-remediation) |
| | Limit use of septic leach fields |
| | Focus zero discharge development in high selenium loading areas |

# C. SELENIUM REDUCTION STRATEGY

A strategy has been adopted by the Selenium Management Team that will focus on continuing and accelerating existing irrigation improvement activities which are believed to be successful in reducing selenium loading.  Activities will be proactive to accelerate ongoing off- and on-farm salinity control programs.  This will continue reducing selenium concentrations.  Activities or projects will be selected based on a proven track record of success and on support by the lower Gunnison Basin water users.  The Program will encourage and support local water users in their efforts to continue and maximize use of these existing on- and off-farm programs.

This approach will be supplemented by actions to address non-agricultural loading and to learn more about selenium mobilization and transport processes.  Information dissemination and incentives will be stressed to maximize stakeholder and elected representatives willingness to undertake infrastructure improvements and to improve water management and non-agriculture source control.  Research findings will be used to help identify the most cost effective actions and locations for selenium control projects.

This strategy takes full advantage of existing programs and local action and initiative.  By employing this strategy, selenium loads will be reduced in a timely manner.

Selenium loading will be monitored and strategies adjusted as necessary under an adaptive management concept.  It is recognized that in order to ultimately accomplish the goals of the Program, other measures may have to be evaluated and included in the Action Plan, depending on the success of this strategy.


## ACTION PLAN COMPONENTS

Appendix C contains the first edition of an "Action Plan" which will be subject to annual evaluations and refinements by the Selenium Work Group and Management Committee.  A breakdown of the Plan follows:

Part A – **Reduce Existing Selenium Load**.
> This section covers actions that will control selenium loading from existing sources, such as current irrigated agricultural (off- and on-farm) and current non-agricultural water use by municipal, residential and industrial users.

> **Irrigated Agriculture—Off-Farm Projects**
> The first grouping addresses irrigated agriculture.  Individual off-farm projects, either completed or underway and funded (only ones with funding in place by Dec. 2011), are presented in Section A.1.  Next, activities to target, define, and help plan future off-farm projects are listed in Section A.2:

> 1. *Participate in the Salinity Program – Lower Gunnison Comprehensive Plan effort.*
> The Salinity Control Program is planning to conduct a study to evaluate salinity-control opportunities in the lower Gunnison River Basin and how to best implement future Salinity Program actions. The work will culminate in a comprehensive plan. This planning exercise presents an opportunity for the SMP to cooperate with and potentially supplement those studies which hopefully will lead to more numerous and effective Salinity Program projects in this basin along with their associated selenium reduction benefits.

Program Formulation Document, Gunnison River Basin, Colorado

2. *Identify and prioritize target areas and potential projects.* Work Group members will work with sub-basin level data being developed by USGS to determine where to encourage/support projects that accomplish selenium reduction goals.
3. *Encourage/facilitate remaining phases of piping/lining East Side Laterals.* The first step under this activity is to accomplish the planning needed to pipe or line these laterals and ultimately provide the best functioning system for the UVWUA to operate. This will help the UVWUA prepare proposals to submit in future Reclamation Basinwide Program Funding Opportunity Announcements (FOA) which typically occur every 2-3 years.
4. *Encourage/facilitate off-farm projects in other high selenium loading areas in the Basin.* Working in other targeted areas, the SMP would aid in formulation of proposals that could be competitive in future FOA processes.

**Irrigated Agriculture—On-Farm Programs**
On-farm programs are described in A.3 and A.4. NRCS irrigation efficiency improvement projects are aimed towards a long term goal of treating 50 to 60% of acreage needing treatment and are funded under the ongoing Farm Bill, which is subject to annual appropriations. The Basin States Program will continue to fund on-farm projects but also some off-farm opportunities with annual funding from the Upper Colorado River Basin Fund and the Lower Colorado River Basin Development Fund (Basin Funds), which are derived from mill levies on power revenues from the large Colorado River hydroelectric facilities.

**Non-Agricultural Sources**
The next major grouping in Section A.5 involves controlling existing recreational, farm, and aesthetic pond seepage.

Past efforts to address ponds by the Salinity Program were unsuccessful. There was a high variability in seepage volumes from different ponds and initial public interest in treating ponds was low. The effort was concluded because funding was inadequate for the necessary control measures. After additional studies of pond seepage, the SMP will work with local interests to formulate a program to address pond seepage and the associated selenium and salinity loading. This effort would identify and evaluate reasonable measures that should be implemented.

Control of other existing non-agricultural sources of loading from municipal and industrial sources will be explored in Section A.6. Public land issues are being addressed by BLM in an update of Resource Management Plans.

The last major grouping (Sections A.8 & A.9) involves existing sources and how they can be affected through outreach and education programs. It includes identifying how the SMP can support, facilitate and encourage lower Gunnison water users and their representative entities to undertake selenium control projects of their own.

Selenium Management Program

Part B -- **Actions that prevent/minimize/mitigate new selenium loading**.  As was learned from experience with the Devils' Thumb, a newer golf course near Delta that had significant selenium loading, new selenium loading from land use changes can nullify or offset accomplishments in reducing loading from irrigated agriculture. Such new sources must be addressed.  The initial activities where efforts will be focused are:

1. Developing and refining existing BMPs, distributing them to the proper audiences and promoting their use.
2. Conducting well thought-out public information/education and wise water use programs which increase awareness, provide technical assistance, and possibly, identify and promote suitable incentives.
3. Implementing management actions to control new loading.  Federal and local agencies will develop methods to prevent/minimize/mitigate new loading in all local decisions and actions.

Part C -- **Monitoring and support activities.**

1. *Expand knowledge base*.  Learn more about the mobilization and transport of selenium in hopes that a better understanding will yield better, more focused control measures.  The potential loading impacts of other water uses, such as ponds and septic systems and potential solutions should be investigated.

2. *Monitor water quality*. Selenium concentrations will be monitored as part of the Program. Scientifically acceptable techniques will be used to cooperatively monitor selenium concentrations and loads under the guidance of the USGS.

   Six sites in the basin serve as the core of the selenium monitoring network. These sites are listed in Appendix A and are all co-located at USGS streamflow gaging stations. These streamflow gages measure the naturally-occurring flow variability (temporal and seasonal). Periodic selenium sampling occurs generally between 6-9 times per year and these sites. Together these flow and selenium concentration are utilized in the calculation of selenium mass load and flux. Such data are also used to analyze, quantify and track statistically significant selenium trends. In addition to enabling long term selenium trend analysis, the core monitoring network is designed to assess the 85th percentile of selenium concentrations at these locations. This important calculation is used by regulators to assess compliance with the dissolved selenium standard of 4.6 ppb.

   The core monitoring network is enhanced by additional periodic selenium sampling throughout the basin by Program cooperators as part of ongoing or intermittent monitoring that is associated with specific selenium investigations. Such monitoring is being done by various entities, such as the Selenium Task Force using Volunteer in Service to America (VISTA) personnel and regulators including the Colorado

Program Formulation Document, Gunnison River Basin, Colorado

Department of Health and Environment and helps leverage the quality of the core monitoring network. These additional sampling sites are listed in Appendix A. The sampling matrix in Appendix A will be updated, as necessary, to reflect relevant changes in the sampling regime. Additionally a seventh USGS sampling site at the Colorado-Utah State line streamflow gage is also part of the network and to help assess the influence of lower Gunnison River Basin selenium loading on the lower Colorado River.

The USGS has characterized trends in flow-adjusted dissolved selenium concentrations in the Gunnison River Basin (at the Whitewater gage) from 1986 through 2008 (Mayo and Leib 2011). These data show selenium concentrations decreasing over time with statistically significant downward trend. It is anticipated that with the implementation of the Program, selenium levels will continue to decrease in the Gunnison River. The statistical trend for selenium will be assessed every 5 years based on requirements listed in the USFWS Programmatic Biological Opinion. The next assessment is due in water year 2013.

Such data and trend analysis is performed to ensure the efficacy of the Program. Should monitoring data indicate that selenium concentrations and loads are not decreasing as anticipated based on a statistical analysis of field data, the Service will coordinate with USGS, Reclamation and the SMP Partners to determine an appropriate course of action.

3. *Monitor endangered fish.* Population changes and levels of whole-body selenium concentrations in both endangered fish and surrogate fish species will be monitored by the Service and Recovery Program personnel to assist in judging the effectiveness of the Program.

4. *Obtain funding for program activities.* SMP member agencies will utilize authorities and funding to support program activities within priorities; other outside sources will be identified and pursued.

5. *Develop new technology.* Use existing programs such as Reclamation's Science and Technology Program to investigate and demonstrate environmentally friendly technologies that assist in selenium control.

6. *Report annual progress.* An annual report will present and discuss water-quality changes, updated load and concentration trend plots, biological monitoring, construction progress, and outreach/education activities.

## AUTHORITIES AND LEGISLATION

At this time, Federal agencies have no directed authorities to expend funding for selenium control in the lower Gunnison River Basin.   Projects can continue to be pursued for their

Selenium Management Program

salinity control benefits under the 1974 Salinity Control Act, as amended, and other authorities as appropriate and these projects have been effective in selenium control.

Examples of federal, state, and local authorities follow:

**Federal Authorizations:**

| | |
|---|---|
| NRCS – | Salinity Control Act and Farm Bill, EQIP to address water quality |
| BLM – | Salinity Control Act and organic enabling legislation |
| FWS - | Endangered Species Act |
| EPA - | Clean Water Act |
| Reclamation – | Salinity Control Act and Project authorizations |
| USCOE – | Clean Water Act Sec 404 |

**State Authorizations:**

| | |
|---|---|
| State of Colorado Water Quality Control – | Clean Water Act |
| CWCB – | Conservancy District Act |
| CRWCD - | Conservancy District Act |

**Local Authorizations:**
Land use planning and permitting authorities

# UNCERTAINTIES

Selenium concentrations as measured at the Whitewater gage are affected by streamflow levels. In times of high runoff, the selenium loads are diluted and concentrations are reduced.  In extended dry periods, there is less water available for dilution and concentrations increase.  It is uncertain to what extent extended wet or dry periods will occur in the future, but when they occur they may have significant effects on the ability to meet targeted selenium concentrations.

There remain questions on the chemistry of selenium mobilization and loading.  As measures are implemented to reduce seepage and deep percolation and as soil moisture and anaerobic conditions are lowered, selenium chemistry and mobilization may be affected.  This may affect selenium loading.  While a reduction in salt loading is generally accompanied by a reduction in selenium loading in the lower Gunnison Basin, there are differences in the salinity and selenium cycles that need to be understood.

The importance of land use change and the location and rate of land use change is uncertain; for example, monitoring of the Montrose Arroyo area has shown a decrease in selenium loading later followed by an increase.  Septic tank and leach field effects on selenium loading have not

Program Formulation Document, Gunnison River Basin, Colorado

been quantified and the importance of these and other features of development are not well understood.

The level of funding available for the Salinity Control Program and other funding sources may vary in the future and is thus uncertain.

## ADAPTIVE MANAGEMENT

Because the Program recognizes uncertainties, the program will use adaptive management to respond to new knowledge. Data collected from monitoring events will be used to assess water quality change and biological response to program implementation. Management strategies will be revised based on data assessments, as needed. Essentially, the long-term response of endangered fish to the Program and other Recovery Program actions are uncertain and future monitoring will be used to make adjustments in implementing the Program and other activities under the Recovery Program.

## REPORTING

In July of each year, an annual report will be provided to the Service summarizing biological and water-quality data collected the previous water year (October 1-September 30). Selenium load and concentration trends, construction progress, and outreach and education activities will be included. In addition, an evaluation of progress and updates to the Program Action Plan will be provided at that time.

## ENVIRONMENTAL COMPLIANCE

Implementation of some aspects of the Program will require reliance on existing or new compliance documents covering the National Environmental Policy Act, Endangered Species Act, National Historic Preservation Act, or other environmental regulations. Federal agencies, such as Reclamation, NRCS, or BLM, will complete their own compliance documents for actions and programs under their authority and funding.

## FUNDING OPPORTUNITIES

One of the basic tenets of this Program is that assuring success is a cooperative responsibility. A variety of funding sources will have to be utilized to successfully implement the program. Although, many diverse potential funding opportunities exist for the Program, at present there are no permanently authorized or appropriated monies that are dedicated for Program activities. The potential funding sources for Program activities can be generally put into broad categories by funding source (federal versus state and local) by availability (program-related versus competitive grant-funded) and even by use (planning versus implementation). Potential funding opportunities for Program activities are categorized and described in Appendix B

Selenium Management Program

# REFERENCES

Burdick, B.D.  1995.  Ichthyofaunal studies of the Gunnison River, Colorado, 1992-1994.  Final Report prepared for the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado.  60 pp and appendices.

Butler, D.L., R.P. Krueger, B.C. Osmundson, A.L. Thompson, and S.K. McCall.  1991.  Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Gunnison and Uncompahgre River Basins and at Sweitzer Lake, West-Central Colorado, 1988-89.  Water-Resources Investigations Report 91-4103.  99p.

Butler, D.L., Wright, W.G., Hahn, D.A., Krueger, R.P., and Osmundson, B.C.  1994.  Physical, chemical, and biological data for detailed study of irrigation drainage in the Uncompahgre Project area and in the Grand Valley, west-central Colorado, 1991-1992:  U.S. Geological Survey Open File Report 94-110.  146 pp.

Butler, D.L., W.G. Wright, K.C. Stewart, B.C. Osmundson, R.P. Krueger, and D.W. Crabtree.  1996.  Detailed study of selenium and other constituents in water, bottom sediment, soil, alfalfa, and biota associated with irrigation drainage in the Uncompahgre Project area and in the Grand Valley, west-central Colorado, 1991-93.  Water-Resources Investigations Report 96-4138.  U.S. Geological Survey, Denver, Colorado.

Chamberlain, T.K.  1946.  Fishes, particularly the suckers, Catostomidae, of the Colorado River Drainage and of the Arkansas River drainage, in relation to the Gunnison-Arkansas Transmountain diversion.  U.S. Fish and Wildlife Service, College Station, TX.

Coleman, R.G. and Delevaux, Maryse.  1957.  Occurrence of selenium in sulfides from Sedimentary rocks in the Western United States, Economic Geology, v.53, No. 5, p 499-527.

Doesken, N.J., Pielke, R.A., and Bliss, O.A.P.  2006.  Climate of Colorado. Climatography of the United States No. 60:  Colorado Climate Center, *http://ccc.atmos.colostate.edu/climateofcolorado.php*, accessed May 4, 2011.

Fisher, Frederick.  2003.  Gunnison River Basin Selenium Targeting.  Section 319 Nonpoint Source Control Program.  Grant No. WQC 99-01-01497, Shavano Soil Conservation District.

References

_____. 2005. Uncompahgre River Basin selenium phytoremediation. WQC Grand No. 01-00057. Shavano Soil Conservation District with State of Colorado and EPA.

Hamilton, S.J. 1999. Hypothesis of historical effects from selenium on endangered fish In the Colorado River Basin. In: Human and Ecological Risk Assessment: Vol. 5 No.6, U.S. G.S., Yankton, SD.

_____. 2002. Rationale for a tissue-based selenium criterion for aquatic life. Aquatic Toxicology 57: 85-100.

Holden, P.B. and C.L. Stalnaker. 1975. Distribution and abundance of mainstream fishes of the Middle and upper Colorado River Basins, 1967-1973. Transactions of the American Fisheries Society 104: 217-231.

Holden, P.B., R.L. Crist, and J. Campbell. 1981. Aquatic biology studies for proposed Colorado-Ute Electrical Association powerplant near Grand Junction Colorado. BIOWEST, Inc., Logan, Utah. PR 56-1. 66p.

Jones, P. 2011. Fish sampling report: Colorado Division of Wildlife. Gunnison River #1. 52 p.

Jordan, D.S. 1891. Report of explorations in Colorado and Utah during the summer of 1889, with an account of the fishes found in each of the river basins examined. U.S. Fish Commission Bulletin 9 (1889): 1-40.

Kidd, George. 1977. An investigation of endangered and threatened fish species in the upper Colorado River as related to Bureau of Reclamation projects. Final Report, Northwest Fisheries Research, Clifton, CO.

Lemly, D.A. 1996a. Evaluation of the hazard quotient method for risk assessment of selenium. Ecotoxicology and Environmental Safety 35: 156-162.

_____. 1996b. Chapter 17. Selenium in aquatic organisms. Pages 427-445. In: Environmental Contaminants in Wildlife: Interpreting Tissue Concentrations. W.N. Beyer, G.H. Heinz, A. Redman-Norwood, editors. Lewis Publishers, New York, New York.

_____. 2002. Selenium Assessment in Aquatic Ecosystems: A Guide for Hazard Evaluation and Water Quality Criteria. Springer-Verlag. New York, New York. 161 pages.

Mayo, J.W. 2008. Estimating the effects of conversion of agricultural land to urban land on deep percolation of irrigation water in the Grand Valley, western Colorado: U.S. Geological Survey Scientific Investigations Report 2008–5086, 58 p.

Selenium Management Program

Mayo, J.W. and K.J. Leib. 2011. Flow-Adjusted Trend Analysis of Selenium Load and Concentration at USGS Streamflow-Gaging Stations at Colorado River near Colorado-Utah State Line and the Gunnison River near Grand Junction, CO., for Water Years 19186-2008. U.S. Geological Survey, in-review, 42p.

McAda, C. 2003. Flow recommendations to benefit endangered fishes in the Colorado And Gunnison Rivers. Fish and Wildlife Service, Grand Junction, CO.

NASS. 2007. National Agricultural Census - http://www.agcensus.usda.gov/Publications/2007/Full_Report/index.asp

NRCS. 2011. Cumulative Natural Resources Conservation Service's assisted practices applied From the NRCS Lower Gunnison Salinity Progress Reports, 1989 through 2010.

Osmundson, B.C., T.W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*) Relationship with flows in the Upper Colorado River. Arch. Environ. Contam. Toxicol. 38: 479—485.

Osmundson, D.B. and S.C. Seal. 2009. Successful spawning by stocked razorback sucker in the Gunnison and Colorado Rivers, as evidenced by larval fish collections, 2002-2007. Upper Colorado River Endangered Fish Recovery Program. Project No. 121. 38 pp.

Quartarone, F. 1993. Historical accounts of upper basin endangered fish. Colorado Division of Wildlife, Denver, CO, 66p.

Recovery Program. 2011. Study Plan to Evaluate Effects of Aspinall Unit Operations to Benefit Habitat and Recovery of Endangered Fishes in the Gunnison and Colorado Rivers. Draft to the Management and Biology Committees, March 2011. Prepared by Aspinall Unit Study Plan *ad hoc* Committee.

Selenium Task Force. 2010. http://www.seleniumtaskforce.org/history.html.

Skorupa, J.P. 1998. Chapter 18. Selenium poisoning of fish and wildlife in nature: lessons from twelve real-world experiences. Pages 315-354 IN Frankenberger, W.T., and R.A. Engberg (editors), Environmental Chemistry of Selenium. Marcel Dekker, Inc., New York, NY. 713 pp.

Sorensen. E.M.B. 1991. Chapter II: Selenium. Pages 17-62 in E.M.B. Sorensen (editor), Metal Poisoning in Fish. CRC Press, Boca Raton, FL. 374 pp.

Techni Graphic Systems, Inc. 2003. Colorado Decision Support System 2000 Irrigated Parcels: Data available from Colorado River Decision Support System, Division 5-Colorado. *http://cdss.state.co.us/ftp/gis.asp*, accessed June 4, 2011.

References

Tweto, Ogden, compiler. 1976.  Preliminary geologic map of Colorado: U.S. Geological Survey
Miscellaneous Field Studies Map, MF 788, 2 sheets, scale 1:500,000

U.S. Bureau of Reclamation.  Physical evaluation of floodplain habitats restored/enhanced to
benefit endangered fishes of the Upper Colorado River Basin.  Annual Project Report C-
6HYD.  Colorado River Recovery Program.

_____.  2006.  Evaluation of Selenium Remediation Concepts for the Lower Gunnison and
Lower Uncompahgre Rivers, Colorado.  Prepared by NIWQP in conjunction with
GBSTF.  Grand Junction CO.

_____.  2008.  Programmatic biological assessment:  Gunnison River
Basin, Colorado:  Operations of the Wayne N. Aspinall Unit; Operations and depletions
of existing Reclamation projects and operations and depletions of non-Federal water
development.  Grand Junction CO.

_____.  2009.  Draft Environmental Impact Statement:  Aspinall Unit
Operations:  Aspinall Unit-Colorado River Storage Project Gunnison River, Colorado.
Grand Junction CO.

U.S. Department of Interior.  1998.  Guidelines for interpretation of the biological effects of
selected constituents in biota, water, and sediment.  National Irrigation Water Quality
Program Information Report Number 3.  198 pages + appendices,
http://w.w.w.usbr.gov/niwqp.

U.S. Fish and Wildlife Service.  2009.  Final Gunnison River Basin Programmatic Biological
Opinion.  Grand Junction CO.

Valdez, R.A. and G.C. Clemmer.  1982.  Life history and prospects for recovery of the
Humpback and bonytail chub.  Pages 109-119 in W.H. Miller, H.M. Tyus, and C.A.
Carlson, eds.  Fishes of the upper Colorado River system: Present and future.  Western
Division, American Fisheries Society, Bethesda, MD.

Walker, R. and Golder Associates.  2010.  Final report: passive selenium bioreactor pilot scale
testing.  Reclamation Science and Technology Program Project No. 4414.

Wick, E.J., J.A. Hawkins, and C.A. Carlson.  1985.  Colorado squawfish and humpback chub
Population and habitat monitoring, 1981-1982.  Final Report.  Endangered Wildlife
Investigations SE-3-6.  Colorado Division of Wildlife, Denver, CO.

Wiltzius, William.  1978.  Some factors historically affecting the distribution and abundance of
fishes in the Gunnison River.  Colorado Division of Wildlife, Fort Collins, 215 pp.

Selenium Management Program

# APPENDIX A – MONITORING

The primary objective of the selenium monitoring program in the lower Gunnison Basin is to document selenium trends in support of endangered species issues and state standards, TMDL development and implementation, support of modeling efforts, and fishery studies.

The goal of the program is to build a more robust database for salinity and selenium that would provide the basis for better statistical analysis of salinity and selenium using regression modeling at various scales. The information gained from the models will enhance decision making process by improving planning models and scientific understanding.

**Core Monitoring (Trend Monitoring) Sites**

The core monitoring network listed in Table A-1 includes the sites that represent the best locations to monitor for trends in selenium. In additional, these sampling sites represent water-quality conditions from major tributaries in the LGRB and/or bracket areas of particular interest (e.g., agricultural areas) and/or significant salinity/selenium control projects.

## Partners (in alphabetical order)

Colorado Water Quality Control Division (WQCD)

US Geological Survey (USGS)

Colorado Healthy Rivers Fund

Colorado River Watch

Colorado Watershed Assembly

Colorado River Water Conservation District

Uncompahgre Watershed Partnership (UWP)

Gunnison Basin/Grand Valley Selenium Task Force

NFRIA / WSERC Conservation Center

Uncompahgre Valley Water Users Association

Appendix A

**Table A-1 SMP Core monitoring network**

| Station | Station Number(s) | Data type | Participating Agency |
|---|---|---|---|
| North Fork Gunnison above mouth near Lazear | 09136100 | Water quality monitor, continuous streamflow, periodic samples | USGS,WQCD |
| Gunnison River at Delta | 09144250 | Water quality monitor, continuous streamflow, periodic samples | USGS,WQCD |
| Gunnison River near Grand Junction | 09152500 | Water quality monitor, continuous streamflow, periodic samples | USGS,WQCD |
| Uncompahgre River at Delta | 09149500 | Water quality monitor, continuous streamflow, periodic samples | USGS,WQCD |
| Gunnison River below Gunnison Tunnel | 09147500 | Continuous streamflow, periodic samples | USGS |
| Uncompahgre River at Colona | 09147500 | Water quality monitor, continuous streamflow, periodic samples | USGS |
| Colorado River near Colorado-Utah State Line | 09163500 | Water quality monitor, continuous streamflow, periodic samples | USGS |

**Archived Data Sources**

1. WQCD Long-Term Trend Sites (Data maintained / archived in WQCD/EPA database)

2. River Watch Volunteer Water Monitoring Sites (Data maintained in the River Watch database at DOW)

3. USGS Trend Monitoring – Water Quality (Data maintained in http://waterdata.usgs.gov/nwis)

4. USGS Real-Time Data – Flow, Specific Conductivity, Temperature (Data maintained in http://waterdata.usgs.gov/nwis)

**Coordination**

The SMP workgroup coordinates selenium sampling with all related selenium data generators, such as the USGS, WQCD, the Selenium Task Force, the NFRIA / WSERC Conservation Center and other partners in the affected watersheds (e.g., local governments, downstream interests including Grand Valley entities) to ensure uniformity and data inter-comparability. Of particular significance are issues related to sample timing, frequency, protocols, QA/QC and data sharing. For instance, selenium sampling events are coordinated such that the timing can be staggered to try to get up to 9 sampling events per year at sites in the core monitoring network. Each year,

Selenium Management Program

WQCD and USGS sampling schedules in the Lower Gunnison are compared and adjusted to minimize sampling overlap and / or redundancy. This coordination is primarily facilitated by the Selenium Task Force. If and when potential data sampling gaps are identified, the SMP workgroup will coordinate with cooperators, as appropriate, such as VISTA volunteers to collect samples to attempt to fill the identified data gaps.

The primary constituents collected by the SMP Monitoring Program include dissolved selenium, streamflow, and specific conductivity. The parameters monitored may vary by agency and station depending on individual site objectives, some of which may address objectives outside the scope of the SMP program. Table A-2 summarizes the data typically collected by each identified SMP partner and/or data generator.

Although selenium and specific conductivity in the Lower Gunnison and Colorado River Basins are generally monitored as part of a long-term baseline and trend monitoring program, selenium sampling in these basins are also monitored for regulatory, Clean Water Act compliance purposes (e.g., TMDL and 303d listing/delisting purposes).

**Table A-2.  SMP sampling groups and constituents**

| Entity | Parameters Monitored |
|--------|----------------------|
| WQCD | Field parameters, Metals, Nutrients, Dissolved Selenium |
| NSIP/USGS | Field parameters, SC, pH, Temperature, Metals, Nutrients, Dissolved Selenium, streamflow, major ions |
| River Watch | Field parameters, Metals, Nutrients, Dissolved and Total Selenium, SC* |
| Others | As above but parameters may vary |
| * at specific stations | |

**Continuous water-quality monitors**
In order to assist with trend monitoring and statistical analyses continuous water-quality monitors have been funded and deployed in seven locations. These monitors provide crucial long term information that is essential to understanding temporal fluctuations in selenium concentration and loads. The monitors are typically co-located along with USGS real-time discharge stations. The list of continuous water-quality and parameters are listed in Table A-3.

Appendix A

**Table A-3. Continuous water-quality monitors**

| Station | Funding Sources * | Notes |
|---|---|---|
| Uncompahgre at Mouth | USGS, CRWCD, UVWUA | Real-time SC/Temp/Discharge |
| Gunnison above Uncompahgre | USGS, CRWCD | Real-time SC/Temp/Discharge |
| North Fork at Mouth | USGS, CRWCD | Real-time SC/Temp/Discharge |
| Uncompahgre at Colona | USGS, CRWCD | Real-time SC/Temp/Discharge |
| Gunnison Tunnel | USGS | Real-time Discharge |
| Gunnison at Whitewater (Hwy 141) | NSIP, USGS, USBR | Real-time SC/Temp/Discharge |
| Colorado River at State Line | NSIP, USGS | Real-time SC/Temp/Discharge |
| Loutzenhizer Arroyo at N. River Road | USGS, UVWUA | Real-time SC/Temp/Discharge |

*Annual

**Ancillary Sampling Sites**

Other sampling sites exist to fill gaps in the dataset or to conduct specific research. These sites are shown in table A-4 and are not a part of the core monitoring network. It is anticipated that this list may change annually as data gaps are filled, operations change and cooperator research is completed.

Selenium Management Program

**Table A-4. Ancillary sites where selenium is sampled for water years 2011-2012**

| Station | Station Number * | Data type | Participating Agency |
|---|---|---|---|
| Loutzenhizer Arroyo at North River Road | 383946107595301 | Water quality monitor, continuous streamflow, periodic selenium samples, salinity/selenium | USGS,WQCD |
| Montrose Arroyo at East Niagra St. | 382802107513301 | periodic selenium/salinity/nutrient samples | USGS,WQCD |
| Montrose Arroyo at 6700 Rd. | 382711107500501 | periodic selenium/salinity/nutrient samples | USGS, |
| Montrose Arroyo at Ogden Rd. | 382702107493701 | periodic selenium/salinity/nutrient samples | USGS |
| Tongue Creek at Cory | 09144200 | periodic selenium/salinity samples | USGS,WQCD |
| Gunnison River at Austin | 384624107570701 | periodic selenium/salinity samples | USGS |
| Gunnison River at Cory | 09137500 | periodic selenium/salinity samples | USGS |
| Gunnison River below Hartland Dam | 384556108024601 | periodic selenium/salinity samples | USGS |

**\* Stations may have multiple numbers based upon participating agency (USGS station numbers shown above)**

Appendix A

(Blank Page)

# APPENDIX B – POTENTIAL FUNDING SOURCES

### A. Federal Sources

1.  Reclamation

Colorado River Basinwide Salinity Control Program
In 1974, Congress enacted the Colorado River Basin Salinity Control Act which directed the Department of the Interior to establish a program to protect water quality in the Colorado River in the United States and the Republic of Mexico.  In 1995, the Secretary of the Interior through the Bureau of Reclamation enacted a Basinwide Salinity Control Program.  Reclamation can make grants; enter into contracts, memoranda of agreements, cooperative agreements; or advances of funds to non-federal entities to carry out salinity control projects.  In the lower Gunnison Basin of Colorado, selenium is often (but not always) found in association with salts in Mancos shale derived soils.  In high salinity areas, programs such as the CRBSCP can provide up to 100% funding for implementing off-farm Best Management Practices such as piping irrigation delivery systems.  The CRBSCP is a competitive program.

Basin States Program (BSP)
The BSP was authorized in the 2008 Farm Bill, Public Law 110-246, that amended the Colorado River Basin Salinity Control Act, and is administered by Reclamation through an agreement with the Colorado State Conservation Board.  The emphasis of the BSP will be to fund improved land management and irrigation practices that do not qualify under EQIP and small off-farm canal and lateral delivery systems that are too small to compete in the Basinwide Program's cost-competitive process.

Specific Project Funding for Operation and Maintenance
In some cases, annual operation and maintenance funds for Reclamation projects may support activities that will assist in meeting selenium reduction goals.

Science and Technology Grants (S&T)
The S&T Program is administered by Reclamation's Research and Development Office and is a competitive Reclamation-wide funding program.  Project efforts must be proposed and led by Reclamation staff to be eligible for funding.  The S&T Program seeks innovative solutions for Reclamation water managers and western water stakeholders that can be applied widely across the agency.  Approximately $1.7 to $2.7 million dollars are estimated to be available for new research projects in FY12.  New proposals should fall within the following categories: 1)

Appendix B

environmental stewardship for water delivery and management, 2) water and power infrastructure and reliability, 3) water operations decision support, and 4) conserving and expanding water supplies.

Water Conservation Field Service Program Grants (WCFSP)
Reclamation administers the Water Conservation Field Service Program for this area.  The objective of the WCFSP is to improve water use efficiency, encourage water management planning by water purveyors, promote the basic technical understanding of water conservation and water management practices by water users, and promote the basic understanding of water use issues by the public.  Activities included for financial assistance include water management planning, implementation of efficiency measures, demonstration projects, and water conservation education and training.

Upper Colorado River Basin Fund MOA (see State and Local section).

Water Smart Program (WSP)
The WSP was established to address concerns with adequate water supplies for our nation.  Under the WSP, several potential grant opportunities have been identified for the purpose of implementing the Program:

Water and Energy Efficiency Grants are available for projects that save water, improve energy efficiency, address endangered species and other environmental issues, and facilitate transfers to new uses. A 50% cost share is required.  The grant is open to States, Indian Tribes, irrigation districts, water districts, and other organizations with water or power delivery authority (http://www.usbr.gov/WaterSMART/watersmartgrants.html).

System Optimization Review Grants take a broad look at system-wide efficiency.  The grants focus on improving efficiency and operations of water delivery system, water districts, or water basins. The Review results in a plan of action that focuses on improving efficiency and operations on a regional and basin perspective. A 50% cost share is required.  The grant is open to States, Indian tribes, irrigation districts, water districts, or other organizations with water or power delivery authority (http://www.usbr.gov/WaterSMART/system.html).  The maximum funding amount is $300,000 per agreement.

Advanced Water Treatment and Pilot and Demonstration Project Grants are for pilot and demonstration projects that address the technical, economic, and environmental viability of treating and using brackish ground water, seawater, impaired waters, or otherwise creating new water supplies within a specific locale. A 50% cost share is required.  The grant is open to States, Indian tribes, irrigation districts, water districts, or other organizations with water or power delivery authority (http://www.usbr.gov/WaterSMART/system.html).  The maximum funding amount is $600,000 per agreement.

2.   United States Geological Survey (USGS)

Cooperative Water Program (CWP)
The CWP is a cost sharing program between the USGS and States, local governments, and tribes. The CWP combines federal and non-federal resources to address water resource issues and provide a shared cost and benefit to States.  The CWP directly supports USGS's Science Strategy and focuses on providing scientific information on water availability and quality in the United States as a means to inform the public and decision makers about the status of its freshwater resources and how they are changing.  Areas of focus for CWP funding include water availability, drinking water, ecosystem services and hydrologic hazards (http://water.usgs.gov/coop/).  The CWP program provides water-quality assessment support through the Lower Gunnison Basin Water-Quality Monitoring Program

3.   United States Department of Agriculture

Natural Resources Conservation Service - Environmental Quality Incentives Program (EQIP)
EQIP was reauthorized in the Farm, Conservation, and Energy Act of 2008 (2008 Farm Bill) to provide a voluntary conservation program for farmers and ranchers that promotes agricultural production and environmental quality as compatible national goals. EQIP offers financial and technical help to assist eligible participants install or implement on-farm structural and management practices on eligible agricultural land.  In high salinity and selenium areas, the EQIP program can assist the Program in reducing selenium loads and concentrations to local waterways.

Natural Resource Conservation Service Conservation Innovation Grant (CIG)
Colorado State Component
The CIG is authorized as part of EQIP.  The purpose of the CIG is to stimulate the development and adoption of innovative approaches and technologies while leveraging federal investment in environmental enhancement and protection, in conjunction with agricultural production.  CIG projects are expected to transfer conservation technologies, management systems, and innovative approaches back to NRCS or the private sector.  CIG does not fund research projects.  It does fund innovative on-the-ground conservation including pilot and field demonstration projects.

Appendix B

### B. State and Local Funding Opportunities

1. State of Colorado

*Colorado Department of Agriculture*

Colorado Basin States Salinity Program
The Basin States Program administered by the Colorado State Conservation Board provides financial assistance of up to 75% to landowners in order to improve the efficiency of irrigation systems on their land in western Colorado through their Farm Assistance funds. Farm Assistance funds are also known as Financial Assistance (FA) or cost-share funds. FA funds are made available to participating individuals and entities owning and/or operating irrigated land or providing irrigation water to land, as a direct payment to implement the Basin States Salinity Control Program. The funds can therefore be used for *on-farm* and *near-farm* projects. By implementing the program, rural landowners can help to reduce the amount of salt entering the Colorado River (Colorado Basin States Program Policy) http://www.colorado.gov/cs/Satellite/Agriculture-Main/CDAG/1183672493429?rendermode=preview). In high salinity areas, the Basin States Program can assist the Program in reducing selenium loads and concentrations to local waterways.

*Colorado Water Conservation Board (CWCB)*

Colorado Species Conservation Trust Fund (SCTF)
Colorado Senate House Bill 11-203 appropriates money from the SCTF for programs submitted to the Colorado Department of Natural Resources (DNR) for the conservation of native species listed as threatened or endangered under State or Federal law or species likely to become candidate species for listing by the United States Fish and Wildlife Service. The DNR, after consulting with the Colorado Division of Parks and Wildlife, Colorado Water Conservation Board (CWCB), Colorado State Parks and Wildlife Commission, prepares and delivers to the Colorado General Assembly a species conservation eligibility list describing programs and costs that are eligible to receive SCTF. The Program would be eligible to receive funding under the Upper Colorado Recovery Program (Section 24-33-111).

Col9orado River Storage Project MOA
 In 2011, a Memorandum of Agreement was entered into by the States of Colorado, New Mexico, Utah and Wyoming; Colorado River Energy Distributor Association (CREDA); Department of the Interior, Reclamation; and the Department of Energy, Western Area Power Administration (WAPA). Under the Colorado River Storage Project Act (CRSPA) Section 5(e), power revenues from hydroelectric power can be used to aid in the development and repayment of certain irrigation costs of participating projects within the Upper Colorado River Basin 43 U.S.C. §620d(e). The Memorandum of Agreement provides for the non-federal parties to identify projects that could be funded with revenues from the Basin Fund, consistent with

Selenium Management Program

existing authorities. As described in the MOA, approximately $11.5 million dollars will be collected annually with 46% of the revenues being assigned to Colorado. Funding may be used for water conservation activities; replacements, additions, and extra-ordinary maintenance; environmental compliance activities; stream gaging; consumptive use and water quality; salinity control, and climate change.


## CWCB HB1177/ Gunnison Basin Roundtable

### Colorado Healthy River Fund (CHRF)

The CHRF (formerly the Colorado Watershed Protection Fund) was established in 2002 by the Colorado General Assembly (Senate Bill 02-087) and authorized the CHRF to be added to the Colorado River Tax Check Off Program to allow Colorado taxpayers the opportunity to contribute to watershed protection efforts in Colorado. The legislation provides that funds donated by taxpayers be made available through a grant program administered jointly by the Colorado Water Conservation Board, the Water Quality Control Commission, and the Colorado Watershed Assembly. Two categories of grant funds are available: project grants (maximum $50,000, in-kind or cash match 20%, cash match required) and planning grants (maximum $25,000, in-kind or cash match 20%) (http://www.coloradowater.org/cwpf.php). The CHRF has provided financial assistance for implementing the Lower Gunnison Basin Water-Quality Monitoring Program.

### *Colorado Department of Public Health and Environment*

### Non-Point Source Program (NPS)

The amendments to the Federal Clean Water Act in 1987, Section 319(h) authorized the creation of a Nonpoint Source Program (NPS). The State of Colorado Water Quality Control Division of the Colorado Department of Public Health and Environment has the responsibility of administering the Colorado NPS Program. Each year the State of Colorado receives a federal appropriation of funds to implement its NPS Program. The NPS Program in its FY2011 Funding Announcement states that it will support projects that address "water-quality impairment due to nonpoint source pollution, develop or update watershed plans, provide education and outreach programs that help maintain or restore water quality impacted by nps pollution". The document also indicates that approximately half of its federal appropriation (estimated to be approximately $1 million dollars) will be used for implementation projects in watershed with impaired water due to nonpoint source pollution.

Appendix B

### C.  *Local and Regional Land and Water Conservancy / Conservation Districts*

1.  Colorado River Water Conservation District (CRWCD)

The mission of the CRWCD is, "*To lead in the protection, conservation, use, and development of the water resources of the Colorado River basin for the welfare of the District, and to safeguard for Colorado all waters of the Colorado River to which the state is entitled.*"

The CRWCD makes grant funding available on a yearly basis (subject to annual appropriations) to assist applicants with the implementation of water resources projects and related activities that promote the responsible and efficient use of Colorado's Colorado River Compact entitlement. Grant recipients are limited to a maximum of $150,000 in a five year period and require in-kind match and/or cash contributions of at least 50% of the project cost (http://www.crwcd.org/page_193).

The CRWCD makes additional contributions by providing technical, political, and in-kind contributions to the Program through the following:

Technical, Political, and Administrative Support
The CRWCD has been a member of the STF since its inception in 1998 and has been an active stakeholder in the Program development process and is a technical resource to both.  They also provide political support through active involvement in state and federal legislative activities in support of selenium and salinity control and water resources activities.  CRWCD administrative staff provides support by serving as a fiscal sponsor for numerous selenium reduction grant projects occurring in the lower Gunnison Basin.

Gunnison Basin & Grand Valley Selenium Task Force (STF)
The CRWCD has been the main funding source in support of the STF coordinator position.  The STF coordinator is responsible for facilitating and coordinating activities, grant writing, grant administration, project management, technical support, coordination of research projects or studies, and education and outreach.  The STF coordinator has been actively involved in the development of the Program by providing technical assistance and ensuring public involvement through the STF membership.

Lower Gunnison Basin Water-Quality Monitoring Program
The CRWCD serves as the lead entity establishing and overseeing the Lower Gunnison Basin Water-Quality Monitoring Program (WQMP). The CRWCD provides significant financial and administrative support to the WQMP.

2.  Upper Gunnison River Water Conservancy District (UGRWCD)

The mission of the UGRWCD is, "*To be an active leader in legal, policy, and management issues affecting the water resources of the Upper Gunnison River Basin, protecting the in-basin beneficial uses and maintaining high quality standards for those water resources.*" The

Selenium Management Program

UGRWCD is a basin stakeholder committed to the Program process and has therefore committed funding to the Selenium Task Forces in support of the STF and Program related activities.  The UGRWCD Board of Directors provided $10,000 of support in 2010-11 with the opportunity for additional potential future support.

### D.  Others (including private and charitable sources)

1.  Private Foundations

The stakeholders of the Program should consider pursuing private foundation funding to implement elements of the Program Long-Term Plan.  Possible foundations to consider include the Altria Foundation, Walton Family Foundation, to name a few.

Appendix B

(Blank Page)

Selenium Management Program

# APPENDIX C -- PROGRAM ACTION PLAN

Current activities for the Selenium Management Program are indentified in the following tables. Separate tables are provided for activities that:

    A.  Reduce <u>existing</u> selenium load from existing sources

    B.  Prevent, minimize or mitigate potential <u>new</u> selenium loading from new activities

    C.  Provide for support for the Program or monitoring

Entities cooperating to complete an activity are identified, typically with the lead entity identified first. Schedules are shown where they have been identified by placing an "X" in the appropriate <u>Federal</u> fiscal year column. When funding has not been secured for a specific fiscal year, an "*" will appear below the X. Funding sources are only identified when funding has been committed or assurances have been provided by an organization.

The following acronyms and abbreviations are used in the tables:

| | |
|---|---|
| BR | Bureau of Reclamation |
| BSP | Basin States Salinity Control Program administered by Colorado Department of Agriculture's State Conservation Board (on- and off-farm projects) |
| BWP | Basinwide Salinity Control Program administered by Reclamation (off-farm projects) |
| CDPHE | Colorado Department of Public Health and Environment |
| CO | State of Colorado |
| Company | refers to an unidentified irrigation water provider; once contract is signed, a specific entity will be identified |
| CRSP MOA | Colorado River Storage Project Memorandum of Agreement |
| CRWCD | Colorado River Water Conservation District (AKA River District) |
| CWCB | Colorado Water Conservation Board |
| EQIP | Environmental Quality Incentives Program administered by NRCS (on-farm projects) |
| ESL | East Side Laterals Project located on the east side of the Uncompahgre Project area near Montrose & Delta |
| FOA | Funding Opportunity Announcement - Reclamation's Basinwide Salinity Program |
| LG | Lower Gunnison |
| NRCS | USDA Natural Resources Conservation Service |
| NWCC | North Fork River Improvement Association-Western Slope Environmental Resource Council (NFRIA-WSERC) Conservation Center |
| SCP | Colorado River Basin Salinity Control Program (composite organization including BR, NRCS, BLM, representatives of the 7 Colorado River basin states) |
| SMP | Gunnison Basin Selenium Management Program |
| STA | subject to appropriation |
| STF | Gunnison Basin Selenium Task Force |
| TBD | to be determined |
| USGS | United States Geological Survey |
| UVWUA | Uncompahgre Valley Water Users Association |
| UP | Uncompahgre Irrigation Project |
| WWUC | Lower Gunnison Basin Wise Water Use Council |
| WNTSC | NRCS West National Technology Support Center, Portland |

## PART A – REDUCE EXISTING SELENIUM LOAD

| ID | Activity | Cooperating entities/program | Status (start date) | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACCELERATE SE CONTROL PROJECTS FOR IRRIGATED AGRICULTURE** | | | | | | | | | | | | |
| A.1 | **Off-farm – projects completed or underway** | | | | | | | | | | | | |
| A.1.1 | Uncompahgre Project - Winter Water Program | UVWUA/BR | Complete | Eliminated winter flows in 407 miles of Uncompahgre Project canals & laterals 1992-1995 | | | | | | | | | |
| A.1.2 | Uncompahgre Project - East Side Laterals Phase 1 | UVWUA/BWP/ NIWQP | Complete | Piped 8.5 miles of laterals from 1998-2000; ESL Project is 0.4% complete. | | | | | | | | | |
| A.1.3 | Uncompahgre Project - East Side Laterals Phase 2 | UVWUA/BWP/ NIWQP | Complete | Piped 20.5 miles of laterals from 2004-2009; ESL Project is 14.9% complete. | | | | | | | | | |
| A.1.4 | Uncompahgre Project - East Side Laterals Phase 3 | UVWUA/BWP/ NIWQP | Complete | Piped 10.5 miles of laterals from 2007-2011; ESL Project is 20.3 % complete. | | | | | | | | | |
| A.1.5 | Uncompahgre Project - East Side Laterals Phase 4 | UVWUA/BWP CDPHE | Underway (2009) | X | Scheduled to be completed in 2012 | | | | | $2.8M | BWP/ CDPHE | Yes | Piping of 7.5 of the planned 11.4 miles is complete; Overall ESL Project is 24% complete |
| A.1.6 | Lower Grandview Canal & Laterals | Company/ BWP | Underway (2010) | X | Scheduled to be completed in 2012 | | | | | $5.4M | BWP | Yes | 10 miles of pipe in Alum Gulch drainage; all pipe installation complete Spring 2011 |
| A.1.7 | Uncompahgre Project - East Side Laterals Phase 5 | UVWUA/BWP | Underway (2011) | X | X | X | X | | | $4.3M | BWP | Yes (STA) | Plan is to pipe 16.8 miles of laterals |
| A.1.8 | Uncompahgre Project - East Side Laterals Phase 6A | UVWUA/BR/ CWCB/BSP | Underway (2010) | X | X | Scheduled to be completed in 2013 | | | | $2M | CWCB/ BSP | Yes | Initial 0.3 mile section of 1.6 mile project completed March 2011 |
| A.1.9 | Uncompahgre Project -  East Side Laterals Phase 7 | UVWUA/BWP | Underway (2011) | X | X | X | X | X | | $3.2M | BWP | Yes (STA) | Plan is to pipe 11.9 miles of laterals |
| A.1.10 | Lower Stewart Pipeline Project (North Fork area) | Company/ BWP | Underway (2011) | X | X | X | | | | $6.0M | BWP | Yes (STA) | Plan is to pipe 11.5 miles of lower Stewart Ditch & its laterals |
| A.1.11 | Minnesota Ditch – Project 1 (North Fork area) | Company/ BWP | Underway (2011) | X | X | X | | | | $3.9M | BWP | Yes (STA) | Plan is to pipe 5.2 miles of upper Minnesota Ditch |
| A.1.12 | Potential North Fork area project 3 | Company/ BWP | In contract negotiations | | | | | | | | BWP | No | This is one of 6 new lower Gunnison projects selected in the 2010 BSP-FOA |
| A.1.13 | Potential North Fork area project 4 | Company/ BWP | In contract negotiations | | | | | | | | BWP | No | This is one of 6 new lower Gunnison projects selected in the 2010 BSP-FOA |
| A.1.14 | Uncompahgre Project - East Side Laterals Phase  TBD (from CRSP MOA) | BR/UVWUA | 2012 | | | | | | | $2.65M | BR | Yes | Consideration of which laterals or canals to pipe or line and schedule is underway. |

67

| ID | Activity | Cooperating entities/program | Status (start date) | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.2 | **Off-farm – future projects** | | | | | | | | | | | | |
| A.2.1 | Participate in Salinity Control Program - Lower Gunnison Comprehensive Plan effort | CRWCD/ BR/ CWCB/ NRCS/ BSP/SMP | Developing study plan | X* | X* | | | | | | | Not for SMP partici-pation | Study will examine how to best promote & implement future salinity control projects in LG Basin |
| A.2.2 | Identify & prioritize target areas & potential projects | BR/USGS/SMP | Underway (2011) | X* | X* | | | | | | BR | Partial | Includes examination of influence of Bostwick Park water use on UP loading |
| A.2.3 | Encourage/facilitate remaining phases of Uncompahgre Project - East Side Laterals | | | | | | | | | | | | |
| A.2.3.1 | Step 1 of East Side - Uncompahgre Project optimization planning | CWCB/Cal Poly/UVWUA | Complete | Rapid Assessment completed in 2010 | | | | | | | | | |
| A.2.3.2 | Remaining steps of East Side - Uncompahgre Project optimization planning | consultant/STF/ UVWUA/BR/ CWCB | Underway | X | X | | | | | ~$300K | CDPHE/ CWCB | Yes | Study will seek to identify how best to pipe & line east side delivery system & provide more manageable facilities for UVWUA |
| A.2.3.3 | Formulate proposals for future FOAs | UVWUA/BR/ SMP | Not begun | X* | X* | | | X* | X* | | UVWUA / BR | No | |
| A.2.4 | Encourage/facilitate off-farm projects in other high selenium loading areas | | | | | | | | | | | | |
| A.2.4.1 | Assist in formulation of proposals for next FOA | SMP/TBD | Not begun | X* | X* | | | X* | X* | | | No | |
| A.3 | **On-farm - projects completed** | Landowners/ NRCS/BSP | Completed | 1,803 acres treated in FY10 with cumulative effort totaling 57,588 acres since 1988; figures include all accomplishments of Parallel & Basin States Programs; overall plan is 43% complete | | | | | | | | | NRCS (2011) |
| A.4 | **On-farm – underway & future projects** | | | | | | | | | | | | Plan is to treat 50-60% of remaining acreage |
| A.4.1 | Participate in SCP- LG Comprehensive Plan effort | (same as A.2.1; see detail above) | | | | | | | | | | | |
| A.4.2 | Implement EQIP-funded irrigation efficiency improvements | Landowners/ NRCS | Underway (1988) | X* | X* | X* | X* | X* | X* | | NRCS | Partial (STA) | |
| A.4.3 | Implement BSP-funded irrigation efficiency improvements | Landowners/ BSP/ CWCB | Underway | X* | X* | X* | X* | X* | X* | | Basin Funds | Partial | |
| A.4.4 | Improve Irrigation Water Management | Landowners/ conservation districts | Underway | X* | X* | X* | X* | X* | X* | | Basin Funds | Partial | Delta District & Shavano District staff help landowners improve water management |

| ID | Activity | Cooperating entities/program | Status (start date) | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SE CONTROL PROJECTS FOR EXISTING PONDS** | | | | | | | | | | | | |
| A.5 | **Ponds (recreational, farm, aesthetic)** | | | | | | | | | | | | |
| A.5.1 | Formulate program to address pond seepage | SMP | Not begun | X * | | | | | | | | No | Studies (see C.1.) are proposed to examine loading impacts of ponds and develop selenium control concepts. |
| | **SE CONTROL PROJECTS FOR OTHER EXISTING NON-AG SOURCES** | | | | | | | | | | | | |
| A.6 | **Municipal & industrial** | | | | | | | | | | | | |
| A.6.1 | Explore options for load reduction from sewage treatment plants | Operators/ CDPHE | Not begun | | | | | | | | | No | |
| A.6.2 | Explore options for load reduction from Individual Sewage Disposal Systems | Operators/ CDPHE | Not begun | | | | | | | | | No | |
| A.6.3 | Explore options for load reduction from gravel pits | Operators/ CDPHE | Not begun | | | | | | | | | No | |
| A.7 | **Public lands (administered by BLM)** | BLM | Underway | X | X | X | | | | | BLM | Yes | Addressing selenium in new Resource Management Plan |
| | **OUTREACH AND EDUCATION INITIATIVES TO ADDRESS ALL EXISTING SELENIUM SOURCES** | | | | | | | | | | | | |
| A.8 | **Conduct public information and education program** | SMP | Underway | X * | X * | X * | X * | X * | X * | | | Partial | Will work with Wise Water Use Council |
| A.9 | **Develop strategies to support, facilitate, encourage LG water users to undertake projects that have Se control benefits** | SMP | Not begun | X * | | | | | | | | No | |

69

## PART B – PREVENT/MINIMIZE/MITIGATE NEW SELENIUM LOADING (primarily for potential municipal, residential, & industrial sources)

| ID | Activity | Cooperating entities/ program | Status | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. Funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B.1 | **Refine, distribute, & promote Best Management Practices (BMPs)** | SMP/STF/ WWUC | Underway | X * | X * | X * | X * | X * | X * | | BR/ CRWCD | Partial | Existing BMPs can be found at http://seleniumtaskforce.org/other resources |
| | | | | | | | | | | | | | |
| B.2 | **Conduct public information & education program** | | | | | | | | | | | | |
| B.2.1 | Present information/education activities | SMP/ WWUC/STF | Underway | X * | X * | X * | X * | X * | X * | | BR/ CRWCD | Partial | Lower Gunnison Wise Water Use Program underway.  Funding through 2012. |
| B.2.2 | Coordinate & provide technical assistance for counties & cities | SMP/ WWUC/STF | Underway | X * | X * | X * | X * | X * | X * | | BR/ CRWCD | Partial | Lower Gunnison Wise Water Use Program underway.  Funding through 2012. |
| B.2.3 | Implement Wise Water Use program (including development & use of incentives) | WWUC/STF /SMP | Underway | X * | X * | X * | X * | X * | X * | | BR/ CRWCD | Partial | Lower Gunnison Wise Water Use Program underway.  Funding through 2012. |
| | | | | | | | | | | | | | |
| B.3 | **Implement management actions to control loading from new proposals concerning:** | | | | | | | | | | | | |
| B.3.1 | Reclamation projects and actions | BOR | Ongoing | X * | X * | X * | X * | X * | X * | | BR | Partial | |
| B.3.2 | BLM managed lands | BLM | Ongoing | X * | X * | X * | X * | X * | X * | | BLM | Partial | |
| B.3.3 | Other Federal actions | USFWS/ TBD | Ongoing | X * | X * | X * | X * | X * | X * | | USFWS/ TBD | Partial | |
| B.3.4 | Counties/cities | Counties/ cities | Not begun | X * | X * | X * | X * | X * | X * | | | | |

## PART C – SUPPORT ACTIVITIES

| ID | Activity | Cooperating entities | Status | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. Funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C.1 | **Expand knowledge base** | | | | | | | | | | | | |
| C.1.1 | Investigate **loading and fate & transport mechanisms** | | | | | | | | | | | | |
| C.1.1.A | Effects of Recharge and Dissolved Nitrate | BR/USGS | Underway | X | X | | | | | | | Yes | Funding from BR Science & Technology Program & USGS |
| C.1.1.B | Continuing study of Montrose Arroyo | USGS/BR | Underway | X* | | | | | | $98K | | Partial | |
| C.1.2 | Investigate **loading impacts of Non-Ag sources** including ponds, ISDS & other point/non-pt. sources | SMP | Proposed | | | | | | | | | No | ISDS = individual septic disposal systems |
| C.1.3 | Investigate **solutions & BMPs for Non-Ag** sources | SMP | Proposed | | | | | | | | | No | |
| C.1.4 | Development of soil selenium interpretation | WNTSC | Underway | X | | | | | | | | Yes | |
| C.2 | **Monitor water quality** | | | | | | | | | | | | |
| C.2.1 | Collect periodic samples at core monitoring network (e.g., 6-9/yr.) | CRWCD/ USGS/BR/ CDPHE/ NWCC | Underway | X* | X* | X* | X* | X* | X* | | | Partial | See Appendix A |
| C.2.2 | Operate continuous WQ monitors | CRWCD/ USGS/BR | Underway | X* | X* | X* | X* | X* | X* | | | Partial | See Appendix A |
| C.2.3 | Collect periodic samples at ancillary sites | USGS,CRWCD, CDPHE,NWCC, others | Underway | X* | X* | X* | X* | X* | X* | | | Partial | See Appendix A |
| C.3 | **Monitor endangered fish** | | | | | | | | | | | | |
| C.3.1 | Population | Recovery Program | Underway | X* | X* | X* | X* | X* | X* | | | Partial | |
| C.3.2 | Fish tissue selenium concentrations | FWS | Underway | X | X | | | | X* | | | Partial | |
| C.4 | **Obtain funding for SMP activities** | SMP/STF | Underway | X* | X* | X* | X* | X* | X* | | | Partial | |
| C.5 | **Develop new technology** | | | | | | | | | | | | |
| C.5.1 | Investigate canal sealants | BR/ UVWUA | Underway | X | ? | ? | | | | | BR | Partial | Working with EPA on application rates. Programmatic NEPA underway. |

| ID | Activity | Cooperating entities | Status | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. Funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|----|----------|---------------------|--------|-------|-------|-------|-------|-------|-----------|-------------------|-----------------|-----------------|---------------------------------------------|
| C.6 | Report annual progress | BR | Due July of each year | X | X * | X * | X * | X * | X * | | BR | Partial | Report will address water quality, updated load & concentration trend plots, biological monitoring, construction progress and outreach/education activities. |



## United States Department of the Interior

BUREAU OF RECLAMATION
Upper Colorado Region
Western Colorado Area Office
445 West Gunnison Avenue, Suite 221
Grand Junction, CO 81501

IN REPLY REFER TO:

WCG-JWard
ENV-6.00

ᴶAN 2 9 2015

### MEMORANDUM

To:     Assistant Field Supervisor, Fish and Wildlife Service, 445 W. Gunnison Ave. Suite 240, Grand
        Junction, CO 81501-5711

From:   Ed Warner
 FOR    Area Manager

Subject: 2014 Annual Reports under the Gunnison River Programmatic Biological Opinion-Aspinall
        Unit, Dolores Project, and Selenium Management Program

The following reports, prepared in response to the Gunnison River Programmatic Biological Opinion, are
attached for your information:

*       The "Report on Aspinall Unit Operations for Calendar Year 2014 under the Gunnison
        River Programmatic Biological Opinion"
*       Dolores Project Annual Report on Conservation Recommendations
*       Selenium Management Program, Gunnison River Basin, Colorado. Annual Progress
        Report 2014

If you have any questions or concerns in regard to this information, please contact Jenny Ward at
970-248-0651.

Attachment

cc:     U.S. Fish and Wildlife Service
        Colorado Field Office
        P.O. Box 25486
        Denver Federal Center, MS 65412
        Denver, CO  80225

        U.S. Fish and Wildlife Service
        Upper Colorado River Endangered
        Fish Recovery Program
        P.O. Box 25486, DFC
        Lakewood, CO  80225 (ea w/att)

### Aspinall Unit Operations for Calendar Year 2014 under the Gunnison River PBO

In water year 2014, Western Colorado experienced a return to moderately wet conditions.  With the Record of Decision for the Final Aspinall Unit Operations EIS that was signed on May 3, 2012, peak and base flow targets were established for the Whitewater gage near Grand Junction, Colorado to aid in the recovery of four endangered fish; the Humpback Chub, Bonytail Chub, Razorback Sucker, and the Pikeminnow.  This report will assess how well the 2014 operations of the Aspinall Unit provided sufficient releases of water at critical times and quantities necessary to avoid unnecessary harm to the endangered fish species and their essential habitat while continuing to meet the authorized purposes of the Aspinall Unit.

Peak Flows        As mentioned previously, 2014 was considered a moderately wet year.  Year type is determined by the forecasted April through July inflow volume to Blue Mesa Reservoir.  Moderately wet years are defined as years where the forecasted inflow volume is greater than 831,000 acre-feet and less than 1,123,000 acre-feet. The April 1st issue of the runoff forecast predicted 850,000 acre-feet of inflow to Blue Mesa Reservoir. The actual April through July inflow volume for 2014 totaled 849,000 acre-feet.  The May 1 runoff forecast placed 2014 into a moderately wet year category with a peak flow target of 14,350 cfs at the Whitewater gage.



Figure 1.  Peak flow and duration day targets at the Whitewater gage as determined by April-July Forecasted Inflow.

The 14,350 cfs peak target flow was not met in 2014. While spillway releases at the Aspinall Unit were in excess of 2,000 cfs and flows in the Gunnison River through the Black Canyon exceeded 9,000 cfs,

contributing flows from the North Fork of the Gunnison River and other smaller tributaries resulted in a peak on the Gunnison River at the Whitewater gage that only reached 12,500 cfs.

Half Bank and Peak Flow Duration    The recommended number of duration days at half-bankfull flows and at the peak flow are also dependent on the forecasted inflow volume to Blue Mesa Reservoir. The table insert in Figure 1 shows the recommended duration of days at peak flow and half bank capacity flows for ranges of forecasted inflow volume to Blue Mesa Reservoir.  With the forecasted runoff to Blue Mesa Reservoir setting the year type as moderately wet, the peak flow duration target was 10 days at 14,350 cfs and the half bankfull target was 40 days at 8,070 cfs.  The peak flow on the Gunnison River at the Whitewater gage only reached 12,500 cfs and there were 3 days of flows over 12,000 cfs during the time of the peak. Half bankfull flows of 8,070 cfs were achieved for 22 days, short of the 40 day target as tributary flows from the North Fork of the Gunnison River dropped off towards summertime baseflow levels near the end of June.

Base Flows        Base flow recommendations were determined by a study conducted by the Fish and Wildlife Service (Figure 2).  Year type for base flow is also determined by the April-July forecasted inflow volume to Blue Mesa Reservoir, so 2014 followed the targets for a moderately wet year.  Since 2013 was considered a dry year, the dry year baseflow targets are carried over for the January-March time period as the hydrology of these months is more dependent on the previous year's hydrology than the current year.

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 |
| **Mod Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 |
| **Avg Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 | 1050 |
| **Avg Dry** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 | 1050 |
| **Mod Dry\*** | 750 | 750 | 750/790 | 750/890 | 750/890 | 1050 | 1050 | 1050 | 750/890 | 750/790 | 750/790 | 750 |
| **Dry\*** | 750 | 750 | 750/790 | 750/890 | 750/890 | 1050 | 1050 | 750/890 | 750/890 | 750/790 | 750/790 | 750 |

*During March through November in Moderately Dry and Dry type years, additional releases will be made as necessary to provide flows above the 750 cfs anticipated to be diverted by the Redlands Water and Power Company, for the fish ladder and fish screen as shown.

Figure 2. Base flow recommendations to support critical flows and habitat for the endangered fish.

Baseflow targets were exceeded throughout 2014 with the exception of 12 days during the early winter months when the Whitewater gage data was unavailable due to icing impacts. Flows were later estimated to be in the 730 to 740 cfs range, just below the baseflow target of 750 cfs.



Figure 3.  2014 Base Flow Target vs. Actual Flows at Whitewater Gage.

<u>Gunnison River</u>    Flow differences between the Gunnison River at Whitewater and the Gunnison River below the Redlands Diversion Dam are primarily due to the diversion of water to the Redlands Canal. As 2014 was a moderately wet year with more than sufficient streamflow, there were no issues with providing enough water to the Redlands fish ladder and screen during the months of their operation. Figure 4 shows the fluctuations in flow between the Gunnison River at the Whitewater gage and the Gunnison River below the Redlands Diversion Dam.



Figure 4. Gunnison River flows as measured at Whitewater and below the Redlands Diversion Dam.

<u>Colorado River</u>    Flows at the Colorado/Utah Stateline closely matched the flows at the Cisco, UT gage. Flows tended to range from 2500 cfs up to 37,000 cfs, with both gages experiencing a peak of over 37,000 cfs in the beginning of June.  Figure 5 shows the river flows at the Colorado/Utah Stateline gage and the Cisco, UT gage.



Figure 5. Colorado River flows at the Colorado/Utah Stateline gage and the Cisco, UT gage.

<u>Operational Issues</u>    There were no operational issues that impeded flows from the Aspinall Unit to the Whitewater gage during the 2014 water year.

**Summary**    In 2014, hydrologic conditions turned to moderately wet after two consecutive dry years. In an attempt to reach the peak flow and peak duration targets at the Whitewater gage, releases from the Aspinall Unit included a combination of power plants, bypasses and spillways at all three dams. However, declining tributary flows, mainly from the North Fork of the Gunnison River, resulted in the actual peak flow and peak duration falling short of the targets. During this operation the Black Canyon water right peak flow target was met. Baseflow targets were achieved throughout the year with the exception of a short period in early winter when the Whitewater gage was not reading correctly due to icing impacts.

# Annual Flow Management of the Dolores River and Status of Conservations Recommendations Water Year 2014

**Background**:  In 1975, the Dolores River was designated as a component of the National System of Wild and Scenic Rivers.  Nearly 40-years later the San Juan Public Lands Center (SJPLC) began revising their San Juan National Forest Resource Management Plan.  A requirement of the planning process was that all planning area rivers be assessed for their eligibility, classification, and suitability for inclusion in the National Wild and Scenic River System. The San Juan Public Lands Draft Land Management Plan (DLMP) found the Dolores River from the outlet of McPhee Reservoir to Bedrock Colorado to be preliminarily suitable for inclusion in the National Wild and Scenic River System.  Outstanding Remarkable Values (ORV's) identified in the DLMP for this section of the Dolores River include fish and wildlife resources, recreation, scenery, and other geological, ecological, and archeological values.  Some of the specific ORV's are the roundtail chub, rafting, New Mexico privet, canyon treefrog, and Eastwood's monkeyflower.  Since the Dolores River Dialogue (DRD) had been focusing on the lower Dolores River, the SJPLC felt that the DRD had potential to find an alternative to the Wild and Scenic suitability designation that would achieve similar protections for the stream and its ORV's.

In 2008, the SJPLC asked the DRD for assistance in protecting the ORV's and in considering alternatives to Wild and Scenic suitability.  The DRD in conjunction with the SJPLC established the Lower Dolores River Working Group (LDWG) and began a process of understanding the human, ecological, and political dynamics at play on the lower Dolores River and how to best address the needs of the ORV's.

As an outcome of the LDWG, a legislative committee was established to consider an alternative to Wild and Scenic designation.  A National Conservation Area was considered the best alternative and language is being drafted for legislative consideration.  While drafting the language, it was determined that in order to protect the native fish ORV, assistance would be needed from native fishery experts.  The "A Way Forward" committee was established and a team of scientists (Bill Miller, Kevin Bestgen, and Phaedra Budy) was hired to review existing data and summarize the status and trends of the three species from McPhee Dam to the confluence with the San Miguel River.  The final report presented nine potential management opportunities that may assist with the improvement of the native fish.  They are: spill management, base flow management, sediment transport flows, habitat maintenance flows, thermal regime modification, reducing the effects of introduced coldwater species, reducing the effects of introduced warm water species, and supplementing native fishes.

Upon completion of the A Way Forward final report, an Implementation Team (IT) consisting of water managers, NGOs, and State and Federal Agencies was formed to find ways to implement the nine recommendations.  The IT, with financial assistance of the Colorado Water Conservation Board, completed its first iteration of "The Lower Dolores River Implementation, Monitoring and Evaluation Plan for Native Fish" in August 2012.  Public comments to the plan were received, and the second iteration was published in June 2014.

An electronic version of this plan and appendices can obtained from the Dolores River Dialogue website: http://ocs.fortlewis.edu/drd/pdf/Lower-Dolores-River-Implementation-Monitoring-and-Evaluation-Plan-for-Native-Fish-June%202014.pdf

**Downstream Releases:** McPhee Reservoir did not spill this year.  All downstream releases were made from the managed fishery pool.  Project water allocations received a nearly full supply.   The downstream releases volume is 26,392 – acre feet for water year 2014.

 Downstream releases for water 2014 range from 70 CFS to 25 CFS.

**Conservation Recommendation No. 1.** *We recommend that Reclamation continue support efforts of the three species conservation strategy on a range-wide basis, including conservation efforts on the Dolores River.*

The Bureau of Reclamation has been an active participant of the Dolores River Dialogue since its inception in 2004, and is currently active in the Implementation Team efforts to manage downstream releases to the lower Dolores River (from McPhee Dam to the confluence of the San Juan Miguel River) for the Native fishes and rafting.

**Conservation Recommendation No. 2.** *We recommend that Reclamation continue to work with the Biology Committee to consider spill and flow management options to benefit the native fishery in the middle and lower Dolores River while continuing to honor commitments related to downstream rafting.*

The Biology committee was setup as an advisory committee for fishery pool management only. Reclamation and the Dolores Water Conservancy District are actively involved with the DRD and IT in performing spill management.

Reclamation takes an active role with the Biology Committee in identifying base needs and possibilities. Annual base release budgets are drafted by Colorado Parks and Wildlife and agreed upon by all members.

**Conservation Recommendation No. 3**. *We recommend that Reclamation continue to take an active role in the Dolores River Dialogue, in particular activities related to native fish.*

 See background narrative.



# Selenium Management Program Gunnison River Basin, Colorado Annual Progress Report 2014

**Prepared by Selenium Management Program Workgroup**
**Compiled by Bureau of Reclamation**

**January 2015**

# Contents

Introduction ................................................................................................................ 1

SMP Action Plan ....................................................................................................... 1

    Part A - Reduce Existing Selenium Load ............................................................ 1

        1.     Off-farm Projects Completed or Underway ....................................... 1

        2.     Off-farm-Future Projects ................................................................... 2

        3.     On-farm – Underway and Future Projects ........................................... 2

        4.     Identify and Prioritize Target Areas and Potential Projects ................ 2

        5.     Encourage/Facilitate Remaining Phases of Piping/Lining East Side Uncompahgre Project Laterals ..................................................................... 3

        6.     Encourage/Facilitate Off-Farm Projects in Other High Selenium Loading Areas in the Basin ......................................................................... 4

        7.     On-Farm EQIP ................................................................................... 4

        8.     On-Farm Basin States Program ......................................................... 4

        9.     On-Farm Irrigation BMP Demonstration Projects .............................. 4

        10.   Conduct Public Information and Education Programs ......................... 4

    Part B - Prevent/Minimize/Mitigate New Selenium Loading ............................. 5

        1.     Refine, Distribute and Promote Best Management Practices ............... 5

    Part C - Support Activities .................................................................................. 5

        1.     Expanding Knowledge Base ............................................................... 5

        2.     Monitoring Water Quality ................................................................. 6

        3.     Monitor Endangered Fish ................................................................. 6

        4.     Report Annual Progress ..................................................................... 6

REFERENCES ........................................................................................................ 7

APPENDIX A -- PROGRAM ACTION PLAN .................................................... 8

APPENDIX B – 2014 WATER QUALITY SAMPLE SITES .............................. 15

APPENDIX C – GUNNISON BASIN SELENIUM MANAGEMENT PROGRAM WORKGROUP GROUND RULES ................................................ 18

APPENDIX D – LOWER GUNNISON RIVER BASIN WATER-QUALITY MONITORING PROGRAM ................................................................................. 22

## Introduction

The Gunnison Basin Programmatic Biological Opinion issued by the U.S. Fish and Wildlife Service in 2009 required that "Reclamation develop and implement a Selenium Management Program (SMP), in cooperation with the State of Colorado and Gunnison River basin water users to reduce adverse effects of selenium on endangered fish species in the Gunnison and Colorado rivers…".

A Selenium Program Formulation Document was developed by the Selenium Management Program (SMP) Workgroup and finalized in December 2011.  The following report was developed by the SMP Workgroup and details the progress of the SMP.

The SMP Workgroup meets on a quarterly basis or more frequently as needed.  Science and Research, Technical, and Outreach subcommittees have been established to support the SMP program.  SMP Workgroup ground rules were developed and adopted in July 2013.  They are attached as Appendix C.  Program progress is reported following the selenium management action plan (SMP Action Plan).

## SMP Action Plan

The SMP Action Plan is a living document which continues to evolve as more is learned about selenium fate and transport, as well as, when implementation activities to reduce selenium loading and concentrations in the Gunnison River are identified, initiated and/or completed.  The narrative below highlights the SMP progress and activities and corresponds to the most recent revisions to the Program Action Plan, which is attached as Appendix A.  A separate table showing only those actions which are underway, ongoing from previous years, or have been completed this year is attached as Appendix B.

**Part A - Reduce Existing Selenium Load** – These are actions that control or will control selenium loading from existing sources, such as current irrigated agricultural (off- and on-farm) and current non-agricultural water use by municipal, residential and industrial users.

1.  <u>Off-farm Projects Completed or Underway</u> – In late 2012, Reclamation issued a Funding Opportunity Announcement for Salinity Control Projects above Hoover Dam.  Within the Lower Gunnison Basin, at total of 7 new salinity projects were selected for funding totaling about $14.3 million (A.1.15 to A.1.22).   In total, these new projects will pipe approximately 38.33 miles of earthen canals and laterals and is predicted to control an additional 12,281 tons of salts as measured at the Whitewater gage.  As of this report, construction is underway on six of the seven projects.   Three of the selected projects were referred to the Basin States Program (A.1.20 to A.1.22). These projects are

1

funded by Reclamation through a contract with the State of Colorado for projects controlling less than 1,000 tons annually.   While all of these projects focus on reducing salinity in the Lower Gunnison Basin, there exists the potential for Selenium reduction through the salinity control efforts (USGS 2014).  The next Reclamation FOA will occur in FY15, providing an estimated $25 – $35 million in funding.  Informational meetings will occur in January 2015.  The FOA is planned for release in May 2015, and application selection and awards are planned for August 2015.

2.  <u>Off-farm-Future Projects</u> – Planning efforts continued in FY14 supporting the Uncompahgre Eastside Optimization Study (A.2.5.2).  A final report entitled *UVWUA Integrated Assessment, Comprehensive Implementation Planning, and System Optimization Analysis* prepared by Irrigation Training and Research Center was submitted in July 2014.  Uncompahgre Valley Water Users, Reclamation and ITRC continue to refine concepts and continue advance planning efforts.   In FY14, the SMP determined that including the west side of the Uncompahgre Project would be beneficial to selenium reduction efforts. West Side – Uncompahgre Project Optimization Planning at this time includes SCADA analysis (A.2.5.3).  Two in-canal headgate automation and SCADA projects were completed on the west side by the UVWUA.  There are no other optimization analysis being done at this time, however we did include a request for funding for the west side analysis in the RCPP proposal, and we should hear if this grant has been funded sometime in January 2015.

3.  <u>On-farm – Underway and Future Projects</u> – Through the Colorado River Basin Salinity Control Program, a Lower Gunnison Comprehensive Planning effort continued with Basin States funds (A.4.1).  The purpose of the study is to identify and prioritize cost effective salinity control opportunities, identify impediments to these opportunities, and to describe how a variety of control measures might be best implemented in a coordinated manner to maximize local and basin-wide benefits in cooperation with other potential funding partners in the Upper Colorado River Basin.  The study addresses both on-farm and off-farm.  While this study focuses on reducing salinity in the Lower Gunnison Basin, there exists the potential for Selenium reduction through the salinity control efforts (USGS 2014).  A draft findings and strategies report dated September 2013 prepared by URS Corporation and presented to the study team and the Salinity Control Workgroup in the fall of 2013. A final report, dated February 2014, was presented at a presentation of findings held in Grand Junction last fall.

4.  <u>Identify and Prioritize Target Areas and Potential Projects</u> – The SMP Workgroup continued working with sub-basin level data developed by USGS to

determine where to encourage/support projects that accomplish selenium reduction goals (A.2.4).  Based on current information, projects with the largest potential to reduce selenium loading include the Uncompahgre Project's East side and potentially selected drainages in the North Fork of the Gunnison River (USGS 2014).

The SMP continues to work with the USGS on ranking contributing areas of salt and selenium in the Lower Gunnison Basin using multiple linear regression models.  In 2013, USGS published the modeling results in a report entitled *Ranking Contributing Areas of Salt and Selenium in the Lower Gunnison Basin, Colorado, Using Multiple Linear Regression Models.*  The report is available online at http://pubs.usgs.gov/sir/2013/5075/.  A study to develop a water budget for the Bostwick Park was completed in 2014, and the Bostwick Park Systems Optimization Study (A.1.24) is currently underway and expected to be completed in 2015. Findings for the Bostwick Park water budget are being reviewed by the SMP Science subcommittee and are scheduled for publication in 2016. See Action C.1 (Expand Knowledge Base) for additional information on investigations including the USGS led Selenium Science Plan, which is available online at http://www.seleniumtaskforce.org/images/Se_SciencePlan_06302014_Version1.pdf.

5.  <u>Encourage/Facilitate Remaining Phases of Piping/Lining East Side Uncompahgre Project Laterals</u> – Through Phase 8, approximately 50.3% of the East Side Laterals (ESL) Project has been completed or is under contract as shown in Appendix A, A.1.2 - A.1.9 and A.1.17.  An additional 14.0 miles of piping of eastside laterals is planned for Phase 8.  It is anticipated that the remainder of Phase 7 and Phase 8 will be constructed in the Fall of 2015.

A total of $5 million from the Colorado River Storage Project Memorandum of Agreement (CRSP MOA) funding has been committed for piping and/or lining additional East Side Canals and Laterals (see Appendix A, A.1.14).  These funds have been reserved from FY2012 and FY2013 CRSP power revenues.   The types of activities that could be funded under the MOA include "costs of environmental compliance for CRSP initial units, including biological opinions or programmatic biological opinions and associated improvements that are necessary to satisfy compliance for continuation of operation of facilities…"

The SMP continues to support efforts of the Uncompahgre Valley Water Users Association.  The UVWUA continues to develop strategies that maximize funding and cost-share opportunities to complete the remaining ESL project.   The UVWUA has taken a very aggressive and pro-active approach to securing their own grants for cost share so projects can be maximized and funding leveraged.

3

6. <u>Encourage/Facilitate Off-Farm Projects in Other High Selenium Loading Areas in the Basin</u> – Some of the water users that submitted for the 2012 FOA (A.1.15-A.1.22) received about $62k in financial assistance from the State of Colorado to help defray the cost of utilizing engineering firms to prepare their applications for submission to Reclamation. (A.2.4.5).   The CWCB committed about $45k of Species Preservation funds in FY14 to assist water users in the Lower Gunnison Basin developing projects and proposals.

7. <u>On-Farm EQIP</u> – NRCS continues to promote irrigation efficiency projects aimed towards a long term goal of treating 50 to 60% of the acreage needing treatment (A.3.1).  NRCS reported on-farm EQUIP Salinity contracts for FY 2014 totaled 2,145 acres in for the Gunnison River Basin in Delta and Montrose Counties.  Approximately $4.85 million dollars was obligated for these projects.

8. <u>On-Farm Basin States Program</u> – In 2012, Reclamation and the State of Colorado finalized an agreement that provided $2 million Basin States Funds to the State for on- and off-farm irrigation improvements. This program replaced the old Parallel Program.  In 2014, contracts were written for 40 ac totaling approximately $158k from the Basin State Program (A.3.1).

9. <u>On-Farm Irrigation BMP Demonstration Projects</u> – In 2014, the State of Colorado completed engineering and design of a big gun demonstration project on the Meeker farm (A.4.6), and the project has been implemented.  The State plans to make up to $80k available in FY15 to fund demonstration projects.  This also includes a private landowner EQIP contract for approximately $128,992.  NRCS completed the design and engineering work with input from the landowner.  At this time, only the irrigation retention pond construction has been completed.  The gun will be installed and running by March 2015.

10. <u>Conduct Public Information and Education Programs</u> – The SMP hosted a table/booth and gave a presentation at the 2014 Soil Health Conference in Delta (A.8.2).  The conference is an opportunity to meet with water users and landowners and provide information on selenium activities in the Lower Gunnison Basin.  A table/booth and presentation is also planned for the 2015 Soil Health Conference held in January.

The Gunnison Basin and Grand Valley Selenium Task Force is assisting with the coordination of a presentation at the 2015 Uncompahgre Valley Water Users Association Annual meeting in February 2015 (A.8.3).  The SMP Education and Outreach Subcommittee continues to work on planning and coordination activities that include educating the public, county commissioners, and

collaborating with and supporting other outreach efforts occurring in the Lower Gunnison Basin which benefit selenium reduction goals of the SMP.

**Part B - Prevent/Minimize/Mitigate New Selenium Loading –** These are actions that prevent, minimize or mitigate new selenium loading, primarily from municipal, residential and industrial sources.

1. <u>Refine, Distribute and Promote Best Management Practices</u> –The SMP continues to explore opportunities to address new sources of selenium loading. In 2015, the SMP plans to discuss and develop strategies to minimize new sources using BMPs and other methods (B.1.2).  The SMP is also collaborating with entities promoting Soil Health Initiatives, including BMPs (B.2.2).  The Soil Health Initiative was supported by an NRCS Cooperative Conservation Partnership Initiative (CCPI) Grant, which has been exhausted.  The group is still very active and is moving forward with a 2015 Soil Health Conference.  The Selenium Task Force is providing financial support for the conference.   While this is not identified with targeting selenium, selenium reduction is a possible indirect impact.

   Participation in the SMP by federal and state agencies and local water users organizations has been good.  Additional outreach to local regulatory agencies is planned in FY15 with additional contacts made to county officials.

**Part C - Support Activities –** These are research and monitoring activities that expand our knowledge base on selenium loading, fate, transport and mitigation.

1. <u>Expanding Knowledge Base</u> – The SMP continues to support expanding the knowledge base as illustrated in C.1 through C.1.5.  These investigations are intended to increase our knowledge and ultimately lead to additional or more focused implementation activities.  The State of Colorado's Species Conservation Fund has supported a majority of these investigations, which enables USGS and other matching funds.

   In 2013, the State of Colorado and USGS funded the development of a Selenium Science Plan intended to describe and identify data gaps in monitoring and research efforts as needed to more fully understand selenium occurrence and the efforts to mitigate projects in the Lower Gunnison Basin (C.1.5).  A draft 5-Year plan was completed in late 2013 and was finalized in 2014.  The final Plan was approved by the SMP Workgroup, and the Workgroup will document and approve updates as needed.

Other major accomplishments include the installation of 4 monitoring wells associated with the Wetlands Study (C.1.1.C) and 30 monitoring wells as part of the 30 Well Eastside Groundwater Monitoring Network (C.1.1D).

In 2014, Alisa Mast et al. published their report *Mobilization of selenium from the Mancos Shale and associated soils in the lower Uncompahgre River Basin, Colorado* (C.1.1.A.1). Major findings include the presence of high concentrations of extractable nitrate which appears to be derived from weathered shale. Once selenium is dissolved, the dissolved nitrate appears to inhibit the reduction of the dissolved selenium, leading to elevated concentrations of selenium in groundwater (Mast et al.).

Approximately $1.8M in funding has been expended or committed to assist in expanding the knowledge base. The SMP continues to explore cost-share research and monitoring activities with the on-going Colorado River Salinity Control Program, as well as other funding opportunities in the Lower Gunnison Basin.

2.  <u>Monitoring Water Quality</u> – The SMP continues to support surface water quality monitoring as identified in C.2.1 through C.2.3. Approximately $206K has been committed in FY 13/14 for monitoring groundwater quality with the 30-Well Groundwater Network (C.1.1.E). Appendix B lists the water quality monitoring sample sites in 2014 and planned sites in 2015.

3.  <u>Monitor Endangered Fish</u> – The Upper Colorado River Endangered Fish Recovery Program continues to conduct population monitoring in the Gunnison River (C.3.1) and the Fish and Wildlife Service and Colorado Parks and Wildlife continue to collect fish tissue plugs to determine selenium concentrations in endangered and native fishes (C.3.2).

4.  <u>Report Annual Progress</u> – This annual report represents the annual progress of the Selenium Management Program (C.6). The USGS has completed a preliminary analysis of the Selenium Trend that incorporates data from 2013 (C.6.1). A copy of this draft report is attached for reference as Appendix D. As of FY15, funding has been identified to complete the report. The USGS intends to publish a report every 5 years that incorporates the annual water quality monitoring data collected from the trend sites. In summary, the analysis indicates a continuing downward trend in dissolved selenium at the Whitewater Site.

6

# REFERENCES

(Mast et al.) Mast, M. Alisa, Taylor J. Mills, Suzanne S. Paschke, Gabrielle Keith, and Joshua I. Linard. "Mobilization of Selenium from the Mancos Shale and Associated Soils in the Lower Uncompahgre River Basin, Colorado." *Applied Geochemistry* 48. September 2014 (2014): 16-27. Web. 8 Jan. 2015. http://www.journals.elsevier.com/applied-geochemistry.

(USGS 2014) U.S. Geological Survey, Colorado Water Conservation Board, U.S. Bureau of Reclamation, Colorado River Water Conservation District, U.S. Fish and Wildlife Service, Bureau of Land Management, and Natural Resources Conservation Service. *Science Plan in Support of the Selenium Management Program, Lower Gunnison River Basin, Colorado (Selenium Science Plan)*. U.S. Geological Survey, 2014. Web. 8 Jan. 2015. http://www.seleniumtaskforce.org/images/Se_SciencePlan_06302014_Version1.pdf.

Gunnison River Basin Selenium Management Program

**APPENDIX A -- PROGRAM ACTION PLAN**

**January 26, 2015 Version**

Current activities for the Selenium Management Program are identified in the following tables. Separate tables are provided for activities that:

A.  Reduce <u>existing</u> selenium load from existing sources
B.  Prevent, minimize or mitigate potential <u>new</u> selenium loading from new activities
C.  Provide for support for the Program or monitoring

Entities cooperating to complete an activity are identified, typically with the lead entity identified first.  Schedules are shown where they have been identified by placing an "X" in the appropriate <u>Federal</u> fiscal year (Oct-Sept) column.  When funding has not been secured for a specific fiscal year, an "*" will appear below the X.  Funding sources are only identified when funding has been committed or assurances have been provided by an organization.

## The following acronyms and abbreviations are used in the Action Table:

| | |
|---|---|
| BR | Bureau of Reclamation |
| BSP | Basin States Salinity Control Program administered by Colorado Department of Agriculture's State Conservation Board (on- and off-farm projects) |
| BWP | Basinwide Salinity Control Program administered by Reclamation (off-farm projects) |
| CDPHE | Colorado Department of Public Health and Environment |
| CO | State of Colorado |
| Company | refers to an unidentified irrigation water provider; once contract is signed, a specific entity will be identified |
| CRSP MOA | Colorado River Storage Project Memorandum of Agreement |
| CRWCD | Colorado River Water Conservation District (AKA River District) |
| CWCB | Colorado Water Conservation Board |
| EQIP | Environmental Quality Incentives Program administered by NRCS (on-farm projects) |
| ESL | East Side Laterals Project located on the east side of the Uncompahgre Project area near Montrose & Delta |
| FOA | Funding Opportunity Announcement - Reclamation's Basinwide Salinity Program |
| LG | Lower Gunnison |
| NRCS | USDA Natural Resources Conservation Service |
| NWCC | North Fork River Improvement Association-Western Slope Environmental Resource Council (NFRIA-WSERC) Conservation Center |
| SCP | Colorado River Basin Salinity Control Program (composite organization including BR, NRCS, BLM, representatives of the 7 Colorado River basin states) |
| SMP | Gunnison Basin Selenium Management Program |
| STA | subject to appropriation |
| STF | Gunnison Basin and Grand Valley Selenium Task Force |
| TBD | to be determined |
| USGS | United States Geological Survey |
| UVWUA | Uncompahgre Valley Water Users Association |
| UP | Uncompahgre Irrigation Project |
| WWUC | Lower Gunnison Basin Wise Water Use Council |
| WNTSC | NRCS West National Technology Support Center, Portland |
| WS | WaterSmart |

Gunnison River Basin Selenium Management Program 2014 Action Plan          Page 1

| ID | Activity | Cooperating entities/programs | Start Date | Current Status | Prior years | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **PART A - REDUCE EXISTING SELENIUM LOAD** | | | | | | | | | | | | | | |
| | **ACCELERATE SE CONTROL PROJECTS FOR IRRIGATED AGRICULTURE** | | | | | | | | | | | | | | |
| A.1 | **Off-farm – projects completed or underway** | | | | | | | | | | | | | | |
| A.1.1 | Uncompahgre Project - Winter Water Program | UVWUA/BR | 1992 | Completed in 1995 | X | | | | | | | | | | Eliminated winter flows in 407 miles of Uncompahgre Project canals & laterals 1992-1995 (controls 41,330 tons of salt annually) |
| A.1.2 | Uncompahgre Project - East Side Laterals Phase 1 | UVWUA/BWP/ NIWQP | 1998 | Completed in 2000 | X | | | | | | | | | | Piped 8.5 miles of laterals from 1998-2000; ESL Project is 4.4% complete. (controls 2,295 tons of salt annually) |
| A.1.3 | Uncompahgre Project - East Side Laterals Phase 2 | UVWUA/BWP/ NIWQP | 2004 | Completed in 2007 | X | | | | | | | | | | Piped 20.5 miles of laterals from 2004-2007; ESL Project is 14.9% complete. (controls 6,139 tons of salt annually) |
| A.1.4 | Uncompahgre Project - East Side Laterals Phase 3 | UVWUA/BWP/ NIWQP | 2007 | Completed in 2011 | X | | | | | | | | | | Piped 10.5 miles of laterals from 2007-2011; ESL Project is 20.3 % complete. (controls 2,292 tons of salt annually) |
| A.1.5 | Uncompahgre Project - East Side Laterals Phase 4 | UVWUA/BWP CDPHE | 2008 | Completed in 2012 | X | X | | | | | | $2.8M | BWP/ CDPHE | | Piping of 11.4 miles is complete; Overall ESL Project is 26.1% complete (controls 3,651 tons of salt annually). Completed in 2012 |
| A.1.6 | Lower Grandview Canal & Laterals (North Fork Area) | Grandview Canal & Res. Co/ BWP | 2009 | Completed in 2011 | X | | | | | | | $5.4M | BWP | | 10 miles of pipe in Alum Gulch drainage; Construction   completed in 2012 & habitat replacement completed in 2013. (controls 4,588 tons of salt annually) |
| A.1.7 | Uncompahgre Project - East Side Laterals Phase 5 | UVWUA/BWP | 2011 | Completed in 2014 | X | X | X | X | | | | $4.3M | BWP | | Piping of 19.0 miles of  laterals completed in 2014; Overall ESL Project is 35.8% complete (controls 5,037 tons of salt annually) |
| A.1.8 | Uncompahgre Project - East Side Laterals Phase 6A (EC Lateral Lining Demonstration Project) | UVWUA/BR/ CWCB/BSP | 2011 | Completed in 2013 | X | X | X | | | | | $2M | CWCB/BSP | Yes | Lining of 2.0 mile project completed in 2013. Overall ESL is 36.7% complete (controls 1,374 tons of salt annually) |
| A.1.9 | Uncompahgre Project -  East Side Laterals Phase 7 | UVWUA/BSP | 2011 | Underway, 23% Completed | X | X | X | X | X | X | | $3.2M | BSP | Yes | Plan to pipe 12.7 miles of laterals; Overall ESL will be 43.2% complete (controls 3,029 tons of salt annually) |
| A.1.10 | Lower Stewart Pipeline Project  (North Fork area) | Stewart Ditch & Res. Co/ BWP | 2012 | Underway, 90% Completed | | X | X | X | | | | $6.0M | BWP | Yes | Plan to pipe 11.5 miles of lower Stewart Ditch & laterals; (controls 10,920 tons of salt annually); Additional piping & salt reduction to occur under current agreement. |
| A.1.11 | Minnesota Ditch – Phase 1  (North Fork area) | Minnesota Canal & Res. Co/BWP | 2011 | Completed in 2014 | | X | X | X | | | | $3.9M | BWP | | Piping of 5.2 miles of upper Minnesota Ditch Construction  completed in 2013; (controls 3,263 tons of salt annually) |
| A.1.12 | C Ditch/Needle Rock Project (North Fork) | C Ditch Co /BWP | 2014 | Completed in 2014 | | | | X | | | | $1.4M | BWP | | Piped 2.5 miles of the irrigation ditches within the C Ditch/Needle Rock Project; Construction  completed in 2014  (controls 1,283 ton salt annually) |
| A.1.13 | Clipper Ditch Project 4 – Spurling & Drake Laterals (North Fork) | Clipper Ditch CO/ BWP | 2014 | Underway | | | X | X | | | | $1.2M | BWP | | Plan to pipe 3.5 miles of the irrigation canals within the Clipper Project; (controls 1,038 tons of salt annually) |
| A.1.14 | Uncompahgre Project - East Side Laterals Phase TBD (from CRSP MOA) | UVWUA/BR | 2014 | Planning Phase | X | X | X | X | | | | $5M | BR CRWCD | | Consideration of which laterals or canals to pipe or line and schedule is underway;  Funding committed from both FY12 and FY13 CRSP MOA Funding. Funding thru 2025 |
| A.1.15 | Minnesota Extension, phase 2 (North Fork) | MC&R C/BWP | 2014 | Underway | | | X | X | | | | $3.0M | BWP | | Plan to pipe 3.8 miles of irrigation ditches which serves 950 acres.  Is an extension of A.1.11;  (controls 2,328 tons of salt annually) |
| A.1.16 | Slack/Patterson Lateral-Roger's Mesa (North Fork) | RMWDA/BWP Association | 2014 | Underway | | | X | X | | | | $3.3 M | BWP | | Plan to pipe 9.0 miles of irrigation ditches on Roger's Mesa. (controls 3,345 tons of salt annually) |
| A.1.17 | Uncompahgre Project- Eastside Laterals Phase 8 | UVWUA/BWP | 2014 | Underway | | | X | X | X | X | X | $3.5M | BWP | | Plan to pipe 14.0.miles of laterals; Overall ESL will be 50.3% complete, 98.6 of 196 mi. completed. (controls 3,307 tons of salt annually) |
| A.1.18 | Cattleman's Project (North Fork) | CCISIC/BWP | 2015 | Construction to start in 2015 | | | X | X | | | | $2.0M | BWP | | Plan is pipe 6.0 miles of irrigation ditches (Hart, McLaughlin, Rockwell & Poulsen Ditches); (controls 1,855 tons of salt annually) |
| A.1.20 | 2012 FOA BSP Project - Bostwick Park, Siphon Lateral Project (Lower Gunnison) | BPWCD./BSP | 2014 | Underway | | | X | X | | | | $0.7M | BSP | Yes | Plan to pipe 1.76 miles of laterals; (controls 413 tons of salt annually) |
| A.1.21 | 2012 FOA BSP Project - Zanni Lateral (Crawford) | CWCD./BSP | 2014 | Underway | | | X | X | | | | $1.0M | BSP | Yes | Plan to pipe 1.6 miles of the Zanni Lateral. (controls 551 tons of salt annually) |

*Note: When funding has __not__ been secured for a specific fiscal year an "*" will appear next to the X*

Gunnison River Basin Selenium Management Program 2014 Action Plan                                                                                                    Page 2

| ID | Activity | Cooperating entities/programs | Start Date | Current Status | Prior years | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.1.22 | 2012 FOA BSP Project - Forked Tongue-Holman Ditch Company (Lower Gunnison) | FT/HDC/BSP | 2014 | Underway | | | X | X | X | | | $0.7M | BSP | Yes | Plan is to pipe 1.32 miles of multiple user and 0.57 miles of single user ditches. (controls 412 tons of salt annually, 354 tons off-farm & 58 tons on-farm) |
| A.1.23 | M&D and Ironstone Headgate Automation (SCADA) | BOR/SCTF/ UVWUA | 2013 | Completed in 2014 | | | X | X | | | | $82K | WS/SCTFUVW UA | | Demo use of SCADA that will be applied to the eastside. Complete – Awaiting agreement close-out |
| A.1.24 | Bostwick Park System Optimization | CWCB/BOR | 2014 | Underway | | | | X | X | | | | | | Completion expected in 2015 |
| A.2 | **Off-farm – future projects** | | | | | | | | | | | | | | |
| A.2.1 | Participate in Salinity Control Program - Lower Gunnison Comprehensive Plan effort | CRWCD/ BR/ CWCB/ NRCS/ BSP/SMP | 2012 | Completed | X | X | X | | | | | $150K | BSP | Yes | Study is examining how to best promote & implement future salinity control projects in LG Basin for both On & Off-Farm. Potential selenium reduction benefits. Final report Feb. 2014 |
| A.2.2 | 2012 Salinity Funding Opportunity Announcement | BWP/BSP | 2012 | Last agreement signed in 2014 | X | X | X | | | | | $14.3M | BWP/ BSP | Yes | For projects upstream of Hoover Dam: awarded 7 new projects within the Lower Gunnison Basin in 2013-14. See A.1.15 through A.1.22 |
| A.2.3 | 2015 Salinity Funding Opportunity Announcement | BWP/BSP | 2015 | Planning Phase | | | | | X | X | | ~$25-35M | BWP/BSP | Yes (STA) | Pre-FOA planning in winter 2014, FOA anticipated in summer FY15. |
| A.2.4 | Identify & prioritize target areas & potential projects | BR/USGS/SMP | | On-going | X | X | X | X | | | | $30K | BR | Yes | Includes examination of influence of Bostwick Park water use on UP loading   USGS Study to develop Bostwick Park Water Budget waiting on Interagency Agreement Funding. |
| A.2.4.3 | Formulate proposals for future FOAs and grants | UVWUA/BR/ SMP | | Underway | X | X | X | X | X * | X * | | ~470k | UVWUA / BR | Yes | Reclamation and UVWUA continue to work on advance planning for completing the ESL. |
| A.2.4.4 | RCPP Grant Submittal. System Optimization and modernization. | BPWCD/CWCD/NFW CD/UVWUA/NRCS/C RWD | | Underway | | | | X | X | | | $20M | NRCS | | |
| A.2.4.5 | Technical Assistance Grants to Water Users, 2012 FOA | SMP/CWCB/ DCD | 2012 | Completed | X | X | | | | | | $62K | CWCB | Yes | State of Colorado committed up $100K to assist water users in the Lower Gunnison Basin with development of proposals for the FY12 Salinity FOA. |
| A.2.4.6 | Technical Assistance Grants to Water Users, 2015 FOA | SMP/CWCB/ DCD | 2014 | Underway | | | | | X | | | $150K | CWCB | Yes | Potential Selenium reduction |
| A.2.4.7 | CWCB leading effort planning to identify regional optimization opportunities outside the Uncompahgre Project. | CWCB/Others | | Underway | | | | X | X | X | | $100K | SCTF | Yes | ~10K in FY14, SMP will discuss the merits of include west side of Uncompahgre Project.  May include Westside of Uncompahgre Project |
| A.2.5 | **Encourage/facilitate remaining phases of Uncompahgre Project - East Side Laterals** | | | | | | | | | | | | | | |
| A.2.5.1 | Step 1 of East Side - Uncompahgre Project optimization planning. Rapid Assessment Study. | CWCB/Cal Poly/UVWUA | | Completed in 2010 | | | | | | | | | | | Rapid Assessment completed in 2010 |
| A.2.5.2 | East Side - Uncompahgre Project optimization planning | Cal Poly/CRWCD/ UVWUA/BR/ CWCB/CDPHE | 2014 | Underway | X | X | X | X | | | | $280K | CDPHE/ CWCB | Yes | Study identified how best to pipe & line east side delivery system & provide more manageable facilities for UVWUA. Currently, final report has not been publically released. |
| A.2.5.3 | West Side - Uncompahgre Project optimization planning, including SCADA | Cal Poly/CRWCD/ UVWUA/BR/ CWCB/CDPHE | 2014 | Underway | | | | | X | X | | $35K | CDPHE/ CWCB | partial | Study identified how best to pipe & line west side delivery system & provide more manageable facilities for UVWUA |

*Note: When funding has <u>not</u> been secured for a specific fiscal year an "\*" will appear next to the X*

Gunnison River Basin Selenium Management Program 2014 Action Plan

| ID | Activity | Cooperating entities/programs | Start Date | Current Status | Prior years | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.3 | **On-farm -projects completed** | | | | | | | | | | | | | | |
| A.3.1 | On-Farm EQIP and Basin States Program Improvements | Landowners/ NRCS/BSP | | Ongoing | X | X | X | X | X | X | X | | | | NRCS (2011, 2012 ,2013& 2014) Dollars listed do not include Technical Assistance provided by NRCS funded through EQIP. FY2011 NRCS- 1,803 acres treated in FY10 with cumulative effort totaling 57,588 acres since 1988; figures include all accomplishments of Parallel & Basin States  Programs; overall plan is 43% complete  FY2012  -Total acres contracted for Gunnison River Basin (Delta and Montrose Counties):  2,163 ac (NRCS EQIP Salinity, 6,635 ac (BSP) -Total dollars obligated for Gunnison River Basin (Delta and Montrose Counties): $3,843,296 (NRCS EQIP Salinity), $496,634 (BSP)  FY2013 -Total acres contracted (EQIP Salinity) for Gunnison River Basin (Delta and Montrose Counties):  1,888 ac (NRCS EQIP Salinity, 323 ac (BSP) -Total dollars obligated  for Gunnison River Basin (Delta and Montrose Counties):  $3,293,604 (NRCS EQIP Salinity), $646,205 (BSP)  FY2014 - Total acres contracted (EQIP Salinity) for Gunnison River Basin (Delta and Montrose Counties):  2,145 ac (NRCS EQIP Salinity, 40 ac (BSP) - Total dollars obligated  for Lower Gunnison River Basin (Delta and Montrose Counties):  $4,851,485 (NRCS EQIP Salinity), $157,681 (BSP) |
| A.4 | **On-farm – underway & future projects** | | | | | | | | | | | | | | Plan is to treat 50-60% of remaining acreage |
| A.4.1 | Participate in Salinity Control Program - Lower Gunnison Comprehensive Plan effort | CRWCD/ BR/ CWCB/ NRCS/ BSP/SMP | 2012 | Completed in 2014 | | X | X | X | | | | see funding for A.2.1 | BSP | Yes | Study is examining how to best promote & implement future salinity control projects in LG Basin for both On & Off-Farm. Potential selenium reduction benefits. Final report Feb. 2014 |
| A.4.2 | Implement EQIP-funded irrigation efficiency improvements | Landowners/ NRCS | 1988 | Underway | | | X | X * | X * | X * | | | NRCS | Partial (STA) | |
| A.4.3 | Implement BSP-funded irrigation efficiency improvements | Landowners/ BSP/ CWCB | | Underway | | X | X | X | X * | X * | X * | | Basin Funds | Partial | |
| A.4.4 | Improve Irrigation Water Management | Landowners/ conservation districts | | Underway | | X | X | X | X * | X * | X * | | Basin Funds | Partial | Delta District & Shavano District staff help landowners improve water management |
| A.4.5 | ON-farm Irrigation BMP Demonstration Projects | Landowner/ GBSTF/Cons Districts/CWCB | | Underway | | | X | X | X | | | ~$100K | SCTF/CRWCD/ Landowners/ NRCS | | Intended to demonstrate and evaluate practices and improvements that may not be included in the existing programs. |
| A.4.6 | Meaker Big Gun Demo | Landowner/ GBSTF/Cons Districts/CWCB | | Underway | | | X | X | | | | $210K | SCTF/CRWCD/ Landowners/ NRCS | Yes | Demonstrate the feasibility of using Big Gun Sprinkler systems on Adobe soils in irregular shaped parcels. |
| | **SE CONTROL PROJECTS FOR EXISTING PONDS** | | | | | | | | | | | | | | |
| A.5 | **Ponds (recreational, farm, aesthetic)** | | | | | | | | | | | | | | |
| A.5.1 | Formulate program to address existing pond seepage | SMP | | Not begun | | | | | | | | | | No | Studies (see C.1.) are proposed to examine loading impacts of ponds and develop selenium control concepts. |
| A.5.2 | Delineate and inventory ponds using 2011 aerial photos | SCD | | Complete | | X | X | | | | | ~$4K | SCTF | yes | Includes perched, size, soils for Lower Uncomphagre, Lower reaches of North Fork to Delta |
| A.5.3 | Analyze existing pond data and identify gaps and priority ponds or areas | USGS/NRCS/BR | | TBD | | | | X * | X * | | | ~$100K | SCTF/ BR/BSP | No | Include in future modeling in to address pond significance. |
| | **SE CONTROL PROJECTS FOR OTHER EXISTING NON-AG SOURCES** | | | | | | | | | | | | | | |
| A.6 | **Municipal & industrial** | | | | | | | | | | | | | | |
| A.6.1 | Explore options for selenium management from sewage treatment plants | Operators/ CDPHE | | Not begun | | | | | | | | | | No | SMP to evaluate need and benefits in future |
| A.6.2 | Explore options for selenium management from individual Sewage Disposal Systems | Operators/ CDPHE | | Not begun | | | | | | | | | | No | |

*Note: When funding has __not__ been secured for a specific fiscal year an "*" will appear next to the X*

Gunnison River Basin Selenium Management Program 2014 Action Plan                                                Page 4

| ID | Activity | Cooperating entities/programs | Start Date | Current Status | Prior years | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.6.3 | Delineate and inventory septic using GIS | USGS/SCTF/USBR | | ongoing | | | | X * | X | | | $15K | SCTF | partial | 19,000+ systems identified. Will look at Tri-county water to estimate annual septic volume |
| A.6.4 | Explore options for selenium management involving gravel pits | Operators/ CDPHE | | Not begun | | | | | | | | | | | Needs to be developed |
| A.7 | Public lands (administered by BLM) | BLM | | Ongoing | X | X | X | X | | | | | BLM | Yes | BLM to Address selenium in new Resource Management Plans |
| | **OUTREACH AND EDUCATION INITIATIVES TO ADDRESS ALL EXISTING SELENIUM SOURCES** | | | | | | | | | | | | | | |
| A.8 | Conduct public information and education program | SMP | | Underway | X * | X * | X * | | | | | | | Partial | Will work with Wise Water Use Council |
| A.8.1 | SMP Education and Outreach Committee | GBSTF/SMP | 2013 | Underway | | X | X | X | | | | ~$5K | GBSTF/BR/DCD/SCD/Others | Yes | Each agency cover costs of salaries for participation (in kind services) |
| A.8.2 | Collaborate with the Lower Gunnison Basin Soil Health Team to education the public about selenium reduction and soil health | STF/NRCS | 2013 | Underway | | X | X | X | | | | ~$1K | CRWCD | Yes | Table/booth at FY14 Soil Health Conference; STF presentation and booth at FY15Soil Health Conference |
| A.8.3 | Collaborate with local water providers to educate stakeholders about selenium related issues and the importance of on-farm and off-farm selenium reduction activities | STF/SMP | | Underway | | X | X | X * | X * | X * | | ~$1K | CRWCD | Yes | STF presentation at February 2014 UVWUA Annual Meeting; Other water providers being contacted to gage interest in selenium presentation or their boards. |
| A.9 | Develop strategies to support, facilitate, encourage LG water users to undertake projects that have Se control benefits | SMP | | Not begun | X * | | | | | | | | | No | |
| | **PART B - PREVENT/MINIMIZE/MITIGATE NEW SELENIUM LOADING (primarily for potential municipal, residential & industrial sources)** | | | | | | | | | | | | | | |
| B.1 | Refine, distribute, & promote Best Management Practices (BMPs) | SMP/STF/ WWUC | | Underway | X * | X * | X * | X * | X * | X * | | | BR/ CRWCD | Partial | Existing BMPs can be found at http://seleniumtaskforce.org/wisewateruseinfo.html |
| B.1.2 | Minimize New Sources using BMPs and other methods (Ponds, Septic system & other sources) | SMP/STF | | TBD | | | X * | X * | | | | Unk | Unk | No | Needs continued discussion by SMP workgroup in 2015. Also being addressed by Education and Outreach committee. See A.8.1 |
| B.2 | **Conduct public information & education program** | | | | | | | | | | | | | | |
| B.2.1 | Present information/education activities | SMP/ WWUC/STF | | Underway | | X * | X * | X * | X * | X * | | | BR/ CRWCD | Partial | Lower Gunnison Wise Water Use Program underway. Funding through 2012. |
| B.2.2 | Promote Soil Health Initiative | NRCS/DCD/SCD | | Ongoing | | X | X | | | | | UNK | UNK | No | SMP to work with existing and developing Soil Health Initiatives including BMPs Potential to reduce selenium loading |
| B.3 | **Encourage management actions to control loading from proposed actions which involve:** | | | | | | | | | | | | | | |
| B.3.1 | Reclamation projects and actions | BOR | | Ongoing | X | X | X * | X * | X * | X * | | | BR | Partial | |
| B.3.2 | BLM managed lands | BLM | | Ongoing | X | X | X * | X * | X * | X * | | | BLM | Partial | |
| B.3.3 | Other Federal actions | USFWS/ TBD | | Ongoing | X | X | X * | X * | X * | X * | | | USFWS/TBD | Partial | |
| B.3.4 | Counties/cities | Counties/ cities | | Not begun | X | X | X * | X * | X * | X * | | | | | |
| | **PART C - SUPPORT ACTIVITIES** | | | | | | | | | | | | | | |
| C.1 | **Expand knowledge base** | | | | | | | | | | | | | | |
| C.1.1 | **Investigate loading and fate & transport mechanisms** | | | | | | | | | | | | | | |
| C.1.1.A.1 | Effects of Recharge and Dissolved Nitrate (Seq. Extract Study aka Column Study) (Phase I) | BR/USGS | | Completed | X | X | X | | | | | $185K | BR | Yes | Funding from BR Science & Technology Program & USGS Final Report was published in 2014 |
| C.1.1.A.2 | Geochemical characterization of selenium in Mancos Shale derived soils and shallow aquifer sediments in the Lower Gunnison River Basin (phase II) | BR/USGS/SCTF/NRCS | 2014 | Underway | | | X | X | X | | | $199K | SCTF/USGS | Yes | |
| C.1.1.B.1 | Characterization of Salinity and Selenium Loading and Land-Use Change in Montrose Arroyo, Western Colorado, from 1992 to 2010, phase 1 | USGS/BR | | Completed in 2012 | X | X | | | | | | $98K | BR | Yes | Characterization of Salinity and Selenium Loading and Land-Use Change in Montrose Arroyo, Western Colorado, from 1992 to 2010 http://pubs.usgs.gov/sir/2011/5106/ |

*Note: When funding has __not__ been secured for a specific fiscal year an "*" will appear next to the X*

Gunnison River Basin Selenium Management Program 2014 Action Plan                                     Page 5

| ID | Activity | Cooperating entities/programs | Start Date | Current Status | Prior years | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | Out years | Est. funding needs | Funding sources | Funds in place? | Comments (with shortcomings highlighted) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C.1.1.B.2 | Characterization of Salinity and Selenium Loading and Land-Use Change in Montrose Arroyo, Western Colorado, from 1992 to 2013, phase 2 | USGS/BR | 2011 | On-going | X | X | X | X | | | | $98K | BR | Yes | Characterization of Salinity and Selenium Loading and Land-Use Change in Montrose Arroyo, Western Colorado, from 1992 to 2013 Reprt anticipated to be completed in the early part of calendar year 2015. |
| C.1.1.C | Study of Influence of Water-table Elevated Changes on Selenium Concentrations in Saturated Mancos Shale Derived Soils of the Lower Gunnison River Basin, Colorado (Wetlands Study) | USGS/SCTF/BR | | Underway | X | X | X | X | | | | $220K | SCFT/USGS/BR | Yes | 4 wells constructed in FY13 using BR Provo Drill Crew, Monitoring being completed by USGS |
| C.1.1.D | Installation of 30-Well Eastside GW Monitoring Network and Monitoring | USGS/SCTF/BR | | Completed | X | X | X | X * | | | | $434K | SCTF/ USGS/ BR | Partial | 10 well installed in FY13 @ ~$190K including BR Provo Drill Crew Costs; ~$144K (SCTF/USGS) & ~$100K (BR)  in FY14 for construction of the 20 additional. |
| C.1.1.E | Monitoring of 30-Well GW Network | USGS/SCTF/BR | | Underway | X | X | X | X | X | X * | X * | $67K 13 $139K14 | SCTF/ USGS | Partial | FY13 Monitoring of 10 wells completed, FY 14-Five Year Proposal to be reviewed by Science Team |
| C.1.1.F | Real-time Selenium Monitoring, 5 of sites | CRWCD/USGS/BR/BLM | | Ongoing | X | X | X | X | X | X | X | $85k | USGS/BR/BLM | Partial | 85k includes 20 salinity stations in CRB |
| C.1.2 | Investigate loading impacts of  Non-Ag sources including ponds, ISDS & other point/non-pt. sources | USGS/SMP | | Proposed | | | | | X | X | | $15k | USGS/USBR/SCTF | Partial | ISDS = individual septic disposal systems Part of Model |
| C.1.3 | Investigate solutions & BMPs for Non-Ag sources | SMP | | Proposed | | | | | | | | | | No | |
| C.1.4 | Development of soil selenium interpretation | WNTSC | | Underway | X | X | X | X | ? | | | | NRCS | Yes | Funding included in NRCS's general Technical Assistance. |
| C.1.5 | Develop 5 Year Science Plan | USGS/SMP | | Completed | X | X | X | X | | | | $129k | SCTF/ USGS | Yes | Plan was finalized in 2014 approved by the SMP Workgroup. Workgroup to document and approve updates as needed. |
| C.2 | **Monitor water quality** | | | | | | | | | | | | | | |
| C.2.1 | Collect periodic samples at core monitoring network (e.g., 6-9/yr.) | CRWCD/ USGS/BR/ CDPHE/ NWCC | | Ongoing | X | X | X | X * | X * | X * | | | | Partial | Please see Appendix B |
| C.2.2 | Operate continuous WQ monitors | CRWCD/ USGS/BR | | Ongoing | X | X | X | X * | X * | X * | | | | Partial | Please see Appendix B |
| C.2.3 | Collect periodic samples at ancillary sites | USGS,CRWCD, CDPHE, STF, Others | | Ongoing | X * | X * | X * | X * | X * | X * | | | | Partial | Please see Appendix B |
| C.3 | **Monitor endangered fish** | | | | | | | | | | | | | | |
| C.3.1 | Population Sampling | Recovery Program | | Ongoing | X | X | X * | X * | X * | X * | | | FWS /BR | | Funding and investigations provided through UCRRIP |
| C.3.2 | Fish tissue Plugs to determine selenium concentrations | FWS | | Ongoing | X | X | X | X * | | X * | | | FWS/ CPW | Partial | In-kind services. August 2014 Fish Population Sampling: 16 Colorado pikeminnow, 1 razorback sucker, and 4 bonytail. 2014 from the Redlands fish ladder: 1 Colorado pikeminnow, 7 razorback suckers, and 3 bonytail. |
| C.3.2.1 | USGS Open-File Report 2013-1104 | USGS/FWS | | Completed | X | X | | | | | | | | Yes | Report entitled "Determination of Selenium in Fish from Designated Critical Habitat in the Gunnison River, Colorado, March through October, 2012" |
| C.4 | Obtain funding for SMP activities | SMP/STF | | Underway | X | X | X * | X * | X * | X * | | | | Partial | |
| C.5 | **Develop new technology** | | | | | | | | | | | | | | |
| C.5.1 | Investigate canal sealants | BR/ UVWUA | | Underway | X | | | | | | | | BR | Partial | Working with EPA on application rates.  Programmatic NEPA underway.  Application of PAM not permitted on Reclamation Projects or with Reclamation funding |
| C.6 | Report annual progress | BR | | Due January of each year | X | X | X | X | X | X * | X * | | BR | Partial | Address WQ, updated load/concentration trend plots, biological monitoring, construction progress & outreach/education. |
| C.6.1 | Selenium Trend Analysis | USGS | | Ongoing | | X | X | X | X | X | | $210K | BR | Yes | Draft Selenium Trend Analysis Reports included as part of annual report to FWS |

*Note: When funding has  not  been secured for a specific fiscal year an "*" will appear next to the X*

Gunnison River Basin Selenium Management Program

## APPENDIX B – 2014 WATER QUALITY SAMPLE SITES

L G B   S M P   2 0 1 4   A c t i o n   P l a n - Appendix   B

**2013 <span style="color:red">USGS Water-quality sites</span> in the Lower Gunnison Basin associated with the SMP**

   09129600 Smith Fork near Lazear, CO
   09136100 North Fork Gunnison River above mouth nr Lazear, CO
   384624107570701 Gunnison River at 2200 Road Bridge, at Austin, CO
   09137500 Gunnison River near Cory, CO
   384617108022901 Gunnison R abv Hartland Ditch nr Delta, CO
   09144200  Tongue Creek at Cory, CO.
   09146200 Uncompahgre R nr Ridgway, CO
   09147500 Uncompahgre R at Colona, CO
   382802107513301 Montrose Arroyo at East Niagara Street
   383041107544201 Cedar Creek near mouth
   383946107595301 Loutsenhizer Arroyo at North River Road
   384202108032001 Dry Creek at mouth, near Delta
   09149500 Uncompahgre R at Delta, CO
   09144250 Gunnison R at Delta, CO
   384448108070301 Cummings Gulch at mouth
   09150500 Roubideau Creek at mouth near Delta, CO
   384527108152701 Gunnison River above Escalante Creek, near Delta,CO
   385011108225401 Gunnison River bl Dominguez Creek near Whitewater
   09152500  Gunnison River near Grand Junction, CO

**2014 <span style="color:red">USGS Water-quality sites</span> in the Lower Gunnison Basin associated with the SMP**

   09129600 Smith Fork near Lazear, CO
   09136100 North Fork Gunnison River above mouth nr Lazear, CO  *
   384624107570701 Gunnison River at 2200 Road Bridge, at Austin, CO
   09137500 Gunnison River near Cory, CO
   384617108022901 Gunnison R abv Hartland Ditch nr Delta, CO
   09144200  Tongue Creek at Cory, CO.
   09146200 Uncompahgre R nr Ridgway, CO
   09147500 Uncompahgre R at Colona, CO  *
   382802107513301 Montrose Arroyo at East Niagara Street
   383041107544201 Cedar Creek near mouth
   383946107595301 Loutsenhizer Arroyo at North River Road
   384202108032001 Dry Creek at mouth, near Delta
   09149500 Uncompahgre R at Delta, CO  *
   09144250 Gunnison R at Delta, CO  *
   384448108070301 Cummings Gulch at mouth
   09150500 Roubideau Creek at mouth near Delta, CO
   384527108152701 Gunnison River above Escalante Creek, near Delta,CO
   385011108225401 Gunnison River bl Dominguez Creek near Whitewater
   09152500  Gunnison River near Grand Junction, CO (aka Whitewater site)  *

*  *Denotes real-time, continuous monitor sites using linear regression to calculate instantaneous
   dissolved selenium loads.*                                                                16

**2014 Selenium Task Force Water-quality sites in the Lower Gunnison Basin associated with the SMP**

USGS 09146200                 Uncompahgre River near Ridgway, CO

USGS 381716107454301          Billy Creek at Mouth

USGS 381933107455101          Onion Creek at County Rd 906A near Colona

USGS 382034107464501          Beaton Creek at Uncompahgre Rd near mouth

USGS 09137050                 Currant Creek, near Read, CO (Bridge at mile marker 8 on Hwy 92)

USGS 384812107524501          Oasis Ditch at Hwy 92

USGS 384802107522201          Lawhead Gulch at Hwy 92

USGS 384752107502201          Sulphur Gulch at Hwy 92

USGS 384756107490801          Big Gulch at Hwy 92

USGS 384747107430501          Short Draw west of County Fairgrounds at Hotchkiss

USGS 384915107412101          Jay Creek at Hwy 133 near mouth

1/

Gunnison River Basin Selenium Management Program

**APPENDIX C – GUNNISON BASIN SELENIUM MANAGEMENT PROGRAM WORKGROUP GROUND RULES**

**July 2013**

**Gunnison Basin Selenium Management Program**
**Workgroup Ground Rules**
**July 2013**

## BACKGROUND:

The Selenium Management Program[1] ("Program" or "SMP") has been developed as part of a broad-based cooperative effort to provide water security, environmental compliance and regulatory certainty for water users in the Gunnison Basin of western Colorado.  Developed in response to the 2009 Gunnison Basin Programmatic Biological Opinion ("PBO"), the program guides the efforts of public and private agencies and organization in controlling selenium to meet the dual objectives of:

1) Complying with Clean Water Act requirements, and
2) Assisting in the recovery of several endangered fish species in order to comply with the Endangered Species Act.

The program is designed to benefit water users and regional economies by protecting existing and future water uses through the acceleration of the improvement of irrigation system infrastructure and related on-farm irrigation improvements and practices that reduce selenium (and associated salinity) loading and enhance agricultural productivity.  The program also expands efforts to control selenium from non-agricultural sources and to improve scientific understanding of selenium fate and transport.

## SMP ORGANIZATION AND STRUCTURE:

Participation is open to all interested parties with a demonstrated stake in the success of the Gunnison Basin SMP and as accepted by the SMP Management Committee.  The SMP accomplishes the implementation of selenium control and mitigation activities through a committee and subcommittee structure as follows:

**Management Committee:**

The SMP Management Committee is comprised of those entities that are specifically recognized in the PBO and/or who later signed the MOU to develop the Program Formulation Document ("PFD") dated December 2009.  The Management Committee addresses policy issues, assures that adequate progress is being made, provides resources, provides input and oversight to the Work Group, and selects the preferred strategy.  The Area Manager of the Reclamation's Western Colorado Area Office serves as the Management Committee lead.  The members of the Management Committee are a representative of the following entities:

---

[1] See Selenium Management Program, Program Formulation Document, Gunnison River Basin, Colorado dated December 2009, prepared by Selenium Management Program Workgroup and compiled by the Bureau of Reclamation.

- U.S. Bureau of Reclamation

- Colorado Water Conservation Board

- Uncompahgre Valley Water Users
  Association

- U.S. Bureau of Land Management

- U.S. Fish and Wildlife Service

- Natural Resources Conservation Service

- Gunnison Basin and Grand Valley Selenium Task Force

- Colorado River Water Conservation
  District

**SMP Workgroup:**

Members of the Management Committee may designate a staff person to serve and actively participate in the SMP Workgroup.  Workgroup meetings will be scheduled quarterly or more frequently as needed throughout the year.  With Management Committee concurrence, the Workgroup may be enlarged to include representatives of those entities with a direct interest in the success of the SMP or are uniquely positioned to facilitate implementation of selenium control measures.  Reclamation serves as the workgroup lead.  The Workgroup is responsible for:

1) Establishing subcommittees, as needed,
2) Directing and reviewing the work performed by subcommittees,
3) Developing SMP priorities and guidance,
4) Identifying and pursuing resources,
5) Coordinating the planning and implementing reduction and prevention measures,
6) Annually updating the SMP Action Plan (approved by the Management Committee)
7) Assisting in preparation of annual progress reports, and
8) Reporting to the Management Committee.

**Subcommittees:**

Subcommittees are established for specific purposes and work under the general direction of the workgroup.  A coordinator for each subcommittee will be designated by the Work Group. Standing subcommittees include the following:

<u>Science and Research Subcommittee</u>:   This committee is responsible for identifying the science and research needs of the Program.  The Science Subcommittee is also responsible for recommending science and research priorities.  Research proposals and requests for funding should be reviewed and recommended by this subcommittee prior to being discussed by the Workgroup.  As appropriate, this subcommittee distributes results and publications to the Work Group.  This subcommittee also coordinates water quality monitoring activities and manages water quality data.  See SMP Action Plan Items listed under C1, C2 & C3 for additional detail.

<u>Technical Subcommittee</u>:    This subcommittee is responsible for identification and technical review of potential load reduction measures for existing selenium sources and of prevention measures for potential new sources.  The Technical Subcommittee also evaluates technical proposals submitted to the SMP for support and guidance.  See SMP Action Plan Items listed under A1-A7, and C5 for additional detail.

Outreach Subcommittee: This subcommittee is responsible for identifying, prioritizing, and implementing public education and outreach needs related to the Program.  Activities include developing clear and consistent outreach messages, promoting and encouraging public participation and involvement, developing outreach materials, giving presentations, and organizing and sponsoring outreach events.  See SMP Action Plan Items listed under A8, A9, B1 & B2 for additional detail.

## SMP WORKGROUP DECISION MAKING

The SMP Workgroup will strive for widespread agreement (informed consensus) and operate under the following guiding principles.

-All workgroup participants should be involved in the process.
-All workgroup participants are expected to participate by contributing opinions and suggestions.
-Each workgroup participant has an equal voice in the final recommendation
-Workgroup participants will collaborate and build upon each other's concerns and suggestions to come up with a decision or solution that best meets the objectives of all participants.
-All workgroup participants will work towards a common solution, despite differences.
-The SMP Workgroup meeting agenda shall clearly identify when a decision is needed.
-Agendas will be provided before the meetings and will be followed.  Items not on the agenda will be discussed at the end as time allows.
-Meeting summaries will be prepared and distributed and will include clearly identify action items and decision with supporting rationale made by the SMP Workgroup.

### SMP Decision Making Process:

The SMP Workgroup decision making will follow the steps identified below:

Step 1:  SMP Decisions process should be initiated at SMP Workgroup Meetings to ensure as much SMP Workgroup member participation as possible.  After general discussion, Reclamation will ask if there are any remaining concerns.  If there are no additional concerns, the decision will be documented and the workgroup will assign task responsibilities or direct implementation to the appropriate subcommittee.

Step 2: If there are remaining concerns, additional discussion is needed.  Then, repeat Step 1.

Step 3:  If there are still remaining concerns, the SMP workgroup will decide to do one of the following:
   a) Forward it to the Management Committee with a list of unresolved concerns,
   b) Adopted the decision with unresolved concerns listed, or
   c) Declare that agreement cannot be reach at the meeting and table the proposal for another meeting.

Gunnison River Basin Selenium Management Program

## APPENDIX D – LOWER GUNNISON RIVER BASIN WATER-QUALITY MONITORING PROGRAM

**Summary, 2013**

# Selenium Management Program

# 2013 Annual Summary

# Lower Gunnison River Basin Water-Quality Monitoring

# Program, Colorado

**U.S. Geological Survey**

**Western Colorado Water Science Center**

**by John Mayo**

23

## Introduction

The primary goal of the Selenium Management Program (SMP), as recommended in the U.S. Fish and Wildlife Service Gunnison River Basin Programmatic Biological Opinion (PBO), is to meet the State of Colorado water-quality standard for dissolved selenium of 4.6 micrograms per liter at the U.S. Geological Survey (USGS) streamflow gage number 09152500 Gunnison River near Grand Junction, herein referred to as Whitewater (USFWS, 2009). A parallel goal is to continue implementation of management practices that will maintain or improve the existing downward trend in dissolved-selenium concentration. A downward trend in dissolved selenium from 1986 and 2008 has been documented at the Whitewater gage in the lower Gunnison River basin (Mayo and Leib, 2012). The long term goal of the SMP is to sufficiently improve water-quality conditions by reducing selenium concentrations sufficient to assist in the recovery of the Colorado Pikeminnow and Razorback Sucker. Selenium is a trace element that bio accumulates in aquatic food chains and can cause reproductive failure, deformities, and other adverse effects (Hamilton, 1998; Lemly, 2002).

The SMP has implemented a coordinated water-quality monitoring network in the Lower Gunnison Basin since 2011 (SMP Formulation Document, Part C, 2011). An analysis of dissolved-selenium data at 18 sites (fig.1) has been completed (table 1) and included 4 types of analysis:

A. Annual loading analysis using linear regression models for the five core USGS sites which have continuous streamflow gages;

B. Instantaneous loading analysis for 13 ancillary USGS sites where instantaneous water-quality sampling occurs. Instantaneous dissolved-selenium load can be calculated if the selenium sample was accompanied by a streamflow measurement;

C. 85th percentile analysis for all 18 sites; and

D.  Selenium concentration trend analysis for Whitewater.



**Figure 1.**    Location of 18 SMP water-quality monitoring sites in lower Gunnison River basin.

**Table 1.** Summary of tasks completed at 18 Selenium Management Program monitoring sites in the lower Gunnison River basin .

[USGS, U.S. Geological Survey; A) Annual loading analysis; B)Instantaneous loading analysis; C) Annual 85th percentile estimate; D) Instantaneous 85th percentile estimate; E) Trend analysis]

| Map Index Number | Station Short Name (USGS Station Number) | Site Type | Analysis Type |
|---|---|---|---|
| 1 | Gunnison R. blw Gunnison Tunnel (09128000) | Ancillary | B,D |
| 2 | Smith Fork near Lazear (09129600) | Ancillary | B,D |
| 3 | North Fork Gunnison River near Lazear (09136100) | Core | A,C |
| 4 | Gunnison River at Austin (384624107570701) | Ancillary | B,D |
| 5 | Tongue Creek at Cory (09144200) | Ancillary | B,D |
| 6 | Gunnison River near Cory (09137500) | Ancillary | B,D |
| 7 | Gunnison River near Hartland Dam (384617108022901) | Ancillary | B,D |
| 8 | Gunnison River at Delta (09144250) | Core | A,C |
| 9 | Uncompahgre River at Colona (09147500) | Core | A,C |
| 10 | Cedar Creek near Mouth (383041107544201) | Ancillary | B,D |
| 11 | Loutzenhizer Arroyo at North River Road (383946107595301) | Ancillary | B,D |
| 12 | Dry Creek at mouth nr Delta (384202108032001) | Ancillary | B,D |
| 13 | Uncompahgre River at Delta (09149500) | Core | A,C |
| 14 | Cummings Gulch at Mouth (384448108070301) | Ancillary | B,D |
| 15 | Roubideau Creek near Mouth (09150500) | Ancillary | B,D |
| 16 | Gunnison River abv Escalante Creek (384527108152701) | Ancillary | B,D |
| 17 | Gunnison R. blw Dominguez Ck. (385011108225401) | Ancillary | B,D |
| 18 | Whitewater (09152500) | Core | A,C,E |

## Dissolved-Selenium Concentrations and Loads

Concentration boxplots for instantaneous dissolved-selenium samples are plotted from left to right in an upstream to downstream order for water years (WY) 2011-2013 in fig. 2. In general, the dissolved-selenium concentration increased from upstream to downstream. Dissolved-selenium concentrations generally range from 0.30 µg/l to 10 µg/l at most sites. Gunnison R. blw Gunnison Tunnel, and Loutzenhizer Arroyo at North River Road represent the lower and upper extremes

26



**Figure 2.**   Dissolved-selenium concentration, in micrograms per liter, for instantaneous water-quality samples taken in water years 2011-2013.

27

respectively. Gunnison R. blw Gunnison Tunnel had instantaneous dissolved-selenium concentrations that were less than 1.00 µg/l for all samples, and Loutzenhizer Arroyo at North River Road had dissolved-selenium concentrations exceeding 100 µg/l.

Annual dissolved-selenium loads  were estimated for the five core sites using multiple linear regression techniques in S–LOADEST (Runkel and others, 2004). Mayo and Leib (2012) report the methodology used to perform dissolved-selenium loading analysis. Instantaneous dissolved-selenium loads were calculated for the ancillary sites which do not have a continuous stream gage. These sites only have instantaneous water-quality sampling events which were accompanied by an instantaneous streamflow measurement. No annual loads were estimated at sites where instantaneous loading analysis was performed.

Results from the annual loading analysis for the five core sites in pounds per year are summarized in table 2. Annual load estimates for WY 2013 ranged from 179 pounds per year at Uncompahgre River at Colona to 11,100 pounds per year at Whitewater. Annual estimates for dissolved-selenium loads consistently decreased at all five core sites from 2011 to 2013.

**Table 2.**   Estimated annual dissolved-selenium loads in pounds, using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at five core sites with a U.S. Geological Survey gaging station for water years 2011-2013.

[USGS, U.S. Geological Survey; WY, Water year defined as October 1 – September 30]

| Index number | USGS station ID | Station short name | Annual dissolved-selenium load, in pounds | | | |
|---|---|---|---|---|---|---|
| | | | WY 2011 | WY 2012 | WY 2013 | Total for WY 2011-2013 |
| 3 | 09136100 | **North Fork Gunnison River near Lazear** | 1,580 | 1,050 | 967 | 3,600 |
| 8 | 09144250 | **Gunnison River at Delta** | 5,880 | 4,920 | 4,130 | 14,900 |
| 9 | 09147500 | **Uncompahgre River at Colona** | 391 | 194 | 179 | 764 |
| 13 | 09149500 | **Uncompahgre River at Delta** | 7,920 | 4,860 | 4,850 | 17,600 |
| 18 | 09152500 | **Whitewater** | 17,300 | 12,800 | 11,100 | 41,200 |

Table 3 shows median and mean daily selenium load in pounds per day for all 18 sites calculated using instantaneous water quality samples. Median daily loads ranged from 0.01 pounds per day for Smith Fork near Lazear to 35.9 pounds per day for Gunnison River abv Escalante Creek. Mean daily loads ranged from 0.06 pounds per day for Smith Fork near Lazear to 37.2 pounds per day for Gunnison River abv Escalante Creek. There were no selenium samples taken in 2013 at Gunnison R. blw Gunnison Tunnel, therefore the median and mean selenium load values for that site are for 2011 and 2012 only. Three sites (Uncompahgre River at Colona, Dry Creek at mouth nr Delta, and Cummings Gulch at Mouth) are new sites, with no samples for 2011 or 2012, and only two samples each for 2013, so instantaneous loads could not be calculated for these three sites.

In general, dissolved-selenium loads at mainstem Gunnison River sites show an increase from upstream to downstream (fig. 3). Most sites analyzed in the basin have a median instantaneous dissolved-selenium load of less than 20.0 pounds per day (lbs/d). Just downstream from the confluence of the Gunnison River and Uncompahgre River at site Gunnison River abv Escalante Creek, median selenium loads increase to over 35 lbs/d. Median values for dissolved-selenium load exceeding 30.0 lbs/d are reasonable based on data from sites Gunnison River at Delta (12.80 lbs/d) and Uncompahgre River at Delta (16.50 lbs/d) (table 3).

Changes in median dissolved-selenium load between sites along the mainstem Gunnison River are reported in table 4. The largest increase in dissolved-selenium load occurs between sites Gunnison River at Delta and Gunnison River abv Escalante Creek resulting from the Uncompahgre River input approximately 23.1 pounds per day. A slight decrease was measured between sites Gunnison River abv Escalante Creek and Whitewater at -2.70 pounds per day. Very little irrigation exists in this reach (fig. 1) that would contribute dissolved-selenium load.

**Table 3.**   Median and mean dissolved-selenium instantaneous daily load, in pounds per day, for all 18 sites for water years 2011-2013.

[USGS, U.S. Geological Survey; WY, water year defined as October 1 – September 30; Site type: C, core; A, ancillary; --, insufficient data to calculate a value]

| Index number | USGS station ID | Station short name | Site Type | Number of samples WY 2011 | Number of samples WY 2012 | Number of samples WY 2013 | Median selenium load for sample years, in pounds per day | Mean selenium load for sample years, in pounds per day |
|---|---|---|---|---|---|---|---|---|
| 1 | 09128000 | Gunnison R. blw Gunnison Tunnel | A | 4 | 4 | 0 | 0.57 | 1.22 |
| 2 | 09129600 | Smith Fork near Lazear | A | 0 | 2 | 6 | 0.01 | 0.06 |
| 3 | 09136100 | North Fork Gunnison River near Lazear | C | 6 | 7 | 5 | 2.84 | 3.44 |
| 4 | 384624107570701 | Gunnison River at Austin | A | 2 | 4 | 6 | 3.99 | 5.11 |
| 5 | 09144200 | Tongue Creek at Cory | A | 4 | 4 | 5 | 0.41 | 0.56 |
| 6 | 09137500 | Gunnison River near Cory | A | 1 | 4 | 6 | 8.30 | 9.94 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | A | 1 | 4 | 6 | 8.63 | 11.1 |
| 8 | 09144250 | Gunnison River at Delta | C | 4 | 5 | 5 | 12.8 | 15.1 |
| 9 | 09147500 | Uncompahgre River at Colona | C | 6 | 6 | 4 | 0.43 | 0.64 |
| 10 | 383041107544201 | Cedar Creek near Mouth | A | 0 | 0 | 2 | -- | -- |
| 11 | 383946107595301 | Loutzenhizer Arroyo at North River Road | A | 5 | 3 | 6 | 10.9 | 10.8 |
| 12 | 384202108032001 | Dry Creek at mouth nr Delta | A | 0 | 0 | 2 | -- | -- |
| 13 | 09149500 | Uncompahgre River at Delta | C | 4 | 5 | 5 | 16.5 | 15.2 |
| 14 | 384448108070301 | Cummings Gulch at Mouth | A | 0 | 0 | 2 | -- | -- |
| 15 | 09150500 | Roubidoux Creek near Mouth | A | 0 | 3 | 6 | 0.51 | 0.48 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | A | 0 | 3 | 6 | 35.9 | 37.2 |
| 17 | 385011108225401 | Gunnison R. blw Dominguez Ck. | A | 0 | 0 | 4 | 30.9 | 30.3 |
| 18 | 09152500 | Whitewater | C | 6 | 9 | 9 | 33.2 | 36.5 |



**Figure 3.**   Dissolved-selenium load, in pounds per day, for instantaneous water-quality samples taken in water years 2011-2013.

31

**Table 4.**   Summary of median dissolved-selenium loads (task B) along the main stem of the Gunnison River based on instantaneous samples in water years 2011-2013.

[USGS, U.S. Geological Survey; WY, water year defined as October 1 – September 30]

| Index number | USGS station ID | Station short name | Number of samples WY 2011 | Number of samples WY 2012 | Number of samples WY 2013 | Median selenium load for 2011-2013, in pounds per day | Change in median dissolved-selenium load for 2011-2013, in pounds per day |
|---|---|---|---|---|---|---|---|
| 3 | 09136100 | North Fork Gunnison River near Lazear | 6 | 7 | 5 | 2.84 | |
| | | | | | | | 1.15 |
| 4 | 384624107570701 | Gunnison River at Austin | 2 | 4 | 6 | 3.99 | |
| | | | | | | | 4.31 |
| 6 | 09137500 | Gunnison River near Cory | 1 | 4 | 6 | 8.30 | |
| | | | | | | | 0.33 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | 1 | 4 | 6 | 8.63 | |
| | | | | | | | 4.17 |
| 8 | 09144250 | Gunnison River at Delta | 4 | 5 | 5 | 12.8 | |
| | | | | | | | 23.1 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | 0 | 3 | 6 | 35.9 | |
| | | | | | | | -2.70 |
| 18 | 09152500 | Whitewater | 6 | 9 | 9 | 33.2 | |

**Table 5.**   Estimated annual 85th-percentile dissolved-selenium concentration (task C) for five core sites, in micrograms per liter, using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at sites with a U.S. Geological Survey gaging station for water years 2011-2013.

[USGS, U.S. Geological Survey; WY, water year defined as October 1 – September 30]

| Index number | USGS station ID | Station short name | Annual 85th percentile dissolved-selenium concentration, in micrograms per liter | | | Change in dissolved-selenium concentration, in micrograms per liter, from WY 2011 to 2013 |
|---|---|---|---|---|---|---|
| | | | WY 2011 | WY 2012 | WY2013 | |
| 3 | 09136100 | North Fork Gunnison River near Lazear | 3.45 | 4.13 | 3.83 | +.38 |
| 8 | 09144250 | Gunnison River at Delta | 3.04 | 3.83 | 3.73 | +.69 |
| 9 | 09147500 | Uncompahgre River at Colona | 0.91 | 0.87 | 1.10 | +.19 |
| 13 | 09149500 | Uncompahgre River at Delta | 18.70 | 15.40 | 15.30 | -3.34 |
| 18 | 09152500 | Whitewater | 6.56 | 6.42 | 7.09 | +.53 |

## Dissolved-selenium 85th-Percentile Analysis

The dissolved-selenium 85th-percentile concentration (85th-percentile) was calculated for 18 sites. The 85th-percentiles for the five core sites presented in table 5 were calculated using the estimated dissolved-selenium concentration from the multiple linear-regressions techniques as described by Mayo and Leib (2012). The 85th-percentile values at these sites are referred to as the annual values. At the 13 ancillary sites, multiple linear regression was not used due a lack of continuous streamflow data; however, 85th-percentile concentrations were calculated using one WY of instantaneous water quality samples. The instantaneous 85th-percentile concentrations are shown for five core and 13 ancillary sites in table 6 for water year 2011 and 2012.

The annual 85th-percentiles (table 5) for WY 2013 ranged from 1.10 µg/l at Uncompahgre River at Colona to 15.3 µg/l at Uncompahgre River At Delta. The only sites to exceed the state water-quality standard of 4.6 µg/l were Uncompahgre River at Delta and Whitewater.

The instantaneous 85th-percentiles shown in table 6 for samples in WY 2013 ranged from 1.22 µg/l at Uncompahgre River at Colona to 126 µg/l at Loutzenhizer Arroyo at North River Road. There were no selenium samples taken in 2013 at Gunnison R. blw Gunnison Tunnel, and three sites (Uncompahgre River at Colona, Dry Creek at mouth nr Delta, and Cummings Gulch at Mouth) only had two samples each for 2013, so 85th-percentile values could not be calculated for these four sites.

The highest instantaneous 85th-percentile selenium concentrations for WY 2013 occurred at sites Loutzenhizer Arroyo at North River Road and Uncompahgre River at Delta, both of which exceeded the state water-quality standard of 4.6 µg/l. Other sites that exceeded the state water-quality standard in 2013 were Tongue Creek at Cory, Gunnison River abv Escalante Creek, Gunnison R. blw Dominguez Ck, and Whitewater.

The 85th-percentile value can vary, based on the calculation method, and the number and timing of the data points used in the calculation. For example, Whitewater has an annual 85th-percentile for WY 2013 of 7.09 µg/l based on the regression model (table 5), whereas the instantaneous 85th-percentile calculated for Whitewater from WY 2013 is 6.90 µg/l (table 6). The best representations of the actual 85th-percentiles at the five core sites are given in table 5 due to the use of a regression equation approach that estimates a daily value for selenium for each period shown.

## Trend Analysis

Using methods described in Mayo and Leib, (2012), a trend analysis was completed at Whitewater. The calibration data set contained all available instantaneous water-quality samples from WY 1986 to WY 2013. This analysis or process ensured all data used for regression model development by Mayo and Leib (2012) was included in the data set used in model development through WY 2013. Another period, WYs 1991-2013, was also used for trend analysis which employed a moving window approach for the period of record. This second approach used the same methods as Mayo and Leib (2012), and is included here to provide more emphasis on the most recently collected data.

Tables 7 and 8 indicate a continuing downward trend in annual selenium load at the Whitewater site. The dissolved-selenium loads were reduced from 23,600 pounds in WY 1986 to 15,700 pounds in WY 2013, which is a decrease of 7,900 pounds per year (table 7). This is a 33.4 percent reduction over the time period, and an additional 4.8 percent reduction from the reported 28.6 percent reduction reported through 2008 in Mayo and Leib (2012).

**Table 6.**   The instantaneous 85th percentile dissolved-selenium concentration (task C) for five core sites and 13 ancillary sites, in micrograms per liter, for water-quality samples collected during water years 2011-2013.

[USGS, U.S. Geological Survey; NA, not applicable; WY, water year defined as October 1 – September 30; --, insufficient data to calculate a value]

| Index number | USGS station ID | Station short name | WY 2011 | | WY 2012 | | WY 2013 | |
|---|---|---|---|---|---|---|---|---|
| | | | Number of samples | Instantaneous 85th percentile | Number of Samples | Instantaneous 85th percentile | Number of samples | Instantaneous 85th percentile |
| 1 | 09128000 | Gunnison R. blw Gunnison Tunnel | 4 | 0.17 | 4 | 0.16 | 0 | -- |
| 2 | 09129600 | Smith Fork near Lazear | 0 | -- | 2 | 1.97 | 6 | 2.30 |
| 3 | 09136100 | North Fork Gunnison River near Lazear | 6 | 4.1 | 7 | 4.00 | 5 | 3.24 |
| 4 | 384624107570701 | Gunnison River at Austin | 2 | 0.99 | 4 | 1.18 | 6 | 1.50 |
| 5 | 09144200 | Tongue Creek at Cory | 4 | 3.51 | 4 | 10.0 | 5 | 9.28 |
| 6 | 09137500 | Gunnison River near Cory | 1 | 2.20 | 4 | 1.97 | 4 | 3.82 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | 1 | 2.40 | 4 | 2.16 | 6 | 4.38 |
| 8 | 09144250 | Gunnison River at Delta | 4 | 2.9 | 5 | 3.78 | 5 | 3.50 |
| 9 | 09147500 | Uncompahgre River at Colona | 6 | 0.98 | 6 | 0.85 | 4 | 1.22 |
| 10 | 383041107544201 | Cedar Creek near Mouth | 0 | -- | 0 | -- | 2 | -- |
| 11 | 383946107595301 | Loutzenhizer Arroyo at North River Road | 5 | 170 | 3 | 153 | 6 | 126 |
| 12 | 384202108032001 | Dry Creek at mouth nr Delta | 0 | -- | 0 | -- | 2 | -- |
| 13 | 09149500 | Uncompahgre River at Delta | 4 | 12.5 | 5 | 13.4 | 5 | 16.0 |
| 14 | 384448108070301 | Cummings Gulch at Mouth | 0 | -- | 0 | -- | 2 | -- |
| 15 | 09150500 | Roubidoux Creek near mouth | 0 | -- | 3 | 2.53 | 6 | 2.85 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | 0 | -- | 3 | 5.80 | 6 | 8.13 |
| 17 | 385011108225401 | Gunnison R. blw Dominguez Ck. | -- | 0 | -- | 0 | 4 | 5.92 |
| 18 | 09152500 | Whitewater | 6 | 4.2 | 9 | 6.3 | 9 | 6.90 |

Note, however, that because the predicted loads are based on daily mean flows for each day of the year over the period of record, these dissolved-selenium loads don't represent the actual dissolved-selenium loads that occurred in the beginning and ending years. Instead, the estimated first and last year loads enable the calculation of a relative load difference over the period of the trend analysis.

The 95 percent confidence interval for WY 1986 was 21,800 and 25,500 pounds; for WY 2013, the 95 percent confidence interval was 14,500 and 17,000 pounds (table 7). An annual dissolved-selenium trend was also completed for WYs 1991 to WY 2013 (table 8). The annual dissolved-selenium load was reduced from 21,200 pounds in 1991 to 15,500 pounds in 2013, a decrease of 5,700 pounds, or 26.9 percent (table 8).

To demonstrate the trend in selenium concentration over time, the decimal time component was removed from the regression model and the calibration data set was used to predict concentrations for the sample dates. The measured concentration for each sample date is then subtracted from the predicted concentration, yielding a residual concentration value. These residual concentrations are plotted by date, with a LOcally WEighted Scatterplot Smoothing (LOWESS) fit line in fig. 4 for WYs 1986-2013, and in fig. 5 for WYs 1991-2013. Both fig. 4 and fig.5 confirm a continuing decrease in dissolved selenium over the trend periods.

**Table 7.**   Annual dissolved-selenium trend from water year 1986 to 2013 at U.S. Geological Survey site 09152500, Whitewater.

| Water year | Average of the mean daily streamflow for 1986 to 2013, in cubic feet per second | Estimated selenium annual load, in pounds | Lower 95% confidence level for estimated annual selenium load, in pounds | Upper 95% confidence level for estimated annual selenium load, in pounds | Estimated annual selenium load reduction, in percent | Annual 50th percentile of estimated daily selenium concentration, in micrograms per liter | Annual 85th percentile of estimated daily selenium concentration, in micrograms per liter |
|---|---|---|---|---|---|---|---|
| 1986 | 2,390 | 23,600 | 21,800 | 25,500 | -- | 6.47 | 7.42 |

| | 2013 | 2,390 | 15,700 | 14,500 | 17,000 | 33.4 | 4.31 | 4.94 |
| | Difference | | 7,900 | | | | 2.16 | 2.48 |

**Table 8.**   Annual dissolved-selenium trend from water year 1991 to 2013 at U.S. Geological Survey site 09152500, Whitewater.

| Water year | Average of the mean daily streamflow for 1991 to 2013, in cubic feet per second | Estimated selenium annual load, in pounds | Lower 95% confidence level for estimated annual selenium load, in pounds | Upper 95% confidence level for estimated annual selenium load, in pounds | Estimated annual selenium load reduction, in percent | Annual 50th percentile of estimated daily selenium concentration, in micrograms per liter | Annual percentile of estimated daily selenium concentration, in micrograms per liter |
|---|---|---|---|---|---|---|---|
| 1991 | 2,290 | 21,200 | 19,600 | 23,000 | -- | 6.22 | 6.89 |
| 2013 | 2,290 | 15,500 | 14,200 | 16,900 | 26.9 | 4.54 | 5.03 |
| Difference | | 5,700 | | | | 1.68 | 1.86 |



**Figure 4.**   Dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot Smoothing (LOWESS) fit line for Whitewater (Gunnison River near Grand Junction, 09152500) for water years 1986-2013.



**Figure 5.**    Dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot

Smoothing (LOWESS) fit line for Whitewater (Gunnison River near Grand Junction, 09152500) for

water years 1991-2013.

## Summary

Dissolved-selenium loading analysis for multiple sites in the lower Gunnison River basin

was completed for WY 2013 . Selenium is a trace element that bio accumulates in aquatic food

chains and can cause reproductive failure, deformities, and other adverse effects (Hamilton,

1998; Lomly, 2002). Presented in this report are annual dissolved-selenium loads for WYs

2011though 2013 at five USGS sites having continuous streamflow gages (table 2). Annual

dissolved-selenium loads for  WY 2013 loads ranged from 179 pounds at Uncompahgre River at

Colona to 11,100 pounds at Whitewater. Annual loads were not calculated for the remaining

thirteen sites, however, instantaneous dissolved-selenium concentrations for water-quality

samples were used with instantaneous streamflow measurements to calculate instantaneous loads

(table 3). Most sites analyzed in the basin have a median instantaneous dissolved-selenium load of less than 20 pounds per day (lbs/d).

In general, dissolved-selenium loads at Gunnison River mainstem sites show an increase from upstream to downstream (table 4). To identify how the selected water-quality sites compare to the State of Colorado water-quality standard for dissolved-selenium (4.6 µg/l), the 85th-percentiles for dissolved selenium were calculated. Annual 85th-percentile for dissolved selenium were calculated for the five core USGS sites with streamflow gages using estimated dissolved-selenium concentrations from linear regression models (table 5). The annual 85th-percentiles for five core sites in WY 2013 ranged from 1.10 µg/l at Uncompahgre River at Colona to 15.3 µg/l at Uncompahgre River At Delta. The only core sites to exceed the state water-quality standard of 4.6 µg/l were the Uncompahgre River at Delta and Whitewater.

Instantaneous 85th-percentiles for dissolved selenium were also calculated for all 18 sites using water-quality samples collected during WYs 2011 through 2013 (table 6). The instantaneous 85th-percentiles for samples for WY 2013 ranged from 1.22 µg/l at Uncompahgre River at Colona to 126 µg/l at Loutzenhizer Arroyo at North River Road.

A trend analysis was completed for Whitewater to determine whether selenium loads are increasing or decreasing over time. The trend analysis indicated a decrease of 7,900 pounds per year from WY 1986 to WY 2013 (table 7). This is a 33.4 percent reduction over the time period, and additional 4.8 percent reduction from the reported 28.6 percent reduction reported through 2008 in Mayo and Leib (2012). The trend analysis for WY 1991 to WY 2013 indicated a decrease of 5,700 pounds per year from WY 1991 to WY 2013, or 26.9 percent (table 7).

# References Cited

Hamilton, S.J., 1998, Selenium effects on endangered fish in the Colorado River basin, *in* Frankenberger, W.T., and Enderg, R.A., eds., Environmental chemistry of selenium: New York, Marcel Dekker, Inc., 713 p.

Lemly, A.D., 2002, Selenium assessment in aquatic ecosystems—A guide for hazard evaluation and water quality criteria: New York, Springer-Verlag, 162 p.

Mayo, J.W., and Leib, K.J., 2012, Flow-adjusted trends in selenium load and concentration in the Gunnison and Colorado Rivers near Grand Junction, Colorado, water years 1986–2008: U.S. Geological Survey Scientific Investigations Report 2012–5088, 33 p.

Runkel, R.L., Crawford, C.G., and Cohn, T.A., 2004, Load estimator (LOADEST)—A FORTRAN program for estimating constituent loads in streams and rivers: U.S. Geological Survey Techniques and Methods, book 4, chap. A5, 69 p.

U.S. Bureau of Reclamation, 2011, Selenium Management Program – Program Formulation Document Gunnison River Basin, Colorado: Available on Web, accessed February 12, 2012, at http://www.usbr.gov/uc/wcao/progact/smp/docs.html

U.S. Environmental Protection Agency, 2012, Overview of current total maximum daily load - TMDL - program and regulations: Information available on Web, accessed November 5, 2012, at http://water.epa.gov/lawsregs/lawsguidance/cwa/tmdl/intro.cfm

U.S. Fish and Wildlife Service, 2009, Final Gunnison River Basin Programmatic Biological Opinion: Information available on the Web, accessed January 4, 2012, at http://www.usbr.gov/uc/wcao/rm/aspeis/pdfs/aspinallpbo_final.pdf

**Aquatic Hazard of Selenium Pollution From Mountaintop Removal Coal Mining**

prepared by

A. Dennis Lemly, Ph.D.
Research Professor of Biology
Wake Forest University
Winston-Salem, North Carolina  27109

prepared for

Appalachian Center For The Economy & The Environment

and

The Sierra Club

April 2009

What is Selenium and Why is it a Concern?

Selenium is a naturally occurring chemical element in coal that can be released during the mining process and find its way into nearby aquatic habitats.  Selenium in raw coal and overburden is leached out when these materials are exposed to air and water, and the leachate can pose a significant environmental hazard (Lemly 1985a). Mountaintop removal mining tends to maximize hazard because selenium-laden waste rock is disposed as valley fill, which places this selenium source in close proximity to streams and other surface waters.  Once in the aquatic environment, waterborne selenium can enter the food chain and reach levels that are toxic to fish and wildlife (Figure 1).  Impacts may be rapid and severe, eliminating entire communities of fish and causing reproductive failure in aquatic birds (Lemly 1985b, Ohlendorf 1989).  Few environmental contaminants have the potential to detrimentally impact aquatic resources on such a broad scale, and even fewer exhibit the complex aquatic cycling pathways and range of toxic effects that are characteristic of selenium.  This places added importance on identifying potential selenium sources and taking steps to effectively control discharges before aquatic habitats become contaminated.  In recent years there has been an escalation in selenium pollution episodes associated with coal mining in North America and elsewhere (Lemly 2004), which has resulted in major environmental damage (Lemly 2008).  However, because of the sheer volume of seleniferous material exposed, in combination with the practice of valley-fill waste disposal, mountaintop removal mining is most dangerous from an environmental risk perspective.



Figure 1.  Pathways for selenium movement from coal mine wastes, bioaccumulation in food chains, and dietary exposure of fish and wildlife populations.

2

Why is Selenium Such a Toxic Hazard?

The most important principle to understand when evaluating the hazard of selenium from mountaintop removal coal mining is its ability to bioaccumulate. This means that a low concentration of selenium in water has the potential to increase by several orders of magnitude by the time it reaches fish and wildlife. For example, a water concentration of 10 ug/L (micrograms per liter or parts-per-billion) can increase to over 5,000 times that amount in fish tissues. Bioaccumulation causes otherwise harmless concentrations of selenium to reach toxic levels. Although fish do take up some selenium directly from water, most of it comes from their diet. Therefore, in order to protect fish from selenium poisoning it is essential to keep waterborne selenium below levels that cause biaccumulation in the food chain (Lemly and Smith 1987). Another important principle is that selenium can cycle in aquatic habitats by moving in and out of sediments. A large portion of the total selenium in a stream or reservoir may be present in sediments, deposited directly from water or from plants and animals as they die and decompose. However, this pool of selenium is not permanently removed from the system. Biological activity, water chemistry changes, and physical disturbance can mobilize selenium back into water and organisms. This means that the selenium in sediments remains active, and provides a significant source of pollution to bottom-dwelling invertebrates and the fish that feed on them. Case studies show that selenium in sediments can recycle into the water and food chain for decades after selenium inputs are stopped (Lemly 1997).

What Are The Toxic Effects and Toxic Concentrations?

Selenium exerts two main types of effects on fish: (1) direct toxicity to juveniles and adults, and (2) reproductive impacts from selenium that is passed from parents to offspring in eggs. Both of these modes of toxicity can occur at the same time so the threat from selenium poisoning is multifaceted. Type 1 toxicity can begin to occur if concentrations in the food chain reach 3 ug/g dw (micrograms per gram or parts-per-million, dry weight) and whole-body residues in fish reach 4 ug/g dw (Cleveland et al. 1993, Lemly 1993a, Hamilton 2003). This form of selenium poisoning involves changes in physiology that cause damage to gills and internal organs, ultimately resulting in death of the fish (Sorensen 1986). There may be no outwardly visible symptoms in this type of selenium toxicity or, if selenium concentrations are high enough, some fish may appear swollen from accumulation of fluid (edema) or have cloudy lenses (cataracts) in their eyes (Lemly 2002a). Type 2 effects occur when selenium present in egg yolk is absorbed by the developing embryo. A variety of developmental abnormalities can result in newly hatched larval fish, such as teratogenic deformities of the spine, head, and fins (Lemly 1993b, see Figure 2). Other toxic symptoms include hemorrhaging and swelling or edema (Gillespie and Baumann 1986, Hermanutz et al. 1993, see Figure 2). Most of these effects are lethal because they either kill young fish just after hatching or, in the case of some teratogenic deformities, prevent them from feeding normally and escaping predators as they grow (see Figures 3-4). Type 2 effects (reproductive failure) begin to occur at egg selenium concentrations of about 9 ug/g dw, which is equivalent to about 16 ug/g dw whole body in the parent (Coyle et al. 1993, Hermanutz et al. 1993). Adult fish may be unaffected by selenium concentrations that

3

impair their ability to reproduce so the impact of selenium on a fish population must be assessed by something more than routine monitoring surveys, that is, simply finding fish does not indicate the absence of selenium toxicity (Lemly 2002b). Waterborne concentrations of selenium in the 1-5 ug/L range can bioaccumulate and begin the Type 1 and/or Type 2 effects. The exact number is site-specific, and depends on the kind of aquatic system (stream, river, reservoir, wetland, etc.), its biological productivity, and the chemical form of selenium present in the water. Case studies show that if waterborne selenium reaches 10 ug/L, complete reproductive failure can occur in reservoirs, and reproduction may be reduced by 40% in streams (Cumbie and Van Horn 1978, Lemly 1985b, Gillespie and Baumann 1986, Hermanutz et al. 1993).



Figure 2. Typical appearance of larval fish at about 2-4 days after hatching. (A) Normal larvae with yolk absorption nearing completion and straight, developing spine, (B) Abnormal development due to selenium-induced terata: (1) deformed, pointed head; (2) deformed, gaping lower jaw; (3) kyphosis (curvature of the thoracic region of the spine); (4) lordosis (concave curvature of the lumbar and/or caudal region of the spine). Other symptoms of selenium poisoning that usually accompany terata include (5) edema (swollen, fluid-filled abdomen) and delayed yolk absorption.



Figure 3.  One of the most common and outwardly visible teratogenic effects of selenium in fish is deformity of the spine.  Shown here are examples of dorso-ventral abnormalities (kyphosis and lordosis).



Figure 4. Lateral curvature of the spine (scoliosis) caused by exposure to elevated selenium. Individual on right is normal.

What Do We Know About Selenium Releases From Mountaintop Mining and Their Impacts?

In 2005 the US Environmental Protection Agency, in conjunction with the US Army Corps of Engineers, the US Department of the Interior's Office of Surface Mining and Fish & Wildlife Service, and the West Virginia Department of Environmental Protection, completed an environmental impact statement (EIS) on the impacts of mountaintop mining and valley fills (USEPA 2005). Over 1200 stream segments were examined. The EIS confirmed what biologists and ecotoxicologists in academia and other federal agencies had long suspected – mountaintop mining causes significant harm to aquatic habitats and the variety of life they support. A key finding was that the valley fills used for waste disposal are a primary source of selenium contamination. Given the size and placement of these fills, selenium leaching and associated pollution of downstream aquatic habitats, left untreated, will continue in perpetuity. Moreover, among all the environmental issues noted in the report's summary, selenium was the only trace element named as a specific threat – "Selenium levels may increase and negatively impact fish and macroinvertebrates leading to less diverse and more pollutant-tolerant species." The EPA clearly, and correctly, recognized selenium as a substantial ecological risk.

In the interim since EPA completed its EIS, much additional first-hand knowledge of the selenium risk has come to light due to actual case examples of pollution events. We now know that selenium concentrations in leachate from valley fills and other coal mining wastewater can far exceed the toxic thresholds for fish when bioaccumulation is factored in. For example, effluent from a mountaintop removal operation in West Virginia was found to contain as much as 82 ug/L selenium – an amount that is over fifteen times the threshold for toxic bioaccumulation (see Figure 5, Lemly 2008). This waterborne concentration was sufficient to pollute the Mud River and a downstream reservoir, substantially elevate selenium levels in fish tissues, and cause teratogenic deformities and other toxic effects in their offspring (see Figures 6-11). If waterborne selenium concentrations are not reduced, reproductive toxicity will spiral out of control and fish populations will collapse. The warning signs are evident. If a catastrophic event is to be avoided, actions must be taken now. Because of selenium's persistence in the environment, coupled with its ability to cycle from sediments back into the food chain, negative impacts on the fish community of the Mud River system are likely to continue for many years even if additional inputs from the mining waste were curtailed immediately. History has taught us a very important lesson: once an aquatic habitat is polluted by selenium, timely cleanup is difficult if not impossible.

Data from other watersheds that are undergoing mountaintop removal mining paint a grim picture for aquatic life. Monitoring reports reveal that selenium releases are widespread and alarmingly high. For example, documents obtained through FOIA (Freedom of Information Act) requests show that waterborne selenium concentrations in discharges can average over 60 ug/L (over ten times the threshold for toxic bioaccumulation) and 25 ug/L in downstream habitats (Figure 12, ACEE 2009). These selenium levels constitute a persistent toxic hazard to aquatic resources. The weight of evidence is substantial and indisputable. EPA's in-house evaluation, independent academic research, and private sector investigations all support the same conclusion: selenium pollution from mountaintop removal coal mining poses an imminent threat to aquatic life in central Appalachia.

7



Figure 5. Selenium in discharge from a mountaintop removal coal mining operation in West Virginia polluted downstream receiving waters to levels that far exceed toxic thresholds for fish (Lemly 2008). The maximum in discharges (82 ug/L) is over fifteen times the threshold for toxic bioaccumulation.



Figure 6.  The Mud River, West Virginia was polluted with selenium released from a mountaintop removal coal mining operation.  Bioaccumulation in the food chain caused selenium levels to exceed toxic thresholds for reproduction and survival in fish.



Figure 7. Selenium released from a mountaintop coal mining operation in West Virginia bioaccumulated in Upper Mud River Reservoir to levels that far exceed toxic thresholds for fish. These selenium levels indicate that the fishery of this reservoir could soon collapse due to reproductive failure.



Figure 8.  Side view of normal fish larva from Upper Mud River Reservoir, West Virginia, June 2007.  Note normal eye development, straight spine, and complete yolk absorption with no evidence of edema or a swollen, deformed yolk sac.



Figure 9.  Side view of abnormal fish larva from Upper Mud River Reservoir, West Virginia, June 2007.  Note the distended, fluid-filled yolk sac (edema) with delayed yolk absorption.  This individual also has dorso-ventral curvature of the spine (kyphosis) and deformed pectoral fins and eyes (both eyes are on the same side of the head).  All of these abnormalities are characteristic biomarkers of selenium poisoning, and will kill this fish before it has a chance to fully develop.



Figure 10.  Dorsal view of normal fish larva from Upper Mud River Reservoir, West Virginia, June 2007.  Note well developed pectoral fins and straight spine.



Figure 11.  Dorsal view of abnormal fish larva from Upper Mud River Reservoir, West Virginia, June 2007. Note deformed spine in "S" shape, typical of scoliosis due to selenium poisoning. This fish will die because it cannot swim or feed normally.



Figure 12. Waterborne selenium in discharges from Jacks Branch Coal, West Virginia, 2005-2008 (ACEE 2009). The discharges contained concentrations up to thirteen times the amount that can bioaccumulate and cause reproductive failure in fish. This mountaintop removal mining operation polluted downstream aquatic habitats to levels that can cause fish populations to collapse.

References

ACEE (Appalachian Center for the Economy and the Environment). 2009. Discharge monitoring reports from August 2005 to June 2008 for Jacks Branch Coal, WV0093912. ACEE, Lewisburg, WV.

Cleveland, L., E.E. Little, D.R. Buckler, and R.H. Wiedmeyer. 1993. Toxicity and bioaccumulation of waterborne and dietary selenium in juvenile bluegill *(Lepomis macrochirus)*. *Aquatic Toxicology* 27: 265-280.

Coyle, J.J., D.R. Buckler, C.G. Ingersoll, J.F. Fairchild, and T.W. May. 1993. Effects of dietary selenium on the reproductive success of bluegills (*Lepomis macrochirus*). *Environmental Toxicology and Chemistry* 12: 551-565.

Cumbie, P.M., and S.L. Van Horn. 1978. Selenium accumulation associated with fish mortality and reproductive failure. *Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies* 32: 612-624.

Gillespie, R.B., and P.C. Baumann. 1986. Effects of high tissue concentrations of selenium on reproduction by bluegills. *Transactions of the American Fisheries Society* 115: 208-213.

Hamilton, S.J. 2003. Review of residue-based selenium toxicity thresholds for freshwater fish. *Ecotoxicology and Environmental Safety* 56: 201-210.

Hermanutz, R.O., K.N. Allen, T.H. Roush, and S.F. Hedtke. 1992. Effects of elevated selenium concentrations on bluegills (*Lepomis macrochirus*) in outdoor experimental streams. *Environmental Toxicology and Chemistry* 11: 217-224.

Lemly, A.D. 1985a. Ecological basis for regulating aquatic emissions from the power industry: The case with selenium. *Regulatory Toxicology and Pharmacology* 5: 465-486.

Lemly, A.D. 1985b. Toxicology of selenium in a freshwater reservoir: Implications for environmental hazard evaluation and safety. *Ecotoxicology and Environmental Safety* 10: 314-338.

Lemly, A.D., and G.J. Smith. 1987. *Aquatic Cycling of Selenium: Implications for Fish and Wildlife.* Fish and Wildlife Leaflet 12. U.S. Fish and Wildlife Service, Washington, DC. 10 pages.

Lemly, A.D. 1993a. Guidelines for evaluating selenium data from aquatic monitoring and assessment studies. *Environmental Monitoring and Assessment* 28: 83-100.

Lemly, A.D. 1993b. Teratogenic effects of selenium in natural populations of freshwater fish. *Ecotoxicology and Environmental Safety* 26: 181-204.

Lemly, A.D. 1997. Ecosystem recovery following selenium contamination in a freshwater reservoir. *Ecotoxicology and Environmental Safety* 36: 275-281.

Lemly, A.D. 2002a. Symptoms and implications of selenium toxicity in fish: The Belews Lake case example. *Aquatic Toxicology* 57: 39-49.

Lemly, A.D. 2002b. *Selenium Assessment in Aquatic Ecosystems: A Guide for Hazard Evaluation and Water Quality Criteria.* Springer-Verlag Publishers, New York, NY.

Lemly, A.D. 2004. Aquatic selenium pollution is a global environmental safety issue. *Ecotoxicology and Environmental Safety* 59: 44-56.

Lemly, A.D. 2008. *Aquatic hazard of selenium pollution from coal mining.* Pages 167-183

(Chapter 6) in G.B. Fosdyke, editor.  Coal Mining: Research, Technology, and Safety. Nova Science Publishers, Inc., New York.

Ohlendorf, H.M.  1989.  Bioaccumulation and effects of selenium in wildlife.  *Soil Science Society of America Special Pub*lication 23: 133-177.

Sorensen, E.M.B.  1986.  The effects of selenium on freshwater teleosts.  Pages 59-116 in E. Hodgson, editor.  *Reviews in Environmental Toxicology 2*.  Elsevier, New York.

USEPA (US Environmental Protection Agency).  2005. Final Programmatic Environmental Impact Statement on Mountaintop Mining/Valley Fills in Appalachia - 2005.  EPA 9-03-R-05002.  USEPA, Washington, DC.



Available online at www.sciencedirect.com



Ecotoxicology and Environmental Safety 56 (2003) 201–210

**Ecotoxicology and Environmental Safety**

http://www.elsevier.com/locate/ecoenv

Commentary

# Review of residue-based selenium toxicity thresholds for freshwater fish

## Steven J. Hamilton*

*US Geological Survey, Columbia Environmental Research Center, Field Research Station, 31247 436th Avenue, Yankton, SD 57078-6364, USA*

Received 28 March 2002; received in revised form 10 July 2002; accepted 15 July 2002

**Abstract**

A variety of guidelines have been proposed in recent years for linking selenium concentrations in the whole body of fish or in diet with adverse effects in fish. Diverging viewpoints seem to be forming separating groups supporting either the low-selenium guidelines proposed by the government and academic researchers or the high-selenium guidelines proposed by other researchers. Recently, an article was published that reviewed selected studies and recommended guidelines for selenium concentrations in the whole body of fish and in diet that were higher than those proposed by other researchers ($\approx 4\,\mu g/g$ in whole body and $3–4\,\mu g/g$ in diet). That article also recommended separating guidelines for coldwater fish ($6\,\mu g/g$ in whole body and $11\,\mu g/g$ in diet) and warmwater fish ($9\,\mu g/g$ in whole body and $10\,\mu g/g$ in diet). The approaches, information, and guidelines presented in the article are reviewed and problems in their interpretation and conclusions are discussed. The majority of the selenium literature supports a whole-body threshold of $4\,\mu g/g$ in fish and $3\,\mu g/g$ in diet.
© 2003 Elsevier Inc. All rights reserved.

*Keywords:* Selenium; Diet; Fish; Threshold; Tissue-based criteria

## 1. Introduction

The criteria for selenium in the aquatic ecosystem has become a controversial topic in recent years as evidenced by debate articles in the journal *Human and Ecological Risk Assessment* (Chapman, 1999; Lemly, 1999a; Hamilton, 1999; Ohlendorf, 1999; DeForest et al., 1999; Fairbrother et al., 1999), response articles (Skorupa, 1999; Fairbrother et al., 2000), and debates at national scientific meetings, i.e., "Selenium in the Environment: A Ticking Time Bomb or No Big Deal?" (SETAC, 1999). There seems to be a divergence between academia or government-backed articles proposing low-selenium criteria (SWRCBC, 1987; UCC, 1988; DuBowy, 1989; Skorupa and Ohlendorf, 1991; Pease et al., 1992; Peterson and Nebeker, 1992; Lemly, 1993a, 1996; Maier and Knight, 1994; Engberg, 1999; Skorupa, 1998; USDOI, 1998) and nongovernmental articles proposing high criteria (Canton and Van Derveer, 1997; Van Derveer and Canton, 1997; Canton, 1999;

DeForest et al., 1999; Adams et al., 2000; Brix et al., 2000).

The US Environmental Protection Agency (USEPA) is currently in the process of revising the selenium chronic criterion for the protection of aquatic life (C. Delos and K. Sappington, USEPA, written communications), which was established in 1987 (USEPA, 1987). One step in the USEPA revision process was a peer consultation workshop on the bioaccumulation and aquatic toxicology of selenium, held to discuss the technical issues underlying the freshwater aquatic life chronic criterion (USEPA, 1998). The nine-member peer review group was composed of representatives from federal agencies, academia, private consultants, and industry. The subjects of interest in the workshop included the potential development of a water-based criterion, a tissue-based criterion, and a sediment-based criterion. The general consensus of the peer review group was that the relationship between water-borne and sediment selenium concentrations to the tissue accumulation of selenium was poor because of the importance of dietary exposure in determining the potential for chronic effects. Consequently, there has been recent interest in promoting a tissue-based criterion

*Fax: +1-605-665-9335.
  *E-mail address:* steve_hamilton@usgs.gov (S.J. Hamilton).

0147-6513/03/$ - see front matter © 2003 Elsevier Inc. All rights reserved.
PII: S 0 1 4 7 - 6 5 1 3 ( 0 2 ) 0 0 0 9 1 - X

*S.J. Hamilton / Ecotoxicology and Environmental Safety 56 (2003) 201–210*

or threshold (DeForest et al., 1999; Brix et al., 2000; Hamilton, 2002).

## 2. Critique of a tissue-based selenium threshold paper

A recent article by DeForest et al. (1999) reviewed the proposed residue-based toxicity thresholds for freshwater fish. Similar information was given in Brix et al. (2000). They proposed whole-body thresholds of 9 µg/g (all given as dry weight) for warmwater fish and 6 µg/g for larval coldwater anadromous fish, ovary threshold of 17 µg/g for warmwater fish, and fish dietary thresholds of 10 µg/g for warmwater fish and 11 µg/g for larval coldwater anadromous fish. These values are substantially different from those proposed by Maier and Knight (1994; 4.5 µg/g in tissue and 4 µg/g in diet), Lemly (1993a, 1996; 4 µg/g in whole body, 10 µg/g in ovary, and 3 µg/g in diet), and Hamilton (2002; 4 µg/g in tissue).

The DeForest et al. (1999) article seems to have fallen short of their objective of critically reviewing the proposed tissue-based thresholds for freshwater fish because they excluded the results of water-borne studies and selectively discussed results from dietary studies. Their review focused primarily on Lemly (1993a) and they correctly cite several errors in two summary tables. Those errors were corrected in Lemly (1996), which they do not cite. They also did not include information from the review article on selenium toxicology by Maier and Knight (1994) in their review. Maier and Knight (1994) independently proposed threshold concentrations for selenium effects that were similar to those of Lemly (1993a, 1996).

### 2.1. Errors in Lemly (1993a)

Despite the errors in Lemly (1993a), the proposed tissue-based thresholds were still supported unchanged in Lemly (1996). The residue-based thresholds proposed by DeForest et al. (1999) seem overly high and are not supported by the majority of the selenium literature. The review by DeForest et al. (1999) seems to be incomplete and does not include important articles that further supported the thresholds proposed by Lemly (1996).

Numerous authors cite Lemly (1993a) as the first comprehensive review of the selenium literature and proposal of selenium residue-based thresholds. Few authors cite Lemly (1996), which has conclusions similar to those of Lemly (1993a), but different supporting data in Tables 1 and 2, which had similar supporting citations between the two publications. No one in their publications has noted the difference in values given in Tables 1 and 2 in those two publications (Tables 1 and 2).

### 2.2. Additional articles supporting Lemly's proposed values

Several articles not cited in Lemly (1993a, 1996) or published later support the 4 µg/g whole-body concentration for toxic effects in fish (Hilton and Hodson, 1983; Cleveland et al., 1993; Lemly, 1993b; Hamilton et al., 1996, 2001a, b) (Table 3). This effect concentration in the whole body was supported by Skorupa et al. (1996), who proposed 4–6 µg/g, and Maier and Knight (1994) who proposed 4.5 µg/g.

Likewise, several articles not cited in Lemly (1993a, 1996) or published later support the 3-µg/g dietary toxicity threshold for fish (Cleveland et al., 1993; Lemly, 1993b; Hamilton et al., 1996, 2001a, b) (Table 4). These articles report effect concentrations of 4.6–6.5 µg/g, which suggests a threshold concentration at a lower concentration, i.e., conservatively <4.6 µg/g. Those articles lend further support to the 3 µg/g threshold of effects suggested by Hilton et al. (1980), Lemly (1993a, 1996) and Skorupa et al. (1996) and the 4 µg/g threshold suggested by Maier and Knight (1994).

### 2.3. Information not cited in Deforest et al.

DeForest et al. (1999) cited selenium contamination problems at Belews Lake, North Carolina, Hyco Reservoir, North Carolina, and Kesterson Reservoir, California, but did not cite selenium contaminant problems at Sweitzer Lake, Colorado (Barnhart, 1957; Birkner, 1978; Butler et al., 1989, 1991, 1994, 1996) or Martin Lake, Texas (Sorensen, 1991).

Similarly, DeForest et al. (1999) cited Van Derveer and Canton (1997) as demonstrating that fish in lotic systems in Colorado were not at risk at water selenium concentrations of approximately 30 µg/L. However, they failed to mention that the articles by Canton and Van Derveer (1997) and Van Derveer and Canton (1997) had incorrectly interpretated exposure survey reports as being exposure-response studies, ignored the importance of the water-borne entry of selenium in aquatic food webs, overlooked key studies from the extensive body of selenium literature, and failed to consider the offstream consequences of proposing high instream selenium standards (Hamilton and Lemly, 1999). Offstream concerns of selenium contamination have also been discussed in Skorupa (1998) and Lemly (1999b). These offstream concerns about selenium contamination were substantiated by Radtke et al. (1988) and Radtke and Kepner (1990), who concluded that elevated selenium concentrations in sediment and biota in the backwaters of the lower Colorado River were carried by water from the upper Colorado River basin and not derived from local agricultural or industrial sources.

DeForest et al. (1999) chose to disregard the results of the SLD diet despite the more realistic exposure scenario

Table 1
Selenium concentrations in tissue associated with toxic effects in fish and aquatic organisms

| Species[a] | Tissue | Lemly (1993a) selenium concentration ($\mu g/g$)[b] | Lemly (1996) selenium concentration ($\mu g/g$)[b] | Effect | Reference |
|---|---|---|---|---|---|
| Rainbow trout | Whole body | 3 | 2 | Blood changes | Hodson et al. (1980) |
| | Liver | 12 | 51 | Blood changes | Hodson et al. (1980) |
| | Whole body | 5 | 5 | Mortality | Hilton et al. (1980) |
| | Whole body | 4 | 1 | Mortality | Hunn et al. (1987) |
| Chinook salmon | Whole body | 9.5 | 20 | Reduced smolting | Hamilton et al. (1986) |
| | Whole body | 3 | 2 | Reduced growth | Hamilton et al. (1990) |
| | Whole body | 10 | 5 | Mortality | Hamilton et al. (1990) |
| Fathead minnow | Whole body | 6 | 5 | Reduced growth | Ogle and Knight (1989) |
| | Ovaries | 15 | 24 | Reproductive failure | Schultz and Hermanutz (1990) |
| | Whole body | 8 | 16 | Reproductive failure | Schultz and Hermanutz (1990) |
| Striped bass | Skeletal muscle | 14 | 14 | Mortality | Coughlan and Velte (1989) |
| | Whole body | NG[c] | 2 | Mortality | Saiki et al. (1992) |
| Bluegill | Skeletal muscle | 20 | 20 | Mortality | Finley (1985) |
| | Liver | 32 | 34 | Mortality | Finley (1985) |
| | Carcass | 8 | 24 | Reproductive failure | Gillespie and Baumann (1986) |
| | Ovaries | 12 | 23 | Reproductive failure | Gillespie and Baumann (1986) |
| | Whole body | 5 | 5 | Mortality | USFWS (1990) |
| | Whole body | 16 | 19 | Reproductive failure | Coyle et al. (1993) |
| | Ovaries | 30 | 34 | Reproductive failure | Coyle et al. (1993) |
| | Eggs | 40 | 42 | Reproductive failure | Coyle et al. (1993) |
| | Ovaries | 10 | 18 | Reproductive failure | Hermanutz et al. (1992) |
| | Skeletal muscle | 10 | 16 | Reproductive failure | Hermanutz et al. (1992) |
| | Liver | 22 | 29 | Reproductive failure | Hermanutz et al. (1992) |
| | Whole body | 12 | 18 | Reproductive failure | Hermanutz et al. (1992) |
| | Whole body | 15 | 15 | Teratogenic defects | Lemly (1993c) |
| Green alga | Whole organism | 20 | 20 | Reduced cell replication | Foe and Knight (1986) |
| Cyanobacterium | Whole organism | 700 | 394 | Reduced chlorophyll a | Kiffney and Knight (1990) |
| Cladoceran | Whole organism | 20 | 15 | Reduced weight | Ingersoll et al. (1990) |
| | Whole organism | 30 | 32 | Reproductive failure | Ingersoll et al. (1990) |
| Aquatic birds | Liver | 10 | NG | Reproductive failure | Skorupa et al. (in press) |
| | Eggs | 3 | NG | Reproductive failure | Skorupa et al. (in press) |

[a] Rainbow trout (*Oncorhynchus mykiss*), Chinook salmon (*Oncorhynchus tshawytscha*), fathead minnow (*Pimephales promelas*), striped bass (*Morone saxatilis*), bluegill (*Lepomis macrochirus*), green alga (*Selenastrum capricornutum*), cyanobacterium (*Anabaena flosaquae*), cladoceran (*Daphnia magna*).
[b] Selenium concentrations on a dry weight basis.
[c] Not given in Lemly (1993a).

compared to the selenomethionine- (SEM) based diet in the studies with chinook salmon (*Oncorhynchus tshawytscha*) (Hamilton et al., 1990). Although there were differences in the diet formulation between the SLD-based diet and the SEM-based diet, reduced survival occurred in both dietary selenium exposures at $9.6 \mu g/g$, and the whole-body selenium residues were remarkably similar ($6.5 \mu g/g$ in the SLD diet and $5.4 \mu g/g$ in the SEM diet). Other adverse effects from the two diets were also similar between the two diets. The slight reduction in

growth that occurred earlier and at slightly lower dietary concentrations in the SLD diets compared to the SEM diets was a minor discussion point in Hamilton et al. (1990).

DeForest et al. (1999) cited Brown (1997) to imply that pesticide residues in western mosquitofish (*Gambusia affinis*) used in the San Luis Drain (SLD) diet tested in Hamilton et al. (1990) may have influenced the results of dietary exposures with chinook salmon. The possibility of confounding effects from pesticides or other

*S.J. Hamilton / Ecotoxicology and Environmental Safety 56 (2003) 201–210*

Table 2
Concentrations of selenium known to be toxic in the diets of fish and wildlife

| Species | Lemly (1993a) dietary selenium concentration ($\mu$g/g)[a] | Lemly (1996) dietary selenium concentration ($\mu$g/g)[a] | Effect | Reference |
|---|---|---|---|---|
| Rainbow trout | 9 | 9 | Mortality | Goettl and Davies (1978) |
|  | >3 | 13 | Mortality | Hilton et al. (1980) |
|  | 10 | 11 | Kidney damage | Hilton and Hodson (1983) |
| Chinook salmon | 6.5 | 6.5 | Mortality | Hamilton et al. (1989) |
|  | 5 | 5 | Reduced growth | Hamilton et al. (1990) |
| Fathead minnow | 20 | 20 | Reduced growth | Ogle and Knight (1989) |
| Striped bass | 35 | 39 | Mortality | Coughlan and Velte (1989) |
| Bluegill | 50 | 54 | Mortality | Finley (1985) |
|  | 6.5 | 6.5 | Mortality | USFWS (1990) |
|  | NG[b] | 5 | Mortality | Lemly (1993b) |
|  | 13 | 13 | Reproductive failure | Woock et al. (1987) |
|  | 16 | 33[c] | Reproductive failure | Coyle et al. (1993) |
| Mallard duck[d] | >4 | 11 | Reproductive failure | Heinz et al. (1987) |
|  | >4 | 9 | Reproductive failure | Heinz et al. (1989) |

[a] Selenium concentrations on a dry weight basis.
[b] Not given in Lemly (1993a).
[c] Exposure included 10 $\mu$g/L in water.
[d] Mallard duck (*Anas platyrhynchos*).

Table 3
Selenium concentrations in tissue associated with toxic effects in fish

| Exposure route, species | Tissue | Selenium concentration ($\mu$g/g) | Effect | Reference |
|---|---|---|---|---|
| *Diet* | | | | |
| Rainbow trout | Carcass | 4.0–4.5 | Kidney damage and reduced weight | Hilton and Hodson (1983) |
| Fathead minnow | Whole body | 43–61 | Reduced growth | Bennett et al. (1986) |
| Bluegill | Whole body | 25 | Mortality | Bryson et al. (1984) |
|  | Whole body | 4.3[a] | Mortality | Cleveland et al. (1993) |
|  | Whole body | 7.9 | Mortality | Lemly (1993b) |
| Channel catfish | Muscle | 3.5 | Reduced growth | Gatlin and Wilson (1984) |
| Razorback sucker | Whole body | 3.6–8.7 | Mortality | Hamilton et al. (1996) |
|  | Whole body | 5.4 | Mortality | Hamilton et al. (2001a) |
|  | Whole body | 6.1 | Mortality | Hamilton et al. (2001b) |
| *Water* | | | | |
| Bluegill | Whole body | 5.1[b] | Mortality | Cleveland et al. (1993) |
| Razorback sucker | Whole body | 5.9 | Reduced growth | Hamilton et al. (2000) |
| Bonytail | Whole body | 9.4 | Reduced growth | Hamilton et al. (2000) |

[a] Derived from Fig. 3 in Cleveland et al. (1993).
[b] Derived from Fig. 2 in Cleveland et al. (1993).

contaminants in Kesterson studies has been explored, but none have been reported (i.e., Moore et al., 1990; Ohlendorf et al., 1993). Nevertheless, the toxicity of water from the SLD to fish has been reported and linked to high concentrations of major ions present in atypical ratios, to high concentrations of sulfates, or to both (Saiki et al., 1992).

In fact, in several other selenium contaminant studies, concerns about the influence of other interacting chemicals have been expressed, but none confirmed. For example, Sorensen (1986) stated that "Fish kills [at Belews Lake, NC, and Martin Lake, TX] were considered a direct result of selenium release into the main basin of the lakes because several hundred

*S.J. Hamilton / Ecotoxicology and Environmental Safety 56 (2003) 201–210*

205

Table 4
Selenium concentrations known to be toxic in the diets of fish

| Species | Dietary selenium concentration ($\mu$g/g) | Effect | Reference |
|---|---|---|---|
| Fathead minnow | 55–70[a] | Reduced growth | Bennett et al. (1986) |
| Bluegill | 45[b] | Mortality | Bryson et al. (1984) |
| | 6.5[c] | Mortality | Cleveland et al. (1993) |
| | 5.1[d] | Mortality | Lemly (1993b) |
| Razorback sucker | 2.4–5.1[e] | Mortality | Hamilton et al. (1996) |
| | 4.6[f] | Mortality | Hamilton et al. (2001a) |
| | 4.6[f] | Mortality | Hamilton et al. (2001b) |

[a] Rotifers fed selenium-laden algae.
[b] Burrowing mayfly nymphs (*Hexagenia limbata*) collected from Belews Lake, North Carolina.
[c] Selenomethionine incorporated into an Oregon moist pellet diet.
[d] Exposure included water-borne exposure to 4.8 $\mu$g/L selenium and winter stress (4c).
[e] Zooplankton collected from Sheppard Bottom ponds 1, 3, and 4 at Ouray NWR, Utah.
[f] Zooplankton collected from three sites near Grand Junction, Colorado.

analyses for metals, metalloids, physiochemical parameters, and pesticides provided essentially negative results except for sufficiently high levels of selenium in the water (about 5 $\mu$g/L) to warrant concern." Others have reached similar conclusions concerning fishery problems at Belews Lake (Lemly, 1985), water and biota collected from Kesterson Reservoir area, California (Saiki and Lowe, 1987), trace elements in fish from the Merced River, and from Salt Slough, San Joaquin Valley, California (Nakamoto and Hassler, 1992), studies of Hyco Reservoir, North Carolina (Bryson et al., 1984; Gillespie and Baumann, 1986), and phosphate-mining activities in the Blackfoot River watershed of southeastern Idaho (Watson, 1998).

*2.4. Water-borne versus dietary exposure*

DeForest et al. (1999) did not include results from water-borne studies, but rather limited their analyses to dietary studies. In doing so, they eliminated several studies that relate directly to the tissue threshold of 4 $\mu$g/g suggested by Lemly (1993a, 1996), 4.5 $\mu$g/g of Maier and Knight (1994), and 4 $\mu$g/g of Hamilton (2002). For example, they discard the results of Hunn et al. (1987), who reported adverse effects in rainbow trout (*Oncorhynchus mykiss*), with 5.2 $\mu$g/g (assuming 75% moisture) in the whole body because it was a water-borne exposure.

Critically reviewing a residue-based toxicity threshold should include consideration of the results of water-borne studies. A selenium residue in a fish is the result of all exposures, dietary, water-borne, and sedimentary. The exposure routes are concurrent and inseparable. For example, four studies with young fall chinook salmon used different test waters and exposure routes, but had remarkably similar results based on whole-body

selenium residues (Hamilton et al., 1986, 1990; Hamilton and Wiedmeyer, 1990). In separate dietary studies, fish were exposed to either SEM in a commercially prepared diet or to the same diet made with fish meal containing elevated concentrations of naturally incorporated seleno-compounds, and reduced growth occurred in fish with whole-body residues of 4.0–5.4 $\mu$g/g (Hamilton et al., 1990). In separate water-borne studies, fall chinook salmon were exposed to water-borne selenium in two different water qualities and adverse effects (reduced growth and survival) occurred in fish with whole-body residues of 3.8–4.9 $\mu$g/g (Hamilton et al., 1986; Hamilton and Wiedmeyer, 1990). Even though the routes of exposure were different in these studies, a common whole-body selenium residue of 4–5 $\mu$g/g was associated with the same adverse effects.

The convergence of adverse effects from water-borne and dietary exposures with a variety of fish suggests that once tissue selenium concentrations reach a critical threshold, regardless of the route of exposure, adverse effects will occur. This supposition is supported by results from several studies, including Hodson et al. (1980), where rainbow trout were exposed to 53 $\mu$g/L of selenium for 308 days, but no effects were observed on the survival, growth, condition factor, or several blood and plasma measurements because whole-body selenium residues were only 1.8 $\mu$g/g. Hamilton and Wiedmeyer (1990) found no effects on mortality or growth of 2-g fall chinook salmon exposed to water-borne selenium concentrations as high as 140 $\mu$g/L for 60 days in a blended brackish water ($\sim$1‰ salinity) because whole-body selenium residues were only 1.3 $\mu$g/g. Bertram and Brooks (1986) reported no effects on fathead minnow (*Pimephales promelas*) exposed to 7.3 $\mu$g/g in the diet and 43.5 $\mu$g/L in water for 56 days because whole-body

residues were only 2.2 µg/g. These water-borne and combined diet and water-borne exposure studies help define the upper end of the no-effect tissue threshold (1.3–2.2 µg/g) and the lower end of the effect tissue threshold (3.8–4.0 µg/g). Consequently, a threshold tissue concentration of 4 µg/g would seem reasonable.

DeForest et al. (1999) discussed their supposition that water-borne exposures result in mortality at lower whole-body selenium concentration than dietary exposures, and used Cleveland et al. (1993) as their focal point. The authors did not mention that the water-borne study was conducted with 5-month-old fish and the dietary study with 3-month-old fish, which may have influenced the data interpretation. More importantly, the selenium residue at day 60 linked to reduced mortality in the water-borne study was 4.3 µg/g and in the diet study was 5.1 µg/g. These values are very close to each other, especially considering no standard deviation or standard error was given in Cleveland et al. (1993) for readers to judge the variation of the values. If toxicity were observed at 4.3 and 5.1 µg/g, then some concentration less than these would approach the toxic effects threshold. Consequently, the data in Cleveland et al. (1993) would also support a proposed threshold of 4 µg/g. URS (2000) used a USEPA procedure (Stephan et al., 1985) with data from Cleveland et al. (1993) to calculate a whole-body toxicity threshold for selenium of 3.4 µg/g for the dietary study and 3.3 µg/g for the water-borne study. Thus, they revealed, contrary to DeForest et al. (1999), that there was no difference between water-borne and dietary exposure of bluegill (*Lepomis macrochirus*).

### 2.5. Coldwater fish versus warmwater fish

Another flaw in the supposition of DeForest et al. (1999) that coldwater fish are more sensitive to selenium toxicity than warmwater fish is that they reviewed selected literature and not a more complete set of selenium publications. The result is that they recommend 6 µg/g as the whole-residue threshold for coldwater fish and 9 µg/g as the threshold for warmwater fish. Several studies in Tables 1 and 3 reveal that whole-body selenium residues of 4–6 µg/g cause adverse effects regardless of whether fish were coldwater or warmwater and regardless of the route of exposure (Hilton et al., 1980; Hilton and Hodson, 1983; Hunn et al., 1987; Hamilton et al., 1990, 1996, 2001a, b; USFWS, 1990; Cleveland et al., 1993; Lemly, 1993a, b, c). DeForest et al. (1999) have not provided an adequate foundation for differentiating the importance of whole-body selenium residues between coldwater fish and warmwater fish. If 4–6 µg/g causes adverse effects in fish, then some concentration lower should be selected as the threshold concentration, i.e., 4 µg/g, not 6 or 9 µg/g as proposed by DeForest et al. (1999).

Two other publications mention the possible differences between coldwater fish and warmwater fish (USDOI, 1998; URS, 2000). Table 32 in USDOI (1998), citing Lemly (1996), gives the no-effect selenium concentration for whole-body residues as <3 µg/g in warmwater fish and <2 µg/g in coldwater fish; the level of concern as 3–4 µg/g and 2–4 µg/g, respectively; and toxicity threshold as >4 µg/g for warmwater and coldwater fish. Although Lemly (1996) does not differentiate between warmwater and coldwater fish, USDOI (1998) cited Lemly (1996) and reported a slight difference in guideline values between warmwater and coldwater fish. Even so, the values in USDOI (1998) were less than those of DeForest et al. (1999), but similar to those reported by others (Maier and Knight, 1994; Hamilton, 2002). USDOI (1998) did not discuss the basis for suggesting a difference between warmwater and coldwater fish in their sensitivity to selenium toxicity.

URS (2000) also suggests the selenium literature has some evidence of coldwater fish being more sensitive to selenium than warmwater fish. They followed the USEPA method (Stephan et al., 1985) employed by DeForest et al. (1999) to calculate the selenium tissue threshold as the geometric mean of the no observable effect concentration (NOEC) and the lowest observable effect concentration (LOEC). Application of the procedure to day 60 data for bluegill from Cleveland et al. (1993) yielded a whole-body toxicity threshold of 3.4 µg/g in their dietary study. Using day 90 data for chinook salmon from Hamilton et al. (1990), URS (2000) reported a whole-body toxicity threshold of 1.5 µg/g. Thus, they concluded there was evidence of differences in sensitivity between warmwater fish (3.4) and coldwater fish (1.5).

However, URS (2000) seems to have used inappropriate data for chinook salmon in their calculation. They note that growth of chinook salmon was reduced at 30 and 60 days of exposure to the 3.2 µg/g SLD diet and then use the whole-body selenium residue at day 90 for that treatment in the USEPA method calculation (i.e., NOEC 0.8 µg/g and LOEC 2.7 µg/g). At day 90, growth was not reduced in the 3.2-µg/g diet treatment, but was reduced in the 5.6-µg/g diet treatment. For day 60 data (NOEC 0.9 µg/g, LOEC 3.3 µg/g) the geometric mean whole-body toxicity threshold is 1.7 for chinook salmon. If day 60 data from Hamilton et al. (1990) were used in the comparison, one might still conclude there was a difference in sensitivity between coldwater fish with a threshold of 1.7 and warmwater fish with a threshold of 3.4 (Cleveland et al., 1993). However, if day 90 data were used, there would be no difference between coldwater fish with a whole-body toxicity threshold of 3.3 (NOEC 2.7 µg/g, LOEC 4.0 µg/g; Hamilton et al., 1990) and warmwater fish with a threshold of 3.9 (NOEC 3.3 µg/g, LOEC 4.6 µg/g; Cleveland et al., 1993). Considering the incongruity between day 60 and day 90

*S.J. Hamilton / Ecotoxicology and Environmental Safety 56 (2003) 201–210*

207

data from these two studies, there seems to be little support for differentiating sensitivity to selenium toxicity between coldwater and warmwater fish.

### 2.6. Diet selenium threshold

DeForest et al. (1999) proposed a dietary selenium threshold of 11 µg/g for coldwater fish and 10 µg/g for warmwater fish. The available information suggests similar sensitivity between coldwater fish and warmwater fish to dietary selenium toxicity. Tables 2 and 4 reveal that 4.6–6.5 µg/g dietary selenium causes adverse effects on fish regardless of whether they are coldwater species or warmwater species (Hamilton et al., 1989, 1990, 2001a, b; USFWS, 1990; Cleveland et al., 1993; Lemly, 1993a, b). If these dietary concentrations cause adverse effects in fish, primarily mortality, then a lower concentration must be selected as a dietary threshold concentration, i.e., 3 µg/g.

Professional judgment is an important consideration in the interpretation of data that can be frequently difficult and complex, conflicting or ambiguous, or incomplete (USEPA, 1992). Over 20 years ago, Hilton and colleagues conducted several selenium toxicity studies in the late 1970s and early 1980s and, based on their scientific judgment, they hypothesized that $>3$ µg/g dietary selenium would be harmful to fish over the long term (Hilton et al., 1980). Research in the late 1980s through the early 2000s has substantiated the speculation of John Hilton and colleagues.

## 3. Divergence of selenium thresholds

Much of the controversy in recent years concerning the selenium criterion for aquatic life and the dichotomy in proposed toxicity thresholds has been between government/academia published papers and nongovernmental papers. It is incumbent on federal government scientists to be an advocate for the environment on behalf of the general public as stated in the mission statement of the US Department of the Interior. Some may state this is a biased position. The chief biologist of the National Biological Service (NBS), and later the Biological Resources Division of the US Geological Survey, Dennis Fenn noted that the line is thin between judgment informed by sound scientific data and speculative judgment based on little data and much personal interest (Fenn and Milton, 1997); yet he concluded NBS scientists must be advocates for the environment (Fenn and Milton, 1997; Fenn, 1997). As Fenn stated, a basic premise of the scientific method is that the scientist has no vested interest in the outcome of the observations. DeForest et al. (1999) have attempted to critically evaluate selenium thresholds for fish. Others have attempted similar critical evaluations of thresholds using

limited datasets for fish (Brix et al., 2000) and birds (Adams et al., 1998, 2000; Fairbrother et al., 1999). Skorupa (1999) critiqued the article by Fairbrother et al. (1999) and noted the selective use of data from several studies that resulted in higher selenium threshold values for birds than proposed by government researchers. Fairbrother et al. (2000), in turn, responded to Skorupa (1999). Skorupa (personal communication) had similar comments on the draft of Adams et al. (1998). Articles that use limited datasets do little to enhance the body of knowledge about selenium. In contrast, to meet our responsibilities as federal researchers for stewardship of our natural resources for the benefit of our citizens, it is incumbent on us to ensure that the full range of relevant information is acquired and presented to the public. This responsibility requires us to not only point out deficiencies of selective information presented in scientific papers such as DeForest et al. (1999) and Brix et al. (2000), yet work to complement their data with the widest possible range of data.

Arguments in the articles by DeForest et al. (1999), Brix et al. (2000), Fairbrother et al. (1999), and Adams et al. (1998) for high threshold values were supported by statistics. However, Skorupa (1999) pointed out how selective use of data points can lead to the arrival at erroneous conclusions. Many of the concerns raised in this critique of DeForest et al. (1999) match those expressed by Stoto (1990) who noted that errors in conclusions could result from incomplete and inaccurate reporting of data, i.e., incomplete and inaccurate review of the selenium literature.

## 4. Conclusions

DeForest et al. (1999) and Brix et al. (2000) have used selective data to present high toxicity threshold for selenium in the tissue and diet of fish. They have cited older literature containing errors (Lemly, 1993a) while omitting later literature with corrected values (Lemly, 1996), excluded data from publications based on minor justifications, and overlooked key studies from the extensive body of selenium literature. The proposed high-selenium thresholds by DeForest et al. (1999) and Brix et al. (2000) does not stand on equal footing with reviews of more extensive datasets by USDOI (1998), Lemly (1996), Maier and Knight (1994), and Hamilton (2002). Recent studies continue to support the dietary selenium threshold of 3 µg/g and the whole-body selenium threshold of 4 µg/g for fish.

### Acknowledgments

I thank W. Beckon, K. Maier, and T. Presser for reviewing the article.

# References

Adams, W.J., Brix, K.V., Cothern, K.A., Tear, L.M., Cardwell, R.D., Fairbrother, A., Toll, J., 1998. Assessment of selenium food chain transfer and critical exposure factors for avian wildlife species: need for site-specific data. In: Little, E.E., DeLonay, A.J., Greenberg, B.M. (Eds.), Environmental Toxicology and Risk Assessment, ASTM STP 1333, Vol. 7. American Society for Testing and Materials, West Conshohocken, PA, pp. 312–340.

Adams, W.J., Toll, J.E., Brix, K.V., Tear, L.M., DeForest, D.K., 2000. Site-specific approach for setting water quality criteria for selenium: differences between lotic and lentic systems. In: Planning for End Land Use in Mine Reclamation. Proceedings of the 24th Annual British Columbia Reclamation Symposium. BC Technical and Research Committee on Reclamation, Williams Lake, BC, June 19–22, 2000, pp. 231–240.

Barnhart, R.A., 1957. Chemical factors affecting the survival of game fish in a Western Colorado reservoir. Master's Thesis, Colorado State University, Fort Collins, CO.

Bennett, W.N., Brooks, A.S., Boraas, M.E., 1986. Selenium uptake and transfer in an aquatic food chain and its effects on fathead minnow larvae. Arch. Environ. Contam. Toxicol. 15, 513–517.

Bertram, P.E., Brooks, A.S., 1986. Kinetics of accumulation of selenium from food and water by fathead minnows. Water Res. 20, 877–884.

Birkner, J.H., 1978. Selenium in aquatic organisms from seleniferous habitats. Ph.D. Dissertation, Colorado State University, Fort Collins, CO.

Brix, K.V., DeForest, D.K., Fairbrother, A., Adams, W.J., 2000. Critical review of tissue-based selenium toxicity thresholds for fish and birds. In: Planning for End Land Use in Mine Reclamation. Proceedings of the 24th Annual British Columbia Reclamation Symposium. BC Technical and Research Committee on Reclamation, Williams Lake, BC, June 19–22, 2000, pp. 220–230.

Brown, L.R., 1997. Concentrations of chlorinated organic compounds in biota and bed sediment in steams of the San Joaquin valley, California. Arch. Environ. Contam. Toxicol. 33, 357–368.

Bryson, W.T., Garrett, W.R., Mallin, M.A., MacPherson, K.A., Partin, W.E., Woock, S.E., 1984. Roxboro Steam Electric Plant Environmental Monitoring Studies, Vol. II. Hyco Reservoir Bioassay Studies 1982. Carolina Power and Light Company, New Hill, NC.

Butler, D.L., Osmundson, B.C., McCall, S., 1989. Review of water quality, sediment, and biota associated with the Grand Valley Project, Colorado River Basin, Colorado. US Geological Survey, Grand Junction, CO.

Butler, D.L., Krueger, R.P., Osmundson, B.C., Thompson, A.L., McCall, S.K., 1991. Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Gunnison and Uncompahgre River Basins and at Sweitzer Lake, West-Central Colorado, 1988–89. Water-Resources Investigations Report 91-4103, US Geological Survey, Denver, CO.

Butler, D.L., Wright, W.G., Hahn, D.A., Krueger, R.P., Osmundson, B.C., 1994. Physical, chemical, and biological data for detailed study of irrigation drainage in the Uncompahgre Project Area and in the Grand Valley, West-Central Colorado, 1991–92. Open-File Report 94–110, US Geological Survey, Denver, CO.

Butler, D.L., Wright, W.G., Stewart, K.C., Osmundson, B.C., Krueger, R.P., Crabtree, D.W., 1996. Detailed study of selenium and other constituents in water, bottom sediment, soil, alfalfa, and biota associated with irrigation drainage in the Uncompahgre Project Area and in the Grand Valley, West-Central Colorado, 1991–93. Water-Resources Investigations Report 96-4138, US Geological Survey, Denver, CO.

Canton, S.P., 1999. Acute aquatic life criteria for selenium. Environ. Toxicol. Chem. 18, 1425–1432.

Canton, S.P., Van Derveer, W.D., 1997. Selenium toxicity to aquatic life: an argument for sediment-based water quality criteria. Environ. Toxicol. Chem. 16, 1255–1259.

Chapman, P.M., 1999. Selenium—a potential time bomb or just another contaminant? Hum. Ecol. Risk Assess. 5, 1123–1138.

Cleveland, L., Little, E.E., Buckler, D.R., Wiedmeyer, R.H., 1993. Toxicity and bioaccumulation of waterborne and dietary selenium in juvenile bluegill (Lepomis macrochirus). Aquat. Toxicol. 27, 265–280.

Coughlan, D.J., Velte, J.S., 1989. Dietary toxicity of selenium-contaminated red shiners to striped bass. Trans. Am. Fish. Soc. 118, 400–408.

Coyle, J.J., Buckler, D.R., Ingersoll, C.G., Fairchild, J.F., May, T.W., 1993. Effect of dietary selenium on the reproductive success of bluegills (Lepomis macrochirus). Environ. Toxicol. Chem. 12, 551–565.

DeForest, D.K., Brix, K.V., Adams, W.J., 1999. Critical review of proposed residue-based selenium toxicity thresholds for freshwater fish. Hum. Ecol. Risk Assess. 5, 1187–1228.

DuBowy, P.J., 1989. Effects of diet on selenium bioaccumulation in marsh birds. J. Wildl. Manage. 53, 776–781.

Engberg, R.A., 1999. Selenium budgets for Lake Powell and the upper Colorado River basin. J. Am. Water Resour. Assoc. 35, 771–786.

Fairbrother, A., Brix, K.V., Toll, J.E., McKay, S., Adams, W.J., 1999. Egg selenium concentrations as predictors of avian toxicity. Hum. Ecol. Risk Assess. 5, 1229–1253.

Fairbrother, A., Brix, K.V., DeForest, D.K., Adams, W.J., 2000. Egg selenium thresholds for birds: a response to J. Skorupa's critique of Fairbrother et al., 1999. Hum. Ecol. Risk Assess. 6, 203–212.

Fenn, D.B., 1997. More than just research—the University and Research Community connection. The George Wright Society Meeting, Albuquerque, NM, March 20, 1997.

Fenn, D.B., Milton, N.M., 1997. Advocacy and the scientist. Fisheries 22, 4.

Finley, K.A., 1985. Observations of bluegills fed selenium-contaminated hexagenia nymphs collected from Belews Lake, North Carolina. Bull. Environ. Contam. Toxicol. 35, 816–825.

Foe, C., Knight, A.W., 1986. Selenium bioaccumulation, regulation, and toxicity in the green alga, Selenastrum capricornutum, and dietary toxicity of the contaminated alga to Daphnia magna. In: California Agricultural Technology Institute (Ed.), First Annual Environmental Symposium: Selenium in the Environment Proceedings. Publication no. CAT1/860201. California State University, Fresno, pp. 77–78.

Gatlin, D.M., Wilson, R.P., 1984. Dietary selenium requirement of fingerling channel catfish. J. Nutr. 114, 627–4633.

Gillespie, R.B., Baumann, P.C., 1986. Effects of high tissue concentrations of selenium on reproduction by bluegills. Trans. Am. Fish. Soc. 115, 208–213.

Goettl, J.P., Davies, P.H., 1978. Water Pollution Studies. Job Progress Report, Federal Aid Project F-33-R-13, Colorado Division of Wildlife, Fort Collins, CO.

Hamilton, S.J., 1999. Hypothesis of historical effects from selenium on endangered fish in the Colorado River Basin. Hum. Ecol. Risk Assess. 5, 1153–1180.

Hamilton, S.J., 2002. Rationale for a tissue-based selenium criterion for aquatic life. Aquat. Toxicol. 57, 85–100.

Hamilton, S.J., Wiedmeyer, R.H., 1990. Concentrations of boron, molybdenum, and selenium in chinook salmon. Trans. Am. Fish. Soc. 119, 500–510.

Hamilton, S.J., Lemly, A.D., 1999. Commentary: water-sediment controversy in setting environmental standards for selenium. Ecotoxicol. Environ. Saf. 44, 227–235.

Hamilton, S.J., Palmisano, A.N., Wedemeyer, G.A., Yasutake, W.T., 1986. Impacts of selenium on early life stages and smoltification of

fall chinook salmon. Trans. North Am. Wild. Nat. Resour. Conf. 51, 343–356.

Hamilton, S.J., Buhl, K.J., Faerber, N.L., 1989. Toxicity of selenium in the diet to chinook salmon. In: Howard, A.Q. (Ed.), Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Fourth Selenium Symposium. Bay Institute of San Francisco, San Francisco, CA, pp. 22–30.

Hamilton, S.J., Buhl, K.J., Faerber, N.L., Wiedmeyer, R.H., Bullard, F.A., 1990. Toxicity of organic selenium in the diet to chinook salmon. Environ. Toxicol. Chem. 9, 347–358.

Hamilton, S.J., Buhl, K.J., Bullard, F.A., McDonald, S.F., 1996. Evaluation of toxicity to larval razorback sucker of selenium-laden food organisms from Ouray NWR on the Green River, Utah. Final Report to the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin. Denver, CO, National Biological Service, Yankton, SD.

Hamilton, S.J., Buhl, K.J., Bullard, F.A., Little, E.E., 2000. Chronic toxicity and hazard assessment of an inorganic mixture simulating irrigation drainwater to razorback sucker and bonytail. Environ. Toxicol. 15, 48–64.

Hamilton, S.J., Holley, K.M., Buhl, K.J., Bullard, F.A., Weston, L.K., McDonald, S.F., 2001a. The evaluation of contaminant impacts on razorback sucker held in flooded bottomland sites near Grand Junction, Colorado—1996. Final Report, US Geological Survey, Yankton, SD.

Hamilton, S.J., Holley, K.M., Buhl, K.J., Bullard, F.A., Weston, L.K., McDonald, S.F., 2001b. The evaluation of contaminant impacts on razorback sucker held in flooded bottomland sites near Grand Junction, Colorado—1997. Final Report, US Geological Survey, Yankton, SD.

Heinz, G.H., Hoffman, D.J., Gold, L.G., 1989. Impaired reproduction of mallards fed an organic form of selenium. J. Wildl. Manage. 53, 418–428.

Heinz, G.H., Hoffman, D.J., Krynitsky, A.J., Weller, D.M.G., 1987. Reproduction in mallards fed selenium. Environ. Toxicol. Chem. 6, 423–433.

Hermanutz, R.O., Allen, K.N., Roush, T.H., Hedtke, S.F., 1992. Effects of elevated selenium concentrations on bluegills (*Lepomis macrochirus*) in outdoor experimental streams. Environ. Toxicol. Chem. 11, 217–224.

Hilton, J.W., Hodson, P.V., 1983. Effect of increased dietary carbohydrate on selenium metabolism and toxicity in rainbow trout (*Salmo gairdneri*). J. Nutr. 113, 1241–1248.

Hilton, J.W., Hodson, P.V., Slinger, S.J., 1980. The requirement and toxicity of selenium in rainbow trout (*Salmo gairdneri*). J. Nutr. 110, 2527–2535.

Hodson, P.V., Spry, D.J., Blunt, B.R., 1980. Effects on rainbow trout (*Salmo gairdneri*) of a chronic exposure to waterborne selenium. Can. J. Fish. Aquat. Sci. 37, 233–240.

Hunn, J.B., Hamilton, S.J., Buckler, D.R., 1987. Toxicity of sodium selenite to rainbow trout fry. Water Res. 21, 233–238.

Ingersoll, C.G., Dwyer, F.J., May, T.W., 1990. Toxicity of inorganic and organic selenium to Daphnia magna (Cladocera) and Chironomus riparius (Diptera). Environ. Toxicol. Chem. 9, 1171–1181.

Kiffney, P., Knight, A., 1990. The toxicity and bioaccumulation of selenate, selenite and seleno-L-methionine in the cyanobacterium Anabaena flos-aquae. Arch. Environ. Contam. Toxicol. 19, 488–494.

Lemly, A.D., 1985. Toxicology of selenium in a freshwater reservoir: implications for environmental hazard evaluation and safety. Ecotoxicol. Environ. Saf. 10, 314–338.

Lemly, A.D., 1993a. Guidelines for evaluating selenium data from aquatic monitoring and assessment studies. Environ. Monit. Assess. 28, 83–100.

Lemly, A.D., 1993b. Metabolic stress during winter increases the toxicity of selenium to fish. Aquat. Toxicol. 27, 133–158.

Lemly, A.D., 1993c. Teratogenic effects of selenium in natural populations of freshwater fish. Ecotoxicol. Environ. Saf. 26, 181–204.

Lemly, A.D., 1996. Selenium in aquatic organisms. In: Beyer, W.N., Heinz, G.H., Redmon-Norwood, A.W. (Eds.), Environmental Contaminants in Wildlife—Interpreting Tissue Concentrations. CRC Press, Boca Raton, FL, pp. 427–445.

Lemly, A.D., 1999a. Selenium impacts on fish: an insidious time bomb. Hum. Ecol. Risk Assess. 5, 1139–1151.

Lemly, A.D., 1999b. Selenium transport and bioaccumulation in aquatic ecosystems: a proposal for water quality criteria based on hydrological units. Ecotoxicol. Environ. Saf. 42, 150–156.

Maier, K.J., Knight, A.W., 1994. Ecotoxicology of selenium in freshwater systems. Rev. Environ. Contam. Toxicol. 134, 31–48.

Moore, S.B., Winckel, J., Detwiler, S.J., Klasing, S.A., Gaul, P.A., Kanim, N.R., Kesser, B.E., DeBevec, A.B., Beardsley, K., Puckett, L.K., 1990. Fish and Wildlife Resources and Agricultural Drainage in the San Joaquin Valley, California, Vols. 1 and 2. San Joaquin Valley Drainage Program, Sacramento, CA.

Nakamoto, R.J., Hassler, T.J., 1992. Selenium and other trace elements in bluegills from agricultural return flows in the San Joaquin Valley, California. Arch. Environ. Contam. Toxicol. 22, 88–98.

Ogle, R.S., Knight, A.W., 1989. Effects of elevated foodborne selenium on growth and reproduction of the fathead minnow (*Pimephales promelas*). Arch. Environ. Contam. Toxicol. 18, 795–803.

Ohlendorf, H.M., 1999. Selenium was a time bomb. Hum. Ecol. Risk Assess. 5, 1181–1185.

Ohlendorf, H.M., Skorupa, J.P., Saiki, M.K., Barnum, D.A., 1993. Food-chain transfer of trace elements to wildlife. In: Allen, R.G. (Ed.), Management of Irrigation and Drainage Systems: Integrated Perspectives. American Society of Civil Engineers, New York, pp. 596–603.

Pease, W., Taylor, K., Lacy, J., Carlin, M., 1992. Derivation of site-specific water quality criteria for selenium in San Francisco Bay. Technical Report, San Francisco Bay Regional Water Quality Control Board. Oakland, CA.

Peterson, J.A., Nebeker, A.V., 1992. Estimation of waterborne selenium concentrations that are toxicity thresholds for wildlife. Arch. Environ. Contamin. Toxicol. 23, 154–162.

Radtke, D.B., Kepner, W.G., 1990. Environmental contaminants in the lower Colorado River valley, Arizona, California, and Nevada. In: Proceedings of the Arizona Hydrological Society's Second Annual Symposium. Water Quality and Quantity Issues into the 1990s. Adaptation to Current Realities. Casa Grande, AZ, pp. 1–21.

Radtke, D.B., Kepner, W.G., Effertz, R.J., 1988. Reconnaissance investigation of water quality, bottom sediment, and biota associated with irrigation drainage in the Lower Colorado River Valley, Arizona, California, and Nevada, 1986–87. Water-Resources Investigations Report No. 88-4002, US Geological Survey, Tucson, AZ.

Saiki, M.K., Lowe, T.P., 1987. Selenium in aquatic organisms from subsurface agricultural drainage water, San Joaquin Valley, California. Arch. Environ. Contam. Toxicol. 16, 657–670.

Saiki, M.K., Jennings, M.R., Wiedmeyer, R.H., 1992. Toxicity of agricultural subsurface drainwater from the San Joaquin Valley, California, to juvenile chinook salmon and striped bass. Trans. Am. Fish. Soc. 121, 78–93.

Schultz, R., Hermanutz, R., 1990. Transfer of toxic concentrations of selenium from parent to progeny in the fathead minnow (*Pimephales promelas*). Bull. Environ. Contam. Toxicol. 45, 568–573.

SETAC (Society of Environmental Toxicology and Chemistry), 1999. Meeting Program: Sustaining Global Environmental Integrity. SETAC, Pensacola, FL.

Skorupa, J.P., 1998. Selenium poisoning of fish and wildlife in nature: lessons from twelve real-world examples. In: Frankenberger, W.T., Engberg, R.A. (Eds.), Environmental Chemistry of Selenium. Marcel Dekker, New York, pp. 315–354.

Skorupa, J.P., 1999. Beware missing data and undernourished statistical models: comment on Fairbrother et al.'s critical evaluation. Hum. Ecol. Risk Assess. 5, 1255–1262.

Skorupa, J.P., Ohlendorf, H.M., 1991. Contaminants in drainage water and avian risk thresholds. In: Dinar, A., Zilberman, D. (Eds.), The Economics and Management of Water and Drainage in Agriculture. Kluwer, Boston, MA, pp. 345–368.

Skorupa, J.P., Ohlendorf, H.M., Hothem, R.L., in press. Interpretive guidelines for selenium-exposed waterbirds. J. Wildl. Manage.

Skorupa, J.P., Morman, S.P., Sefchick-Edwards, J.S., 1996. Guidelines for interpreting selenium exposures of biota associated with nonmarine aquatic habitats. Technical Report, US Fish and Wildlife Service, Sacramento, CA.

Sorensen, E.M.B., 1986. The effects of selenium on freshwater teleosts. In: Hodgson, E. (Ed.), Reviews in Environmental Toxicology, Vol. 2. Elsevier, New York, pp. 59–116.

Sorensen, E.M.B., 1991. Metal Poisoning in Fish. CRC Press, Boca Raton, FL.

Stephan, C.E., Mount, D.I., Hansen, D.J., Gentile, J.H., Chapman, G.A., Brungs, W.A., 1985. Guidelines for deriving numerical national water quality criteria for the protection of aquatic organisms and their uses. US Environmental Protection Agency Report PB85-227049, Washington, DC.

Stoto, M.A., 1990. From data to analysis to conclusions: a statistician's view. In: Bailar III, J.C., Angell, M., Boots, S., Myers, E.S., Palmer, N., Shipley, M., Woolf, P. (Eds.), Ethics and Policy in Scientific Publication. Council of Biology, Bethesda, MD, pp. 207–218.

SWRCBC (State Water Resources Control Board Committee), 1987. Regulation of agricultural drainage to the San Joaquin River. Final Report, SWRCB Order No. W.Q. 85-1. State Water Resources Control Board, Sacramento, CA.

UCC (University of California Committee), 1988. The evaluation of water quality criteria for selenium, boron, and molybdenum in the San Joaquin River basin. University of California Committee of Consultants on San Joaquin River Water Quality Objectives. Drainage, Salinity and Toxic Constituents Series, Report No. 4, UC Salinity/Drainage Task Force and UC Water Resources Center, Davis, CA.

URS, 2000. Environmental impact statement and environmental impact report, Vol. I. Main text, Vol. 2. Appendices. URS, Oakland, CA. Report to the U.S. Bureau of Reclamation and San Luis & Delta-Mendota Water Authority.

USDOI (US Department of the Interior), 1998. Guidelines for interpretation of the biological effects of selected constituents in biota, water, and sediment. US Department of the Interior, National Irrigation Water Quality Program Information Report No. 3.

USEPA (US Environmental Protection Agency), 1987. Ambient water quality criteria for selenium—1987. Publication EPA 440/5-87-006, USEPA, Office of Water Regulations and Standards, Washington, DC.

USEPA (US Environmental Protection Agency), 1992. Framework for ecological risk assessment. Publication EPA 630/R-92/001, US Environmental Protection Agency Risk Assessment Forum, Washington, DC.

USEPA (US Environmental Protection Agency), 1998. Report on the Peer Consultation Workshop on Selenium Aquatic Toxicity and Bioaccumulation. Publication EPA 822-R-98-007, US Environmental Protection Agency, Washington, DC.

USFWS (US Fish and Wildlife Service), 1990. Agricultural irrigation drainwater studies in support of the San Joaquin Valley Drainage Program. US Fish and Wildlife Service, Columbia, MO. Final Report to the San Joaquin Valley Drainage Program, Sacramento, CA.

Van Derveer, W.D., Canton, S.P., 1997. Selenium sediment toxicity thresholds and derivation of water quality criteria for freshwater biota of western streams. Environ. Toxicol. Chem. 16, 1260–1268.

Watson, 1998. Final 1998 Regional Investigation Report, Southeast Idaho Phosphate Resource Area Selenium Project. Montgomery Watson, Steamboat Springs, CO.

Woock, S.E., Garrett, W.R., Partin, W.E., Bryson, W.T., 1987. Decreased survival and teratogenesis during laboratory selenium exposures to bluegill, Lepomis macrochirus. Bull. Environ. Contam. Toxicol. 39, 998–1005.



**Prepared in collaboration with the U.S. Fish and Wildlife Service**

# Determination of Selenium in Fish from Designated Critical Habitat in the Gunnison River, Colorado, March through October, 2012

Open-File Report 2013–1104

**U.S. Department of the Interior**
**U.S. Geological Survey**

# Determination of Selenium in Fish from Designated Critical Habitat in the Gunnison River, Colorado, March through October, 2012

By Thomas W. May and Michael J. Walther

Prepared in collaboration with the U.S. Fish and Wildlife Service

Open-File Report 2013–1104

**U.S. Department of the Interior**
**U.S. Geological Survey**

**U.S. Department of the Interior**
SALLY JEWELL, Secretary

**U.S. Geological Survey**
Suzette M. Kimball, Acting Director

U.S. Geological Survey, Reston, Virginia: 2013

For more information on the USGS—the Federal source for science about the Earth, its natural and living resources, natural hazards, and the environment, visit http://www.usgs.gov or call 1–888–ASK–USGS.

For an overview of USGS information products, including maps, imagery, and publications, visit http://www.usgs.gov/pubprod

To order this and other USGS information products, visit http://store.usgs.gov

Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the U.S. Government.

Although this information product, for the most part, is in the public domain, it also may contain copyrighted materials as noted in the text. Permission to reproduce copyrighted items must be secured from the copyright owner.

Suggested citation:
May, T.W., and Walther, M.J., 2013, Determination of selenium in fish from designated critical habitat in the Gunnison River, Colorado, March through October, 2012: U.S. Geological Survey Open-File Report 2013–1104, 4 p., http://pubs.usgs.gov/of/2013/1104/.

# Contents

Abstract....................................................................................................................1
Introduction.............................................................................................................1
Methods...................................................................................................................1
    Field Collection and Preservation ..................................................................1
    Sampling History .............................................................................................1
    Lyophilization ..................................................................................................2
    Instrumental Analysis......................................................................................2
Results .....................................................................................................................2
Quality-Control Results ...........................................................................................2
References Cited ......................................................................................................4

## Tables

1. Concentrations of selenium in fish muscle plugs collected from fish inhabiting the Gunnison River in western Colorado, March through October, 2012.................................3
2. Selenium recoveries from a reference tissue material analyzed with fish muscle plug samples....................................................................................3

## Conversion Factors

SI to Inch/Pound

| Multiply | By | To obtain |
|---|---|---|
| Length | | |
| milliTorr (mTorr) | 1,000 | Torr |
| Volume | | |
| liter (L) | 33.82 | ounce, fluid (fl. oz) |
| milliliter (mL) | 0.034 | ounce, fluid (fl. oz) |
| Mass | | |
| gram (g) | 0.03527 | ounce, avoirdupois (oz) |
| kiloelectron volt (keV) | 1,000 | electron volt (eV) |
| milligram (mg) | 0.000035 | ounce, avoirdupois (oz) |
| microgram (µg) | 0.000000035 | ounce, avoirdupois (oz) |

Temperature in degrees Celsius (°C) may be converted to degrees Fahrenheit (°F) as follows:

$$°F=(1.8×°C)+32.$$

Concentrations of chemical constituents in solid materials are given in micrograms per gram (µg/g) dry weight.

Concentrations of chemical constituents in liquids are given in micrograms per liter (µg/L).

# Determination of Selenium in Fish from Designated Critical Habitat in the Gunnison River, Colorado, March through October, 2012

By Thomas W. May and Michael J. Walther

## Abstract

This report presents results for the summer 2012 sampling of muscle plugs from common carp (*Cyprinus carpio*), bonytail chub (*Gila elegans*), Colorado pikeminnow (*Ptychocheilus lucius*), and razorback suckers (*Xyrauchen texanus*) inhabiting critical habitat in the Gunnison River in western Colorado. Total selenium in fish muscle plugs was determined by instrumental neutron activation analysis. Total selenium concentrations (range and mean ± standard deviation) in micrograms per gram dry weight were 6.0 to 10.7, 8.8 ± 1.3 for common carp; 2.9 to 8.7, 5.6 ± 2.4 for Colorado pikeminnow; and 1.4 to 7.3, 3.4 ± 2.7 for razorback sucker. The selenium concentration for one bonytail chub sample was 0.8 micrograms per gram dry weight. Selenium concentrations in muscle plugs from 1 Colorado pikeminnow and 12 common carp exceeded the 8 micrograms per gram dry weight toxicity guideline for selenium in fish muscle tissue.

## Introduction

Irrigation drainage from large irrigation projects in the Uncompahgre and Grand Valley in western Colorado has resulted in selenium (Se) loading into the Uncompahgre, Gunnison and Colorado Rivers that exceeds the 5 micrograms per liter (µg/L) aquatic life protection standard established in 1977 by the Colorado Water Quality Commission (Colorado Department of Public Health and Environment, 2007). Within this area, the lower Gunnison River and the Colorado River are designated critical habitat for the endangered Colorado pikeminnow (*Ptychocheilus lucius*), razorback sucker (*Xyrauchen texanus*), and bonytail chub (*Gila elegans*). There is concern that high selenium concentrations in water, sediment, and biota collected from these rivers also are adversely affecting these endangered fish species (Hamilton, 1998). In collaboration with the Colorado River Recovery Program, the U.S. Fish and Wildlife Service (USFWS) monitors endangered fish populations in the lower Gunnison River as well as selenium concentrations in fish through the use of non-lethal muscle plug biopsies (Osmundson and others, 2000). The USFWS has sought collaboration from the U.S. Geological Survey (USGS) for the determination of selenium in muscle plug samples. This report includes results for the analysis of selenium in muscle plugs of common carp (*Cyprinus carpio*), Colorado pikeminnow, razorback suckers, and bonytail chub collected in spring through early fall of 2012 from a lower stretch of designated critical habitat in the Gunnison River between Delta and Grand Junction in western Colorado.

## Methods

### Field Collection and Preservation

Muscle plug samples were taken with a biopsy punch from live specimens of common carp, Colorado pikeminnow, razorback suckers, and bonytail chub collected from the Gunnison River between Delta (river mile 44.1) and the Grand Junction (river mile 0.7). Samples were placed in cryotubes, enclosed in a Whirl-Pak® bag, and frozen on dry ice. All samples were collected by USFWS personnel from March through October of 2012. Samples were stored in a freezer until shipment to the USGS.

### Sampling History

The muscle plug samples collected by USFWS personnel were received in one shipment by the Environmental Chemistry Branch Inorganic Section (henceforth referred to as "the laboratory") of the USGS shortly after collection on December 4, 2012, and contained 16 common carp muscle plugs, 5 razorback sucker muscle plugs, 1 bonytail chub muscle plug, and 4 Colorado pikeminnow muscle plugs. The samples were assigned USGS batch number 2073 and USGS sample identification numbers 57506 to 57531. Selenium was to be determined in all samples by instrumental neutron activation analysis (INAA).

**2    Determination of Selenium in Fish from Designated Critical Habitat in the Gunnison River, Colorado**

## Lyophilization

All sample preparation before INAA was performed by USGS at the Columbia Environmental Research Center in Columbia, Missouri in collaboration with the University of Missouri Research Reactor (MURR). The entire plug was transferred from its original cryotube container into a 1.5 milliliter (mL) polyethylene vial provided by MURR staff. Vials were precleaned by stepwise washing with acetone, nitric acid, and deionized water. Each sample was positioned and pressed flat against the vial bottom with a cleaned glass rod. All vials were left open and placed in the tray chamber of a Virtis Genesis 35EL lyophilizer in "shelf" control and frozen to -75 degrees Celsius ($^\circ$C). Once a condenser temperature of $-70^\circ$C and vacuum of 300 milliTorr was reached, the drying cycle commenced. All muscle plug samples were lyophilized to constant weight, and dried weights ranged from 17 to 57 milligrams (mg) and averaged 43 mg. Lyophilization greatly reduces the oxygen-19 radioisotope ($^{19}$O) from water in the irradiated sample, and markedly enhances measurement precision. Upon recording of final sample weight, an expandable, cleaned polyethylene plug was inserted into the vial against which the vial lid was compressed shut. All samples were transported to MURR for the determination of selenium.

## Instrumental Analysis

Standards in the range of 0.01 to 5 micrograms ($\mu$g) selenium were prepared by pipetting the appropriate quantities from a series of selenium stock solutions dried onto filter pulp paper which was comparable in geometric configuration to that of the samples. The pulp paper was then placed in the bottom of the polyethylene vials. A National Institutes of Standards and Technology (NIST) lyophilized Standard Reference Material (SRM) 1577 Bovine Liver also was run as a MURR internal quality control sample. All standards and samples were analyzed for selenium by way of $^{77m}$Se using the following nuclear reaction: $^{76}$Se$(n,\gamma)^{77m}$Se and $^{77m}$Se$\rightarrow^{77m}$Se$+\gamma$ and measuring the 161.9 kiloelectron volt (keV) gamma-ray. Each standard or sample was placed in the top-center position of a shuttle rabbit and irradiated for 5.00 seconds in the Row 1 position using the pneumatic-tube irradiation facility at MURR. This position has thermal and epithermal neutron flux densities of 8 x $10^{13}$ neutrons x centimeter$^{-2}$ x second$^{-1}$ and 2 x $10^{12}$ neutrons x centimeter$^{-2}$ x second$^{-1}$. The pneumatic

transfer facility used has a delivery time to the counting station of about 4 seconds. The returned shuttle rabbit was opened quickly and the sample vial transferred to a special holder that positions the small polyethylene vial on the face of the detector. All samples were analyzed using a 5-second irradiation, 15-second decay, and 25-second real-time count using a high resolution gamma-ray spectrometer. The gamma-ray spectrometer included a Tennelec 244 amplifier coupled to a Nuclear Data 599 loss-free counting module and a Nuclear Data 581 ADC (analog-to-digital converter). Data acquisition and peak extraction were done using a VAX station 3100, model 38 with Canberra/ND applications software. The 161.9keV gamma-ray from the decay of $^{77m}$Se was used to determine selenium concentrations by standard comparison (Spate and others, 1994; Baskett and others, 2001).

## Results

Total selenium concentrations [micrograms per gram dry weight, ($\mu$g/g)] in fish muscle plug samples collected from fish inhabiting the Gunnison River in western Colorado are listed in table 1. Total selenium concentrations [range and mean ± standard deviation (SD)] in $\mu$g/g dry weight were 6.0 to 10.7, 8.8 ± 1.3 for common carp; 2.9 to 8.7, 5.6 ± 2.4 for Colorado pikeminnow; and 1.4 to 7.3, 3.4 ± 2.7 for razorback sucker. The selenium concentration for 1 bonytail chub sample was 0.8 micrograms per gram dry weight. Selenium concentrations in muscle plugs from 1 Colorado pikeminnow and 12 common carp exceeded the 8 micrograms per gram dry weight toxicity guideline (Lemly, 2002) for selenium in fish muscle tissue.

## Quality-Control Results

Concentrations ($\mu$g/g dry weight) of selenium in National Institute of Standards and Technology (NIST) Standard Reference Material (SRM) 1577 Bovine Liver (n=3) averaged 1.13 and ranged from 1.11 to 1.14 with an SD of 0.017 $\mu$g/g (table 2). Compared with the certified selenium concentration (1.1 ± 0.1 $\mu$g/g), these results expressed selenium recoveries that were all within this certified range.

**Table 1.** Concentrations of selenium in fish muscle plugs collected from fish inhabiting the Gunnison River in western Colorado, March through October, 2012.

[USGS, United States Geological Survey; ID, identification; µg/g, micrograms per gram dry weight]

| USGS ID | Field ID | Fish common name | Collection date (month/day/year | Percent moisture | Selenium (µg/g) |
|---------|----------|------------------|----------------------------------|------------------|-----------------|
| 57506 | GRZ5705 | razorback sucker | 10/01/12 | 80.8 | 1.53 |
| 57507 | GRZ5E22 | razorback sucker | 10/01/12 | 77.3 | 1.35 |
| 57508 | GRZDE84 | razorback sucker | 10/05/12 | 78.2 | 7.28 |
| 57509 | GRZ61FD | razorback sucker | 10/05/12 | 72.8 | 5.20 |
| 57510 | GRZ9D7B | razorback sucker | 10/04/12 | 78.7 | 1.40 |
| 57511 | GPMCE69 | colorado pikeminnow | 10/04/12 | 78.2 | 5.08 |
| 57512 | GPMCE69B | colorado pikeminnow | 07/31/12 | 66.2 | 2.93 |
| 57513 | GPM5DEF | colorado pikeminnow | 07/18/12 | 83.7 | 8.68 |
| 57514 | GPMD35C | colorado pikeminnow | 07/18/12 | 76.4 | 5.68 |
| 57515 | PS-E826 | bonytail | 03/13/12 | 69.7 | 0.77 |
| 57516 | 12GRCMP1 | common carp | 08/27/12 | 76.2 | 8.49 |
| 57517 | 12GRCMP2 | common carp | 08/27/12 | 76.6 | 9.76 |
| 57518 | 12GRCMP3 | common carp | 08/28/12 | 79.8 | 8.04 |
| 57519 | 12GRCMP4 | common carp | 08/29/12 | 72.2 | 8.47 |
| 57520 | 12GRCMP5 | common carp | 08/29/12 | 75.7 | 6.03 |
| 57521 | 12GRCMP6 | common carp | 08/29/12 | 75.9 | 9.49 |
| 57522 | 12GRCMP7 | common carp | 08/30/12 | 71.9 | 9.39 |
| 57523 | 12GRCMP8 | common carp | 08/30/12 | 77.9 | 10.45 |
| 57524 | 12GRCMP9 | common carp | 08/30/12 | 78.9 | 6.87 |
| 57525 | 12GRCMP10 | common carp | 08/30/12 | 78.6 | 9.15 |
| 57526 | 12GRCMP11 | common carp | 08/31/12 | 74.3 | 7.64 |
| 57527 | 12GRCMP12 | common carp | 10/05/12 | 75.6 | 10.1 |
| 57528 | 12GRCMP13 | common carp | 10/03/12 | 77.7 | 10.7 |
| 57529 | 12GRCMP14 | common carp | 10/03/12 | 78.2 | 9.67 |
| 57530 | 12GRCMP3B | common carp | 08/28/12 | 76.4 | 7.40 |
| 57531 | 12GRCMP7B | common carp | 08/30/12 | 85.3 | 8.66 |

**Table 2.** Selenium recoveries from a reference tissue material analyzed with fish muscle plug samples.

[MURR, University of Missouri Research Reactor; QC, quality control; ID, identification; µg/g, microgram per gram dry weight; SD, standard deviation; RSD, relative standard deviation; NIST, National Institute of Standards and Technology; ±, plus or minus; na, not applicable]

| MURR QC ID | Reference material | Certified range (µg/g) | Selenium (µg/g) | Mean (µg/g) | SD (µg/g) | Percent RSD[a] |
|------------|-------------------|------------------------|-----------------|-------------|-----------|----------------|
| BL-Z-66 | NIST 1577[b] | 1.1 ± 0.1 | 1.14 | 1.13 | 0.017 | 1.5 |
| BL-Z-67 | na | na | 1.11 | na | na | na |
| BL-Z-68 | na | na | 1.14 | na | na | na |

[a]Calculated as standard deviation divided by mean times 100.

[b]Standard Reference Material 1577: Bovine liver.

# References Cited

Spate V.L., Mason M.M., Reams C.L., Baskett C.K., Morris J.S., and Mills D.S., 1994, Determination of total and bound Se in sera by INAA: Journal of Radioanalytical and Nuclear Chemistry, v. 179, no. 2, p. 315–322.

Hamilton, S.J., 1998, Selenium effects on endangered fish in the Colorado River Basin, *in* Frankenberger, W.T. Jr. and Engberg, R.A., eds. -Environmental chemistry of selenium: Marcel Dekker, Inc., p. 297–313.

Osmundson, B., May, T.W., and Osmundson, D., 2000, Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*) - Relationship with flows in the upper Colorado River: Archives of Environmental Contamination and Toxicology, v. 38, p. 479–485.

Baskett, C.K., Spate, V.L., Mason, M.M., Nichols, T.A., Williams, A., Dubman, I.M., Gidina, A., Denison, and J., Morris, J.S., 2001, Long-term selenium status in humans: Journal of Radioanalytical and Nuclear Chemistry, v. 249, no. 2, p. 429–435.

Lemly, D.A., 2002, Selenium assessment in aquatic ecosystems, , chap. 2 *of* Alexander, D.E., ed. Springer Series on environmental management, Interpreting selenium concentrations: New York-Springer-Verlag, p. 18–38.

Colorado Department of Public Health and Environment (CDPHE), 2007, Classifications and numeric standards for Gunnison and lower Dolores River Basins, 5 CCR 1002-35, Regulation No. 35: Denver, Colorado, Colorado Department of Public Health and Environment, Water Quality Control Commission, 72 p.

**Publishing support provided by:**
Rolla Publishing Service Center

**For more information concerning this publication, contact:**
Director, USGS Columbia Environmental Research Center
4200 New Haven Road
Columbia, MO 65201
(573) 875–5399

**Or visit the Columbia Environmental Research Center Web site at:**
*http://www.cerc.usgs.gov/*





**Prepared in cooperation with the Bureau of Reclamation**

# 2014 Annual Summary of the Lower Gunnison River Basin Selenium Management Program Water-Quality Monitoring, Colorado

By Mark F. Henneberg

Open-File Report 2016–1129

**U.S. Department of the Interior**
**U.S. Geological Survey**

**U.S. Department of the Interior**
SALLY JEWELL, Secretary

**U.S. Geological Survey**
Suzette M. Kimball, Director

U.S. Geological Survey, Reston, Virginia: 2016

For more information on the USGS—the Federal source for science about the Earth,
its natural and living resources, natural hazards, and the environment—visit
http://www.usgs.gov/ or call 1–888–ASK–USGS (1–888–275–8747).

For an overview of USGS information products, including maps, imagery, and publications,
visit http://store.usgs.gov.

Any use of trade, firm, or product names is for descriptive purposes only and does not imply
endorsement by the U.S. Government.

Although this information product, for the most part, is in the public domain, it also may
contain copyrighted materials as noted in the text. Permission to reproduce copyrighted items
must be secured from the copyright owner.

Suggested citation:
Henneberg, M.F., 2016, 2014 annual summary of the lower Gunnison River Basin Selenium Management Program
water-quality monitoring, Colorado: U.S. Geological Survey Open-File Report 2016–1129, 25 p.,
http://dx.doi.org/10.3133/ofr20161129.

ISSN 2331-1258 (online)

# Contents

Abstract ...................................................................................................................... 1
Introduction .............................................................................................................. 2
Dissolved-Selenium Concentrations and Loads ................................................. 4
Dissolved-Selenium 85th-Percentile Analyses................................................... 10
Dissolved-Selenium Trend Analysis .................................................................... 13
Summary .................................................................................................................. 16
References Cited ..................................................................................................... 16
Appendix 1. S-LOADEST Equation Forms, Variable Coefficients, and Statistical Diagnostics ................. 18
Appendix 2. Calibration Data for 2014 Annual Load and Trend Regressions ........................... 20

## Figures

1.    Map of the lower Gunnison River Basin showing the location of 18 U.S. Geological Survey water-quality monitoring sites ............................................................... 3
2.    Concentration boxplots for dissolved-selenium concentration, in micrograms per liter, for instantaneous water-quality samples for water years 2011–2014 ..................... 5
3.    Concentration boxplots for dissolved-selenium load, in pounds per day, for instantaneous water-quality samples for water years 2011–2014............................ 9
4.    Plot of dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot Smoothing (LOWESS) fit line for Whitewater (09152500) for water years 1986–2014.................. 15
5.    Plot of dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot Smoothing (LOWESS) fit line for Whitewater (09152500) for water years 1992–2014.................. 15

## Tables

1.    Summary of tasks completed at 18 U.S. Geological Survey monitoring sites in the lower Gunnison River Basin ............................................................................ 4
2.    Estimated annual dissolved-selenium loads, in pounds per year, calculated using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at five core sites with a U.S. Geological Survey gaging station for water years 2011–2014............................. 6
3.    Median and mean instantaneous dissolved-selenium daily load, in pounds per day, at 18 sites for water years 2011–2014.......................................................... 7
4.    Changes in median dissolved-selenium loads along the main stem of the Gunnison River based on instantaneous water-quality samples for water years 2011–2014....................... 10
5.    Estimated annual dissolved-selenium 85th-percentile concentration for core sites, in micrograms per liter, calculated using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at sites with a U.S. Geological Survey gaging station for water years 2011–2014............ 11
6.    Instantaneous dissolved-selenium 85th-percentile concentrations for 5 core sites and 13 ancillary sites, in micrograms per liter, for water-quality samples collected during water years 2011–2014............ 12
7.    Annual dissolved-selenium trend from water year 1986 to water year 2014 at U.S. Geological Survey site 09152500, Whitewater ................................................. 14
8.    Annual dissolved-selenium trend from water year 1992 to water year 2014 at U.S. Geological Survey site 09152500, Whitewater ................................................. 14

1-1.    Summary of equation forms used to estimate annual dissolved-selenium load for water year 2014 at five core sites in the lower Gunnison River Basin ............................................................. 18

1-2.    Regression model coefficients and statistical diagnostics at five core sites in the lower Gunnison River Basin ..................................................................................................................... 19

2-1.    Calibration data for annual load regression models at selected sites ............................................. 20

2-2.    Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.......... 21

## Conversion Factors

Inch/Pound to International System of Units

| Multiply | By | To obtain |
|---|---|---|
| Flow rate | | |
| cubic foot per second (ft$^3$/s) | 0.02832 | cubic meter per second (m$^3$/s) |
| Mass | | |
| pound avoirdupois (lb) | 0.4536 | kilogram (kg) |

Concentrations of chemical constituents in water are given in micrograms per liter (µg/L).

Specific conductance is given in microsiemens per centimeter at 25 degrees Celsius (µS/cm at 25 °C).

## Abbreviations

| | |
|---|---|
| LOWESS | LOcally WEighted Scatterplot Smoothing |
| SMP | Selenium Management Program |
| USGS | U.S. Geological Survey |
| WY | water year |

# 2014 Annual Summary of the Lower Gunnison River Basin Selenium Management Program Water-Quality Monitoring, Colorado

By Mark F. Henneberg

## Abstract

Dissolved-selenium loading analyses of data collected at 18 water-quality sites in the lower Gunnison River Basin in Colorado were completed through water year (WY) 2014. A WY is defined as October 1–September 30. Selenium is a trace element that bioaccumulates in aquatic food chains and can cause reproductive failure, deformities, and other harmful effects. This report presents information on the dissolved-selenium loads at 18 sites in the lower Gunnison River Basin for WYs 2011–2014. Annual dissolved-selenium loads were calculated at 5 sites with continuous U.S. Geological Survey (USGS) streamflow gages, whereas instantaneous dissolved-selenium loads were calculated for the remaining 13 sites using water-quality samples that had been collected periodically during WYs 2011–2014. Annual dissolved-selenium loads for WY 2014 ranged from 336 pounds (lb) at Uncompahgre River at Colona to 13,300 lb at Gunnison River near Grand Junction (Whitewater). Most sites in the basin had a median instantaneous dissolved-selenium load of less than 20.0 lb per day. In general, dissolved-selenium loads at Gunnison River main-stem sites showed an increase from upstream to downstream.

The State of Colorado water-quality standard for dissolved selenium of 4.6 micrograms per liter ($\mu$g/L) was compared to the 85th percentiles for dissolved selenium at selected water-quality sites. Annual 85th percentiles for dissolved selenium were calculated for the five core USGS sites having streamflow gages using estimated dissolved-selenium concentrations from linear regression models. These annual 85th percentiles in WY 2014 ranged from 0.97 $\mu$g/L at Uncompahgre River at Colona to 16.7 $\mu$g/L at Uncompahgre River at Delta. Uncompahgre River at Delta and Whitewater were the only core sites where water samples exceeded the State of Colorado water-quality standard for dissolved selenium of 4.6 $\mu$g/L.

Instantaneous 85th percentiles for dissolved selenium were calculated for sites with sufficient data using water-quality samples collected during WYs 2011–2014. The instantaneous 85th percentiles for samples for WY 2014 ranged from 1.1 $\mu$g/L at Uncompahgre River at Colona to 125 $\mu$g/L at Loutzenhizer Arroyo at North River Road.

A trend analysis was completed for Whitewater to determine if dissolved-selenium loads are increasing or decreasing. The trend analysis indicates a decrease of 8,000 lb from WY 1986 to WY 2014, a 34.8 percent reduction during the time period, and an additional 6.2 percent reduction from a reported 28.6 percent reduction during WYs 1986–2008. The trend analysis for WY 1992 to WY 2014 indicates a decrease of 5,800 lb per year, or 27.9 percent.

## Introduction

The primary goal of the Selenium Management Program (SMP), as recommended in the U.S. Fish and Wildlife Service's "Gunnison River Basin Programmatic Biological Opinion," is to meet the State of Colorado water-quality standard for dissolved selenium of 4.6 micrograms per liter ($\mu$g/L) at the U.S. Geological Survey (USGS) streamflow gage number 09152500—Gunnison River near Grand Junction, herein referred to as "Whitewater" (U.S. Fish and Wildlife Service, 2009). A parallel goal is to continue implementation of management practices that will maintain or improve the existing downward trend in dissolved-selenium concentration. Mayo and Leib (2012) documented a downward trend in dissolved-selenium load from 1986 to 2008 at the Whitewater gage. The SMP's long-term goal is to improve water quality by reducing dissolved-selenium concentrations sufficiently to assist in the recovery of the Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*) (Bureau of Reclamation, 2011). Selenium is a trace element that bioaccumulates in aquatic food chains and can cause reproductive failure, deformities, and other harmful effects (Hamilton, 1998; Lemly, 2002).

The SMP has implemented a water-quality monitoring network in the lower Gunnison River Basin that has been in operation since 2011 (Bureau of Reclamation, 2011). The USGS, in cooperation with the Bureau of Reclamation, has completed a review of dissolved-selenium data from 18 sites (fig.1) that included the following 4 types of analyses (table 1):

1. Annual dissolved-selenium loading analyses using linear regression models for the five core USGS sites which have continuous streamflow gages (task A).
2. Instantaneous dissolved-selenium loading analyses for the 13 ancillary USGS sites where instantaneous water-quality sampling takes place (task B). Instantaneous dissolved-selenium load can be calculated if the dissolved-selenium sample was accompanied by a streamflow measurement.
3. Annual and instantaneous 85th-percentile analyses for dissolved selenium at the 18 sites (tasks C and D).
4. Dissolved-selenium concentration trend analysis for Whitewater (task E).

This report presents information on the dissolved-selenium loads at 18 sites in the lower Gunnison River Basin for WYs 2011–2014. In addition, trend analyses based on 1986–2014 and 1992–2014 streamflow and water-quality data are presented. All streamflow and water-quality data are available in the USGS National Water Information System (http://dx.doi.org/10.5066/F7P55KJN).



**Figure 1.** Map of the lower Gunnison River Basin showing the location of 18 U.S. Geological Survey water-quality monitoring sites. (LGRB, lower Gunnison River Basin; USGS, U.S. Geological Survey)

**Table 1.**   Summary of tasks completed at 18 U.S. Geological Survey monitoring sites in the lower Gunnison River Basin.

[Analysis types are: A) annual dissolved-selenium loading analysis, B) instantaneous dissolved-selenium loading analysis, C) annual dissolved-selenium 85th-percentile estimate, D) instantaneous dissolved-selenium 85th-percentile estimate, and E) dissolved-selenium trend analysis. USGS, U.S. Geological Survey; R., River; blw, below; nr, near; abv, above; Ck., Creek]

| Map index number | USGS station short name (USGS station number) | Site type | Analysis types (Tasks) |
|---|---|---|---|
| 1 | Gunnison R. blw Gunnison Tunnel (09128000) (Sampling terminated after water year 2012) | Ancillary | B, D |
| 2 | Smith Fork near Lazear (09129600) | Ancillary | B, D |
| 3 | North Fork Gunnison River near Lazear (09136100) | Core | A, B, C |
| 4 | Gunnison River at Austin (384624107570701) | Ancillary | B, D |
| 5 | Tongue Creek at Cory (09144200) | Ancillary | B, D |
| 6 | Gunnison River near Cory (09137500) | Ancillary | B, D |
| 7 | Gunnison River near Hartland Dam (384617108022901) | Ancillary | B, D |
| 8 | Gunnison River at Delta (09144250) | Core | A, B, C |
| 9 | Uncompahgre River at Colona (09147500) | Core | A, B, C |
| 10 | Cedar Creek near Mouth (383041107544201) | Ancillary | B, D |
| 11 | Loutzenhizer Arroyo at North River Road (383946107595301) | Ancillary | B, D |
| 12 | Dry Creek at Mouth nr Delta (384202108032001) | Ancillary | B, D |
| 13 | Uncompahgre River at Delta (09149500) | Core | A, B, C |
| 14 | Cummings Gulch at Mouth (384448108070301) | Ancillary | B, D |
| 15 | Roubideau Creek near Mouth (09150500) | Ancillary | B, D |
| 16 | Gunnison River abv Escalante Creek (384527108152701) | Ancillary | B, D |
| 17 | Gunnison R. blw Dominguez Ck. (385011108225401) | Ancillary | B, D |
| 18 | Whitewater (09152500) | Core | A, B, C, E |

## Dissolved-Selenium Concentrations and Loads

Concentration boxplots for instantaneous dissolved-selenium samples are plotted from left to right in an upstream to downstream order for water years (WYs) 2011–2014 in figure 2. A WY is defined as October 1–September 30. In general, the dissolved-selenium concentration increased from upstream to downstream at Gunnison River main-stem sites. Dissolved-selenium concentrations generally ranged from 1.0 µg/L to 10.0 µg/L at most sites. Gunnison R. blw Gunnison Tunnel and Loutzenhizer Arroyo at North River Road represent the lower and upper extremes, respectively. Gunnison R. blw Gunnison Tunnel had instantaneous dissolved-selenium concentrations that were less than 1.0 µg/L for all samples, and Loutzenhizer Arroyo at North River Road had dissolved-selenium concentrations exceeding 100 µg/L.

4



**Figure 2.** Concentration boxplots for dissolved-selenium concentration, in micrograms per liter, for instantaneous water-quality samples for water years 2011–2014. (R., River; blw, below; nr, near; abv, above; Ck., Creek; USGS, U.S. Geological Survey)

Annual dissolved-selenium loads were estimated for the five core sites using multiple linear regression techniques in S–LOADEST, a software program used for trend analysis and load estimation (Runkel and others, 2004). Mayo and Leib (2012) report on the methodology used to perform dissolved-selenium loading analysis. Equation forms, regression model coefficients, diagnostics, and calibration datasets are provided in appendixes 1 and 2. Instantaneous dissolved-selenium loads were calculated for the 13 ancillary sites that do not have a continuous streamgage. At these sites, instantaneous water-quality sampling events are accompanied by an instantaneous streamflow measurement. Annual loads were not estimated for sites for which instantaneous loading analyses were performed.

Results from the annual dissolved-selenium loading analyses for the five core sites, in pounds per year (lb/yr), are summarized in table 2. Annual dissolved-selenium load estimates for WY 2014 ranged from 336 lb/yr at Uncompahgre River at Colona to 13,300 lb/yr at Whitewater.

**Table 2.**   Estimated annual dissolved-selenium loads, in pounds per year, calculated using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at five core sites with a U.S. Geological Survey gaging station for water years 2011–2014.

[USGS, U.S. Geological Survey; WY, water year, defined as October 1–September 30]

| Map index number | USGS station number | Annual dissolved-selenium load, in pounds per year | | | | Total dissolved-selenium load for WYs 2011–2014, in pounds |
|---|---|---|---|---|---|---|
| | | WY 2011 | WY 2012 | WY 2013 | WY 2014 | |
| 3 | 09136100 | 1,580 | 1,050 | 967 | 1,220 | 4,820 |
| 8 | 09144250 | 5,880 | 4,920 | 4,130 | 4,540 | 19,500 |
| 9 | 09147500 | 391 | 194 | 179 | 336 | 1,100 |
| 13 | 09149500 | 7,920 | 4,860 | 4,850 | 7,190 | 24,800 |
| 18 | 09152500 | 17,300 | 12,800 | 11,100 | 13,300 | 54,500 |

Median and mean instantaneous dissolved-selenium loads, in pounds per day (lb/d), for all 18 sites were calculated using instantaneous water-quality samples (table 3). Median instantaneous dissolved-selenium loads ranged from 0.01 lb/d at Smith Fork near Lazear to 35.9 lb/d at Gunnison River abv Escalante Creek. Mean instantaneous dissolved-selenium loads ranged from 0.07 lb/d at Smith Fork near Lazear to 38.3 lb/d at Whitewater. Because there were no dissolved-selenium samples collected in 2013 or 2014 at Gunnison R. blw Gunnison Tunnel, the calculations for median and mean dissolved-selenium loads include WYs 2011 and 2012 only.

**Table 3.**   Median and mean instantaneous dissolved-selenium daily load, in pounds per day, at 18 sites for water years 2011–2014.

[The median and mean dissolved-selenium loads for Gunnison R. blw Gunnison Tunnel include water years 2011 and 2012 only. USGS, U.S. Geological Survey; WY, water year, defined as October 1–September 30; R., River; blw, below; A, ancillary; C, core; nr, near; abv, above; Ck., Creek]

| Map index number | USGS station number | USGS station short name | Site type | Number of samples WYs 2011–2013 | Number of samples WY 2014 | Median selenium load for sample years, in poundsper day | Mean selenium load for sample years, in pounds per day |
|---|---|---|---|---|---|---|---|
| 1 | 09128000 | Gunnison R. blw Gunnison Tunnel | A | 8 | 0 | 0.57 | 1.2 |
| 2 | 09129600 | Smith Fork near Lazear | A | 8 | 4 | 0.01 | 0.07 |
| 3 | 09136100 | North Fork Gunnison River near Lazear | C | 18 | 4 | 2.7 | 3.5 |
| 4 | 384624107570701 | Gunnison River at Austin | A | 12 | 4 | 4.5 | 6.6 |
| 5 | 09144200 | Tongue Creek at Cory | A | 13 | 4 | 0.56 | 0.56 |
| 6 | 09137500 | Gunnison River near Cory | A | 11 | 4 | 8.3 | 10.1 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | A | 11 | 4 | 8.6 | 10.8 |
| 8 | 09144250 | Gunnison River at Delta | C | 14 | 4 | 12.2 | 14.9 |
| 9 | 09147500 | Uncompahgre River at Colona | C | 16 | 4 | 0.43 | 0.71 |
| 10 | 383041107544201 | Cedar Creek near Mouth | A | 2 | 4 | 3.4 | 3.5 |
| 11 | 383946107595301 | Loutzenhizer Arroyo at North River Road | A | 14 | 6 | 10.7 | 11.0 |
| 12 | 384202108032001 | Dry Creek at mouth nr Delta | A | 2 | 4 | 1.2 | 1.1 |
| 13 | 09149500 | Uncompahgre River at Delta | C | 14 | 4 | 17.2 | 17.5 |
| 14 | 384448108070301 | Cummings Gulch at Mouth | A | 2 | 4 | 1.3 | 1.0 |
| 15 | 09150500 | Roubideau Creek near Mouth | A | 9 | 4 | 0.51 | 0.5 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | A | 9 | 4 | 35.9 | 36.9 |
| 17 | 385011108225401 | Gunnison R. blw Dominguez Ck. | A | 4 | 4 | 30.9 | 31.5 |
| 18 | 09152500 | Whitewater | C | 24 | 9 | 34.1 | 38.3 |

Most sites in the basin had a median instantaneous dissolved-selenium load of less than 20.0 lb/d. In general, dissolved-selenium loads at main-stem Gunnison River sites increased from upstream to downstream (fig. 3). Just downstream from the confluence of the Gunnison River and Uncompahgre River at site Gunnison River abv Escalante Creek, median dissolved-selenium loads increased to more than 35.0 lb/d. Median values for dissolved-selenium loads exceeding 30.0 lb/d are reasonable based on data from sites Gunnison River at Delta (12.2 lb/d) and Uncompahgre River at Delta (17.2 lb/d) (table 3).



**Figure 3.** Concentration boxplots for dissolved-selenium load, in pounds per day, for instantaneous water-quality samples for water years 2011–2014. (R., River; blw, below; nr, near; abv, above; Ck., Creek; USGS, U.S. Geological Survey)

Changes in median dissolved-selenium load between selected sites along the main-stem Gunnison River are reported in table 4. The largest increase in dissolved-selenium load occurred between sites Gunnison River at Delta and Gunnison River abv Escalante Creek; the increase is due to the Uncompahgre River and unknown sources contributing approximately 23.7 lb/d of dissolved selenium. The dissolved-selenium load measured at Whitewater was 1.8 lb/d less than the load measured at Gunnison River abv Escalante Creek. This slight decrease may be because there is little irrigation in this reach of the river to contribute dissolved-selenium load (fig. 1).

**Table 4.**   Changes in median dissolved-selenium loads along the main stem of the Gunnison River based on instantaneous water-quality samples for water years 2011–2014.

[USGS, U.S. Geological Survey; WY, water year, defined as October 1–September 30; abv, above]

| Map index number | USGS station number | USGS station short name | Number of samples WYs 2011–2014 | Median selenium load for 2011–2014, in pounds per day | Change in median dissolved-selenium load between stations for 2011–2014, in pounds per day |
|---|---|---|---|---|---|
| 4 | 384624107570701 | Gunnison River at Austin | 16 | 4.5 | |
| | | | | | 3.8 |
| 6 | 09137500 | Gunnison River near Cory | 15 | 8.3 | |
| | | | | | 0.31 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | 15 | 8.6 | |
| | | | | | 3.6 |
| 8 | 09144250 | Gunnison River at Delta | 18 | 12.2 | |
| | | | | | 23.7 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | 13 | 35.9 | |
| | | | | | –1.8 |
| 18 | 09152500 | Whitewater | 33 | 34.1 | |

# Dissolved-Selenium 85th-Percentile Analyses

Dissolved-selenium 85th-percentile concentrations were calculated for 17 sites for WY 2014. The 85th-percentile concentrations were not calculated for Gunnison R. blw Gunnison Tunnel (09128000) for WYs 2013 or 2014 because water samples were not collected during those years. The 85th percentiles for the five core sites presented in table 5 were calculated using the estimated dissolved-selenium concentration from the multiple linear-regression techniques as described by Mayo and Leib (2012). The dissolved-selenium 85th-percentile concentrations at these sites are referred to as the "annual dissolved-selenium 85th-percentile concentrations." At the 13 ancillary sites, multiple linear regression was not used due to a lack of continuous streamflow data; however, dissolved-selenium 85th-percentile concentrations were calculated using one WY of instantaneous water-quality samples. The instantaneous dissolved-selenium 85th-percentile concentrations for the 5 core and 13 ancillary sites are shown in table 6.

**Table 5.**   Estimated annual dissolved-selenium 85th-percentile concentration for core sites, in micrograms per liter, calculated using multiple linear regression techniques in S-LOADEST (Runkel and others, 2004) at sites with a U.S. Geological Survey gaging station for water years 2011–2014.

[USGS, U.S. Geological Survey; WY, water year, defined as October 1–September 30]

| Map index number | USGS station number | USGS station short name | Annual dissolved-selenium 85th-percentile concentration, in micrograms per liter | | | | Change in dissolved-selenium concentration, in micrograms per liter, between WY 2011 and WY 2014 |
|---|---|---|---|---|---|---|---|
| | | | WY 2011 | WY 2012 | WY 2013 | WY 2014 | |
| 3 | 09136100 | North Fork Gunnison River near Lazear | 3.4 | 4.1 | 3.8 | 2.6 | −0.80 |
| 8 | 09144250 | Gunnison River at Delta | 3.0 | 3.8 | 3.7 | 3.0 | 0.00 |
| 9 | 09147500 | Uncompahgre River at Colona | 0.91 | 0.87 | 1.1 | 0.97 | 0.06 |
| 13 | 09149500 | Uncompahgre River at Delta | 18.7 | 15.4 | 15.3 | 16.7 | −2.0 |
| 18 | 09152500 | Whitewater | 6.6 | 6.4 | 7.1 | 6.2 | −0.40 |

**Table 6.**   Instantaneous dissolved-selenium 85th-percentile concentrations for 5 core sites and 13 ancillary sites, in micrograms per liter, for water-quality samples collected during water years 2011–2014.

[USGS, U.S. Geological Survey; WY, water year, defined as October 1–September 30; R., River; blw, below; ---, insufficient data to calculate a concentration; nr, near; abv, above; Ck., Creek]

| Map index number | USGS station number | USGS station short name | WY 2011 | | WY 2012 | | WY 2013 | | WY2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number of samples | Instantaneous 85th percentile | Number of samples | Instantaneous 85th percentile | Number of samples | Instantaneous 85th percentile | Number of samples | Instantaneous 85th percentile |
| 1 | 09128000 | Gunnison R. blw Gunnison Tunnel | 4 | 0.17 | 4 | 0.16 | 0 | --- | 0 | --- |
| 2 | 09129600 | Smith Fork near Lazear | 0 | --- | 2 | 2.0 | 6 | 2.3 | 4 | 1.6 |
| 3 | 09136100 | North Fork Gunnison River near Lazear | 6 | 4.1 | 7 | 4.0 | 5 | 3.2 | 4 | 2.6 |
| 4 | 384624107570701 | Gunnison River at Austin | 2 | 0.99 | 4 | 1.2 | 6 | 1.5 | 4 | 1.4 |
| 5 | 09144200 | Tongue Creek at Cory | 4 | 3.5 | 4 | 10.0 | 5 | 9.3 | 4 | 6.0 |
| 6 | 09137500 | Gunnison River near Cory | 1 | 2.2 | 4 | 2.0 | 4 | 3.8 | 4 | 2.6 |
| 7 | 384617108022901 | Gunnison River near Hartland Dam | 1 | 2.4 | 4 | 2.2 | 6 | 4.4 | 4 | 2.5 |
| 8 | 09144250 | Gunnison River at Delta | 4 | 2.9 | 5 | 3.8 | 5 | 3.5 | 4 | 2.6 |
| 9 | 09147500 | Uncompahgre River at Colona | 6 | 0.98 | 6 | 0.85 | 4 | 1.2 | 4 | 1.1 |
| 10 | 383041107544201 | Cedar Creek near Mouth | 0 | --- | 0 | --- | 2 | --- | 4 | 32.5 |
| 11 | 383946107595301 | Loutzenhizer Arroyo at North River Road | 5 | 170 | 3 | 153 | 6 | 126 | 6 | 125 |
| 12 | 384202108032001 | Dry Creek at mouth nr Delta | 0 | --- | 0 | --- | 2 | --- | 4 | 3.8 |
| 13 | 09149500 | Uncompahgre River at Delta | 4 | 12.5 | 5 | 13.4 | 5 | 16.0 | 4 | 14.8 |
| 14 | 384448108070301 | Cummings Gulch at Mouth | 0 | --- | 0 | --- | 2 | --- | 4 | 11.4 |
| 15 | 09150500 | Roubideau Creek near mouth | 0 | --- | 3 | 2.5 | 6 | 2.8 | 4 | 2.6 |
| 16 | 384527108152701 | Gunnison River abv Escalante Creek | 0 | --- | 3 | 5.8 | 6 | 8.1 | 4 | 6.3 |
| 17 | 385011108225401 | Gunnison R. blw Dominguez Ck. | 0 | --- | 0 | --- | 4 | 5.9 | 4 | 6.0 |
| 18 | 09152500 | Whitewater | 6 | 4.2 | 9 | 6.3 | 9 | 6.9 | 9 | 6.4 |

The annual dissolved-selenium 85th-percentile concentrations (table 5) for WY 2014 ranged from 0.97 µg/L at Uncompahgre River at Colona to 16.7 µg/L at Uncompahgre River at Delta. The only core sites that exceeded the State of Colorado water-quality standard of 4.6 µg/L were Uncompahgre River at Delta and Whitewater.

The instantaneous dissolved-selenium 85th-percentile concentrations shown in table 6 for samples in WY 2014 ranged from 1.1 µg/L at Uncompahgre River at Colona to 125 µg/L at Loutzenhizer Arroyo at North River Road. Water samples were not collected at Gunnison R. blw Gunnison Tunnel during 2014.

The largest instantaneous dissolved-selenium 85th-percentile concentrations for WY 2014 occurred at Loutzenhizer Arroyo at North River Road and Cedar Creek near Mouth and both of these ancillary sites exceeded the State of Colorado water-quality standard of 4.6 µg/L. Tongue Creek at Cory, Uncompahgre River at Delta, Cummings Gulch at Mouth, Gunnison River abv Escalante Creek, Gunnison R. blw Dominguez Ck., and Whitewater also exceeded the State of Colorado water-quality standard in WY 2014.

## Dissolved-Selenium Trend Analysis

Using methods described in Mayo and Leib (2012), a trend analysis based on normalized mean-daily streamflow for 1986–2014 was completed using water-quality data collected at Whitewater. The calibration dataset contained all available instantaneous water-quality samples from WY 1986 to WY 2014. This process ensured that all data used for regression model development by Mayo and Leib (2012) were included in the dataset used for model development through WY 2014. Another period, WYs 1992–2014, was used for a trend analysis following the same methods as Mayo and Leib (2012), but with normalized mean daily streamflow and instantaneous water-quality samples for 1992–2014, and it is included here to provide more emphasis on the most recently collected data.

A continuing downward trend in annual dissolved-selenium load was observed at the Whitewater site, as indicated in tables 7 and 8. The dissolved-selenium loads decreased from 23,000 pounds (lb) in WY 1986 to 15,000 lb in WY 2014, a decrease of 8,000 lb (table 7). This decrease represents a 34.8 percent reduction during the time period, and an additional 6.2 percent reduction from the 28.6 percent reduction reported through WY 2008 in Mayo and Leib (2012). As shown in table 7, the dissolved-selenium load 95-percent confidence levels for WY 1986 were 21,300 lb (lower) and 24,800 lb (upper); for WY 2014, the dissolved-selenium 95-percent confidence levels were 13,900 lb (lower) and 16,200 lb (upper).

13

**Table 7.**   Annual dissolved-selenium trend from water year 1986 to water year 2014 at U.S. Geological Survey site 09152500, Whitewater.

[A water year is defined as October 1–September 30. %, percent; ---, not applicable]

| Water year | Average of the mean daily streamflow for 1986–2014, in cubic feet per second | Estimated dissolved-selenium annual load, in pounds | Lower 95%-confidence level for estimated annual dissolved-selenium load, in pounds | Upper 95%-confidence level for estimated annual dissolved-selenium load, in pounds | Estimated annual dissolved-selenium load reduction, in percent | Annual 50th percentile of estimated daily dissolved-selenium concentration, in micrograms per liter | Annual 85th percentile of estimated daily dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|---|---|---|
| 1986 | 2,320 | 23,000 | 21,300 | 24,800 | --- | 6.5 | 7.4 |
| 2014 | 2,320 | 15,000 | 13,900 | 16,200 | 34.8 | 4.3 | 4.9 |
| Difference | --- | −8,000 | --- | --- | --- | −2.3 | −2.6 |

**Table 8.**   Annual dissolved-selenium trend from water year 1992 to water year 2014 at U.S. Geological Survey site 09152500, Whitewater.

[A water year is defined as October 1–September 30. %, percent; ---, not applicable]

| Water year | Average of the mean daily streamflow for 1992–2014, in cubic feet per second | Estimated dissolved-selenium annual load, in pounds | Lower 95%-confidence level for estimated annual dissolved-selenium load, in pounds | Upper 95%-confidence level for estimated annual dissolved-selenium load, in pounds | Estimated annual dissolved-selenium load reduction, in percent | Annual 50th percentile of estimated daily dissolved-selenium concentration, in micrograms per liter | Annual 85th percentile of estimated daily dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|---|---|---|
| 1992 | 2,340 | 20,800 | 19,400 | 22,300 | --- | 6.0 | 6.8 |
| 2014 | 2,340 | 15,000 | 13,800 | 16,300 | 27.9 | 4.3 | 4.9 |
| Difference | --- | −5,800 | --- | --- | --- | −1.7 | −1.9 |

To graphically demonstrate the trend in dissolved-selenium concentration, the decimal time component was removed from the regression model to yield a load regression for partial residuals (Mayo and Leib, 2012). The calibration dataset was then used to predict dissolved-selenium concentrations on the same days that water samples were obtained. The predicted dissolved-selenium concentration for each sample date was then subtracted from the measured dissolved-selenium concentration from the sample, yielding a residual dissolved-selenium concentration. The residual dissolved-selenium concentrations are plotted by year with a LOcally WEighted Scatterplot Smoothing (LOWESS) fit line (Helsel and Hirsch, 2002) in figure 4 for WYs 1986–2014 and in figure 5 for WYs 1992–2014. Both figures 4 and 5 confirm a continuing decrease in dissolved selenium during the trend periods.



**Figure 4.**   Plot of dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot Smoothing (LOWESS) fit line for Whitewater (09152500) for water years 1986–2014.



**Figure 5.**   Plot of dissolved-selenium concentration partial residuals and LOcally WEighted Scatterplot Smoothing (LOWESS) fit line for Whitewater (09152500) for water years 1992–2014.

An annual dissolved-selenium trend was also completed for WY 1992 to WY 2014 (table 8). The annual dissolved-selenium load decreased from 20,800 lb in 1992 to 15,000 lb in 2014, a decrease of 5,800 lb, or 27.9 percent.

It is important to remember that the estimated loads and concentrations given in tables 7 and 8 were based on normalized streamflow and are only illustrative of the change in selenium loads and concentrations over the period of trend analysis. The loads and concentrations shown in tables 7 and 8 were not the actual loads and concentrations that occurred in those years (Mayo and Leib, 2012).

## Summary

Dissolved-selenium loading analyses of water samples from 18 sites in the lower Gunnison River Basin were completed through water year (WY) 2014. A WY is defined as October 1–September 30. Selenium is a trace element that bioaccumulates in aquatic food chains and can cause reproductive failure, deformities, and other harmful effects. This report presents the dissolved-selenium loads at 18 sites in the lower Gunnison River Basin for WYs 2011–2014. Annual dissolved-selenium loads were calculated at 5 sites with continuous U.S. Geological Survey (USGS) streamflow gages, whereas the remaining 13 sites had instantaneous dissolved-selenium loads calculated using water-quality samples collected periodically during the period. Annual dissolved-selenium loads for WY 2014 ranged from 336 pounds (lb) at Uncompahgre River at Colona to 13,300 lb at Gunnison River near Grand Junction (Whitewater). Most sites in the basin had a median instantaneous dissolved-selenium load of less than 20.0 lb per day. In general, dissolved-selenium loads at Gunnison River main-stem sites showed an increase from upstream to downstream.

The State of Colorado water-quality standard for dissolved selenium of 4.6 micrograms per liter ($\mu$g/L) was compared to the 85th percentiles for dissolved selenium at selected water-quality sites. Annual 85th percentiles for dissolved selenium were calculated for the five core USGS sites having streamflow gages using estimated dissolved-selenium concentrations from linear regression models. These annual dissolved-selenium 85th percentiles for five core sites in WY 2014 ranged from 0.97 $\mu$g/L at Uncompahgre River at Colona to 16.7 $\mu$g/L at Uncompahgre River at Delta. The State of Colorado water-quality standard for dissolved selenium of 4.6 $\mu$g/L was exceeded at only two core sites: Uncompahgre River at Delta and Whitewater.

Instantaneous 85th percentiles for dissolved selenium were also calculated for sites with sufficient data using water-quality samples collected during WYs 2011–2014. The instantaneous dissolved-selenium 85th percentiles for samples for WY 2014 ranged from 1.1 $\mu$g/L at Uncompahgre River at Colona to 125 $\mu$g/L at Loutzenhizer Arroyo at North River Road.

A trend analysis was completed for Whitewater to determine if dissolved-selenium loads are increasing or decreasing. The trend analysis indicates a decrease of 8,000 lb from WY 1986 to WY 2014, a 34.8 percent reduction during the time period, and an additional 6.2 percent reduction from a reported 28.6 percent reduction from WY 1986 to WY 2008. The trend analysis for WY 1992 to WY 2014 indicates a decrease of 5,800 lb per year, or 27.9 percent.

## References Cited

Bureau of Reclamation, 2011, Selenium Management Program—Program formulation document, Gunnison River Basin, Colorado: U.S. Department of the Interior, Bureau of Reclamation, Selenium Management Program Workgroup, 80 p., accessed February 12, 2012, at http://www.usbr.gov/uc/wcao/progact/smp/docs.html.

Cohn, T.A., Delong, L.L., Gilroy, E.J., Hirsh, R.M., and Wells, D.K., 1989, Estimating constituent loads: Water Resources Research, v. 25, no. 5, p. 937–942.

Hamilton, S.J., 1998, Selenium effects on endangered fish in the Colorado River Basin, *in* Frankenberger, W.T., and Enderg, R.A., eds., Environmental chemistry of selenium: New York, Marcel Dekker, 713 p.

Helsel, D.R., and Hirsch, R.M., 2002, Statistical methods in water resources: U.S. Geological Survey Techniques of Water-Resources Investigations, book 4, 510 p.

Lemly, A.D., 2002, Selenium assessment in aquatic ecosystems—A guide for hazard evaluation and water quality criteria: New York, Springer-Verlag, 162 p.

Mayo, J.W., and Leib, K.J., 2012, Flow-adjusted trends in dissolved selenium load and concentration in the Gunnison and Colorado Rivers near Grand Junction, Colorado, water years 1986–2008: U.S. Geological Survey Scientific Investigations Report 2012–5088, 33 p.

Runkel, R.L., Crawford, C.G., and Cohn, T.A., 2004, Load estimator (LOADEST)—A FORTRAN program for estimating constituent loads in streams and rivers: U.S. Geological Survey Techniques and Methods, book 4, chap. A5, 69 p.

U.S. Fish and Wildlife Service, 2009, Final Gunnison River Basin Programmatic Biological Opinion: U.S. Department of the Interior, U.S. Fish and Wildlife Service, 123 p., accessed January 4, 2012, at http://www.usbr.gov/uc/wcao/rm/aspeis/pdfs/aspinallpbo_final.pdf.

# Appendix 1. S-LOADEST Equation Forms, Variable Coefficients, and Statistical Diagnostics

A summary of the equation forms used to estimate annual dissolved-selenium load at the five core sites in the lower Gunnison River Basin for water year 2014 is presented in table 1-1. Table 1-2 provides regression model coefficients and statistical diagnostics for the five core sites. All streamflow and water-quality data are available in the USGS National Water Information System (http://dx.doi.org/10.5066/F7P55KJN).

**Table 1-1**. Summary of equation forms used to estimate annual dissolved-selenium load for water year 2014 at five core sites in the lower Gunnison River Basin.

[USGS, U.S. Geological Survey; ln, natural logarithm; load, dissolved-selenium load in pounds per day; $\beta_0$, intercept of the regression on the y-axis; $\beta_1$–$\beta_5$, regression coefficients; Q, centered daily streamflow in cubic feet per second; sin($2\pi$dectime), sine function of a Fourier Series; $\pi$, approximately 3.141593; dectime, centered decimal time in decimal years; cos($2\pi$dectime), cosine function of a Fourier Series; $\varepsilon$, remaining unexplained variability in the data (error); SC, daily mean specific conductance in microsiemens per centimeter at 25 degrees Celsius]

| USGS station number | Equation form[1] |
|---|---|
| 09136100 | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\sin(2\pi\text{dectime}) + \beta_3\cos(2\pi\text{dectime}) + \varepsilon$ |
| 09144250 | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\sin(2\pi\text{dectime}) + \beta_3\cos(2\pi\text{dectime}) + \varepsilon$ |
| 09147500 | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\sin(2\pi\text{dectime}) + \beta_3\cos(2\pi\text{dectime}) + \varepsilon$ |
| 09149500 | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\ln(Q)2 + \beta3\sin(2\pi\cdot\text{dectime}) + \beta4\cos(2\pi\cdot\text{dectime}) + \varepsilon$ |
| 09152500[2] | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\text{SC} + \varepsilon$ |
| 09152500[3] | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\sin(2\pi\text{dectime}) + \beta_3\cos(2\pi\text{dectime}) + \varepsilon$ |
| 09152500[4] | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\ln(Q)2 + \beta_3\text{dectime} + \beta_4\sin(2\pi\text{dectime}) + \beta_5\cos(2\pi\text{dectime}) + \varepsilon$ |
| 09152500[5] | $\ln(\text{load}) = \beta_0 + \beta_1\ln(Q) + \beta_2\ln(Q)2 + \beta_3\text{dectime} + \beta_4\sin(2\pi\text{dectime}) + \beta_5\cos(2\pi\text{dectime}) + \varepsilon$ |

[1]Any bias that is introduced by the log transformation needs to be corrected if the results are transformed out of log space (Cohn and others, 1989), but this correction is automatically applied by the statistical software used for the regression analysis (Mayo and Leib, 2012).

[2]Equation form used when specific conductance data were available.

[3]Equation form used when specific conductance data were absent.

[4]Equation form used for 1986–2014 trend analysis.

[5]Equation form used for 1992–2014 trend analysis.

**Table 1-2.** Regression model coefficients and statistical diagnostics at five core sites in the lower Gunnison River Basin.

[USGS, U.S. Geological Survey; ln, natural logarithm; Q, centered daily streamflow in cubic feet per second; dectime, centered decimal time in decimal years; sin(2πdectime), sine function of a Fourier Series; π, approximately 3.141593; cos(2πdectime), cosine function of a Fourier Series; SC, daily mean specific conductance in microsiemens per centimeter at 25 degrees Celsius; ERV, estimated residual variance; $R^2$, coefficient of determination; SCR, serial correlation of the residuals; ---, no statistical diagnostic available]

| USGS station number | Y-axis Intercept | ln(Q) | ln(Q)2 | 1/Q | dectime | sin(2πdectime) | cos(2πdectime) | SC | ERV | $R^2$ | SCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09136100 | 1.209 | 0.504 | --- | --- | --- | −0.180 | −0.019 | --- | 0.012 | 97.09 | −0.339 |
| 09144250 | 2.693 | 0.411 | --- | --- | --- | −0.085 | −0.036 | --- | 0.005 | 98.16 | 0.262 |
| 09147500 | −0.508 | 0.751 | --- | --- | --- | 0.322 | −0.130 | --- | 0.056 | 95.58 | −0.897 |
| 09149500 | 2.991 | --- | --- | 0.511 | −0.158 | 0.144 | 0.139 | --- | 0.004 | 96.21 | −0.642 |
| 09152500[1] | 2.668 | 0.749 | --- | --- | --- | --- | --- | 0.001 | 0.015 | 87.25 | 0.019 |
| 09152500[2] | 3.692 | 0.431 | --- | --- | --- | −0.181 | 0.099 | --- | 0.027 | 78.52 | −0.080 |
| 09152500[3] | 3.931 | 0.352 | 0.061 | --- | 0.015 | −0.227 | 0.054 | --- | 0.055 | 61.85 | 0.393 |
| 09152500[4] | 3.896 | 0.342 | 0.072 | --- | −0.015 | −0.218 | 0.048 | --- | 0.054 | 59.23 | 0.379 |

[1]Coefficients and diagnostics when specific conductance data were available.

[2]Coefficients and diagnostics when specific conductance data were absent.

[3]Coefficients and diagnostics for 1986–2014 trend analysis.

[4]Coefficients and diagnostics for 1992–2014 trend analysis.

# Appendix 2. Calibration Data for 2014 Annual Load and Trend Regressions

Table 2-1 provides calibration data for annual load regression models at selected sites. Calibration data for dissolved-selenium trend analysis at the U. S. Geological Survey gaging station Gunnison River near Grand Junction (Whitewater) are presented in table 2-2. All streamflow and water-quality data are available in the USGS National Water Information System (http://dx.doi.org/10.5066/F7P55KJN).

**Table 2-1.** Calibration data for annual load regression models at selected sites.

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| North Fork Gunnison River near Lazear (09136100) | | | | |
| 10/23/2012 | 09:45:00 | 153 | 1,110 | 3.2 |
| 11/16/2012 | 12:15:00 | 121 | 1,170 | 3.3 |
| 02/14/2013 | 11:15:00 | 85 | 1,140 | 3.1 |
| 05/24/2013 | 14:00:00 | 1,200 | 285 | 0.73 |
| 07/16/2013 | 12:15:00 | 115 | 1,340 | 3.2 |
| 12/09/2013 | 13:00:00 | 189 | 951 | 2.2 |
| 03/05/2014 | 10:30:00 | 323 | 685 | 1.5 |
| 06/11/2014 | 07:30:00 | 1,520 | 344 | 0.89 |
| 08/11/2014 | 11:00:00 | 131 | 1,350 | 2.9 |
| Gunnison River at Delta (09144250) | | | | |
| 10/22/2012 | 13:15:00 | 532 | 831 | 3.5 |
| 11/13/2012 | 11:45:00 | 502 | 829 | 3.5 |
| 02/11/2013 | 11:30:00 | 519 | 752 | 2.9 |
| 05/17/2013 | 11:45:00 | 2,600 | 317 | 1.2 |
| 07/15/2013 | 14:15:00 | 847 | 648 | 2.5 |
| 12/12/2013 | 10:30:00 | 463 | 840 | 3.0 |
| 03/05/2014 | 13:15:00 | 799 | 675 | 2.2 |
| 06/13/2014 | 09:00:00 | 8,510 | 269 | 0.60 |
| 08/13/2014 | 10:30:00 | 1,030 | 628 | 2.1 |
| Uncompahgre River at Colona (09147500) | | | | |
| 11/19/2012 | 10:15:00 | 54 | 654 | 0.79 |
| 02/19/2013 | 10:00:00 | 38 | 765 | 0.99 |
| 05/23/2013 | 11:00:00 | 112 | 507 | 1.4 |
| 07/15/2013 | 15:00:00 | 200 | 670 | 0.63 |
| 12/11/2013 | 13:00:00 | 65 | 626 | 0.79 |
| 03/03/2014 | 16:30:00 | 62 | 618 | 1.0 |
| 06/09/2014 | 12:45:00 | 647 | 471 | 0.72 |
| 08/11/2014 | 16:00:00 | 334 | 407 | 0.44 |
| Uncompahgre River at Delta (09149500) | | | | |
| 10/22/2012 | 09:30:00 | 371 | 1,530 | 12.3 |
| 11/13/2012 | 09:15:00 | 258 | 1,580 | 13.3 |
| 02/11/2013 | 09:15:00 | 127 | 1,780 | 18.2 |
| 05/15/2013 | 14:30:00 | 230 | 1,260 | 14.5 |
| 07/16/2013 | 15:15:00 | 172 | 1,520 | 12.2 |
| 12/12/2013 | 12:45:00 | 238 | 1,660 | 13.7 |
| 03/04/2014 | 13:30:00 | 191 | 1,650 | 16.4 |
| 06/10/2014 | 13:45:00 | 753 | 866 | 5.2 |
| 08/13/2014 | 10:45:00 | 368 | 1,210 | 7.8 |

**Table 2-1.** Calibration data for annual load regression models at selected sites.—Continued

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| Gunnison River near Grand Junction (Whitewater) (09152500) | | | | |
| 10/24/2012 | 09:45:00 | 991 | 1,210 | 7.0 |
| 11/20/2012 | 12:15:00 | 859 | 1,140 | 7.0 |
| 01/16/2013 | 10:00:00 | 673 | 1,100 | 6.4 |
| 02/20/2013 | 10:00:00 | 649 | 1,060 | 6.1 |
| 04/23/2013 | 14:00:00 | 718 | 991 | 6.5 |
| 05/17/2013 | 15:00:00 | 3,360 | 460 | 2.3 |
| 07/23/2013 | 10:15:00 | 1,080 | 979 | 4.2 |
| 08/09/2013 | 14:30:00 | 1,320 | 1,000 | 4.5 |
| 09/05/2013 | 12:00:00 | 1,130 | 1,030 | 4.7 |
| 12/17/2013 | 13:30:00 | 885 | 1,060 | 6.0 |
| 03/07/2014 | 13:15:00 | 968 | 929 | 5.6 |
| 04/15/2014 | 12:00:00 | 2,540 | 497 | 2.3 |
| 05/28/2014 | 11:15:00 | 6,020 | 447 | 1.9 |
| 06/17/2014 | 12:15:00 | 8,110 | 345 | 1.1 |
| 07/18/2014 | 09:00:00 | 1,470 | 855 | 4.3 |
| 08/14/2014 | 12:30:00 | 1,790 | 857 | 4.0 |
| 09/10/2014 | 12:45:00 | 2,330 | 1,030 | 5.2 |
| 09/23/2014 | 10:30:00 | 1,820 | 1,020 | 5.2 |

**Table 2-2**. Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| 11/26/1985 | 13:00:00 | 2,660 | 880 | 6 |
| 03/26/1986 | 13:00:00 | 3,480 | 518 | 4 |
| 05/30/1986 | 11:00:00 | 7,970 | 340 | 2 |
| 07/16/1986 | 12:00:00 | 5,630 | 600 | 3 |
| 09/24/1986 | 12:30:00 | 3,710 | 790 | 5 |
| 11/20/1986 | 13:05:00 | 4,480 | 780 | 5 |
| 07/16/1987 | 14:30:00 | 1,990 | 838 | 6 |
| 08/11/1987 | 13:30:00 | 2,180 | 908 | 8 |
| 09/22/1987 | 13:30:00 | 1,960 | 1,090 | 7 |
| 11/10/1987 | 08:00:00 | 2,340 | 905 | 6 |
| 04/05/1988 | 14:20:00 | 2,460 | 598 | 2 |
| 08/16/1988 | 11:30:00 | 737 | 1,410 | 10 |
| 09/22/1988 | 14:50:00 | 1,800 | 1,220 | 8 |
| 11/02/1988 | 13:20:00 | 924 | 1,400 | 11 |
| 04/12/1989 | 11:10:00 | 2,550 | 510 | 2 |
| 07/18/1989 | 12:00:00 | 650 | 1,400 | 11 |
| 08/29/1989 | 12:05:00 | 941 | 1,370 | 10 |
| 11/07/1989 | 10:00:00 | 1,390 | 1,220 | 9 |
| 03/27/1990 | 13:15:00 | 766 | 977 | 7 |
| 05/02/1990 | 10:00:00 | 1,740 | 1,110 | 8 |

**Table 2-2**. Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.—Continued

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| 08/28/1990 | 12:45:00 | 780 | 1,440 | 10 |
| 03/26/1991 | 12:30:00 | 997 | 942 | 8 |
| 07/31/1991 | 12:30:00 | 1,600 | 970 | 5 |
| 09/24/1991 | 09:50:00 | 1,510 | 1,200 | 9 |
| 11/13/1991 | 12:00:00 | 2,100 | 837 | 5 |
| 12/03/1991 | 11:20:00 | 2,000 | 797 | 7 |
| 01/16/1992 | 11:00:00 | 1,300 | 855 | 5 |
| 02/26/1992 | 12:45:00 | 1,130 | 881 | 5 |
| 03/18/1992 | 09:45:00 | 1,390 | 894 | 7 |
| 04/21/1992 | 12:20:00 | 2,950 | 538 | 3 |
| 06/24/1992 | 12:30:00 | 1,910 | 826 | 6 |
| 08/19/1992 | 13:00:00 | 1,720 | 1,030 | 7 |
| 12/01/1992 | 13:00:00 | 1,140 | 1,150 | 9 |
| 05/26/1993 | 10:20:00 | 15,500 | 274 | 1 |
| 07/27/1993 | 09:55:00 | 1,800 | 888 | 6 |
| 09/08/1993 | 12:35:00 | 2,290 | 967 | 5 |
| 11/23/1993 | 10:25:00 | 2,270 | 812 | 6 |
| 02/24/1994 | 11:05:00 | 977 | 1,030 | 7 |
| 05/25/1994 | 11:30:00 | 5,510 | 423 | 2 |
| 06/23/1994 | 11:20:00 | 2,460 | 865 | 5 |
| 08/17/1994 | 09:25:00 | 1,260 | 1,120 | 6 |
| 09/07/1994 | 12:30:00 | 1,790 | 1,110 | 8 |
| 10/27/1994 | 12:10:00 | 1,730 | 1,060 | 6 |
| 12/19/1994 | 13:00:00 | 1,400 | 920 | 6 |
| 01/24/1995 | 10:15:00 | 1,080 | 860 | 6 |
| 05/17/1995 | 10:33:00 | 11,400 | 350 | 2 |
| 06/19/1995 | 14:00:00 | 13,900 | 348 | 2 |
| 10/30/1995 | 11:20:00 | 2,800 | 794 | 5 |
| 12/12/1995 | 12:00:00 | 2,750 | 651 | 4 |
| 01/23/1996 | 10:15:00 | 1,670 | 806 | 5 |
| 02/21/1996 | 11:15:00 | 2,020 | 755 | 5 |
| 03/26/1996 | 12:00:00 | 2,710 | 553 | 3 |
| 05/20/1996 | 10:30:00 | 6,990 | 336 | 2 |
| 05/29/1996 | 10:45:00 | 2,740 | 686 | 4 |
| 06/11/1996 | 14:30:00 | 2,700 | 627 | 4 |
| 07/03/1996 | 13:15:00 | 3,620 | 530 | 3 |
| 07/16/1996 | 11:30:00 | 2,310 | 675 | 4 |
| 080/7/1996 | 12:30:00 | 1,230 | 992 | 7 |
| 08/21/1996 | 11:50:00 | 1,410 | 1,040 | 7 |
| 09/5/1996 | 11:40:00 | 1,500 | 1,030 | 7 |
| 09/16/1996 | 15:35:00 | 2,170 | 1,010 | 7 |
| 09/17/1996 | 07:30:00 | 2,120 | 1,020 | 7 |
| 10/04/1996 | 13:00:00 | 2,910 | 1,120 | 6 |
| 11/13/1996 | 13:00:00 | 2,070 | 794 | 5 |
| 12/20/1996 | 10:30:00 | 2,000 | 692 | 5 |
| 01/17/1997 | 13:00:00 | 2,310 | 572 | 3 |
| 02/24/1997 | 13:30:00 | 2,510 | 540 | 2 |
| 03/31/1997 | 12:45:00 | 5,610 | 386 | 1 |

**Table 2-2**. Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.—Continued

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| 04/25/1997 | 10:30:00 | 5,890 | 384 | 1 |
| 04/28/1997 | 12:45:00 | 6,490 | 382 | 2 |
| 05/16/1997 | 08:30:00 | 9,170 | 302 | 1 |
| 05/24/1997 | 15:40:00 | 10,600 | 358 | 2 |
| 06/12/1997 | 12:30:00 | 9,240 | 412 | 2 |
| 070/3/1997 | 12:40:00 | 5,610 | 376 | 2 |
| 07/18/1997 | 11:30:00 | 2,780 | 616 | 3 |
| 08/12/1997 | 11:40:00 | 3,240 | 880 | 5 |
| 09/05/1997 | 12:15:00 | 2,790 | 888 | 5 |
| 10/20/1997 | 11:15:00 | 3,200 | 652 | 4 |
| 11/07/1997 | 12:20:00 | 2,780 | 649 | 3 |
| 12/15/1997 | 13:45:00 | 2,660 | 585 | 3 |
| 01/08/1998 | 10:30:00 | 2,600 | 519 | 3 |
| 02/11/1998 | 10:00:00 | 2,130 | 612 | 3 |
| 03/12/1998 | 09:30:00 | 1,740 | 645 | 4 |
| 04/08/1998 | 13:50:00 | 2,660 | 613 | 3 |
| 05/18/1998 | 13:00:00 | 6,670 | 367 | 1 |
| 06/03/1998 | 10:00:00 | 5,120 | 397 | 2 |
| 06/11/1998 | 09:40:00 | 2,960 | 590 | 3 |
| 07/09/1998 | 10:10:00 | 2,030 | 841 | 5 |
| 08/11/1998 | 11:30:00 | 1,450 | 1,040 | 4 |
| 09/11/1998 | 13:10:00 | 1,710 | 1,040 | 7 |
| 10/16/1998 | 10:00:00 | 1,840 | 948 | 5 |
| 11/18/1998 | 12:15:00 | 1,800 | 1,010 | 7 |
| 01/20/1999 | 11:10:00 | 1,350 | 896 | 6 |
| 03/10/1999 | 10:30:00 | 1,110 | 852 | 5 |
| 04/16/1999 | 13:15:00 | 948 | 740 | 5 |
| 04/30/1999 | 10:00:00 | 2,750 | 743 | 5 |
| 06/10/1999 | 10:00:00 | 3,020 | 605 | 3 |
| 06/30/1999 | 14:20:00 | 3,360 | 593 | 3 |
| 07/29/1999 | 10:00:00 | 2,430 | 914 | 4 |
| 09/09/1999 | 12:40:00 | 3,170 | 722 | 4 |
| 10/06/1999 | 13:00:00 | 4,790 | 484 | 2 |
| 11/17/1999 | 15:00:00 | 1,880 | 831 | 6 |
| 01/19/2000 | 09:30:00 | 1,520 | 888 | 6.6 |
| 03/09/2000 | 12:30:00 | 1,170 | 904 | 6.8 |
| 03/21/2000 | 12:50:00 | 1,670 | 632 | 4.1 |
| 03/22/2000 | 09:15:00 | 1,700 | 706 | 4.7 |
| 04/13/2000 | 10:30:00 | 3,430 | 439 | 2.5 |
| 05/10/2000 | 10:00:00 | 4,280 | 477 | 2.0 |
| 06/06/2000 | 10:50:00 | 2,390 | 627 | 3.8 |
| 07/24/2000 | 10:35:00 | 1,410 | 872 | 3.7 |
| 08/29/2000 | 13:45:00 | 1,890 | 866 | 4.9 |
| 10/25/2000 | 12:40:00 | 1,800 | 995 | 5.7 |
| 12/14/2000 | 13:30:00 | 1,440 | 920 | 8.3 |
| 02/13/2001 | 11:35:00 | 1,050 | 825 | 7.5 |
| 03/15/2001 | 12:00:00 | 1,240 | 958 | 6.9 |
| 04/20/2001 | 11:45:00 | 2,060 | 540 | 3.3 |

**Table 2-2.** Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.—Continued

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| 05/22/2001 | 13:45:00 | 3,480 | 479 | 2.6 |
| 06/28/2001 | 13:40:00 | 1,300 | 949 | 5.7 |
| 07/27/2001 | 11:30:00 | 1,260 | 1,040 | 5.9 |
| 08/23/2001 | 10:30:00 | 2,140 | 1,400 | 7.5 |
| 10/26/2001 | 10:45:00 | 1,650 | 1,020 | 6.9 |
| 12/14/2001 | 13:15:00 | 1,200 | 965 | 8.4 |
| 03/11/2002 | 13:55:00 | 1,030 | 828 | 8.7 |
| 03/29/2002 | 11:00:00 | 1,200 | 792 | 6.8 |
| 04/25/2002 | 11:05:00 | 687 | 925 | 7.0 |
| 05/31/2002 | 09:00:00 | 946 | 1,090 | 8.5 |
| 06/26/2002 | 13:00:00 | 828 | 915 | 6.0 |
| 08/13/2002 | 13:00:00 | 818 | 1,130 | 6.0 |
| 09/24/2002 | 10:00:00 | 1,010 | 1,250 | 8.0 |
| 10/18/2002 | 11:15:00 | 1,070 | 1,200 | 11.6 |
| 12/17/2002 | 14:00:00 | 715 | 1,260 | 13.2 |
| 02/20/2003 | 12:45:00 | 607 | 1,180 | 16.4 |
| 03/13/2003 | 12:00:00 | 669 | 1,050 | 9.6 |
| 04/25/2003 | 13:45:00 | 1,150 | 642 | 4.9 |
| 05/20/2003 | 08:45:00 | 4,570 | 488 | 2.9 |
| 06/11/2003 | 10:35:00 | 1,840 | 724 | 3.7 |
| 07/22/2003 | 09:15:00 | 1,010 | 883 | 4.6 |
| 08/04/2003 | 11:05:00 | 1,040 | 981 | 6.0 |
| 10/22/2003 | 09:40:00 | 1,070 | 1,200 | 8.4 |
| 12/11/2003 | 11:20:00 | 771 | 1,300 | 13.6 |
| 02/26/2004 | 08:55:00 | 706 | 1,170 | 12.0 |
| 03/24/2004 | 09:15:00 | 1,460 | 688 | 4.9 |
| 04/23/2004 | 10:20:00 | 1,510 | 734 | 5.3 |
| 05/13/2004 | 11:30:00 | 2,830 | 526 | 2.9 |
| 06/28/2004 | 11:55:00 | 1,010 | 1,090 | 6.9 |
| 07/14/2004 | 11:00:00 | 997 | 974 | 6.8 |
| 08/17/2004 | 10:50:00 | 1,010 | 1,070 | 6.9 |
| 11/16/2004 | 12:00:00 | 1,090 | 1,180 | 7.9 |
| 12/28/2004 | 11:00:00 | 926 | 1,060 | 6.5 |
| 01/24/2005 | 13:35:00 | 1,210 | 860 | 5.2 |
| 02/15/2005 | 12:15:00 | 1,570 | 685 | 4.0 |
| 04/08/2005 | 11:30:00 | 2,980 | 484 | 2.0 |
| 05/23/2005 | 11:15:00 | 11,900 | 287 | 1.8 |
| 06/02/2005 | 13:18:00 | 5,990 | 454 | 1.9 |
| 07/12/2005 | 09:20:00 | 1,630 | 876 | 4.6 |
| 09/22/2005 | 09:50:00 | 1,570 | 1,110 | 5.7 |
| 10/31/2005 | 13:30:00 | 1,560 | 1,120 | 6.6 |
| 01/05/2006 | 14:30:00 | 998 | 1,050 | 5.7 |
| 03/17/2006 | 14:15:00 | 1,210 | 834 | 3.8 |
| 05/26/2006 | 14:00:00 | 3,390 | 512 | 1.9 |
| 08/24/2006 | 11:45:00 | 1,930 | 794 | 3.6 |
| 11/30/2006 | 15:15:00 | 2,170 | 671 | 3.5 |
| 03/01/2007 | 11:20:00 | 1,440 | 743 | 4.0 |
| 04/04/2007 | 10:45:00 | 2,630 | 480 | 2.2 |

**Table 2-2.** Calibration data for dissolved-selenium trend analysis at U.S. Geological Survey gaging station 09152500—Gunnison River near Grand Junction (Whitewater) for water years 1986–2014.—Continued

| Sample date | Sample time | Streamflow, in cubic feet per second | Specific conductance, in microsiemens per centimeter | Dissolved-selenium concentration, in micrograms per liter |
|---|---|---|---|---|
| 07/09/2007 | 14:15:00 | 1,270 | 981 | 4.9 |
| 09/05/2007 | 18:40:00 | 1,790 | 923 | 5.0 |
| 12/13/2007 | 11:42:00 | 1,810 | 752 | 5.2 |
| 04/28/2008 | 13:39:00 | 7,130 | 321 | 1.1 |
| 05/20/2008 | 12:15:00 | 12,500 | 307 | 1.1 |
| 08/13/2008 | 11:35:00 | 2,050 | 816 | 4.5 |
| 10/15/2008 | 14:00:00 | 1,840 | 962 | 5.4 |
| 01/27/2009 | 11:30:00 | 1,520 | 907 | 6.5 |
| 03/17/2009 | 11:45:00 | 1,410 | 653 | 3.7 |
| 06/02/2009 | 13:25:00 | 5,660 | 466 | 2.1 |
| 09/28/2009 | 14:15:00 | 1,880 | 904 | 6.3 |
| 11/10/2009 | 15:10:00 | 1,350 | 991 | 7.2 |
| 02/03/2010 | 14:20:00 | 1,330 | 732 | 4.4 |
| 04/08/2010 | 12:15:00 | 1,460 | 800 | 5.1 |
| 06/03/2010 | 15:15:00 | 3,160 | 537 | 2.8 |
| 07/20/2010 | 12:30:00 | 1,230 | 985 | 5.4 |
| 02/15/2011 | 15:15:00 | 1,480 | 707 | 4.2 |
| 03/25/2011 | 09:30:00 | 2,520 | 544 | 2.6 |
| 05/13/2011 | 13:20:00 | 6,150 | 390 | 1.6 |
| 07/13/2011 | 12:45:00 | 5,930 | 695 | 2.4 |
| 08/08/2011 | 12:00:00 | 1,970 | 830 | 4.3 |
| 09/20/2011 | 11:30:00 | 2,430 | 828 | 4.2 |
| 11/21/2011 | 09:20:00 | 1,460 | 936 | 6.4 |
| 12/06/2011 | 10:15:00 | 2,160 | 629 | 3.6 |
| 01/05/2012 | 10:45:00 | 1,610 | 682 | 4.1 |
| 02/21/2012 | 13:45:00 | 1,050 | 846 | 5.5 |
| 03/16/2012 | 12:20:00 | 1,270 | 709 | 3.9 |
| 05/25/2012 | 11:15:00 | 1,140 | 842 | 4.3 |
| 06/19/2012 | 09:30:00 | 1,010 | 899 | 4.7 |
| 07/11/2012 | 09:30:00 | 896 | 1,010 | 6.8 |
| 08/27/2012 | 09:45:00 | 1,210 | 1,070 | 6.1 |
| 10/24/2012 | 09:45:00 | 991 | 1,210 | 7.0 |
| 11/20/2012 | 12:15:00 | 859 | 1,140 | 7.0 |
| 01/16/2013 | 10:00:00 | 673 | 1,100 | 6.4 |
| 02/20/2013 | 10:00:00 | 649 | 1,060 | 6.1 |
| 04/23/2013 | 14:00:00 | 718 | 991 | 6.5 |
| 05/17/2013 | 15:00:00 | 3,360 | 460 | 2.3 |
| 07/23/2013 | 10:15:00 | 1,080 | 979 | 4.2 |
| 08/09/2013 | 14:30:00 | 1,320 | 1,000 | 4.5 |
| 09/05/2013 | 12:00:00 | 1,130 | 1,030 | 4.7 |
| 12/17/2013 | 13:30:00 | 885 | 1,060 | 6.0 |
| 03/07/2014 | 13:15:00 | 968 | 929 | 5.6 |
| 04/15/2014 | 12:00:00 | 2,540 | 497 | 2.3 |
| 05/28/2014 | 11:15:00 | 6,020 | 447 | 1.9 |
| 06/17/2014 | 12:15:00 | 8,110 | 345 | 1.1 |
| 08/14/2014 | 12:30:00 | 1,790 | 857 | 4.0 |
| 09/10/2014 | 12:45:00 | 2,330 | 1,030 | 5.2 |
| 09/23/2014 | 10:30:00 | 1,820 | 1,020 | 5.2 |

ISSN 2331-1258 (online)
http://dx.doi.org/10.3133/ofr20161129



Environmental Toxicology and Chemistry, Vol. 34, No. 10, pp. 2385–2394, 2015
© 2015 SETAC
Printed in the USA

# MERCURY AND SELENIUM ACCUMULATION IN THE COLORADO RIVER FOOD WEB, GRAND CANYON, USA

David M. Walters,*† Emma Rosi-Marshall,‡ Theodore A. Kennedy,§ Wyatt F. Cross,‖
and Colden V. Baxter#

†US Geological Survey, Fort Collins Science Center, Fort Collins, Colorado, USA
‡Cary Institute of Ecosystem Studies, Millbrook, New York, USA
§US Geological Survey, Southwest Biological Science Center, Grand Canyon Monitoring and Research Center, Flagstaff, Arizona, USA
‖Department of Ecology, Montana State University, Bozeman, Montana, USA
#Department of Biological Sciences, Idaho State University, Pocatello, Idaho, USA

*(Submitted 23 December 2014; Returned for Revision 5 March 2015; Accepted 20 May 2015)*

**Abstract:** Mercury (Hg) and selenium (Se) biomagnify in aquatic food webs and are toxic to fish and wildlife. The authors measured Hg and Se in organic matter, invertebrates, and fishes in the Colorado River food web at sites spanning 387 river km downstream of Glen Canyon Dam (AZ, USA). Concentrations were relatively high among sites compared with other large rivers (mean wet wt for 6 fishes was 0.17–1.59 µg g$^{-1}$ Hg and 1.35–2.65 µg g$^{-1}$ Se), but consistent longitudinal patterns in Hg or Se concentrations relative to the dam were lacking. Mercury increased (slope = 0.147) with δ$^{15}$N, a metric of trophic position, indicating biomagnification similar to that observed in other freshwater systems. Organisms regularly exceeded exposure risk thresholds for wildlife and humans (6–100% and 56–100% of samples for Hg and Se, respectively, among risk thresholds). In the Colorado River, Grand Canyon, Hg and Se concentrations pose exposure risks for fish, wildlife, and humans, and the findings of the present study add to a growing body of evidence showing that remote ecosystems are vulnerable to long-range transport and subsequent bioaccumulation of contaminants. Management of exposure risks in Grand Canyon will remain a challenge, as sources and transport mechanisms of Hg and Se extend far beyond park boundaries. *Environ Toxicol Chem* 2015;34:2385–2394. © 2015 SETAC

**Keywords:** Mercury    Selenium    Bioaccumulation    Large rivers    Food web

## INTRODUCTION

Mercury (Hg) and selenium (Se) contamination of lotic ecosystems pose widespread and persistent exposure risks to aquatic organisms and the terrestrial animals that feed on them [1]. In the United States, for example, Hg concentrations in stream fish exceed wildlife risk thresholds for belted kingfisher (*Megaceryle alcyon*), a piscivorous bird, in 35% to 75% of stream and river reaches [2,3]. In addition, 1 840 000 km of streams and rivers are under human fish consumption advisories for Hg contamination [4]. Mercury is commonly introduced to lotic ecosystems by atmospheric deposition and watershed runoff [5,6], and Se may be introduced from point sources such as coal ash [7,8] or from irrigation returns in landscapes with seleniferous soils [9].

We investigated Se and Hg exposure in the Colorado River food web in Grand Canyon, Arizona, USA. Mercury and Se concentrations exceed dietary fish and wildlife toxicity thresholds throughout the Colorado River Basin, and Se concentrations are particularly high [10,11]. Data on contaminant exposure are generally lacking from the Grand Canyon segment, owing to the difficulty of collecting samples from such a remote and inaccessible area. Atmospheric deposition is a common vehicle for Hg introduction to aquatic ecosystems in remote areas of the world including western US national parks [12,13]. Potential sources of atmospheric Hg deposition to the Grand Canyon ecosystem include a large regional atmospheric pool, and nearby point sources such as a coal burning power plant located near Page, Arizona, northeast of Grand Canyon

[14]. Reactive forms of inorganic Hg in aquatic systems can be converted to methylmercury (MeHg) via microbial processes in sediment, algal mats, or periphyton biofilms [15,16], and MeHg efficiently biomagnifies through aquatic food webs [17]. The primary source of Se to the Grand Canyon segment is runoff associated with irrigation of seleniferous soils in the upriver watershed [9], with Se loads entering Lake Powell, the reservoir upstream of Grand Canyon, approaching 30 MT y$^{-1}$ [18].

We measured Hg and Se concentrations in basal resources and consumers at 6 sites spanning 387 river km downstream of Glen Canyon Dam, which forms Lake Powell on the Colorado River. Our objectives were to describe the magnitude and spatial extent of Hg and Se accumulation in the Colorado River food web, to quantify biomagnification of Hg and Se in the food web, and to compare Hg and Se concentrations in the food web with established risk thresholds for dietary exposure. Glen Canyon Dam operations strongly influence food web structure and ecosystem processes of the Colorado River [19–21], but the degree to which exposure varies downstream of the dam is unknown. Primary productivity and the degree of lentic influence are high near the dam and decline with downstream distance [19,20], and these could affect patterns of Hg and Se exposure in lotic food webs. For example, Hg accumulation in food webs is thought to decline with primary productivity in streams [22]. Concentrations could be higher at the dam because lentic habitats such as Lake Powell are conducive to Hg and Se biotransformation and remobilization, and their bioavailable forms (e.g., MeHg, selenite, and selenoamino forms) are exported to downstream ecosystems [23,24], although that may not always be the case for Hg [25]. This is particularly true for MeHg; stratification and wetting and drying cycles can increase MeHg production and subsequent release to downstream food

* Address correspondence to waltersd@usgs.gov.
Published online 19 August 2015 in Wiley Online Library
(wileyonlinelibrary.com).
DOI: 10.1002/etc.3077

2386    *Environ Toxicol Chem* 34, 2015                                    D.M. Walters et al.

webs [26]. Alternatively, higher productivity near the Glen Canyon Dam could lead to either bloom dilution (i.e., whereby algal cell division distributes a fixed amount of contaminant among an increased number [and mass] of cells, resulting in lower contaminant concentration) [27], somatic growth dilution, or a combination of the 2, so concentrations in consumers could be lower in this more productive reach. Lower accumulation with higher productivity has been demonstrated for Hg in lotic systems [22,28], but less is known about how primary productivity affects Se bioaccumulation.

### MATERIALS AND METHODS

*Study area*

Detailed descriptions of the study reach and sample sites (Figure 1) are provided in Cross et al. [19]. Briefly, average thalweg depth and width of the river are 6 m and 89 m, respectively, at a discharge of 225 m$^3$ s$^{-1}$. River kilometer 0 (RKM0) is located in the clear, tailwater section of the river downstream of Glen Canyon Dam [20]. River kilometer 48 (RKM48) is in Marble Canyon and is downstream of the Paria River, the first perennial tributary entering the Colorado River below the dam. The Paria River contributes suspended sediments and organic matter to the river, and invertebrates and fishes living downstream of this confluence consume less algae and more detrital material compared with those at RKM0

[19,21]. River kilometer 100 (RKM100) is downstream of the confluence of the Little Colorado River, the largest tributary in the Grand Canyon segment, with a drainage area of almost 70 000 km$^2$. River kilometer 204 (RKM204) is downstream of several additional tributaries and is located within the Middle Granite Gorge section of the river. River kilometer 264 (RKM264) is located downstream of 3 large tributaries, and river kilometer 362 (RKM362) is located in the last accessible reach whose stage is not influenced by Lake Mead, the next reservoir on the Colorado River.

*Sample collection*

Sampling occurred from 12 to 28 June 2008. At each site, we collected representative basal resources (organic matter and primary producers), macroinvertebrates, and fishes. Basal resources included fine benthic organic matter, seston (suspended organic matter), epilithon (benthic biofilm), attached algae (*Cladophora* sp.), and epiphyton (diatoms attached to *Cladophora*). We collected fine benthic organic matter from sandy depositional habitats using a Ponar dredge (0.052 m$^2$) deployed from a boat. We made a composite of material from 5 dredge samples for a single replicate. We thoroughly mixed sediments, elutriated them several times, and then collected the fine fraction (40–250 μm) using Nitex mesh sieves. We collected seston with a nested Nitex plankton net (243-μm mesh for the inner net; 10-μm mesh for the outer net) deployed



Figure 1. Map of study area showing sample location relative to Glen Canyon Dam on the Colorado River, Grand Canyon (AZ, USA).

in moderate current for up to 10 min. We processed the collected material as described for fine benthic organic matter. We gathered clumps of *Cladophora* by hand and made a composite of them in a plastic bucket with 3 L of river water. We gently squeezed and rinsed *Cladophora* by hand to remove epiphyton, and we removed a subsample for analyses. The material rinsed from *Cladophora* samples was retained and used as the epiphyton sample. The epiphyton sample was visually inspected to remove small macroinvertebrates and *Cladophora* fragments that passed the 250-µm mesh, and the fine fraction (40–250 µm) was retained using Nitex mesh sieves, similar to fine benthic organic matter. For epilithon samples, we collected 5 to 10 river cobbles and gently washed them in river water to remove fine inorganic matter and macroinvertebrates, scrubbed them with a plastic brush into a plastic tub, and processed the resulting slurry as described for fine benthic organic matter.

Macroinvertebrate assemblages near RKM0 are dominated by non-native species and include Lumbricidae, *Gammarus lacustris*, Chironomidae, Simuliidae, and New Zealand mudsnail (*Potamopyrgus antipodarum*) [29]. Soft tissue of New Zealand mudsnails was removed from shells prior to chemical analyses. We collected individuals from these taxa from a variety of river substrates including cobble, wood, and *Cladophora* and made a composite of multiple individuals of each taxon to obtain sufficient biomass for analyses. Macroinvertebrates were sampled using a combination of techniques (fully described in Tsui et al. [16]) including rock and cliff scraping, ponar grab samples, and opportunistic collection of individuals in rocky nearshore habitats.

We collected 6 fish species that are relatively common in Grand Canyon, all of which rely primarily on macroinvertebrates for prey: native bluehead sucker (*Catostomus discobolus*), flannelmouth sucker (*Catostomus latipinnis*), and speckled dace (*Rhinichthys osculus*), and non-native common carp (*Cyprinus carpio*), fathead minnow (*Pimephales promelas*), and rainbow trout (*Oncorhynchus mykiss*). Fishes were collected by boat electrofishing and seining [30], and specimens were identified and measured (total length, mm) in the field. We dissected skinless dorsal muscle tissue for chemical analyses. All fish samples were analyzed as individuals, except for 5 cases (1 rainbow trout, 4 fathead minnow samples), for which we made a composite of material from 2 to 3 individuals to obtain sufficient mass.

Samples collected for metal and metalloid analysis were processed using plastic, Teflon-coated, or rubber gear to minimize metal contamination. When possible, 4 replicate samples of each organic matter type and consumer were collected per site for both metals and stable isotope analyses. We froze metals samples in the field using a portable freezer, placed them on ice until transport to the laboratory, and froze them at −10 °C until analysis. We dried stable isotope samples in the field using a solar oven as a desiccator. Samples of organic matter were placed on filter paper in the laboratory for 1 h to 2 h to drain excess water before obtaining more accurate weight masses prior to Hg and Se analysis.

*Sample analyses*

Samples were analyzed for total Hg using cold vapor atomic fluorescence (Tekran Model 2600 CVAF spectrometer) following US Environmental Protection Agency method 7474. Quality control was maintained by analysis of method blanks and repeated runs of an internal standard of known concentration (250 µg g$^{-1}$, continuing calibration verification [CCV]) analyzed after every 10 samples. Matrix spike samples (field samples spiked in the laboratory and analyzed under the same conditions as the field samples) were analyzed on 20% of samples to assess accuracy. Precision was assessed through duplicate analysis of 20% of field samples and measuring the relative percent difference (RPD) of duplicates. All method blanks were less than the reporting limit (0.0001 µg g$^{-1}$). Measured CCV values averaged 249.3 µg g$^{-1}$ (± 14.1 standard deviation [SD]), and the percent recovery was 99.7% (± 5.9%). Percent recovery of matrix spikes was 100.2% (± 2.5%), and the RPD of duplicates was 7.8% (± 4.9%). Samples were analyzed for total Se using inductively coupled plasma mass spectrometry (PerkinElmer Elan DRC-e). The instrument was run for 45 min with the plasma on, and then tuned using the Auto Tune function and a 10 µg L$^{-1}$ tuning solution of Mg, Rh, and Pb in 1% nitric acid to correct for spectral interferences. We followed the same quality control procedures described for Hg analysis, except that the CCV standard was 25 µg g$^{-1}$. All method blanks were less than the reporting limit (0.0001 µg g$^{-1}$). Average measured CCV standards were 24.8 µg g$^{-1}$ (± 1.5), and percent recovery was 99.0% (± 6.1%). Percent recovery was 97.1% (± 12.1%) for matrix spikes, and the RPD of duplicates was 6.0% (± 2.3%). All concentrations (Hg and Se) are reported as µg g$^{-1}$ wet mass. We freeze-dried, milled, and homogenized samples prior to δ$^{15}$N analysis. The resulting homogenates were combusted and reduced to N$_2$ using a Finnigan Delta Plus XP CHN analyzer online with a Costech EA 1108 Element Analyser isotope ratio mass spectrophotometer. We monitored the reproducibility and accuracy of the δ$^{15}$N measurements by analyzing 1 standard (bovine liver, NIST no. 1577b) every 10 samples (precision of 0.04%).

*Data analysis*

Spatial patterns of Hg and Se accumulation were first assessed qualitatively because of the relatively small sample size ($n = 1$–4) per food web component per site and because not all taxa were present at all sites. We then modeled Hg or Se concentrations in the log$_{10}$ scale as a linear function of δ$^{15}$N, including categorical variables for site and a δ$^{15}$N-by-site interaction term that allows for separate regression relationships among sites with different intercepts and slopes. Fish size can be positively related to Hg concentrations, so we first tested for fish length effects on Hg and Se concentrations using linear regression [31]. We observed no significant relationships between fish length and tissue concentrations, with the exception of a weak negative relationship between Hg and common carp ($r = -0.51$), so fish size was not used as a covariate in spatial models. We parameterized categorical variables for sites so that slope and intercept estimates for sites other than RKM0 were expressed as differences from those for RKM0. Thus, this analysis tests for variation in Hg and Se bioaccumulation among sites and for a given trophic position (using δ$^{15}$N as a surrogate) within a food web. This approach explicitly tests for bioaccumulation of Hg and Se bioaccumulation as a function of site or δ$^{15}$N against a null model with a common intercept and no slope. We used site means of δ$^{15}$N, Hg, and Se for each food web component in the analysis. Our iterative modeling approach first compared the separate slopes and intercepts model with a reduced parameter model assuming constant slopes among sites (significant interaction term), and then compared the model with common slopes but different intercepts (significant site effect) with a reduced parameter model that had common slopes and intercepts for δ$^{15}$N (no site effect). We evaluated these models using Akaike information criteria (AIC), where a lower AIC indicates the preferred model

[32]. Based on preliminary model results, we further pooled data for $\delta^{15}$N, Se, and Hg across sites to estimate biomagnification of Se and Hg within the Colorado River food web using the equation from Lavoie et al. [17]

$$\log_{10}[\text{Hg or Se}] = \delta^{15}\text{N}\,(b) + a$$

The slope ($b$) of this model describes the average biomagnification for the entire food web [17,33].

We quantified potential risks of exposure to fish, wildlife, and humans by comparing Hg and Se concentrations in the Colorado River food web with literature-based toxicity thresholds (hereafter termed *risk thresholds*; see Hinck et al. [10]). Again, we pooled data across sites and within food web components for these comparisons because we did not detect consistent patterns among sites. Risk thresholds for Hg (wet wt) are 0.1 $\mu$g g$^{-1}$ for piscivorous mammals, 0.2 $\mu$g g$^{-1}$ for fish (i.e., the concentration in food that could cause harmful exposure to fish), and 0.3 $\mu$g g$^{-1}$ for human consumption. We also included a risk threshold of 0.03 $\mu$g g$^{-1}$ for belted kingfisher [2]. Kingfishers are common in Grand Canyon and serve as a realistic model of avian exposure for consumers of small-bodied fishes. Risk thresholds for Se (wet w) are 0.75 $\mu$g g$^{-1}$ for piscivorous wildlife and 1.0 $\mu$g g$^{-1}$ for larval fish [10]. Larval fish can be exposed via diet or maternal transfer, so this risk threshold can be applied to food items (e.g., macroinvertebrates) or to concentrations in adult, parental fishes.

Whole-body samples are typically analyzed for Hg, but this was not possible in the present study because of limited space for freezing samples during the boat-based sampling trips required for the present study. The Hg concentration in the muscle tissue we collected are typically higher than whole-body samples [31]. To normalize measured fish concentrations to established risk thresholds and to other data sets, we converted muscle tissue concentration to whole-body concentrations using the equation from Peterson et al. [31]

$$\log[\text{filet biopsy Hg}] = 0.2545 + 1.0623\log[\text{whole-fish Hg}]$$

where the intercept differing from 0 determines the need for a correction factor. Following this approach, we calculated tissue-corrected risk thresholds for various consumers of fish. These were 0.04 $\mu$g g$^{-1}$ for belted kingfisher, 0.16 $\mu$g g$^{-1}$ for piscivorous mammals, and 0.32 $\mu$g g$^{-1}$ for piscivorous fish. There are no published filet to whole-body Se regressions available, so we analyzed data for 20 bluegill sunfish (*Lepomis macrochirus*) samples published by the North American Metals Council [34] and determined that Se whole-body and muscle tissue concentrations were approximately 1:1 (log[whole body Se] = $-0.0282 + 1.057$ log [filet biopsy Se]; $r^2 = 0.96$). Thus, we treated muscle and whole-body Se concentrations as equivalent for risk threshold analysis.

## RESULTS

### Patterns in Hg and Se accumulation

We detected measurable concentrations of Hg and Se throughout the Grand Canyon segment of the Colorado River, and these contaminants were present in all compartments of the food web. Generally, we did not find consistent longitudinal patterns in Hg and Se concentrations in food webs (Figures 2 and 3). The Hg concentrations tended to be either uniform across sites within organic matter types or taxa, or varied across space but without consistent downstream trends. In contrast, Hg







Figure 2. Mercury concentration ($\mu$g g$^{-1}$ wet wt) in (**A**) basal organic matter resources, (**B**) invertebrates, and (**C**) fishes for 6 sites in the Colorado River in Grand Canyon (AZ, USA). Bars show standard error ($n = 3$–4 samples per site). Rainbow trout was the only species collected at RKM0. Missing bars indicate that no samples of that type were collected at a particular site. RKM = river kilometer; BHS = bluehead sucker; CRP = common carp; FHM = fathead minnow; FMS = flannelmouth sucker; RBT = rainbow trout; SPD = speckled dace.

concentrations in seston ($0.41 \pm 0.18$ $\mu$g g$^{-1}$) and *Cladophora* ($0.9 \pm 0.009$ $\mu$g g$^{-1}$) were considerably higher at RKM0 than at other sites (Figure 2). In addition, Hg concentrations in native flannelmouth sucker showed a consistent, albeit minor, downstream increase. The Se concentrations in seston and fine benthic organic matter were also highest at RKM0 and declined sharply at RKM48 (Figure 3). Similar patterns were apparent for *Gammarus* and simuliids, except that neither showed a peak at RKM0. There were no apparent spatial patterns in the Se concentrations in fish tissues.

We found no effect of site for either Hg or Se concentrations in the multivariate $\delta^{15}$N-site models. For Hg, the slopes for $\delta^{15}$N versus Hg were similar among sites (nonsignificant interaction term), and site was unrelated to Hg concentration (common

intercept). The AIC supported the $\delta^{15}N$ versus Hg concentration model with common slopes and intercepts among sites (AIC = 135.1, with a difference in AIC of 5.8 compared with next best model), and this model showed a positive relationship between $\delta^{15}N$ and Hg ($F_{1,64} = 16.22$, $p = 0.0002$). The model including $\delta^{15}N$ (common slopes and intercepts) indicates bioaccumulation of Hg with trophic position and is superior to the null model (common intercept, no slope) of no bioaccumulation with increasing trophic position. None of the models were significant for Se, but the AIC gave strongest support to the $\delta^{15}N$ versus Se model with common slopes and intercepts among sites (AIC = 144.7, with a difference in AIC of

7.5 compared with next best model), even though the slope did not differ from zero ($F_{1,64} = 1.44$, $p = 0.23$).

Mean Hg concentration ($\log_{10}$ wet wt) throughout the Colorado River food web was significantly and positively related to $\delta^{15}N$ ($r^2 = 0.32$, $p = 0.02$; Figure 4A), but Se concentration was not ($r^2 = 0.05$, $p = 0.4$; Figure 4B). The relationship with Se was weak because of high variability in Se concentrations among macroinvertebrates. Chironomids and New Zealand mudsnails, in particular, represented large, negative outliers in the regression (studentized residuals > |2.0|). When they were excluded from the analysis, the relationship improved but remained nonsignificant ($r^2 = 0.17$, $p = 0.15$). The slope of this regression was positive, but low ($b = 0.06$), indicating little biomagnification of Se within the food web.

*Exposure risks to consumers*

Concentrations of Hg in simuliids and *Gammarus* exceeded the risk threshold ($0.2\,\mu g\,g^{-1}$) for juvenile and adult fishes (Table 1 and Figure 5A). Mean Hg concentrations for all fish species exceeded the risk threshold for piscivorous mammals ($0.16\,\mu g\,g^{-1}$), with individual samples exceeding the threshold in 38% to 100% of cases, depending on the species of fish (Table 1). Mean Hg concentration for all fish species except







Figure 3. Selenium concentration ($\mu g\,g^{-1}$ wet wt) in (A) basal organic matter resources, (B) invertebrates, and (C) fishes for 6 sites in the Colorado River in Grand Canyon (AZ, USA). Bars show standard error ($n = 3$–4 samples per site). Rainbow trout was the only species collected at RKM0. Missing bars indicate that no samples of that type were collected at a particular site. RKM = river kilometer; BHS = bluehead sucker; CRP = common carp; FHM = fathead minnow; FMS = flannelmouth sucker; RBT = rainbow trout; SPD = speckled dace.





Figure 4. Concentrations ($\mu g\,g^{-1}$ wet wt) of Hg (A) and Se (B) relative to $\delta^{15}N$ for the Colorado River food web in Grand Canyon (AZ, USA). Model regression in (A) is: $\log_{10}Hg = 0.147(\delta^{15}N) - 2.259$. BHS = bluehead sucker; Chi = chironomid; Clad = *Chladophera*; CRP = common carp; Epil = epilithon; Epip = epiphyton; FBOM = fine benthic organic matter; FHM = fathead minnow; FMS = flannelmouth sucker; Gam = *Gammarus*; Se = seston; Lum = lumbricid; NZMS = New Zealand mudsnail; RBT = rainbow trout; Sim = simuliid; SPD = speckled dace.

2390    *Environ Toxicol Chem* 34, 2015    D.M. Walters et al.

Table 1. Percentage of collected samples exceeding risk thresholds for mercury and selenium exposure in the Colorado River food web, Grand Canyon

| | Mercury[a] | | | Selenium[b] | |
|---|---|---|---|---|---|
| | % > PM | % > fish | % > human | % > PW | % > larval fish |
| Basal resources | | | | | |
|   Cladophora | n.a. | 0 | n.a. | n.a. | 0 |
|   Epilithon | n.a. | 0 | n.a. | n.a. | 39 |
|   Epiphyton | n.a. | 0 | n.a. | n.a. | 5 |
|   FBOM | n.a. | 0 | n.a. | n.a. | 59 |
|   Seston | n.a. | 17 | n.a. | n.a. | 43 |
| Macroinvertebrates | | | | | |
|   Chironomid | n.a. | 0 | n.a. | n.a. | 0 |
|   Gammarus | n.a. | 57 | n.a. | n.a. | 86 |
|   Lumbricid | n.a. | 0 | n.a. | n.a. | 100 |
|   New Zealand mudsnail | n.a. | 0 | n.a. | n.a. | 0 |
|   Simuliid | n.a. | 100 | n.a. | n.a. | 88 |
| Fish[c] | | | | | |
|   Bluehead sucker | 38 | 23 | 23 | 100 | 85 |
|   Common carp | 71 | 6 | 6 | 94 | 94 |
|   Fathead minnow | 100 | 100 | 100 | 81 | 56 |
|   Flannelmouth sucker | 67 | 52 | 52 | 95 | 95 |
|   Rainbow trout | 55 | 40 | 20 | 100 | 80 |
|   Speckled dace | 100 | 94 | 94 | 100 | 100 |

[a]Mercury risk thresholds: PM (piscivorous mammals) = 0.16 $\mu$g g$^{-1}$; fish = 0.2 $\mu$g g$^{-1}$; human = 0.3 $\mu$g g$^{-1}$.

[b]Selenium risk thresholds: PW (piscivorous wildlife) = 0.75 $\mu$g g$^{-1}$; larval fish = 1.0 $\mu$g g$^{-1}$.

[c]Percentages for fish species under "% > fish" are based on a risk threshold of 0.32 $\mu$g g$^{-1}$ Hg to account for differences between fish tissue and whole-body concentrations.

n.a. = not applicable; FBOM = fine benthic organic matter.

common carp exceeded the risk threshold for humans (0.3 $\mu$g g$^{-1}$). Although mean rainbow trout Hg concentrations exceeded the human risk threshold, only 20% of individual trout exceeded the threshold. All these samples came from downstream reaches in Grand Canyon. Concentrations in 100% of speckled dace and fathead minnow greatly exceeded the risk threshold for belted kingfisher (0.04 $\mu$g g$^{-1}$), and average Hg concentrations for these small-bodied fish species were 30- to 40-fold higher than the risk threshold.

Selenium concentrations were 5- to 10-fold higher than Hg concentrations for organic matter resources and macroinvertebrates (Figure 5B), except that Hg and Se concentrations were similar for chironomids (0.02 $\mu$g g$^{-1}$ for both Hg and Se) and New Zealand mudsnails (0.02 $\mu$g g$^{-1}$ Hg and 0.03 $\mu$g g$^{-1}$ Se). Among organic matter types, for example, Se concentration was lowest for *Cladophora* (0.26 ± 0.10 $\mu$g g$^{-1}$) and highest for fine benthic organic matter (1.56 ± 1.37 $\mu$g g$^{-1}$). Selenium concentrations for macroinvertebrates were again highest for simuliids (6.90 ± 6.53 $\mu$g g$^{-1}$), and values for lumbricids were similarly high (6.49 ± 1.0 $\mu$g g$^{-1}$). Concentrations in these taxa were more than 2 orders of magnitude higher than those in New Zealand mudsnails and chironomids and were approximately 2-fold higher than concentrations measured in fishes.

Selenium concentrations were similar among fishes, ranging from 1.35 $\mu$g g−1 (± 0.84 $\mu$g g$^{-1}$) in fathead minnow to 2.65 $\mu$g g$^{-1}$ (± 2.22 $\mu$g g$^{-1}$) in rainbow trout. Mean Se concentrations of all species were approximately 2- to 4-fold higher than the risk threshold for piscivorous wildlife (0.75 $\mu$g g$^{-1}$), with individual samples exceeding the threshold in 81% to 100% of cases among species (Table 1). The risk value for larval fishes, which can be exposed via maternal transfer of Se to eggs

or via diet, is 1.0 $\mu$g g$^{-1}$. Mean concentrations in all fishes (e.g., maternal transfer vector) exceeded this threshold, with individual samples exceeding the threshold in 56% to 100% of cases among species (Figure 5B and Table 1). Likewise, mean concentrations of simuliids, *Gammarus*, and lumbricids (dietary vectors) also exceeded this threshold (e.g., mean concentrations of simuliids were approximately 7-fold higher), with individual samples exceeding the threshold in 86% to 100% of cases among these invertebrate taxa.

## DISCUSSION

Mercury and Se are leading causes of impairment of lotic ecosystems [4], and the present study demonstrates that these contaminants are pervasive in food webs of the Colorado River in Grand Canyon. Measurable concentrations of Hg and Se were detected in all food web compartments and across all sites, and concentrations commonly exceeded risk thresholds. Mercury and Se concentrations in some basal resources were greatest just downstream from Lake Powell (RKM0), suggesting that this reservoir is exporting bioavailable forms of these elements to the downstream ecosystem, although other local processes, such as methylation of mercury in *Cladophora* beds, could play a role as well [16]. In either case, this did not translate into elevated concentrations of these elements in invertebrates or fish at this site. Moreover, Hg and Se concentrations in rainbow trout at RKM0, a popular sport fishery, were the lowest for any site, and Hg concentrations were well below risk thresholds for human consumption. Concentrations of Hg and Se in native and non-native fishes present in downstream reaches of Grand Canyon often exceeded risk thresholds for humans and wildlife. A positive relationship between $\delta^{15}$N and Hg concentrations indicates that biomagnification contributes to elevated Hg concentrations observed in fish in Grand Canyon. Collectively, these results demonstrate that aquatic food webs in Grand Canyon have elevated concentrations of Hg and Se, and additional research into pathways of exposure is warranted. These data represent an advance in our understanding of contamination of Hg and Se in food webs of large southwestern rivers and in particular food webs downstream of large dams.

Damming of river systems has the potential to increase Hg and Se accumulation in stream food webs by linking lotic ecosystems to lentic habitats that often serve as sources of bioavailable forms of these elements [24,35–38]. This is particularly true in the Colorado River Basin, where large reservoirs proliferate [39] and sources of contaminants are abundant (e.g., Se) [18] or proximate to reservoirs (e.g., Hg) [14,40]. In the present study we found no significant differences in Hg and Se accumulation among sites throughout the Grand Canyon. Although this is only 1 study, these findings suggest that there is little evidence for spatial gradients downstream of large impoundments characterized by hypolimnetic releases; however, it is likely that Lake Powell contributes disproportionately to bioavailable Hg entering the food web near the dam (RKM0). Mercury concentration in seston was 4-fold higher at RKM0 than other sites, and primary and secondary production is also high compared with downstream sites [19]. Seston is consumed by aquatic invertebrates in the river [21]. Moreover, diatoms derived from Lake Powell constitute the majority of the seston in this reach (60% by biomass) [21]. Filter-feeding simuliids are an important prey item for fishes throughout the segment we studied (nearly all simuliid production in the river is consumed by fishes) [19], and consumption of simuliids could be an important pathway for Hg into fishes. Mercury



Figure 5.  Concentrations (µg g⁻¹ wet wt) of Hg (**A**) and Se (**B**) in organic matter and consumers among all sites sampled in the Colorado River, Grand Canyon (AZ. USA). Numbers in parentheses indicate number of replicates analyzed for each component. Lines within the boxes are the median, and horizontal whiskers indicate the 90th and 10th percentiles. Vertical lines in the Hg plot are risk thresholds for piscivorous mammals (0.16 µg g⁻¹: dotted line), fish (0.2 µg g⁻¹: dashed line). and humans (0.3 µg g⁻¹: solid line). The whole-body–corrected risk threshold for kingfisher (0.04 µg g⁻¹) is not included in the figure because all fishes exceeded this threshold. Vertical lines in the Se plot are risk thresholds for piscivorous wildlife (0.75 µg g⁻¹: dotted line) and larval fish (1.0 µg g⁻¹: solid line). FBOM = fine benthic organic matter.

concentrations in fish were generally lower than those in simuliids, possibly because these fishes are relatively omnivorous and consume other resources (e.g., diatoms, *Cladophera*, and fine benthic organic matter) [19] with relatively low Hg concentrations.

The apparent disconnect between high Hg and Se concentrations in basal resources and low concentrations in consumers at RKM0 is likely because of food web structure and the trophic ecology of invertebrates in this segment. Specifically,

*Cladophora*, seston, and fine benthic organic matter, the 3 basal resources with elevated Hg or Se at RKM0, do not constitute a substantial portion of invertebrate diets [21], with the exception of seston-feeding simuliid larvae. Concentrations of Hg and Se were high in simuliids across all sites, including RKM0, and we attribute this pattern to their reliance on seston that is partially sourced from Lake Powell. Coupling energy flow food webs [41] with our metal concentration data would be an effective way to test this hypothesis [42]. Alternatively, this pattern could be

2392    *Environ Toxicol Chem* 34, 2015    D.M. Walters et al.

related to the form of mercury present in basal resources at RKM0. In the present study we measured total Hg, but the relative contribution of bioavailable MeHg in organic matter and invertebrates can be highly variable among food web compartments and sites. For example, MeHg can account for anywhere from 10% to 70% of total Hg in invertebrates among inland lakes [43]. Thus, a large and variable proportion of Hg can be in the inorganic form, which is minimally accumulated compared with MeHg.

The accumulation of Hg and Se in the Colorado River food web is consistent with prior studies of freshwater ecosystems, including rivers. The slope of the $\log_{10}$Hg/$\delta^{15}$N model was 0.147, in line with global means for other river ecosystems (0.12) and freshwater food webs in general (0.15 [17]). Trophic magnification slopes are steeper (1.5 times higher, on average) and less variable for studies on MeHg than total Hg [17], and this may partially explain the high degree of variability that we observed between $\delta^{15}$N and Hg in the present study. Stewart et al. [44] developed a generalized, nonlinear model of Se accumulation in freshwater food webs that is characterized by a large concentration factor of $10^2$ to $10^6$ fold between water and primary producers, a 5- to 10-fold increase between primary producers and primary consumers, and little additional trophic accumulation from primary consumers to higher order predators. Our data are consistent with the Stewart model. Average Se concentrations in organic matter and primary producers (0.2–1.8 $\mu$g g$^{-1}$) were approximately 4 orders of magnitude higher than average Se concentration in water below Glen Canyon Dam (2.3 $\mu$g L$^{-1}$). Concentrations in primary consumer macroinvertebrates were approximately 4-fold higher than in organic matter, and remained relatively level across macroinvertebrate and fish consumers. The invasive *P. antipodarum* (New Zealand mudsnail) and chironomids did not follow this trend and had much lower concentrations of Hg and Se than would be expected (i.e., they represented large negative outliers in the Hg and Se food web accumulation models). It is not clear why these taxa had lower Hg and Se concentrations, because $\delta^{15}$N signatures indicate that they are feeding at a similar trophic level as the other invertebrates.

Food webs of the Colorado River in Grand Canyon contain high levels of Hg and Se in comparison with other rivers. For example, Hg concentrations in the Colorado River fishes (mean 0.17–1.59 $\mu$g g$^{-1}$ among species) were consistently higher than in fishes in large rivers around the United States (mean 0.21 $\mu$g g$^{-1}$, whole-body concentrations normalized to muscle tissue) [1] or in the great rivers (Missouri, Mississippi, and Ohio Rivers) of the central United States (mean small fish and large fish 0.06 $\mu$g g$^{-1}$ and 0.11 0.1 $\mu$g g$^{-1}$, respectively) [3], even though these rivers drain much more intensively developed landscapes (e.g., agriculture, urban, and industrial uses). One reason why Hg and Se concentrations in the food web are of concern is because this segment of the Colorado River supports the largest population of endangered humpback chub (*Gila cypha*) anywhere [11]. Mitigating threats to humpback chub population viability is crucial for conserving this species. Although we did not measure concentrations of Hg and Se in humpback chub, aquatic invertebrates are an important component of humpback chub diets [19], and consumption of simuliids, in particular, may pose a risk to this species. Specifically, simuliids exceeded risk thresholds for fish consumption in 100% of samples for Hg and 88% of samples for Se. Although Hg concentrations in organisms often exceeded risk values for wildlife, such as piscivorous mammals and birds, it is possible that any potential adverse effects of Hg on consumers would be mitigated by the

correspondingly high Se concentrations found in this system. There is a well-documented antagonistic interaction between Se and Hg, whereby Se protects animals from Hg toxicity [45] when Hg:Se molar ratios are approximately 1 or less. The Hg:Se molar ratios were typically much lower than 1 in the present study (results not shown), ranging from 0.04 (rainbow trout) to 0.38 (fathead minnow) among fish species. Assuming that Se and Hg in prey are equally transferred to consumers, this large excess of Se in this system suggests that the risks of Hg toxicity could be considerably lower than the Hg wildlife risk values alone would indicate. In addition to posing potential exposure risks for aquatic animals, terrestrial consumers of aquatic organisms are also at risk for Hg and Se exposure. In arid ecosystems such as Grand Canyon, rivers are ribbons of productive habitat embedded in relatively unproductive terrestrial environments [46]. Emergent insects and fish are key food resources for terrestrial consumers such as spiders, lizards, bats, and birds [47,48], all of which are common in Grand Canyon [49,50]. Terrestrial consumers in riparian zones tend to rely heavily on these aquatic resources [48], and adult aquatic insects, as well as fish, likely represent an important flux of aquatic Hg and Se to riparian food webs [51]. Aquatic insects are prone to dumping most metals via excretion and other pathways during metamorphosis, but Hg and Se tend to be conserved (i.e., similar concentrations in larval and adult tissues) [52]. Thus species such as simuliids and small fishes that have high concentrations of Hg and Se are likely vectors of contaminant flux to riparian animals.

### CONCLUSIONS

The Colorado River in Grand Canyon runs through a remote wilderness, and the area around Grand Canyon itself remains sparsely populated. Our findings demonstrate that Hg and Se occur in Grand Canyon food webs. Moreover, these concentrations are sufficient to pose exposure risks for fish, wildlife, and humans. Our research adds to a growing body of evidence showing that remote ecosystems are vulnerable to long-range transport and subsequent bioaccumulation of contaminants [53,54]. Airborne transport and deposition is most commonly identified as the mechanism for contaminant introduction to remote ecosystems [13], and this is a potential pathway for Hg entering the Grand Canyon food web [14]. In addition, long-range downstream transport from upstream sources can play a significant role in delivering contaminants to lotic ecosystems, particularly in the case of Se transport within the Colorado River Basin [18,55]. Protecting fish and wildlife in Grand Canyon from contaminant exposure driven by processes occurring beyond park and other political boundaries will remain an ongoing challenge.

*Acknowledgment*—We thank J. Giersch and A. Copp for help with field sampling, B. Cade for statistical advice, and C. Eagles-Smith for reviewing an earlier version of the manuscript. Funding for the project was provided by the US Geological Survey Grand Canyon Monitoring and Research Center, and the US Environmental Protection Agency Office of Research and Development.

*Disclaimer*—This research was subjected to USGS review and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use. Handling of animals was in conformance with applicable permits (Arizona Game and Fish Permit SP565911, National Park Service Permit 2006-SCI-0003) with protocols approved by the Idaho State University Animal Care and Use Committee (Project 626R1008). The authors have no conflicts of interest to report.

*Data availability*—Readers may contact D. Walters (waltersd@usgs.gov) to request further data.

## REFERENCES

1. Hinck JE, Schmitt CJ, Chojnacki KA, Tillitt DE. 2009. Environmental contaminants in freshwater fish and their risk to piscivorous wildlife based on a national monitoring program. *Environ Monit Assess* 152:469–494.

2. Lazorchak JM, McCormick FH. Henry TR, Herlihy AT. 2003. Contamination of fish in streams of the mid-Atlantic region: An approach to regional indicator selection and wildlife assessment. *Environ Toxicol Chem* 22:545–553.

3. Walters DM, Blocksom KA, Lazorchak JM, Jicha TM, Angradi TR, Bolgrien DW. 2010. Mercury concentration in fish in midcontinent great rivers of the United States: Importance of species traits and environmental factors. *Environ Sci Technol* 44:2947–2953.

4. US Environmental Protection Agency. 2011. 2010 biennial national listing of fish advisories. EPA 820/F-11/014. Office of Water, Washington, DC.

5. Boening DW. 2000. Ecological effects, transport, and fate of mercury: A general review. *Chemosphere* 40:1335–1351.

6. Selin NE. 2009. Global biogeochemical cycling of mercury: A review. *Annu Rev Environ Resour* 34:43–63.

7. Otter RR. Hayden M, Mathews T. Fortner A, Bailey FC. 2013. The use of tetranaphthid spiders as bioindicators of metal exposure at a coal ash spill site. *Environ Toxicol Chem* 32:2065–2068.

8. Lemly AD. 1985. Toxicology of selenium in a freshwater reservoir: Implications for environmental hazard evaluation and safety. *Ecotoxicol Environ Saf* 10:314–318.

9. Seiler RL, Skorupa JP, Peltz LA. 1999. Areas susceptible to irrigation-induced selenium contamination of water and biota in the western United States. *US Geological Survey Circular* 1180:1–44.

10. Hinck JE, Blazer VS, Denslow ND, Echols KR, Gross TS, May TW, Anderson PJ, Coyle JJ, Tillitt DE. 2007. Chemical contaminants, health indicators, and reproductive biomarker responses in fish from the Colorado River and its tributaries. *Sci Total Environ* 378:376–402.

11. Hamilton SJ. 1998. Selenium effects on endangered fish in the Colorado River Basin. In Frankenberger WTJ, Engberg RA, eds, *Environmental Chemistry of Selenium*. Marcel Dekker, New York, NY, USA. pp 297–313.

12. Eagles-Smith CA, Willacker JJ, Flanagan Pritz CM. 2014. Mercury in fishes from 21 national parks in the western United States—Inter- and intra-park variation in concentrations and ecological risk. Open-File Report 2014–1051. US Geological Survey, Corvallis, OR, USA.

13. Fitzgerald WF, Engstrom DR, Mason RP, Nater EA. 1998. The case for atmospheric mercury contamination in remote areas. *Environ Sci Technol* 32:1–7.

14. Lindsey CG. Chen J, Dye TS. Richards LW, Blumenthal DL. 1999. Meteorological processes affecting the transport of emissions from the Navajo Generating Station to Grand Canyon National Park. *J Appl Meteorol* 38:1031–1048.

15. Pasquale MMD, Lutz MA, Brigham ME, Krabbenhoft DP, Aiken GR, Orem WH, Hall BD. 2009. Mercury cycling in stream ecosystems. 2. Benthic methylmercury production and bed sediment-pore water partitioning. *Environ Sci Technol* 43:2726–2732.

16. Tsui MTK. Finlay JC, Balogh SJ. Nollet YH. 2010. In situ production of methylmercury within a stream channel in northern California. *Environ Sci Technol* 44:6998–7004.

17. Lavoie RA, Jardine TD, Chumchal MM, Kidd KA, Campbell LM. 2013. Biomagnification of mercury in aquatic food webs: A worldwide meta-analysis. *Environ Sci Technol* 47:13385–13394.

18. Engberg RA. 1999. Selenium budgets for Lake Powell and the upper Colorado River Basin. *J Am Wat Resour Assoc* 35:771–786.

19. Cross WF, Baxter CV, Rosi-Marshall EJ, Hall RO. Kennedy TA, Donner KC, Kelly HAW, Seegert SEZ, Behn KE, Yard MD. 2013. Food-web dynamics in a large river discontinuum. *Ecol Monogr* 83:311–337.

20. Stevens LE, Shannon JP, Blinn DW. 1997. Colorado River benthic ecology in Grand Canyon, Arizona, USA: Dam, tributary and geomorphological influences. *Reg Riv Res Man* 13:129–149.

21. Wellard Kelly HA, Rosi-Marshall EJ, Kennedy TA. Hall RO, Cross WF, Baxter CV. 2013. Macroinvertebrate diets reflect tributary inputs and turbidity-driven changes in food availability in the Colorado River downstream of Glen Canyon Dam. *Freshw Sci* 32:397–410.

22. Ward DM, Nislow KH, Folt CL. 2010. Bioaccumulation syndrome: Identifying factors that make some stream food webs prone to elevated mercury bioaccumulation. *Ann N Y Acad Sci* 1195:62–83.

23. Galloway ME. Branfireun BA. 2004. Mercury dynamics of a temperate forested wetland. *Sci Total Environ* 325:239–254.

24. Orr PL, Guiguer KR, Russel CK. 2006. Food chain transfer of selenium in lentic and lotic habitats of a western Canadian watershed. *Ecotoxicol Environ Saf* 63:175–188.

25. Bowles KC, Apte SC, Maher WA, Bluhdorn DR. 2003. Mercury cycling in Lake Gordon and Lake Pedder, Tasmania (Australia). I: In-lake processes. *Water Air Soil Pollut* 147:3–23.

26. Sorensen JA. Kallemeyn LW, Sydor M. 2005. Relationship between mercury accumulation in young-of-the-year yellow perch and water-level fluctuations. *Environ Sci Technol* 39:9237–9243.

27. Pickhardt PC, Folt CL, Chen CY, Klaue B, Blum JD. 2002. Algal blooms reduce the uptake of toxic methylmercury in freshwater food webs. *Proc Natl Acad Sci U S A* 99:4419–4423.

28. Hill WR, Larsen IL. 2005. Growth dilution of metals in microalgal biofilms. *Environ Sci Technol* 39:1513–1518.

29. Cross WF, Baxter CV, Donner KC, Rosi-Marshall EJ, Kennedy TK, Hall RO, Wellard Kelly HA. Rodgers RS. 2011. Ecosystem ecology meets adaptive management: Food web response to a controlled flood on the Colorado River, Glen Canyon. *Ecol Appl* 21:2016–2033.

30. Persond WR, Ward DL, Avery LA. 2013. Chapter A1: Standardized methods for Grand Canyon fisheries research 2012. In *US Geological Survey Techniques and Methods*, Book 2, Chapter A12. US Geological Survey Flagstaff, AZ. p 1–19.

31. Peterson SA, Van Sickle J, Herlihy AT, Hughes RM. 2007. Mercury contamination in fish from streams and rivers throughout the western United States. *Environ Sci Technol* 41:58–65.

32. Burnham KP, Anderson DR. 2002. *Model Selection and Multimodel Inference: A Practical Information-Theoretic Approach*, 2nd ed. Springer, New York, NY, USA.

33. Jardine TD, Kidd KA. Fisk AT. 2006. Applications, considerations, and sources of uncertainty when using stable isotope analysis in ecotoxicology. *Environ Sci Technol* 40:7501–7511.

34. North American Metals Council. 2008. Selenium tissue thresholds: Tissue selection criteria, threshold development endpoints, and potential to predict population or community effects in the field. Selenium Working Group, Washington, DC.

35. Jackson TA. 1991. Biological and environmental-control of mercury accumulation by fish in lakes and reservoirs of northern Manitoba, Canada. *Can J Fish Aquat Sci* 48:2449 2470.

36. Tuomola L, Niklasson T, Silva EDE, Hylander LD. 2008. Fish mercury development in relation to abiotic characteristics and carbon sources in a six-year-old, Brazilian reservoir. *Sci Total Environ* 390:177–187.

37. Fan TWM, Teh SJ, Hinton DE, Higashi RM. 2002. Selenium biotransformations into proteinaceous forms by foodweb organisms of selenium-laden drainage waters in California. *Aquat Toxicol* 57:65–84.

38. Hillwalker WE, Jepson PC, Anderson KA. 2006. Selenium accumulation patterns in lotic and lentic aquatic systems. *Sci Total Environ* 366:367–379.

39. Nilsson C, Reidy CA, Dynesius M, Revenga C. 2005. Fragmentation and flow regulation of the world's large river systems. *Science* 308:405–408.

40. Potter L, Kidd D, Standiford D. 1975. Mercury levels in Lake Powell. Bioamplification of mercury in man-made desert reservoir. *Environ Sci Technol* 9:41–46.

41. Benke AC, Wallace JB. 1997. Trophic basis of production among riverine caddisflies: Implications for food web analysis. *Ecology* 78:1132–1145.

42. Runck C. 2007. Macroinvertebrate production and food web energetics in an industrially contaminated stream. *Ecol Appl* 17:740–753.

43. Gorski PR, Cleckner LB, Hurley JP, Sierszen ME, Armstrong DE. 2003. Factors affecting enhanced mercury bioaccumulation in inland lakes of Isle Royale National Park. USA. *Sci Total Environ* 304:327–348.

44. Stewart AR, Groswell M, Buchwalter DB, Fisher N, Luoma SN, Mathews T, Orr PL, Wang WX. 2010. Bioaccumulation and trophic transfer of selenium. In Chapman PM, Adams WJ, Brooks MI, Delos CG, Luoma SN, Maher WA, Ohlendorf HM, Presser TS, Shaw DP, eds, *Ecological Assessment of Selenium in the Aquatic Environment*. CRC. Boca Raton, FL., USA. pp 93–140.

45. Khan MAK, Wang F. 2009. Mercury-selenium compounds and their toxicological significance: Toward a molecular understanding of the mercury-selenium antagonism. *Environ Toxicol Chem* 28:1567–1577.

46. Jackson JK, Fisher SG. 1986. Secondary production, emergence, and export of aquatic insects of a Sonoran desert stream. *Ecology* 67:629–638.

47. Baxter CV, Fausch KD. Saunders WC. 2005. Tangled webs: Reciprocal flows of invertebrate prey link streams and riparian zones. *Freshw Biol* 50:201–220.

2394    *Environ Toxicol Chem* 34, 2015    D.M. Walters et al.

48. Sabo JL, Power ME. 2002. River-watershed exchange: Effects of riverine subsidies on riparian lizards and their terrestrial prey. *Ecology* 83:1860–1869.

49. Holmes JA, Spence JR, Sogge MK. 2005. Birds of the Colorado River in Grand Canyon—A synthesis of status, trends and dam operations effects. In Gloss SP, Lovich JE. Melis TS, eds, *The State of the Colorado River Ecosystem in Grand Canyon*—US Geological Survey Circular 1282. US Geological Survey, Reston, VA, pp 123–138.

50. Ralston BE. 2005. Riparian vegetation and associated wildlife. In Gloss SP, Lovich JE, Melis TS, eds, *The State of the Colorado River Ecosystem in Grand Canyon*—US Geological Survey Circular 1282. US Geological Survey, Reston, VA, pp 103–122.

51. Walters DM, Fritz KM, Otter RR. 2008. The dark side of subsidies: Adult stream insects export organic contaminants to riparian predators. *Ecol Appl* 18:1835–1841.

52. Kraus JM, Walters DM, Wesner JS, Stricker CA, Schmidt TS, Zuellig RE. 2014. Metamorphosis alters contaminants and chemical tracers in insects: Implications for food webs. *Environ Sci Technol* 48:10957–10965.

53. Landers DH, Simonich SM, Jaffe D, Geiser L, Campbell DH, Schwindt A, Schreck C. Kent M, Hafner W, Taylor HE, Hageman K. Usenko S, Ackerman L. Schrlau J, Rose N, Blett T, Erway MM. 2010. The Western Airborne Contaminant Assessment Project (WACAP): An interdisciplinary evaluation of the impacts of airborne contaminants in western US National Parks. *Environ Sci Technol* 44:855–859.

54. Schwindt AR, Fournie JW, Landers DH, Schreck CB, Kent ML. 2008. Mercury concentrations in salmonids from western U.S. national parks and relationships with age and macrophage aggregates. *Environ Sci Technol* 42:1365–1370.

55. Nolan BT, Clark ML. 1997. Selenium in irrigated agricultural areas of the western United States. *J Environ Qual* 26:849–857.

# GUIDELINES FOR EVALUATING SELENIUM DATA FROM AQUATIC
# MONITORING AND ASSESSMENT STUDIES

A. DENNIS LEMLY

*U.S. Forest Service, Coldwater Fisheries Research Unit, Department of Fisheries and Wildlife
Sciences, Virginia Tech University, Blacksburg, Virginia 24061-0321, U.S.A.*

(Received: May 1992; revised: December 1992)

**Abstract.** It is now possible to formulate diagnostic selenium concentrations in four distinct ecosystem-level components; water, food-chain, predatory fish (consuming fish or invertebrate prey), and aquatic birds. Waterborne selenium concentrations of 2 $\mu$g/l or greater (parts per billion; total recoverable basis in 0.45 $\mu$ filtered samples) should be considered hazardous to the health and long-term survival of fish and wildlife populations due to the high potential for food-chain bioaccumulation, dietary toxicity, and reproductive effects. In some cases, ultra-trace amounts of dissolved and particulate organic selenium may lead to bioaccumulation and toxicity even when total waterborne concentrations are less than 1 $\mu$g/l.

Food-chain organisms such as zooplankton, benthic invertebrates, and certain forage fishes can accumulate up to 30 $\mu$g/g dry weight selenium (some taxa up to 370 $\mu$g/g) with no apparent effect on survival or reproduction. However, the dietary toxicity threshold for fish and wildlife is only 3 $\mu$g/g; these food organisms would supply a toxic dose of selenium while being unaffected themselves. Because of this, food-chain organisms containing 3 $\mu$g/g (parts per million) dry weight or more should be viewed as potentially lethal to fish and aquatic birds that consume them.

Biological effects thresholds (dry weight) for the health and reproductive success of freshwater and anadromous fish are: whole body = 4 $\mu$g/g; skeletal muscle = 8 $\mu$g/g; liver = 12 $\mu$g/g; ovaries and eggs = 10 $\mu$g/g. Effects thresholds for aquatic birds are: liver = 10 $\mu$g/g; eggs = 3 $\mu$g/g. The most precise way to evaluate potential reproductive impacts to adult fish and aquatic bird populations is to measure selenium concentrations in gravid ovaries and eggs. This single measure integrates waterborne and dietary exposure, and allows an evaluation based on the most sensitive biological endpoint. Resource managers and aquatic biologists should obtain measurements of selenium concentrations present in water, food-chain organisms, and fish and wildlife tissues in order to formulate a comprehensive and conclusive assessment of the overall selenium status and health of aquatic ecosystems.

## 1. Introduction

The role and importance of selenium as an environmental contaminant has gained widespread attention among research scientists, natural resource managers, and Federal and state regulatory agencies during the past decade. Although the basic toxicological symptoms and paradox of selenium (nutritionally required in small amounts but highly toxic in slightly greater amounts) have been known for many years (Draize and Beath, 1935; Ellis *et al.*, 1937; Rosenfeld and Beath, 1946; Hartley and Grant, 1961), it was not until the late 1970s and early 1980s that the potential for widespread contamination of aquatic ecosystems due to human activities was recognized (Andren *et al.*, 1975; Cherry and Guthrie, 1977; Evans *et al.*, 1980; National Research Council, 1980; Braunstein *et al.*, 1981). In fact, as recently as 1970 selenium was being called the 'unknown pollutant' with respect to what was known about its cycling and toxicity in the aquatic environment (Copeland, 1970).

*Environmental Monitoring and Assessment* **28:** 83–100, 1993.
© 1993 *Kluwer Academic Publishers. Printed in the Netherlands.*

A. DENNIS LEMLY

It is now evident that two factors stand apart as the major human-related causes of selenium mobilization and introduction into aquatic systems in the U.S. First is the procurement, processing, and combustion of fossil fuels. Selenium is an important trace element present in coal, crude oil, oil shale, coal conversion materials (liquefaction oils and synthetic gases), and their waste by-products (Pillay *et al.*, 1969; American Petroleum Institute, 1978; Fruchter and Petersen, 1979; Schlinger and Richter, 1980; Clark *et al.*, 1980; U.S. EPA, 1980; Cowser and Richmond, 1980; Nystrom and Post, 1982). It can be leached directly from coal and oil-shale mining, preparation, and storage sites (David and Boegly, 1981, Heaton *et al.*, 1982; Jones, 1990) and more importantly, is highly concentrated in the mineral fraction (fly-ash and bottom ash) remaining after coal is burned (Kaakinen *et al.*, 1975; Klein *et al.*, 1975). Over 70 million tons of coal fly-ash are produced annually in the U.S. and most of it is disposed by dumping into wet-slurry or dry-ash basins (Murtha *et al.*, 1983). Selenium-laden leachate and overflow from these basins often makes its way into rivers, streams, and impoundments. Selenium concentrations can rapidly increase in fish and aquatic organisms in the receiving water, ultimately resulting in tissue damage, reproductive failure, and elimination of entire fish communities (Cumbie and Van Horn, 1978; Garrett and Inman, 1984; Lemly, 1985a; Sorensen, 1986).

The second major factor is the irrigation of seleniferous soils for crop production in arid and semi-arid regions of the country. Deposits of Cretaceous marine shales have weathered to produce high selenium soils in many areas of the western U.S., notably the San Joaquin Valley of California and certain parts of Wyoming, Colorado, Nevada, North and South Dakota, Montana, New Mexico, Arizona, Utah, Nebraska, and Kansas (Kubota, 1980; Tanji *et al.*, 1986; Allen and Wilson, 1990; Presser and Ohlendorf, 1987; Presser *et al.*, 1990; Severson *et al.*, 1991). These areas usually require substantial irrigation for agricultural crop production and the drainage that results may be highly contaminated with dissolved selenium salts that have been leached from the soil (Presser and Barnes, 1985; Saiki, 1986a; Summers and Anderson, 1986; Fuji, 1988; Deverel *et al.*, 1989). Selenium in agricultural irrigation drainwater was responsible for massive poisoning of fish and wildlife at Kesterson National Wildlife Refuge, California in the early to mid-1980s (Marshall, 1985; Hoffman *et al.*, 1986; Saiki, 1986a, 1986b; Saiki and Lowe, 1987; Ohlendorf *et al.*, 1986, 1988). Subsequent studies have shown irrigation-related selenium contamination to be a threat to aquatic systems and wildlife refuges in many western states (U.S. Fish and Wildlife Service, 1986; Summers and Anderson, 1986; Ohlendorf *et al.*, 1987; Sylvester *et al.*, 1991).

Federal and state regulatory agencies have become actively involved with the environmental selenium issue. In 1987 the U.S. Environmental Protection Agency (U.S. EPA) lowered the permissible level of waterborne selenium from 35 $\mu$g/l (parts per billion) to 5 $\mu$g/l to provide increased protection of fish and aquatic life, citing environmental damage caused by coal fly-ash (U.S. EPA, 1987). Some states have enacted or proposed their own local standards for selenium that are even

more restrictive that the U.S. EPA national freshwater criterion (North Carolina Division of Environmental Management, 1986; California State Water Resources Control Board, 1987; California Environmental Protection Agency, 1992). The case histories, research studies, and regulatory response all indicate selenium to be a highly hazardous contaminant with the ability to quickly impact fish and aquatic life. Natural resource managers are now very aware of this threat, and most have developed and implemented aquatic monitoring programs to detect and evaluate selenium contamination. Central to this evaluation process is the interpretation of selenium residues in tissues of fish and aquatic organisms. It is critical to know the biological importance of these residues to forage fish and food-chain organisms themselves, and to predatory species of fish and wildlife that feed on them.

## 2.   Interpreting Selenium Concentrations

All values for tissue selenium residues in this paper are given on a dry weight basis. Data from references that only reported wet weights were converted to dry weight assuming 75% moisture, i.e., 4 × wet weight concentration.

### 2.1   FISH TISSUES

The salmonids are very sensitive to selenium contamination and they exhibit toxic symptoms even when tissue residues are quite low. In laboratory studies Hunn *et al.* (1987) exposed rainbow trout fry, *Oncorhynchus mykiss*, to waterborne sodium selenite and found that significant mortality occurred when whole-body residues exceeded 4 $\mu$g/g (parts per million). Hodson *et al.* (1980) and Hilton *et al.* (1980) exposed juvenile rainbow trout to waterborne and dietary sodium selenite and found that significant changes in blood chemistry occurred when whole-body tissue residues reached about 3 $\mu$g/g (liver tissues contained 12 $\mu$g/g). Survival was reduced when whole-body residues exceeded 5 $\mu$g/g. Hamilton *et al.* (1986, 1989, 1990) exposed juvenile chinook salmon, *Oncorhynchus tshawytscha*, to combinations of waterborne and dietary selenium (6 to 1 ratio of waterborne sodium selenate and sodium selenite; field-source selenium diet and seleno-*DL*-methionine spiked commercial diet) and observed that smoltification and seawater migration were impaired when whole-body tissue residues reached about 9.5 $\mu$g/g (Table I). Mortality occurred when concentrations exceeded 10 $\mu$g/g. However, growth was impaired at whole-body tissue levels of only 2 to 3 $\mu$g/g; these levels were only 2 to 3 times those of the controls (0.8 to 1.0 $\mu$g/g).

In studies of juvenile and adult fathead minnows, *Pimephales promelas* (a cyprinid), Bennett *et al.* (1986) and Ogle and Knight (1989) reported that growth was inhibited at whole-body tissue levels of 6 to 8 $\mu$g/g or greater (selenium administered as waterborne sodium selenate and a dietary mixture of 25% sodium selenate, 50% sodium selenite, and 25% seleno-*L*-methionine). Schultz and Hermanutz (1990) dosed outdoor experimental streams with sodium selenite and observed the effects on reproduction in fathead minnows. Reproductive success

86 A. DENNIS LEMLY

TABLE I

Selenium concentrations associated with toxic effects in fish, birds, and aquatic organisms.

| Species | Tissue | Selenium concen-tration[1] | Effect | Reference |
|---|---|---|---|---|
| Rainbow trout | | | | |
| (*Oncorhynchus mykiss*) | Whole-body | 3 μg/g | Blood changes | Hodson *et al.*, 1980 |
| | Liver | 12 μg/g | Blood changes | Hodson *et al.*, 1980 |
| | Whole-body | 5 μg/g | Mortality | Hilton *et al.*, 1980 |
| | Whole-body | 4 μg/g | Mortality | Hunn *et al.*, 1987 |
| Chinook salmon | | | | |
| (*Onchorhynchus* | | | | |
| *tshawytscha*) | Whole-body | 9.5 μg/g | Reduced smolting | Hamilton *et al.*, 1986 |
| | Whole-body | 3 μg/g | Reduced growth | Hamilton *et al.*, 1990 |
| | Whole-body | 10 μg/g | Mortality | Hamilton *et al.*, 1990 |
| Fathead minnow | | | | |
| (*Pimephales promelas*) | Whole-body | 6 μg/g | Reduced growth | Ogle and Knight, 1989 |
| | Ovaries | 15 μg/g | Reproductive failure | Schultz and Hermanutz, 1990 |
| | Whole-body | 8 μg/g | Reproductive failure | Schultz and Hermanutz, 1990 |
| Striped bass | | | | |
| (*Morone saxatilis*) | Skeletal muscle | 14 μg/g | Mortality | Coughlan and Velte, 1989 |
| Bluegill sunfish | | | | |
| (*Lepomis macrochirus*) | Skeletal muscle | 20 μg/g | Mortality | Finley, 1985 |
| | Liver | 32 μg/g | Mortality | Finley, 1985 |
| | Carcass | 8 μg/g | Reproductive failure | Gillespie and Baumann, 1986 |
| | Ovaries | 12 μg/g | Reproductive failure | Gillespie and Baumann, 1986 |
| | Whole-body | 5 μg/g | Mortality | U.S. Fish and Wildlife Service, 1990 |
| | Whole-body | 16 μg/g | Reproductive failure | Coyle *et al.*, 1993 |
| | Ovaries | 30 μg/g | Reproductive failure | Coyle *et al.*, 1993 |
| | Eggs | 40 μg/g | Reproductive failure | Coyle *et al.*, 1993 |
| | Ovaries | 10 μg/g | Reproductive failure | Hermanutz *et al.*, 1992 |
| | Skeletal muscle | 10 μg/g | Reproductive failure | Hermanutz *et al.*, 1992 |
| | Liver | 22 μg/g | Reproductive failure | Hermanutz *et al.*, 1992 |
| | Whole-body | 12 μg/g | Reproductive failure | Hermanutz *et al.*, 1992 |
| | Whole-body | 15 μg/g | Teratogenic defects | Lemly, in press |
| Green alga | | | | |
| (*Selenastrum* | | | | |
| *capricornutum*) | Whole organism | 20 μg/g | Reduced cell replication | Foe and Knight, 1986 |
| Cyanobacterium | | | | |
| (*Anabaena* | | | | |
| *flos-aquae*) | Whole orgaism | 700 μg/g | Reduced chlorophyll-a | Kiffney and Knight, 1990 |
| Cladoceran | | | | |
| (*Daphnia magna*) | Whole organism | 20 μg/g | Reduced weight | Ingersoll *et al.*, 1990 |
| | Whole organism | 30 μg/g | Reproductive failure | Ingersoll *et al.*, 1990 |
| Aquatic birds | | | | |
| (*Anas* sp.) | Liver | 10 μg/g | Reproductive failure | Skorupa *et al.*, in press |
| | Eggs | 3 μg.g | Reproductive failure | Skorupa *et al.*, in press |

[1] Selenium concentrations in parts per million on a dry weight basis.

(survival of fry to swim-up) was impaired when the ovarian tissue of spawning females contained about 15 $\mu$g/g and resultant fry contained about 8 $\mu$g/g on a whole-body basis (Table I).

Coughlan and Velte (1989) fed selenium-laden red shiners, *Notropis lutrensis,* collected from a contaminated power plant reservoir to juvenile striped bass, *Morone saxatilis* (a percichthyid), and found that the fish accumulated 14 to 16 $\mu$g/g in skeletal muscle tissue, did not gain weight, and died within 78 days. There was also extensive tissue damage in the liver and trunk kidney of these fish. Poor survival of juvenile striped bass has been associated with whole-body tissue levels of about 5 to 8 $\mu$g/g in fish exposed to agricultural irrigation drainwater (Greenberg and Kopec, 1986; Saiki and Palawski, 1990; Saiki *et al.*, 1992).

Several field and laboratory studies have been conducted which describe the effects of selenium on bluegill sunfish, *Lepomis macrochirus,* and other centrarchids (Table I). Cumbie and Van Horn (1978) and Lemly (1985a, 1985b) found that selenium levels of 12 to 16 $\mu$g/g in skeletal muscle and 40 to 60 $\mu$g/g in ovaries were associated with reproductive failure and mortality of all nine species of centrarchids present in a power plant cooling reservoir in North Carolina. Similar effects were reported for centrarchids in a selenium-contaminated reservoir in Texas, where skeletal muscle residues were in the 8 to 36 $\mu$g/g range (Garrett and Inman, 1984). Several physiologically important changes in blood parameters, tissue structure in major organs (ovary, kidney, liver, heart, gills), and organ weight-body weight relationships have also been described for centrarchids in these contaminated reservoirs (Sorensen, 1986, 1988; Sorensen *et al.*, 1984). Selenium residues of 20 to 80 $\mu$g/g were associated with the various pathological conditions.

Finley (1985) fed selenium-laden invertebrates from a contaminated reservoir to juvenile bluegill and found that mortality occurred when skeletal muscle tissues contained 20 to 32 $\mu$g/g and liver tissue contained 32 to 86 $\mu$g/g. Whole-body concentrations of only 4 to 6 $\mu$g/g were associated with mortality when juvenile bluegill were fed selenomethionine-spiked commercial diets in the laboratory (U.S. Fish and Wildlife Service, 1990).

Gillespie and Baumann (1986) brought selenium-laden adult bluegill from a contaminated power plant reservoir into the laboratory and spawned them artificially to produce crosses between clean and contaminated parents. The results showed that the contaminated females (selenium levels of 8 to 36 $\mu$g/g in carcasses; 12 to 55 $\mu$g/g in ovaries) did not produce viable offspring. Fertility and hatchability of the eggs were not affected but the high level of selenium (12 to 55 $\mu$g/g) transferred from the egg to the developing embryo during yolk-sac absorption resulted in edema, morphological deformities, and death prior to the swim-up stage. Similar findings were reported by Woock *et al.* (1987).

In a laboratory study Coyle *et al.* (1993) evaluated the effects of waterborne and dietary selenium (6 to 1 ratio of waterborne sodium selenate and sodium selenite; seleno-*L*-methionine spiked commercial diet) on the reproductive success of bluegill. The results showed that offspring from females that contained whole-

body selenium residues of 16 to 18 $\mu$g/g (30 to 38 $\mu$g/g in ovaries; 40 to 45 $\mu$g/g in eggs) failed to survive beyond the swim-up stage (5 to 7 days post-hatch). No effect was observed on adult fish, spawning frequency, eggs per spawn, or hatchability of eggs. The authors recommended that gravid ovarian tissue be used to monitor selenium residues and potential effects on bluegill populations since this tissue delivers the toxic 'dose' to the developing fry. They concluded that ovarian selenium levels in excess of 13 $\mu$g/g may result in reproductive impairment. This number agrees very well with the findings of Gillespie and Baumann (1986) who observed that feral bluegill with ovarian selenium levels of 12 $\mu$g/g or greater failed to produce viable offspring. It also agrees with Hermanutz *et al.* (1992) who dosed outdoor experimental streams with sodium selenite and allowed natural cycling and bioaccumulation to occur in the food-chain and adult bluegill, and then measured spawning success. They found that ovarian selenium residues of 10 to 28 $\mu$g/g (skeletal muscle = 10 to 24 $\mu$g/g; liver = 22 to 85 $\mu$g/g; whole body = 12 to 35 $\mu$g/g) were associated with a 15% decrease in survival of adult fish and almost complete failure of reproduction, with larvae exhibiting edema, lordosis (spinal deformities), and hemorrhaging.

Lemly (in press) studied the teratogenic effects of selenium in natural populations of centrarchids and other warm-water fish species. He determined the prevalence of abnormalities and associated tissue selenium concentrations in a contaminated lake and two reference lakes over a period of 17 years. Whole-body selenium concentrations of 15 $\mu$g/g were associated with a 10-fold higher incidence of teratogenic defects in centrarchid populations in the contaminated lake (tissue selenium was 1–3 $\mu$g/g in the reference lakes). The relationship between tissue selenium residues and prevalence of malformations approximated an exponential function over the range of 1–80 $\mu$g/g selenium and 0–70% deformities ($R^2 = 0.881, P < 0.01$). Lemly concluded that this relationship could be used to predict the role of teratogenic defects in warm-water fish populations suspected of having selenium-related reproductive failure.

Depending on the specific tissue – i.e. skeletal muscle, ovary, liver, whole body, etc. – concentrations of selenium in fish from control test groups or habitats with low ambient selenium levels usually range from about 1 to 8 $\mu$g/g (Baumann and May, 1984; Lemly, 1985a; Gillespie and Baumann, 1986; Coyle *et al.*, 1993; Hermanutz *et al.*, 1992). However, tissue damage in major organs, reproductive impairment, and mortality begin to occur when levels reach 4 to 16 $\mu$g/g (Table I). This extremely narrow margin between 'normal' and toxic levels in tissues, along with the propensity of selenium to bioaccumulate in aquatic food-chains, underscores the biological importance of even slight increases in environmental selenium.

I recommend that the following tissue residues be taken as levels of concern – i.e. toxic effects thresholds – for the overall health and reproductive vigor of freshwater and anadromous fish: whole-body = 4 $\mu$g/g; skeletal muscle = 8 $\mu$g/g; liver = 12 $\mu$g/g; ovary and eggs = 10 $\mu$g/g (Table III). Laboratory and field studies show

that the most sensitive indicator of selenium impacts on centrarchid populations is reproductive success (Cumbie and Van Horn, 1978; Lemly, 1985a; Gillespie and Baumann, 1986; Woock *et al.*, 1987; Hermanutz *et al.*, 1992; Coyle *et al.*, 1993). This is also true for fathead minnows (Pyron and Beitinger, 1989; Schultz and Hermanutz, 1990) and, although reproductive studies are lacking, it probably holds for salmonids and perchthyids since the residue levels at which tissue damage and mortality of fry and juveniles occurs is almost identical to that for centrarchids (Lemly, 1985a; Hamilton *et al.*, 1986, 1989, 1990; Coughlan and Velte, 1989). The most precise way to assess selenium status and potential reproductive impairment of adult fish is to measure selenium levels in gravid ovaries. This single measure integrates waterborne and dietary exposure, and allows evaluation of the most sensitive biological endpoint. Resource managers and fisheries biologists should consider this when designing aquatic monitoring studies for selenium.

## 2.2   WILDLIFE TISSUES

Several recent publications provide detailed discussions of the interpretation of tissue concentrations of selenium in waterfowl and other aquatic birds (Ohlendorf, 1989; Skorupa and Ohlendorf, 1991; Heinz, in press; Skorupa *et al.*, in press). A brief summary of the conclusions of these reports is presented here.

Field and laboratory studies have shown that the most sensitive indicator of selenium toxicity in aquatic birds is reproductive failure. Embryo mortality and teratogenic effects in hatchlings are a marker for selenium toxicity, and impacts begin to occur when tissue concentrations exceed 3 $\mu$g/g in eggs and 10 $\mu$g/g in adult bird livers. However, not all species are affected at these concentrations, and follow-up studies of reproductive performance are recommended to provide conclusive evidence of adverse effects. The level of mortality and deformities increases markedly as concentrations rise, and may affect 50% or more of all birds when residues reach 10 $\mu$g/g in eggs and 30 $\mu$g/g in adult livers. Based on these findings, I recommend that 3 $\mu$g/g in bird eggs and 10 $\mu$g/g in bird liver tissue be taken as the toxic effects threshold for selenium impacts on avian reproduction. The simplest and most accurate way to assess selenium status and potential reproductive impairment in aquatic birds is to sample freshly laid eggs. As with gravid fish ovaries, this single measure integrates dietary and waterborne exposure, and allows an evaluation based on the most sensitive biological endpoint.

## 2.3   AQUATIC FOOD ORGANISMS OF FISH AND WILDLIFE

Although many laboratory and field studies are available which document either the toxicity to, or bioaccumulation of selenium in invertebrates and other aquatic food organisms of fish and wildlife (see reviews by Eisler, 1985; Maier *et al.*, 1988; Ogle *et al.*, 1988; Ohlendorf, 1989), very few have reported tissue residues associated with toxic effects. Foe and Knight (1986) cultured the green alga *Selenastrum capricornutum* in solutions of sodium selenite and found that chlorophyll-*a* concentrations, dry weight, and cell replication were reduced when tissue residues

reached about 20 $\mu$g/g (Table I). Cell division was completely stopped when residues reached the 100 to 500 $\mu$g/g range. Kiffney and Knight (1990) exposed the cyanobacterium *Anabaena flos-aquae* to solutions of sodium selenate, sodium selenite, and seleno-*L*-methionine and found that chlorophyll-*a* concentrations were unaffected until tissue residues reached 700 $\mu$g/g regardless of the chemical form of selenium used. Ingersoll *et al.* (1990) exposed the cladoceran *Daphnia magna* to a 6 : 1 ratio of waterborne sodium selenate and sodium selenite and observed that residues of 20 $\mu$g/g or greater were associated with reduced weight of adults. The production of young was significantly reduced when tissue residues reached about 30 $\mu$g/g (Table I).

Field studies show that benthic invertebrates and certain forage fishes (mosquitofish, *Gambusia affinis;* red shiners, *Notropis lutrensis;* fathead minnows, *Pimephales promelas*) can accumulate 20 to 370 $\mu$g/g selenium and still maintain stable, reproducing populations (Woock and Summers, 1984; Lemly, 1985a, 1985b; Saiki, 1986a, 1986b; Saiki and Lowe, 1987; Barnum and Gilmer, 1988; Roth and Horne, 1988; Schuler, 1989; Schuler *et al.*, 1990). Plankton and aquatic plants appear to be largely unaffected with residues of 30 $\mu$g/g or more (Woock and Summers, 1984; Lemly, 1985a; Saiki, 1986a, 1986b; Roth and Horne, 1988; Schuler *et al.*, 1990).

The most important aspect of selenium residues in aquatic food chains is not direct toxicity to the organisms themselves, but rather the dietary source of selenium they provide to fish and wildlife species that feed on them. The consensus of research studies is that most of the selenium in fish tissues results from selenium in the diet rather than the water (Cumbie and Van Horn, 1978; Finley, 1985; Lemly, 1982, 1985a; Hamilton *et al.*, 1986, 1990; Woock *et al.*, 1987; Besser *et al.*, 1993; Coyle *et al.*, 1993). The environmental selenium cycle includes strong bioaccumulation steps in the aquatic food-chain which greatly increases the dietary levels of selenium available to fish and birds that consume aquatic organisms (Lemly, 1985a, 1989; Lemly and Smith, 1987, 1991; Saiki, 1986a, 1986b; Saiki and Lowe, 1987; Hothem and Ohlendorf, 1989). Thus, a small increase in waterborne selenium will result in a disproportionately large elevation of selenium residues present in fish and wildlife tissues. Moreover, selenium is efficiently transferred from parents to offspring through the eggs (Gillespie and Baumann, 1986; Heinz *et al.*, 1987, 1989; Schultz and Hermanutz, 1990; Coyle *et al.*, 1993). A contaminated aquatic food-chain can leave a legacy of selenium poisoning in fish and wildlife populations for many generations (Duke Power Company, 1980; Lemly, 1985a; Sorensen, 1988; Coughlan and Velte, 1989; Ohlendorf, 1989).

The toxic effects thresholds for selenium impacts on food-chain organisms (20 to 700 $\mu$g/g) are much higher than the dietary effect levels for fish and wildlife. Dietary concentrations of 6.5 $\mu$g/g or greater (as selenomethionine) have been shown to cause mortality and reproductive failure of centrarchids (Woock *et al.*, 1987; U.S. Fish and Wildlife Service, 1990; Coyle *et al.*, 1993), while dietary levels of 6.5 to 10 $\mu$g/g reduce survival of juvenile salmonids (Goettl and Davies, 1978; Hilton *et al.*,

se No. 1:20-cv-02484-MSK   Document 91-1   filed 05/06/21   USDC Colorado   pg 23
442

TABLE II

Concentrations of selenium known to be toxic in the diet of fish and wildlife.

| Species | Dietary selenium concentration[1] | Effect | Reference |
|---|---|---|---|
| Rainbow trout *(Oncorhynchus mykiss)* | 9 $\mu$g/g | Mortality | Goettl and Davies, 1978 |
| | > 3 $\mu$g/g | Mortality | Hilton *et al.*, 1980 |
| | 10 $\mu$g/g | Kidney damage | Hilton and Hodson, 1983 |
| Chinook salmon *(Oncorhynchus tshawytscha)* | 6.5 $\mu$g/g | Mortality | Hamilton *et al.*, 1986, 1989 |
| | 5 $\mu$g/g | Reduced growth | Hamilton *et al.*, 1990 |
| Fathead minnow *(Pimephales promelas)* | 20 $\mu$g/g | Reduced growth | Ogle and Knight, 1989 |
| Striped bass *(Morone saxatilis)* | 35 $\mu$g/g | Mortality | Coughlan and Velte, 1989 |
| Bluegill *(Lepomis macrochirus)* | 50 $\mu$g/g | Mortality | Finley, 1985 |
| | 6.5 $\mu$g/g | Mortality | U.S. Fish and Wildlife Service, 1990 |
| | 13 $\mu$g/g | Reproductive failure | Woock *et al.*, 1987 |
| | 16 $\mu$g/g | Reproductive failure | Coyle *et al.*, 1993 |
| Mallard duck *(Anas platyrhynchos)* | > 4 $\mu$g/g | Reproductive failure | Heinz *et al.*, 1987, 1989 |

[1] Selenium concentrations in parts per million on a dry weight basis.

1980; Hilton and Hodson, 1983; Hamilton *et al.*, 1986, 1989, 1990; Table II). The uptake kinetics and effects levels for natural field-source selenium diets and seleno-*L*-methionine spiked commercial diets are nearly identical (Hamilton *et al.*, 1986, 1989; Woock *et al.*, 1985, 1987), indicating that the results of dietary toxicity studies with seleno-*L*-methionine in the laboratory can be used to accurately evaluate the hazard of food-chain residues in the field. Hilton *et al.* (1980) concluded that diets containing in excess of 3 $\mu$g/g may ultimately be toxic to rainbow trout. Similar dietary effect levels have been found for wildlife. Studies by Heinz *et al.* (1987, 1989) showed that reproduction of mallard ducks, *Anas platyrhynchos,* was impaired at dietary levels greater than 4 $\mu$g/g (Table II). These values contrast sharply with those for aquatic invertebrates, which can tolerate up to 300 $\mu$g/g in the diet without effects on reproduction, growth, or survival (Foe and Knight,

92                              A. DENNIS LEMLY

TABLE III

Toxic effects thresholds for selenium in water, food-chain organisms, and fish and aquatic bird tissues.

| Selenium source | Selenium concentration[1] | Effect |
|---|---|---|
| Water | | |
| Inorganic selenium | 2 $\mu$g/l | Food-chain bioaccumulation and reproductive failure in fish and wildlife |
| Organic selenium | < 1 $\mu$g/l | Food-chain bioaccumulation and reproductive failure in fish and wildlife |
| Food-chain organisms | 3 $\mu$g/g | Reproductive failure in fish and wildlife |
| Fish tissues | | |
| Whole-body | 4 $\mu$g/g | Mortality of juveniles and reproductive failure |
| Skeletal muscle (skinless fillets) | 8 $\mu$g/g | Reproductive failure |
| Liver | 12 $\mu$g/g | Reproductive failure |
| Ovary and eggs | 10 $\mu$g/g | Reproductive failure |
| Aquatic bird tissues | | |
| Liver | 10 $\mu$g/g | Reproductive failure |
| Eggs | 3 $\mu$g/g | Reproductive failure |

[1] Selenium concentrations in parts per billion for water; parts per million on a dry weight basis for food-chain organisms and fish and bird tissues.

1986). Food-chain organisms can thus build up tissue concentrations of selenium that are toxic to predators while remaining unaffected themselves. I recommend that 3 $\mu$g/g be taken as the toxic threshold for selenium transferred to consumer species of fish and wildlife through aquatic food-chains (Table III).

## 2.4  WATER

Selenium is strongly bioaccumulated in aquatic habitats which results in a marked evaluation of residues in food-chain organisms as compared to waterborne concentrations (Lemly, 1985b; Ogle *et al.*, 1988; Maier *et al.*, 1988, Ohlendorf, 1989). It

is critical to know how much bioaccumulation can be expected for a given aqueous level of selenium in order to evauate the potential for dietary toxicity and reproductive effects in predatory species of fish and wildlife. Laboratory studies show that organoselenium compounds (seleno-$L$-methionine) can be bioconcentrated over 200 000 times by zooplankton when water concentrations are in the 0.5 to 0.8 $\mu$g/l (parts per billion) range (Besser *et al.*, 1989, 1993). Resultant selenium residues were over 100 $\mu$g/g, a concentration that far exceeds the dietary toxicity threshold for fish and wildlife (3 $\mu$g/g). Organoselenium compounds can comprise a substantial portion of the total waterborne selenium concentration in aquatic environments (Chau *et al.*, 1976; Cutter, 1982, 1986, 1991; Cooke and Bruland, 1987), although the complete range of chemical species are poorly described. The potential for bioaccumulation and toxicity due to organic selenium is very high.

Inorganic selenium (selenate, selenite) bioaccumulates more readily in phytoplankton than zooplankton and residues of up to 18 $\mu$g/g can occur when waterborne concentrations are in the 7 to 10 $\mu$g/l range (Besser *et al.*, 1993), resulting in bioaccumulation factors of about 3 000. It is at the primary producer and primary consumer levels of the food-chain (phytoplankton and zooplankton) that most of the bioaccumulation occurs. Biomagnification of selenium (progressively higher concentrations in successive trophic levels of the food-chain) is not clearly indicated in laboratory studies (Bennett *et al.*, 1986; Besser *et al.*, 1989, 1993). However, some field studies have found that the levels continue to rise from 2 to 6 times through the food-chain in a pattern suggestive of biomagnification (Woock and Summers, 1984; Lemly, 1985a, 1986; Lemly and Smith, 1987; Saiki, 1986a; Saiki and Lowe, 1987; Barnum and Gilmer, 1988; Hothem and Ohlendorf, 1989).

Field studies have documented selenium bioaccumulation factors of 500 to 35 000 in contaminated aquatic habitats where levels of waterborne selenium were in the 2 to 16 $\mu$g/l range (Woock, 1984; Woock and Summers, 1984; Sager and Cofield, 1984; Lemly, 1985a, 1985b; Baumann and Gillespie, 1986; Barnum and Gilmer, 1988). These waterborne concentrations resulted in food-chain residues of 10 to 60 $\mu$g/g which, again, far exceed the 3 $\mu$g/g dietary toxicity threshold for fish and wildlife. Until about 1986 most of the published literature on selenium residues in aquatic food chains and associated impacts to predatory species pertained to fisheries in power plant cooling reservoirs in the southeastern U.S. (Duke Power Company, 1980; Woock and Summers, 1984; Garrett and Inman, 1984; Lemly, 1985a, 1985b; Gillespie and Baumann, 1986). In these systems it appeared that the threshold for significant bioaccumulation was in the range of 2 to 5 $\mu$g/l (Lemly, 1985a, 1985b, 1986; Lemly and Smith, 1987).

Several recent studies of selenium in agricultural irrigation drainwater in the wetern U.S. show that selenium residues may accumulate to toxic levels (10 to 20 $\mu$g/g) in the food-chain when waterborne concentrations are in the 0.5 to 3 $\mu$g/l range (Barnum and Gilmer, 1988; Schroeder *et al.*, 1988; Stevens *et al.*, 1988; Hoffman *et al.*, 1990; Saiki, 1990; Skorupa and Ohlendorf, 1991; Hallock *et al.*, 1992). This may be due to the presence of ultra-trace amounts (<1 $\mu$g/l)

A. DENNIS LEMLY

of organoselenium compounds that bioaccumulate similar to free seleno-amino acids and produce disproportionately high tissue residues as compared to inorganic selenate and selenite (Besser *et al.*, 1989, 1993). In some cases, it may be the recycling of organic selenium contained in decaying plant and animal detrital material that is responsible for unexpectedly high residues in the food-chain and consumer species of fish and wildlife (Saiki and Lowe, 1987; Parker and Knight, 1989; Hallock *et al.*, 1992; Sanders *et al.*, 1992).

The environmental speciation of selenium is complex and several chemical forms are likely to be present in solution at a given location and time (Cutter, 1982, 1986, 1991; McKeown and marinas, 1986; Cooke and Bruland, 1987). However, the patterns and magnitude of bioaccumulation are similar enough between aquatic systems impacted by power production wastes, agricultural irrigation drainwater, and other selenium sources that a common number can be given as the threshold for detrimental effects. I recommend that waterborne selenium concentrations of 2 $\mu$g/l or greater (total recoverable basis in 0.45 $\mu$ filtered samples) be considered highly hazardous to the health and long-term survival of fish and wildlife (Table III). Some species will be relatively unaffected at these levels but sensitive species, many of which are the most important in terms of ecological integrity and public recreational value, are likely to be seriously impacted. It should also be recognized that under certain environmental conditions 1 $\mu$g/l or less has the potential to bioaccumulate to levels in the food-chain that are toxic to predatory species.

Concentrations of waterborne selenium should be evaluated along with the residues present in food-chain organisms and fish and wildlife tissues to form an integrated and conclusive assessment of the selenium status and health of the aquatic ecosystem under study. This approach will combine the strengths of chemical and biological monitoring to elucidate cause and effect relationships (Hodson, 1990).

## References

Allen, G. T. and Wilson, R. M.: 1990, 'Selenium in the Aquatic Environment of Quivira National Wildlife Refuge', *Prairie Naturalist* **22**, 129–135.

American Petroleum Institute: 1978, 'Analysis of Refinery Wastewaters for the EPA Priority Pollutants', *Publication 4296.* American Petroleum Institute, Washington, D.C. 36 pp.

Andren. A. W., Klein, D. H. and Talmi, Y.: 1975, 'Selenium in Coal-Fired Steam Plant Emissions', *Environmental Science and Technology* **9**, 856–858.

Barnum, D. A. and Gilmer, D. S.: 1988, 'Selenium Levels in Biota from Irrigation Drainwater Impoundments in the San Joaquin Valley, California', *Lake and Reservoir Management* **4**, 181–186.

Baumann, P. C. and May, T. W.: 1984, 'Selenium Residues in Fish from Inland Waters of the United States', in Workshop Proceedings: The Effects of Trace Elements on Aquatic Ecosystems. *Technical Report EA-3329.* Electric Power Research Institute, Palo Alto, CA, pp. 7–1 to 7–16.

Baumann, P. C. and Gillespie, R. B.: 1986, 'Selenium Bioaccumulation in Gonads of Largemouth Bass and Bluegill from Three Power Plant Cooling Reservoirs', *Environmental Toxicology and Chemistry* **5**, 695–701.

Bennett, W. N., Brooks, A. S. and Boraas, M. E.: 1986, 'Selenium Uptake and Transfer in an Aquatic Food Chain and Its Effects on Fathead Minnow Larvae', *Archives of Environmental*

*Contamination and Toxicology* **15**, 513–517.

Besser, J. M., Huckins, J. N., Little, E. E. and La Point, T. W.: 1989, 'Distribution and Bioaccumulation of Selenium in Aquatic Microcosms', *Environmental Pollution* **62**, 1–12.

Besser, J. M., Canfield, T. J. and La Point, T. W.: 1993, 'Bioaccumulation of Organic and Inorganic Selenium in a Laboratory Food Chain', *Environmental Toxicology and Chemistry* **12**, 57–72.

Braunstein, H. M., Copenhaver, E. D. and Pfuderer, H. A. (Eds.): 1981, *Environmental, Health, and Control Aspects of Coal Conversion – An Information Overview.* Vol. 2. Ann Arbor Science Publishers, Inc., Ann Arbor, MI. 430 pp.

California State Water Resources Control Board: 1987, 'Regulation of Agricultural Drainage to the San Joaquin River', *Technical Report W.O. 85-1.* State Water Resources Control Board, Sacramento, CA. 76 pp.

California Environmental Protection Agency: 1992, 'Derivation of Site-Specific Water Quality for Selenium in San Francisco Bay', *Technical Report.* California EPA, Oakland, CA. 37 pp.

Chau, Y. K., Wong, P. T. S., Silverberg, B. A., Luxon, P. L. and Bengert, G. A.: 1976, 'Methylation of Selenium in the Aquatic Environment', *Science* **192**, 1130–1131.

Cherry, D. S. and Guthrie, R. K.: 1977, 'Toxic Metals in Surface Waters from Coal Ash', *Water Resources Bulletin* **13**, 1227–1236.

Clark, P. J., Zingaro, R. A., Irgolic, K. J. and McGinley, A. N.: 1980, 'Arsenic and Selenium in Texas Lignite', *International Journal of Environmental Analytical Chemistry* **7**, 295–314.

Cooke, T. D. and Bruland, K. W.: 1987, 'Aquatic Chemistry of Selenium: Evidence of Biomethylation', *Environmental Science and Technology* **21**, 1214–1219.

Copeland, R.: 1970, 'Selenium: The Unknown Pollutant', *Limnos* **3**, 7–9.

Coughlan, D. J. and Velte, J. S.: 1989, 'Dietary Toxicity of Selenium-Contaminated Red Shiners to Striped Bass', *Transactions of the American Fisheries Society* **118**, 400–408.

Cowser, K. E. and Richmond, C. R. (Eds.): 1980, *Synthetic Fossil Fuel Technology: Potential Health and Environmental Effects.* Ann Arbor Science Publishers, Ann Arbor, MI. 511 pp.

Coyle, J. J., Buckler, D. R., Ingersoll, C. G., Fairchild, J. F. and May, T. W.: 1993, 'Effect of Dietary Selenium on the Reproductive Success of Bluegill Sunfish *(Lepomis macrochirus)*', *Environmental Toxicology and Chemistry* **12**, 551–565.

Cumbie, P. M. and Van Horn, S. L.: 1978, 'Selenium Accumulation Associated with Fish Mortality and Reproductive Failure', *Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies* **32**, 612–624.

Cutter, G. A.: 1982, 'Selenium in Reducing Waters', *Science* **217**, 829–831.

Cutter, G. A.: 1985, 'Speciation of Selenium and Arsenic in Natural Waters and Sediments. Vol. 1: Selenium Speciation', *Publication EA-4641,* Vol. 1. Electric Power Research Institute, Palo Alto, CA. 75 pp.

Cutter, G. A.: 1991, 'Selenium Biogeochemistry in Reservoirs. Vol. 1. Time Series and Mass Balance Results', *Publication EN-7281,* Vol. 1. Electric Power Research Institute, Palo Alto, CA. 67 pp.

Davis, E. C. and Boegly, W. J., Jr.: 1981, 'Coal Pile Leachate Quality', *Journal of the Environmental Engineering Division, American Society of Civil Engineers* **107**, 399–417.

Deverel, S. J., Fio, J. L. and Gilliom, R. J.: 1989, 'Selenium in Tile Drain Water', in Preliminary Assessment of Sources, Distribution, and Mobility of Selenium in the San Joaquin Valley, California. *Water-Resources Investigations Report 88-4186.* U.S. Geological Survey, Sacramento, CA pp. 81–91.

Draize, J. H. and Beath, O. A.: 1935, 'Observations on the Pathology of Blind Staggers and Alkali Disease', *American Veterinary Medicine Association Journal* **86**, 753–763.

Duke Power Company: 1980, 'Toxic Effects of Selenium on Stocked Bluegill *(Lepomis macrochirus)* in Belews Lake, North Carolina, April–September, 1979', *Technical Report.* Duke Power Company, Charlotte, NC. 18 pp.

Eisler, R.: 1985, 'Selenium Hazards to Fish, Wildlife, and Invertebrates: A Synoptic Review', *biological Report 85(1.5), Contaminant Hazard Reviews No. 5.* U.S. Fish and Wildlife Service, Washington, DC. 57 pp.

Ellis, M. M., Motley, H. L., Ellis, M. D. and Jones, R. O.: 1937, 'Selenium Poisoning in Fishes', *Proceedings of the Society for Experimental Biology and Medicine* **36**, 519–522.

Evans, D. W., Wiener, J. G. and Horton, J. H.: 1980, 'Trace Element Inputs from a Coal Burning

A. DENNIS LEMLY

Power Plant to Adjacent Terrestrial and Aquatic Environments', *Air Pollution Control Association Journal* **30**, 567–573.

Finley, K. A.: 1985, 'Observations of Bluegills Fed Selenium-Contaminated *Hexagenia* Nymphs Collected from Belews Lake, North Carolina', *Bulletin of Environmental Contamination and Toxicology* **35**, 816–825.

Foe, C. and Knight, A. W.: 1986, 'Selenium Bioaccumulation, Regulation, and Toxicity in the Green Alga, *Selenastrum capricornutum,* and Dietary Toxicity of the Contaminated Alga to *Daphnia Magna*', in Proceedings of the First Environmental Symposium: Selenium in the Environment. *California Agricultural Technology Institute Publication No. CATI/860201.* California State University, Fresno, CA, pp. 77–88.

Fruchter, J. S. and Petersen, M. R.: 1979, 'Environmental Characterization of Products and Effluents from Coal Conversion Processes', in *Analytical Methods for Coal and Coal Products,* Vol. III. Academic Press, New York, NY, pp. 247–275.

Fuji, R.: 1988, 'Water-Quality and Sediment-Chemistry Data of Drain Water and Evaporation Ponds from Tulare Lake Drainage District, Kings County, California, March 1985 – March 1986', *Open-File Report 87–700.* U.S. Geological Survey, Sacramento, CA. 19 pp.

Garrett, G. P. and Inman, C. R.: 1984, 'Selenium-Induced Changes in Fish Populations of a Heated Reservoir', *Proceedings of the Annual Conference of the Southeastern Association of Fish and Wildlife Agencies* **38**, 291–301.

Gillespie, R. B. and Baumann, P. C.: 1986, 'Effects of High Tissue Concentrations of Selenium on Reproduction by Bluegills', *Transactions of the American Fisheries Society* **115**, 208–213.

Goettl, J. P., Jr., and Davies, P. H.: 1978, 'Water Pollution Studies', *Job Progress Report, Federal Aid Project F-33-R-13.* Colorado Department of Natural Resources, Division of Wildlife, Denver, CO. 45 pp.

Greenberg, A. J. and Kopec, D.: 1986, 'Decline of Bay-Delta Fisheries and Increased Selenium Loading: Possible Correlation?', in *Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Second Selenium Symposium.* The Bay Institute of San Francisco, Tiburon, CA, pp. 69–81.

Hallock, R. J., Burge, H. L., Thompson, S. P. and Hoffman, R. J.: 1992, 'Irrigation Drainage in and near Stillwater, Humboldt and Fernley Wildlife Management Areas and Carson Lake, West-Central Nevada, 1988–1990. Part II: Effects on Wildlife', *Water-Resources Investigations Report 91-401.* U.S. Geological Survey, Carson City, NV. 115 pp.

Hamilton, S. J., Palmisano, A. N., Wedemeyer, G. W. and Yasutake, W. T.: 1986, 'Impacts of Selenium on Early Life Stages and Smoltification of Fall Chinook Salmon', *Transactions of the North American Wildlife and Natural Resources Conference* **51**, 343–356.

Hamilton, S. J., Buhl, K. J. and Faerber, N. L.: 1989, 'Toxicity of Selenium in the Diet to Chinook Salmon', in A.Q. Howard (Ed.), *Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Fourth Selenium Symposium.* The Bay Institute of San Francisco, Tiburon,CA pp. 22–30.

Hamilton, S. J., Buhl, K. J., Faerber, N. L., Wiedmeyer, R. H. and Bullard, F. A.: 1990, 'Toxicity of Organic Selenium in the Diet to Chinook Salmon', *Environmental Toxicology and Chemistry* **9**, 347–358.

Hartley, W. J. and Grant, A. B.: 1961, 'A Review of Selenium Responsive Diseases of New Zealand Livestock', *Federation Proceedings* **20**, 679–688.

Heaton, R. C., Williams, J. M., Bertino, J. P., Wangen, L. E., Nyitray, A. M., Jones, M. M., Wanek, P. L. and Wagner, P.: 1982, 'Leaching Behaviors of High-Sulfur Coal Wastes from two Appalachian Coal Preparation Plants', *Publication LA-9356-MS.* U.S. Department of Energy, Los Alamos National Laboratory, Los Alamos, NM. 78 pp.

Heinz, G. H., Hoffman, D. J. and Weller, D. M. G.: 1987, 'Reproduction in Mallards Fed Selenium', *Environmental Toxicology and Chemistry* **6**, 423–433.

Heinz, G. H., Hoffman, D. J. and Gold, L. G.: 1989, 'Impaired Reproduction of Mallards Fed an Organic Form of Selenium', *Journal of Wildlife Management* **53**, 418–428.

Heinz, G. H.: in press, 'Selenium in Aquatic Birds', in N. Beyer and G. H. Heinz (Eds.), *Interpreting Concentrations of Environmental Contaminants in Wildlife Tissues,* Pergamon Press.

Hermanutz, R. O., Allen, K. N., Roush, T. H. and Hedtke, S. F.: 1992, 'Effects of Elevated Sele-

nium Concentrations on Bluegills *(Lepomis macrochirus)* in Outdoor Experimental streams', *Environmental Toxicology and Chemisty* **11**, 217–224.

Hilton, J. W. and Hodson, P. V.: 1983, 'Effect of Increased Dietary Carbohydrate on Selenium Metabolism and Toxicity in Rainbow Trout *(Salmo gairdneri)*', *The Journal of Nutrition* **113**, 1241–1248.

Hilton, J. W., Hodson, P. V., and Sliniger, S. J.: 1980, 'The Requirement and Toxicity of Selenium in Rainbow Trout *(Salmo garidneri)*', *The Journal of Nutrition* **110**, 2527–2535.

Hodson, P. V.: 1990, 'Indicators of Ecosystem Health at the Species Level and the Example of Selenium Effects on Fish', *Environmental Monitoring and Assessment* **15**, 241–254.

Hodson, P. V., Spry, D. J. and Blunt, B. R.: 1980, 'Effects on Rainbow Trout *(Salmo gairdneri)* of a Chronic Exposure to Waterborne Selenium', *Canadian Journal of Fisheries and Aquatic Sciences* **37**, 233–240.

Hoffman, S. E., Williams, N. J., and Herson, A. I.: 1986, 'The Kersteron Story', in *Proceedings, First Biennial Conference: Is Current Technology the Answer.* National Water Supply Improvement Association, Springfield, VA, pp. 1–9.

Hoffman, R. J., Hallock, R. J., Rowe, T. G., Lico, M. S., Burge, H. L., and Thompson, S. P.: 1990, 'Reconnaissance Investigation of Water Quality, Bottom Sediment, and Biota Associated with Irrigation Drainage in and Near Stillwater Wildlife Management Area, Churchill County, Nevada, 1986–87', *Water-Resources Investigations Report 89-4105.* U.S. Geological Survey, Carson City, NV. 150 pp.

Hothem, R. L. and Ohlendorf, H. M.: 1989, 'Contaminants in Foods of Aquatic Birds at Kesterson Reservoir, California, 1985', *Archives of Environmental Contamination and Toxicology* **18**, 773–786.

Hunn, J. B., Hamilton, S. J. and Buckler, D. R.: 1987, 'Toxicity of Sodium Selenite to Rainbow Trout Fry', *Water Research* **21**, 233–238.

Ingersoll, C. G., Dwyer, F. J. and May, T. W.: 1990, 'Toxicity of Inorganic and Organic Selenium to *Daphnia Magna* (Cladocera) and *Chironomus riparius* (Diptera)', *Environmental Toxicology and Chemistry* **9**, 1171–1181.

Jones, D. R.: 1990, 'Batch Leaching Studies of Rundle Oil Shale', *Journal of Environmental Quality* **19**, 408–413.

Kaakinen, J. W., Jorden, R. M., Lawasani, M. H. and West, R. E.: 1975, 'Trace Element Behavior in Coal-fired Power Plant', *Environmental Science and Technology* **9**, 862–869.

Kiffney, P. and Knight, A.: 1990, 'The Toxicity and Bioaccumulation of Selenate, Selenite, and Seleno-*L*-methionine in the Cyanobacterium *Anabaena flos-aquae*', *Archives of Environmental Contamination and Toxicology* **19**, 488–494.

Klein, D. H., Andren, A. W. and Bolton, N. E.: 1975, 'Trace Element Discharges from Coal Combustion for Power Production', *Water, Air, and Soil Pollution* **5**, 71–77.

Kubota, J.: 1980, 'Regional Distribution of Trace Element Problems in North America', in B. E. Davies (Ed.), *Applied Soil Trace Elements,* John Wiley and Sons, Ltd., New York, NY, pp. 441–466.

Lemly, A. D.: 1982, 'Response of Juvenile Centrarchids to Sublethal Concentrations of Waterborne Selenium. I. Uptake, Tissue Distribution, and Retention', *Aquatic Toxicology* **2**, 235–252.

Lemly, A. D.: 1985a, 'Toxicology of Selenium in a Freshwater Reservoir: Implications for Environmental Hazard Evaluation and Safety', *Ecotoxicology and Environmental Safety* **10**, 314–338.

Lemly, A. D.: 1985b, 'Ecological Basis for Regulating Aquatic Emissions from the Power Industry: The Case with Selenium', *Regulatory Toxicology and Pharmacology* **5**, 465–486.

Lemly, A. D.: 1986, 'Effects of Selenium on Fish and Other Aquatic Life', in J. B. Summers and S. S. Anderson (Eds.), *Toxic Substances in Agricultural Water Supply and Drainage: Defining the Problems.* U. S. Committee on Irrigation and Drainage, Denver, CO, pp. 153–162.

Lemly, A. D.: 1989, 'Cycling of Selenium in the Environment', in A. Q. Howard (Ed.), *Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Fourth Selenium Symposium.* The Bay Institute of San Francisco, Tiburon, CA, pp. 113–123.

Lemly, A. D. and Smith, G. J.: 1987, 'Aquatic Cycling of Selenium: Implications for Fish and Wildlife', *Fish and Wildlife Leaflet* 12, U. S. Fish and Wildlife Service, Washington, DC. 10 pp.

Lemly, A. D. and Smith, G. J.: 1991, 'Aquatic Cycling of Selenium: Implications for Fish and Wildlife', in R. C. Severson, S. E. Fisher, Jr., and L. P. Gough (Eds.), Proceedings of the 1990 Billings Land Reclamation Symposium on Selenium in Arid and Semiarid Environments, Western United States. *Circular 1064.* U.S. Geological Survey, Denver, CO, pp. 43–53.

Lemly, A. D.: in press, 'Teratogenic Effects of Selenium in Natural Populations of Freshwater Fish', *Ecotoxicology and Environmental Safety.*

Maier, K. J., Foe, C. , Ogle, R. S., Williams, M. J., Knight, A. W., Kiffney, P. and Melton, L. A.: 1988, 'The Dynamics of Selenium in Aquatic Ecosystems', in D. D. Hemphill (Ed.), *Trace Substances in Environmental Health* XXI. University of Missouri, Columbia, MO, pp. 361–408.

Marshall, E.: 1985, 'Selenium Poisons Refuge, California Politics', *Science* 229, 144–146.

McKeown, B. and Marinas, B.: 1986, 'The Chemistry of Selenium in an Aqueous Environment', in First Annual Environmental Symposium Proceedings: Selenium in the Environment. *California Agricultural Technology Institute Publication No. CATI/860201.* California State University, Fresno, CA, pp. 7–15.

Murtha, M. J., Burnet, G., and Harnby, N.: 1983, 'Power Plant Fly Ash – Disposal and Utilization', *Environmental Progress* 2, 193–198.

National Research Council: 1980, *Energy and The Fate of Ecosystems.* National Academy Press, Washington, DC. 399 pp.

North Carolina Division of Environmental Management: 1986, North Carolina Water Quality Standards Documentation: The Freshwater Chemistry and Toxicity of Selenium With an Emphasis on its Effects in North Carolina. *Report No. 86-02.* North Carolina Department of Natural Resources and Community Development, Raleigh, NC. 52 pp.

Nystrom, R. R. and Post, G.: 1982, 'Chronic Effects of Ammonia-Stripped Oil Shale Retort Water on Fishes, Birds, and Mammals', *Bulletin of Environmental Contamination and Toxicology* 28, 271–276.

Ogle, R. S. and Knight, A. W.: 1989, 'Effects of Elevated Foodborne Selenium on Growth and Reproduction of the Fathead Minnow *(Pimephales promelas)*', *Archives of Environmental Contamination and Toxicology* 18, 795–803.

Ogle, R. S., Maier, K. J., Kiffney, P., Williams, M. J., Brasher, A., Melton, L. A. and Knight, A. W.: 1988, 'Bioaccumulation of Selenium in Aquatic Ecosystems', *Lake and Reservoir Management* 4, 165–173.

Ohlendorf, H. M.: 1989, 'Bioaccumulation and Effects of Selenium in Wildlife', in Selenium in Agriculture and the Environment. *Soil Science Society of America Special Publication No. 23,* Madison, WI, pp. 133–177.

Ohlendorf, H. M., Hoffman, D. J., Saiki, M. K. and Aldrich, T. W.: 1986, 'Embryonic Mortality and Abnormalities of Aquatic Birds: Apparent Impacts of Selenium from Irrigation Drainwater', *Science of the Total Environment* 52, 49–63.

Ohlendorf, H. M., Hothem, R. L., Aldrich, T. W. and Krynitski, A. J.: 1987, 'Selenium Contamination of the Grasslands, A Major California Waterfowl Area', *Science of the Total Environment* 66, 169–183.

Ohlendorf, H. M., Kilness, A. W., Simmons, J. L., Stroud, R. K., Hoffman, D. J. and Moore, J. F.: 1988, 'Selenium Toxicosis in Wild Aquatic Birds', *Journal of Toxicology and Environmental Health* 24, 67–92.

Parker, M. S. and Knight, A. W.: 'Biological Characterization of Agricultural Drainage Evaporation Ponds', *Water Science and Engineering Paper No. 4521.* University of California, Davis, CA. 52 pp.

Pillay, K. K. S., Thomas, C. C., Jr., and Kaminski, J. W.: 1969, 'Neutron Activation Analysis of the Selenium Content of Fossil Fuels', *Nuclear Applications and Technology* 7, 478–483.

Presser, T. S. and Barnes, I.: 1985, 'Dissolved Constituents Including Selenium in Waters in the Vicinity of Kesterson National Wildlife Refuge and the West Grassland, Fresno and Merced Counties, California', *Water-Resources Investigations Report 85-4220.* U. S. Geological Survey, Menlo Park, CA. 73 pp.

Presser, T. S. and Ohlendorf, H. M.: 1987, 'Biogeochemical Cycling of Selenium in the San Joaquin Valley, California, USA', *Environmental Management* 11, 805–821.

Presser, T. S., Swain, W. C., Tidball, R. R. and Severson, R. C.: 1990, 'Geologic Sources, Mobilization,

and Transport of Selenium from the California Coast Ranges to the Western San Joaquin Valley: A Reconnaissance Study', *Water-Resources Investigations Report 90-4070*. U. S. Geological Survey, Menlo Park, CA. 66 pp.

Pyron, M. and Beitinger, T. L.: 1989, 'Effect of Selenium on Reproductive Behavior and Fry of Fathead Minnows', *Bulletin of Environmental Contamination and Toxicology* **42**, 609–613.

Rosenfeld, I. and Beath, O. A.: 1946, 'Pathology of Selenium Poisoning', *Wyoming Agricultural Experiment Station Bulletin* **275**, 1–27.

Roth, J. C. and Horne, A. J.: 1988, 'Quantitative Studies of the Biota of Kesterson Reservoir: Numbers and Biomass of Food-Chain Organisms in Several Habitats in the Deep Ponds During the First Two Years After the Cessation of Drainwater Inputs', *Technical Report.* Sanitary Engineering and Environmental Health Research Laboratory, University of California, Berkeley, CA. 57 pp.

Sager, D. R. and Cofield, C. R.: 1984, 'Differential Accumulation of Selenium Among Axial Muscle, Reproductive and Liver Tissues of Four Warmwater Fish Species', *Water Resources Bulletin* **20**, 359–363.

Saiki, M. K.: 1986a, 'Concentrations of Selenium in Aquatic Food-Chain Organisms and Fish Exposed to Agricultural Tile Drainage Water', in *Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Second Selenium Symposium.* The Bay Institute of California, Tiburon, CA, pp. 25–33.

Saiki, M. K.: 1986b, 'A Field Example of Selenium Contamination in an Aquatic Food-Chain', in Proceedings, First Annual Environmental Symposium: Selenium in the Environment. *California Agricultural Technology Institute Publication No. CATI/860201,* California State University, Fresno, CA, pp. 67–76.

Saiki, M. K.: 1990, 'Elemental Concentrations in Fishes from the Salton Sea, Southeastern California', *Water, Air, and Soil Pollution* **52**, 41–56.

Saiki, M. K. and Lowe, T. P.: 1987, 'Selenium in Aquatic Organisms from Subsurface Agricultural Drainage Water, San Joaquin Valley, California', *Archives of Environmental Contamination and Toxicology* **16**, 657–670.

Saiki, M. K. and Palawski, D. U.: 1990, 'Selenium and Other Elements in Juvenile Striped Bass from the San Joaquin Valley and San Francisco Estuary, California', *Archives of Environmental Contamination and Toxicology* **19**, 717–730.

Saiki, M. K., Jennings, M. R. and Wiedmeyer, R. H.: 1992, 'Toxicity of Agricultural Subsurface Drainwater from the San Joaquin Valley, California, to Juvenile Chinook Salmon and Striped Bass', *Transactions of the American Fisheries Society* **121**, 78–93.

Sanders, J. G., Riedel, G. F., Gilmour, C. C., Osman, R. W., Goulden, C. E. and Sanders, R. W.: 1992, 'Selenium Cycling and Impact in Aquatic Systems', in *Modeling Toxic Effects on Aquatic Ecosystems.* Progress Report RP2020-11. Electric Power Research Institute, Palo Alto, CA, pp. 1–228.

Schlinger, W. G. and Richter, G. N.: 1980, 'An Environmental Evaluation of the Texaco Coal Gasification Process', in *Proceedings of the First International Gas Research Conference.* University of Chicago Press, Chicago, IL, pp. 150–168.

Schroeder, R. A., Palawski, D. U. and Skorupa, J. P.: 1988, 'Reconnaissance Investigation of Water Quality, Bottom Sediment, and Biota Associated with Irrigation Drainage in the Tulare Lake Bed Area, Southern San Joaquin Valley, California, 1986–87', *Water-Resources Investigations Report 88-4001.* U. S. Geological Survey, Sacramento, CA. 86 pp.

Schuler, C.: 1989, 'Selenium and Boron Accumulation in Wetlands and Waterfowl Food at Kesterson Reservoir', in A. Q. Howard (Ed.), *Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment, Proceedings of the Fourth Selenium Symposium.* The Bay Institute of San Francisco, Tiburon, CA, pp. 91–101.

Schuler, C. A., Anthony, R. G, and Ohlendorf, H. M.: 1990, 'Selenium in Wetlands and Waterfowl Foods at Kesterson Reservoir, California, 1984', *Archives of Environmental Contamination and Toxicology* **19**, 845–853.

Schultz, R. and Hermanutz, R.: 1990, 'Transfer of Toxic Concentrations of Selenium from Parent to Progeny in the Fathead Minnow *(Pimephales promelas)*', *Bulletin of Environmental Contamination and Toxicology* **45**, 568–573.

Severon, R. C., Fisher, S. E., Jr., and Gough, L. P. (Eds.): 1991, 'Proceedings of the 1990 Billings

Land Reclamation Symposium on Selenium in Arid and Semiarid Environments, Western United States', *Circular 1064*. U. S. Geological Survey, Denver, CO. 146 pp.

Skorupa, J. P. and Ohlendorf, H. M.: 1991, 'Contaminants in Drainage Water and Avian Risk Thresholds', in A. Dinar and D. Zilberman (Eds.), *The Economics and Management of Water and Drainage in Agriculture*. Kluwer Academic Publishers, Dordrecht and Boston, pp. 345–368.

Skorupa, J. P., Ohlendorf, H. M. and Hothem, R. L.: in press, 'Interpretive Guidelines for Selenium-Exposed Waterbirds', *Journal of Wildlife Management*.

Sorensen, E. M. B.: 1986, 'The Effects of Selenium on Freshwater Teleosts', in E. Hodgson (Ed.), *Reviews in Environmental Toxicology* 2. Elsevier, New York, NY, pp. 59–116.

Sorensen, E. M. B.: 1988, 'Selenium Accumulation, Reproductive Status, and Histopathological Changes in Environmentally Exposed Redear Sunfish', *Archives of Toxicology* **61**, 324–329.

Sorensen, E. M. B., Cumbie, P. M., Bauer, T. L., Bell, J. S. and Harlan, C. W.: 1984, 'Histopathological, Hematological, Condition-Factor, and Organ Weight Changes Associated with Selenium Accumulation in Fish from Belews Lake, North Carolina', *Archives of Environmental Contamination and Toxicology* **13**, 153–162.

Stevens, D. W., Waddell, B. and Miller, J. B.: 1988, 'Reconnaissance Investigation of Water Quality, Bottom Sediment, and Biota Associated with Irrigation Drainage in the Middle Green River Basin, Utah, 1986–87', *Water-Resources Investigations Report 88–4011*. U. S. Geological Survey, Salt Lake City, UT. 70 pp.

Summers, J. B. and Anderson, S. S. (Eds.): 1986, *Toxic Substances in Agricultural Water Supply and Drainage: Defining the Problems*. U. S. Committee on Irrigation and Drainage, Denver, CO. 358 pp.

Sylvester, M. A., Deason, J. P., Feltz, H. R. and Engberg, R. A.: 1991, 'Preliminary Results of the Department of the Interior's Irrigation Drainage Studies', in R. C. Severson, S. E. Fisher, Jr., and L. P. Gough (Eds.), Proceedings of the 1990 Billings Land Reclamation Symposium on Selenium in Arid and Semiarid Environments, Western United States. *Circular 1064*. U. S. Geological Survey, Denver, CO, pp. 115–122.

Tanji, K., Lauchli, A. and Meyer, J.: 1986, 'Selenium in the San Joaquin Valley', *Environment* **28**, 6–11, 34–39.

U. S. Fish and Wildlife Service: 1986, *Preliminary Survey of Contaminant Issues of Concern on National Wildlife Refuges*. Division of Refuge Management, U. S. Fish and Wildlife Service, Washington, DC. 176 pp.

U. S. Fish and Wildlife Service: 1990, *Agricultural Irrigation Drainwater Studies in Support of the San Joaquin Valley Drainage Program – Final Report*. U. S. Fish and Wildlife Service, National Fisheries Contaminant Research Center, Columbia, MO. 309 pp.

U. S. EPA: 1980, 'Oil Shale Symposium: Sampling, Analysis, and Quality Assurance', *Technical Report EPA-600-9/80/022*. U. S. Environmental Protection Agency, Environmental Research Laboratory, Cincinnati, OH. 586 pp.

U. S. EPA: 1987, 'Ambient Water Quality Criteria for Selenium – 1987', *Technical Report EPA-440/5-87-006*. Office of Water Regulations and Standards, U. S. Environmental Protection Agency, Washington, DC. 121 pp.

Woock, S. E.: 1984, 'Accumulation of Selenium by Golden Shiners *Notemigonus crysoleucas* – Hyco Reservoir N. C. Cage Study 1981–1982', *Technical Report*. Carolina Power and Light Company, New Hill, NC. 19 pp.

Woock, S. E. and Summers, P. B.: 1984, 'Selenium Monitoring in Hyco Reservoir (NC) Waters (1977–1981) and Biota (1977–1980)', in Workshop Proceedings: The Effects of Trace Elements on Aquatic Ecosystems. *Publication EA-3329*. Electric Power Research Institute, Palo Alto, CA, pp. 6–1 to 6–27.

Woock, S. E., Bryson, W. T., MacPherson, K. A., Mallin, M. A. and Partin, W. E.: 1985, 'Roxboro Steam Electric Plant Hyco Reservoir 1984 Bioassay Report', *Technical Report*. Carolina Power and Light Company, New Hill, NC. 48 pp.

Woock, S. E., Garrett, W. R., Partin, W. E. and Bryson, W. T.: 1987, 'Decreased Survival and Teratogenesis During Laboratory Selenium Exposures to Bluegill, *Lepomis macrochirus*', *Bulletin of Environmental Contamination and Toxicology* **39** 998–1005.

LMS/S07480
ESL–RPT–2011–01



# Environmental Sciences Laboratory





# Natural Contamination from the Mancos Shale

April 2011

Prepared for



*Cover Photo: Mancos Shale Near Loutsenhizer Arroyo.*

LMS/S07480
ESL−RPT−2011−01

# Natural Contamination from the Mancos Shale

**April 2011**

This page intentionally left blank

# Contents

Abbreviations ........................................................................................................................ v

Executive Summary ............................................................................................................. ix

1.0   Introduction ................................................................................................................ 1

2.0   Geology of the Study Area ......................................................................................... 4

3.0   Site Descriptions ........................................................................................................ 7

    3.1   Delta, Colorado, Region ..................................................................................... 8

        3.1.1   Delta Reservoir Area and Devil's Thumb Area ...................................... 8

        3.1.2   Point Creek Seep ................................................................................. 11

        3.1.3   Sweitzer Lake Area ............................................................................. 11

        3.1.4   Whitewater Area ................................................................................. 12

    3.2   Green River, Utah, Region ................................................................................ 13

        3.2.1   Cisco Area .......................................................................................... 13

        3.2.2   Daly Reservoir Area and Browns Wash Seep ...................................... 15

        3.2.3   Floy Wash Area ................................................................................... 15

        3.2.4   Green River Canal Return Seep ........................................................... 16

        3.2.5   Little Grand Wash ............................................................................... 17

    3.3   Hanksville, Utah, Region .................................................................................. 17

        3.3.1   Town Wash Spring .............................................................................. 17

        3.3.2   Cottonwood Creek Spring .................................................................... 17

        3.3.3   Bert Avery Spring ............................................................................... 18

        3.3.4   Bitter Spring Creek ............................................................................. 18

    3.4   Montrose, Colorado, Region ............................................................................. 18

        3.4.1   Cerro Summit Area .............................................................................. 18

        3.4.2   Loutsenhizer Arroyo Area ................................................................... 19

    3.5   Price, Utah, Region .......................................................................................... 21

        3.5.1   Mud Spring ......................................................................................... 21

        3.5.2   Dutchmans Wash Seep and Blue Gate Spring ...................................... 21

        3.5.3   Mathis Wash Seep ............................................................................... 21

    3.6   Shiprock, New Mexico, Region ........................................................................ 22

        3.6.1   Ditch 9 Spring ..................................................................................... 22

        3.6.2   Many Devils Wash ............................................................................... 22

        3.6.3   Salt Creek Wash Seep ......................................................................... 23

        3.6.4   Upper Eagle Nest Arroyo Spring ......................................................... 23

        3.6.5   Yucca House Spring ............................................................................. 23

4.0   Methods ..................................................................................................................... 24

    4.1   Sampling .......................................................................................................... 24

    4.2   Analysis ........................................................................................................... 25

    4.3   Calculations ..................................................................................................... 26

5.0   Results ....................................................................................................................... 26

    5.1   Arsenic ............................................................................................................. 27

    5.2   Boron ............................................................................................................... 28

    5.3   Dissolved Organic Carbon (DOC) .................................................................... 29

    5.4   Major Ions and pH ........................................................................................... 30

    5.5   Nitrate (as $NO_3$) ........................................................................................... 35

    5.6   Radon-222 ........................................................................................................ 36

    5.7   Selenium .......................................................................................................... 37

5.8     Uranium ........................................................................................................38
5.9     Uranium Isotopes .........................................................................................39
5.10    Vanadium .....................................................................................................41
6.0   Discussion ...............................................................................................................41
6.1     Geochemistry and Mineralogy of Marine Black Shale and Mancos Shale ...............43
6.1.1   Arsenic Content .................................................................................44
6.1.2   Boron Content ...................................................................................45
6.1.3   Carbonate and Sulfate Content .........................................................45
6.1.4   Clay Mineralogy and Cation Exchange Capacity ..............................46
6.1.5   Nitrogen Content ...............................................................................47
6.1.6   Organic Matter ..................................................................................47
6.1.7   Pyrite and Accessory Minerals .........................................................48
6.1.8   Selenium Content ..............................................................................49
6.1.9   Uranium Content ...............................................................................49
6.1.10  Vanadium Content .............................................................................51
6.2     Geochemistry of Groundwater in Mancos Shale ............................................51
6.2.1   Arsenic ..............................................................................................51
6.2.2   Boron .................................................................................................52
6.2.3   Dissolved Organic Carbon (DOC) .....................................................53
6.2.4   Major Ions .........................................................................................54
6.2.5   Nitrate (as $NO_3$) ...............................................................................54
6.2.6   Radon ................................................................................................55
6.2.7   Selenium ...........................................................................................56
6.2.8   Uranium .............................................................................................57
6.2.9   Uranium Isotopes ..............................................................................62
6.2.10  Vanadium ..........................................................................................64
6.3     Conceptual Model of Seep Chemistry ...........................................................65
6.4     Reaction Progress Model of Seep Chemistry .................................................66
7.0   Conclusions and Recommendations.........................................................................68
8.0   Acknowledgements .................................................................................................70
9.0   References ...............................................................................................................70

# Figures

Figure 1.   Locations of Sampling Regions and Mancos Shale Outcrops ...................................... 3
Figure 2.   Mancos Shale Nomenclature for the Six Sampled Regions and Eastern
            Colorado Area............................................................................................................ 5
Figure 3.   Delta Reservoir Area and Sampling Locations.............................................................. 9
Figure 4.   View Northeast Toward Two Lines of Tamarisk That Mark Seepage along Two
            Separate Bentonite Beds. ............................................................................................ 9
Figure 5.   Devil's Thumb Golf Course Area and Sampling Locations ........................................ 10
Figure 6.   Sampling Locations for Sweitzer Lake Area ............................................................... 12
Figure 7.   Sampling Locations at the Whitewater Area ............................................................... 13
Figure 8.   Red Color Caused by Ferric Oxyhydroxide................................................................ 14
Figure 9.   Red Pool of Water Formed from Seep at Houston Gulch. .......................................... 14
Figure 10.  Sampling Locations at Daly Reservoir ...................................................................... 16
Figure 11.  Sampling Locations at Cerro Summit Area. ............................................................... 19

Figure 12. Sampling Locations at Loutsenhizer Arroyo Area and Location of the West Lateral of Bostwick Canal ............................................................................ 20
Figure 13. Sampling Locations in the Shiprock Area. ................................................. 22
Figure 14. Arsenic Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples . 27
Figure 15. Boron Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples ...... 28
Figure 16. Dissolved Organic Carbon Concentrations (mg/L) in Surface Water (Red) and Seep (Blue) Samples. ........................................................................... 29
Figure 17. Correlation between DOC Concentration and Water Color in Mancos Shale Seeps . 30
Figure 18. Specific Conductivity (µS/cm) in Surface Water (Red) and Seep (Blue) Samples .... 31
Figure 19. pH Values in Surface Water (Red) and Seep (Blue) Samples ................................. 32
Figure 20. Piper Diagram Showing All Sampled Locations of Mancos Groundwater and Surface Water. ................................................................................................... 33
Figure 21. Piper Diagram of Seep Samples Showing Relationship of Seeps to Specific Conductivity. .............................................................................................. 34
Figure 22. Nitrate Concentrations (mg/L) in Surface Water (Red) and Seep (Blue) Samples .... 35
Figure 23. Radon-222 Concentrations (pCi/L) in Surface Water (Red) and Seep (Blue) Samples. ...................................................................................................... 36
Figure 24. Selenium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples. ...................................................................................................... 37
Figure 25. Uranium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples. ...................................................................................................... 38
Figure 26. Binary Plot of AR Versus Uranium Concentration for all Samples Analyzed in the Study. ................................................................................................... 40
Figure 27. Vanadium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples. ...................................................................................................... 41
Figure 28. Histogram of Boron Concentrations (µg/L) in Water Samples Collected at DOE Sites in the Four Corners States. ................................................................ 53
Figure 29. Histogram of Uranium Concentrations (µg/L) in 23,659 Groundwater Samples Collected in the Four Corners States of Arizona, Colorado, New Mexico, and Utah. .................................................................................................. 58
Figure 30. Uranium Distribution in Groundwater in the Four Corners States. ......................... 59
Figure 31. Groundwater Samples in the Four Corners States with Uranium Concentration more than 100 µg/L. .................................................................................. 60
Figure 32. Calculated Concentrations for a Reaction Progress Model Simulation of the Delta Reservoir Seeps. ................................................................................ 68

# Tables

Table 1. Contaminants Exceeding 10 Times the Maximum Contaminant Levels for Drinking Water in Seep and Spring Samples Analyzed for This Study ....................... 1
Table 2. Composition of Devil's Thumb USGS Seep 2 on November 28, 2001 ....................... 11
Table 3. Uranium Concentration (µg/L) Statistics for Samples from this Study ......................... 39
Table 4. Ranges and Geometric Means of Uranium Concentration (µg/L) and AR for the 38 Samples with Quantifiable Uranium Isotopic Results ............................................ 39
Table 5. Geometric Means of Mancos Groundwater Concentrations for Shale and Sandstone Aquifers ................................................................................................ 42
Table 6. Concentrations of Groundwater Constituents in Six Key Areas ................................... 43

Table 7.  Generalized Mineralogical and Chemical Composite of Unweathered Shale in Mancos Shale ...................................................................................................... 44

Table 8.  NURE Statistics of Groundwater Uranium Concentration ($\mu$g/L) Data for Arizona, Colorado, New Mexico, and Utah Collected from 1976 to 1979. ............................... 61

Table 9.  Delta Reservoir Reaction Progress Model Results Compared to Chemistry Measured in Samples from Seeps DRS1 and DRS3, November 8, 2010 (mg/L). ........ 67

# Appendixes

Appendix A    Site Information

Appendix B    Calculation of Water Density from Specific Conductivity

Appendix C    Analytical Data

# Abbreviations

## General

| | |
|---|---|
| AR | activity ratio (of U-234 to U-238) |
| DOC | dissolved organic carbon |
| DOE | U.S. Department of Energy |
| g/cm$^3$ | grams per cubic centimeter |
| gpm | gallons per minute |
| ICP | inductively coupled plasma |
| kg | kilogram |
| KPA | kinetic phosphorescence analysis |
| m$^2$/g | square meters per gram |
| meq/100 g | milliequivalents per hundred grams |
| mg/L | milligrams per liter |
| mg/kg | milligrams per kilogram |
| μg/L | micrograms per liter |
| μS/cm | microsiemens per centimeter |
| NURE | National Uranium Resource Evaluation |
| NWIS | National Water Information Service |
| pCi/L | picocuries per liter |
| SC | specific conductivity |
| USGS | U.S. Geological Survey |

## Sampling Locations

| | |
|---|---|
| BAS | Bert Avery Spring |
| BCWL | Bostwick Canal West Lateral |
| BGS | Blue Gate Spring |
| BPS | Buen Pastor Spring |
| BSCS | Bitter Spring Creek Seep |
| BSCUS | Bitter Spring Creek Upper Spring |
| BWS | Browns Wash Seep |
| CAS | Cato Springs |
| CCS | Cedar Creek Seep |
| CIS | Cisco Springs |

| CWCS | Cottonwood Creek Spring |
| D9S | Ditch 9 Spring |
| DAR | Daly Reservoir |
| DARS1 | Daly Reservoir Spring 1 |
| DARS2 | Daly Reservoir Spring 2 |
| DR | Delta Reservoir |
| DRDS | Delta Reservoir Dam Spring |
| DRS1 | Delta Reservoir Seep 1 |
| DRS3 | Delta Reservoir Seep 3 |
| DTS1 | Devils Thumb Seep 1 |
| DTS2 | Devils Thumb Seep 2 |
| DTS3 | Devils Thumb Seep 3 |
| DWS | Dutchmans Wash Seep |
| EF-22 | Many Devils Wash EF-22 |
| ETFW | East Tributary Floy Wash |
| ETFWD | East Tributary Floy Wash Downstream |
| GRCRS | Green River Canal Return Seep |
| HGRP | Houston Gulch Red Pool |
| HGS | Houston Gulch Seep |
| HGSE | Houston Gulch Seep East |
| KCFS | Kannah Creek Flowline Spring |
| LGW | Little Grand Wash |
| LGWS | Little Grand Wash Seep |
| LOUT3 | Loutsenhizer 3 |
| LOUT8 | Loutsenhizer 8 |
| LUOT9 | Loutsenhizer 9 |
| LOUT11 | Loutsenhizer 11 |
| LOUT11W | Loutsenhizer 11 in Wash |
| LOUT12L | Loutsenhizer 12 Lower |
| LOUT12U | Loutsenhizer 12 Upper |
| LOUT13 | Loutsenhizer 13 |
| LOUT14 | Loutsenhizer 14 |
| MS | Mud Spring |
| MWS | Mathis Wash Seep |

| | |
|---|---|
| PCS | Point Creek Seep |
| S36 | Section 36 Spring |
| SCWS | Salt Creek Wash Seep |
| SL | Sweitzer Lake |
| SNGC | Sweitzer Lake NE Garnet Canal |
| SNS | Sweitzer NE Seep |
| SNS1 | Sweitzer NE Seep 1 |
| SNS2 | Sweitzer NE Seep 2 |
| SNS3 | Sweitzer NE Seep 3 |
| SRP | Sweitzer Red Pool |
| TWS | Town Wash Spring |
| TWSP | Town Wash Spring Pool |
| UENAS | Upper Eagle Nest Arroyo Spring |
| UFWS | Upper Floy Wash Spring |
| UFWS1 | Upper Floy Wash 30 ft from Spring |
| UFWS2 | Upper Floy Wash 50 ft from Spring |
| US1 | USGS Seep 1 |
| WCTS | Whitewater Creek Tributary Seep |
| WCTSP1 | Whitewater Creek Tributary Seep Pool 1 |
| WCTSP2 | Whitewater Creek Tributary Seep Pool 2 |
| WD2S | Whitewater Ditch No. 2 Seep |
| WD2 | Whitewater Ditch No. 2 |
| WFFW | West Fork Floy Wash |
| YHS | Yucca House Spring |

This page intentionally left blank

# Executive Summary

Uranium mill tailings disposal cells in Colorado and New Mexico have been constructed on dark-gray shale bedrock of the Upper Cretaceous Mancos Shale, and a new disposal cell is being constructed on Mancos Shale in Utah. It has long been known and discussed by many researchers that the Mancos Shale is a source of salts, selenium, and trace metals. These constituents can in turn contribute to groundwater contamination. There is a need to consider the release of potential contaminants by natural processes when evaluating the progress of groundwater remediation efforts at disposal sites built on Mancos Shale.

We sampled Mancos Shale groundwater at 51 locations in Colorado, New Mexico, and Utah, mostly from shale beds but also from some sandstones and alluvial gravels. Because the Mancos Shale does not typically yield much groundwater, most samples were collected from seeps and springs. Many of the groundwater samples were highly saline, as indicated by specific conductivity values ranging from 418 to 70,002 microsiemens per centimeter ($\mu$S/cm) with a geometric mean of 9,226 $\mu$S/cm. Samples collected at nine locations had specific conductivity values of more than 30,000 $\mu$S/cm. Nitrate concentrations exceeded 250 milligrams per liter (mg/L) at 13 locations, and selenium concentrations exceeded 1,000 micrograms per liter ($\mu$g/L) in eight samples. Uranium concentrations were also high, having a range of 0.2 to 1,922 $\mu$g/L with a geometric mean of 48.8 $\mu$g/L, and samples from 18 locations had concentrations more than 100 $\mu$g/L. At several locations, seep water was colored yellow to red; the coloration was caused by dissolved organic carbon concentrations up to 280 mg/L. Boron concentrations exceeding 1,000 $\mu$g/L were common in groundwater from shale beds, but lower values were found in groundwater from sandstone.

All uranium-234 to uranium-238 activity ratios (ARs) were greater than the secular equilibrium value of 1.0. All but three of the AR values were more than 1.5, and about half of the values exceeded 2.0. Thus, high AR values may be a common characteristic of groundwater that has interacted with Mancos Shale.

The results indicate that high concentrations of boron, major ions, nitrate, selenium, and uranium are likely to occur as a natural process of interaction between groundwater and Mancos Shale. The high concentrations are apparently limited to groundwater associated with shale beds, and concentrations of these constituents in groundwater associated with sandstone are much lower. High contaminant concentrations occurred throughout the study areas and were not correlated with geographic area, stratigraphic position, or source of water. Some of the samples were influenced by irrigation, but others were collected from locations in remote areas with no significant anthropogenic input.

In a few well-characterized areas, it was possible to define the source of recharge water and the groundwater flow path to the seeps. Seeps in several areas were fed from man-made ponds or reservoirs, and had historical documentation that allowed accurate assessments of the timing of the formation of the seeps. At one area, historical data were sufficient to determine that the groundwater flow rate through the shale beds of Mancos exceeded 8 feet per day.

A literature review of the solid-phase composition of Mancos Shale indicated that the shale is composed of quartz, feldspar, illite, smectite, interlayered clays, carbonates, sulfates, organic matter, and pyrite. Uranium and nitrate likely reside in or are closely associated with organic

matter, and selenium substitutes for sulfur in pyrite. Conceptually, major ion chemical reactions are dominated by calcite dissolution following proton release from pyrite oxidation and subsequent exchange by calcium for the sodium residing on clay mineral exchange sites. This conceptual model was tested numerically using a reaction progress approach. The modeling indicated that these reactions were able to explain the general features of groundwater chemical evolution.

# 1.0    Introduction

We define natural contamination as a process by which constituents are transferred from geologic materials (in this case, rock of the Mancos Shale) to groundwater in concentrations that could be harmful to human health or the environment. For this definition, the source of the groundwater may be anthropogenic but the water must be of a reasonably high quality prior to contacting the geologic source of the natural contamination. Although there are many factors that should be considered when relating concentrations of a dissolved constituent to the risks to human health or the environment, in this study we consider contaminants as concentrations that exceed regulated standards. Contaminants with concentrations that exceed standards by an order of magnitude or more, which for this study included uranium, selenium, and nitrate, are of special interest (Table 1). Although Table 1 presents national drinking water standards, other standards exist. For example, an aquatic life standard of 4.6 micrograms per liter (µg/L) has been established for selenium (Thomas 2009) and the State of New Mexico has a livestock drinking water standard of 100 µg/L for vanadium (Thomas et al. 1998).

*Table 1. Contaminants Exceeding 10 Times the Maximum Contaminant Levels for Drinking Water in Seep and Spring Samples Analyzed for This Study(40 E-CFR 141)*

|  | Drinking Water Standard | Range Measured In This Study | Geometric Mean |
|---|---|---|---|
| Uranium (µg/L) | 30 | 0.2–1,922 | 49.7 |
| Selenium (µg/L) | 50 | 0.14–4,700 | 51.5 |
| Nitrate (mg/L) | 44 | 0.5–3,614 | 33.7 |

mg/L = milligrams per liter

Natural contamination of surface drainages, including the Colorado River, by salts and selenium from irrigation on marine shale formations in semiarid lands is well known (Laronne 1977; Wagenet and Jurinak 1978; Whittig et al. 1982, 1983, 1986; Laronne and Schumm 1982; Jackson and Julander 1982; Deyo 1984; Rao et al. 1984; Evangelou 1981; Evangelou et al. 1984; Wright and Butler 1993; Butler et al. 1991, 1994, 1996; Zielinski et al. 1995; Butler and Leib 2002; Kakouros et al. 2006; Thomas et al. 2008; Tuttle and Grauch 2009). A study of natural contamination was conducted by Littke et al. (1991) on black shale of the Jurassic Posidonia Shale in Germany. They developed a mass and volume balance that estimated constituent loss (potentially transferred to groundwater) during the weathering process and concluded that shale may significantly increase sulfur and organic carbon concentrations in the groundwater over those levels derived from local anthropogenic sources.

A goal of this project was to determine the distribution of natural contamination in Mancos Shale groundwater by measuring chemical concentrations in Mancos Shale seeps and springs from samples collected throughout much of its depositional basin. This information is directly relevant to evaluation of groundwater contamination at uranium mill tailings disposal sites that were constructed on the Mancos Shale. Because uranium is an important contaminant at U.S. Department of Energy (DOE) former uranium milling sites and tailings disposal sites, it is a contaminant of principal interest to this study. It is important to understand the possible contribution of natural uranium to background concentrations at these cleanup sites to ensure realistic cleanup standards and to evaluate the progress of site cleanup. Relatively few data exist on uranium concentrations in surface water or groundwater influenced by Mancos Shale.

Uranium mill tailings disposal cells were built on Mancos Shale near Grand Junction, Colorado, and Shiprock, New Mexico. These sites are administered by DOE's Office of Legacy Management. Under another program, DOE is currently (2011) relocating uranium tailings from a former milling site near Moab, Utah, to a disposal cell built on Mancos Shale at Crescent Junction, Utah (Figure 1).

Less-direct reasons for studying Mancos Shale groundwater chemistry include its role in the understanding of (1) contaminant loading to surface water, particularly the Colorado River, (2) uranium ore genesis, and (3) influence of natural carbon releases on the global carbon budget. These three secondary objectives are discussed briefly as follows:

(1)     Many studies have focused on the release of salt and selenium from the Mancos Shale and its effects on salt loading to the Colorado River. Notable research has been conducted by personnel at the U.S. Geological Survey (USGS) (Butler et al. 1991, 1994, 1996; Wright 1995, 1999; Butler and Leib 2002; Grauch et al. 2005; Tuttle et al. 2005, 2007; Thomas et al. 2008; Tuttle and Grauch 2009; Stillings et al. 2005), University of California, Davis, (Whittig et al. 1982, 1983, 1986; Deyo 1984; Evangelou et al. 1984, 1985), Utah State University (Jurinak et al. 1977; Wagenet and Jurinak 1978; Rao et al. 1984), Colorado State University (Laronne 1977; Ponce and Hawkins 1978; Sunday 1979; Laronne and Shen 1982; Laronne and Schumm 1982), and others (Jackson and Julander 1982). These studies are important because of issues with deteriorating water quality for downstream users, particularly in California and Mexico. Data collected for most of these studies are predominantly from samples of surface waters (streams, lakes, and canals) that flow to the Colorado River. Groundwater contribution of salt and selenium have also been investigated (e.g. Butler et al. 1994), but to a far lesser extent.

(2)     Although most theories of the origin of sandstone-type uranium ore deposits in the Colorado Plateau Province do not invoke a contribution from the Mancos Shale, Shawe (1976) proposed that uranium ore deposits in the Slick Rock District in southwest Colorado were formed by uranium-bearing groundwater that flowed downward from the Mancos Shale during burial compaction, depositing uranium in the organic-carbon-rich Morrison Formation. Shawe (1976) suggested that the fluids migrating from the Mancos were reducing, with uranium kept in solution by dissolved carbonate.

(3)     Petsch et al. (2000) determined that between 60 and 100 percent of the total organic carbon present in black shale can be released during weathering. Oxidation during weathering depletes oxygen from and adds carbon dioxide to the atmosphere. As shown in Figure 1, the Mancos Shale crops out over approximately 1,250 square miles in the Four Corners states. The vast area of Mancos and equivalent gray marine shale outcrops that are in Arizona, Colorado, Kansas, Montana, Nebraska, New Mexico, North Dakota, South Dakota, Utah, and Wyoming may provide sufficient carbon dioxide release to have an impact on the global carbon budget.



*Figure 1. Locations of Sampling Regions and Mancos Shale Outcrops*

*CSA = Cerro Summit Area (Figure 10), DAR = Daly Reservoir Area (Figure 9), DRA = Delta Reservoir Area (Figure 2), DTA = Devil's Thumb Golf Course Area (Figure 4), LAA = Loutsenhizer Arroyo Area (Figure 11), SA = Shiprock Area (Figure 12), SLA = Sweitzer Lake Area (Figure 5), WA = Whitewater Area (Figure 6)*

# 2.0    Geology of the Study Area

The Mancos Shale was deposited during the Late Cretaceous Epoch in the offshore and open-marine environment of the epicontinental Western Interior Seaway. The seaway corresponded to the Rocky Mountain foreland basin, an area of downwarping that developed as a result of active thrusting along the Sevier orogenic belt to the west (Johnson 2003). For about 13 to 15 million years, the slowly subsiding foreland basin accumulated sediment and ash-fall deposits from periodic uplift and volcanic activity in the Sevier highland to the west (Matthews et al. 2003).

The exposed formation reaches as much as 4,150 ft thick in west-central Colorado and east-central Utah (Fisher et al. 1960). Named by Cross and Purington (1899) for exposures in the valley around Mancos, Colorado, the Mancos Shale in that area is considerably thinner—only 2,238 ft, as measured in a section by Leckie et al. (1997).

The Mancos Shale represents the interplay of transgressive and regressive episodes of the seaway. Shale, mudstone, claystone, and limestone were deposited during transgressions, and sandstones were deposited during regressions. The lithologic variation around the depositional basin, reflecting the proximity to sediment sources in the Sevier highland, created a complicated nomenclature for the Mancos—Berman et al. (1980) referred to the nomenclature as "burdensome." Mancos Shale, as recognized in the Colorado Plateau and Southern Rocky Mountains, represents only part of the marine rocks formed in the western part of the seaway. Other formations represent these seaway deposits to the east and north. As thrusting progressed eastward in the Sevier orogenic belt with time, the west part of the seaway filled, and marine conditions shifted eastward where the Pierre Shale was deposited in eastern Colorado and in adjoining states to the east and north.

Mancos Shale nomenclature varied significantly across the Colorado Plateau in the six regions where samples were collected for this study. Figure 2 shows the various members of Mancos Shale for each of the sampled regions (Delta and Montrose Regions were combined because their Mancos Shale members are similar). Also shown in Figure 2 is a nomenclature column of Mancos-equivalent marine deposits for eastern Colorado where the Pierre Shale is present. In western Colorado, the upper part of the Mancos Shale is equivalent to the lower part of the Pierre Shale (Berman et al. 1980). For the Delta-Montrose and Shiprock Regions, much of the nomenclature is imported from the open-marine facies (and members) recognized in eastern Colorado.

Immediately underlying the Mancos Shale in the study area is the Dakota Sandstone, which was deposited during the initial transgression of the seaway. The maximum transgression of the seaway corresponding to its greatest depth is characterized by the deposition of fine-grained carbonates of the Bridge Creek, Fort Hays Limestone, and Greenhorn Limestone Members (Kauffman 1969). As the sea gradually regressed in cycles, the shoreline moved generally from the northwest to southeast across the study area. During the seaway regression, the Mancos typically intertongues with marginal-marine rocks in the overlying Mesaverde Group. Basal Mesaverde Group regressive coastal deposits in the study area include the Castlegate, Point Lookout, and Star Point Sandstones. The basal coastal deposit and equivalent to the basal Mesaverde in eastern Colorado overlying the Pierre Shale is the Fox Hills Sandstone.

*Figure 2. Mancos Shale Nomenclature for the Six Sampled Regions and Eastern Colorado Area*

Mancos Shale generally consists of clayey to sandy to calcareous silt-shale with minor limestone, marlstone, bentonite, concretions, and sandstone beds (Noe et al. 2007a). These rocks represent muddy, shallow shelf deposits, and they typically form badland-style topography. A good example of this geomorphic expression is in the area of the South Branch of Loutsenhizer Arroyo in the Montrose, Colorado, Region (shown in the cover photo). Here, as in many other places of exposed Mancos, the shale is covered with a thin skin of residual or colluvial mud, as a result of in-place weathering (Noe et al. 2007a). Weathering commonly imparts a "popcorn" texture in calcareous shales of the thick Smoky Hill Member. Other characteristics of the Smoky Hill are the presence of *Inoceramus* shell fragments and its tendency to weather to a lighter gray or yellow-golden color. The overlying Prairie Canyon Member, is generally noncalcareous and organic-rich, and it contains very fine-grained, bioturbated, thin sandstone beds that weather out into small plates.

As used in this study, weathered Mancos Shale is defined as those portions of Mancos that have undergone significant chemical changes related to weathering processes, chiefly pyrite oxidation to iron hydroxide minerals and significant oxidation and loss of organic matter. This definition of weathering is consistent with that used by Berner (1987). These geochemical reactions are likely accompanied by mineralogical changes to the clay fraction, and manifest themselves in various ways including a change in the color of Mancos Shale from dark gray to yellowish gray and the production of a popcorn texture at the ground surface. Various terms have been used in the literature, but not well defined, for features that we presume to correlate with this definition of weathered Mancos Shale: Mancos Shale residuum (Wright and Butler 1993; Butler et al. 1994), shale residuum (Wright 1995, 1999), surficial Mancos Shale (Laronne 1977), weathered Mancos (Laronne and Shen 1982; Laronne 1977), weathered zone (Stillings et al. 2005), weathered shale (Wright 1995; Evangelou 1981), and partially weathered Mancos (Evangelou et al. 1984, 1985; Evangelou 1981). Similarly, our definition of unweathered Mancos Shale is probably mostly equivalent to Mancos Shale bedrock (Butler et al. 1994), competent Mancos (Laronne 1977), and less-weathered shale (Stillings et al. 2005). Mancos Shale hills are in most places capped by weathered shale that has a light-gray or yellow color. Another characteristic of weathered Mancos Shale is the presence of gypsum ($CaSO_4 \cdot 2H_2O$) and calcite ($CaCO_3$); the amounts of both decrease with increasing depth. However, weathering of Mancos Shale can apparently occur without any obvious change in appearance. In a study of the weathering of organic matter in the Mancos Shale, Leythaeuser (1973) found that core samples with a similar dark-gray appearance had significantly lower concentrations of organic carbon in the shallowest zones, likely due to weathering. In a study of black shale in Germany, Littke et al. (1991) also showed that organics can be weathered without a significant change in macroscopic appearance.

Thin bentonite beds have been identified in most members of the Mancos Shale. Thicknesses of the beds range from a fraction of an inch to as much as 5 ft and most commonly are 1 to 6 inches. Bentonite was first defined to be a highly colloidal, plastic clay found in Cretaceous rocks near Fort Benton, Wyoming (Knight 1898). Later definitions of bentonite limited it to clays composed mostly of montmorillonite produced by the alteration of volcanic ash. Approximately 400 to 450 distinct bentonite beds have been identified in the Western Interior Seaway deposits, and many of the bentonite beds extend for hundreds of miles across the depositional basin (Kauffman 1977). Radiometric dates of the bentonites correlate well with index fossils and provide a detailed geochronology for the seaway. Further definition of bentonite (in common usage, and in this report) classifies it as a rock derived from wind-transported volcanic ash, predominantly vitric in character, that fell into a body of water, and

then settled to form a discrete bed (Schultz et al. 1980). Glassy ash shards are altered most commonly to smectite, and phenocrysts in the ash are typically preserved. The rock is considered a bentonite if the ash-fall origin is recognizable. This definition was used by Schultz et al. (1980) for description of bentonite beds in the Pierre Shale, an eastern equivalent of the Mancos Shale. Numerous bentonite beds as much as 5 ft thick (but typically less than 1 ft thick) in the upper Pierre Shale just west of Denver, Colorado, are described by Noe et al. (2007b). Mineralogy of these bentonites indicates they are calcium bentonites and do not have as much swelling capacity as the very highly expansive sodium bentonites that occur in northern Wyoming.

During this study, bentonite beds were observed as light gray to white, thin layers in several exposures of Mancos Shale, particularly in the Montrose and Delta Regions. In the Delta Region, bentonite beds several inches thick were present at the Delta Reservoir seeps in the lower part of the Prairie Canyon Member. In the Montrose Region, bentonite beds were seen in the Prairie Canyon Member in areas investigated along a tributary to Loutsenhizer Arroyo. Also in the Montrose and Delta Regions, just above the Prairie Canyon Member, bentonite beds were observed in the Sharon Springs Member.

# 3.0    Site Descriptions

In November and December 2010, samples were collected from 69 sampling locations over a broad geographic area on the Colorado Plateau encompassing much of the Mancos Shale depositional basin (Figure 1). Latitude and longitude coordinates and geologic units for each sampling location are provided in Appendix A. For ease of discussion, these locations were grouped into six sampling regions named after the nearby towns of Delta, Green River, Hanksville, Montrose, Price, and Shiprock (Figure 1). Where there were clusters of sampling locations, the regions were subdivided into sampling areas. Some of the locations were in irrigated areas, whereas others were remote with little chance for anthropogenic impacts. Seeps were sampled at 51 of these locations and surface water at 18 locations. Seeps are surface expressions of groundwater with insignificant flow, whereas springs are the same but with sufficient flow to form a stream of water. These definitions were used in the location names (Appendix A), but for simplicity in the document, we use the terms "seep" and "spring" interchangeably.

Areas with known groundwater occurrences were identified using the USGS National Water Information Service (NWIS) Web Interface (USGS 2011a). Other areas likely to have groundwater seepage were identified using aerial photography in Google Earth and from data from DOE's National Uranium Resource Evaluation (NURE) program (USGS 2011b). Field reconnaissance investigations identified additional sampling locations.

Of the surface water locations, 12 were small streams and pools receiving water from the seeps or springs. At the other six surface locations, water bodies were identified as the source of water for the groundwater that surfaced at the seep sampling locations. These six surface locations are Whitewater Ditch No. 2 (WD2) that feeds Whitewater Ditch No.2 seep (WD2S); Bostwick Canal West Lateral (BCWL) that feeds the Loutsenhizer Area seeps; Sweitzer NE Garnet Canal (SNGC) that feeds the seeps northeast of Sweitzer Lake; Sweitzer Lake (SL) that feeds Buen Pastor Spring (BPS); Delta Reservoir (DR) that feeds Delta Reservoir Seep 1 (DRS1), Delta Reservoir Seep 3 (DRS3), and Delta Reservoir Dam Spring (DRDS); and Daly Reservoir (DAR) that feeds Daly Reservoir Spring 1 (DARS1) and Daly Reservoir Spring 2 (DARS2).

Many of the seep locations were conspicuous by the presence of extensive white efflorescent salt coatings on the ground surface. At a few locations, particularly those at the Sweitzer Lake Area and Dutchmans Wash Seep, the efflorescence was intense and formed several acres of crystalline salt crusts as much as one inch thick. Using samples collected from the West Salt Creek watershed near Grand Junction, Colorado, and the Miller Creek watershed near Price, Utah, Whittig et al. (1982) identified the mineral assemblage in efflorescence as gypsum ($CaSO_4 \cdot 2H_2O$), epsomite ($MgSO_4 \cdot 10H_2O$), hexahydrite ($MgSO_4 \cdot 6H_2O$), pentahydrite ($MgSO_4 \cdot 5H_2O$), starkeyite ($MgSO_4 \cdot 4H_2O$), kieserite ($MgSO_4 \cdot H_2O$), loewite ($Na_4Mg_2(SO_4)_4 \cdot 5H_2O$), bloedite ($Na_2Mg(SO_4)_2 \cdot 4H_2O$), mirabilite ($Na_2SO_4 \cdot 10H_2O$), and thenardite ($Na_2SO_4$). Bloedite, thenardite, and sideronatrite [$Na_2Fe(SO_4)_2(OH) \cdot 3H_2O$] were identified in efflorescent salts at DOE's Shiprock, New Mexico, disposal site (DOE 2000).

Shale beds were the source of the groundwater seeps, with the exception of nine locations. At BAS, BSCS, BSCUS, CWCS, TWS, and YHS the groundwater issued from sandstone beds in the Mancos Shale. At GRCRS, LGWS, and MS, groundwater issued from gravel alluvium. In the following discussion, we refer to these nine sites as "sandstone" seeps.

Each location is described individually and organized alphabetically by region.

## 3.1    Delta, Colorado, Region

### 3.1.1    Delta Reservoir Area and Devil's Thumb Area (Delta Reservoir Locations DR, DRDS, DRS1, DRS3 and Devil's Thumb Locations DTS1, DTS2, and DTS3)

Delta Reservoir (Figure 3) is located about 4 miles north of Delta, Colorado, and about 1 mile north of Devil's Thumb Golf Course. Sources for historical information about these areas include discussions with Mr. Andy Mitchell (City of Delta) and an unpublished report prepared by Golder Associates for Delta County (Golder Associates 2004). Delta Reservoir occupies 3.2 acres and is fed by a pipe from Doughspoon Reservoir high on the southwest side of Grand Mesa. Because Delta Reservoir is fed from the Grand Mesa, its water is pristine, as indicated by our sample collected on November 8, 2010, that had a low specific conductance of 114 µS/cm. Seeps DRS1 and DRS3 are located about 1,400 ft east of and hydraulically downgradient of Delta Reservoir. Seep DRS3 (Figure 3) emerges from the side of a steep hillside outcrop where two lines of tamarisks mark seepage (Figure 4). To reach seeps DRS1 and DRS3, the water must recharge into the Mancos Shale beneath Delta Reservoir and then travel along fractures and bedding planes. Several bentonite layers are present in the Mancos that appear to exert local control on the groundwater flow. The seeps sampled at DRS1 and DRS3 occur just above bentonite beds and had specific conductivity values of 27,250 and 22,840 µS/cm, respectively. Sampling location DRDS was established just downstream of the Delta Reservoir dam where water flowed down a small stream at more than a few gpm. The water emerging at DRDS would have had minimal residence time in the dam material, which appeared to be composed of alluvium and broken-up Mancos bedrock.



*Figure 3. Delta Reservoir Area and Sampling Locations*



*Figure 4. View Northeast Toward Two Lines of Tamarisk That Mark Seepage along Two Separate Bentonite Beds. DRS3 is located just above the lower bentonite bed.*

Devil's Thumb Golf Course is about 3 miles north of Delta and was constructed in 2000 (Figure 5). Delta Reservoir was used as the water supply for the City of Delta through 1990, after which the reservoir was drained and remained empty until 1998 when refilling was initiated to supply water for the planned Devil's Thumb Golf Course. Images from Google Earth confirm that the reservoir was dry in September 1993. Water was conveyed through pipes from Delta Reservoir to four unlined ponds on the Devil's Thumb Golf Course starting in August 2000. Initially, the course was irrigated with as much as 1 million gallons of water per day to establish the turf.



*Figure 5. Devil's Thumb Golf Course Area and Sampling Locations*

Shortly after the golf course opened, groundwater seeps started to appear in nearby areas. In November 2001, USGS personnel sampled a seep at location USGS Seep 2, also referred to in the NWIS database (USGS 2011a) as 384657108041901. This seep is 4,200 feet (ft) from the Devil's Thumb Golf Course pond and receives groundwater that has flowed through the Mancos Shale (Figure 5). Using the time period from the filling of the ponds in August 2000 to the first documented seepage at USGS Seep 2 in November 2001 and a flow distance of 4,200 ft, we estimated a minimum flow velocity through the shale of 8 ft per day. USGS Seep 2 was flowing at about 9 gallons per minute (gpm) at the time of the USGS sampling and had high concentrations of major ions, selenium, and uranium (Table 2). Concentration data for nitrate in this seep were not available in the NWIS database (USGS 2011a).

*Table 2. Composition of Devil's Thumb USGS Seep 2 on November 28, 2001*

| Constituent | Concentration | Constituent | Concentration |
|---|---|---|---|
| Sp. Conductance | 26,000 µS/cm | pH | 7.9 |
| Alkalinity | 526 mg/L as CaCO$_3$ | Selenium | 18,700 µg/L |
| Calcium | 435 mg/L | Sulfate | 12,900 mg/L |
| Magnesium | 1,220 mg/L | Chloride | 1,240 mg/L |
| Sodium | 5,730 mg/L | Arsenic | 1,020 µg/L |
| Potassium | 38.3 mg/L | Uranium | 139 µg/L |
| Boron | 634 µg/L | Nitrate | no value in NWIS |

Source: USGS 2011a
µS/cm = microsiemens per centimeter

Largely because of the high selenium concentrations, efforts were undertaken by the City of Delta to minimize seepage from the golf course ponds. The four ponds were consolidated into a single, 2.9-acre pond prior to 2004. This larger pond (labeled "pond" on Figure 5) was lined with bentonite, and later, polyacrylic acid potassium (PAM) was applied to slow the recharge. On January 21, 2003, the seep was still flowing at a rate of about 14 gpm (USGS 2011a). A photograph taken in 2003 by Kenneth Leib (written communication) of USGS indicated that the seep had created a marsh area. Because neither the bentonite liner nor the PAM treatment was successful in eliminating recharge from the pond, in 2004 the pond was lined with plastic. Soon after the pond was lined with plastic, USGS Seep 2 dried up (Andy Mitchell, personal communication). It was dry at the time of our study and had apparently been dry for some time based on the difficulty we had in determining the location of the former marsh area. The rapid loss of the seepage at USGS Seep 2 following the pond lining confirmed that the golf course pond was the source of the seep water and that groundwater can move at high velocity through the Mancos.

### 3.1.2   Point Creek Seep (Location PCS)

Point Creek Seep (PCS) is an isolated seep flowing from shale in the Mancos Shale along the bank of Point Creek on the southwest flank of Grand Mesa about 9 miles northwest of Delta, Colorado (Figure 1). It was identified as location 385043108112901 in the NWIS database and was sampled by U.S. Bureau of Land Management personnel on April 18 and May 13, 1980, at which times it had specific conductivities of 7,380 and 7,480 µS/cm, respectively (USGS 2011a).

Several days prior to sample collection, we placed a sampling pipe in the seep by hand digging. At the time of sampling on November 8, 2010, the seep had a specific conductivity of 10,739 µS/cm. No obvious sources of surface water that might supply this seep were identified. The area is remote and there is no irrigation in the vicinity.

### 3.1.3   Sweitzer Lake Area (Locations BPS, SL, SNGC, SNS, SNS1, SNS2, SNS3, SRP, and US1)

Sweitzer Lake is located about 2 miles southeast of Delta, Colorado. The lake is fed from a diversion ditch off the Garnet Canal on the east side of the lake (Butler et al. 1991). Sweitzer Lake has long been known to have elevated concentrations of selenium. Butler et al. (1991) reported selenium concentrations ranging from 5 to 45 µg/L in the lake water.



*Figure 6. Sampling Locations for Sweitzer Lake Area*

We collected surface water samples from Sweitzer Lake at location SL and from the Garnet Canal at location SNGC. At the time of sampling on November 4, 2010, the water level in the Garnet Canal had dropped several feet from the week prior because it was near the end of the irrigation season. Samples were collected from locations SNS, SNS1, SNS2, and SNS3 on November 30, 2010, from hand-dug holes in a seepage area heavily encrusted with efflorescence along a tributary draining into Sweitzer Lake about 1,000 ft northeast of the lake (Figure 6). These seep samples had some of the highest concentrations of salts and trace metals of any samples collected for our study, with specific conductivity values as high as 68,114 µS/cm, and the water samples were deep yellow or red from dissolved organic carbon (DOC). Another seep (US1) located about 750 ft east of Sweitzer Lake and cited in Thomas (2009) was sampled from a hand-dug hole. A nearby pool of deep-red water (SRP) was also sampled. Buen Pastor Spring (BPS) is located about 800 ft south of Sweitzer Lake and was sampled from a sampling pipe placed about 2 ft into the ground.

### 3.1.4   Whitewater Area (Locations KCFS, WCTS, WCTSP1, WCTSP2, WD2, and WD2S)

The Whitewater Area is between Delta and Grand Junction, Colorado, about 6 miles southeast of Grand Junction (Figure 7). Efflorescence is common over several square miles in the Whitewater Area. Kannah Creek Flowline Spring (KCFS) was sampled in the nearly dry creek bed at the farthest upstream point where water starts seeping into the drainage. Efflorescence was abundant in the KCFS seepage area, and the specific conductivity was 26,250 µS/cm. Another seep (WD2S), located adjacent to U.S. Highway 50, had an unusually low pH of 4.15 and a specific conductivity of 14,285 µS/cm. Water supplying seep WD2S was sampled at location WD2 from Whitewater Ditch No. 2, which runs nearly parallel to U.S. Highway 50. As with location KCFS,

the vicinity at and near WD2S and WD2 had an extensive cover of efflorescence. A third seep (WCTS) was sampled in a tributary to Whitewater Creek. Specific conductivity of this seep was not measured, but samples from two nearby pools at locations WCTSP1 and WCTSP2 that were fed from the seep had high specific conductivity values of 47,655 and 67,474 µS/cm, respectively. This area is also characterized by widespread efflorescence.



*Figure 7. Sampling Locations at the Whitewater Area*

## 3.2   Green River, Utah, Region

### 3.2.1   Cisco Area (Locations CAS, CIS, CWC, and S36)

Location CAS is at Cato Springs about 42 miles east-northeast of Green River, Utah, and about 10 miles north of the unincorporated community of Cisco, Utah (Figure 1). The spring issued from a stream bank and was marked by red ferric oxyhydroxide deposits having a slimy appearance that might have been due to the presence of algae (Figure 8). This red coloration is distinctly different from the dissolved red coloration at some locations that is caused by DOC, such as at location HGS in the Montrose, Colorado, Region (Figure 9). The precipitates formed from reduced groundwater carrying ferrous iron at a concentration of 2.03 milligrams per liter (mg/L) that was exposed to atmospheric oxygen at the spring. The sample from CAS was collected from a hand-dug hole and had a relatively low specific conductivity of 2,184 µS/cm. A stream sample was collected at location CWC in Cottonwood Wash about 30 ft from location CAS.



*Figure 8. Red Color Caused by Ferric Oxyhydroxide. Photo taken at Cato Springs, October 12, 2010.*



*Figure 9. Red Pool of Water Formed from Seep at Houston Gulch.*
*The red color is caused by dissolved organic carbon.*

Seep location CIS was at Cisco Springs, about 3 miles southwest of Cato Springs. The seep is in a wash adjacent to outcrops of gray shale in the Mancos. Cattails are prominent in the immediate area of the sampling location and a prominent tamarisk stand was present about 100 ft upstream. The sample was collected from a pool in the stream bank and had a specific conductivity of 3,947 µS/cm.

Section 36 Seep (S36) is located about 200 ft south of Interstate 70 (I-70) and about 5 miles southwest of Cisco, Utah (Figure 1). The sample was collected from a hand-dug hole in the bank of a drainage that appeared to have been straightened during construction of I-70. Shale beds of the Mancos Shale underlie the area, and it was apparent that the seepage had originated in the Mancos. However, the sampling hole did not quite reach bedrock and was terminated in colluvium. Efflorescence coated much of the streambed. The sample, collected on November 11, 2010, had a specific conductivity of 24,522 µS/cm.

### 3.2.2   Daly Reservoir Area and Browns Wash Seep (Locations BWS, DAR, DARS1, and DARS2)

Daly Reservoir in Grand County, Utah, was built for range improvement in April 1983 (verbal communication from Becky Dolittle, Moab Field Office, U.S. Bureau of Land Management). It fills from an unnamed drainage that drains northwest to Browns Wash and has an area of 2.4 acres. Daly Reservoir was sampled from the dam at location DAR, and had a specific conductance of 1,720 µS/cm. Daly Reservoir Springs 1 and 2 (DARS1 and DARS2) were sampled at locations 230 and 360 ft from the reservoir, respectively (Figure 10). The springs were flowing from an embankment of gray shale of the Mancos into a small arroyo. Samples were collected from hand-dug holes in the bank of the arroyo. Efflorescence was abundant on the banks and in the bottom of the arroyo. Specific conductivity values in samples from seeps DARS1 and DARS2 were 9,187 and 15,377 µS/cm, respectively.

Sampling location Browns Wash Seep (BWS) is about 1.4 mile northeast of Daly Reservoir (Figure 1). Much of Browns Wash near BWS is eroded down to shale of the Mancos bedrock, but portions are covered by thin bars and lenses of alluvial gravel. Browns Wash Seep (BWS) was sampled from a sampling pipe emplaced about 1 ft deep in an alluvial lens. The sample had a specific conductivity of 10,798 µS/cm. Efflorescence in this area was minimal.

### 3.2.3   Floy Wash Area (Locations ETFW, ETFWD, UFWS, UFWS1, UFWS2, and WFFW)

West Fork Floy Wash (WFFW) is about 4 miles northeast of exit 175 on I-70 (Figure 1). The entire area is underlain by shale of the Mancos, and seepage appeared to be emanating from a series of locations along the wash. Specific conductivity was measured at six locations in pools along a 1,000 ft stretch of the wash; values ranged from 6,000 to 22,000 µS/cm. Pools with high specific conductivity had a yellow color. One sample from one pool (WFFW) was analyzed only for uranium, and it had a uranium concentration of 57.4 µg/L.



*Figure 10. Sampling Locations at Daly Reservoir*

Locations East Tributary Floy Wash (ETFW) and Upper Floy Wash Spring (UFWS) are about 1 mile south of location WFFW (Figure 1). Location ETFW was at the farthest upstream appearance of water in the wash, and although mostly concealed, it was probably formed from a seep. The pools that formed were red from precipitation of ferric iron, and cattails were abundant. Specific conductivity of the water at ETFW was 21,315 µS/cm, and specific conductivity in a pool about 50 ft downstream (location ETFWD) was 6,300 µS/cm. Samples were collected from a sampling pipe inserted about 2 ft into the ground at location UFWS, and the water had a specific conductivity of 6,514 µS/cm. Water in both of two hand-dug, 1 ft deep holes located 30 ft (UFWS1) and 50 ft (UFWS2) downstream had a specific conductivity of 2,236 µS/cm. Sediment in these holes was black and had an odor that indicated chemical reduction. Ferric iron coated portions of the stream and was likely derived from dissolved ferrous iron that had oxidized as it contacted the atmosphere at the seeps.

### 3.2.4    Green River Canal Return Seep (Location GRCRS)

This seep is referred to as SP-3 in Gerner et al. (2006) and is shown on Figure 1. USGS personnel collected samples from the seep between June and September 2004 to help determine salt loading from agricultural practices in the Green River, Utah, area (Gerner et al. 2006). Dissolved solids concentrations in the USGS samples ranged from 4,280 to 4,640 mg/L; our sample collected on November 11, 2010, had a specific conductivity of 3,847 µS/cm.

The seep is located on the bank of an irrigation return canal about 850 ft from its entry to the east side of the Green River. The sample was collected from a 2 ft deep hole that was dug by hand into the bank of the canal. Lithologic relationships are somewhat concealed, but the seep appears to result from water that had infiltrated from the canal to the Green River floodplain alluvium and then surfaced at or near the contact with the underlying Mancos Shale bedrock. Thus, the chemistry of this seep may be influenced by contact with both alluvium and Mancos Shale, and by irrigation.

### 3.2.5   Little Grand Wash (Locations LGW and LGWS)

The seep sample from site LGWS was collected from a sampling pipe inserted about 1.5 ft into the stream bank of Little Grand Wash (Figure 1). A stream sample was collected 2 ft from the seep in a pool composed mostly of seep water. The stream was partially frozen and was flowing at less than 1 gpm. The stream sample could have been affected by exclusion of some ions from the ice during freezing. Specific conductivity values measured on November 12, 2010, for the seep and wash samples were 1,637 and 1,326 $\mu$S/cm. respectively.

The seep appears to result from water that flowed through Little Grand Wash alluvium and then surfaced at or near the contact with the underlying Lower Blue Gate Member of Mancos Shale bedrock. Thus, the chemistry of the seep could be influenced by contact with both alluvium and Mancos Shale.

## 3.3   Hanksville, Utah, Region

### 3.3.1   Town Wash Spring (Locations TWS and TWSP)

Town Wash Spring location TWS is in the Henry Mountains Basin about 9 miles southwest of Hanksville, Utah, (Figure 1) and is listed in the NWIS database as location 381721110505401 (USGS 2011a). The sample from location TWS was collected from a 2 ft deep sampling pipe. At the time of our sampling on November 17, 2010, the specific conductivity was 10,018 $\mu$S/cm. A pool, sampled at location TWSP in Town Wash about 20 ft south of the TWS sampling pipe, had a specific conductivity of 5,630 $\mu$S/cm. Water emerging at the spring originated from flow through sandstone in the Ferron Sandstone Member of the Mancos at the contact with the underlying Tun" Member of the Mancos Shale.

### 3.3.2   Cottonwood Creek Spring (Location CWCS)

Cottonwood Creek Spring location CWCS is in the Henry Mountains Basin about 9 miles southwest of Hanksville, Utah, (Figure 1) and is listed in the NWIS database as location 381739110513801 (USGS 2011a). The sample from location CWCS was collected from a small pool that was fed from the seep. At the time of our sampling on November 17, 2010, the specific conductivity was 5,965 $\mu$S/cm. Water emerging at the spring originated from flow through sandstone in the Ferron Sandstone Member of the Mancos at the contact with the underlying Tunuk Member of the Mancos Shale.

### 3.3.3    Bert Avery Spring (Location BAS)

Bert Avery Spring location BAS is in the Henry Mountains Basin about 9 miles southwest of Hanksville, Utah, (Figure 1) and is listed in the NWIS database as location 381603110491901 (USGS 2011a). The sample from location BAS was collected from a 2 ft deep sampling pipe placed at the base of a 30 ft thick sandstone cliff. At the time of our sampling on November 17, 2010, the specific conductivity was 418 µS/cm. Water emerging at the spring originated from flow through sandstone in the Ferron Sandstone Member of the Mancos at the contact with the underlying Tununk Member of the Mancos Shale.

### 3.3.4    Bitter Spring Creek (Locations BSCS and BSCUS)

Bitter Spring Creek Seep location BSCS (Figure 1) is southwest of the Henry Mountains in the Henry Mountains Basin about 400 ft east of the Capitol Reef National Park boundary. It is listed in the NWIS database as location 375458111011901 (USGS 2011a). The spring sample at location BSCS was collected from a sampling pipe near the base of a massive sandstone bed in the Emery Sandstone Member of the Mancos Shale. The spring water was depositing iron oxide on the rocks and streambed. Our sample, collected November 18, 2010, had a specific conductivity of 2,037 µS/cm. The upper spring sample at location BSCUS was collected from a shallow stream pool at the farthest upgradient location of seepage and had a specific conductivity of 1,079 µS/cm. This area is characterized by steep sandstone cliffs, and the intermittent stream has formed a series of falls up to 20 ft high. The groundwater flows through sandstone in the Emery Sandstone Member of the Mancos, and the springs emerge near the base of the Emery Sandstone at the contact with the underlying Blue Gate Member of the Mancos Shale.

## 3.4    Montrose, Colorado, Region

### 3.4.1    Cerro Summit Area (Locations CCS, HGS, HGSE, and HGRP)

Cedar Creek Seep location CCS is about 70 ft south of U.S. Highway 50 and about 2 miles northwest of Cerro Summit (Figure 11). The seep flows from the north side of a dirt road from the Highway 50 embankment, and efflorescence is apparent (Figure 11 inset). The groundwater sample was collected from a hand-dug hole in the highest-elevation portion of the seepage area. The water had a dark-yellow color and a specific conductivity of 16,409 µS/cm. The radon-222 concentration was 1,625 picocuries per liter (pCi/L), which was the highest value measured in our study. The source of the water feeding the seep was not determined.

Location HGS (Figure 11) in Houston Gulch is along Highway 50 about 1.7 miles northwest of location CCS and about 100 ft north of the highway. The sample was collected from a sampling pipe inserted about 1.5 ft into the seepage area. Groundwater issuing from the seep was red due to DOC and had a specific conductivity of 22,790 µS/cm. Sampling location HGSE was a hand-dug hole 30 ft southeast of HGS. The groundwater at location HGSE was also red and had a specific conductivity of 21,658 µS/cm. Red water flowed from the seepage area down a small stream (Figure 9). The stream at location HGRP had a specific conductivity of 45,645 µS/cm.



*Figure 11. Sampling Locations at Cerro Summit Area. Inset is a September 28, 2010, photo of Cedar Creek Seep.*

### 3.4.2   Loutsenhizer Arroyo Area (Locations BCWL, LOUT3, LOUT8, LOUT9, LOUT11, LOUT11W, LOUT12L, LOUT12U, LOUT13, LOUT14)

According to the USGS 1:24,000 topographic map of the Olathe quadrangle, the main portion of Loutsenhizer Arroyo runs northwest along the eastern side of the Uncompahgre River valley floor starting about 5 miles north of Montrose, Colorado. Our sampling was conducted in one of the upper reaches of Loutsenhizer Arroyo, which is unnamed on the USGS topographic maps but is referred to as South Branch of Louzenhizer [sic] Arroyo by Butler and Leib (2002). For ease of discussion, we will use the name Loutsenhizer Arroyo to refer to the South Branch and its tributaries in the area of our sampling (Figure 12). Bostwick Canal runs along the upper reach of Loutsenhizer Arroyo (Figure 12) and is likely the source for the seepage in the arroyo. Location BCWL, on the West Lateral of the Bostwick Canal with a similar water supply, had a specific conductivity of 197 µS/cm.



*Figure 12. Sampling Locations at Loutsenhizer Arroyo Area and Location of the West Lateral of Bostwick Canal (labeled Bostwick Canal). Insert photo is LOUT8 seep looking southwest.*

A spring with a high uranium concentration of 113.8 µg/L was discovered on September 26, 1977, during sampling for the NURE program in the Montrose 1° × 2° quadrangle (Broxton et al. 1979). Additional chemical data for this seep, from samples collected on May 15, 2000, are available in the NWIS database where it is listed as "Upper Seep, S. Branch Loutsenhizer Arroyo" with the index number 383307107464701 (USGS 2011a). On this date it had a specific conductivity of 10,600 µS/cm. The NWIS (USGS 2011a) database lists another seep in Loutsenhizer Arroyo as "Lower Seep, S. Branch Loutsenhizer Arroyo" with the index number 383242107470402 that has data for October 5, 2000, at which time the specific conductivity was 42,800 µS/cm. Our locations LOUT9 and LOUT8 are the same as the NWIS (USGS 2011a) locations Upper Seep and Lower Seep, respectively.

Efflorescence was common at the Lower seep, LOUT8 (Figure 12, inset), but efflorescence was minimal at LOUT9. Samples collected from locations LOUT9 and LOUT8 on November 4, 2010, had specific conductivity values of 8,844 and 22,130 µS/cm, respectively. Location LOUT11 was sampled from a shallow, hand-dug hole in a small tributary to Loutsenhizer Arroyo, and location LOUT11W was in the wash about 9 ft away. Samples of LOUT11 and LOUT11W had specific conductivity values of 11,600 and 315 µS/cm, respectively. Location LOUT12U was a seep dripping from a plant rootlet bedded in gray shale in a small ravine on the side of a steep Mancos hillside. Another seep was sampled at location LOUT12L near the bottom of the same ravine as LOUT12U, near where the ravine intersected the main arroyo. Specific conductivity values for samples at LOUT12U and LOUT12L were 5,190 and 6,220 µS/cm, respectively. Locations LOUT13 and LOUT14 were downstream from LOUT11 in the same tributary and were sampled to test chemical variability along the tributary.

Seep water measured in hand-dug holes at locations LOUT13 and LOUT14 had specific conductivity values of 5,880 and 17,700 µS/cm, respectively. Seep location LOUT3 was farther down the tributary and was sampled from a sampling pipe in a grassy area where seepage emerged from the Mancos Shale. Specific conductivity at this location was 15,330 µS/cm.

## 3.5    Price, Utah, Region

### 3.5.1    Mud Spring (Location MS)

At location MS, clear water was flowing up and out of an existing vertical PVC pipe, and the sample was collected by pumping water from the pipe. The spring is listed as Mud Spring on the USGS 1:24,000 map of the Sunnyside Junction quadrangle and is listed in the NWIS database as location 393103110315901 (USGS 2011a) (Figure 1). The site had plumbing that appeared to have been used to convey water from the spring to animal feeding areas, indicating that the spring had been flowing for some time. Specific conductivity measured on November 16, 2010, was 1,659 µS/cm. This spring appears to result from groundwater flowing through the alluvial fan extending outward (westward) from the mouth of Whitmore Canyon at the base of the Book Cliffs. Mud Spring is one of many springs in the area where groundwater emerges from the base of the alluvial fan material at the contact of the pediment surface on the underlying Mancos Shale.

### 3.5.2    Dutchmans Wash Seep and Blue Gate Spring (Locations DWS, BGS)

Dutchmans Wash Seep is located about 27 miles southwest of Price, Utah, on the western slope of the San Rafael Swell (Figure 1). The sampling location (DWS) was within a large, flat, open area with abundant efflorescence. Irrigated areas are nearby to the northwest, but it is unclear whether they supply water to this area. Specific conductivity of the seep water was 48,519 µS/cm on November 16, 2010.

Blue Gate Spring (BGS) is located about one mile east of location DWS and is listed in the NWIS database as site 391315110570301. The seep issues from the dark-gray shale of the Blue Gate Member and had a sulfurous odor. Ferric oxide deposits were visible along the seepage area. Specific conductivity of the seep water was 6,203 µS/cm on November 16, 2010.

### 3.5.3    Mathis Wash Seep (Location MWS)

Location MWS is about 11 miles south of Price, Utah, and is about 20 ft west of Upper Miller Creek Road (Figure 1). This location is within a large, irrigated area with abundant efflorescence. Specific conductivity of the seep water was high at 70,002 µS/cm on November 16, 2010. A 6-ft diameter pool of yellow-colored water on the opposite (east) side of Miller Creek Road had a specific conductivity of 53,800 µS/cm.

## 3.6     Shiprock, New Mexico, Region

### 3.6.1    Ditch 9 Spring (Location D9S)

Location D9S is about 375 ft west of Farm Road within a marshy area that extends about 75 ft along the base of a steep shale hill of Mancos bedrock (Figure 13). On December 2, 2010, the spring water had a specific conductivity of 4,045 µS/cm. Samples were collected from a hole hand dug about 2 ft into the weathered Mancos. Scattered areas of efflorescence are in the vicinity of the spring.



*Figure 13. Sampling Locations in the Shiprock Area.*

### 3.6.2    Many Devils Wash (Location EF-22)

Many Devils Wash is an arroyo that feeds into the San Juan River about 1.5 miles south of Shiprock, New Mexico. The wash is within about 0.5 mile of DOE's Shiprock uranium mill tailings disposal site, and DOE is currently remediating a portion of the wash by pumping groundwater and surface water to an evaporation pond (Figure 13). Groundwater with specific conductivity values ranging from about 20,000 to 35,000 µS/cm enters Many Devils Wash from seepage from a tributary called the East Fork (DOE 2000) at a relatively constant flow rate, estimated visually as 1 gpm. The seepage contains elevated concentrations of sulfate, nitrate, selenium, and uranium and is thought to originate as infiltration to groundwater derived from the uranium milling (DOE 2000). Because the suite of contaminants is similar to that observed as natural contamination from the Mancos Shale, it is reasonable to suggest that some or all of the contamination may be of a natural origin instead of related solely to the mill site.

Location EF-22 is in East Fork about 100 ft from its confluence with Many Devils Wash (Figure 13). A sample was collected at this location from a sampling pipe inserted to a depth of 2 ft. The area of East Fork about 50 ft downstream of EF-22 is saturated most of the time; thus, location EF-22 is near the surface emergence of the groundwater system. The area is often covered by efflorescence. This is the only site sampled during the study that is located relatively close (0.5 mile) to a known source of anthropogenic uranium contamination.

### 3.6.3   Salt Creek Wash Seep (Location SCWS)

Sampling location SCWS is about 4 miles northeast of Shiprock, New Mexico (Figure 13). The sample was collected from the first upstream appearance of water along Salt Creek Wash where the wash is bounded on both sides by shale outcrops of Mancos. The shale is weathered to a reddish orange color on the surface in places but still contains scattered black organic material. The sample was collected from a hole dug by hand to a depth of about 2 ft within the wash where the water was issuing from the shale. The water was saline with a specific conductivity of 48,639 µS/cm. Where the water pooled in the arroyo bed, it had a yellow to red color and a DOC concentration of 183 mg/L.

The source of the groundwater feeding SCWS was not identified; the site is in a remote area and there are no obvious nearby reservoirs, canals, or other standing bodies of water. Location SCWS is in the vicinity of the Salt Creek Dakota Oil Field and at least 47 test holes have been drilled within 1 mile of the sampling location, many of them hydraulically upgradient. Some of these test holes became oil wells that produce from a depth of about 1,100 ft in the Cretaceous Dakota Sandstone, just below the Mancos Shale (Jacobs and Fagrelius 1978). If any of these wells were incompletely sealed, groundwater could have migrated to the seeps from deeper horizons.

### 3.6.4   Upper Eagle Nest Arroyo Spring (Location UENAS)

Upper Eagle Nest Arroyo is about 7 miles northeast of Shiprock, New Mexico, and runs subparallel to and about 2 miles west of The Hogback, a monocline where rocks dip steeply eastward into the San Juan Basin. At sampling location UENAS (Figure 13), the arroyo has incised the Mancos Shale bedrock, which consists of siltstone and shale. The sample was collected in a hand-dug hole at a depth of about 1 ft into the arroyo bed and had a specific conductivity of 26,607 µS/cm. The sample was unusual in that it had a low color index of only 24 color units but having a high DOC value of 161 mg/L. No source of water was identified for the spring, because it is remote and far from irrigation, reservoirs, canals, and oil wells.

### 3.6.5   Yucca House Spring (Location YHS)

Yucca House Spring (YHS) is located about 30 miles north of Shiprock, New Mexico, and about 10 miles south of Cortez, Colorado, (Figure 1) and is within the boundary of Yucca House National Monument, one of the largest archeological sites in southwest Colorado (NPS 2011). Ancestral Puebloan people used water from the spring from A.D. 1150 to 1300 (NPS 2011).

The site is listed in the NWIS database as location 371500108410801 (USGS 2011a). At the time of our sampling on December 1, 2010, the specific conductivity was 1,442 µS/cm, and the spring was estimated to be flowing at 0.2 to 0.5 gpm. Wright (2006) reported specific conductivity

values ranging from 1,260 to 2,050 µS/cm for water sampled from Yucca House Spring during four sampling events from September 2002 to September 2003. During this time, Wright (2006) measured spring discharge at 0.45 to 0.90 gpm, and uranium concentrations ranged from 7.46 to 13.1 µg/L. Wright (2006) also measured a uranium concentration of 485 µg/L in a surface water sample collected from Navajo Wash 0.5 miles to the east.

Although partially concealed, the spring water appears to originate in the Mancos Shale from flow through sandy material in the Juana Lopez Member and emerge at the contact with the underlying Blue Hill Member, composed mainly of shale. During the irrigation season, groundwater may be supplemented by water from the Ute Mountain Ditch. Using infrared aerial photography to identify areas with high densities of phreatophytes, Wright (2006) suggested an area of alluvial and pediment cover located about 1 mile west of Yucca House Spring on the east slope of Sleeping Ute Mountain as the recharge area for the spring. Based on chemical signatures of area springs, Wright (2006) suggested that calcium-bicarbonate groundwater recharging the subsurface in the Ute Mountain area interacted with Mancos Shale to produce the calcium sulfate groundwater issuing from Yucca House Spring. He also suggested that irrigation water contributed to Yucca House Spring.

# 4.0    Methods

## 4.1    Sampling

We sampled groundwater seeps from the Mancos Shale over a large portion of its depositional basin (Figure 1). A single round of sampling was conducted during November and December 2010. This period was considered base flow conditions by Tuttle and Grauch (2009), a time when irrigation and runoff are at a minimum. This period of time is within the nonirrigation season that Butler et al. (1991) reported typically lasts from November through March. At all sampling locations, an effort was made to locate the farthest upgradient area of the seep in order to obtain groundwater at its first emergence from the formation. Flow from most seeps was less than 1 gpm.

Groundwater was collected either through a 1 to 3 ft long, vertical, 2-inch-diameter, slotted PVC casing (sampling pipe), or an open hole dug with a hand auger or shovel. The water was pumped from the "well" with a peristaltic pump. Field parameters (pH, specific conductivity, temperature, dissolved oxygen, and oxidation-reduction potential [ORP]) were measured either in a flow-through cell or by placing the sonde directly into the well. In some cases, groundwater flowed from the rock in a manner that a sample could be collected directly into a sampling container. This mode of sampling was used only if the sample could be obtained at the immediate point of groundwater emergence from the outcrop.

At a few of the seep locations, flowing groundwater could be identified mostly by wet or soggy ground conditions. At these sites, care was taken to ensure that groundwater was flowing, and was not simply stagnant water. Typically, the water was pumped from the sampling pipe or open hole until it reached a steady flow rate. At a few locations that had limited groundwater production, the "wells" were pumped down and left for some time (up to several hours) to refill before sampling. Not all analytes were measured at all locations. At some locations we only measured field parameters, and only uranium was analyzed at others.

In all cases, the seep and spring samples clearly represented flowing groundwater. The proximity of the seeps and springs to the ground surface suggested that alteration of the groundwater resulting from upward capillary flow and evaporation was possible in some samples. Evaporation effects were likely to be more dominant in areas covered by efflorescence, such as Sweitzer Lake and Dutchmans Wash. Because the areas with efflorescence had minimal or no plant growth, transpiration of groundwater at these locales was not considered significant. Measurements of radon-222 were made in an effort to help evaluate effects of evaporation.

Samples for chemical analyses were field filtered through 0.45 micrometer in-line filters using a low-flow peristaltic pump. Samples were collected in Nalgene bottles: 1 liter for uranium isotopes, 125 milliliters (mL) for anions, and 125 mL for cations and metals. An unfiltered sample was collected in a 50 mL plastic bottle for analysis of iron-related bacteria. Two samples were collected for radon-222 analyses in 40 mL glass vials with Teflon-lined septa. Samples for anions, radon-222, and bacteria analyses were not preserved but were placed on ice until analysis. All other samples were preserved with sufficient concentrated nitric acid to maintain the pH at less than 2.

## 4.2    Analysis

Field parameters (pH, ORP, specific conductivity, temperature, and dissolved oxygen) were measured on unfiltered water using a YSI Environmental (Yellow Springs, Ohio) 556 MPS meter and sonde. Measurement of pH employed a glass combination electrode, ORP a platinum electrode, conductivity a four-electrode cell, and dissolved oxygen a steady-state polarographic cell. Alkalinity was determined in the field on filtered samples by titration with sulfuric acid.

Most water analyses were conducted at the DOE Environmental Sciences Laboratory in Grand Junction, Colorado. Samples collected for analysis of arsenic, boron, selenium, uranium isotopes, and vanadium were sent to a commercial laboratory. Color analyses were performed on filtered samples using a Hach (Loveland, Colorado) DR/890 colorimeter, which measures light absorbance at 465 nanometers normalized to a platinum-cobalt standard. One color unit is equivalent to 1 mg/L platinum as chloroplatinate. Concentrations of anions (sulfate, chloride, and nitrate) were determined on a Dionex (Sunnyvale, California) Model ICS-1500 ion chromatograph, and cation (calcium, magnesium, sodium, iron, and potassium) concentrations were measured by flame atomic absorption spectrophotometry on a Perkin Elmer (Waltham, Massachusetts) AAnalyst 300. To minimize possible biodegradation of nitrate, samples were analyzed within 48 hours of collection. Radon-222 concentrations were measured within 48 hours of sample collection on a Beckman (Brea, California) LS6000IC liquid scintillation counter. Samples were rerun several days later to confirm, using decay-rate calculations, that radon-222 was the only significant alpha emitter. Care was taken throughout the sampling and preparation process to minimize exposure to the atmosphere prior to alpha counting. Uranium concentrations were determined by laser-induced kinetic phosphorescence analysis (KPA) using a Chemchek (Richland, Washington) KPA-11. Analysis of iron-related bacteria (bacteria that use iron in their metabolism and can be either iron oxidizing or iron reducing) was conducted on unfiltered samples by incubating the sample at room temperature for up to 9 days (Droycon 2004). Dissolved organic carbon concentrations were determined colorimetrically on filtered samples, after the samples were pretreated at pH less than 2 to remove inorganic carbon, and subsequently heated to a temperature of 105 °C in a Hach DRB 200 reactor.

Samples were analyzed for uranium-234, -235, and -238 by alpha spectrometry; for arsenic, selenium, and vanadium by inductively coupled plasma (ICP) mass spectrometry; and for boron by ICP emission at ALS Laboratory Group (Fort Collins, Colorado). Total uranium concentrations determined from the alpha spectrometry analyses were consistent with those determined by KPA. The results of the KPA analyses are used in this report for discussions of uranium where concentrations are provided in mass units.

## 4.3    Calculations

Though major ion analytical concentrations were reported in units of mass per liter of solution, geochemical modeling calculations (using the speciation code PHREEQC) required units of molality. Conversion of mass units to molality required corresponding measures of water densities, which were estimated from salinity values and temperature using the empirical equations in several published standard methods in Eaton et al. (1995). The calculation method is presented in Appendix B.

Values of pE used in geochemical modeling were estimated from ORP values per the following formula (Stumm and Morgan 1981):

$$pE = Eh/(2.3\ RTF - 1)$$

where:
$Eh = ORP - ORP_z + Eh_z$
$ORP_z = ORP$ of Zobell standard solution
$Eh_z = $ theoretical Eh of Zobell standard solution
$R = $ gas constant
$T = $ absolute temperature (K)
$F = $ the Faraday constant (96,490 C mol$^{-1}$)
C mol$^{-1}$ = coulombs per mole

# 5.0    Results

Frequency distributions of concentrations in environmental samples collected for groundwater monitoring are often skewed toward low values, but logarithms of the concentrations are usually normally distributed (Gilbert 1987). Thus, the geometric mean is a useful statistic that is often used to describe distributions of environmental concentration data. Groundwater concentration data from our study, transformed to logarithmic base 10 values, were found to be nearly normally distributed. Thus, we use the geometric mean, which is equal to $10^{\mu}$, where $\mu$ is the mean of the logarithmic distribution, to describe the chemical distributions. In following report sections, the results of chemical analyses performed on samples of groundwater seeping from sandstone beds or alluvium (locations BAS, BSCS, BSCUS, CWCS, GRCRS, LGWS, MS, TWS, and YHS) are often distinguished from the results of analyses for all other seep locations, which are mostly associated with shale beds. The results from surface water samples (locations BCWL, DAR, DR, SL, SNGC, WD2) are also singled out, as are the results of groundwater collected from wells installed in deep shale.

We analyzed for constituents including arsenic, nitrate, selenium, sulfate, uranium, and vanadium that are often elevated in groundwater at uranium milling sites, to address the potential for contribution of contaminants from the Mancos Shale at uranium mill tailings disposal sites. We measured pH, oxidation-reduction potential and concentrations of major ions including calcium, carbonate (as alkalinity), chloride, magnesium, potassium, and sodium, for the purpose of tracking salt loads, assessing analytical accuracy using charge balance, to define water types, and to use in geochemical speciation modeling. Iron and dissolved oxygen were analyzed to help evaluate redox potentials. Dissolved organic carbon and color were measured to determine if the red or yellow colors observed in the Mancos Shale waters relate to an organic component. Uranium-234 and uranium-238 activities were analyzed because these isotopes have been used to help determine the sources and chemical evolution of dissolved uranium. Boron was analyzed because it is often enriched in marine black shales and may help to detect a Mancos Shale source. Radon-222 was analyzed mainly to help determine if the water had been altered by evaporation. Appendix C provides a complete listing of the chemical analytical results.

## 5.1    Arsenic

Of the 36 samples analyzed, only one sample of seep water had an arsenic concentration (12 µg/L) that exceeded the drinking water standard of 10 µg/L listed in 40 e-CFR 141. This sample was collected from location SNS in the Sweitzer Lake Area (Figure 6). Arsenic concentrations in more than 70 percent of the seep samples were less than values in surface water samples (Figure 14).



*Figure 14. Arsenic Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples*

## 5.2    Boron

Boron concentrations in the six surface water samples ranged from a low value of 3.1 µg/L in Bostwick Canal (BCWL) at the head of Loutsenhizer Arroyo to a high of 530 µg/L at Sweitzer NE Garnet Canal (SNGC). Boron concentrations in seep samples ranged from 16 to 3,200 µg/L with a geometric mean of 441 µg/L (Figure 15). Boron concentrations in seep samples were highest (concentrations of 2,000 and 3,200 µg/L) at two locations in the Sweitzer Lake seepage area. Seep samples with boron concentrations between 1,000 and 1,500 µg/L were collected at Loutsenhizer Arroyo (LOUT3, LOUT8, and LOUT9), Whitewater (WD2S), Point Creek (PCS), and Cedar Creek (CCS). Some of the sandstone seeps had low boron concentrations, including Bert Avery Seep (BAS), Little Grand Wash Seep (LGWS), and Yucca House Spring (YHS). The geometric mean boron concentration for the sandstone seeps was 110 µg/L, which was considerably less than the geometric mean of 692 µg/L for shale seeps.



*Figure 15. Boron Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples*

## 5.3    Dissolved Organic Carbon (DOC)

DOC concentrations ranged from 2.9 to 265 mg/L in seep samples from the Mancos Shale (Figure 16). Samples from Whitewater Creek tributary (WCTS), Mathis Wash (MWS), and Sweitzer Lake (SNS) had DOC concentrations of more than 260 mg/L. Both locations, UENAS and SCWS, in areas north of Shiprock, New Mexico, had DOC values exceeding 150 mg/L. Samples from Loutsenhizer Arroyo (LOUT3 and LOUT8), Many Devils Wash (EF-22), Houston Gulch (HGS), and Dutchmans Wash (DWS) had DOC concentrations of more than 50 mg/L. DOC concentrations in samples collected at seeps DRS1 and DRS3 east of Delta Reservoir were 16 and 44 mg/L, respectively. At Daly Reservoir, seeps DARS1 and DARS2 had DOC concentrations of 17 and 41 mg/L, respectively. DOC concentrations in the six surface water samples ranged from 3.3 to 31 mg/L.



*Figure 16. Dissolved Organic Carbon Concentrations (mg/L) in Surface Water (Red) and Seep (Blue) Samples*

Much of the groundwater issuing from the Mancos Shale seeps was characterized by a distinctive yellow to deep red color (Figure 9). With the exception of samples from locations SCWS and UENAS in the Shiprock Region, color as measured by light absorbance correlated reasonably well with DOC concentration (Figure 17). Locations SCWS and UENAS showed high DOC concentrations but, for reasons unknown, did not exhibit a yellow or red color and had a low color value. Water color in the streams fed by the colored seepage varies depending on the thickness of the water column. The color is light yellow when the water thickness is less than a few inches, but in thicker pools of water it is deeper shades of yellow and amber, and in pools

more than 12 inches deep, the water has a deep-red color (e.g., Figure 9). Curtis and Schindler (1997) in a study of Canadian lakes demonstrated a correlation between DOC concentration and water color as measured by light absorption. Some authors have noted groundwater with similar coloration related to humic material in other environments. Foster (1950) describes yellow to dark-brown water, similar to the color of swamp water, in deep groundwater of the Gulf Coastal Plain in Mississippi that correlates with high concentrations of sodium bicarbonate stemming from interaction with subsurface humic material.



*Figure 17. Correlation between DOC Concentration and Water Color in Mancos Shale Seeps*

## 5.4   Major Ions and pH

Many seep samples were highly saline, as indicated by high specific conductivity values. Specific conductivity for the Mancos seeps ranged from 418 to 70,002 μS/cm with a geometric mean of 9,522 μS/cm (Figure 18). Nine seep samples had values exceeding 30,000 μS/cm, and 18 samples had values between 10,000 and 30,000 μS/cm. Specific conductivity values were more than 30,000 μS/cm in seeps associated with large expanses of efflorescence, including Dutchmans Wash (DWS), Many Devils Wash (EF-22), Mathis Wash (MWS), and Sweitzer Lake Area (SNS, SNS1, SNS2, SNS3, US1). Seeps with values of specific conductivity ranging from 15,000 to 30,000 μS/cm were found at Cerro Summit Area (CCS, HGS, HGSE), Daly Reservoir Area (DARS2), Delta Reservoir Area (DRS1, DRS3), Eagle Nest Arroyo (UENAS), Loutsenhizer Arroyo Area (LOUT8, LOUT14, LOUT3), Salt Creek Wash (SCWS), Section 36 Seep (S36), and Whitewater Area (KCFS). Efflorescence was common at most locations that had specific conductivity values more than about 15,000 μS/cm.

Some of the seeps had much lower values of specific conductivity and likely represent conditions other than groundwater issuing from shale. These include Bert Avery Spring (BAS) and Bitter

Spring Creek (BCSUS, BSCS); field observations indicate that these emanate from sandstone of the Ferron Sandstone and Emery Sandstone members of the Mancos Shale, respectively, rather than from shale. Stratigraphic projection suggests that Yucca House Spring (YHS) also issues from sandstone of the Ferron Member, but bedrock is not exposed at that location, and this determination is uncertain. Geometric means of specific conductivity in seeps issuing from shale and sandstone were 11,966 and 2,362 µS/cm, respectively. Six surface water samples, collected from sources of water that likely infiltrated into the Mancos Shale and fed some of the seeps had specific conductivity values ranging from 114 to 6,529 µS/cm (Figure 18).



*Figure 18. Specific Conductivity (µS/cm) in Surface Water (Red) and Seep (Blue) Samples*

Values of pH in the seep samples ranged from 4.15 to 8.45 with a geometric mean of 7.32. Only four seep samples had pH values more than 8; three of these (SNS, SNS2, and US1) were collected in the seepage area at Sweitzer Lake, and the fourth was collected at Dutchmans Wash (DWS). More than half of the seep samples had pH values of less than 7.5. Thus, nearly all the seep samples were lower in pH than the surface water samples (Figure 19). Anomalously low pH values were measured at a tributary to Whitewater Creek, Colorado, where the seep sample (WCTS) had a pH of 4.15, and the surface water sample (WD2S) had a value of 6.57. The cause of these uncharacteristically low pH values is unknown. Surface water samples were typically higher in pH; five of the six surface water samples had a pH of more than 8 (Figure 19).

Concentrations of major cations (calcium, magnesium, sodium, potassium) and anions (carbonate, chloride, and sulfate) are often used to characterize water types and to help evaluate their origins and reactive history (Hem 1985). Groundwater from most seeps had a sodium

sulfate composition (Figure 20). Four samples had a significant (more than 30 percent) bicarbonate component, and about half of the samples contained more than 50 percent calcium plus magnesium. As the specific conductivity values of the seeps increased, so did the dominance of sulfate and sodium; however, magnesium was prevalent even in the high-salinity samples (Figure 21).



*Figure 19. pH Values in Surface Water (Red) and Seep (Blue) Samples*



*Figure 20. Piper Diagram Showing All Sampled Locations of Mancos Groundwater and Surface Water (black dots = seeps, blue stars = surface water, red dots = deep Mancos wells).*



*Figure 21. Piper Diagram of Seep Samples Showing Relationship of Seeps to Specific Conductivity. Red dots are samples with specific conductivity higher than 10,000 µS/cm. Black dots are samples with specific conductivity lower than 10,000 µS/cm.*

Groundwater data from other studies were used to characterize deep (more than 90 ft below ground surface) horizons in the Mancos Shale. These include analyses of samples collected by DOE from wells used to characterize the geology of a uranium mill tailings disposal site at Crescent Junction, Utah, and from a former uranium mill site at Shiprock, New Mexico (DOE 2007). Groundwater data were also available from a deep Mancos Shale well at the Delta Landfill near the Devil's Thumb Golf Course in Delta County, Colorado, collected and analyzed by Golder Associates (2004). Mancos Shale groundwater samples from 16 deep wells examined for this study had specific conductivity values ranging from 17,030 to 66,120 µS/cm and pH values ranging from 6.84 to 8.2. The groundwater in the deep, unweathered Mancos Shale had a sodium chloride composition, in stark contrast to the sulfate-dominated water in shallow, weathered horizons (Figure 20). In a borehole at DOE's uranium mill tailings disposal site at Crescent Junction, Utah, groundwater flow through shale beds in the unweathered Mancos was confirmed using a downhole camera during which groundwater was observed flowing into the open borehole from fractures.

## 5.5    Nitrate (as NO₃)

Seeps at three sampling locations had nitrate concentrations of more than 3,000 mg/L, and samples from five additional locations had nitrate concentrations of more than 500 mg/L (Figure 22). Many values are higher than the drinking water standard of 44 mg/L (40 E-CFR 141). Two of the high-nitrate concentrations were from samples collected at locations SCWS and UENAS north of Shiprock, New Mexico, with nitrate concentrations of 1,074 and 3,614 mg/L, respectively. Samples collected from the Section 36 Seep (S36), Houston Gulch Seep (HGS), and Kannah Creek Flowline Spring (KCFS) had nitrate concentrations of more than 800 mg/L. Another area with high nitrate is Loutsenhizer Arroyo, where samples from four locations (LOUT8, LOUT3, LOUT9, and LOUT12U) exceeded 100 mg/L. The two seeps at Daly Reservoir had nitrate concentrations of 150 and 449 mg/L, and two seeps east of Delta Reservoir had concentrations of 76 and 535 mg/L. Two of the seeps near Devil's Thumb Golf Course had nitrate concentrations of 389 and 413 mg/L. Samples collected near the golf course may have some nitrate contributed from fertilizer. Five of the six surface water samples contained less than 3.7 mg/L of nitrate. The sixth sample was collected at the Sweitzer Lake Garnet Canal (SNGC) and had a nitrate concentration of 92 mg/L. Despite the higher concentration of nitrate in the Sweitzer Lake Garnet Canal, the seep samples from sites SNS3 and SNS at the Sweitzer Lake seepage area had relatively low nitrate concentrations of only 4.1 and 18 mg/L, respectively.



*Figure 22. Nitrate Concentrations (mg/L) in Surface Water (Red) and Seep (Blue) Samples*

## 5.6    Radon-222

Two samples were collected for radon-222 analysis at each sampling location, one early during the sampling and another near the end after most other samples had been collected. Generally, the sample collected later had a higher radon-222 value than the earlier one, suggesting that the early water sample had been affected by atmospheric exposure in the borehole, but that less-disturbed formation water was entering the borehole during purging and sampling. The higher of the two values is used for the discussion because the higher value is likely to be most representative of the radon-222 concentration in the formation water.

The highest radon-222 concentration in the six surface samples was 49.8 pCi/L, and all other concentrations were less than 12.6 pCi/L (Figure 23). These low values confirm that radon-222 is released to the atmosphere from standing bodies of water. Seep samples ranged from less than 1 to 1,625 pCi/L. The data show a plateau at about 425 pCi/L and another at about 800 pCi/L (Figure 23), and these values may be indicative of average values for the Mancos Shale. The plateau at 425 pCi/L included three sites in the Loutsenhizer Arroyo Area, and it seems reasonable that this value may represent in situ concentrations for the Mancos Shale in that area. However, the concentration of radon-222 in the groundwater varies from site to site, and data can only be used as a qualitative indicator of atmospheric exposure. The three seep samples (DWS, LGWS, and BGS) with the lowest radon-222 values were collected from water that had flowed along the surface a short distance, and there was opportunity for radon to be lost to the atmosphere.



*Figure 23. Radon-222 Concentrations (pCi/L) in Surface Water (Red) and Seep (Blue) Samples*

## 5.7    Selenium

Selenium concentrations in seep samples ranged from 0.14 to 4,700 µg/L with a geometric mean of 51.5 µg/L. Many values are higher than the drinking water standard of 50 µg/L (40 E-CFR 141). Four of the sites (LOUT3, LOUT8, LOUT9, and LOUT12U) in Loutsenhizer Arroyo had selenium concentrations of more than 700 µg/L, and the LOUT8 sample had the highest value of 4,700 µg/L (Figure 24). Selenium concentrations of more than 1,000 µg/L occurred in seeps at Section 36 (S36) near Cisco, at EF-22 and SCWS near Shiprock, and at KCFS near Grand Junction. Samples of seeps from two sites at Sweitzer Lake were sampled for selenium; one (SNS) had a high value of 3,500 µg/L, whereas the concentration in the other (SNS3) was only 13 µg/L. The two seeps at Daly Reservoir had selenium concentrations of 110 and 400 µg/L, whereas concentrations in those at Delta Reservoir were 100 and 950 µg/L. All of the seeps associated with sandstone were relatively low in dissolved selenium (a geometric mean of 3.0 µg/L) compared to seeps associated with shale, which had a geometric mean of 124.2 µg/L. Seeps at sites that were elevated in other contaminants but were low in selenium include Point Creek, Dutchmans Wash, and Cedar Creek. Five of the six surface samples had low selenium concentrations (less than 15 µg/L), but the Garnet Canal sample at Sweitzer Lake had 110 µg/L selenium, probably derived from irrigation return flow.



*Figure 24. Selenium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples*

## 5.8    Uranium

Uranium concentrations in groundwater samples collected for this study ranged from 0.2 to 1,922 µg/L and had a geometric mean of 49.7 µg/L (Figure 25). Many values are higher than the drinking water standard of 30 µg/L (40 E-CFR 141). Five samples (SNS, SNS1, SNS2, SNS3, and US1) with uranium concentrations more than 200 µg/L were collected from the seepage east and northeast of Sweitzer Lake. Seepage formed a marsh area covered by thick efflorescence. Thus, although care was taken to ensure that groundwater flowed to each shallow (2 ft deep) sampling hole, upward capillary flow and evaporation may have concentrated dissolved constituents in these samples. Other samples with uranium concentrations more than 200 µg/L were collected at seeps near Whitewater, Colorado (WCTS); Mathis Wash (MWS) and Dutchmans Wash (DWS) near Price, Utah; Houston Gulch (HGS) near Montrose, Colorado; and Point Creek (PCS) near Delta, Colorado. All of these seeps except Point Creek are in or near irrigated areas and are likely fed from irrigation canal water. Point Creek is in a remote area, and no source of water for this seep was apparent during our reconnaissance. Samples from locations near Shiprock (EF-22 and SCWS), Loutsenhizer Arroyo (LOUT3, LOUT8, LOUT9), Delta Reservoir and Devil's Thumb Golf Course Area (DRS3 and DTS1), and Section 36 (S36) had uranium concentrations between 100 and 200 µg/L, which are all well above the mean value of 8.1 µg/L for the Four Corners states (USGS 2011b). Uranium concentrations in seep samples collected from shale beds were higher than those from seeps that discharged from sandstone. The geometric mean of uranium in shale bed seeps was 83.4 µg/L, and the geometric mean for sandstone seeps was 7.3 µg/L. Uranium in samples from the deep, unweathered Mancos Shale had a geometric mean of 7.4 µg/L (Table 3).



*Figure 25. Uranium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples*

Table 3. Uranium Concentration (µg/L) Statistics for Samples from this Study

|  | Count | Minimum | Maximum | Geometric Mean |
|---|---|---|---|---|
| All Seeps | 45 | 0.2 | 1922 | 49.7 |
| Shale Seeps | 38 | 1.0 | 1922 | 83.4 |
| Sandstone Seeps | 8 | 0.2 | 76.7 | 7.3 |
| Deep Wells | 15 | 0.23 | 270 | 7.4 |
| Surface Water | 6 | 0.20 | 32.8 | 2.9 |

## 5.9    Uranium Isotopes

Uranium-234 and -238 isotopes were analyzed on all samples that had sufficient sample volume and sufficient uranium concentrations (generally, more than about 0.5 µg/L). Uranium concentrations in samples BGS, WD2S, BAS, and DR were too low to get quantifiable uranium isotopic results with the counting times used. Uranium activity ratios (ARs) of uranium-234 to uranium-238 ranged from 1.22 to 4.08, and uranium concentrations ranged from 1.5 to 822 µg/L (Table 4). AR values ranged from 1.50 to 3.06 at the five surface water sites, and uranium concentrations ranged from 0.40 to 32.8 µg/L.

Table 4. Ranges and Geometric Means of Uranium Concentration (µg/L) and AR for the 38 Samples with Quantifiable Uranium Isotopic Results

|  | No. of Samples | Range of U Concentration | Geometric Mean U | Range AR Values | Geometric Mean AR |
|---|---|---|---|---|---|
| Seeps | 33 | 1.5–822 | 53.6 | 1.22–4.08 | 2.05 |
| Surface Sites | 5 | 0.40–32.8 | 4.9 | 1.50–3.06 | 1.90 |

Uranium isotopic analyses are often used to help interpret the chemical evolution of groundwater systems (Osmond and Cowart 1976). Because our samples were collected from widely separated areas on the Colorado Plateau and are not from a single aquifer system, it was not possible to interpret groundwater evolution with these data. However, the results can be used to better understand the variation in uranium isotopic signatures in groundwater that interacts with the Mancos Shale. Figure 26 shows the AR values plotted against uranium concentration and displays relative specific conductance values (symbol size) and water-type designation (symbol color). All samples of both seeps and surface water had uranium-234 activities greater than the secular equilibrium values. There was little difference between AR values for seeps from shale and those from sandstone; the geometric means were 2.06 and 1.95, respectively. There were no obvious correlations between AR values and lithology, stratigraphic position, uranium concentration, or groundwater chemistry. A seep sample from the Whitewater Area (KCFS) had the highest AR of 4.08. More than half of the seep samples had AR values greater than 2.0, including samples from the Green River Region (CAS, LGWS, and S36), Hanksville Region (TWS), Delta Area (DRS1, DRS3, DTS1, DTS2, DTS3, Price Region (DWS), Shiprock Region (D9S, EF-22, SCWS, UENAS, and YHS), and Buen Pastor Spring at Sweitzer Lake (Figure 26). AR values of the surface samples were all more than 1.50, and the sample from Daly Reservoir (DAR) had the highest surface water AR value of 3.06. The four samples from Loutsenhizer Arroyo had consistent AR values ranging from 1.71 to 1.87. AR was measured on February 15, 2001, on a single sample from the deep, unweathered Mancos Shale at Shiprock, and this result is plotted on Figure 26 for comparison.



*Figure 26. Binary Plot of AR Versus Uranium Concentration for all Samples Analyzed in the Study. Size of square represents relative specific conductivity value. Red, black, and turquoise symbols represent deep well, groundwater, and surface water samples, respectively.*

## 5.10   Vanadium

Vanadium concentrations were low in all samples. The highest value of 19 µg/L was measured in sample SNS from Sweitzer Lake. All other samples had vanadium concentrations less than 3.8 µg/L (Figure 27).



*Figure 27. Vanadium Concentrations (µg/L) in Surface Water (Red) and Seep (Blue) Samples*

# 6.0     Discussion

Naturally contaminated seeps develop in areas where water contacts shale of the Mancos Shale and the topography is favorable. The seeps often have specific conductivity values exceeding 15,000 µS/cm, indicating that they have high salinity. Butler et al. (1994) also reported values of high specific conductivity from the weathered Mancos Shale for eight groundwater sampling locations in the Uncompahgre and Grand Valley project areas, where specific conductivity values ranged from 3,650 to 13,900 µS/cm. Groundwater in the weathered Mancos Shale has a sodium sulfate composition, whereas groundwater in the unweathered Mancos Shale has a sodium chloride composition.

Concentrations of nitrate, selenium, and uranium in groundwater from shale beds of Mancos are usually higher than the Safe Drinking Water Act (40 e-CFR 141) drinking water standard, often by a factor of 10. Thus, evaluations of contaminant plumes in Mancos Shale terrain should consider the possible contribution of natural contamination. Because of the wide geographic

separation of the sampling locations and the association with various geologic units of the Mancos Shale, we conclude that natural contamination from Mancos Shale is ubiquitous and is not confined to specific areas or specific geologic members. Contaminant concentrations are higher in groundwater flowing through shale than in groundwater flowing through sandstone, as indicated by the geometric means in Table 5.

*Table 5. Geometric Means of Mancos Groundwater Concentrations for Shale and Sandstone Aquifers*

| Analysis | Shale | Sandstone |
|---|---|---|
| Uranium (µg/L) | 83.4 | 7.3 |
| Selenium (µg/L) | 124.2 | 3.0 |
| Nitrate (mg/L) | 68.2 | 2.2 |
| Boron (µg/L) | 692.1 | 110.4 |
| Specific Conductivity (µS/cm) | 14,086 | 2,108 |

Although care was taken to ensure that all of the groundwater samples were collected from active seepage areas, some of the sampling sites were obscured by alluvium or soil, and some could have been affected by fertilizer chemicals. For the following discussion, six key areas were selected that were either isolated from irrigated areas or the source of recharge water was known and was accessible for sampling. These areas are Daly Reservoir, Delta Reservoir, Loutsenhizer Arroyo, Point Creek Seep, Salt Creek Wash, and Upper Eagle Nest Arroyo. The chemistry of samples collected from the seeps at these key areas is a direct result of interaction with the host rock. Because bedrock and seeps are well exposed at these six areas, the exact point where the seeps emerge from dark-gray shale bedrock could be observed, and samples were collected at that point. The construction and water level history of Delta Reservoir (Figure 3) are well known, and the water infiltrating the Mancos Shale is pristine, having been derived from high on the Grand Mesa. Once this water enters the groundwater, it flows through Mancos Shale to the seeps at locations DRS1 and DRS3, located about 1,400 ft from the reservoir. Thus, any constituents dissolved in the seep water must have been derived from chemical transfer from the Mancos Shale to the groundwater.

A similar situation exists at Daly Reservoir (Figure 10) with sampling sites DARS1 and DARS2 located 230 and 360 ft from the reservoir, respectively; however, the infiltrating water is not as pristine, having been derived from ephemeral surface flows in this arid region. Because the composition of the water in Daly Reservoir is known from analysis, the constituents derived from Mancos Shale can be determined by difference. At Loutsenhizer Arroyo (and its tributaries), groundwater emerging as seeps likely is from the upland West Lateral of the Bostwick Canal located about 800 ft (LOUT9) to 4,700 ft (LOUT3) hydraulically upgradient (Figure 12). Bostwick Canal conveys pristine water from the north side of the San Juan Mountains to irrigate agricultural fields in Bostwick Park (Figure 12). Infiltration from the irrigated fields supplies some of the groundwater in Loutsenhizer Arroyo, but infiltration from applied irrigation water is probably minimal compared to the seepage contribution from the canal itself. Bostwick Canal receives irrigation return and thus is not pristine; however, because the composition of the canal water is known from chemical analysis, again the constituent contributions from Mancos Shale can be determined by comparison. The sources of water at Point Creek Seep, Salt Creek Wash, and Upper Eagle Nest Arroyo are unknown; however, there are no obvious anthropogenic water sources in these remote areas.

Because the geologic and hydrologic relationships at these areas are well known, data from them are emphasized in the following discussion of the origin of the seep chemistry. Table 6 shows the composition of natural contaminants in the seeps from the six areas. In all these key areas, concentrations of nitrate, selenium, sulfate, and uranium are elevated, indicating a natural contamination source in the Mancos Shale.

*Table 6. Concentrations of Groundwater Constituents in Six Key Areas*

| Area | Location | Specific Cond. (μS/cm) | SO$_4$ (mg/L) | NO$_3$ (mg/L) | U (μg/L) | Se (μg/L) |
|---|---|---|---|---|---|---|
| Daly Reservoir | DARS1 | 9,187 | 5,729 | 150 | 39.7 | 110 |
| Daly Reservoir | DARS2 | 15,377 | 9,865 | 449 | 33.2 | 400 |
| Delta Reservoir | DRS1 | 27,250 | 18,497 | 534 | 119.1 | 950 |
| Delta Reservoir | DRS3 | 22,840 | 15,087 | 76 | 137.2 | 100 |
| Point Creek | PCS | 10,739 | 7,282 | <0.5 | 217.6 | 1.5 |
| Salt Creek Wash | SCWS | 48,639 | 23,800 | 3,614 | 160.3 | 2,100 |
| Upper Eagle Nest Arroyo | UENAS | 26,607 | 12,839 | 1,074 | 53 | 540 |
| Loutsenhizer Arroyo | LOUT3 | 15,330 | 8,820 | 459 | 102.6 | 2,000 |
| Loutsenhizer Arroyo | LOUT8 | 22,130 | 14,942 | 3,361 | 135.2 | 4,700 |
| Loutsenhizer Arroyo | LOUT9 | 8,844 | 5,696 | 342 | 101.6 | 730 |
| | Standard[a] | na | na | 44 | 30 | 10 |

[a] Safe Drinking Water Act standard (40 e-CFR 141)
na = not applicable

## 6.1    Geochemistry and Mineralogy of Marine Black Shale and Mancos Shale

To understand the origin and evolution of groundwater chemistry, it is important to know the mineralogy and chemical exchange capacity of the Mancos Shale with which the groundwater interacts. This section is a summary of the literature containing data on the solid-phase composition and groundwater chemistry of the Mancos Shale, leading to development of a conceptual model for the chemical evolution of the Mancos Shale groundwater. Finally, we numerically simulate processes comprising the conceptual model using a numerical reaction progress modeling approach.

Clay minerals, sulfide minerals, organic matter, carbonate minerals, and sulfate minerals are likely to have an effect on Mancos Shale groundwater chemistry. It is also important to know the solid-phase residences of the chemical constituents. Mass transfer processes likely to be important in controlling groundwater chemistry include ion exchange, mineral dissolution and precipitation, adsorption, and desorption. Table 7 shows a generalized composite of the mineralogical and chemical composition of shale beds in the Mancos Shale based on information presented in the following sections. This generalized composite is used later to help understand the interactions of Mancos Shale with groundwater.

The geochemical and mineralogical contents of the Mancos Shale and some major black shale formations, as discussed herein, were derived from multiple information sources. As part of DOE's siting evaluation for the Crescent Junction uranium mill tailings disposal site, we logged and analyzed core samples collected from 10 borings of the Prairie Canyon and Lower Blue Gate Members of the Mancos Shale (DOE 2007). All 10 borings were cored continuously to a depth of 300 ft below ground surface. Core was logged, and selected samples were analyzed for

chemistry and mineralogy. Tuttle et al. (2007) excavated trenches in the Mancos Shale and associated soils in three areas: (1) Elephant Skin Wash located near the upper reach of Loutsenhizer Arroyo about 1.5 miles due west of our location LOUT9, (2) Candy Lane located about 10 miles due north of Montrose, Colorado, and (3) Hanksville, Utah[1]. Butler et al. (1994) analyzed four samples of weathered Mancos Shale, two samples of unweathered Mancos Shale, and two samples of ash beds (bentonite beds) from the Uncompahgre Valley and Grand Valley areas in Colorado[2]. Results from these three studies are presented in this report section along with other literature data from additional sources.

*Table 7. Generalized Mineralogical and Chemical Composite of Unweathered Shale in Mancos Shale*

| Mineralogy | |
|---|---|
| Carbonate Content | 20% |
| Cation Exchange Capacity | 20 meq/100 g |
| Clay Minerals | mixed-layer illite/smectite, illite, kaolinite |
| Gypsum Content | present |
| Minerals Present | calcite, dolomite, feldspar, gypsum, halite, nahcolite, pyrite, quartz, sylvite |
| Nahcolite, Halite | trace |
| Pyrite Content | 1% |
| Surface Area | 10 m$^2$/g |
| **Chemistry** | |
| Arsenic | 15 mg/kg |
| Boron | 50 mg/kg |
| Organic Carbon | 1% C |
| Selenium | 2 mg/kg |
| Uranium | 3.7 mg/kg |
| Vanadium | 100 mg/kg |

meq/100 g = milliequivalents per 100 grams
m$^2$/g = square meters per gram

## 6.1.1   Arsenic Content

The average arsenic concentration in 21 samples of shale and marlstone of the Pierre Shale analyzed by Tourtelot (1962) was 14 mg/kg; one additional sample that was particularly rich in organic matter had an anomalously high arsenic content of 41 mg/kg. Schultz et al. (1980) determined the arithmetic mean arsenic concentration of more than 200 shale and siltstone samples of the Pierre Shale to be 14 mg/kg with a standard deviation of 35 mg/kg.

Butler et al. (1994) reported arsenic contents of 2 unweathered shale samples of 10 and 22 mg/kg, ash beds of 20 and 25 mg/kg of arsenic, and 4 samples of weathered shale of 10 mg/kg or less. Tuttle et al. (2007) reported arithmetic means for arsenic concentrations on 72 samples from Elephant Skin Wash, 94 samples from Candy Lane, and 16 samples from Hanksville as 5.82, 11.93, and 4.63 mg/kg, respectively.

---

[1] The exact location near Hanksville was not provided. Chemical digestion methods for the core and soil samples were not provided, but we assume the results represent total digestions.
[2] The chemical digestion methods are uncertain, but we presume that the results represent a total digestion, including resistate grains.

### 6.1.2   Boron Content

Harder (1970) provided mean boron concentrations of 100 mg/kg for clay and shale, 35 mg/kg for sandstone, 27 mg/kg for limestone, and 28 mg/kg for dolomite. Boron occupies tetrahedral sites in mica, and the concentration of boron in illite had been used as an index of paleosalinity, although this concept has not received widespread acceptance (Harder 1970). Boron concentrations in 67 samples of shale and marlstone of the Pierre Shale measured by Tourtelot (1962) ranged from 15 to 150 mg/kg with most values near 30 mg/kg. Schultz et al. (1980) determined the arithmetic mean boron concentration of more than 200 shale and siltstone samples of the Pierre Shale to be 99 mg/kg with a standard deviation of 49 mg/kg. Schultz et al. (1980) found that high boron concentrations were present in both marine and nonmarine shale of the Pierre Shale, and thus, they were not a good indicator of salinity. They also found that boron concentrations did not correlate with organic carbon concentrations.

### 6.1.3   Carbonate and Sulfate Content

In a detailed study of drill core from the lower 855 feet of Mancos Shale in the Disappointment Syncline near Slick Rock, Colorado, Shawe (1968) analyzed concentrations of calcite from nine vertically separated samples. Calcite concentrations were as high as 40 percent and averaged about 20 percent throughout the core except in the Lower Carlile Shale[3], where it was nearly absent. It is not clear from Shawe's paper whether calcite content is presented as weight or volume percent, but weight percent is most likely based on the analytical method (carbon dioxide release following acid treatment) used. Shawe (1968) did not mention the presence of gypsum in the core.

Evangelou (1981) analyzed carbonate content of weathered and unweathered Mancos Shale at four locations in the West Salt Creek area of the Grand Valley, western Colorado. At each location, three or four samples were analyzed, and results are in weight percent. At three of the locations the arithmetic mean carbonate concentrations in the weathered and unweathered strata were 14.92 and 16.24 percent, respectively. At the fourth area, which was at the base of the Book Cliffs, the carbonate concentrations were lower, with arithmetic means of only 2.58 and 3.07 percent for weathered and unweathered shale, respectively, and dolomite was the only carbonate mineral present. Both calcite and dolomite were present at the other three sampling locations, and gypsum was present at all four locations in the weathered samples.

Evangelou et al. (1985) used column tests to investigate dissolution and desorption rates of carbonate minerals characteristic of weathered Mancos Shale in samples collected from Salt Creek Wash near Grand Junction, Colorado. They concluded that Mancos Shale is an important source of calcium and magnesium loading to surface waters. In column tests, they showed an early release of calcium that exceeded the solubility of calcite. They attributed the calcium release to dissolution of gypsum, but over time, the calcium release rate stabilized, and after a few hours calcium was in equilibrium with calcite. Magnesium release rate was variable but generally increased with time, and dolomite dissolution was thought to be an important source of the magnesium. Evangelou et al. (1985) also speculated that calcite coatings on dolomite may explain the variable magnesium release rates.

---

[3] The lower part of the Carlile Shale referred to by Shawe (1968) corresponds to the Graneros, Bridge Creek, and Blue Hill Members of the Mancos Shale, as shown in Figure 13.

Core examination from the Crescent Junction, Utah, uranium mill tailings disposal site indicated that carbonate, mostly in the form of calcite, was present throughout both the weathered and unweathered Mancos Shale but was more concentrated in the weathered zone. Gypsum was common in the upper 50 ft of core but was nearly absent in the deeper unweathered Mancos.

Many authors (e.g., Laronne and Schumm 1982, Whittig et al. 1983, Whittig et al. 1986, Wright 2006) mention the widespread occurrence of gypsum in the Mancos but few data are available with which to quantify its abundance or distribution. Gypsum often occupies fractures and is more abundant in weathered Mancos.

### 6.1.4   Clay Mineralogy and Cation Exchange Capacity

In a comprehensive study of Mancos Shale clay mineralogy, Nadeau and Reynolds (1981) analyzed 580 samples of shale and bentonite collected at 154 sites throughout the Mancos Shale depositional basin. Samples were analyzed using X-ray powder diffraction on specimens treated (oriented, glycolated, and heated) so as to distinguish clay mineral types (e.g., illite versus smectite), approximate interlayering percentages, and ordering (ordered versus random). They found that the main clay in the shale was mixed layered illite/smectite with 20 to 60 percent illite layers. They suggested that burial metamorphism resulted in increased ordering as smectite layers converted to illite. Uncharacteristic of burial metamorphism was the retention of bentonite beds containing nearly pure smectite. Nadeau and Reynolds (1981) describe a correlation of carbonate content with these bentonites and speculate that the clay alteration was impeded by the presence of carbonate. Kaolinite was found to be a common accessory clay mineral in both bentonite and shale samples, discrete illite was a common accessory in the shale, but chlorite was rarely observed. In a study of clay mineralogy of the Pierre Shale in the northern Great Plains, Schultz (1964) found primarily randomly interstratified illite/smectite containing 20 to 60 percent illite layers, and pure smectitic bentonites.

In a detailed study of a drill core from the lower 855 ft of the Mancos Shale in the Disappointment Syncline near Slick Rock, Colorado, Shawe (1968) logged 24 thin layers of greenish-gray bentonitic shale, particularly in strata equivalent to the Greenhorn Limestone, Carlile Shale, and the lower Niobrara Formation[4]. Pyrite and swelling clays were more abundant in the bentonite-bearing beds. Shawe (1968) stated that the bentonite was likely volcanic ash-fall material. His measured sections of Mancos Shale contained claystone and mudstone beds (some were pyritic) but no bentonite beds, although bentonite was listed occasionally as a component of the claystone beds. Shawe (1968) also described petroliferous odor in some of the mudstone beds, carbonized plant fragments, and numerous observations of carbonates. He described limestone occurring as thin beds in the Mancos Shale, often only a fraction of an inch thick, and the limestone sometimes contained pyrite and/or organic matter.

As part of another DOE project, we measured cation exchange capacity on 20 core samples collected from the Crescent Junction uranium mill tailings disposal site and found a range of 0.54 to 36.29 meq/100 g, with an arithmetic mean of 11.23 meq/100 g. The clay fraction was dominated by mixed-layer (mostly illite-smectite) clays, illite, and kaolinite, with illite layers dominating the mixed-layer clays. Particle surface area was determined by multipoint Brunauer, Emmett, Teller (BET) analysis on 10 samples collected at a depth of 40 ft. The surface area of

---

[4] These stratigraphic units are equivalent to the Graneros up through the Smoky Hill Members, as shown in Figure 13.

the 1 to 2 mm fractions of these samples ranged from 8.81 to 13.22 m$^2$/g with an arithmetic mean value of 11.02 m$^2$/g. Evangelou (1981) determined that the cation exchange capacity of weathered Mancos Shale samples ranged from 13.14 to 25.15 meq/100 g and provided a single value for unweathered Mancos of 13.02 meq/100 g.

### 6.1.5   Nitrogen Content

Holloway and Smith (2005) determined nitrogen concentrations of 0.10 to 0.13 percent (as N) on four shale samples of Mancos from the Grand Valley in the Grand Junction, Colorado, area. They found that 58 to 74 percent of the nitrogen was organic, and the rest may have been in ammonium associated with clay minerals and nitrate salts.

### 6.1.6   Organic Matter

The organic content of geologic materials including marine shale can be classified as sapropelic and humic matter (Vine et al. 1958). Sapropelic material is derived from hydrogen-rich organic matter such as algae, waxes, resins, and spores, whereas humic material is derived from more oxygen-rich plant remains such as lignin and cellulose. Petroleum is a product of sapropelic material, whereas peat, lignite, and coal are products of humic-rich material. Humic acid is soluble in weakly alkaline aqueous solution but forms a gel or precipitate at pH values less than about 4. Dissolved humic acid can impart a yellow or amber color to water similar to the color we observed in the Mancos Shale seeps. Diagenesis of humic acid results in an insoluble compound that can be redissolved under oxidized conditions such as occur during weathering (Vine et al. 1958; Swanson 1961).

Kakouros et al. (2006) determined organic carbon concentrations of 0.44 and 1.34 percent in one sample each from weathered and unweathered shale, respectively, in core samples of the Mancos Shale near Jensen, Utah. Leythaeuser (1973) measured mean organic carbon concentrations of 1.08 percent (11 samples) and 1.58 percent (6 samples) on relatively uniform shallow (21 ft) cores from a highly calcareous core and a noncalcareous core, respectively, in the Tununk Member of the Mancos Shale in Emery County, Utah. Butler et al. (1994) analyzed four samples of weathered Mancos Shale, two samples of unweathered Mancos Shale, and two samples of ash beds (bentonite beds) from the Mancos Shale in the Uncompahgre Valley and Grand Valley, Colorado, areas. The organic carbon contents of the two unweathered shale samples were 1.36 and 1.55 percent, the ash beds had 0.12 and 0.39 percent, and organic carbon in the weathered shale ranged from 0.44 to 0.64 percent with an arithmetic mean of 0.54 percent. Palsey et al. (1989, 1991) measured organic carbon concentrations ranging from 0.49 to 5.29 percent in core and outcrop samples of marine shale from the Mancos Shale just above and below the Tocito Sandstone in the San Juan Basin near Shiprock, New Mexico. Tourtelot (1962) observed that bentonites appeared as lighter-colored beds upon weathering because they are derived from volcanic ash and contain no organic matter. Holloway and Smith (2005) determined organic carbon concentrations of 2.00 to 2.53 percent on four shale samples of Mancos from the Grand Valley in the Grand Junction, Colorado, area. They found that 68 to 83 percent of the carbon in these samples was organic.

Organic carbon concentrations ranged from 0.6 to 7.4 percent in 18 samples of shale and marlstone of the Pierre Shale analyzed by Tourtelot (1962); another 40 samples had organic carbon concentrations less than 0.5 percent. Samples containing organic carbon of more than

1 percent had a distinctively dark color (Tourtelot 1962). Schultz et al. (1980) analyzed more than 200 shale and siltstone samples of the Pierre Shale and determined the arithmetic mean organic carbon concentration to be 0.94 percent with a standard deviation of 1.8 percent. Clayton and Swetland (1978) analyzed 15 samples of unweathered core samples from the Pierre Shale in Boulder County, Colorado, and found a tight range of 0.78 to 0.97 percent.

We found that samples of cores from the Crescent Junction disposal site commonly contained visible organic matter that was present mostly in the deeper unweathered horizons. Organic matter was often found in contact with pyrite and was typically disseminated as black, fine particles coating fracture planes or bedding surfaces.

### 6.1.7 Pyrite and Accessory Minerals

Although there are many references to the presence of pyrite in shale of the Mancos Shale, few data are available to quantify its abundance. In a detailed study of a drill core from the lower 855 ft of the Mancos Shale in the Disappointment Syncline near Slick Rock Colorado, Shawe (1968) used petrographic methods to determine concentrations of pyrite. The core contained pyrite concentrations up to 10 percent. Based on the methods used, we presume that the pyrite concentrations are in volume percent; however, the authors did not specify whether they are based on weight or volume. The highest pyrite concentrations were in the lower Niobrara Formation, the upper Carlile Shale, and the Greenhorn Limestone[5].

By analogy with typical sapropelic marine environments of today, Shawe (1976) indicated that hydrogen sulfide would be abundant at the bottom of the Mancos sea, but suggests that sulfur might also be derived from volcanic ash. Shawe (1976) observed compaction of bedding around pyrite crystals, indicating that the pyrite had formed earlier than the compaction and was likely formed syngenetically. Shawe (1976) also observed a lack of black opaque minerals such as magnetite and ilmenite in the Mancos Shale that he ascribed to dissolution by pore waters. Using petrographic data from uranium-bearing geologic formations, Adams et al. (1974) demonstrated the alteration of black opaque minerals to titanium oxide minerals by reducing solutions, and even suggested that magnetic susceptibility could be used to detect the loss of magnetite to reveal reducing provinces favorable for formation of uranium ores.

Samples from the Crescent Junction, Utah, cores commonly contained visible pyrite as shallow as 14 ft. Pyrite was noted in both weathered and unweathered Mancos and often was associated with organic matter. Pyrite was often framboidal but also occurred as coatings on fracture planes and as fossil shell replacements. Limonite staining was common in the core descriptions and likely reflected an oxidized product of former pyrite.

Fifty Mancos Shale core samples collected from 40 to 300 ft depths at the Crescent Junction disposal site were also analyzed for water soluble fraction (DOE 2007). Based on chemistry of the water soluble fractions, we deduced that the water soluble mineral suite was dominated by nahcolite, with major amounts of Ca-Na exchange and gypsum. Halite, sylvite, and dolomite occurred in lesser amounts, and calcite was present. X-ray diffraction analysis of 10 samples indicated that the shale was composed dominantly of quartz, with lesser amounts of dolomite and calcite, small amounts of feldspar, and traces of gypsum.

---

[5]These stratigraphic units are equivalent, respectively, to the Smoky Hill, Juana Lopez, and Bridge Creek-Graneros Members, as shown in Figure 13.

### 6.1.8   Selenium Content

Kakouros et al. (2006) analyzed two core samples of Mancos Shale (one each of weathered and unweathered material) collected near Jensen, Utah. They found selenium concentrations in the weathered and unweathered shale samples of 3.0 and 1.9 mg/kg, respectively. Using selective extraction methods, they surmised that most of this selenium resided in the organic fraction.

The average selenium concentration in 21 samples of shale and marlstone of the Pierre Shale analyzed by Tourtelot (1962) was 2 mg/kg. One anomalously high value of 50 mg/kg occurred in a sample that was particularly rich in organic content. Schultz et al. (1980) determined an arithmetic mean selenium concentration for more than 200 shale and siltstone samples of the Pierre Shale to be 3.7 mg/kg with a standard deviation of 15 mg/kg.

Butler et al. (1994) analyzed four samples of weathered Mancos Shale, two samples of unweathered Mancos Shale, and two samples of ash beds (bentonite beds) from the Uncompahgre Valley and Grand Valley, Colorado, areas. The selenium contents of the two unweathered shale samples were 0.8 and 1.6 mg/kg; one sample from the ash beds had less than 0.1 mg/kg selenium, and the other had 3.9 mg/kg. Selenium in the weathered shale ranged from 0.8 to 1.6 mg/kg with an arithmetic mean of 1.1 mg/kg. Tuttle et al. (2007) derived arithmetic means of selenium concentrations for 72 samples from Elephant Skin Wash and 94 samples from Candy Lane in Colorado, and 16 samples from the Hanksville, Utah, area of 2.73, 2.94, and 1.09 mg/kg, respectively.

Thomas et al. (1998) analyzed selenium concentrations in stream bottom sediment and soils in a study of irrigation drainage to the San Juan River in New Mexico. They reported that the arithmetic mean and median selenium contents were 4.6 and 2.2 mg/kg for areas of Cretaceous bedrock, whereas in areas of non-Cretaceous bedrock the arithmetic mean and median contents were only 0.6 and 0.15 mg/kg.

### 6.1.9   Uranium Content

Because anomalously high uranium concentrations were known to exist in some black shale, an extensive campaign was undertaken in the 1940s and 1950s in the United States to test black shale for uranium content to determine its capacity as a uranium resource (Swanson 1961). Swanson states that, during this period, an estimated 8,000 samples were collected and analyzed from more than 200 geologic formations containing marine black shale. Some black shale formations such as the Chattanooga Shale in the southeast United States and phosphatic black shale in Kansas and Oklahoma have anomalously high uranium concentrations of up to 100 mg/kg (Swanson 1961); however, black shale has yet to be mined for uranium.

The Mancos Shale is composed dominantly of dark-gray shale beds and has been described as containing beds of black shale (Wright 2006). Black shale deposits are extensive in the United States and worldwide and are usually dark gray (N3) or grayish black (N2) with common dark hues of brown (5YR 2/1) and olive (5Y 3/2–2/1) (Swanson 1961). After an extensive review of black shale and modern mud deposits, Swanson (1961) included the requirement of having more than 2 percent organic carbon as part of the definition of black shale. Mancos Shale typically contains less than this and therefore would not be considered black shale by Swanson's definition.

McKelvey et al. (1955) compiled data worldwide on uranium in marine black shale. They described several uraniferous marine black shale formations, including the Upper Cambrian Alum Shale of Sweden, the Devonian and Mississippian Chattanooga shale of Tennessee, and shale in the Pennsylvanian Hartville Formation in Wyoming that contain from 50 to 200 mg/kg uranium. However, they stated that not all black shale is high in uranium. In a study of 287 samples of Paleozoic and Mesozoic black shale, Quinby-Hunt et al. (1989) determined a mean and mode for uranium of 15.2 and 3 mg/kg, respectively. Black shale high in uranium was often found to (1) contain high concentrations of sapropelic relative to humic material, (2) be rich in sulfide minerals and distillable hydrocarbons, (3) be low in fossil content except for plankton and nekton, (4) contain higher than average concentrations of phosphate, and (5) have low carbonate concentrations, although interbeds may have carbonate (McKelvey et al. 1955). The observation by McKelvey et al. (1955) that uranium is associated with sapropelic material seems to contrast with those of others (notably Vine et al. 1958; Swanson 1961) that maintain uranium in marine black shale is associated with humic material. The highest uranium concentrations in the Alum Shale are in lenses of dark bitumen. McKelvey et al. (1955) state that it was widely accepted at that time that the uranium was syngenetic, and seawater was the source of the uranium. It was also thought that reducing conditions were a prerequisite for transfer of uranium from seawater to black shale. A syngenetic origin explains the widespread, relatively even distribution of uranium in shale formations and the lack of deposition along faults and joints. Syngenesis was favored by Swanson (1961) and is still the most widely accepted mode of origin for the occurrence of uranium in marine black shale.

Adams and Weaver (1958) provided data on the concentration of uranium in shale samples collected worldwide, using data from their own analyses and literature compilations. They reported the following arithmetic mean and median values from distributions having reasonably normal distributions: 3.2 and 2.7 mg/kg from 52 samples of gray and green shale, 4.1 and 4.1 mg/kg from 15 composite samples representing 4,795 shale samples from the Russian Platform, and 5.0 and 4.5 mg/kg from 69 samples of bentonite. They also reported that uranium concentrations ranged from 1.4 to 69 mg/kg in 17 samples of black shale with a highly skewed distribution. They concluded that a value of 3.7 mg/kg is appropriate for average shale. The analytical method used by Adams and Weaver (1958) assumes secular equilibrium.

The uranium content of the marine Mancos Shale is low compared to that of many other black shale deposits (Shawe 1976). Shawe (1976) explains that the low uranium content may result from low uranium concentration in the seawater, rapid accumulation of sediment, or loss of uranium during compaction. He rejected the first two ideas: evidence from Swanson (1961) suggested that seawater had not been anomalously low in uranium, and deposition likely took place in the seaway in a subsiding basin for more than 20 million years. Thus, the loss of uranium was favored to explain the low concentration.

Using 102 shale samples collected from the Mancos Shale over much of the same outcrop area as used in the current study, Pliler and Adams (1962) determined arithmetic mean and median uranium concentrations of 3.7 and 3.2 mg/kg, respectively. They found that the Mancos Shale is remarkably uniform in uranium concentration, as evidenced by 19 samples collected at 6 ft intervals at a site located 14 miles west of Shiprock, New Mexico, that had an average uranium concentration of 2.9 mg/kg with a standard deviation of 0.3 mg/kg. They also found little variation among nine samples collected from the same stratigraphic layer (middle Mancos Shale of Spieker and Reeside [1925]) but widely separated along a 50-mile-long traverse southwest of

Price, Utah. Unfortunately, Pliler and Adams (1962) did not provide details of the digestion method used to prepare samples for the chemical analyses or the preparation method used for gamma spectrometry. Because the uranium concentrations in a suite of their samples analyzed using both chemical and gamma spectrometric analyses were similar, we assume that a digestion method capable of complete dissolution of the rock material was used, and as such, the concentrations are those of the total rock, including both easily leachable uranium and that residing in resistate grains.

Butler et al. (1994) analyzed four samples of weathered Mancos Shale, two samples of unweathered Mancos Shale, and two samples of ash beds (bentonite beds) from the Mancos Shale in the Uncompahgre Valley and Grand Valley areas in Colorado. The uranium concentrations were 7.4 and 11.2 mg/kg in the two unweathered shale samples, 8.4 and 13.9 mg/kg in the two ash bed samples, and ranged from 4.1 to 5.4 mg/kg in the four weathered shale samples. The average uranium concentration in 22 samples of shale and marlstone of the Pierre Shale analyzed by Tourtelot (1962) was less than 10 mg/kg. Schultz et al. (1980) determined the arithmetic mean uranium concentration of more than 200 shale and siltstone samples of the Pierre Shale to be 5.8 mg/kg with a standard deviation of 5.2 mg/kg. Tuttle et al. (2007) determined arithmetic means of uranium concentrations on 72 samples from Elephant Skin Wash, 95 samples from Candy Lane, and 16 samples from the Hanksville area as 4.79, 5.71, and 4.65 mg/kg, respectively.

In summary, it appears that shale in the Mancos Shale has a mean uranium concentration of about 3.7 mg/kg, which is similar to mean shale concentrations worldwide. We are not aware of any uranium isotopic analytical results for Mancos Shale rock samples.

### 6.1.10   Vanadium Content

Butler et al. (1994) analyzed four samples of weathered Mancos Shale, two samples of unweathered Mancos Shale, and two samples of ash beds (bentonite beds) from the Mancos in the Uncompahgre Valley and Grand Valley areas in Colorado. The vanadium concentrations were 13 and 50 mg/kg in the two unweathered shale samples, 4 and 40 mg/kg in the ash bed samples, and ranged from 130 to 180 mg/kg in the four weathered shale samples. Tuttle et al. (2007) determined arithmetic means of vanadium concentrations on 72 samples from Elephant Skin Wash, 95 samples from Candy Lane, and 16 samples from the Hanksville area as 142, 192, and 80 mg/kg, respectively.

## 6.2    Geochemistry of Groundwater in Mancos Shale

### 6.2.1   Arsenic

Wright (1995) reported that arsenic concentrations were not high in samples from approximately 50 wells and streams located within Colorado irrigation projects in Mancos Shale terrain. Arsenic concentrations in three of four groundwater samples in weathered Mancos Shale reported by Butler et al. (1994) for the Uncompahgre and Grand Valley, Colorado, areas were less than the detection limit of 1 µg/L, and the concentration in the fourth sample was 2 µg/L. Arsenic concentrations from eight samples of Sweitzer Lake water collected in 1987 and 1988 ranged from less than 1 to 2 µg/L, and concentrations were less than 1 µg/L in four samples of water from the Garnet Canal diversion ditch at Sweitzer Lake (Butler et al. 1991).

The arsenic concentration in Mancos Shale is about 15 mg/kg, which is higher than some other trace elements, including uranium (about 3.7 mg/kg; Table 7). Despite these higher, solid-phase concentrations, arsenic concentrations were less than 2 µg/L in all but five of our groundwater samples. Thus, arsenic must be more tightly bound to the solid phase, perhaps as an organic complex. Because it is not easily released to the groundwater, and only one sample had an arsenic concentration that exceeded the drinking water standard, arsenic is not considered a natural contaminant in the Mancos Shale. Sampling site SNS at Sweitzer Lake was anomalous with an arsenic concentration of 12 µg/L, a result that suggests that this sample was affected by evaporation.

### 6.2.2   Boron

Boron concentrations were measured in groundwater samples collected during this study, not because it is considered a contaminant, but because boron is known to have high concentrations in marine shale and might be an indicator that groundwater has interacted with Mancos Shale. Deverel and Millard (1988) found that boron concentrations in shallow groundwater of the western San Joaquin Valley, California, correlated with salinity. Butler et al. (1994) reported concentrations of boron from the weathered Mancos Shale for eight groundwater sampling locations in the Uncompahgre and Grand Valley areas; the boron results from representative samples ranged from 220 to 1,200 µg/L and had an arithmetic mean of 648 µg/L. Boron concentrations from eight samples of Sweitzer Lake water collected in 1987 and 1988 ranged from 200 to 390 µg/L, and concentrations in four samples of water from the Garnet Canal diversion ditch at Sweitzer Lake ranged from 180 to 800 µg/L (Butler et al. 1991).

Figure 28 shows a histogram of boron concentrations in water samples (most of which are groundwater samples) collected at 14 DOE remediation sites in the Four Corners states. The boron concentrations range from 2 to 75,000 µg/L but are highly skewed to the lower values; the geometric mean is 163 µg/L. The geometric mean of seep samples collected for this study was 441 µg/L (Section 5.2), and the geometric mean concentration in shale of 692 µg/L is distinctly higher than the geometric mean of 110 µg/L from sandstone. These results coupled with literature data suggest that a boron concentration of more than approximately 500 µg/L is an indication of Mancos Shale interaction.



*Figure 28. Histogram of Boron Concentrations (µg/L) in Water Samples Collected at DOE Sites in the Four Corners States. Sampling locations are Ambrosia Lake and Shiprock, New Mexico; Durango, Grand Junction, Gunnison, Maybell, Naturita, Rifle, and Slick Rock, Colorado; Mexican Hat, Moab, and Monticello, Utah; and Monument Valley and Tuba City, Arizona.*

### 6.2.3 Dissolved Organic Carbon (DOC)

Natural fresh surface waters typically contain a few milligrams per liter of DOC but can be as high as 50 mg/L in swamps or bogs; DOC in ocean water ranges from about 0.5 to 1.2 mg/L (Stumm and Morgan 1981). In a summary of literature data, Reuter and Perdue (1977) found that most naturally occurring DOC is highly oxidized and similar in composition to soil humic substances, with an origin likely from meteoric water leaching of land-based, plant-derived humus. They report that a DOC concentration of more than 10 mg/L is sufficient to complex and mobilize trace metals, and that DOC concentrations of more than about 20 mg/L impart a distinctive yellow color to the water. Groundwater is generally low in DOC, with concentrations ranging from about 0.1 to 1.3 mg/L (Reuter and Perdue 1977).

DOC has rarely been measured in groundwater associated with Mancos Shale. Leythaeuser (1973) reports that solid-phase total organic carbon was reduced by up to 25 percent in the weathered (10 ft thick) portion of Mancos Shale (Tununk Member, Emery County, Utah), indicating that organic matter is lost from solid kerogen in the shallow weathering zone. In contrast, Clayton and Swetland (1978) analyzed weathered and unweathered core samples of the Pierre Shale in Boulder County, Colorado, and found that there was no loss of organic carbon in the weathered samples. In a study of the Crow Creek Member of Pierre Shale, Tourtelot (1962) indicated that organic carbon had been removed during weathering. Clayton and Swetland (1978) observed that up to 60 percent of the organic carbon was lost from black shale during weathering of the Permian Phosphoria Formation in northeastern Utah.

In situ generation of DOC has been described without the need for near-surface weathering processes. In situ generation of DOC was demonstrated in a study of the Gorleben aquifer in Germany by Buckau et al. (2000), who found that DOC concentrations exceeding 200 mg/L were produced by microbially mediated oxidation of sedimentary organic carbon during sulfate

reduction. The recharged DOC was composed mainly of fulvic acid, whereas the in situ–produced DOC had a large component of humic acid. Aravena and Wassenaar (1993) deduced that much of the DOC in glacial sediments in southern Ontario, Canada, is derived by in situ generation.

Swanson (1961) states that the dark brown to black structureless material found in black shale may be humate that precipitated from aqueous humic acid. Humate is soluble in slightly alkaline solution but forms a gel upon acidification. During shale diagenesis, the humic material loses its solubility but becomes soluble again if oxidized (Swanson 1961). Thus, oxidation during Mancos Shale weathering may cause dissolution of organic carbon and produce the high concentrations of DOC we observe.

Holloway and Smith (2005) treated a Mancos Shale sample containing 2.40 percent organic carbon with deionized water for 2 weeks and found that 86 mg of DOC was released per kg of shale, or 0.5 percent of the available organic carbon.

High groundwater concentrations of DOC, up to 265 mg/L as measured in our samples, occur from natural processes in the Mancos Shale. High DOC concentrations imparted yellow to red colors to the groundwater, evidenced by a positive correlation between DOC concentrations and color as measured by light absorbance (Figure 17). We suggest that weathering of humic organic carbon in the Mancos Shale is the source for the DOC observed in the groundwater samples. The presence of the red coloration imparted by the DOC is easily seen in arroyos and is an indicator of natural contamination.

## 6.2.4   Major Ions

In a study of the contribution of Mancos Shale to salt loading in West Salt Creek, near Grand Junction, Colorado, Evangelou (1981) determined that the salts were derived by dissolving carbonate minerals from the Mancos caused by lowered pH values from biological oxidation of pyrite. Gypsum and magnesium sulfate solid phases were precipitated by the same reactions, and additional ions were dissolved from dolomite, feldspar, and mica. Sodium and magnesium were contributed during cation exchange with unweathered Mancos clays.

Many of the groundwater seeps sampled in this study had high salinities, with specific conductivity values exceeding 20,000 µS/cm at many locations. Cation composition in the Mancos Shale seeps was dominated by sodium and sulfate, and pH values were typically less than 7.5. The major-ion chemistry in the seeps was generally consistent with the major-ion chemical model put forth by Evangelou (1981). Conceptually, oxidation of pyrite and organic matter contribute sulfate, bicarbonate, and protons to the groundwater. Lowering of pH affects carbonate mineral dissolution, adding calcium and, to a lesser extent, magnesium to the groundwater. Sodium is transferred to groundwater as calcium exchanges with sodium on cation exchange sites. Gypsum and other secondary minerals precipitate or dissolve according to constraints of solubility equilibrium.

## 6.2.5   Nitrate (as NO₃)

Pottorff et al. (2005) sampled surface water and groundwater associated with selenium contamination near the Devil's Thumb Golf Course, Delta, Colorado. They found a positive

relationship between selenium and nitrate, which they attributed to oxidation of selenium by nitrate, the source of nitrate being fertilizer applied to the golf course. They reported nitrate concentrations of more than 1,000 mg/L. Wright (1995, 1999) presented data on nitrate (plus nitrite), selenium, and uranium concentrations from about 50 wells and streams selected from samples of Colorado irrigation projects in Mancos Shale terrain. He found that nitrate correlated positively with both selenium and uranium; however, the correlation coefficient for selenium was only 0.50, and although the correlation coefficient for uranium was not provided, the graph showed considerable scatter. Using these correlations, the results of selenium release experiments in batch tests of Mancos Shale treated with variable concentrations of nitrate, and oxidation thermodynamics, Wright (1995, 1999) reasoned that nitrate may play a role in oxidative release of selenium and uranium from the Mancos Shale.

Most of the literature references to high nitrate concentration in the Mancos Shale suggest that fertilizer is the main source of the nitrate. In contrast, Holloway and Smith (2005) found that nitrate could be released naturally from the Mancos Shale. They treated a Mancos Shale sample containing 0.13 percent nitrogen with water for two weeks and found that 2.22 mg of inorganic nitrogen was released per kilogram of shale, or 0.2 percent of the available nitrogen. Our findings also indicate that nitrate can be leached directly from the Mancos Shale at high concentrations without a contribution from fertilizers. Seeps that are unrelated to irrigation and not likely to be significantly affected by evaporation include those at Eagle Nest Arroyo, Salt Creek Wash, Daly Reservoir, and Delta Reservoir; these had nitrate concentrations that ranged from 380 to more than 3,500 mg/L. A possible source for the nitrate is biogenic degradation of humic material during sediment deposition or early burial diagenesis. The nitrate remained associated with the organic matter until released by weathering processes.

## 6.2.6   Radon

Radon-222 measurements were made to evaluate the extent to which groundwater may have been evaporated by exposure to the atmosphere. Radon is a noble gas and is present in measurable concentrations in most groundwaters. Radon-222 has a half-life of only 3.8 days and is not transported far in groundwater. It is constantly produced in aquifers from the decay of its parent radium-226. Numerous studies of radon-222 in groundwater aquifers indicate that its aqueous concentration is tied to aquifer lithology (Michel 1990). Although large variations exist, radon-222 concentrations in limestone aquifers are typically low, ranging from about from 15 to 90 pCi/L. Radon-222 concentrations in unconsolidated sand aquifers typically range from about 200 to 700 pCi/L, and values from 2,000 to 20,000 pCi/L are common in metamorphic and igneous aquifers. We were unable to locate data regarding radon-222 concentrations in groundwater in shale.

Because it is a gas, radon-222 partitions rapidly into the vapor phase and may indicate whether a sample has been exposed to the atmosphere, either in situ or as a result of sampling. Radon-222 loss can occur without evaporation, so it is a one-sided test—if radon-222 is present in concentrations similar to those in unevaporated formation water, the sample has not been subject to evaporation; however, radon-222 loss could occur without significant evaporation. Unfortunately, few radon-222 concentration data are available for the Mancos Shale, so the concentration expected for formation water must be estimated. Because of these uncertainties, radon-222 data were only used in conjunction with other observations as a qualitative assessment of evaporation effects.

Our results were inconclusive as to whether radon-222 measurements were a useful indicator for atmospheric exposure. All of the surface water samples had low radon-222 signatures, confirming that exposure to the atmosphere depleted radon. Sweitzer Lake sample SNS3 had a relatively low radon-222 signature, consistent with its anomalously high concentrations of other dissolved constituents that might indicate evaporation. The use of radon-222 may have an additional problem if used to indicate evaporation coupled to capillary transport. If groundwater is moving to the ground surface via capillary processes, then it is still in contact with sediment, and the extent of radon emanation from that sediment is unknown. Others have found the water isotopic couple, oxygen-18 and deuterium, to be a useful indicator of evaporation in groundwaters in Mancos Shale terrain (Butler et al. 1996; Golder Associates 2004; Tuttle and Grauch 2009), although Golder Associates (2004) caution that the water isotopes may also be affected by interaction with the Mancos Shale. Perhaps the use of water isotopes in conjunction with radon-222 analyses would provide a more rigorous test of evaporation effects.

### 6.2.7   Selenium

Nolan and Clark (1997) presented data from more than 600 surface water samples collected in 14 states in the western United States and showed positive correlations of selenium with the presence of Cretaceous sediments, salinity, and irrigated areas. They found median selenium concentrations of 14 $\mu$g/L for areas underlain by Cretaceous sediments and less than 1 $\mu$g/L for areas underlain by non-Cretaceous sediments. Deverel and Millard (1988) found that selenium concentrations in shallow groundwater of the western San Joaquin Valley, California, correlated with salinity.

Butler et al. (1994) determined aqueous selenium species concentrations for two samples of groundwater collected from weathered Mancos Shale, one each from the Uncompahgre Valley and Grand Valley areas in Colorado. Both samples contained more than 97 percent of the oxidized species $Se^{VI}O_4^{2-}$, the remainder being the reduced species $Se^{IV}O_3^{2-}$, suggesting transport of selenium in the oxidized state. Wright and Butler (1993) reported selenium concentrations in groundwater from weathered Mancos Shale in irrigated areas of the Grand Valley and Uncompahgre Valley that ranged from less than 1 to 65 $\mu$g/L, but they found higher concentrations, up to 1,300 $\mu$g/L, in alluvial groundwater overlying Mancos Shale. Wright and Butler (1993) found that the selenium concentrations in groundwater were somewhat higher during the irrigation season than during the nonirrigated season and found that selenium in weathered Mancos Shale groundwater is negatively correlated with salinity. On the basis of these relationships, they proposed that selenium mobility is controlled predominantly by processes of uptake via reductive precipitation of pyrite and ion exchange on clays. Butler et al. (1996) using a similar database proposed a similar model for selenium migration.

Selenium concentrations in 14 seep samples collected during this study exceeded 500 µg/L, confirming observations by previous researchers that Mancos Shale is a source of elevated selenium concentrations in groundwater. Most of the higher concentrations were in samples that had high concentrations of other constituents, including uranium, DOC, nitrate, and total salinity; although the relative abundances of these constituents varied. The high groundwater concentrations of selenium are not reflected in the solid-phase concentrations. The generalized estimate in this study of solid-phase selenium concentration in the Mancos Shale was 2 mg/kg (Table 7), which was less than each of the solid-phase concentrations of uranium, boron, or arsenic.

Selenium concentrations in groundwater resulting from contact with gray shale beds in the Mancos Shale often exceed 500 µg/L. We propose that selenium is introduced into the Mancos Shale groundwater in a manner consistent with many previous studies. Selenium was adsorbed to humic organic matter and substituted for sulfur in pyrite from seawater during deposition of the Mancos Shale in the Late Cretaceous Western Interior Seaway. Selenium in these solid hosts was in its reduced selenite form. Concentration and redistribution likely occurred during burial diagenesis. As the Mancos Shale was uplifted and became weathered, selenium was oxidized to its more mobile selenate form. Wherever groundwater finds a migration pathway through the Mancos Shale, selenium transfers to the aqueous phase and migrates to the seeps.

## 6.2.8   Uranium

Data from the NURE program (USGS 2011b) were used to form a basis for comparison with the uranium concentrations encountered in our study. Figure 29 shows a histogram of uranium concentrations in 23,659 groundwater samples collected in the Four Corners states of Arizona, Colorado, New Mexico, and Utah. The NURE samples were obtained from seeps, springs, and wells and represent a wide range of geologic units. The frequency distribution for this set of uranium data is highly skewed with many more observations made at the low end of the concentration distribution; correspondingly, the arithmetic mean and median uranium concentrations were 8.67 and 2.63 µg/L, respectively (Table 8). Several high values skew the distribution but, because the statistics are based on such a large population there was little change to the mean and median values, even when some of the highest uranium concentrations were omitted. If all the uranium concentrations more than 1,000 µg/L uranium are omitted (five values), the mean decreases slightly to 8.13 µg /L, and the median remains the same at 2.63 µg/L (Table 8). Based on this data set, we adopt a value of 8.1 µg/L as a reasonable estimate of the mean.



*Figure 29. Histogram of Uranium Concentrations (µg/L) in 23,659 Groundwater Samples Collected in the Four Corners States of Arizona, Colorado, New Mexico, and Utah. Inset shows samples with more than 100 µg/L uranium.*

Figure 30 provides a map-based representation of all the groundwater uranium concentration data from the Four Corners states, and Figure 31 shows locations that have groundwater uranium concentrations greater than 100 µg/L. There is a dense area of the higher values in an area in northeast Colorado (area A, Figure 31). This area is in the transition from the Rocky Mountains region to the Great Plains region and is characterized geologically by the transition to flat-lying Cretaceous and Tertiary marine and transitional shale-dominated beds, including large areas of strata that are equivalent to the Mancos Shale. Similarly, an area in the transition zone in southeast Colorado has a high density of locations with elevated uranium concentrations with Mancos equivalent strata (area B, Figure 31). Shannon (1979) reported on NURE results of samples collected from the Lamar 1° × 2° quadrangle that is located in eastern Colorado and includes the higher uranium concentrations in area B in southeast Colorado and a portion of the Arkansas River valley (Figure 31). He noted that of all the quadrangles investigated for the NURE program (which includes much of the United States), the Lamar quadrangle had one of the highest mean uranium concentrations in groundwater samples collected from wells. He further noted a correlation of the higher anomalies with units of Upper Cretaceous rocks that are stratigraphically equivalent to the Mancos Shale. Zielinski et al. (1995) reported high uranium concentrations in surface water and groundwater in the Arkansas River valley where the Arkansas River emerges from the Rocky Mountains to the Great Plains, near Cañon City, Colorado (Figure 31). They found concentrations of uranium exceeding 100 µg/L resulting from water contacting marine shale, including Mancos Shale-equivalent strata.



M:\LTS\111\0001\08\002\S07482\S0748200.mxd coatesc 02/11/2011 11:02:12 AM

*Figure 30. Uranium Distribution in Groundwater in the Four Corners States. Data from the NURE database from samples collected 1976 through 1979.*



*Figure 31. Groundwater Samples in the Four Corners States with Uranium Concentration more than 100 µg/L. Data from the NURE database from samples collected 1976 through 1979. Areas A and B are discussed in the text.*

In many other locations scattered among the Four Corners states that exhibit elevated uranium concentrations (Figure 31), an association with Mancos Shale equivalent strata appears to exist. Note that we did not conduct a critical analysis of the NURE data for the purpose of correlating Mancos Shale with groundwater contamination. Were such an investigation performed, it is likely that some of the high uranium concentrations, particularly solitary high values in outlying areas, would be attributed to anthropogenic activities. Nonetheless, the information presented in this section (e.g. Table 8) suggests that a thorough assessment of the NURE data would enhance an analysis of natural contamination in the Mancos Shale.

*Table 8. NURE Statistics of Groundwater Uranium Concentration (µg/L)*
*Data for Arizona, Colorado, New Mexico, and Utah Collected from 1976 to 1979.*
*First row represents all reported data. Second row is based on all data except for the five values that exceed 1,000 µg/L.*

|  | Count | Min. | Max. | Mean[a] | Median | Std Dev |
|---|---|---|---|---|---|---|
| All Values | 23,659 | 0.002 | 5934 | 8.67 | 2.63 | 51 |
| Minus Highest Five Values | 23,654 | 0.002 | 748 | 8.13 | 2.63 | 23 |

[a] Arithmetic mean

In addition to presenting uranium concentration data from seven wells and one spring located in weathered Mancos Shale in the Uncompahgre Valley and Grand Valley areas in Colorado, Butler et al. (1994) presented data from seven wells completed in alluvium overlying weathered Mancos Shale in the same area. Their uranium concentrations for the alluvium ranged from 9 to 72 µg/L and an arithmetic mean of 37 µg/L, as compared to a range of 8 to 75 µg/L with an arithmetic mean of 27 µg/L for the weathered Mancos Shale. A well log obtained from the U.S. Bureau of Reclamation in Grand Junction indicated that one well was screened from alluvium to about 80 ft into the Mancos Shale. Butler et al. (1994) reported that a sample from this well had a uranium concentration of 450 µg/L, which is much higher than two previous values (9.4 and 3.8 µg/L) from the same well. We speculate that this may be an analytical error. Wright (1995) presents uranium concentration data ranging from about 2 to 60 µg/L in 50 water samples collected from wells and streams in western Colorado irrigation projects in Mancos Shale terrain. Some of the data used by Wright (1995) may be the same as those presented in Butler et al. (1994). Uranium concentrations from eight samples of Sweitzer Lake water collected in 1987 and 1988 ranged from 12 to 29 µg/L, and in four samples of water from the Garnet Canal diversion ditch at Sweitzer Lake ranged from 14 to 64 µg/L (Butler et al. 1991).

Uranium concentrations in samples collected from Mancos Shale seeps for this study were relatively high, ranging from 0.2 to 1,922 µg/L. Seeps issuing from shale beds had much higher concentrations (a geometric mean of 83.4 µg/L) than those emanating from sandstone beds (a geometric mean of 7.3 µg/L; see Table 5). Samples from seeps that were apparently unrelated to anthropogenic activity had elevated uranium levels. Uranium concentrations in groundwater contacting gray shale beds in the Mancos Shale often exceed 100 µg/L from natural processes. Uranium is thought to have adsorbed to organic matter from sea water and was reduced to the uranous state at the bottom of the Late Cretaceous sea. Some concentration and redistribution may have occurred during burial diagenesis. As the Mancos Shale was uplifted and weathered, uranium was available for transfer to groundwater in its uranyl state.

### 6.2.9   Uranium Isotopes

Uranium-234 and -238 both undergo alpha decay with half-lives of $4.468 \times 10^9$ and $2.48 \times 10^5$ years, respectively (Faure 1977). A closed system requires nearly one million years to achieve secular equilibrium, a condition in which the decay rates of uranium-234 and uranium-238 are equal. Most uranium ores discovered in the Four Corners region are older than this and have achieved secular equilibrium. Individual silicate mineral grains, even those deposited in sediments, are likely to be in secular equilibrium at least in the inner portion that has not been subjected to leaching. There are two principal ways uranium can be transferred to groundwater from solid phases: (1) chemical dissolution, and (2) alpha recoil and associated leaching. Only the second causes fractionation of uranium-234 from uranium-238 (Petit et al. 1985).

Research that began in 1953 in Russia and became widespread in the United States by the mid-1960s recognized that the activity of uranium-234 was higher than the activity of uranium-238 in many groundwaters (Osmond and Cowart 1976; Faure 1977). Uranium-238 decays to thorium-234 by the energetic release of an alpha particle which causes the thorium atom to recoil directly into nearby pore fluid or to become lodged in the mineral crystal lattice (Kigoshi 1971). With a half-life of only 24.1 days, thorium-234 decays rapidly to uranium-234 in a portion of the crystalline lattice that was disrupted by the alpha recoil process. Alpha recoil is also thought to produce oxidation at the site of the newly born uranium-234 atom (Rosholt et al. 1963; Petit et al. 1985; Suksi et al. 2006). When coupled with the lattice disruptions, the oxidized uranium-234 atoms become more amenable to release into the pore fluids than uranium-238. Although there have been several variations on the details of the alpha recoil process and its effect on preferential release of uranium-234, it is well accepted that alpha recoil is the only mechanism that causes fractionation of uranium-234 from uranium-238. Having a single fractionation mechanism can make the interpretation of uranium isotopic signatures more straightforward than interpretations for many of the lighter environmental isotopes (e.g., $^{18}O$, $^{2}H$, $^{32}S$, $^{15}N$) that fractionate under a wider range of conditions. Also, fractionations of uranium isotopes are typically larger than those of other environmental isotopes; differences in the percentage range are common, compared to parts-per-thousand differences for many of the other environmental isotopes (Osmond and Cowart 1976). Interpretation of uranium isotopes is further simplified because fractionation is independent of the chemistry of the aqueous phase. Despite these benefits, the use of uranium isotopes still suffers from an incomplete knowledge of the exact fate of thorium-234 and its daughter uranium-234 following alpha decay.

Based on literature surrounding the occurrence of uranium in dark marine shale, we assume that much of the uranium in the Mancos Shale resides in organic matter. Research on preferential release of uranium-234 due to alpha recoil has been universally directed to uranium bound in silicate or carbonate minerals, and we were unable to locate similar research on uranium bound to organic matter. Kigoshi (1971) assumes that the recoil length for thorium-234 is inversely proportional to the density of the material and estimates a 900-angstrom (Å) recoil length for pelagic sediment from experimentally determined recoil lengths of 550 Å for zircon. Presumably, low-density humic matter would have longer recoil lengths, and thus, fractionation due to direct thorium-234 recoil from organic matter would exceed those based on a silica framework. The AR of uranium-234 to uranium-238 has been used in various groundwater studies to help determine the origin of the uranium. The AR is near unity if both isotopes are in secular equilibrium. As alpha recoil processes cause preferential transfer of uranium-234 from

the solid to the aqueous phase, the AR increases. AR values up to 2 are common in groundwater, but values up to 9 or more have been reported (Osmond and Cowart 1976; Suksi et al. 2006).

Zielinski et al. (1997) used AR values to help determine the source of uranium in a groundwater uranium plume emanating from a uranium mill site near Cañon City, Colorado. The AR values in the mill effluent were near 1.0 because the uranium ores were in secular equilibrium, and the milling process was sufficiently aggressive to cause essentially congruent mineral dissolution, thus maintaining the isotopic signature. In contrast, Zielinski et al. (1997) reported that AR values in background areas unaffected by the mill-generated plume were between 1.3 and 1.5. The AR values in the groundwater plume correlated well with uranium and molybdenum (another mill contaminant) concentrations, further indicating that AR values could be used to delineate the plume.

Weathering and oxidation processes are often cited to interpret some of the observed AR patterns in nature. Hussain and Krishnaswami (1980) state that intense weathering (presumably caused by congruent mineral dissolution) could result in high uranium concentrations and AR values near 1.0; whereas less-intense weathering (incongruent mineral dissolution) would selectively remove uranium-234 from the oxidized sites created by alpha recoil. Using theoretical modeling of the alpha recoil process, Suksi et al. (2006) concluded that direct alpha recoil to the groundwater is minimal and that uranium-234 fractionation is largely due to preferential oxidation. From this they reasoned that fractionation of uranium-234 only occurs from a reduced substrate. Cowart and Osmond (1977) observed low uranium concentrations with high AR values in groundwater within the reducing zone of uranium ore bodies. They reasoned that oxidized groundwater, high in uranium and with AR near 1.0, transports the uranium to the reduced zone where uranium mineral precipitation caused a sharp decrease in uranium concentration and an increase in AR values due to alpha recoil. In contrast, Maher et al. (2006) matched data from leaching of fine-grained sediment separates with an alpha recoil model based on grain geometry, suggesting that direct alpha recoil loss dominated, and preferential leaching is insignificant in a sediment with slowly dissolving silicates.

All of our uranium isotope data from Mancos Shale seeps show that AR values were more than 1.0 and most exceeded 2.0, indicating that uranium-234 activity regularly exceeds uranium-238 activity in Mancos groundwater throughout its depositional basin. A conceptual model for the groundwater AR values should explain several observations: (1) all samples have excess uranium-234, and many have twice the activity of uranium-234 as uranium-238, (2) these high AR values of near 2.0 are present over wide geographic areas, (3) samples collected from separate locations but within the same local area often have similar AR values, (4) many samples have elevated uranium concentrations, often exceeding 100 μg/L, and (5) groundwater contacting Mancos Shale for as little as one year is sufficient to produce AR values more than 2.0. The last of these observations is based on evidence that USGS Seep 2 near Devil's Thumb Golf Course originated less than a year after the filling of a pond that was the source of the seep water. Uranium isotopic data were not available from this seep, but nearby seeps DTS1, DTS2, and DTS3, which likely formed at the same time, had AR values greater than 2.0.

The apparently short groundwater residence time in the case of USGS Seep 2 seems to refute the possibility that direct recoil of thorium-234 atoms into pore fluids from host organic matter is responsible for the larger AR values that we see in Mancos Shale groundwater. Instead, we suggest that during uplift and erosion of Mancos Shale, perhaps over the last thousand years or

so, alpha recoil of thorium-234 into pore fluids was followed by rapid sorption of the recoiled atom to surfaces of oxidized organic matter or minerals formed by the weathering process. The rock matrix at this time was relatively dry. By the time the shale beds were uplifted to within about 50 ft of the surface, uranium-234 preferentially occupied sorption sites on secondary minerals. Once groundwater was able to find pathways through the weathered shale beds, uranium enriched in uranium-234 was desorbed into the groundwater and subsequently transported to the seep locations. This hypothesis remains conjectural until more research can be conducted on the solid-phase AR values, and similar AR values can be produced from controlled laboratory tests. This hypothesis has similarities with the work of Rosholt et al. (1963) who found high variability of uranium isotopic signatures in 28 sandstone uranium ores from the United States; and they found that these ratios did not correlate with the oxidation states of the samples. Rosholt et al. (1963) suggested that uranium-234 was preferentially leached from ores, and then uranium from these fluids reprecipitated to form secondary ores with high uranium-234.

Petit et al. (1985) provided a succinct review and evaluation of the various mechanisms thought to be responsible for the excess of uranium-234 commonly found in groundwater. Importantly, they demonstrated that dissolution of uranium-bearing minerals produces a dilution of the uranium isotopic signature by adding a significant amount of uranium-238 to the groundwater. Their analysis indicated that production of excess uranium-234 by alpha recoil processes to increase the AR value from 1.0 to as little as 1.2 required unrealistically low rates of mineral dissolution. They also suggested that in a situation where water is present in a rock only intermittently, the alpha recoil products are implanted in adjacent grains to be released later when groundwater resaturated the system. The dilution by uranium-238 in the Mancos Shale seep samples investigated in this study would be extreme if mineral dissolution (or desorption) involved uranium that was at secular equilibrium in the shale. Using this reasoning, it is possible that recent groundwater in Mancos Shale released uranium from minerals containing excess uranium-234 that had previously been concentrated on secondary minerals and organic matter over long time periods.

## 6.2.10  Vanadium

There are few data available to assess vanadium concentrations in Mancos Shale groundwater. Vanadium concentrations from eight samples of Sweitzer Lake water collected in 1987 and 1988 ranged from less than 1 to 7 µg/L, and concentrations in four samples of water from the Garnet Canal diversion ditch (Figure 6) at Sweitzer Lake ranged from less than 1 to 14 µg/L (Butler et al. 1991). Deverel and Millard (1988) found that vanadium concentrations in shallow groundwater of the western San Joaquin Valley, California, correlated with salinity.

Despite its much higher concentration (about 100 mg/kg) than uranium or selenium in the Mancos Shale, vanadium has low concentrations in groundwater. In the seep samples, all but one sample had less than 2 µg/L of vanadium. Sample SNS from Sweitzer Lake was the only exception with a concentration of 19 µg/L, suggesting that this sample was affected by evaporation. We suggest that vanadium is tied up with a more hydrophobic fraction of the shale, perhaps sapropelic-based kerogen, that is not released easily upon contact with an aqueous phase. The affinity of vanadium for petroleum is well documented (Erickson et al. 1954; Hyden 1956).

There is no drinking water standard for vanadium; however, New Mexico has a livestock drinking water standard of 100 µg/L (Thomas et al. 1998). Because all of the groundwater vanadium concentrations measured in the seeps were much below this value, we conclude that vanadium is not a natural contaminant in the Mancos Shale.

## 6.3    Conceptual Model of Seep Chemistry

Clay and silt particles were deposited as mud at the bottom of the broad shallow Western Interior Seaway during the Late Cretaceous Epoch. Later lithification of these mud deposits became the shale of the Mancos Shale. Calcium carbonate precipitation in the shallow sea resulted in sporadic but substantial beds of limestone. Chemically reducing conditions caused by microbial degradation of organic compounds at the sea bottom caused formation of pyrite. Uranium from seawater was incorporated into organic matter by adsorption and reductive precipitation. Uranium concentrations in seawater may have been increased by devitrification of volcanic ash that periodically fell into the sea. Uranium isotopic signatures reflected those in seawater, which currently has a fairly constant AR of about 1.15 (Faure 1977). Selenium substituted for sulfur in pyrite, and some was adsorbed to organic matter. Nitrate production accompanied biodegradation, and nitrate was concentrated with organic matter. Pore water chemistry reflected the high sodium chloride composition of sea water. Chemical reduction continued during shallow burial, accompanied by minor redistribution of selenium, uranium, and other natural contaminants. Boron, which occurred in seawater at concentrations that were relatively high, was adsorbed by settling mud but was subsequently incorporated in phyllosilicate tetrahedral sites during diagenesis. Calcium carbonate was also redistributed, resulting in calcareous cementation. During burial diagenesis, the original clay and silt deposited during the Late Cretaceous was compacted to about a third to a tenth of its original water-saturated volume by the time it was buried to 10,000 ft in Tertiary time (Shawe 1976). By this time, a large proportion of smectite layers in illite-smectite clay minerals had been transformed to illite, and the Mancos Shale had become lithified. For reasons yet to be determined, nearly pure smectite in bentonite beds went unaltered. Pore fluids were dominated by sodium chloride, and cation exchange sites were occupied by sodium.

During the Neogene, the Mancos Shale was uplifted and became exposed over large areas of the Colorado Plateau, and erosion was coupled to uplift such that the Mancos Shale continually supplied unweathered shale and natural contaminants to the weathering horizon. Chloride minerals are highly soluble, and some chloride was lost from the system before the beds reached the weathering horizon. Oxidation of pyrite and organic matter in the weathering horizon caused formation of gypsum, lowering of pH, and dissolution of some organic matter. The contrast between the sodium-chloride chemistry of the deep, unweathered Mancos Shale groundwater and the sodium-sulfate composition of the shallow, weathered Mancos Shale is caused by the contribution of sulfate by oxidation of pyrite in the weathering horizon. Lowering of pH was buffered by dissolution of calcite, which was abundant in the Mancos Shale. The transfer of calcium from carbonate minerals to the aqueous phase made it available to exchange with sodium on cation exchange sites and to combine with sulfate to form gypsum. Sodium dominated the ion exchange sites as indicated by high sodium concentrations in both weathered and unweathered Mancos Shale. Although shales of the Mancos Shale are mostly dry, they contain an abundance of soluble matter that can be released whenever water is applied. The main elements of major ion chemistry as proposed by this conceptual model were simulated using a numerical model, as discussed in the next section.

## 6.4    Reaction Progress Model of Seep Chemistry

Groundwater can flow at high rates through the Mancos Shale, as demonstrated at the Devil's Thumb Golf Course, where groundwater flow rates of 8 ft per day were observed. It is likely that flow in the shallow Mancos Shale follows fractures, bedding planes, and other structural or weathered features and is not likely to be accurately portrayed using traditional models invoking porous media flow. Because of the uncertainty of the flow system, we elected not to model flow; rather, we used a reaction progress model to simulate the main chemical features of the shallow groundwater system. Reaction progress modeling is well suited to simulating mass transfer of chemicals between Mancos Shale and groundwater. This type of modeling uses a set of irreversible reactions to produce changes to a chemical system, with all other chemical reactions evolving in local equilibrium. An excellent example of the usefulness of reaction progress modeling is provided by Helgeson (1979), who modeled the progressive evolution of hydrothermal vein minerals driven by irreversible feldspar hydrolysis.

We conceptualize a system in which relatively clean water infiltrates into the Mancos Shale and migrates along fractures, bedding planes, and bentonite layers to seeps or springs. Seeps commonly occur along the strike of the Mancos Shale beds, indicating that bedding planes, and in some cases bentonite beds, exert a major control on groundwater flow. At most sites, the flow regime is relatively shallow and mostly within the weathered Mancos Shale. Based on the core data from the Crescent Junction site and reports of Mancos chemistry and mineralogy from the literature, we assume that the Mancos contains gypsum, calcite, pyrite, and organic matter. Pyrite, calcite, and organic matter are weathered products of marine deposition and shallow (several hundred feet) burial diagenesis, whereas gypsum and ferric oxyhydroxide are oxidation products of pyrite. Pyrite and organic matter are closely associated, whereas gypsum and calcite commonly occur in mineralized fractures or other secondary features, having been mobilized some distance from their source. Of importance, the presence of high concentrations of sodium on ion exchange sites is critical to producing the sodium sulfate major ion compositions that are ubiquitous in many Mancos Shale seeps.

Our conceptual model for the release of constituents from the Mancos Shale involves the irreversible incongruent dissolution of organic matter, the irreversible dissolution of pyrite, and the addition of sodium-filled ion exchange sites (NaX). Equilibrium is maintained among all aqueous speciation, ion exchange, and mineral precipitation and dissolution reactions. Reaction progress modeling can be thought of by considering a liter of water in a beaker to which we gradually add small increments of solid components (pyrite, organic matter, and shale with ion exchange sites) and compute the chemical composition at each addition. This has a similar effect as considering the evolution of water chemistry as this liter of water migrates along a flow path in the Mancos Shale and progressively reacts with the aquifer solids. Because we lack knowledge of the flow regime and have no groundwater data from various locations along a flow path, we cannot explicitly test chemical interactions in a predictive way. However, the model is useful in providing a numerical (and thermodynamically consistent) verification of the reasonableness of our conceptual model. Reaction progress modeling used the PHREEQC computer code (Parkhurst and Appelo 1999).

Thermodynamic data for all aqueous complexation, ion exchange, and mineral precipitation/dissolution reactions are from the database provided with the PHREEQC program. For computational simplicity, solid-phase organic matter in geologic systems is often presented as $CH_2O$ (Stumm and Morgan 1981), and we used that simplification. We also simplify the

dissolved organic phase as carboxyl ion; thus, the following equation depicts the irreversible hydrolysis of organic matter:

$$CH_2O + H_2O = HCOO^- + 3H^+ + 2e^-$$

where $HCOO^-$ is used as a proxy for DOC. Because the groundwater is in the near-surface weathered Mancos Shale, oxygen was maintained at equilibrium with $10^{-7}$ atmosphere of $O_2$ (approximately 8 mg/L dissolved oxygen). Iron oxyhydroxide was simulated with amorphous $Fe(OH)_3$. Calcite, gypsum, and $Fe(OH)_3$ were maintained at equilibrium throughout the simulation. Ion exchange sites are considered to be highly charged with sodium, as indicated by the presence of concentrated sodium chloride groundwater in the deep borings of unweathered Mancos Shale. Our chemical analysis of a pristine (specific conductivity of 114 µS/cm) Delta Reservoir (DR) water sample on November 8, 2010, was used as the initial solution. Our goal was to seek a reasonable match to the seep chemistry at Delta Reservoir seeps DRS1 and DRS3 by adjusting the phase mixture within reasonable limits. A mixture of pyrite, $CH_2O$, and NaX in the molar amounts 0.0008, 0.0003, and 1.0, respectively, provided a reasonable match as shown in Table 9. This mixture was added in 1,000 steps of 0.005 mole each to the initial solution. The modeled value for sodium is higher than observed, because only sodium was considered to occupy ion exchange sites; calcium, potassium, and magnesium loading on ion exchange sites was probably minimal and was ignored. As an additional simplification, the carbon contained in DOC was not allowed to exchange with inorganic carbon. This condition is justified by the observation that DOC is at high concentrations in many of the groundwater samples despite oxidizing conditions that would cause its complete conversion to $CO_2$ if it reacted to thermodynamic equilibrium.

*Table 9. Delta Reservoir Reaction Progress Model Results Compared to Chemistry Measured in Samples from Seeps DRS1 and DRS3, November 8, 2010 (mg/L). Five moles of reactive mixture were added.*

|        | DIC | DOC | SO$_4$ | Na    | Fe  | pH   |
|--------|-----|-----|--------|-------|-----|------|
| DRS1   | 222 | 44  | 18,497 | 7,600 | <1  | 7.16 |
| DRS2   | 251 | 2.9 | 15,087 | 5,900 | <1  | 7.25 |
| Model  | 199 | 18  | 18,453 | 8,884 | <1  | 7.17 |

DIC = dissolved inorganic carbon; DOC = dissolved organic carbon

Figure 32 shows the trends in constituent concentrations as the model progresses toward the final values shown in Table 9. Proton generation from the addition of pyrite, oxidized by the oxygenated atmosphere, causes a gradual decrease in pH. The pH would decrease much faster if not buffered by calcite dissolution. Iron generated by pyrite dissolution is taken up by $Fe(OH)_3$ precipitation. Calcium generated by calcite dissolution exchanges with sodium on the Mancos clay minerals; the lack of dissolved calcium prevents precipitation of gypsum. Thus, the system evolves to a dominantly sodium sulfate system.



*Figure 32. Calculated Concentrations for a Reaction Progress Model Simulation of the Delta Reservoir Seeps. Reaction progress is defined by a mixture of 1, 0.0008, and 0.0003 mole of NaX, pyrite, and CH$_2$O, respectively.*

Uranium and other trace constituents were not modeled because too little is known about their mode of occurrence both in the solid and dissolved states. Based on literature data presented above, it is likely that uranium resides in the organic matter and is perhaps complexed by DOC in the aqueous phase.

# 7.0    Conclusions and Recommendations

This study identified groundwater seeping from the Mancos Shale that was contaminated by naturally occurring processes. The results indicate that high concentrations of major ions, nitrate, selenium, and uranium are likely to occur as a natural process of interaction between groundwater and Mancos Shale. The high concentrations are apparently limited to groundwater associated with shale beds, and concentrations of these constituents in groundwater associated with sandstone were much lower. High contaminant concentrations occurred throughout the study areas and were not correlated with geographic area, stratigraphic position, or source of water. Some of the samples were influenced by irrigation, but others were collected from locations in remote areas with no significant anthropogenic input. In the interest of developing reasonable and achievable cleanup goals, the effects of naturally occurring concentrations of nitrate, selenium, and uranium should be considered when evaluating groundwater contaminant plumes beneath and downgradient of disposal cells constructed on Mancos Shale.

Groundwater contacting shale beds of Mancos Shale can have concentrations of nitrate, selenium, and uranium that exceed regulatory standards. Many of the groundwater samples were highly saline, as indicated by specific conductivity values ranging from 418 to 70,002 μS/cm

with a geometric mean of 9,226 µS/cm. Samples collected at nine locations had specific conductivity values of more than 30,000 µS/cm. Nitrate concentrations exceeded 250 mg/L at 13 locations, and selenium concentrations exceeded 1,000 µg/L in eight samples. Uranium concentrations were also high, having a range of 0.2 to 1,922 µg/L with a geometric mean of 48.8 µg/L, and samples from 18 locations had concentrations more than 100 µg/L. The groundwater can also have DOC concentrations exceeding 100 mg/L, which commonly colors the water yellow to red. Boron (a possible indicator of marine shale) concentrations exceeding 1,000 µg/L were common in groundwater from shale beds, but lower values were observed in groundwater from sandstone. Vanadium and arsenic concentrations were low in the seep samples, and thus are not natural contaminants in the Mancos.

All uranium-234 to uranium-238 AR values were greater than the secular equilibrium value of 1.0. All but three of the AR values were more than 1.5, and about half of the values exceeded 2.0. Thus, high AR values may be a common characteristic of groundwater that has interacted with Mancos Shale.

Chemical reactions driven by the irreversible oxidation of organic matter and pyrite offer a plausible explanation for the evolution of groundwater chemistry. Pyrite oxidation generates sulfate, selenium, and protons, whereas organic matter yields DOC and liberates nitrate and uranium. These reactions occurred after the Mancos Shale had been uplifted sufficiently such that atmospheric oxygen was available to drive weathering processes.

The current study is based on a single set of samples from a wide geographic area encompassing much of the Mancos Shale depositional basin. It would be useful to sample the same seeps at least one additional time, during the main irrigation season, to help evaluate seasonal variation. Because of time limitations, several large areas of Mancos Shale outcrops were not investigated in the field. It would be beneficial to extend the study to include groundwater sampling in these areas. These areas include the Kaiparowits Plateau; Black Mesa Basin; areas of the southern San Juan Basin near Gallup, New Mexico; an area near Show Low Arizona; and areas in Colorado near Steamboat Springs and Pagosa Springs; and area near Vernal, Utah. Extending the investigation to include the Pierre Shale, Niobrara Formation, and other Mancos equivalent strata in eastern Colorado, Kansas, Montana, Nebraska, South Dakota, and Wyoming would also be of interest.

The main purpose of the current study was to evaluate groundwater chemistry in the Mancos Shale caused by natural processes. To meet this purpose, a limited set of chemical parameters was selected for study. Because some seeps were relatively nonproductive, obtaining a suitable volume of groundwater for extensive chemical analysis was not possible. However, most locations produced groundwater in sufficient quantity to facilitate additional analyses. Potentially useful data that were not included in this study are $\delta^{18}O$ and $\delta D$, which could help confirm the sources of groundwater and provide a more quantitative assessment of evaporation effects. More detailed work, including coring and analysis and installation of a groundwater monitoring array in an area that has well-defined groundwater control such as Daly Reservoir could help to understand groundwater chemistry as it evolves along flow lines. Determination of the nature of the DOC could lead to a better understanding of the processes responsible for its occurrence in the groundwater.

# 8.0   Acknowledgements

We thank Steve Austin of the Navajo Environmental Protection Agency for providing information on locations of several seeps and providing field assistance. We also thank Andy Mitchell (City of Delta) for assisting us in the field and providing reports and historical information about the Delta Reservoir and Devil's Thumb Golf Course. This work was funded by the U.S. Department of Energy Office of Legacy Management under the Applied Science and Technology Subtask.

# 9.0   References

40 e-CFR 141. U.S. Environmental Protection Agency, "National Primary Drinking Water Regulations," *Code of Federal Regulations*, January 31, 2011.

Adams, J.A.S., and Weaver, C.E., 1958. "Uranium-to-thorium ratios as indicators of sedimentary processes: Example of concept of geochemical facies," *Bull. Amer. Assoc. Petrol. Geol.*, 42: 387−430.

Adams, S.S., H.S. Curtis, and P.L. Hafen, 1974. "Alteration of detrital magnetite-ilmenite in continental sandstones of the Morrison Formation, New Mexico," *Formation of Uranium Ore Deposits*, International Atomic Energy Agency, Vienna, Austria, pp. 219–253.

Aravena, R., and L.I. Wassenaar, 1993. "Dissolved organic carbon and methane in a regional confined aquifer, southern Ontario, Canada: Carbon isotope evidence for associated subsurface sources," *Applied Geochemistry*, 8: 483–493.

Berman, A.E., D. Poleschook Jr., and T.E. Dimelow, 1980. "Jurassic and Cretaceous systems of Colorado," in Kent, H.C., and K.W. Porter (eds.), *Rocky Mountain Association of Geologists 1980 Symposium Guideboo*k, Denver, pp. 111–128.

Berner, R.A., 1987. "Models for carbon and sulfur cycles and atmospheric oxygen: Application to Paleozoic geologic history," *Amer. J. Sci.*, 287: pp. 177–196.

Broxton, D.E., W.A. Morris, and S.L. Bolivar, 1979. *Uranium Hydrogeochemical and Stream Sediment Reconnaissance of the Montrose NTMS Quadrangle, Colorado, Including Concentration of Forty-Three Additional Elements,* Informal Report LA-7507-MS, Los Alamos Scientific Laboratory, Los Alamos, New Mexico.

Buckau, G, R. Artinger, S. Geyer, M. Wolf, P. Fritz, and J.I. Kim, 2000. "Groundwater in-situ generation of aquatic humic and fulvic acids and the mineralization of sedimentary organic carbon," *Applied Geochemistry,* 15: 819–832.

Butler, D.L., R.P. Krueger, B.C. Osmundson, A.L. Thompson, and S.K. McCall, 1991. *Reconnaissance Investigation of Water Quality, Bottom Sediment, and Biota Associated with Irrigation Drainage in the Gunnison and Uncompahgre River Basins and at Sweitzer Lake, West-Central Colorado, 1988–89*, U.S. Geol. Survey Water-Resources Investigations Report 91-4103, 99 pp.

Butler, D.L., W.G. Wright, D.A. Hahn, R.P. Krueger, and B.C. Osmundson, 1994. *Physical, Chemical, and Biological Data for Detailed Study of Irrigation Drainage in the Uncompahgre Project Area and in the Grand Valley, West-Central Colorado, 1991–92*, U.S. Geol. Survey Open-File Report 94-110, 146 pp.

Butler, D.L., W.G. Wright, K.C. Stewart, B.C. Osmundson, and R.P. Krueger, 1996. *Detailed Study of Selenium and Other Constituents in Water, Bottom Sediment, Soil, Alfalfa, and Biota Associated with Irrigation Drainage in the Uncompahgre Project Area and in the Grand Valley, West-Central Colorado, 1991–93*, U.S. Geol. Survey Water-Resources Investigations Report 96-4138, 136 pp.

Butler, D.L., and K.J. Leib, 2002. *Characterization of Selenium in the Lower Gunnison River Basin, Colorado, 1988–2000*, U.S. Geol. Survey Water-Resources Investigations Report 02-4151, 26 pp.

Clayton, J.L., and P.J. Swetland, 1978. "Subaerial weathering of sedimentary organic matter," *Geochim. et Cosmochim. Acta*, 42: 305–312.

Cowart, J.B., and J.K. Osmond, 1977. "Uranium isotopes in groundwater: Their use in prospecting for sandstone-type uranium deposits," *J. Geochem. Exploration*, 8: 365–379.

Cross, W., and C.W. Purington, 1899. *Geologic Atlas of the United States, Telluride, Colorado*, U.S. Geol. Survey Folio 57, Washington, D.C.

Curtis, P.J., and D.W. Schindler, 1997. "Hydrologic control of dissolved organic matter in low-order Precambrian Shield lakes," *Biogeochemistry*, 36: 125–138.

Deverel, S.J., and S.P. Millard, 1988. "Distribution and mobility of selenium and other trace elements in shallow groundwater of the western San Joaquin Valley, California," *Environ. Sci. Technol.*, 22: 697–702.

Deyo, A.E., 1984. *Salinity Investigations of Mancos Landforms and Springs in the Upper Colorado River Basin*, Ph.D. Dissertation, University of California, Davis, 184 pp.

DOE (U.S. Department of Energy), 2000. *Final Site Observational Work Plan for the Shiprock, New Mexico, UMTRA Project Site*, GJO-2000-169-TAR, Grand Junction Office, Grand Junction, Colorado, November.

DOE (U.S. Department of Energy), 2007. *Revised Draft Remedial Action Plan and Site Design for Stabilization of Moab Title I Uranium Mill Tailings at the Crescent Junction, Utah Disposal Site*, DOE-EM/GJ1270-2006, U.S. Department of Energy Office of Environmental Management, Grand Junction, Colorado (unissued document).

Droycon Bioconcepts Inc., 2004. *BART User Manual*, Regina, Saskatchewan, Canada.

Eaton A. D., L.S. Clesceri, and A.E. Greenberg (eds), 1995. *Standard Methods for the Examination of Water and Wastewater, 19th Edition.* American Public Health Assoc., American Water Works Assoc., Water Environment Federation, Washington, D.C.

Erickson, R.L., Myers, A.T., Horr, C.A., 1954. "Association of uranium and other metals with crude oil, asphalt, and petroliferous rock," *Bull. Amer. Assoc. Petrol. Geol.*, 38: 2200–2218.

Evangelou, V.P., 1981. *Chemical and Mineralogical Composition and Behavior of the Mancos Shale as a Diffuse Source of Salts in the Upper Colorado River Basin*, Ph.D. Dissertation, University of California, Davis, 198 pp.

Evangelou, V.P., L.D. Whittig, and K.K. Tanji, 1984. "Dissolved mineral salts derived from Mancos Shale," *J. Environ. Qual.*, 13: 146–150.

Evangelou, V.P., L.D. Whittig, and K.K. Tanji, 1985. "Dissolution and desorption rates of calcium and magnesium from Mancos Shale," *Soil Science*, 139: 53–61.

Faure, G., 1977. *Principles of Isotope Geology*, John Wiley & Sons, New York, 464 pp.

Fisher, D.J., C.E. Erdmann, and J.B. Reeside Jr., 1960. *Cretaceous and Tertiary Formations of the Book Cliffs, Carbon, Emery, and Grand Counties, Utah, and Garfield and Mesa Counties, Colorado*, U.S. Geol. Survey Professional Paper 332, 80 pp.

Foster, M.D., 1950. "The origin of high sodium bicarbonate waters in the Atlantic and Gulf Coastal Plains," *Geochim. et Cosmochim. Acta*, 1: 33–48.

Gilbert, R.O., 1987. *Statistical Methods for Environmental Pollution Monitoring*, Van Nostrand Reinhold Company, New York, 320 pp.

Gerner, S.J., L.E. Spangler, B.A. Kimball, D.E. Wilberg, and D.L. Naftz, 2006. *Hydrology and Water Quality in the Green River and Surrounding Agricultural Area near Green River in Emery and Grand Counties, Utah, 2004–05*, U.S. Geol. Survey Scientific Investigations Report 2006-5186, 42 pp.

Golder Associates, 2004. *Results of the Investigation for the Devil's Thumb Area Delta County, Colorado*, prepared for Delta County, 501 Palmer St, Suite 227, Delta, Colorado (Unpublished document).

Grauch, R.I., M.L. Tuttle, B. Ball, J.G. Elliott, J.J. Kosovich, G.W. Chong, J. Fahy, K. Tucker, D. Murphy, and J. Belnap, 2005. "Mancos Shale landscapes: science and management of black shale terrains—a multi-agency project," Geol. Soc. Amer. Annual Meeting (October 28–31, 2007, Denver, Colorado), *Geol. Soc. Amer. Abstracts with Programs*, 39: 195.

Harder, H., 1970. "Boron content of sediments as a tool in facies analysis," *Sedimentary Geology*, 4: 153–175.

Helgeson, H.C., 1979. "Mass transfer among minerals and hydrothermal solutions," in Barnes, H.L. (ed.), *Geochemistry of Hydrothermal Ore Deposits, Second Edition*, John Wiley & Sons, New York, pp. 568–610.

Hem, J.D., 1985. *Study and Interpretation of the Chemical Characteristics of Natural Water*, U.S. Geol. Survey Water-Supply Paper 2254, U.S. Government Printing Office, Alexandria, Virginia, 263 pp.

Holloway, J.M., and R.L. Smith, 2005. "Nitrogen and carbon flow from rock to water: Regulation through soil biogeochemical processes, Mokelumne River watershed, California, and Grand Valley, Colorado," *J. Geophy. Res.*, 10: 1–12.

Hussain, N., and S. Krishnaswami, 1980. "U-238 series radioactive disequilibrium in groundwaters: implications to the origin of excess U-234 and fate of reactive pollutants," *Geochim. et Cosmochim. Acta*, 44: 1287–1291.

Hyden, H.J., 1956. "Uranium and other trace metals in crude oils of the western United States," in L.R. Page, H.E. Stocking, and H.B. Smith (compilers), *Contribution to the Geology of Uranium and Thorium by the United States Geological Survey and Atomic Energy Commission for the United Nations International Conference on Peaceful Uses of Atomic Energy, Geneva, Switzerland 1955*, Geol. Survey Professional Paper 300, U.S. Government Printing Office, Washington, D.C., p. 511–519.

Jackson, W.L., and R.P. Julander, 1982. "Runoff and water quality from three soil landform units on Mancos Shale," *Water Resources Bull.*, 18: 995–1001.

Jacobs, J., and K. Fagrelius, 1978. "Salt Creek Dakota [oil field]," in J.E. Fassett (ed.), *Oil and Gas Fields of the Four Corners Area, Volume 2*, Four Corners Geol. Society, Durango, Colorado, pp. 480–481.

Johnson, R.C., 2003. *Depositional Framework of the Upper Cretaceous Mancos Shale and the Lower Part of the Upper Cretaceous Mesaverde Group, Western Colorado and Eastern Utah*, U.S. Geol. Survey Digital Data Series DDS-69-B, 24 pp.

Jurinak, J.J., J.C. Whitmore, and R.G. Wagenet, 1977. "Kinetics of salt release from a saline soil," *Soil Sci. Soc. Am. J.*, 41: 721–724.

Kakouros, E., Y.K. Kharaka, and J.A. Oberdorfer, 2006. "Leaching rates and forms of selenium in cores from an agricultural area in middle Green River Basin, Utah, USA," *Earth Science Frontiers*, (China University of Geosciences, Beijing: Peking University), 12: 86–97.

Kauffman, E.G., 1969. Cretaceous marine cycles of the Western Interior, *The Mountain Geologist*, 6: 227–245.

Kauffman, E.G., 1977. "Geological and biological overview: Western Interior Cretaceous Basin," in E.G. Kauffman (ed.), Cretaceous Facies, Faunas, and Paleoenvironments Across the Western Interior Basin, *The Mountain Geologist*, 14: 75–99.

Kigoshi, K., 1971. "Alpha-recoil thorium-234: dissolution into water and the uranium-234/uranium-238 disequilibrium in nature," *Science*, 173: 47–48.

Knight, W.C., 1898. "Bentonite," *Eng. Mining J.*, 66: 491.

Laronne, J.B., 1977. *Evaluation of the Storage of Diffuse Sources of Salinity in the Upper Colorado River Basin*, Ph.D. Dissertation, Colorado State University, Fort Collins, Colorado, 111 pp.

Laronne, J.B., and H.W. Shen, 1982. "The effect of erosion on solute pickup from Mancos Shale hillslopes, Colorado, U.S.A.," *J. Hydrol.*, 59: 189–207.

Laronne, J.B., and S.A. Schumm, 1982. "Soluble mineral content in surficial alluvium and associated Mancos Shale," *Water Resources Bull.*, 18: 27–35.

Leckie, R.M., J.I. Kirkland, and W.P. Elder, 1997. "Stratigraphic framework and correlation of a principal reference section of the Mancos Shale (Upper Cretaceous), Mesa Verde, Colorado," in O.J. Anderson, B.S. Kues, and S.G. Lucas (eds.), *Mesozoic Geology and Paleontology of the Four Corners Region*, New Mexico Geological Society Fall Field Conference Guidebook, New Mexico Geological Society, Socorro, New Mexico, 48: 163–216.

Leythaeuser, D., 1973. "Effects of weathering on organic matter in shales," *Geochim. et Cosmochim. Acta*, pp. 113–120.

Littke, R., U. Klussmann, B. Krooss, and D. Leythaeuser, 1991. "Quantification of loss of calcite, pyrite, and organic matter due to weathering of Toarcian black shales and effects on kerogen and bitumen characteristics," *Geochim. et Cosmochim. Acta*, 55: 3369–3378.

Maher, K., D.J. DePaolo, and J.N. Christensen, 2006. "U-Sr isotopic speedometer: Fluid flow and chemical weathering rates in aquifers," *Geochim. et Cosmochim. Acta*, 70: 4417–4435.

Matthews, V., K. KellerLynn, and B. Fox (eds.), 2003. *Messages in Stone, Colorado's Colorful Geology*, Colorado Geol. Survey Special Publication 52, 157 pp.

McKelvey, V.E., D.L. Everhart, and R.M. Garrels, 1955. "Origin of uranium deposits," *Econ. Geol.*, 464–533.

Michel, J., 1990. "Relation of radium and radon with geological formations," Chapter 7, in C.R. Cothern and P.A. Rebers (eds.), *Radon, Radium and Uranium in Drinking Water*, Lewis Publishers, Chelsea, Michigan, 83–95.

Nadeau, P.H., and R.C. Reynolds Jr., 1981. "Burial and contact metamorphism in the Mancos Shale," *Clays and Clay Minerals*, 29: 249–259.

Noe, D.C., M.L. Morgan, P.R. Hanson, and S.M. Keller, 2007a. *Geologic Map of the Montrose East Quadrangle, Montrose County, Colorado*, Colorado Geol. Survey Open-File Report 07-02, scale 1:24,000.

Noe, D.C., J.D. Higgins, and H.W. Olsen, 2007b. "Steeply dipping heaving bedrock, Colorado: Part 2 - Mineralogical and engineering properties," *Environmental and Engineering Geoscience*, 13: 309−324.

Nolan, B.T., and M.L. Clark, 1997. "Selenium in irrigated agricultural areas of the Western United States," *J. Environ. Qual.*, 26: 849–857.

NPS, 2011. *Yucca House National Monument Visitor Guide*, U.S. Department of Interior National Park Service, http://www.nps.gov/yuho/historyculture/index.htm, accessed January 2011.

Osmond, J.K., and J.B. Cowart, 1976. "The theory and uses of natural uranium isotopic variations in hydrology," *Atomic Energy Review*, 144: 621–679.

Palsey, M.A., G.W. Riley, D. Nummedal, and R. Sassen, 1989. "Stratigraphic significance of organic matter variations—example from Mancos Shale and Tocito Sandstone, San Juan Basin, New Mexico," Abstract, *Amer. Assoc. Petrol. Geol. Bull.*, 73: 1169–1170.

Palsey, M.A., W.A. Gregory, and G.F. Hart, 1991. "Organic matter variation in transgressive and regressive shales," *Org. Geochem.*, 17: 483–509.

Parkhurst, D.L., and C.A.J. Appelo, 1999. *User's Guide to PHREEQC (Version 2)—A Computer Program for Speciation, Bath-Reaction, One-Dimensional Transport, and Inverse Geochemical Calculations*, U.S. Geol. Survey Water-Resources Investigations Report 99-4259, Denver, 321 pp.

Petit, J.C., Y. Langevin, and J.C. Dran, 1985. "$^{234}U/^{238}U$ disequilibrium in nature: theoretical reassessment of the various proposed models," *Bull. Minéral.*, 108: 745–753.

Petsch, S.T., R.A. Berner, and T.I. Eglinton, 2000. "A field study of the chemical weathering of ancient sedimentary organic matter," *Organic Geochemistry*, 31: 475–487.

Pliler, R., and J.A.S. Adams, 1962. "The distribution of thorium, uranium, and potassium in the Mancos Shale," *Geochim. et Cosmochim Acta*, 26: 1115–1135.

Ponce, S.L., and R.H. Hawkins, 1978. "Salt pickup by overland flow in the Price River Basin, Utah," *Water Resources Bull.* 14: 1187–1200.

Pottorff, E.J., M.P. Wickham, J.S. Waples, and B. Bertram, 2005. "Case study of selenium mobilization from Mancos Shale: Relationship to nitrate contamination," Geol. Soc. Amer. Rocky Mountain Section, 57th Annual Meeting (May 23–25, 2005, Grand Junction, Colorado), *Geol. Soc. Amer. Abstracts with Programs*, 37: 45.

Quinby-Hunt, M.S., P. Wilde, C.J. Orth, and W.B.N. Berry, 1989. "Elemental geochemistry of black shales—Statistical comparison of low-calcic shales with other shales," in R.I. Grauch and J.S. Leventhal (eds.), *Metaliferous Black Shales and Related Ore Deposits-Program and Abstracts*, U.S. Geol. Survey Circular 1037, Denver, Colorado, 8–15.

Rao, B.K., D.S. Bowles, and G.J. Wagenet, 1984. "Salt efflorescence in Price River Basin," *J. Environ. Eng.*, 110: 457–471.

Reuter, J.H., and E.M. Perdue, 1977. "Importance of heavy metal-organic matter interactions in natural waters," *Geochim. et Cosmochim. Acta*, 41: 325–334.

Rosholt, J.N., W.R. Shields, and E.L. Garner, 1963. "Isotopic fractionation of uranium in sandstone," *Science*, 139: 224–226.

Schultz, L.G., 1964. *Quantitative Interpretation of Mineralogical Composition from X-ray and Chemical Data for the Pierre Shale*, U.S. Geol. Survey Professional Paper 391-C, 31 pp.

Schultz, L.G., H.A. Tourtelot, J.R. Gill, and J.G. Boerngen, 1980. *Composition and Properties of the Pierre Shale and Equivalent Rocks, Northern Great Plains Region*, U.S. Geol. Survey Professional Paper 1064-B, U.S. Government Printing Office, Washington, 114 pp.

Shannon, S.S., Jr., 1979. *Uranium Hydrogeochemical and Stream Sediment Reconnaissance of the Lamar NTMS Quadrangle, Colorado, Including Concentrations of Forty-Three Additional Elements*, Informal Report LA-7342-MS, Los Alamos Scientific Laboratory, Los Alamos, New Mexico.

Shawe, D.R., 1968. *Coincidence of fossil and lithologic zones in the lower part of Upper Cretaceous Mancos Shale, Slick Rock District, Colorado*, U.S. Geol. Survey Professional Paper 600-C, pp C66–C68.

Shawe, D.R., 1976. *Sedimentary Rock Alteration in the Slick Rock District, San Miguel and Dolores Counties, Colorado*, Geological Survey Professional Paper 576-D, U.S. Government Printing Office, Washington, D.C., 51 pp.

Spieker, E.M., and J.B. Reeside, 1925. "Cretaceous and Tertiary formations of the Wasatch Plateau, Utah," *Geol. Soc. Amer. Bull.*, 66: 177–202.

Stillings, L.L., M.L.W. Tuttle, R.I. Grauch, J.W. Fahy, B.A. Ball, and K.E. Livo, 2005. "Physical and chemical indicators of weathering in soils of the Mancos Shale, Gunnison Gorge National Conservation Area, CO, USA," Geol. Soc. Amer. Rocky Mountain Section, 57th Annual Meeting (May 23–25, 2005, Grand Junction, Colorado), *Geol. Soc. Amer. Abstracts with Programs*, 37: 45.

Stumm, W., and J.J. Morgan, 1981. *Aquatic Chemistry, 2nd Edition*, John Wiley & Sons, New York, 780 pp.

Suksi, J., K. Rasilainen, and P. Pitkänen, 2006. "Variations in $^{234}$U/$^{238}$U activity ratios in groundwater—A key to flow system characterization?," *Physics and Chemistry of the Earth*, 31: 556–571.

Sunday, G.K., 1979. *Role of Rill Development in Salt Loading from Hillslopes*, M.S. Thesis, Colorado State Univ., Fort Collins, Colorado, 107 pp.

Swanson, V.E., 1961. *Geology and Geochemistry of Uranium in Marine Black Shales A Review*, Geol. Survey Professional Paper 356-C, U.S. Government Printing Office, Washington, 112 pp.

Thomas, C.L., R.M. Wilson, J.D. Lusk, R.S. Bristol, and A.R. Shineman, 1998. *Detailed Study of Selenium and Selected Constituents in Water, Bottom Sediment, Soil, and Biota Associated With Irrigation Drainage in the San Juan River Area, New Mexico, 1991–95*, U.S. Geol. Survey Open-File Report 98-4096 (also listed as Water-Resources Investigations Report 98-4096), Albuquerque, New Mexico, 84 pp.

Thomas, J.C., K.J. Leib, J.M. Mayo, 2008. *Analysis of Dissolved Selenium Loading for Selected Sites in the Lower Gunnison River Basin, Colorado, 1978–2005*, U.S. Geol. Survey, Scientific Investigations Report 2007-5287, Reston, Virginia, 25 pp.

Thomas, J.C., 2009. *Analysis of Dissolved Selenium Loading from Surface Water and Groundwater to Sweitzer Lake, Colorado, 2006–07*, U.S. Geol. Survey Scientific Investigations Report 2009-5048, Reston, Virginia, 17 pp.

Tourtelot, H.A., 1962. *Preliminary Investigation of the Geologic Setting and Chemical Composition of the Pierre Shale Great Plains Region*, U.S. Geol. Survey Professional Paper 390, U.S. Government Printing Office, Washington, D.C., 74 pp.

Tuttle, M.L., and R.I. Grauch, 2009. *Salinization of the Upper Colorado River-Fingerprinting Geologic Salt Sources*, U.S. Geol. Survey Scientific Investigations Report 2009-5072, 62 pp.

Tuttle, M.L.W., J.W. Fahy, R.I. Grauch, and L.L. Stillings, 2005. "Salt and selenium in Mancos Shale terrane on the Gunnison Gorge National Conservation Area, Western Colorado, USA," Geol. Soc. Amer. Rocky Mountain Section, 57th Annual Meeting (May 23–25, 2005, Grand Junction, Colorado), *Geol. Soc. Amer. Abstracts with Programs,* 37: 45.

Tuttle, M.L.W., J. Fahy, R.I. Grauch, K.E. Kivo, B. Ball, and L.L. Stillings, as listed in suggested citation (authors listed on report cover are M.L.W. Tuttle, J. Fahy, R.I. Grauch, B.A. Ball, G.W. Chong, J.G. Elliott, J.J. Kosovich, K.E. Livo, and L.L. Stillings), 2007. *Results of Chemical Analyses of Soil, Shale, and Soil/Shale extract from the Mancos Shale Formation in the Gunnison Gorge National Conservation Area, Southwestern Colorado, and at Hanksville, Utah*, U.S. Geol. Survey Open-File Report 2007-1002D, Reston, Virginia, 24 pp.

USGS (U.S. Geological Survey), 2011a. *U. S. Geological Survey National Water Information Service Web Interface*, http://waterdata.usgs.gov/nwis/

USGS (U.S. Geological Survey), 2011b. *U.S. Geological Survey National Geochemical Database*, reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, http://pubs.usgs.gov/of/1997/ofr-97-0492/

Vine, J.D., V.E. Swanson, and K.G. Ball, 1958. "The role of humic acids in the geochemistry of uranium," *Second Internat. Conf. on Peaceful Uses of Atomic Energy Proc.*, Geneva, Switzerland, 2: 187−191.

Wagenet, R.J., and J.J. Jurinak, 1978. "Spatial variability of soluble salt content in a Mancos Shale watershed," *Soil Science*, 126: 342–349.

Whittig, L.D., A.E. Deyo, and K.K. Tanji, 1982. "Evaporite mineral species in Mancos Shale and salt efflorescence, Upper Colorado River Basin," *Soil Sci. Am. J.*, 46: 645–651.

Whittig, L.D., K.K. Tanji, J.W. Biggar, V.P. Evangelou, and A.E. Deyo, 1983. *Salinity Investigation in the West Salt Creek Watershed, Colorado*, University of California, Davis, 160 pp.

Whittig, L.D. A.E. Deyo, K.K. Tanji, and C.G. Higgins, 1986. *Delineation and Correlation of Salinity to Landforms and Geologic Formation, Upper Colorado River Basin*, Land, Air and Water Resources Paper No. 100012, University of California, Davis, 143 pp.

Wright, W.G., and D.L. Butler, 1993. "Distribution and mobilization of dissolved selenium in groundwater of the irrigated Grand and Uncompahgre Valleys, Western Colorado," in *Management of Irrigation and Drainage Systems Integrated Perspectives*, American Society Civil Engineers, New York, 770–777.

Wright, W.G., 1995. "Nitrogen fertilizer as an oxidizing agent to mobilize trace constituents from soil," *Water Resource and Environmental Hazards: Emphasis on Hydrologic and Cultural Insight in the Pacific Rim*, Proc. of Summer Symp., Honolulu, Hawaii, June 1995, American Water Resources Assoc., Herndon, Virginia, 483–490.

Wright, W.G., 1999. "Oxidation and mobilization of selenium by nitrate in irrigation drainage," *J. Environ. Qual.*, 28: 1182–1187.

Wright, W.G., 2006. *Hydrology and Geochemistry of Yucca House National Monument and Surrounding Area, Southwestern Colorado*, Hydrological Studies Report 2006-1, Southwest Hydro-Logic, Durango, Colorado, 46 pp.

Zielinski, R.A., S. Asher-Bolinder, and A.L. Meier, 1995. "Uraniferous waters of the Arkansas River valley, Colorado: a function of geology and land use," *Applied Geochemistry*, 10: 133−144.

Zielinski, R.A., D.T. Chafin, E.R. Banta, and B.J. Szabo, 1997. "Use of [234]U and [238]U isotopes to evaluate contamination of near-surface groundwater with uranium-mill effluent: a case study in south-central Colorado, U.S.A.," *Environ. Geol.*, 32: 124–136.

**Appendix A**

**Site Information**

This page intentionally left blank

| Location | ID | Latitude | Longitude | USGS Site No. | Geologic Unit | Region | Area |
|---|---|---|---|---|---|---|---|
| *Seeps and Springs* | | | | | | | |
| Bert Avery Spring | BAS | 38.26847466 | -110.8225768 | 381603110491901 | Ferron Sandstone | Hanksville | |
| Blue Gate Spring | BGS | 39.2207617 | -110.9513918 | 391315110570301 | Blue Gate | Price | |
| Buen Pastor Spring | BPS | 38.70697125 | -108.0353522 | | middle Smoky Hill | Delta | Switzer Lake |
| Bitter Spring Creek Spring | BSCS | 37.91682206 | -111.0217921 | 375458111011901 | Emery Sandstone | Hanksville | |
| Bitter Spring Creek Upper Spring | BSCUS | 37.916988 | -111.021816 | | Emery Sandstone | Hanksville | |
| Browns Wash Seep | BWS | 38.98516015 | -109.9522626 | 385906109570601 | Upper Blue Gate | Green River | |
| Cato Springs | CAS | 39.13246669 | -109.3674558 | 390758109220201 | Upper Blue Gate | Green River | |
| Cedar Creek Seep | CCS | 38.458021 | -107.673677 | | upper or middle Mancos | Montrose | Cerro Summit |
| Cisco Springs | CIS | 39.08870947 | -109.3822425 | 390519109230001 | Prairie Canyon | Green River | |
| Cottonwood Creek Spring | CWCS | 38.27976 | -110.861307 | 381639110513801 | Ferron Sandstone | Hanksville | |
| Ditch 9 Spring | D9S | 36.85511911 | -108.7483559 | | Cortez | Shiprock | Shiprock |
| Daly Reservoir Spring 1 | DARS1 | 38.97021006 | -109.9710173 | | upper Prairie Canyon | Green River | Daly Reservoir |
| Daly Reservoir Spring 2 | DARS2 | 38.97056543 | -109.9711552 | | upper Prairie Canyon | Green River | Daly Reservoir |
| Delta Reservoir Dam Spring | DRDS | 38.809687 | -108.069081 | | Prairie Canyon | Delta | Delta Reservoir |
| Delta Reservoir Seep 1 | DRS1 | 38.810393 | -108.063758 | | Prairie Canyon | Delta | Delta Reservoir |
| Delta Reservoir Seep 3 | DRS3 | 38.808375 | -108.064455 | | Prairie Canyon | Delta | Delta Reservoir |
| Devils Thumb Seep 1 | DTS1 | 38.79759965 | -108.0544136 | | upper Smoky Hill | Delta | Devil's Thumb Golf Course |
| Devils Thumb Seep 2 | DTS2 | 38.78388498 | -108.053317 | | middle Smoky Hill | Delta | Devil's Thumb Golf Course |
| Devils Thumb Seep 3 | DTS3 | 38.78344064 | -108.0546702 | | middle Smoky Hill | Delta | Devil's Thumb Golf Course |
| Dutchmans Wash Seep | DWS | 39.22153704 | -110.9688968 | | Blue Gate | Price | |
| East Tributary Floy Wash | ETFW | 38.96177 | -109.904612 | | upper Blue Gate | Green River | |
| Green River Canal Return Seep | GRCRS | 39.04252778 | -110.1511944 | 390233110090401 | upper Blue Gate | Green River | |
| Houston Gulch Seep | HGS | 38.471966 | -107.700601 | | upper or middle Mancos | Montrose | Cerro Summit |
| Houston Gulch Seep East | HGSE | 38.471886 | -107.700554 | | upper or middle Mancos | Montrose | Cerro Summit |
| Kannah Creek Flowline Spring | KCFS | 39.006019 | -108.462288 | | lower Smoky Hill | Delta | Whitewater |
| Little Grand Wash Seep | LGWS | 38.88477648 | -109.9658041 | | lower Blue Gate | Green River | |
| Loutsenhizer 11 | LOUT11 | 38.544654 | -107.7773699 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 12 Lower | LOUT12L | 38.5450158 | -107.776946 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |

| Location | ID | Latitude | Longitude | USGS Site No. | Geologic Unit | Region | Area |
|---|---|---|---|---|---|---|---|
| Loutsenhizer 12 Upper | LOUT12U | 38.545237 | -107.776984 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 13 | LOUT13 | 38.543799 | -107.778448 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 14 | LOUT14 | 38.540524 | -107.784051 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 3 | LOUT3 | 38.5399 | -107.787952 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 8 | LOUT8 | 38.544899 | -107.784986 | 383242107470401 | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Loutsenhizer 9 | LOUT9 | 38.55241793 | -107.7799697 | 383307107454701 | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Many Devils Wash EF-22 | EF-22 | 36.759505 | -108.678292 | | Cortez | Shiprock | Shiprock |
| Mud Spring | MS | 39.51934353 | -110.5325294 | 393103110315901 | middle Mancos | Price | |
| Mathis Wash Seep | MWS | 39.44309801 | -110.7881307 | | Blue Gate | Price | |
| Point Creek Seep | PCS | 38.84549654 | -108.1921318 | 385043108112901 | upper Prairie Canyon | Delta | |
| Section 36 Spring | S36 | 38.93193402 | -109.4255796 | | middle Blue Gate | Green River | |
| Salt Creek Wash Seep | SCWS | 36.84469614 | -108.6501375 | | Cortez | Shiprock | Shiprock |
| Sweitzer NE Seep | SNS | 38.71654655 | -108.0231702 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Sweitzer NE Seep 1 | SNS1 | 38.71649529 | -108.0238606 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Sweitzer NE Seep 2 | SNS2 | 38.71656063 | -108.0235525 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Sweitzer NE Seep 3 | SNS3 | 38.71684347 | -108.0231466 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Town Wash Spring | TWS | 38.28946022 | -110.84917 | 381721110505401 | Ferron Sandstone | Hanksville | |
| Upper Eagle Nest Arroyo Spring | UENAS | 36.80853481 | -108.560075 | | Cortez | Shiprock | Shiprock |
| Upper Floy Wash Spring | UFWS | 38.96103007 | -109.9056714 | 385738109541901 | upper Blue Gate | Green River | |
| USGS Seep 1 | US1 | 38.71211716 | -108.02314 | * | upper Smoky Hill | Delta | Sweitzer Lake |
| Whitewater Creek Tributary Seep | WCTS | 38.99507784 | -108.3979729 | | Smoky Hill | Delta | Whitewater |
| Whitewater Ditch No. 2 Seep | WD2S | 38.96777266 | -108.4276475 | | Blue Hill | Delta | Whitewater |
| Yucca House Spring | YHS | 37.250161 | -108.686194 | 371500108410801 | Juana Lopez | Shiprock | |
| **Surface Water Bodies (Sources of Seeps or Springs)** | | | | | | | |
| Bostwick Canal West Lateral | BCWL | 38.54883569 | -107.7753634 | | upper Mancos | Delta | Loutsenhizer Arroyo |
| Daly Reservoir | DAR | 38.96965 | -109.970598 | | upper Prairie Canyon | Green River | Daly Reservoir |
| Delta Reservoir | DR | 38.810042 | -108.068961 | | Prairie Canyon | Delta | Delta Reservoir |
| Sweitzer Lake | SL | 38.711165 | -108.033135 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Sweitzer NE Garnet Canal | SNGC | 38.716557 | -108.02296 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Whitewater Ditch No. 2 | WD2 | 38.948979 | -108.413333 | | | Delta | Whitewater |

| Location | ID | Latitude | Longitude | USGS Site No. | Geologic Unit | Region | Area |
|---|---|---|---|---|---|---|---|
| *Pools and Washes Near Seeps and Springs* | | | | | | | |
| Cottonwood Wash at Cato Springs | CWC | 39.132553 | -109.367508 | | upper Blue Gate | Green River | |
| East Tributary Floy Wash Downstream | ETFWD | 38.96161 | -109.904595 | | upper Blue Gate | Green River | |
| Houston Gulch Red Pool | HGRP | 38.471794 | -107.700532 | | upper or middle Mancos | Montrose | Cerro Summit |
| Little Grand Wash | LGW | 38.884758 | -109.965785 | | lower Blue Gate | Green River | |
| Loutsenhizer 11 in Wash | LOUT11W | 38.54464 | -107.777341 | | upper or middle Mancos | Delta | Loutsenhizer Arroyo |
| Sweitzer Red Pool | SRP | 38.71186071 | -108.0233965 | | upper Smoky Hill | Delta | Sweitzer Lake |
| Town Wash Spring Pool | TWSP | 38.289408 | -110.84918 | | Ferron Sandstone | Hanksville | |
| Upper Floy Wash-30 ft from Spring | UFWS1 | 38.96095 | -109.905626 | | upper Blue Gate | Green River | |
| Upper Floy Wash-50 ft from Spring | UFWS2 | 38.960901 | -109.90559 | | upper Blue Gate | Green River | |
| Whitewater Creek Tributary Seep Pool 1 | WCTSP1 | 38.995092 | -108.397974 | | Smoky Hill | Delta | Whitewater |
| Whitewater Creek Tributary Seep Pool 2 | WCTSP2 | 38.995119 | -108.398076 | | Smoky Hill | Delta | Whitewater |
| West Fork Floy Wash | WFFW | 38.974718 | -109.90538 | 385829109541601 | upper Blue Gate | Green River | |

* USGS site referenced in Thomas (2009)

This page intentionally left blank

**Appendix B**

**Calculation of Water Density from Specific Conductivity**

This page intentionally left blank

# Calculation of Water Density from Specific Conductivity

Salinity was derived from a relationship based on conductivity, which was in turn estimated from measurements of specific conductivity collected in the field. Conductivity is a direct measure of the ability of a solution to carry an electrical current normalized to the area of the conductor, whereas specific conductivity is conductivity that the solution would have at 25 °C.

Specific conductivity (SC) was converted to conductivity ($C_t$) using a relationship in Standard Method 2510 B:

$$C_t = SC \times [1 + 0.0191 \times (T - 25)], \text{ where T is temperature in °C.}$$

Salinity (S) was then calculated from conductivity using:

$$S = a_0 + a_1 R_t^{1/2} + a_2 R_t + a_3 R_t^{3/2} + a_4 R_t^2 + a_5 R_t^{5/2} + f(T) \times (b_0 + b_1 R_t^{1/2} + b_2 R_t + b_3 R_t^{3/2} + b_4 R_t^2 + b_5 R_t^{5/2}) - a_0/(1 + 1.5X + X^2) - b_0 f(T)/(1 + Y^{1/2} + Y^{3/2})$$

where: $a_0 = 0.0080$, $a_1 = -0.1692$, $a_2 = 25.3851$, $a_3 = 14.0941$, $a_4 = -7.0261$, $a_5 = 2.7081$,
$b_0 = 0.0005$, $b_1 = -0.0056$, $b_2 = -0.0066$, $b_3 = -0.0375$, $b_4 = 0.0636$, $b_5 = -0.0144$, and
$R_t = C_t/(r_0 + r_1 T + r_2 T^2 + r_3 T^3)$
$X = 400 R_t$
$Y = 100 R_t$
$f(T) = (T - 15)/[1 + 0.0162(T - 15)]$

where: $r_0 = 30332$, $r_1 = 844.33$, $r_2 = 3.8331$, $r_3 = -0.0282$

The constants $r_0$, $r_1$, $r_2$, and $r_3$ were determined in our laboratory from the temperature dependency of conductivity measured with our field sonde in artificial seawater simulated by a potassium chloride (KCl) solution containing 32.4356 g in a mass of 1 kilogram (kg) of solution (Standard Method 2520 B).

Density ($\rho$) in grams per cubic centimeter (g/cm$^3$) was calculated from salinity (S) using Standard Method 2520 C:

$$\rho = (\rho_0 + aS + bS^{3/2} + cS^2)/1,000$$

where:
$\rho_0 = 999.842594 + 0.06793952T - 0.00909529T^2 + 1.001685 \times 10^{-4}T^3 - 1.120083 \times 10^{-6}T^4 + 6.536332 \times 10^{-9}T^5$
$a = 0.824493 - 0.0040899T + 7.6438 \times 10^{-5}T^2 - 8.2467 \times 10^{-7}T^3 + 5.3875 \times 10^{-9}T^4$
$b = -0.00572466 + 1.0227 \times 10^{-4}T - 1.6546 \times 10^{-6}T^2$
$c = 0.00048314$

This page intentionally left blank

# Appendix C

# Analytical Data

This page intentionally left blank

| ID | Sample Date/Time | Temp deg C | pH | Sp Cond uS/cm | ORP mV | DO mg/L | Alk mg/L* | Cl mg/L | NO3 mg/L | SO4 mg/L | NH3-N mg/L | U µg/L | Fe mg/L | Ca mg/L | Na mg/L | Mg mg/L | K mg/L | IRB CFU/mL | DOC mg/L | Color pt units | pH | 222Rn pCi/L | Se ug/L | As ug/L | B ug/L | V ug/L | U233+234 pCi/L | U235 pCi/L | U238 pCi/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACS | 11/15/10 0:00 | 7.78 | 6.94 | 16362 | **244** | | | 67 | **0.5** | 67 | | 0.2 | 1.55 | 48 | 26 | 9.8 | 1.4 | 500 | 4.4 | 81 | 7.12 | 144 | 0.18 | 0.94 | 16 | 0.28 | **0.284** | 0.246 | 0.322 |
| BAS | 11/17/10 14:00 | 10.75 | 7.29 | 418 | -28 | 2.35 | 129 | 12 | **0.5** | 67 | | | **0.2** | 22.1 | 5.8 | 4.6 | 2.4 | 35000 | 3.3 | 7 | 7.79 | 1.2 | 0.18 | 0.37 | **3.1** | 0.98 | 0.472 | **0** | 0.296 |
| BCWL | 11/14/10 12:30 | | 8.53 | 197 | 201 | | 64 | 0.9 | 1.7 | 27 | | | | | | | | | | | | | | | | | | | |
| BGS | 11/16/10 11:30 | 7.68 | 6.87 | 6203 | -30 | **7.16** | 58 | 287 | 2.3 | 3911 | **1** | 0.57 | | 412 | 780 | 400 | 14.8 | 9000 | 9.1 | 18 | 6.88 | 53 | 0.37 | 0.33 | 860 | 0.16 | 0.637 | **0.159** | **0.081** |
| BPS | 11/30/10 14:14 | 4.61 | 7.49 | 5639 | **33** | **7.09** | 365 | 62 | 1.9 | 3707 | | 22.6 | **2** | 376 | 1200 | 210 | 15.8 | 35000 | 12.2 | 59 | 7.38 | 130 | 3.8 | 0.36 | 570 | 0.37 | 18.2 | **0.168** | 7.98 |
| BSCS | 11/18/10 13:40 | 8.58 | 7.05 | 2037 | 307 | 0.45 | | | | | | 65.3 | | | | | | | | | | | | | | | | | |
| BSCUS | 11/18/10 13:28 | 9.56 | 6.95 | 1079 | 198 | **2.1** | | | | | | | | | | | | | | | | | | | | | | | |
| BWS | 11/21/10 10:20 | | 7.74 | 10798 | 245 | 2.76 | 359 | 267 | 15 | 9853 | | 26.6 | **1** | 468 | 3000 | 720 | 1.2 | 140000 | 19.5 | 65 | 7.67 | 316.3 | 25 | 0.48 | 240 | 0.47 | 16 | 0.484 | 8.54 |
| CAS | 11/11/10 10:25 | 10.97 | 7.58 | 2184 | -65 | 0.34 | 625 | 21 | 1.7 | 762 | | 7.6 | 2.03 | 73.2 | 355 | 135 | 3.6 | 9000 | 10.7 | 156 | 7.34 | 416.9 | 0.14 | 4.5 | 79 | 0.56 | 4.25 | **0.0641** | 1.83 |
| CIS | 11/3/10 10:30 | 10.85 | 6.55 | 16409 | 228 | 4.32 | 644 | 1430 | 2.9 | 4905 | | 76.7 | **1** | 454 | 3000 | 1000 | 26.6 | 35000 | 25 | 23 | 7.32 | 1624.5 | 12 | 0.23 | 1200 | **0.15** | 38.9 | 1.44 | 23.5 |
| CCS | 11/11/10 12:18 | 8.28 | 7.56 | 3947 | 68 | 1.5 | | | | | | 13.5 | | | | | | | | | | | | | | | | | |
| CWC | 11/11/10 10:25 | 2.27 | 8.46 | 1112 | 218 | 12.38 | | | | | | | | | | | | | | | | | | | | | | | |
| CWCS | 11/17/10 13:12 | 7.18 | 7.07 | 5965 | **-92** | 0.89 | 390 | 137 | 1.7 | 3532 | | 15.4 | 0.79 | 392 | 870 | 210 | 4.1 | 35000 | 7.8 | 133 | 7.27 | 266 | 1.3 | 0.58 | 320 | 0.54 | 6.98 | 0.484 | 3.64 |
| D9S | 12/2/10 15:45 | 13.28 | 7.01 | 4045 | 174 | 1.66 | 329 | 33 | 38 | 2459 | | 42 | **0.2** | 256 | 310 | 200 | 13.2 | 150 | 9.8 | 34 | 7.21 | 793 | 54 | 0.2 | 730 | 0.24 | 30 | 0.783 | 14.8 |
| DAR | 11/12/10 11:40 | 6.39 | 8.27 | 1720 | 168 | 9.56 | 55 | 24 | 3.7 | 941 | | 0.8 | **0.2** | 256 | 120 | 15.5 | 12 | 9000 | 7.1 | 11 | 7.74 | 0.9 | 2.5 | 0.41 | 89 | 0.15 | 0.864 | **0.0314** | 0.282 |
| DARS1 | 11/21/10 11:40 | 14.40 | 7.88 | 9187 | 149 | 0.47 | 305 | 97 | 150 | 5729 | | 39.7 | **0.2** | 356 | 1860 | 350 | 23.6 | 500 | 22 | 79 | 7.79 | 715.4 | 110 | 0.36 | 570 | 0.52 | 24.9 | 1.12 | 12.5 |
| DARS2 | 11/21/10 11:40 | 16.06 | 7.71 | 15377 | 124 | 0.8 | 335 | 175 | 449 | 9865 | | 33.2 | **0.2** | 356 | 3650 | 320 | 33.6 | 140000 | 41 | 430 | 7.76 | 442 | 400 | 0.37 | 560 | 0.59 | 22.7 | 0.565 | 11.5 |
| DR | 11/8/10 11:24 | 9.77 | 8.71 | 114 | 193 | 7.82 | 47 | 2.8 | **0.5** | 4.1 | | **0.2** | **0.2** | 14.1 | 2.4 | 4.1 | 1.5 | 9000 | 12.4 | 1 | 8.48 | 1 | 0.058 | 0.34 | **3.1** | 1.4 | **0.21** | **-0.0512** | **0.131** |
| DRDS | 11/8/10 11:44 | 14.58 | 7.97 | 793 | 145 | 5.55 | 101 | 1.1 | 8.2 | 312 | | 3.2 | **0.2** | 146 | 9.3 | 9 | 1.2 | 9000 | 2.9 | 1 | 7.76 | 311.2 | 0.41 | 1.3 | 24 | 0.46 | | **0.0306** | 1.07 |
| DRS1 | 11/8/10 14:01 | 10.37 | 7.16 | 27250 | 174 | 1.75 | 925 | 1270 | 534 | 14867 | | 119.1 | **1** | 377 | 7600 | 600 | 26.8 | 140000 | 16 | 170 | 7.25 | 233.3 | 950 | 0.2 | 550 | 0.35 | 108 | 1.9 | 41.5 |
| DRS3 | 11/8/10 15:02 | 15.18 | 7.25 | 22840 | 198 | 3.58 | 1045 | 798 | 76 | 15087 | | 137.2 | **1** | 410 | 5900 | 600 | 34.6 | 35000 | 44 | 350 | 7.48 | 352.9 | 100 | 3 | 690 | 0.84 | 98.6 | 3.74 | 47.9 |
| DTS1 | 12/7/10 10:26 | 1.86 | 7.11 | 13503 | 227 | 1.82 | 407 | 388 | 413 | 7698 | | 100.7 | **2** | 424 | 3000 | 440 | 19.5 | 2300 | 21 | 1364 | 7.45 | 208 | 600 | 0.43 | 760 | 1.2 | 44.9 | 1.26 | 30.5 |
| DTS2 | 12/7/10 14:11 | 11.59 | 7.25 | 8724 | 166 | 5.24 | 492 | 387 | 389 | 4905 | | 58.4 | **2** | 424 | 1500 | 440 | 32 | 2300 | 23 | 184 | 7.44 | 208 | 600 | 0.43 | 760 | 1.2 | 44.9 | 1.26 | 30.5 |
| DTS3 | 12/7/10 12:57 | 8.02 | 6.99 | 6576 | 172 | 0.4 | 338 | 146 | 6.1 | 4273 | | 36.5 | **0.2** | 390 | 820 | 420 | 17.8 | 9000 | 13.3 | 95 | 7.24 | 1049 | 12 | 0.24 | 550 | 0.34 | 29.5 | 0.693 | 13.9 |
| DWS | 12/7/10 12:05 | 3.57 | 8.45 | 48519 | 108 | 8.1 | 882 | 1032 | 2.9 | 49063 | | 23.1 | 1.2 | 1620 | 2150 | 71.5 | 150 | 81 | 380 | | 8.21 | 1 | 10 | 1.2 | 430 | 1.4 | 253 | 5.74 | 101 |
| EF-22 | 12/2/10 17:02 | 6.15 | 7.45 | 37064 | 230 | 0.57 | 662 | 1925 | 3189 | 22552 | | 173.6 | 0.4 | 360 | 9200 | 1300 | 34 | 150 | 150 | 59 | 211 | 7.5 | 407 | 2300 | 0.91 | 510 | 3.3 | 139 | 2.87 | 57 |
| ETFW | 11/11/10 14:00 | 10.05 | 7.87 | 21315 | 139 | 2.25 | | | | | | 38.1 | | | | | | | | | | | | | | | | | |
| ETFVD | | | | 6300 | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRCRS | 11/12/10 8:32 | 6.92 | 7.24 | 3847 | 191 | 5.6 | 370 | 45 | 1.9 | 2209 | | 0.24 | | 530 | 395 | 100 | 7.2 | 2300 | 28 | 136 | 7.5 | | 3.6 | 0.69 | 310 | 0.64 | 13 | **0.0813** | 7.38 |
| GS | 12/2/10 12:15 | | | | | | | | | | | 34.2 | | | | | | | | | | | | | | | | | |
| HGRP | 11/12/10 8:21 | 7.82 | 45645 | 166 | **5.1** | | | | | | | | | | | | | | | | | | | | | | | | |
| HGS | 11/12/10 12:10 | 9.45 | 7.36 | 22790 | 136 | 2.35 | 690 | 102 | 1371 | 22540 | **1** | 353.9 | **8** | 450 | 2550 | 3300 | 47 | 9000 | 67 | 575 | 7.78 | 119.4 | 890 | 1.8 | 940 | 1.4 | 201 | 8.97 | 135 |
| HGSE | 11/3/10 0:00 | 9.08 | 6.88 | 21658 | 169 | 3.4 | | | | | | | | | | | | | | | | | | | | | | | |
| KCFS | 11/2/10 12:00 | 10.90 | 7.22 | 26250 | 221 | **3.32** | 417 | 927 | 2216 | 16012 | **1** | 26.6 | **0.2** | 404 | 7200 | 520 | 36.4 | 2300 | 24 | 142 | 7.6 | 544.3 | 1400 | 0.15 | 500 | 0.2 | 37.1 | 0.744 | 9.09 |
| LGW | 11/12/10 14:15 | 2.60 | 8 | 1326 | 107 | 7.18 | | | | | | | | | | | | | | | | | | | | | | | |
| LGWS | 11/12/10 14:15 | 3.87 | 7.25 | 1637 | **10** | 0.98 | 75 | 20 | 9 | 616 | | 1.5 | **0.2** | 161 | 96 | 6.2 | 14 | 9000 | 12.3 | 49 | 7.59 | **1** | 16 | 0.39 | 41 | 0.62 | 2.02 | **0.157** | 0.895 |
| LOUT11 | 11/3/10 16:00 | | | 11600 | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUT11W | 11/3/10 16:00 | | | 315 | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUT12L | 11/3/10 15:20 | 11.20 | 7.04 | 6220 | 252 | 7.04 | | | | | | | | | | | | | | | | | | | | | | | |
| LOUT12U | 11/3/10 15:10 | 13.36 | 6.13 | 5190 | 281 | 6.7 | 310 | 176 | 151 | 3014 | | 89.1 | **0.4** | 410 | 640 | 300 | 9.9 | 9000 | 15.6 | 79 | 7.27 | 452.2 | 1300 | 0.24 | 810 | 0.65 | 48.3 | 1.48 | 27.2 |
| LOUT13 | 11/3/10 15:15 | | | 5880 | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUT14 | 11/3/10 17:20 | | | 17700 | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUT3 | 11/3/10 17:30 | 11.97 | 7.03 | 15330 | 228 | 2.65 | | 818 | 459 | 8820 | | 102.6 | **2** | 480 | 3700 | 420 | 28.8 | 9000 | 53 | 309 | 7.62 | 107.4 | 2000 | 0.66 | 1100 | 3.1 | 59.8 | 1.97 | 35 |
| LOUT4 | 11/4/10 8:05 | | | | | | | 384 | | | | | | | | | | | | | **1** | | | | | | | | |
| LOUT8 | 11/4/10 10:15 | 11.74 | 7.91 | 22130 | 250 | | 428 | 928 | 3361 | 14942 | **1** | 135.2 | **2** | 448 | 6700 | 720 | 37 | 35000 | 112 | 605 | 7.78 | 443 | 4700 | 0.6 | 990 | **1** | 68.5 | 2.08 | 34.6 |
| LOUT9 | 11/4/10 11:15 | 15.65 | 7.54 | 8844 | 197 | | 633 | 79 | 342 | 5698 | | 6.4 | **0.4** | 430 | 1200 | 680 | 28.8 | 9000 | 21 | 172 | 7.23 | 455.3 | 730 | 0.22 | 1200 | 0.36 | 58.1 | 2.01 | 34 |
| MS | 11/16/10 14:50 | 10.51 | 7.41 | 1650 | 66 | 3.52 | 351 | 53 | 3.9 | 553 | | 9.7 | **0.2** | 436 | 1100 | 110 | 1.8 | 9000 | 5.8 | 71 | 7.52 | 947 | 17 | 0.35 | 230 | 2.3 | 5.65 | **0.0582** | 4.06 |
| MWS | 11/16/10 13:35 | 7.69 | 7.77 | 70002 | 255 | 3 | 1295 | 3382 | 33.5 | 76922 | | 480.5 | 0.53 | 600 | 22750 | 7000 | 14.4 | 265 | 1962 | | 7.88 | 6.4 | 723.5 | | | | | | |
| PCS | 11/8/10 8:46 | 9.82 | 7.56 | 10739 | 277 | 2.62 | 610 | 250 | **0.5** | 7282 | | 217.6 | **1** | 436 | 1720 | 640 | 29 | 35000 | 15 | 60 | 7.47 | 216.9 | 1.5 | 0.75 | 1400 | 0.24 | 114 | 2.88 | 72.4 |
| S3S | 11/11/10 14:00 | 12.41 | 7.67 | 24522 | 164 | 2.62 | 479 | 436 | 841 | 11595 | | 122.9 | **1** | 396 | 6500 | 840 | 23.6 | 2300 | 24 | 84 | 7.92 | 256.2 | 4100 | 0.36 | 260 | 0.47 | 79.2 | 1.13 | 35.9 |
| SCWS | 12/7/10 11:33 | 1.97 | 7.39 | 48639 | 238 | 1.62 | 1000 | 7098 | 3614 | 23800 | | 160.3 | **4** | 445 | 15000 | 1400 | 62 | 140000 | 183 | 462 | 7.53 | 258 | 2100 | 0.68 | 800 | 1.1 | 150 | **2.58** | 53.3 |
| SL | 11/4/10 15:45 | 12.94 | 8.63 | 1728 | -32 | | 124 | 15.4 | 2.3 | 892 | | 11.3 | **0.2** | 142.5 | 172 | 50 | 5.6 | 500 | 8.5 | 1 | 8.26 | 170 | 1.4 | 6.54 | | | | 0.195 | 4.36 |
| SNGC | 11/4/10 14:43 | 10.96 | 8.12 | 6520 | 108 | | 334 | 79 | 192 | 4134 | | 32.8 | **0.2** | 346 | 1160 | 200 | 12.6 | 35000 | 31 | 65 | 8.1 | 49.8 | 110 | 0.56 | 530 | 1.1 | 21.4 | 0.424 | 10 |
| SNS | 11/4/10 14:35 | | 8.49 | 68114 | 126 | | | 1982 | 18 | 78003 | **3** | 694.8 | **2** | 520 | 25000 | 1950 | 45 | | 280 | 2560 | 8.46 | 3500 | 12 | | 2000 | 19 | 468 | 15 | 243 |
| SNS1 | 11/30/10 11:25 | 3.44 | 7.56 | 53320 | 239 | 1.15 | | | | | | 984.5 | | | | | | | | | | | | | | | | | |
| SNS2 | 11/30/10 12:18 | 4.23 | 8.3 | 33489 | 197 | 4.1 | | | | | | 1921.7 | | | | | | | | | | | | | | | | | |
| SNS3 | 11/30/10 11:54 | 2.11 | 7.44 | 55959 | 190 | 0.61 | 1726 | 1589 | 4.1 | 47251 | | 821.6 | **2** | 484 | 19000 | 2700 | 500 | | 134 | 520 | 7.44 | 193 | 13 | 5.3 | 3200 | 3.7 | 489 | 14.4 | 280 |
| SRP | 11/4/10 15:15 | 16.35 | 7.61 | 39380 | -255 | | | | | | | | | | | | | | | | | | | | | | | | |
| SRP | 11/30/10 15:06 | 8.02 | 7.47 | 35984 | **59** | 0.54 | | | | | | 113.1 | | | | | | | | | | | | | | | | | |
| TWS | 11/7/10 11:25 | 13.36 | 7.34 | 10018 | -19 | 1.36 | 293 | 171 | 2.4 | 6524 | | 13.2 | 0.31 | 374 | 1300 | 700 | 6.6 | 500 | 6.6 | 76 | 7.56 | 221 | 1.7 | 0.62 | 89 | 0.28 | 7.34 | 0.354 | 2.61 |
| TWSP | 11/7/10 10:17 | 7.7 | 6.99 | 5630 | **-40** | 1.3 | | | | | | 13.2 | | | | | | | | | | | | | | | | | |
| UENAS | 12/2/10 10:00 | 8.72 | 7.33 | 26607 | 224 | 2.66 | 368 | 4172 | 1074 | 12839 | | 53 | 0.3 | 474 | 5900 | 1050 | 21.5 | 150 | 161 | 24 | 7.37 | 403 | 540 | 0.23 | 700 | 0.3 | 31.3 | 0.794 | 14.7 |
| UFWS | 11/11/10 0:00 | 9.46 | 7.64 | 6514 | 100 | 3.14 | | | | | | 9.5 | | | | | | | | | | | | | | | | | |
| UFWS1 | 11/11/10 0:00 | 10.57 | 7.75 | 2236 | -75 | 0.07 | | | | | | | | | | | | | | | | | | | | | | | |
| UFWS2 | 11/11/10 0:00 | 8.92 | 7.47 | 2236 | -119 | 0.72 | | | | | | | | | | | | | | | | | | | | | | | |
| US1 | 11/30/10 15:23 | 2.85 | 8.35 | 41615 | 127 | 6.42 | | | | | | 361.9 | | | | | | | | | | | | | | | | | |
| WCTS | 12/7/10 16:22 | | | | | | | | | | | 700 | | | | | | | | | | | 261 | 1504 | 7.74 | | | | | |
| WCTS | 12/7/10 16:26 | | | | | | | | | | | 487.7 | | | | | | | | | | | 126 | 570 | 7.87 | 76 | | | | |
| WCTSP1 | 12/7/10 16:26 | 3.85 | 8.49 | 47655 | 205 | | | | | | | | | | | | | | | | | | | | | | | | |
| WCTSP2 | 12/7/10 16:26 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WD2 | 11/2/10 14:10 | 8.13 | 6.57 | 2185 | 234 | | 221 | 18 | 2.5 | 1085 | | 24.3 | **0.2** | 266 | 138 | 92 | 4.5 | 2300 | 7.9 | 24 | 8.03 | 12.6 | 15 | 0.69 | 310 | 0.63 | 10.2 | 0.526 | 6.39 |
| WD2S | 11/2/10 13:20 | 11.33 | 4.15 | 14285 | 258 | 4.06 | | 171 | **0.5** | 10820 | | 16.7 | | 380 | 2950 | 720 | 20.2 | **25** | 36 | 272 | 4.48 | 316.8 | 5.6 | 2.8 | 1500 | | **0.249** | **-0.0638** | **0.19** |
| WFFW | 11/1/10 13:30 | 9.92 | 7 | **21000** | | | | | | | | 57.4 | | | | | | | | | | | | | | | | | |
| YHS | 12/1/10 13:30 | 9.92 | 7 | 1442 | 130 | 1.9 | 317 | 29 | 2 | 463 | | 9.4 | **0.2** | 164 | 92 | 56 | 0.9 | 140000 | 8.9 | **1** | 7.18 | 811 | 5.9 | 0.2 | 150 | 1 | 7.21 | **0.105** | 2.93 |

\* Alkalinity in mg/L as CaCO3.

**Bold** = detection limit.

This page intentionally left blank

COLORADO RIVER RECOVERY PROGRAM                  RECOVERY PROGRAM
FY 2015 ANNUAL PROJECT REPORT (Population Estimates)    PROJECT NUMBER:  127

I.       Project Title: **Monitoring the Colorado Pikeminnow Population in the Mainstem Colorado River via periodic Population Estimates**

II.      Bureau of Reclamation Agreement Number(s): R15PG00083

         Project/Grant Period:        Start date (10/1/2014):
                                      End date: (9/30/2019):
                                      Reporting period end date: 9/30/2015
                                      Is this the final report?  Yes _____  No __X__

III.     Principal Investigator(s):   Darek Elverud, Fish Biologist
                                      Dale Ryden, Project Leader
                                      U.S. Fish and Wildlife Service
                                      445 W. Gunnison Avenue, Suite 140
                                      Grand Junction, Colorado 81501
                                      Phone: (970) 628-7203
                                      FAX: (970) 628-7217
                                      Email: darek_elverud@fws.gov
                                             dale_ryden@fws.gov

IV.      Abstract:

The Interagency Standardized Monitoring Program (ISMP) was developed in 1986 to monitor population trends of Colorado pikeminnow and humpback chub in the Colorado River basin using catch per effort (CPE) indices.  ISMP was expanded in 1998 to include mark-recapture population estimates of the major Colorado pikeminnow and humpback chub populations.  For Colorado pikeminnow in the upper Colorado River, population estimates were conducted annually during 1991–1994, 1998–2000, 2003–2005, and 2008–2010.  The current three-year field sampling effort began in 2013 and was completed in 2015.

A draft report that presents the results of this three-year effort and puts these findings into context with those from previous efforts is scheduled to be ready for peer review on 30 August 2016, with a draft final report scheduled to be ready for approval consideration by 31 October 2016.  This report is scheduled to be finalized by 31 December 2016.

V.       Study Schedule:  *2013-2017*

VI.  Relationship to RIPRAP:
   Colorado River Action Plan:
      Colorado River Mainstem
         V.  Monitor populations and habitat and conduct research to support recovery actions.
         V.A.  Conduct research to acquire life history information and enhance scientific techniques required to complete recovery actions.

VII.  Accomplishment of FY 2015 Tasks and Deliverables, Discussion of Initial Findings and Shortcomings:

Sampling occurred from 24 March to 2 July 2015.  Five passes were completed in the upper Colorado River reach (Government Highline dam to Westwater Wash), and four passes in the lower Colorado River reach (Cisco boat launch to the confluence with the Green River).  Pass 1 sampling took place from 24 March to 6 May, pass 2 from 8 April to 11 May, pass 3 from 24 April to 5 June, pass 4 from 26 May to 30 June, and pass 5 from 9 June to 2 July.  Pass 5 sampled only the upper Colorado River reach.  Dates for sampling passes overlap as sampling occurs simultaneously in both the upper and lower reaches.

A total 223 Colorado pikeminnow capture events occurred during sampling in 2015 with 203 individual Colorado pikeminnow being captured.  Captured Colorado pikeminnow ranged from 301 mm to 928 mm total length (TL).  All Colorado pikeminnow captured in 2015 exceeded the minimum size for PIT tagging (150 mm TL; Figure 1).  Capture locations ranged from river mile (RM) 184.3 (Palisade, CO) to RM 0.9.

Of the 203 individual Colorado pikeminnow collected in 2015, 81 (40%) were juvenile fish (<399 mm TL).  All of the 81 individual juvenile Colorado pikeminnow were between 300–399 mm TL.  Twenty (10%) of the 203 individual Colorado pikeminnow were sub-adults (400–449 mm TL).  The remaining 102 individual Colorado pikeminnow captured in 2015 were adult size (>450 mm TL).  The adult Colorado pikeminnow ranged from 451 mm TL to 928 mm TL.  No Colorado pikeminnow were collected in 2015 that were below the minimum size (150 mm TL) to be PIT tagged.  The absence of Colorado pikeminnow < 300 mm TL in the collections from 2015 suggests spawning success and/or recruitment to age-1, age-2, and age-3 has been poor during the previous three years.



Figure 1. Length-frequency distribution of the 203 individual Colorado pikeminnow captured in 2015. For Colorado pikeminnow captured on multiple occasions in 2015, only the total length from the first capture occasion in 2015 is displayed.

Of the 203 individual Colorado pikeminnow, 44 were collected during pass 1 (34 in the lower reach, 10 in the upper reach), 57 were collected during pass 2 (45 in the lower reach, 13 in the upper reach), 56 were collected during pass 3, (40 in the lower reach, 16 in the upper reach), 34 were collected during pass 4 (23 in the lower reach, 11 in the upper reach), and 11 were collected during pass 5. Twenty Colorado pikeminnow were captured multiple times during 2015. Eight recaptures occurred in the upper reach and 12 occurred in the lower reach. The 20 total within-year recaptures included: seven juvenile Colorado pikeminnow (all recaptured in the lower reach), one sub-adult Colorado pikeminnow recaptured in the upper reach, and 12 adult Colorado pikeminnow (four recaptured in the lower reach and eight recaptured in the upper reach).

Table 1. Total number of Colorado pikeminnow > 250 mm TL captures in each sampling pass by year in the Colorado River study area, Colorado and Utah, 1991–2015. Within-year recaptures are included in parentheses. Captures are partitioned by reach.

| Year | Lower Reach Sampling Passes | | | | | Upper Reach Sampling Passes | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| 1991 | 37 | --- | --- | --- | --- | 23 | 17 (4) | 25 (2) | --- | --- |
| 1992 | 18 | 15 (1) | --- | --- | --- | 21 | 24 (2) | 23 (2) | --- | --- |
| 1993 | 51 | 41 (4) | --- | --- | --- | 31 | 31 (6) | 33 (11) | --- | --- |
| 1994 | 47 | 22 (3) | --- | --- | --- | 28 | 37 (3) | 38 (6) | --- | --- |
| 1998 | 31 | 56 (6) | --- | --- | --- | 47 | 73 (8) | 55 (16) | --- | --- |
| 1999 | 38 | 24 (2) | --- | --- | --- | 52 | 65 (8) | 54 (18) | --- | --- |
| 2000 | 31 | 19 (1) | --- | --- | --- | 51 | 52 (8) | 28 (6) | --- | --- |
| 2003 | 11 | 16 (0) | 44 (0) | 40 (2) | --- | 11 | 15 (0) | 16 (2) | 11 (1) | --- |
| 2004 | 28 | 36 (1) | 27 (0) | --- | --- | 19 | 16 (2) | 48 (8) | --- | --- |
| 2005 | 26 | 50 (3) | 46 (7) | 36 (6) | 34 (5) | 22 | 30 (4) | 26 (4) | 46 (5) | 38 (9) |
| 2008 | 13 | 29 (0) | 35 (3) | 23 (7) | --- | 17 | 15 (0) | 17 (1) | 20 (2) | 16 (2) |
| 2009 | 11 | 35 (0) | 28 (3) | 21 (4) | --- | 10 | 13 (0) | 32 (0) | 15 (2) | 23 (9) |
| 2010 | 19 | 14 (1) | 35 (5) | 37 (6) | --- | 14 | 19 (1) | 15 (1) | 22 (3) | 17 (2) |
| 2013 | 17 | 31 (0) | 25 (4) | --- | --- | 15 | 10 (1) | 12 (1) | 14 (5) | --- |
| 2014 | 45 | 60 (4) | 16 (4) | 35 (6) | --- | 13 | 18 (0) | 16 (4) | 21 (7) | 15 (3) |
| 2015 | 34 | 45 (0) | 45(5) | 30 (7) | --- | 10 | 15 (2) | 16 (0) | 15 (4) | 13 (2) |

All data from 2015 has been entered and checked for accuracy. The combined three-year capture-recapture matrix, as well as yearly point estimates (N-hat), confidence interval, probability of capture (p-hat), and coefficient of variation (CV) values will be included in the final report for the 2013 to 2015 sampling rotation due in 2016. While the 2015 data has yet to be utilized to calculate a population estimate, abundance estimates from data collected in 2014 and prior years are presented in Figure 2.



Figure 2. Point estimates and 95% confidence intervals for adult Colorado pikeminnow in the Colorado River, 1992–2014.

The 95% confidence intervals for the 2014 adult abundance estimate do not overlap confidence intervals for years 2000, 2005 and 2008 indicating a decrease in the number of adult Colorado pikeminnow.  Confidence intervals from the 2014 estimate overlap with all other years.  The point estimate from 2014 is also lower than all previous years.

VIII.    Additional noteworthy observations:

No within year movement of Colorado pikeminnow between the upper and lower reaches was documented during the sampling period in 2015.  Six Colorado pikeminnow (384-475 mm TL) were captured at Redlands fish passage in 2015.  Three of the six Colorado pikeminnow contained a PIT tag when captured at Redlands fish passage.  One of the three fish captured at Redlands fish passage was initially tagged about 10 miles below the Colorado and Gunnison Rivers confluence in June 2015.  Another of the three fish was initially tagged in the upper reach in 2014 and subsequently recaptured in June 2015 near Cisco boat landing at the upper end of the lower reach.  The third fish was initially tagged in Cataract Canyon in 2013.  An additional PIT tagged Colorado pikeminnow was also captured at Government Highline fish passage.  This fish was initially tagged in 2014 at RM 20 in the lower reach.

Bonytail, humpback chub, razorback sucker, and razorback sucker X flannelmouth sucker hybrids were also collected during the 2015 Colorado pikeminnow  population estimate study.  A total of 106 individual bonytail (151 – 358 mm TL) were collected from RM 1.5 – 169.3.  Ninety-four (89%) of the 106 individual bonytail were captured in the lower reach.  One of the 106 individual bonytail was recaptured twice within 2015. No other recaptures of bonytail occurred in 2015.  The 106 individual bonytail captured included 12 bonytail (11.3%) that did not contain a PIT tag when captured.

The untagged bonytail ranged from 151 mm to 270 mm TL.  The origin of the untagged bonytail is unknown.

The majority (88%) of the bonytail captured in 2015 were also stocked in 2015.  While only 13 of the bonytail captured in 2015 had been stocked prior to 2015, in a typical year only 1 or 2 bonytail are often captured from stockings in previous years.  The 13 bonytail captured from previous years' stocking efforts were from stocking in both the upper and lower reaches and also included one fish stocked at Green River State Park.

Five individual humpback chub (181–291 mm TL) were captured during sampling in 2015.  Three of the humpback chub were captured in the lower reach (RMs 8.8, 16.5 and 41.9).  The remaining two humpback chub were collected within the Ruby/Horsethief Canyons of the upper reach (RMs 136.1 and 149.5).

In 2015, 1202 individual razorback suckers were captured during sampling.  Fifty-one of these were recaptured within the year.  No movement of razorback suckers between the upper and lower reach occurred within the sampling period.  Total length of razorback suckers ranged from 226 – 603 mm.  Captures occurred throughout the study reaches (RM 0.0 - 193.3).

In 2013, 39 suspected wild razorback suckers (106 - 240 mm TL) were captured in the lower reach.  Twenty-three of the 39 razorback sucker were implanted with a PIT tag in 2013 with the remaining 16 being too small to PIT tag.  One of the 23 suspected wild razorback sucker PIT tagged in 2013 was captured in 2015 but was determined to be a razorback X flannelmouth hybrid.  In 2015, no razorback suckers less than 300 mm TL and not containing a PIT tag were captured.  Of the 1202 individual razorback suckers captured, 83 (7%) did not contain a PIT tag.  The seven percent of razorback suckers captured did not contain a PIT tag could either be wild produced fish or stocked fish that shed their PIT tag post stocking.  Eighteen of the 1202 razorback suckers contained only a 400 kHz PIT tag indicating they have not be captured since being stocked prior to 2005.

Twenty-five individual razorback sucker X flannelmouth  sucker hybrids (340–568 mm TL) were captured during 2015 sampling.  Twenty-four of the razorback sucker X flannelmouth hybrids were collected in the lower reach from RM 6.0 – 107.9. The two additional razorback sucker X flannelmouth sucker hybrids were captured in the upper reach from RMs 154.8 and 163.4.  One of the razorback sucker X flannelmouth sucker hybrids captured in 2015 was recaptured within the year.  Only two of the 25 razorback X flannelmouth sucker hybrids contained a PIT tag when captured in 2015.

In addition to these endangered fish collections, a large number of nonnative fish were encountered during the study in 2015.  These included: eighteen black crappie, 46 bluegill, 3 grass carp, 45 green sunfish, 177 gizzard shad, 31 largemouth bass, 3 northern pike, 144 smallmouth bass, and 83 walleye.  All walleye captures occurred in the lower reach, and the majority (89%) of smallmouth bass captures occurred in the upper reach. Capture locations of the other nonnative species captured during 2015 were distributed throughout both the upper and lower reaches.

The total number of walleye captured in 2015 (83) was lower than the number captured in 2014 (109) or 2013 (259).  While the number of walleye captured during Colorado pikeminnow sampling in 2015 decreased compared to 2013 and 2014, the number of walleye captured in 2015 was considerably higher than any year from 2003 to 2010 (2–46 walleye per year).

In 2015, all walleye captured during the Colorado pikeminnow population estimate sampling were scanned for the presence of a PIT tag.  Three PIT tags were detected in walleye.  All three tags were implanted in bonytail released into the Colorado River.  Two of the PIT tags were implanted in bonytail stocked in 2015 and the third PIT tag was implanted in a bonytail released in 2014.

Additional electrofishing effort was expended in the fall of 2014 and 2015 to remove additional walleye.  During fall 2014 sampling, two walleye were captured with relatively large (289 mm; 323 mm) Colorado pikeminnow in their stomachs.

Walleye data from the additional fall 2015 electrofishing effort, as well as for walleye collected during 2015 Colorado pikeminnow population estimate sampling will be combined and presented in more detail at the nonnative workshop and in the annual report for project 126a.

IX.   Recommendations:

- Continue the current schedule of three years of active sampling followed by a two-year rest period.  Four passes per year continues to be the sampling goal, with a fifth pass recommended (if river flows allow).

- Continue to identify and remove problematic nonnative fish species encountered during the Colorado pikeminnow population estimate study.  As in 2014, use the data from the spring Colorado pikeminnow sampling effort to help make adaptive management decisions about if and how to modify nonnative fish removal  efforts. Data gathered on Colorado pikeminnow sampling trips can be used to help  guide reallocation and/or addition of nonnative fish removal efforts in the summer  and fall (specifically what sections of river may need to be targeted for nonnative species of concern).

X.   Project Status:  On track and ongoing

XI.   FY 2015 Budget Status

A.   Funds Provided: $216,080
B.   Funds Expended: $216,080
C.   Difference:  $0.00
D.   Percent of the FY 2015 work completed, and projected costs to complete: 100%
E.   Recovery Program funds spent for publication charges: $0.00

XII.    Status of Data Submission:  Data from the 2015 field season has been entered, checked for accuracy, and will be submitted to the database manager.

XIII.   Signed:    <u>Darek Elverud</u>        <u>11/13/2015</u>
                   Principal Investigator          Date

FINAL PROGRAMMATIC BIOLOGICAL OPINION

FOR BUREAU OF RECLAMATION'S OPERATIONS AND DEPLETIONS, OTHER

DEPLETIONS, AND FUNDING AND IMPLEMENTATION OF RECOVERY PROGRAM

ACTIONS IN THE UPPER COLORADO RIVER ABOVE THE CONFLUENCE WITH THE

GUNNISON RIVER

DECEMBER 1999

TABLE OF CONTENTS

Consultation History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Scope of the Biological Opinion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

BIOLOGICAL OPINION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    DESCRIPTION OF THE PROPOSED ACTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    STATUS OF THE SPECIES AND CRITICAL HABITAT . . . . . . . . . . . . . . . . . . . . 19
        Colorado Pikeminnow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
            Species/Critical Habitat Description . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
            Status and Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
            Life History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
            Population Dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
            Analysis of Species/Critical Habitat Likely to be Affected . . . . . . . . . . 25
        Razorback Sucker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
            Species/Critical Habitat Description . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
            Status and Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
            Life History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
            Populations Dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
            Analysis of Species/Critical Habitat Likely to be Affected . . . . . . . . . . 32
        Humpback Chub . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
            Species/Critical Habitat Description . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
            Status and Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
            Life History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
            Population Dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
            Analysis of Species/Critical Habitat Likely to be Affected . . . . . . . . . . 34
        Bonytail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
            Species/Critical Habitat Description . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
            Status and Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
            Life History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
            Population Dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
            Analysis of Species/Critical Habitat Likely to be Affected . . . . . . . . . . 35
    IMPORTANCE OF THE 15-MILE REACH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    FLOW NEEDS FOR ENDANGERED FISHES . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    ENVIRONMENTAL BASELINE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
        Status of the Species Within the Action Area . . . . . . . . . . . . . . . . . . . . 42
        Factors Affecting Species Environment within the Action Area . . . . . . . 44
    EFFECTS OF THE ACTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
        Factors to be Considered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
        Analyses for Effects of the Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
        Species and Critical Habitat Response to the Proposed Action . . . . . . . . . . . . 63
    CUMULATIVE EFFECTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
    CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

INCIDENTAL TAKE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

    AMOUNT OR EXTENT OF TAKE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

        Adult and Subadult Fish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

        Young Fish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

    EFFECT OF THE TAKE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

    REASONABLE AND PRUDENT MEASURES . . . . . . . . . . . . . . . . . . . . . . . . . 70

    TERMS AND CONDITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

INDIVIDUAL CONSULTATIONS UNDER THE UMBRELLA OF
    THIS PROGRAMMATIC BIOLOGICAL OPINION . . . . . . . . . . . . . . . . . . . . . . 72

REINITIATION NOTICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

LITERATURE CITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

APPENDIX A - Description of Reclamation Projects

APPENDIX B - Depletion Accounting

APPENDIX C -Water Users' Commitment Letter and Agreement for the Interim Provision of
        Water to the 15-Mile Reach

APPENDIX D - Endangered Fish Population Status Assessment

APPENDIX E - Recovery Agreement

APPENDIX F - Hydrology





# United States Department of the Interior

**FISH AND WILDLIFE SERVICE**

Mountain-Prairie Region

| | |
|---|---|
| MAILING ADDRESS: | STREET LOCATION: |
| Post Office Box 25486 | 134 Union Blvd. |
| Denver Federal Center | Lakewood, Colorado 80228-1807 |
| Denver, Colorado 80225-0486 | |

IN REPLY REFER TO:

FWS/R6
ES/GJ-6-CO-99-F-033
Southern Geographic Area

Memorandum

To:        Geographic Assistant Regional Director, Southern Geographic Area, Region 6,
           Regional Office, Denver, Colorado, Mail Stop 60140

           Regional Director, Bureau of Reclamation, Upper Colorado Regional Office, Salt
           Lake City, Utah

           Regional Director, Bureau of Reclamation, Great Plains Regional Office, Billings,
           Montana

           Colorado River Storage Project Manager, Western Area Power Administration,
           Salt Lake City, Utah

From:      Regional Director, Region 6
           Fish and Wildlife Service
           Denver, Colorado

Subject:   Final Programmatic Biological Opinion for Bureau of Reclamation's Operations
           and Depletions, Other Depletions, and Funding and Implementation of Recovery
           Program Actions In the Upper Colorado River Above the Gunnison River.

This is the Fish and Wildlife Service's final programmatic biological opinion on the following
Federal actions, hereinafter referred to as the "Federal action:"

        o        The continuation of all of the Bureau of Reclamation's operations, including all
                 existing and authorized depletions, in the Upper Colorado River Basin above the
                 confluence with the Gunnison River;

2

○    Reclamation's portion of 120,000 acre-feet/year of new depletions in the Upper Colorado River Basin above the confluence with the Gunnison River; and

○    Actions undertaken by the Service, Reclamation, and the Western Area Power Administration in the funding and carrying out of recovery actions for the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin that affect the Colorado River from Rifle, Colorado, to Lake Powell, Utah, including the 15-Mile Reach of the Colorado River.

Treated as interrelated for purposes of this biological opinion in the analysis of the Federal action is the continuation of all non-Federal existing depletions in the Upper Colorado River Basin above the confluence with the Gunnison River, and the non-Reclamation portion of 120,000 acre-feet/year of new depletions in the Upper Colorado River Basin above the confluence with the Gunnison River. The 15-Mile Reach is a river reach that extends from the confluence of the Gunnison River upstream 15 miles to the Grand Valley Irrigation Company Diversion Dam near Palisade, Colorado. The subject water depletions occur above the confluence with the Gunnison River, but they affect flows in critical habitat from Rifle to Lake Powell. This biological opinion was prepared in accordance with section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.) and the Interagency Cooperation Regulations (50 CFR 402).

Reclamation, WAPA, and the Service contribute Federal funds to the Recovery Program which may affect listed species, therefore, section 7 consultation is required on such agencies' funding and implementation of the Recovery Program. However, all Recovery Program participants are both individually and collectively responsible for implementing the recovery actions identified in this biological opinion. While all Recovery Program participants and other entities who are responsible for actions identified in this biological opinion are committed to implementing the recovery actions, nothing contained in this opinion alters or amends the voluntary and discretionary nature of the Recovery Program as described in the document that initiated the Recovery Program (September 29, 1987), the 1988 Cooperative Agreement implementing the Recovery Program and the Section 7 Sufficient Progress and Historic Projects Agreement (USFWS 1993). If the Recovery Program fails to carry out any activities which are part of the proposed action or the terms and conditions of the Incidental Take Statement, it will not become the Service, Reclamation, nor WAPA's responsibility to do so. If this opinion becomes invalid because the Recovery Program were to cease to exist and consultation was reinitiated, the Service, Reclamation and WAPA's only responsibility will be that which results from section 7 consultations on their individual Federal actions. However, section 7 (a)(1) of the Endangered Species Act provides that the Secretary shall review programs administered by him and utilize such programs in furtherance of the purposes of the Act and requires Federal agencies to utilize their authorities to carry out programs for the conservation of endangered species; therefore, if the Recovery Program fails, the Federal Agencies are still obligated to take measures to conserve the endangered fishes. The participation in the Recovery Program and the facilitation of implementing the recovery actions as discussed in this biological opinion address the participating Federal Agencies' application of section 7 (a)(1). This biological opinion is not a precedent for

determining the degree of agency discretion in the operations of Federal water projects in other subbasins that are subject to review for compliance with the Act or for the combination of recovery actions needed to achieve such compliance.

The Service received three requests for initiation of section 7 consultation on the subject action from the following offices: 1) Bureau of Reclamation, Eastern Colorado Area Office (September 24, 1999), 2) Bureau of Reclamation, Western Colorado Area Office (September 27, 1999), and 3) Western Area Power Administration (October 15, 1999). The Service concludes that the implementation of the recovery actions identified herein and all existing and some new depletions of water from the Upper Colorado River Basin above the confluence of the Gunnison River "may affect" the endangered Colorado squawfish[1] (*Ptychocheilus lucius*), humpback chub (*Gila cypha*), bonytail (*Gila elegans*), and razorback sucker (*Xyrauchen texanus*) and their critical habitat. The Service concludes that the subject action is not likely to adversely affect the bald eagle (*Haliaeetus leucocephalus*) or the southwestern willow flycatcher (*Empidonax traillii extimus*). In recent years, the number of wintering and nesting bald eagles have increased in the Colorado River within the action area, with historic water depletions in place. It is not likely that any of the proposed actions will adversely affect bald eagles. The Service does not believe that historic water depletions on the Colorado River have adversely affected the southwestern willow flycatcher because in many areas there is more habitat (riparian vegetation - willow, tamarisk, cottonwood) now than there was historically. Graf (1978) used photographic evidence, map analysis, and field surveys to show the spread of tamarisk throughout the Colorado River system and described its effects of enlarging and stabilizing islands, bars, and restricting channel width. Many islands and shoreline habitats were not historically vegetated when spring flows were higher and prior to the establishment of tamarisk along the Colorado River.

Consultation History

Implementation of the Endangered Species Act in the Colorado River Basin started with section 7 consultation on Reclamation projects in the late 1970's. At this time, the Service determined that a jeopardy situation existed for the subject endangered fishes. Subsequently, the Act was amended to direct Federal Agencies to work with State and local agencies to resolve water resource issues in concert with conservation of endangered species.

In 1984, the Department of the Interior, Colorado, Wyoming, Utah, water users, and environmental groups formed a coordinating committee to discuss a process to recover the endangered fishes while new and existing water development proceeds in the Upper Colorado River Basin in compliance with Federal and State law and interstate compacts. After 4 years of negotiations, the Recovery Implementation Program for the Endangered Fish Species in the Upper Colorado River Basin was developed.

---

[1]The American Fisheries Society has changed the common name of this species to Colorado pikeminnow (Nelson et al. 1998), therefore, it will be referred to as the Colorado pikeminnow in this document.

4

On January 21-22, 1988, the Secretary of the Interior; Governors of Wyoming, Colorado, and Utah; and the Administrator of the Western Area Power Administration cosigned a Cooperative Agreement to implement the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin (USFWS 1987).  Current participants in the Recovery Program include: the Service, Reclamation, WAPA, Colorado, Utah, Wyoming, Environmental Defense Fund, The Nature Conservancy, Colorado Water Congress, Utah Water Users Association, Wyoming Water Development Association, and the Colorado River Energy Distributors Association.  The goal of the Recovery Program is to recover the listed species while providing for new and existing water development in the Upper Colorado River Basin.  All participants agreed to cooperatively work toward the successful implementation of a recovery program that will provide for recovery of the endangered fish species, consistent with Federal law and all applicable State laws and systems for water resource development and use.  Each signatory assumed certain responsibilities in implementing the Recovery Program.

In order to further define and clarify processes outlined in sections 4.1.5, 4.1.6, and 5.3.4 of the Recovery Program, a Section 7 Agreement and a Recovery Implementation Program Recovery Action Plan were developed (USFWS 1993).  The Agreement established a framework for conducting section 7 consultations on depletion impacts related to new projects and impacts associated with existing projects in the Upper Basin.  Procedures outlined in the Agreement are used to determine if sufficient progress is being accomplished in the recovery of endangered fishes to enable the Recovery Program to serve as a reasonable and prudent alternative to avoid the likelihood of jeopardy and/or adverse modification of critical habitat.  The Recovery Action Plan was finalized on October 15, 1993, and has been reviewed and updated annually.

Since the implementation of the Recovery Program, over 200 biological opinions have been issued on water depletions to the Upper Colorado River Basin.  The Recovery Program and implementation of the Recovery Action Plan have served as the reasonable and prudent alternative for these jeopardy opinions.

On March 11, 1996, the Recovery Program's Implementation Committee directed the Management Committee to develop a strategy to provide and protect flows in the 15-Mile Reach of the Colorado River.  The Service's Regional Director then provided a letter (April 5, 1996) to the chair of the Management Committee detailing the request from the Implementation Committee.  The letter requested that the strategy contain a discussion of how the flow and nonflow activities in the Colorado River sub-basin work together.  At the same time there were discussions on whether the Section 7 Agreement was working in the 15-Mile Reach and on legislation for long-term funding of recovery actions.  The Management Committee formed a workgroup to further identify the issues and recommend a strategy for their resolution.  By the end of 1996, the workgroup recommended that the issues could be best resolved through a biological opinion on Recovery Program activities in the 15-Mile Reach.  However, many issues regarding flow needs, options for providing and legally protecting water, the importance of nonflow actions in recovering the fish, and a framework for conducting future section 7 consultations remained unresolved.  To resolve these issues, the State of Colorado convened a

larger workgroup of interested parties in August of 1997.  The workgroup included water users, environmental groups, and State and Federal agencies.  This programmatic biological opinion represents the Service's consideration of the Federal action described on page 1.

Scope of the Biological Opinion

The Federal action described on page 1 is addressed in this biological opinion.  This biological opinion addresses impacts related to water depletions that occur above the confluence with the Gunnison River and impact critical habitat from Rifle to Lake Powell and recovery actions designed to offset these impacts.  Therefore, the subject recovery actions affect the Colorado River between Rifle and Lake Powell.  Impacts related to water depletions and recovery actions in the Green River are addressed in the consultations for Flaming Gorge Dam and the Duchesne River.  Programmatic consultations for the Gunnison and Yampa Rivers are planned to address similar issues.  Issuance of this programmatic biological opinion does not create an administrative priority concerning Upper Colorado River Basin depletions.  The opinion neither prejudices nor determines the amount of depletions allowable under the Colorado River Compact or under the Endangered Species Act in other subbasins of the Upper Colorado River Basin.

The Recovery Program does not cover direct physical impacts of new actions (projects constructed after January 22, 1988); effects of transbasin diversions on Platte River endangered species; introduction of nonnative fish species; or discharges of pollutants and therefore, this biological opinion does not address such impacts.  This biological opinion does not address impacts of future actions authorized by the participating Federal Agencies that are not associated with water depletions or operation of Reclamation facilities to carry out recovery actions.

## BIOLOGICAL OPINION

## DESCRIPTION OF THE PROPOSED ACTION

The proposed action is described on page 1.  The Reclamation projects included in this consultation are the past, existing, and continued operation of the Colorado-Big Thompson Project,  Fryingpan-Arkansas Project, Collbran Project, Grand Valley Project, and Silt Project, including all existing, historic, and authorized depletions associated with these projects.  These projects are operated in accordance with various laws and policies such as the authorizing legislation for each project, operating policies, criteria, and principles, and various court decrees. For detailed descriptions of the physical features of each projects, see Appendix A. Non-Reclamation projects associated with the continuation of existing depletions and 120,000 acre-feet/year of new depletions above the confluence with the Gunnison River which have or are likely to have a Federal nexus are anticipated to choose to rely on the implementation of the Recovery Action Plan, which is the responsibility of all of the Program participants, to avoid the likelihood of jeopardy and adverse modification of critical habitat.  Therefore, this biological opinion is treating these projects as interrelated.  The participating Federal Agencies contribute approximately $3.3 million annually for implementation of recovery actions under the base

6

funding component of the Recovery Program.  Additionally, Reclamation contributes approximately $7 million annually for Capital Projects.  However, to complete the actions described in this project description it will require the cost sharing by non-Federal partners. Capital Projects consist of construction of facilities and acquisition of land and water interests required to recover the endangered fish.  These recovery actions are described below and in the most recent Recovery Action Plan (April 1,1999).  The purpose of the Recovery Program and its Recovery Action Plan is to recover the four listed fish species and provide a means to avoid the likelihood of jeopardy and adverse modification of critical habitat for new and existing water projects.  Recovery actions within the Recovery Program fall under five elements:  1) habitat protection; 2) habitat development and maintenance; 3) native fish stocking; 4) nonnative fish control; and 5) research, monitoring, and data management.  Recovery (downlisting and delisting under ESA) of the fish species is dependent upon implementation of Recovery Program elements in the various river basins (USFWS 1987).  Recovery in a single river would not achieve full recovery of the species, rather full recovery is dependent on self-sustaining populations in various locations as described in the Recovery Plans for each species (USFWS 1990a, 1990b, 1991, 1998).  The Recovery Program " . . . is intended to go considerably beyond offsetting water depletion impacts by providing for the full recovery of the four endangered fishes in the Upper Colorado River Basin, excluding the San Juan River Basin" (USFWS 1993).

Under the Recovery Program, the Recovery Program Director's office annually sends a request to all participants for recommended changes to the Recovery Program's Recovery Action Plan. These changes include revised due dates, additions and deletions of recovery actions, additional steps to complete a recovery action, or a change in the lead agency responsible for ensuring completion of a recovery action item.  Once the recommended changes are received, they are consolidated and sent to the technical committees for review and recommendations.  Justifications for making the change are also provided.  The Recovery Program's Management Committee then prepares a recommendation for the Implementation Committee, based on input from the Program Director's office and the technical committees.  Final changes to the Recovery Action Plan require consensus by all Implementation Committee members.  If consensus is not reached on a proposed change, the subject item in the Recovery Action Plan remains unchanged.  The Implementation Committee routinely makes changes to the schedule for completing recovery actions when the delay is due to uncontrollable circumstances.

As described in the Federal action on page 1, this biological opinion addresses certain Reclamation operations and new and existing depletions, and treats as interrelated certain other depletions.

Existing depletions, as of September 30, 1995, have been estimated by modeling.  Model results show existing depletions to be approximately 1-million acre-feet/year.  This estimate is the approximate average annual depletion value modeled for water years 1975 to 1991.  The minimum depletion value was approximately 877,000 acre-feet/year for 1983 and the maximum was approximately 1,172,000 acre-feet/year for 1978.

7

The 120,000 acre-feet/year of new depletions represents the amount of additional Reclamation and non-Reclamation water that the Service believes could be depleted from the Upper Colorado River Basin above the confluence with the Gunnison River using new or existing facilities (including depletions that have already occurred since September 1995) and not result in the likelihood of jeopardy or adverse modification of critical habitat so long as the recovery actions are implemented as described herein.

The 120,000 acre-feet/year depletion includes non-Reclamation projects and/or facilities that have current biological opinions but have not yet depleted the full amount covered by those biological opinions and water that could be depleted in the near future from facilities without a current Federal nexus.  However, non-Reclamation facilities are treated as interrelated because of the likelihood that they will have a Federal nexus at some future point and want to rely on the Recovery Program to avoid the likelihood of jeopardy and adverse modification of critical habitat. The Federal nexus will likely come in the form of facility repairs requiring Army Corps of Engineers permits, Federal Energy Regulatory Commission relicensing, Federal agency authorization of right-of-ways, or some other Federal involvement.  This 120,000 acre-foot reduction in flows is expected to have the same effect on endangered fish and their critical habitat if removed by existing or new projects.  However, we cannot make a judgement on exactly where this 120,000 acre-feet/year of depletion will come from and anticipate that some of it will come from facilities that have yet to be constructed.

In recognition of the extreme variability of hydrology and water use demand patterns, the 120,000 acre-feet of new depletions will be calculated as a 10 year moving average as determined by the Colorado Water Conservation Board in consultation with Reclamation and concurred with by the Service (Appendix B).

The following elements of the Recovery Action Plan are measures completed, ongoing, or future actions which are part of the action subject to this consultation.  As part of the action, the beneficial effects of these recovery actions are taken into consideration in the jeopardy and incidental take analysis.  It is the Recovery Program's responsibility to ensure that all elements of the Recovery Action Plan affecting the Colorado River and other rivers are completed and/or implemented consistent with Recovery Program schedules (contained in the April, 1999, "Section 7 Consultation, Sufficient Progress, and Historic Projects Agreement and Recovery Action Plan" and subsequent revisions).

The following elements of the Recovery Action Plan address the biological and habitat needs of the endangered fishes, each element involves several recovery actions.  These needs are described in the "Status of the Species and Critical Habitat" section of this document.

1. Habitat Protection Element

*General protection*

The Service and the Colorado Water Conservation Board entered into a Memorandum of Agreement on September 21, 1993, wherein the Board agreed to ". . . take such actions under state law, including requesting administration by the State Engineer and the appropriate division engineer and initiating water court proceedings, as may be necessary to fully exercise its water rights or to obtain delivery of acquired water or interest in water.  Such water shall be protected within the entire stream reach for which the appropriation or acquisition is made."  This agreement (commonly called the Enforcement Agreement) provided a legal mechanism to protect water obtained for the endangered fish under the Recovery Program.  Categories of water this could apply to include contract deliveries, water leases, and acquired water rights.

*Late Summer and Fall Base flow period augmentation*

On September 2, 1997, the Colorado Water Court granted the CWCB an instream flow decree for 581 cfs in the 15-Mile Reach during July, August, and September.  This decree protects the Orchard Mesa Pumping and Power Plant return flows that enter the river at the top of the 15-Mile Reach.  In addition, the Colorado Water Court has granted the CWCB a 300 cfs instream flow right for water accretions occurring in the 15-Mile Reach during July, August, and September.  These two instream flow rights provide protection from future diversions of water in the 15-Mile Reach.  Additionally, 5,000 acre-feet annually plus an additional 5,000 acre-feet, 4 out of 5 years, is made available from Ruedi Reservoir by Reclamation, in consultation with the Service and the CWCB when needed by the fish.  Protection of these releases is accomplished pursuant to the terms of an agreement between Reclamation, the CWCB, and the Service, which provides for the delivery and protection of that water in stream to and through the 15-Mile Reach.  Typically the Service requests deliveries during July, August, and September.

In accordance with a 1995 biological opinion for Ruedi Reservoir Round II Water Sales, which was amended January 6, 1999, Reclamation, Colorado Water Conservation Board and the Service have signed 1-year agreements for 21,650 acre-feet/year of water (in addition to the 5,000 acre-feet/year plus 5,000 acre-feet 4 out of 5 years mentioned above) from Ruedi Reservoir.  Under the amended Ruedi opinion, Reclamation is to provide the 21,650 acre-feet of water from Ruedi Reservoir for a period of 15 years through short- or long-term agreements beginning the first year the Recovery Program pays associated operation and maintenance costs, which costs were first paid for water released in 1998.  Also, under the amended opinion, Reclamation proceeded with immediately contracting for up to 6,135 acre-feet of 17,000 acre-feet of Ruedi Round II water sales.

This programmatic biological opinion will take precedence over the amended Ruedi opinion, but does not require additional commitments of water from Ruedi Reservoir.  Reclamation's 21,650 acre-foot/year commitment is reduced by half, when the water users provide 10,825

9

acre-feet/year.  Reclamation's reduced commitment (21,650 minus 10,825) will continue for the 15-year period referenced in the Ruedi amendment (through the year 2012).  Once Reclamation provides the reduced commitment through a long-term agreement (rather than the 1-year agreements), and this programmatic biological opinion is finalized, Reclamation may, as demand materializes, contract for the remainder of the 17,000 acre-feet of Ruedi Round II water (17,000 minus 6,135 equals 10,865) discussed in the Service's opinion dated May 26, 1995, as amended on January 6, 1999.  A long term agreement will be finalized five months from the date of this final biological opinion or by a later date if it is specified in modifications to the Recovery Action Plan.

The water users' commitment for 10,825 acre-feet/year is divided equally between east and west slope water user entities.  The water users' commitment was formalized in a letter dated September 16, 1998, and through the proposed Agreements for the Interim Provision of Water to the 15-Mile Reach of the Colorado River (Appendix C).  Reclamation will participate in the process of deciding how to meet this commitment.

Once this programmatic biological opinion is finalized and the water users have provided their 10,825 acre-feet/year, Reclamation may contract under this consultation for the other half (10,825 acre-feet/year subtracted from its 21,650 acre-feet/year commitment equals 10,825 acre-feet/year), described above, provided the demand materializes and new depletions allowable under this programmatic biological opinion will not be exceeded.  Under this consultation Reclamation may contract for the Ruedi water, which was committed in the long-term agreement through the year 2012, beginning in the year 2013, provided the demand materializes and new depletions covered by this programmatic biological opinion will not be exceeded.

The east and west slope water users' commitment of 10,825 acre-feet annually, referred to in the previous paragraph, will be dedicated by water user entities from existing or new Colorado Water Division Number 5 Facilities.  Initially, this water will be provided on an interim basis as described in the proposed Agreements for the Interim Provision of Water, and then, it will be provided on a permanent basis for delivery, as needed by the fish.  The water user entities will determine which facilities the water will be released from and will execute any necessary agreements.  Until the permanent source(s) of this water are determined by the water user entities, 10-year Agreements for the Interim Provision of Water to the 15-Mile Reach of the Colorado River will be entered into by the Colorado River Water Conservation District, the City and County of Denver, acting by and through its Board of Water Commissioners, and the Service.  Denver Water and the River District have agreed to provide the water for 10 years.  This programmatic opinion does not restrict the water user entities from securing for Ruedi Reservoir water as a source for meeting their commitment.  These leases and agreements are for delivery of water to be used in late summer/early fall beginning in 2000 to meet base flow needs.  The agreements are to be signed concurrently with this final programmatic biological opinion.  No later than the end of the 10 years, an agreement is to be executed by the water entities and the Service to furnish a permanent source of water to be provided annually to the 15-Mile Reach to benefit endangered fishes.

Also, the Service and the Colorado River Water Conservation District executed a Memorandum of Understanding in January 1998, pursuant to the Wolford Mountain biological opinion for storage and delivery of water to the 15-Mile Reach.  Each year the River District makes available up to 6,000 acre-feet of water from Wolford Mountain Reservoir to benefit endangered fish habitat in the 15-Mile Reach of the Colorado River.  The Wolford  water is released by the River District at the discretion and direction of the Service.  Protection of the releases is accomplished pursuant to the terms of an agreement between the River District, the CWCB, and the Service which provides for the delivery and protection of that water instream to and through the 15-Mile Reach pursuant to the Enforcement Agreement.

Additionally, the Recovery Program will construct features of the Grand Valley Water Management Project by the dates specified in the Recovery Action Plan.  A study of canal operations from 1992-1994 showed the amount of water spilled from the Government Highline Canal in August, September, and October averaged 31,400 acre-feet.  Once this project is completed, canal spills will be reduced by 19,400 acre-feet and approximately 9,000 acre-feet will be redirected to return to the Colorado River, through the Palisade Pipeline, above the 15-Mile Reach.  In average and below average runoff years, the majority of the reduced canal spills will contribute to an increased surplus storage condition in Green Mountain Reservoir's Historic User Pool.  "Surplus HUP water" is water in excess of the needs of the HUP beneficiaries as defined in paragraph 8 of the Green Mountain Reservoir Operating Policy (Federal Register, Volume 48, Number 247, December 22, 1983, as amended in Federal Register, Volume 52, Number 176, September 11, 1987) and the Stipulation and Agreement of the Orchard Mesa Check Case (Colorado Water Division 5, 91CW247).  Surplus HUP water can be released from Green Mountain Reservoir and legally protected to indirectly improve flow conditions in the 15-Mile Reach.  Therefore, implementation of the Grand Valley Water Management Project will result in up to 28,400 acre-feet (19,400 plus 9,000) of additional flows in the 15-Mile Reach.  The project consists of adding 7 new check structures to the canal system, automation of the new and existing check structures, construction of the 1,000-foot Palisade Pipeline and the construction of the Highline Lake Pumping Station.  Construction is to begin when this biological opinion is finalized and contracts with the Grand Valley Water Users Association have been completed.  The August 2002 construction completion date is dependent on finalization of the biological opinion in December 1999.

Recovery Program participants have agreed to execute contracts, agreements, or other acceptable legal protection mechanism for delivery of surplus HUP water, including surplus water made available by Grand Valley Water Management Plan, to and through the 15-Mile Reach.  Protection will occur in two phases.  The first phase will protect water to and through the 15-Mile Reach up to the excess capacity of the Grand Valley Power Plant pursuant to the Orchard Mesa Check Settlement and will be completed in accordance with the schedule in the current RAP.  The second phase will legally release and protect additional surplus HUP water to the degree it is deemed available and needed for enhancement of flows in the 15-Mile Reach.  The amount of available surplus HUP water will be increased through improvements to the Grand Valley Project accomplished under Grand Valley Water Management Plan, as described in the above paragraph.

These improvements will reduce releases from the HUP to the Grand Valley Project for irrigation and result in additional surplus in the HUP. Additional surplus HUP water to be delivered and protected in the second phase is in excess of the capacity of the Grand Valley Power Plant canal system. This protection will be in place by the end of April 2000, or by a later date if subsequently modified in the RAP. The Recovery Program is working with Reclamation, the State of Colorado, and water users to legally protect and deliver additional surplus HUP water for nonconsumptive municipal/recreational uses and thereby indirectly benefit endangered fish habitat in the 15-Mile Reach. Recent studies for the Grand Valley Water Management Plan biological assessment have demonstrated that substantial water could be made available if flow protection agreements are put in place (Table 1). This water may not be available every year and it would not be released in years when it is not needed for the fish.

*Spring peak enhancement*

The Recovery Program implemented Coordinated Reservoir Operations for the Colorado River in 1997 and augmented spring peak flows by 2,000 cfs. In 1998, Coordinated Reservoir Operations added 2,500 cfs to the peak. Augmentation of the peak is to occur in all but extremely dry or extremely wet years or when peak flows are between 12,900 cfs and 26,600 cfs in the 15-Mile-Reach. During extremely wet years the peak exceeds this range without augmentation. Current plans are to augment spring peak flows by as much as possible for up to 10 days, by bypassing reservoir inflows during the peak. Although Coordinated Reservoir Operations is required to meet Recovery Program goals, participation by individual facility operators on a year-to-year basis is voluntary. A goal of Coordinated Reservoir Operations is to increase both the magnitude and duration of the spring peak.

This year, the Recovery Program initiated Phase II of spring peak augmentation through a "Coordinated Management of Colorado Water Division Number 5 Facilities - Phase II Study." The study is intended to assess water management facilities and operations that can be coordinated to benefit fish habitat primarily during the spring peak. The goal is for project sponsors to satisfy project purposes, but to utilize any flexibility that may exist to enhance spring flows for endangered fish. Possible options include new projects, long- and short-term leases or delivery agreements and using or moving winter water in excess of fish needs to meet water demand or fish needs during the spring. The intent is to provide additional water up to approximately 20,000 acre-feet/year of water for spring peak flow enhancement, without diminishing project yield or causing project sponsors to incur significant costs. When additional water of approximately 20,000 acre-feet is available, it could provide 1,008 cfs per day for a 10 day period.

2. Habitat Development and Maintenance Element

Floodplain habitats have been identified as important for endangered fishes, especially the razorback sucker. These habitats have been lost over time due to channelization, dikes, bank

Table 1.  The estimated benefits in acre-feet made available from the Grand Valley Water Management Project and the Orchard Mesa Check Settlement (Grand Valley Water Management Project Environmental Assessment, September 1998).

| Years Hydrologic Type | Water provided at Palisade Pipeline - not protected | Legally protected up to canal capacity | Made available through Municipal/ Recreation Agreements | Natural flow water not protected |
|---|---|---|---|---|
| Normal | 9,000 | 16,257 | 28,779 | 1,803 |
| Wet | 9,000 | 0 | 65,500 | 6,827 |
| Dry | 9,000 | 19,551 | 37,348 | 4,640 |

stabilization, and lower spring flows.  One element of the Recovery Program involves enhancing, restoring, and protecting natural floodplain habitats.  An inventory of these habitats was completed for 871 miles of the Colorado, Green, Gunnison, Yampa, and White Rivers.  Floodplain habitats are being restored along the Colorado River to prepare the ecosystem for reintroduction and reestablishment of razorback sucker populations.  Two sites along the Colorado River have been restored by connecting bottomland habitat to the river and shaping the habitat to facilitate draining during low flow periods to avoid harboring nonnative fishes.  One project, at 29⅝ Road (also known as Gardner Pond) involved partially filling in an old gravel pit and constructing a connection to the Colorado River.  Ongoing studies are evaluating the use of gravel pit ponds that have been reshaped to drain and behave as ephemeral floodplain habitats for adult Colorado pikeminnow and razorback sucker.  The spring of 1998 was the first of a 3-year evaluation period.  Intensive sampling was done at Gardner Pond and an adjacent pond, known as Pickup Pond.  A total of 376 native fish including adult Colorado pikeminnow were captured in these two ponds.

The second project is a partnership effort between the Recovery Program, the Service, the City of Grand Junction, the Riverfront Commission, and the Mesa County Soil Conservation District located near the confluence with the Gunnison River at the Jarvis site.  Prior to the 1950's this site was a northern side channel to the Colorado River.  In the 50's it was diked off from the river and mined for gravel, then the gravel pit was used as a municipal dump and disposal site for uranium mill tailings.  After the pit was filled in, the site was used as an auto salvage yard.  In the late 1980's, the City of Grand Junction purchased the site and removed all the junk cars, then the Department of Energy removed all the radiological contaminated waste, leaving the site close to the original river elevation.  To restore the site, a notch has been constructed in the dike between the river and the excavated area and the site has been shaped to drain during low water. A set back dike was constructed to protect adjacent property.  During high water, the site is inundated with water from the river and provides habitat for endangered fishes, and as the river drops, the

site drains, so it is not a year round pond that supports nonnative fishes. This site will provide shallow warm water habitat for prespawning conditioning for Colorado pikeminnow and razorback sucker. It provides a quiet water refuge and an abundant food supply during spring runoff.

Adobe Creek and Walter Walker State Wildlife Area are two floodplain sites used in an evaluation of contaminant impacts on razorback sucker reproduction. Water control structures were constructed in a tertiary channel at Adobe Creek, enabling a section of this channel to be isolated and controlled for this evaluation and for possible use as a grow-out area for larval razorback suckers in the future. A water control structure also was constructed at Walter Walker allowing 100 cfs of fresh water from the river to enter in an attempt to help lower selenium levels at this site. This appears to have been successful.

Two properties (181 acres) have been acquired along the Colorado River for restoring endangered fish habitat in the floodplain. Approximately 13 properties are currently in various stages of the pre-acquisition process. The priorities along the Colorado River include several gravel pit ponds and partnerships with local private, county, State, and Federal entities. The Recovery Program will continue to support funding and acquisition of interest in bottomlands identified by the Service as needed for recovery of the endangered fish along the Colorado River. Current plans are to acquire interest in up to 3,500 acres of bottomland habitat along the Upper Colorado River in the Grand Valley and along the Gunnison River. Properties will be purchased on a willing seller basis.

A second component of habitat restoration is construction of fish passageways on dams and diversions that have blocked endangered fish access to important historical habitat. These barriers have fragmented habitat and prevented access to spawning, feeding , and winter habitats. Construction of a passageway was completed in January 1998 at the Grand Valley Irrigation Company Diversion Dam. It consists of a notch in the dam and a series of pools and riffles immediately below. This configuration of rocks creates pools and riffles in ascending increments, and allows fish to swim upstream and over the dam during periods of low flow. Two additional fish passages at Price-Stubb and Grand Valley Project Diversion Dams are currently in the planning and evaluation stage. Colorado pikeminnow no longer occur above the Price-Stubb Dam. Passage at the Price-Stubb Diversion Dam is currently scheduled to be completed in September 2000. If the dam removal option is chosen, the schedule could be delayed until April 2002 to accommodate completion of the Plateau Creek Pipeline Project by Ute Water Conservancy District. Restoration of passage at the Government Highline Diversion Dam is tentatively scheduled for completion during 2001.

3. Native Fish Stocking Element

To achieve recovery it is important to maintain the genetic integrity of wild and captive-reared endangered fishes and to prevent irreversible losses of genetic diversity. The genetic management goals of the Recovery Program are to prevent immediate extinction; to conserve genetic diversity

through recovery efforts that will reestablish viable wild stocks by removing or significantly reducing factors that caused population declines; to maintain genetic diversity in captive-reared endangered fish broodstock that is similar to that of the wild stock used as founders; and to produce genetically diverse fish for augmentation efforts.

The razorback sucker is the highest priority for placing in refuge and developing broodstock because of continued population decline and low recruitment. A refuge broodstock of upper Colorado River razorback sucker stock is being developed and augmentation stocking has been implemented in the Gunnison River and in the Colorado River between Rifle and Palisade. The Recovery Program maintains razorback suckers at the Horsethief facility in the Grand Valley as a refugia and for developing broodstock. Bonytail broodstock are currently maintained at the Service's Dexter National Fish Hatchery and Technical Center. One stock of the Colorado pikeminnow is being developed for the augmentation of the upper Colorado River. The hatchery facilities in the Grand Valley consist of buildings for hatching eggs and rearing young, and holding and growout ponds. Expansion of existing facilities to be completed in 1999 included a building to hatch and rear young Colorado pikeminnow. The Recovery Program is in the process of obtaining additional ponds that will be used to grow both razorback suckers and Colorado pikeminnow to a size suitable for stocking.

The Recovery Program has approved a stocking plan for the Colorado River that calls for stocking 102,100 6- to 8-inch and 30,600 12-inch razorback sucker in the spring and fall for 5 years in the Rifle to De Beque Canyon reach and from Palisade to Stateline. The approved plan also calls for stocking 25,600 4-inch and 12,800 8-inch bonytail in the spring and fall for 5 years in the Colorado River from Palisade to Loma. Additionally, in the spring and fall, 800 6-inch and 400 10-inch Colorado pikeminnow are scheduled for stocking for 5 years in the Colorado River from Rifle to De Beque Canyon. Numbers to stock will likely be modified after the first 3 years based on an evaluation of stocking effectiveness. To date, 10,381 bonytail have been stocked in the Colorado River in Professor Valley, Utah, and this stocking will continue for at least 1 more year. Based on approved stocking plans, the Recovery Program intends to stock a total of 7,200 Colorado pikeminnow; 1,030,000 razorback sucker; and 33,400 bonytail into the mainstem Colorado River from Rifle, Colorado, to Lake Powell, Utah. Stocking will proceed in accordance with dates established by the Recovery Program and/or included in the Recovery Action Plan.

4. Nonnative Fish Control

*Regulations and agreements*

Nonnative fish in the Colorado River system have been identified as a major factor in the decline of the endangered fishes because they compete for food and space and prey on endangered fishes. To prevent further introduction of nonnative fish into the system and to reduce the number of nonnative fish in critical habitat, stocking regulations and bag limits in the State of Colorado have been changed.

15

In 1996, Procedures for stocking nonnative fish species in the Colorado River were approved by the Recovery Program (USFWS 1996). A Memorandum of Agreement implementing the Procedures was signed September 5, 1996, between the Service and the States. The purpose of the Procedures is to ensure that all future stocking of nonnative fish will be consistent with the recovery of the endangered fishes. This agreement remains in effect through the life of the Recovery Program.

On January 14, 1999, the Colorado Wildlife Commission adopted regulations that limit the stocking of private ponds. The intent and restrictions in these regulations are identical to the Procedures adopted in 1996. Regulations restricting stocking of private ponds will remain in effect for 4 years, at which time the Wildlife Commission will determine if the procedures were effective. If the regulations restricting the stocking of private ponds are rescinded, then other nonnative control/removal efforts will have to be put in place.

Colorado has removed bag limits on all nonnative warmwater sportfishes within the critical habitat reach of the Colorado River. Bag limits had been in place for all warmwater sportfish. The removal of bag limits may increase the numbers of nonnative fish removed from endangered fish habitat. Colorado also has agreed to close river reaches to angling where and when angling mortality is determined to be significant to native fish.

*Removal efforts*

In order to reduce the number of nonnative fishes in the Colorado River system, several removal programs have been put in place. One effort removes nonnative fish from ponds along the Colorado and Gunnison Rivers where many species of nonnative fishes reproduce and grow. During high water events, these nonnative fishes have access to or get washed into the river where they complete with and prey on native fishes. Off channel ponds along the Colorado River have been identified as the source of many of the nonnative sportfishes that occur in the river and in endangered fish nursery areas. Ponds in critical habitat in the Colorado River are being identified for reclamation. Pond reclamation can include complete removal of nonnative fish, screening ponds to prevent escapement to the river, and/or reshaping ponds so that they no longer support year round habitation by nonnative fish. The most effective and practicable of these alternatives will be implemented on a case by case basis. The Recovery Program is reclaiming up to 25 ponds each year until all public and private ponds that can be reclaimed are completed. The actual number of ponds to be reclaimed each year will be determined through revision of the current Pond Reclamation scope-of-work as part of the Recovery Action Plan. In 1998, the Colorado Division of Wildlife reclaimed 25 surface acres of ponds; negotiated water management for 5 ponds to facilitate seasonal drying; and reduced depth in 1 pond to promote winter kill. This activity will continue as long as deemed appropriate by the Recovery Program.

Backwaters have been identified as important nursery habitat for Colorado pikeminnow and other native fishes. The majority of the fishes found in backwaters are nonnative cyprinids and centrarchids, and biologists believe that these nonnative fishes compete for food and space with

native fishes.  Also, some species of nonnative fishes eat the native fishes and this is believed to be a reason for the decline in native fishes.  The Recovery Program has implemented nonnative fish removal efforts for small nonnative cyprinids and centrarchids from backwaters and other low velocity habitats.  Removal efforts focus on trying to achieve a decrease in numbers of small minnows prior to spawning by Colorado pikeminnow.  Some removal may need to occur during razorback spawning.  Centrarchids such as green sunfish and largemouth bass are predacious and impact endangered fish populations.  These fish will be removed by contractors for the Colorado Division of Wildlife from low velocity habitats during the summer of each year for as long as needed to attain viable endangered fish populations.  Other nonnative fish collected while targeting cyprinids and centrarchids also will  be removed when encountered.  The Colorado Division of Wildlife will prepare and adopt a Colorado River Fisheries Management Plan that will implement a more detailed nonnative fish control effort.  The plan will be reviewed and approved by the Recovery Program and Colorado Wildlife Commission.  The Plan will be finalized and implemented by the dates specified in the Recovery Action Plan.

5.  Research, Monitoring, and Data Management Element

Monitoring the status and trends in fish populations has been an integral component of the Recovery Program.  An interagency standardized monitoring program was established in 1988.  The ISMP was designed to annually measure the catch per unit of effort of humpback chub and Colorado pikeminnow at different life stages.  Young-of-the- year Colorado pikeminnow are sampled by using a seine in backwaters (zero velocity habitat) in four large reaches of the Green and Colorado Rivers during the fall.  Subadult and adult Colorado pikeminnow are sampled by electrofishing in 13 reaches of the Yampa, Green, White, and Colorado Rivers during April or May.  Humpback chubs are monitored less intensively every 3 years in Black Rocks and Westwater Canyons of the Colorado River.  Trammel nets are used in the early fall to sample subadult/adults.  More recently, ISMP has been expanded to estimate population sizes.  A population estimate of Colorado pikeminnow in the upper Colorado River was around 600 adults in 1991-1994 (Osmundson and Burnham 1996); a preliminary estimate conducted in 1998 yielded over 700 adults (USFWS unpublished data).  Preliminary population estimates for humpback chub are 1,500 adults in Black Rocks (Pfeifer et al. 1998) and approximately 7,000 adults in Westwater Canyon.  A basin wide razorback sucker monitoring plan has been developed and will include reaches of the Colorado River coincident with augmentation of these populations.  Monitoring will continue until the fish are delisted.

The Service anticipates the implementation of the Recovery Actions will provide a positive population response for each species.  Information from the ISMP will be used to determine population responses.  Population status and trends will be determined by the population indicators outlined in Appendix D.  The Recovery Program is currently developing recovery goals for the four endangered fish species.  If a population meets or exceeds the recovery goals or the goals described in Appendix D for that species, it will be considered to exhibit a positive

population response.  However, until these recovery goals are established, trends in certain population indices (Appendix D) will provide an interim assessment of a species' progress toward recovery.

6.  Long-Term Funding

The Recovery Program participants will pursue and support introduction of long-term funding legislation in the Senate and House of Representatives during the 106th Congress.  The legislation is to authorize cost shared funding for both the San Juan River and Colorado River Recovery Programs.  The purpose of the legislation is to authorize and provide funding for the implementation of all the Recovery Activities of the Recovery Program within the currently established time schedule.  This legislation is essential to the implementation of the Recovery Actions described above.  The legislation will include authorization for both capital and base funding.

The Recovery Program participants also will continue to pursue and support annual Federal and State appropriations and revenues, as needed, that fund full implementation of the Recovery Actions identified within this opinion.  This includes both capital funding and annual base funding.

Capital funding is for planning, design, permitting or other compliance, construction, construction management, replacement of facilities, and the acquisition of interests in land or water, as necessary to carry out the Recovery Program.  These capital items include hatchery additions for the genetic conservation and propagation of the endangered fishes, the restoration of floodplain habitat, fish passage, acquisition of water for instream flows (water leases), and the removal or translocation of nonnative fishes.  Capital funding of up to $62,000,000 for the Recovery Program is to continue through the year 2005.  These activities are substantially cost shared with non-Federal contributions by Upper Basin States and power users.

Base funding is for the operation and maintenance of capital projects, implementation of Recovery Actions other than capital projects, monitoring and research to evaluate the need for or effectiveness of any recovery action, and program management, as necessary to carry out the Recovery  Program.  Base funding also includes annual funding provided by the Service, Reclamation, Colorado, Utah, and Wyoming under the terms of the 1988 Cooperative Agreement.  Base funding for the Recovery Program from power revenues will be up to $4,000,000 per year, adjusted for inflation.

Existing and New Depletions

Existing depletions anticipated to continue into the future, addressed in this biological opinion, consist of Reclamation and non-Federal depletions as described in the Federal action on page 1.  Existing project depletions are defined below.  Only the amount of water that was depleted as of September 30, 1995, is considered an existing use or depletion of water, except as defined for Green Mountain and Ruedi Reservoirs below.  Project depletions above this level are considered

"new" depletions.  This would include depletions from new, as yet unbuilt projects, and additional depletion occurring after September 30, 1995, from existing projects.  Existing depletions shall remain characterized  as "existing depletions" regardless of any subsequent change, exchange, or abandonment of the water rights resulting in such depletions.  Also, existing depletions transferred to other facilities remain existing depletions so long as there is no increase in the amount of total depletions attributable to existing depletions.

Existing depletions are defined as follows[2]:

> a) existing depletions anticipated to continue into the future from the Upper Colorado River Basin above the confluence with the Gunnison River are those that actually occurred on or before September 30, 1995 (approximately 1 million acre-feet/year);

> b) depletions associated with the total 154,645 acre-feet volume of Green Mountain Reservoir, including the power pool (which includes but is not limited to all of the 20,000 acre-feet contract pool and Historic User's Pool), and the Colorado Big-Thompson Project replacement pool; and

> c) depletions associated with Ruedi Reservoir including but not limited to, Round I sales of 7,850 acre-feet, Round II sales of 17,000 acre-feet as discussed in the Service's biological opinion to Reclamation dated May 26, 1995, and as amended on January 6, 1999,  and the Fryingpan Arkansas Project replacement pool as governed by the operating principles for Ruedi Reservoir, but excluding 21,650 acre-feet from the marketable yield.

New depletions are defined as average annual depletions from new or existing projects occurring after September 30, 1995, and excludes existing depletions as defined above.  New depletions will be calculated as a 10 year moving average as determined by the CWCB and reported to the Service and Recovery Program by January 1 of every odd numbered year (beginning January 1, 2001) as described in Appendix B.

Water users that choose to use the implementation of Recovery Actions under the Recovery Program for Endangered Species Act compliance will be required to sign a Recovery Agreement (Appendix E), except Reclamation will not be required to sign these agreements as discussed later in this opinion.  In the Recovery Agreements, individual water users will agree not to take any action which would probably prevent the implementation of the recovery actions of the Recovery Program and to take reasonable actions required to implement the recovery actions.  The Service anticipates that water user entities controlling a majority of existing depletions above the Gunnison River will sign Recovery Agreements within 120 days of issuance of this biological opinion, pending review of the opinion and approval of the recovery agreement by their governing

---

[2]This definition is for the purpose of defining depletions, a part of the Federal action subject to consultation, and includes as "existing depletions" some water from Reclamation facilities that is not currently being depleted or water that has not actually been depleted.

bodies.  Signing of the Recovery Agreement will indicate support for the implementation of recovery actions identified in this opinion, and will provide immediate coverage to those water users for incidental take.  If water users choose not to sign a recovery agreement, they could not rely on the Recovery Program for Endangered Species Act compliance.  Reasonable and prudent alternatives outside the Recovery Program would have to be developed.

Monetary charges for projects to fund Recovery Actions which choose to rely on the Recovery Program will be assessed consistent with documents establishing the Recovery Program (USFWS 1987).  Existing and future Reclamation projects remain exempt from the charge because they contribute annually to the Recovery Program.  All other new project proponents undergoing individual section 7 consultations for depletions greater than 100 acre-feet/year are to pay the 1-time charge.  New projects pay 10 percent at the time Federal funds or authorizations are obtained and the remainder prior to depletions occurring.  Existing projects are to pay the charge for new depletions which have occurred since January 22, 1988.  As additional new depletions occur from existing facilities that will have undergone section 7 in accordance with this biological opinion, a depletion charge will be assessed and paid prior to the actual depletion.

The Service will continue to work with proponents of new water projects to minimize project impacts and look for mutually agreeable opportunities to provide conditions that benefit the endangered fishes. The Service intends to coordinate with the lead Federal Agency during the National Environmental Policy Act process and conduct informal section 7 consultation, as appropriate.  This will reduce the likelihood of reinitiation of consultation on existing and other new projects that precede the subject project.

## STATUS OF THE SPECIES AND CRITICAL HABITAT

### **Colorado Pikeminnow**

### Species/Critical Habitat Description

The Colorado pikeminnow is the largest cyprinid fish (minnow family) native to North America and it evolved as the main predator in the Colorado River system.  It is an elongated pike-like fish that during predevelopment times, may have grown as large as 6 feet in length and weighed nearly 100 pounds (Behnke and Benson 1983).  Today, fish rarely exceed 3 feet in length or weigh more than 18 pounds; such fish are estimated to be 45-55 years old (Osmundson et al. 1997).  The mouth of this species is large and nearly horizontal with long slender pharyngeal teeth (located in the throat), adapted for grasping and holding prey.  The diet of Colorado pikeminnow longer than 3 or 4 inches consists almost entirely of other fishes (Vanicek and Kramer 1969).  Males become sexually mature earlier and at a smaller size than do females, though all are mature by about age 7 and 500 mm (20 inches) in length (Vanicek and Kramer 1969, Seethaler 1978, Hamman 1981).  Adults are strongly countershaded with a dark, olive back, and a white belly.  Young are silvery and usually have a dark, wedge-shaped spot at the base of the caudal fin.

Based on early fish collection records, archaeological finds, and other observations, the Colorado pikeminnow was once found throughout warmwater reaches of the entire Colorado River Basin down to the Gulf of California, and including reaches of the upper Colorado River and its major tributaries, the Green River and its major tributaries, and the Gila River system in Arizona (Seethaler 1978). Colorado pikeminnow apparently were never found in colder, headwater areas. Seethaler (1978) indicates that the species was abundant in suitable habitat throughout the entire Colorado River Basin prior to the 1850's. No historic records exist that would indicate how far upstream Colorado pikeminnow once occurred in the Colorado River. The only reliable account of the species occurring upstream of the Price Stubb Dam near Palisade, Colorado, is from a Service biologist who reports having captured Colorado pikeminnow 2-3 miles up Plateau Creek while angling there around 1960 (Bob Burdick pers. com.).

Critical habitat was designated in 1994 within the 100-year floodplain of the Colorado pikeminnow's historical range in the following area of the upper Colorado River (59 F.R. 13374).

<u>Colorado, Mesa and Garfield Counties; and Utah, Grand, San Juan, Wayne, and Garfield Counties</u>. The Colorado River and its 100-year floodplain from the Colorado River Bridge at exit 90 north off Interstate 70 in T. 6 S., R. 93 W., section 16 (6th Principal Meridian) to North Wash, including the Dirty Devil arm of Lake Powell up to the full pool elevation, in T. 33 S., R. 14 E., section 29 (Salt Lake Meridian).

The Service has identified water, physical habitat, and the biological environment as the primary constituent elements of critical habitat. This includes a quantity of water of sufficient quality that is delivered to a specific location in accordance with a hydrologic regime that is required for the particular life stage for each species. The physical habitat includes areas of the Colorado River system that are inhabited or potentially habitable for use in spawning and feeding, as a nursery, or serve as corridors between these areas. In addition, oxbows, backwaters, and other areas in the 100-year floodplain, when inundated, provide access to spawning, nursery, feeding, and rearing habitats. Food supply, predation, and competition are important elements of the biological environment.

<u>Status and Distribution</u>

Colorado pikeminnow were historically distributed throughout warmwater reaches of the Colorado River Basin from Wyoming and Colorado south to the Gulf of California. By the 1970's they were extirpated from the entire lower basin (downstream of Glen Canyon Dam) and from portions of the upper basin as a result of major alterations to the riverine environment. Having lost some 75-80 percent of its former range, the Colorado pikeminnow was federally listed as an endangered species in 1967 (Miller 1961, Moyle 1976, Tyus 1991, Osmundson and Burnham 1998).

Colorado pikeminnow are presently restricted to the Upper Colorado River Basin and inhabit warmwater reaches of the Colorado, Green, and San Juan Rivers and associated tributaries. The

species inhabits about 350 miles of the mainstem Green River from its confluence with the Colorado River upstream to the mouth of the Yampa River. In the Yampa River, its range extends upstream an additional 160 miles. Colorado pikeminnow also occur in the lowermost 104 miles of the White River, another tributary to the Green River. In the mainstem Colorado River, distribution of the species extends 201 miles upstream from the upper end of Lake Powell to Palisade, Colorado (Tyus 1982).

Major declines in Colorado pikeminnow populations occurred during the dam-building era of the 1930's through the 1960's. Behnke and Benson (1983) summarized the decline of the natural ecosystem, pointing out that dams, impoundments, and water use practices drastically modified the river's natural hydrology and channel characteristics throughout the Colorado River Basin. Dams on the mainstem broke the natural continuum of the river ecosystem into a series of disjunct segments, blocking native fish migrations, reducing temperatures downstream of dams, creating lacustrine habitat, and providing conditions that allowed competitive and predatory nonnative fishes to thrive both within the impounded reservoirs and in the modified river segments that connect them. The highly modified flow regime in the lower basin coupled with the introduction of nonnative fishes decimated populations of native fish.

Major declines of native fishes first occurred in the lower basin where large dams were constructed from the 1930's through the 1960's. In the upper basin, the following major dams were not constructed until the 1960's: Glen Canyon Dam on the mainstem Colorado River, Flaming Gorge Dam on the Green River, Navajo Dam on the San Juan River, and the Aspinall Unit Dams on the Gunnison River. To date, some native fish populations in the Upper Basin have managed to persist, while others have become nearly extirpated. River segments where native fish have declined more slowly than in other areas are those where the hydrologic regime most closely resembles the natural condition, where adequate habitat for all life phases still exists, and where migration corridors are unblocked and allow connectivity among life phases.

In the mainstem Colorado River, the magnitude of spring flows has declined by 30-45 percent since the early part of the century (Osmundson and Kaeding 1991, Van Steeter 1996, Pitlick et al. 1999). Such flow reduction negatively affects Colorado pikeminnow in four ways: (1) reducing the river's ability to build and clean cobble bars for spawning; (2) reducing the dilution effect for waterborne contaminants from urban and agricultural sources that may interfere with reproductive success; (3) reducing the connectivity of main-channel and bottomland habitats needed for habitat diversity and productivity; and (4) providing a more benign environment for nonnative fish and invasive nonnative, bank-stabilizing shrubs (salt cedar) to persist and flourish (Osmundson and Burnham 1998). In general, the existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering.

Osmundson and Burnham (1998) summarized the status and trend of the Colorado River population of Colorado pikeminnow. They found that numbers were low but new individuals were actively recruiting to the adult population, and recruitment largely occurs in pulses from infrequent strong year classes. These investigators concluded that low adult numbers and

infrequent pulsed recruitment make this population vulnerable to extirpation over time from both natural fluctuations in numbers as well as from continued changes in habitat.

<u>Life History</u>

The life-history phases that appear to be most critical for the Colorado pikeminnow include spawning, egg hatching, development of larvae, and the first year of life.  These phases of Colorado pikeminnow development are tied closely to specific habitat requirements.  Natural spawning of Colorado pikeminnow is initiated on the descending limb of the annual hydrograph as water temperatures approach or exceed 20° C (Vanicek and Kramer 1969, Hamman 1981, Haynes et al. 1984, Tyus 1990, McAda and Kaeding 1991).  Temperature at initiation of spawning varies somewhat by river:  in the Green River, spawning begins as temperatures exceed 20-23° C; in the Yampa River, 16-23° C (Bestgen et al. 1998); in the Colorado River, 18-22° C (McAda and Kaeding 1991).  Spawning, both in the hatchery and under natural riverine conditions, generally occurs in a 2-month time frame between late June and late August. However, in the natural system, sustained high flows during wet years may suppress river temperatures and extend spawning into September (McAda and Kaeding 1991).  Conversely, during low flow years, when the water warms earlier, spawning may commence in mid-June.

Temperature also has an effect on egg development and hatching success.  In the laboratory, egg development was tested at five temperatures and hatching success was found to be highest at 20° C, lower at 25° C, and mortality was 100 percent at 5, 10, 15, and 30° C.  In addition, larval abnormalities were twice as high at 25° C than at 20° C (Marsh 1985).

Experimental tests of temperature preference of yearling (Black and Bulkley 1985a) and adult (Bulkley et al. 1981) Colorado pikeminnow indicated that 25° C was the most preferred temperature for both life phases.  Additional experiments indicated that optimum growth of yearling Colorado pikeminnow also occurs at temperatures near 25° C (Black and Bulkley 1985b). Although no such tests were conducted using adults, the tests with yearlings supported the conclusions of Jobling (1981) that the final thermal preferendum provides a good indication of optimum growth temperature, i.e., 25° C.

Most information on Colorado pikeminnow reproduction was gathered from spawning sites on the lower 20 miles of the Yampa River and in Gray Canyon on the Green River (Tyus and McAda 1984; Tyus 1985; Wick et al 1985; Tyus 1990).  Colorado pikeminnow spawn after peak runoff subsides and is probably triggered by several interacting variables such as photoperiod, temperature, flow level, and perhaps substrate characteristics.  Spawning generally occurs from late June to mid-August with peak activity occurring when water temperatures are between 18° and  23° C (Haynes et al. 1984; Archer et al. 1985; Tyus 1990, Bestgen et al. 1998).

Spawning has been confirmed in the Colorado River by the presence of Colorado pikeminnow larvae in all years sampled.  Larvae are distributed throughout the river although most have been

found downstream of Grand Junction (McAda and Kaeding 1991, Osmundson and Burnham 1998). Aggregations of ripe adults have been found near Clifton and Grand Junction, Colorado and near the Colorado-Utah state line (Osmundson and Kaeding 1989, McAda and Kaeding 1991, USFWS unpublished data). Suitable spawning habitat (defined below) in the Colorado River near Cataract Canyon, Professor Valley, and upstream from the Dolores River confluence indicate spawning may occur in or near these areas as well (Archer et al. 1985; Valdez 1990).

Known spawning sites in the Yampa River are characterized by riffles or shallow runs with well-washed coarse substrate (cobble containing relatively deep interstitial voids (for egg deposition) in association with deep pools or areas of slow laminar flow used as staging areas by adults (Lamarra et al. 1985, Tyus 1990). Recent investigations at a spawning site in the San Juan River by Bliesner and Lamarra (1995) and at one in the upper Colorado River (USFWS unpublished data) indicate a similar association of habitats. The most unique feature at the sites actually used for spawning, in comparison with otherwise similar sites nearby, is the degree of looseness of the cobble substrate and the depth to which the rocks are devoid of fine sediments; this appears consistent at the sites in all three rivers (Lamarra et al. 1985, Bliesner and Lamarra 1995).

Data indicates that clean cobble substrates that provide interstitial spaces for eggs are necessary for spawning and egg incubation (Tyus and Karp 1989). Several studies on the cobble cleaning process have been conducted at a known spawning location in Yampa Canyon. O'Brien (1984) studied the hydraulic and sediment transport dynamics of the cobble bar within the Yampa River spawning site and duplicated some of its characteristics in a laboratory flume study. O'Brien (1984) concluded that incipient motion of the cobble bed is required to clean cobbles for spawning and estimated that this takes discharges of about 21,500 cfs. However, Harvey et al. (1993) concluded that since flows required for incipient motion of bed material are rare (20 year return period event) and spawning occurs annually, another process must be cleaning the cobbles. Their study found that in Yampa Canyon recessional flows routinely dissect gravel bars and thereby produce tertiary bars of clean cobble at the base of the riffles. These tertiary bars are used by Colorado pikeminnow for spawning. The importance of high magnitude, low frequency discharges is in forming and maintaining the midchannel bars. Dissection of bars without redeposition by high magnitude flows would lead to conditions where spawning habitat is no longer available (Harvey et al. 1993).

It is unknown whether tertiary bars similar to those used for Colorado pikeminnow spawning in Yampa Canyon are available in the 15-Mile Reach of the Colorado River. There, significant motion of bed material occurs at near bankfull discharge of 22,000 cfs (Van Steeter 1996). These flows occur on average once in 4 years. Van Steeter (1996) concluded that flows of this magnitude are important because they generally remove fine sediment from the gravel matrix which maintains the invertebrate community and cleans spawning substrate.

Although the location of spawning areas in the Colorado River is not as defined as in the Yampa River, the annual presence of larvae and young-of-the-year downstream of the Walker Wildlife

Area, in the Loma to Black Rocks reach and near the confluence of the Dolores River, demonstrates that spawning occurs every year.  Osmundson and Kaeding (1989, 1991) reported that water temperatures in the Grand Junction area were suitable for Colorado pikeminnow spawning.  In 1986, a year of high runoff, suitable temperatures for spawning (20° C) occurred in mid-August; in 1989, a year of low runoff, the mean temperature reached 20° C during the last week of June.  Tyus (1990) demonstrated that Colorado pikeminnow often migrate considerable distances to spawn in the Green and Yampa Rivers, and similar though more limited movement has been noted in the mainstem Colorado River (McAda and Kaeding 1991).

Collections of larvae and young-of-year downstream of known spawning sites in the Green and Yampa Rivers indicates that downstream drift of larval Colorado pikeminnow occurs following hatching (Haynes et al. 1984; Nesler et al. 1988; Tyus 1990, Tyus and Haines 1991).  During their first year of life, Colorado pikeminnow prefer warm, turbid, relatively deep (averaging 1.3 feet) backwater areas of zero velocity (Tyus and Haines 1991).  After about 1 year, young are rarely found in such habitats, though juveniles and subadults are often located in large deep backwaters during spring runoff (USFWS, unpublished data; Osmundson and Burnham 1998).

Larval Colorado pikeminnow have been collected in the Gunnison River up- and downstream of the Redlands Diversion Dam (Anderson 1998; Osmundson and Burnham 1998).  Burdick (1997) reports that the capture of larval Colorado pikeminnow in 1995 and 1996 upstream of the Redlands Diversion Dam coupled with aggregations of adult fish during the spawning season confirms that spawning occurs upstream of the dam.

Information on radio-tagged adult Colorado pikeminnow during fall suggests that fish seek out deep water areas in the Colorado River (Miller et al. 1982, Osmundson and Kaeding 1989), as do many other riverine species.  River pools, runs, and other deep water areas, especially in upstream reaches, are important winter habitats for Colorado pikeminnow (Osmundson et al. 1995).

Very little information is available on the influence of turbidity on the endangered Colorado River fishes.  Osmundson and Kaeding (1989) found that turbidity allows use of relatively shallow habitats ostensibly by providing adults with needed cover; this allows foraging and resting in areas otherwise exposed to avian or land predators.  Tyus and Haines (1991) found that young Colorado pikeminnow in the Green River preferred backwaters that were turbid.  Clear conditions in these shallow waters might expose young fish to predation from wading birds or introduced, sight-feeding, piscivorous fish.  It is unknown whether the river was as turbid in the past as it is today.  For now, it is assumed that these endemic fishes evolved under natural conditions of high turbidity; therefore the retention of these highly turbid conditions is probably an important factor in maintaining the ability of these fish to compete with nonnatives that may not have evolved under similar conditions.

Population Dynamics

Osmundson and Burnham (1998) estimated the population of adult and subadult Colorado

pikeminnow in the Colorado River (from Palisade to the confluence with the Green River) to be 600-650 individuals during 1991-1994.  This estimate equates to an average of 4.0-4.2 fish per mile above Westwater Canyon, and 3.1-3.4 fish per mile below Westwater Canyon but the fish are not distributed equally in all parts of the river.  Preliminary estimates from a 1998 survey indicate that the population has increased to about 750 subadults and adults in the Colorado River (USFWS unpublished data).

Colorado pikeminnow reproduce each year; however, strong year classes are relatively rare (Osmundson and Burnham 1998).  A distinct increase of subadult fish was found below Moab in 1991 and within a few years these fish were distributed throughout the Colorado River.  Osmundson and Burnham (1998) concluded that these fish were the result of one or more strong year classes produced during the mid-1980's.  McAda and Ryel (1999) have identified another strong year-class that occurred in 1996.  In both cases, the common hydrologic conditions that led to successful reproduction and first year survival was a spring and summer of moderately high flows following a year of exceptionally high flood flows (McAda and Ryel 1999).

<u>Analysis of Species/Critical Habitat Likely to be Affected</u>

The Grand Valley area is occupied year round by Colorado pikeminnow.  The 15-Mile Reach is the section of the Colorado River extending from the confluence of the Gunnison River upstream to the Grand Valley Irrigation Company Diversion Dam.  It has been identified as important habitat for Colorado pikeminnow.  Not only are densities of pikeminnow especially high there (Figure 1), but the average size of the fish there is larger than in any other portion of the Colorado River (Figure 2).

Radio-telemetry studies show upstream and downstream movement of adult Colorado pikeminnow in the mainstem Colorado River (McAda and Kaeding 1991).  The most dramatic movement was exhibited by a fish implanted with a radio transmitter at Gypsum Canyon in upper Lake Powell on April 5, 1982.  The fish was contacted next in the lower Cataract Canyon area on July 9, 1982.  The next contact was made above the Black Rocks area of Ruby Canyon, some 160 miles upstream.  The movement was accomplished in 41 days and is believed to be related to spawning.  At the end of September 1982, this fish was located in the 15-Mile Reach (river mile 178), nearly 200 river miles from its furthest documented downstream location.

Other radio-tagged fish in the Colorado River have not displayed such dramatic migratory behavior.  Radio-telemetry studies conducted during 1982-1989, which focused on upstream reaches of the Colorado River in and around the Grand Valley, provide the best indication of use of the 15-Mile Reach above the confluence of the Gunnison River.  Movement of these fish during a field season was generally limited to 25-30 miles (Osmundson and Kaeding 1989, McAda and Kaeding 1991).



Figure 1. Distribution of adult Colorado pikeminnow (>500 mm long) in the Colorado River. Catch rates (fish per mile) were averaged across sampling (electrofishing and trammel netting) passes in each year and these values from 5 years (1991-1994 and 1998) were averaged. See Osmundson and Burnham (1998) for sampling methodology and Osmundson (1999) for strata locations. The 15-Mile Reach is strata 9.



Figure 2. Size distribution of subadult and adult Colorado pikeminnow in the Colorado River based on electrofishing and trammel netting results. Lengths were averaged by 25-Mile Reach within years and reach means were then averaged across years (1991-1994 and 1998). The 15-Mile Reach is miles 171 - 185.

During 1986-1988, 17 adult Colorado pikeminnow were captured in the 15-Mile Reach during April-June and radio-tagged. The fish exhibited a diversity of localized movements throughout the Grand Valley but spent a major part of their time in the 15-Mile Reach. Two remained in the reach throughout the estimated spawning period (Osmundson and Kaeding 1989).

In a study by McAda and Kaeding (1991), a suspected prespawning aggregation of adult Colorado pikeminnow was observed in mid-July of 1982 at river mile 178.3 in the 15-Mile Reach. In the first observation, three radio-tagged fish were tracked to one riverine pool area, and nine adults at or near spawning condition were then captured there after limited net sampling efforts. The aggregation occurred a few days after mean daily water temperature had reached $20°$ C and during a time when runoff flows were dropping off sharply. A second aggregation was noted at river mile 175.3, 12 days after the initial observation. Drifting trammel nets through an area occupied by two fish equipped with transmitters yielded an additional male Colorado pikeminnow in spawning condition. During this same time period, an adult female was captured near river mile 175 that weighed nearly 1 pound more than when previously captured a month earlier, suggesting the development of spawning (gravid) condition. Two Colorado pikeminnow larvae were subsequently collected within the 15-Mile Reach.

During 4 years (1982-1985) of larval sampling throughout the Grand Valley, 100 larval pikeminnow were collected with fine-mesh hand nets from the two Colorado River reaches immediately upstream and downstream of its confluence with the Gunnison River (McAda and Kaeding 1991). Although the sampling effort was similar in the two river reaches, 98 percent of the larval captures occurred downstream of the Gunnison River confluence. Only two (2 percent) of the larvae were collected from the upstream reach. These observations may indicate that most fish were spawned in the downstream reach or that the larvae were deposited in the upstream reach and drifted downstream to the area where most of the captures were recorded. In 1995, drift nets set in the lower portion of the 15-Mile Reach captured 3 Colorado pikeminnow larvae (Anderson 1998).

No postlarval young-of-year Colorado pikeminnow greater than 25 mm total length were collected from above the Gunnison River confluence in fall collections from 1986-1994; however, one yearling-sized individual was captured there in 1986 (Osmundson and Burnham 1998). A total of 122 Colorado pikeminnow were collected in the 31-Mile Reach downstream of the confluence of the Gunnison River during 1982-1996 (McAda and Ryel 1999). The 1982-1984 catch rate of young-of-year Colorado pikeminnow in the 10-Mile Reach immediately downstream of the confluence of the Gunnison River (river miles 160-170) warranted classification of this reach as a "Young-of-Year Nursery Area" by the Basin Biology Subcommittee (USFWS 1984).

Catch rates of adult (> 500 mm long) Colorado pikeminnow in the 15- and 18-Mile Reaches of the Grand Valley are significantly higher than in any other portion of the Colorado River (Figure 1). In the 15-Mile Reach, adults are most abundant during spring in a 1.3-mile segment between river miles 174.4 and 175.7, particularly in two gravel-pit ponds that were accessible

during high flows.  Some of the pikeminnow captured from one pond in 1986 were well
tuberculated by June 3, when nearby river temperatures were only 10-13° C (L. Kaeding pers.
com.).  It has been hypothesized by some investigators that additional thermal units, above those
provided in the mainstream, are important in increasing annual growth rates and perhaps in
gonadal maturation.  If this is true, then access to these sheltered off-channel pools may be very
important in increasing rates of survival and successful spawning in the upper reaches of the
Colorado River.  Historically, bottomlands that routinely flooded during the spring runoff period
would have provided these warm productive habitats; in recent years, flooded gravel pits may
provide the only comparable habitat.

Although the river downstream of the Grand Valley also supports adult Colorado pikeminnow,
the primary importance of these downstream reaches is in providing nursery areas for larvae and
rearing areas for juveniles.  Concentrations of larvae and young-of-year occur in backwaters in the
65-mile, low-gradient reach between Moab, Utah, and the confluence with the Green River
(McAda et al. 1994).  These backwaters are especially important during the Colorado
pikeminnow's critical first year of life.  Juveniles dwell in these downstream reaches until they are
5 or more years old.  Then many begin extensive upstream migrations seeking habitats more
suited to needs of subadults and adults (Osmundson et al. 1998).  The entire river, from the
confluence with the Green River upstream to Palisade, Colorado, provides important habitat for
sub- and young adults.

## Razorback Sucker

### Species/Critical Habitat Description

The razorback sucker, an endemic species unique to the Colorado River Basin, was historically
abundant and widely distributed within warmwater reaches throughout the Colorado River Basin.
The razorback sucker is the only sucker with an abrupt sharp-edged dorsal keel behind its head.
It has a large fleshy subterminal mouth that is typical of most suckers.  Adults often exceed 3 kg
(6 pounds) in weight and 600 mm (2 feet) in length.

Historically, razorback suckers were found in the mainstem Colorado River and major tributaries
in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and in Mexico (Ellis
1914; Minckley 1983).  Bestgen (1990) reported that this species was once so numerous that it
was commonly used as food by early settlers and, further, that commercially marketable quantities
were caught in Arizona as recently as 1949.  In the Upper Basin, razorback suckers were reported
in the Green River to be very abundant near Green River, Utah, in the late 1800's (Jordan 1891).
An account in Osmundson and Kaeding (1989) reported that residents living along the Colorado
River near Clifton, Colorado, observed several thousand razorback suckers during spring runoff in
the 1930's and early 1940's.  In the San Juan River drainage, Platania and Young (1989) relayed
historical accounts of razorback suckers ascending the Animas River to Durango, Colorado,
around the turn of the century.

A marked decline in populations of razorback suckers can be attributed to construction of dams and reservoirs, introduction of nonnative fishes, and removal of large quantities of water from the Colorado River system.  Dams on the mainstem Colorado River and its major tributaries have segmented the river system, blocking migration routes.  Dams also have drastically altered flows, temperatures, and channel geomorphology.  These changes have modified habitats in many areas so that they are no longer suitable for breeding, feeding, or sheltering.  Major changes in species composition have occurred due to the introduction of numerous nonnative fishes, many of which have thrived due to man-induced changes to the natural riverine system.

Critical habitat was designated in 1994 within the 100-year floodplain of the razorback sucker's historical range in the following area of the upper Colorado River (59 F.R. 13374).  The primary constituent elements are the same as critical habitat for Colorado pikeminnow described previously.

> Colorado, Mesa and Garfield Counties.  The Colorado River and its 100-year floodplain from Colorado River Bridge at exit 90 north off Interstate 70 in T. 6 S., R. 93 W., section 16 (6th Principal Meridian) to Westwater Canyon in T. 20 S., R. 25 E., section 12 (Salt Lake Meridian) including the Gunnison River and its 100-year floodplain from the Redlands Diversion Dam in T. 1 S., R. 1 W., section 27 (Ute Meridian) to the confluence with the Colorado River in T. 1 S., R. 1 W., section 22 (Ute Meridian).

> Colorado, Delta and Mesa Counties.  The Gunnison River and its 100-year floodplain from the confluence with the Uncompahgre River in T. 15 S., R. 96 W., section 11 (6th Principal Meridian) to Redlands Diversion Dam in T. 1 S., R. 1 W., section 27 (Ute Meridian).

> Utah, Grand, San Juan, Wayne, and Garfield Counties.  The Colorado River and its 100-year floodplain from Westwater Canyon in T. 20 S., R. 25 E., section 12 (Salt Lake Meridian) to full pool elevation, upstream of North Wash, and including the Dirty Devil arm of Lake Powell in T. 33 S., R. 14 E., section 29 (Salt Lake Meridian).

Status and Distribution

The current distribution and abundance of the razorback sucker have been significantly reduced throughout the Colorado River system, due to lack of recruitment to the adult population (McAda 1987; McAda and Wydoski 1980; Holden and Stalnaker 1975; Minckley 1983; Marsh and Minckley 1989; Tyus 1987).  The only substantial population exists in Lake Mohave with an estimated population of 25,000 adult razorback suckers in 1995 (Chuck Minckley pers. com.) down from an earlier estimate of 60,000 adult razorback suckers (Minckley et al. 1991).  They do not appear to be successfully recruiting.  While limited numbers of razorback suckers persist in other locations in the lower Colorado River, they are considered rare or incidental and may be continuing to decline.

In the Upper Basin, above Glen Canyon Dam, razorback suckers are found in limited numbers in both lentic and lotic environments.  The largest population of razorback suckers in the Upper Basin is found in the upper Green River and lower Yampa River (Tyus 1987).  Lanigan and Tyus (1989) estimated that from 758 to 1,138 razorback suckers inhabit the upper Green River.  Modde et al. (1996) report no significant decrease in the population between 1982 and 1992, and the continued presence of fish smaller than 480 mm during the study period suggest some level of recruitment.  In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado; however, they are increasingly rare.  Osmundson and Kaeding (1991) report that the number of razorback sucker captures in the Grand Junction area has declined dramatically since 1974.  In 1991 and 1992, 28 adult razorback suckers were collected from isolated ponds adjacent to the Colorado River near De Beque, Colorado (Burdick 1992).  The existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering.

Razorback suckers are in imminent danger of extirpation in the wild.  The razorback sucker was listed as endangered October 23, 1991 (56 FR 54957).  As Bestgen (1990) pointed out:

> "Reasons for decline of most native fishes in the Colorado River Basin have been attributed to habitat loss due to construction of mainstream dams and subsequent interruption or alteration of natural flow and physio-chemical regimes, inundation of river reaches by reservoirs, channelization, water quality degradation, introduction of nonnative fish species and resulting competitive interactions or predation, and other man-induced disturbances (Miller 1961, Joseph et al. 1977, Behnke and Benson 1983, Carlson and Muth 1989, Tyus and Karp 1989).  These factors are almost certainly not mutually exclusive, therefore it is often difficult to determine exact cause and effect relationships."

The virtual absence of any recruitment suggests a combination of biological, physical, and/or chemical factors that may be affecting the survival and recruitment of early life stages of razorback suckers.  Within the Upper Basin, recovery efforts endorsed by the Recovery Program include the capture and removal of razorback suckers from all known locations for genetic analyses and development of discrete brood stocks if necessary.  These measures have been undertaken to develop refugia populations of the razorback sucker from the same genetic parentage as their wild counterparts such that, if these fish are genetically unique by subbasin or individual population, then separate stocks will be available for future augmentation.  Such augmentation may be a necessary step to prevent the extinction of razorback suckers in the Upper Basin.

Life History

McAda and Wydoski (1980) and Tyus (1987) reported springtime aggregations of razorback suckers in off-channel habitats and tributaries; such aggregations are believed to be associated with reproductive activities.  Tyus and Karp (1990) and Osmundson and Kaeding (1991) reported off-channel habitats to be much warmer than the mainstem river and that razorback suckers

presumably moved to these areas for feeding, resting, sexual maturation, spawning, and other activities associated with their reproductive cycle. Prior to construction of large mainstem dams and the suppression of spring peak flows, low velocity, off-channel habitats (seasonally flooded bottomlands and shorelines) were commonly available throughout the Upper Basin (Tyus and Karp 1989; Osmundson and Kaeding 1991). Dams changed riverine ecosystems into lakes by impounding water, which eliminated these off-channel habitats in reservoirs. Reduction in spring peak flows eliminates or reduces the frequency of inundation of off-channel habitats. The absence of these seasonally flooded riverine habitats is believed to be a limiting factor in the successful recruitment of razorback suckers in their native environment (Tyus and Karp 1989; Osmundson and Kaeding 1991). Wydoski and Wick (1998) identified starvation of larval razorback suckers due to low zooplankton densities in the main channel and loss of floodplain habitats which provide adequate zooplankton densities for larval food as one of the most important factors limiting recruitment.

While razorback suckers have never been directly observed spawning in turbid riverine environments within the Upper Basin, captures of ripe specimens, both males and females, have been recorded (Valdez et al. 1982; McAda and Wydoski 1980; Tyus 1987; Osmundson and Kaeding 1989; Tyus and Karp 1989; Tyus and Karp 1990; Osmundson and Kaeding 1991; Platania 1990) in the Yampa, Green, Colorado, and San Juan Rivers. Sexually mature razorback suckers are generally collected on the ascending limb of the hydrograph from mid-April through June and are associated with coarse gravel substrates (depending on the specific location).

Outside of the spawning season, adult razorback suckers occupy a variety of shoreline and main channel habitats including slow runs, shallow to deep pools, backwaters, eddies, and other relatively slow velocity areas associated with sand substrates (Tyus 1987; Tyus and Karp 1989; Osmundson and Kaeding 1989; Valdez and Masslich 1989; Osmundson and Kaeding 1991; Tyus and Karp 1990).

Habitat requirements of young and juvenile razorback suckers in the wild are not well known, particularly in native riverine environments. Prior to 1991, the last confirmed documentation of a razorback sucker juvenile in the Upper Basin was a capture in the Colorado River near Moab, Utah (Taba et al. 1965). In 1991, two early juvenile (36.6 and 39.3 mm TL) razorback suckers were collected in the lower Green River near Hell Roaring Canyon (Gutermuth et al. 1994). Juvenile razorback suckers have been collected in recent years from Old Charley Wash, a wetland adjacent to the Green River (Modde 1996). Between 1992 and 1995 larval razorback suckers were collected in the middle and lower Green River and within the Colorado River inflow to Lake Powell (Muth 1995). No young razorback suckers have been collected in recent times in the Colorado River.

Populations Dynamics

There are no current population estimates of razorback sucker in the upper Colorado River due to low numbers captured in recent years.

Analysis of Species/Critical Habitat Likely to be Affected

Osmundson and Kaeding (1989) found that 76 percent of the razorback suckers captured in the Colorado River between 1979 and 1985 were captured in the Grand Valley area.  Results of surveys conducted during May and June of 1986-1988 indicate that areas within the 15-Mile Reach may be concentration points for the razorback sucker during spring runoff.  Male and female razorback suckers in spawning condition have been found in the 15-Mile Reach, although no larvae or juveniles have been found.  Although data is limited, radio-telemetry studies led Osmundson and Kaeding (1989) to conclude that razorback suckers may move into the 15-Mile Reach to spawn in the spring, but most spend the remainder of the year in a 18-Mile Reach downstream from the confluence of the Gunnison River.

The current range of the razorback sucker in the Colorado River extends upstream to Rifle, Colorado.  Most razorback suckers captured in the Grand Valley area have been located in flooded gravel-pit ponds adjacent to the river.  However, Osmundson and Kaeding (1989) documented razorback sucker movement in various river habitats in the Grand Valley area.  They documented razorback suckers in the 15-Mile Reach as far upstream as river mile 183.6.  Additional surveys since 1988 have documented razorback suckers in riverside ponds as far upstream as river mile 235 near Rifle, Colorado (Burdick 1992).

**Humpback Chub**

Species/Critical Habitat Description

The humpback chub is a medium-sized freshwater fish (less than 500 mm) of the minnow family.  The adults have a pronounced dorsal hump, a narrow flattened head, a fleshy snout with an inferior-subterminal mouth, and small eyes.  It has silvery sides with a brown or olive colored back.

The humpback chub is endemic to the Colorado River Basin and is part of a native fish fauna traced to the Miocene epoch in fossil records (Miller 1946; Minckley et al. 1986).  Humpback chub remains have been dated to about 4000 B.C., but the fish was not described as a species until the 1940's (Miller 1946), presumably because of its restricted distribution in remote white water canyons (USFWS 1990b).  Because of this, its original distribution is not known.  The humpback chub was listed as endangered on March 11, 1967.

Until the 1950's, the humpback chub was known only from Grand Canyon.  During surveys in the 1950's and 1960's humpback chub were found in the upper Green River including specimens from

Echo Park, Island Park, and Swallow Canyon (Smith 1960, Vanicek et al. 1970). Individuals were also reported from the lower Yampa River (Holden and Stalnaker 1975b), the White River in Utah (Sigler and Miller 1963), Desolation Canyon of the Green River (Holden and Stalnaker 1970) and the Colorado River near Moab (Sigler and Miller 1963).

Critical habitat was designated in 1994 within the humpback chub's historical range in the following sections of the upper Colorado River (59 F.R. 13374). The primary constituent elements are the same as those described for the Colorado pikeminnow.

> <u>Utah, Grand County; and Colorado, Mesa County</u>. The Colorado River from Black Rocks in T. 10 S., R. 104 W., section 25 (6th Principal Meridian) to Fish Ford in T. 21 S., R. 24 E., section 35 (Salt Lake Meridian).

> <u>Utah, Garfield and San Juan Counties</u>. The Colorado River from Brown Betty Rapid in T. 30 S., R. 18 E., section 34 (Salt Lake Meridian) to Imperial Canyon in T. 31 S., R. 17 E., section 28 (Salt Lake Meridian).

<u>Status and Distribution</u>

Today the largest populations of this species occur in the Little Colorado and Colorado Rivers in the Grand Canyon, and in Black Rocks and Westwater Canyon in the upper Colorado River. Other populations have been reported in De Beque Canyon of the Colorado River, Desolation and Gray Canyons of the Green River, Yampa and Whirlpool Canyons in Dinosaur National Monument (USFWS 1990b). One individual was recently captured in the Gunnison River (Burdick 1995).

In general, the existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering.

<u>Life History</u>

It is known that these chubs spawn soon after the highest spring flows when water temperatures approach 68° F (Kaeding et al. 1990; Karp and Tyus 1990; USFWS 1990b). The collection of ripe and spent fish indicated that spawning occurred in Black Rocks during June 2-15, 1980, at water temperatures of 11.5° to 16° C; in 1981, spawning occurred May 15-25, at water temperatures of 16° to 16.3° C (Valdez et al. 1982). Humpback chub spawned in Black Rocks on the Colorado River in 1983 when maximum daily water temperatures were 12.6° to 17° C (Archer et al. 1985). In the Grand Canyon, humpback chub spawn in the spring between March and May in the Little Colorado River when water temperatures are between 16° and 22° C. Swimming abilities of young-of-year humpback chub were determined to be significantly reduced when laboratory water temperatures were reduced from 20° to 14° C. Many young-of-year humpback chub are displaced from the Little Colorado River into the mainstem by monsoonal floods from July through September (Valdez and Ryel 1995). Young humpback chub are found

in low velocity shorelines and backwaters.  Survival rates are extremely low and believed to be less than 1 in 1,000 to 2 years of age.  Low water temperatures and predation are believed to be the primary factors.  Valdez and Ryel (1995) estimate that 250,000 young humpback chub are consumed by brown trout, rainbow trout, and channel catfish.

Backwaters, eddies, and runs have been reported as common capture locations for young-of-year humpback chub (Valdez and Clemmer 1982).  These data indicate that in Black Rocks and Westwater Canyon, young utilize shallow areas.  Habitat suitability index curves developed by Valdez et al. (1990) indicate young-of-year prefer average depths of 2.1 feet with a maximum of 5.1 feet.  Average velocities were reported at 0.2 feet per second.

Population Dynamics

Based on data collected during the first year of a three year study, Pfeifer et al. (1998) estimated the Black Rocks populations to be about 1,500 adults (95 percent confidence interval 890-2,750).  This estimate will undoubtedly be adjusted before the study is completed.  Chart and Lentsch (1999) provided annual estimates for Westwater Canyon in 1994-1996 that ranged from 5,186 to 10,148 adults (mean of 6,985).

Analysis of Species/Critical Habitat Likely to be Affected

Valdez et al. (1982) and Wick et al. (1979, 1981) found adult humpback chub in Black Rocks and Westwater Canyons in water averaging 50 feet in depth with a maximum depth of 92 feet.  In these localities, humpback chub were associated with large boulders and steep cliffs.

Generally, humpback chub show fidelity for canyon reaches and move very little (Miller et al. 1982; Archer et al. 1985; Burdick and Kaeding 1985; Kaeding et al. 1990).  Movements of adult humpback chub in Black Rocks on the Colorado River were usually restricted to 1 mile or less.  However, a few fish have moved between Black Rocks and Westwater Canyon, a distance of 14 miles (Valdez and Clemmer 1982, Kaeding et al. 1990, Chart and Lentsch 1999).

**Bonytail**

Species/Critical Habitat Description

Bonytail are medium-sized (less than 600 mm) fish in the minnow family.  Adult bonytail are gray or olive colored on the back with silvery sides and a white belly.  The adult bonytail has an elongated body with a long, thin caudal peduncle.

Critical habitat was designated in 1994 within the bonytail's historical range in the following sections of the upper Colorado River (59 F.R. 13374).  The primary constituent elements are the same as those described for the Colorado pikeminnow.

Utah, Grand County; and Colorado, Mesa County.  The Colorado River from Black Rocks (river mile 137) in T. 10 S., R. 104 W., section 25 (6th Principal Meridian) to Fish Ford in T. 21 S., R. 24 E., section 35 (Salt Lake Meridian).

Utah, Garfield and San Juan Counties.  The Colorado River from Brown Betty Rapid in T. 30 S., R. 18 E., section 34 (Salt Lake Meridian) to Imperial Canyon in T. 31 S., R. 17 E., section 28 (Salt Lake Meridian).

## Status and Distribution

The bonytail is the rarest native fish in the Colorado River.  It was listed as endangered on April 23, 1980.  Formerly reported as widespread and abundant in mainstem rivers (Jordan and Evermann 1896), its populations have been greatly reduced.  The fish is presently represented in the wild by a low number of old adult fish in Lake Mohave and perhaps other lower basin reservoirs (USFWS 1990a).  The last known riverine area where bonytail were common was the Green River in Dinosaur National Monument, where Vanicek (1967) and Holden and Stalnaker (1970) collected 91 specimens during 1962-1966.  From 1977 to 1983, no bonytail were collected from the Colorado or Gunnison Rivers in Colorado or Utah (Wick et al. 1979, 1981; Valdez et al. 1982; Miller et al. 1984).  However, in 1984, a single bonytail was collected from Black Rocks on the Colorado River (Kaeding et al. 1986).  Several suspected bonytail were captured in Cataract Canyon in 1985-1987 (Valdez 1990).

The existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering.

## Life History

The bonytail is considered a species that is adapted to mainstem rivers, where it has been observed in pools and eddies (Vanicek 1967; Minckley 1973).  Spawning of bonytail has never been observed in a river, but ripe fish were collected in Dinosaur National Monument during late June and early July suggesting that spawning occurred at water temperatures of about 18° C (Vanicek and Kramer 1969).

## Population Dynamics

The number of bonytail in the upper Colorado River are so low that it is not possible to do a population estimate.

## Analysis of Species/Critical Habitat Likely to be Affected

Black Rocks and Cataract Canyon are the only areas where bonytail have been found in the Upper Colorado River in the last 20 years.  So few fish have been captured that it is difficult to determine species and habitat needs.

IMPORTANCE OF THE 15-MILE REACH

The Service finds that all four species and their critical habitat on the Colorado River are and will be affected by water depletions and recovery actions. However, the 15-Mile Reach is affected more than any of the other reaches by water depletions because it is located downstream of several large diversions and upstream of the Gunnison River confluence. Extremely low water conditions that occur during the late summer and early fall months reduce habitat for Colorado pikeminnow and razorback sucker. Reduced flows during spring runoff reduces the ability for many habitats to be created and maintained. Therefore, many of the recovery actions are targeted for the 15-Mile Reach. Colorado pikeminnow and razorback sucker occur in the 15-Mile Reach, humpback chub and bonytail currently are not known to occur there. The 15-Mile Reach is a particularly important section of river for Colorado pikeminnow and razorback sucker; it is critical to the recovery of each species' Colorado River populations (Osmundson 1999b). The following section summarizes the attributes of this reach and puts in context its importance in relation to the rest of the river.

Colorado pikeminnows require a variety of specific habitat types to fulfill their life history needs. Some of these required habitats are found only in certain areas of the river and are separated from other required habitats by long distances. The 15-Mile Reach provides spawning habitat; spawning by Colorado pikeminnow was documented within the 15-Mile Reach in 1982 and in 1995 by the capture of pikeminnow larvae. The cleaner cobble bars found in upstream reaches, such as the 15-Mile Reach, provide the most suitable sites for spawning. Larvae hatched from eggs deposited in these upstream reaches drift downstream with the current. In downstream reaches, primarily below Moab, Utah, deposits of silt and sand provide many warm backwater sites where young Colorado pikeminnow feed upon the abundant zooplankton and chironomid larvae. When they become piscivorous, young Colorado pikeminnow feed upon the abundant small fishes found in these areas.

Osmundson et al. 1995 reported that backwater area in the 15-Mile Reach is the greatest when the river is flowing around 7,620 cfs. Adult Colorado pikeminnow use backwaters in the 15-Mile Reach all year long, however, backwaters are used most frequently during spring runoff. Backwaters provide warm, off-channel, quiet water when main-channel velocities are high and temperatures are low (Osmundson et al. 1995).

Osmundson et al. (1998) documented the upstream dispersal of subadult and adult Colorado pikeminnow. As the young fish in the downstream nursery areas grow and approach adulthood, they require larger forage fish to maintain growth rates. However, larger forage fish are scarce in these downstream reaches and maturing Colorado pikeminnow begin to move up and down the river seeking better feeding grounds. Eventually, adult Colorado pikeminnow discover the abundant supplies of native fish, primarily bluehead and flannelmouth sucker, in the upper river including the 15-Mile Reach and remain in these upper reaches for the remainder of their lives. Forage fish are generally more abundant in these upper reaches because food for these fishes, algae and aquatic insects, is more abundant (Lamarra 1999). Algae, phytoplankton (free-floating

algae) and periphyton (algae that grows on rock surfaces), is more abundant because the higher water clarity allows deeper light penetration necessary for its growth. Aquatic insects are more abundant because the swifter currents resulting from generally higher gradients flush gravel and cobble substrates providing silt-free crevices required by many aquatic insects. Because of the increasing abundance of forage fish as one moves up river, the average size of Colorado pikeminnow increases upstream with the 15-Mile Reach containing the greatest proportion of large adult Colorado pikeminnow.

The 15-Mile Reach appears to provide the optimum balance between temperature and food abundance for adult Colorado pikeminnow (Osmundson et al. 1998, Osmundson 1999a).

Razorback suckers also are found in the 15-Mile Reach and use the reach as a spawning area (Osmundson and Kaeding 1989, 1991). The complete life cycle of the razorback sucker, in terms of its entire river habitat use pattern, is largely unknown but may be similar to that of Colorado pikeminnow because adults are generally concentrated in upstream reaches of the Colorado and Green Rivers and larvae from spawning sites in the upper Green River have been found to drift long distances down river. Other evidence suggests that bottomlands in both upstream and downstream reaches historically served as nursery areas for larvae when these habitats flooded during the historically higher spring runoff period.

The 15-Mile Reach also is important for the survival and recovery of Colorado pikeminnow and razorback sucker because it provides a refuge for the Colorado River Basin populations should a catastrophic event such as an oil spill or chemical spill affect the Gunnison River or the Colorado River below the Gunnison River confluence.

In summary, the 15-Mile Reach is important for several reasons:

> 1. The 15-Mile Reach provides valuable spawning habitat for Colorado pikeminnow and razorback sucker.

> 2. The 15-Mile Reach provides an optimum balance between temperature and food availability for adult Colorado pikeminnow in the Colorado River.

> 3. The 15-Mile Reach provides an important refuge for endangered fishes should a catastrophic event cause a loss of populations in the Gunnison River or in the Colorado River below the Gunnison River confluence.

FLOW NEEDS FOR ENDANGERED FISHES

The 15-Mile Reach has experienced major water depletions for many years. During late summer and early fall, this reach can be severely dewatered. Although it experiences major water depletions, the 15-Mile Reach is viewed as critical to the recovery of Colorado River populations of Colorado pikeminnow and razorback sucker (humpback chub and bonytail do not currently

occur in the 15-Mile Reach).  Providing adequate flows in the 15-Mile Reach, in combination with other recovery actions, has been identified as important to achieving recovery of these species. Flows in the 15-Mile Reach combined with flows from the Gunnison River provide the majority of water downstream to Lake Powell.  Flow recommendations for the Gunnison River and the Colorado River downstream of the 15-Mile Reach are currently being developed for the section 7 consultation on the Aspinall Unit.  Osmundson and Kaeding (1991) recommended spring peak flows in the reach downstream of the Gunnison River confluence to the Colorado-Utah state line. Mean monthly flows during spring or the rest of the year and recommendations for flows in the nursery areas downstream of Moab, are being developed as part of the Aspinall Unit consultation.

The Service first developed flow recommendations for the 15-Mile Reach in 1989 and 1991.  The summer flow recommendations (Kaeding and Osmundson 1989) were developed using the Instream Flow Incremental Methodology.  The spring and winter flow recommendations (Osmundson and Kaeding 1991) were based on other methodologies.  Stanford (1994) was contracted by the Recovery Program to review these and other flow recommendations in the basin and generally supported the basic recommendations, in addition to recommending further studies. He noted that a high spring peak to base flow ratio is strongly implied by available science and not simply professional judgement.  Serious shortcomings of the IFIM approach in developing flow recommendations for endangered fish in the upper Colorado River led the Service to initiate a new study for determining recommended summer and winter flows.  Using new information obtained from this study as well as that collected by other researchers, the Service updated and refined its earlier flow recommendations (Osmundson et al. 1995).

The Service's 1989 flow recommendations for summer were developed by modeling microhabitats based on depth, velocity, and substrate measurements at a site thought to be representative of the reach.  The Service's 1991 flow recommendations for winter consisted of a tentative recommendation that flows not fall below historic levels; this recommendation was based on the assumption that historic conditions provided adequate winter habitat for adult fish.  In refining these flow recommendations for summer and winter, the Service determined which habitat types (pools, riffles, etc.) were preferred by the fish during these seasons and then determined the flow level at which the preferred habitat types are maximized in area.  This approach, as with other instream flow methodologies, assumes that increases in the amount of preferred or optimum habitat increases carrying capacity and, barring other potentially limiting factors, results in an increase in population size.

Earlier Service flow recommendations for spring were based on information on how the decrease in magnitude of spring flows could negatively affect endangered fish reproduction and survival. Data were provided which showed that low spring runoff resulted in lower pikeminnow larval production.  The explanation for this relationship was that high flows are periodically needed to build cobble bars and flush fine sediment from the gravel/cobble substrates used by pikeminnow for spawning.  Data were also provided which showed that razorback sucker spawning coincides with the peak runoff and occurs in warm, off-channel ponds and inundated floodplain habitats.

The explanation for low razorback sucker reproduction was that, currently, flows often do not reach levels high enough to inundate low-lying floodplain features where spawning takes place. The Service also reported that in the absence of high spring flows, important backwater habitats filled with silt and sand, tamarisk colonized sand and cobble bars, and nonnative minnows capable of preying on or competing with larval endangered fishes greatly increased in numbers.

The Service's earlier flow recommendations for spring identified the magnitude and frequency of a range of minimum peak flows and the mean monthly flows capable of producing these peaks and of maintaining the natural shape of the hydrograph. Refinement of these earlier flow recommendations for spring was based on the results of new streambed monitoring studies. The results of one study showed that the spring runoff in 1993, which peaked at 25,900 cfs, was capable of moving coarse bed materials thereby winnowing accumulated fines from the channel substrate. Based on preliminary results from hydrologic modeling (Pitlick and Van Steeter 1994), Osmundson et al. (1995) assumed that the earlier recommended peak of 23,500 cfs would also be capable of moving bed materials. The results of another study (Pitlick et al.1996) showed that a spring runoff with a peak of about 12,900 was capable of flushing accumulated fine sediments from the bottoms of backwaters thereby restoring their depth. Based on this information, the Service refined the earlier recommendations for spring peak day flows as follows:

<u>Target Peak Day Spring Flows in the 15-Mile Reach</u>:

>23,500 cfs (5 in 20 years)
21,750 cfs (10 in 20 years)
16,700 cfs (16 in 20 years)
12,900 cfs (20 in 20 years)

The Service's 1995 year-round flow recommendations are summarized in Table 2 as mean monthly discharges. Spring (April-July) recommendations are further subdivided into 10-day increments and are reported in Table 3 as volumes of water needed for each of twelve 10-day time periods. The mainstem Colorado River above the 15-Mile Reach does not have a large reservoir that controls flows. Therefore, variation in precipitation levels from year to year is taken into account and recommendations are provided for years of high, above-average, below-average, and low snow fall. With the exception of winter, recommendations are for flows considerably lower than historic levels (1902-1942) but somewhat higher than recent levels.

ENVIRONMENTAL BASELINE

Regulations provide that the environmental baseline includes the past and present impacts of all Federal, State, and private actions and other human activities in the action area; the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal section 7 consultation; and the impact of State or private actions contemporaneous with the consultation process. Environmental baselines do not include the effects of the Federal action under review in the consultation.

Applying the above regulations, the environmental baseline for this project includes the past and present effects of Reclamation operations, Federal and non-Federal depletions as well as the past and present actions of funding and implementing the Recovery Plan, but does not include the future effects of the Federal action previously described on page 1. This baseline is used to evaluate the future effects of the Federal action. The environmental baseline for this consultation is not typical, because for the purposes of this analysis, all of the subject existing water depletions including those treated as interrelated, are part of the action. Typically, only impacts from actions with no Federal discretionary authority would be included in the baseline; however, because of the large scope of this programmatic biological opinion, it was not possible to determine the extent of existing or future Federal discretion for all existing and new Federal actions covered by this opinion. Also, it is likely that most water depletion projects have or will have a Federal action associated with them and would rely on the Recovery Program to avoid the likelihood of jeopardy and adverse modification of critical habitat. Because the environmental baseline does not include the project being consulted on, and all water depletions are part of the project being consulted on as described in the Federal action on page 1, the environmental baseline conditions, solely for the purpose of this analysis, represent the river with the impacts of human depletion actions taken out and shall be referred to in this biological opinion as "baseline flow conditions." Other impacts such as nonnative fish, dams, fish barriers, and bank stabilization are assumed to be in place under baseline conditions. The only purpose of using the "baseline flow conditions" is for comparison with existing depletions. This baseline is not appropriate for individual section 7 consultations, nor does it confer any obligation on the Federal action agencies to restore the river to a condition similar to that existing prior to human depletion actions. Baseline flow conditions were modeled as described below.

Table 2. Recommended mean monthly flows for the top of the 15-Mile Reach in cubic feet per second. Rate is the percent of years recommended for identified flows based on winter snowpack levels. For example, in the wettest 25 percent of years, flows in June should average at least 15,660 cfs; stated another way, this recommendation should be met in 5 of every 20 years. During low-water years, June flows should average no less than 6,850 cfs, and such a minimum should occur at a rate of no more than 4 in 20 years (20 percent). Table from Osmundson et al. 1995.

| Rate | 25 percent | 25 percent | 30 percent | 20 percent |
|------|-----------|-----------|-----------|-----------|
| Exceedance | 25 percent | 50 percent | 80 percent | 100 percent |
| JAN | 1,630 | 1,630 | 1,630 | 1,240 |
| FEB | 1,630 | 1,630 | 1,630 | 1,240 |
| MAR | 1,630 | 1,630 | 1,630 | 1,240 |
| APR | 3,210 | 2,440 | 2,260 | 1,860 |
| MAY | 10,720 | 9,380 | 7,710 | 7,260 |

| JUN | 15,660 | 14,250 | 11,350 | 6,850 |
| JUL | 7,060 | 5,370 | 3,150 | 1,480 |
| AUG | 1,630 | 1,630 | 1,240 | 810 |
| SEP | 1,630 | 1,630 | 1,240 | 810 |
| OCT | 1,630 | 1,630 | 1,240 | 810 |
| NOV | 1,630 | 1,630 | 1,630 | 1,240 |
| DEC | 1,630 | 1,630 | 1,630 | 1,240 |

Table 3.  Volumes of water (in hundreds of acre-feet) needed per 10-day period to produce hydro-graphs recommended for the 15-Mile Reach during the spring runoff period (April, May, June and July).  AP-1 represents the first 10 days in April; AP-2, the second 10 days, etc. Table from Osmundson et al. 1995.

| Rate | 25 percent | 25 percent | 30 percent | 20 percent |
| Exceedance | 25 percent | 50 percent | 80 percent | 100 percent |
| AP-1 | 317 | 276 | 295 | 245 |
| AP-2 | 563 | 450 | 416 | 343 |
| AP-3 | 1,029 | 726 | 634 | 519 |
| MA-1 | 1,573 | 1,104 | 957 | 892 |
| MA-2 | 2,073 | 1,817 | 1,516 | 1,488 |
| MA-3 | 2,944 | 2,846 | 2,267 | 2,085 |
| JN-1 | 3,197 | 2,770 | 2,566 | 1,778 |
| JN-2 | 3,209 | 3,066 | 2,368 | 1,404 |
| JN-3 | 2,914 | 2,643 | 1,818 | 893 |
| JL-1 | 2,060 | 1,617 | 990 | 470 |
| JL-2 | 1,328 | 977 | 578 | 246 |
| JL-3 | 955 | 707 | 372 | 194 |

The Colorado River Decision Support System includes the State of Colorado's Stream Simulation Model which is a monthly or daily water allocation and accounting model capable of making comparative analyses for the assessment of various historic and future water management policies

in a river basin. While the model is capable of doing daily operations, daily data does not exist in sufficient quantity to operate on a daily basis. It is designed to be applied to any river basin by inputting appropriate data. The State Model's operation, like the stream itself, is governed by its hydrology, water rights, and the associated structures and operating rules. The State Model is capable of simulating stream diversions, instream demands, reservoir operations and river flows on a monthly basis for any stream system using user specified data. One major component of the model is the Base Flow module, which produces a set of stream flows that would have occurred in the basin without a user specified level of human development. When the effects of depletions are removed, the base flow developed would represent baseline flow conditions, as discussed above. The baseline flow conditions for a wet, average and dry year are displayed in Figure 3. Baseline flow conditions provided higher spring peaks and lower base flows. In wet years, average monthly peak in May or June exceeded 26,000 cfs in the 15-Mile Reach. Appendix F describes modeling assumptions used to make the model runs. The results of these runs were used to develop the following figures and tables.

Status of the Species Within the Action Area

It is difficult to determine the status of the species under baseline conditions because baseline conditions assume baseline flow conditions but other factors, such as nonnative fish, dams, fish barriers, dikes, and bank stabilization are assumed to still be in place. These other factors have all been identified as negatively impacting the endangered fishes. There is limited information regarding the four species under more natural flow conditions, but this information would not necessarily include the negative impacts of nonnative fish, dams, fish barriers, dikes, or bank stabilization. Information regarding the four fish species under more natural flow conditions is limited to a few technical papers (Abbott 1861, Baird and Girard 1853, Chamberlain 1904, Cope and Yarrow 1875, Ellis 1914, Everman and Rutter 1895, Girard 1856, Jordan 1891, Jordan and Evermann 1896) and historical photos and accounts of senior citizens interviewed in 1991 (Quartarone 1995). The technical papers generally document the wide spread distribution and report some endangered species common throughout the Colorado River Basin (humpback chub were not even described until 1946 (Miller 1946)). However, this historical information is limited to taxonomic and distributional data. Very little was known about the life history of these species prior to the 1960's (Miller 1964).



FIGURE 3.  Baseline Flow condition in the Colorado River near Palisade below the GVIC Diversion as Modeled by CRDSS.

Factors Affecting Species Environment within the Action Area

The Service assumes that baseline flow conditions would provide improved habitat for the endangered fishes compared to existing flow conditions. However, even with baseline flow conditions, limiting factors for fishes exist under the environmental baseline. Under the modeled baseline flow conditions today, competition and predation from nonnative fishes would be a factor. Also, under the modeled baseline flow conditions today it is likely that many floodplain habitats would be diked off and bank stabilization would be in place. Impacts from dams such as changes in temperatures and sediment loads, and barriers to fish movement would alter habitat conditions for endangered fishes.

EFFECTS OF THE ACTION

The effects of the Federal action described on page 1 are presented in this section.

Factors to be Considered

The Service believes that water depletions are a major factor contributing to the reductions in the populations of the Colorado pikeminnow, humpback chub, bonytail, and razorback sucker. Other major factors include impacts of dams, competition from and predation by nonnative fishes, changes in flow and temperature regimes, and changes in river channel (which are also related to water depletions). These reductions in population and loss of habitat have caused the Service to list these species as endangered and to implement programs to conserve the species. Implementation of the Recovery Actions outlined in the proposed action are designed to offset depletion impacts to the 15-Mile Reach and the Colorado River downstream to Lake Powell.

Water depletions reduce the ability of the river to create and maintain important habitats and reduce the frequency and duration of availability of these habitats, as described below. Food supply, predation, and competition are important elements of the biological environment. Food supply is a function of nutrient supply and productivity; because high spring flows flood bottomland habitats increasing the nutrient supply and productivity of the river environment, reduction of high spring flows from water storage reservoirs that store water during spring peak flows may reduce food supply. Predation and competition from nonnative fish species have been identified as factors in the decline of the endangered fishes. Water depletions contribute to alterations in flow regimes that favor nonnative fishes, as described below. The Service concludes that water depletions impact all four species of endangered fishes and the primary constituent elements of their critical habitat.

There are a number of benefits associated with implementation of the Recovery Action Plan elements that positively affect the Colorado River from Rifle to Lake Powell, including the 15-Mile Reach. These benefits include: augmentation of late summer/fall base flows; spring peak enhancement; habitat restoration; fish passage; nonnative fish management; and propagation and stocking of endangered fishes.

Analyses for Effects of the Action

*Water Quantity*

Water depletions have/will cause discrete, identifiable, additive, adverse impacts to the Colorado River endangered fishes.  As shown in the following flow analysis, the action subject to consultation has/will cause flow depletions that alter baseline flow regimes.  The proposed action is intended to result in the continued existing depletion of water as well as new depletions up to 120,000 acre-feet/year beyond existing levels.  Existing depletions are defined under the description of the proposed action.

Quantification of depletion impacts have focused on the 15-Mile Reach for four reasons.  First, the Service considers the 15-Mile Reach to be especially important habitat for the Colorado pikeminnow and razorback sucker.  Second, the Service has developed flow recommendations for the 15-Mile Reach against which current flows can be compared.  Numerous studies of habitat and habitat needs have been conducted in the 15-Mile Reach.  Third, the 15-Mile Reach is the most depleted reach on the Colorado River because it is located upstream of the Gunnison River confluence and immediately downstream of the large diversions at and above Palisade; consequently, a reduction in flow will impact the 15-Mile Reach to a greater degree than the other reaches.  Fourth, almost any action which offsets depletion impacts to the 15-Mile Reach will necessarily offset depletion impacts to the reaches downstream to the confluence with the Green River because there are no major diversions below the 15-Mile Reach.

To determine the effects of the existing and future levels of depletions on water quantity and alteration of the hydrologic regime, an analysis of flow changes was conducted.  This analysis compares existing conditions, future conditions (60,000 acre-feet/year and 120,000 acre-feet/year of additional depletion), the environmental baseline conditions (baseline flow conditions), and 15-Mile Reach flow recommendations.

The State Model was used to model existing conditions and future depletions.  Two levels of future demands were added to the model immediately downstream of Cameo:  60,000 and 120,000 acre-feet per year.  These demands were imposed in the following distribution:

| Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total[3] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 19200 | 24000 | 6000 | 1200 | 1200 | 60,000 |
| 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 38400 | 48000 | 12000 | 2400 | 2400 | 120,000 |

These distributions were based primarily on when the water would physically be available.  The resulting depletions in the modeling were very close to these demands.  The average depletions over the study period were 59,082 and 118,165 acre-feet per year, respectively.

---

[3]Distribution was developed by Leonard Rice Consulting Water Engineers.

To determine conditions with water depletions and implementation of the recovery actions, the following items were modeled.

> Grand Valley Water Management components, which include a reduction in irrigation demand of the Grand Valley Project, and an operational bypass of 9,000 acre-feet/year at the Grand Valley Project headgate.

> Grand Valley Project Power demand with a junior priority during summer months.

> Orchard Mesa Check operated only to benefit the Grand Valley systems, with surplus Historic Users Pool water delivered to the Grand Valley to benefit endangered fish up to the capacity of the Grand Valley Power Plant canal.

> Surplus Historic User Pool water in excess of the Grand Valley Power Plant canal capacity, delivered by agreement for non-consumptive municipal/recreational uses and to indirectly benefit endangered fish.

> Wolford Mountain Reservoir releases from the 6,000 acre-feet fish pool to the 15-Mile Reach.

> Ruedi Reservoir releases from storage accounts of 21,650 acre-feet[4] (as described above) and 5,000 acre-feet (initial storage release commitment, available every year) and 5,000 acre-feet (available 4 out of 5 years via reservoir operation) to the 15-Mile Reach.

Priority of use of various reservoir storage accounts in deliveries to the 15-Mile Reach were modeled in the following order. This does not represent the priority for release during periods when flows will be augmented.

> Ruedi 10,000 acre-feet pool
> Ruedi 21,650 acre-feet pool
> Wolford Mountain 6,000 acre-feet pool
> Green Mountain Historic User Pool Surplus pool

It is important to note that the above priorities are for modeling purposes only. Actual operations will for the most part follow these priorities but do not represent the absolute order in which water will be released from the various facilities due to hydrologic, operational, emergency and other considerations.

---

[4]Because the 21,650 could be released from a combination of Ruedi Reservoir and other Division 5 facilities and it is unknown at this time where the total volume would be released from, Ruedi Reservoir was selected for modeling purposes. The benefit to the species and their habitat will be the same regardless of the water source.

Figures 4 - 6 and Tables 4 - 6 compare a range of hydrological conditions in the 15-Mile Reach. In dry years baseline flows are typically lower than existing conditions through the winter months (November, December, January,  February, and March).  With future water depletions and implementation of the recovery action items, flows are reduced to levels closer to baseline conditions and flow recommendation conditions during those months.  During the spring months in dry years (April, May, and June) baseline flow conditions far exceed flow recommendations and existing conditions.  During the late summer and fall months baseline flows exceed all flow conditions.  However, the implementation of recovery action items, with future depletions will provide flows that meet the flow recommendations during August September and October.

During average years, baseline flows are lower than existing flows during winter months and exceed existing flows the rest of the year.  During late summer and fall, conditions with future depletions and implementation of the recovery actions will maintain flows close to the flow recommendation.  During the spring months (April, May, and June) baseline flow conditions exceed flow recommendations and existing conditions.  However, these figures and tables do not include the flows provided by Coordinated Reservoir Operations or Coordinated Facilities Studies, because the model uses average monthly flows which do not reflect flows provided by these two recovery items designed to augment spring peak flows.  Coordinated Reservoir Operations augment the spring peak during below average, average, and above average years, but not during dry or wet years.

During wet years, baseline flows are lower than existing flows in most winter months and exceed existing flows the rest of the year.  In wet years, conditions with future depletions and implementation of recovery actions are close to flow recommendations during the runoff months. In wet years, reservoirs fill quickly and the diversions are minor compared to the total volume of flow. During late summer and fall future conditions meet or exceed the flow recommendations.

*Augmentation of Late Summer and Fall Base Flows*

A number of actions will provide water to the 15-Mile Reach during July, August, and September. It is important to augment flows during these months in the 15-Mile Reach because this is when this reach can be extremely dewatered due to agricultural diversions.  The CWCB administers an instream flow right of 581 cfs in the 15-Mile Reach which protects the water released from the Orchard Mesa Power Plant and the Orchard Mesa Irrigation District Pump Station.  They also administer an instream flow right for 300 cfs of accretions to the 15-Mile Reach during July, August, and September.  These flow rights would ensure protection of some existing flows in the 15-Mile Reach.

Release of 5,000 acre-feet annually plus an additional 5,000 acre-feet 4 out of 5 years from Ruedi Reservoir also would provide water to the 15-Mile Reach during July, August, and September.  In addition, the leases for release of 10,825 acre-feet/year of water from Ruedi Reservoir and the permanent dedication of 10,825 acre-feet/year of water from Colorado Water Division Number 5 Facilities will be delivered and protected to the 15-Mile Reach during the late summer period.



FIGURE 4. Colorado River near Palisade, flow below GVIC Diversion Dam illustrating changes resulting from future depletions and Recovery Actions Items. Dry year (1989) as modeled by CRDSS.

TABLE 4.  Changes in Flow Near Palisade in a Dry Year with Future Depletions With and Without Recovery Action Items.

| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **ACRE-FEET** | | | | | | | | |
| Existing | 1989 | 87106 | 95870 | 93912 | 88060 | 118519 | 90979 | 222751 | 240928 | 58239 | 46833 | 6227 | 11164 | 1,160,588 |
| Change | | -1154 | -1155 | -1157 | -1158 | -1160 | -1602 | -19198 | -23996 | -5999 | -1200 | -58 | -57 | -57,894 |
| Existing - 60K | 1989 | 85952 | 94715 | 92755 | 86902 | 117359 | 89377 | 203553 | 216932 | 52240 | 45633 | 6169 | 11107 | 1,102,694 |
| | | | | | | | | | | | | | | 0 |
| Change | | -6691 | -7242 | -6542 | -5224 | -5031 | -24184 | 61 | -55 | 8 | 4173 | 42030 | 38699 | 30,002 |
| Existing - 60 + RIP | 1989 | 79261 | 87473 | 86213 | 81678 | 112328 | 65193 | 203614 | 216877 | 52248 | 49806 | 48199 | 49806 | 1,132,696 |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
| Change | | -2269 | -2274 | -2278 | -2281 | -2287 | -3544 | -38396 | -47665 | -11998 | -2400 | -164 | -163 | -115,719 |
| Existing - 120 | 1989 | 84837 | 93596 | 91634 | 85779 | 116232 | 87435 | 184355 | 193263 | 46241 | 44433 | 6063 | 11001 | 1,044,869 |
| Change | | -6777 | -7323 | -6621 | -5301 | -5104 | -23442 | 59 | -219 | 7 | 5373 | 42136 | 38805 | 31,593 |
| Existing - 120 + RIP | 1989 | 78060 | 86273 | 85013 | 80478 | 111128 | 63993 | 184414 | 193044 | 46248 | 49806 | 48199 | 49806 | 1,076,462 |
| | | | | | | **DRY YEAR (CFS)** | | | | | | | | |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | |
| Existing | 1989 | 1464 | 1559 | 1527 | 1586 | 1927 | 1529 | 3623 | 4049 | 947 | 762 | 105 | 182 | |
| Change | | -19 | -19 | -19 | -21 | -19 | -27 | -312 | -403 | -98 | -20 | -1 | -1 | |
| Existing - 60K | 1989 | 1444 | 1540 | 1508 | 1565 | 1909 | 1502 | 3310 | 3646 | 850 | 742 | 104 | 181 | |
| Change | | -112 | -118 | -106 | -94 | -82 | -406 | 1 | -1 | 0 | 68 | 706 | 629 | |
| Existing - 60 + RIP | 1989 | 1332 | 1423 | 1402 | 1471 | 1827 | 1096 | 3311 | 3645 | 850 | 810 | 810 | 810 | |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | |
| Change | | -38 | -37 | -37 | -41 | -37 | -60 | -624 | -801 | -195 | -39 | -3 | -3 | |
| Existing - 120 | 1989 | 1426 | 1522 | 1490 | 1545 | 1890 | 1469 | 2998 | 3248 | 752 | 723 | 102 | 179 | |
| Change | | -114 | -119 | -108 | -95 | -83 | -394 | 1 | -4 | 0 | 87 | 708 | 631 | |
| Existing - 120 + RIP | 1989 | 1312 | 1403 | 1383 | 1449 | 1807 | 1075 | 2999 | 3244 | 752 | 810 | 810 | 810 | |

50



FIGURE 5.  Colorado River near Palisade, flow below GVIC Diversion Dam illustrating changes resulting from future depletions and Recovery Actions Items.  Average year (1982) as modeled by CRDSS.

TABLE 5.  Changes in Flow Near Palisade in a Average Year with Future Depletions With and Without Recovery Action Items.

| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACRE-FEET** | | | | | | | | | | | | | | |
| Existing | 1982 | 64991 | 84846 | 88110 | 72642 | 93856 | 82800 | 342481 | 640511 | 334103 | 90844 | 105984 | 134065 | 2,135,233 |
| Change | | -1203 | -1202 | -1201 | -1201 | -1261 | -1203 | -21116 | -24006 | -3910 | -3342 | -1204 | -1200 | -62049 |
| Existing - 60K | 1982 | 63788 | 83644 | 86909 | 71441 | 92595 | 81597 | 321365 | 616505 | 330193 | 87502 | 104780 | 132865 | 2,073,184 |
| Change | | -2692 | -3776 | -3683 | -3933 | -2433 | -6184 | -9002 | -4116 | -10681 | 12724 | 7037 | 10622 | -13,425 |
| Existing - 60K + RIP | 1982 | 61096 | 79868 | 83226 | 67508 | 90162 | 75413 | 312363 | 612389 | 319512 | 100226 | 111817 | 143487 | 2,057,067 |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
| Change | | -2404 | -2402 | -2401 | -2422 | -2461 | -2403 | -42110 | -48006 | -3910 | -5592 | -2566 | -2484 | -119,161 |
| Existing - 120 | 1982 | 62587 | 82444 | 85709 | 70220 | 91395 | 80397 | 300371 | 592505 | 330193 | 85252 | 103418 | 131581 | 2,016,072 |
| Change | | -2692 | -3777 | -3683 | -3919 | -2433 | -6184 | -7207 | -4118 | -16681 | 14974 | 7049 | 10556 | -18,115 |
| Existing - 120 + RIP | 1982 | 59895 | 78667 | 82026 | 66301 | 88962 | 74213 | 293164 | 588387 | 313512 | 100226 | 110467 | 142137 | 1,997,957 |
| **AVERAGE YEAR (CFS)** | | | | | | | | | | | | | | |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | |
| Existing | 1982 | 1092 | 1380 | 1433 | 1308 | 1526 | 1391 | 5570 | 10764 | 5434 | 1477 | 1781 | 2180 | |
| Change | | -20 | -20 | -20 | -22 | -21 | -20 | -343 | -403 | -64 | -54 | -20 | -20 | |
| Existing - 60K | 1982 | 1072 | 1360 | 1413 | 1286 | 1506 | 1371 | 5226 | 10361 | 5370 | 1423 | 1761 | 2161 | |
| Change | | -45 | -61 | -60 | -71 | -40 | -104 | -146 | -69 | -174 | 207 | 118 | 173 | |
| Existing - 60 + RIP | 1982 | 1027 | 1299 | 1354 | 1216 | 1466 | 1267 | 5080 | 10291 | 5196 | 1630 | 1879 | 2334 | |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | |
| Change | | -40 | -39 | -39 | -44 | -40 | -40 | -685 | -807 | -64 | -91 | -43 | -40 | |
| Existing - 120 | 1982 | 1052 | 1341 | 1394 | 1264 | 1486 | 1351 | 4885 | 9957 | 5370 | 1386 | 1738 | 2140 | |
| Change | | -45 | -61 | -60 | -71 | -40 | -104 | -117 | -69 | -271 | 244 | 118 | 172 | |
| Existing - 120 + RIP | 1982 | 1007 | 1279 | 1334 | 1194 | 1447 | 1247 | 4768 | 9888 | 5099 | 1630 | 1856 | 2312 | |



FIGURE 6.   Colorado River near Palisade, flow below GVIC Diversion Dam illustrating changes resulting from future depletions and Recovery Actions Items.  Wet year (1986) as modeled by CRDSS.

TABLE 6. Changes in Flow Near Palisade in a Wet Year with Future Depletions With and Without Recovery Action Items.

**ACRE-FEET**

| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | 1986 | 166117 | 148812 | 143994 | 153057 | 187101 | 323775 | 694058 | 986555 | 436383 | 100226 | 132121 | 149286 | 3,621,485 |
| Change | | -1200 | -1200 | -1200 | -1200 | -1200 | -1200 | -19200 | -24000 | -2274 | 0 | -2302 | -2180 | -57,156 |
| Existing - 60K | 1986 | 164917 | 147612 | 142794 | 151857 | 185901 | 322575 | 674858 | 962555 | 434109 | 100226 | 129819 | 147106 | 3,564,329 |
| Change | | -7775 | -16104 | 3020 | 6015 | 5118 | -534 | -33 | 367 | 0 | 359 | 11967 | 17406 | 19,806 |
| Existing - 60 + RIP | 1986 | 157142 | 131508 | 145814 | 157872 | 191019 | 322041 | 674825 | 962922 | 434109 | 100585 | 141786 | 164512 | 3,584,135 |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
| Change | | -2400 | -2400 | -2400 | -2400 | -2400 | -2400 | -35722 | -50416 | -2274 | 0 | -3995 | -3930 | -110,737 |
| Existing - 120 | 1986 | 163717 | 146412 | 141594 | 150657 | 184701 | 321375 | 658336 | 936139 | 434109 | 100226 | 128126 | 145356 | 3,510,748 |
| Change | | -8014 | -16343 | 2781 | 5776 | 4879 | -534 | 1 | 335 | 0 | 0 | 12327 | 17510 | 18,718 |
| Existing - 120 + RIP | 1986 | 155703 | 130069 | 144375 | 156433 | 189580 | 320841 | 658337 | 936474 | 434109 | 100226 | 140453 | 162866 | 3,529,466 |

**WET YEAR (CFS)**

| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | 1986 | 2792 | 2420 | 2342 | 2756 | 3043 | 5441 | 11288 | 16579 | 7097 | 1630 | 2220 | 2428 |
| Change | | -20 | -20 | -20 | -22 | -20 | -20 | -312 | -403 | -37 | 0 | -39 | -35 |
| Existing - 60K | 1986 | 2771 | 2401 | 2322 | 2734 | 3023 | 5421 | 10975 | 16176 | 7060 | 1630 | 2182 | 2392 |
| Change | | -131 | -262 | 49 | 108 | 83 | -9 | -1 | 6 | 0 | 6 | 201 | 283 |
| Existing - 60 + RIP | 1986 | 2641 | 2139 | 2371 | 2843 | 3107 | 5412 | 10975 | 16182 | 7060 | 1636 | 2383 | 2675 |
| | Year | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
| Change | | -40 | -39 | -39 | -43 | -39 | -40 | -581 | -847 | -37 | 0 | -67 | -64 |
| Existing - 120 | 1986 | 2751 | 2381 | 2303 | 2713 | 3004 | 5401 | 10707 | 15732 | 7060 | 1630 | 2153 | 2364 |
| Change | | -135 | -266 | 45 | 104 | 79 | -9 | 0 | 6 | 0 | 0 | 207 | 285 |
| Existing - 120 + RIP | 1986 | 2617 | 2115 | 2348 | 2817 | 3083 | 5392 | 10707 | 15738 | 7060 | 1630 | 2360 | 2649 |

54

Release and protection of surplus HUP water and flows made available by the Grand Valley Management Project both would augment flows during late summer and early fall.  Up to 6,000 acre-feet of water also will be delivered to the 15-Mile Reach from Wolford Mountain Reservoir. All these actions combined provide flows that meet or exceed the 15-Mile Reach flow recommendations under most conditions for August, September, and October (Figures 7,8,9). Because there are no major diversion below the 15-Mile Reach, augmentation of flows in the 15-Mile Reach also would likely benefit all reaches downstream to Lake Powell.  The management objective of providing the recommended flows  is to provide conditions that promote species recovery by maximizing preferred adult Colorado pikeminnow habitat (Osmundson et al. 1995).  When populations are augmented, razorback sucker, and bonytail will benefit from increased base flows inside and outside of the 15-Mile Reach.  Increased base flows also would benefit humpback chub populations in Black Rocks and Westwater Canyon.

*Water Quality*

This biological opinion is limited to addressing water depletions above the confluence of the Gunnison River (water quantity), however, changes in water quantity affect water quality, which is a primary constituent element of critical habitat.  Most projects covered by this opinion remove "clean" mountain water before it enters the Colorado River, therefore, depletions could reduce the dilution effect provided by this clean mountain water.  This results in an increase in heavy metal, selenium, salts, PAHs, pesticides, and other contaminant concentrations in the Colorado River.  An increase in contaminant concentrations in the river would likely result in an increase in the bioaccumulation of these contaminants in the food chain which could adversely affect the endangered fishes, particularly the predatory Colorado pikeminnow.  Selenium may be of particular concern due to its effects on fish reproduction and its tendency to concentrate in low velocity areas that are important habitats for Colorado pikeminnow and razorback suckers.  The Recovery Program is intended to offset water quality impacts associated with flow reductions (USFWS 1987).  These impacts include changes in temperature, salinity and turbidity, as well as the reduced dilution factor associated with depletions.  However, the Recovery Program is not intended to offset any point or nonpoint discharges of pollutants, such discharges will have to be offset or avoided by other means.  This would include discharges of irrigation water with elevated levels of selenium.

*Physical Habitat*

Water depletions during spring runoff affect physical habitat in several ways.  High spring flows are very important for creating and maintaining complex channel geomorphology and suitable spawning substrates, and in creating and providing access to off-channel habitats.  Adequate summer and winter flows are important for providing a sufficient quantity of preferred habitats for a duration and at a frequency necessary to support all life stages of viable populations of all four endangered fishes.  However, the effect of water depletions are most prevalent in the 15-Mile Reach where Colorado pikeminnow and razorback sucker occur.  Bonytail and humpback chub do not currently occur in the 15-Mile Reach.

55



FIGURE 7.  Colorado River Near Palisade, flow below GVIC Diversion, August to October for a average year (1982) as modeled by CRDSS.

56



FIGURE 8. Colorado River near Palisade, flow below GVIC Diversion, from August to October for a wet year (1986) as modeled by STATEMOD.



FIGURE 9.  Colorado River near Palisade, flow below GVIC Diversion, from August to October for a dry year (1989) as modeled by STATEMOD

The formation of a variety of channel habitats is essential to ensure the availability of the range of habitats required by all endangered fish life stages to fulfill daily requirements (foraging, resting, spawning, avoiding predation, etc.) under various flow conditions. The number and distribution of these channel habitats can be described as channel habitat complexity, diversity, or heterogeneity. Osmundson and Kaeding (1991) found that adult Colorado pikeminnow in the Grand Valley select river segments with a complex morphometry over those that are simple. Floodplain depressions used by razorback sucker are typically formed by abandoned main channels, side-channels, backwaters, and meander cutoffs.

The creation of complex channel habitat and the formation and eventual abandonment of channel features from which floodplain depressions are formed occur primarily during spring runoff when flows are of sufficient magnitude and duration to cause major changes in channel morphology through significant erosion and deposition of bed and bank materials. The reduction in the magnitude, duration, and frequency of high spring flows has slowed the rate at which channel morphology changes (Osmundson and Kaeding 1991). Consequently, the creation of complex channel habitat and floodplain depressions has slowed. In a Geographic Information Systems analyses of aerial photographs, Van Steeter (1996) showed a measurable change in the morphology of the river during the period of water development. Results of the research indicate that there has been a decrease in complexity that appears to be caused by sediment filling in side channels and backwaters during low flow periods. Then vegetation colonizes in these sediments and islands become attached to the floodplain.

The placement of riprap and other bank stabilization measures and the construction of dikes and levees impede changes in channel morphology and contribute to the slowed creation of complex channel habitat. In addition, the construction of dikes and levees reduces existing channel habitat complexity by causing channelization of the river. Dikes and levees also isolate existing floodplain depressions from the channel during high flows. The slowed creation of complex channel habitats and new floodplain depressions, the reduction of existing channel habitat complexity, and the isolation of existing floodplain depressions have acted to reduce the quantity and quality of important habitat for endangered fishes.

Backwaters, identified as important nursery areas for endangered fishes, are altered by the deposition of fine sediments which reduces their depth and consequently their duration and frequency of inundation (Osmundson and Kaeding 1991, Osmundson et al. 1995, Van Steeter 1996). Fine sediments fill the interstitial spaces of gravel and cobble substrates where eggs are deposited by Colorado pikeminnows during spawning. The establishment of vegetation on backwater sediments and on bars further reduces the value of these habitats for endangered fishes because it reduces the ability of the cobble substrate to be flushed clean (Osmundson et al. 1995). Furthermore, higher flows are required to flush sediments from vegetated backwaters than from unvegetated ones. Osmundson and Kaeding (1991) reported observations that, in the 15-Mile Reach during the drought years of 1988 to 1990, backwaters were filling in with silt and spring flows were not sufficient to flush out the fine sediment. Also, they reported that tamarisk colonized sand and cobble bars. The lower frequency of high water years, therefore, decreases

the frequency at which silt and sand is flushed from backwaters, fine sediments are flushed from gravel/cobble substrates, and vegetation is scoured from backwaters and bars. As a result, the frequency at which these habitats are suitable for use by endangered fishes has decreased. Recent studies by Pitlick et al. (1996) indicate that flows in the range of 12,900 and 29,000 cfs mobilize the gravel/cobble substrate.

Also, the quantity and frequency of availability of inundated floodplain depressions used by razorback suckers for spawning is dependent on the magnitude and frequency of spring flows necessary to inundate these areas. The decrease in the magnitude and frequency of spring flows necessary to inundate floodplain depressions is believed to be largely responsible for poor razorback sucker recruitment (Osmundson and Kaeding 1991).

*Spring Peak Enhancement to Benefit Physical Habitat*

Spring peak flows have been identified as important for habitat formation and maintenance. The Recovery Program has two actions aimed at augmenting spring flows. The benefits of these actions are not reflected in the figures and tables presented in this document, because the hydrology is presented as average monthly flows. In order to show the benefits of the two programs described below, daily flows would need to be modeled. Modeling daily flows was not possible with the model selected, therefore, the benefits are explained below.

The Service and the Recovery Program have been working on a number of initiatives to secure water to augment spring flows to the 15-Mile Reach. The Coordinated Reservoir Operations were implemented to provide a coordinated inter-agency effort to coordinate discretionary bypasses of inflow at major reservoirs in the basin to coincide with the natural spring peak. Augmentation of the peak can occur during below average, average, and above average hydrologic conditions. The Coordinated Reservoir Program was successful in 1997 in providing approximately 2,000 cfs of peak augmentation and in 1998 approximately 2,500 cfs was added to the peak. The Service has identified target flows in the 15-Mile Reach in the range of 12,900 to 29,000 cfs, because flows of this magnitude have been shown to mobilize gravel/cobble substrate (Pitlick et al. 1996).

The second initiative is the Coordinated Management of Colorado Water Division Number 5 Facilities. This initiative is intended to assess water management facilities and operations that can be coordinated to benefit fish habitat in spring and late summer. This analysis will include, but not be limited to examining options similar to what is proposed for operation of Ruedi Reservoir where water is made available to the fish until needed by water interests. The intent of the initiative is for project sponsors to secure a firm water supply for project purposes, and to utilize flexibility that may currently exist to provide water for enhancement of the spring peak. Other options being evaluated include storing or withholding release of available flows in excess of the Service's winter flow recommendations for release during the spring peak, and examining the feasibility and benefits of an off channel storage facility somewhere below the Shoshone Power Plant. The amount of water available, benefits, physical and legal constraints, and recommended

options will be determined through the analysis and presented to the Recovery Program. The intent is to provide additional water up to approximately 20,000 acre-feet/year, without diminishing project yield or causing project sponsors to incur significant costs, for meeting fish flow needs either short-term or under certain hydrologic conditions (above what is currently targeted for coordinated reservoir operations). Following the analysis, agreements and/or operating protocols will be developed, as needed. The analysis should be completed by September 2000 and agreement on implementation reached by March 2001. An example of the benefits of this proposal is that if an additional 20,000 acre-feet is released in a given year, it would augment spring peak flows by approximately 1,000 cfs for 10 days in the 15-Mile Reach.

Reproductive success and natural recruitment are dependent on high spring flows to create and maintain habitat. Augmentation of the spring peak is an essential recovery action upon which the Recovery Program depends to avoid the likelihood of jeopardy and adverse modification of critical habitat. Increased spring peak flows in the 15-Mile Reach, would likely benefit all reaches downstream to Lake Powell.

*Habitat Restoration*

The habitat restoration element of the Recovery Program will enhance, restore, and protect natural floodplain habitat through easement/acquisition of floodplain property, dike removal, and physical manipulation of habitat. Floodplain habitats inundated and connected to the main channel by high spring flows are typically warmer and substantially more productive than the adjacent river and have abundant vegetative cover. Floodplain habitat has been identified as important for adult Colorado pikeminnow during the pre-spawning period and for all life stages of razorback sucker. Restoration of bottomland habitat is providing pre-spawning staging habitat for Colorado pikeminnow. It will also provide pre-spawning, post-spawning, and nursery habitat for razorback sucker. Bottomland habitats have not been identified as important to humpback chub. Not enough information is available to determine the benefits to bonytail.

The lack of availability of seasonally flooded habitats has been identified as a major factor in the decline of razorback sucker populations. Wydoski and Wick (1998) concluded that zooplankton densities in the main channel of the Green River never reached densities required for larval razorback sucker to survive. However, they consistently found zooplankton densities necessary for survival in floodplain habitats. Because razorback suckers spawn on the ascending limb of the spring runoff hydrograph, when main channel food organism densities are extremely low, Wydoski and Wick (1998) concluded that starvation may be a factor in larval razorback survival. Wydoski and Wick (1998) also concluded that floodplain habitat with vegetative cover provides protection from nonnative predators for larval and juvenile razorbacks. The Service believes that restoring floodplain habitats will increase densities of zooplankton and benthic invertebrates to provide adequate quantity and quality of food organisms for larval razorback sucker survival; and the vegetative cover provided in floodplain habitat will help reduce predation by nonnative fishes.

*Fish Passage*

Biologists believe dams and water diversion structures in the river are one of the primary reasons for the decline of the Colorado pikeminnow, razorback sucker, humpback chub and bonytail. These barriers have fragmented migration routes of endangered fish, reducing their historic range (to the Gulf of California) by 75 percent. The fish are no longer able to access spawning, feeding, and winter habitats. Upstream of such barriers on the Colorado and Gunnison Rivers, these fish are nearly extinct.

It is believed that Colorado pikeminnow and razorback sucker historically spawned in river reaches above the existing diversion dams within critical habitat. After the dams were built, populations above the dams declined over time. Spawning may have continued to occur, but the newly-hatched larvae would drift downstream over the dams. After rearing downstream, young adults would not have been able to move into upstream areas to replenish the declining spawning populations above the dams. After spawning, adults of these species move back to their home ranges, areas where they can feed, rest, and overwinter. Construction of diversion dams has denied access to some of these habitats. Construction of passage facilities at structures on the Colorado and Gunnison Rivers is expected to restore access to 112 miles of historically-occupied habitats, and assist in recovery of these endangered fishes.

The fish passageway constructed on the Gunnison River at the Redlands Diversion Dam is an example of a successful fish passage project. Since its completion, approximately 28,200 fish have used the fishway, including 42 Colorado pikeminnow. Native fish have comprised about 93 percent of this total. Native fish that had been marked and released above the dam dispersed upstream, some as far as 57 river miles to the base of the Hartland Diversion Dam. Colorado pikeminnow that passed through the fishway have been found upstream. Ongoing studies will determine if fish using the passageway are spawning in the Gunnison River above the Redlands Diversion Dam.

The following recovery actions will eliminate fish passage problems on the upper Colorado River.

There are three barriers on the Colorado River near Grand Junction, Colorado: Grand Valley Irrigation Company (river mile 185), Price-Stubb (river mile 188), and Grand Valley Project (river mile 194). Restoration of passage at these diversion dams will allow access to 55 miles of habitat, from Palisade (river mile 185) upstream to Rifle (river mile 240), Colorado.

The Grand Valley Irrigation Company diversion dam has been in place since 1883. The low dam (approximately 2-feet high) was a barrier to upstream fish passage at flows less than 1,200 cfs. Construction of a 30 foot wide notch and 5 pools and riffles provides fish passage at flows above 100 cfs, was completed in January 1998. Ten adult Colorado pikeminnow were captured above the dam during recent studies to evaluate the fish passage (Burdick 1999). However, it is unknown whether these fish used the newly constructed notch or passed over the dam during high flows.

Passage at the Price-Stubb Diversion Dam is currently scheduled to be completed in September 2000. However, one fish passage alternative is dam removal and if this option is chosen the schedule could be delayed until April 2002 to accommodate completion of the Plateau Creek Pipeline Project by Ute Water Conservancy District. Restoration of passage at the Government Highline Diversion Dam is tentatively scheduled for completion during 2001.

*Biological Environment*

Food supply, predation, and competition are important elements of the biological environment. Stocking of nonnative fishes and the modification of flow regimes, water temperatures, sediment levels, and other habitat conditions caused by water depletions has contributed to the establishment of nonnative fishes. Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944, Osmundson and Kaeding 1989, Behnke 1980, Joseph et al. 1977, Lanigan and Berry 1979, Minckley and Deacon 1968, Meffe 1985, Propst and Bestgen 1991, Rinne 1991, and others). Data collected by Osmundson and Kaeding (1991) indicated that during low water years nonnative minnows capable of preying on or competing with larval endangered fishes greatly increased in numbers.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin prior to 1980 for sportfishing, forage fish, biological control and ornamental purposes (Minckely 1982, Tyus et al. 1982, Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways. The capacity of a particular area to support aquatic life is limited by physical habitat conditions. Increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some nonnative fishes' life stages appear to have a greater ability to compete for space and food and to avoid predation in the existing altered habitat than do some native fishes' life stages. Tyus and Saunders (1996) site numerous examples of both indirect and direct evidence of predation on razorback sucker eggs and larvae by nonnative species.

Nonnative fishes often are stocked in and enter rivers from off-channel impoundments. The periodic introduction of these nonnative fishes into a river allows them to bypass limitations to reproduction, growth, or survival that they might encounter in the river. Consequently, populations of nonnative fishes in the river are enhanced. Endangered and other native species in the river experience greater competition and predation as a result. Tyus and Saunders (1996) concluded that the nonnative fish impacts play a significant role in the decline of the Colorado River endangered fishes.

*Nonnative Fish Management*

The implementation of the Nonnative Fish Stocking Procedures (USFWS 1996) will help in the effort to reduce competition and predation from nonnative fish.  Further reduction of nonnative fishes should come with the State of Colorado's removal of bag limits on all nonnative warmwater sportfishes within critical habitat.

The Recovery Program is in the process of reclaiming floodplain ponds (removal of nonnative fishes from ponds) in critical habitat.  Also, small nonnative cyprinids are being removed from backwaters and other low velocity nursery habitats in critical habitat.  These efforts are designed to reduce nonnative fish from critical habitat.  Centrarchid removal in the Colorado River began in 1997 and continues.

A Fisheries Management Plan is being developed for the reach from Rifle to the Colorado-Utah state line.  This plan will incorporate nonnative fish control and management of sportfish.  This effort should help reduce nonnative fishes in critical habitat.

*Propagation*

Recovery Program propagation activities will provide endangered fishes for augmentation of populations and provide refugia to insure various stocks of endangered fishes will not be lost.  Propagation facilities are being expanded at the Ouray National Fish Hatchery, Wahweap, and in the Grand Valley.

The Recovery Program is currently managing Colorado River razorback sucker stocks.  The Recovery Program has completed a 5 year stocking plan (Nesler 1998) that includes stocking razorback sucker and Colorado pikeminnow in the Colorado River above Palisade.  Between 1996 and 1998 over 10,000 bonytail were stocked in the Colorado River in Utah.  The 5 year stocking plan calls for stocking bonytail between Palisade and Loma, which includes the 15-Mile Reach.  Stocking will proceed in accordance with dates established by the Recovery Program and/or included in the Recovery Action Plan.

Populations of razorback sucker and bonytail are so low in the Upper Colorado River that augmentation of populations is an essential tool for species recovery.

Species and Critical Habitat Response to the Proposed Action

The Service believes that the greatest impacts of water depletions addressed in this biological opinion are on endangered fishes and their habitats in the 15-Mile Reach of the Colorado River.  Historic water depletions have greatly altered the natural flow regime, and new depletions totaling 120,000 acre-feet/year will have additional impacts.  As a result of existing depletions and other factors affecting habitat availability and quality, critical habitat for the endangered fishes has been degraded to varying degrees and population responses to habitat modification varies among

species.  Recent population estimates indicate that Colorado pikeminnow populations have increased in the Colorado River (Osmundson and Burnham 1998), but populations are still low compared to historic levels.  Nonetheless, the 15-Mile Reach currently supports more adult Colorado pikeminnow per mile than the rest of the mainstem Colorado River except for the adjacent downstream 18-Mile Reach (USFWS, unpublished data).  Populations of razorback sucker throughout the Colorado River basin have suffered severe declines, apparently due in part to loss of critical floodplain habitats, and wild fish are almost unknown in recent collections from the upper Colorado River sub-basin.  Humpback chubs do not occur in the 15-Mile Reach, and population responses to present river modifications are difficult to determine because populations in the upper Colorado River subbasin were not discovered until the late 1970's.  However, results from monitoring suggest that populations in Black Rocks and Westwater Canyon are stable (McAda et al. 1994).  Wild populations of bonytail have been extirpated from the upper Colorado River subbasin.

Ongoing or planned Recovery Program actions for the endangered fishes in the Colorado River include augmentation of spring peak flows, providing adequate base flows, implementing control measures for nonnative fishes, restoring access to historically occupied river reaches and habitats, and augmentation of populations through stocking to assist in reestablishing viable populations (particularly bonytail and razorback sucker).  The Service has concluded that although the flow-related recovery actions will not be sufficient to fully offset all the adverse effects of historic and new water depletions, it is expected that a combination of flow and nonflow management activities will provide suitable habitat for increasing numbers of the endangered fishes and likely restore critical habitat areas that have been substantially modified or completely lost, to adequately offset such depletions and to avoid take including harm.  The life history of the endangered fishes suggests that populations are recruitment-limited (Wydoski and Wick 1998), therefore ensuring adequate levels of recruitment appears to be the key for their recovery.  The expected long-term response of the endangered fishes to habitat restoration and population augmentation (where needed) will be a function of the enhancement of populations through increases in abundance, expansion of current distributions, and restoration of viable population structure (i.e., all life stages present and successful recruitment of young to adult stocks).

Management activities to enhance spring (March–July) peak flows include Coordinated Reservoir Operations and implementation of Phase II of Coordinated Facilities.  Although the Service recognizes that spring flow recommendations for the endangered fishes will not be met under the proposed action, the expected result of enhancing the spring peak is increased frequency of years in which flows exceed 12,900 cfs, the threshold identified for moving fine sediments (Pitlick et al.1996).  Adequate sediment transport is important because cobble and gravel deposits free of silt and sand are preferred spawning sites of the endangered fishes (Tyus 1990; Harvey et al. 1993; Harvey and Mussetter 1994; Wick 1997), and backwaters (the preferred nursery habitat of young Colorado pikeminnow) are maintained by periodic removal of accumulated sediments and rejuvenation of deposits that provide the structure for formation of the habitat after spring flows recede (Rakowski and Schmidt 1999, Osmundson et al. 1995).  The Service believes that improving spawning and nursery habitats should result in increased reproductive success and

65

survival of young fish (i.e., enhanced recruitment) which, over time, should lead to increases in population abundance. While spring flow recommendations have not been achieved in recent years, data indicates that populations of Colorado pikeminnow are increasing (Osmundson and Burnham 1998, USFWS unpublished data). In 1999, the Service released razorback suckers into the Colorado River and anticipates that this and future augmentation efforts will result in self-sustaining populations.

Prior to implementation of recovery actions, recommended summer/fall base-flow targets for the 15-Mile Reach were seldom met. With full implementation of recovery actions, base-flow targets for August–October will be met in most years. The base-flow recommendations are intended to provide the maximum area of habitat preferred adult Colorado pikeminnow (Osmundson et al. 1995) and, therefore, the numbers of adult Colorado pikeminnow in the 15-Mile Reach should increase in response to the additional habitat. Further, the August–October base flows achieved through implementation of the recovery actions should provide adequate depth and stability in nursery backwater and other low-velocity channel-margin habitats, which are the habitat types most sensitive to changes in river stage (Hlohowskyj and Hayse 1995, Osmundson et al. 1995). The Service believes that increases in suitable backwaters should provide additional nursery habitat in the 15-Mile Reach, possibly resulting in increased recruitment of Colorado pikeminnow. The Service concludes that, although information on habitat use by razorback suckers in the 15-Mile Reach is limited, providing nursery backwaters with adequate depth and stability for young fish should increase the likelihood for reestablishment of the species in this reach. All of the 14 early juvenile razorback suckers caught in riverine habitats of the Upper Colorado River Basin since 1962 were from backwaters (Taba et al. 1965; Gutermuth et al. 1994; Muth et al. 1998). The winter base-flow targets will continue to be met with implementation of the proposed action. During winter, adult Colorado pikeminnow mostly use pools and backwaters (Osmundson et al. 1995). Winter flows with the proposed action should provide adequate depth in these habitats for overwinter survival.

Nonnative fishes dominate the ichthyofauna of Colorado River basin rivers and have been identified as contributing to reductions in distribution and abundance of native fishes (Carlson and Muth 1989). Because introduced species vary in body size, environmental tolerances, and habitat preferences and have wide distributions, high abundance, and diets ranging from herbivory to piscivory, they are potential competitors with or predators on nearly all life stages of native fishes, but particularly young fish in nursery habitats. Nonnatives of greatest concern in the Upper Basin are red shiner, common carp, fathead minnow, channel catfish, northern pike, and centrarchids because of known or suspected negative interactions with native fishes (Hawkins and Nesler 1991). Lentsch et al. (1996) and Tyus and Saunders (1996) emphasized the need for nonnative fish control to achieve recovery of the endangered fishes and presented options for controlling nonnative fishes in the upper basin that included more restrictive stocking protocols, more liberalized harvest regulations, mechanical removal, chemical eradication, and management of flows to benefit native fishes and suppress the abundance of nonnative fishes. The purpose of the September 1996 Procedures for Stocking Nonnative Fish Species in the Upper Colorado River Basin is to ensure that all future stocking of nonnative fishes will be consistent with recovery of

the endangered fishes.  Ongoing Recovery Program projects to actively control nonnative fishes in the Colorado River include mechanical removal of cyprinids and centrarchids from backwaters, and screening of point-sources and chemical eradication of fishes in ponds adjacent to the river within critical habitat to prevent escapement into the river during high flows.  Nonnative fish control activities implemented by the Recovery Program should improve the quality of habitat for all endangered fishes by reducing predation and competition for food and space, resulting in enhanced native fish population abundance.  The Service believes that providing backwaters with adequate depth and reduced nonnative predators or competitors will likely increase survival of young Colorado pikeminnow and, in particular, razorback sucker, thereby potentially resulting in stronger year classes and enhanced levels of recruitment.

Habitat restoration and augmentation of populations through stocking to provide sufficient numbers of fish to take full advantage of restored habitats are key elements for recovery of the endangered fishes.  Completion of fish-passage structures on the Colorado River will restore access to 55 miles of habitat historically occupied by endangered fishes between Palisade and Rifle.  Runs and pools comprise 49 to 70 percent of the available habitat within this reach; these habitats provide excellent feeding and wintering areas for Colorado pikeminnow and razorback sucker (Anderson 1997).  Providing access up to an additional 3,500 acres of floodplain habitat will also improve habitat quality during spring runoff.  Floodplain habitats inundated and connected to the main channel by high spring flows are typically warmer and substantially more productive than the adjacent river and have abundant vegetative cover.  These habitats apparently are important growth and conditioning areas for all life stages of razorback sucker (also used by adult Colorado pikeminnow), but are critical for survival of early life stages (Wydoski and Wick 1998; Muth et al. 1998).  The decline of razorback sucker in the Upper Colorado River Basin has been linked to recruitment failure, and recovery of the species seems unlikely without restoration of floodplain habitats.  Enhanced growth of young razorback suckers in warm, food-rich floodplain habitats may increase overall survival by reducing the effects of size-dependent processes on survival, such as shortening the period of vulnerability to predation by nonnative fishes (Muth et al. 1998).

The Service concludes that the effect of implementation of the recovery actions will be an increase in the populations of all four species of endangered fish.  The Service believes the above recovery actions must be accomplished on schedule to halt further habitat degradation and promote restoration of important habitats and enhancement of endangered fish populations.  The Service recognizes that the 15-Mile Reach flow recommendations will not be met for the spring months, and infrequently not met during the late summer/fall period; however, the Service anticipates that the combination of flow and nonflow recovery actions will increase populations of endangered fishes to the levels described as a "positive response" in Appendix D and restore critical habitat. The Service will use fish population responses to determine if the recovery actions are producing the desired positive results, but, because the endangered fishes are long-lived, detection of responses to recovery actions may take several years.  Ultimately, the anticipated long-term species response to the Recovery actions is attainment of recovery goals, which are being developed.  If fish population responses do not indicate that the Recovery actions are improving

populations to levels described as a "positive response" in Appendix D, section 7 consultation will have to be reinitiated, according to the conditions for reinitiation listed in the reinitiation notice and Appendix D. It should be noted that Appendix D will be refined as new information becomes available.

The criteria to determine positive or negative fish population responses is presented in the reinitiation notice of this biological opinion and in Appendix D. As described in the reinitiation notice, the status of fish populations will be reviewed prior to new depletions reaching 60,000 acre-feet/year. This review will begin when actual new depletion levels reach 50,000 acre-feet/year or the year 2015, whichever comes first. The method for determining the level of new depletions is described in Appendix B. According to the criteria outlined in Appendix D, a positive response would require the adult Colorado pikeminnow population estimate to increase to and to be maintained at approximately 1,100 individuals in the Colorado River (confluence of the Green River to Rifle). When population estimates for wild adult humpback chub are finalized, they will also be used to determine population response. As outlined in Appendix D, Colorado pikeminnow and humpback chub will serve as surrogates for razorback sucker and bonytail for 10 years. Recovery goals for all four species are expected to be developed in the year 2000. If a population meets or exceeds the numeric recovery goal for that species, it will be considered to exhibit a positive response. However, short of reaching a specific recovery goal, trends in certain populations indices provide an interim assessment of a species' progress toward recovery.

It is the Service's best scientific judgment at this time that the combination of flow and nonflow recovery actions will increase population estimates to levels described as a positive response in Appendix D and restore critical habitat. However, if this judgment is determined to be inaccurate during the year 2015 or at the 50,000 acre-feet/year check point, and population estimates for Colorado pikeminnow in the Colorado River do not reach 1,100 adults, this would be considered new information and section 7 consultation will be reinitiated.

CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Endangered Species Act. The Service is not aware of any future non-Federal actions not included in this action under consultation involving water depletions that are reasonably certain to occur in the action area.

CONCLUSION

After reviewing the current status of the endangered fishes, the environmental baseline for the action area, the effects of the proposed action and the cumulative effects, it is the Service's biological opinion that the proposed action is not likely to jeopardize the continued existence of

the Colorado pikeminnow, razorback sucker, bonytail, or humpback chub and is not likely to destroy or adversely modify the designated critical habitat of these species.

## INCIDENTAL TAKE

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without a special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct. Harm is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns including breeding, feeding, or sheltering. Harass is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to breeding, feeding or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of this incidental take statement.

The measures described below are nondiscretionary, and must be undertaken so that they become binding conditions of any Federal discretionary activity, for the exemption in section 7(o)(2) to apply. The participating Federal Agencies have a continuing duty to monitor the activity covered by this incidental take statement. If the Recovery Program (1) fails to assume and implement the terms and conditions or (2) fails to retain oversight to ensure compliance with the terms and conditions, the protective coverage of section 7(o)(2) may lapse for the projects covered by this incidental take statement.

Incidental take is considered with full implementation of recovery actions which are part of the Project (Federal Action) which is the subject of this consultation. The Service has determined that no take including harm is anticipated to occur as a result of the depletions contemplated in this opinion because of the implementation of recovery actions. Take that is incidental to activities addressed in this opinion are associated with endangered fish being diverted into irrigation, municipal, and industrial water delivery systems. This incidental take is expected to be in the form of killing because the fish will likely enter canals and be transported by water to agricultural areas or irrigation, municipal, and industrial facilities where they would not survive. Any incidental take associated with recovery actions has been or will be addressed during project specific environmental compliance. The Recovery Program will be responsible for providing any required reasonable and prudent measures to minimize incidental take.

AMOUNT OR EXTENT OF TAKE

The Service considers it likely that adult Colorado pikeminnow and razorback sucker will swim into irrigation canals or be removed from the river through municipal or industrial water delivery systems along the Colorado River above the 15-Mile Reach.  There are no major diversions in or downstream of the 15-Mile Reach.  In the future, if and when reproducing populations of Colorado pikeminnow and razorback sucker are established upstream of the 15-Mile Reach, the Service anticipates some degree of incidental take of larval and young Colorado pikeminnow and razorback sucker in this area.  The take is expected because of lack of larval habitat in canals and killing of larvae in water which will be removed from the river though irrigation, municipal, and industrial water delivery systems.  The Service does not anticipate incidental take of bonytail or humpback chub in irrigation, municipal, or industrial water delivery systems because bonytail do not presently occur above the 15-Mile Reach and humpback chub tend to stay in canyon reaches.

The Service finds that the anticipated amount of incidental take associated with irrigation, municipal, and industrial water delivery systems will be difficult to detect for the following reasons:  finding a dead or impaired specimen is unlikely; larval fish are extremely small; the river is very turbid and fish of any size are not easily observed.  However, the anticipated incidental take for Colorado pikeminnow and razorback suckers >300 mm was estimated as follows.

Adult and Subadult Fish

Existing diversions from Rifle to the 15-Mile Reach include those used for agricultural, municipal, and industrial purposes.  Many of these diversions are very small and pose little threat to fish >300 mm, because fish of this size are not likely to enter small canals or pumps.  However, two major diversions above the 15-Mile Reach likely take all life stages of fish.  These diversions are the Grand Valley Project Diversion Dam (Government Highline Canal) and the Grand Valley Irrigation Company Canal.  The reasonable and prudent measure was developed to minimize take above the 15-Mile Reach at these large diversion canals.

The Service anticipates an annual incidental take of 1 percent of the current adult Colorado pikeminnow population above Westwater Canyon.  The current population of adult Colorado pikeminnow above Westwater Canyon is estimated to be 253 fish, with a survival rate of 86 percent per year (Osmundson and Burnham 1998).  Therefore, the current level of anticipated incidental take is 3 adult Colorado pikeminnow per year.  As population estimates change (either up or down), the level of anticipated incidental take would change.  A recent management objective of the Recovery Program (Lentsch et al. 1998) is to establish a population of 5,477 adult Colorado pikeminnow in the Colorado River.  Assuming this target is met in the future and there is a similar distribution of adult fish as presented by Osmundson and Burnham (1996), there would be approximately 1,683 Colorado pikeminnow above Westwater Canyon.  Therefore, the anticipated level of incidental take will increase to 17 adult fish per year or 1 percent of the adult population which ever is greater.

There are no current population estimates for razorback sucker in the Colorado River due to the low numbers of remaining fish. Therefore, the Service estimates the anticipated incidental take to be 2 adult fish per year until augmentation efforts are successful above the diversion structures. The current management objective is to have 5,316 adult razorback suckers in the Colorado River, in Colorado. As the population of razorback suckers increases, the incidental take could increase. The Service estimates future incidental take to be 1 percent of the population. Therefore, the anticipated level of incidental take will increase to 53 adult fish per year or 1 percent of the adult population which ever is greater.

To reduce the level of incidental take of adult and subadult Colorado pikeminnow and razorback sucker, reasonable and prudent measures have been developed.

Young Fish

Currently, there is no anticipated incidental take of larval or young fish, because there is no known reproduction of Colorado pikeminnow or razorback sucker above the 15-Mile Reach. However, in the future when passage is established at Price-Stubb and the Grand Valley Diversions, and reproducing populations are established, and spawning occurs above the 15-Mile Reach, the Service expects young fish might be diverted into canals. When it is detected that endangered fishes are spawning above the 15-Mile Reach, state-of-the-art sampling techniques will be applied to help the Service anticipate incidental take of young razorback sucker and Colorado pikeminnow.

EFFECT OF THE TAKE

In the accompanying biological opinion, the Service determined that this level of anticipated incidental take is not likely to result in jeopardy to the species or destruction or adverse modification of critical habitat with full implementation of recovery actions.

REASONABLE AND PRUDENT MEASURES

The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize take of Colorado pikeminnow and razorback sucker. The two diversions listed below have the greatest potential for access by the endangered fish because of their location and the amount of the river that is diverted at these facilities. It is not anticipated that other existing water delivery systems above the 15-Mile Reach pose much threat to the endangered fish, therefore, individual reasonable and prudent measures above the major diversions are not required at this time .

    1. The Recovery Program will design, construct, and maintain fish preclusion devices to prevent or reduce adult and subadult fish (>300 mm total length) from entering the existing major irrigation diversion systems (Grand Valley Irrigation Company Canal and

Grand Valley Project Diversion Dam [Government Highline Canal]).  These are Recovery Plan actions II.B.1.b.(3) and II.B.3.b.(3).

TERMS AND CONDITIONS

In order to be exempt from the prohibitions of section 9 of the Act, the following terms and conditions must be complied with, which implement the reasonable and prudent measures described above.  These terms and conditions are nondiscretionary.

> 1.  The Recovery Program will develop an appropriate design for fish preclusion devices that are compatible with the operation of the subject facilities.
>
> 2.  Fish preclusion devices to prevent or reduce adult and subadult fish (>300 mm total length) from entering the canals within the time frame outlined in the Recovery Action Plan will be constructed by the Recovery Program.
>
> 3.  If another existing water delivery system between Rifle and the 15-Mile Reach is found to result in take that may cause the incidental take limit to be exceeded, then the Recovery Program will design and construct fish preclusion devices to prevent or reduce adult and subadult fish (>300 mm total length) from entering that facility.
>
> 4.  A plan to monitor the amount of take will be developed by September 30, 2001, by the Recovery Program and added to the Recovery Action Plan.

The reasonable and prudent measures, with their implementing terms and conditions, are designed to minimize incidental take at existing facilities in the action area (Rifle to Lake Powell) from depletions above the confluence with the Gunnison River that might otherwise result from the proposed action.  Incidental take statements exempt those actions covered by the incidental take statement from the Act's section 9 prohibitions if the reasonable and prudent measures and the implementing terms and conditions of incidental take statements are complied with.  In summary, the anticipated incidental take of Colorado pikeminnow when adults are taken in irrigation canals and municipal intakes is 3 adult fish per year or 1 percent of the latest adult population estimate above Westwater Canyon, whichever is greater.  The anticipated level of incidental take of razorback suckers when adults are taken in irrigation canals and municipal intakes is 2 adult fish per year or 1 percent of the adult population, whichever is greater.  If, during the course of the action, this minimized level of incidental take is exceeded, such incidental take represents new information requiring reinitiation of consultation to review of the reasonable and prudent measures provided.  The Service will consider the causes of the taking and review the need for possible modification of the reasonable and prudent measures.

If consultation is reinitiated because the incidental take limit has been exceeded for existing intakes between Rifle and the 15-Mile Reach, additional reasonable and prudent measures would be developed.  The Recovery Program would be responsible for the implementation of any

additional reasonable and prudent measures for such intake structures.  As stated in 50 CFR 402.14(I)(2) these "Reasonable and prudent measures along with the terms and conditions that implement them, cannot alter the basic design, location, scope, duration, or timing of the action and may involve only minor changes."

## INDIVIDUAL CONSULTATIONS UNDER THE UMBRELLA OF THIS PROGRAMMATIC BIOLOGICAL OPINION

This programmatic consultation is on the Federal action as described on page 1.  The Service believes that the Recovery Action Plan items are sufficient to avoid the likelihood of jeopardy and/or adverse modification of critical habitat for depletion impacts for individual existing depletions (estimated average annual 1 million acre-feet/year) as defined in the description of the proposed action, and future depletions (up to 120,000 acre-feet/year).  Individual consultation is not required on future specific Federal actions within the scope of this opinion as they relate to Reclamation's existing operations and depletions as defined in the description of the proposed action, or to Reclamation's portion of the 120,000 acre-feet of new depletions from existing projects.  Operation of Reclamation facilities to carry out recovery actions as described in this biological opinion will not require further section 7 consultation.  However, individual section 7 consultation will still be required on all other future specific Federal actions pursuant to the Endangered Species Act, to determine if they fit under the umbrella of this programmatic biological opinion.  Non-Federal projects with existing depletions are not required to consult under section 7 until there is a Federal nexus, at which time it will be determined if the project fits under the umbrella of this programmatic biological opinion.  The following criteria must be met at the time of individual project consultation to rely on the Recovery Program and be considered under the umbrella of this programmatic consultation:

1.  A Recovery Agreement must be offered and signed prior to conclusion of section 7 consultation.

2.  A fee to fund recovery actions will be submitted as described in the proposed action for new depletion projects greater than 100 acre-feet/year.  The 2000 fee is $14.36 per acre-foot and is adjusted each year for inflation.

3.  Reinitiation stipulations, described below, will be included in all individual consultations under the umbrella of this programmatic.

4.  The Service and project proponents will request that discretionary Federal control be retained for all consultations under this programmatic.

Under this opinion, future consultations that meet the criteria would avoid the likelihood of jeopardy and/or adverse modification of critical habitat from depletion impacts.  Projects that don't meet the criteria are not part of the proposed action, and therefore will require consultation outside of the Recovery Program.

REINITIATION NOTICE

This concludes formal consultation on the subject action.  As provided in 50 CFR sec. 402.16, reinitiation of formal consultation is required for Reclamation projects and where discretionary Federal Agency involvement or control over the action has been retained (or is authorized by law) and under the following conditions:

a.  The amount or extent of take specified in the incidental take statement for this opinion is exceeded.  The Service has determined that no incidental take, including harm, is anticipated to occur as a result of the depletions contemplated in this opinion because of the implementation of recovery actions.  The implementation of the Recovery actions contained in this opinion will further decrease the likelihood of any take caused by depletion impacts.

b.  New information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion.  In preparing this opinion, the Service describes the positive and negative effects of the action it anticipates and considered in the section of the opinion entitled "Effects of the Action."  New information would  include, but is not limited to, not achieving a "positive response" or a significant decline in population, as described in Appendix D.  Significant decline shall mean a decline in excess of normal variations in population (Appendix D).  The current population estimate of adult Colorado pikeminnow in the Colorado River is 600 individuals, with a confidence interval of ± 250.  Therefore, with the criteria established in Appendix D, a negative population response would trigger reinitiation if the population declined to 350 adults.  The Recovery Program is currently developing recovery goals for the four endangered fishes.  If a population meets or exceeds the numeric goal for that species, it will be considered to exhibit a positive response.  The Service retains the authority to determine whether a significant decline in population has occurred, but will consult with the Recovery Program's Biology Committee prior to making its determination.  In the event of a significant population decline, the Service is to first rely on the Recovery Program to take actions to correct the decline.  If nonflow recovery actions have not been implemented, the Service will assess the impacts of not completing these actions prior to reexamining any flow related issues.

New information would also include the lack of a positive population response by the year 2015 or when new depletions reach 50,000 acre-feet/year.  According to the criteria outlined in Appendix D, a positive response would require the adult Colorado pikeminnow population estimate to be 1,100 individuals (±250) in the Colorado River (Rifle to the confluence with the Green River).  When the population estimate increases above 1,100, a new population baseline is established at the higher population level.

c.  The Recovery Action Plan actions listed as part of the Proposed action in this opinion are not implemented within the required time frames.  This would be considered a change in the action subject to consultation and the section 7 regulations (50 CFR 402.16 (c)) state that reinitiation of consultation is required if the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion.

The Recovery Action Plan is an adaptive management plan because additional information, changing priorities, and the development of the States' entitlement may require modification of the Recovery Action Plan.  Therefore, the Recovery Action Plan is reviewed annually and updated and changed when necessary and the required time frames include changes in timing approved by means of the normal procedures of the Recovery Program, as explained in the description of the proposed action.  In 2003 and every 2 years thereafter, for the life of the Recovery Program, the Service and Recovery Program will review implementation of the Recovery Action Plan actions to determine timely compliance with applicable schedules.

d.  The Service lists new species or designates new or additional critical habitat, where the level or pattern of depletions covered under this opinion may have an adverse impact on the newly listed species or habitat.  If the species or habitat may be adversely affected by depletions, the Service will reinitiate consultation on the programmatic biological opinion as required by its section 7 regulations.  The Service will first determine whether the Recovery Program can avoid such impact or can be amended to avoid the likelihood of jeopardy and/or adverse modification of critical habitat for such depletion impacts.  If the Recovery Program can avoid the likelihood of jeopardy and/or adverse modification of critical habitat no additional recovery actions for individual projects would be required, if the avoidance actions are included in the Recovery Action Plan.  If the Recovery Program is not likely to avoid the likelihood of jeopardy and/or adverse modification of critical habitat then the Service will reinitiate consultation and develop reasonable and prudent alternatives.

For purposes of any future reinitiation of consultation, depletions have been divided into two categories.

Category 1:

    a) existing depletions, both Federal and non-Federal as described in the project description, from the Upper Colorado River Basin above the confluence with the Gunnison River that had actually occurred on or before September 30, 1995 (average annual of approximately 1 million acre-feet/year);

    b) depletions associated with the total 154,645 acre-feet/year volume of Green Mountain Reservoir, including power pool (which includes but is not limited to the all of the 20,000 acre-feet contract pool and historic user's pool), the Colorado Big-Thompson replacement pool, and

    c) depletions associated with Ruedi Reservoir including Round I sales of 7,850 acre-feet, Round II sales of 6,135 acre-feet/year as discussed in the Service's biological opinion to Reclamation dated May 26, 1995, and as amended on January 6, 1999,  and the Fryingpan Arkansas Project replacement pool as governed by the operating principles for Ruedi Reservoir, but excluding 21,650 acre-feet of the marketable yield.

Category 1 depletions shall remain as Category 1 depletions regardless of any subsequent change, exchange, or abandonment of the water rights resulting in such depletions. Category 1 depletions associated with existing facilities may be transferred to other facilities and remain in Category 1 so long as there is no increase in the amount of total depletions attributable to existing depletions. However, section 7 consultation is still required for Category 1 depletion projects when a new Federal action occurs which may affect endangered species except as provided above under "Individual Consultation Under the Umbrella of this Programmatic Biological Opinion." Reinitiation of this consultation will be required if the water users fail to provide 10,825 acre-feet/year on a permanent basis.

Category 2:

Category 2 is defined as all new depletions up to 120,000 acre-feet/year; this includes all depletions not included in Category 1 that occur after 1995 regardless of whether section 7 consultation has been completed. This category is further divided into two 60,000 acre-feet/year blocks of depletions.

The recovery actions are intended to avoid the likelihood of jeopardy and/or adverse modification of critical habitat and to result in a positive response as described in Appendix D for both 60,000 acre-feet blocks of depletions in Category 2. However, prior to depletions occurring in the second block, the Service will review the Recovery Program's progress and adequacy of the species response to the Recovery Action Plan actions. According to the criteria outlined in Appendix D, a positive response would require the adult Colorado pikeminnow population estimate to be maintained at approximately 1,100 individuals in the Colorado River (Rifle to the confluence with the Green River), unless the criteria in Appendix D is changed because of new information. If the adult Colorado pikeminnow population is maintained at approximately 1,100 adults or whatever is determined to be the recovery goal in the Colorado River, a new population baseline would be established to determine a positive or negative population response.

When population estimates for wild adult humpback chub are finalized, it would also be used to determine population response. As outlined in Appendix D, Colorado pikeminnow and humpback chub population estimates will serve as surrogates for razorback sucker and bonytail to assess the status of their populations for 10 years. Recovery goals for all four species are expected to be developed in the year 2000. If a population meets or exceeds the numeric goal for that species, it will be considered to exhibit a positive response. However, short of reaching a specific recovery goal, trends in certain populations indices provide an interim assessment of a species' progress toward recovery. This review will begin when actual depletion levels from the first depletion block reach 50,000 acre-feet/year or the year 2015, whichever comes first.

Calculation of actual depletions is to be accomplished using Cameo gage records and State Division of Water Resources data (Appendix B). The review will include a determination if all the Recovery actions have been satisfactorily completed, that all ongoing Recovery actions are continuing, and the status of the endangered fish species. If it is determined that the Recovery

actions have all been completed and the status of all four endangered fish species has improved (based on criteria in Appendix D), then the Service intends that this opinion would remain in effect for new depletions up to 120,000 acre-feet/year (total of both 60,000 acre-feet blocks of Category 2 depletions).

Monitoring, as explained in Appendix D, will be ongoing to determine if a population estimate of 1,100 (± one confidence interval) adult Colorado pikeminnow is maintained.  If it is not maintained, this would be considered new information and section 7 would have to be reinitiated. Population baselines will be adjusted as population estimates change.  If the adult Colorado pikeminnow population estimates increase during the next 15 years, a new population baseline would be established to determine a positive or negative population response.  If the population estimate for Colorado pikeminnow in the year 2015 is greater than 1,100 adults, then the higher number would be used to establish a new population baseline. These numeric values may be revised as new information becomes available. Revisions will be made to Appendix D as needed.

If the 50,000 acre-foot or 2015 review indicates that either the recovery actions specified in this opinion have not been completed or that the status of all four fish species has not sufficiently improved, the Service intends to reinitiate consultation on the Recovery Program to specify additional measures to be taken by the Recovery Program to avoid the likelihood of jeopardy and/or adverse modification of critical habitat for depletions associated with the second 60,000 acre-feet/year block.  Any additional measures will be evaluated every 5 years.  If other measures are determined by the Service or the Recovery Program to be needed for recovery prior to the review, they can be added to the Recovery Action Plan according to standard procedures, outlined in that plan.  If the Recovery Program is unable to complete those actions which the Service has determined to be required for the second 60,000 acre-feet/year, consultation on projects with a Federal nexus may be reinitiated in accordance with Endangered Species Act regulations and this opinion's reinitiation requirements. The Service may also reinitiate consultation on the Recovery Program if fish populations do not improve according to the criteria in Appendix D or if any positive response achieved prior to the 50,000 acre-foot or the year 2015 review is not maintained.  Failure to maintain a positive response, whenever achieved, will be considered a negative response.

If the Service reinitiates consultation, it will first provide information on the status of the species and recommendations for improving population numbers to the Recovery Program.  Only if the Recovery Program does not implement recovery actions to improve the status of the species, will the Service reinitiate consultation with individual projects. The Service will reinitiate consultation first on Category 2 projects and second on Category 1 projects.  The Service will only reinitiate consultations on Category 1 depletions if Category 2 depletion impacts are offset to the full extent of the capability of the covered projects as determined by the Service, and the likelihood of jeopardy and/or adverse modification of critical habitat still cannot be avoided.  The Service intends to reinitiate consultations simultaneously on all depletions within the applicable category.

77

All individual consultations conducted under this programmatic opinion will contain language requesting the applicable Federal agency to retain sufficient authority to reinitiate consultation should reinitiation become necessary.  The recovery agreements to be signed by non-Federal entities who rely on the Recovery Program to avoid the likelihood of jeopardy and/or adverse modification of critical habitat for depletion impacts related to their projects will provide that such non-Federal entities also must request the Federal agency to retain such authority. Non-Federal entities will agree by means of recovery agreements to participate during reinitiated consultations in finding solutions to the problem which triggered the reinitiation of consultation.

PGelatt:PBO12-13.wpd:121399

LITERATURE CITED

Abbott, C. C. 1861. Descriptions of four new species of North American Cyprinidae. Proceedings of the Philadelphia Academy of Natural Sciences 12(1860):473-474.

Anderson, R. 1997. An evaluation of fish community structure and habitat potential for Colorado squawfish and razorback sucker in the unoccupied reach (Palisade to Rifle) of the Colorado River, 1993-1995. Draft report. Colorado Division of Wildlife, Fort Collins, Federal Aid Project SE-3. 81 pp.

Anderson, R. 1998. Evaluation of Gunnison River flow manipulation upon larval production of Colorado squawfish in the Gunnison and Colorado River, Colorado. Draft Report. Colorado Division of Wildlife, Fort Collins.

Archer, D. L., L. R. Kaeding, B. D. Burdick, and C. W. McAda. 1985. A study of the endangered fishes of the Upper Colorado River. Final Report - Cooperative Agreement 14-16-0006-82-959. U.S. Department of the Interior, Fish and Wildlife Service, Grand Junction, Colorado. 134 pp.

Baird, S. F., and C. Girard. 1853. Fishes. In Report of an expedition down the Zuni and Colorado Rivers, by Capt. L. Sitgreaves, pp. 148-152. Washington, D.C.: U.S. Senate Executive Document 59, Thirty-third cong., second sess.

Behnke, R. J. 1980. The impacts of habitat alterations on the endangered and threatened fishes of the Upper Colorado River Basin: A discussion. In Energy Development in the Southwest: Problems of water, fish, and wildlife in the Upper Colorado River Basin. vol.2, ed. W. O. Spofford. Jr., A. L. Parker, and A. V. Kneese, pp. 182-192. Research Paper R-18. Washington, D.C.: Resources for the Future.

Behnke, R. J., and D. E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Ext. Serv. Bull. 503A, Colorado State University, Fort Collins. 38 pp.

Bestgen, K. R. 1990. Status Review of the Razorback Sucker, Xyrauchen texanus. Larval Fish Laboratory #44. Colorado State University, Ft. Collins.

Bestgen, K. R., R. T. Muth, and M. A. Trammell. 1998. Downstream transport of Colorado squawfish larvae in the Green River drainage: temporal and spatial variation in abundance and relationships with juvenile recruitment. Colorado State University, Ft. Collins. Recovery Program Project Number 32.

Black, T., and R. V. Bulkley. 1985a. Preferred temperature of yearling Colorado squawfish. Southwestern Naturalist 30:95-100.

Black, T., and R. V. Bulkley. 1985b. Growth rate of yearling Colorado squawfish at different water temperatures. Southwestern Naturalist 30:253-257.

Bliesner, R, and V. A. Lamarra. 1995. San Juan River habitat studies. Annual Report. Keller-Bliesner Engineering and Ecosystems Research Institute, Logan, Utah. 68 pp.

Bulkley, R. V., C. R. Berry, R. Pimental, and T. Black. 1981. Tolerance and Preferences of Colorado River Endangered Fishes to Selected Habitat Parameters: Final Completion Report. Logan, UT, Utah State University. Utah Cooperative Fishery Research Unit: 83.

Burdick, B. D. 1992. A plan to evaluate stocking to augment or restore razorback suckers in the Upper Colorado River. U.S. Fish and Wildlife Service, Final Report, Grand Junction, Colorado. 56 pp.

Burdick, B. D. 1995. Ichthyofaunal studies of the Gunnison River, Colorado, 1992-1994. Final Report prepared for the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado. 60 pp. + appendix.

Burdick, B. D. and L. R. Kaeding. 1985. Reproductive ecology of the humpback chub and the roundtail chub in the Upper Colorado River. Proceedings of the Annual Conference of Western Association of Game and Fish Agencies. 65:163 (abstract).

Burdick, B. D. 1997. Minimum Flow Recommendation for Passage of Colorado Squawfish and Razorback Sucker in the 2.3-mile Reach of the Lower Gunnison River: Redlands Diversion Dam to the Colorado Confluence, Colorado River Recovery Program: 39+.

Burdick, B. D. 1999. Evaluation of Fish Passage at the Grand Valley Irrigation Company Diversion Dam on the Colorado River Near Palisade, Colorado. Final Report prepared for the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado. 13 pp + appendices.

Carlson, C. A., and R. T. Muth. 1989. The Colorado River: lifeline of the American Southwest. Pages 220-239 in D.P. Dodge, ed. Proceedings of the International Large River Symposium. Canadian Special Publication of Fisheries and Aquatic Sciences 106, Ottawa.

Chamberlain, F. W. 1904. Unpublished field notes on file at Smithsonian Institution, Washington, D.C. 70 pp.

Chart, T. E., and L. D. Lentsch. 1999. Flow Effects on Humpback Chub (*Gila cypha*) in Westwater Canyon. Final Report to the Recovery Program for the Endangered Fishes in