**NPL**: The **N**ational **P**riorities **L**ist.  (Which is part of **Superfund**.)  A list kept by the U.S. Environmental Protection Agency (EPA) of the most serious, uncontrolled or abandoned hazardous waste sites in the country.  An NPL site needs to be cleaned up or is being looked at to see if people can be exposed to chemicals from the site.

**NOAEL**: **N**o **O**bserved **A**dverse **E**ffect **L**evel.  The highest dose of a chemical in a study, or group of studies, that did not cause harmful health effects in people or animals.

**No Apparent Public Health Hazard**: The category is used in ATSDR's Public Health Assessment documents for sites where exposure to site-related chemicals may have occurred in the past or is still occurring but the exposures are not at levels expected to cause adverse health effects.

**No Public Health Hazard**: The category is used in ATSDR's Public Health Assessment documents for sites where there is evidence of an absence of exposure to site-related chemicals.

**PHA**: **P**ublic **H**ealth **A**ssessment.  A report or document that looks at chemicals at a hazardous waste site and tells if people could be harmed from coming into contact with those chemicals. The PHA also tells if possible further public health actions are needed.

**Point of Exposure**: The place where someone can come into contact with a contaminated environmental medium (air, water, food or soil).  Some examples include: the area of a playground that has contaminated dirt, a contaminated spring used for drinking water, the location where fruits or vegetables are grown in contaminated soil, or the backyard area where someone might breathe contaminated air.

**Population**: A group of people living in a certain area; or the number of people in a certain area.

**Public Health Assessment(s)**: See **PHA**.

**Public Health Hazard**: The category is used in PHAs for sites that have certain physical features or evidence of chronic, site-related chemical exposure that could result in adverse health effects.

**Public Health Hazard Criteria**: PHA categories given to a site which tell whether people could be harmed by conditions present at the site. Each is defined in the Glossary.  The categories are:
- o  Urgent Public Health Hazard
- o  Public Health Hazard
- o  Indeterminate Public Health Hazard
- o  No Apparent Public Health Hazard
- o  No Public Health Hazard

**Receptor Population**: People who live or work in the path of one or more chemicals, and who could come into contact with them (See **Exposure Pathway**).



Garfield County                                                                Health Consultation

**Reference Dose (RfD)**: An estimate, with safety factors (see **safety factor**) built in, of the daily, lifetime exposure of human populations to a possible hazard that is <u>not</u> likely to cause harm to the person.

**Relative Bioavailability**: The amount of a compound that can be absorbed from a particular medium (such as soil) compared to the amount absorbed from a reference material (such as water).  Expressed in percentage form.

**Route of Exposure**: The way a chemical can get into a person's body.  There are three exposure routes:
- o   Breathing (also called inhalation),
- o   Eating or drinking (also called ingestion), and/or
- o   Getting something on the skin (also called dermal contact).

**Safety Factor**: Also called **Uncertainty Factor**.  When scientists don't have enough information to decide if an exposure will cause harm to people, they use "safety factors" and formulas in place of the information that is not known.  These factors and formulas can help determine the amount of a chemical that is <u>not</u> likely to cause harm to people.

**SARA**: The **S**uperfund **A**mendments and **R**eauthorization **A**ct in 1986 amended CERCLA and expanded the health-related responsibilities of ATSDR.  CERCLA and SARA direct ATSDR to look into the health effects from chemical exposures at hazardous waste sites.

**Sample**: A small number of people chosen from a larger population (See **Population**).

**Source (of Contamination)**: The place where a chemical comes from, such as a landfill, pond, creek, incinerator, tank, or drum.  Contaminant source is the first part of an **Exposure Pathway**.

**Special Populations**: People who may be more sensitive to chemical exposures because of certain factors such as age, a disease they already have, occupation, sex, or certain behaviors (like cigarette smoking).  Children, pregnant women, and older people are often considered special populations.

**Statistics**: A branch of the math process of collecting, looking at, and summarizing data or information.

**Superfund Site**: See **NPL**.

**Survey**: A way to collect information or data from a group of people (**population**).  Surveys can be done by phone, mail, or in person.  ATSDR cannot do surveys of more than nine people without approval from the U.S. Department of Health and Human Services.

**Synergistic effect**: A health effect from an exposure to more than one chemical, where one of the chemicals worsens the effect of another chemical.  The combined effect of the chemicals acting together is greater than the effects of the chemicals acting by themselves.

**Toxic**: Harmful.  Any substance or chemical can be toxic at a certain dose (amount).  The dose is what determines the potential harm of a chemical and whether it would cause someone to get sick.

**Toxicology**: The study of the harmful effects of chemicals on humans or animals.

**Tumor**: Abnormal growth of tissue or cells that have formed a lump or mass.

**Uncertainty Factor**: See **Safety Factor**.

**Urgent Public Health Hazard**: This category is used in ATSDR's Public Health Assessment documents for sites that have certain physical features or evidence of short-term (less than 1 year), site-related chemical exposure that could result in adverse health effects and require quick intervention to stop people from being exposed.



Garfield County                                                    Health Consultation

## Appendix B.  Photographs and Maps

**Figure 5.  Location of Oil and Gas Wells in Garfield County**



Garfield County Ambient Air Quality                    Garfield County,  CO

**Figure 6.  Location of Fixed Monitoring Stations in Garfield County**



Garfield County                                    Health Consultation

**Figure 7. Location of Grab Samples Taken in Garfield County**



Garfield County Ambient Air Quality                                    Garfield County, CO

**Figure 8.  Glenwood Springs - Courthouse Monitoring Station, Looking Northeast**



**Figure 9.  New Castle – Library Monitoring Station, Looking West-southwest**



**Figure 10.  Rifle – Henry Building Monitoring Station, Looking South-southwest**



Garfield County                                                Health Consultation

**Figure 11.  Parachute Monitoring Station, Looking South-southwest**



**Figure 12.  Silt – Bell Ranch Monitoring Station, Looking West**



**Figure 13.  Silt – Daley Ranch Monitoring Station, Looking West-southwest**



**Figure 14.  Silt – Cox Ranch Monitoring Station, Looking West**



**Figure 15.  Butterfly Monitoring Station**



**Figure 16.  Brock Monitoring Station**



**ATSDR**
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

Garfield County                                                    Health Consultation

**Figure 17.  Isley Monitoring Station**



**Figure 18.  West Landfill Monitoring Station**



**Figure 19.  Sebold Monitoring Station**



**Garfield County Ambient Air Quality**                                    **Garfield County, CO**

**Figure 20.  Haire Monitoring Station**





Garfield County                                                    Health Consultation

**Appendix C.  Data Summary and Selection of Contaminants of Potential Concern (COPCs)**

**Garfield County Ambient Air Quality**                    **Garfield County, CO**

## Table C1. Summary of available data

| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
|---|---|---|---|---|---|---|---|
| **Glenwood Springs-Courthouse (8 samples)** NOTE: listed compounds were detected in at least 4% of the samples | 67-64-1 | Acetone | 37.0 | 18.3 | 37.0 | 4.3 | 75.0% |
| | 75-09-2 | Methylene chloride | 2.3 | 1.1 | 2.3 | 0.8 | 12.5% |
| | 108-05-4 | Vinyl Acetate | 6.2 | 2.0 | 6.2 | 0.8 | 25.0% |
| | 78-93-3 | 2-Butanone (MEK) | 3.9 | 2.0 | 3.9 | 0.8 | 62.5% |
| | 71-43-2 | Benzene | 3.5 | 1.2 | 3.5 | 0.8 | 12.5% |
| | 108-88-3 | Toluene | 57.0 | 10.4 | 57.0 | 2.4 | 100.0% |
| | 136777-61-2 | *m,p*-Xylenes | 5.4 | 2.5 | 5.4 | 0.8 | 50.0% |
| | 106-46-7 | 1,4-Dichlorobenzene | 12.0 | 2.3 | 12.0 | 0.8 | 12.5% |
| **Location** | **CAS#** | **Compound** | **EPC µg/m³** | **AVG µg/m³** | **MAX µg/m³** | **MIN µg/m³** | **% Detected** |
| **New Castle-Library (21 samples)** NOTE: listed compounds were detected in at least 4% of the samples | 67-64-1 | Acetone | 23.33 | 15.8 | 73.0 | 3.6 | 71.4% |
| | 75-09-2 | Methylene chloride | 2.767 | 1.2 | 8.4 | 0.7 | 4.8% |
| | 108-05-4 | Vinyl Acetate | 4.443 | 1.7 | 14.0 | 0.7 | 14.3% |
| | 78-93-3 | 2-Butanone (MEK) | 2.719 | 1.7 | 4.5 | 0.7 | 42.9% |
| | 71-43-2 | Benzene | 4.931 | 2.0 | 15.0 | 0.8 | 33.3% |
| | 108-88-3 | Toluene | 54.550 | 8.6 | 100.0 | 0.8 | 90.5% |
| | 100-41-4 | Ethylbenzene | 1.173 | 1.0 | 3.1 | 0.7 | 4.8% |
| | 136777-61-2 | *m,p*-Xylenes | 2.993 | 2.3 | 6.6 | 0.8 | 66.7% |
| | 95-47-6 | o-Xylene | 1.159 | 1.0 | 3.0 | 0.7 | 4.8% |
| | 106-46-7 | 1,4-Dichlorobenzene | 2.888 | 1.2 | 8.8 | 0.7 | 4.8% |
| **Location** | **CAS#** | **Compound** | **EPC µg/m³** | **AVG µg/m³** | **MAX µg/m³** | **MIN µg/m³** | **% Detected** |
| **Silt-Cox (8 samples)** NOTE: listed compounds were detected in at least 4% of the samples | 67-64-1 | Acetone | 32.0 | 18.1 | 32.0 | 4.1 | 87.5% |
| | 108-05-4 | Vinyl Acetate | 7.9 | 2.1 | 7.9 | 0.8 | 25.0% |
| | 78-93-3 | 2-Butanone (MEK) | 2.9 | 1.9 | 2.9 | 0.8 | 62.5% |
| | 71-43-2 | Benzene | 1.9 | 1.0 | 1.9 | 0.8 | 12.5% |
| | 108-88-3 | Toluene | 10.0 | 2.6 | 10.0 | 0.8 | 50.0% |
| | 136777-61-2 | *m,p*-Xylenes | 4.2 | 1.5 | 4.2 | 0.8 | 25.0% |
| **Location** | **CAS#** | **Compound** | **EPC µg/m³** | **AVG µg/m³** | **MAX µg/m³** | **MIN µg/m³** | **% Detected** |
| **Butterfly (21 samples)** NOTE: listed compounds were detected in at least 4% of the samples | 67-64-1 | Acetone | 21.95 | 17.1 | 61.0 | 4.0 | 85.7% |
| | 108-05-4 | Vinyl Acetate | 4.210 | 2.0 | 9.7 | 0.8 | 23.8% |
| | 78-93-3 | 2-Butanone (MEK) | 2.523 | 1.6 | 4.1 | 0.8 | 42.9% |
| | 71-43-2 | Benzene | 3.739 | 2.0 | 7.7 | 0.8 | 38.1% |
| | 108-88-3 | Toluene | 10.360 | 6.8 | 43.0 | 0.9 | 85.7% |
| | 100-41-4 | Ethylbenzene | 0.992 | 0.9 | 1.7 | 0.8 | 4.8% |
| | 136777-61-2 | *m,p*-Xylenes | 15.340 | 4.1 | 19.0 | 0.8 | 47.6% |
| | 95-47-6 | o-Xylene | 1.430 | 1.2 | 3.1 | 0.8 | 19.0% |
| | 106-46-7 | 1,4-Dichlorobenzene | 3.180 | 1.3 | 9.9 | 0.8 | 4.8% |

**ATSDR**
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

Garfield County                                                    Health Consultation

## Table C1.  Summary of available data, continued

| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
|---|---|---|---|---|---|---|---|
| **Silt-Bell (24 samples)** | 67-64-1 | Acetone | 26.850 | 19.2 | 57.0 | 4.1 | 87.5% |
| | 108-05-4 | Vinyl Acetate | 4.953 | 2.1 | 13.0 | 0.8 | 16.7% |
| | 78-93-3 | 2-Butanone (MEK) | 4.515 | 2.5 | 9.8 | 0.8 | 58.3% |
| | 71-43-2 | Benzene | 3.555 | 2.0 | 7.4 | 0.8 | 41.7% |
| | 108-88-3 | Toluene | 8.669 | 6.2 | 27.0 | 0.9 | 95.8% |
| NOTE: listed | 591-78-6 | 2-Hexanone | 1.314 | 1.0 | 4.4 | 0.8 | 4.2% |
| compounds were | 136777-61-2 | *m,p*-Xylenes | 4.329 | 3.2 | 14.0 | 0.8 | 66.7% |
| detected in at least | 95-47-6 | o-Xylene | 1.069 | 1.0 | 2.3 | 0.8 | 4.2% |
| 4% of the samples | 106-46-7 | 1,4-Dichlorobenzene | 1.071 | 1.0 | 2.3 | 0.8 | 4.2% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Silt-Daley (8 samples)** | 67-64-1 | Acetone | 21.0 | 12.1 | 21.0 | 4.4 | 87.5% |
| | 108-05-4 | Vinyl Acetate | 3.2 | 1.2 | 3.2 | 0.8 | 12.5% |
| NOTE: listed | 78-93-3 | 2-Butanone (MEK) | 3.7 | 1.6 | 3.7 | 0.8 | 37.5% |
| compounds were | 108-88-3 | Toluene | 27.0 | 5.1 | 27.0 | 0.8 | 37.5% |
| detected in at least | 136777-61-2 | *m,p*-Xylenes | 4.9 | 1.4 | 4.9 | 0.8 | 12.5% |
| 4% of the samples | 106-46-7 | 1,4-Dichlorobenzene | 4.6 | 1.4 | 4.6 | 0.8 | 12.5% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Rifle-Henry Bldg. (23 samples)** | 67-64-1 | Acetone | 27.790 | 23.1 | 55.0 | 4.1 | 95.7% |
| | 108-05-4 | Vinyl Acetate | 12.630 | 3.3 | 15.0 | 0.8 | 26.1% |
| | 78-93-3 | 2-Butanone (MEK) | 4.081 | 3.0 | 12.0 | 0.8 | 65.2% |
| | 71-43-2 | Benzene | 3.658 | 2.9 | 6.9 | 0.8 | 78.3% |
| | 108-88-3 | Toluene | 10.200 | 8.6 | 19.0 | 2.6 | 100.0% |
| | 591-78-6 | 2-Hexanone | 1.204 | 1.0 | 3.0 | 0.8 | 4.3% |
| NOTE: listed | 127-18-4 | Tetrachloroethene | 1.135 | 1.0 | 2.3 | 0.8 | 4.3% |
| compounds were | 100-41-4 | Ethylbenzene | 1.188 | 1.0 | 2.2 | 0.8 | 8.7% |
| detected in at least | 136777-61-2 | *m,p*-Xylenes | 6.916 | 5.9 | 12.0 | 1.7 | 100.0% |
| 4% of the samples | 95-47-6 | o-Xylene | 2.146 | 1.4 | 3.0 | 0.8 | 34.8% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Brock (22 samples)** | 67-64-1 | Acetone | 24.700 | 19.5 | 56.0 | 4.4 | 86.4% |
| | 108-05-4 | Vinyl Acetate | 4.759 | 2.1 | 13.0 | 0.8 | 22.7% |
| | 78-93-3 | 2-Butanone (MEK) | 3.098 | 2.4 | 6.7 | 0.9 | 63.6% |
| NOTE: listed | 71-43-2 | Benzene | 13.270 | 3.9 | 49.0 | 0.9 | 45.5% |
| compounds were | 108-88-3 | Toluene | 69.940 | 11.6 | 130.0 | 0.9 | 90.9% |
| detected in at least | 100-41-4 | Ethylbenzene | 1.432 | 1.2 | 3.4 | 0.8 | 9.1% |
| 4% of the samples | 136777-61-2 | *m,p*-Xylenes | 4.425 | 3.2 | 12.0 | 0.9 | 63.6% |
| | 95-47-6 | o-Xylene | 1.309 | 1.1 | 2.7 | 0.8 | 9.1% |

Garfield County Ambient Air Quality                                    Garfield County, CO

## Table C1.  Summary of available data, continued

| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
|---|---|---|---|---|---|---|---|
| **Isley (20 samples)** | 67-64-1 | Acetone | 21.20 | 15.2 | 51.0 | 4.0 | 65.0% |
| | 75-09-2 | Methylene chloride | 1.043 | 0.9 | 1.8 | 0.8 | 5.0% |
| | 108-05-4 | Vinyl Acetate | 4.962 | 2.4 | 8.5 | 0.8 | 35.0% |
| | 78-93-3 | 2-Butanone (MEK) | 3.254 | 1.9 | 6.0 | 0.8 | 55.0% |
| | 71-43-2 | Benzene | 1.385 | 1.2 | 3.0 | 0.8 | 20.0% |
| NOTE: listed compounds were detected in at least 4% of the samples | 108-88-3 | Toluene | 4.939 | 4.1 | 10.0 | 2.2 | 100.0% |
| | 136777-61-2 | *m,p*-Xylenes | 2.517 | 2.0 | 4.8 | 0.8 | 55.0% |
| | 100-42-5 | Styrene | 1.639 | 1.2 | 6.0 | 0.8 | 5.0% |
| | 106-46-7 | 1,4-Dichlorobenzene | 1.639 | 1.2 | 6.0 | 0.8 | 5.0% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Thompson (3 samples)** | 67-64-1 | Acetone | 15.0 | 11.2 | 15.0 | 4.5 | 66.7% |
| | 78-93-3 | 2-Butanone (MEK) | 2.1 | 1.3 | 2.1 | 0.9 | 33.3% |
| NOTE: listed compounds were detected in at least 4% of the samples | 108-88-3 | Toluene | 3.8 | 3.3 | 3.8 | 2.3 | 100.0% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **West Landfill (23 samples)** | 67-64-1 | Acetone | 32.360 | 24.5 | 80.0 | 3.9 | 87.0% |
| | 75-09-2 | Methylene chloride | 1.232 | 1.0 | 3.5 | 0.8 | 4.3% |
| | 108-05-4 | Vinyl Acetate | 4.384 | 2.1 | 11.0 | 0.8 | 30.4% |
| | 78-93-3 | 2-Butanone (MEK) | 4.011 | 2.3 | 6.6 | 0.8 | 52.2% |
| | 71-43-2 | Benzene | 4.981 | 4.4 | 7.5 | 0.8 | 95.7% |
| NOTE: listed compounds were detected in at least 4% of the samples | 108-88-3 | Toluene | 16.09 | 14.1 | 26.0 | 2.4 | 100.0% |
| | 591-78-6 | 2-Hexanone | 1.330 | 1.1 | 2.7 | 0.8 | 13.0% |
| | 100-41-4 | Ethylbenzene | 1.151 | 1.0 | 2.9 | 0.8 | 4.3% |
| | 136777-61-2 | *m,p*-Xylenes | 13.420 | 11.5 | 24.0 | 1.8 | 100.0% |
| | 95-47-6 | o-Xylene | 2.303 | 1.5 | 4.3 | 0.8 | 30.4% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Sebold (21 samples)** | 67-64-1 | Acetone | 24.260 | 18.1 | 58.0 | 3.6 | 76.2% |
| | 108-05-4 | Vinyl Acetate | 4.154 | 2.1 | 8.8 | 0.7 | 33.3% |
| | 78-93-3 | 2-Butanone (MEK) | 3.853 | 2.8 | 8.1 | 0.7 | 66.7% |
| | 71-43-2 | Benzene | 1.286 | 1.1 | 2.7 | 0.8 | 14.3% |
| | 108-88-3 | Toluene | 5.246 | 3.9 | 10.0 | 0.8 | 90.5% |
| NOTE: listed compounds were detected in at least 4% of the samples | 591-78-6 | 2-Hexanone | 1.104 | 1.0 | 2.1 | 0.7 | 4.8% |
| | 136777-61-2 | *m,p*-Xylenes | 3.037 | 2.6 | 5.1 | 0.8 | 81.0% |
| | 106-46-7 | 1,4-Dichlorobenzene | 1.230 | 1.0 | 3.0 | 0.7 | 4.8% |

Garfield County                                                      Health Consultation

## Table C1.  Summary of available data, continued

| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
|---|---|---|---|---|---|---|---|
| **Haire (22 samples)** | | | | | | | |
| | 67-64-1 | Acetone | 20.56 | 15.8 | 56.0 | 4.3 | 77.3% |
| | 108-05-4 | Vinyl Acetate | 3.482 | 1.6 | 8.6 | 0.8 | 13.6% |
| | 78-93-3 | 2-Butanone (MEK) | 2.723 | 1.7 | 4.1 | 0.8 | 50.0% |
| | 108-88-3 | Toluene | 8.334 | 3.3 | 27.0 | 0.9 | 77.3% |
| NOTE: listed compounds were detected in at least 4% of the samples | 71-43-2 | Benzene | 1.143 | 1.0 | 2.3 | 0.8 | 9.1% |
| | 127-18-4 | Tetrachloroethene | 1.135 | 0.9 | 1.7 | 0.8 | 4.5% |
| | 100-41-4 | Ethylbenzene | 1.005 | 0.9 | 1.7 | 0.8 | 4.5% |
| | 136777-61-2 | *m,p*-Xylenes | 2.451 | 1.5 | 5.0 | 0.8 | 31.8% |
| | 100-42-5 | Styrene | 1.018 | 0.9 | 1.8 | 0.8 | 4.5% |
| Location | CAS# | Compound | EPC µg/m³ | AVG µg/m³ | MAX µg/m³ | MIN µg/m³ | % Detected |
| **Parachute (8 samples)** | | | | | | | |
| | 67-64-1 | Acetone | 46.0 | 20.9 | 46.0 | 6.5 | 87.5% |
| | 75-69-4 | Trichlorofluoromethane | 26.0 | 4.0 | 26.0 | 0.8 | 12.5% |
| | 108-05-4 | Vinyl Acetate | 12.0 | 2.4 | 12.0 | 0.8 | 25.0% |
| | 78-93-3 | 2-Butanone (MEK) | 7.2 | 2.6 | 7.2 | 0.8 | 62.5% |
| | 71-43-2 | Benzene | 5.1 | 3.0 | 5.1 | 0.8 | 62.5% |
| NOTE: listed compounds were detected in at least 4% of the samples | 79-01-6 | Trichloroethene | 2.7 | 1.2 | 2.7 | 0.8 | 12.5% |
| | 108-88-3 | Toluene | 13.0 | 10.0 | 13.0 | 2.1 | 100.0% |
| | 591-78-6 | 2-Hexanone | 2.1 | 1.1 | 2.1 | 0.8 | 12.5% |
| | 136777-61-2 | *m,p*-Xylenes | 11.0 | 6.6 | 11.0 | 0.8 | 87.5% |
| | 95-47-6 | o-Xylene | 1.9 | 1.1 | 1.9 | 0.8 | 12.5% |
| | 106-46-7 | 1,4-Dichlorobenzene | 2.2 | 1.1 | 2.2 | 0.8 | 12.5% |

Garfield County Ambient Air Quality                                   Garfield County, CO

## Table C2.  Summary of Available Data Collected from Grab Samples, all sites

| Compound | Avg | Max | Min | % Detects |
|---|---|---|---|---|
| | µg/m³ | µg/m³ | µg/m³ | |
| Chloromethane | 1.5 | 15.0 | 0.7 | 3.7% |
| Acetone | 26.0 | 81.0 | 3.7 | 77.8% |
| Trichlorofluoromethane | 1.5 | 15.0 | 0.7 | 7.4% |
| Vinyl Acetate | 2.5 | 15.0 | 0.7 | 14.8% |
| 2-Butanone (MEK) | 3.0 | 15.0 | 0.8 | 70.4% |
| Chloroform | 1.5 | 15.0 | 0.7 | 3.7% |
| Benzene | 28.2 | 180.0 | 0.8 | 92.6% |
| Toluene | 91.4 | 540.0 | 0.8 | 92.6% |
| 2-Hexanone | 1.7 | 15.0 | 0.7 | 14.8% |
| Ethylbenzene | 8.3 | 96.0 | 0.8 | 63.0% |
| *m,p*-Xylenes | 106.6 | 1500.0 | 0.8 | 92.6% |
| o-Xylene | 18.1 | 260.0 | 0.8 | 81.5% |

## Table C2.  Summary of Available Data Collected from Grab Samples, all sites, continued

| Compound | W-27-3 | Ferguson | Bell | West Landfill | Bell (2) | CR 326 | CR 326 (2) | Trulove | 1921 CR 322 | Hooker Pad | Trulove (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ |
| Chloromethane | | 2.2 | | | | | | | | | |
| Acetone | 18.0 | | 49.0 | 13.0 | 50.0 | 81.0 | | | 17.0 | | 45.0 |
| Trichlorofluoromethane | | | | | | | | 1.5 | | | |
| Vinyl Acetate | 5.9 | | | | | | | | | | |
| 2-Butanone (MEK) | 2.2 | 1.9 | | 1.5 | 10.0 | | | 1.5 | 1.7 | | 4.3 |
| Chloroform | | 1.6 | | | | | | | | | |
| Benzene | | 4.5 | 21.0 | 4.0 | 10.0 | 67.0 | 180.0 | 29.0 | 5.1 | 68.0 | 56.0 |
| Toluene | | 22.0 | 35.0 | 11.0 | 60.0 | 190.0 | 540.0 | 74.0 | 19.0 | 440.0 | 120.0 |
| 2-Hexanone | | | | | | | | | | | |
| Ethylbenzene | | 2.7 | | | 7.8 | 9.5 | 28.0 | 3.7 | | 96.0 | 5.6 |
| *m,p*-Xylenes | | 33.0 | 13.0 | 7.6 | 69.0 | 97.0 | 290.0 | 37.0 | 12.0 | 1500.0 | 75.0 |
| o-Xylene | | 5.9 | | | 13.0 | 16.0 | 46.0 | 6.0 | 1.6 | 260.0 | 12.0 |

ATSDR

Garfield County                                                      Health Consultation

**Table C2.  Summary of Available Data Collected from Grab Samples, all sites, continued**

| Compound | Smith | Bell (3) | Trulove (3) | Kelly | Trulove (4) | Trulove @ Kitchen Door | Trulove (5) | Dardynski | Grass Mesa Smoke Plume | Hoffmeister |
|---|---|---|---|---|---|---|---|---|---|---|
| | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ |
| Chloromethane | | | | | | | | | | |
| Acetone | 29.0 | 39.0 | 11.0 | 65.0 | 26.0 | 14.0 | 15.0 | 12.0 | 10.0 | |
| Trichlorofluoromethane | | | | | | | | 1.8 | | |
| Vinyl Acetate | | 9.4 | | 15.0 | | | | 3.2 | | |
| 2-Butanone (MEK) | 2.4 | 2.6 | | 9.2 | 3.4 | 1.9 | 2.3 | 1.7 | | |
| Chloroform | | | | | | | | | | |
| Benzene | 11.0 | 3.6 | 15.0 | 4.5 | 5.0 | 73.0 | 3.6 | 22.0 | 1.5 | 130.0 |
| Toluene | 55.0 | 26.0 | 53.0 | 15.0 | 14.0 | 150.0 | 15.0 | 78.0 | 3.0 | 390.0 |
| 2-Hexanone | | | | 1.9 | 2.4 | | | | | |
| Ethylbenzene | 5.3 | 3.9 | 1.9 | | | 6.0 | | 8.4 | | 26.0 |
| *m,p*-Xylenes | 66.0 | 42.0 | 22.0 | 15.0 | 11.0 | 67.0 | 16.0 | 86.0 | 2.6 | 290.0 |
| o-Xylene | 11.0 | 7.3 | 3.3 | 2.4 | 1.5 | 9.8 | 2.8 | 16.0 | | 48.0 |

**Table C2.  Summary of Available Data Collected from Grab Samples, all sites, continued**

| Compound | Hughes | Bell (4) | Hughes (2) | Kochevar | Bell (5) | Bell/Curry |
|---|---|---|---|---|---|---|
| | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ | µg/m³ |
| Chloromethane | | | | | | |
| Acetone | 25.0 | 8.2 | 9.6 | | 38.0 | 30.0 |
| Trichlorofluoromethane | | | | | | |
| Vinyl Acetate | | | | | | |
| 2-Butanone (MEK) | 3.1 | 2.4 | 1.7 | | 2.3 | 1.7 |
| Chloroform | | | | | | |
| Benzene | 2.9 | 9.6 | 11.0 | 6.9 | 16.0 | |
| Toluene | 20.0 | 28.0 | 43.0 | 23.0 | 43.0 | |
| 2-Hexanone | 2.6 | 2.7 | | | | |
| Ethylbenzene | 1.6 | 1.5 | 3.7 | | 2.1 | |
| *m,p*-Xylenes | 19.0 | 17.0 | 45.0 | 21.0 | 24.0 | |
| o-Xylene | 3.1 | 2.7 | 7.5 | 3.4 | 3.8 | |

## Table C3.  Compounds Not Detected in Analysis of Grab Samples, all sites

| CAS # | Compound |
|---|---|
|  |  |
| 75-01-4 | Vinyl Chloride |
| 74-83-9 | Bromomethane |
| 75-00-3 | Chloroethane |
| 75-35-4 | 1,1-Dichloroethene |
| 75-09-2 | Methylene chloride |
| 76-13-1 | Trichlorotrifluoroethane |
| 75-15-0 | Carbon Disulfide |
| 156-60-5 | trans-1,2-Dichloroethene |
| 75-34-3 | 1,1-Dichloroethane |
| 1634-04-4 | Methyl tert-Butyl Ether |
| 156-59-2 | cis-1,2-Dichloroethene |
| 107-06-2 | 1,2-Dichloroethane |
| 71-55-6 | 1,1,1-Trichloroethane |
| 56-23-5 | Carbon Tetrachloride |
| 78-87-5 | 1,2-Dichloropropane |
| 75-27-4 | Bromodichloromethane |
| 79-01-6 | Trichloroethene |
| 10061-01-5 | cis-1,3-Dichloropropene |
| 108-10-1 | 4-Methyl-2-pentanone |
| 10061-02-6 | trans-1,3-Dichloropropene |
| 79-00-5 | 1,1,2-Trichloroethane |
| 124-48-1 | Dibromochloromethane |
| 106-93-4 | 1,2-Dibromoethane |
| 127-18-4 | Tetrachloroethene |
| 108-90-7 | Chlorobenzene |
| 75-25-2 | Bromoform |
| 100-42-5 | Styrene |
| 79-34-5 | 1,1,2,2-Tetrachloroethane |
| 541-73-1 | 1,3-Dichlorobenzene |
| 106-46-7 | 1,4-Dichlorobenzene |
| 95-50-1 | 1,2-Dichlorobenzene |

**ATSDR**
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

Garfield County                                                                Health Consultation

**Table C4.  Selection of Contaminants of Potential Concern based on Max value –
Glenwood Springs (8 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 37.0 | 3.3E+03 | N | 75.0% |
| Trichlorofluoromethane | 1.1 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 2.3 | 3.8E+00 | N | 12.5% |
| Vinyl acetate | 6.2 | 2.1E+02 | N | 25.0% |
| 2-Butanone (MEK) | 3.9 | 5.1E+03 | N | 62.5% |
| **Benzene** | **3.5** | **2.3E-01** | **Y** | **12.5%** |
| Trichloroethene | 1.1 | 2.0E-02 | Y | 0.0% |
| Toluene | 57.0 | 5.1E+03 | N | 100.0% |
| 2-Hexanone | 1.1 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.1 | 3.1E-01 | Y | 0.0% |
| Ethylbenzene | 1.1 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 5.4 | 1.1E+02 | N | 50.0% |
| Styrene | 1.1 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.1 | 1.1E+02 | N | 0.0% |
| **1,4-Dichlorobenzene** | **12.0** | **2.9E-01** | **Y** | **12.5%** |

**Table C5.  Selection of Contaminants of Potential Concern based on Max value – New
Castle (21 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 73.0 | 3.3E+03 | N | 71.4% |
| Trichlorofluoromethane | 1.3 | 7.3E+02 | N | 0.0% |
| **Methylene chloride** | **8.4** | **3.8E+00** | **Y** | **4.8%** |
| Vinyl acetate | 14.0 | 2.1E+02 | N | 14.3% |
| 2-Butanone (MEK) | 4.5 | 5.1E+03 | N | 42.9% |
| **Benzene** | **15.0** | **2.3E-01** | **Y** | **33.3%** |
| Trichloroethene | 1.3 | 2.0E-02 | N | 0.0% |
| Toluene | 100.0 | 5.1E+03 | N | 90.5% |
| 2-Hexanone | 1.3 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.3 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 3.1 | 1.1E+03 | N | 4.8% |
| m,p-Xylenes | 6.6 | 1.1E+02 | N | 66.7% |
| Styrene | 1.3 | 1.0E+03 | N | 0.0% |
| o-Xylene | 3.0 | 1.1E+02 | N | 4.8% |
| **1,4-Dichlorobenzene** | **8.8** | **2.9E-01** | **Y** | **4.8%** |

**Table C6.  Selection of Contaminants of Potential Concern based on Max value – Cox (8 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 32.0 | 3.3E+03 | N | 87.5% |
| Trichlorofluoromethane | 1.1 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.1 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 7.9 | 2.1E+02 | N | 25.0% |
| 2-Butanone (MEK) | 2.9 | 5.1E+03 | N | 62.5% |
| **Benzene** | **1.9** | **2.3E-01** | **Y** | **12.5%** |
| Trichloroethene | 1.1 | 2.0E-02 | Y | 0.0% |
| Toluene | 10.0 | 5.1E+03 | N | 50.0% |
| 2-Hexanone | 1.1 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.1 | 3.1E-01 | Y | 0.0% |
| Ethylbenzene | 1.1 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 4.2 | 1.1E+02 | N | 25.0% |
| Styrene | 1.1 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.1 | 1.1E+02 | N | 0.0% |
| 1,4-Dichlorobenzene | 1.1 | 2.9E-01 | Y | 0.0% |

**Table C7.  Selection of Contaminants of Potential Concern based on Max value – Butterfly (21 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 61.0 | 3.3E+03 | N | 85.7% |
| Trichlorofluoromethane | 1.1 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.1 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 9.7 | 2.1E+02 | N | 23.8% |
| 2-Butanone (MEK) | 4.1 | 5.1E+03 | N | 42.9% |
| **Benzene** | **7.7** | **2.3E-01** | **Y** | **38.1%** |
| Trichloroethene | 1.1 | 2.0E-02 | N | 0.0% |
| Toluene | 43.0 | 5.1E+03 | N | 85.7% |
| 2-Hexanone | 1.1 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.1 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 1.7 | 1.1E+03 | N | 4.8% |
| **m,p-Xylenes** | **19.0** | **1.1E+02** | **Y** | **47.6%** |
| Styrene | 1.1 | 1.0E+03 | N | 0.0% |
| o-Xylene | 3.1 | 1.1E+02 | N | 19.0% |
| **1,4-Dichlorobenzene** | **9.9** | **2.9E-01** | **Y** | **4.8%** |

**ATSDR**

Garfield County                                              Health Consultation

**Table C8.  Selection of Contaminants of Potential Concern based on Max value – Bell (24 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 57.0 | 3.3E+03 | N | 87.5% |
| Trichlorofluoromethane | 1.1 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.1 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 13.0 | 2.1E+02 | N | 16.7% |
| 2-Butanone (MEK) | 9.8 | 5.1E+03 | N | 58.3% |
| **Benzene** | **7.4** | **2.3E-01** | **Y** | **41.7%** |
| Trichloroethene | 1.1 | 2.0E-02 | N | 0.0% |
| Toluene | 27.0 | 5.1E+03 | N | 95.8% |
| 2-Hexanone | 4.4 | 10.880 | N | 4.2% |
| Tetrachloroethene | 1.1 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 1.1 | 1.1E+03 | N | 0.0% |
| **m,p-Xylenes** | **14.0** | **1.1E+02** | **Y** | **66.7%** |
| Styrene | 1.1 | 1.0E+03 | N | 0.0% |
| o-Xylene | 2.3 | 1.1E+02 | N | 4.2% |
| 1,4-Dichlorobenzene | 2.3 | 2.9E-01 | N | 4.2% |

**Table C9.  Selection of Contaminants of Potential Concern based on Max value – Daley (8 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 21.0 | 3.3E+03 | N | 87.5% |
| Trichlorofluoromethane | 1.2 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.2 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 3.2 | 2.1E+02 | N | 12.5% |
| 2-Butanone (MEK) | 3.7 | 5.1E+03 | N | 37.5% |
| Benzene | 1.2 | 2.3E-01 | Y | 0.0% |
| Trichloroethene | 1.2 | 2.0E-02 | Y | 0.0% |
| Toluene | 27.0 | 5.1E+03 | N | 37.5% |
| 2-Hexanone | 1.2 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.2 | 3.1E-01 | Y | 0.0% |
| Ethylbenzene | 1.2 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 4.9 | 1.1E+02 | N | 12.5% |
| Styrene | 1.2 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.2 | 1.1E+02 | N | 0.0% |
| **1,4-Dichlorobenzene** | **4.6** | **2.9E-01** | **Y** | **12.5%** |

**Table C10. Selection of Contaminants of Potential Concern based on Max value – Rifle (23 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 55.0 | 3.3E+03 | N | 95.7% |
| Trichlorofluoromethane | 2.2 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 2.2 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 15.0 | 2.1E+02 | N | 26.1% |
| 2-Butanone (MEK) | 12.0 | 5.1E+03 | N | 65.2% |
| **Benzene** | **6.9** | **2.3E-01** | **Y** | **78.3%** |
| Trichloroethene | 2.2 | 2.0E-02 | N | 0.0% |
| Toluene | 19.0 | 5.1E+03 | N | 100.0% |
| 2-Hexanone | 3.0 | 10.880 | N | 4.3% |
| Tetrachloroethene | 2.3 | 3.1E-01 | N | 4.3% |
| Ethylbenzene | 2.2 | 1.1E+03 | N | 8.7% |
| **m,p-Xylenes** | **12.0** | **1.1E+02** | **Y** | **100.0%** |
| Styrene | 2.2 | 1.0E+03 | N | 0.0% |
| o-Xylene | 3.0 | 1.1E+02 | N | 34.8% |
| 1,4-Dichlorobenzene | 2.2 | 2.9E-01 | N | 0.0% |

**Table C11. Selection of Contaminants of Potential Concern based on Max value – Brock (22 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 56.0 | 3.3E+03 | N | 86.4% |
| Trichlorofluoromethane | 1.2 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.2 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 13.0 | 2.1E+02 | N | 22.7% |
| 2-Butanone (MEK) | 6.7 | 5.1E+03 | N | 63.6% |
| **Benzene** | **49.0** | **2.3E-01** | **Y** | **45.5%** |
| Trichloroethene | 1.2 | 2.0E-02 | N | 0.0% |
| Toluene | 130.0 | 5.1E+03 | N | 90.9% |
| 2-Hexanone | 1.2 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.2 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 3.4 | 1.1E+03 | N | 9.1% |
| **m,p-Xylenes** | **12.0** | **1.1E+02** | **Y** | **63.6%** |
| Styrene | 1.2 | 1.0E+03 | N | 0.0% |
| o-Xylene | 2.7 | 1.1E+02 | N | 9.1% |
| 1,4-Dichlorobenzene | 1.2 | 2.9E-01 | N | 0.0% |

Garfield County                                                    Health Consultation

**Table C12.  Selection of Contaminants of Potential Concern based on Max value – Isley (20 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 51.0 | 3.3E+03 | N | 65.0% |
| Trichlorofluoromethane | 1.4 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.8 | 3.8E+00 | N | 5.0% |
| Vinyl acetate | 8.5 | 2.1E+02 | N | 35.0% |
| 2-Butanone (MEK) | 6.0 | 5.1E+03 | N | 55.0% |
| **Benzene** | **3.0** | **2.3E-01** | **Y** | **20.0%** |
| Trichloroethene | 1.4 | 2.0E-02 | N | 0.0% |
| Toluene | 10.0 | 5.1E+03 | N | 100.0% |
| 2-Hexanone | 1.4 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.4 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 1.4 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 4.8 | 1.1E+02 | N | 55.0% |
| Styrene | 6.0 | 1.0E+03 | N | 5.0% |
| o-Xylene | 1.4 | 1.1E+02 | N | 0.0% |
| **1,4-Dichlorobenzene** | **6.0** | **2.9E-01** | **Y** | **5.0%** |

**Table C13.  Selection of Contaminants of Potential Concern based on Max value – Thompson (3 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | µg/m³ | µg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 15.0 | 3.3E+03 | N | 66.7% |
| Trichlorofluoromethane | 1.0 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.0 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 1.0 | 2.1E+02 | N | 0.0% |
| 2-Butanone (MEK) | 2.1 | 5.1E+03 | N | 33.3% |
| Benzene | 1.0 | 2.3E-01 | Y | 0.0% |
| Trichloroethene | 1.0 | 2.0E-02 | Y | 0.0% |
| Toluene | 3.8 | 5.1E+03 | N | 100.0% |
| 2-Hexanone | 1.0 | 10.880 | N | 0.0% |
| Tetrachloroethene | 1.0 | 3.1E-01 | Y | 0.0% |
| Ethylbenzene | 1.0 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 1.0 | 1.1E+02 | N | 0.0% |
| Styrene | 1.0 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.0 | 1.1E+02 | N | 0.0% |
| 1,4-Dichlorobenzene | 1.0 | 2.9E-01 | Y | 0.0% |

Garfield County Ambient Air Quality                                    Garfield County, CO

**Table C14. Selection of Contaminants of Potential Concern based on Max value – West Landfill (23 Samples)**

| | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
| | µg/m³ | µg/m³ | | |
| Acetone | 80.0 | 3.3E+03 | N | 87.0% |
| Trichlorofluoromethane | 1.0 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 3.5 | 3.8E+00 | N | 4.3% |
| Vinyl acetate | 11.0 | 2.1E+02 | N | 30.4% |
| 2-Butanone (MEK) | 6.6 | 5.1E+03 | N | 52.2% |
| **Benzene** | **7.5** | **2.3E-01** | **Y** | **95.7%** |
| Trichloroethene | 1.0 | 2.0E-02 | N | 0.0% |
| Toluene | 26.0 | 5.1E+03 | N | 100.0% |
| **2-Hexanone** | **2.7** | **10.880** | **Y** | **13.0%** |
| Tetrachloroethene | 1.0 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 2.9 | 1.1E+03 | N | 4.3% |
| **m,p-Xylenes** | **24.0** | **1.1E+02** | **Y** | **100.0%** |
| Styrene | 1.0 | 1.0E+03 | N | 0.0% |
| o-Xylene | 4.3 | 1.1E+02 | N | 30.4% |
| 1,4-Dichlorobenzene | 1.0 | 2.9E-01 | N | 0.0% |

**Table C15. Selection of Contaminants of Potential Concern based on Max value – Sebold (21 Samples)**

| | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
| | µg/m³ | µg/m³ | | |
| Acetone | 58.0 | 3.3E+03 | N | 76.2% |
| Trichlorofluoromethane | 1.4 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.4 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 8.8 | 2.1E+02 | N | 33.3% |
| 2-Butanone (MEK) | 8.1 | 5.1E+03 | N | 66.7% |
| **Benzene** | **2.7** | **2.3E-01** | **Y** | **14.3%** |
| Trichloroethene | 1.4 | 2.0E-02 | N | 0.0% |
| Toluene | 10.0 | 5.1E+03 | N | 90.5% |
| **2-Hexanone** | **2.1** | **10.880** | **Y** | **4.8%** |
| Tetrachloroethene | 1.4 | 3.1E-01 | N | 0.0% |
| Ethylbenzene | 1.4 | 1.1E+03 | N | 0.0% |
| m,p-Xylenes | 5.1 | 1.1E+02 | N | 81.0% |
| Styrene | 1.4 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.4 | 1.1E+02 | N | 0.0% |
| **1,4-Dichlorobenzene** | **3.0** | **2.9E-01** | **Y** | **4.8%** |

ATSDR

Garfield County                                                    Health Consultation

**Table C16.  Selection of Contaminants of Potential Concern based on Max value – Haire (22 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | μg/m³ | μg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 56.0 | 3.3E+03 | N | 77.3% |
| Trichlorofluoromethane | 1.1 | 7.3E+02 | N | 0.0% |
| Methylene chloride | 1.1 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 8.6 | 2.1E+02 | N | 13.6% |
| 2-Butanone (MEK) | 4.1 | 5.1E+03 | N | 50.0% |
| **Benzene** | **2.3** | **2.3E-01** | **Y** | **9.1%** |
| Trichloroethene | 1.1 | 2.0E-02 | N | 0.0% |
| Toluene | 27.0 | 5.1E+03 | N | 77.3% |
| 2-Hexanone | 1.1 | 10.880 | N | 0.0% |
| **Tetrachloroethene** | **1.7** | **3.1E-01** | **Y** | **4.5%** |
| Ethylbenzene | 1.7 | 1.1E+03 | N | 4.5% |
| m,p-Xylenes | 5.0 | 1.1E+02 | N | 31.8% |
| Styrene | 1.8 | 1.0E+03 | N | 4.5% |
| o-Xylene | 1.1 | 1.1E+02 | N | 0.0% |
| 1,4-Dichlorobenzene | 1.1 | 2.9E-01 | N | 0.0% |

**Table C17.  Selection of Contaminants of Potential Concern based on Max value – Parachute (8 Samples)**

|  | Max | Region 3 RBC | COPC? | % Detected |
|---|---|---|---|---|
|  | μg/m³ | μg/m³ |  |  |
|  |  |  |  |  |
| Acetone | 46.0 | 3.3E+03 | N | 87.5% |
| Trichlorofluoromethane | 26.0 | 7.3E+02 | N | 12.5% |
| Methylene chloride | 1.3 | 3.8E+00 | N | 0.0% |
| Vinyl acetate | 12.0 | 2.1E+02 | N | 25.0% |
| 2-Butanone (MEK) | 7.2 | 5.1E+03 | N | 62.5% |
| **Benzene** | **5.1** | **2.3E-01** | **Y** | **62.5%** |
| **Trichloroethene** | **2.7** | **2.0E-02** | **Y** | **12.5%** |
| Toluene | 13.0 | 5.1E+03 | N | 100.0% |
| **2-Hexanone** | **2.1** | **10.880** | **Y** | **12.5%** |
| Tetrachloroethene | 1.3 | 3.1E-01 | Y | 0.0% |
| Ethylbenzene | 1.3 | 1.1E+03 | N | 0.0% |
| **m,p-Xylenes** | **11.0** | **1.1E+02** | **Y** | **87.5%** |
| Styrene | 1.3 | 1.0E+03 | N | 0.0% |
| o-Xylene | 1.9 | 1.1E+02 | N | 12.5% |
| **1,4-Dichlorobenzene** | **2.2** | **2.9E-01** | **Y** | **12.5%** |

# Appendix D.  Exposure Parameters, Estimation of Exposure Dose, Derivation of Risk Based Concentration, and Risk Estimation

*Estimation of Exposure Point Concentration*

The Exposure Point Concentration (EPC) is a high-end, yet reasonable concentration of a contaminant that people could be exposed to based on the available environmental data.  The standard procedure for calculating EPCs is to use the 95% Upper Confidence Interval on the mean of the data for each COPC.  EPA's statistical software package, ProUCL Version 4.0, was used to calculate the EPCs.   The 2005-2007 data for ambient outdoor air in Garfield County was analyzed by this method, and thus, the EPCs in these locations is the 95% UCL.

If the data is not normally distributed, ProUCL recommends an alternative value to use in lieu of the 95% UCL depending on the type of data distribution.  There were a number of instances where the data was not normally distributed and the alternate value was accepted instead of the 95% UCL.  Furthermore, when there were less than ten samples available per site, the maximum value was used to represent the EPC instead of the 95%UCL.

*Estimation of Exposure Dose and Risk Estimation*

Exposure doses are estimates of the concentration of contaminants that people may come into contact with or be exposed to under specified exposure conditions.  These exposure doses are estimated using: (1) the estimated exposure point concentration as well as the intake rate; and (2) the length of time and frequency of exposure to site contaminants.

Assumptions made for the residents of Garfield County included exposure duration of 24 hours per day for 350 days per year for 30 years.  In today's mobile society, it is unlikely that people will spend this much time in the county and therefore the calculated risk estimates are conservative.  Cancer risks are calculated using EPA Region 3 RBCs available at http://www.epa.gov/reg3hwmd/risk/human/index.htm.

**Calculation of the Noncancer hazard quotient (HQ) for Inhalation of Non-carcinogenic COC by Nearby Residents**

**Noncancerous HQ** = 

$$\text{Noncancerous HQ} = \frac{\text{Indoor Air concentration (EPC)}}{\text{ATSDR MRL or EPA IRIS RfC}}$$

**Calculation of Theoretical Cancer Risk for Inhalation of Carcinogenic COC by Nearby Residents**

**Cancer Risk** = 

$$\text{Cancer Risk} = \frac{\text{Indoor Air concentration (EPC)} \times 10^{-6}}{\text{EPA Region 3 RBC}}$$



Garfield County                                                    Health Consultation

# Appendix E.  Toxicological Evaluation

The basic objective of a toxicological evaluation is to identify what adverse health effects a chemical causes, and how the appearance of these adverse effects depends on dose.  In addition, the toxic effects of a chemical frequently depend on the route of exposure (oral, inhalation, dermal) and the duration of exposure (acute, subchronic, chronic or lifetime).  It is important to note that estimates of human health risks may be based on evidence of health effects in humans and/or animals depending on the availability of data.  This evaluation, like most other toxicity assessments, is divided into two parts: the cancer effects and the non-cancer effects of the chemical.

EPA, IARC, and the Department of Health and Human Services have concluded that benzene is a human carcinogen.  The Department of Health and Human Services determined that benzene is a known carcinogen based on human evidence showing a causal relationship between exposure to benzene and cancer.  IARC classified benzene in Group 1 (carcinogenic to humans) based on sufficient evidence in both humans and animals.  EPA classified benzene in Category A (known human carcinogen) based on convincing evidence in humans supported by evidence from animal studies.  Under EPA's most recent guidelines for carcinogen risk assessment, benzene is characterized as a known human carcinogen for all routes of exposure.  Based on human leukemia data, EPA derived a range of inhalation unit risk values of 2.2x10-6– 7.8x10-6 $(\mu g/m3)^{-1}$ for benzene.  For cancer risks ranging from $1x10^{-4}$ to $1x10^{-6}$, the corresponding the corresponding air concentrations ranges from 13.0–45.0 µg/m3 (4–14 ppb) to 0.013–0.045 µg/m3 (0.004–0.014 ppb), respectively.  The high-end unit risk factor corresponds to the cancer slope factor of 0.027 per mg/kg/day.  The consensus conclusion that benzene is a human carcinogen is based on sufficient inhalation data in humans supported by animal evidence, including the oral studies in animals.  The human cancer induced by inhalation exposure to benzene is predominantly acute nonlymphocytic (myelocytic) leukemia, whereas benzene is a multiple site carcinogen in animals by both the inhalation and oral routes (ATSDR, 2005).

The above noted high-end cancer slope factor is used to calculate EPA Region 3 Risk Based Concentrations (RBCs) that are used in this assessment to estimate risks.  The RBC used in this assessment is based on age-adjusted theoretical cancer risks spanning 30 years from the time of birth to the age of 30.  They account for exposure for 350 days per year over the thirty-year time period and lower body weights of children.

ATSDR has derived acute, chronic, and intermediate duration inhalational minimal risk levels (MRLs) or health guidelines to assess noncancer hazards.  An MRL is the dose of a compound that is the estimate of daily human exposure that is likely to be without an appreciable risk of adverse non-cancerous health effects for each specified exposure duration. The acute, intermediate, and chronic MRLs address exposures of 14 days or less, 14-365 days, and 1 year – lifetime, respectively.

For many contaminants there are additional considerations of noncancer toxicity.  The COPCs selected here can cause a wide range of symptoms that include dizziness, headaches, nausea, eye irritation, unconsciousness, numbness or tingling, kidney problems, and even death.  For more detailed health information, please see Appendix E for the health effect fact sheet (Tox FAQs) on Benzene.

**Garfield County Ambient Air Quality**                        **Garfield County, CO**

# Appendix F.  ATSDR ToxFAQs for Benzene

 **ATSDR**
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

**BENZENE**
CAS # 71-43-2

**Division of Toxicology and Environmental Medicine ToxFAQs™**                    **August 2007**

This fact sheet answers the most frequently asked health questions (FAQs) about benzene. For more information, call the ATSDR Information Center at 1-800-232-4636. This fact sheet is one in a series of summaries about hazardous substances and their health effects. It is important you understand this information because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present.

> **HIGHLIGHTS:** Benzene is a widely used chemical formed from both natural processes and human activities. Breathing benzene can cause drowsiness, dizziness, and unconsciousness; long-term benzene exposure causes effects on the bone marrow and can cause anemia and leukemia. Benzene has been found in at least 1,000 of the 1,684 National Priority List sites identified by the Environmental Protection Agency (EPA).

**What is benzene?**

Benzene is a colorless liquid with a sweet odor. It evaporates into the air very quickly and dissolves slightly in water. It is highly flammable and is formed from both natural processes and human activities.

Benzene is widely used in the United States; it ranks in the top 20 chemicals for production volume. Some industries use benzene to make other chemicals which are used to make plastics, resins, and nylon and other synthetic fibers. Benzene is also used to make some types of rubbers, lubricants, dyes, detergents, drugs, and pesticides. Natural sources of benzene include emissions from volcanoes and forest fires. Benzene is also a natural part of crude oil, gasoline, and cigarette smoke.

**What happens to benzene when it enters the environment?**

❑ Industrial processes are the main source of benzene in the environment.
❑ Benzene can pass into the air from water and soil.
❑ It reacts with other chemicals in the air and breaks down within a few days.
❑ Benzene in the air can attach to rain or snow and be carried back down to the ground.

❑ It breaks down more slowly in water and soil, and can pass through the soil into underground water.
❑ Benzene does not build up in plants or animals.

**How might I be exposed to benzene?**

❑ Outdoor air contains low levels of benzene from tobacco smoke, automobile service stations, exhaust from motor vehicles, and industrial emissions.
❑ Vapors (or gases) from products that contain benzene, such as glues, paints, furniture wax, and detergents, can also be a source of exposure.
❑ Air around hazardous waste sites or gas stations will contain higher levels of benzene.
❑ Working in industries that make or use benzene.

**How can benzene affect my health?**

Breathing very high levels of benzene can result in death, while high levels can cause drowsiness, dizziness, rapid heart rate, headaches, tremors, confusion, and unconsciousness. Eating or drinking foods containing high levels of benzene can cause vomiting, irritation of the stomach, dizziness, sleepiness, convulsions, rapid heart rate, and death.

The major effect of benzene from long-term exposure is on the blood. Benzene causes harmful effects on the bone

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, Public Health Service**
**Agency for Toxic Substances and Disease Registry**

Garfield County                                                    Health Consultation

| Page 2 | BENZENE<br>CAS # 71-43-2 |

ToxFAQs™ Internet address is http://www.atsdr.cdc.gov/toxfaq.html

marrow and can cause a decrease in red blood cells leading to anemia. It can also cause excessive bleeding and can affect the immune system, increasing the chance for infection.

Some women who breathed high levels of benzene for many months had irregular menstrual periods and a decrease in the size of their ovaries, but we do not know for certain that benzene caused the effects. It is not known whether benzene will affect fertility in men.

**How likely is benzene to cause cancer?**

Long-term exposure to high levels of benzene in the air can cause leukemia, particularly acute myelogenous leukemia, often referred to as AML. This is a cancer of the blood-forming organs. The Department of Health and Human Services (DHHS) has determined that benzene is a known carcinogen. The International Agency for Research on Cancer (IARC) and the EPA have determined that benzene is carcinogenic to humans.

**How can benzene affect children?**

Children can be affected by benzene exposure in the same ways as adults. It is not known if children are more susceptible to benzene poisoning than adults.

Benzene can pass from the mother's blood to a fetus. Animal studies have shown low birth weights, delayed bone formation, and bone marrow damage when pregnant animals breathed benzene.

**How can families reduce the risks of exposure to benzene?**

Benzene exposure can be reduced by limiting contact with gasoline and cigarette smoke. Families are encouraged not to

smoke in their house, in enclosed environments, or near their children.

**Is there a medical test to determine whether I've been exposed to benzene?**

Several tests can show if you have been exposed to benzene. There is a test for measuring benzene in the breath; this test must be done shortly after exposure. Benzene can also be measured in the blood; however, since benzene disappears rapidly from the blood, this test is only useful for recent exposures.

In the body, benzene is converted to products called metabolites. Certain metabolites can be measured in the urine. The metabolite S-phenylmercapturic acid in urine is a sensitive indicator of benzene exposure. However, this test must be done shortly after exposure and is not a reliable indicator of how much benzene you have been exposed to, since the metabolites may be present in urine from other sources.

**Has the federal government made recommendations to protect human health?**

The EPA has set the maximum permissible level of benzene in drinking water at 5 parts benzene per billion parts of water (5 ppb).

The Occupational Safety and Health Administration (OSHA) has set limits of 1 part benzene per million parts of workplace air (1 ppm) for 8 hour shifts and 40 hour work weeks.

**References**

Agency for Toxic Substances and Disease Registry (ATSDR). 2007. Toxicological Profile for Benzene (Update). Atlanta, GA: U.S. Department of Public Health and Human Services, Public Health Service.

**Where can I get more information?** For more information, contact the Agency for Toxic Substances and Disease Registry, Division of Toxicology and Environmental Medicine, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333. Phone: 1-800-232-4636, FAX: 770-488-4178. ToxFAQs Internet address via WWW is http://www.atsdr.cdc.gov/toxfaq.html. ATSDR can tell you where to find occupational and environmental health clinics. Their specialists can recognize, evaluate, and treat illnesses resulting from exposure to hazardous substances. You can also contact your community or state health or environmental quality department if you have any more questions or concerns.

 **Federal Recycling Program**   **Printed on Recycled Paper**

Garfield County Ambient Air Quality                                        Garfield County, CO

# Appendix G.  ATSDR Public Health Hazard Categories

| Category / Definition | Data Sufficiency | Criteria |
|---|---|---|
| A. Urgent Public Health Hazard<br><br>This category is used for sites where short-term exposures (< 1 yr) to hazardous substances or conditions could result in adverse health effects that require rapid intervention. | This determination represents a professional judgment based on critical data which ATSDR has judged sufficient to support a decision.  This does not necessarily imply that the available data are complete; in some cases additional data may be required to confirm or further support the decision made. | Evaluation of available relevant information* indicates that site-specific conditions or likely exposures have had, are having, or are likely to have in the future, an adverse impact on human health that requires immediate action or intervention.  Such site-specific conditions or exposures may include the presence of serious physical or safety hazards. |
| B. Public Health Hazard<br><br>This category is used for sites that pose a public health hazard due to the existence of long-term exposures (> 1 yr) to hazardous substance or conditions that could result in adverse health effects. | This determination represents a professional judgment based on critical data which ATSDR has judged sufficient to support a decision.  This does not necessarily imply that the available data are complete; in some cases additional data may be required to confirm or further support the decision made. | Evaluation of available relevant information* suggests that, under site-specific conditions of exposure, long-term exposures to site-specific contaminants (including radionuclides) have had, are having, or are likely to have in the future, an adverse impact on human health that requires one or more public health interventions.  Such site-specific exposures may include the presence of serious physical or safety hazards. |
| C. Indeterminate Public Health Hazard<br><br>This category is used for sites in which "*critical*" data are *insufficient* with regard to extent of exposure and/or toxicologic properties at estimated exposure levels. | This determination represents a professional judgment that critical data are missing and ATSDR has judged the data are insufficient to support a decision.  This does not necessarily imply all data are incomplete; but that some additional data are required to support a decision. | The health assessor must determine, using professional judgment, the "criticality" of such data and the likelihood that the data can be obtained and will be obtained in a timely manner.  Where some data are available, even limited data, the health assessor is encouraged to the extent possible to select other hazard categories and to support their decision with clear narrative that explains the limits of the data and the rationale for the decision. |
| D. No Apparent Public Health Hazard<br><br>This category is used for sites where human exposure to contaminated media may be occurring, may have occurred in the past, and/or may occur in the future, but the exposure is not expected to cause any adverse health effects. | This determination represents a professional judgment based on critical data which ATSDR considers sufficient to support a decision.  This does not necessarily imply that the available data are complete; in some cases additional data may be required to confirm or further support the decision made. | Evaluation of available relevant information* indicates that, under site-specific conditions of exposure, exposures to site-specific contaminants in the past, present, or future are not likely to result in any adverse impact on human health. |
| E:  No Public Health Hazard<br>This category is used for sites that, because of the absence of exposure, do NOT pose a public health hazard. | Sufficient evidence indicates that no human exposures to contaminated media have occurred, none are now occurring, and none are likely to occur in the future | |



Garfield County                                                    Health Consultation

# Certification

This Garfield County health consultation was prepared by the Colorado Department of Public Health and Environment under a cooperative agreement with the Agency for Toxic Substances and Disease Registry (ATSDR). It is in accordance with the approved methodology and procedures existing at the time, the health consultation was conducted. Editorial review was completed by the cooperative agreement partner.

Jennifer A. Freed

Jennifer A. Freed

CAT, SPAB, DHAC, ATSDR

The Division of Health Assessment and Consultation, ATSDR, has reviewed this health consultation, and concurs with its findings.

Gregg V. Whil for (AY)

Alan Yarbrough
Team Lead
CAT, SPAB, DHAC, ATSDR

# TEDX
## The Endocrine Disruption Exchange

P.O. Box 1407, Paonia, CO 81428    tedxadmin@tds.net    970-527-4082    www.endocrinedisruption.org

April 20, 2012

BLM Uncompahgre Field Office
ATTN: Oil and Gas Lease EA
2465 S. Townsend Ave.
Montrose, CO  81401

To The Bureau of Land Management:

TEDX (The Endocrine Disruption Exchange) located in Paonia Colorado, is a non-profit 501(c)3 organization dedicated to compiling and disseminating technical information on chemicals that affect health and the environment. TEDX is resubmitting its comments submitted during the first lease announcement comment period to support the **No Action Alternative** as described in the Environmental Assessment: August 2012 Oil and Gas Lease Sale document (EA) that would remove all of the proposed parcels from sale. In addition TEDX is submitting new evidence to support the **No Action Alternative** that would include the removal of all parcels from the August, 2012 oil and gas lease sale. This includes parcel numbers **6217, 6215, 6206, 6216, 6211, 6189, 6192, 6190, 6205, 6207, 6193, 6194, 6197, 6199, 6200, 6191, 6195, 6196, 6198, 6201, 6202, and 6203.**

## I. Review

TEDX's first comment submission was based on the hazards posed to human and environmental (ecological) health by air pollution in the leasing area. We resubmit that as *Exhibit 1* to reaffirm that all leases should be withdrawn because of imminent cumulative effects of the release of (1) non-methane volatile organic compounds (NMVOCs) released when the raw gas surfaces, many of which are noxious; (2) exhaust from the combustion of fossil fuels required to produce the energy to extract and deliver the gas, and its secondary product, ozone, that adversely affects human health and vegetation; (3) toxic volatile chemicals purposefully injected throughout drilling and fracking to facilitate the release of the raw gas; (4) toxic volatile chemicals used for maintenance and cleaning of stationary equipment on and off pads; (5) and numerous toxic volatile compounds from open pits.

## II. New Evidence

In addition to the above, we provide additional evidence to support the **No Action Alternative** because there are already unconventional sources of NMVOCs in the air-shed of the lease area. We submit the following exhibits as attachments with comments:

*Exhibit 2. A letter submitted to Will Allison, Director, Colorado Air Pollution Control Division, Colorado Department of Public Health and Environment, March 2, 2012 from Jeremy Nichols, WildEarth Guardians and Peter Morgan, Sierra Club, including the referenced Arista Report (Attachment 1 in the letter).*

**This letter affirms the need for the BLM to take into consideration the result of present and expanding coal extraction on the air quality in the BLM leasing area of the North Fork of the Gunnison River Valley (NFGRV) before selling any more natural gas and oil leases in the NFGRV.** It describes the large releases of NMVOCs from coal mines in the NFGRV. New technologies to improve mine safety have led to the practice of venting raw gas containing methane and other volatile compounds. The letter was written to encourage the Department of Health to "ensure that unpermitted VOC emissions are appropriately permitted and regulated as necessary under the Colorado State Implementation Plan (SIP) and that methane emissions will be permitted as envisioned by Colorado's green house gas tailoring rule", as part of an effort to encourage capturing the emissions and utilizing them, which TEDX supports.

As an example of the import of the above suggestions, using EPA's recommended calculations Nichols and Morgan estimated that approximately 151.82 tons per year of propane and 2.3 tons per year of n-hexane would be released from just two coal mine methane drainage vents into the NFGRV's air-shed from the West Elk Mine. Propane and n-hexane are only two NMVOCs that could be present in raw natural gas.

Currently there are three active coal mines situated around the NFGRV contributing to background levels of NMVOCs. In July 2008 the US Forest Service and Department of Interior permitted the West Elk Mine to drill 168 methane drainage wells above the town of Paonia to the east of the NFGRV. In addition, two other mines, the Bowie Mine and Elk Creek Mine are venting raw gas on the west side of the valley from numerous other undisclosed and unpermitted vents.

*Exhibit 3. Letter of L. Svoboda, EPA to G. Wallace, BLM, March 31, 2009.*
In this letter EPA acknowledges that a coal mine may release methane with low concentrations of NMVOCs but because of the high emission rates the total emissions of the NMVOCs can be considerable.

*Exhibit 4. Health Effects of Chemicals in Air Samples Near Natural Gas Operations.*
TEDX conducted a literature search on some of the chemicals that have been detected in ambient air samples in neighborhoods within a mile of natural gas drilling and fracking operations in western Colorado. *Exhibit 4* is a bar chart of the number of chemicals for which government documents and other scientific literature have indicated potential health effects, using 15 different health categories. Citations are available from TEDX upon request.

## III. Conclusion

We reiterate what we submitted in our first set of comments. The EPA recognizes that 17.9% or more of raw natural gas is comprised of NMVOCs. Putting that into perspective for the NFGRV, according to the Colorado Oil and Gas Conservation Commission web site, in 2011 the Falcon Seaboard 11-90-12 #2 Well in the Ragged Mountain Unit, Gunnison County, produced 418,656 mcf (1000 cubic feet) of raw gas of which 75,000 mcf were NMVOCs.

That is equivalent to 205 mcf per day, or 3 tons per day of NMVOCs being released in our air-shed (using the weight of hexane at 60 degrees C as a surrogate for all NMVOCs).

In addition, many toxic NMVOCs are already being released in the NFGRV from local coal mines. Because of their volume they are a concern for public health and could be of concern under several laws. These NMVOCs contribute to ozone which is a growing concern in the West. And as far back as 2009, EPA called for permitting methane drainage vents and doing "actual compositional" analyses and "estimates of emissions" (*see Exhibit 3*). **Before the BLM releases land for natural gas production in the NFGRV it must do a complete inventory of all the NMVOCs currently being released by the coal mines and provide projections for increased coal removal and fugitive raw methane emissions.**

We also repeat that the lease area sits like a natural bowl surrounded by three mountain ranges. Many of the NMVOCs are heavier than air and can become entrapped in an inversion. Both short and long term inversions are not unusual at this end of Delta County.

As for the health effects of all the various volatile chemicals we mentioned above, there is adequate evidence that many of the NMVOCs are toxic and cause irreversible damage to laboratory animals and humans. **The acreage selected for gas lease sales, poses a unique situation where the BLM must take into consideration the aggregate and cumulative health hazards posed by the air pollutants released from both current and future coal production in the NFGRV as well as current and expanding exposure to air pollutants from natural gas operations, and also the secondary health and vegetation effects of the air pollutants as ozone precursors.**

We repeat again that all parcels, **6217, 6215, 6206, 6216, 6211, 6189, 6192, 6190, 6205, 6207, 6193, 6194, 6197, 6199, 6200, 6191, 6195, 6196, 6198, 6201, 6202, and 6203,** be removed from consideration.


Sincerely,


Theo Colborn, President


Carol Kwiatkowski, Executive Director


Enclosures:
*Exhibit 1.* Letter from TEDX to the BLM regarding leases in the NFGRV
*Exhibit 2.* Letter from WildEarth Guardians and Sierra Club to CDPHE
*Exhibit 3.* Letter from EPA to the BLM
*Exhibit 4.* Graph of health effects of chemicals in air samples

cc: United States President Barack Obama
Colorado State BLM Director Helen Hankins
United States Secretary of the Interior Ken Salazar
Colorado Governor John Hickenlooper
United States Senator Mark Udall
United States Senator Michael Bennett
United States Congressman Scott Tipton
Colorado State Senator Gail Schwartz
Colorado Oil and Gas Conservation Commission Director David Neslin
Colorado Department of Public Health and Environment Christopher E. Urbina
Department of Natural Resources Executive Director Mike King
Delta County Commissioners
Gunnison County Commissioners

# EXHIBIT 1

TEDX
The Endocrine Disruption Exchange

P.O. Box 1407, Paonia, CO 81428    tedxadmin@tds.net    970-527-4082   www.endocrinedisruption.org

Barbara Sharrow
Field Manager
BLM Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO  81401

February 7, 2012

RE:  **Removal of the following parcels from the August, 2012 oil and gas lease sale: 6217, 6215, 6206, 6216, 6211, 6189, 6192, 6190, 6205, 6207, 6193, 6194, 6197, 6199, 6200, 6191, 6195, 6196, 6198, 6201, 6202, and 6203.**

## I. Introduction

TEDX (The Endocrine Disruption Exchange) located in Paonia Colorado, is a non-profit 501(c)3 organization dedicated to compiling and disseminating technical information on chemicals that affect health and the environment. Our clientele include all levels of government, academicians, small to large NGOs, and individuals involved in public health across the US and internationally. We have distributed over 10,000 copies of our DVD "What You Need to Know about Natural Gas Production", and in 2011 published "Natural Gas Operations from a Public Health Perspective"[1] (attached) in *Human and Ecological Risk Assessment*, an international, peer-reviewed, scientific journal. More information on the work of TEDX can be found at www.endocrinedisruption.org.

Although we have concerns about the potential for water contamination and depletion as a result of natural gas operations, in these comments we focus on air pollution and its associated health effects that can pose a hazard to the residents of the North Fork Valley if oil and gas development proceeds on the proposed 22 parcels. Exposure to airborne pollutants can occur through inhalation and also by absorption through the eyes and skin.

The unique topography of the North Fork Valley makes it extremely unsuitable for industrial operations that cause air pollution. The 22 parcels of land on which the leases are proposed are surrounded by three mountain ranges which create resistance for the global air masses that move

---

[1] Colborn T, Kwiatkowski C, Schultz K, Bachran M. 2011. Natural gas operations from a public health perspective. Human & Ecological Risk Assessment 17(5):1039-1056.

1

from the southwest to the northeast. This setting serves as a bowl to collect global, regional and locally derived air pollutants that become trapped during air inversions. Inversions concentrate toxic chemicals near the surface, sometimes for days at a time. The BLM Montrose office has acknowledged that they regularly postpone controlled burns because of inversions.

What follows describes sources of air pollution from natural gas operations, and provides accompanying research on the health effects of chemicals used and released during operations. It also describes the often overlooked health and environmental effects of ground level (tropospheric) ozone resulting from gas operations. We believe this information, along with knowledge of the unique topography of the North Fork Valley, which is home to thousands of people, provides sufficient evidence to warrant withdrawal of all 22 parcels proposed for the BLM lease sale on August 9, 2012.

## II. Sources of Air Pollution

Air pollution from natural gas operations can arise from a variety of sources:

- Volatile organic chemicals (VOCs) purposefully injected during natural gas extraction, including drilling and fracking
- VOCs emitted from mobile and stationary equipment
- Native fugitive gases released from underground
- Open evaporation pits
- Chemicals used for cleaning and maintenance

### 1. VOCs Injected During Natural Gas Extraction

The technology to recover natural gas depends on undisclosed types and amounts of toxic chemicals. TEDX's published peer-reviewed paper[1] contains a list of 944 products used by the natural gas industry, of which only 14% provide full disclosure of what they contain. Another 43% provide information on less than 1% of the total product composition. We were able to identify 126 VOCs from this list. VOCs used for fracking and drilling can escape during: (1) the chemical mixing process for both drilling and fracking; (2) the actual drilling and fracking operations; (3) the flow back period when pressure is reduced and fluids and gas start surfacing; and (4) while the recovered fluids are stored in reserve pits on the pad and in larger offsite evaporation pits.

### 2. VOCs Emitted from Mobile and Stationary Equipment

Added to the chemicals described above are VOCs and nitrogen oxides (NOx) from the diesel exhaust that is released around the clock throughout both drilling and fracking from lines of idling water and diesel tanker trucks waiting their turn to unload, without turning off the engines. To this is added the exhaust from huge generators and compressors that burn diesel to maintain pressure throughout operations. And added to all of the above is the venting and/or flaring of the raw natural gas that begins to escape once the drill bit hits gas in the target stratum. Along with

2

the sources of VOCs and NOxs mentioned above will be the increased off-site exhaust from pick-up trucks, auxiliary trucks, and heavy equipment to build new roads, gas well pads, pipelines, and other stationary equipment.

VOCs, combined with NOx in the presence of sunlight produce ozone, a highly reactive air pollutant[2]. Ozone combined with particulate matter less than 2.5 microns, produces smog (blue haze). As the day progresses this photochemical reaction creates more and more ground level ozone that can travel hundreds of miles in plumes in the continental air mass[2].

3. Native Fugitive Gases Released from Underground
Residents and workers will also come in contact with the native VOCs that come to the surface with the raw natural gas. They may comprise as much as 17.9%[3,4] or more of the raw gas. They can escape at every juncture including equipment on the pad, such as the Christmas trees where the gas comes up from the ground, the heater-treaters that separate gases, oils, and water, and the holding tanks for condensates and recovered water. They are released from stationary equipment along pipelines such as compressors and pigging stations. In addition, VOCs and fine particulate matter are released when the gases are purposely flared from the well head. Venting and flaring can last six months or more before the gas is finally trapped and put into the local delivery line.

4. Open evaporation pits
These include reserve pits on each well pad used to collect drilling muds and flowback fluids and also permanent evaporation pits for condensate and other fluids.

5. Chemicals used for cleaning and maintenance
Powerful volatile solvents and other chemicals are used regularly on well pads for sterilization, cleaning, and maintenance. Used only above ground, these chemicals do not require reporting.

**III. Possible Human Health Effects**
In TEDX's list of 944 products there were 632 chemicals used during natural gas operations[1]. Data were collected to determine the potential health effects of the 353 chemicals identified by Chemical Abstract Service (CAS)[5] numbers. Approximately 37% of the chemicals are volatile

---

[2] US Congress, Office of Technology Assessment. 1989 Jul.  Catching Our Breath:  Next Steps for Reducing Urban Ozone. Washington, DC: U.S. Government Printing Office. OTA-O-412.
[3] The EPA gives a default value of 78.8% methane for raw US gas (unprocessed). US EPA. 2010 Nov 8. Greenhouse gas emissions reporting from the petroleum and natural gas industry. Background technical support document :144 pp. http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf
[4] National Energy Technology Laboratory. 2011 Oct 24. Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production. DOE/NETL-2011/1522:96 pp.  http://www.netl.doe.gov/energy-analyses/pubs/NG-GHG-LCI.pdf
[5] The American Chemical Society developed the Chemical Abstract Service number system using unique number sequences to identify chemical elements, compounds, isomers of chemicals, polymers, biological sequences, or mixtures. A substance can have many different names, but only one CAS number.

3

and can become airborne. As shown in Figure 1 below, more than 89% of these chemicals can harm the eyes, skin, sensory organs, respiratory tract, gastrointestinal tract, or liver. Eighty-one percent can cause harm to the brain and nervous system. Seventy-one percent of the volatile chemicals can harm the cardiovascular system and blood, and 66% can harm the kidneys. Chemicals used during gas operations may have long-term health effects that are not immediately expressed.

Figure 1. Profile of possible health effects of soluble and volatile chemicals with CAS numbers used in natural gas operations.



Bucket air sampling by citizens, governments, and NGOs across the country has produced a growing list of VOCs found in the air near gas operations. One of the most comprehensive lists to date was compiled in Battlement Mesa, Garfield County, Colorado.[6] Some of the VOCs have 11 out of 12 possible health effects.

---

[6] University of Colorado School of Public Health. 2011 Battlement Mesa Health Impact Assessment (2nd Draft) http://www.garfield-county.com/public-health/battlement-mesa-health-impact-assessment-ehms.aspx. In particular we refer you to Appendix D.

## IV. Citizen and Workforce Complaints

Many of the health effects described above reflect the suite of symptoms reported by gas field workers and residents living near gas operations. Residents report that symptoms begin as soon as drilling starts, even before fracking commences. Workers report that they developed symptoms the first day on the job. Symptoms include headaches, burning eyes and skin, coughing, flu like symptoms, asthma, allergies, and insomnia. These may progress to hypertension and other organ system problems similar to symptoms of stress or aging, making it impossible for clinicians to relate those symptoms to chemical exposure. The brain and nervous system are especially vulnerable early on, and after long-term chronic exposure symptoms may be expressed as peripheral neuropathy - numbness and tingling in the hands and feet; unpredictable pain (fibromyalgia) and swelling in the arms, feet and legs; and multiple chemical sensitivity (MCS). In extreme cases, tremors, memory loss, symptoms of MCS, convulsions, and deep depression set in. More and more cases like these are coming to light as exposed workers speak out about their experiences in their attempt to seek compensation. Residents who seek compensation from industry sign settlement papers that include gag orders, and from then on never discuss their health problems, making it difficult to determine the amount of harm within a population.

## V. Ozone: Sources

Ozone is not released directly into the air. It is a naturally produced, secondary product resulting from photochemical reactions between VOCs and NOxs as they rise in the air from their sources. All of the VOC sources mentioned in Section II are possible contributors to ground level ozone. In 1999, ozone levels in the Southwestern US were already at *"extremely high levels"*[7]. The current National Ambient Air Quality Standard for ozone is 75 ppb, although the US EPA has recommended that it be lowered to 70 ppb. Rural areas impacted by oil and gas development are now experiencing ozone levels previously associated with urban areas. For example, Wyoming gas fields have reported ozone readings of 160 ppb[8]. Nearby Jackson Hole had to close down ski areas and school children had to be kept indoors during at least one episode.

## VI. Ozone: Human Health Effects

Ozone affects lung function making it difficult to take a deep breath and to ward off infection, and causes stiffening of the lung, a "step in premature aging"[2]. There are many well-documented human health effects and symptoms from ozone exposure including asthma in adults and children, allergies, COPD, pulmonary ailments, including permanent lung damage, preterm births, low-birth weight deliveries, and early mortality[9,10,11,12,13]. Children are especially vulnerable to respiratory effects because their lungs do not fully mature until about age 18.

---

[7] United States Forest Service, 1999 Health Update.
http://www.fs.fed.us/foresthealth/publications/update99/issues5.html
[8] Hartman, T. 2009 Jan 19 Winter ozone levels a concern. Rocky Mountain News.
[9] Parker JD, Akinbami LJ, Woodruff TJ. 2009. Air pollution and childhood respiratory allergies in the United States. Environ Health Perspect 117(1):140-147.

## VII. Ozone: Vegetation Effects

The US Department of Agriculture states that, "Ground-level ozone causes more damage to plants than all other air pollutants combined"[14]. Ozone affects urban vegetation, vegetation in national parks and recreation areas, forests, and crops by damaging sensitive trees and other plants, thereby increasing susceptibility to disease, insects, other pollutants, competition and harsh weather[15]. Ozone has also been blamed for declines in crop yield[16].

The stomata in the needles and leaves of trees and in the leaves of field crops (including alfalfa, wheat, and legumes) are the first target of ozone during plant damage. Even wild grape, blackberries, milkweed, and poison ivy are affected[2]. Concentrations of ozone in various increments above 40 ppb have been linked with damage to vegetation around the world. Concentrations hovering around 65 ppb have been blamed for the die-off of conifers and understory in the San Bernadino Mountains, California[2].

The tendency of ozone to create plumes and travel eastward in air masses must be taken into consideration in relation to the forests and municipalities east of the North Fork Valley that are already having ozone compliance problems.

## VIII. Conclusion

In a recent letter to EPA Administrator Lisa Jackson[17] (attached), the American Lung Association and four other major medical and public health organizations called on her to "*adopt the strongest possible standards to reduce harmful emissions from the production wells, processing plants, transmission pipelines, and storage units within the oil and natural gas industry.*"  Those most at risk are listed as "*infants, children and teenagers; older adults; pregnant women; people with asthma and other lung diseases; people with cardiovascular diseases; diabetics; people with low incomes; and healthy adults who work or exercise outdoors.*"

---

[10] American Lung Association 2011 State of the Air report. http://www.stateoftheair.org/2011/health-risks/health-risks-ozone.html

[11] Hansen C, Neller A, Williams G, Simpson R. 2006. Maternal exposure to low levels of ambient air pollution and preterm birth in Brisbane, Australia. BJOG 113(8):935-941.

[12] EPA Ground Level Ozone Health webpage http://www.epa.gov/glo/health.html

[13] Jerrett M, Burnett RT, Pope CA 3rd, Ito K, Thurston G, Krewski D, Shi Y, Calle E, Thun M. 2009. Long-term ozone exposure and mortality. N Engl J Med 360(11):1085-1095.

[14] USDA Agricultural Research Service http://www.ars.usda.gov/Main/docs.htm?docid=12462

[15] EPA Ground Level Ozone Health webpage http://www.epa.gov/glo/health.html

[16] USDA Agricultural Research Service http://www.ars.usda.gov/is/pr/2011/110829.htm

[17] Nolen JE, Collins C, Hoppert DP, Salay R., Ewart G. 2011 Nov 30 Letter to Lisa Jackson of EPA from American Lung Association, Asthma and Allergy Foundation of America, American Public Health Association, Trust for America's Health, and American Thoracic Society. Oil and Natural Gas Sector: Reviews of New Source Performance Standards and National Emissions Standards for Hazardous Air Pollutants. Docket ID No. EPA-HQ-OAR-2010-0505.

Taking all of the above into consideration, not only the health, but also the economy of the North Fork Valley that depends a great deal upon outdoor activity in the form of farming, ranching, outdoor recreation, and tourism will be at risk as well.

**For the reasons cited above, all 22 parcels slated for auction in August 2012 should be permanently removed from this and any other future oil and gas leasing.**

Sincerely,

Theo Colborn, President

Carol Kwiatkowski, Executive Director

cc: Helen Hankins, Colorado State BLM Director
  United States Secretary of the Interior Ken Salazar
  Colorado Governor John Hickenlooper
  United States Senator Mark Udall
  United States Senator Michael Bennett
  United States Congressman Scott Tipton
  Colorado State Senator Gail Schwartz
  David Neslin, Director, Colorado Oil and Gas Conservation Commission
  Christopher E. Urbina, Executive Director, Colorado Department of Health
  Mike King, Executive Director, Department of Natural Resources

Attachments:

1. Colborn T, Kwiatkowski C, Schultz K, Bachran M. 2011. Natural gas operations from a public health perspective. Human & Ecological Risk Assessment 17(5):1039-1056.

2. Nolen JE, Collins C, Hoppert DP, Salay R., Ewart G. 2011 Nov 30 Letter to Lisa Jackson of EPA from American Lung Association, Asthma and Allergy Foundation of America, American Public Health Association, Trust for America's Health, and American Thoracic Society. Oil and Natural Gas Sector: Reviews of New Source Performance Standards and National Emissions Standards for Hazardous Air Pollutants. Docket ID No. EPA-HQ-OAR-2010-0505.

# <u>EXHIBIT 2</u>



**WILDEARTH
GUARDIANS**
A FORCE FOR NATURE

March 2, 2012

Will Allison
Director
Colorado Air Pollution Control Division
4300 Cherry Creek Drive South
Denver, CO 80246

  **Re: West Elk Coal Mine VOC and Methane Emissions**

Dear Mr. Allison:

  WildEarth Guardians and the Sierra Club are writing to call to your attention the issue of VOC and methane emissions from the West Elk coal mine in Gunnison County, which is operated by Mountain Coal Company, LLC. In all likelihood, you are already well aware of these issues. Our intent is only to ensure that unpermitted VOC emissions are appropriately permitted and regulated as necessary under the Colorado State Implementation Plan ("SIP"), and that methane emissions will be permitted as envisioned by Colorado's greenhouse gas tailoring rule.

  At issue is the practice of methane venting, a procedure whereby Mountain Coal Company drills wells from above the West Elk coal mine into underlying coal seams in order to evacuate gas. These well are often referred to as "methane drainage wells," or MDWs. Although undertaken for safety reasons, large amounts of methane and, as we have increasingly learned, considerable amounts of VOCs, are vented from the bores of MDWs.

  With regards to the methane emissions, a 2009 recent report prepared by Arista Midstream Services, LLC for Mountain Coal Company found that venting from current mining operations release in the range of between 4.0 and 6.0 million cubic feet per day.[1] Of this vented gas, the Arista Report indicates 55% consists of methane. In other words, total methane emissions are likely between 2.2 and 3.3 million cubic feet daily from current venting operations.

  Using the Environmental Protection Agency's ("EPA's") online Coalbed Methane Outreach Program "Interactive Units Converter" (*see* http://www.epa.gov/cmop/resources/converter.html), this equals between 93,412 and 140,118 pounds of methane released daily, or between 46.7 and 70.0 tons daily and between 17,045 and 25,550 tons per year. Multiplied by the global warming potential of 21, this amounts to between

---

[1] The Arista Report is attached to this letter as Attachment 1.

1536 Wynkoop Street, Ste. 301  Denver, CO 80202  303·573·4898  www.wildearthguardians.org

SANTA FE  DENVER  PHOENIX

980 and 1,470 tons of carbon dioxide equivalent ("$CO_2$e") daily, or between 357,700 and 536,550 tons of $CO_2$e annually.

As we understand it, this level of methane emissions would trigger Title V permitting requirements under Colorado's greenhouse gas tailoring rule due to the fact that total greenhouse gas emissions would exceed 100,000 tons/year of $CO_2$e and total mass greenhouse gas emissions would exceed 100 tons per year. In this case, the total amount of methane vented from MDWs at the West Elk mine exceeds 100 tons per year and 100,000 tons per year on a $CO_2$e basis.

We understand the State of Colorado may already be aware of this source of methane and may already be taking steps to ensure that Mountain Coal Company either submits a Title V Permit application or obtains a synthetic minor permit for its greenhouse gas emissions by July 1, 2012. However, if not, we hope that by bringing this to your attention, you will ensure that the West Elk coal mine is on track to obtain a Title V Permit for its greenhouse gas emissions, or appropriately obtains a synthetic minor permit, in accordance with Colorado's tailoring rule.

Our second concern is that the MDWs at the West Elk mine also appear be releasing large amounts of VOCs, which so far seem to be unpermitted. An extended gas analysis prepared by Analytical Solutions, Inc, which was attached as Appendix 2 to the attached Arista Report, indicates that a number of VOCs regulated under 40 C.F.R. § 51.100(s) are released during the mine's methane venting, including, but not limited to: pentane, hexane, benzene, cyclohexane, heptane, methylcyclohexane, toluene, octane, ethylbenzene, xylene, nonane, decane, undecane, and propane. Below is a table that presents the results of the Analytical Solution extended gas analysis for select VOCs.

**Select VOCs and Volumes, in Parts Per Million, Reported as Part of Methane Drainage Well Gas Stream.**
***See* Arista Report, Appendix 2, at 28 and 29.**

| VOC | Volume (ppmv): Gas, V18-E1-38, 5/15/09, 0851 | Volume (ppmv): Gas, V14-E1-42, 5/15/09, 0840 |
|---|---|---|
| i-Pentane | 129 | 94 |
| n-Pentane | 51 | 38 |
| n-Hexane | 26.6 | 13.2 |
| Benzene | 0.68 | 0.49 |
| Cyclohexane | 12.8 | 6.8 |

Although the Analytical Solution gas analysis found that regulated VOC concentrations are very low, as noted, the Arista report found that MDWs vent on average between 4.0 and 6.0 million cubic feet of raw gas daily. Based on the large volume of gas emitted, it appears that even though regulated VOC concentrations may be small, they are measurable and cumulatively may exceed several hundred tons annually.

This is evident with regards to just one of the VOCs reportedly released, hexane, which is also a regulated hazardous air pollutant under Section 112 of the Clean Air Act. According to the EPA, one part per million of hexane equals 3.53 milligrams per cubic meter. *See* EPA,

"Hexane," available at http://www.epa.gov/ttn/atw/hlthef/hexane.html.  The Analytical Solution gas analysis sampled gas from two methane drainage wells, finding concentrations of hexane from one to be 26.6 and 13.2 ppm from the other.  Depending on which gas sample is selected, the total ppm of hexane (expressed as n-hexane) would therefore equal 93.898 milligrams/cubic meter (for the 26.6 ppm sample) or 46.596 milligrams/cubic meter (for the 13.2 ppm sample).

Using the lower number, or 46.596 milligrams/cubic meter, one can calculate daily and then annual emission rates, on a pounds/day and ton/year basis, using factors for converting cubic meters to cubic feet and milligrams to pound, which are readily available online, as follows:

- 46.596 milligrams/cubic meter * 1 cubic meter/35.3146667 cubic feet =

    1.3258 milligrams/cubic feet;

- 1.3258 milligrams/cubic feet * 1 pounds/453,592.37 milligrams =

    0.000002923 pounds/cubic feet;

- 0.000002923 pounds/cubic feet * 4,000,000 cubic feet/day =

    11.69 pounds/day;

- 11.69 pounds/day * 365 days/year =

    4,267.42 pounds/year

- 4,267.42 ponds/year * 1 ton/2000 pounds =

    **2.13 tons/year.**

This represents emissions of just one VOC, hexane, and represents the likely emissions on a ton/year basis from the lower emitting methane drainage well.  Yet even here, 2.13 tons/year would exceed reporting thresholds under Colorado Air Quality Control Commission Regulation No. 3.  However, as we understand, Mountain Coal has never reported VOC emissions associated with methane venting.

More significantly, based on the calculations in the Analytical Solution analysis, it appears that VOC emissions may approach major source permitting thresholds under Title V and possibly Prevention of Significant Deterioration requirements under the Clean Air Act.

Just assessing the likely propane emissions, it appears that total VOC emissions are very likely to exceed 100 tons/year.  The Analytical Solution data indicates that of the lower estimated 4.0 million cubic feet/day of raw gas emissions from the West Elk coal mine, 0.106-0.177% of that is considered propane.  Using the lower value of 0.106%, this would equal 4,240 cubic feet/day.  Assuming normal temperature and pressure, the density of propane is 0.1175

3

pounds/cubic feet. *See* "Engineering Toolbox," http://www.engineeringtoolbox.com/gas-density-d_158.html. Thus, 4,240 cubic feet/day would equal 498.2 pounds/day (4,240 cubic feet/day * 0.1175 pounds/cubic feet), or 90.92 tons/year. If the higher value of 0.177% is used, then emissions would be 831.9 pounds/day, or 151.82 tons/year.

Admittedly, these are somewhat rough calculations and we understand many caveats apply. For example, additional sampling of gas from methane drainage wells is likely to reveal more reliable emission factors. Furthermore, although the gas is vented, a portion of it is utilized for the operation of compressors to aid in the methane drainage process. Additionally, these emission estimates do not take into account methane and VOCs released from the ventilation shaft of the West Elk coal mine. However, it seems clear that some level of regulated VOC emissions are emitted as a result of methane venting from MDWs. Despite this, it does not appear that Mountain Coal Company has reported its VOC emissions or obtained permits for their release. Indeed, the construction permit for the West Elk coal mine, Permit No. 09GU1382, does not mention VOCs from MDWs.

The release of unpermitted VOCs is an issue of concern, particularly in light of the fact that VOC emissions are precursors to ground-level ozone, a pollutant of growing concern in western Colorado. Additionally, although we are concerned with unpermitted VOC emissions at the West Elk coal mine, virtually every other underground coal mine that is operating in western Colorado appears to employ the practice of methane venting. These mines include the Elk Creek coal mine, which is located north of the West Elk coal mine in Gunnison County, the Bowie mine, located in Delta County, the McClane Canyon coal mine, located in Garfield County, the Sage Creek coal mine, located in Routt County, and the Deserado coal mine, located in Rio Blanco County. This issue is likely more widespread.

The EPA has even noted its concern over the potential for significant VOC emissions from Colorado coal mines, and the need for detailed air emissions data. In comments on the proposed Red Cliff coal mine north of Fruita, the EPA wrote to the U.S. Bureau of Land Management:

> EPA acknowledges that coal mine methane may have low concentrations of nonmethane organic compounds (NMOCs). However, given the high methane emission rates associated with the mine, the NMOC emission rates may be considerable. The Final EIS should present an actual compositional analysis and estimate of emissions of major NMOCs for the mine. Furthermore, EPA recommends that air modeling for NMOCs be conducted for high NMOC emission rates.

Letter of L. Svoboda, EPA to G. Wallace, BLM (Mar. 31, 2009) at Detailed Comment p. 3. This letter is attached as Attachment 2.

It is in the interest of all Coloradoans to ensure that sources of greenhouse gas emissions are permitted accordingly, and that any unpermitted source of VOC emissions in the State be addressed, particularly in light of the requirements of the Colorado SIP and the Clean Air Act. We appreciate the opportunity to bring to your attention these issues.

Sincerely,


Jeremy Nichols
Climate and Energy Program Director
WildEarth Guardians
1536 Wynkoop, Suite 301
Denver, CO 80202
(303) 573-4898 x 1303
jnichols@wildearthguardians.org

and

Peter Morgan
Sierra Club
1650 38th St., Ste. 102W
Boulder, CO 80301
(303) 449-5595 x 102
peter.morgan@sierraclub.org

cc:     Steve Tuber, Director, EPA Region 8 Assistant Regional Administrator, Office of
            Partnerships and Regulatory Assistance
        Mike Gaydosh, EPA Region 8 Assistant Regional Administrator, Enforcement,
            Compliance, and Environmental Justice
        Ted Zukoski, Earthjustice

**Prepared for Mountain Coal Company LLC**

# West Elk Mine
# Somerset, Colorado
# E Seam Gathering Options
# September, 2009

# Qualifications

Arista Midstream Services, LLC, is an energy services company focused primarily in the Rocky Mountain Region. Arista was formed in October 2007 with a management team each having over 20 years experience in the midstream energy business, which includes sale and marketing of natural gas, natural gas liquids, and oil. In addition, they have built and operated facilities to move these products to end markets (pipelines, compression facilities, gas treatment facilities, and metering). The project manager on the West Elk Mine project was Tim Pimmel, Vice President of Operations and Engineering. Mr. Pimmel has 10 years of experience in the design, construction, and operation of low pressure gathering systems, primarily in the Powder River Basin in Wyoming.

More information on Arista can be found in **Appendix A** (page 20)

# Scope of Work

Arista Midstream Services, LLC, was retained by Mountain Coal Company LLC ("Mountain Coal"), to perform an engineering study related to Mountain Coal's West Elk Mine located outside of Somerset, Colorado. This study is a component in a larger set of analyses prompted by January 2009 amendments to coal leases at the West Elk Mine. This study focused on gathering Coal Mine Methane ("CMM") emitted from existing and future E Seam Methane Drainage Wells ("MDWs"). Arista's evaluation included the design of a gathering system, capital estimates, and annual O&M budgets related to the following three CMM disposal/usage options:

> (1) Flaring the CMM;

> (2) Using raw CMM to fuel generators to produce electricity; and

> (3) Processing the raw CMM for distribution and sale to the nearest natural gas pipeline.

The study began on February 10, 2009 with a site visit at the West Elk mine followed up with a meeting in Mountain Coal's Grand Junction office to review the scope of the analysis. A second field trip to West Elk mine took place on May 28 to look at field layout once the snow melt made it possible to look at the pipeline routes. Three additional meetings were held in Grand Junction to update Mountain Coal's management on project progress, gather additional information, and identify initial findings based on research performed by Arista.

Several spreadsheets and reports were provided by Mountain Coal to assist in the study:
  2009 E Seam CH4 Quantity Summary
  Schlumberger report on E-Seam Gas-In-Place (dated 1/31/07)
  Historical Emissions Data

# Design Criteria

## Gas Volumes

The first step in the project was to estimate gas volumes for the life of the mine, which is critical in the design of the gathering system, both for pipe sizes and compression sizing.   Mining of the E seam began around the beginning of 2009, and 6 methane drainage wells produced gas intermittently in 2009.  A summary of the data from the total volume is presented in the table below.

| E Seam Averages (MMSCFD) | | |
|---|---|---|
| | Total Gas Flow | Methane |
| 2009 | | |
| January | 2.69 | 1.57 |
| February | 3.04 | 1.62 |
| March | 2.91 | 1.57 |
| April | 1.91 | 1.10 |
| May | 1.59 | 0.72 |
| June | 0.83 | 0.27 |
| July | 0.83 | 0.54 |
| August | 1.08 | 0.76 |

**TOTAL DAILY VOLUME FROM E SEAM WELLS (all associated with Long Wall Mining)**

Arista determined that the long wall mining operation would produce roughly an average of 3.0MMCF/day of raw CMM through the MDWs associated with the mined panel.  Based upon long term experience at West Elk, we expect that volume will be highest generally when the longwall is located at the beginning of a panel (East side) and generally decrease as the longwall moves west through the panel.  Both historically and currently in the E Seam, there is significant day-to-day variation in MDW volumes, with total MDW flows during normal operations ranging from a low of 1.5 MMCF/day to peak flows approaching 5.0 MMCF/day.  Arista considered the frequency and volume of peak flows in sizing all components of the gas gathering and management systems.  In April, the coal production from the mine was drastically reduced and this caused a significant reduction in gas production.  It is expected that eventually the mine will return to normal production, although there will be times in the future that production could be lowered again due to either geologic or economic reasons.

Arista also considered effects on the operation of the MDWs as the various panels are sealed.  We reviewed the Schlumberger reserve study and also analyzed the performance of previously sealed panels to estimate the amount of gas that would be produced.   After considering all data available, we determined the proper design capacity of the system to be 1.0 MMCF/day of raw gas coming from the sealed panels.

Adding the volume from the long wall mining operation and the sealed E panels, we arrive at total production of 4.0 MMCF/day of raw gas, with an instantaneous peak volume of around 6.0 MMCF/day.

3

## Basic Gas Analysis

The next step in the project was to analyze CMM quality. The West Elk Mine takes routine bag samples of the gas from each of the MDWs in service. This data is recorded in the methane discharge spreadsheets, along with the daily volumes. Arista reviewed the sampling process and data on gas quality and determined that West Elk was following industry standard practices in data collection, and that the data were valid. The gas quality used for design in this report derived from a weighted average of the 6 E Seam MDWs that have flowed in 2009. Arista concludes that the gathering and processing system should be designed to manage CMM with the following composition:

| West Elk Mine Gas Analysis | |
|---|---|
| | E Seam |
| Methane | 55% |
| Ethane | 1.1% |
| Nitrogen | 35% |
| Oxygen | 7.6% |
| Carbon Dioxide | 1.7% |

**TOTAL E SEAM GAS QUALITY**

It is important to note that gas quality varies significantly from MDW to MDW, and even from an individual MDW over time. However, the quality of the combined CMM flows from all six MDWs has consistently remained very close to the chart listed above. While it is uncertain whether this quality will persist from panel to panel, Arista concludes that it is a reasonable baseline on which to design the gathering and processing system.

## Detailed Gas Analysis

To finalize and confirm the design, more detailed gas analysis was required, mostly to verify that certain components occasionally found in natural CMM flows were not present, or were below levels that would require additional treatment facilities. Arista directed West Elk personnel to take two gas samples from different MDWs and send them to Analytical Solution, Inc., for extended gas analysis. Because the quality from individual wells can vary so much, we chose two wells to represent extremes of methane content (60% and 35% methane) to analyze the full life cycle of the MDW's. The samples were taken on May 15, 2009 and the final report was released on June 14, 2009. Arista and the vendor of the proposed gas processing equipment reviewed the results.

The first area of focus was sulfur components in the CMM, primarily H2S. Natural gas must have less than 4 parts per million (PPM) H2S to be sold commercially. Both samples came back below 1 PPM, so even if all the oxygen and nitrogen in the CMM is removed, the total H2S would still be below 4 PPM and no additional treatment is required.

The second area of focus were the heavier hydrocarbon components in the CMM, primarily ethane, propane, butanes, pentanes, and hexanes. These are critical, because high levels can create hydrate problems in the compression and pipeline facilities. Moreover, these heavier hydrocarbons can

4

necessitate adjustments in the gas processing equipment to handle any potential natural gas liquids that would be produced. Both samples showed very small amounts of the higher level hydrocarbons, indicating no danger of hydrate formation.

The remaining components were checked to identify any other potential problem components for the gas processing facilities. These results were reviewed by the gas processing equipment vendor, and they concluded that the samples did not indicate any additional or unusual processing concerns.

The detailed gas analysis results can be found in **Appendix B** (page 23)

# Basic Gathering System Design

Maps of the proposed gathering system is located in **Appendix C** (page 30)

### Overall Philosophy

A gathering system is the only practical and cost effective method to manage E Seam CMM. Any attempt to place disposal or usage equipment (e.g., flares) at individual MDWs would be defeated by the high variability of individual MDW flows and high equipment costs (because of the large number of MDWs). Consequently, the first component of any approach to managing CMM is a gathering system conveying the CMM to a central location.

Generally there are two ways to lay out a gathering system, one with centralized compression and one with remote compression at various inputs to the system. Both have advantages and disadvantages. Arista analyzed both systems. The centralized system would require larger sized pipelines (modeled to be 16" or 20" diameter), which would negatively impact much more of the surface during construction. Another disadvantage to the centralized system is that the panel laterals are very low pressure, which makes it difficult to move condensed liquids in the line. This is made even tougher by the variable terrain which creates low spots for condensed liquids to gather and cold winter temperatures which may cause freezing. Based on the large pipe sizes and potential condensed liquid issues, Arista concluded that the optimum system was to install compression at the each of the wells and use pressure to minimize line sizes. The higher pressure also makes it easier to handle any condensed liquids in the system.

**Wellhead Design**

## WELLHEAD SETUP



**WELLHEAD DESIGN SCHEMATIC**

Upon analysis, we determined the best course of action is to keep the existing exhausters in service due to the reliable service they have provided. Also the existing exhausters are integral to the approved mine safety plan. The only modification to the existing operation is that we will be providing dehydrated fuel gas for the exhausters, which should further improve their operation.



### Picture of existing exhauster

The exhauster will discharge into a piping header that leads to the suction of the screw compressor. There will be a relief valve set to vent all gas from the mine if the screw compressor shuts down for any reason to ensure mine safety. This relief valve will be tied into alarm system and call out will be issued to respond to any compressor malfunction. Also located on the inlet piping header is a separator, which will be tied to a water tank with a gas fired heater. Any condensed liquids will be separated and stored in this tank.

The screw compressor will be designed to operate using the E seam gas (55% methane) as fuel gas. The compressor will have some flexibility to handle fuel gas quality varying from roughly 35% to 70% methane concentrations using its automated air/fuel ratio controller. A gas analyzer will monitor BTU fuel gas quality. If the methane concentration falls between 25% and 35% we will use commercial propane to supplement the fuel gas quality. At concentrations lower than 25% the exhausters would no longer be able to operate so the well would be taken out of service, as is done today. If the concentration is higher than 70% methane the air/fuel ratio would be manually adjusted on the unit by one of the operators. The unit specified for this system is small skid mounted screw compressor package (Cat 3408 driver, Frick NG250 screw). The compressor will be designed to move roughly 1500

7

mcf/day from 0 psig to 90 psig. The package will include a cooler to lower the gas temperature to below 100 degrees to protect the poly pipe of the lateral and trunk lines. There will be pressure and temperature shutdowns on the compressor to protect the system.

On the discharge header of the screw compressor, we will install a meter, BTU monitor, and a methanol injection pump (with storage tank). This equipment will all be tied into the remote monitoring system, which will allow operators to see current conditions and automatically issue alarms and call-outs as needed.

The fuel for the exhauster and compressor equipment will be taken straight from the header, measured through a meter, and lowered in pressure to roughly 40 psig by fuel regulators. The gas will be dehydrated by running it through a desiccant pipeline dryer manufactured by Van Gas Technologies. This technology minimized emissions and chemical storage on the site. The desiccant is consumed in the process, so there is no waste product. This small unit would need to be filled roughly once a quarter. The exhauster, the screw compressor, the tank heater, and each of these devices are protected with a regulator and relief valve to prevent overpressure.

As the volume of gas drops at each wellhead, it will become necessary to move the screw compressors in order to optimize their performance. The exhauster would continue to operate and would discharge into the existing gathering system, flowing to another wellhead where a screw compressor would be located. We anticipate that up to 4 exhausters could feed a single screw compressor as the system is built out, especially in the sealed panels not associated with longwall mining operation.

## Panel Lateral Gathering System

Arista initially proposed a top-of-ground gathering system built with 6" SDR 11 poly pipe laid between each of the MDWs using low impact construction method with narrow right-of-ways and limited tree clearing. This "straight line" lay out would minimize amount of pipe needed and would be relatively easy to install as a minimum number of roads would be impacted. After discussion with the mine operators, Arista decided that this was unreasonable, primarily because the mine has already negotiated corridors for the roads needed to drill and maintain the MDWs. It was unlikely that additional impact would be allowed, so Arista modified the layout of the panel lateral gathering lines to match the surface impact already approved for Mountain Coal's mine operations. In this case, it is assumed that we will lay roughly 50% of this pipe on the surface, primarily next to roads, and that 50% will be buried in the center of the road. The difference between laying in approved corridors verses "straight line" layout is an increase of 15% in length. Because more of the pipe will be buried in the second case, the actual increase in cost is closer to 40%.

SDR11 pipe is designed to have a maximum allowable operating pressure of 120 psig, which will be protected primarily with compressor shut downs set at 110 psig and a secondary relief valve set at 120 psig located on the pig launcher at the trunk line. Poly pipe is much cheaper to purchase and install than steel pipe, and as long as the system is protected from high temperature and pressure, it is very safe and reliable.

The layout of the gathering system includes 34.4 miles of panel laterals.



**Panel 1 E Seam MDW's – Shows typical terrain and vegetation**

## Trunk line

The trunk line will be a 10" SDR11 poly pipeline.  The total length of this pipeline will be 8.3 miles from the edge of Panel 8 at the far south end of the mine to the location near the electrical substation where the basic gathering system terminates.  Pig launching facilities will be included to allow for the operators to clean the liquids out of the line to keep high performance in the system.  The size of the line (10") was chosen to provide roughly 35 psig at the north end of the system near the substation.

## Control Equipment

Included in the capital estimates is a gas chromatograph, remote monitoring system, and alarm system. This equipment will primarily be utilized by the operators to remotely monitor the system.

## Winter Operations Issues

During winter months, limited access will prevent relocation of the screw compressors and exhausters. Currently the mine has a large enough fleet of exhausters to install one on each of the MDWs they anticipate mining past with the longwall during the winter.  This could include up to 10 MDWs in the winter if the mine is in full production.  Winter limitations on moving screw processors will require additional wellhead setups to provide adequate coverage.  This can be achieved with a combination of three extra screw compressors, along with some temporary 10" top-of-ground pipe located between several of the MDW's.  Operations staff would locate the 6 screw compressors (3 for normal longwall panel operation + 3 extra for winter operation) along the panel that is to be mined, roughly spaced one every other MDW.  The mine operators would then run temporary 10" pipe from each MDW that does not have a screw compressor to one of the adjacent wells that does.  Because the panel gathering lines are not laid out exactly along the individual panels and there may be a midwinter panel transition,, each winter a specific plan will need to be put together to anticipate the upcoming requirements.  This type of planning is currently done by the mine operators in the context of exhauster relocation, which is done each fall in anticipation of winter's arrival.  For the O&M budget, Arista assumed 6000' of 10" poly would be laid every year and a total of 12 compressor moves would be made each year.

## Capital Costs

The basic gathering system includes 8 wellhead setups, 33.9 miles of 6" SDR11 poly panel laterals, and 8.3 miles of 10" SDR11 poly trunk line, and various control equipment identified above.  Six of the screw compressors would be used on the current longwall panel, and the other two would be reserved for the sealed panels.

| | |
|---|---|
| MDW Wellheads | $ 5,991,000 |
| E system Gathering | $ 4,611,655 |
| Control System | $    405,000 |
| Engineering (10%) | $ 1,001,650 |
| Total Project Cost | $ 12,107,320 |

This estimate does not include costs associated with permitting these facilities, such as preparation of environmental review documents. These costs are very difficult to estimate without detailed conversations with the various stakeholders but previous projects that Arista has been involved with have had costs for these type of activities of $200,000 or more (up to $1,000,000 in some cases).

Detailed cost estimate for the Basic Gathering System from the MDWs to a substation can be found in **Appendix D** (page 34).

## Gathering System O&M Costs

The gathering system Operation and Maintenance ("O&M") will be performed by a staff of 8, including a working supervisor, Instrumentation tech, and 6 mechanic/operators. We assume that the system will be worked with day shifts, seven days a week. Also, for safety reasons, there will always be at least two employees present when working in the field. There will be a callout system for alarms, and employees would rotate call out responsibility. Minor work on compression, pumps, etc would be done by gathering employees, with major work such as compression overalls contracted out. It is assumed that 50,000 gallons of methanol will be used annually during the winter months to prevent freeze ups. It is assumed that this water/methanol mix will be disposed as waste water. The staff will have access to the wellheads during the winter, primarily by snowcats. Finally, the O&M expense budget assumes relocating 6000 feet of temporary poly pipe associated with winter operations and it assumes 12 screw compressor moves annually.

The annual O&M costs for the basic gathering system are estimated to be $ 2,118,000.

Breakout of O&M costs for basic gathering system is located in **Appendix E** (page 39)


# CMM Disposal and Usage Options

Arista views the options for CMM management as consisting of a series of subsystems. First, all options require the basic gathering system described in the previous section. Second, all options assume a flare of some type, either as the final disposition of all CMM, or as a safety mechanism for other applications during equipment shutdowns or malfunctions. Third, a power generation component can be added to the gathering system and flare, converting CMM to electricity and using the flare as a backup. Fourth, and alternatively, a gas processing system (again with flare backup) can be installed to process the CMM to pipeline quality, and then a pipeline can be run to one of two natural gas pipelines in the region.

## Option 1 – Flare E Seam Gas

Other than venting, flaring is the technically simplest means of disposing of the CMM. Flaring is common in the oil and gas industry, and there are many potentially applicable low impact designs. The principal challenge in adapting a flare for use at an active coal mine is ensuring miner safety and obtaining MSHA approval. Arista contacted a number of vendors regarding potential flare designs. None had installed a flare at an active coal mine, but all stated it should be technically feasible.

In discussions, vendors highlighted several features that could address the West Elk operating environment. These included:

    (1)    An enclosed design to protect surroundings and personnel;
    (2)    Stack height of 40-60 feet and at least 10 feet above any surrounding trees/structures;
    (3)    Detonation arrestors;
    (4)    High temperature shut down switch to ensure against flashback;
    (5)    Lightening hardening and grounding;
    (6)    Location to ensure appropriate distance from the nearest MDWs; and
    (7)    Equipment to prevent gas ignition from propagating up-pipe.

These flares achieve between 95-98% reduction of methane and are very reliable. The enclosed flare system does not utilize external radiation (open flame) and is comparable to a boiler or process heater. The exhaust gases are vented to atmosphere and the site can be cleared enough to alleviate any concerns about ignition of nearby trees. The biggest concern is the prevention of potential flashback to the mine. The system is designed with multiple safety features to prevent this from happening, including detonation arrestors, high temperature shutdowns, and flash back resistant burners. Although these have not been installed in an active mine, they have operated for many years at refineries, gas plants, and other industrial locations with similar safety concerns.

Arista believes that once these and other measures are deemed adequate to provide an acceptable measure of safety sufficient to obtain eventual MSHA approval of a flare design, installation of a flare will be feasible. Arista cannot predict how long MSHA would take or what field-testing MSHA would require. In the larger context of the gathering system, the cost of the proposed flare itself is approximately $450,000, exclusive of MSHA-required field testing and analysis.

In the event that a flare is intended to be used solely as a backup to a power generation or pipeline sales scenario, and it appears that MSHA approval of a flare design may be protracted, a vent system could be employed as an alternative backup. In that case CMM would be vented rather than flared on the occasion of generation/processing equipment malfunction or shutdown, or excess CMM flow. A vent backup is suboptimal as compared to a flare for a variety of reasons, but could be used to avert a regulatory bottleneck.

Capital costs of a "Flare Only" option are essentially the same as the basic gathering system plus the $450,000 flare cost, for a total of $12.56MM. O&M would be same, at $2.12MM.

Detailed information on the flare can be found in **Appendix F** (page 41).

## Capital Costs

$12.56 MM

## O&M Costs

$2.12 MM

### *Alternate Flare Option*

The basic flaring design assumes a flare location near existing infrastructure, at a lower elevation and well-removed from the active areas of the E-Seam panels. This has two principal advantages. First, flare equipment at this location can be readily combined with power generation or gas processing equipment to provide CMM management flexibility. Second, the location is more readily accessible to operator crews and because of its distance from active mine workings, is believed to be more likely to meet MSHA requirements. However, if the mine were to commit exclusively to flaring CMM, and could secure MSHA, Forest Service, related permitting requirements, a flare could alternatively be located farther up the mountain, centralized over the E-Seam panels (note that the physical ability to locate the flare in this location does not address its economic feasibility, which is a separate issue). This would reduce the gathering system piping and allow centralized screw compression rather than having the screws located at the MDWs. If the flaring is done above the E-seam mining operations, then there is no need for the trunk line down to the substation location. Some of the panel laterals would need to be upsized from 6" to 10" to minimize pressure loss through the system. The key to this design is that the screw compressors in this option would be configured differently than all of the other options discussed in this report – the system would draw a deep vacuum at the suction of the screw compressor and discharge at much lower pressure by going directly to the flare. Because operation would be at a low vacuum, it is likely there will be higher oxygen content due to fugitive leaks on the compression and possibly on the pipeline system. Leaks on a vacuum system pull air into the system rather than gas escaping to the atmosphere. Consequently, under this approach only 4 screw compressors are needed, half as much as for the basic gathering system design, resulting in significant capital and O&M savings.

Alternate Flare Option Capital and O&M

Capital  $9.41MM
O&M    $1.50MM annual

A map of the proposed alternate flare system, along with capital and O&M estimates, can be found in **Appendix G**

# Option 2 – Power Generation

Power Generation using the CMM from the E seam was identified as a potential use, and Mountain Coal retained Burns & McDonnell to perform the detailed engineering and cost estimates associated with the actual equipment. Arista provided the design of gathering system to bring the gas to the power generation location, which is assumed to be adjacent to the existing substation equipment. Two types of generators are being considered, either reciprocating or turbine driven. This study assumes reciprocating, which allows us to utilize the basic gathering system design and costs. Turbine generation would require a small booster compressor to provide adequate pressure.

## Capital Cost

Total capital of the gathering system is estimated to be $12.56MM. This includes 8 well locations, the 6" SDR 11 panel laterals, the 10" SDR 11 trunk line to the Substation, and the flare. This estimate does not include any facilities associated with the power generation. Burns & McDonnell is performing a study on power generation for Mountain Coal and the report from this study will include the additional capital cost associated with this equipment.

## O&M cost

Total O&M to operate the gathering system (no power generation included) is roughly $2.12MM annually. This includes 8 employees with trucks, methanol and beads for descant dehydration, maintenance on 8 screw compressors and other associated wellhead equipment, and 20k/month to support a small office. Also included in the O&M expense budget is moving the 6000 feet of poly pipe associated with winter operation and 12 screw compressor moves annually. These same employees could be used to maintain the generators. Burns & McDonnell is performing a study on power generation for Mountain Coal and the report from this study will include the additional O&M cost associated with this equipment.

Cost estimates (capital and O&M) for the power generation option can be found in Burns & McDonnell's report.

# Option 3 - Processing and Sale of the E Seam Gas

The scope of this option includes a Gathering System, a Gas Processing Unit, and transmission to a natural gas pipeline. The Gas Processing Unit includes compressing the gas for preparation for processing, processing the gas to sales quality, compressing the sales gas, and transporting the sales gas to the nearest pipeline for commercial sales.

## Gas Processing Unit

Arista compared a variety of processing units for processing effectiveness and cost before selecting the proposed design. The evaluation started with a gas analysis provided by Mountain Coal. The Gas Analysis provides a list of components in the gas being produced by the mine.

| West Elk Mine Gas Analysis | |
|---|---|
| | E Seam |
| Methane | 55% |
| Ethane | 1.1% |
| Nitrogen | 35% |
| Oxygen | 7.6% |
| Carbon Dioxide | 1.7% |

There are a variety of processing units which can be applied to treat the unprocessed gas that will produce pipeline quality gas. While each pipeline company establishes the specific quality they will accept based on the design of their system, for the most part they are very similar. Typical limits include:

> Water vapor less than 6 pounds per million cubic feet
> Hydrogen Sulfide less than .25 grains per 100 cubic feet (4 parts per million or ppm)
> Total sulfur less than 5 grains per 100 cubic feet (20 ppm)
> Oxygen less than 10 ppm
> Hydrocarbon dewpoint less than 15 degree Fahrenheit
> Carbon Dioxide less than 2% by volume

The raw gas for the mine contains the following components that need to be removed or limited - Oxygen (O2), Carbon Dioxide (CO2), Water and Nitrogen (N2). Removal is necessary for the following reasons:

- Oxygen - can cause various problems including degradation of process chemicals (example - amine) and increase corrosion in the pipeline. To prevent this the pipeline specification for oxygen is normally set at 10 ppm or below.
- Carbon Dioxide and Nitrogen - are considered inert gases, which mean they do not burn and will reduce the BTU value of the sales gas. In addition, carbon dioxide in higher quantities and in the presence of water can create acids that are corrosive to pipelines.
- Water - can cause various problems including freezing and increased corrosion.

The proposed design begins with the removal of oxygen from the gas stream. Because of the high amount of oxygen in the West Elk gas stream, Arista concluded that a catalytic process is the only appropriate oxygen removal technology. There are other technologies to remove lower quantities of oxygen, but the West Elk stream's oxygen content is well above their capability. Oxygen removal must take place in the first unit of the processing sequence because carbon dioxide and water are by-products of the oxygen removal process. As a result, the percentage of carbon dioxide and water in the raw gas stream will increase when the oxygen is removed, and these products are themselves contaminants that must later be removed from the gas stream.

Two basic approaches were evaluated for removal of water, nitrogen, and carbon dioxide. Each approach would work and has its own advantages and disadvantages.

15

The first approach involves removing the carbon dioxide using an amine chemical absorption process, followed by a molecular sieve to remove the water, and finally through a cryogenic nitrogen removal system. In the chemical absorption process, carbon dioxide is recovered in an amine water solution and is removed from the gas stream. The molecular sieve is an adsorption process that removes water vapor from the gas to very low levels. This is necessary because the cryogenic nitrogen removal system cools the gas to very cold temperatures (-250 degrees Fahrenheit) which would cause any remaining water to freeze and disable the cryogenic system. The main advantage of this approach is that there is very little incidental loss of the methane in the gas stream. The primary disadvantage is that is significantly more expensive than the second approach that was evaluated.

The second approach involves removing the water vapors first, using a glycol scrubbing system. The glycol system is not as effective in water removal as the molecular sieve, but still allows pipeline gas quality specs to be made. Next, the nitrogen and carbon dioxide are removed with a pressure swing adsorption process (PSA). The adsorbent that would be used would remove both the carbon dioxide and nitrogen, but 10% of the methane in the gas stream would be lost to the waste stream that would be sent to the flare for combustion. This incidental loss of methane sales gas is the primary disadvantage of the second process approach. The primary advantage is that capital and operating cost are lower.

The selection of processing approach generally comes down to simple economics. If the total unprocessed stream is less than 2 mmcf/day the PSA option is always the more economic choice. Above 10 mmcf/day the Cryogenic plant is always more economic. Between 2 mmcf/day and 10 mmcf/day, where our design lies, an evaluation is done based on loss of methane (10%) for the PSA process versus the increased capital and operating cost associated with the cryogenic process. Our analysis showed the PSA system was significantly more cost effective. Because the waste stream, including the lost 10% methane is destroyed in the flare, there is no additional environmental impact from this process.



## PLANT SCHEMATIC

## Plant Discharge and Sales Gas Line

Arista researched the different options for delivery of gas to commercial markets. Two pipeline systems were considered - Bull Mountain and Rocky Mountain Natural Gas (RMNG). Both systems have capacity for additional gas, so the main decision points were the cost to connect and relative surface disturbance associated with the two connections.

RMNG has an 8" pipeline near Austin, Colorado, which would involve laying a 36 mile pipeline. There are closer lines, but they are all distribution lines and have insufficient capacity for the volume of gas requiring delivery. RMNG has a low Maximum Allowable Operating Pressure (550 psig), which means that less compression horsepower and associated capital will be required at the gas plant.

On the Bull Mountain system, the sales lateral would tie-in to a new lateral scheduled to be completed in September 2009 and which lies almost directly north of the West Elk Mine. The tie in location is about 15 miles away, which is significantly closer than RMNG. The operating pressure of the line is going to be around 900 psig, but the incremental cost for additional compression is much less than the capital associated with the extra pipe over to RMNG. If interconnected and supplying gas to Bull Mountain, Mountain Coal may even be able to get a slight price premium due to the low carbon dioxide of their gas compared to the other gas expected to flow on the system.

For these reasons, the Bull Mountain connection is clearly superior from a cost perspective. Because of the shorter connection distance, the Bull Mountain option would also involve less surface disturbance. While a full surface disturbance analysis would also require an examination of the type and sensitivity of impacted terrain, this was beyond the scope of Arista's assignment.

Maps showing the two potential sales laterals can be found in **Appendix C** (page 30).

## Sales Gas Quantity

Average input volume of 4.0 MMCF/day of raw CMM gas equates to 2.2 MMCF/day of Methane.  The field compression and exhausters will burn roughly .35 MMCF/day in fuel.  This means we have around 1.85 MMCF/day of Methane entering the plant.  Normal losses and fuel use in the plant would use about .1MMCF/day so that we will have 1.75 MMCF/day available for sales.

We assumed that a majority of the plant equipment and discharge compression would be electric in this design.

## Capital Costs

The basic gathering system to the substation location, including the flare, is estimated to cost $12.56 MM.  The plant, final high pressure compression, and associated equipment are estimated to cost $12.1 MM.  The sales lateral to Bull Mountain is estimated to cost $10.5MM.  Total capital cost for this project is estimated to be $35.4MM

Detailed cost estimate for the gas sales option can be found in **Appendix H** (page 57).

## O&M Costs

In addition to the O&M costs associated with the basic gathering system ($2.12MM annual) costs need to be added for the gas plant ($700,000 annual), compression ($150,000 annual), and the pipeline to Bull Mountain ($100,000 annual).

Total O&M is estimated to be roughly $3,100,000 annually.

Detailed O&M estimate for the sales gas option can be found in **Appendix I** (page 61).

# APPENDIX INDEX

A        Arista Information and Qualifications                    **Page 20**

B        Extended Gas Analysis Report                             **Page 23**

C        System Maps                                              **Page 30**

D        Cost Estimate for Basic Gathering System                **Page 34**

E        O&M Cost for Basic Gathering System                      **Page 39**

F        Flare Cost Breakdown/Quote                               **Page 41**

G        Alternate Flare Option                                   **Page 50**

H        Cost Estimate for Gas Sales                              **Page 57**

I        O&M Cost for Gas Sales                                   **Page 61**

# Appendix A

# Arista Information and Qualifications

# Arista Midstream Services, LLC

Led by a team of seasoned professionals, Arista provides oil and gas producers with a full complement of midstream services. Capabilities include the gathering, treating and handling of natural gas, crude oil, water and condensates, and carbon dioxide sequestration. We are grounded in three bedrock concepts: superior customer service, strong relationships, and the delivery of all-in solutions. We believe that good business is always built on good relationships: relationships with our customers, local communities, landowners, regulatory agencies, and our environment.

## Our Capabilities

Arista has expanded the traditional definition of midstream to provide customers with comprehensive, all-in solutions and opportunities for growth. Core capabilities include the gathering, treating and handling of natural gas, crude oil and condensates, flowback and produced water, and carbon dioxide sequestration. We are focused on building strong, open relationships with our customers and all of the constituents in the value chain.

## Natural Gas

Arista's origins are in natural gas gathering and processing. We are experts at gathering in the Rocky Mountains where large blocks of federal lands, environmentally sensitive areas, and split estates present unique challenges. We are also experts at gathering gas from actively developing resource plays, and unconventional gas and coalbed methane reservoirs which are expected to deliver an increasing share of domestic gas supplies. Additional services include the recovery, transport and sequestration of carbon dioxide to enhance oil recovery operations and reduce the emission of greenhouse gas. We understand how to build pipelines and plants and the importance of meeting development schedules. We work hard to address our customers' critical business concerns.

## Water

The effective management of produced and flowback water creates cost savings, sustainable operating solutions in the field, and vehicles for creating value. Water is a scarce resource in the Rocky Mountains. Arista's ability to recover and maximize the use of distilled water, hydrocarbons and methanol from produced water creates substantial cost savings in trucking and disposal without capital expense. Arista's all-in water management solutions also mitigate the environmental impact of operations and create a net gain in water for the arid areas in the West.

## Crude Oil and Condensates

Arista provides gathering, treating and handling services for crude oil and condensates. We build and operate gathering infrastructure and terminal facilities to aggregate and move condensate and crude oil to market. Broad and exceptional service is baseline at Arista. Our pipeline, trucking, terminal and storage capabilities give us the capacity to deliver an array of integrated, value-added services of the highest quality. We recognize that our customers count on us to supply reliable, cost effective solutions. They depend on it. The country's energy requirements depend on it. And we deliver.

## Management

**Carter G. Mathies,** Chairman and Director. Mr. Mathies was previously the Chairman and Co-Founder of Slater River Resources, a privately held E&P company. Previously, Mr. Mathies was Vice President and Western Division Manager of Westport Resources Corporation prior to their merger with Kerr McGee, Vice President of the midstream group of Kinder Morgan, Inc. and President and CEO of Tipperary Corporation a publicly held exploration and production company. Mr. Mathies has a long history of advising Indian tribes in the Rocky Mountain Region on development of their natural resources.  Mr. Mathies is a past President and current board member of the Independent Producers Association of Mountain States (IPAMS).

**Steven B. Huckaby**, the President of Arista, has a quarter century of experience in the midstream gas gathering and processing industry. Most recently, Mr. Huckaby served as Vice President of Business Development and General Manager of the Denver office of Momentum Energy Group, LLC. He has also served as Vice President of the midstream group of Kinder Morgan, Inc., Executive Vice President and Co-Founder of Bear Paw Energy, Inc. and Vice President and COO of Vessels Oil & Gas, Inc. Mr. Huckaby has held various business development, operations and engineering positions with Snyder Oil and Oxy/Cities Service Oil & Gas.

**Tim Pimmel**, Vice President of Engineering and Operations. Mr. Pimmel is responsible for all Arista asset construction and operations. Prior to joining Arista, Tim served as Vice President of Operations of the Gathering Unit at PRB Energy. In this position, he was responsible for all facets of the midstream business. Mr. Pimmel was with Bear Paw Energy, LLC from 2000 to 2005, last serving as Operations Director. Primary responsibilities were managing the operations of assets in Powder River and Williston Basins. From 1998 to 2000, Mr. Pimmel worked with Kinder Morgan in the Denver Office, primarily as a facility planning engineer. From 1990 to 1998, he worked for Natural Gas Pipeline Company of America as a Field Engineer on numerous construction projects.

# Appendix 2

# Extended Gas Analysis Report

## *ANALYTICAL SOLUTION, INC.* (AnSol)

| | | |
|---|---|---|
| 6/14/09 | **Analytical Report** | Sample log # :  **J0519a.doc** |

| | | | |
|---|---|---|---|
| Purchase Order #: | *WEMC-G-WE1SLJ* | Customer Project: | |
| Company : | ***Mountain Coal Company*** | Requester : | ***Steve Woods*** |
| | | | ***Somerset Laboratory*** |
| Address : | *5174 Hwy 133* | Phone: | *970-929-5022* |
| | *Somerset, CO 81434* | Fax: | |
| | | E-mail : | |
| Sample Description : | *Coal bed methane* | Received Date : | *5/19/09* |
| Number of Samples : | *2* | Total Report Page: | *6* |

*Note: This report is submitted to the requester through E-mail only.  Please let us know if your need this document security signed, or a hard copy report by mail or fax.*

**Report Summary:**

Results are tabulated in the following pages.

Submitted by:   Sherman S. Chao, Ph.D.

Tel: (630) 230-9378,  Fax: (630) 230-9376

**Disclaimer:**
*Neither AnSol nor any person acting on behalf of AnSol assumes any liability with respect to the use of, or for damages resulting from the use of, any information presented in this report.*

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

24

*ANALYTICAL SOLUTION, INC.*  (AnSol)

6/14/09        **Analytical Report**        Sample log # : J0519a.doc

## GAS COMPONENT ANALYSIS

| Sample ID: | Conc. Unit | J0519a01 | J0519a02 |
|---|---|---|---|
|  |  | Gas, V18-E1-38, 5/15/09, 0851 | Gas, V14-E1-42, 5/15/09, 0840 |
| Methane | % | 60.7 | 34.5 |
| Carbon dioxide | % | 1.50 | 2.30 |
| Nitrogen | % | 28.9 | 50.5 |
| Oxygen | % | 7.8 | 11.9 |
| Ethane | % | 0.91 | 0.62 |
| Propane | % | 0.177 | 0.106 |
| i-Butane | % | 0.023 | 0.027 |
| n-Butane | % | 0.028 | 0.023 |
| i-Pentane | % | 0.0129 | 0.0094 |
| n-Pentane | % | 0.0050 | 0.0038 |
| Hexane + | % | 0.0232 | 0.007 |
| GHV, dry (14.73 psi) * | Btu/scf | 639 | 366 |
| Relative density * |  | 0.739 | 0.856 |
| NMHC (Non-Methane Hydrocarbons) | % C | 1.376 | 0.893 |
|  | mg/M$^3$ | 0.697 | 0.453 |
| Total Sulfur | ppmv | 0.65 | 0.192 |
|  | mg/M$^3$ | 0.84 | 2.60 |
| Total organic silicon | ppmv | 0.22 | 0.19 |
|  | mg/M$^3$ | 0.26 | 0.23 |
| Total organic chlorine | ppmv | <0.10 | <0.10 |
|  | mg/M$^3$ | <0.15 | <0.15 |
| Total organic fluorine | ppmv | <0.1 | <0.1 |
|  | mg/M$^3$ | <0.08 | <0.08 |

**\* Calculation** based on 4 major components. 60°F-14.73 psi

**Note:** All major component concentrations were reported as a moisture, $H_2S$ free basis and were normalized to 100%. Oxygen and Argon cannot be separated; therefore, the oxygen result includes a small amount of Argon. Some results may be reported with additional significance for reference.

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

z5

*ANALYTICAL SOLUTION, INC.* **(AnSol)**

6/14/09        **Analytical Report**        Sample log # :  J0519a.doc

## Compound Speciation - Siloxanes

| | J0519a01 | | J0519a02 | |
|---|---|---|---|---|
| | Gas, V18-E1-38, 5/15/09, 0851 | | Gas, V14-E1-42, 5/15/09, 0840 | |
| **Organic Silicon (siloxanes)** | ppmv as Si | ppmv | ppmv as Si | ppmv |
| Tetramethyl silane | <0.1 | <0.1 | <0.1 | <0.1 |
| Trimethyl silanol | <0.1 | <0.1 | <0.1 | <0.1 |
| Hexamethyldisiloxane (L2) | <0.1 | <0.05 | <0.1 | <0.05 |
| Hexamethylcyclotrisiloxane (D3) | 0.06 | 0.019 | 0.03 | 0.010 |
| Octamethyltrisiloxane (L3) | <0.1 | <0.033 | <0.1 | <0.033 |
| Octamethylcyclotetrasiloxane (D4) | 0.07 | 0.018 | 0.07 | 0.017 |
| Decamethyltetrasiloxane (L4) | <0.1 | <0.025 | <0.1 | <0.025 |
| Decamethylcyclopentasiloxane (D5) | 0.04 | 0.008 | 0.05 | 0.010 |
| Dodecamethylpentasiloxane (L5) | <0.1 | <0.02 | <0.1 | <0.02 |
| Dodecamethylcyclohexasiloxane (D6) | <0.1 | <0.017 | <0.1 | <0.017 |
| Others  (as L2) | 0.05 | 0.025 | 0.04 | 0.02 |
| Total: | 0.22 | | 0.19 | |
| Total (Si, mg /M³): | 0.26 | | 0.23 | |

Note:  Some results may be reported with additional significance for reference.  The normal detection limit is 0.1 ppmv Si.

Special Note: It is known that some sample bag use light lubricant at sample valves.  The low level of siloxanes found in the sample may come from lubricant.

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

Z6

*ANALYTICAL SOLUTION, INC.* **(AnSol)**

6/14/09        **Analytical Report**        Sample log # : **J0519a.doc**

## Compound Speciation – Sulfur Components

| Sulfur Compounds, ppmv as S | J0519a01 | J0519a02 |
|---|---|---|
| | Gas, V18-E1-38, 5/15/09, 0851 | Gas, V14-E1-42, 5/15/09, 0840 |
| Hydrogen sulfide | 0.16 | 0.23 |
| Carbonyl sulfide | 0.46 | 1.69 |
| Methyl mercaptan | <0.05 | <0.05 |
| Ethyl mercaptan | <0.05 | <0.05 |
| Dimethyl sulfide | <0.05 | <0.05 |
| Carbon disulfide * | <0.05 | <0.05 |
| i-Propyl mercaptan | <0.05 | <0.05 |
| t-Butyl mercaptan | <0.05 | <0.05 |
| n-Propyl mercaptan | <0.05 | <0.05 |
| Ethyl methyl sulfide | <0.05 | <0.05 |
| Thiophene | <0.05 | <0.05 |
| Diethyl sulfide | <0.05 | <0.05 |
| Dimethyl disulfide * | <0.05 | <0.05 |
| Ethyl methyl disulfide * | <0.05 | <0.05 |
| Diethyl disulfide * | <0.05 | <0.05 |
| Others (as S) | <0.05 | <0.05 |
| Total S: | 0.65 | 1.92 |

Note: Some results were reported with additional significance for reference. The normal detection limit of each sulfur compound is 0.1 ppmv.

* 1.0 ppmv as sulfur = 0.50 ppmv sulfur compound

Analytical Solution, Inc., 7320 S. Madison, Unit 500, Willowbrook, Illinois 60527

**June 14, 2009**                                                                 Sample log No. :        **J0519a01**

Sample ID:    **Gas, V18-E1-38, 5/15/09, 0851**

| Target VOC | ppmv | Target VOC | ppmv |
|---|---|---|---|
| Dichlorodifluoromethane | <0.10 | cis-1,3-Dichloropropene | <0.10 |
| Chloromethane | <0.10 | Methyl butyrate | <0.10 |
| 1,2-Dichloro-1,1,2,2-tetrafluoroethane | <0.10 | 4-methyl-2-pentanone (MIBK) | <0.10 |
| Vinyl chloride | <0.10 | Trans-1,3-Dichloropropene | <0.10 |
| Bromomethane | <0.10 | Methylcyclohexane | 26.3 |
| Chloroethane | <0.10 | 1,1,2-Trichloroethane | <0.10 |
| Ethanol | <0.10 | 2,3,4-Trimethyl pentane | 0.25 |
| i-Pentane | 129 | Toluene | 0.29 |
| Acetone | <0.10 | Chlorodibromomethane | <0.10 |
| Fluorotrichloromethane | <0.10 | 2-Methyl heptane | 3.7 |
| 2-propanol | <0.10 | 3-Methyl heptane | 2.51 |
| n-Pentane | 51 | Ethyl butyrate | <0.10 |
| Bromoethane | <0.10 | 1,2-Dibromoethane | <0.10 |
| 1,1-Dichloroethene | <0.10 | Propyl propanoate | <0.10 |
| Methyl acetate | <0.10 | Butyl acetate | <0.10 |
| Methylene chloride | <0.10 | n-Octane | 3.11 |
| 3-Chloropropene | <0.10 | Tetrachloroethene | <0.10 |
| 2,2-dimethylbutane | <0.10 | Chlorobenzene | <0.10 |
| 1,1,2-Trichloro,1,2,2-trifluroethane | <0.10 | Ethylbenzene | 0.10 |
| n-Propanol | <0.10 | m,p-Xylene | 0.20 |
| Trans-1,2-dichloroethene | <0.10 | Propyl butyrate | <0.10 |
| 1,1-Dichloroethane | <0.10 | Bromoform | <0.10 |
| Methyl tert-butyl ether | <0.10 | Styrene | <0.10 |
| 2-Methyl pentane | 34 | 1,1,2,2-Tetrachloroethane | <0.10 |
| Methy ethyl ketone (MEK) | <0.10 | o-Xylene | <0.10 |
| 3-Methyl pentane | 23.7 | n-Nonane | 0.94 |
| 2-Butanol | <0.10 | Alpha pinene | <0.10 |
| cis-1,2-dichoroethene | <0.10 | n-Propyl benzene | <0.10 |
| Ethyl acetate | <0.10 | 3-Ethyl toluene | <0.10 |
| n-Hexane | 26.6 | 4-Ethyl toluene | <0.10 |
| Chloroform | <0.10 | 1,3,5-Trimethylbenzene | <0.10 |
| Iso butyl alc. | <0.10 | Butyl butyrate | <0.10 |
| Tetrahydrofuran | <0.10 | 2-Ethyl toluene | <0.10 |
| 1,2-Dichloroethane | <0.10 | 1,2,4-Trimethylbenzene | <0.10 |
| 1,1,1-Trichloroethane | <0.10 | n-Decane | 0.18 |
| 1-Butanol | <0.10 | 1,3-Dichlorobenzene | <0.10 |
| Benzene | 0.68 | Benzyl chloride | <0.10 |
| Carbon tetrachloride | <0.10 | 1,2-Dichlorobenzene | <0.10 |
| Cyclohexane | 12.8 | Delta-carene/Alpha-terpinene | <0.10 |
| 2-Methyl hexane | 9.4 | Cymenes | <0.10 |
| 3-Methyl hexane | 11.6 | Limonene | <0.10 |
| 1,2-Dichloropropane | <0.10 | 1,4-Dichlorobenzene | <0.10 |
| Bromodichloromethane | <0.10 | Undecane | 0.61 |
| Trichloroethene | <0.10 | 1,2,4-Trichlorobenzene | <0.10 |
| 2,2,4-trimethylpentane/2,2-dimethylhexane | 5.6 | Dodecane | <0.10 |
| Ethyl propionate | <0.10 | Naphthalene | <0.10 |
| Propyl acetate | <0.10 | Hexachloro-1,3-butadiene | <0.10 |
| n-Heptane | <0.10 | Hexachloroethane | <0.10 |

Note: TO-17 test.  The test results include all TO-14A, some TO-15 and most common compounds in BioGas. Additional significance may be reported for reference only.  Detection limit higher than the normal 0.1-0.2 ppmv is primarily due to the broad peak shape and closely eluted unknown compound with larger concentration.

28

**June 14, 2009**                                    Sample log No. :        **J0519a02**

| | Sample ID: | **Gas, V14-E1-42, 5/15/09, 0840** | | |
|---|---|---|---|---|
| **Target VOC** | **ppmv** | **Target VOC** | **ppmv** | |

| Target VOC | ppmv | Target VOC | ppmv |
|---|---|---|---|
| Dichlorodifluoromethane | <0.10 | cis-1,3-Dichloropropene | <0.10 |
| Chloromethane | <0.10 | Methyl butyrate | <0.10 |
| 1,2-Dichloro-1,1,2,2-tetrafluoroethane | <0.10 | 4-methyl-2-pentanone (MIBK) | <0.10 |
| Vinyl chloride | <0.10 | Trans-1,3-Dichloropropene | <0.10 |
| Bromomethane | <0.10 | Methylcyclohexane | 9.5 |
| Chloroethane | <0.10 | 1,1,2-Trichloroethane | <0.10 |
| Ethanol | <0.10 | 2,3,4-Trimethyl pentane | 0.16 |
| i-Pentane | 94 | Toluene | 0.20 |
| Acetone | <0.10 | Chlorodibromomethane | <0.10 |
| Fluorotrichloromethane | <0.10 | 2-Methyl heptane | 1.84 |
| 2-propanol | <0.10 | 3-Methyl heptane | 1.16 |
| n-Pentane | 38 | Ethyl butyrate | <0.10 |
| Bromoethane | <0.10 | 1,2-Dibromoethane | <0.10 |
| 1,1-Dichloroethene | <0.10 | Propyl propanoate | <0.10 |
| Methyl acetate | <0.10 | Butyl acetate | <0.10 |
| Methylene chloride | <0.10 | n-Octane | 1.21 |
| 3-Chloropropene | <0.10 | Tetrachloroethene | <0.10 |
| 2,2-dimethylbutane | <0.10 | Chlorobenzene | <0.10 |
| 1,1,2-Trichloro,1,2,2-trifluroethane | <0.10 | Ethylbenzene | <0.10 |
| n-Propanol | <0.10 | m,p-Xylene | 0.11 |
| Trans-1,2-dichloroethene | <0.10 | Propyl butyrate | <0.10 |
| 1,1-Dichloroethane | <0.10 | Bromoform | <0.10 |
| Methyl tert-butyl ether | <0.10 | Styrene | <0.10 |
| 2-Methyl pentane | 20.0 | 1,1,2,2-Tetrachloroethane | <0.10 |
| Methy ethyl ketone (MEK) | <0.10 | o-Xylene | <0.10 |
| 3-Methyl pentane | 12.5 | n-Nonane | 0.33 |
| 2-Butanol | <0.10 | Alpha pinene | <0.10 |
| cis-1,2-dichoroethene | <0.10 | n-Propyl benzene | <0.10 |
| Ethyl acetate | <0.10 | 3-Ethyl toluene | <0.10 |
| n-Hexane | 13.2 | 4-Ethyl toluene | <0.10 |
| Chloroform | <0.10 | 1,3,5-Trimethylbenzene | <0.10 |
| Iso butyl alc. | <0.10 | Butyl butyrate | <0.10 |
| Tetrahydrofuran | <0.10 | 2-Ethyl toluene | <0.10 |
| 1,2-Dichloroethane | <0.10 | 1,2,4-Trimethylbenzene | <0.10 |
| 1,1,1-Trichloroethane | <0.10 | n-Decane | <0.10 |
| 1-Butanol | <0.10 | 1,3-Dichlorobenzene | <0.10 |
| Benzene | 0.49 | Benzyl chloride | <0.10 |
| Carbon tetrachloride | <0.10 | 1,2-Dichlorobenzene | <0.10 |
| Cyclohexane | 6.8 | Delta-carene/Alpha-terpinene | <0.10 |
| 2-Methyl hexane | 5.3 | Cymenes | <0.10 |
| 3-Methyl hexane | 6.2 | Limonene | <0.10 |
| 1,2-Dichloropropane | <0.10 | 1,4-Dichlorobenzene | <0.10 |
| Bromodichloromethane | <0.10 | Undecane | <0.10 |
| Trichloroethene | <0.10 | 1,2,4-Trichlorobenzene | <0.10 |
| 2,2,4-trimethylpentane/2,2-dimethylhexane | 2.57 | Dodecane | <0.10 |
| Ethyl propionate | <0.10 | Naphthalene | <0.10 |
| Propyl acetate | <0.10 | Hexachloro-1,3-butadiene | <0.10 |
| n-Heptane | 5.3 | Hexachloroethane | <0.10 |

Note: TO-17 test. The test results include all TO-14A, some TO-15 and most common compounds in BioGas.
Additional significance may be reported for reference only. Detection limit higher than the normal 0.1-0.2 ppmv is
primarily due to the broad peak shape and closely eluted unknown compound with larger concentration.

29

# Appendix C

# System Maps





TOTAL DISTANCE
BULL MOUNTAIN LINE TIE IN
78,347 FEET
14.8 MILES

BULL MOUNTAIN SALES LATERAL

LEGEND

ARISTA
MIDSTREAM
SERVICES

# EXHIBIT 3



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**
1595 Wynkoop Street
DENVER, CO  80202-1129
Phone 800-227-8917
http://www.epa.gov/region08

Ref: EPR-N                                          March 31, 2009

Glenn Wallace
Bureau of Land Management
Colorado State Office (CO-931)
2850 Youngfield Street
Lakewood, CO  80215-7093

                                    RE:  Proposed Red Cliff Mine Project
                                    CEQ # 20090005

Dear Mr. Wallace:

        In accordance with our responsibility under Section 309 of the Clean Air Act, 42 U.S.C. Section 7609, and the National Environmental Policy Act (NEPA), 42 U.S.C. Section 4332(2)(C), the United States Environmental Protection Agency (EPA) has reviewed the Draft Environmental Impact Statement (DEIS) for the proposed Red Cliff Mine Project near Mack, Colorado.

        The proposed action would issue a right-of-way (ROW) and use of public lands to support an expansion of the existing CAM-Colorado, LLC (CAM) mining operation.  In addition, the proposed action includes the connected actions of a lease-by-application (LBA) for an adjacent block of federal coal (14,466 acres) and a separate ROW application from the Grand Valley Power utility for construction and operation of a new electric transmission line (69 kV) to meet the proposed project's power requirements.

        In completing our review, EPA's primary concern is methane capture.  The parties intend to construct and operate infrastructure needed to mine coal from existing leases and to transport it by rail to meet current market demand for nonrenewable, carbon-intensive energy fuels.  Lessees have the right to vent, discharge, or otherwise dispose coal mine methane as necessary for underground mine safety consistent with permitted mining operations under federal and state law and regulations.  Methane is a greenhouse gas that remains in the atmosphere over a significant period of time with at least twenty times the effectiveness of carbon dioxide in trapping heat radiated from the earth.  Although methane is emitted from both natural and anthropogenic sources, underground coal mines are the largest source of coal mine methane.

        EPA supports energy conservation as an important pollution prevention measure, and notes that the Council of Environmental Quality (CEQ) has issued a memorandum on energy conservation encouraging federal agencies to incorporate pollution prevention principles, techniques, and mechanisms into their planning and decision-making processes, and to evaluate and report those efforts, as appropriate, in documents prepared pursuant to NEPA.  EPA maintains a voluntary Coalbed Methane Outreach Program in which the U.S. coal industry has captured for use or sale over 535 billion cubic feet of coal mine methane.  Twenty active underground mines in the U.S. with methane capture projects operating in 2006 prevented 180

billion cubic feet of methane from entering the atmosphere, thereby offsetting almost 73 million metric tons of carbon dioxide-equivalent.  The DEIS states [page 2-30] the potential for methane liberation from the proposed Red Cliff mining operation ranges from 9  to 14 million cubic feet per day or 3 to 5 billion cubic feet per year (1-2 megatonnes of $CO_2$-equivalent).  The potential for greenhouse gas emission reductions would be significant and BLM should disclose in the final EIS what administrative actions can be taken in the coal leases to require the lessee to legally capture this methane.  We applaud the BLM for including in its proposed action an analysis of methane venting even though CAM does not utilize a methane drainage system in its current logical mining unit at the McClane Canyon Mine nor include provision for a coal mine methane degasification system (wells) in its current mining permit application to the Colorado Department of Reclamation, Mining and Safety (DRMS).

We recommend that the final EIS include the issuance of an addendum to CAM's existing logical mining unit leases (COC-57198) and to any new coal lease (COC 70538) that may be awarded through competitive bids in the lease-by-application process.  The Addendum should include language similar to the addendum that amended the Mountain Coal Company's West Elk coal lease (COC 67232) that authorized the lessee to capture for use or sale any or all of the coal mine methane vented or discharged for underground mine safety purposes by applicable laws and MSHA regulations.

In addition to methane capture, EPA has identified several concerns regarding groundwater, surface water, air quality, and the proposed citizens' wilderness study area, Hunter Canyon.  These concerns are described in the attached technical comments.

In the light of our concerns expressed in the enclosed technical comments about the draft EIS and the proposed project, we have rated the document with Environmental Concerns (EC) - 2. A description of EPA's rating system is enclosed.  EPA believes the information in the DEIS may be insufficient and that missing information and analyses on substantial issues must be completed and disclosed in the Final EIS.  Along with this rating comes a commitment from EPA to work closely with you and your staff in resolving significant issues.

EPA proposes that we meet to discuss any concerns about the draft EIS and to continue working in cooperation to resolve these concerns.  Please send one hard copy of the FEIS and one soft copy on CD to this office at the same time the FEIS is officially filed with our Washington, D.C. Office.  If you have any questions about our comments, please contact me at (303)312-6004 or James Hanley, lead reviewer for this project, at (303)312-6725 or hanley.james@epa.gov.

Sincerely,

Larry Svoboda
Director, NEPA Program
Office of Environmental Protection and Remediation

Enclosures:     Summary of EPA Rating Definitions
                Detailed Technical Comments

<u>Detailed Technical Comments</u>

<u>Groundwater quantity</u>

Water to be used at the mining operation will be diverted from surface waters and transferred via pipeline to the mining operation.  Therefore no direct withdrawal of groundwater in the mine area is anticipated and therefore no direct impact to the quantity of groundwater is projected.

Indirect impacts to water quantity are possible due to subsidence and subsequent dewatering of perched aquifers.  The Colorado Division of Reclamation, Mining and Safety (DRMS) in the coal mine permit review is addressing subsidence issues for this DEIS.

<u>Groundwater quality</u>

Ground water quality in the vicinity of the mine is not palatable as drinking water because of the high TDS:  However, the water can be used and is used for stock and wildlife watering. On page 4-412 the DEIS states that, "Underground mining activities have the potential to impact the flow and quality of groundwater."  MODFLOW Simulation C Groundwater Levels and Flow does show that in later mining phases it is conceivable that groundwater could drain downward along new bedrock fractures caused by mine subsidence, which could reduce groundwater levels in both the bedrock and the alluvium. Perched aquifers that manifest as intermittent springs may flow into the mine workings and exit the mine portal.  The DEIS concludes on page 4-107 that, "Considering the poor baseline water quality and limited inflow to the mine, the mine is not expected to substantially degrade groundwater quality beyond current conditions." Although the mine portal is to be sealed as part of the final reclamation, contingencies and commensurate financial assurance for long term treatment of water should be disclosed in the FEIS.

The primary surface activity of concern with potential impacts to groundwater is the waste rock pile.  Waste coals are the low-energy-value discards from the coal preparation plant often referred to as gob. A waste rock disposal area encompassing approximately 190 acres was originally proposed. The only mitigation activity included in the DEIS was to reference Colorado Division of Wildlife scoping comments expressing concern regarding impact to the sage-covered terraces at the south end of the disposal area. To reduce the impact to this important wildlife habitat, this feature was redesigned to impact fewer acres of this habitat. Figure 2-6, Waste Rock Pile, shows both the original area and the redesigned waste rock pile.  One additional side comment stated that the, "Protection of some resources (e.g., drainages) will be included in permits issued by DRMS" (Red Cliff DEIS, 2009).

The characterization of the waste material, the potential for fire and the impacts to both surface water and groundwater were inadequately addressed in the DEIS.  As a reference, the 2002 National Academy of Sciences Commission Report on Geosciences, Environment and Resources titled "Coal Waste Impoundments: Risks, Responses, and Alternatives" focused on the engineering and characterization of coal waste.  Waste coal piles are known to produce low pH water containing high levels of iron, manganese and aluminum pollution and release it into waterways and groundwater.  Because of the oxidation of pyrite and the exothermic reaction, these piles sometimes catch fire as spontaneous combustion, releasing toxic pollution into the air and water.

First, potential discharges from the Coal Preparation Plant were not addressed.  On page 2-73 the DEIS states that water in this plant will be closed circuit and that, "The material has been tested and is not classified as hazardous material."  No data was provided to substantiate this claim.  As waste water from this facility could impact the quality of both surface and groundwater, alternatives to processing or a contingency plan should be provided in case spills, seeps or discharges to groundwater or surface water were to occur from this facility.

Second, on page 2-73 the DEIS acknowledges the potential for fire in describing waste rock disposal, "Waste rock would be placed and compacted to 90% of the maximum dry density to prevent spontaneous combustion."  In addition, the active Hot Point Fire in a coal seam outcrop is located approximately ¼ mile from the Waste Rock Disposal Area as shown on Figure 2-8.  In our experience we have observed waste from a coal preparation plant smoldering as it was placed in a pit in contact with a coal seam.  We recommend that the coal prep plant waste material be removed, cooled and placed in compacted lifts isolated from the coal seam outcrop.  When this is not done, we have seen outcrop fires propagate until a multimillion dollar underground fire response was needed.

We recommend that the outcrop of the coal seams in the immediate vicinity of the proposed waste rock pile be mapped and the disposal area relocated to avoid any potential contact between the waste material and the coal outcrop.

<u>Air Resources</u>

BLM presented near-field and far field modeling results for project specific and cumulative impacts utilizing the models AERMOD and CALPUFF in screening level mode, respectively.

In the Draft EIS Section 4.2.1, Air Quality, a discussion of predicted PM10, visibility impairment and nitrogen deposition is presented that indicates negative impacts due to primarily construction activities.  EPA acknowledges that the CALPUFF model used in the screening mode (CALPUFF Light) may provide higher than actual predictions. However, EPA recommends that whenever CALPUFF Light predicts adverse impacts, the regulatory version of CALPUFF utilizing MM5 meteorological data or a project scale or emission rate reduction strategy be employed to reduce negative impacts.

Pages H-13 and H-14 of the Air Quality Analysis Modeling Report (AQAMR) presents PM2.5 background and modeled concentrations very near the PM2.5 24-hour NAAQS (32.9 and 34.54 µg/m3) during the construction phases.  Likewise, Page H-28 of the AQAMR presents several days of predicted visibility impairment at the Colorado National Monument (e.g. 20 days of impairment above 1.0 deciview during 1988) during the railroad construction phase.  While the Colorado National Monument is not a Class I area, EPA is concerned with a large number of days of impairment in Sensitive Class II areas.  During the construction phases, a large majority of the PM2.5 is apparently emitted from fugitive sources that can be controlled with common fugitive dust control measures such as, unpaved road treatments like magnesium chloride or other dust suppressant agents.  To reduce the impacts of PM2.5, the final EIS should address

2

fugitive dust control measures, especially during construction related activities.

Draft EIS, Page 4-72 presents estimated ventilation air methane emissions of 2,326,554 tpy and methane degasification emissions of 1,551,036 tpy. EPA acknowledges that coal mine methane may have low concentrations of nonmethane organic compounds (NMOCs).  However, given the high methane emission rates associated with the mine, the NMOC emission rates may be considerable. The Final EIS should present an actual compositional analysis and estimate of emissions of major NMOCs for the mine.  Furthermore, EPA recommends that air modeling for NMOCs be conducted for high NMOC emission rates.

Draft EIS, Page 3-35 Table 3-8, presents the 1-hour Ozone NAAQS. Footnote 5 for the ozone standard should make mention that the 1-hour standard is for Early Action Compact Areas only. Draft EIS, Page 3-35 Table 3-8, The 24-hour PM2.5 Background concentration presented is not the same as the background concentrations used in Tables 3-5 and 3-7 in Appendix H, AQAMR. Please resolve the conflict for the Final EIS.

General Comments

DEIS Executive Summary page ES-1, discloses a tract delineation process that modified the number of acres nominated by CAM in its Lease-by-Application (LBA).  The FEIS should explain the tract delineation process used by BLM to expand the LBA area requested (11,660 acres) to a greater lease area (14,466 acres).  Also the FEIS should convert this surface acreage to tons of recoverable coal from this LBA tract.

Alternatives Comments

DEIS Section 2.9, page 2-30, discusses the amount of methane expected to be liberated during the Red Cliff mining operations.  The FEIS should provide the reader the source of this data on methane liberation rates and the assumptions behind the extrapolation.  We understand that the CAM McClane Canyon Mine on the adjacent lease does not have methane drainage wells so we are unclear how this site-specific data was obtained.

DEIS Section 2.11.1, page 2-36, generally discusses the adaptive management strategies available under BLM NEPA regulations to manage the research and engineering to be required from CAM to explore and report on the technical feasibility and net economic benefit of technologies and techniques for capture and use of coal mine methane.  We recommend that the FEIS disclose the modifications that have been recently made to the Mountain Coal Company West Elk Mine leases and adopt a similar addendum to the existing and proposed leases in this proposed action.   This component of the proposed action would expand the purpose and need for methane venting beyond merely complying with safety and health standards and include methane capture for use or sale.
DEIS Section 2.11.2, page 2-37, discusses the initial mine plan found in the mining permit application.  The FEIS should analyze impacts not only from the initial mine plan shown for the first six years, but also for years 7-30, so that the full impacts of surface subsidence can be appreciated.  This FEIS should provide more discussion on the 'careful' mine design that will

mitigate surface subsidence to the Big Salt Wash, a major perennial tributary to the Colorado River system.

DEIS Figure 2-8, page 2-39, shows a point of interest, "Hot Point Fire" on the surface map. The FEIS should more fully explain that this feature is an ongoing coal outcrop fire that contributes air pollutants to the atmosphere and may be under some plan for remediation.

<u>Consequences and Mitigation Comments</u>

Appendix B provides Table B-1, "Applicable Legal and Policy Requirements and Mitigation Measures by Resource", page B-3. Although this table is very effective in disclosing stipulated limits or controls to be required in the proposed action, the column of the table reserved for what mitigation the 'operator' has proposed or committed to incorporate into its enforceable permits is mostly silent in several important areas. The FEIS should complete the missing information in this table.

DEIS Section 4.1.3, page 4-14, states that the project area does not contain Wilderness or Wilderness Study Areas (WSA). It concludes that there are no direct or indirect impacts to such inventoried areas identified elsewhere within the BLM resource management area. Although the project area may not contain wilderness or WSA according to BLM management records or decisions, there is a 'citizens' wilderness proposal area' overlying the coal resource, i.e. see the Colorado Environmental Coalition's website for "Hunter Canyon". BLM may not need to protect this proposed area of wilderness characteristics, but this EIS should evaluate the impacts of the proposed action on the proposed Hunter Canyon wilderness. The proposed citizens' wilderness area called Hunter Canyon extends to Big Salt Wash and so conflicts with much of the proposed LBA lease area. Access roads and drill pads for the methane drainage wells would disturb the surface area of Hunter Canyon. The FEIS should analyze this disturbance and propose appropriate mitigation.

 *Printed on Recycled Paper*

# EXHIBIT 4



©TEDX 2012

Human and Ecological Risk Assessment, 17: 1039–1056, 2011
Copyright © Taylor & Francis Group, LLC
ISSN: 1080-7039 print / 1549-7860 online
DOI: 10.1080/10807039.2011.605662

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

## Hazard Assessment Articles

## Natural Gas Operations from a Public Health Perspective

**Theo Colborn, Carol Kwiatkowski, Kim Schultz, and Mary Bachran**
TEDX, The Endocrine Disruption Exchange, Paonia, CO, USA

### ABSTRACT

The technology to recover natural gas depends on undisclosed types and amounts of toxic chemicals. A list of 944 products containing 632 chemicals used during natural gas operations was compiled. Literature searches were conducted to determine potential health effects of the 353 chemicals identified by Chemical Abstract Service (CAS) numbers. More than 75% of the chemicals could affect the skin, eyes, and other sensory organs, and the respiratory and gastrointestinal systems. Approximately 40–50% could affect the brain/nervous system, immune and cardiovascular systems, and the kidneys; 37% could affect the endocrine system; and 25% could cause cancer and mutations. These results indicate that many chemicals used during the fracturing and drilling stages of gas operations may have long-term health effects that are not immediately expressed. In addition, an example was provided of waste evaporation pit residuals that contained numerous chemicals on the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Emergency Planning and Community Right-to-Know Act (EPCRA) lists of hazardous substances. The discussion highlights the difficulty of developing effective water quality monitoring programs. To protect public health we recommend full disclosure of the contents of all products, extensive air and water monitoring, coordinated environmental/human health studies, and regulation of fracturing under the U.S. Safe Drinking Water Act.

**Key Words:**   drilling, health, hydraulic fracturing, natural gas, ozone, pollution.

### INTRODUCTION

Over the past two decades, in an effort to reduce dependence on imported fossil fuels, the U.S. government has supported increased exploration and production of

Received 8 June 2010; revised manuscript accepted 4 September 2010.
USEPA makes no claims regarding the accuracy or completeness of the information in this article. Competing interest declaration: The authors have no conflicts of interest.
Address correspondence to Theo Colborn, TEDX, P.O. Box 1407, Paonia, CO 81428, USA. E-mail: Colborn@tds.net

T. Colborn *et al.*

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

natural gas. The responsibility for overseeing the nation's underground minerals lies with the U.S. Department of Interior, Bureau of Land Management (BLM) with some oversight from the U.S. Environmental Protection Agency (USEPA). Attempting to meet the government's need for energy self-sufficiency, the BLM has auctioned off thousands of mineral leases and issued permits to drill across vast acreages in the U.S. Rocky Mountain West. Since 2003, natural gas operations have increased substantially, with annual permits in Colorado alone increasing from 2,249 to 8,027 in 2008 (Colorado Oil and Gas Conservation Commission 2010).

In tandem with federal support for increased leasing, legislative efforts have granted exclusions and exemptions for oil and gas exploration and production from a number of federal environmental statutes, including the Clean Water Act, the Clean Air Act, the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA, better known as the Superfund Act), the Resource Conservation and Recovery Act (RCRA), the Toxic Release Inventory under the Emergency Planning and Community Right-to-Know Act (EPCRA), and the National Environmental Policy Act (NEPA) (Oil and Gas Accountability Project 2007). The most recent of these efforts was an amendment included in the 2005 Energy Policy Act that prevented the use of the Safe Drinking Water Act to regulate certain activities, known as hydraulic fracturing, which are involved in 90% of natural gas drilling.

The cumulative effect of these exemptions and exclusions has been to create a federal void in environmental authority over natural gas operations, leaving the responsibility primarily up to the states. Although some states have oil and gas commissions to watch over natural gas production activity, the primary mission of these agencies has been to facilitate natural gas extraction and increase revenues for the states. In addition, when states issue permits to drill, they have not traditionally required an accounting of how the resulting liquid and solid waste would be handled. In short, their focus has not typically been on health and the environment.

## The Need for Chemicals

In keeping with the rush to produce more natural gas, technological advances have permitted the industry to drill deeper and expand wider, tapping into gas reserves with greater facility and profitability. While these advances have allowed the mining of vast, newly discovered gas deposits, the new technology depends heavily on the use of undisclosed types and amounts of toxic chemicals.

Chemicals are used throughout operations to reach and release natural gas. First, combinations of chemicals are added to the "muds" used to drill the bore hole. Chemicals are added to increase the density and weight of the fluids in order to facilitate boring, to reduce friction, to facilitate the return of drilling detritus to the surface, to shorten drilling time, and to reduce accidents. After drilling, hydraulic fracturing (also known as fracking, frac'ing, or stimulation) is done to break up the zone in which the gas is trapped and make it easier for the gas to escape, increasing a well's productivity. In the U.S. West, approximately a million or more gallons of fluid containing toxic chemicals are injected underground during this operational stage. As with drilling, chemicals are used in fracking fluids for many purposes (Table 1). One well can be fracked 10 or more times and there can be up to 30 wells on one pad. An estimated 10% to 90% of the fracking fluid is returned to the surface during

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

**Natural Gas Operations**

**Table 1.**   Functional categories of hydraulic fracturing chemicals.

| | |
|---|---|
| Acids | To achieve greater injection ability or penetration and later to dissolve minerals and clays to reduce clogging, allowing gas to flow to the surface. |
| Biocides | To prevent bacteria that can produce acids that erode pipes and fittings and break down gellants that ensure that fluid viscosity and proppant transport are maintained. Biocides can produce hydrogen sulfide (H2S) a very toxic gas that smells like rotten eggs. |
| Breakers | To allow the breakdown of gellants used to carry the proppant, added near the end of the fracking sequence to enhance flowback. |
| Clay stabilizers | To create a fluid barrier to prevent mobilization of clays, which can plug fractures. |
| Corrosion inhibitors | To reduce the potential for rusting in pipes and casings. |
| Crosslinkers | To thicken fluids often with metallic salts in order to increase viscosity and proppant transport. |
| Defoamers | To reduce foaming after it is no longer needed in order to lower surface tension and allow trapped gas to escape. |
| Foamers | To increase carrying-capacity while transporting proppants and decreasing the overall volume of fluid needed. |
| Friction reducers | To make water slick and minimize the friction created under high pressure and to increase the rate and efficiency of moving the fracking fluid. |
| Gellants | To increase viscosity and suspend sand during proppant transport. |
| pH control | To maintain the pH at various stages using buffers to ensure maximum effectiveness of various additives. |
| Proppants | To hold fissures open, allowing gas to flow out of the cracked formation, usually composed of sand and occasionally glass beads. |
| Scale control | To prevent build up of mineral scale that can block fluid and gas passage through the pipes. |
| Surfactants | To decrease liquid surface tension and improve fluid passage through pipes in either direction. |

well completion and subsequent production (BC Oil and Gas Commission 2010; New York State Department of Environmental Conservation Division of Mineral Resources 2009), bringing with it toxic gasses, liquids, and solid material that are naturally present in underground oil and gas deposits. Under some circumstances, none of the injected fluid is recovered.

In most regions of the country, raw natural gas comes out of the well along with water, various liquid hydrocarbons including benzene, toluene, ethylbenzene, and xylene (as a group, called BTEX), hydrogen sulfide ($H_2S$), and numerous other organic compounds that have to be removed from the gas. When the gas leaves the well it is passed through units called heater treaters that are filled with triethylene glycol and/or ethylene glycol that absorbs the water from the gas. Once the glycol solution becomes saturated with water, the heaters turn on and raise the temperature enough to boil off the water, which is vented through a closed system

T. Colborn *et al.*

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

and upon cooling, ends up in a nearby tank labeled "produced water." The glycol fluid, which has a higher boiling point than water, cools and is reused. During the heating process at critical temperatures the oily substances that came up with the gas become volatile and then re-condense into a separate holding tank. This is known as "condensate" water. The contaminated water can be re-injected underground on the well pad or off site, common practices in the eastern United States, or hauled off the well pad to waste evaporation pits in the U.S. West. Temporary pits are also constructed during drilling to hold the cuttings, used drilling mud which is often re-used, and any other contaminated water that comes to the surface while drilling. These reserve pits on well pads are supposed to be drained and covered with top soil or other suitable material within a month after drilling stops.

## An Unexpected Side Effect: Air Pollution

In addition to the land and water contamination issues, at each stage of production and delivery tons of toxic volatile compounds (VOCs), including BETX, other hydrocarbons, and fugitive natural gas (methane), can escape and mix with nitrogen oxides (NOx) from the exhaust of diesel-fueled, mobile, and stationary equipment, to produce ground-level ozone (CH2MHILL 2007; Colorado Department of Public Health and Environment [CDPHE] 2007; URS 2008; U.S. Congress, Office of Technology Assessment 1989). One highly reactive molecule of ground level ozone can burn the deep alveolar tissue in the lungs, causing it to age prematurely. Chronic exposure can lead to asthma and chronic obstructive pulmonary disease (COPD), and is particularly damaging to children, active young adults who spend time outdoors, and the aged (Islam *et al.* 2007; Tager *et al.* 2005; Triche *et al.* 2006). Ozone combined with particulate matter less than 2.5 micrometers produces smog (haze) that has been demonstrated to be harmful to humans as measured by emergency room admissions during periods of elevation (Peng *et al.* 2009). Gas field ozone has created a previously unrecognized air pollution problem in rural areas, similar to that found in large urban areas, and can spread up to 200 miles beyond the immediate region where gas is being produced (U.S. Congress, Office of Technology Assessment 1989; Roberts 2008). Ozone not only causes irreversible damage to the lungs, it is similarly damaging to conifers, aspen, forage, alfalfa, and other crops commonly grown in the western United States (Booker *et al.* 2009; Reich 1987; U.S. Congress, Office of Technology Assessment 1989). Adding to this air pollution is the dust created by fleets of diesel trucks working around the clock hauling the constantly accumulating condensate and produced water to large waste facility evaporation pits on unpaved roads. Trucks are also used to haul the millions of gallons of water from the source to the well pad.

## PROJECT DESIGN

The following project grew from a year 2004 request by OGAP (Oil and Gas Accountability Project) to TEDX (The Endocrine Disruption Exchange) to explore the potential health effects of chemicals used during drilling, fracking, processing, and delivery of natural gas. OGAP, a project of Earthworks, is a national non-profit

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Natural Gas Operations

organization established in 1999 to watchdog the oil and natural gas industry. TEDX is a non-profit organization dedicated to compiling and disseminating technical information on chemicals that affect health and the environment.

**Data Sources**

In order to find out what chemicals were being used to extract natural gas, we took advantage of the information on the Material Safety Data Sheets (MSDSs) that accompany each product used during natural gas operations. MSDSs detailing specific products in use were provided by multiple sources including the BLM, U.S. Forest Service, state government departments, and the natural gas industry. MSDSs are designed to inform those who handle, ship, and use products that contain dangerous chemicals. They provide information about the physical and chemical characteristics of the chemicals in a product, and the immediate and chronic health effects, in order to prevent injury while working with the products. They are also designed to inform emergency response crews in case of accidents or spills. In addition to the MSDSs, we also used State Tier II Reports that must be filed by storage facilities under EPCRA. This Act sets a minimum amount above which a product that contains a hazardous substance in a storage facility has to be reported. We also supplemented our analysis with product information from disclosures in Environmental Impact Statements, Environmental Assessment Statements, and accident and spill reports. At first we looked only at what was taking place in Colorado and over the course of several years we acquired information from Wyoming, New Mexico, Texas, Washington, Montana, Pennsylvania, and New York. The list of products and chemicals quickly grew, making it apparent that hundreds of different products serving many purposes were being used in natural gas operations across the country. The number of chemical products manufacturers has also grown, making this a highly competitive industry.

It should be clear that our list of products is not complete, but represents only products and chemicals that we were able to identify, through a variety of sources, as being used by industry during natural gas operations. For most products, we cannot definitively say whether they were used during drilling or during fracking. However, an accidental blow-out of the Crosby well in Wyoming provided a unique opportunity to analyze the chemicals used during drilling, as fracking had not yet begun on that well. When the blow-out occurred, methane and other gases, petroleum condensates, and drilling fluids (muds) were released from fissures in the ground adjacent to the well. During the 58 hours the eruption took place, 25,000 square feet of soil surface in the area were contaminated. The driller released copies of the MSDSs for the products used during the blow-out and later we found the names of several more products from remedial action work plans to clean up the site (Terracon 2007).

On another occasion we were provided data from a 2007 New Mexico study, sponsored by 19 oil and gas companies and conducted by a third party consultant and analytical laboratory. This gave us the opportunity to explore the health effects of chemicals in samples of pit solids drawn from six evaporation pits where gas operations were ceasing.

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

T. Colborn *et al.*

### Data Limitations

MSDSs and Tier II reports are fraught with gaps in information about the formulation of the products. The U.S. Occupational Safety and Health Administration (OSHA) provides only general guidelines for the format and content of MSDSs. The manufacturers of the products are left to determine what information is revealed on their MSDSs. The forms are not submitted to OSHA for review unless they are part of an inspection under the Hazard Communication Standard (U.S. Department of Labor 1998). Some MSDSs report little to no information about the chemical composition of a product. Those MSDSs that do may only report a fraction of the total composition, sometimes less than 0.1%. Some MSDSs provide only a general description of the content, such as "plasticizer," "polymer," while others describe the ingredients as "proprietary" or just a chemical class. Under the present regulatory system all of the above "identifiers" are permissible. Consequently, it is not surprising that a study by the U.S. General Accounting Office (1991) revealed that MSDSs could easily be inaccurate and incomplete.

Tier II reports can be similarly uninformative, as reporting requirements vary from state to state, county to county, and company to company. Some Tier II forms include only a functional category name (*e.g.*, "weight materials" or "biocides") with no product name. The percent of the total composition of the product is rarely reported on these forms.

The most critical limiting factor in our research was that Chemical Abstract Service (CAS) numbers were often not provided on MSDSs. The American Chemical Society has established the CAS number system to identify unique chemical substances. A single substance can have many different names, but only one CAS number. CAS numbers identify substances that may be a single chemical, an isomer of a chemical, a mixture of isomers, polymers, biological sequences, or a mixture of related chemicals. For purposes of accuracy, our research into the health effects of chemicals used in natural gas operations was restricted to only chemicals for which a CAS number was available.

### Health Effects

Information on the health effects associated with identified chemicals was obtained from MSDSs, as well as government toxic chemical databases such as TOXNET and the Hazardous Substances Database, and through literature searches of biomedical studies. Information available for some chemicals is limited due to lack of access to studies performed on the toxicity of the substance. For example, many laboratory studies submitted to USEPA for the registration of chemicals are not accessible on the basis that the information is proprietary to the industry.

Health effects were divided into 14 health categories, focusing on the main target organs or systems that are identified on MSDSs, government toxicological reports, and in medical literature. The categories include all seven priority health conditions identified by the Agency for Toxic Substances and Disease Registry (ATSDR 2010) associated with uncontrolled hazard waste sites listed as required by CERCLA, 1984, as amended (U.S. Environmental Protection Agency 1984). We reduced these to 12 categories by combining developmental and reproductive health impacts under endocrine disruption. The resulting 12 categories included: skin, eye and sensory

Natural Gas Operations

organ, respiratory, gastrointestinal and liver, brain and nervous system, immune, kidney, cardiovascular and blood, cancer, mutagenic, endocrine disruption, other, and ecological effects.

**Data Analysis**

Using the data sources described earlier, we entered the names of all the products and chemicals into a spreadsheet. Initially, chemicals were separated according to the state in which the data source originated. Analysis of the profiles of health effects revealed minimal differences across states, thus for this report we combined all the data into one multi-state analysis. Using only the chemicals on the multi-state list for which CAS numbers were available, we produced a profile based on how often each of the 12 possible health effects were associated with the chemicals. We created separate profiles for the water soluble chemicals alone, and the volatile chemicals alone. We also did an analysis of the drilling chemicals from the Wyoming well-blowout and an analysis of the chemicals found in the New Mexico evaporation pits. Finally, we tested the utility of the spreadsheet for providing guidance for water quality monitoring, focusing on the most potentially harmful and frequently used chemicals. The spreadsheet is available at http://www.endocrinedistruption.org/chemicals.multistate.php.

**RESULTS**

**Product Information**

As of May, 2010, TEDX identified 944 products used in natural gas operations in the United States. Of these, between 95 and 100% of the ingredients were available for 131 (14%) of the products (Figure 1). For 407 (43%) of the products, less than 1% of the total product composition was available. For many of those 407 products, only the name of the product with no identifiable chemical name or percent composition was reported. A total of 632 chemicals were reported in the products and we were able to locate CAS numbers for 353 (56%) of them.

**Health Effects Profile**

Using the health effect information for the 353 chemicals with CAS numbers, we created a profile of possible health effects that depicts the percentage of chemicals associated with each of the 12 health effect categories (Figure 2). Viewing the profile from left to right, more than 75% of the chemicals on the list can affect the skin, eyes, and other sensory organs, the respiratory system, the gastrointestinal system, and the liver. More than half the chemicals show effects on the brain and nervous system. These first four categories represent effects that would likely be expressed upon immediate exposure, such as eye and skin irritation, nausea and/or vomiting, asthma, coughing, sore throat, flu-like symptoms, tingling, dizziness, headaches, weakness, fainting, numbness in extremities, and convulsions. Products containing chemicals in powder form, irritants, or highly corrosive and volatile chemicals would all come with MSDS warnings in one or more of these categories. In all probability, none of the chemicals in these categories would normally be ingested during natural

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

T. Colborn *et al.*



**Figure 1.**  Percent of composition disclosed for 944 products used in natural gas operations.

gas operations, but immediate eye, nasal, dermal contact, and inhalation could lead to rapid absorption and cause direct exposure to the brain and other vital organ systems.

Health categories that reflect chronic and long-term organ and system damage comprise the middle portion of Figure 2. These include the nervous system (52%), immune system (40%), kidney (40%), and the cardiovascular system and blood (46%). More than 25% of the chemicals can cause cancer and mutations. Notably, 37% of the chemicals can affect the endocrine system that encompasses multiple organ systems including those critical for normal reproduction and development. The category of "other" is more common, and includes effects on weight, teeth, and bone and the ability of a chemical to cause death. More than 40% of the chemicals have been found to have ecological effects, indicating that they can harm aquatic and other wildlife.

**Volatile and Soluble Chemicals**

Separate health category profiles are shown in Figure 3 for the volatile and water soluble chemicals. Approximately 37% of the chemicals are volatile and can become airborne. More than 89% of these chemicals can harm the eyes, skin, sensory organs, respiratory tract, gastrointestinal tract, or liver. Compared with the soluble chemicals, far more of the volatile chemicals (81%) can cause harm to the brain and nervous system. Seventy one percent of the volatile chemicals can harm the cardiovascular system and blood, and 66% can harm the kidneys. Overall, the volatile chemicals produce a profile that displays a higher frequency of health effects than the water soluble chemicals. In addition, because they vaporize, not only can

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011



**Figure 2.** Profile of possible health effects of chemicals with CAS numbers used in natural gas operations.

they be inhaled, but also ingested and absorbed through the skin, increasing the chance of exposures.

### Drilling Chemicals

The profile for the 22 drilling chemicals identified from the well blow-out in Wyoming are shown in Figure 4. The profile was unique in the following ways. All



**Figure 3.** Profile of possible health effects of soluble and volatile chemicals with CAS numbers used in natural gas operations.

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

T. Colborn *et al.*



**Figure 4.** Profile of possible health effects of chemicals with CAS numbers used to drill the Crosby 25-3 well, Wyoming.

the chemicals used in the drilling fluids were associated with respiratory effects. Nearly 60% were associated with "other" effects, a category that includes outright mortality as an end point. A relatively high percentage of chemicals that affect the immune system were used.

### Evaporation Pit Chemicals

Shown in Figure 5 are the health effects of the 40 chemicals and metals reported in the New Mexico evaporation pits. These chemicals produced a health profile even



**Figure 5.** Profile of possible health effects of chemicals with CAS numbers found in six New Mexico drilling evaporation pits.

Natural Gas Operations

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

more hazardous than the pattern produced by the drilling and fracking chemicals. Upon further investigation, we discovered that 98% of the 40 chemicals found in the pits are listed on USEPA's 2005 CERCLA (Superfund) list and 73% are on the 2006 EPCRA List of Lists of reportable toxic chemicals. Of the nine chemicals found to exceed the New Mexico state limits, all are on the CERCLA list and all but one are on the EPCRA List of Lists.

## Analyses for Water Quality Monitoring

For the purpose of water quality monitoring guidance, we analyzed the data according to the most potentially harmful chemicals and the most frequently used chemicals. In Table 2 is provided a list of the most egregious chemicals, those with 10 or more health effects. Roughly half of these chemicals are used in only one product on our list, making it impractical and a waste of time and money to try to test water for the most harmful chemicals. A more practical approach would be to test for the most frequently used chemicals. Although we do not know how often each product is used, we assume that the more products that contain a given chemical, the more likely it is to be detected in a water sample. Shown in Table 3 are all the chemicals on our list that were found in at least seven different products. Many of these chemicals are relatively harmless. The most frequently cited chemical was crystalline silica (quartz), which was reported in 125 different products. Note that petroleum distillates and a variety of alcohols are found in numerous products, as are several forms of potassium, which is a relatively easy and inexpensive chemical to detect in water. This list may prove useful in devising a water monitoring program. Regardless of how many health effects a chemical has, elevated levels of frequently used chemicals found in a water source could provide evidence of communication between natural gas operations and water resources.

## DISCUSSION

Industry representatives have said there is little cause for concern because of the low concentrations of chemicals used in their operations. Nonetheless, pathways that could deliver chemicals in toxic concentrations at less than one part-per-million are not well studied and many of the chemicals on the list should not be ingested at any concentration. Numerous systems, most notably the endocrine system, are extremely sensitive to very low levels of chemicals, in parts-per-billion or less. The damage may not be evident at the time of exposure but can have unpredictable delayed, life-long effects on individuals and/or their offspring. Effects of this nature would be much harder to identify than obvious impacts such as skin and eye irritation that occur immediately upon contact. Health impairments could remain hidden for decades and span generations. Specific outcomes could include reduced sperm production, infertility, hormone imbalances, and other sex-related disorders. Further compounding this concern is the potential for the shared toxic action of these contaminants, especially those affecting the same and/or multiple organ systems.

It was difficult to arrive at a "short list" of chemicals that would be informative for water quality monitoring because of the vast array of products constantly being developed, and the wide selection of chemicals used in those products. We can,

T. Colborn *et al.*

**Table 2.**   Chemicals with CAS numbers that have 10 or more adverse health effects.

| Chemical | CAS # | Number of products |
|---|---|---|
| (2-BE) Ethylene glycol monobutyl ether | 111-76-2 | 22 |
| 2,2′,2″-Nitrilotriethanol | 102-71-6 | 3 |
| 2-Ethylhexanol | 104-76-7 | 7 |
| 5-Chloro-2-methyl-4-isothiazolin-3-one | 26172-55-4 | 2 |
| Acetic acid | 1186-52-3 | 1 |
| Acrolein | 107-02-8 | 1 |
| Acrylamide (2-propenamide) | 79-06-1 | 6 |
| Acrylic acid | 79-10-7 | 2 |
| Ammonia | 7664-41-7 | 3 |
| Ammonium chloride | 12125-02-9 | 2 |
| Ammonium nitrate | 6484-52-2 | 2 |
| Aniline | 62-53-3 | 1 |
| Benzyl chloride | 100-44-7 | 2 |
| Boric acid | 10043-35-3 | 4 |
| Cadmium | 7440-43-9 | 1 |
| Calcium hypochlorite | 7778-54-3 | 1 |
| Chlorine | 7782-50-5 | 1 |
| Chlorine dioxide | 10049-04-4 | 2 |
| Dibromoacetonitrile | 3252-43-5 | 1 |
| Diesel 2 | 68476-34-6 | 19 |
| Diethanolamine | 111-42-2 | 4 |
| Diethylenetriamine | 111-40-0 | 1 |
| Dimethyl formamide | 68-12-2 | 1 |
| Epidian | 25068-38-6 | 1 |
| Ethanol | 64-17-5 | 8 |
| Ethyl mercaptan | 75-08-1 | 1 |
| Ethylbenzene | 100-41-4 | 7 |
| Ethylene glycol | 107-21-1 | 17 |
| Ethylene oxide | 75-21-8 | 2 |
| Ferrous sulfate | 7720-78-7 | 1 |
| Formaldehyde | 50-00-0 | 4 |
| Formic acid | 64-18-6 | 8 |
| Fuel oil #2 | 68476-30-2 | 9 |
| Glutaraldehyde | 111-30-8 | 11 |
| Glyoxal | 107-22-2 | 2 |
| Hydrodesulfurized kerosene | 64742-81-0 | 1 |
| Hydrogen sulfide | 7783-06-4 | 1 |
| Iron | 7439-89-6 | 3 |
| Isobutyl alcohol (2-methyl-1-propanol) | 78-83-1 | 3 |
| Isopropanol (propan-2-ol) | 67-63-0 | 47 |
| Kerosene | 8008-20-6 | 3 |
| Light naphthenic distillates, hydrotreated | 64742-53-6 | 2 |

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Natural Gas Operations

**Table 2.** Chemicals with CAS numbers that have 10 or more adverse health effects. *(Continued)*

| Chemical | CAS # | Number of products |
|---|---|---|
| Mercaptoacetic acid | 68-11-1 | 2 |
| Methanol | 67-56-1 | 74 |
| Methylene bis(thiocyanate) | 6317-18-6 | 2 |
| Monoethanolamine | 141-43-5 | 5 |
| NaHCO3 | 144-55-8 | 5 |
| Naphtha, petroleum medium aliphatic | 64742-88-7 | 2 |
| Naphthalene | 91-20-3 | 18 |
| Natural gas condensates | 68919-39-1 | 1 |
| Nickel sulfate | 7786-81-4 | 1 |
| Paraformaldehyde | 30525-89-4 | 2 |
| Petroleum distillate/naptha | 8002-05-9 | 7 |
| Petroleum distillate/naphtha | 8030-30-6 | 1 |
| Phosphonium, tetrakis(hydroxymethyl)-sulfate | 55566-30-8 | 2 |
| Propane-1,2-diol | 57-55-6 | 6 |
| Sodium bromate | 7789-38-0 | 1 |
| Sodium chlorite (chlorous acid, sodium salt) | 7758-19-2 | 1 |
| Sodium hypochlorite | 7681-52-9 | 1 |
| Sodium nitrate | 7631-99-4 | 3 |
| Sodium nitrite | 7632-00-0 | 3 |
| Sodium sulfite | 7757-83-7 | 1 |
| Styrene | 100-42-5 | 1 |
| Sulfur dioxide | 7446-09-5 | 1 |
| Sulfuric acid | 7664-93-9 | 1 |
| Tetrahydro-3,5-dimethyl-2H-1,3,5-thiadiazine-2-thione (Dazomet) | 533-74-4 | 3 |
| Titanium dioxide | 13463-67-7 | 2 |
| Tributyl phosphate | 126-73-8 | 1 |
| Triethylene glycol | 112-27-6 | 1 |
| Urea | 57-13-6 | 3 |
| Xylene | 1330-20-7 | 11 |

however, provide some guidance by pointing out four types of chemicals that are used in a relatively high number of products. These include (1) the silicas, which appear frequently as product components; (2) potassium based chemicals, which are also found in numerous products, although with relatively low toxicity; (3) petroleum derived products, which take on many different forms (including some without CAS numbers), and some of which are toxic at low concentrations and might be detected with diesel or gasoline range organics tests; and (4) the alcohols for which new detection technology is being developed, and because they are among the chemicals with the most health effects.

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

T. Colborn *et al.*

**Table 3.**   Chemicals with CAS numbers found in the highest number of products.

| Chemical | CAS # | Number of products | Number of health effects |
|---|---|---|---|
| Crystalline silica, quartz | 14808-60-7 | 125 | 7 |
| Methanol | 67-56-1 | 74 | 11 |
| Isopropanol (propan-2-ol) | 67-63-0 | 47 | 10 |
| Petroleum distillate hydrotreated light | 64742-47-8 | 26 | 6 |
| (2-BE) Ethylene glycol monobutyl ether | 111-76-2 | 22 | 11 |
| Bentonite | 1302-78-9 | 20 | 6 |
| Diesel 2 | 68476-34-6 | 19 | 10 |
| Naphthalene | 91-20-3 | 18 | 12 |
| Aluminum oxide | 1344-28-1 | 17 | 3 |
| Ethylene glycol | 107-21-1 | 17 | 10 |
| Sodium hydroxide | 1310-73-2 | 17 | 5 |
| Barite (BaSO4) | 7727-43-7 | 15 | 5 |
| Heavy aromatic petroleum naphtha | 64742-94-5 | 15 | 5 |
| Crystalline silica, cristobalite | 14464-46-1 | 14 | 5 |
| Mica | 12001-26-2 | 14 | 3 |
| Sodium chloride | 7647-14-5 | 14 | 9 |
| Crystalline silica, tridymite | 15468-32-3 | 13 | 3 |
| Hydrochloric acid (HCl) | 7647-01-0 | 13 | 7 |
| Glutaraldehyde | 111-30-8 | 11 | 11 |
| Xylene | 1330-20-7 | 11 | 10 |
| Guar gum | 9000-30-0 | 10 | 3 |
| Iron oxide (ferric oxide) | 1309-37-1 | 10 | 5 |
| Potassium chloride | 7447-40-7 | 10 | 8 |
| Potassium hydroxide | 1310-58-3 | 10 | 7 |
| Xanthan gum | 11138-66-2 | 10 | 4 |
| Fuel oil #2 | 68476-30-2 | 9 | 11 |
| Hydrotreated heavy petroleum naphtha | 64742-48-9 | 9 | 8 |
| Limestone (calcium carbonate) | 1317-65-3 | 9 | 2 |
| Polyacrylamide/polyacrylate copolymer | 25085-02-3 | 9 | 3 |
| Sodium carboxymethylcellulose (polyanionic cellulose) | 9004-32-4 | 9 | 5 |
| Calcium hydroxide | 1305-62-0 | 8 | 8 |
| Crystalline silica (silicon dioxide) | 7631-86-9 | 8 | 4 |
| Ethanol | 64-17-5 | 8 | 12 |

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Natural Gas Operations

**Table 3.**   Chemicals with CAS numbers found in the highest number of products.
*(Continued)*

| Chemical | CAS # | Number of products | Number of health effects |
|---|---|---|---|
| Formic acid | 64-18-6 | 8 | 11 |
| Graphite | 7782-42-5 | 8 | 4 |
| 2-Ethylhexanol | 104-76-7 | 7 | 11 |
| Acetic acid | 64-19-7 | 7 | 9 |
| Asphaltite (gilsonite, hydrocarbon black solid) | 12002-43-6 | 7 | 4 |
| Butanol (n-butyl alcohol, butan-1-ol, 1-butanol) | 71-36-3 | 7 | 8 |
| Calcium carbonate (sized) | 471-34-1 | 7 | 6 |
| Calcium chloride | 10043-52-4 | 7 | 8 |
| Ethoxylated nonylphenol | 9016-45-9 | 7 | 6 |
| Ethylbenzene | 100-41-4 | 7 | 11 |
| Petroleum distillate naphtha | 8002-05-9 | 7 | 12 |
| Propargyl alcohol (prop-2-yn-1-ol) | 107-19-7 | 7 | 9 |
| Tetramethylammonium chloride | 75-57-0 | 7 | 8 |

Detection of increasing or elevated concentrations of these chemicals near gas operations could indicate that communication between natural gas activities and a water resource such as a domestic well, creek, pond, wetland, and so on is occurring. If a longitudinal monitoring program were to reveal any increase in concentration in one of these target groups, even if the concentrations were well below any water quality standards, it should trigger more testing immediately.

For many years, drillers have insisted that they do not use toxic chemicals to drill for gas, only guar gum, mud, and sand. While much attention is being given to chemicals used during fracking, our findings indicate that drilling chemicals can be equally, if not more dangerous. What we have learned about the chemicals used in the Crosby well blowout provides insight into why citizens living nearby suffered severe respiratory distress, nausea, and vomiting and had to be evacuated from their homes for several days. It might also shed light on why other individuals living near gas operations have experienced similar symptoms during the gas drilling phase (prior to fracking).

From the first day the drill bit is inserted into the ground until the well is completed, toxic materials are introduced into the borehole and returned to the surface along with produced water and other extraction liquids. In the western United States it has been common practice to hold these liquids in open evaporation pits until the wells are shut down, which could be up to 25 years. These pits have rarely been examined to ascertain their chemical contents outside of some limited parameters (primarily metals, chlorides, and radioactive materials). Our data reveal

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

that extremely toxic chemicals are found in evaporation pits and indeed, these and other similar sites may need to be designated for Superfund cleanup. In the eastern United States, and increasingly in the West, these chemicals are being re-injected underground, creating yet another potential source of extremely toxic chemical contamination. In other words, what ends up in evaporation pits in the West will in other parts of the country be injected underground.

## RECOMMENDATIONS

TEDX has collected the names of nearly a thousand products used in natural gas operations in the United States. We have no idea how many more products are in use. We have health data on only a small percentage of the chemicals in use because CAS numbers are often not provided on MSDSs and without a CAS number it is difficult to search for health data. Working under the assumption that our results underestimate the consequences of the health impacts to the labor force, residents living in close proximity to the wells, and those dependent upon potable and agricultural water that could be affected by natural gas operations, we make the following recommendations:

1. Product labels and/or MSDSs must list the complete formulation of each product, including the precise name and CAS number and amount of every chemical, as well as the composition of the vehicle used to fill the product container. To prevent serious injury and mortality the products used during natural gas operations should be exempt from confidentiality.
2. If an ingredient does not have a CAS number it must be clearly defined, leaving no doubt about its possible health impact(s).
3. Records should be kept for each drilling and fracking operation, listing the total volume of fluid injected, the amount of each product used, the depth at which the products were introduced, and the volume of fluid recovered.
4. The volume and concentration of all liquids and solids removed from the work sites should be made available to the public. Without this information the full health and environmental hazards posed by natural gas production cannot be predicted.
5. Air quality monitoring for individual VOCs as well as ozone must become standard procedure in any region where natural gas activity is taking place and must commence prior to initiation of operations to establish baseline levels. Estimating tonnage of VOCs and NOx released and ignoring ozone should no longer be the practice.
6. Comprehensive water monitoring programs should be established in every gas play across the United States both prior to and after gas production commences, that include new chemical species indicators based on toxicity and mobility in the environment, to monitor sub-surface and above-surface domestic and agricultural water resources, and all domestically used aquifers and underground sources of drinking water.
7. We recommend the development of labeled isotopic fingerprints of the chlorinated compounds in products used to drill and fracture. Each manufacturer

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Natural Gas Operations

would have its own fingerprint. A plot of this isotopic data found down gradient of a hydraulically fractured well would aid a state or federal regulator in identifying the contamination source.

8. Given the general consistency of reported adverse health effects by citizens and laborers across many gas plays, public health authorities should establish an epidemiological monitoring program that merges at the state and national level in order to increase power and be able to reach conclusions early on. The design of the study should include environmental monitoring of air and water as well as any health changes in those living and working in regions of natural gas operations. The health monitoring should be able to detect early trends in parameters, such as asthma, hypertension, chemical sensitization, chronic skin and eye irritation, and neurological alterations, to mention a few.

9. As underground injection of waste is becoming the most frequent choice for waste disposal, rigid accounting of the date, volume, and source of all materials, and the exact location in the geological formation(s) in which it is injected should be become a part of permanent government records that will be publicly available for future generations.

10. Before a permit is issued to drill for natural gas, complete waste management plans should be reviewed and approved and become part of the permit.

11. The injection of hydraulic fracturing fluids should be regulated under the Safe Drinking Water Act. This is needed to assure mechanical integrity of the injection wells and isolation of the injection zone from underground sources of drinking water.

## ACKNOWLEDGMENTS

We thank The New York Community Trust, the Winslow Foundation, and the U.S. Environmental Protection Agency (Grant No. EQ-97838701) for their support. This data collection and analyses were partially funded through a USEPA grant.

## REFERENCES

ATSDR (Agency for Toxic Substances and Disease Registry). 2010. Compendium of papers on MRLs and health effects. US Department of Health and Human Services, Atlanta, GA, USA. Available at http://www.atsdr.cdc.gov/

BC Oil and Gas Commission. 2010. Fracturing (Fraccing) and Disposal of Fluids. Oil and Gas Commission Fact Sheet. Available at http://www.bcogc.ca/documents/publications/Fact%20Sheets/Fracturing_and_Disposal_of_Fluids_FINAL.pdf

Booker F, Muntifering R, McGrath M, et al. 2009. The ozone component of global change: Potential effects on agricultural and horticultural plant yield, product quality and interactions with invasive species. J Integrative Plant Biol 51:337–51

CH2MHILL. 2007. Review of Oil and Gas Operation Emissions and Control Options. Final report. Prepared for Colorado Department of Public Health and Environment Air Pollution Control Division, Denver, CO, USA

Colorado Department of Public Health and Environment. 2007. Pit Monitoring Data for Air Quality. Denver, CO, USA

**T. Colborn *et al.***

Downloaded by [Institutional Subscription Access] at 13:23 20 September 2011

Colorado Oil and Gas Conservation Commission. Staff Report. January 11, 2010. Available at http://cogcc.state.co.us/

Islam T, Gauderman WJ, Berhane K, *et al.* 2007. Relationship between air pollution, lung function and asthma in adolescents. Thorax 62:957–63

New York State Department of Environmental Conservation Division of Mineral Resources. 2009. Draft Supplemental Generic Environmental Impact Statement on the Oil, Gas and Solution Mining Regulatory Program—Well Permit Issuance for Horizontal Drilling and High-Volume Hydraulic Fracturing to Develop the Marcellus Shale and Other Low-Permeability Gas Reservoirs. Bureau of Oil and Gas Regulation, Albany, New York.

Oil and Gas Accountability Project. 2007. The Oil and Gas Industry's Exclusions and Exemptions to Major Federal Environmental Statutes. Available at http://www.earthworksaction.org/pubs/PetroleumExemptions1c.pdf

Peng RD, Bell ML, Geyh AS, *et al.* 2009. Emergency admissions for cardiovascular and respiratory diseases and the chemical composition of fine particle air pollution. Environ Health Perspect 117:957–63

Reich PB. 1987. Quantifying plant response to ozone: A unifying theory. Tree Physiol 3:63–91

Roberts RE. 2008. USEPA Region 8. Revised Draft Supplemental Environmental Impact Statement for the Pinedale Anticline Oil and Gas Exploration and Development Project, Sublette County, Wyoming. CEQ #20070542. 14 February 2008 [Final EPA comments]. Letter to: Robert A. Bennett, State Director, Bureau of Land Management, Wyoming State Office, 5353 Yellowstone Road, Cheyenne, Wyoming 82009, USA

Tager IB, Balmes J, Lurmann F, *et al.* 2005. Chronic exposure to ambient ozone and lung function in young adults. Epidemiology 16:751–9

Terracon Consulting Engineers & Scientists. 2007. Remedial Investigation Work Plan. Crosby 25-3 Natural Gas Well Release, Road 1AB, Clark, Park County, Wyoming. Final draft. Project No. 26067064. Olathe, KS, USA

Triche EW, Gent JF, Holford TR, *et al.* 2006. Low-level ozone exposure and respiratory symptoms in infants. Environ Health Perspect 114:9116

US Congress. Office of Technology Assessment. 1989. Catching Our Breath: Next Steps for Reducing Urban Ozone. OTA-O-412.

US Department of Labor, OSHA. 1998. CPL 02-02-038 - CPL 2-2.38D - Inspection Procedures for the Hazard Communication Standard. Available at http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=DIRECTIVES&p_id=1551#purp

USEPA (US Environmental Protection Agency). 1984. Amendment to national oil and hazardous substance contingency plan; national priorities list. Fed Reg 49:19480–2

US General Accounting Office. 1991. OSHA Action Needed To Improve Compliance With Hazard Communication Standard. GAO/HRD-92-8. Available at http://archive.gao.gov/t2pbat7/145328.pdf

URS. 2008. Sampling and Analysis Plan for Exploration and Production. Pit Solids and Fluids in Colorado Energy Basins. Revision B. Denver, CO, USA



# <u>Frequently Asked Questions about Integrating Health Impact Assessment into Environmental Impact Assessment</u>

## 1. What is Health Impact Assessment (HIA)?

Many land-use and transportation decisions affect health, even ones that may not seem to be specifically about health.  For example, a decision to widen roadways will have impacts on noise and air quality for adjacent residents and on the safety of pedestrians along the street; noise, air quality and pedestrian safety are related to health outcomes that include asthma, cardiovascular disease, hypertension, injury, and mortality.  HIA is a straightforward and cost-effective tool that can be used to assess planning and policy proposals and make recommendations to improve the health outcomes associated with those proposals.

HIA is formally defined as a combination of procedures, methods and tools that systematically judges the potential, and sometimes unintended, effects of a proposed project, plan, or policy on the health of a population and the distribution of those effects within the population.  HIA identifies appropriate actions to manage those effects. (Adapted from the IAIA, 2006)

There are five stages in a HIA process:

| Screening | Determines the need and value of a HIA |
|---|---|
| Scoping | Determines which health impacts to evaluate, methods for analysis, and a workplan |
| Assessment | Provides:<br>1) a profile of existing health conditions<br>2) evaluation of potential health impacts<br>3) strategies to manage identified adverse health impacts |
| Reporting | Includes:<br>1) development of the HIA report<br>2) communication of findings and recommendations |
| Monitoring | Tracks:<br>1) impacts on decision-making processes and the decision<br>2) impacts of the decision on health determinants |

## 2. What health issues does a HIA consider?

Environmental, social, demographic, and economic conditions drive the health and wellbeing of communities.  Factors such as housing, transportation, employment and income, noise, air quality, access to goods and services, access to parks, and social networks have well-demonstrated and reproducible links to health outcomes. A HIA analyzes health from a broad perspective by evaluating how a proposed project, plan, or policy affects these factors – often

collectively referred to as "determinants of health" – and in turn, how impacts to these factors are likely to positively or adversely influence health.

## 3. What are benefits to conducting Health Impact Assessment?

Overall, the information from a HIA, and close collaboration between public health experts, affected communities, and the decision-makers on a project, lead to practical, evidence-driven recommendations that address identified health concerns to the extent possible within the limitations of the regulatory or decision-making process.

- ☐ HIAs provide sound, objective data on health impacts.  By using this information, potentially unexpected health consequences and unanticipated costs can be identified and thus avoided.
- ☐ HIA helps develop healthier communities by identifying design solutions that address the root causes of many prominent health problems like asthma, diabetes, and cardiovascular disease.
- ☐ The HIA process can be used to build consensus and buy-in by addressing the affected community's fears about a project directly and transparently and by providing practical solutions.
- ☐ HIAs help focus community involvement on real health concerns and on feasible mitigations to those health issues.
- ☐ Health issues are typically important to community members and HIA can serve to engage community residents in decisions that impact their lives.
- ☐ HIAs give project proponents a way to recognize positive health contributions of projects on communities.  It also given businesses the information they need to distinguish themselves as smart planners and build positive working relationships with the community.
- ☐ HIAs help decision-makers by ensuring that any potential concerns about a project are identified and addressed early on.

## 4. Is a comprehensive analysis of health impacts required under NEPA/CEQA?

As stated in "Public Health Analysis Under the National Environmental Policy Act", a white paper by Wernham and Bear:

> The inclusion of a robust, systematic approach to public health is supported by NEPA, the regulations issued by the Council on Environmental Quality (CEQ), the agency in the Executive Office of the President charged with overseeing implementation of NEPA, Executive Orders 12898 and 13045, and available guidance on NEPA and environmental justice.
>
> *Congressional Intent*
> In using the term "human environment," Congress signaled that protection of human communities was a fundamental purpose of the legislation.  In the debates leading to NEPA's enactment, Senator Henry Jackson stated: "When we speak of the environment, basically, we are talking about the relationship between man and these physical and biological and social forces that impact upon him.  A public policy for the environment basically is not a public policy for those things out there.  It is a policy for people."
>
> *Health in NEPA*

NEPA mentions health a total of six times.  Among NEPA's fundamental purposes is: "promote efforts which will prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of man."  NEPA § 102 [42 USC § 4321]

NEPA is intended, furthermore, to: "assure for all Americans safe, healthful, productive, and aesthetically and culturally pleasing surroundings." [42 USC § 4331]

And  finally to: "attain the widest range of beneficial uses of the environment without degradation, risk to health or safety, or other undesirable and unintended consequences." [42 USC § 4331]

*Health in the CEQ Regulations*
Several general provisions of CEQ's NEPA regulations support the inclusion of health.

First, agencies respond to substantive public concerns in the draft EIS [40 CFR § 1503.4]. When, therefore, an agency can anticipate substantive health concerns based on scoping, it is sensible to include these issues for analysis in the DEIS.

Second, in determining whether an effect may be significant (and therefore require analysis in the EIS) one of the factors that agencies should consider is "the degree to which the effects on the human environment are likely to be highly controversial" [40 CFR § 1508.27 (b) 4].  Commonly, health often figures among the strongest concerns expressed by affected communities.

The CEQ regulations also specifically define health as one of the effects that must be considered in an EIS or an EA.  In defining "effects," the regulations state that: "Effects" includes ecological, aesthetic, historic, cultural, economic, social, or health, whether direct, indirect, or cumulative." [40 C.F.R. § 1508.8]  And, the regulations instruct agencies to consider "the degree to which the proposed action affects public health or safety" in determining significance. [40 C.F.R. § 1508.27]

*Health in Executive Orders*
Executive Order 12898 instructs agencies to: "make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations in the United States."

Similarly, Executive Order 13045 states that agencies must: "make it a high priority to identify and assess environmental health risks and safety risks that may disproportionately affect children; and ... shall ensure that its policies, programs, activities, and standards address disproportionate risks to children that result from environmental health risks or safety risks."

*Statements relevant to NEPA-based health analysis in Federal Guidance*
CEQ guidance on implementing Executive Order 12898 contains several suggestions relevant to public health analysis, including:
• Lead agencies should involve public health agencies and clinics
• Agencies should review relevant public health data (as for any other resource)
• Agencies should consider how interrelated cultural, social, occupational, historical, or economic factors may contribute to health effects of the proposed action and alternatives.


# 5. What is the relationship between Health Impact Assessment and Health Risk Assessment (HRA)?

Health Risk Assessments are sometimes conducted as part of EIRs and sometimes conducted outside the EIR process.  This is true of HIA as well.  While there is significant overlap between HIA and the theoretical framework for HRA, in practice, HIA and HRA differ substantially because HRA is carried out in a manner much more limited than its theoretical framework allows for.  Below we compare and contrast existing practice of HRA and HIA:

FAQ about Integrating HIA into EIA                                    Human Impact Partners

- The purpose of HIA is to make evidence based judgments on the health impacts of a decision and to make health-promoting recommendations while the purpose of HRA is to quantify the health risk from a change in exposure to a particular hazard.
- HIA uses a broad framework to predict all of the potentially significant health effects that could result from changes in the physical, social, and economic environment. In doing so, HIA includes analysis of impacts on the determinants of health, such as housing, transportation, employment and income, noise, air quality, access to goods and services, access to parks, and social networks. HRAs are typically used to analyze discrete relationships between a single environmental contaminant (e.g., diesel) and a single health outcome (e.g., lung cancer).
- Following the basic pattern of an EIA, HIA starts with an analysis of existing conditions in a community and, in particular, identifies special sub-populations who may be particularly vulnerable, or in which there are significant baseline health inequities. For example, HIA examines existing burdens to EJ communities and assesses impacts cumulatively. HRA does not typically take existing health conditions or disparities into consideration.
- HIA uses both quantitative and qualitative/descriptive methods in analysis, while HRA uses modeling to quantify risks. If there is strong evidence of the existence of a hazard but data does not exist to quantify a prediction, HRA will not consider that hazard while HIA will. Currently, sufficient data to conduct HRA exist for only a limited number of health-relevant environmental exposures and conditions.
- The HIA process can be used to engage stakeholders, including community residents, and build consensus, while HRA is typically conducted by expert risk assessors.
- HRAs can be a useful tool to analyze potential impacts, but by themselves do not provide all the information required by NEPA as can an integrated HIA/EIA approach (see answer to question 8).
- HRA is one analytical tool that could be used in the assessment phase of HIA.

## 6. Does a HIA use qualitative or quantitative data?

HIA may use  both qualitative and quantitative data and methods to predict potential impacts. Where feasible and data allows, HIA uses quantitative modeling to increase the precision of analysis and to support significance judgments. Because of substantial data requirements, using quantitative forecasting methods exclusively may present a partial or biased accounting of health effects. Quantification can also be resource intensive and divert from other impact assessment activities. Qualitative analyses provide valuable data when quantitative analyses are not possible.

It is important to note that NEPA regulations do not require quantitative analysis and that many predictions in EIA are descriptive. Indeed, simple descriptions of *possible* causal links between the proposed action and a given outcome may be more legally defensible than quantitative modeling, and can still provide valuable insights into differences between the alternatives and potential mitigation measures.

HIA standards include the ethical use of evidence, whether it is quantitative or qualitative. This includes the utilization of evidence from diverse sources, such as available statistics, empirical research, original investigation results, professional expertise, local knowledge, and the findings of well-designed and peer-reviewed systematic reviews. HIA calls for the justification of the selection or exclusion of particular methodologies and data sources

and the explicit statement of assumptions used in judgments, particularly quantitative estimates of hazards or impacts.  Data gaps, uncertainties, and limitations should be identified and stakeholders should be allowed to critique the validity of findings.

## 7. How would a comprehensive health analysis (e.g., using HIA) differ from what is already done in an EIR/EIS?

Currently, there are three ways in which health is incorporated into an EIR/EIS:  1) as a health risk assessment for a discrete exposure (described in question 5); 2) as a discussion of risk factors for health (e.g., air quality, traffic flow), but the link between those risk factors and health is not often made explicitly; and 3) as a demonstration of compliance with a health-based environmental regulation, such as the Clean Air Act.

A complete analysis of health effects responsive to NEPA would consider all potentially significant direct, indirect and cumulative health impacts associated with the proposed action and alternatives. The analysis would include descriptions of baseline heath status and determinants of health for the affected population.  These elements could be systematically achieved through implementation of an HIA that would:

☐   Include a scoping of potentially significant direct, indirect, and cumulative health impacts;
☐   Analyze baseline health conditions and determinants of health;
☐   Analyze direct and indirect health impacts of the project; and
☐   Analyze cumulative impacts related to health outcomes.

## 8. How can HIA fit in with the EIR/EIS process?

The steps of Health Impact Assessment (described in question 1) parallel the steps of Environmental Impact Assessment and, therefore, the two processes can be easily integrated. By integrating HIA and EIA, redundancy in data collection and analysis is avoided, as information collected in the EIA process provides inputs into the health analysis.  To conduct a HIA as part of an EIR/EIS, one would:

☐   Scope potential direct, indirect, and cumulative health concerns in the EIR/EIS Scoping stage.  HIA Scoping includes stakeholder meetings to ensure the scope is complete and uses stakeholder knowledge and experience to prioritize the health concerns to analyze.
☐   Assess prioritized health concerns identified during Scoping.  This assessment will include:
    o   new analyses (e.g., collecting existing data on health conditions and on existing determinants of health; analyzing impacts not previously analyzed as a result of the expanded Scope);
    o   extensions of existing analyses (e.g., using traffic data such as vehicle trips and volume to predict impacts on traffic injuries and physical activity); and
    o   developing potential mitigation measures to address significant health impacts.
In addition, HIA assessment could include methods that involve stakeholder participation, such as community surveys and focus groups.
☐   Report and receive public comment on baseline health conditions and determinants of health, the analysis of health impacts, and potential mitigation measures in the Draft EIR/EIS and respond to comments to develop the Final EIR/EIS.

FAQ about Integrating HIA into EIA                    Human Impact Partners

## 9. How do you know when a health impact can or should be addressed or mitigated?

As for any other resource or impact more commonly analyzed in an EIS, the analysis of health effects is generally limited to those deemed to be potentially significant, as defined by the CEQ regulations (40 CFR § 1508.27).  In practice, the HIA team will typically bring a public health-based perspective on significance which will drive the initial proposed scope of the analysis.  The final scope of impacts included in the EIS, however, evolves over the course of the analysis through ongoing collaboration and discussions between the HIA team and the participating agencies, and based on determining which outcomes are best supported by the evidence.

## 10. Are there other examples of HIAs being done for major projects and policies and as part of EIA?

To date, HIAs have been included in five published NEPA documents, all in Alaska.[1]  In San Francisco, the health department collaborates with the planning department to ensure the inclusion of health analyses for environmental analysis conducted under CEQA.

HIA is currently being applied to other important proposals.  In Los Angeles, the I-710 Corridor Project Committee recently voted to include a HIA in the project EIR/EIS.  HIA is also being applied to the proposed Cap and Trade regulations under the California Global Warming Solutions Act.

## 11. Are there practice standards for HIA?

Yes, the North American Health Impact Assessment Working Group released standards in 2009.  Those are available at: http://www.humanimpact.org/HIA_PracticeStandards.pdf.

## 12. Where can I learn more about HIA?

The Human Impact Partners website (http://www.humanimpact.org/) contains information, tools, and resources regarding HIA.  Other good resources include the Centers for Disease Control website (http://www.cdc.gov/healthyplaces/hia.htm), the Health Impact Project website (www.healthimpactproject.org), and the UCLA HIA CLIC website (http://www.ph.ucla.edu/hs/hiaclic/).

*Human Impact Partners would like to thank Aaron Wernham at the Health Impact Project and Rajiv Bhatia at the San Francisco Department of Public Health for their significant contributions to this FAQ.*

---

[1] Wernham, A. (2007) Inupiat Health and Proposed Alaskan Oil Development: Results of the First Integrated Health Impact Assessment/ Environmental Impact Statement for Proposed Oil Development on Alaska's North Slope. Ecohealth. No. 4, p. 500.

EcoHealth 4, 500–513, 2007
DOI: 10.1007/s10393-007-0132-2



© 2007 EcoHealth Journal Consortium

*Special Feature: Indigenous Perspectives*

*Original Contribution*

# Inupiat Health and Proposed Alaskan Oil Development: Results of the First Integrated Health Impact Assessment/ Environmental Impact Statement for Proposed Oil Development on Alaska's North Slope

Aaron Wernham

*Alaska Inter-Tribal Council, Columbia University Institute on Medicine as a Profession, 2050 Cripple Creek Rd., Fairbanks, AK 99709, US*

**Abstract:** We report on the first Health Impact Assessment (HIA) for proposed oil and gas development in Alaska's North Slope region. Public health is not generally analyzed in the Environmental Impact Statement (EIS) process in the U.S. We conducted an HIA for proposed oil development within the National Petroleum Reserve - Alaska in response to growing concerns among North Slope Inupiat communities regarding the potential impacts of regional industrial expansion on their health and culture. We employed a qualitative HIA methodology, involving a combination of stakeholder input, literature review, and qualitative analysis, through which we identified potential health effects. The possible health outcomes identified include increases in diabetes and related metabolic conditions as a result of dietary change; rising rates of substance abuse, domestic violence, and suicide; increased injury rates; more frequent asthma exacerbations; and increased exposure to organic pollutant, including carcinogens and endocrine disruptors. There are also potential benefits, including funding for infrastructure and health care; increased employment and income; and continued funding of existing infrastructure. Based on these findings, we recommend a series of public health mitigation measures. This project represents the first formal effort to include a systematic assessment of public health within the U.S. EIS process. The inclusion of public health concerns within an EIS may offer an important and underutilized avenue through which to argue for environmental management strategies that focus on public health, and may offer communities a stronger voice in the EIS process.

**Keywords:** Inuit, Environmental Impact Statement, Health Impact Assessment, National Environmental Policy Act, human health

## INTRODUCTION

This article describes the initial results of the first Health Impact Assessment (HIA) undertaken for oil and gas

development on Alaska's North Slope. This work also represents the first formal effort to undertake an HIA within the legal framework of the National Environmental Policy Act (NEPA), the statute that established the Environmental Impact Statement (EIS) process and which forms the foundation of environmental regulation in the U.S. The inclusion of a broad, systematic analysis of health within a

Published online: October 11, 2007

*Correspondence to:* Aaron Wernham, e-mail: aawernham@pol.net

U.S. EIS is unprecedented (Steinemann, 2000; Cole et al., 2004; Cole and Fielding, 2007). The federal agencies involved have commented that this work has implications for the implementation of NEPA elsewhere in the U.S.

## Alaskan Energy Development, the EIS Process, and Human Health

Large industrial development in the U.S. is regulated through the NEPA-mandated EIS process. NEPA requires federal agencies to consider the effects of their policies or programs on the "human environment" (42 USC § 4332). NEPA is unique among environmental statutes: rather than establishing regulatory thresholds for the impacts identified in an EIS, it promotes environmental protection through an open, comprehensive public disclosure of the likely consequences of a project.

A number of surveys of NEPA practice have found that the consideration of public health in the EIS process is limited or absent, both within the U.S. and internationally (Steinemann, 2000; Cole et al., 2004). Yet, because of their scale, projects under NEPA's jurisdiction often involve not only environmental effects, but also substantial changes in local economies, employment patterns, population, culture, and infrastructure—important determinants of health and health disparity.

The health effects of oil and gas development are a matter of growing concern for the Inupiat people of Alaska's North Slope. Communities near active and proposed oil and gas development have raised the issue of health eloquently and repeatedly in public testimony on past EISs. The National Research Council has criticized the North Slope planning process for a deficient consideration of health issues (National Research Council, 2003). Compounding the problem, changes in U.S. energy policy over the last six years have brought increasing pressure on Alaska as a domestic source of petroleum, and have generated a flurry of proposals to expand oil leasing in the region to include most of the 24 million acre National Petroleum Reserve – Alaska (NPR-A) and the northern outer continental shelf (OCS). Because Inupiat communities are deeply dependent on subsistence hunting, fishing, and whaling in these areas, these proposals have generated tremendous local concern.

Proposed leasing in the Teshekpuk Lake Special Area (TLSA) of Northeast NPR-A has been a focal point for community concerns. The core calving area for the Teshekpuk Lake caribou herd, a critical molting habitat for a rich variety of migratory waterfowl, and a productive fishery, the TLSA constitutes the traditional center of onshore subsistence activity in the region. Protected from development under a 1998 EIS, the TLSA was reconsidered for leasing under a 2004 federal mandate. An "Amended EIS" process ensued, concluding with a decision to permit development in the region (BLM, 1998). This decision was subsequently struck down in a federal district court case in 2006 (U.S. District Court for the District of Alaska, 2006). The Bureau of Land Management (BLM), the regulatory agency for the region, responded by initiating a "Supplemental EIS."

## HIA and the Integration of Health into the EIS Process

Notwithstanding the historical lack of health information in NEPA documents, human health was a core concern of the original legislation. The Act's stated purpose is to "stimulate the health and welfare of man" (42 USC § 4321). The central importance of health to the objectives of NEPA is further established through five additional references to health within the statute. The Code of Federal Regulations governing NEPA's implementation explicitly defines public health as one of the effects which must be considered in an EIS (40 CFR § 1500–1508). NEPA also requires cross-disciplinary collaboration between natural, physical, and social sciences to further its objectives (42 USC § 4332). We reasoned, therefore, that a strong case could be made for the inclusion of public health analysis in the Supplemental EIS.

HIA provides a systematic process and methodology to anticipate and proactively address the potential health consequences of a program or policy in order to maximize the potential benefits and minimize adverse outcomes (Quigley et al., 2006). HIA takes a comprehensive and inclusive approach to evaluating potential health effects, and the analysis is founded on the conceptual framework of the social and environmental determinants of health.

While interest in HIA in the U.S. is growing, its use here has been limited to date; most efforts have occurred independent of the EIS process, addressing both policies and development projects (Cole and Fielding, 2007). Bhatia (2007) recently reported HIAs submitted by the San Francisco Department of Public Health as formal comments on two active environmental impact reports, which resulted in the adoption of important new mitigation. Our work appears to be the first reported HIA formally integrated into a federal EIS.

A number of barriers and challenges to integrating HIA into the EIS process have been described, including (1) resistance on the part of EIA professionals; (2) a perception that NEPA does not explicitly require the consideration of public health; (3) concerns about the reliability of predictions regarding health given the litigious atmosphere of the EIS process; (4) the risk that integrating HIA into the highly structured and regulated EIS process will necessitate a narrower consideration of health; (5) a bias toward the consideration of narrower physical rather than broader social determinants of health (Cole et al., 2004; Bronson and Noble, 2006; Cole and Fielding, 2007). Steinemann (2000), on the other hand, advocates a broad approach to health within the EIS process, arguing that it would ensure that the EIS serves as a "proactive planning tool, rather than a reactive remedial tool."

## METHODS

### Study Area

Our HIA addressed proposed oil and gas leasing in the 4.6-million-acre Northeast NPR-A, which lies within Alaska's 89,000-square-mile North Slope Borough (NSB). The first major oil discovery on the North Slope occurred at Prudhoe Bay in 1967. Over the three decades since full-scale production began at Prudhoe Bay, development has spread closer to villages and areas of active subsistence use both on- and offshore.

### Study Population

The NSB includes eight Inupiat villages, ranging in population from 250 at Point Lay to over 4,000 in Barrow. The villages are remote, with no permanent roads leading to or between them.

The Inupiat people consider themselves a subsistence culture. Despite extensive social and economic change since initial contact with American whalers in the mid-1800s, the Inupiat people still rely heavily on hunting, fishing, and whaling as both the mainstay of their diet and the cornerstone of their culture and social organization. The importance of subsistence activities to rural Alaska Native communities has been described as follows:

> Subsistence is a way of life in rural Alaska that is vital to the preservation of communities, tribal cultures, and economies. Subsistence resources have great nutritional, economical, cultural, and spiritual importance in the lives of rural Alaskans... Subsistence, being integral to our worldview and among the strongest remaining ties to our ancient cultures, is as much spiritual and cultural, as it is physical (Alaska Federation of Natives, as quoted in BLM, 2005)

Because of the role of oil revenue in the North Slope economy, Inupiat decision-makers have generally supported oil development, as long as subsistence impacts are minimal. Over the last 15 years, however, development has spread west to within a few miles of Nuiqsut, the first North Slope community in close proximity to active oil development. For years, Nuiqsut residents have expressed concern about the potential associations between oil development and health. In public hearings, residents have testified to concerns ranging from possible effects of contaminants (including cancer, asthma, and thyroid disease) to a rise in social problems such as alcoholism, domestic violence, and suicide (Ahtuangaruak, 2003), and, increasingly, to more generalized fears regarding the survival of Inupiat culture and tradition.

### Health Impact Assessment Process and Methodology

HIA methodology is relatively new and still changing. HIAs may be broadly divided into qualitative versus quantitative approaches, with qualitative HIA being somewhat more common because of the breadth of concerns addressed, complexity of assumptions and uncertainty of other project-related effects, and the focus on the social determinants of health. HIAs have also been classified as broad (holistic, qualitative, participatory, sociologic approach) or tight (quantitative, epidemiologically focused, limited scope) (Cole and Fielding, 2007; Kemm, 2000).

A prevalent concern regarding HIA is the question of the predictive validity and accuracy, given the complex determinants of health and illness and the lack of standardization of HIA methodology (Kemm, 2000; Parry and Stevens, 2001; Cole and Fielding, 2007). It has been argued that establishing the predictive validity of an HIA is seldom feasible because of the complex influences on disease outcomes and because if the HIA is successful in its ultimate goal of protecting health, predicted adverse outcomes will

**Table 1.** Steps in the HIA Process[a]

| | |
|---|---|
| **1. Screening** | Determines whether an HIA is necessary, and whether it is likely to be useful |
| **2. Scoping** | Establish: |
| | ○ the population to which the HIA applies |
| | ○ the scope of health problems to be analyzed |
| | ○ the HIA team |
| | ○ methods to be used in the assessment |
| | ○ data sources |
| **3. Assessment** | Two steps: |
| | 1. Scaling: describe the baseline health status and determinants of health in the population |
| | 2. Assessment of likely impacts: literature review, qualitative or quantitative analysis |
| **4. Decision/Recommendations** | Based on the impacts projected, develop recommendations to minimize adverse impacts, maximize benefits |
| **5. Reporting** | Report results to stakeholders; in some cases formal public input is sought, and the draft assessment revised based on this input |
| **6. Monitoring and Reassessment** | Select a set of outcomes likely to be sensitive/accurate indicators of the changes predicted. May include health outcomes or determinants of health. Monitor for the duration of planned activities and reassess accuracy of predictions; may also involve adapting management based on observed outcomes |

[a] Adapted from World Health Organization, 2007.

be prevented (Veerman et al., 2007). Others advocate an adaptive monitoring and management approach to address this concern (Steinemann, 2000).

A six-step process can be described for HIA (Table 1). Below we outline our adaptation of HIA to work within the NEPA process, and address the questions of accuracy and validity.

*1. Screening*

The NSB adopted a common and simple standard: any project large enough to warrant an EIS should also undergo an HIA.

*2. Scoping*

We relied on a combination of public input and a review of other pertinent sections of the Amended EIS (addressing air and water quality, sociocultural, and subsistence effects). Public input was obtained from several sources. First, we held a series of public meetings (unstructured EIS hearing format) regarding proposed leasing in the adjacent South NPR-A region (BLM had initiated an EIS for this region but halted the process in order to begin the Supplemental EIS once the Northeast NPR-A case was

decided). This testimony was pertinent to Northeast NPR-A because the regions are contiguous, and residents tended to express health concerns in terms of ecosystem-based impacts generalized over the entire area. Second, we reviewed transcribed public testimony from the Amended EIS. Third, we had discussions with local public health professionals, wildlife experts, and BLM NEPA analysts.

*3. Assessment*

We began with a description of baseline health status and determinants of health, accomplished through a search of published data pertaining to the North Slope, unpublished data sources (internal tribal health agency reports; arrest records; statewide disease registries, and vital statistics), and conversations with local public health officials.

To assess potential health effects, we employed a simple, qualitative approach: based on the issues identified in scoping, we reviewed pertinent literature and identified potential associations between development-related disturbances, health determinants, and health outcomes. Project-related disturbances may have conflicting influences on health, making it difficult to model the degree or even at times the direction of a given health outcome. For example, data suggest that acculturative stress and

504   Aaron Wernham

economic development—both predicted disturbances associated with oil development—exert opposing influences on suicide rates in Inupiat communities (Travis, 1984). Furthermore, the EIS acknowledges substantial uncertainty regarding many of the disturbances on which health outcomes depend, such as the degree to which subsistence activities might be disrupted. Consequently, our approach emphasized the description of relationships between oil and gas activities, health determinants, and health outcomes, and we avoided predictions regarding the likelihood or direction of health outcomes unless the available data strongly supported the conclusion. This approach allows the identification of measures that might not only minimize harm but might maximize benefits as well.

*4. Decision/Recommendations, and 6. Monitoring/Reassessment*

We drafted a series of health-based mitigation measures that we recommended for inclusion as requirements for developers in the region. To address the question of predictive uncertainty, we drew on what has been termed "adaptive management," and attempted to build provisions for monitoring health outcomes and health determinants, and reassessment and modification of mitigation measures predicated on outcome data.

*5. Reporting*

Results are being reported in three forms. First, the HIA subsections were submitted to Alaskan public health officials and HIA experts for peer review. Second, the draft Supplemental EIS was published in summer 2007 and will be subject to a public review process and modification to produce a final EIS. This article is the final means through which our results will be reported.

### Legal Process: Implementing HIA under NEPA

The provisions for public participation under NEPA provided an avenue through which to advocate for the inclusion of public health. This approach may be broadly applicable elsewhere in the U.S.

The most common form of public participation in the EIS process involves written comments or verbal testimony submitted during official comment periods. Agencies have the statutory obligation to address any salient issue raised by someone with a legitimate stake in the outcome. Through written comments we were recently able to

include a brief HIA in the Minerals Management Service's (MMS) 5-Year OCS Oil and Gas Leasing Program (MMS, 2007). Second, direct "government-to-government" consultation is an option available to Tribes, and allows high-level discussions with the regulatory agencies at every step of the process. Finally, local agencies, governments, or Tribes may opt to become "cooperating agencies." Cooperating agencies take part in writing and editing the EIS. The staff time, financial resources, and scientific expertise required for participation at this level can prove overwhelming for small communities, but in some cases cooperating agencies are able to negotiate with the "lead" agency for funding to help defray expenses.

The North Slope Borough (NSB), the regional government, negotiated with BLM to become a cooperating agency on the Supplemental EIS. Through the working relationship that developed between the NSB and BLM, the NSB was able to assert the statutory requirement and ethical imperative to address the public health concerns in the Supplemental EIS, and was invited to draft subsections on public health. The lead agency maintains ultimate editorial authority over the EIS, but the entire HIA becomes part of a public administrative record and the lead agency must justify any editing or changes.

## RESULTS

### Baseline Health Status

Although general markers of population health in the North Slope have improved substantially in the last 50 years, current health status among the North Slope Inupiat reflects significant disparities when compared with the U.S. population. The pattern of illness has shifted from high mortality secondary from infectious diseases to reduced all-cause mortality with rapidly increasing rates of cancer, social pathology, and chronic illness. Table 2 summarizes our description of baseline health status.

### Projected Public Health Effects of Development in Northeast NPR-A

Table 3 summarizes the disturbances projected under the Northeast NPR-A development scenario, and BLM's analysis of effects on other aspects of the "affected environment." We discuss potential relationships between EIS predictions and health outcomes below. Our choice of outcome categories grew out of the prevalent health

**Table 2.** Baseline Health Status and Determinants of Health

| Health Status[a,b] | Discussion/Determinants |
|---|---|
| **General Measures** | **General Measures** |
| 1. Life expectancy:<br>1950: 46.6 years (68.2)<br>1998: 69.5 years ( 76.7) | • Improvements largely attributed to declining infectious disease/effective TB control, and decreasing injury rates |
| 2. Mortality:<br>1124/100,000 (834/100,000 U.S. whites) | • Economic standard of living, housing conditions, infrastructure, and access to health care have improved dramatically since 1950 |
| 3. Infant Mortality:<br>1960: 90/100,000 (25/100,000)<br>2000: 7/100,000 (7/100,000) | • Current disparities are mainly attributed to continuing high rates of injury and cancer |
| **Cancer** | **Cancer** |
| 1. Incidence:<br>579/100,000 (461/100,000) | • 50% increase in incidence and mortality since 1969. |
| 2. Mortality:<br>303/100,000 (163/100,000) | • Largest increase: breast, lung, and colon cancer.<br>• Cancer now the leading cause of death on the North Slope.<br>• Smoking prevalence >40%.<br>• Although incomplete, North Slope data suggest relative safety of subsistence foods compared to Greenland and Canada. |
| **Psychological and Social Problems** | **Psychological and Social Problems** |
| 1. Suicide rates: 45/100,000 (11.1/100,000) | • Data link rapid sociocultural change to social and psychological pathology in Inuit communities. |
| 2. Violence (rape, assault, domestic violence, homicide): arrest rates 8–15 times U.S. rate (unprocessed data) | • Prohibition (in effect over most of North Slope) reduces alcohol-related morbidity and mortality |
| 3. High prevalence of alcohol abuse | • Economic development may mitigate sociocultural change |
| **Injury** | **Injury** |
| 1. Mortality rate over 3.5 times U.S. rate | • High injury rates reflect, in part, the inherent dangers of subsistence life in the Arctic. |
| 2. Unintentional injury mortality: 112/100,000 (36.6/100,000) | • Injury rates highly correlated with alcohol abuse |
| 3. Unintentional injury down 43% since 1979 | • Decline related to effective injury prevention programs, improved trauma care, and better hunting equipment. |
| **Diabetes, Obesity, and Hypertension** | **Diabetes, Obesity, and Hypertension** |
| 1. Type 2 diabetes mellitus was extremely rare in Alaska Natives prior to 1960. | • Abundant data demonstrate that subsistence diet and active lifestyle are the dominant protective factors against diabetes and complications of diabetes. |
| 2. North Slope prevalence: approx. 2.4% (7%) | • Obesity high relative to low prevalence of diabetes. |
| 3. 110% increase between 1990 and 2001 (3 times the incidence in general U.S.) | • Youth and markers of modernization correlate with lower consumption of subsistence foods. |
| 4. Obesity prevalence roughly equivalent to U.S. rate in men, higher in women | |
| **Chronic Pulmonary Disease** | **Chronic Pulmonary Disease** |
| 1. 192% increase in mortality rates in Alaska Natives since 1979 | • Behavioral Risk Factor Surveillance System (BRFSS): >40% prevalence of smoking in Alaska Natives |
| 2. North Slope mortality rate: 130/100,000 (45/100,000 U.S. whites) – highest in state | • North Slope residents concerned that emissions from oil development may be contributing to this problem Minimal monitoring data available to allow determination of the potential contribution of regional emissions. |

[a] All rates age-adjusted. Rates in parentheses are rates in the general U.S., unless otherwise specified.
[b] Sources: Day et al., 2007; ANMC Diabetes Program; ANTHC, 2006; Goldsmith, 2004; Alaska Department of Vital Statistics, 2006; U.S. Department of Health and Human Services, 2006; Lanier et al., 2002.

506   Aaron Wernham

problems, concerns expressed in public testimony, and the impacts predicted in other sections of the EIS.

*1. Psychological and Social Pathology (alcohol and drug abuse, depression, anxiety, child abuse, domestic violence, suicide)*

*Analysis*

The EIS predicts sociocultural and subsistence effects as outlined in Table 3. Rapid sociocultural change and strain are well-documented and central determinants of social pathology in circumpolar Inuit communities (Curtis et al., 2005; Bjerregaard, 2001; Shepard and Rode, 1996). Impacts to subsistence, as a subset of cultural change, are strongly linked with social pathology, as highlighted by public testimony. For example:

> We had seismic activity in Camden Bay that caused us to lose two whaling boats. We did not harvest whale two seasons in a row. We went without whale those winters. Those were the deepest, darkest winters I faced as a community health aide. We saw an increase to the social ills, we saw domestic violence, we saw drug and alcohol abuse, we saw all the bad things that come when we are not able to maintain our traditional life activities. (BLM, 2004)

Alcohol prohibition has been shown to reduce social pathology and injury rates in Alaska Native communities, and alcohol is prohibited in most North Slope villages (Chiu and Perez, 1988; Wood and Gruenewald, 2006). The EIS predicts a large influx of temporary oil workers and the possible construction of new access routes to villages. Increased numbers of transient workers coupled with new access routes to communities may result in increased access to drugs and alcohol. Resident testimony confirms that this has been a problem with existing development (Ahtuangaruak, 2001).

Development would create a modest increase in employment and would help to stabilize current economic inputs to the communities, both of which correlate inversely with social problems. One recent study noted that, paradoxically, employment in Inupiat communities actually can be a source of stress when it reduces the time available for subsistence (Martin, 2005). Unemployment and economic depression (predicted during the abandonment phase) are associated with social pathology (Travis, 1984).

Overall, we reasoned that the project carried a high risk of adverse impacts on rates of social pathology because of planned development in a region of great cultural and practical importance to the surrounding communities. Economic and employment effects might mitigate this impact to some extent, but would not likely negate it. Furthermore, these protective benefits would be lost at the conclusion of development activities.

*Projected Outcome*

Increase likely; extent dependent on intensity of impacts on subsistence, culture, and potential increases in drug/alcohol trafficking.

*2. Injury*

*Analysis*

Injury rates on the North Slope are high (Table 2). The determinants of injury include high rates of social pathology and the extreme environmental conditions in which subsistence activities occur. Social pathology has been discussed above. The EIS also predicts that hunters may have to travel longer distances to encounter subsistence resources, which would increase the risk of injury as well.

*Projected Impact*

Increased injury rates likely; extent dependent on the increased distance and difficulty involved in hunting and on the potential increase in social pathology.

*3. Type 2 Diabetes Mellitus and Related Metabolic Disorders (hypertension, hyperlipidemia, obesity)*

*Analysis*

The EIS predicts possible disruptions of harvests. At present, North Slope villages harvest between 300 and 800 pounds of subsistence foods per capita annually, among the highest harvest figures in Alaska. The consumption of subsistence foods has been estimated to provide roughly 50% of caloric needs (Alaska Department of Fish and Game, 2000). Studies in Alaska Natives and circumpolar Inuit have demonstrated

Table 3.    Summary of Impacts Predicted Under Northeast NPR-A EIS[a]

| Project Disturbances | Predicted Effects |
|---|---|
| <ul><li>Seismic activity</li><li>Increased ground and air traffic</li><li>Pipelines, roads, ice roads</li><li>Oil facilities (wells, processing facilities)</li><li>Staging areas</li><li>Airborne discharges (flaring, exhaust, volatile organics)</li><li>Oil spills, other contaminant spills</li><li>Local employment opportunity</li><li>Employment decline at termination of project</li><li>Influx of non-Native workers</li><li>Oil camps</li><li>Revenue (taxation, Native corporation, employment)</li></ul> | 1. <u>Subsistence</u><br>*Likely:*<br>-Displacement of hunters away from productive areas<br>-Displacement/dispersion of animals<br>*Possible:*<br>-Reduced populations of subsistence species<br><br>2. <u>Sociocultural</u><br>-Loss/degradation of traditional subsistence areas<br>-Fear of contaminants<br>-Subsistence impacts lead to breakdown of kinship/community sharing networks<br>-Subsistence impacts lead to difficulty in transmitting cultural axioms to youth<br>-Increasing economic disparities within villages<br><br>-Acculturation from intense exposure to large numbers of transient outside workers<br>-Alcohol and drug trafficking via new access routes<br>3. <u>Economy</u><br>-Taxation of oil facilities allows continuing NSB services, balancing declining revenues from other oil development<br>-Native corporations provide dividends to shareholders<br>-Increased income from employment<br>-Large loss of revenue sources at conclusion of project<br>4. <u>Air Quality</u><br>*Likely:*<br>-Episodic localized decreased air quality events near oil development facilities<br>*Possible:*<br>Incremental degradation of air quality in/near subsistence camps<br>5. <u>Water Quality</u><br>-Small inadvertent discharges: spills, etc<br>-Occasional large spills |

[a] Effects described in Table 1 are derived from the Final Amended EIS. The Supplemental EIS will reflect the increased price of oil, and therefore possible increases in some predicted disturbances because of the increased volume of ''economically recoverable oil.''

that the risk of developing metabolic health problems increases with decreasing intake of subsistence foods (Murphy et al., 1995; Murphy et al., 1997; Young et al., 1992; Bjerregaard et al., 2004a, 2004b). The degree of risk, therefore, would depend on the degree to which impacts to subsistence activities occur, and whether hunters are able to replace losses from this area by hunting elsewhere (which would be hampered by expanding development in regions not considered in the Northeast NPR-A EIS).

The general contribution of oil and gas activities to cultural change (as outlined in Table 3) may also encourage a trend toward store-bought foods. Several studies have demonstrated that the degree of modernization correlates inversely with the amount of subsistence foods consumed (Young et al., 1992; Schraer et al., 1993). The quality of food available in village stores is low, and the cost of choosing more healthful foods is often prohibitive (Bersamin et al., 2006), thereby increasing the risk of metabolic disorders.

*Projected Impact*

Increased risk of diabetes and related metabolic disorders; degree of impact proportional to the impacts to

508    Aaron Wernham

subsistence and to the degree to which the project contributes to the ongoing acculturative transition to store-bought food.

*4. Food Insecurity and Hunger*

*Analysis*

The EIS predicts possible impacts to subsistence harvests. Subsistence foods account for roughly 50% of the caloric intake; the monetary value of the subsistence harvest has been estimated at between $31 million and $51 million (Alaska Department of Fish and Game, 2000), representing a prohibitive cost if calories had to be replaced with store-bought foods. Frank malnutrition is unlikely because of community sharing networks and state and federal income and nutritional support programs

*Projected Impact*

Likely increase in food insecurity; risk of hunger in case of severe impacts to subsistence; malnutrition unlikely.

*5. Health Problems Related to EPA Criteria Pollutants*

*Analysis*

EPA criteria pollutants (oxides of sulfur and nitrogen, carbon monoxide, and particulate matter) are associated with pulmonary disease, exacerbated coronary artery disease, and excess mortality among vulnerable groups (EPA, 2007); Neher and Koenig (1994). The proposed development would involve new emissions sources (machinery, gas flares, traffic, road dust, and oil-processing facilities). Although still relatively distant from population centers, these emissions sources will occur closer to villages and subsistence areas than previous major sources.

The BLM's air quality analysis notes that North Slope air quality is generally pristine, and predicts little or no degradation in air quality in villages; sporadic decreases in air quality near development could occur. We questioned the adequacy of this analysis because it is based primarily on models not well-validated in Arctic conditions, with very little monitoring data to confirm the predictions.

Our analysis, therefore, highlighted two concerns: (1) The Inupiat have high baseline rates of pulmonary disease

and are therefore particularly vulnerable to the health effects of airborne pollution. (2) The air quality analysis is based on models and includes no monitoring data from within the planning area.

*Projected Impact*

Potential exacerbation of pulmonary and cardiovascular disease related to intermittent low-air-quality events. Unlikely that chronic degradation of air quality would increase baseline prevalence of these problems. Projection based on questionable EIS analysis.

*6. Health Problems Related to Other Environmental Contaminants*

*Analysis*

Locally harvested fish, game, and whales are estimated to account for roughly 50% of the caloric intake of North Slope residents. Data to date, though incomplete, have indicated that North Slope subsistence resources harbor relatively low levels of contaminants compared with similar resources in Greenland and Northern Canada (Arctic Monitoring and Assessment Program, 2003; O'Hara et al., 2005).

The Northeast NPR-A region is one of the most productive areas for subsistence; the proposed activity would bring oil and gas emissions into close proximity with these resources. By-products of oil and gas production and processing are emitted through combustion ("hazardous air pollutants," or HAP), spills, and liquid-based effluents. These substances have an array of health effects, including carcinogenesis, endocrine disruption, and neurodevelopmental delay (EPA, 2006; Arctic Monitoring and Assessment Program, 2003). Many HAP bioaccumulate in mammals.

Oil and gas producers on the North Slope operate under reporting exemptions for HAP, and there has been no monitoring of HAP on the North Slope. It is therefore not possible to predict with certainty what level of exposure the local population may incur as a result of the proposed development, nor what health outcomes may result.

Our analysis highlighted two issues: (1) given the high consumption of fish and game from Northeast NPR-A, there is reason for concern that emissions here could expose residents to unacceptable levels of contaminants; (2)

this risk should be evaluated in the context of the disparate incidence, prevalence, and mortality from cancer.

*Predicted Outcome*

Increased exposure through direct contact or bioaccumulation in subsistence fish and game could contribute to the risk of certain malignancies, neurodevelopmental delay, and endocrine disruption; data inadequate to determine degree of risk.

*7. Infectious Diseases*

*Analysis*

HIV and syphilis rates are lower in the North Slope than most parts of the U.S.; the rate of HIV and syphilis in Alaskan oil workers has not been reported. Chlamydia is highly prevalent on the North Slope; chronic pulmonary disease and severe pulmonary infections are prevalent (Alaska Department of Public Health, 2002, 2005, 2006). Contact between oil workers and previously isolated Inupiat villages could result in increased rates of HIV and syphilis and more frequent and severe respiratory infections. Diarrheal illnesses are common in oil encampments and could also pose a risk to local communities.

*Projected Impact*

Potential for increased exposure to a wide variety of pathogens; potential increased incidence of HIV and syphilis infections.

## Health Mitigation Measures

Based on the findings of our analysis, we recommended a series of mitigation measures (Table 4). The BLM noted that its authority to regulate developers' activities solely on the basis of health is limited because its governing statutes confer authority for land management only. BLM therefore agreed to include measures that it believed lie within its statutory authority; these would be evaluated, refined, and ultimately accepted or rejected through subsequent stages of the EIS process. BLM further agreed to consider a measure that would require BLM and developers to work with a Health Advisory Board (HAB; see mitigation measure 1), once established, to further delineate impacts and identify and institute appropriate mitigation for health impacts identified.

## DISCUSSION

Evident in years of testimony by Inupiat residents of the North Slope is the concern that industrial development is causing health problems, and a growing fear that burgeoning development may ultimately engulf the subsistence way of life, with profound implications for health and well-being. This fear has become one of the dominant sources of strain and tension in Inupiat communities, as expressed by this elder:

> And hearing that this impact is going to be more and more and more each year and each time is telling me I have to try 100% more harder to get food on my table. And I just keep wondering, how am I going to survive if these animals are being impacted? What is it going to take for me to make a supper? What is it going to take to find something to eat? And the animals that I depend on are being impacted and these are things that I depend on daily. And I just want you guys to know that subsistence is a big thing in my life and that's what I depend on each day to survive. Thank you. (Tukle, 2004)

The feelings of disempowerment that result when developments are approved repeatedly over such objections compound the problem.

Although we believed NEPA provided strong legal footing to argue for the inclusion of health, we anticipated challenges because of the political division that often develops within local communities on issues of resource development as people struggle to find an acceptable balance between potential economic gains and the inevitable impacts. However, we found that the issue of health transcended political divisions in the Inupiat community, and community participation in the HIA engendered cooperation and unity. The key to achieving integration of health issues into the EIS was intensive, high-level participation in the process by the Inupiat communities; public testimony such as that cited in this article was central not only to the analysis of potential impacts, but to convincing the regulatory agencies to address the issue of health. HIA offered a means to blend indigenous perspectives with public health data, and to present the results in a form that was both informative and compelling for planners and regulators.

510   Aaron Wernham

**Table 4.** Mitigation

| Suggested Mitigation Measures | Targeted Health Outcome |
| --- | --- |
| *1. Health Advisory Board*<br>BLM would fund and convene an advisory board comprising 6 professional public health members. The board would meet semiannually to review current projects, would oversee future HIA activities and monitoring, and would make management/mitigation recommendations. | General health; facilitate adaptive management of project-related health problems as they arise in the future |
| *2. Public Health Monitoring*<br>Require developer to fund baseline and ongoing monitoring of a selected set of health indicators | Same as Health Advisory Board |
| *3. Subsistence Measures*<br>  a. Harvest study: baseline and ongoing monitoring to determine amount of each subsistence species | ○ Diabetes/metabolic diseases<br>○ Hunger and food insecurity |
| b. Intake study: intake might provide a more sensitive indicator of dietary/metabolic impacts than harvest | ○ Social pathology |
| c. Management: measures to support subsistence intake, including financial support for community hunters, construction of community freezers, and programs to ensure adequate healthful food choices in village stores, would be required[a]. | ○ Injury |
| *4. Control of Contaminants* | ○ Cancer, endocrine disorders, learning disability |
| a. Monitoring: developer would undertake baseline and ongoing monitoring of levels of expected contaminants in subsistence species and the regional habitat | ○ Diabetes/metabolic diseases (through preventing fear of consumption of subsistence foods) |
| b. Mitigation of contaminants: developers would be required to use the best available control technology on all emissions sources in the planning area | |
| *5. Public Safety*<br>a. Developer would be responsible for funding the additional police and emergency service personnel required to cover anticipated influx of workers[b] | ○ Injury rates<br>○ Social/psychological pathology |
| b. Developer would develop a program to reduce the potential of drug/alcohol trafficking into villages | |
| c. Developer would collaborate with community to develop plan for how workers would be allowed to enter communities[c] | |
| *6. Infectious Disease*[d]<br>a. Employee health protocol and testing for communicable diseases would be established. | ○ Sexually transmitted infections<br>○ Respiratory infections |
| b. Employee education program regarding infectious disease prevention, including safe sexual practices. | ○ GI infections |
| *7. Oil Spills*<br>In case of a large spill, developers would fund a independent review panel to monitor effects on populations and consumption of subsistence resources, health outcomes, and recommend remediation. | ○ Acute toxicity<br>○ Diabetes/metabolic diseases |
| | ○ Social pathology/injury |

In this way, HIA may prove useful for indigenous communities outside the U.S.: even though statutory requirements for EIS vary greatly between nations, a clear, evidence-based description of the potential human impacts of a project can provide a compelling policy lever even outside of the stringent requirements of NEPA. Moreover, a growing number of large lending institutions (including the World Bank and the signatories to the Equator

**Table 4.**   continued

| Suggested Mitigation Measures | Targeted Health Outcome |
|---|---|
| *8. Sustainable Development Management Plan* | ○  General health |

This measure would require a comprehensive plan to address the anticipated sociocultural and economic changes. The World Bank Operational Policy 4.10 (World Bank, 2005), for example, provides guidelines for such measures. Other plans have included, for example:

- Sustainable savings and investment plans targeting long-term fiscal stability[e]
- Economic diversification/strengthening locally sustainable businesses
- Cultural stewardship/preservation initiatives
- Hunter support programs (as discussed above)
- Education financing

[a] See, e.g., Aarluk Consulting Inc. (2006); Ho et al. (2006); Chan et al. (2006).
[b] An example of this type of program comes from offshore oil development in Santa Barbara, California. The local government instituted a Socio-economic Monitoring Program, which developed a model to determine the additional costs (social services/public safety/school/infrastructure) incurred by having operations based in the region, and charged developers based on a complex formula.
[c] An example of such a plan is described in this evaluation of Shell's Camisea proposal. The initial exploration program was controversial because of its impacts on local communities. This plan was developed in an effort to address some of the concerns raised (see May et al., 1999).
[d] May et al. (1999).
[e] Examples of such strategies and principles that might guide them include Sakhalin Energy Investment Company (2006) and Max-Neef (1991).

Principles, see http://www.equatorprinciples.com) and, increasingly, multinational developers themselves, now have explicit policies requiring the consideration of health impacts. Royal Dutch/Shell and the International Association of Oil and Gas Producers, for example, now espouse HIA (Krieger and Balge, 2005). The application of a community-based approach such as we used on the North Slope could allow indigenous communities outside the U.S. to use these emerging requirements for health analysis in the planning, evaluation, and funding cycle, and to ensure that decision-makers accurately and fully consider local health and environmental justice concerns in the planning and approval of development projects.

Our work also contributes a new perspective on questions raised by other authors regarding both the statutory requirements for addressing health under NEPA, and the risk that the confines of the EIS process would force an overly narrow consideration of public health (Cole et al., 2004; Bronson and Noble, 2006; Cole and Fielding, 2007). Our collaboration with agencies of the U.S. Department of the Interior culminated in a clear acknowledgment that public health analysis is indeed required by NEPA. Furthermore, we found that because the typical spectrum of effects discussed in an EIS includes disturbances to health determinants, such as changes in economy, employment, culture, environmental quality, and subsistence, the range of health issues we were able to address was quite broad.

The extent to which these results can be generalized to other NEPA actions and other federal agencies is worthy of further investigation.

There are three ways in which health information can be used to influence the EIS process: (1) developing health-focused mitigation, (2) shaping alternative development scenarios, and (3) influencing ultimate decisions about whether to permit development. Because the alternative development scenarios were already defined, we focused on mitigation. Between the draft EIS and final EIS, however, the NSB will have the opportunity to suggest other development scenarios, if any can be found that might better protect community health. Ultimately, however, much of the North Slope community may oppose any form of development in the region because of the deep cultural importance of the TLSA. In this regard, the HIA may provide an advocacy tool to help the Inupiat ensure that their concerns are adequately weighed in the ultimate decision as to whether to permit TLSA development.

## Conclusions

There is an imperative for collaboration between communities, environmental planners and regulators, and public health to address the growing burden of disease attributable to human-mediated environmental change. McMichael

(2006) presents a compelling argument for the expansion of traditional environmental health to address the fundamental relationships between population health and ecosystem sustainability; he further notes the importance of finding ways to communicate this information effectively to the public and policy-makers. The challenges are formidable. The evidence-driven field of public health is not accustomed to making recommendations based on incomplete data, and environmental planning and policy tend to move at the pace dictated by political and economic priorities and often do not welcome new concerns that might slow the process. HIA has shown promising results as a means to engage other sectors in considering the impacts of their decisions on public health (Cole and Fielding, 2007). If our early results prove generalizable to other agencies, integrated HIA/EIS—because it operates within a formalized process that guides federal policy—may provide an avenue through which to pursue policies that address the environmental and social determinants of health from a cross-sectoral perspective.

## Acknowledgments

The author thanks the people of the North Slope, the North Slope Borough, and the Alaska Inter-Tribal Council for advocating for this project. The Columbia University Institute on Medicine as a Profession provided funding for the project. The Alaska Conservation Foundation provided a travel grant.

## References

Aarluk Consulting Inc (2006) *A consultation-based review of the harvester support programs of the Government of Nunavut and NunavutTunngavik Inc.* Canada: Nunavut

Ahtuangaruak R (2001) *Testimony at public hearing on the Draft Environmental Impact Statement for the Liberty Development and Production Plan OCS EIS/EA MMS 2000–2001.* Alaska: NuiqsutMarch 1, 2001

Ahtuangaruak R (2003) Public Testimony at the Public Hearing on the Draft Integrated Activity Plan/Environmental Impact Statement for the Northwest National Petroleum Reserve-Alaska. Washington, D.C., March 13, 2003

Alaska Bureau of Vital Statistics (2006) Health Profiles for North Slope, Alaska, and the U.S. Available at: http://www.hss.state.ak.us/dph/bvs/profiles/body17.html [accessed July 1, 2006]

Alaska Department of Fish and Game, Division of Subsistence (2000) Subsistence in Alaska: A Year 2000 Update. Juneau, Alaska

Alaska Department of Public Health (2002) HIV Infection in Alaska through 2002. *Epidemiology Bulletins* 8(1):1–40

Alaska Department of Public Health (2005) Outbreak of infectious syphilis: update. *Epidemiology Bulletins* 14:1

Alaska Department of Public Health (2006) Chlamydia trachomatis – Alaska, 2005. *Epidemiology Bulletins* 10:1

ANMC Diabetes Program (2006) Diabetes maps [accessed December 15, 2006]

ANTHC (2006) Department of Injury Prevention. Available at http://www.anthc.org/cs/dehe/envhlth/injprev/injurydata.cfm [accessed December 13, 2006]

Arctic Monitoring and Assessment Program (AMAP) (2003) *AMAP Assessment 2002: Human Health in the Arctic*, Wilson S, Symon C (editors), Oslo, Norway: AMAP

Bersamin A, Luick Ruppert BR E, Stern J, Sidenberg-Cherr S (2006) Diet quality among Yup'ik Eskimos living in rural communities is low: the Center for Alaska Native Health Research Pilot Study. *Journal of the American Dietetic Association* 106(7):1055–1063

Bhatia R (2007) Protecting health using an Environmental Impact Assessment: a case study of San Francisco land use decision-making. *American Journal of Public Health* 97(3):407–413

Bjerregaard P (2001) Rapid socio-cultural change and health in the Arctic. *International Journal of Circumpolar Health* 60(2):102–111

Bjerregaard P, Young T, Dewailly E, Ebbesson S (2004a) Indigenous health in the Arctic: an overview of the circumpolar Inuit population. Scandinavian Journal of Public Health 32:390–395

Bjerregaard P, Jorgensen M, Borch-Johnsen K (2004b) Serum lipids of Greenland Inuit in relation to Inuit genetic heritage, westernization, and migration. *Atherosclerosis* 174:391–398

Bronson J, Noble B (2006) Health determinants in Canadian northern environmental impact assessment. *Polar Record* 42(223):315–324

Bureau of Land Management (1998) Northeast NPR—A Final Integrated Activity Plan/Final Environmental Impact Statement, Anchorage, Alaska

Bureau of Land Management (2004) Public hearing: northeast national petroleum reserve—Alaska draft amended IAP/EIS. Fairbanks, Alaska, 29 June 2004

Bureau of Land Management (2005) Northeast NPR—A Final Integrated Activity Plan/Final Environmental Impact Statement. Anchorage, Alaska. Available at http://www.blm.gov/ak/nenpraeis/ [accessed February 16, 2007]

Centers for Disease Control (2003) Diabetes prevalence among American Indians and Alaska Natives and the Overall Population – United States, 1994-2002. Available at http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5230a3.htm [accessed February 16, 2007]

Chan H, Fediuk K, Hamilton S, Rostas L, Caughey A, Kuhnlein H, Egeland G, Loring E (2006) Food security in Nunavut, Canada: Barriers and recommendations. *International Journal of Circumpolar Health* 65(5):416–431

Chiu AY, Perez PE (1998) The effect of an alcohol ban on the number of alcohol-related hospital visits in Barrow, Alaska. *International Journal of Circumpolar Health* 57(Suppl 1):439–442

Cole B, Fielding J (2007) Health Impact Assessment: A tool to help policy makers understand health beyond health care. *Annual Reviews of Public Health* 28:393–412

Cole B, Wilhelm M, Long P, Fielding J, Kominski G (2004) Prospects for health impact assessment in the United States: new and improved environmental impact assessment or something

different?. *Journal of Health Politics, Policy, and Law* 29(6):1153–1186

Curtis T, Kvernmo S, Bjerregaard P (2005) Changing living conditions, lifestyle, and health. *International Journal of Circumpolar Health* 64(5):442–450

Day G, Provost E, Lanier A (2006) Alaska Native Mortality Update 1999-2003. Alaska Native Epidemiology Center, ANTHC. Anchorage, Alaska

EPA (2006) Health Effects Notebook for Hazardous Air Pollutants. Website with links to information on specific pollutants. Available at http://www.epa.gov/ttnatw01/hlthef/hapindex.html [accessed February 16, 2007]

EPA (2007) What are the six common air pollutants? Available at http://www.epa.gov/air/urbanair/6poll.html [accessed on February 7, 2007]

Goldsmith S, Angvik J, Howe L, Hill A, Leask L (2004) The Status of Alaska Natives Report 2004. University of Alaska, Anchorage Institute for Social and Economic Research, Anchorage, Alaska. Available at: http://www.iser.uaa.alaska.edu/Home/ResearchAreas/statusaknatives.htm [accessed July 6, 2006]

Ho L, Gittelsohn S, Harris SB, Ford E (2006) Development of an integrated diabetes prevention program with First Nations in Canada. *Health Promotion International* 21(2):88–97

Kemm JR (2000) Can Health Impact Assessment fulfill the expectations it raises?. *Public Health* 114:431–433

Kreiger G, Balge M (2005) *A guide to Health Impact Assessments in the oil and gas industry.* London: International Petroleum Industry Environmental Conservation Association/International Association of Oil and Gas Producers

Lanier A, Ehrsam G, Sandidge J (2002) *Alaska Native Mortality 1979-2002.* Alaska: Anchorage

Martin S (2005) *Doctoral dissertation, Determinants of Well-Being in Inupiat and Yupiit Eskimos: Do Communities Matter?.* Dallas: University of Texas

Max-Neef M (1991) *Human Scale Development: Conception, Application, and Further Reflections.* New York: Apex Press

May P, Dabbs A, et al. (1999) Corporate Roles and Rewards in Promoting Sustainable Development: Lessons Learned from Camisea. Energy and Resources Group, University of California, Berkeley, Berkeley, CA. Available at http://www.socrates.berkeley.edu/erg/documents/camisea.pdf [accessed March 23, 2007]

McMichael A (2006) Population health as a primary criterion of sustainability. *EcoHealth* 3(3):182–186

Minerals Management Service (2007) Outer Continental Shelf Oil and Gas Leasing Program: 2007-2012: Final Environmental Impact Statement, Washington, DC

Murphy N, Schraer C, Thiele M, Boyko E, Bulkow L, Doty B, Lanier AP (1995) Dietary change and obesity associated with glucose intolerance in Alaska Natives. *Journal of the American Dietetic Association* 95:676–682

Murphy N, Schraer C, Thiele M, Boyko E, Bulkow L, Doty B, Lanier AP (1997) Hypertension in Alaska Natives: association with overweight, glucose intolerance, and mechanized activity. *Ethnicity and Health* 1997:267–275

National Research Council (2003) *Cumulative environmental effects of oil and gas activities on Alaska's North Slope.* Washington, DC: National Academies Press

Neher JO, Koenig JQ (1994) Health effects of outdoor air pollution. *American Family Physician* 49(6):1397–1404

O'Hara T, Hoekstra P, Hanns C, Backus S, Muir D (2005) Organochlorine contaminants in store-bought foods from northern Alaska. *International Journal of Circumpolar Health* 64(4):303–313

Parry J, Stevens A (2001) Prospective health impact assessment: pitfalls, problems, and possible ways forward. *British Medical Journal* 323:1177–1182

Quigley R, den Broeder L, Furu P, Bond A, Cave B, Bos R (2006) *Health Impact Assessment International Best Practice Principles.* Fargo, ND: International Association of Impact Assessment, Special Publication Series No. 5

Sakhalin Energy Investment Company (2006) Sakhalin Indigenous Minorities Development Plan. First Five-Year Plan (2006–2010). Available at http://www.sakhalinenergy.com/en/documents/doc_lender_soc_4.pdf [accessed June 17, 2007]

Schraer CD, Bulkow LR, Murphy NJ, Lanier AP (1993) Diabetes prevalence, incidence, and complications among Alaska Natives, 1987. *Diabetes Care* 16(1):257–259

Shephard R, Rode A (1996) *The Health Consequences of Modernization: Evidence from Circumpolar Peoples.* Cambridge, UK: Cambridge University Press

Steinemann A (2000) Rethinking human health impact assessment. *Environmental Impact Assessment Review* 20:627–645

Travis R (1984) Suicide and economic development among the Inupiat Eskimo. *White Cloud Journal* 3:14–20

Tukle D (2004) Public testimony at Nuiqsut ANILCA 810 public hearing on the Northeast NPR-A Amended IAP/EIS, Nuiqsut, Alaska, December 1, 2004. Available at http://www.blm.gov/ak/nenpraeis/Public%20Comment%20Letters/197990_Nuiqsut%20Transcript.pdf [accessed February 14, 2007]

U.S. Department of Health and Human Services, Office on Women's Health (2006) Quick Health Data Online, North Slope regional data. Available at http://www.healthstatus2010.com/owh/index.html [accessed December 18, 2006]

U.S. District Court for the District of Alaska (2006) Memorandum Decision: National Audubon Society et al., Plaintiffs, vs Dirk Kempthorne, Secretary of the Interior et al., Defendants. September 25, 2006. Available at http://www.blm.gov/ak/nenpraeis/memorandumdecisiondkt_107.pdf [accessed February 15, 2007]

Veerman J, Mackenbach J, Barendregt J (2006) Validity of predictions in health impact assessment. *Journal of Epidemiology and Community Health* 61:262–366

World Health Organization (2007) The HIA Procedure. Available at http://www.who.int/hia/tools/process/en/print.html [accessed on June 18, 2007]

Wood D, Gruenewald P (2006) Local alcohol prohibition, police presence and serious injury in isolated Alaska Native villages. *Addiction* 101(3):393–403

Young T, Schraer C, Shubnikoff E, Szathmary E, Nikitkin Y (1992) Prevalence of diagnosed diabetes in circumpolar indigenous populations. *International Journal of Epidemiology* 21(4):730–736

World Bank (2005) Operational Directive 4.10: Indigenous Peoples. Available at http://www.wbln0018.worldbank.org/Institutional/Manuals/OpManual.nsf/B52929624EB2A3538525672E00775F66/DBB9575225027E678525703100541C7D?OpenDocument [accessed February 16, 2007]

Case No. 1:20-cv-02484-MSK    Document 92-1    filed 05/06/21    USDC Colorado    pg 128 of
323
CDC – Healthy Places – Health impact assessment (HIA)                                                      5/5/14, 11:21 AM

 **Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives. Protecting People.™

# Health Impact Assessment

 Doctors advise their patients on how they can stay healthy. In many ways, Health Impact Assessment (HIA) provides the same advice to communities. This advice helps communities make informed choices about improving public health through community design.

HIA is a process that helps evaluate the potential health effects of a plan, project or policy before it is built or implemented. An HIA can provide recommendations to increase positive health outcomes and minimize adverse health outcomes. HIA brings potential public health impacts and considerations to the decision-making process for plans, projects, and policies that fall outside the traditional public health arenas, such as transportation and land use.

**The National Research Council (http://www.nap.edu/catalog.php?record_id=13229)** ⬚ **(http://www.cdc.gov/Other/disclaimer.html)** defines HIA as "a systematic process that uses an array of data sources and analytic methods, and considers input from stakeholders to determine the potential effects of a proposed policy, plan, program, or project on the health of a population and the distribution of those effects within the population. HIA provides recommendations on monitoring and managing those effects."

The major steps in conducting an HIA include

- Screening (identifying plans, projects or policies for which an HIA would be useful),
- Scoping (identifying which health effects to consider),
- Assessing risks and benefits (identifying which people may be affected and how they may be affected),
- Developing recommendations (suggesting changes to proposals to promote positive health effects or to minimize adverse health effects),
- Reporting (presenting the results to decision-makers), and
- Monitoring and evaluating (determining the effect of the HIA on the decision).

The U.S. Department of Health and Human Services recommends HIA as a planning resource for implementing Healthy People 2020 (http://www.healthypeople.gov/2020) ⬚ (http://www.cdc.gov/Other/disclaimer.html) . HIA supports two key directions of the Office of the Surgeon General's *National Prevention Strategy: Building Healthy and Safe Community Environments and Empowering People to Make Healthy Choices* 📄 **[PDF - 4.67 MB]** (http://www.surgeongeneral.gov/initiatives/prevention/strategy/report.pdf) ⬚ (http://www.cdc.gov/Other/disclaimer.html) . The *CDC Recommendations for Improving Health through Transportation* (/transportation) states that HIA may be a useful tool for identifying the impact of a new policy, program, or major transportation project on community and individual health. The 2011 CDC co-sponsored National Research Council report *Improving Health in the United States: The Role of Health Impact Assessment* (http://www.nap.edu/catalog.php?record_id=13229) ⬚ (http://www.cdc.gov/Other/disclaimer.html) found that the HIA holds promise for incorporating aspects of health into decision-making because of its

- Applicability to a broad array of policies, programs, plans, and projects;

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 129 of
323
CDC – Healthy Places – Health impact assessment (HIA)                                                              5/5/14, 11:21 AM

- Consideration of adverse and beneficial health effects;
- Ability to consider and incorporate various types of evidence; and
- Engagement of communities and stakeholders in a deliberative process.

HIA is different from a public health assessment, a health risk assessment, and an environmental impact assessment. The differences are underlined explained here (/healthyplaces/types_health_assessments.htm) . HIA is usually voluntary, though several local and state laws support the examination of health impacts in decision-making and a few explicitly require the use of the HIA.

Outside the United States, HIA is more widely used; some countries have mandated HIA as part of a regulatory process. In the United States, HIA is a rapidly emerging practice among local, state, and federal jurisdictions, mostly on a voluntary basis. A list of more than 150 HIAs completed or in progress in the United States is available at http://www.healthimpactproject.org/hia/us (http://www.healthimpactproject.org/hia/us) ⧉ (http://www.cdc.gov/Other/disclaimer.html) .

HIA can be a valuable tool for use in a Health in All Policies approach to decision-making. Examples can be found in the California Executive Order on Health in All Policies (http://sgc.ca.gov/hiap) ⧉ (http://www.cdc.gov/Other/disclaimer.html) and Collins J, Koplan JP. Health impact assessment: a step toward health in all policies 📕 [PDF - 126 KB] (http://www.hiacollaborative.org/downloads/JAMA_HIA_2009.pdf) ⧉ (http://www.cdc.gov/Other/disclaimer.html) JAMA. 2009; 302(3):315–317.

## CDC's Healthy Community Design Initiative and HIA

CDC's Healthy Community Design Initiative is the only source of federal expertise to help states and communities integrate health considerations into transportation and community planning decisions. The Healthy Community Design Initiative supports the use of HIA by:

- From 2006 to 2012, funded and provided technical assistance for 34 completed HIAs. Many of these communities have voluntarily chosen to continue HIA activities after direct CDC support ended.
- Funding six local, county and state health and planning departments in 2011 to conduct at least three HIAs a year for the next three years, and provide training and technical assistance on how proposed projects, policies, and state, tribal and local decisions can affect community health.
- Funding an online course, developed by the American Planning Association and the National Association of County & City Health Officials, that explains the value of conducting an HIA and the steps involved in conducting an HIA. The site went live in 2009, and as of 2012, more than 5,000 health and planning professionals have taken the course.
- Developing tools for local health and planning professionals, including a transportation HIA toolkit.
- Equipping health departments to build ongoing relationships with non-health sectors such as local governments or planning commissions to help communities build infrastructure that maximizes health overall.
- Providing scientific expertise to promote important federal priorities like the National Prevention Strategy's focus on healthy physical environments.

## The Different Types of Health Assessments (/healthyplaces/types_health_assessments.htm)

## What is the relationship of HIA to Environmental Impact Assessment? (/healthyplaces/relationship.htm)

# HIA: Stories from the Field (/healthyplaces/stories/default.htm)

## Health Impact Assessment Resources

- **HIA & Public Policy Development** (/healthyplaces/hiaresources.htm#policy)
- **Fact Sheets** (/healthyplaces/hiaresources.htm#factsheet)
- **General Information and Clearinghouses** (/healthyplaces/hiaresources.htm#general)
- **HIA Education** (/healthyplaces/hiaresources.htm#education)
- **Methodology, Tools, and Evidence for Practice** (/healthyplaces/hiaresources.htm#methodology)
- **HIA & Environmental Impact Assessment** (/healthyplaces/hiaresources.htm#impact)
- **HIA Papers Co-Authored by Healthy Community Design Initiative Staff** (/healthyplaces/hiaresources.htm#research)
- **List of Peer-Reviewed Publications about HIA by US Authors, 2001-2013**  [PDF - 141 KB] (/healthyplaces/docs/hiaarticles_usauthors_17dec2013.pdf)
- **Recent Major HIA Conferences** (/healthyplaces/hiaresources.htm#conference)

---

Page last reviewed: October 15, 2009
Page last updated: January 3, 2014
Content source: National Center for Environmental Health

---

Centers for Disease Control and Prevention   1600 Clifton Rd. Atlanta, GA 30333, USA
800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 - Contact CDC-INFO

| FRAMING HEALTH MATTERS |

# The Use of Health Impact Assessment for a Community Undergoing Natural Gas Development

| Roxana Z. Witter, MD, MSPH, Lisa McKenzie, PhD, MPH, Kaylan E. Stinson, MSPH, Kenneth Scott, MPH, Lee S. Newman, MD, MA, and John Adgate, PhD, MSPH

The development of natural gas wells is rapidly increasing, yet little is known about associated exposures and potential public health consequences. We used health impact assessment (HIA) to provide decision-makers with information to promote public health at a time of rapid decision making for natural gas development. We have reported that natural gas development may expose local residents to air and water contamination, industrial noise and traffic, and community changes. We have provided more than 90 recommendations for preventing or decreasing health impacts associated with these exposures. We also have reflected on the lessons learned from conducting an HIA in a politically charged environment. Finally, we have demonstrated that despite the challenges, HIA can successfully enhance public health policymaking. (*Am J Public Health.* 2013;103:1002–1010. doi:10.2105/AJPH. 2012.301017)

Many regions of the United States hold large natural gas reserves.[1] Colorado is one of the states experiencing rapid natural gas development. Applications for permits to drill rose from 1939 in 2003 to 7870 in 2008[2,3] and natural gas production rose 110% from 2003 to 2010.[4] The natural gas development process can be divided into the well development phase—involving well pad construction, pipeline installation, drilling, hydraulic fracturing, and well completion—and the production phase, when natural gas is routed into pipelines, compressed, processed, and distributed to end users. Concerns about potential drinking water contamination from hydraulic fracturing have dominated public discourse on natural gas development and public health.[5–10] We conducted a health impact assessment (HIA) to systematically and comprehensively evaluate the possible health effects of natural gas development in a residential community in western Colorado.

## BATTLEMENT MESA HEALTH IMPACT ASSESSMENT

Battlement Mesa is a community of 5000 people in western Colorado. In 2009, a natural gas operator announced plans to develop 200 natural gas wells in the community, some of which would be approximately 500 feet from homes. The well development phase would be 5 years, followed by a 20- to 30-year production phase.

Battlement Mesa residents petitioned their county commissioners for a health assessment to precede the issuing of permits to the natural gas operator.[11] The county then contracted us to conduct an HIA, scheduled to be completed in a limited time period related to the anticipated dates of operator permits to drill. An HIA includes both quantitative and qualitative analysis of available data and literature to make reasoned recommendations to prospectively advance public health.[12,13] Usually, an HIA is conducted before exposures occur, with the goal of providing public decision makers with insight into the potential health consequences of impending projects, policies, or programs. This contrasts with public health research methods that assess exposures and health outcomes during or after an activity occurs (Figure 1).

We employed a previously described 6-step HIA process.[14–16] We included a baseline characterization of the population's and the community's health. Using the World Health Organization's definition of health as a state of "complete physical, mental, and social well-being"[17] and understanding that living environment is a determinant of health,[18] we addressed a wide range of potential exposures from natural gas development and the subsequent effects these exposures could have on public health. Because we conducted the HIA before the project had begun, site-specific data for exposures were not available; instead we used exposure data from other local sites where natural gas development had occurred and medical literature to describe the known health effects of such exposures. Throughout the HIA process, we worked closely with county public health professionals and received technical guidance and support from experienced HIA practitioners. The full HIA and supporting documents are available on the county Web site.[19]

## Approach and Findings

We invited all interested parties to participate as stakeholders. Stakeholders included 2 citizen groups, individual residents of Battlement Mesa, the company that owns the Battlement Mesa surface rights, the operator proposing the natural gas development, an industry association, and the state health department. At the initial 9 stakeholder meetings, we provided a detailed description of the HIA process, solicited input for health and exposure concerns, discussed use and analysis of data, and provided updates on the HIA's progress. Four of these meetings were with the natural gas operator, and we focused on developing a clear understanding of natural gas development and extensive reviews of their proposed plans for development. We also discussed in great detail potential public health hazards and the natural gas operator's plans for mitigating potential exposures.

Following the release of the first draft HIA and a comment period, 4 additional

| FRAMING HEALTH MATTERS |



*Note.* HIA = health impact assessment; NG = natural gas.

**FIGURE 1—Timeline of natural gas impacts evaluation methodologies: Battlement Mesa, CO.**

stakeholder meetings were held with the citizen's groups, the state health department, the natural gas operator, and the industry trade association, which focused on reviewing public comments on the HIA and discussion of our responses to those comments. At each separate stakeholder meeting, we took detailed notes, which we made available to all participants and stakeholders via the county Web site (data available as a supplement to the online version of this article at http://www.ajph.org).

We also met weekly with the county environmental health manager throughout the HIA process and provided regular updates to the commissioners at public county commission meetings. The county commissioners directed us to limit our assessment to the potential health impacts of the proposed natural gas development on the Battlement Mesa community and not to consider impacts of natural gas development beyond the community boundaries. We determined the site-specific plans for the natural gas development from detailed information the operator provided us, 10 PowerPoint presentations the operator gave to the community, and the surface use agreement between the operator and the community landowner.[20,21] The scope of exposures for the HIA to consider included the stakeholders concerns, which we collected during the initial public meetings and information from community surveys and focus group meetings the county health department previously conducted. We systematically reviewed all stakeholder input and determined that there were 8 major areas of public health concern: health effects from air emissions, water

contamination, truck traffic, noise and light pollution, accidents and malfunctions, strain on health care systems, psychosocial stress associated with community changes, and housing value depression.

Our baseline assessment of the Battlement Mesa Community demonstrated that 46% of the residents were younger than 18 years or older than 65 years, subgroups known to be more susceptible to a variety of exposures.[22–25] We found that the community was as healthy as or healthier than other Coloradans when we compared births, deaths, cancer incidence, and hospitalizations. Baseline assessment of the community indices indicated that crime, school enrollment, and sexually transmitted infection had rapidly increased in the previous 5 years in relation to the natural gas development that had occurred in the county outside the boundaries of their community.

Using quantitative and qualitative assessments of available information, we found that Battlement Mesa residents could potentially experience health effects associated with (1) exposure to chemical air emissions; (2) exposure to industrial operations, including traffic, malfunctions, and noise pollution; and (3) changes to community character and economic impacts. We determined that impacts were most likely to occur during the well development period, with lesser potential impact throughout the production period. Table 1 shows projected exposures and potential associated health effects.

At the county commissioners' request, we provided them with more than 92 specific recommendations designed to promote the

health of Battlement Mesa residents for the duration of the natural gas development project (data available as a supplement to the online version of this article at http://www.ajph.org). By the commission's request, these specific recommendations did not include an assessment of cost or feasibility of implementation. Most recommendations addressed the 3 main categories of projected impacts and outcomes (Table 2).

**Quantitative Assessment of Chemical Exposures**

Because all stages of natural gas development are known to produce a variety of air emissions, air pollutant levels are likely to increase in Battlement Mesa as a result of the natural gas development project.[7,26–28] Air emissions from the wells, production tanks, compressors and pipelines, and maintenance operations include volatile organic compounds (VOCs), methane, and other hydrocarbons.[28] Emissions from combustion associated with truck traffic, generators used to power drilling rigs, hydraulic fracturing, and flaring include particulate matter, polycyclic aromatic hydrocarbons and other hydrocarbons, VOCs, sulfur oxides, and nitrogen oxides.[27–29] Local air emission studies conducted in Garfield County, Colorado, indicate that the highest VOC and hydrocarbon emission levels occur during well completion operations, when fluids and gas "flow back" to the surface after hydraulic fracturing.[30–32] Emissions inventories indicate that ambient VOC and benzene increases of 40% and 38%, respectively, from 1996 to 2007 are likely associated with the large increase in natural gas development in the county.[32,33]

The Colorado River is the primary drinking water source for Battlement Mesa. The water intake for the community is upstream of the proposed project, making it unlikely that the project would affect this source. The community's secondary water source, 4 groundwater wells, has never been used. The risk of contamination of these wells is not known, because the hydrology of the area has not been characterized. Because it was unlikely that Battlement Mesa residents would be exposed to contaminated drinking water as a result of the project, we did not consider it likely that health effects related to this pathway would occur.

| FRAMING HEALTH MATTERS |

**TABLE 1—Predicted Project Impacts and Potential Health Effects: Battlement Mesa, CO**

| Predicted Project Impacts | Potential Health Effects |
|---|---|
| **Chemical exposures** | |
| Air emissions from well development (likely to occur but concentrations at homes unknown) | Probable: |
| Volatile organic compounds | Short-term health effects (headache and other neurologic symptoms; airway and mucous |
| Carbonyls | membrane irritation) |
| Polyaromatic hydrocarbons | Possible: |
| Nitrogen oxides | Long-term health effects (cancer, birth defects); exacerbation of chronic disease |
| Diesel emissions | (asthma, chronic obstructive pulmonary disease, cardiac disease) |
| Contamination of water sources (low likelihood of occurrence) | Unlikely: |
| Improper well installation or spills resulting in contamination | Short- and long-term health effects owing to contaminants in secondary water supply |
| **Industrial operations** | |
| Industrial truck traffic on residential roads (likely to occur) | Probable: |
| Disruption of residential road use | Increased risk of traffic accidents |
| Disruption of walking and bicycle routes | Decreased use of walk and bicycle routes |
| Diesel emissions | Possible: |
| | Health effects of diesel exhaust |
| Accidents or malfunctions (minor incidents likely to occur; major incidents unlikely to occur) | Probable: |
| Well pad incidents (spills, fires, explosions) | Stress or anxiety owing to minor or major incidents |
| Pipeline incidents (explosions) | Unlikely: |
| | Health or safety effects because of exposure to industrial chemicals, fires, explosions |
| Noise pollution (likely to occur) | Probable: |
| Drilling and completion operations | Noise-related stress, sleep disturbance |
| Flaring | Possible: |
| Truck traffic | Cardiovascular effects |
| **Community changes** | |
| Community wellness (likely to occur) | Probable: |
| Perceived decline in community livability | Stress; decline of social cohesion |
| Decreased appeal of outdoor amenities and experience (i.e., well pad on golf course, | Barriers to outdoor physical activities |
| disruption of bicycle paths by truck traffic) | Unlikely: |
| Inflow of itinerant workers to Battlement Mesa | Notably increased rates of crime, sexually transmitted infections, and substance abuse |
| Economic: property value loss (likely to occur) | Probable: |
| | Stress, anxiety because of property value losses |

We used standard Environmental Protection Agency screening-level human health risk assessment methods to estimate health risks from residential exposures to natural gas development air emissions. On the basis of local county monitoring data and the operator's air sampling data, our results indicated that those living close to the wells would have an increased risk of noncancer health effects from subchronic exposures (20 months) to trimethylbenzenes, alkanes, and xylenes during the relatively short-term, but high-emission, well completion period. Our findings also indicated that there

would be a small increased lifetime excess cancer risk ($10 \times 10^{-6}$) for those living close to wells compared with the risk for those living farther from wells ($6 \times 10^{-6}$), primarily because of benzene and ethylbenzene exposures.[34]

Residents living within a half mile of well development adjacent to Battlement Mesa have reported short-term symptoms such as headaches, nausea, upper respiratory irritation, and nosebleeds associated with odor events occurring during well completion operations.[35] These symptoms are consistent with known

health effects of risk drivers in the risk assessment.[36–40] We determined that some residents living close to well development sites would probably experience similar short-term effects as a result of the project.

In Colorado, operators are required to place wells 150 feet from occupied buildings in low-density residential areas and 350 feet in high-density areas. such as Battlement Mesa.[41] There are no published peer-reviewed studies documenting that these current regulatory set-back distances from wells to residences are sufficient to protect the public from chemical

| FRAMING HEALTH MATTERS |

**TABLE 2—Recommended Health Promotion Measures and Targeted Public Health Outcomes: Battlement Mesa, CO**

| Recommended Prevention and Monitoring Measures | Targeted Public Health Outcome |
|---|---|
| **Reduce potential for chemical exposures** | |
| Contaminant control measures | Improved physical health: Short-term health (headaches, upper respiratory irritation); |
| Pollution prevention: Operator uses all existing technology to decrease emissions | long-term health (cancer, adverse birth outcomes, cardiac disease, pulmonary disease) |
| and adopt new technology as available | Document levels of air and water contaminants: Provide information for continual process |
| Air and water monitoring: Operator monitors air and water during all operations; | improvement; provide regulators and publihealth officials with information to maintain |
| all results publicly available; county continues ambient air monitoring | healthy environment |
| Public health monitoring | Document physical health: Short-term health (headaches, upper respiratory irritation); |
| Health monitoring system: County supports a baseline and ongoing monitoring | long-term health (cancer, adverse birth outcomes, cardiac disease, pulmonary disease) |
| system of selected physical and mental health indicators | |
| **Reduce exposure to industrial operations** | |
| Public safety measures | Improve traffic safety: Motor vehicle accidents (including bicycle and pedestrian accidents) |
| Traffic control: Operator develops industrial haul routes to remove industrial | Improve physical activity: Use of outdoor amenities for physical activity; |
| traffic from residential roads | Prevent industrial accidents: Early mitigation of safety hazards to reduce acute health outcomes |
| Industrial safety: Operator and county monitor industrial operations, near misses, | related to fires, explosions, and uncontrolled emissions; injury related to catastrophic incidents |
| and minor incidents; operator develops detailed emergency response plan in | Improve physical and mental health: Decreased stress and improved cardiovascular health |
| conjunction with local emergency responders | related to less noise pollution |
| Industrial noise: Operator reduces industrial noise using best available technology | |
| **Support residential character of the community** | |
| Community wellness measures and monitoring | Improve community cohesion: Social or psychosocial stress and anxiety; community |
| Community advisory board: All stakeholders develop and participate in community | engagement and empowerment |
| advisory board meetings to foster interactive communication and problem solving | Document community wellness: Property values, substance abuse, sexually transmitted |
| Community wellness monitoring: County fund baseline and ongoing monitoring | infection, crime, and educational experience |
| system of selected community wellness indicators | |

exposures. The unique nature of each well pad would make it difficult to determine 1 protective set-back distance for all residences. Therefore, many of our specific recommendations were directed at the use of best available technology and best management practices to reduce air emissions to lowest possible levels from all sources, especially sources associated with well completion operations.

Many of our specific recommendations also focused on continuing monitoring of air emissions, determination of threshold values at which operations would need to be shut down, and mechanisms for health monitoring. These measures would help protect short-term and long-term health and provide public health officials and regulators information needed to maintain a healthy environment (data available as a supplement to the online version of this article at http://www.ajph.org).

### Qualitative Assessment of Industrial Operations

The operator gave us their traffic analysis report, which indicated that expected truck traffic would be 40 to 280 truck trips per day per pad. In addition, an average of 120 to 150 workers per day would commute into the community. Because Battlement Mesa does not house other industrial activities and commercial activities are minimal, this change in traffic patterns would represent a consequential change.

Traffic studies indicate that numbers of injuries and fatalities are directly related to vehicle volume.[42–44] Severity of injuries is directly related to vehicle speed and size. Thus, an increase in heavy and light vehicle traffic in Battlement Mesa would present an increased safety risk for the community. Industrial traffic would use the same roads that children use for walking or bicycling to

school and bus stops, thus making children a susceptible population. Additionally, traffic could cause some residents to decrease the use of bicycle or walking paths, possibly decreasing fitness levels.[45–48]

Colorado laws define chemical or waste spills as reportable when they are greater than 5 barrels.[41] Review of the Colorado State regulatory database indicated that the natural gas industry reports spills at a rate of 6 per 100 permit applications; therefore, approximately 12 reportable spills would likely occur during the natural gas development project in Battlement Mesa, many of which would be minor and have little community impact.[35] We concluded that infrequent industry-related spills were likely to occur.

Significant industrial malfunctions can occur, although they are not common. In Garfield County, there were 21 fires, loss of well control, and explosions reported to the Colorado Oil

| FRAMING HEALTH MATTERS |

and Gas Conservation Commission from January 1997 to August 2010. This number is small relative to the more than 5000 wells developed in that period. We therefore concluded that catastrophic events were possible, but unlikely.

We determined that anxiety and stress related to the risk of industrial accidents would likely continue throughout the well development period on the basis of residents' public comments to the HIA. Although unlikely to occur, major malfunctions releasing toxic chemicals into the air could lead to airway compromise and other acute effects, especially in individuals who are at risk because of preexisting pulmonary conditions.[49–51] Wildfires and explosions could represent safety hazards to residents as well as workers.

In Colorado, natural gas operators are required to maintain daytime and nighttime noise levels below 55 decibels and 50 decibels, respectively, measured 350 feet from the source.[41] The operator gave us noise-monitoring data from another drill site. These data indicate that noise levels associated with drilling operations were 60 decibels at 500 feet in one direction and 69 decibels at 1000 feet in another direction; with noise blankets on the generators, levels were, respectively, 56 and 65 decibels. Noise data from truck traffic, hydraulic fracturing, and flaring were not available, but residents experiencing these activities at other sites reported that noise from these operations can be intrusive. Therefore, we concluded that noise levels were likely to increase during the well development period and that the mitigations tested during drilling were not sufficient to meet Colorado regulatory standards.

Chronic noise in the range of 30 to 70 decibels has been associated with sleep disturbance, fatigue, impaired cognition, mood changes, diminished school performance, hypertension, and heart disease.[52–55] We concluded that noise related to drilling, hydraulic fracturing, flaring, and traffic could be in this range, resulting in health impacts.

Because industrial traffic would pose an ongoing safety hazard throughout the development period, 1 of our primary recommendations to the commissioners was that the

operator be instructed to build roads to shunt industrial traffic outside the community and off community roads, thus reducing safety hazards, diesel emissions, and noise associated with industrial traffic.

Our other specific recommendations included that the natural gas operator and the county work together to develop robust emergency response plans and systems to monitor and respond to safety concerns, near misses, and minor incidents to support the early mitigation of safety hazards and to decrease the likelihood of injury and acute health effects related to major malfunctions.

We gave further specific recommendations to promote the use of the best available technology to reduce industrial noise from the well pads and to remove trucks from residential areas. These measures would reduce noise-related psychological stress and possible impacts on cardiovascular and mental health (data available as a supplement to the online version of this article at http://www.ajph.org).

## Qualitative Assessment of Community Changes

As a result of the previous 6 years' experience of rapid natural gas development in the county, residents reported concerns about the future livability and character of Battlement Mesa and impacts on crime, substance abuse, sexually transmitted infections, school enrollment, and land values. Changes in several of these measures have been described in small communities associated with natural gas development.[56–58] Using state and county databases, we were able to document increases in crime levels, sexually transmitted infections rates, and school enrollment during the years when the county experienced natural gas development growth (2003–2008); however, we determined that this project alone would not likely affect these measures in Battlement Mesa.

Residents reported that the proposed natural gas project in their previously nonindustrial community had already negatively affected their sense of community livability and cohesion; this decline could affect the psychological health of some residents.[59] They also anticipated decreased appeal of outdoor recreational opportunities and disrupted use of the

community golf course during well pad development on a golf course fairway, potentially affecting the fitness levels of some residents.

A local county study found that properties associated with natural gas development lost an average of 15% of value during well development and did not recover value 2 years after wells were completed.[58] Decline of land values was associated with the existence of odors, truck traffic, environmental pollution, visual impacts, and risk perception associated with the uncertainty of the industry use of a particular property. We determined that land values in Battlement Mesa were likely to decline as they had in other parts of the county when natural gas development occurred nearby.

Declining land values could cause residents psychosocial stress, as residents reported in public comments on the HIA. The potential health effects of psychosocial stress should not be discounted: psychosocial stress may be related to cardiovascular health and longevity,[60,61] and there is active research in the area of stress-related hormones and heart disease as well as susceptibility to chemical exposures.[62–67]

Battlement Mesa has been a residential community for several decades, and industrialization will inevitably affect the residential character of the community. Several of our specific recommendations involved the establishment of a community advisory board, consisting of members of the community, the operator, and local officials. This community advisory board would be independent of the industry and would provide a means for frequent and ongoing communication between all parties and a mechanism for developing adaptive management plans. Implementing our recommendations could reduce uncertainty regarding industrial operations, improve communication of newly identified concerns and health impacts, and facilitate timely mitigation. A recent Colorado Oil and Gas Association memo recommending increased engagement of the industry with stakeholder groups supports this recommendation.[68] Although a community advisory board would not eliminate all issues stemming from the industrialization of a residential community, strong channels of communication and community empowerment could alleviate some psychological stress and anxiety.

| FRAMING HEALTH MATTERS |

We also made specific recommendations to the county to fund baseline and ongoing monitoring of selected community wellness measures, such as land values, substance abuse, sexually transmitted infections, school climate and enrollment, and the psychosocial status of community members, so that actions to address adverse impacts could be implemented (data available as a supplement to the online version of this article at http://www.ajph.org).

### Limited Scope and Possible Impacts Not Assessed

Although the methods of HIA are adaptable to a variety of decision-making scenarios,[69] the scope, findings, and recommendations of an HIA are usually situation and site specific. In this case, the Battlement Mesa HIA's scope was limited to the potential health impacts of a 200-well project on the local community. Because of this limited scope, our HIA did not address other potential impacts of natural gas development on health. A broader scope would have allowed us to address other impacts, such as the following.

*Contamination of drinking water source.* Because we found it was unlikely that this particular project would contaminate the Battlement Mesa water sources, we did not fully address potential health effects (and possible preventive measures) associated with drinking water contamination. Reports of thermogenic methane and hydrocarbons in ground water in areas of natural gas development suggest that the potential for ground water contamination exists.[5,7,70] In addition, we did not address disposal of wastewater into water treatment facilities, waste injection wells, or waste pits, although potential public health concerns associated with these activities exist.[29,71,72]

*Air pollution in regional air sheds.* We did not address the potential public health impacts of diminished air quality to the regional population. The natural gas industry is the primary source of nonbiogenic VOC and nitrogen oxides in the county.[32] County monitoring demonstrates that ozone levels are approaching current national ambient air quality standards of 75 parts per billion.[30–33] Elevated wintertime ozone levels reaching 100 to 125 parts per billion have been demonstrated in several rural communities where natural gas development is occurring.[73–76] Furthermore, industry contributions to particulate matter, polycyclic aromatic hydrocarbons, and heavy metals may also add to negative health impacts, although there has been relatively little research conducted in these areas in regard to natural gas development.

*Methane emissions.* We did not address the public health implications of natural gas development contribution to greenhouse gases and climate change. Methane is the primary component of natural gas and a more potent greenhouse gas than is carbon dioxide.[27] The release of methane to the atmosphere from natural gas development may offset decreased carbon dioxide emissions on the consumption end.[77,78]

*Positive impacts.* We did not fully evaluate the potential positive impacts of natural gas development on rural communities. Development of the natural gas industry can directly and indirectly support employment, infrastructure, access to health care, and donations to local communities.[79–82] The county would likely share positive economic impacts of the project, and therefore these are not likely to be noticeably realized in Battlement Mesa. An HIA of larger scope could more fully assess the possible positive health effects of natural gas development.

## CHALLENGES, LESSONS LEARNED, AND UTILITY

Although the Battlement Mesa HIA evaluated the possible health effects of a small natural gas project in a small community in western Colorado, there were many factors that caused an escalation of attention from other parts of the country. Locally, the county government requested that the recommendations of the HIA inform the county commission's conditions on well permits. The county made this request on the basis of public petitions for public health protection, an action unprecedented in Colorado that caused local media to cover all aspects of the HIA process. These articles were then available nationally via the Internet. The HIA also coincided with increased national attention to public health concerns associated with natural gas development operations in the Marcellus Shale. As a result, our HIA has been cited in numerous citizen actions as well as government and legal proceedings in the eastern United States as an example of a comprehensive approach to addressing public health concerns regarding natural gas development.[8,83,84] The discussion of potential air, industrial, and community exposures we identified in our HIA have contributed to expanding public dialogue beyond the initial narrow concerns about water contamination owing to hydraulic fracturing.

### Challenges

Political conflicts surrounding the process accentuated several limitations of the Battlement Mesa HIA. There was extensive information available to us describing the operator's plans for natural gas development in Battlement Mesa. The operator, however, did not submit the available plans for permitting and the commitment to these plans was uncertain. For example, the plan to use electric generators for drilling operations was later determined impracticable. Although this uncertainty was of concern to us, the county instructed us to evaluate all available information in lieu of permits. The operator also submitted additional and modified information throughout the HIA process rather than adhering to set deadlines. For example, the operator submitted modified plans for noise mitigation from diesel generators several months after noise impacts had been analyzed. These and other changes created a moving target for our assessment. Ultimately, the uncertainty of the operational plans resulted in citizen frustration and distrust. Also, the operator requested several delays in the HIA's completion, and the commissioners approved these delays.[85,86]

Another limitation of the HIA was the stakeholder selection process, which initially seemed fair but ultimately became imbalanced. It was our intention to include all interested parties as stakeholders; however, a narrower stakeholder group may have enabled us to keep the focus on the HIA. As the first round of public comments indicates,[19] stakeholders most directly involved in the Battlement Mesa natural gas development project, namely the residents and the operator,

| FRAMING HEALTH MATTERS |

were initially interested in addressing all exposures of concern. The more peripheral stakeholders, the industry trade group and the state health department, submitted extensive and contradictory comments that focused almost exclusively on the human health risk assessment, which was an appendix to the HIA. Subsequently, the citizens felt compelled to hire their own risk assessment expert, and they initiated legal action against the operator. The inclusion of the peripheral stakeholders from outside Battlement Mesa caused the focus of the HIA to shift from addressing possible exposures to parties sparring over risk assessment methods.

At the insistence of the peripheral stakeholders, additional meetings were held that did not include all stakeholders. The Battlement Mesa citizen meetings were open public meetings and included industry and operator representatives, the state health department, and any other interested parties. Conversely, meetings with the industry trade group and the state health department were closed and did not include citizen representatives. These closed-door meetings contributed to a mistrust of the industry and the HIA process.

Finally, elected public officials, who were inevitably subject to political pressures, controlled funding for our HIA. During the course of the HIA process, a county election resulted in a change in the make-up of the commission. A commissioner who had supported public health initiatives was replaced by a commissioner who favored less industry regulation and who repeatedly stated in public meetings that the HIA was "biased." Operationally, the industry was granted several requests for extension of the HIA process. Because the county commissioners held fiduciary control over the project, we were obliged to extend the process. This allowed time for the industry trade group and the operator's hired consultants to submit public comments that extensively criticized the HIA. Ultimately, the commissioners instructed us to not "finalize" the HIA, citing rising costs and the politicization of the process. Neutral third-party funding would have permitted us to better control the project and the process. Although political forces in many ways commandeered the HIA process, we consider the HIA conclusions and

recommendations to be sound, fair, and balanced.

## Lessons Learned

There are many lessons to be learned from our experience with the Battlement Mesa HIA. An impartial third party should fund an HIA that has implications for high-stakes political manipulation. As part of setting the scope of the HIA, all stakeholders should provide the information to be evaluated and adhere to mutually agreed on deadlines.

All stakeholders should agree on procedures for evaluation of new information and the costs of such additional evaluation. Stakeholders should be vetted carefully so that those whose interests are inconsistent with the goals of the HIA are not given a platform from which to undermine the process. Stakeholder meetings should be open to all stakeholders, so that all participants have equal access to the dialogue and to information being exchanged at the meetings.

## Utility of the Health Impact Assessment

Despite the missteps of the Battlement Mesa HIA process, we believe we accomplished the important objective of elevating public health into many levels of natural gas policy discussions. Although our report was never finalized, we believe that the current draft of the Battlement Mesa HIA provides substantial and valuable guidance for local decision makers to protect public health. To date, the operator has not submitted permits or initiated natural gas development activities in Battlement Mesa, and the county commissioners have recently approved expanded air monitoring for Battlement Mesa and other natural gas development areas.[87]

Our HIA has also informed the broader public and state and national policymakers about the spectrum of environmental exposures potentially associated with natural gas development, as news reports, state policy hearings, and recent national conferences evidence.[6,8,10,88–91]

## Conclusions

To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes

should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development.[92–94] In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process.[95]

The methods used in this HIA can serve as a model for public health practitioners evaluating the health impacts of natural gas–related industrialization of residential communities. Public health researchers and practitioners embarking on such an enterprise are encouraged to obtain independent funding and to be cognizant of the social, political, and economic context in which they insert the voice of public health. Adherence to a clear set of goals and objectives and an open and transparent information-gathering and analysis process are crucial for stakeholder involvement and acceptance of the final product. ∎

### About the Authors

*Roxana Z. Witter, Lisa M. McKenzie, Kaylan E. Stinson, Kenneth Scott, Lee S. Newman, and John Adgate are with the Department of Environmental and Occupational Health, Colorado School of Public Health, University of Colorado Anschutz Medical Campus, Aurora.*

*Correspondence should be sent to Roxana Z. Witter, Department of Environmental and Occupational Health, Colorado School of Public Health, University of Colorado Anschutz Medical Campus, 13001 East 17th Place, Mail Stop B119, Aurora, Colorado 80045 (e-mail: Roxana.Witter@ucdenver.edu). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.*

*This article was accepted July 25, 2012.*

### Contributors

R. Z. Witter provided overall direction for the project. All authors contributed to the design and outline of the article, contributed to content and critical comment, and approved all drafts and the final submission.

### Acknowledgments

The Battlement Mesa health impact assessment was funded by a contract from the Garfield County Board of County Commissioners. Technical assistance was funded by the Health Impact Project, a collaboration of the Robert Wood Johnson Foundation and the Pew Charitable Trusts. In kind support

| FRAMING HEALTH MATTERS

was also provided by the Colorado School of Public Health.

## Human Participant Protection
No protocol approval was necessary because data were obtained from secondary sources.

## References
1. US Energy Information Agency. Annual energy review 2010. 2011. Available at: http://www.eia.gov/totalenergy/data/annual. Accessed June 30, 2012.

2. Colorado Oil and Gas Conservation Commission. *December 2003 Staff Report*; 2003. Available at: http://cogcc.state.co.us. Accessed June 30, 2012.

3. Colorado Oil and Gas Conservation Commission. *December 2008 Staff Report*; 2008. Available at: http://cogcc.state.co.us. Accessed June 30, 2012.

4. Colorado Oil and Gas Conservation Commission. *Annual Production Reports*; 2011. Available at: http://cogcc.state.co.us/COGCCReports/production.aspx?id=MonthlyCoalGasProdByCounty. Accessed June 30, 2012.

5. Osborn SG, Vengosh A, Warner NR, Jackson RB. Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc Natl Acad Sci U S A.* 2011;108(20):8172–8176.

6. Lustgarten A, Kusnetz N. *Science Lags as Health Problems Emerge Near Gas Fields.* ProPublica; September 16, 2011. Available at: http://www.propublica.org/article/science-lags-as-health-problems-emerge-near-gas-fields. Accessed June 30, 2012.

7. United States Environmental Protection Agency. *Groundwater Investigation—Pavillion*; 2010. Available at: http://www.epa.gov/region8/superfund/wy/pavillion. Accessed June 30, 2012.

8. New York State Assembly. *Hearing on the Potential Public Health Impacts of Hydraulic Fracturing*; 2011. Available at: http://www.gasdrillingtechnotes.org/uploads/7/5/7/4/7574658/potential_stressors_human_health_ld__2011.pdf. Accessed June 30, 2012.

9. Clarke CR. Gas well blowout. Frack water gushes into creek; families evacuate. *Williamsport SunGazette.* April 21, 2011.

10. Mouawad J, Krauss C. Dark side of natural gas boon. *New York Times.* December 8, 2009: B1.

11. Garfield County. *Battlement Mesa HIA Background*; 2012. Available at: http://www.garfield-county.com/environmental-health/battlement-mesa-health-impact-assessment-background.aspx. Accessed May 4, 2012.

12. Pew Research Center. *Health Impact Assessment: Bringing Public Health Data to Decision Making*; 2011. Available at: http://www.healthimpactproject.org/resources/policy/file/health-impact-assessment-bringing-public-health-data-to-decision-making.pdf. Accessed June 30, 2012.

13. Collins J, Koplan JP. Health impact assessment: a step toward health in all policies. *JAMA.* 2009;302(3):315–317.

14. Wernham A. Inupiat health and proposed Alaskan oil development: results of the first integrated health impact assessment/environmental impact statement for proposed oil development on Alaska's North Slope. *EcoHealth.* 2007;4(4):500–513.

15. enHealth Council. *Health Impact Assessment Guidelines.* Canberra, Australia: National Public Health Partnership; 2001.

16. International Health Impact Assessment Consortium. *European Policy Health Impact Assessment—A Guide.* Policy HIA for the European Union Project; 2004. Available at: http://www.liv.ac.uk/ihia/IMPACT%20Reports/EPHIA_A_Guide.pdf. Accessed June 30, 2012.

17. World Health Organization. *Frequently Asked Questions.* Available at: http://www.who.int/suggestions/faq/en. Accessed August 10, 2011.

18. World Health Organization. *Health Determinants.* Available at: http://www.euro.who.int/en/what-we-do/health-topics/health-determinants. Accessed August 10, 2010.

19. Witter R, McKenzie L, Stinson K, et al. *Battlement Mesa Health Impact Assessment*; September 2010. Available at: http://www.garfield-county.com/public-health/battlement-mesa-health-impact-assessment-ehms.aspx. Accessed October 20, 2011.

20. Battlement Mesa Partners. *Surface Use Agreement.* Battlement Mesa, CO, Battlement Mesa Partners; January 15, 2009.

21. Battlement Mesa Service Association. *Oil and Gas Committee*; 2012. Available at: http://www.battlementmesacolorado.com/oil-gas. Accessed June 30, 2012.

22. Witter R, McKenzie L, Towle M, et al. *Health Impact Assessment for Battlement Mesa, Garfield County Colorado*; February 2011. Available at: http://www.garfield-county.com/public-health/battlement-mesa-health-impact-assessment-ehms.aspx. Accessed October 20, 2011.

23. Faustman EM, Silbernagel SM, Fenske RA, Burbacher TM, Ponce RA. Mechanism underlying children's susceptibility to environmental toxicants. *Environ Health Perspect.* 2000;108(suppl 1):12–21.

24. Kelly FJ, Dunster C, Mudway I. Air pollution and the elderly: oxidant/antioxidant issues worth consideration. *Eur Respir J.* 2003;21(40 suppl):70s–75s.

25. Colais P, Faustini A, Stafoggia M, et al. Particulate air pollution and hospital admissions for cardiac disease in potentially sensitive subgroups. *Epidemiology.* 2012;23(3):473–481.

26. United States Environmental Protection Agency *Outdoor Air—Industry, Business and Home: Oil and Natural Gas Production.* Available at: http://www.epa.gov/oaqps001/community/details/oil-gas_addl_info.htmlNo.activity2. Accessed June 6, 2011.

27. United States Environmental Protection Agency. *Profile of the Oil and Gas Extraction Industry*; 2000. Available at: http://www.epa.gov/oaqps001/community/details/oil-gas_addl_info.htmlNo.activity2. Accessed June 6, 2011.

28. United States Environmental Protection Agency. *Oil and Natural Gas Sector: New Source Performance Standards and National Emissions Standards for Hazardous Air Pollutants Reviews*; 2010. Available at: http://www.gpo.gov/fdsys/pkg/FR-2011-08-23/pdf/2011-19899.pdf. Accessed June 6, 2011.

29. United States Environmental Protection Agency. *An Assessment of the Environmental Implications of Oil and Gas Production. A Regional Case Study*; 2008. Available at: http://www.epa.gov/sectors/pdf/oil-gas-report.pdf. Accessed June 6, 2011.

30. Garfield County Public Health. *Garfield County 2008 Air Quality Monitoring Summary Report*; 2009. Available at: http://www.garfieldcountyaq.net/default_new.aspx. Accessed October 20, 2011.

31. Garfield County Public Health. *Garfield County 2009 Air Quality Monitoring Summary Report*; 2010. Available at: http://www.garfieldcountyaq.net/default_new.aspx. Accessed October 20, 2011.

32. Colorado Department of Public Health and Environment. *Garfield County Emissions Inventory*; 2009. Available at: http://www.garfieldcountyaq.net/default_new.aspx. Accessed September 1, 2011.

33. Colorado Department of Public Health and Environment. *2008 Air Pollutant Emissions Inventory*; 2011. Available at: http://www.colorado.gov/airquality/inv_maps_2008.aspx. Accessed September 1, 2011.

34. McKenzie LM, Witter RZ, Newman LS, Adgate JL. Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci Total Environ.* 2012;424:79–87.

35. Colorado Oil and Gas Conservation Commission. *Inspection/Incident Database*; 2010. Available at: http://cogcc.state.co.us. Accessed August 10, 2010.

36. Agency for Toxic Substances and Disease Registry. *Toxicological Profile for Benzene*; 2007. Available at: http://www.atsdr.cdc.gov/ToxProfiles/TP.asp?id=40&tid=14. Accessed July 20, 2010.

37. Agency for Toxic Substances and Disease Registry. *Toxicological Profile for Xylenes*; 2007. Available at: http://www.atsdr.cdc.gov/ToxProfiles/TP.asp?id=296&tid=53. Accessed July 20, 2010.

38. United States Environmental Protection Agency. *Chemicals in the Environment. 1,2,4-trimethylbenzene (C.A.S. No. 95-63-6)*; 1994. Available at: http://www.epa.gov/chemfact/f_trimet.txt. Accessed July 20, 2010.

39. Carpenter CP, Geary DL, Myers RC, Nachreiner DJ, Sullivan LJ, King JM. Petroleum hydrocarbons toxicity studies XVII. Animal responses to n-nonane vapor. *Toxicol Appl Pharmacol.* 1978;44(1):53–61.

40. Galvin J, Marashi F. n-Pentane. *J Toxicol Environ Health.* 1999;1(58):35–56.

41. Colorado Oil and Gas Conservation Commission. *Colorado Oil and Gas Rules and Regulations*; 2008. Available at: http://cogcc.state.co.us. Accessed August 10, 2010.

42. Nilsson G. *Traffic Safety Dimension and the Power Model to Describe the Effect on Speed Safety*; 2004. Available at: http://lup.lub.lu.se/luur/download?func=downloadFile&recordOId=21612&fileOId=1693353. Accessed August 10, 2010.

43. World Health Organization. *Global Status Report on Road Safety: Time for Action*; 2009. Available at: http://www.who.int/violence_injury_prevention/road_safety_status/report/cover_and_front_matter_en.pdf. Accessed August 10, 2010.

44. National Highway Traffic Safety Administration. *Traffic Safety Facts 2008: Large Trucks.* Available at: http://www-nrd.nhtsa.dot.gov/Pubs/811158.pdf. Accessed August 10, 2010.

45. Carver A, Timperio A, Crawford D. Playing it safe: the influence of neighbourhood safety activity—a review. *Health Place.* 2008;14(2):217–227.

46. Timperio A, Ball K, Salmon J, et al. Personal, family, social and environmental correlates of active commuting to school. *Am J Prev Med.* 2006;30(1):45–51.

47. Berkowitz RI, Agras WS, Korner AF, Kraemer HC, Zeanah CH. Physical activity and adiposity: a longitudinal study. *J Pediatr.* 1985;106(5):734–738.

48. Naukkarinen J, Rissanen A, Kaprio J, Pietilainen KH. Causes and consequences of obesity: the contribution of recent twin studies. *Int J Obes.* 2012; 38(8): 1017–1024.

49. Caamano-Isorna F, Figueiras A, Sastre I, Montes-Martinez A, Taracido M, Pineiro-Lamas M. Respiratory and mental health effects of wildfires: an ecological study in Galician municipalities (north-west Spain). *Environ Health.* 2011;10(1):48–56.

50. Morgan G, Sheppeard V, Khalai B, et al. Effects of bushfire smoke on daily mortality and hospital admission in Sydney, Australia. *Epidemiology.* 2010;21(1):47–55.

51. Vora C, Renvall MJ, Chao P, Ferguson P, Ramsdell JW. 2007 San Diego wildfires and asthmatics. *J Asthma.* 2010;48(1):75–78.

52. Babisch W, Ising H, Gallacher JE, Sharp DS, Baker IA. Traffic noise and cardiovascular risk: the Speedwell study, first phase. Outdoor noise levels and risk factors. *Arch Environ Health.* 1993;48(6):401–405.

53. Passchier-Vermeer W, Passchier WF. Noise exposure and public health. *Environ Health Perspect.* 2000;108(suppl 1):123–131.

54. Stansfeld SA, Haines MM, Burr M, Berry B, Lercher P. A review of environmental noise and mental health. *Noise Health.* 2000;2(8):1–8.

55. Stansfeld SA, Matheson MP. Noise pollution: non-auditory effects on health. *Br Med Bull.* 2003;68(1): 243–257.

56. Jacquet J. *Energy Boomtowns & Natural Gas: Implications for Marcellus Shale Local Governments & Rural Communities.* Pennsylvania State University; 2009. Available at: http://nercrd.psu.edu/Publications/rdparticles/rdp43.pdf. Accessed August 10, 2010.

57. Goldenberg SM, Shoveller JA, Ostry AC, Koehoorn M. Sexually transmitted infection (STI) testing among young oil and gas workers: the need for innovation, place-based approached to STI control. *Can J Public Health.* 2008;99(4):350–354.

58. BBC Research & Consulting. *Garfield County Land Values and Solutions Study,* 2006. Available at: http://www.garfield-county.com/oil-gas/land-value-study.aspx. Accessed August 10, 2010.

59. Hancock T. Indicators of environmental health in the urban setting. *Can J Public Health.* 2002;93(suppl 1): S45–S51.

60. Richman LS, Kubzansky LD, Maselko J, Ackerson LK, Bauer M. The relationship between mental vitality and cardiovascular health. *Psychol Health.* 2009;24 (8):919–932.

61. Ortega FB, Lee DC, Sui X, et al. Psychological well-being, cardiorespiratory fitness, and long-term survival. *Am J Prev Med.* 2010;39(5):440–448.

62. Kubzansky LD, Mendes WB, Appleton A, Adler GK. Protocol for an experimental investigation of the roles of oxytocin and social support in neuroendocrine, cardiovascular, and subjective responses to stress across age and gender. *BMC Public Health.* 2009; 9:481–498.

63. Kubzansky LD, Adler GK. Aldosterone: a forgotten mediator of the relationship between psychological stress and heart disease. *Neurosci Biobehav Rev.* 2010;34 (1):80–86.

64. Clougherty JE, Kubzansky LD. A framework for examining social stress and susceptibility to air pollution in respiratory health. *Environ Health Perspect.* 2009;117 (9):1351–1358.

65. Chen E, Schreier H, Strunk R, Brauer M. Chronic traffic related air pollution and stress interact to predict biological and clinical outcomes in asthma. *Environ Health Perspect.* 2008;116:970–975.

66. Cloughtery J, Levy J, Kubzansky L, et al. Synergistic effects of traffic-related air pollution and exposure to violence on urban asthma etiology. *Environ Health Perspect.* 2007;115(8):1140–1146.

67. Peters JL, Kubzansky L, McNeely E, et al. Stress as a potential modifier of the impact of lead levels on blood pressure: the Normative Aging Study. *Environ Health Perspect.* 2007;115(8):1154–1159.

68. Colorado Oil and Gas Association. *Are We Listening? Industry Messaging Must Change Dramatically,* 2011. Available at: http://www.coga.org/pdf_articles/AreWeListening.pdf. Accessed June 30, 2012.

69. Pew Research Center. *Health Impact Project. Case Studies.* Available at: http://www.healthimpactproject.org/resourcesNo.case. Accessed June 6, 2011.

70. Thyne G. *Review of Phase II Hydrogeologic Study.* Garfield County; 2008. Available at: http://www.garfield-county.com/oil-gas/phase-II-hydrogeologic-characterization-mamm-creek.aspx. Accessed August 10, 2011.

71. United States Environmental Protection Agency. *EPA Announces Schedule to Develop Natural Gas Wastewater Standards,* 2011. Available at: http://yosemite.epa.gov/opa/admpress.nsf/0/91E7FADB4B114C4A8525792F00542001. Accessed June 6, 2011.

72. Urbina I. Regulation lax as gas wells' tainted water hits rivers. *New York Times.* February 26, 2011.

73. Weinhold B. Ozone nation: EPA standard panned by the people. *Environ Health Perspect.* 2008;116(7): A302–A305.

74. Wyoming Department of Environmental Quality. *Ozone Nonattainment Information.* Available at: http://deq.state.wy.us/aqd/Ozone%20Nonattainment%20Information.asp. Accessed June 6, 2011.

75. Fahys J. Ozone raises its ugly head in rural Utah. *Salt Lake Tribune.* February 17, 2011.

76. Air Resources Specialists, Inc. *Sublette County Air Toxics Inhalation Report—Final Data Submittal February 3, 2009–March 31, 2010.* Fort Collins, CO; 2010.

77. Howarth RW, Santoro R, Ingraffea A. Methane and the greenhouse-gas footprint of natural gas from shale formations. *Clim Change.* 2011;106(4):679–690.

78. Petron G, Frost G, Miller BR, et al. Hydrocarbon emissions characterization in the Colorado Front Range: a pilot study. *J Geophys Res.* 2012;117:19.

79. The Perryman Group. *Drilling for Dollars: An Assessment of the Ongoing and Expanding Economic Impact of Activity in the Barnett Shale on Fort Worth and the Surrounding Area;* 2008. Available at: http://www.bseec.org/sites/all/pdf/report.pdf. Accessed June 6, 2011.

80. Considine T, Watson R, Entler R, Sparks J. *An Emerging Giant: Prospects and Economic Impacts of Developing Marcellus Shale Natural Gas Play.* University Park, PA: The Pennsylvania State University; 2009.

81. BBC Research & Consulting. *Garfield County Socio-Economic Impact Study,* 2007. Available at: http://www.garfield-county.com/oil-gas/socioeconomic-impact-study.aspx. Accessed June 6, 2011.

82. Kalleberg AL, Reskin BF, Hudson K. Bad jobs in America: standard and nonstandard employment relations and job quality in the United States. *Am Sociol Rev.* 2000;65(2):256–278.

83. DiCosmo B. *Colorado Study Emerges as Model for Assessing Health Effects of Drilling.* Arlington, VA: Inside EPA; April 27, 2011.

84. Shonkoff S. *Public Health Dimensions of Horizontal Hydraulic Fracturing: Knowledge, Obstacles, Tactics, and Opportunities.* Berkeley, CA: University of California; April 17, 2012.

85. Colson J. Antero requests additional month to review Battlement HIA. *Glenwood Springs Post Independent.* March 20, 2011.

86. Colson J. Final health impact study won't be out for 4 months. *Glenwood Springs Post Independent.* December 21, 2010.

87. Stroud J. Monitoring for natural gas pollutants to expand. *Glenwood Springs Post Independent.* April 4, 2012.

88. Institute of Medicine Roundtable on Environmental Health Sciences, Research, and Medicine. *The Health Impact Assessment of New Energy Sources: Shale Gas Extraction.* Environmental Health Meeting; April 30–May 1, 2012; Washington, DC. Available at: http://www.iom.edu/Activities/Environment/EnvironmentalHealthRT/2012-APR-30.aspx. Accessed June 30, 2012.

89. Physicians, Scientists, and Engineers for Healthy Energy. *Epidemiologic and Public Health Considerations of Shale Gas Production. The Missing Link.* Public Health Conference; January 9, 2012. Available at: http://psehealthyenergy.org/events/view/84. Accessed June 30, 2012.

90. Long S. Health study of natural gas proposed for region. *The River Reporter.* June 8, 2011.

91. Catskill Mountainkeeper. *Health Impact Sign on Letter.* Available at: http://org2.democracyinaction.org/o/7037/p/dia/action/public/?action_KEY=8056. Published August 30, 2011. Accessed October 1, 2011.

92. Aguilar J. Erie passes gas drilling moratorium, goes into effect immediately. *Boulder Daily Camera.* March 7, 2012.

93. Hurdle J. *Bans on Natural Gas Fracking Spreading.* AOL Energy; 2011. Available at: http://energy.aol.com/2011/08/26/bans-on-natural-gas-fracking-spread. Accessed June 30, 2012.

94. Navarro MNY. Senate approves fracking moratorium. *New York Times.* August 4, 2010.

95. National Research Council; National Academies of Science. *Improving Health in the United States: The Role of Health Impact Assessment.* Washington, DC: National Academies Press; 2011. Available at: http://www.nap.edu/catalog.php?record_id=13229. Accessed June 30, 2012.

NEW SOLUTIONS, Vol. 23(1) 55-83, 2013

*Scientific Solutions*

## INVESTIGATING LINKS BETWEEN SHALE GAS DEVELOPMENT AND HEALTH IMPACTS THROUGH A COMMUNITY SURVEY PROJECT IN PENNSYLVANIA

**NADIA STEINZOR**
**WILMA SUBRA**
**LISA SUMI**

### ABSTRACT

Across the United States, the race for new energy sources is picking up speed and reaching more places, with natural gas in the lead. While the toxic and polluting qualities of substances used and produced in shale gas development and the general health effects of exposure are well established, scientific evidence of causal links has been limited, creating an urgent need to understand health impacts. Self-reported survey research documenting the symptoms experienced by people living in proximity to gas facilities, coupled with environmental testing, can elucidate plausible links that warrant both response and further investigation. This method, recently applied to the gas development areas of Pennsylvania, indicates the need for a range of policy and research efforts to safeguard public health.

**Keywords**: health surveys, shale gas, toxic exposure, hydraulic fracturing, fracking

Public health was not brought into discussions about shale gas extraction at earlier stages; in consequence, the health system finds itself lacking critical information about environmental and public health impacts of the technologies and unable to address concerns by regulators at the federal and state levels, communities, and workers. . . .
— Institute of Medicine at the National Academies of Science [1]

55

© 2013, Baywood Publishing Co., Inc.
doi: http://dx.doi.org/10.2190/NS.23.1.e
http://baywood.com

56  /  STEINZOR, SUBRA AND SUMI

For many years, extracting natural gas from deep shale formations across the United States (such as the Marcellus Shale in the East or the Barnett Shale in Texas) was considered economically and technologically infeasible. More recently, changes in hydraulic fracturing technology and its combination with horizontal drilling have made it possible to drill much deeper and further. Bolstered by declining global oil resources and a strong political push to expand domestic energy production, this has resulted in a boom in shale gas production nationwide and projections of tens or even hundreds of thousands of wells being drilled in the coming decades.

By mid-2012, there were nearly 490,000 producing natural gas wells in the United States, 60,000 more than in 2005 [2]. In Pennsylvania alone, more than 5,900 unconventional oil and gas wells had been drilled, and more than 11,700 had been permitted, between 2005 and September 2012; the pace of expansion has been rapid, with 75 percent of all unconventional wells drilled just in the last two years [3]. The rapid pace of industry expansion is increasingly divergent from the slower pace of scientific understanding of its impacts, as well as policy and regulatory measures to prevent them—in turn raising many questions that have yet to be answered [4]. Further, the limited availability of information has both contributed to public perception and supported industry assertions that health impacts related to oil and gas development are isolated and rare.

Modern-day industrial gas and oil development has many stages, uses a complex of chemicals, and produces large volumes of both wastewater and solid waste, which create the potential for numerous pathways of exposure to substances harmful to health, in particular to air and water pollution [5]. Many reports of negative health impacts by people living in proximity to wells and oil and gas facilities have been documented in the media and through research by organizations [6-8]. In addition, several self-reporting health survey and environmental testing projects have been conducted in response to complaints following pollution events or the establishment of facilities [9-12].

Such short-term projects have been initiated in a research context in which longer-term investigations—particularly ones that seek to establish causal links between health problems and oil and gas development—have historically been narrow and inconsistent [13]. Reflecting growing concern over the need to deepen knowledge among scientists, public agency representatives, and environmental and health professionals, four conferences on the links between shale gas development and human health were convened in just a one-year period (November 2011–November 2012), including those convened by the Graduate School of Public Health at the University of Pittsburgh; by Physicians, Scientists, and Engineers for Healthy Energy; and by the Institute of Medicine of the National Academy of Sciences.

In-depth research on the health impacts of oil and gas development has also begun to appear in the literature. In 2011, a review of more than 600 known chemicals used in natural gas operations concluded that many could cause cancer

and mutations and have long-term health impacts (including on the skin, eyes, and kidneys and on the respiratory, gastrointestinal, brain/nervous, immune, endocrine, and cardiovascular systems) [14]. In early 2012, a study by researchers at the University of Colorado concluded that the toxicity of air emissions near natural gas sites puts residents living close by at greater risk of health-related impacts than those living further away [15]. Also in 2012, a paper (published in this journal) documented numerous cases in which livestock and pets exposed to toxic substances from natural gas operations suffered negative health impacts and even death [16].

Public health has not been a priority for decision-makers confronting the expansion of natural gas development and consumption. Commissions to study the impacts of shale gas development have been established by Maryland and Pennsylvania and by the U.S. Secretary of Energy, but of the more than 50 members on these official bodies, none had health expertise [17]. In addition, state and federal agencies in charge of reviewing energy proposals and issuing permits do not require companies to provide information on potential health impacts, while only a few comprehensive health impact assessments (HIAs) on oil and gas development have ever been conducted in the United States [18]. Data on air and water quality near oil and gas facilities are also lacking because federal environmental testing and monitoring has long focused on a limited number of air contaminants and areas of high population density [19], while testing at oil and gas facilities in states like Pennsylvania began only recently [20]. Finally, only a few states (including Pennsylvania, Ohio, and Colorado) have any requirements for baseline air and water quality testing before drilling begins, making it difficult for researchers and regulators—as well as individuals who are directly impacted—to establish a clear connection afterwards.

## SUMMARY OF THE RELEVANCE OF SELF-REPORTING HEALTH SURVEYS

For many individuals and communities living amidst oil and gas development and experiencing rapid change in their environments, too much can be at stake to rely solely on the results of long-term studies, especially those that are just now being developed. Recent examples include a new study by Guthrie Health and the Geisinger Health System in Pennsylvania, set to take from 5 to 15 years [21], and research proposals solicited in April 2012 by the National Institute of Environmental Health Sciences [22].

In contrast, self-reporting health survey research facilitates the collection and analysis of data on current exposures and medical symptoms—thereby helping to bridge the prevailing knowledge gap and pointing the way toward possible policy changes needed to protect public health. Another premise throughout the various phases of this project (location selection, survey distribution and completion, environmental testing, report development and distribution, and

outreach to decision-makers) was the value of public participation in science and the engagement of a variety of actors and networks to both conduct the research and ensure its beneficial application [23].

With this in mind, this health and testing project reflects some of the core principles of community-based participatory research (CBPR), including an emphasis on community engagement, use of strengths and resources within communities, application of findings to help bring about change, and belief in the research relevance and validity of community knowledge [24]. For example, the current project selected areas for investigation based in part on the observations of change in environmental conditions by long-time residents, and upon completion, participants received resources on testing and reporting of drilling problems for use in their communities.

In addition, CBPR is often used by public agencies and academic researchers to gather information on health conditions that may be related to social or environmental factors manifested on the community as well as individual level [25]. Relevant examples include identification of linkages between environmental health and socioeconomic status [26], adverse health impacts associated with coal mining [27], and the perception of health problems from industrial wind turbines [28].

Community survey and environmental testing projects such as the current one are also valuable in identifying linkages and considerations that can be used to develop protocols for additional research and policy measures. For example, community survey projects similar to the current one have revealed the presence of toxic chemicals in water and air that were known to be associated with health symptoms reported by residents, resulting in the strengthening of state standards for the control of drilling-related odors in Texas [9], expansion of a groundwater contamination investigation by the U.S. Environmental Protection Agency in Wyoming [10], and relocation of residential communities away from nearby oil refineries and contaminated waste storage areas in Louisiana) [29].

## METHODS

Between August 2011 and July 2012, a self-reporting health survey and environmental testing project was undertaken in order to:

- investigate the extent and types of health symptoms experienced by people living in the "gas patches" (that is, gas development areas) of Pennsylvania;
- provide air and water quality testing to some of the participating households in need of such information;
- identify possible connections between health symptoms and proximity to gas extraction and production facilities;
- provide information to researchers, officials, regulators, and residents concerned about the impact of gas development on health and air and water quality; and

• make recommendations for both further research and the development of policy measures to prevent negative health and environmental impacts.

This project did not involve certain research elements, such as structured control groups in non-impacted areas and in-depth comparative health history research, that aim to show a direct cause-and-effect relationship or to rule out additional exposures and risks. Such work, while important, was beyond the scope of the project.

The primary routes of exposure to chemicals and other harmful substances used and generated by oil and gas facilities are inhalation, ingestion, and dermal absorption—of substances in air, drinking water, or surface water—which can lead to a range of symptoms. The health survey instrument explored such variations in exposure through checklists of health symptoms grouped into categories (skin, sinus/respiratory, digestive/stomach, vision/eyes, ear/nose/mouth, neurological, urinary/urological, muscles/joints, cardiac/circulatory, reproductive, behavioral/mood/energy, lymphatic/thyroid, and immunological). A similar structure was followed for different categories of problems in participants' disease history (kidney/urological, liver, bones/joints, ulcers, thyroid/lymphatic, heart/lungs, blood disorders, brain/neurological, skin/eyes/mouth, diabetes, and cancer). Questions were also asked about occupational background and related toxic exposure history. In addition, the survey included questions on proximity to three types of facilities (compressor and pipeline stations, gas-producing wells, and impoundment or waste pits) to explore possible sources of exposure. It also asked participants to describe the type and frequency of odors they observe, since odors can both indicate the presence of a pollutant and serve as warning signs of associated health risks [30].

As indicated in Table 1, the survey was completed by 108 individuals (in 55 households) in 14 counties across Pennsylvania, with the majority (85 percent) collected in Washington, Fayette, Bedford, Bradford, and Butler counties. Taken together, the counties represent a geographical range across the state and have active wells and other facilities that have increased in number in the past few years, allowing reports of health impacts and air and water quality concerns by residents to surface [31, 32]. The survey and testing locations were all in rural and suburban residential communities.

All survey participants were assured that their names, addresses, and other identifying information on both the surveys and environmental testing results would be kept confidential and used only for purposes related to this project, such as following up with clarifying questions, responding to requests for assistance, or providing resources. Due to expressed concerns about confidentiality, participants had the option of completing the surveys anonymously, which some chose to do. Most participants answered questions on their own. In some cases, spouses, parents, or neighbors completed surveys for participants, and a few provided answers to the project coordinator in person or over the phone.

60  /  STEINZOR, SUBRA AND SUMI

Table 1.  Survey Locations

| County surveyed | Number of surveys collected and percent of all surveys |
|---|---|
| Washington | 24 (22%) |
| Fayette | 20 (18%) |
| Bedford | 20 (18%) |
| Bradford | 17 (16%) |
| Butler | 12 (11%) |
| Jefferson | 3  (3%) |
| Sullivan | 2  (2%) |
| Greene | 2  (2%) |
| Warren | 2  (2%) |
| Elk | 2  (2%) |
| Clearfield | 1  (1%) |
| Erie | 1  (1%) |
| Susquehanna | 1  (1%) |
| Westmoreland | 1  (1%) |
| Total | 108 |

While less formal and structured, the approach taken to identifying project participants has similarities to established non-random research methods that are respondent-driven and rely on word-of-mouth and a chain of referrals to reach more participants, such as "snowball" and "network" sampling [33]. As in studies in which these methods are used, the current project had a specific purpose in mind, focused on a group of people that can be hard to identify or reach, and had limited resources available for recruitment [34].

The survey was distributed in print form either by hand or through the mail and was initiated through existing contacts in the target counties. These individuals then chose to participate in the project themselves and/or recommended prospective participants, who in turn provided additional contacts. The survey was also distributed to individuals who expressed interest in participating directly to the project coordinator at public events or through neighbors, family members, and friends who had already completed surveys.

A second phase of the project involved environmental testing conducted at the homes (i.e., in the yards, on porches, or at other locations close to houses) of a

subset of the survey participants (70 in total) in order to identify the presence of pollutants that may be coming from gas development facilities. In all, 34 air tests and nine water tests were conducted at 35 households. Test locations were selected based on household interest, the severity of symptoms reported, and proximity to gas facilities; results were made available to the households where the testing took place. The air tests were conducted with Summa Canisters put out for 24 hours by trained individuals and the results analyzed with TO-14 and TO-15 methods, which are used and approved by the U.S. Environmental Protection Agency to test for volatile organic compounds (VOCs) such as benzene, toluene, ethylbenzene, and xylene (known as BTEX chemicals). The water tests were based on samples drawn directly from household sinks or water wells by technicians employed by certified laboratories and covered the standard Tier 1, Tier 2, and Tier 3 (including VOCs/BTEX) and in one case, gross alpha/beta radiation, radon, and radium.

## FINDINGS

### Health Surveys

Among participants, 45 percent were male, ranging from 18 months to 79 years of age, and 55 percent were female, ranging from 7 to 77 years of age. The closest a participant lived to gas facilities was 350 feet and the farthest away was 5 miles.

Participants had a wide range of occupational backgrounds, including animal breeding and training, beautician, child care, construction, domestic work, farming, management, mechanic, medical professional, office work, painter, retail, teaching, and welding. About 20 percent of participants reported an occupation-related chemical exposure (for example, to cleaning products, fertilizers, pesticides, or solvents). At the time of survey completion, 80 percent of participants did not smoke and 20 percent did. More than 60 percent of the current nonsmokers had never smoked, although 20 percent of nonsmokers lived with smokers.

Almost half of the survey participants answered the question on whether they had any health problems prior to shale gas development. A little less than half of those responses indicated no health conditions before the development began and a little more than half reported having had one or just a few—in particular allergies, asthma, arthritis, cancer, high blood pressure, and heart, kidney, pulmonary, and thyroid conditions were named by respondents.

While not asked specifically in the survey, some participants volunteered (verbally or in writing) additional information that points to health-related concerns warranting further investigation. For example, five reported that their existing health symptoms became worse after shale gas development started and 15 that their symptoms lessened or disappeared when they were away from home. Participants in 22 households reported that pets and/or livestock had unexplained symptoms (such as seizures or losing hair) or suddenly fell ill and died after gas development began nearby.

62  /  STEINZOR, SUBRA AND SUMI

Some variation was noted with regard to the specific symptoms reported for each category surveyed, and some symptoms were reported to a notable degree in only one or a few locations. However, as seen in Table 2, the same overall categories of problems reported by survey participants garnered high response rates among survey participants regardless of region or county. For example, sinus/respiratory problems garnered the highest percentage of responses by participants overall, as well as in four of the five focus counties; the second top complaint category, behavioral/mood/energy, was the first in one county, second in three, and fourth in one. The total number of symptoms reported by individual participants ranged from 2 to 111; more than half reported having more than 20 symptoms and nearly one-quarter reported more than 50 symptoms. The highest numbers were reported by a 26-year-old female in Fayette County (90), a 51-year-old female in Bradford County (94), and a 59-year-old female in Warren County (111).

The 25 most prevalent individual symptoms among all participants were increased fatigue (62%), nasal irritation (61%), throat irritation (60%), sinus problems (58%), eyes burning (53%), shortness of breath (52%), joint pain (52%), feeling weak and tired (52%), severe headaches (51%), sleep disturbance (51%), lumbar pain (49%), forgetfulness (48%), muscle aches and pains (44%), difficulty breathing (41%), sleep disorders (41%), frequent irritation (39%), weakness (39%), frequent nausea (39%), skin irritation (38%), skin rashes (37%), depression (37%), memory problems (36%), severe anxiety (35%), tension (35%), and dizziness (34%).

Many symptoms were commonly reported regardless of the distance from the facility (in particular sinus problems, nasal irritation, increased fatigue, feeling weak and tired, joint pain, and shortness of breath). In addition, there was some variability in the percentage of respondents experiencing certain symptoms in relation to distance from facility, including higher rates at longer distances in a few instances. Possible influencing factors could include topography, weather conditions, participant reporting, the use of emission control technologies at facilities, or type of production (e.g., wet gas contains higher levels of liquid hydrocarbons than dry gas).

However, many symptoms showed a clearly identifiable pattern: as the distance from facilities increases, the percentage of respondents reporting the symptoms generally decreases [35]. For example, when a gas well, compressor station, and/or impoundment pit were 1500-4000 feet away, 27 percent of participants reported throat irritation; this increased to 63 percent at 501-1500 feet and to 74 percent at less than 500 feet. At the farther distance, 37 percent reported sinus problems; this increased to 53 percent at the middle distance and 70 percent at the shortest distance. Severe headaches were reported by 30 percent of respondents at the farther distance, but by about 60 percent at the middle and short distances.

Table 2. Percent of Participants Reporting Symptoms in the Most Prevalent Categories of Symptoms, by County

| Symptom category | All counties | Percent of individuals reporting symptoms in category | | | | | |
|---|---|---|---|---|---|---|---|
| | | Bedford | Bradford | Butler | Fayette | Washington | Others[a] |
| Sinus/respiratory | 88 | 80 | 82 | 75 | 85 | 95 | 87 |
| Behavioral/mood/energy | 80 | 60 | 88 | 67 | 85 | 74 | 67 |
| Neurological | 74 | 45 | 71 | 50 | 70 | 79 | 60 |
| Muscles/joints | 70 | 55 | 82 | 67 | 70 | 74 | 47 |
| Digestive/stomach | 64 | 55 | 65 | 58 | 75 | 63 | 33 |
| Ear/nose/mouth | 66 | 40 | 59 | 50 | 75 | 68 | 47 |
| Skin reactions | 64 | 45 | 70 | 67 | 75 | 63 | 27 |
| Vision/eyes | 63 | 40 | 65 | 50 | 70 | 79 | 53 |

[a]Includes Clearfield, Elk, Erie, Jefferson, Greene, Sullivan, Susquehanna, Warren, and Westmoreland counties. The surveys from these counties (15) were analyzed together to create a group comparable in number to each of the counties where more surveys were collected.

64  /  STEINZOR, SUBRA AND SUMI

Figure 1 shows, for the top 20 symptoms, the percentage of residents living within 1500 feet of a natural gas facility (well, compressor, or impoundment) who reported the symptom, compared to the percentage among residents living more than 1500 feet from the facility. For 18 of the 20 symptoms, a higher percentage of those living within 1500 feet of a facility experienced the symptom than of those living farther away.

The difference in percentages reporting the symptom in the two groups (i.e., 1500 feet or closer vs. more than 1500 feet from a facility) was statistically significant for 10 of the 20 symptoms. Notably, this finding reinforces the value of data attained through self-reporting health surveys. It shows that, regardless of how symptom data were acquired, they suggest that increased proximity to gas facilities has a strong association with higher rates of symptoms reported.

When the most prevalent symptoms are broken out by age and distance from facility, some patterns stand out [35]. Within each age group, the subset living within 1500 feet of any oil and gas facility had a higher percentage of most symptoms than the age group as a whole.

Among the youngest respondents (1.5-16 years of age), for example, those within 1,500 feet experienced higher rates of throat irritation (57% vs. 69%) and severe headaches (52% vs. 69%). It is also notable that youngest group had the highest occurrence of frequent nosebleeds (perhaps reflective of the more sensitive mucosal membranes in the young), as well as experiencing conditions not typically associated with children, such as severe headaches, joint and lumbar pain, and forgetfulness.

Among 20- to 40-year-olds, those living within 1500 feet of a facility reported higher rates of nearly all symptoms; for example, 44 percent complained of frequent nosebleeds, compared to 29 percent of the entire age group. The same pattern existed among 41- to 55-year-olds with regard to several symptoms (e.g., throat and nasal irritation and increased fatigue), although with smaller differences and greater variability than in the other age groups.

The subset of participants in the oldest group (56- to 79-year-olds) living within 1,500 feet of facilities had much higher rates of several symptoms, including throat irritation (67% vs. 47 %), sinus problems (72% vs. 56%), eye burning (83% vs. 56%), shortness of breath (78% vs. 64%), and skin rashes (50% vs. 33%).

In sum, while these data do not prove that living closer to oil and gas facilities causes health problems, they do suggest a strong association since symptoms are more prevalent in those living closer to facilities than those living further away. Symptoms such as headaches, nausea, and pounding of the heart are known to be the first indications of excessive exposure to air pollutants such as VOCs [36], while the higher level of nosebleeds in the youngest age group is also consistent with patterns identified in health survey projects in other states [9, 10].

The survey also asked respondents to indicate whether they were smokers. While the average number of symptoms for smokers was higher for smokers than nonsmokers (30 vs. 22), the most frequently reported symptoms were very



Figure 1. Association of symptoms and distance from facilities

**Note**: The significance of the effect was tested using a two-way contingency table analysis, and the chi-square value is given in parenthesis after each symptom. Effects significant at $p < 0.001$ are indicated by ***, those significant at $p < 0.01$ by **, and those significant at $p < 0.05$ by *.

similar (including forgetfulness, increased fatigue, lumbar pain, joint pain, eye burning, nasal irritation, sinus problems, sleep disturbances, severe headaches, throat irritation, shortness of breath, frequent nausea, muscle aches or pains, and weakness). The fact that the nonsmokers experienced symptoms that are commonly considered to be side effects of smoking (e.g., persistent hoarseness, throat irritation, sinus problems, nasal irritation, shortness of breath, and sleep disturbances) suggests that factors other than smoking were at play.

In addition, while the smoking subpopulation generally reported a larger number of symptoms, the symptoms most frequently reported by smokers and nonsmokers were remarkably similar within each age group [35]. For example, for 20- to 40-year-olds, increased fatigue, sinus problems, throat irritation, frequent nausea, and sleep problems were among the top symptoms for both smokers and nonsmokers. In the 41- to 55-year-old group, increased fatigue, throat irritation, eye burning, severe headaches, and nasal irritation were among the top symptoms for both smokers and nonsmokers, and in the over-55 age group, eye burning, sinus problems, increased fatigue, joint pain, and forgetfulness were among the top symptoms of both smokers and nonsmokers.

Participants were asked if they had noticed any odors and were asked whether they knew the source of the odors. In all but a few cases, survey participants mentioned only gas-related sources. Responses focused on locations, facilities, and processes, including drilling, gas wells, well pads, fracturing, compressor stations, condensate tanks, flaring, impoundments and pits, retention ponds, diesel engines, truck traffic, pipelines and pipeline stations, spills and leaks, subsurface ground events or migrations from underground, seismic testing, blue-colored particles in the air (possibly catalytic compounds or particulate matter), and water and stock wells. Odors were among the most common of complaints, with 81 percent of participants experiencing them sometimes or constantly. The frequency ranged from one to seven days per week and from several times per day to all day long; 18 percent said they could smell odors every day.

Participants were also asked to describe odors and whether they noticed any health symptoms when odor events occurred. The most prevalent links between odors and symptoms reported were:

- *nausea:* ammonia, chlorine, gas, propane, ozone, rotten gas;
- *dizziness:* chemical burning, chlorine, diesel, ozone, petrochemical smell, rotten/sour gas, sulfur;
- *headache:* chemical smell, chlorine, diesel, gasoline, ozone, petrochemical smell, propane, rotten/sour gas, sweet smell;
- *eye/vision problems:* chemical burning, chlorine, exhaust;
- *respiratory problems:* ammonia, chemical burning, chlorine, diesel, perfume smell, rotten gas, sulfur;
- *nose/throat problems:* chemical smell, chlorine, exhaust, gas, ozone, petrochemical smell, rotten gas, sulfur, sweet smell;

- *nosebleeds:* kerosene, petrochemical smell, propane, sour gas;
- *skin irritation:* chemical smell, chlorine, ozone, sulfur;
- *decreased energy/alertness:* chemical gas, ozone, rotten/sour gas, sweet smell; and
- *metallic/bad taste in mouth:* chemical burning, chlorine, turpentine.

## Environmental Testing

As detailed in Table 3, the air tests detected a total of 19 VOCs in ambient air sampled outside of homes.

The number of compounds detected in a single sample ranged from one to 25; there was some consistency with regard to the chemicals present in most of the samples, although the concentrations of VOCs detected varied across counties [35]. The highest numbers of VOCs were detected in air samples from Washington County (15), Butler County (15), Bradford County (12), and Fayette County (9). Washington County also had the highest measured concentration of five VOCs and the second highest concentration of 12 chemicals. Samples from Butler and Bradford Counties had the highest concentrations of five and three VOCs, respectively. Five chemicals were detected in all nine of the samples from Washington County and in the six samples from Butler County: 1,1,2-trichloro-1,2,2-trifluoroethane, carbon tetrachloride, chloromethane, toluene, and trichlorofluoromethane.

It is also possible that in some places, sampling did not occur at the precise times when facilities were emitting high concentrations of chemicals or when the wind was blowing contaminants toward canisters. Some of the additional variation in number of chemicals and concentrations could be due to differences in topography, the total number of active oil and gas wells, the types of wells (conventional versus unconventional), the use of emission control technologies, and the number of active drilling sites, compressor stations, and oil and gas waste impoundments located within a certain radius of the sampling locations.

In 2010, the Pennsylvania Department of Environmental Protection (DEP) conducted air testing around natural gas wells and facilities in three regions across the state, in part using the same canister sampling methods as in this project [37]. When compared to DEP's results, our results showed some striking similarities in both the chemicals detected and concentrations. In particular, BTEX chemicals that we measured in Butler and Washington counties were consistently higher than concentrations found at DEP control sites (ethylbenzene and *m*- and *p*-xylenes were not detected at any of the control sites). When compared to the sampling done by DEP around oil and gas facilities, the concentrations in Butler and Washington counties were in the same range for benzene, but were considerably higher for toluene, ethylbenzene and *m*- and *p*-xylenes. It is also striking that some of the concentrations of ethylbenzene and

Table 3.  Volatile Organic Compounds (VOCs) in Ambient Air,
Sorted by Percent Detection[a]

| Compound | Total number of samples | Number of samples detecting VOCs | Percent of samples detecting VOCs | Minimum concentration | Maximum concentration | Chemical reporting limits for the three labs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Columbia | Con-Test | Pace[b] |
| 2-Butanone | 17 | 16 | 94 | 0.95 | 2.9 | 0.85-1.3 | NA | NA |
| Acetone | 17 | 15 | 88 | 8.0 | 19 | 6.5-10 | NA | NA |
| Chloromethane | 34 | 27 | 79 | 1.0 | 1.66 | 0.59-0.90 | 0.1 | 1.39-1.53 |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 34 | 26 | 76 | 0.54 | 0.73 | 0.22-0.34 | 0.38 | 5.13-5.67 |
| Carbon tetrachloride | 34 | 26 | 76 | 0.4 | 0.76 | 0.091-0.14 | 0.31 | 4.21-4.65 |
| Trichlorofluoromethane | 34 | 26 | 76 | 0.6 | 1.8 | 0.81-1.2 | 0.28 | 3.32-3.66 |
| Toluene | 34 | 22 | 65 | 0.68 | 7.9 | 0.53-0.82 | 0.19 | 2.52-2.79 |
| Dichlorodifluoromethane | 17 | 9 | 63 | 1.9 | 2.8 | NA | 0.25 | 3.32-3.66 |
| n-Hexane | 8 | 3 | 38 | 3.03 | 7.04 | NA | NA | 2.37-2.61 |
| Benzene | 34 | 11 | 32 | 0.31 | 1.5 | 0.46-0.67 | 0.16 | 2.14-2.36 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Methylene chloride | 34 | 10 | 29 | 1.9 | 32.62 | 0.49-0.76 | 1.7 | 2.33-2.57 |
| Total hydrocarbons (gas)[c] | 8 | 2 | 25 | 49.8 | 146 | NA | NA | 46.9-52.2 |
| Tetrachloroethylene | 34 | 8 | 24 | 0.12 | 10.85 | 0.10-0.16 | 0.34 | 4.54-5.02 |
| 1,2,4-Trimethylbenzene | 17 | 4 | 24 | 0.38 | 0.61 | NA | 0.25 | 3.30-3.64 |
| Ethylbenzene | 34 | 6 | 1 | 0.27 | 1.5 | 1.4-1.9 | 0.22 | 2.91-3.21 |
| Trichloroethylene | 34 | 6 | 18 | 0.17 | 5.37 | 0.08-0.12 | 0.27 | 3.60-3.98 |
| Xylene (*m*- and *p*-) | 34 | 5 | 15 | 0.92 | 5.2 | 2.5-3.8 | 0.43 | 2.82-3.12 |
| Xylene (*o*) | 34 | 5 | 15 | 0.39 | 1.9 | 1.2-1.9 | 0.22 | 2.91-3.21 |
| 1,2-Dichloroethane | 34 | 1 | 3 | 0.64 | 0.64 | 0.59-0.90 | 0.2 | 2.71-2.99 |

[a]Concentrations are in micrograms per cubic meter, $\mu g/m^3$ ($n$ = total number of canister samples that were analyzed for a particular chemical).

[b]Pace Lab's reporting limits were in parts per billion volume (ppbv). We converted to micrograms per cubic meters ($\mu g/m^3$) using equations in the Air Unit Conversion Table (Torrent Labs, www.torrentlab.com/torrent/Home/ResourceCenter.html).

[c]Total hydrocarbons reported as parts per billion volume (ppbv).

70  /  STEINZOR, SUBRA AND SUMI

xylene measured at rural and suburban residential homes in Butler and Washington counties were higher than any concentration detected by the DEP at the Marcus Hook industrial site in 2010.

As stated above, several factors can influence air results. However, it is also highly possible that the poorer air quality in the areas where we tested—which were rural and residential, with little or no other industry nearby—can be attributed to gas facilities. While the DEP reports on the agency's air testing indicated that some of the VOCs we found in our study may not be due to oil and gas development since they persist in the atmosphere and have been widely used (for example, as refrigerants), the agency also indicates that acetone and the BTEX chemicals can be attributed to gas development [37].

With regard to the water tests conducted, Table 4 shows the 26 parameters that were detected in at least one sample. More than half of the project water samples contained methane; although some groundwater contains low concentrations of methane under normal conditions, this finding could also indicate natural gas migration from casing failure or other structural integrity problems [38]. Four of the substances detected in water well samples in Bradford and Butler Counties—manganese, iron, arsenic, and lead—were found at levels that exceed the Maximum Contaminant Levels (MCLs) set by Pennsylvania DEP's Division of Drinking Water Management [39]. Two of the water samples, both from Butler County, were more acidic than the recommended pH for drinking water.

Some metals, such as manganese and iron, are elevated in Pennsylvania surface waters and soils, either naturally or due to past industrial activities, and levels can vary regionally [40]. In 2012, Pennsylvania State University (PSU) researchers found that some drinking water wells in the state contained somewhat elevated concentrations of certain contaminants prior to any drilling in the area [41]. However, seven out of the nine water supplies sampled in our study (78%) had manganese levels above the state MCL—a much higher percentage than what was found in the pre-drilling samples in the PSU study (27%). Even where metals are naturally occurring or predate gas development, drilling and hydraulic fracturing can contribute to elevated concentrations of these contaminants [42] and have the potential to mobilize substances in formations such as Marcellus Shale, which is enriched with barium, uranium, chromium, zinc, and other metals [43].

## LINKAGES BETWEEN SURVEYS AND ENVIRONMENTAL TESTING

More research would be required to identify cause-and-effect connections between the chemicals present in air and water in Pennsylvania's gas patches and symptoms reported by residents in specific locations. Nonetheless, such links are plausible since many of the chemicals detected in the testing are

known to be related both to oil and gas operations and to the health symptoms reported by individuals living at the sites where air and water testing was conducted [13-15].

The air tests together detected 19 chemicals that are known to cause sinus, skin, ear/nose/mouth, and neurological symptoms, 17 that may affect vision/eyes, and 16 that may induce behavioral effects; as well as 11 that have been associated with liver damage, nine with kidney damage, and eight with digestive/stomach problems. In addition, the brain and nervous system may be affected by five of the VOCs detected, the cardiac system by five, muscle by two, and blood cells by two [44, 45].

Using these sources [44, 45], we compared lists of the established health effects of the chemicals detected at households where testing occurred with lists of the symptoms reported in surveys by participants at those testing locations in order to identify associations. We then calculated the rate of association, in which the denominator is the total number of health impacts reported by an individual and the numerator is the total number of health impacts reported by that individual that are consistent with the known health impacts of the chemicals detected through air or water testing where they live.

Benzene, toluene, ethylbenzene, xylene, chloromethane, carbon disulfide, trichloroethylene (TCE), and acetone were detected through testing at the same households where survey participants reported symptoms established in the literature [13-15, 44, 45] as associated with these chemicals, including symptoms in the categories of sinus/respiratory, skin, vision/eyes, ear/nose/mouth, and neurological. Some of these chemicals, as well as others (such as carbon tetra-chloride and tetrachloroethylene) were found at sites where survey participants reported known associated symptoms in the categories of digestion, kidney and liver damage, and muscle problems. Specific examples of chemicals and symptoms that are linked in the research literature, and were found together at households where testing and surveys were conducted, are: benzene and dizziness and nasal, eye, and throat irritation; carbon tetrachloride and nausea, headaches, and liver and kidney disease; and tetrachloroethylene and skin rashes, persistent cough, and nerve damage.

As shown in Table 5, health symptoms reported by the individuals living in a home where testing occurred matched the known health effects of chemicals detected in that home at an overall rate of 68 percent. Fayette and Washington counties had the highest match, followed by Greene, Bedford, and Butler counties.

In addition, the percent of individuals reporting symptoms that have been associated with chemicals detected in air testing at households participating in this study showed some consistency across counties with regard to the most significant categories of problems reported, as shown in Table 6—indicating that patterns in both chemicals detected and symptoms exist despite different geographic locations.

Table 4.  Water Quality Results from Nine Private Water Wells in Bradford and Butler Counties, Pennsylvania

| Parameter[a] | Units | Number of sample | Number above detection limit | Minimum[b] | Maximum | Mean[c] | PA DEP MCL[d] | Number of samples above MCL[e] |
|---|---|---|---|---|---|---|---|---|
| Barium | mg/L | 9 | 9 | 0.029 | 0.5 | 0.25 | 2 | 0 |
| Calcium | mg/L | 9 | 9 | 33 | 66.2 | 43.7 | None | |
| Magnesium | mg/L | 9 | 9 | 4.5 | 16.8 | 9.1 | None | |
| Sodium | mg/L | 9 | 9 | 9.2 | 64.1 | 20.9 | None | |
| Strontium | mg/L | 9 | 9 | 0.126 | 1.7 | 0.5 | None | |
| Hardness (total as CaCO$_3$) | mg/L | 9 | 9 | 120 | 234 | 147 | None | |
| pH | Std Units | 9 | 9 | 6 | 7.9 | 6.5 | 6.5-8.5 | [f] |
| Alkalinity (total as CaCO$_3$) | mg/L | 9 | 9 | 38 | 285 | 130 | None | |
| Total dissolved solids | mg/L | 9 | 9 | 138 | 392 | 218 | 500 | 0 |
| Sulfate | mg/L | 9 | 9 | 6.7 | 231 | 33 | 250 | 0 |
| Manganese | mg/L | 9 | 7 | < 0.005 | 6.44 | 1.04 | 0.05 | 7 |
| Chloride | mg/L | 9 | 7 | < 5.0 | 84.3 | 24.1 | 250 | 0 |
| Iron | mg/L | 9 | 6 | < 0.04 | 153 | 19.5 | 0.3 | 5 |
| Potassium | mg/L | 6 | 6 | 1.14 | 1.57 | 1.1 | None | |

| Specific conductance | μmhos/cm | 6 | 6 | 287 | 552 | 326 | None | |
| Methane | μg/L | 9 | 5 | 1.06 | 57.4 | 10 | 0.3 | |
| Arsenic | mg/L | 9 | 4 | < 0.001 | 0.0282 | 0.005 | 0.010 | 1 |
| Lead | mg/L | 9 | 4 | < 0.001 | 0.113 | 0.113 | 0.01 | 3 |
| Total coliform | per 100 mL | 9 | 4 | Absent | Present | | None | |
| Total suspended solids | mg/L | 6 | 4 | < 5 | 448 | 118 | None | |
| Temperature, water | Degree/Celsis | 3 | 3 | 25 | 29 | 28 | None | |
| Turbidity | NTU | 3 | 3 | 0.22 | 5.7 | 2.3 | None | |
| Nitrate | mg/L | 3 | 3 | 0.076 | 0.71 | 0.46 | 10 | 0 |
| E. coli | per 100 mL | 9 | 2 | Absent | Present | | None | |
| Sulfur | μg/L | 1 | 1 | < 1,000 | 7,550 | 2,850 | None | |
| Bromide | mg/L | 1 | 1 | 0.26 | 0.26 | 0.26 | None | |

[a]Note: not all parameters were analyzed in every sample.

[b]Minimum values:  If reports included non-detects of a particular chemical, the minimum value in the table was shown as being less than (<) the lowest laboratory detection limit.

[c]Mean values: Non-detected chemicals were assigned a concentration equal to half of the detection limit *only if* there were other samples that detected the chemical.

[d]MCL: Maximum Contaminant Levels published by the Pennsylvania Department of Environmental Protection Division of Drinking Water Management.

[e]No values are provided if MCLs for substances do not exist.

[f]Two samples had higher acidity (lower pH) than the value recommended by the PA DEP.

Table 5.  Match between Health Symptoms Reported by Individuals at Air Testing Sites and Known Effects of Chemicals Detected

| County | Number of individuals surveyed at homes where testing was conducted | Match between known health effects of chemicals detected and symptoms reported (percent)[a] | |
|---|---|---|---|
| | | Average | Range |
| Overall | 59 | 68 | 33-100 |
| Fayette | 16 | 73 | 33-100 |
| Washington | 15 | 73 | 33-100 |
| Bradford | 8 | 58 | 16-100 |
| Butler | 8 | 63 | 56-68 |
| Bedford | 6 | 69 | 63-100 |
| Elk | 2 | 64 | 53-74 |
| Clearfield | 1 | none | none |
| Greene | 1 | 70 | 70 |
| Susquehanna | 1 | 50 | 50 |

[a]When a health symptom was associated in the literature with more than one of the chemicals detected, only one match was counted for that symptom.

As mentioned above, levels of iron, manganese, arsenic, and lead were detected in our water well samples in Bradford and Butler Counties at levels that exceeded drinking water standards set by the Pennsylvania DEP. These substances are known to be associated with numerous symptoms reported by individuals living in the homes where these particular exceedances occurred, including symptoms in the categories of sinus/respiratory, skin reactions, digestive/stomach, vision/eyes, ear/nose/mouth, neurological, muscle/joint, behavioral/mood/energy, and liver and kidney damage. Survey participants in the homes where water samples contained methane reported health symptoms known to be associated with methane, including symptoms in the categories of sinus/respiratory, digestive/stomach, neurological, and behavioral/mood/energy. While the water samples taken for this project did not show detectable exceedances of safety standards for other substances, it is notable that no drinking water standards have been set for methane, bromide, sodium, strontium, or Total Suspended Solids (TSS)—and thus no exceedances would be indicated in laboratory reports.

Table 6.  Percent of Individuals at Air Testing Sites Reporting Symptoms Associated in the Literature with Chemicals Detected at Those Sites, by Symptom Category and Primary Air

| Symptom category | All | Testing counties | | | | | |
|---|---|---|---|---|---|---|---|
| | | Bedford | Bradford | Butler | Fayette | Washington | Others[a] |
| Sinus/respiratory | 83 | 100 | 88 | 100 | 81 | 73 | 80 |
| Vision/eyes | 73 | — | 100 | 63 | 69 | 67 | 60 |
| Digestive/stomach | 69 | 50 | 63 | 88 | 75 | 80 | — |
| Skin reactions | 63 | 50 | 63 | 88 | 69 | 53 | 40 |
| Neurological | 60 | 50 | 88 | 75 | 44 | 53 | 60 |
| Behavioral/mood/energy | 54 | 67 | 50 | 63 | 63 | 47 | 40 |
| Ear/nose/mouth | 33 | 50 | — | 38 | 44 | 33 | 20 |
| Muscle problems | — | — | — | — | — | 40 | — |

[a]This includes air samples from Clearfield, Elk, Greene, and Susquehanna counties.

## DISCUSSION

> Complete evidence regarding health impacts of gas drilling cannot be obtained due to incomplete testing and disclosure of chemicals, and non-disclosure agreements. Without rigorous scientific studies, the gas drilling boom sweeping the world will remain an uncontrolled health experiment on an enormous scale.
>
> —Michelle Bamberger and Robert Oswald [16]

While the survey and testing results, and their related findings, do not constitute definitive proof of cause and effect, we believe they do indicate the strong likelihood that the health of people living in proximity to gas facilities is being affected by exposure to pollutants from those facilities. Most participants report a high number of health symptoms; similar patterns of symptoms were identified across project locations and distances from facilities; and consistency in symptoms reported exists regardless of age group or smoking history. In addition, contaminants that result from oil and gas development were detected in air and water samples in areas where residents are experiencing health symptoms that are established in the literature as consistent with such exposures.

Because of the short-term nature of the air-canister testing (24 hours) and the single water tests conducted at households, our results were contingent on conditions at particular "moments in time." Thus additional chemicals, or the same chemicals at different concentrations, might be captured through expanded testing; and residents could be experiencing exposures that were not detected but would be detectable through such testing. In addition, some of the variation in the air test results may have been due to the different reporting protocols used by the laboratories used in this project. Although all the labs test for the same core suite of chemicals, both their reporting limits and the additional chemicals for which they test vary; these will be key considerations for future testing work.

Another consideration that warrants further exploration involves the established standards on both the state and federal levels for "safe" concentrations, which are set only for exposure to single contaminants. This prevailing regulatory approach can not adequately address the potential risks posed by chronic, long-term exposure to lower levels of multiple contaminants simultaneously— in other words, the experience of people living in oil and gas areas day in and day out, and of workers at job sites where toxic substances are continuously used. In addition, for many substances in the environment (including those that come from gas operations and were detected in our air and water sampling), data on health risks or safe exposure levels simply do not exist.

More research is also needed that focuses on the sources of odors and odor events experienced by residents living near gas facilities. In some cases, participants reported different health impacts associated with specific sources and odor events than those they reported in the overall health survey. Since odors are

a clear sign of the presence of airborne substances (such as fuel and chemicals), this aspect warrants tracking and analysis.

Although we did not investigate additional factors that can influence health conditions (e.g., through ordered control groups, in-depth health history research, or identification of other potential sources of contaminants), such factors may affect an individual's health independent of gas operations. The relationship between symptoms and distance from gas facilities also warrants more research.

At the same time, we strongly suggest that for individuals with a history of other health concerns (e.g., asthma or heart conditions) and who are already living with other exposures (e.g., traffic fumes or workplace chemicals), the presence of gas facilities and related pollution could have a strong "trigger effect" that can make existing problems worse and put individuals at higher risk of developing new ones.

## RECOMMENDATIONS

As discussed earlier, scientific knowledge about the health and environmental impacts of shale gas development—and also the adoption of policy and regulatory measures to prevent them—are proceeding at a far slower pace than the development itself. This timing mismatch creates situations (already being experienced by residents of Pennsylvania and other states) in which problems are widely reported but left unaddressed. Several measures can be taken to ensure that public health impacts are fully understood and given greater priority in decision-making about shale gas development.

1) *Elevate the role of public health considerations in gas development decisions.* A key measure would be to conduct health impact assessments before permitting begins. HIAs aim to minimize negative impacts and to improve health outcomes associated with land use decisions by analyzing problems that could arise over time as well as existing health and environmental risks that could be exacerbated by new activities [46]. HIAs can also have a strong preventive effect by identifying mitigation measures related to aspects such as toxic exposures, air and water pollution, and emergency response [47]. In addition, regulatory agencies could comprehensively plan the scope and pace of permits for wells and other facilities in order to reduce impacts on air and water quality, rather than continuing the permit-by-permit process currently being followed in Pennsylvania and other states. Information on where wells and facilities would be built in relation to places where health could be at risk (e.g., homes, schools, and hospitals) could also be required in permit applications.

2) *Increase the involvement of state departments of health in assessing the impacts of gas development.* Efforts should be increased to track and respond to health concerns, and a database should be established to document these problems and the agency response. Health departments could provide training for health and medical professionals on exposure pathways and health symptoms

related to gas operations, so that residents receive more informed advice and appropriate testing and care referrals. Financial aid mechanisms should be established to enable low-income residents to have blood and urine tests for chemical exposure.

3) *Conduct baseline water testing and continuous long-term monitoring of air quality.* Such testing would apply to private wells and public drinking water supplies prior to drilling and to the air at or near facilities during all phases of operations. Testing and monitoring should cover a full suite of chemicals, and contaminants and results should be reported regularly and made available to the public. Air quality testing in particular should be conducted at a range of facilities (e.g., compressor stations, impoundment pits, dehydrators) that cause emissions. These efforts could be carried out by the state regulatory agencies that issue permits or through an agreement between those agencies and health departments. Inter-agency agreements could also be developed to track potential health impacts that could result following spills of chemicals and waste, the underground migration of fracturing fluids, leaks, and other problems.

4) *Strengthen regulations for facilities to minimize air and water pollution risks.* These could include significantly increased setback distances; the installation of advanced technologies on all equipment to reduce emissions, odors, and noise; the use of closed-loop storage systems for waste and drilling fluids (rather than open pits); and the practice of "green completions" to reduce or eliminate flaring and venting of methane gas and other pollutants.

5) *Advance changes in testing parameters that determine "safe" exposure in order to account for low-level, chronic exposure and multiple chemical exposure in testing and monitoring.* Such changes are necessary to reflect impacts on people living in oil and gas development areas day in and day out, as well as workers at facilities. Under current testing parameters (which are based largely on acute episodes involving single contaminants), results may show below-threshold levels even though residents are negatively affected. For example, a recent paper showed that endocrine-disrupting chemicals can have different but still harmful effects at lower doses than at higher ones and concluded that fundamental changes in chemical testing and safety protocols are needed to protect human health [48]. Additionally, current health guidelines should be updated to capture more of the chemicals currently in use and to assess complex or indirect sources of contamination, such as oil and gas operations that rely on a variety of substances, equipment, and facilities at numerous stages of development.

## CONCLUSION

While we realize that human activities may involve hazards, people must proceed more carefully than has been the case in recent history. Corporations, government entities, organizations, communities, scientists, and other individuals must adopt a precautionary approach to all human endeavors. . . . When an activity raises threats of harm to human health or the environment,

> precautionary measures should be taken even if some cause and effect relationships are not fully established scientifically.
>
> —Wingspread Consensus Statement on the Precautionary Principle [49]

Across the gas patches of the United States, people experiencing health problems voice the simple wish to be believed. Many say that their health has worsened since gas development began in their communities and that they feel better when they are away from home. Often these conversations turn to what it will take for regulators and policymakers to view their stories not just as "anecdotes," but as valid concerns worthy of an effective response.

There is no doubt that more research on the environmental and health impacts of shale gas development is needed and can play a critical role in making sound decisions about a complex and controversial issue. Yet an equally important consideration is how to respond to the presence of unanswered questions. For many proponents of unfettered gas development, the absence of definitive causal links between gas facilities and specific health impacts indicates the absence of a problem. But for impacted communities and others who believe health and the environment deserve protection and that water and air quality should be maintained, what we don't yet know makes the need for caution even greater.

We believe that the findings of this survey and testing project in Pennsylvania, coupled with similar projects elsewhere and an emerging body of research, provide sufficient evidence for decision-makers to take action to slow the rush to drill, at least until the wide gaps in scientific knowledge, policies, and regulations are bridged. Much is already known about the chemicals used and pollution caused by oil and gas activities, which alone create the real potential for negative health effects in any area where development occurs [50]. The precautionary principle should be applied to decisions about shale gas development (both in existing gas patches and in areas slated for new development), and this should include shifting the burden of proof that harm does or does not occur to those proposing the action.

The status quo—in which science and policy changes proceed slowly while gas development accelerates rapidly—is likely to worsen air and water quality, resulting in negative health impacts and possibly a public health crisis. Greater understanding of the experiences reported by individuals living near gas facilities can play an important role in pointing the way forward to preventing these problems, both in Pennsylvania and nationwide.

## ACKNOWLEDGMENTS

This project would not have been possible without the caring, concern, and openness of project participants, who shared their time and personal experiences and trusted us to write about them. Much gratitude is also owed to the community members and organizational partners who provided the contacts and guidance

that made it possible to engage project participants. Many thanks to the Colcom Foundation for its generous support of this project and commitment to protecting the environment and public health.

## AUTHORS' BIOGRAPHIES

**NADIA STEINZOR** is the Eastern Program Coordinator of Earthworks' Oil & Gas Accountability Project. She works with landowners, concerned citizens, and environmental organizations to educate and support impacted communities, advance state oil and gas regulations, and promote Earthworks' federal reform agenda. Nadia has worked for nearly two decades in research, communications, writing, and editing to promote action and policies on environmental protection and land conservation. She holds an M.S. in Environmental Policy from Bard College and an M.A. in Peace and Development Studies from the University of Gothenburg, Sweden, Send email to her at nsteinzor@earthworksaction.org

**WILMA SUBRA** is President of Subra Company, Inc., a chemistry lab and environmental consulting firm in New Iberia, Louisiana, which provides technical assistance to citizens and victims of environmental issues. She serves on local, state, and federal committees dealing with oilfield waste, oil refineries, and toxic release inventory. Wilma holds an M.S. in Microbiology and Chemistry from the University of Southwestern Louisiana. She is a recipient of the MacArthur Fellowship Genius Award for helping ordinary citizens understand, cope with, and combat environmental problems in their communities. Send email to her at subracom@aol.com

**LISA SUMI** is a consultant who works on the environmental, community, and health impacts of extractive industries such as coal and hard rock mining, tar sands, and oil and gas. She conducts work that integrates science, technology, policy, and corporate research and analysis with community education and outreach. She has served as Research Director for the Oil and Gas Accountability Project and the Environmental Mining Council of British Columbia, and has worked for clients such as As You Sow, Council of Canadians, Earthworks, ForestEthics, Initiative for Responsible Mining Assurance, Massachusetts Institute of Technology Center for Future Civic Media, MiningWatch Canada, and Natural Resources Defense Council. Lisa holds a M.S. in Physican Geography from the University of Toronto. Isumi@earthworksaction.org

## NOTES

1. Institute of Medicine, "The Health Impact Assessment of New Energy Sources: Shale Gas Extraction," www.iom.edu/Activities/Environment/EnvironmentalHealthRT/2012-APR-30.aspx (accessed June 27, 2012).

2.  U.S. Energy Information Administration, "Number of Producing Gas Wells," [data table], http://205.254.135.7/dnav/ng/ng_prod_wells_s1_a.htm (accessed July 8, 2012).

3.  Pennsylvania Department of Environmental Protection, "Oil and Gas Reports," www.portal.state.pa.us/portal/server.pt/community/oil_and_gas_reports/20297#InteractiveReports (accessed September 10, 2012).

4.  C. W. Schmidt, "Blind Rush? Shale Gas Boom Proceeds amid Human Health Questions," *Environmental Health Perspectives* 119 (2011): A348-353, doi: 10.1289/ehp.119-a348.

5.  Earthworks Oil and Gas Accountability Project, "Oil and Gas Pollution," www.earthworksaction.org/issues/detail/oil_and_gas_pollution (accessed September 20, 2012).

6.  Pennsylvania Alliance for Clean Water and Air, "List of the Harmed," http://pennsylvaniaallianceforcleanwaterandair.wordpress.com/the-list/ (accessed July 8, 2012).

7.  Edward Humes, "Fractured Lives: Detritus of Pennsylvania's Shale Gas Boom," *Sierra Magazine,* July/August 2012, 52-59.

8.  Earthworks' Oil & Gas Accountability Project, *Natural Gas Flowback: How the Texas Gas Boom Affects Community Health and Safety,* 2011.

9.  Earthworks' Oil & Gas Accountability Project, *Health Survey Results of Current and Former Residents of DISH/Clark, Texas Residents*, 2009.

10. Earthworks' Oil & Gas Accountability Project, *Community Health Survey Results: Pavillion, Wyoming,* 2010.

11. Subra Company, *Health Report on Mossville, Calcasieu Parish, Louisiana*, 2009.

12. Louisiana Environmental Action Network, "Survey of the Human Health Impacts Due to the BP Deepwater Horizon Disaster," 2012, http://leanweb.org/our-work/water/bp-oil-spill/results-of-the-louisiana-environmental-action-network-lean-survey-of-the-human-health-impacts-due-to-the-bp-deepwater-horizon-disaster  (accessed July 15, 2012).

13. R. Witter et al., *Potential Exposure-Related Human Health Effects of Oil and Gas Development: A Literature Review (2003-2008), 2008.*

14. T. Colborn et al., "Natural Gas Operations from a Public Health Perspective," *Human & Ecological Risk Assessment* 17 (5) (2011): 1039-1056, doi: 10.1080/10807039.2011.605662.

15. L. M. McKenzie et al., "Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources," *Science of the Total Environment* 1 (424) (2012): 79-87, doi: 10.1016/j.scitotenv.2012.02.018.

16. M. Bamberger and R. E. Oswald, "Impacts of Gas Drilling on Human and Animal Health," *New Solutions: A Journal of Environmental and Occupational Health Policy* 22 (1) (2012): 51-77, doi: 10.2190/NS.22.1.e.

17. B. Goldstein, J. Kriesky, and B. Pavliakova, "Missing from the Table: Role of the Environmental Public Health Community in Governmental Advisory Commissions Related to Marcellus Shale Drilling," *Environmental Health Perspectives* 120 (4) (2012): 483-486, doi: 10.1289/ehp.1104594.

18. The Health Impact Project, "HIA in the United States," www.healthimpactproject.org/hia/us (accessed June 27, 2012).

19. U.S. Environmental Protection Agency, "Ambient Air Monitoring Program," http://www.epa.gov/airquality/qa/monprog.html (accessed September 20, 2012).

20. Clean Air Council, "PA DEP Launches Long-term Air Sampling," http://cleanair.org/program/outdoor_air_pollution/marcellus_shale/pa_dep_launches_long_term_air_sampling (accessed September 20, 2012).

21. Geisinger Health System, "Guthrie Health and Geisinger Collaborate on Marcellus Shale Work," https://webapps.geisinger.org/ghsnews/articles/GuthrieHealthandGeisingerc8464.html (accessed September 22, 2012).

22. National Institutes of Environmental Health Sciences, "Shale Gas Workshop Explores Needed Research on Fracking," *Environmental Factor*, June 2012, www.niehs.nih.gov/news/newsletter/2012/6/spotlight-shalegas/index.htm (accessed September 22, 2012).

23. B. L. Allen, "Shifting Boundary Work: Issues and Tensions in Environmental and Health Science in the Case of Grand Bois, Louisiana," *Science as Culture* 13 (12) (2004): 429-448, doi: 10.1080/0950543042000311805.

24. Minkler, M. et al., *Community-Based Participatory Research: A Strategy for Building Health Communities and Promoting Health through Policy Change,* PolicyLink, School of Public Health, University of California Berkeley, 2012.

25. B. A. Israel et al., "Review of Community-Based Research: Assessing Partnership Approaches to Improve Public Health," *Annual Review of Public Health* 19 (1998): 173-202, doi: 10.1146/annurev.publhealth.19.1.173.

26. National Institute of Environmental Health Sciences, "Community-Based Participatory Research in Environmental Health," Request for Applications ES-01-003, January 2001.

27. M. Hendryx et al., "Self-Reported Cancer Rates in Two Rural Areas of West Virginia With and Without Mountaintop Coal Mining," *Journal of Community Health* 37 (4) (2012): 32-327, doi: 10.1007/s10900-011-9448-5.

28. C. M. E. Krogh et al., "WindVOiCe, A Self-Reporting Survey: Adverse Health Effects, Industrial Wind Turbines, and the Need for Vigilance Monitoring," *Bulletin of Science Technology Society* 31 (4) (2011): 334-345, doi: 10.1177/0270467611412551.

29. Mossville Environmental Action Now, Subra, W., and Advocates for Environmental Human Rights, *Industrial Sources of Dioxin Poisoning in Mossville, Louisiana: A Report Based on the Government's Own Data,* 2007.

30. S. Schiffman, "Science of Odors as a Potential Health Issue," *Journal of Environmental Quality* 34 (2005): 129-138, doi: 10.2134/jeq2005.0129.

31. Pennsylvania Department of Environmental Protection, eFacts database, www.ahs2.dep.state.pa.us/eFACTSWeb/criteria_sitesbymuni.aspx (accessed October 3, 2012).

32. FracTracker, Data-Generated Map of the Distribution of Gas Wells across Pennsylvania, www.fractracker.org/maps (accessed October 3, 2012).

33. D. D. Heckathorn, "Respondent-Driven Sampling: A New Approach to the Study of Hidden Populations," *Social Problems* 44 (2c) (1997): 174-199.

34. Department of Psychology, University of California at Davis, "Types of samples," http://psychology.ucdavis.edu/sommerb/sommerdemo/sampling/types.htm (accessed June 25, 2012).

35. Earthworks' Oil & Gas Accountability Project, *Gas Patch Roulette: How Shale Gas Development Risks Public Health in Pennsylvania,* 2012.

36. Swiss Agency for the Environment, Forests, and Landscapes, "National Air Pollutions Monitoring Network," 2001.

37. Pennsylvania Department of Environmental Protection, *Northeastern Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report; Northcentral Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report,* 2011; and *Southwestern Pennsylvania Marcellus Shale Short-Term Ambient Air Sampling Report,* 2010.

38. A. E. Ingraffea, *Fluid Migration Mechanisms Due to Faulty Well Design and/or Construction: An Overview and Recent Experiences in the Pennsylvania Marcellus Play,* 2012.

39. Pennsylvania Department of Environmental Protection, Division of Drinking Water Management, "Maximum Contaminant Levels," www.portal.state.pa.us/portal/server.pt?open=18&objID=437830&mode=2 (accessed July 20, 2012).

40. National Science Foundation, "Can Marcellus Shale Development and Healthy Waterways Co-exist?," www.nsf.gov/discoveries/disc_summ.jsp?cntn_id=122543 (accessed October 2, 2012).

41. Pennsylvania State University Extension. "Iron and Manganese in Private Water Systems," http://extension.psu.edu/water/converted-publications/iron-and-manganese-in-private-water-systems (accessed October 2, 2012).

42. E. Boyer et al., The Center for Rural Pennsylvania, Pennsylvania State University, *The Impact of Marcellus Gas Drilling on Rural Drinking Water Supplies,* 2011.

43. T. Banks, "Fluid Rock Interactions Associated with Hydraulic Fracturing and Natural Gas Development," *Global Water Program Magazine,* January 2011, http://globalwater.jhu.edu/index.php/magazine/article/fluid_rock_interactions_associated_with_hydraulic_fracturing_and_natural_ga/ (accessed October 2, 2012).

44. Agency for Toxic Substances and Disease Registry (ATSDR), "Toxicological Profiles," http://www.atsdr.cdc.gov/toxprofiles/index.asp (accessed July 30, 2012).

45. New Jersey Department of Health, "Right to Know Hazardous Substance Fact Sheets," http://web.doh.state.nj.us/rtkhsfs/indexfs.aspx (accessed July 30, 2012).

46. A. Wernham, "Health Impact Assessment for Shale Gas Extraction," www.healthimpactproject.org/resources/health-impact-assessment-for-shale-gas-extraction (accessed July 10, 2012).

47. Garfield County, Colorado, "Battlement Mesa Health Impact Assessment," www.garfield-county.com/environmental-health/battlement-mesa-health-impact-assessment-ehms.aspx (accessed July 10, 2012).

48. L. N. Vandenberg et al., "Hormones and Endocrine-Disrupting Chemicals: Low-Dose Effects and Nonmonotonic Dose Responses," *Endocrine Reviews* 33 (3) (2012): 1-78, doi: 10.1210/er.2011-1050.

49. Science and Environmental Health Network, "Wingspread Consensus Statement on the Precautionary Principle," 1998, www.sehn.org/wing.html (accessed July 18, 2012).

50. R. Witter et al., *Potential Exposure-Related Human Health Effects of Oil and Gas Development: A White Paper,* 2008.

Direct reprint requests to:

Nadia Steinzor
Earthworks' Oil & Gas Accountability Project
P.O. Box 149
Willow, NY  12495
e-mail:  nsteinzor@earthworksaction.org



**Article**

# Source signature of volatile organic compounds (VOCs) from oil and natural gas operations in northeastern Colorado

Jessica B. Gilman, Brian M. Lerner, William C. Kuster, and Joost de Gouw

Environ. Sci. Technol., Just Accepted Manuscript • DOI: 10.1021/es304119a • Publication Date (Web): 14 Jan 2013

Downloaded from http://pubs.acs.org on January 24, 2013

## Just Accepted

"Just Accepted" manuscripts have been peer-reviewed and accepted for publication. They are posted online prior to technical editing, formatting for publication and author proofing. The American Chemical Society provides "Just Accepted" as a free service to the research community to expedite the dissemination of scientific material as soon as possible after acceptance. "Just Accepted" manuscripts appear in full in PDF format accompanied by an HTML abstract. "Just Accepted" manuscripts have been fully peer reviewed, but should not be considered the official version of record. They are accessible to all readers and citable by the Digital Object Identifier (DOI®). "Just Accepted" is an optional service offered to authors. Therefore, the "Just Accepted" Web site may not include all articles that will be published in the journal. After a manuscript is technically edited and formatted, it will be removed from the "Just Accepted" Web site and published as an ASAP article. Note that technical editing may introduce minor changes to the manuscript text and/or graphics which could affect content, and all legal disclaimers and ethical guidelines that apply to the journal pertain. ACS cannot be held responsible for errors or consequences arising from the use of information contained in these "Just Accepted" manuscripts.



Environmental Science & Technology is published by the American Chemical Society. 1155 Sixteenth Street N.W., Washington, DC 20036
Published by American Chemical Society. Copyright © American Chemical Society. However, no copyright claim is made to original U.S. Government works, or works produced by employees of any Commonwealth realm Crown government in the course of their duties.

# Source signature of volatile organic compounds from oil and natural gas operations in northeastern Colorado

J.B. Gilman,* B.M. Lerner, W.C. Kuster, and J.A. de Gouw

Cooperative Institute for Research in Environmental Sciences, Univ. of Colorado, Boulder, CO

NOAA Earth System Research Laboratory, Chemical Sciences Division, Boulder, CO

*corresponding author

## Abstract

An extensive set of volatile organic compounds (VOCs) was measured at the Boulder Atmospheric Observatory (BAO) in winter 2011 in order to investigate the composition and influence of VOC emissions from oil and natural gas (O&NG) operations in northeastern Colorado.  BAO is 30 km north of Denver and is in the southwestern section of Wattenberg Field, one of Colorado's most productive O&NG fields.  We compare VOC concentrations at BAO to other U.S. cities; summertime measurements at two additional sites in northeastern Colorado; as well as the composition of raw natural gas from Wattenberg Field.  These comparisons show that (i) the VOC source signature associated with O&NG operations can be clearly differentiated from urban sources dominated by vehicular exhaust, and (ii) VOCs emitted from O&NG operations are evident at all three measurement sites in northeastern Colorado.  At BAO, the reactivity of VOCs with the hydroxyl radical (OH) was dominated by $C_2$-$C_6$ alkanes due to their remarkably large abundances (e.g., mean propane = 27.2 ppbv).  Through statistical regression analysis, we estimate that on average 55 ± 18% of the VOC-OH reactivity was attributable to emissions from O&NG operations indicating that these emissions are a significant source of ozone precursors.

## Introduction

Natural gas is a non-renewable fossil fuel that currently provides 25% of the total energy consumed in the United States.[1]  Of the domestic natural gas produced today, 46% is from "unconventional" reserves (i.e., shale and tight sands).  Since 2005, there has been an increase in "shale gas" production, which is expected to continue through 2035.[1]  The recent and projected increase in oil and natural gas (O&NG) extraction from "unconventional" reservoirs has heightened environmental concerns regarding increased emissions of the greenhouse gas methane ($CH_4$),[2-6] exposure to air toxics,[7] and degradation of local air quality.[4,8-9]

Raw, unprocessed natural gas is approximately 60-90% $CH_4$ by molecule.[10]  The remaining fraction differs by reservoir, and is typically composed of a mixture of volatile organic compounds (VOCs) including alkanes (paraffins), cycloalkanes (napthenes), aromatics, non-hydrocarbon gases (e.g., $CO_2$, $H_2S$, $SO_2$, He, etc.), and water.[10]  Certain by-products in raw natural gas will condense to the liquid phase depending on their vapor pressure and the conditions under which they are processed, transported, or stored.  Natural gas condensate is a low-density, hydrocarbon solution composed of hydrocarbons with a range of boiling points similar to gasoline whereas crude oil is a higher-density fluid composed primarily of higher molecular weight, and less volatile hydrocarbons.[10] A single well may produce crude oil, raw natural gas, condensate and water depending on the reservoir.  Specialized equipment located at each well site is designed to separate gases and oil from the liquid condensate and produced water.  These by-products represent a small fraction of the raw natural gas or crude oil composition; however, they are often concentrated in storage tanks at each well site until the liquids are removed by tanker truck or pipeline.  The industrial equipment required for O&NG operations includes diesel trucks, drilling rigs, power generators, phase separators, dehydrators, storage tanks, compressors, and pipelines.  Each piece of equipment used to install, operate, or service a well is a known or potential emission source of $CH_4$, VOCs, nitrogen oxides ($NO_x = NO+NO_2$), and other gases or particulate matter (PM).  Emissions of $CH_4$ and VOCs may occur at any stage of exploration and production by way of venting, flashing, flaring, or fugitive/non-permitted emissions.[11] When there are thousands of wells concentrated in a relatively small area, emissions

2

Environmental Science & Technology

from these individual point sources can accumulate and represent a substantial area source of VOCs and other trace gases to the atmosphere.[12] The focus of this study is to characterize the collective VOC emissions associated with O&NG operations in northeastern Colorado.

Enhanced levels of $C_2$-$C_5$ alkanes have been observed in ambient air samples collected near areas of O&NG production.[2,4,13] These emissions were attributed to primary emissions from the oil and gas industry.[2,4,13] Based on current U.S. emissions inventories, "natural gas and petroleum systems" are estimated to be the largest anthropogenic source of $CH_4$ (38%), and O&NG production contributes 11.3% of anthropogenic VOC emissions.[14-15] Top-down estimates of $CH_4$ emission rates in Colorado and the southwestern U.S. indicate that current emission inventories of this potent greenhouse gas may be underestimated.[2,4] This suggests that the co-emission of associated VOCs during the exploration for and the production of O&NG may also be underestimated.[4,16]

Emissions associated with O&NG operations can affect air quality. For example, collocated emissions of VOCs and $NO_x$ from oil and natural gas operations have been associated with high wintertime ozone levels ($O_3$ >150 ppbv hourly mean) in Wyoming's Green River Basin[9] and Utah's Uintah Basin.[17] As of 2007, portions of northeastern Colorado have been designated as a non-attainment area (NAA) for exceeding the 8-hour federal $O_3$ standard of 0.08 ppmv during the summertime. The NAA encompasses the Denver metropolitan area and surrounding cities where roughly one-half of Colorado's population resides, and Wattenberg Field where approximately 68% of the crude oil and 11% of the natural gas in Colorado is produced.[18] Since 2008, the O&NG industry in northeastern Colorado has been subjected to much tighter regulations aimed at reducing emissions of $CH_4$, VOCs, and $NO_x$ in concurrence with the State Implementation Plan to reduce ambient $O_3$ levels.[19]

The primary objectives of this study are to (i) characterize primary VOC emissions from O&NG operations in northeastern Colorado, and (ii) estimate the relative contribution of VOC emissions from O&NG operations to OH reactivity, a metric that identifies the key reactive species that are involved in photochemical $O_3$ formation. This study expands on previous observations[2,4] by providing a more detailed chemical

3

analysis of VOCs at higher temporal resolution.   This enhanced level of detail is required to clearly distinguish the VOC source signature associated with O&NG operations from urban activities.

**Methods**

*Measurement locations*

Wintertime measurements were conducted at NOAA's Boulder Atmospheric Observatory (BAO, 40.05°N, 105.00°W) as part of NACHTT (Nitrogen, Aerosol Composition, and Halogens on a Tall Tower) experiment from 18 February to 7 March 2011.   BAO is ~4 km east of Erie, Colorado and ~30 km north of the Denver metropolitan area, and is located within the southwestern section of Wattenberg Field of the greater Denver-Julesburg Basin (see map in Supplementary Information, Figure S1).[2,20]   At the time of these measurements, there were >15,000 active oil and natural gas wells within a 100 km radius and 22 wells within a 0.8 km (0.5 mile) radius from BAO.  The nearest well pad was 300 m to the west.

Two summertime studies were also conducted in northeastern Colorado.   . Measurements in Boulder, Colorado took place at NOAA's David Skaggs Research Center ~15 km west of BAO (39.99°N, 105.26°W) from 7-9 September 2010 during the Fourmile Canyon wildfire that was burning nearby and intermittently impacting the site (Figure S1).[21]   Measurements were conducted near Fort Collins, Colorado ~80 km north of BAO in an agricultural research field operated by Colorado State University (40.67°N, 105.00°W) from 20-24 July 2011.

For comparison, we include ship-borne measurements conducted in the Houston, Texas and Galveston Bay Area from August to September 2006 as part of TexAQS/GoMACCS 2006 (Texas Air Quality Study/Gulf of Mexico Atmospheric Composition and Climate Study)[22] in addition to measurements conducted in Pasadena, California (34.14°N, 118.12°W) as part of CalNex 2010 (California Nexus) from 15 May to 15 June 2010.[23]

*Instrumentation*

4

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 174 of 323

Environmental Science & Technology

VOCs were measured in-situ by a custom-built, two-channel gas chromatograph-mass spectrometer (GC-MS).[24]  An unheated PFA inlet (20 m length, 4 mm i.d.) was continuously flushed with 7 SLPM of ambient air so that the inlet residence time was < 3 seconds.  Inlet heights ranged from 8 m (at BAO) to 2.5 m (at Boulder and Fort Collins sites) above ground level.  From the high volume inlet flow, two 350 mL ambient air samples are simultaneously collected for 5 min.  During sample acquisition, water, $CO_2$, and $O_3$ are removed prior to cryogenically trapping the VOCs.[12]

The two samples collected in parallel are subsequently analyzed on their respective chromatographic columns.  Channel 1 utilizes an $Al_2O_3$/KCl PLOT column ramped from 55°C to 150°C in 3.5 min to separate the $C_2$-$C_5$ hydrocarbons.  The $C_5$-$C_{11}$ hydrocarbons, oxygen-, nitrogen-, and halogen-containing VOCs are analyzed on Channel 2, which consists of a semi-polar DB-624 capillary column ramped from 38°C to 130°C in 11 min.  The effluent from each column is sequentially analyzed by a linear quadrupole mass spectrometer (Agilent 5973N).  The combined sample acquisition (5 min) and analysis (25 min) cycle repeats every 30 min. The limit of detection, precision, and accuracy are compound dependent, but are typically better than 0.010 ppbv, 15%, and 25%, respectively.[22,24]  Each compound reported is individually calibrated for using dynamic dilutions of several independent, multi-component gas-phase standards.[22]

## Results and discussion

*Comparison of U.S. cities*

Measurements of propane, benzene, and ethyne in northeastern Colorado are compared to other U.S. cities in order to highlight the influence of various emission sources on the observed mixing ratios of these compounds (Figure 1).  Statistics for observations at BAO are summarized in Table 1 (see Supporting Information, Table S1 for statistics for all VOCs reported).

The mean mixing ratio of propane at BAO (27 ± 1 ppbv, mean ± standard error of mean) exceeds the range reported for 28 U.S. cities,[25] indicating the presence of a large propane source that is unique to the area.  The mean propane level at BAO is 3-9 times larger than the observed means in the highly industrialized area of Houston, TX (6.7 ± 0.8 ppbv),[22] the large urban area of Pasadena, CA (2.92 ± 0.03 ppbv), and the two other

5

Colorado sites (Boulder = 5.4 ± 0.5 ppbv, Fort Collins = 8.0 ± 0.5 ppbv) that lie outside of Wattenberg Field (Figure S1).  Urban propane sources include the use of liquefied petroleum gas (LPG) and a minor source from fossil fuel combustion.[26-27]  Propane is produced during biomass burning (BB); however, the maximum observed value in Boulder was not associated with BB and there was no evidence of BB affecting the other datasets.  Industrial sources of propane include raw natural gas processing and use as a feedstock in the petrochemical industry.  The maximum propane level at BAO (304 ppbv) is most comparable to Houston (347 ppbv), where several fossil fuel refineries and petrochemical facilities are located.

Mean mixing ratios for benzene and ethyne for all datasets are within the range reported for 28 U.S. cities.[25]  Houston has the highest mean (0.42 ± 0.03 ppbv) and maximum (11.9 ppbv) benzene due to the industrial sources in the area.[22]  Pasadena has the highest mean ethyne (1.27 ± 0.01 ppbv) due to the preponderance of on road combustion sources.  The maximum values for benzene (2.77 ppbv) and ethyne (8.36 ppbv) in Boulder were observed in biomass burning plumes.    BAO and Fort Collins have elevated mean propane levels, but mean benzene and ethyne levels similar to other U.S. cities (Figure 1), indicating that both these sites are influenced by an area propane source that is unrelated to combustion.

At BAO, the $C_2$-$C_7$ alkanes and $C_5$-$C_6$ cycloalkanes are also highly abundant and are tightly correlated with propane (coefficients of determination, $r_{propane}$ > 0.90) but less so with ethyne ($r_{ethyne}$ < 0.78, Table 1).  This is in accordance with long-term measurements at the top of the 300 m tower at BAO by Pétron et al. who showed that the $C_3$-$C_5$ alkanes (i) are significantly enhanced compared to other measurements on tall towers in the U.S., (ii) strongly correlate with one another, but do not always correlate well with combustion tracers such as carbon monoxide and (iii) are enhanced by a factor of ~1.75 in the winter compared to summer due to longer photochemical lifetimes and more stable/stratified boundary layer conditions during the colder winter months.[2]  In comparison, the 2011 wintertime propane levels at BAO are >3 times greater than the summertime levels in Boulder and Fort Collins suggesting that enhancements in propane at BAO cannot be explained by seasonal differences alone. The strong correlations of the $C_2$-$C_7$ alkanes and $C_5$-$C_6$ cycloalkanes with propane

suggest that these compounds (i) have a similar source as propane, and (ii) there was minimal photochemical processing during the wintertime study at BAO.   One would expect to see greater variability (smaller $r_{propane}$) if there were other VOC sources with disparate emission ratios or from the preferential removal of the more reactive VOCs (e.g., heptane) as an air mass is photochemically aged.

*Source signature of O&NG operations in Northeastern Colorado*

The magnitude of observed VOC mixing ratios (Figure 1) will be affected by boundary layer conditions, the proximity to emission sources, and the extent of photochemical processing.  In order to minimize these effects, we utilize the iso-pentane to n-pentane ($iC_5/nC_5$) enhancement ratio to identify the VOC source signature of O&NG operations.  The $iC_5/nC_5$ enhancement ratio is equal to the slope of a linear 2-sided fit of an iso-pentane to n-pentane correlation plot (Figure 2).  This ratio is largely independent of air mass mixing and dilution as both species are similarly affected;[28] therefore, the ratio will not be unduly influenced by the boundary layer conditions or the proximity to emission sources.   The $iC_5/nC_5$ ratio will also be minimally affected by photochemical processing (which is minimal for the wintertime study) as both species have similar reaction rate coefficients with the hydroxyl radical.[29]

In Figure 2, we compare the observed $iC_5/nC_5$ enhancement ratios for the same set of U.S. cities included in Figure 1.  Pasadena has the highest $iC_5/nC_5$ ratio of 2.41 ± 0.02 (r = 0.94).  Literature values for the $iC_5/nC_5$ ratio for gasoline related sources range from 2.3 for the composition of liquid gasoline blended for wintertime use in California[30] to 3.80 for the composition of gasoline vapors.[30-31]  The $iC_5/nC_5$ ratio in Pasadena lies within this range and most closely matches the values observed in a Los Angeles tunnel study ($iC_5/nC_5$ = 2.45)[32] indicating that emissions from gasoline fueled vehicles are the main sources of these compounds in Pasadena.

The $iC_5/nC_5$ ratios observed at BAO (0.885 ± 0.002, r = 0.998), Fort Collins (0.809 ± 0.008, r = 0.990), and Boulder (1.10 ± 0.05, r = 0.91) are significantly lower than that observed in Pasadena indicating that gasoline is not the primary source of these compounds in these datasets.  The $iC_5/nC_5$ enhancement ratio for raw natural gas in the Greater Wattenberg Area of the Denver-Julesburg Basin is 0.86 ± 0.02 (r =

7

0.97)[33], which is statistically equivalent to that observed in ambient air at BAO.  The identical $iC_5/nC_5$ ratios observed in ambient air at BAO and raw natural gas samples collected in Wattenberg Field strongly suggest that O&NG operations in the area are the dominant source of these compounds.  For Boulder, the individual data points lie on or between the $iC_5/nC_5$ ratios for Pasadena and BAO, indicating that both urban activities and O&NG operations impacted air masses in Boulder.[34]  Our analysis shows that all three measurement sites in Colorado were influenced by VOC emissions from O&NG operations concentrated in Wattenberg Field of the greater Denver-Julesburg Basin.

The $iC_5/nC_5$ ratio appears to be similar for different O&NG reservoirs.  For example, Gilman et al. reported intercepting an air mass influenced by natural gas activities on Russia's Kola Peninsula with an $iC_5/nC_5$ ratio of 0.89.[24]  Riaz et al. reported an $iC_5/nC_5$ ratio of 0.84 for natural gas condensate from a reservoir in the North Sea.[35]  The composition of the Macondo reservoir fluid that escaped into the Gulf of Mexico after the Deepwater Horizon explosion had an $iC_5/nC_5$ ratio of 0.82.[36]  Additionally, iso-pentane and n-pentane have similar boiling points, vapor pressures, and reaction rate coefficients with the hydroxyl radical so that the $iC_5/nC_5$ ratio will be less susceptible to perturbations during initial processing stages or photochemical oxidation upon release to the atmosphere. The $iC_5/nC_5$ ratio appears to be a robust indicator of the influence of O&NG operations.

*Source apportionment of VOCs at BAO in northeastern Colorado*

At BAO, the $C_2$-$C_7$ alkanes and several of the cycloalkanes are tightly correlated with propane ($r_{propane}$ > 0.90, Table 1), a predominant by-product in O&NG production, whereas the $C_9$ aromatics and ethene are more tightly correlated with ethyne ($r_{ethyne}$ >0.90), a combustion tracer associated with urban activities.  We use these two species in a multivariate regression analysis to show that the variability in propane and ethyne can be used to explain the observed variability of the other VOCs. This allows us to (i) characterize the emission source profiles of various hydrocarbons associated with these sources and (ii) estimate the relative contribution of each emission source.

The expression used for the multivariate analysis is given by:

$$[VOC] = Bkgd_{VOC} + \{ER'_{propane} \times [propane_O]\} + \{ER'_{ethyne} \times [ethyne_O]\} \quad (1)$$

8

where [VOC] is the mixing ratio of the VOC to be fitted, and $Bkgd_{VOC}$, is equal to the minimum observed values (Table S1), [propane$_0$] and [ethyne$_0$] are the observed propane and ethyne mixing ratios minus the minimum observed values for propane (0.58 ppbv) and ethyne (0.30 ppbv), respectively. The expression (eq 1) is solved for $ER'_{propane}$, and $ER'_{ethyne}$, which represent the derived values of the VOC emission ratio relative to propane, and the VOC emission ratio relative to ethyne, respectively. Equation 1 does not include terms for photochemical production/loss as we assume photochemistry was negligible (see discussion above).

One limitation of this simplified source apportionment analysis is that $ER'_{propane}$ = 1 and $ER'_{ethyne}$ = 0 for propane and $ER'_{propane}$ = 0 and $ER'_{ethyne}$ = 1 for ethyne by definition. For explicit quantification of $ER'_{propane}$ and $ER'_{ethyne}$, the two variables ([propane$_0$] and [ethyne$_0$]) should be independent of one another. Raw and processed natural gas contains propane but not ethyne; however, combustion of fossil fuels often produces small amounts of propane relative to ethyne. Propane to ethyne emission ratios range from <0.10 for tailpipe emissions[32] to 1.2-2.5 for urban areas that may include natural gas sources.[37] These ratios are significantly less than the observed propane to ethyne enhancement ratio at BAO (ER$_{ethyne}$ = 97, see Table S1 and Table of Contents Figure) indicating that ethyne sources will have a small contribution to propane for the vast majority of the samples.

In Figure 3a-f, we compare the observed mixing ratios with those derived from the multivariate analysis for three example compounds: iso-butane, benzene, and ethene. The time series of the derived mixing ratios are colored by the contribution from each of the three terms of the multivariate fit, and the pie charts depict the mean contribution of each term. The variability of the three species is well represented by the multivariate fit ($r_{fit}$ > 0.94, Figure 3d-3f). For iso-butane, the correlation with propane is so strong ($r_{propane}$ = 0.99, Table 1) that the propane term ($ER'_{propane}$ × [propane]) completely dominates (Figure 3a). Benzene has significant contributions from both the propane and ethyne terms indicating benzene emissions are from more than one source (Figure 3b), similar to the findings of Pétron et al.[2] For ethene, the ethyne term dominates indicating combustion related sources are the primary source of this compound.

Results of the multivariate fit for all VOCs reported are compiled in Tables 1 and S1.  The multivariate analysis using only propane and ethyne as variables adequately captures the observed variability ($r_{fit} > 0.80$) in the alkanes, cycloalkanes, aromatics, and alkenes including isoprene (see Table S1).  The other biogenic VOCs and oxygenated VOCs are not tightly correlated with either propane or ethyne resulting in a poorer fit ($r_{fit} < 0.80$ and $slope_{fit} < 0.65$) indicating that these compounds have additional sources and/or natural variabilities that are independent of propane and ethyne emissions and will therefore be excluded from further discussion.

Figure 4 shows the comparison of the derived emission ratios ($ER'_{propane}$ and $ER'_{ethyne}$) to various emission sources.  $ER'_{propane}$ is compared to VOC to propane ratios determined from the composition of raw natural gas in the Greater Wattenberg Area[33] ($ER_{propane}$ raw gas, Figure 4a) and for ambient air sampled downwind of an oil storage tank with a working oil well as reported by Katzenstein et al.[4] (Figure 4b).  The emission ratios for a majority of the compounds in all three datasets agree within a factor of 2; however, the derived propane source profile (i.e., the composite of the individual $ER'_{propane}$) agrees more closely with the ambient air profile from Katzenstein et al.  In Figure 4a, the derived ethane to propane emission ratio is lower in ambient air than expected from the raw natural gas composition ($ER'_{propane} < ER_{propane}$ raw gas), while the derived emissions of the $C_4$-$C_5$ alkanes relative to propane are higher than $ER_{propane}$ raw gas.  This suggests that the C2-C5 alkanes observed in ambient air at BAO may not be only from direct venting of raw natural gas to the atmosphere, but from the emission of raw natural gas components after some stage of initial processing where the lighter, more volatile components have been partially separated from the heavier, less volatile components; a common industry practice called condensate stabilization.[38]  These findings are consistent with previous observations by Pétron et al. at BAO.[2] We note that the iC$_5$/nC$_5$ ratio (see previous discussion) would not be affected by condensate stabilization because they have similar vapor pressures.

The derived $ER'_{ethyne}$ are compared to published VOC to ethyne emission ratios measured in gasoline-powered motor vehicle exhaust[27] (Figure 4c) and in urban Los Angeles[23] (Figure 4d).  For the $C_3$-$C_5$ alkanes, $ER'_{ethyne}$ derived for BAO is 0 because the fit is overwhelmed by the propane source term; therefore, these compounds do not

10

appear in Figures 4c-4d due to the logarithmic scale. The $ER'_{ethyne}$ for the majority of the $C_6$-$C_{11}$ alkanes, $C_6$-$C_9$ aromatics, and $C_2$-$C_3$ alkenes agree with literature values for ambient air in the urban area of Los Angeles. The derived ethane to ethyne emission ratio is greater than that expected for vehicle exhaust and in Los Angeles ($ER'_{ethyne}$ > $ER_{ethyne}$) suggesting that we are overestimating the urban emission ratio of ethane at BAO by more than a factor of 2.

From these comparisons, we conclude that a large fraction of the VOC variability observed at BAO can be explained by a linear combination of two emission sources. The first source is proportional to propane, has a composition that is similar to that of natural gas itself and to emissions from condensate tanks in Texas and Oklahoma, and is therefore attributed to O&NG operations in the area surrounding BAO. The second source is proportional to ethyne, has a composition similar to that of urban emissions and is therefore attributed to traffic-related sources in the area. The relative contribution of O&NG operations to the observed mixing ratios can now be estimated from Equation 1 by a ratio of the three components of the multivariate analysis as shown:

$$O\&NG \; Fraction = \frac{\{ER'_{propane} \times [propane_0]\}}{Bkgd_{VOC} + \{ER'_{propane} \times [propane_0]\} + \{ER'_{ethyne} \times [ethyne_0]\}} \qquad (2)$$

The mean O&NG fractional contributions for those VOCs included in the subsequent analysis section are compiled in Tables 1 and S1. From this analysis, O&NG operations in northeastern Colorado during the wintertime study at BAO are identified as the dominant source of $C_2$-$C_8$ alkanes and $C_5$-$C_8$ cycloalkanes and a minor source of $C_6$-$C_8$ aromatics and alkenes compared to urban emission sources.

*OH reactivity*

The primary source of $O_3$ in the lower troposphere is the photolysis of $NO_2$ that has been produced from peroxy radical (ROO•) oxidation of NO. In typical urban air masses, a complex, photo-initiated oxidation sequence that involves reactions between NOx (NOx = NO+$NO_2$) and reactive VOCs provides the peroxy radicals required for the fast and efficient photochemical formation of $O_3$. Oxidation of VOCs by the hydroxyl radical (•OH) is the initial step in the process. OH reactivity is a simple metric that identifies the key reactants that most readily form ROO•, and therefore, are most likely

11

to play a key role in the potential formation of $O_3$. The actual amount of $O_3$ produced is dependent on the relative abundances of NOx and VOCs, which affect the overall oxidation mechanism.

The OH reactivity for the VOCs measured at BAO was calculated using:

$$R_{OH+VOC} = \sum(k_{OH+VOC} \times [VOC]) \hspace{2cm} (3)$$

where $R_{OH+VOC}$ is the sum of the products of the temperature and pressure dependent reaction rate coefficient, $k_{OH+VOC}$, and the VOC concentration, $[VOC]$, in molec cm$^{-3}$. The campaign mean and median $R_{OH+VOC}$ for the wintertime measurements at BAO are $3 \pm 3$ s$^{-1}$ and 2 s$^{-1}$, respectively. We compare this to the Texas study where the median $R_{OH+VOC}$ ranged from 0.28 s$^{-1}$ in the remote marine boundary layer to 3.02 s$^{-1}$ near Houston in the summertime.[22]

The diurnal profile of the mean and median $R_{OH+VOC}$ (Figure 5a) shows that the OH reactivity is greater in the first half of the day (00:00-12:00 MST). The decrease around 12:00 MST is associated with an increase in both wind speed and boundary layer depth, which effectively dilutes the reactants resulting in a reduction of $R_{OH+VOC}$. The fractional contribution of each VOC class to R$_{OH+VOC}$ (Figure 5b) is independent of the boundary layer dynamics. $R_{OH+VOC}$ is dominated by the alkanes, which account for 60% of the OH reactivity on average. Reactivity of the oxygenated VOCs (OVOCs), which is dominated by acetaldehyde and ethanol, accounts for 27% of the VOC reactivity. Alkenes, cycloalkanes, and biogenics are generally more of reactive than alkanes; however, their relatively low abundances compared to the alkanes make them only minor contributors to $R_{OH+VOC}$.

We can estimate the contribution of hydrocarbons emitted from O&NG activities by applying the O&NG fraction from the combination of Eqs 2 and 3.

$$R_{OH+VOC}\ O\&NG = \sum(k_{OH+VOC} \times [VOC] \times O\&NG\ fraction) \hspace{1cm} (4)$$

The mean contribution of VOCs attributed to O&NG activities ($R_{OH+VOC}\ O\&NG$) is $55 \pm 18\%$ (1 sigma deviation) for the BAO dataset. This large contribution directly pertains to the elevated concentrations of the light alkanes, which are known by-products of and are attributed to O&NG production. The fraction of reactivity due to emissions from O&NG emissions varies strongly between different air masses. The distribution of calculated $R_{OH+VOC}\ O\&NG$ values is included in Figure S2 as well as a

12

Environmental Science & Technology

wind directional analysis.  Samples with the highest $R_{OH+VOC}$ O&NG occur when winds arrive at BAO from the northeast sector where the majority of the O&NG wells are located (Figure S2).  Only 4% of all samples at BAO had high $R_{OH+VOC}$ O&NG and were from the western sector where the nearest wells are located indicating that they were not the dominant O&NG source at BAO.

The results of this analysis indicate that VOC emissions from O&NG production in northeastern Colorado are a significant source of $O_3$-precursors in this region.  The contribution from O&NG operations is expected to decrease somewhat during the summertime "$O_3$ season" as the relative importance of biogenic VOCs may increase. We have recently conducted summertime measurements at BAO in order to investigate the relative role of biogenic VOCs and investigate the products formed during active photochemistry in order to identify the important VOC precursors, which will be detailed in a forthcoming analysis.

## Associated Content

*Supporting Information*

Data from the 2011 wintertime study at BAO (NACHTT) is available at http://www.esrl.noaa.gov/csd/groups/csd7/measurements/2011NACHTT/Tower/DataDownload/.  An expanded table of statistics and analysis results for all 53 VOCs reported in included in Table S1.  Additional figures include a detailed map of the measurement sites in northeastern Colorado (Figure S1) and the distribution of calculated $R_{OH+VOC}$ O&NG values and associated wind rose frequency plots (Figure S2).  This material is available free of charge via the Internet at http://pubs.acs.org/.

## Author Information

*Corresponding Author*

325 Broadway CSD/7, Boulder, CO 80305

Phone: 303-497-4949

Fax: 303-497-5126

E-mail:  jessica.gilman@noaa.gov

13

*Notes*

The authors declare no competing financial interest.


**Acknowledgements**

The authors acknowledge the use of NOAA's Boulder Atmospheric Observatory (BAO) and Colorado State University's ARDEC.   We thank Dan Wolfe and Bruce Bartram for meteorological data and logistical support.  Funding was provided in part by NOAA's Atmospheric Chemistry and Climate and Health of the Atmosphere Program and USDA-grant 2009-35112-05217.   Helpful discussions with David Parrish, Carsten Warneke, Martin Graus, Eric Williams, Steven Brown, James Roberts, and Greg Frost have improved this manuscript.

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56
57
58
59
60

## References

(1) *Annual Energy Outlook 2012*; DOE/EIA-0383(2012); U.S. Energy Information Administration (EIA): Washington, DC, 2012; www.eai.gov/forecasts/aeo.

(2) Pétron, G.; Frost, G.; Miller, B. R.; Hirsch, A. I.; Montzka, S. A.; Karion, A.; Trainer, M.; Sweeney, C.; Andrews, A. E.; Miller, L.; Kofler, J.; Bar-Ilan, A.; Dlugokencky, E. J.; Patrick, L.; Moore, C. T., Jr.; Ryerson, T. B.; Siso, C.; Kolodzey, W.; Lang, P. M.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P.  Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res. Atmos.* **2012**, *117* D04304; doi 10.1029/2011jd016360.

(3) Howarth, R. W.; Santoro, R.; Ingraffea, A.  Methane and the greenhouse-gas footprint of natural gas from shale formations. *Climatic Change.* **2011**, *106* (4), 679-690; doi 10.1007/s10584-011-0061-5.

(4) Katzenstein, A. S.; Doezema, L. A.; Simpson, I. J.; Balke, D. R.; Rowland, F. S.  Extensive regional atmospheric hydrocarbon pollution in the southwestern United States. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100* (21), 11975-11979; doi 10.1073/pnas.1635258100.

(5) Burnham, A.; Han, J.; Clark, C. E.; Wang, M.; Dunn, J. B.; Palou-Rivera, I.  Life-cycle greenhouse gas emissions of shale gas, natural gas, coal, and etroleum. *Environ. Sci. Technol.* **2012**, *46* (2), 619-627; doi 10.1021/es201942m.

(6) Jiang, M.; Griffin, W. M.; Hendrickson, C.; Jaramillo, P.; VanBriesen, J.; Venkatesh, A.  Life cycle greenhouse gas emissions of Marcellus shale gas. *Environ. Res. Lett.* **2011**, *6* (3), 034014; doi 10.1088/1748-9326/6/3/034014.

(7) McKenzie, L. M.; Witter, R. Z.; Newman, L. S.; Adgate, J. L.  Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci. Total Environ.* **2012**, *424* 79-87; doi 10.1016/j.scitotenv.2012.02.018.

(8) Kemball-Cook, S.; Bar-Ilan, A.; Grant, J.; Parker, L.; Jung, J.; Santamaria, W.; Mathews, J.; Yarwood, G.  Ozone impacts of natural gas development in the Haynesville Shale. *Environ. Sci. Technol.* **2010**, *44* (24), 9357-9363; doi 10.1021/es1021137.

(9) Schnell, R. C.; Oltmans, S. J.; Neely, R. R.; Endres, M. S.; Molenar, J. V.; White, A. B.  Rapid photochemical production of ozone at high concentrations in a rural site during winter. *Nature Geoscience.* **2009**, *2* (2), 120-122; doi 10.1038/ngeo415.

(10) Lyons, W. C.; Plisga, G. *Standard Handbook of Petroleum and Natural Gas Engineering*. Second ed.; Gulf Professional Publishing: Burlington, MA, 2005.

(11) *Oil and natural gas sector:  New source performance standards and national emission standards for hazardous air pollutants reviews*; EPA-HQ-OAR-2010-0505; U.S. Environmental Protection Agency (EPA): Washington, D.C., 2012; http://www.epa.gov/airquality/oilandgas/pdfs/20120417finalrule.pdf.

(12) Goldan, P. D.; Kuster, W. C.; Williams, E.; Murphy, P. C.; Fehsenfeld, F. C.; Meagher, J.  Nonmethane hydrocarbon and oxy hydrocarbon measurements during the 2002 New England Air Quality Study. *J. Geophys. Res. Atmos.* **2004**, *109* (D21), D21309; doi 10.1029/2003JD004455.

(13) Viswanath, R. S.  Characteristics of oil-field emissions in the vicinity of Tulsa, Oklahoma. *J. Air Waste Manage. Assoc.* **1994**, *44* (8), 989-994.

(14) *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2010*; EPA430-R-12-001; U.S. Environmental Protection Agency (EPA): Washington, DC, 2012; http://epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2012-Main-Text.pdf.

(15) National Emissions Inventory. http://www.epa.gov/ttn/chief/net/2008inventory.html (accessed June 2012).

(16) Xiao, Y.; Logan, J. A.; Jacob, D. J.; Hudman, R. C.; Yantosca, R.; Blake, D. R.  Global budget of ethane and regional constraints on US sources. *J. Geophys. Res. Atmos.* **2008**, *113* (D21), D21306; doi 0.1029/2007jd009415.

(17)  *Final Report: Uinta Basin Winter Ozone and Air Quality Study*; Energy Dynamics Laboratory, Utah State University Research Foundation (EDL-USURF): Vernal, 2011; http://rd.usu.edu/files/uploads/edl_2010-11_report_ozone_final.pdf.

(18)  Colorado oil and gas information system (COGIS) - 2011 Production data inquiry for Wattenberg Field #90750. http://cogcc.state.co.us/.

(19)  Summary of control requirements: North Front Range ozone non-attainment area. http://www.colorado.gov/cs/Satellite?c=Page&childpagename=CDPHE-AP%2FCBONLayout&cid=1251597644153&pagename=CBONWrapper (accessed June 2012).

(20)  Brown, S. S.; Dube, W. P.; Osthoff, H. D.; Wolfe, D. E.; Angevine, W. M.; Ravishankara, A. R.  High resolution vertical distributions of NO3 and N2O5 through the nocturnal boundary layer. *Atmos. Chem. Phys.* **2007**, *7* 139-149; doi 10.5194/acp-7-139-2007.

(21)  Roberts, J. M.; Veres, P. R.; Cochran, A. K.; Warneke, C.; Burling, I. R.; Yokelson, R. J.; Lerner, B.; Gilman, J. B.; Kuster, W. C.; Fall, R.; de Gouw, J.  Isocyanic acid in the atmosphere and its possible link to smoke-related health effects. *Proc. Natl. Acad. Sci. U.S.A.* **2011**, *108* (22), 8966-8971; doi 10.1073/pnas.1103352108.

(22)  Gilman, J. B.; Kuster, W. C.; Goldan, P. D.; Herndon, S. C.; Zahniser, M. S.; Tucker, S. C.; Brewer, W. A.; Lerner, B. M.; Williams, E. J.; Harley, R. A.; Fehsenfeld, F. C.; Warneke, C.; de Gouw, J. A.  Measurements of volatile organic compounds during the 2006 TexAQS/GoMACCS campaign: Industrial influences, regional characteristics, and diurnal dependencies of the OH reactivity. *J. Geophys. Res. Atmos.* **2009**, *114* doi 10.1029/2008jd011525.

(23)  Borbon, A.; Gilman, J. B.; Kuster, W. C.; Grand, N.; Chevaillier, S.; Colomb, A.; Dolgorouky, C.; Gros, V.; Lopez, M.; Sarda-Esteve, R.; Holloway, J.; Stutz, J.; Perrussel, H.; Petetin, H.; McKeen, S.; Beekmann, M.; Warneke, C.; Parrish, D. D.; de Gouw, J. A.  Emission ratios of anthropogenic VOC in northern mid-latitude megacities: observations vs. emission inventories in Los Angeles and Paris. **in press**, doi 10.1029/2012JD018235.

(24)  Gilman, J. B.; Burkhart, J. F.; Lerner, B. M.; Williams, E. J.; Kuster, W. C.; Goldan, P. D.; Murphy, P. C.; Warneke, C.; Fowler, C.; Montzka, S. A.; Miller, B. R.; Miller, L.; Oltmans, S. J.; Ryerson, T. B.; Cooper, O. R.; Stohl, A.; de Gouw, J. A.  Ozone variability and halogen oxidation within the Arctic and sub-Arctic springtime boundary layer. *Atmos. Chem. Phys.* **2010**, *10* (21), 10223-10236; doi 10.5194/acp-10-10223-2010.

(25)  Baker, A. K.; Beyersdorf, A. J.; Doezema, L. A.; Katzenstein, A.; Meinardi, S.; Simpson, I. J.; Blake, D. R.; Rowland, F. S.  Measurements of nonmethane hydrocarbons in 28 United States cities. *Atmos. Environ.* **2008**, *42* (1), 170-182; doi:10.1016/j.atmosenv.2007.09.007

(26)  Bon, D. M.; Ulbrich, I. M.; de Gouw, J. A.; Warneke, C.; Kuster, W. C.; Alexander, M. L.; Baker, A.; Beyersdorf, A. J.; Blake, D.; Fall, R.; Jimenez, J. L.; Herndon, S. C.; Huey, L. G.; Knighton, W. B.; Ortega, J.; Springston, S.; Vargas, O.  Measurements of volatile organic compounds at a suburban ground site (T1) in Mexico City during the MILAGRO 2006 campaign: measurement comparison, emission ratios, and source attribution. *Atmos. Chem. Phys.* **2011**, *11* (6), 2399-2421; doi 10.5194/acp-11-2399-2011.

(27)  Schauer, J. J.; Kleeman, M. J.; Cass, G. R.; Simoneit, B. R. T.  Measurement of emissions from air pollution sources. 5. C-1-C-32 organic compounds from gasoline-powered motor vehicles. *Environ. Sci. Technol.* **2002**, *36* (6), 1169-1180; doi 10.1021/es0108077.

(28)  Parrish, D. D.; Stohl, A.; Forster, C.; Atlas, E. L.; Blake, D. R.; Goldan, P. D.; Kuster, W. C.; de Gouw, J. A.  Effects of mixing on evolution of hydrocarbon ratios in the troposphere. *J. Geophys. Res. Atmos.* **2007**, D10S34; doi doi:10.1029/2006jd007583.

(29)  Atkinson, R.  Gas phase tropospheric chemistry of organic compounds: A review. *Atmos. Environ.* **1990**, *24A* 1-41.

(30)  Gentner, D. R.; Harley, R. A.; Miller, A. M.; Goldstein, A. H.  Diurnal and seasonal variability of gasoline-related volatile organic compound emissions in Riverside, California. *Environ. Sci. Technol.* **2009**, *43* (12), 4247-4252; doi 10.1021/es9006228.

(31)  McGaughey, G. R.; Desai, N. R.; Allen, D. T.; Seila, R. L.; Lonneman, W. A.; Fraser, M. P.; Harley, R. A.; Pollack, A. K.; Ivy, J. M.; Price, J. H.  Analysis of motor vehicle emissions in a Houston tunnel during the Texas Air Quality Study 2000. *Atmos. Environ.* **2004**, *38* (20), 3363-3372; doi doi:10.1016/j.atmosenv.2004.03.006.

(32)  Fraser, M. P.; Cass, G. R.; Simoneit, B. R. T.  Gas-phase and particle-phase organic compounds emitted from motor vehicle traffic in a Los Angeles roadway tunnel. *Environ. Sci. Technol.* **1998**, *32* (14), 2051-2060.

(33)  *Greater Wattenberg Area Baseline Study*; Colorado Oil and Gas Conservation Commission (COGCC): 2007; http://cogcc.state.co.us/Library/DenverBasin/Greater_Wattenberg_Baseline_Study_Report_062007.pdf f.pdf.

(34)  Goldan, P. D.; Trainer, M.; Kuster, W. C.; Parrish, D. D.; Carpenter, J.; Roberts, J. M.; Yee, J. E.; Fehsenfeld, F. C.  Measurements of hydrocarbons, oxygenated hydrocarbons, carbon-monoxide, and nitrogen-oxides in an urban basin in Colorado - Implications for emission inventories. *J. Geophys. Res. Atmos.* **1995**, *100* (D11), 22771-22783; doi 10.1029/95jd01369.

(35)  Riaz, M.; Kontogeorgis, G. M.; Stenby, E. H.; Yan, W.; Haugum, T.; Christensen, K. O.; Lokken, T. V.; Solbraa, E.  Measurement of liquid-liquid equilibria for condensate plus glycol and condensate plus glycol plus water systems. *J. Chem. Eng. Data.* **2011**, *56* (12), 4342-4351; doi 10.1021/je200158c.

(36)  Ryerson, T. B.; Aikin, K. C.; Angevine, W. M.; Atlas, E. L.; Blake, D. R.; Brock, C. A.; Fehsenfeld, F. C.; Gao, R. S.; de Gouw, J. A.; Fahey, D. W.; Holloway, J. S.; Lack, D. A.; Lueb, R. A.; Meinardi, S.; Middlebrook, A. M.; Murphy, D. M.; Neuman, J. A.; Nowak, J. B.; Parrish, D. D.; Peischl, J.; Perring, A. E.; Pollack, I. B.; Ravishankara, A. R.; Roberts, J. M.; Schwarz, J. P.; Spackman, J. R.; Stark, H.; Warneke, C.; Watts, L. A.  Atmospheric emissions from the Deepwater Horizon spill constrain air-water partitioning, hydrocarbon fate, and leak rate. *Geophys. Res. Lett.* **2011**, *38* doi 10.1029/2011gl046726.

(37)  Warneke, C.; McKeen, S. A.; de Gouw, J. A.; Goldan, P. D.; Kuster, W. C.; Holloway, J. S.; Williams, E. J.; Lerner, B. M.; Parrish, D. D.; Trainer, M.; Fehsenfeld, F. C.; Kato, S.; Atlas, E. L.; Baker, A.; Blake, D. R.  Determination of urban volatile organic compound emission ratios and comparison with an emissions database. *J. Geophys. Res.-Atmos.* **2007**, *112* (D10), D10S47; doi 10.1029/2006jd007930.

(38)  Mokhatab, S.; Poe, W. A.; Speight, J. G. *Handbook of Natural Gas Transmission and Processing*. Elsevier, Inc.: Burlington, MA, 2006.

**Table of Contents Figure**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56
57
58
59
60

**Figure 1**.  Box and whisker plots (maximum, 75th, 50th, 25th percentiles, and minimum) including mean values (open circles) for a) propane, b) benzene, and c) ethyne.  Range of mean values for 28 U.S. cities (Baker et al.) is indicated by red dashed lines.



ACS Paragon Plus Environment

**Figure 2**. Correlation plots of iso-pentane versus n-pentane for BAO, Fort Collins, and Boulder measurement sites in northeastern Colorado. Data from other U.S. cities including Houston, Texas (TexAQS 2006, individual data points not shown) and Pasadena, California (CalNex 2010) are included for comparison. Raw natural gas samples from the Greater Wattenberg Area of the Denver-Julesburg Basin are plotted as mole percent. Enhancement ratios (ER) are determined by linear 2-sided fits. Inset shows the full range of ambient observations.



Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 190 of 323

Environmental Science & Technology

**Figure 3**.  The left column shows the time series of the measured mixing ratios at BAO and mixing ratios derived from the multivariate fit for a) iso-butane, b) benzene and c) ethene.  The time series of the derived mixing ratio and the pie charts are colored by the contribution of each term of the multivariate fit analysis.  The pie charts depict the mean contribution of each term.  The right column shows correlation plots of the derived versus the measured mixing ratios for d) iso-butane, e) benzene and f) ethene where $r_{fit}$ is the linear correlation coefficient and $S_{fit}$ is the slope of the linear 2-sided fit.



**Figure 4**.  Comparison of VOC-to-propane emission ratios derived from the multivariate fit ($ER'_{propane}$) versus VOC-to-propane ratios a) for raw natural gas in the Greater Wattenberg Area of the Denver-Julesburg Basin and b) reported by Katzenstein et al. for a sample downwind of an oil storage tank with a working oil well.  Comparison of the VOC-to-ethyne emission ratios derived from the multivariate fit ($ER'_{ethyne}$) to the VOC-to-ethyne emission ratios published by c) Schauer et al. for gasoline-powered motor vehicles and d) Borbon et al. for urban Los Angeles, California.  The 2:1, 1:1, and 1:2 lines are shown in all panels, where the shaded area represents a factor of 2 from unity. Each marker represents a different VOC.  Alkanes are colored maroon and are identified by carbon number (e.g., C2 = ethane, iC4 = iso-butane).  Aromatics are colored purple (Bz = benzene, Tol = toluene, and 135tmbz = 1,3,5-trimethylbenzene). Alkenes and ethyne are colored pink and are identified by empirical formulas (e.g., $C_2H_2$ = ethyne).



Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 192 of 323

Environmental Science & Technology

**Figure 5**.  a) Diurnal profile of the VOC OH reactivity at BAO.  The mean VOC OH reactivity is represented by the height of bar and is colored by the contribution from each compound class.  Diurnal profiles of the median VOC OH reactivity is given by the markers and mean wind speed is given by the thick black line.    b) The average fractional contribution of each VOC compound class as a function of time of day.  The campaign integrated contributions for each compound class are listed as percentages in the figure key.



ACS Paragon Plus Environment

Environmental Science & Technology

**Table 1.** Statistics and analysis results of a subset of VOCs measured at the Boulder Atmospheric Observatory (BAO) in northeastern Colorado 18 February to 7 March 2011 (n = 554 samples).

| Compound | Mean | St.Dev. | Median | Min. | Max. | $r_{propane}$ | $r_{ethyne}$ | Bkng | $ER'_{propane}$ | $ER'_{ethyne}$ | Mean O&NG Contrib. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *ppbv* | *1 sigma* | *ppbv* | *ppbv* | *ppbv* | | | *ppbv* | *ppbv* $[ppbv\,C_3H_8]^{-1}$ | *ppbv* $[ppbv\,C_2H_2]^{-1}$ | *(%)* |
| *Alkanes* | | | | | | | | | | | |
| Ethane | 35 | 38 | 22 | 1.6 | 300 | 0.98 | 0.61 | 1.6 | 1.090 | 6.6 | 72 |
| Propane | 27 | 33 | 17 | 0.58 | 304 | 1.00 | 0.56 | 0.58 | 1 | 0 | 90 |
| i-Butane | 6.0 | 8.5 | 2.9 | 0.078 | 85 | 0.99 | 0.55 | 0.078 | 0.243 | 0.00 | 93 |
| n-Butane | 14 | 19 | 7.3 | 0.11 | 184 | 0.99 | 0.54 | 0.11 | 0.563 | 0.00 | 95 |
| i-Pentane | 4.2 | 5.9 | 2.0 | 0.038 | 64 | 0.97 | 0.55 | 0.038 | 0.168 | 0.00 | 95 |
| n-Pentane | 4.7 | 6.7 | 2.2 | 0.028 | 73 | 0.97 | 0.54 | 0.028 | 0.190 | 0.00 | 96 |
| n-Hexane | 1.1 | 1.3 | 0.6 | 0.014 | 12 | 0.95 | 0.60 | 0.014 | 0.0348 | 0.213 | 78 |
| n-Heptane | 0.32 | 0.35 | 0.19 | <LOD | 2.8 | 0.92 | 0.63 | 0 | 0.0087 | 0.096 | 73 |
| *Cycloalkanes* | | | | | | | | | | | |
| Methylcyclopentane | 1.3 | 1.2 | 1.0 | 0.030 | 6.7 | 0.97 | 0.78 | 0.030 | 0.028 | 0.28 | 68 |
| Cyclohexane | 0.30 | 0.28 | 0.20 | 0.0063 | 1.4 | 0.97 | 0.78 | 0.0063 | 0.0062 | 0.069 | 67 |
| Methylcyclohexane | 0.28 | 0.34 | 0.17 | 0.0045 | 2.6 | 0.91 | 0.69 | 0.0045 | 0.0074 | 0.065 | 72 |
| *Aromatics* | | | | | | | | | | | |
| Benzene | 0.29 | 0.21 | 0.23 | 0.075 | 1.6 | 0.88 | 0.79 | 0.075 | 0.00428 | 0.166 | 32 |
| Toluene | 0.30 | 0.29 | 0.21 | 0.016 | 2.2 | 0.76 | 0.85 | 0.016 | 0.0038 | 0.308 | 31 |
| m&p-Xylenes | 0.11 | 0.10 | 0.075 | 0.005 | 0.61 | 0.75 | 0.86 | 0.005 | 0.00099 | 0.130 | 23 |
| o-Xylene | 0.03 | 0.03 | 0.023 | <LOD | 0.19 | 0.71 | 0.87 | 0 | 0.00026 | 0.0488 | 20 |
| *Alkenes and Alkynes* | | | | | | | | | | | |
| Ethyne | 0.84 | 0.61 | 0.67 | 0.30 | 6.8 | 0.56 | 1.00 | 0.3 | 0 | 1 | 0 |
| Ethene | 0.74 | 0.79 | 0.49 | 0.052 | 6.6 | 0.60 | 0.94 | 0.052 | 0.0025 | 1.14702 | 8.6 |
| Propene | 0.16 | 0.19 | 0.09 | 0.012 | 1.5 | 0.47 | 0.83 | 0.012 | 0.0001 | 0.26195 | 1.8 |

| | |
|---|---|
| <LOD | Below limit of detection |
| $r_{propane}$ | Coefficient of determination for observed VOC to propane enhancement ratio |
| $r_{propane}$ | Coefficient of determination for observed VOC to ethyne enhancement ratio |
| $ER'_{propane}$ | Emission ratios derived from the multivariate regression analysis for each VOC relative to propane |
| $ER'_{ethyne}$ | Emission ratios derived from the multivariate |
| *Mean O&NG Contrib.* | Mean contribution of VOC emissions from O8 |
| | expressed as a percentage |

This article was downloaded by: [Eduardo P. Olaguer]
On: 24 July 2012, At: 08:13
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House,
37-41 Mortimer Street, London W1T 3JH, UK



# Journal of the Air & Waste Management Association

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/uawm20

## The potential near-source ozone impacts of upstream oil and gas industry emissions

Eduardo P. Olaguer [a]

[a] Houston Advanced Research Center, The Woodlands, Texas, USA

Accepted author version posted online: 29 May 2012. Version of record first published: 18 Jul 2012

**To cite this article:** Eduardo P. Olaguer (2012): The potential near-source ozone impacts of upstream oil and gas industry emissions, Journal of the Air & Waste Management Association, 62:8, 966-977

**To link to this article:** http://dx.doi.org/10.1080/10962247.2012.688923

PLEASE SCROLL DOWN FOR ARTICLE

Full terms and conditions of use: http://www.tandfonline.com/page/terms-and-conditions

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden.

The publisher does not give any warranty express or implied or make any representation that the contents will be complete or accurate or up to date. The accuracy of any instructions, formulae, and drug doses should be independently verified with primary sources. The publisher shall not be liable for any loss, actions, claims, proceedings, demand, or costs or damages whatsoever or howsoever caused arising directly or indirectly in connection with or arising out of the use of this material.

TECHNICAL PAPER

# The potential near-source ozone impacts of upstream oil and gas industry emissions

Eduardo P. Olaguer*

*Houston Advanced Research Center, The Woodlands, Texas, USA*

*\*Please address correspondence to: Eduardo P. Olaguer, Houston Advanced Research Center, 4800 Research Forest Dr., The Woodlands, TX 77381, USA; e-mail: eolaguer@harc.edu*

*Increased drilling in urban areas overlying shale formations and its potential impact on human health through decreased air quality make it important to estimate the contribution of oil and gas activities to photochemical smog. Flares and compressor engines used in natural gas operations, for example, are large sources not only of $NO_x$ but also of formaldehyde, a hazardous air pollutant and powerful ozone precursor. We used a neighborhood scale (200 m horizontal resolution) three-dimensional (3D) air dispersion model with an appropriate chemical mechanism to simulate ozone formation in the vicinity of a hypothetical natural gas processing facility, based on accepted estimates of both regular and nonroutine emissions. The model predicts that, under average midday conditions in June, regular emissions mostly associated with compressor engines may increase ambient ozone in the Barnett Shale by more than 3 ppb beginning at about 2 km downwind of the facility, assuming there are no other major sources of ozone precursors. Flare volumes of 100,000 cubic meters per hour of natural gas over a period of 2 hr can also add over 3 ppb to peak 1-hr ozone somewhat further (>8 km) downwind, once dilution overcomes ozone titration and inhibition by large flare emissions of $NO_x$. The additional peak ozone from the hypothetical flare can briefly exceed 10 ppb about 16 km downwind. The enhancements of ambient ozone predicted by the model are significant, given that ozone control strategy widths are of the order of a few parts per billion. Degrading the horizontal resolution of the model to 1 km spuriously enhances the simulated ozone increases by reducing the effectiveness of ozone inhibition and titration due to artificial plume dilution.*

*Implications:* Major metropolitan areas in or near shale formations will be hard pressed to demonstrate future attainment of the federal ozone standard, unless significant controls are placed on emissions from increased oil and gas exploration and production. The results presented here show the importance of improving the temporal and spatial resolution of both emission inventories and air quality models used in ozone attainment demonstrations for areas with significant oil and gas activities.

*Supplemental Materials:* Supplemental materials are available for this article. Go to the publisher's online edition of the *Journal of the Air & Waste Management Association* for further technical details on the HARC model chemical mechanism and its performance evaluation.

## Introduction

### The Barnett Shale as an indicator of potential air quality problems

The air quality impacts of oil and gas exploration and production (E&P) are the subject of increasing scrutiny. In Texas, considerable attention has been focused on the Barnett Shale because of public concern over industry emissions of hazardous air pollutants (HAPs), such as benzene and formaldehyde. Ambient whole air sampling by Wolf Eagle Environmental (2009) in Dish, Texas, indicated levels of a number of HAPs in excess of both short-term and long-term effects screening levels (ESLs). These high concentrations appeared to implicate oil and gas activities in the vicinity, particularly of compressor stations used to feed natural gas pipelines.

Oil and gas activities in the Barnett Shale not only may expose the public to toxic air pollutants, but also may contribute to smog in the Dallas–Fort Worth (DFW) ozone nonattainment area, which has yet to attain the former U.S. 8-hr ozone standard of 85 ppb, let alone the current 75 ppb standard. Regional background ozone in DFW can be as high as 55–60 ppb, leaving little room for local emissions of ozone precursors (Kemball-Cook et al., 2009). This poses a severe challenge to oil and gas producers in the DFW area, as urban drilling and the associated growth in industry emissions may be sufficient to keep the area in nonattainment.

The current state of the art in estimating oil and gas field emissions primarily involves handbook estimates, mainly those provided by the U.S. Environmental Protection Agency (EPA) AP-42 methodology. A survey of relevant estimation methods is given by Bar-Ilan et al. (2008). Using these methods, Armendariz (2009) estimated peak summer emissions of ozone precursors in

966

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012



**Figure 1.** 1-hr measurements of HCHO (indicated in red) and other air toxics at the Quicksilver Lake Arlington site in Fort Worth on the morning of July 11, 2010 (adapted from BSEEC, 2010).

2009 from all oil and gas sources in the Barnett Shale to be 307 tons per day (tpd). By comparison, he estimated on-road mobile emissions from the five counties in the DFW ozone nonattainment area with significant oil and gas production in 2009 to be 121 tpd.

Since 2009, there have been a number of studies utilizing standard U.S. EPA monitoring methods to increase local knowledge of air emissions and impacts due to Barnett Shale E&P activities. For example, the Texas Commission on Environmental Quality (TCEQ) has put up several new automated gas chromatograph (auto-GC) stations, and has also conducted mobile auto-GC measurements in various areas. The Barnett Shale Energy Education Council (BSEEC) hired Titan Engineering to conduct both 1-hr and 24-hr Summa canister and DNPH cartridge sampling at 10 natural gas sites (BSEEC, 2010). More recently, the City of Fort Worth hired Eastern Research Group, Inc. (ERG), to conduct ambient air quality monitoring using Summa canisters and DNPH cartridges at seven fixed sites, together with point source emission sampling using toxic vapor analyzers (TVAs) at a large number of oil and gas facilities (ERG, 2011).

Figure 1 shows 1-hr ambient monitoring data collected at a pipeline compressor station in Lake Arlington, Fort Worth, during the BSEEC study. Note the very large short-term concentrations of formaldehyde (HCHO) approaching or exceeding 100 ppb around the site. Such large concentrations may be cause for concern, not only because of short-term health impacts such as nosebleeds, vomiting, and skin irritation, but also because of formaldehyde's capacity to release radicals and thus contribute to rapid ozone formation (Olaguer et al., 2009). To date, no credible explanation has ever been given for these observations. Short-term, near-road sampling of ambient air using DNPH cartridges has never detected more than about 17 ppb of HCHO in the United States (HEI, 2007), thereby ruling out mobile sources as a likely cause. The brisk southerly wind prevailing on the morning of July 11, 2010, is not consistent with transport of pollution from the natural gas-fired power plant immediately to the west of the compressor station. On the other hand, it does not rule out air counterflow due to on-site

structures, possibly explaining elevated HCHO levels at the upwind edge of the facility. The short-term sampling conducted by Titan Engineering was limited to a single hour, so it is difficult to determine if the high ambient HCHO was due to an emission event at the compressor station (e.g., due to engine maintenance).

Based on dispersion modeling conducted by ERG as part of the Fort Worth Air Quality Study, the HAPs emitted by oil and gas sources identified as posing the greatest human health risk were acrolein, benzene, and formaldehyde. The maximum 1-hr average HCHO concentration predicted outside the fence line based on regular (i.e., routine) emissions from a hypothetical worst-case compressor station was 34.7 ppb. No dispersion modeling was conducted for a natural gas processing facility, although ERG's emission estimates indicate that such a facility may emit twice as much formaldehyde as a compressor station.

To perform the health risk assessment, ERG relied on standard emission factors to derive estimates of regular emissions from surveyed engines, and ignored nonroutine emissions from flares. This was because the conventional monitoring technology used by ERG could not quantify combustion emissions of formaldehyde and other volatile organic compounds (VOCs) from either compressor engines or flares. Table 1 summarizes the largest point sources found by ERG based on a combination of point source monitoring (where applicable) and estimates derived from standard emission factors and equipment surveys. It appears that the point source facility types of greatest concern are natural gas processing facilities and pipeline compressor stations, mostly because of regular emissions from compressor engines, which ERG conservatively assumed were operating uncontrolled 24 hr/day, seven days per week.

ERG did not document any process upsets, startups, shutdowns, or maintenance that could have led to emission events at the targeted oil and gas sites. Publicly available data on such activities and their associated releases to air are sparse for the upstream oil and gas industry in Texas, unlike for the downstream petrochemical industry in the Houston region, where

*Olaguer / Journal of the Air & Waste Management Association 62 (2012) 966–977*

**Table 1.** Largest point sources identified in the Fort Worth Air Quality Study (ERG, 2011)

| Site ID Site Type | NO$_x$ (tons/yr) | CO (tons/yr) | VOCs (tons/yr) | | | | HAPs (tons/yr) | |
|---|---|---|---|---|---|---|---|---|
| | | | Total | Engine | Tank | Fugitive | Total | HCHO |
| PS-159 PF* | 87.74 | 1038.90 | 79.93 | 79.58 | <0.01 | 0.34 | 47.32 | 31.93 |
| PS-118 CS* | 51.42 | 269.95 | 42.69 | 42.59 | <0.01 | 0.11 | 25.31 | 17.08 |
| PS-119 CS* | 45.77 | 240.30 | 37.80 | 37.79 | <0.01 | 0.01 | 22.46 | 15.16 |
| PS-127 CS* | 24.33 | 545.08 | 23.70 | 23.56 | 0.11 | 0.04 | 14.02 | 9.45 |
| 238 WP* | 15.71 | 219.33 | 14.24 | 14.12 | 0.11 | <0.01 | 8.42 | 5.67 |

*Note.* PF, processing facility, CS, compressor station, WP, well pad.

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

facilities are required by the TCEQ to report emissions exceeding 1200 lb/hr of highly reactive VOCs (HRVOCs, defined as the olefins: ethene, propene, 1,3-butadiene, and butenes). A significant acknowledged source of HRVOCs is flaring of waste gas.

Table 2 presents data on upstream oil and gas flares collected by the Alberta Energy Utilities Board as summarized by Argo (2011). Note the relatively frequent occurrence of flare volumes between 1000 and $10,000 \times 10^3$ m$^3$/day (i.e., as much as several hundred cubic meters per second) at gas plants and other upstream facilities. As of 2004, there were 166 natural gas processing plants in Texas with a total capacity of a little less than half a billion cubic meters per day (EIA, 2006). Such huge volumes demand a rigorous investigation as to their likely air quality impacts.

## Questions posed

Our objective in this study was to answer the following questions:

(1) How important are nonroutine flares and possibly other emission events compared to regular emissions from compressor engines used in oil and gas facilities with respect to their ozone formation potential?
(2) How far from the source are significant ozone impacts likely to be seen?
(3) What are the most important ozone precursors to control in order to mitigate the ozone impacts of oil and gas activities?

To answer these questions, we conducted a schematic modeling exercise that was not intended to implicate any actual operational facility, but only to provide reasonable quantitative bounds. For convenience, we assumed that a hypothetical natural gas processing facility was located sufficiently far away from major roadways or other intense anthropogenic sources of ozone precursors, and used model input data largely derived from the Fort Worth Air Quality Study, except for flare emission data, which were not collected by ERG.

**Table 2.** Flare volumes (1000 m$^3$/day) at Alberta sour gas sites in 1996 after Argo (2011)

| Gas plants | | | Gas gathering | | |
|---|---|---|---|---|---|
| Volume range | | Number of sites | Volume range | | Number of sites |
| 0.1 | 1 | 3 | 1 | 10 | 2 |
| 1 | 10 | 21 | 10 | 100 | 23 |
| 10 | 100 | 61 | 100 | 1000 | 31 |
| 100 | 1000 | 124 | 1000 | 10000 | 51 |
| 1000 | 10000 | 53 | 10000 | 100000 | 15 |
| 10000 | 50000 | 3 | | | |
| Total sour gas plants | | 265 | Total gathering systems | | 122 |
| **Batteries** | | | **Townships** | | |
| 0.1 | 1 | 152 | 0.1 | 1 | 29 |
| 1 | 10 | 736 | 1 | 10 | 87 |
| 10 | 100 | 1847 | 10 | 100 | 233 |
| 100 | 1000 | 2113 | 100 | 1000 | 555 |
| 1000 | 10000 | 388 | 1000 | 10000 | 480 |
| 10000 | 50000 | 8 | 10000 | 50000 | 26 |
| Total batteries | | 5244 | Total townships | | 1410 |

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

## Methodology

### The HARC neighborhood air quality model

The Houston Advanced Research Center (HARC) recently developed a neighborhood scale ($\sim$100 m $\times$ 100 m horizontal resolution) Eulerian air quality model coded in MATLAB, and used it to demonstrate an adjoint modeling technique for performing computer-aided tomography (CAT) based on remote-sensing measurements (Olaguer, 2011). We have added online photochemistry to the HARC model in order to investigate the near source ozone impacts of industrial emissions of reactive species, such as olefins and formaldehyde.

Rapid ozone chemistry associated with large point-source emissions of reactive species may not be well simulated by conventional air quality models due to their relatively low spatial resolution. For example, the air quality model used to demonstrate ozone attainment in the most recent U.S. EPA-approved Texas State Implementation Plan (SIP) for the DFW area has a horizontal resolution of 4 km $\times$ 4 km (TCEQ, 2007). Plume-in-grid treatments of sub-grid-scale dispersion are primarily intended to address the net effects of small plumes on grid-scale concentrations, and not to explicitly simulate fine concentration gradients. While other modeling approaches exist, such as Lagrangian reactive plume, large eddy simulation, and adaptive grid techniques, a major barrier to very-high-resolution simulations of reactive species is the computational cost of current chemical mechanisms intended to simulate urban to regional and even continental scales.

The HARC air quality model combines accepted treatments of pollutant transport with a highly efficient chemical mechanism designed explicitly for neighbourhood-scale applications. The model architecture is summarized only briefly here, with further details provided in the Supporting Information. The most important features of the model transport are listed in Table 3. Note that the HARC advection and diffusion solvers are identical to those used in the U.S. EPA Community Multiscale Air Quality (CMAQ) model (Byun and Ching, 1999).

The HARC chemical mechanism has 47 reactions, with standard urban $NO_x$-$O_3$ photochemistry, and detailed schemes for the radical precursors, formaldehyde and nitrous acid, as well as the olefins considered HRVOCs by the Texas SIP (see earlier discussion). Abbreviated schemes were included for isoprene (based on CB05; see Yarwood et al., 2005) and the aromatics, toluene and xylene (based on CB05-TU; see Whitten et al., 2010), ignoring longer lived intermediates such as methacrolein, methyl vinyl ketone, and cresol. Less reactive organics, including alkanes and oxygenates such as acetaldehyde, were lumped together and assigned a total OH reactivity, denoted by $r_{BVOC}$. Photolysis rates were parameterized according to Saunders et al., (2003). Nonphotolytic reaction rates were obtained from NASA Jet Propulsion Laboratory (2006, 2010), CB05, SAPRC07 (Carter, 2010), or the Master Chemical Mechanism (MCM; see Saunders et al., 2003). An evaluation of the HARC mechanism based on data from the 2006 TRAMP experiment (Chen et al., 2010) is provided in the Supporting Information, and shows that the HARC mechanism performs as well as established mechanisms in simulating the urban radical budget.

The HARC mechanism is accompanied by a simplified chemical solver based on the Euler backward iterative (EBI) scheme of Hertel et al. (1993) for the chemical group consisting of NO, $NO_2$ and $O_3$, and the assumption of chemical equilibrium for $HO_x$ species. (Note: The CMAQ model uses the EBI scheme as one of several alternative chemical solvers.) A noniterative backward Euler scheme was used for tracers other than $NO_x$ or $O_3$. Because of its efficiency, computational time steps of the order of tens of seconds may be employed with the HARC scheme. For this study, we used a 20-sec time step and a horizontal resolution of 200 m. This combination avoids Cauchy-Friedrichs-Lewy instability for wind speeds of $\sim$5 m/sec and ensures that the assumption of $HO_x$ equilibrium is valid at NO concentrations of $\sim$0.5 ppb.

### The model scenario

We now proceed to investigate the ozone impacts of a hypothetical natural gas processing facility in the Barnett Shale, located at latitude 33 °N (parameterized photolysis rates are independent of longitude) and 2.5 grid diagonals away from the southwest corner of the model domain, which is either

**Table 3.** HARC model transport features

| Model geometry and physics | Numerical treatment |
| --- | --- |
| Domain | 4 km $\times$ 4 km or 12 km $\times$ 12 km horizontal domain; 1 km vertical domain. |
| Spatial resolution | 200 m uniform horizontal resolution; 50 m uniform vertical resolution. |
| Temporal evolution | Time step: 20 sec Time splitting order:Emission/deposition/chemistry, vertical diffusion, E–W advection, E–W diffusion, N–S advection, N–S diffusion. |
| Horizontal advection | Piecewise parabolic method (Colella and Woodward, 1984); positive definite zero-flux outflow at boundaries; uniform horizontal wind. |
| Horizontal diffusion | Explicit scheme; zero gradient (Neumann) boundary conditions; uniform horizontal eddy diffusion coefficient. |
| Vertical diffusion | Semi-implicit (Crank–Nicholson) scheme; zero-flux boundary condition; vertical diffusion coefficient specified from similarity theory. |

*Olaguer / Journal of the Air & Waste Management Association 62 (2012) 966–977*

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

**Table 4.** Transported species parameters

| Species | Inflow boundary condition (ppb) | Deposition velocity (cm/sec) | Compressor engine emissions (g/sec) | Flare emission rate (g/sec) |
|---|---|---|---|---|
| Nitric oxide (NO) | 0.41 | $3 \times 10^{-9}$ | 2.52 | 32.67 |
| Nitrogen dioxide (NO$_2$) | 0.54 | 0.35 | 0.28 | 3.63 |
| Ozone (O$_3$) | 46.4 | 0.6 | | |
| Nitrous acid (HONO) | 0.2 | 0.3 | | |
| Formaldehyde (HCHO) | 0.931 | 0.4 | 1.01 | 10.6 |
| Carbon monoxide (CO) | 200 | | 32.9 | 199 |
| Ethene (C$_2$H$_4$) | 1.12 | | | |
| Propene (C$_3$H$_6$) | 0.45 | | | 43.4 |
| 1,3-Butadiene (C$_4$H$_6$) | 0.057 | | | |
| 1-Butene (BUT1ENE) | 0.2 | | | |
| 2-Butene (BUT2ENE) | 0.289 | | | |
| Isobutene (IBUTENE) | 0.291 | | | |
| Isoprene (ISOP) | 0.5 | | | |
| Toluene (TOL) | 0.876 | | | |
| Xylene (XYL) | 0.547 | | | |



**Figure 2.** Time series of peak ozone (left) and domain average ozone (right) at the surface for the 4 km × 4 km simulation. Top: Results for control simulation (no facility emissions). Middle: Difference in results between Case 1 (regular emissions) and control simulation. Bottom: Difference in results between Case 2 (flare emission event) and control simulation.

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

4 km × 4 km or 12 km × 12 km in horizontal extent, and 1 km in vertical extent. No other anthropogenic or biogenic sources were assumed within the model domain.

Meteorology was treated very simply in the model scenario. Vertical wind was ignored. Advection was solely due to a uniform horizontal wind from the southwest. The horizontal diffusion coefficient $K_H$ was set at 50 m$^2$/sec. The wind speed, surface temperature, and relative humidity were set at 4.8 m/sec, 308.3 K, and 33.5% respectively, corresponding to average conditions at 1 p.m. CST in June 2011 at the Fort Worth NW CAMS 13 monitor. The surface pressure was kept constant at 1 atm. The temperature lapse rate was assumed to be superadiabatic and uniform at 12°C/km. The nonuniform vertical eddy diffusion coefficient $K_v$ associated with the unstable stratification was computed from the analytical formula of McRae et al., (1982), with an inversion height of 1 km, a Monin–Obukhov length of −100 m, and a friction velocity equal to one-third of the horizontal wind speed. The turbulence parameterization of McRae et al. (1982) is similar to that used in the complex hazardous air release model (CHARM), a local dispersion model for emergency planning (Eltgroth, 2012). Although the HARC model has an adjoint modeling capability that allows one to adjust turbulence parameters to improve agreement with chemical species observations (Olaguer, 2011), we did not employ that option for this study.

Table 4 summarizes the boundary conditions and deposition velocities assigned to each advected species in the model. The inflow boundary conditions for CO, O$_3$, and NO$_x$ species were derived from observations at 1 p.m. CST averaged for June 2011 at the Fort Worth NW CAMS 13 monitor, while those for VOCs other than organic nitrate (RNO$_3$) were taken from program average measurements during the Fort Worth Air Quality Study. The maximum observed concentration, however, was used for isoprene, the emissions of which vary with insolation. Inflow boundary conditions for HONO and RNO$_3$ were based on typical midday measurements from the 2006 TRAMP study. The deposition velocities were set to daytime values used in the box model evaluation of various chemical solvers by Huang and Chang (2001), except for HONO, the adopted value for which was based on Stutz et al. (2002).

Table 4 also specifies the emission rates used in our experiment for two cases: (1) regular emissions quantified by ERG, mostly associated with compressor engines; and (2) a hypothetical flare emission event associated with acid gas injection compressor failure at an inlet sour gas separator. NO$_x$ emissions are assumed to be partitioned between NO and NO$_2$ at a ratio of 9:1.

The emissions for Case 1 were derived from Table 1, ignoring VOCs other than HCHO, as they are either too dilute or much less reactive compared to HCHO to significantly affect ozone



**Figure 3.** Surface isopleths of O$_3$ (left) and HCHO (right) mixing ratio (ppb) at the surface at the end of the 4 km × 4 km simulation. Top: Difference in results between Case 1 (regular emissions) and control simulation. Bottom: Difference in results between Case 2 (flare emission event) and control simulation. Unequally spaced contour intervals are used for concentration values equal to $(1, 3, 5) \times 10^n$, where $n$ is an integer.

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

972                    *Olaguer / Journal of the Air & Waste Management Association 62 (2012) 966–977*



**Figure 4.** Same as in Figure 3, but for $NO_x$ (left) and $HO_x$ (right). The $HO_x$ mixing ratios are in parts per trillion (ppt).



**Figure 5.** Same as in Figure 3, but for CO (left) and $C_3H_6$ (right).

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012



**Figure 6.** Same as in Figure 2, but for 12 km × 12 km domain.

formation near the source. The emissions for Case 2 were derived from flare emission factors adopted by the Canadian Association of Petroleum Producers (2004, 2006), but with an assumed HCHO-to-CO molar ratio of 5%, consistent with observations of natural gas flares during the 2010 TCEQ Flare Study (Allen and Torres, 2011; Torres et al., 2011). Note that in the flare case, significant emissions of highly reactive propene were included. The flare emissions were assumed to be continuous over 2 hr, and correspond to a flare volume of $100 \times 10^3$ m³/hr of natural gas, with a heating value of 1209 BTU/ft³ or $4.5 \times 10^7$ J/m³, as is typical in the Barnett Shale (Bar-Ilan et al., 2008). The effective release height of the flare was assumed to be within the first model layer above the surface (<50 m AGL).

The model simulation started at 1 p.m. CST on Julian day 180 (June 29) and ended two hr later, coinciding with the duration of the hypothetical flare emission event of Case 2. Regular emissions were assumed to be ongoing throughout the simulation in Case 1, but were suppressed in Case 2. The initial concentrations of advected species in the interior of the domain were set equal to the inflow boundary conditions. The total OH reactivity of unresolved organics, that is, $r_{BVOC}$, was set at 5 sec⁻¹ throughout

the simulation, based roughly on program average monitoring data collected by ERG during the Fort Worth Air Quality Study.

## Results and Discussion

We begin by examining the HARC model results for a simulation over a 4 km × 4 km horizontal domain, corresponding to the size of a typical grid box in the current DFW SIP model. Figure 2 displays the time series of peak ozone and domain average ozone at the surface for the control simulation, in which there are no facility emissions. It also shows the difference in results between Case 1 (regular emissions) and the control simulation, and also between Case 2 (flare emission event) and the control.

Note that the domain average surface ozone mixing ratio in the control case decreases by about 1 ppb due to $NO_x$ titration ($NO + O_3 \rightarrow NO_2 + O_2$) associated with the inflow boundary conditions, while peak ozone at the surface remains roughly constant. Regular emissions from the facility, on the other hand, have a sufficient radical source in HCHO to overcome $NO_x$ titration and inhibition ($NO_2 + OH \rightarrow HNO_3$), so that both

974

*Olaguer / Journal of the Air & Waste Management Association 62 (2012) 966–977*

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012



**Figure 7.** Same as in Figure 3, but for 12 km × 12 km domain.



**Figure 8.** Same as in Figure 4, but for 12 km × 12 km domain.

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012



**Figure 9.** Same as in Figure 5, but for 12 km × 12 km domain.

peak and domain average ozone increase progressively after the first 20 min of the simulation, the former by up to 3 ppb. This results in a significant difference of 2 ppb between peak and domain average ozone in Case 1. The flare emission event, unlike the regular emissions case, depresses domain average ozone by more than 2 ppb due to much larger $NO_x$ emissions, while increasing peak ozone less strongly.

Figures 3–5 show differences in the mixing ratios of several key species between each emission case and the control at the end of the two-hour simulation. An ozone enhancement of 3 ppb or more in the regular emissions plume occurs at distances greater than 2 km downwind of the facility. In the case of the flare emission event, a slight ozone enhancement appears at the upwind corner of the domain, while ozone is depressed downwind, as there is more severe titration of ozone and inhibition of radicals within the flare plume than in the regular emissions case. This is despite concentrations of highly reactive propene exceeding 10 ppb downwind of the flare. Increases in HCHO mixing ratio of 5 ppb or more due to the flare extend all the way to the downwind edge of the domain.

We now consider what happens to the pollution plume from the hypothetical processing facility beyond the confines of the 4 km × 4 km domain. For this we extended the model horizontal domain to 12 km × 12 km and conducted the same 2-hr release experiments for the two emission cases. The results are summarized in Figures 6–9. Note that in the case of the flare emission event, the increase in peak ozone within the expanded domain

exceeds 10 ppb about an hour after the flare onset. Ozone enhancements greater than 3 ppb due to the flare appear further downwind (>8 km) of the facility than in the regular emissions case, reflecting the dilution required to overcome $NO_x$ titration and inhibition, and can approach 10 ppb at the edge of the domain about 16 km downwind. The ozone enhancements due to regular emissions still exceed 3 ppb throughout most of the plume. Domain average ozone, on the other hand, is enhanced by no more than ∼0.5 ppb in both regular emissions and flare cases.

Finally, we conducted an additional experiment in which we degraded the model horizontal resolution to 1 km on the 12 km × 12 km domain. The differences between the results of the 1-km and 200-m resolution runs are illustrated in Figure 10. Positive differences of up to 6 ppb occur for peak ozone and up to 2 ppb for domain average ozone in the regular emissions case. Even larger differences, up to 22 ppb for peak ozone and up to 3 ppb for domain average ozone, are predicted in the flare case. These differences are due to artificial dilution of both the regular and flare emission plumes, which reduces ozone titration and inhibition by $NO_x$. This is the opposite of what occurs for very large flares at downstream petrochemical facilities, which often emit more than 1000 lb/hr of olefins and are thus considerably less radical limited. Olaguer (2012) simulated a historical flare in the Houston Ship Channel that emitted more than 1400 lb/hr of ethene. He found a significant decrease in peak ozone downwind of the flare when the model horizontal resolution was degraded from 200 m to 1 km on a 12 km × 12 km horizontal domain.

976      *Olaguer / Journal of the Air & Waste Management Association 62 (2012) 966–977*

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012



**Figure 10.** Differences in peak ozone (left) and domain average ozone (right) between 1 km and 200 m resolution runs on a 12 km × 12 km domain for Case 1 (upper) and Case 2 (lower).

## Summary and Conclusion

Based on the modeling exercise discussed earlier, we conclude that oil and gas activities can have significant near-source impacts on ambient ozone, through either regular emissions or flares and other emission events associated with process upsets, and perhaps also maintenance, startup, and shutdown of oil and gas facilities. Besides flares, candidate facilities that have the potential to emit large amounts of formaldehyde and/or HRVOCs as well as $NO_x$ in transient events include compressor or drill rig engines, and glycol or amine reboilers used in gas dehydration or sweetening. The enhancement of peak 1-hr ozone by oil and gas activities may exceed 3 ppb approximately 2 km or more downwind, depending on the extent of $NO_x$ titration and inhibition. This ozone enhancement is comparable to the widths of control strategies. Given the possible impact of large single facilities, it is all the more conceivable that aggregations of oil and gas sites may act in concert so that they contribute several parts per billion to 8-hr ozone during actual exceedances. In the past, the U.S. EPA has used a 2-ppb enhancement of ozone above the federal standard as a threshold for regulating significant emission sources, as when Ellis County was brought into the

DFW ozone nonattainment area due to the contribution to area episodes attributed to Ellis County cement kilns (Stoeckenius and Yarwood, 2004).

Our findings suggest that improved regulation of the upstream oil and gas industry in nonattainment areas should include reporting of emission events, and more aggressive deployment of control strategies, such as vapor recovery to avoid flaring, and the use of oxidation catalysts on stationary engines. The control of formaldehyde emissions is especially desirable both from an air toxics perspective, and with regard to attainment of the federal ozone standard in surrounding or nearby urban areas.

Lastly, deployment of more contemporary monitoring techniques such as differential optical absorption spectrometry (DOAS) and proton transfer reaction–mass spectrometry (PTR-MS) in place of more conventional methods should be encouraged to better quantify spatially and temporally varying emissions from oil and gas activities, at least in special studies if not in routine regulatory monitoring. Better emission inventories should also be accompanied by the use of air quality models with higher spatial and temporal resolution to more accurately assess the ozone impacts of industry emissions associated with oil and gas exploration and production.

Downloaded by [Eduardo P. Olaguer] at 08:13 24 July 2012

# References

Allen, D.T., and V.M. Torres. 2011. *TCEQ 2010 Flare Study, Final Report*. University of Texas at Austin. http://www.tceq.texas.gov/assets/public/implementation/air/rules/Flare/2010flarestudy/2010-flare-study-final-report.pdf (accessed February 15, 2012).

Argo, J. 2011. *Unhealthy Effects of Upstream Oil and Gas Flaring (US SIC 1311 and US SIC 1389)*. Wolfe Island, ON, Canada: IntrAmericas Centre for Environment and Health.

Armendariz, A. 2009. *Emissions from Natural Gas Production in the Barnett Shale Area and Opportunities for Cost-Effective Improvements*. Austin, TX: Environmental Defense Fund.

Bar-Ilan, A., R. Parikh, J. Grant, T. Shah, and A. Pollack. 2008. *Recommendations for Improvements to the CENRAP States' Oil and Gas Emissions Inventories*. Oklahoma City, OK: Central States Regional Air Partnership.

Barnett Shale Energy Education Council (BSEEC). 2010. *Ambient Air Quality Study: Natural Gas Sites, Cities of Fort Worth and Arlington, Texas*. Fort Worth, TX: Titan Engineering Final Report.

Byun, D.W., and J.K.S. Ching. 1999. *Science Algorithms of the EPA Models-3 Community Multiscale Air Quality (CMAQ) Modeling System*. EPA/600/R-99/030. Washington, DC, U.S. Environmental Protection Agency, Office of Research and Development.

Canadian Association of Petroleum Producers. 2004. *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulfide (H2S) Emissions by the Upstream Oil and Gas Industry*. CAPP. http://www.capp.ca/getdoc.aspx?Docid=86224&DT=NTV.

Canadian Association of Petroleum Producers. 2006. *Facility Flare Reduction*. CAPP. http://www.capp.ca/getdoc.aspx?Docid=114231&DT=NTV.

Carter, W.P.L. 2010. *Development of the SAPRC-07 Chemical Mechanism and Updated Ozone Reactivity Scales*. Report to the California Air Resources Board, contracts No. 03-318, 06-408, and 07–730, University of California, Riverside, CA.

Chen, S., X. Ren, J. Mao, Z. Chen, W.H. Brune, B. Lefer, B. Rappenglück, J. Flynn, J. Olson, and J.H. Crawford. 2010. A comparison of chemical mechanisms based on TRAMP-2006 field data. *Atmos. Environ.* 44:4116–4125.

Colella, P., and P.R. Woodward. 1984. The piecewise parabolic method (PPM) for gas-dynamical simulations. *J. Comput. Phys.* 54:174–201.

Eastern Research Group, Inc. 2011. *City of Fort Worth Natural Gas Air Quality Study. Final Report*. Fort Worth, TX, ERG.

El!groth, M.W. 2012. *Complex Hazardous Air Release Model (CHARM) Technical Reference Manual*. http://www.charmmodel.com/doc/TechRef_09.pdf (accessed June 14, 2012).

Energy Information Administration. 2006. *Natural Gas Processing: The Crucial Link between Natural Gas Production and its Transportation to Market*. Office of Oil and Gas. http://www.arctigas.gov/sites/default/files/documents/2006-eia-ng-processing.pdf.

Health Effects Institute. 2007. *Mobile-Source Air Toxics: A Critical Review of the Literature on Exposure and Health Effects*. HEI Special Report 16. Boston, MA, HEI.

Hertel, O., R. Berkowicz, and J. Christensen. 1993. Test of two numerical schemes for use in atmospheric transport-chemistry models. *Atmos. Environ.* 27A:2591–2611.

Huang, H.-C., and J.S. Chang. 2001. On the performance of numerical solvers for a chemistry submodel in three-dimensional air quality models, 1. Box model simulations. *J. Geophys. Res.* 106(20):175–20,188.

Kemball-Cook, S., D. Parrish, T. Ryerson, U. Nopmongcol, J. Johnson, E. Tai, and G. Yarwood. 2009. Contributions of regional transport and local sources to ozone exceedances in Houston and Dallas: Comparison of results from a photochemical grid model to aircraft and surface measurements. *J. Geophys. Res.* 114, D00F02. doi:10.1029/2008JD010248

McRae, G.J., W.R. Goodin, and J.H. Seinfeld. 1982. Development of a second generation mathematical model for urban air pollution, I. Model formulation. *Atmos. Environ.* 16:679–696.

Olaguer, E.P. 2011. Adjoint model enhanced plume reconstruction from tomographic remote sensing measurements. *Atmos. Environ.* 45:6980–6986.

Olaguer, E.P. 2012. Near source air quality impacts of large olefin flares. *J. Air Waste Manage. Assoc.* 62:980–990. doi: 10.1080/10962247.2012.693054

Olaguer, E.P., B. Rappenglück, B. Lefer, J. Stutz, J. Dibb, R. Griffin, W.H. Brune, M. Shauck, M. Buhr, H. Jeffries, et al. 2009. Deciphering the role of radical precursors during the second Texas air quality study. *J. Air Waste Manage. Assoc.* 59:1258–1277. doi: 10.3155/1047-3289.59.11.1258

Sander, S.P., R.R. Friedl, D.M. Golden, M. J. Kurylo, G.K. Moortgat, P.H. Wine, A.R. Ravishankara, C.E. Kolb, M.J. Molina, B.J Finlayson-Pitts, et al. 2006. *Chemical Kinetics and Photochemical Data for Use in Atmospheric Studies, Evaluation Number 15*. NASA Jet Propulsion Laboratory 06–2.

Sander, S.P., R.R. Friedl, J.R. Barker, D.M. Golden, M. J. Kurylo, P.H. Wine, J. Abbatt, J.B. Burkholder, C.E. Kolb, G.K. Moortgat, et al. 2010. *Chemical Kinetics and Photochemical Data for Use in Atmospheric Studies, Evaluation Number 16*. NASA Jet Propulsion Laboratory 09–31.

Saunders, S.M., M.E. Jenkin, R.G. Derwent, and M.J. Pilling. 2003. Protocol for the development of the master chemical mechanism, MCM v3 (Part A): Tropospheric degradation of non-aromatic volatile organic compounds. *Atmos. Chem. Phys.* 3:161–180.

Stoeckenius, T., and G. Yarwood. 2004. *Dallas-Ft. Worth Transport Project. Final Report*. Texas Environmental Research Consortium, Houston, TX.

Stutz, J., B. Alicke, and A. Nefte. 2002. Nitrous acid formation in the urban atmosphere: Gradient measurements of NO2 and HONO over grass in Milan, Italy. *J. Geophys. Res.* 107, 8192–8207. doi:10.1029/2001JD000390

Texas Commission on Environmental Quality. 2007. *Dallas-Fort Worth Attainment and Reasonable Further Progress Demonstrations for the 1997 Eight-Hour Ozone Standard*. Austin, TX, TCEQ. http://www.tceq.texas.gov/assets/public/implementation/airs/sip/dfw/ad_2001/10022SIP_ado_111811.pdf.

Torres, V., D. Allen, and S. Herndon. 2011. TCEQ 2010 Flare Study Report, presented at the Houston-Galveston Area Council, Houston, TX, June 1.

Whitten, G.Z., G. Heo, Y. Kimura, E. McDonald-Buller, D.T. Allen, W.P.L. Carter, and G. Yarwood. 2010. A new condensed toluene mechanism for Carbon Bond: CB05-TU. *Atmos. Environ.* 44:5346–5355.

Wolf Eagle Environmental Engineers and Consultants, LLC. 2009. *Town of DISH, Texas Ambient Air Monitoring Analysis. Final Report*. DISH, TX. http://townofdish.com/objects/DISH_-final_report_revised_.pdf.

Yarwood, G., S. Rao, M. Yocke, and G.Z. Whitten. 2005. *Updates to the Carbon Bond Chemical Mechanism: CB05*. Final Report to the U.S. Environmental Protection Agency, RT-04-00675. Research Triangle Park, NC.

# About the Author

**Eduardo P. Olaguer** is a Senior Research Scientist and Director of Air Quality Research at the Houston Advanced Research Center.



http://yosemite.epa.gov/ee/epa/eed.nsf/pages/MortalityRiskValuation.html

## National Center for Environmental Economics
Last updated on 1/24/2013

You are here: EPA Home   NCEE   Publications   Guidelines for Preparing Economic Analyses
Frequently Asked Questions on Mortality Risk Valuation

# Frequently Asked Questions on Mortality Risk Valuation

**NCEE Custom Search:**

[          ]  Go

powered by Google™

◉ All NCEE   ○ Web

**Quick Links**

About NCEE

Contact Us

Guidelines for Preparing Economic Analyses

Workshops

This page contains information on Frequently Asked Questions on Mortality Risk Valuation and EPA practices concerning the use and measurement of the "Value of a Statistical Life" as it is applied in EPA economic analyses.

What does it mean to place a value on life?

Why do Agencies attempt to value risk reductions in dollars?

What is Benefit-Cost Analysis?

What is Benefit-Cost Analysis used for?

What is the "Value of a Statistical Life"?

What value of statistical life does EPA use?

What other values has EPA used in the past?

What is the current process for updating the Agency's estimates?

Why is EPA proposing to change the terminology it uses when valuing changes in mortality risk?

How does the "Value of Mortality Risk" Differ from the Value of a Statistical Life?

How will EPA Estimate the Value of Mortality Risk (VMR)?

Is EPA proposing a numeric value for VMR?

What is a Cancer Differential?

What are Altruistic Preferences?

When will revised Guidance on Mortality Risk Valuation be available?

References

## What does it mean to place a value on life?

The EPA does not place a dollar value on individual lives. Rather, when conducting a benefit-cost analysis of new environmental policies, the Agency uses estimates of how much people are willing to pay for small reductions in their risks of dying from adverse health conditions that may be caused by environmental pollution.

In the scientific literature, these estimates of willingness to pay for small reductions in mortality risks are often referred to as the "value of a statistical life." This is because these values are typically reported in units that match the aggregate dollar amount that a large group of people would be willing to pay for a reduction in their individual risks of dying in a year, such that we would expect one fewer death among the group during that year on average. This is best explained by way of an example. Suppose each person in a sample of 100,000 people were asked how much he or she would be willing to pay for a reduction in their individual risk of dying of 1 in 100,000, or 0.001%, over the next year. Since this reduction in risk would mean that we would expect one fewer death among the sample of 100,000 people over the next year on average, this is sometimes described as "one statistical life saved." Now suppose that the average response to this hypothetical question was $100. Then the total dollar amount that the group would be willing to pay to save one statistical life in a year would be $100 per person × 100,000 people, or $10 million. This is what is meant by the "value of a statistical life." Importantly, this is not an estimate of how much money any single individual or group would be willing to pay to prevent the certain death of any particular person.

Back to top.

## Why do Agencies attempt to value risk reductions in dollars?

Agencies use estimates of values of risk reductions when conducting a benefit-cost analysis of a new policy or regulation that may affect public health. For example, many of the air and water pollution control regulations that are implemented by the EPA will reduce the risks of certain types of cancers, respiratory illnesses, and other diseases among large portions of the general public. Benefit-cost analysis compares the total willingness to pay for the health risk reductions from these policies to the additional costs that people will bear if the policies are adopted. These costs may come in the form of increased taxes, or, more commonly, increased prices of goods and services whose production, use, or disposal contributes to environmental pollution. The results of a benefit-cost analysis are presented to policy-makers and the public to help inform their judgments regarding whether or not a proposed policy should be adopted.

Only one federal environmental statute, the Safe Drinking Water Act, explicitly calls for the kind of formal benefit-cost analysis describe here. Most environmental laws do not require benefit-cost analysis, and some prohibit it (e.g., the air quality standards provisions of the Clean Air Act). Nevertheless, Presidential Executive Orders have required or encouraged the use of benefit-cost analysis in policy evaluation since the early 1980's. For "major" regulations—those expected to have an impact on the economy of $100 million or more—federal agencies are required by Executive Order 12866 to conduct a formal benefit-cost analysis as a way of informing both policy makers and the public.

Back to top.

## What is Benefit-Cost Analysis?

Benefit-cost analysis is an analytical tool used to evaluate public policy options. For environmental policies, benefits are determined by what individuals would be willing to pay for risk reductions or for other improvements from pollution prevention. Costs are determined by the dollar value of the resources directed to pollution reduction. If the total benefits exceed the total

costs, then the policy is said to "pass a benefit-cost test."

Of course in most cases where the total benefits exceed total costs, it will *not* be true that the benefits exceed the costs for each and every person affected by the policy; rather, some individuals will gain and others will lose. However, if the total benefits are greater than the costs, then it is *in principle* possible for those who gain to compensate those who lose so that everyone could be better off with the policy. This is what it means for a policy to pass a benefit-cost test.

The benefit-cost test alone is not the only relevant criterion for evaluating public policies since it omits important aspects of the policy decision. In particular, the benefit-cost criterion does not consider the distribution of benefits and costs among the affected individuals. These distributional effects often will be important to policy-makers and the general, so benefit-cost analysis typically will need to be supplemented by other information.

Back to top.

## What is Benefit-Cost Analysis used for?

The primary purpose of benefit cost analysis is to provide policy makers and others with detailed information on a wide variety of consequences of environmental policies.

Benefit-cost analysis is only one of many inputs into policy evaluation. Other factors include environmental justice considerations; ethical concerns; enforceability; legal consistency; and technological and institutional feasibility.

Back to top.

## What is the "Value of a Statistical Life"?

See "What does it mean to place a value on life?"

Back to top.

## What value of statistical life does EPA use?

EPA recommends that the central estimate of $7.4 million ($2006), updated to the year of the analysis, be used in all benefits analyses that seek to quantify mortality risk reduction benefits regardless of the age, income, or other population characteristics of the affected population until revised guidance becomes available (see "What is the current process for updating the Agency's estimates" below). This approach was vetted and endorsed by the Agency when the 2000 *Guidelines for Preparing Economic Analyses* were drafted. Although $7.4 million ($2006) remains EPA's default guidance for valuing mortality risk changes, the Agency has considered and presented others (see "What Values Has EPA Used in the Past" below.)
Back to top.

## What other values has EPA used in the past?

Few economic analyses prepared by EPA calculated monetary benefits until the mid-1980s. One of the earliest major EPA regulations that developed more detailed economic estimates of the benefits of proposed regulatory standards was the National Ambient Air Quality Standards for particulate matter (USEPA 1984). This analysis drew on a review of six wage-risk studies published during 1976-1981 with a central estimate of $4.6 million (2001$). Around this same time EPA issued its first economic guidance and reported a range of VSL estimates for use in policy

analysis of $0.7 to $12.9 million (2001$) (USEPA 1983). The next major review of mortality risk valuation came in the mid-1990s when EPA reported to Congress on the economic benefits and costs of the Clean Air Act (USEPA 1997). This report based its VSL findings on 26 studies, 21 from the wage-risk literature and five from stated preference studies. This study forms the basis of EPA's existing mortality risk valuation guidance discussed above.

Beginning in 2004 EPA's Office of Air and Radiation (OAR) used an estimate of $5.5 million (1999 dollars; $6.6 million in 2006 dollars) for the analysis of air regulations. This estimate was derived from the range of values estimated in three meta-analyses of VSL conducted after EPA's *Guidelines* were published in 2000 (Mrozek and Taylor (2000), Viscusi and Aldy (2003), and later, Kochi, et al. (2006).) However, the Agency neither changed its official guidance on the use of VSL in rule-makings nor subjected the interim estimate to a scientific peer-review process through the Science Advisory Board (SAB) or other peer-review group.

While the Agency is updating its guidance by incorporating the most up-to-date literature and recent recommendations from the SAB-EEAC, it has determined that a single, peer-reviewed estimate applied consistently best reflects the SAB-EEAC advice until updated guidance is available. Therefore, EPA has decided to return to the value established in the 2000 *Guidelines* for all its actions until a revised estimate can be fully vetted within the Agency and by EPA's Science Advisory Board.

Back to top.

## What is the current process for updating the Agency's estimates?

EPA is committed to using the best available science in its analyses and is in the process of revisiting its guidance on valuing mortality risk reductions.

- EPA has engaged the Science Advisory Board Environmental Economics Advisory Committee (SAB-EEAC) on several issues related to mortality risk valuation, including the use of meta-analysis – a statistical technique used to combine results from individual studies addressing similar problems.
- Following advice of the SAB-EEAC, EPA formed an expert panel to explore issues of meta-analysis (see USEPA 2006).
- In addition, EPA commissioned reports on the various approaches used in the literature to estimate the value of mortality risk reductions (Alberini 2004, Black *et al*. 2003, and Blomquist 2004).

EPA is now taking all of this information into account in the guidance revision process. The Agency has prepared a white paper on *Valuing Mortality Risk Reductions in Environmental Policy* (PDF, 1795.3K, About PDF) featuring EPA's latest review of important issues surrounding how to value the reductions in risk to human health from environmental regulations and other Agency decisions. EPA has submitted the whitepaper to its Science Advisory Board for feedback and recommendations on several issues including:
- replacing the often misunderstood term "value of statistical life" with the more accurate term "value of mortality risk reduction;"
- accounting for potential differences in people's willingness to pay for cancer mortality risk reductions relative to mortality risks from workplace or other accidental deaths when estimating the benefits of actions that are expected to reduce cancer-causing pollutants;
- accounting for possible differences in people's willingness to pay for risk reductions that will be experienced by others due to altruistic preferences in benefit-cost estimation; and
- synthesizing the body of evidence of people's willingness-to-pay for reducing mortality risks to inform benefit-cost analysis.

The process ultimately used to revise estimates for use in benefit-cost analysis will be informed by the recommendations from the SAB Review.

Back to top.

**Why is EPA proposing to change the terminology it uses when valuing changes in mortality risk?**

The Agency believes that its benefit-cost analyses would be more transparent and comprehensible if the term "value of statistical life" were replaced with an alternative term that more accurately describes the health risk changes that are being analyzed. The term "value of statistical life" can give the misleading impression that a "price" is being placed on individual lives--as a mugger who says, "Your money or your life!?" In reality, EPA regulations typically lead to small reductions in mortality risks (ranging up to 1 in 1,000 per year) for large numbers of people. A benefit-cost analysis attempts to estimate the total sum of money that a large number of people would be willing to pay to reduce their mortality risks by amounts in this general range. The term "value of mortality risk reduction" conveys this idea more clearly and should reduce the confusion that sometimes arises when discussing the "value of statistical lives." It is important to understand that by adopting new terminology the Agency is not changing the economic theory that underlies these valuations. Furthermore, no matter which term is applied, the same underlying data would be used to estimate the value, and these values would lead to the same aggregate benefits if applied to the same policy proposal.

Back to top.

**How does the "Value of Mortality Risk" Differ from the Value of a Statistical Life?**

The Value of Mortality Risk (VMR) and the Value of Statistical Life (VSL) are indeed related. The underlying theoretical concept is the same, and the estimated values for either metric would be based on the same published literature. The difference lies in the choice of units used to aggregate and report the risk changes. The VSL is typically reported in units of dollars per statistical death per year. The VMR would be reported in units such as dollars per micro-risk per person per year, where a "micro-risk" represents a one in a million chance of dying. EPA is proposing using VMR because it should help to reduce the misunderstandings that are sometimes caused by the VSL terminology.

Back to top.

**How will EPA Estimate the Value of Mortality Risk (VMR)?**

For decades economists have been studying how people make tradeoffs between their own income and risks to their health and safety. These tradeoffs can reveal how people value, in dollar terms, small changes in risk. For example, purchasing automobile safety options reveals information on what people are willing to pay to reduce their risk of dying in a car accident. Purchasing smoke detectors reveals information on what people are willing to pay to reduce their risk of dying in a fire. EPA will review all of the peer-reviewed scientific studies of these income and health risk trade-offs and will attempt to summarize the results in a single best central estimate or range of estimates to use in benefit-cost analyses.

Back to top.

**Is EPA proposing a numeric value for VMR?**

No, EPA is not proposing a numeric value for VMR at this time. The White Paper under review by the SAB-EEAC proposes a methodology for both incorporating the latest scientific evidence on how people value small reductions in their risk of dying and combining the estimates in the over 80 studies in the literature. EPA has identified a set of criteria for selecting studies from the literature and outlined a method for identifying appropriate estimates from those studies. The

White Paper highlights a number of statistical issues that are associated with combining estimates from the studies and is seeking SAB feedback on how best to address these issues. EPA has proposed several options for identifying the best estimate or set of estimates for a VMR, but does not propose a value in this White Paper.

~~Back to top.~~

## What is a Cancer Differential?

A cancer differential is the additional amount that people are willing to pay to reduce cancer risks relative to accidental or other categories of mortality risks. In part, this may reflect the extended period of illness that accompanies life-threatening cancer, but it may also include intangible factors such as the additional feeling of dread associated with cancer. If people value different types of risk differently, then benefits analysis for different types of policies would ideally reflect these preferences. As described in the *White Paper on Valuing Mortality Risk Reductions in Environmental Policy*, EPA believes there is now sufficient scientific evidence for including a cancer differential in economic analysis of policies that reduce exposure to cancer-causing pollutants. This issue is one of the subjects for EPA's upcoming consultation with the Environmental Economics Advisory Committee of the Science Advisory Board.

~~Back to top.~~

## What are Altruistic Preferences?

Altruism is the concern for others. We know from studies that individuals are often willing to pay more when there are reductions in risks to themselves as well as others. That is, many studies show that individuals express altruism when asked how much they would be willing to pay to reduce risks to themselves as well as other people. Since most environmental policy addresses public risks that we all face in common, then it may be important to capture these altruistic preferences in our benefit-cost analysis. This issue is one of the subjects for EPA's upcoming consultation with the Environmental Economics Advisory Committee of the Science Advisory Board.

~~Back to top.~~

## When will revised Guidance on Mortality Risk Valuation be available?

Producing Agency guidance on mortality risk valuation is a multi-step process and will, in part, depend on the recommendations received from the Science Advisory Board. Clear guidance based on the best available scientific information that can be consistently applied across the Agency is the goal. While this may take some time to complete, the goal is to issue new guidance in 2011.

~~Back to top.~~

## References

Alberini, Anna. 2004. Willingness to Pay for Mortality Risk Reductions: A Re-examination of the Literature. *Draft Final Report*, Cooperative Agreement with U.S. Environmental Protection Agency, #015-29528.

Black, Dan A. and Thomas J. Kniesner. 2003. On the Measurement of Job Risk in Hedonic Wage Models. *Journal of Risk and Uncertainty* 27(3): 205-220.

Blomquist, Glenn C. 2004. Self-Protection and Averting Behavior, Values of Statistical Lives, and Benefit Cost Analysis of Environmental Policy. *Review of Economics of the Household 2*: 89-100.

Kochi, Ikuho; Bryan Hubbell and Randall Kramer. 2006. "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis," *Environmental and Resource Economics,* 34: 385-406.

Mrozek, J. and Laura Taylor. 2002. "What Determines the Value of Life? A Meta Analysis," *Journal of Policy Analysis and Management,* 21(2), 253-70.

U.S. Environmental Protection Agency. 1983. *Guidelines for Performing Regulatory Impact Analyses.* Office of Policy Analysis, EPA-230-01-84-003.

U.S. Environmental Protection Agency. 1984. *Regulatory Impact Analysis for NAAQS for Particulate Matter.* Office of Air and Radiation.

U.S. Environmental Protection Agency. 1997. *The Benefits and Costs of the Clean Air Act 1970-1990.* Prepared for Congress by Office of Air and Radiation and Office of Policy, Planning and Evaluation. October 1997.

U.S. Environmental Protection Agency. 1999. *The Benefits and Costs of the Clean Air Act: 1990-2010.* Prepared for Congress by Office of Air and Radiation and Office of Policy, EPA 410-R-99-001, November 1999.

U.S. Environmental Protection Agency. 2000. *Guidelines for Preparing Economic Analyses,* Office of the Administrator. EPA-240-R-00-003, December 2000.

U.S. Environmental Protection Agency. 2006. Report of the EPA Workgroup on VSL Meta-Analysis, May 31, 2006.

Viscusi, W. K. 1992. Fatal *Tradeoffs: Public and Private Responsibilities for Risk.* New York, NY: Oxford University Press.

Viscusi, W. Kip and Aldy, Joseph E. 2003. "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World," *Journal of Risk and Uncertainty,* Springer, vol. 27(1), pages 5-76, August.

Back to top.

*American Economic Review 2012, 102(7): 3652–3673*
*http://dx.doi.org/10.1257/aer.102.7.3652*

# The Impact of Pollution on Worker Productivity[†]

By Joshua Graff Zivin and Matthew Neidell*

As one of the primary factors of production, labor is an essential element in every nation's economy. Investing in human capital is widely viewed as a key to sustaining increases in labor productivity and economic growth. While health is increasingly seen as an important part of human capital, environmental protection, which typically promotes health, has not been viewed through this lens. Indeed, such interventions are typically cast as a tax on producers and consumers, and thus a drag on the labor market and the economy in general. Given the large body of evidence that causally links pollution with poor health outcomes (e.g., Bell et al. 2004; Chay and Greenstone 2003; Currie and Neidell 2005; Dockery et al. 1993; Pope et al. 2002), it seems plausible that efforts to reduce pollution could in fact also be viewed as an investment in human capital, and thus a tool for promoting, rather than retarding, economic growth.

The key to this assertion lies in the impacts of pollution on labor market outcomes. While a handful of studies have documented impacts of pollution on labor supply (Carson, Koundouri, and Nauges 2011; Graff Zivin and Neidell forthcoming; Hanna and Oliva 2011; Hausman, Ostro, and Wise 1984; Ostro 1983),[1] their focus on the extensive margin, where behavioral responses are nonmarginal, only captures high-visibility labor market impacts. Pollution is also likely to have productivity impacts on the intensive margin, even in cases where labor supply remains unaffected. Since worker productivity is more difficult to monitor than labor supply, these more subtle impacts may be pervasive throughout the workplace, so that even small individual effects may translate into large welfare losses when aggregated across the economy. There is, however, no systematic evidence to date on the direct impact of pollution on worker productivity.[2] This paper is the first to rigorously assess this environmental productivity effect.

Estimation of this relationship is complicated for two reasons. One, although datasets frequently measure output per worker, these measures do not isolate worker

* Graff Zivin: University of California-San Diego, School of International Relations and Pacific Studies and Department of Economics, 9500 Gilman Dr. 0519, La Jolla, CA 92093, and NBER (e-mail: jgraffzivin@ucsd.edu); Neidell: Columbia University, Department of Health Policy and Management, Mailman School of Public Health, 600 W. 168th Street, 6th Floor, New York, NY 10032, and NBER (e-mail: mn2191@columbia.edu). We thank numerous individuals and seminar participants at RAND, UC-Irvine, Maryland, Cornell, Tufts, Michigan, University of Washington, University of British Columbia, CUNY Graduate Center, Yale University, Columbia, UC-San Diego, and the NBER Health Economics meeting for helpful suggestions. We are also particularly indebted to Udi Sosnik for helping to make this project possible, and Shlomo Pleban for assistance in collecting the data, both of Orange Enterprises. We are grateful for funding from the National Institute of Environmental Health Sciences (1R21ES019670-01), the Property and Environment Research Center, and seed grants from the Institute for Social and Economic Research and Policy and the Northern Manhattan NIEHS.

[†] To view additional materials, visit the article page at http://dx.doi.org/10.1257/aer.102.7.3652.

[1] Numerous cost-of-illness studies that focus on hospital outcomes such as length of hospital stay also implicitly focus on labor supply impacts.

[2] In a notable case study, Crocker and Horst (1981) examined the impacts of environmental conditions on 17 citrus harvesters. They found a small negative impact on productivity from rather substantial levels of pollution in Southern California in the early 1970s.

productivity from other inputs (i.e., capital and technology), so that obtaining clean measures of worker productivity is a perennial challenge. Two, exposure to pollution levels is typically endogenous. Since pollution is capitalized into housing prices (Chay and Greenstone 2005), individuals may sort into areas with better air quality depending, in part, on their income, which is a function of their productivity (Banzhaf and Walsh 2008). Furthermore, even if ambient pollution is exogenous, individuals may respond to ambient levels by reducing time spent outside, so that their exposure to pollution is endogenous (Neidell 2009).

In this paper, we use a unique panel dataset on the productivity of agricultural workers to overcome these challenges in analyzing the impact of ozone pollution on productivity. Our data on daily worker productivity is derived from an electronic payroll system used by a large farm in the Central Valley of California that pays its employees through piece rate contracts. A growing body of evidence suggests that piece rates reduce shirking and increase productivity over hourly wages and relative incentive schemes, particularly in agricultural settings (Bandiera, Barankay, and Rasul 2005, 2010; Lazear 2000; Paarsch and Shearar 1999, 2000; Shi 2010). Given the incentives under these contracts, our measures of productivity can be viewed as a reasonable proxy for productive capacity under typical work conditions.

We conduct our analysis at a daily level to exploit the plausibly exogenous daily fluctuations in ambient ozone concentrations. Although aggregate variation in environmental conditions is largely driven by economic activity, daily variation in ozone is likely to be exogenous. Ozone is not directly emitted but forms from complex interactions between nitrogen oxides ($NO_x$) and volatile organic chemicals (VOCs), both of which are directly emitted, in the presence of heat and sunlight. Thus, ozone levels vary in part because of variations in temperature, but also because of the highly nonlinear relationship with $NO_x$ and VOCs. For example, the ratio of $NO_x$ to VOCs is almost as important as the level of each in affecting ozone levels (Auffhammer and Kellogg 2011), so that small *decreases* in $NO_x$ can even lead to *increases* in ozone concentrations, which has become the leading explanation behind the "ozone weekend effect" (Blanchard and Tanenbaum 2003). Moreover, regional transport of $NO_x$ from distant urban locations, such as Los Angeles and San Francisco, has a tremendous impact on ozone levels in the Central Valley (Sillman 1999). Given the limited local sources of ozone precursors, this suggests that the ozone formation process coupled with emissions from distant urban activities are the driving forces behind the daily variation in environmental conditions observed near this farm.

Furthermore, the labor supply of agricultural workers is highly inelastic in the short run. Workers arrive at the field in crews and return as crews, thus spending the majority of their day outside regardless of environmental conditions. Moreover, since we have measures of both the decision to work and the number of hours worked, we can test whether workers respond to ozone, and in fact we are able to rule out even small changes in avoidance behavior. Thus, focusing on agricultural workers greatly limits the scope for avoidance behavior, further ensuring that exposure to pollution is exogenous in this setting, and that we are detecting productivity impacts on the intensive margin.

Although these workers are paid through piece-rate contracts, worker compensation is subject to minimum wage rules, which can alter the incentive for workers to supply costly effort. Since the minimum wage decouples daily job performance

from compensation, workers may have an incentive to shirk. If pollution leads to more workers earning the minimum wage, and this in turn induces shirking, linear regression estimates will be upward biased. On the other hand, the threat of termination may provide a sufficient incentive to provide effort, particularly in our setting where output is easily verified and labor contracts are extremely short-lived, in which case linear regression models should be unbiased.

After merging this worker data with environmental conditions based on readings from air quality and meteorology stations in the California air monitoring network, we first estimate linear models that relate mean ozone concentrations during the typical workday to productivity. We find that ozone levels well below federal air quality standards have a significant impact on productivity: a 10 parts per billion (ppb) decrease in ozone concentrations increases worker productivity by 5.5 percent. To account for potential concerns about shirking, we artificially induce "bottom-coding" on productivity measures for observations where the minimum wage binds, and estimate censored regression models. Under this specification, the actual measures of productivity when the minimum wage binds no longer influence estimates of the impact of ozone on productivity. Thus, if the marginal effects of productivity on this latent variable differ from the marginal effects from our baseline linear model, this would indicate shirking is occurring. Our results, however, remain unchanged, suggesting that the threat of termination provides sufficient incentives for workers to supply effort even when compensation is not directly tied to output.

These impacts are particularly noteworthy as the US Environmental Protection Agency is currently contemplating a reduction in the federal ground-level ozone standard of approximately 10 ppb (Environmental Protection Agency 2010). The environmental productivity effect estimated in this paper offers a novel measure of morbidity impacts that are both more subtle and more pervasive than the standard health impact measures based on hospitalizations and physician visits. Moreover, they have the advantage of already being monetized for use in the regulatory cost-benefit calculations required by Executive Order 12866 (The White House, 1994). In developing countries, where environmental regulations are typically less stringent and agriculture plays a more prominent role in the economy, this environmental productivity effect may have particularly detrimental impacts on national prosperity.

The paper is organized as follows. Section I briefly summarizes the relationship between ozone and health, and highlights potentially important confounders. Section II describes the piece-rate and environmental data. Section III provides a conceptual framework that largely serves to guide our econometric model, which is described in Section IV. Section V describes the results, with a conclusion provided in Section VI.

## I. Background on Ozone and Health

Ozone affects respiratory morbidity by irritating lung airways, decreasing lung function, and increasing respiratory symptoms (Environmental Protection Agency 2006). Studies have consistently linked higher ozone concentrations with increased health care visits for respiratory diseases (see, e.g., Neidell 2009), but ozone can also lead to minor insults that may not necessitate the use of formal health care. For example, research finds decreases in forced-expiratory volume in mail carriers in

Taiwan (Chan and Wu 2005) and agricultural workers in British Columbia, Canada (Brauer, Blair, and Vedal 1996) even at levels below prevailing air quality standards. Symptoms from ozone exposure can arise in as little as one hour, with effects exacerbated by exercise and with continued duration of exposure (see, e.g., Gong et al. 1986; Kulle et al. 1985; McDonnell et al. 1983), both of which are particularly relevant for our study population given the physical demands of the task and prolonged exposure. How these respiratory changes affect productivity is not well understood, though it is plausible to think that diminished lung functioning would negatively impact productivity for physically demanding work such as that found in agriculture.

Recovery from ozone, once removed from exposure, is also quite rapid. Nearly all lung functioning returns to baseline levels in healthy adults within 24 hours of exposure, although recovery can take longer for hyper-responsive adults with underlying health conditions (Folinsbee and Hazucha 2000; Folinsbee and Horvath 1986).[3] Since ozone levels fall considerably overnight as heat and sunlight decline, we expect lagged ozone to have minimal impacts on the productivity of our healthy worker population. As a result, we focus our analyses primarily on the contemporaneous relationship between ozone and productivity. The impact of lagged ozone concentrations is also explored in order to confirm that our workers are indeed healthy.

As noted in the introduction, ozone formation depends, in part, on ambient temperatures. Human exposure to high temperature can lead to severe negative health effects, including heat cramps, exhaustion, and stroke, as well as more subtle impacts on endurance, fatigue, and cognitive performance (e.g., González-Alonso et al. 1999; Hancock, Ross, and Szalma 2007), all of which may diminish the productivity of workers. The impacts can arise in less than an hour (Hancock, Ross, and Szalma 2007) and are likely nonlinear, as it is mostly temperature extremes outside the "comfort zone" that appreciably affect health (Hancock and Warm 1989). As such, our empirical models will include flexible controls for temperature.

## II. Data

Our data comes from a unique arrangement with an international software provider, Orange Enterprises (OE). OE customizes paperless payroll collection for clients, called the Payroll Employee Tracking (PET) Tiger software system. It tracks the progress of employees by collecting real-time data on attendance and harvest levels of individual farm workers in order to facilitate employee and payroll management. The PET Tiger software operates as follows. The software is installed on handheld computers used by field supervisors. At the beginning of the day, supervisors enter the date, starting time, and the crop being harvested. Each employee clocks in by scanning the unique barcode on his or her badge. Each time the employee brings a bushel, bucket, lug, or bin, his or her badge is swiped, recording the unit and time. Data collected in the field is transmitted to a host computer by synchronizing the handheld with the host computer, which facilitates the calculation of worker wages.

We have purchased the rights to daily productivity data from a farm in the Central Valley of California that uses this system. To protect the identity of the farm, we can

---

[3] Although lung functioning recovers after exposure, long-term damage to lung cells may still occur (Tepper et al. 1989).

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 218 of 323

only reveal limited information about their operations. The farm, with a total size of roughly 500 acres, produces blueberries and two types of grapes during the warmer months of the year. The farm offers two distinct piece-rate contracts depending on the crop being harvested: time plus pieces (TPP) for the grapes and time plus all pieces (TPAP) for blueberries. Total daily wages ($w$) from each contract can be described by the following equations:

$$(1) \qquad \text{TPP:} \quad w = 8h + p \cdot (q\text{-}minpcs \cdot h) \cdot I(q > minpcs \cdot h)$$

$$\text{TPAP:} \quad w = 8h + p \cdot q \cdot I(q > minpcs \cdot h),$$

where the minimum wage is \$8 per hour, $h$ is hours worked, $p$ is the piece rate, $q$ is daily output, *minpcs* is the minimum number of hourly pieces to reach the piece rate regime, and $I$ is an indicator function equal to 1 if the worker exceeds the minimum daily harvest threshold to qualify for piece-rate wages and 0 otherwise. In both settings, if the worker's average hourly output does not exceed *minpcs*, the worker earns minimum wage. The marginal incentive for a worker whose output places them in the minimum wage portion of the compensation schedule is job security. In TPP, the marginal incentive in the piece rate regime is the piece rate. TPAP slightly differs from TPP in that it pays piece rate for *all* pieces when a worker exceeds the minimum hourly rate (as opposed to paying piece rate only for the pieces above the minimum). Hence, the payoff at *minpcs* is nonlinear and provides a stronger incentive to reach the threshold under this contract. The incentive beyond this kink remains linear as under TPP.

The worker dataset we obtained consists of a longitudinal file that follows workers over time by assigning workers a unique identifier based on the barcode of their employee badge. It includes information on the total number of pieces harvested by each worker,[4] the location of the field, the type of crop, the terms of the piece rate contract,[5] time in and out, and the gender of the worker.[6] Data quality is extremely high, as its primary purpose is to determine worker wages. The analyses in this paper are based on data from the farm for their 2009 and 2010 growing seasons.

Our measures of environmental conditions come from data on air quality and weather from the system of monitoring networks maintained by the California Air Resources Board (2012). These data offer hourly measures of various pollutants and meteorological elements at numerous monitoring sites throughout the state. The

---

[4] For one of the three crops, harvests are done in crews of three and individual productivity is measured as the total output of the crew divided by the crew size. While crew work could introduce free-riding incentives, our measure of the environmental productivity effect will only be biased if these incentives change due to pollution. This will only occur if both of the following are true: workers are differentially affected by ozone and the complementarities in team production are very high (e.g., Leontief production). While each member of a crew has a specific task, they typically help each other throughout the day, suggesting that labor is indeed substitutable within the crew. Moreover, Hazucha et al. (2003) find little evidence of heterogeneous health impacts of ozone across healthy men and women. Thus, assigning average productivity measures to individuals within a crew should not bias our estimates.

[5] Piece-rate contracts, and thus minimum daily harvest thresholds, are fixed to the crop for the duration of the season. For simplicity, we label the two types of grapes as two crops given that they have different contracts.

[6] Although we have limited data on the demographic characteristics of our workers, demographics of piece-rate agricultural workers in California obtained from the National Agricultural Workers Survey, an employment-based random survey of agricultural workers, indicates these workers are poor, uneducated, and speak limited English, with the vast majority migrants from Mexico.

farm is in close proximity to several monitors: three monitors that provide measurements of ozone and other environmental variables are within 20 miles of the farm, with the closest less than 10 miles away.[7] For all environmental variables, we compute an average hourly measure for the typical work day, which starts at 6 AM and ends at 3 PM.

We assign environmental conditions to the farm using data from the closest monitoring station to the farm. While studies find that ozone measurements at fixed monitors are often higher than measurement from personal monitors attached to individuals in urban settings (O'Neill et al. 2003), this is less of a concern in the agricultural setting where ratios of personal to fixed monitors have been found to be as high as 0.96 (Brauer and Brook 1995). Furthermore, even when the difference exists, the within-person variation is highly correlated with the within-monitor variation (O'Neill et al. 2003). As a crude test for spatial uniformity of ozone levels, we regress ozone levels from the closest monitor to the farm against the second closest monitor with data available for both years, which is roughly 30 miles away, and obtain an $R^2$ of 0.85.[8] Thus, despite its simplicity, we expect measurement error using our proposed technique for assigning ozone to the farm to be quite small.

Our data follows roughly 1,600 workers intermittently over 155 days. Table 1 shows summary statistics for worker output and characteristics, environmental variables, and a breakdown of the sample size. There are three main crops harvested by this farm.[9] Under the TPAP contracts, which are used to harvest crop type 1, workers reach the piece-rate regime 24 percent of workdays. For the crops paid under TPP, workers reach the piece-rate regime 57 percent of workdays for crop 2 and 47 percent of workdays for crop 3. Under these contracts, the average hourly wages are $8.41, $8.16, and $8.41 for each of the three crops, respectively. We also see that variation in worker output is equally driven by variation within as well as across workers. Worker tenure with the farm is rather short, averaging 20 days, and both genders are well represented.[10]

In terms of environmental variables, the average ambient ozone level for the day is under 50 ppb, with a standard deviation of 13 ppb and a maximum of 86 ppb. Since this measure of ozone is taken over the average workday from 6 AM to 3 PM, it corresponds closely with national ambient air quality standards (NAAQS), which are based on eight-hour ozone measures. Current NAAQS are set at 75 ppb, suggesting that, while ozone levels during work hours can lead to exceedances of air-quality standards, most workdays are not in violation of regulatory standards.[11] Consistent with the area being prone to ozone formation, mean temperature and sunlight (as proxied by solar radiation) are high, and precipitation is low.

---

[7] To protect the identity of the farm, we cannot reveal the exact distance.

[8] Comparable $R^2$ for temperature is 0.94 and for particulate matter less than 2.5 $\mu_g/m^3$, another pollutant of much interest, is only 0.27; hence we do not focus on this important pollutant but include it as a covariate.

[9] The timing of the harvest is determined by when each crop is ready to be picked, so workers have little discretion over which crop to harvest on any given day. We explore the potential impact of worker selection into crops in Section VC.

[10] Gender is not reported for 19 percent of the sample.

[11] Violation of NAAQS is based on the daily maximum eight-hour ozone. Since our measure of ozone begins at 6 AM, a time when ozone levels are quite low, the daily maximum eight-hour ozone is generally higher than our measure.

TABLE 1—SUMMARY STATISTICS

| | Observations | Mean | SD | SD within worker | SD between workers |
|---|---|---|---|---|---|
| *Panel A. Productivity variables* ($N = 35{,}461$) | | | | | |
| Minimum wage regime | | | | | |
| Time + all pieces, \$0.5/Piece | 11,752 | 2.03 | 0.57 | 0.44 | 0.47 |
| Time + pieces, \$0.3/Piece | 3,761 | 3.07 | 0.78 | 0.65 | 0.70 |
| Time + pieces, \$1/piece | 5,918 | 2.29 | 0.48 | 0.31 | 0.44 |
| Hours worked | 21,431 | 7.64 | 1.29 | 0.76 | 1.20 |
| Piece-rate regime | | | | | |
| Time + all pieces, \$0.5/Piece | 3,675 | 3.42 | 0.40 | 0.30 | 0.32 |
| Time + pieces, \$0.3/Piece | 5,115 | 4.93 | 0.86 | 0.70 | 0.64 |
| Time + pieces, \$1/piece | 5,240 | 3.88 | 0.82 | 0.50 | 0.66 |
| Hours worked | 14,030 | 7.34 | 1.53 | 0.96 | 1.36 |
| Worker characteristics | | | | | |
| Tenure (weeks) | 35,461 | 2.78 | 2.49 | | |
| Percent male | 35,461 | 0.30 | 0.46 | | |
| Percent female | 35,461 | 0.51 | 0.50 | | |
| | Mean | SD | Min | Max | |
| *Panel B. Environmental variables* ($N = 155$) | | | | | |
| Ozone (ppb) | 47.77 | 13.24 | 10.50 | 86.00 | |
| Temperature (F) | 78.15 | 8.52 | 56.30 | 96.98 | |
| Atmospheric pressure (mb) | 1,001.55 | 6.48 | 988.86 | 1,012.59 | |
| Resultant wind speed (mph) | 2.74 | 0.53 | 1.61 | 4.60 | |
| Solar radiation (W/m$^2$) | 837.33 | 174.07 | 187.00 | 1,083.33 | |
| Precipitation (mm) | 2.40 | 5.05 | 0.00 | 35.48 | |
| Dew point (F) | 51.96 | 5.81 | 33.14 | 63.43 | |
| Particulate matter <2.5 ($\mu_g$/m$^3$) | 11.69 | 5.74 | 1.00 | 24.44 | |
| *Panel C. Sample* | | | | | |
| Number of dates | 155 | | | | |
| Number of employees | 1,664 | | | | |

*Notes:* The sample size in panel A refers to worker-days, while the sample size in panel B refers to the number of harvest dates. SD: Standard deviation. Crop 1 is time plus all pieces, with a piece rate of \$0.5/piece and minimum pieces per hour of three. Crop 2 is time plus pieces, with a piece rate of \$0.3/piece and minimum pieces per hour of four. Crop 3 is time plus pieces, with a piece rate of \$1/piece and minimum pieces per hour of three.

For a deeper look at productivity, Figure 1 plots the distribution of average pieces collected per hour by crop and overall, with a line drawn at the rate that corresponds with the level of productivity that separates the minimum wage from the piece-rate regime (the regime threshold). To combine productivity across crops, we standardize average hourly productivity by subtracting the minimum number of pieces per hour required to reach the piece-rate regime and dividing by the standard deviation of productivity for each crop, so the value that separates regimes is 0. For the crop paid TPAP, we see evidence of mass displaced just before the regime threshold, which is consistent with the strong incentives associated with just crossing the threshold under this payment scheme. For the two crops paid TPP, the distribution of productivity follows a symmetric normal distribution quite closely, with the exception of some displacement immediately surrounding the regime threshold for crop 2. Since crop 2 is harvested at a rate roughly 50 percent higher than crop 3, as shown in Table 1, it may be easier for workers who are close to the threshold to push themselves just above it by collecting a little more. If shirking occurs when the minimum wage binds, then we would expect part of the distribution to be shifted away from the area just left of the regime threshold and into the left tail. These plots, however,



FIGURE 1. STANDARDIZED AVERAGE HOURLY PIECES COLLECTED BY CROP AND FOR ALL CROPS

*Notes:* This figure plots the standardized average hourly pieces for each of the three crops and all crops, along with a nonparametric kernel density estimate. We standardize average hourly productivity by subtracting the minimum number of pieces per hour required to reach the piece-rate regime and dividing by the standard deviation of productivity for each crop. The vertical line reflects the regime threshold for crossing from the minimum wage to the piece-rate regime, which is zero for all crops given the standardization.



FIGURE 2. VARIATION IN PRODUCTIVITY BY WORKER, ALL CROPS

*Notes:* This figure plots the mean of the standardized average hourly pieces for all crops by worker. We standardize average hourly productivity by subtracting the minimum number of pieces per hour required to reach the piece-rate regime and dividing by the standard deviation of productivity for each crop.

do not exhibit such patterns, suggesting that shirking among those receiving a fixed wage is minimal.

The significant variation in pieces collected in Figure 1 is also noteworthy, as this is critical for obtaining precise estimates of the impact of ozone. Figures 2 and 3



FIGURE 3. VARIATION IN PRODUCTIVITY BY DAY, ALL CROPS

*Notes:* This figure plots the mean of the standardized average hourly pieces for all crops by day. We standardize average hourly productivity by subtracting the minimum number of pieces per hour required to reach the piece rate regime and dividing by the standard deviation of productivity for each crop.

further illustrate this variation both within and across workers. For Figure 2, we collapse the data to the worker level by computing each worker's mean daily productivity over time. For Figure 3, we collapse the data to the daily level by computing the mean output of all workers on each day. This significant variation suggests that both worker ability and environmental conditions appear to be important drivers of worker productivity.

To illustrate the relationship between ozone and temperature, Figure 4 plots the demeaned average hourly ozone and temperature by day separately for the 2009 and 2010 ozone seasons, with an indicator for days on which harvesting occurs for each crop. This Figure reveals considerable variation in both variables over time. Importantly, while ozone and temperature are often correlated—temperature is an input into the production of ozone—there is ample independent variation for conducting our proposed empirical tests.[12] We also control for temperature flexibly to ensure that we are properly accounting for this relationship.

### III. Conceptual Framework

In this section, we develop a simple conceptual model to illustrate worker incentives under a piece-rate regime with a minimum wage guarantee. We begin by assuming that the output $q$ for any given worker is a function of effort $e$ and pollution levels $\Omega$. Workers are paid piece rate $p$ per unit output, but only if their total daily wage

---

[12] The $R^2$ from a regression of ozone on temperature alone is 0.61. When we more flexibly control for temperature and also include additional environmental variables as specified in the econometric model (described below), the $R^2$ increases to 0.85.

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 223 of 323





FIGURE 4. AVERAGE DEMEANED DAILY OZONE AND TEMPERATURE, AND CROP HARVEST DAYS, BY YEAR

*Note:* These figures plot demeaned ozone and temperature levels by day for 2009 and 2010, and indicate the days each of the three crops were harvested.

is at least as large as the daily minimum wage $\bar{y}$.[13] In anticipation of our empirical model, we let zero denote the threshold level of output at which workers graduate from the minimum wage regime. Since employment contracts are extremely short-lived, we assume that the probability of job retention $\tau$ is an increasing function of output levels $q$ when $q < 0$.[14] Denoting the costs of worker effort as $c(e)$ and the value associated with job retention as $k$, we can characterize the workers' maximization problem above and below the threshold output level.

For those workers whose output level qualifies them for the piece-rate wage $(q \geq 0)$, effort will be chosen in order to maximize the following:

$$(2) \qquad \max_{e} \; p \cdot q(e, \Omega) \; - \; c(e).$$

[13] While minimum wage standards are typically fixed at an hourly rate, the fixed-length workday in our setting allows us to translate this into a daily rate.

[14] The assumption of perfect retention for those above the threshold is made for simplicity. As long as the probability of job retention is higher for those workers whose harvest levels exceed the threshold, the basic intuition behind the results that follow remain unchanged.

For those workers whose output level places them under the minimum wage regime ($q < 0$), effort will be chosen to maximize the following:

$$(3) \qquad \max_{e} \ \bar{y} \ - \ \tau\big(q(e, \Omega)\big)k \ - \ c(e).$$

The first-order conditions for each are

$$(2') \qquad p \cdot \frac{\partial q}{\partial e} \ - \ \frac{\partial c}{\partial e} \ = \ 0;$$

$$(3') \qquad -\frac{\partial \tau}{\partial q} \frac{\partial q}{\partial e} k \ - \ \frac{\partial c}{\partial e} \ = \ 0.$$

Under the piece-rate regime, workers will supply effort such that the marginal cost of that effort is equal to additional compensation associated with that effort. For those workers being paid minimum wage, the incentive to supply effort is driven entirely by concerns about job security.[15] Workers supply effort such that the marginal cost of that effort is equal to the increased probability of job retention associated with that effort times the value of job retention.

The threat of punishment for low levels of output is instrumental in inducing effort under the minimum wage regime. If workers are homogenous and firms set contracts optimally, the gains from job retention due to extra effort will be set equal to the piece-rate wage, i.e., $-\frac{\partial \tau}{\partial q}k = p$, such that effort exertion will be identical across both segments of the wage contract. If firms are unable to design optimal contracts, effort will differ across regimes. Of particular concern is the situation in which termination incentives are low-powered; i.e., $-\frac{\partial \tau}{\partial q}k < p$. In this case, workers essentially have a limited liability contract, and thus have incentives to shirk under the minimum wage regime. Moreover, since the productivity impacts of pollution increase the probability of workers falling under the minimum wage portion of the compensation scheme, pollution will also indirectly increase the incentive to shirk, which we must account for in our econometric model.

### IV. Econometric Model

The worker maximization problem characterized in the previous section suggests the following econometric model:

$$(4) \qquad E[q \,|\, \Omega, \mathbf{X}] \ = \ P(q \geq 0 \,|\, \Omega, \mathbf{X}) \times E[q \,|\, \Omega, \mathbf{X}, q \geq 0]$$

$$+ \ \big(1 - P(q \geq 0 \,|\, \Omega, \mathbf{X})\big) \times E[q \,|\, \Omega, \mathbf{X}, q < 0],$$

where $P$ is the probability a worker has output high enough to place them in the piece-rate regime, $1 - P$ is the probability a worker's output places them in the

---

[15] This is conceptually quite similar to the model of efficiency wages and unemployment advanced in Shapiro and Stiglitz (1984), where high wages and the threat of unemployment induce workers to supply costly effort.

minimum wage regime, and $\mathbf{X}$ are other factors that affect productivity (described in more detail below). We are primarily interested in the direct effect of pollution on productivity (the environmental productivity effect), and use two approaches for estimating this relationship. First, we estimate the following linear model:

$$(5) \qquad q \; = \; \beta^{ols} \Omega \; + \; \theta^{ols} \mathbf{X} \; + \; \varepsilon^{ols},$$

where $\beta^{ols}$ is the sum of the direct impact and, if it exists, the indirect impact of pollution on productivity via shirking. If the piece-rate contract is set optimally by imposing an appropriate termination threat as described in the previous section, there is no incentive to shirk, and $\beta^{ols}$ will only capture the environmental productivity effect.[16] To the extent that contracts are not set optimally and there is an incentive to shirk in the minimum wage regime, $\beta^{ols}$ will instead reflect not only the environmental productivity effect, but also the indirect effect due to the interaction of this pollution effect with shirking incentives, and hence provide an upper bound of the estimate of the environmental productivity effect.

To account for potential shirking, as a second approach we estimate equation (4) by artificially "bottom-coding" our data and estimating censored regression models. To do this, we leave all observations in the piece-rate regime as is, but assign a measure of productivity of 0 to all observations in the minimum wage regime.[17] Thus, our estimation strategy can be viewed as a Type I Tobit model of the following form:

$$(6) \qquad q^{*} \; = \; \beta^{cen} \Omega \; + \; \theta^{cen} \mathbf{X} \; + \; \varepsilon^{cen}$$

$$q \; = \; q^{*} \; \text{if} \quad q \; \geq \; 0$$

$$q \; = \; 0 \; \text{if} \quad q \; < \; 0,$$

where $q^{*}$ is the latent measure of productivity. Because we are interested in the impact of pollution on actual productivity, which can take on values less than zero, the environmental productivity effect is the marginal effect of pollution on the latent variable $q^{*}$, which is simply $\beta^{cen}$. Importantly, the actual values of productivity in the minimum wage regime will have no impact on the likelihood function, and hence on $\beta^{cen}$. That is, if shirking occurs so that the distribution of productivity in the minimum wage regime is shifted to the left, this shift will no longer influence estimates of $\beta^{cen}$ because they have been censored. Therefore, even if workers are shirking when paid minimum wage, our estimates of $\beta^{cen}$ will only capture the environmental productivity effect.

We include data from all crops in one regression by using the standardized measures of productivity described in the data section. We specify ozone in units of 10 ppb since this value is close to prior and recently proposed policy changes for ozone in the United States. Given our standardization of the dependent variable, the

---

[16] Although environmental conditions may affect workers, they may also have a direct impact on crops. While there is considerable evidence to support the claim that chronic exposure to ozone affects crop yield (see, e.g., Manning, Flagler, and Frenkel 2003), there is no evidence to support an effect from acute exposure.

[17] Because of our standardization of productivity, a value of 0 represents the value when workers switch from the minimum wage to piece rate regime.

coefficients can be interpreted as a standard deviation change in productivity from a 10 ppb change in ozone. To control for other factors that may affect productivity, the vector $\mathbf{X}$ includes controls for gender, tenure with the farm (a quadratic), temperature, humidity, precipitation, wind speed, air pressure, solar radiation, and fine particulate matter (PM2.5), all measured as the mean over the typical workday. Since ozone is formed in part because of temperature and sunlight, it is essential that we properly control for these variables. To do this, we include a series of temperature indicator variables for every 2.5 degrees Fahrenheit, and also interact these indicators with solar radiation. To control for humidity, we use dew point temperature, a measure of absolute humidity that is not a function of temperature (Barreca 2012), and also include indicator variables for every 2.5 degrees Fahrenheit. We also include a series of day-of-week indicators to capture possible changes in productivity throughout the week, indicator variables for the crop to account for the mean shift in productivity from different contracts, and year-month dummies to control for trends in pollution and productivity within and across growing seasons. All standard errors are two-way clustered on the date because the same environmental conditions are assigned to all workers on a given day and on the worker to account for serial correlation in worker productivity (Cameron, Gelbach, and Miller 2011).

In addition to the aforementioned concerns regarding shirking, several additional primary threats to identification remain. As previously discussed, potential confounding due to weather may bias results, so we control flexibly for temperature and sunlight—two important inputs into the ozone formation process. Furthermore, labor supply decisions may respond to ozone levels. Since we have measures of days and hours worked, we directly explore such responses. Lastly, if there is heterogeneity in the productivity effects of ozone and workers select into crops, this may hinder inference. To assess this, we explore both the heterogeneity of ozone effects and whether ozone or worker characteristics are related to crop assignment.

## V. Results

### A. *Labor Supply Responses*

We begin by assessing our earlier claim that the labor supply of agricultural workers is insensitive to ozone levels in this setting. We estimate linear regression models for the decision to work and the number of hours worked (conditional on working), both with and without worker fixed effects. Shown in Table 2, the results in the first two columns, which focus on the decision to work, provide no evidence of a labor supply response to ozone.[18] The second two columns also reveal that the number of hours worked is not significantly related to ozone levels. Even at the lower 95 percent confidence interval, a 10 ppb increase in ozone is associated with a 0.28 drop in hours worked, which is a roughly 17-minute decrease in hours worked. The insensitivity of these results to including worker fixed effects strengthens our confidence in these findings. Thus, consistent with our contention that avoidance behavior is not

---

[18] Marginal effects from logit and probit models for the decision to work are virtually identical to the results from the linear probability model.

TABLE 2—REGRESSION RESULTS OF THE EFFECT OF OZONE ON AVOIDANCE BEHAVIOR

|  | Extensive margin: probability(work) | | Intensive margin: hours worked | |
|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) |
| Ozone (10 ppb) | 0.001 | −0.001 | 0.015 | 0.026 |
|  | [0.026] | [0.027] | [0.149] | [0.154] |
| Worker fixed effect | N | Y | N | Y |
| Mean of dep. var. | 0.905 | 0.905 | 7.52 | 7.52 |
| Observations | 39,223 | 39,223 | 35,461 | 35,461 |
| $R^2$ | 0.12 | 0.17 | 0.33 | 0.36 |

*Notes:* Standard errors clustered on date and worker in brackets. Hours worked is conditional upon working. All regressions include controls for gender, farm tenure (quadratic), temperature (2.5 degree F indicators), solar radiation, temperature (2.5 degree F indicators) × solar radiation, air pressure, wind speed, dew point (2.5 degree F indicators), precipitation, particulate matter < 2.5 $\mu_g$, day of week dummies, month × year dummies, and piece rate contract type dummies. All environmental variables are the mean of hourly values from 6 AM–3 PM.

TABLE 3—MAIN REGRESSION RESULTS OF THE EFFECT OF OZONE ON PRODUCTIVITY

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| Ozone (10 ppb) | −0.143** | −0.174** | −0.164 | −0.155 |
|  | [0.068] | [0.074] | [0.109] | [0.100] |
| Model | Linear | Tobit | Median | Censored median |
| Mean of dep. var. | −0.323 | −0.323 | −0.323 | −0.323 |
| Observations | 35,461 | 35,461 | 35,461 | 25,955 |
| (Psuedo) $R^2$ | 0.34 | 0.12 | 0.22 | 0.28 |

*Notes:* Standard errors clustered on date and worker in brackets. The dependent variable is standardized hourly pieces collected, which is the average hourly productivity minus the minimum number of pieces per hour required to reach the piece rate regime, divided by the standard deviation of productivity for each crop. All regressions include controls for gender, farm tenure (quadratic), temperature (2.5 degree F indicators), solar radiation, temperature (2.5 degree F indicators) × solar radiation, air pressure, wind speed, dew point (2.5 degree F indicators), precipitation, particulate matter < 2.5 $\mu_g$, day of week dummies, month × year dummies, and piece rate contract type dummies. All environmental variables are the mean of hourly values from 6 AM–3 PM. Bootstrapped standard errors for both median regressions were obtained using 250 replications.
   ***Significant at the 1 percent level.
   **Significant at the 5 percent level.
   *Significant at the 10 percent level.

an issue in this setting, farm workers do not appear to adjust their work schedules in response to ozone levels.

### B. *Main Productivity Results*

In Table 3, we present our main results. Column 1 presents results from our linear regression model. The estimated coefficient suggests that a 10 ppb increase in ozone leads to a statistically significant decrease in productivity of 0.143 of a standard deviation.[19] Based on the distribution of ozone and productivity in our sample, this estimate implies that a 10 ppb decrease in ozone increases worker

---

[19] Although we control for other local pollutants that might affect productivity, such as PM2.5, we do not control for $NO_x$ because it is a precursor to ozone formation. The transport of ozone, however, suggests that most of the

productivity by 5.5 percent. If wage contracts are set optimally, this is an unbiased estimate of the effect of ozone pollution. If contracts are not set optimally and workers shirk when the minimum wage binds, then this estimate will overstate the impact of ozone. In column 2 we show results from a Type I Tobit model, where we artificially censor observations when the minimum wage binds, and find a slightly larger estimate of 0.174 standard deviation effect from a 10 ppb change in ozone, with the difference not statistically different from those found under the linear model.[20]

Since this Tobit model assumes normality and homoskedasticity, we assess the sensitivity of our results to these assumptions by estimating a censored median regression model, also displaying results from an uncensored median regression model as a reference point.[21] Shown in column 3, the median regression estimate of 0.164 is quite comparable to the linear regression estimate, which is not surprising given the distribution of productivity shown in Figure 1. The censored median regression estimate of 0.155, shown in column 4, is also quite similar to the estimates from the parametric censored models, lending support to the parametric assumptions of the Tobit model. The comparability of the four estimates in this table suggests that shirking due to the minimum wage is relatively minimal in this setting. Thus, the basic linear regression specification appears to yield unbiased estimates of the pollution productivity effect.[22]

In Table 4, we explore the sensitivity of the linear estimates to various additional assumptions. Column 1 repeats the baseline results. In column 2 we include worker fixed effects. Although this increases the explanatory power of our regressions considerably, the estimates for ozone fall somewhat to 0.101, though this change is not statistically significant. Thus, consistent with the notion that workers are not selecting into employment on any given day based on ozone concentrations, cross-sectional and fixed effects estimates are quite similar.

Figure 1 provided some evidence that worker effort changes near the regime threshold, particularly for crop 1 where contracts are TPAP. If higher ozone levels reduce productivity and hence make it more likely for workers to fall into the minimum wage regime, this offsetting increase in effort may bias our results downward. In the next two columns of Table 4, we address this by excluding observations that are close to the regime threshold, varying our definition of "close." Consistent with expectations, our results are slightly larger as we exclude more observations, but these differences are minimal.

While our data agreement entitles us to productivity data aggregated to the daily level, we have time-stamped measures for crop 1, thus allowing us to explore how the impacts of ozone vary throughout the day. There are two notable limitations in

---

$NO_x$ that contributes to the production of ozone is emitted in urban centers far from the farm. Consistent with this, if we add a control for local $NO_x$, the coefficient on ozone changes minimally.

[20] Consistent with these results, if we specify the dependent variable as the probability the worker reaches the piece-rate regime, we find that ozone reduces this probability by 5.9 percentage points and is statistically significant at the 10 percent level.

[21] We estimate a censored median model using the three-step procedure developed by Chernozhukov and Hong (2002).

[22] Consistent with the notion that shirking may be minimized through the threat of termination, we find that workers in the lower deciles of the productivity distribution are much more likely to separate from the farm than those in the upper deciles (unreported results available upon request from the authors).

Table 4—Sensitivity of Regression Results of the Effect of Ozone on Productivity

|  | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Ozone (10 ppb) | −0.143** [0.068] | −0.101* [0.059] | −0.148** [0.075] | −0.160** [0.080] | −0.197*** [0.0683] | −0.197*** [0.0686] | −0.248*** [0.0788] | −0.229*** [0.0842] |
| 1 lag ozone (10 ppb) |  |  |  |  |  | 0.004 [0.045] |  | −0.066 [0.056] |
| 2 lag ozone (10 ppb) |  |  |  |  |  |  |  | 0.114** [0.0493] |
| Sum of coefficients |  |  |  |  |  | −0.193 [0.076]** |  | −0.182 [0.100]* |
| Model | Baseline | Worker fixed effect | Exclude obs. 0.1 SD of regime threshold | Exclude obs. 0.2 SD of regime threshold | Exclude Monday | Exclude Monday | Exclude Monday and Tuesday | Exclude Monday and Tuesday |
| Mean of dep. var. | −0.323 | −0.323 | −0.360 | −0.389 | −0.235 | −0.235 | −0.183 | −0.183 |
| Observations | 35,461 | 35,461 | 31,706 | 29,376 | 25,456 | 25,456 | 17.498 | 17,498 |
| $R^2$ | 0.34 | 0.59 | 0.36 | 0.38 | 0.36 | 0.36 | 0.35 | 0.36 |

*Notes:* Standard errors clustered on date and worker in brackets. The dependent variable is standardized hourly pieces collected, which is the average hourly productivity minus the minimum number of pieces per hour required to reach the piece rate regime, divided by the standard deviation of productivity for each crop. All regressions are based on linear models that include controls for gender, farm tenure (quadratic), temperature (2.5 degree F indicators), solar radiation, temperature (2.5 degree F indicators) × solar radiation, air pressure, wind speed, dew point (2.5 degree F indicators), precipitation, particulate matter < 2.5 $\mu_g$, day of week dummies, month × year dummies, and piece rate contract type dummies. All environmental variables are the mean of hourly values from 6 am–3 pm.

*** Significant at the 1 percent level.
** Significant at the 5 percent level.
* Significant at the 10 percent level.

this intraday analysis: (i) while pieces can be delivered at any time, environmental variables are measured by clock hour; and (ii) workers sometimes deliver several pieces at once. As a result, we construct hourly productivity measures using linear interpolation. We then use this linearly interpolated hourly data to examine intraday impacts by interacting ozone with the hour of the day, also controlling for hour of the day to account for changes in fatigue as the day progresses. Although the estimate for each hour is not statistically significant at conventional levels, which is not surprising given the measurement error induced by interpolation, the estimates suggest a pattern whereby ozone begins to impact productivity by 10 am and remains fairly steady from that point onward (results available upon request).

To address potential concerns about the cumulative effect of ozone exposure, we also present results that include one- and two-day lags of ozone. Since ozone levels may only reflect exposure on days when workers actually work, we limit our focus to days when workers have worked the previous day by excluding from our analysis the first one or two days of the workweek depending on how many lags we include in our specification. Shown in column 5 of Table 4 are results without any lags but excluding Monday, which are slightly higher than the baseline results. Including one lag of ozone, shown in column 6, we find that the coefficient on contemporaneous ozone remains the same, and lagged ozone is negative but statistically insignificant. The results in column 7 show that excluding the first two workdays continues to increase the contemporaneous coefficient on ozone. Including two lags of ozone, column 8 shows that the coefficient on contemporaneous ozone remains statistically



FIGURE 5. REGRESSION RESULTS OF THE EFFECT OF OZONE ON PRODUCTIVITY
USING MORE FLEXIBLE CONTROLS FOR OZONE

*Notes:* This figure plots the coefficients for the ozone indicator variables ($< 30$ ppb reference category), with the 95 percent confidence interval based on standard errors clustered on date and worker in gray. The dependent variable is standardized hourly pieces collected, which is the average hourly productivity minus the minimum number of pieces per hour required to reach the piece rate regime, divided by the standard deviation of productivity for each crop. The regression includes controls for gender, farm tenure (quadratic), temperature (2.5 degree F indicators), solar radiation, temperature (2.5 degree F indicators) × solar radiation, air pressure, wind speed, dew point (2.5 degree F indicators), precipitation, particulate matter $< 2.5 \mu_g$, day of week dummies, month × year dummies, and piece rate contract type dummies. All environmental variables are the mean of hourly values from 6 AM–3 PM.

significant and again unchanged, while one lag of ozone is statistically insignificant and the second lag is significant but positive, with colinearity of ozone across days as one possible explanation for the seemingly perverse sign. Most notably, the sum of the ozone coefficients is quite close to the contemporaneous effect regardless of the lags included. Together, these estimates suggest that the predominant effect of ozone is from same-day exposure, with an overnight respite from ozone sufficient for lung functioning to return to baseline levels. Moreover, this rapid recovery implies that the environmental productivity effects measured in this paper are predominantly impacting a healthy population.[23]

Throughout our analysis, we have assumed ozone has a linear effect on productivity. In Figure 5, we present estimates that allow for a nonlinear effect by including indicator variables for every 4 ppb of ozone, omitting $< 30$ ppb as the reference category. As shown, the figure illustrates a relatively linear and steady increase in the productivity impacts of ozone over the entire range of ozone. Perhaps more importantly, the impacts appear to become statistically significant at 42–46 ppb, a

[23]Recall from Section II that chamber studies suggest a rapid recovery from ozone exposure for healthy individuals. As further evidence consistent with these workers being generally healthy, we find that lagged ozone levels are not significantly related to the decision to work.

TABLE 5—HETEROGENEITY OF REGRESSION RESULTS OF THE EFFECT OF OZONE ON PRODUCTIVITY

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| Ozone (10 ppb) | −0.143** [0.068] | −0.149** [0.075] | −0.169** [0.069] | −0.135* [0.076] | −0.006 [0.041] |
| Ozone (10 ppb) × tenure |  | −0.007 [0.015] |  |  |  |
| Ozone (10 ppb) × tenure$^2$ |  | 0.002 [0.001] |  |  |  |
| Ozone (10 ppb) × female |  |  | 0.040** [0.017] |  |  |
| Ozone (10 ppb) × unknown |  |  | 0.029 [0.025] |  |  |
| Ozone (10 ppb) × crop1 |  |  |  | −0.216*** [0.071] |  |
| Ozone (10 ppb) × crop2 |  |  |  | 0.149** [0.060] |  |
| Tenure | 0.038* [0.023] | 0.083 [0.077] | 0.039* [0.023] | 0.054** [0.022] | 0.000 [0.015] |
| Tenure$^2$ | −0.002 [0.002] | −0.013* [0.007] | −0.002 [0.002] | −0.003* [0.002] | 0.002 [0.001] |
| Female | −0.094*** [0.035] | −0.092*** [0.035] | −0.284*** [0.083] | −0.093*** [0.035] | 0.257*** [0.039] |
| Unknown | 0.069 [0.050] | 0.068 [0.050] | −0.07 [0.125] | 0.062 [0.049] | 0.093* [0.053] |
| Model | Baseline | Tenure interaction | Gender interaction | Crop interaction | y = pr(crop 2) |
| Mean of dep. var. | −0.323 | −0.323 | −0.323 | −0.323 | 0.443 |
| Observations | 35,461 | 35,461 | 35,461 | 35,461 | 20,034 |
| $R^2$ | 0.344 | 0.346 | 0.345 | 0.356 | 0.201 |

*Notes:* Standard errors clustered on date and worker in brackets. The dependent variable in columns 1–4 is standardized hourly pieces collected, which is the average hourly productivity minus the minimum number of pieces per hour required to reach the piece rate regime, divided by the standard deviation of productivity for each crop. The dependent variable in column 5 is whether the worker harvested crop 2, and the sample is restricted to days when only crop 2 or 3 are harvested. In addition to covariates shown, all regressions are based on linear models that include controls for temperature (2.5 degree F indicators), solar radiation, temperature (2.5 degree F indicators) × solar radiation, air pressure, wind speed, dew point (2.5 degree F indicators), precipitation, particulate matter < 2.5 $\mu_g$, day of week dummies, month × year dummies, and piece rate contract type dummies. All environmental variables are the mean of hourly values from 6 AM–3 PM. "Unknown" indicates that gender was not reported in our data.

   ***Significant at the 1 percent level.
   **Significant at the 5 percent level.
   *Significant at the 10 percent level.

concentration well below current air quality standards of 75 ppb or even proposed reforms of 60 ppb.

## C. *Heterogeneity of Productivity Results*

To assess whether individuals are differentially affected by ozone, we explore potential heterogeneity by interacting ozone with the limited worker characteristics in our dataset (tenure with the farm and gender) and with the crop, shown in Table 5.[24] While

---

[24]We also estimated quantile regression models for each decile of worker productivity, and found that ozone has a similar effect on worker productivity throughout the entire productivity distribution (results available upon request).

workers with more experience may be more resilient to ozone by being better able to pace themselves throughout the day, column 2 finds no such evidence. Interacting ozone with a quadratic in tenure is statistically insignificant and the level effect of ozone is largely unchanged. Shown in column 3, we find that ozone has a smaller impact on productivity for women.[25] While the magnitude of the difference between the effect for men and women is quite small, this result is contrary to laboratory studies that generally find no differential impact on lung functioning by gender (Hazucha, Folinsbee, and Bromberg 2003). Column 4 interacts ozone with crop dummy variables and reveals considerable heterogeneity in the productivity effects of ozone. The effect for crop 1 is significantly larger than crop 3 (the reference category), while the effect for crop 2 is significantly smaller. Since crops 2 and 3 are both paid time plus pieces, these differences are not driven by the different contract types.

To understand this source of heterogeneity, we first explore whether worker assignment to crop may explain these patterns. To assess this, we run a regression to predict working on crop 2, limiting our sample to days when only crop 2 or 3 is harvested (since crop 1 is harvested in a different time period). As shown in column 5, gender is related to crop assignment: females are more likely to select into crop 2. Given that females are less affected by ozone, this suggests that gender selection into crops may explain some of this heterogeneity. Based on estimates from columns 3–5, however, gender selection can only explain 7 percent of the crop heterogeneity, suggesting that other factors must explain the differential effects by crop.[26] Importantly, ozone is not related to crop assignment, confirming that our estimates represent a valid estimate of the average treatment effect across the crops.

One explanation for this heterogeneity may be the differing physical demands placed on workers across crops. While crops 2 and 3 (grapes) are trellised such that harvestable fruit is waist to shoulder height, crop 1 (blueberries) grows closer to the ground, which requires considerable bending for workers and thus requires more energy to harvest. Within grapes, the crop 2 varietal is a delicate one that requires a slower and more careful harvest to avoid fruit damage, thus placing less physical demands on workers. Therefore, our findings that crop 1, which places the greatest physical demands on workers, is most affected by ozone and crop 2, which places the least physical demands, is least affected is consistent with laboratory studies (discussed in Section II) that find lung functioning impairment due to ozone is exacerbated by exercise.

## VI. Conclusion

In this paper, we merge a unique dataset on individual-level daily harvest rates for agricultural workers with data on environmental conditions to assess the impact of ozone pollution on worker productivity. We find that a 10 ppb change in average ozone exposure results in a significant and robust 5.5 percent change in agricultural worker productivity. Importantly, this environmental productivity effect suggests

---

[25] Despite the smaller impact of ozone for females, the coefficient on gender reveals that female productivity is considerably lower than male productivity on average. As discussed in Table 1, gender is not reported for roughly 19 percent of the sample.

[26] We obtain this estimate of 7 percent by multiplying the differential effect of ozone by gender $(0.04)$ by the selection into crop 2 $(0.257)$, and dividing it by the amount of heterogeneity $(0.149)$.

that common characterizations of environmental protection as purely a tax on producers and consumers to be weighed against the consumption benefits associated with improved environmental quality may be misguided. Environmental protection can also be viewed as an investment in human capital, and its contribution to firm productivity and economic growth should be incorporated in the calculus of policymakers.

Our results also speak to the ongoing debates on ozone policy. Ozone pollution continues to be a pervasive environmental issue throughout much of the world. Debates over the optimal level of ozone have ensued for many years, and current efforts to strengthen these standards remain contentious. Defining regulatory standards depends, in part, on the benefits associated with avoided exposure, which has traditionally been estimated through a focus on high-visibility health effects such as hospitalizations. The labor productivity impacts measured in this paper help make these benefits calculations more complete. Our results indicate that ozone, even at levels below current air-quality standards in most of the world, has significant negative impacts on worker productivity, suggesting that the strengthening of regulations on ozone pollution would yield additional benefits.

These impacts of ozone on agricultural workers are also important in their own right. A back-of-the envelope calculation that applies the environmental productivity effect estimated in the Central Valley of California to the whole of the United States suggests that the 10 ppb reduction in the ozone standard currently being considered by EPA would translate into an annual cost savings of approximately \$700 million in labor expenditure.[27] In the developing world, where national incomes depend more heavily on agriculture, these productivity effects are likely to have a much larger impact on the economy and the well-being of households. Nearly 1.1 billion individuals—35 percent of the active labor force—work in the agricultural sector worldwide (International Labour Organization 2011). The impacts of ozone may be especially large in countries like India, China, and Mexico, where rapid industrial growth and automobile penetration contribute precursor chemicals that contribute to substantially higher levels of ozone pollution.

While the impacts of ozone on agricultural productivity are large, the generalizability of these findings to other pollutants and industries is unclear. Agricultural workers face considerably higher levels of exposure to pollution than individuals who work indoors. That said, roughly 11.8 percent of the US labor force works in an industry with regular exposure to outdoor conditions, and this figure is much higher for middle- and lower-income countries (Graff Zivin and Neidell forthcoming). Moreover, many forms of outdoor pollution diminish indoor air quality as well. For example, indoor penetration of fine particulate matter ranges from 38–94 percent for typical residential homes in the United States (Abt et al. 2000). Examining the generalizability of the environmental productivity effect estimated in this paper to other pollutants and industries represents a fruitful area for future research.

---

[27] Total labor expenditure in US agriculture was approximately \$26.5 billion in 2007 (United States Department of Agriculture 2009). Ozone season in California runs from April through October. Using the conservative assumption that the seasonal distribution of agricultural labor expenditure is flat (it is likely lower in winter) yields a total annual expenditure of \$13.25 billion that is exposed to ozone productivity risk. The calculation assumes that the new standard shifts the entire distribution of ozone down by 10ppb and not just values that exceed air quality standards.

*THE AMERICAN ECONOMIC REVIEW*

# REFERENCES

▶**Abt, Eileen, Helen H. Suh, Paul Catalano, and Petros Koutrakis.** 2000. "Relative Contribution of Outdoor and Indoor Particle Sources to Indoor Concentrations." *Environmental Science and Technology* 34 (17): 3579–87.

▶**Auffhammer, Maximilian, and Ryan Kellogg.** 2011. "Clearing the Air? The Effects of Gasoline Content Regulation on Air Quality." *American Economic Review* 101 (6): 2687–722.

**Bandiera, Oriana, Iwan Barankay, and Imran Rasul.** 2005. "Social Preferences and the Response to Incentives: Evidence from Personnel Data." *Quarterly Journal of Economics* 120 (3): 917–62.

▶**Bandiera, Oriana, Iwan Barankay, and Imran Rasul.** 2010. "Social Incentives in the Workplace." *Review of Economic Studies* 77 (2): 417–58.

▶**Banzhaf, H. Spencer, and Randall P. Walsh.** 2008. "Do People Vote with Their Feet? An Empirical Test of Tiebout's Mechanism." *American Economic Review* 98 (3): 843–63.

**Barreca, Alan I.** 2012. "Climate Change, Humidity, and Mortality in the United States." *Journal of the American Medical Association* 292 (19): 2372–78.

▶**Blanchard, Charles, and Shelley Tanenbaum.** 2003. "Differences between Weekday and Weekend Air Pollutant Levels in Southern California." *Journal of the Air and Waste Management Association* 53 (7): 816–28.

▶**Brauer, Michael, and Jeffrey Brook.** 1995. "Personal and Fixed-Site Ozone Measurements with a Passive Sampler." *Journal of the Air and Waste Management Association* 45 (7): 529–37.

**Brauer, Michael, Jim Blair, and Sverre Vedal.** 1996. "Effect of Ambient Ozone Exposure on Lung Function in Farm Workers." *American Journal of Respiratory and Critical Care Medicine* 154 (4): 981–87.

**California Air Resources Board.** 2012. "Air Quality and Meteorological Information System." California Environmental Protection Agency. www.arb.ca.gov/aqmis2/aqmis2.php (accessed September 26, 2012).

▶**Cameron, A. Colin, Jonah Gelbach, and Douglas Miller.** 2011. "Robust Inference with Multiway Clustering." *Journal of Business and Economic Statistics* 29 (2): 238–49.

**Carson, Richard T., Phoebe Koundouri, and Celine Nauges.** 2011. "Arsenic Mitigation in Bangladesh: A Household Labor Market Approach." *American Journal of Agricultural Economics* 93 (2): 407–14.

▶**Chan, Chang-Chuan, and Tsung-Huan Wu.** 2005. "Effects of Ambient Ozone Exposure on Mail Carriers' Peak Expiratory Flow Rates." *Environmental Health Perspectives* 113 (6): 735–38.

▶**Chay, Kenneth Y., and Michael Greenstone.** 2003. "The Impact of Air Pollution on Infant Mortality: Evidence from Geographic Variation in Pollution Shocks Induced by a Recession." *Quarterly Journal of Economics* 118 (3): 1121–67.

▶**Chay, Kenneth Y., and Michael Greenstone.** 2005. "Does Air Quality Matter? Evidence from the Housing Market." *Journal of Political Economy* 113 (2): 376–424.

▶**Chernozhukov, Victor, and Han Hong.** 2002. "Three-Step Sensored Quantile Regression and Extramarital Affairs." *Journal of the American Statistical Association* 97 (459): 872–82.

**Crocker, Thomas D., and Robert L. Horst, Jr.** 1961. "Hours of Work, Labor Productivity, and Environmental Conditions: A Case Study." *Review of Economics and Statistics* 63 (3): 361–68.

▶**Currie, Janet, and Matthew Neidell.** 2005. "Air Pollution and Infant Health: What Can We Learn from California's Recent Experience?" *Quarterly Journal of Economics* 120 (3): 1003–30.

▶**Dockery, Douglas, C. Arden Pope, Xiping Xu, John D. Spengler, James H. Ware, Martha E. Fay, Benjamin G. Ferris, Jr., and Frank E. Speizer.** 1993. "An Association between Air Pollution and Mortality in Six U.S. Cities." *The New England Journal of Medicine* 329 (24): 1753–59.

**Environmental Protection Agency.** 2006. *Air Quality Criteria Document for Ozone.* Washington, DC: Environmental Protection Agency.

**Environmental Protection Agency.** 2010. "National Ambient Air Quality Standards for Ozone (Proposed Rule)." *Federal Register* 75 (11): 2938–3052.

**Folinsbee, Lawrence, and Milan Hazucha.** 2000. "Time Course of Response to Ozone Exposure in Healthy Adult Females." *Inhalation Toxicology* 12 (3): 151–67.

**Folinsbee, Lawrence, and Steven Horvath.** 1986. "Persistence of the Acute Effects of Ozone Exposure." *Aviation, Space, and Environmental Medicine* 57 (12): 1136–43.

**Gong, Henry, Jr., Patrick Bradley, Michael Simmons, and Donald Tashkin.** 1986. "Impaired Exercise Performance and Pulmonary Function in Elite Cyclists during Low-Level Ozone Exposure in a Hot Environment." *American Review of Respiratory Disease* 134 (3): 726–33.

**González-Alonso, José, Christina Teller, Signe Andersen, Frank Jensen, Tino Hyldig, and Bodil Nielsen.** 1999. "Influence of Body Temperature on the Development of Fatigue during Prolonged Exercise in the Heat." *Journal of Applied Physiology* 86 (3): 1032–39.

**Graff Zivin, Joshua, and Matthew Neidell.** Forthcoming. "Temperature and the Allocation of Time: Implications for Climate Change." *Journal of Labor Economics*.

**Graff Zivin, Joshua, and Matthew Neidell.** 2012. "The Impact of Pollution on Worker Productivity: Dataset." *American Economic Review*. http://dx.doi.org/10.1257/aer.102.7.3652.

**Hancock, Peter, and Joel Warm.** 1989. "A Dynamic Model of Stress and Sustained Attention." *Human Factors* 31 (5): 519–37.

▶**Hancock, Peter, Jennifer Ross, and James Szalma.** 2007. "A Meta-analysis of Performance Response under Thermal Stressors." *Human Factors* 49 (5): 851–77.

**Hanna, Rema, and Paulina Oliva.** 2011. "The Effect of Pollution on Labor Supply: Evidence from a Natural Experiment in Mexico City." National Bureau of Economic Research Working Paper 17302.

**Hazucha, Milan, Lawrence Folinsbee, and Philip Bromberg.** 2003. "Distribution and Reproducibility of Spirometric Response to Ozone by Gender and Age." *Journal of Applied Physiology* 95 (5): 1917–25.

**Hausman, Jerry A., Bart D. Ostro, and David A. Wise.** 1984. "Air Pollution and Lost Work." National Bureau of Economic Research Working Paper 1263.

**International Labour Organization.** 2011. *Global Employment Trends 2011: The Challenge of a Jobs Recovery.* Geneva, Switzerland: International Labour Organization.

**Kulle, Thomas, Larry Sauder, J. Richard Hebel, and Marie Chatham.** 1985. "Ozone Response Relationships in Healthy Nonsmokers." *American Review of Respiratory Disease* 132 (1): 36–41.

▶**Lazear, Edward P.** 2000. "Performance Pay and Productivity." *American Economic Review* 90 (5): 1346–61.

▶**Manning, William, Richard Flagler, and M. A. Frenkel.** 2003. "Assessing Plant Responses to Ambient Ozone: Growth of Ozone-Sensitive Loblolly Pine Seedlings Treated with Ethylenediurea (EDU) and Sodium Erythorbate (NaE)." *Environmental Pollution* 126 (1): 73–81.

**McDonnell, William, Donald Horstman, Milan Hazucha, Elston Seal, Jr., Edward Haak, Sa'id Salaam, and Denis House.** 1983. "Pulmonary Effects of Ozone Exposure during Exercise: Dose-Response Characteristics." *Journal of Applied Physiology* 54 (5): 1345–52.

▶**Neidell, Matthew.** 2009. "Information, Avoidance Behavior, and Health: The Effect of Ozone on Asthma Hospitalizations." *Journal of Human Resources* 44 (2): 450–78.

▶**O'Neill, Marie, Matiana Ramirez-Aguilar, Fernando Meneses-Gonzalez, Mauricio Hernández-Avila, Alison Geyh, Juan Jose Sienra-Monge, and Isabelle Romieu.** 2003. "Ozone Exposure among Mexico City Outdoor Workers." *Journal of the Air and Waste Management Association* 53 (3): 339–46.

▶**Ostro, Bart D.** 1983. "The Effects of Air Pollution on Work Loss and Morbidity." *Journal of Environmental Economics and Management* 10 (4): 371–82.

▶**Paarsch, Harry J., and Bruce Shearer.** 1999. "The Response of Worker Effort to Piece Rates: Evidence from the British Columbia Tree-Planting Industry." *Journal of Human Resources* 34 (4): 643–67.

▶**Paarsch, Harry J., and Bruce Shearer.** 2000. "Piece Rates, Fixed Wages, and Incentive Effects: Statistical Evidence from Payroll Records." *International Economic Review* 41 (1): 59–92.

▶**Pope, C. Arden, III, Richard Burnett, Michael Thun, Eugenia Calle, Daniel Krewski, Kazuhiko Ito, and George Thurston.** 2002. "Lung Cancer, Cardiopulmonary Mortality and Long-Term Exposure to Fine Particulate Air Pollution." *Journal of the American Medical Association* 287 (9): 1132–41.

**Shapiro, Carl, and Joseph Stiglitz.** 1984. "Equilibrium Unemployment as a Worker Discipline Device." *American Economic Review* 74 (3): 433–44.

**Shi, Lan.** 2010. "Incentive Effect of Piece-Rate Contracts: Evidence from Two Small Field Experiments." *B. E. Journal of Economic Analysis and Policy: Topics in Economic Analysis and Policy* 10 (1).

▶**Sillman, Sanford.** 1999. "The Relation between Ozone, NOx, and Hydrocarbons in Urban and Polluted Rural Environments." *Atmospheric Environment* 33 (12): 1821–45.

▶**Tepper, Jeffrey, Daniel Costa, James Lehmann, Mary Weber, and Gary Hatch.** 1989. "Unattenuated Structural and Biochemical Alterations in the Rat Lung during Functional Adaptation to Ozone." *American Review of Respiratory Disease* 140 (2): 493–501.

**United States Department of Agriculture.** 2009. *2007 Census of Agriculture.* Washington, DC: USDA, National Agricultural Statistics Service.

**White House.** 1994. Executive Order #12866: Regulatory Planning and Review. 58 FR 51735 (October 4, 1993).

Atmospheric Environment 45 (2011) 2284–2296



Contents lists available at ScienceDirect

# Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv



# Global crop yield reductions due to surface ozone exposure: 1. Year 2000 crop production losses and economic damage

Shiri Avnery [a], Denise L. Mauzerall [b,*], Junfeng Liu [c], Larry W. Horowitz [c]

[a] Program in Science, Technology, and Environmental Policy, Woodrow Wilson School of Public and International Affairs, 414 Robertson Hall, Princeton University, Princeton, NJ 08544, USA
[b] Woodrow Wilson School of Public and International Affairs and Department of Civil and Environmental Engineering, 445 Robertson Hall, Princeton University, Princeton, NJ 08544, USA
[c] NOAA Geophysical Fluid Dynamics Laboratory, 201 Forrestal Road, Princeton University, Princeton, NJ 08540, USA

## ARTICLE INFO

Article history:
Received 24 April 2010
Received in revised form
29 October 2010
Accepted 30 November 2010

Keywords:
Ozone
Ozone impacts
Agriculture
Crop loss
Integrated assessment

## ABSTRACT

Exposure to elevated concentrations of surface ozone ($O_3$) causes substantial reductions in the agricultural yields of many crops. As emissions of $O_3$ precursors rise in many parts of the world over the next few decades, yield reductions from $O_3$ exposure appear likely to increase the challenges of feeding a global population projected to grow from 6 to 9 billion between 2000 and 2050. This study estimates year 2000 global yield reductions of three key staple crops (soybean, maize, and wheat) due to surface ozone exposure using hourly $O_3$ concentrations simulated by the Model for Ozone and Related Chemical Tracers version 2.4 (MOZART-2). We calculate crop losses according to two metrics of ozone exposure — seasonal daytime (08:00–19:59) mean $O_3$ (M12) and accumulated $O_3$ above a threshold of 40 ppbv (AOT40) — and predict crop yield losses using crop-specific $O_3$ concentration:response functions established by field studies. Our results indicate that year 2000 $O_3$-induced global yield reductions ranged, depending on the metric used, from 8.5–14% for soybean, 3.9–15% for wheat, and 2.2–5.5% for maize. Global crop production losses totaled 79–121 million metric tons, worth $11–18 billion annually (USD$_{2000}$). Our calculated yield reductions agree well with previous estimates, providing further evidence that yields of major crops across the globe are already being substantially reduced by exposure to surface ozone — a risk that will grow unless $O_3$-precursor emissions are curbed in the future or crop cultivars are developed and utilized that are resistant to $O_3$.

© 2010 Elsevier Ltd. All rights reserved.

## 1. Introduction

Surface ozone ($O_3$) is a major component of smog, produced in the troposphere by the catalytic reactions of nitrogen oxides ($NO_x = NO + NO_2$) with carbon monoxide (CO), methane ($CH_4$), and non-methane volatile organic compounds (NMVOCs) in the presence of sunlight. In addition to having a detrimental effect on human health, field experiments in the United States, Europe, and Asia demonstrate that surface ozone causes substantial damage to many plants and agricultural crops, including increased susceptibility to disease, reduced growth and reproductive capacity, increased senescence, and reductions in crop yields (Mauzerall & Wang, 2001). $O_3$ penetrates leaves through the stomata, where it reacts with

various compounds to yield reactive odd-oxygen species that oxidize plant tissue and result in altered gene expression, impaired photosynthesis, protein and chlorophyll degradation, and changes in metabolic activity (Booker et al., 2009; Fuhrer, 2009). Based on the large-scale experimental studies of the National Crop Loss Assessment Network (NCLAN) conducted in the United States in the 1980s (Heagle, 1989; Heck, 1989), the U.S. Environmental Protection Agency (EPA) estimated that the yields of about one third of U.S. crops were reduced by 10% due to ambient $O_3$ concentrations during this time (EPA, 1996). Results from the European Open-Top Chamber Programme (EOTC) in the 1990s (Krupa et al., 1998) similarly suggest that the European Union (EU) may be losing more than 5% of their wheat yield due to $O_3$ exposure (Mauzerall & Wang, 2001). Although comparable large-scale studies have not been conducted in developing countries, the potential risk of ambient $O_3$ exposure to agricultural production has been documented through both small-scale field studies and modeling efforts in East Asia (Chameides et al., 1999; Aunan et al., 2000; Wang & Mauzerall, 2004; Huixiang et al., 2005), the Indian subcontinent (Agrawal, 2003; Wahid, 2003;

* Corresponding author. Tel.: +1 609 258 2498; fax: +1 609 258 6082.
E-mail addresses: savnery@princeton.edu (S. Avnery), mauzerall@princeton.edu (D.L. Mauzerall), Junfeng.Liu@noaa.gov (J. Liu), Larry.Horowitz@noaa.gov (L.W. Horowitz).

1352-2310/$ – see front matter © 2010 Elsevier Ltd. All rights reserved.
doi:10.1016/j.atmosenv.2010.11.045

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*                    2285

Emberson et al., 2009; Debaje et al., 2010), Egypt (Abdel-Latif, 2003), and South Africa (Van Tienhoven & Scholes, 2003).

With over one billion people in the world currently estimated to be undernourished (FAO, 2009), the impact of $O_3$ pollution on present-day and future global food production deserves attention. This is especially true as both population and $O_3$-precursor emissions are projected to increase in most developing nations over the next few decades (Nakićenović et al., 2000; Dentener et al., 2005; Riahi et al., 2007). Rising emissions of $O_3$-precursors in these countries pose a risk to not only their national and regional food security but also to global food production as $O_3$ and some of its precursors are sufficiently long-lived to be transported between continents (Fiore et al., 2009).

To our knowledge, only one study has calculated $O_3$-induced crop yield reductions in the present and the near future on a global scale. Van Dingenen et al. (2009) (hereafter VD2009) use concentration:response (CR) functions derived from field studies, simulated datasets of global crop distributions, $O_3$ precursor emissions for the year 2000 and 2030 as projected under the optimistic "current legislation (CLE) scenario" (which assumes that presently approved air quality legislation will be fully implemented by 2030), and simulated global hourly ozone concentrations by the TM5 atmospheric chemical transport model (CTM). VD2009 calculate that present-day global crop yield losses are significant for wheat and soybean (up to 12 and 16%, respectively) but smaller for the more $O_3$-tolerant rice and maize crops (between 3% and 5%), with total production losses worth \$14–26 billion (USD$_{2000}$) annually. VD2009 additionally find that global crop yield reductions increase only marginally under the 2030 CLE scenario, with the most significant additional losses primarily occurring in developing nations where emission regulations do not exist or are particularly lenient and/or unenforced.

The VD2009 study is an important step towards assessing $O_3$ risk to agricultural production globally, but further work is necessary to reduce uncertainties and to verify crop yield loss estimates under both current day and potential future levels of $O_3$. In this first part of our two-paper series, we provide an estimate of global crop yield reductions and economic losses due to ozone exposure in the year 2000 using simulated $O_3$ concentrations, field-based CR relationships, and crop distributions of three key staple crops: soybean, maize, and wheat. In part two of the series (Avnery et al., 2011), we compare these present-day crop yield reductions and their associated costs with future estimates of $O_3$-induced crop losses in 2030 calculated with simulated $O_3$ distributions according to two different emission scenarios: the Intergovernmental Panel on Climate Change (IPCC) Special Report on Emissions Scenarios (SRES) B1 and A2 storylines (Nakićenović et al., 2000). These scenarios represent optimistic and pessimistic trajectories of ozone precursor emissions in order to illustrate a range of possible future crop losses and the importance of $O_3$ mitigation.

We use a similar methodology to VD2009, which is modeled on the analyses of Aunan et al. (2000) and Wang and Mauzerall (2004) (hereafter WM2004). However, our study differs from and compliments VD2009 in a number of important ways. Most significantly, we use the global chemical transport Model for Ozone and Related Chemical Tracers version 2.4 (MOZART-2) to simulate hourly $O_3$ concentrations at a 2.8° × 2.8° horizontal resolution. This resolution is higher than the 6° × 4° resolution used by VD2009 over South America, Africa, and other parts of the Southern Hemisphere. We also perform a detailed spatial evaluation of simulated surface $O_3$ concentrations over the U.S. and Europe, as well as at surface observation sites in Asia, Africa, South America, and the Pacific where data are available. Additionally, the crop distribution maps used in this study to calculate production losses are globally-gridded, satellite datasets merged with national yield statistics

(Monfreda et al., 2008; Ramankutty et al., 2008), thereby removing some of the uncertainty associated with modeling crop distributions based on suitability indices (as used by VD2009).

## 2. Methodology

To estimate global crop yield losses due to $O_3$ exposure we use: (1) observation-based global crop production maps; (2) simulated surface ozone concentrations from which we calculate $O_3$ exposure over crop growing seasons; and (3) CR functions that relate a given level of ozone exposure to a predicted yield reduction. Here we discuss the sources of each of these datasets and the methodologies used to evaluate resulting global crop yield reductions due to $O_3$ exposure and their associated costs.

### 2.1. Distribution of selected grain crops

The global crop distribution datasets, including both crop areas and yields, were compiled by Monfreda et al. (2008) and Ramankutty et al. (2008) using a data fusion technique in which two different satellite-derived products (Boston University's MODIS-based land cover product and the GLC2000 data set obtained from the VEGETATION sensor aboard SPOT4) were merged with national-, state-, and county-level census yield statistics. Area harvested and yields of 175 distinct crops were compiled at 5 min × 5 min latitude–longitude resolution for the years 1997–2003 and subsequently averaged to produce a single representative value for each country circa year 2000 (see Monfreda et al. (2008) for further details). These crop distribution maps for soybean, maize, and wheat have been regridded to match the 2.8° × 2.8° resolution of MOZART-2 (Fig. 1) for our calculations of $O_3$-induced yield reductions.

### 2.2. Plant exposure to $O_3$

#### 2.2.1. MOZART-2 model simulation

MOZART-2 (Horowitz et al., 2003) is a global chemical transport model (CTM) that contains a detailed representation of tropospheric ozone–nitrogen oxide–hydrocarbon chemistry, accounting for surface emissions, emissions from lightning and aircraft, advective and convective transport, boundary layer exchange, and wet and dry deposition. Surface emission sources include fossil fuel combustion, biomass burning, vegetation, soils, and oceans. MOZART-2 simulates the concentrations and distributions of 63 gas-phase species and 11 aerosol and aerosol precursor species (including sulfate, nitrate, ammonium, black carbon, organic carbon, and mineral dust of 5 size bins with diameters ranging from 0.2 to 20.0 μm). The model, driven here by the National Center for Atmospheric Research (NCAR) Community Climate Model (MACCM3) (Kiehl et al., 1998), has a 2.8° × 2.8° horizontal resolution with 34 hybrid sigma-pressure levels up to 4 hPa, and a 20-min time step for chemistry and transport.

The year 2000 model simulation used in this study (Horowitz, 2006) is based on the 1990 simulation from Horowitz et al. (2003) with year 1990 anthropogenic emissions scaled by the ratio of 2000:1990 emissions in four geopolitical regions as specified by the IPCC SRES (Nakićenović et al., 2000). As emission changes from 1990 to 2000 are the same in all scenarios, we used the same scaling factors to obtain year 2000 B1 and A2 emissions (Table 1). The 1990 anthropogenic emissions are based on the Emission Database for Global Atmospheric Research (EDGAR) version 2.0 (Olivier et al., 1996) with some modifications (Horowitz et al., 2003). Biomass burning and biogenic emission inventories for the 1990 simulation are also included, described in detail in Horowitz et al. (2003) and Horowitz (2006). The biomass burning

2286                                    *S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*



**Fig. 1.** Global distributions of soybean, maize, and wheat in the year 2000. Data are from Ramankutty et al. (2008) and Monfreda et al. (2008), regridded to MOZART-2 resolution (2.8° latitude × 2.8° longitude).

inventory is "climatological" and thus does not vary annually to reflect actual biomass burning episodes. Two-year simulations were performed, with the first year used as spin-up and results from the second year analyzed.

### 2.2.2. Metrics of $O_3$ exposure and CR relationships

In order to assess the present and potential future impacts of $O_3$ on agriculture, open-top chamber (OTC) field studies primarily in North America and Europe have established crop-specific CR functions that predict the yield response of a crop to a given level of ozone exposure (Heagle, 1989; Heck, 1989; Krupa et al., 1998). These CR functions require a statistical index to summarize the pattern of $O_3$ exposure during the crop growing season. We use two exposure-based metrics, M12 and AOT40, and their CR relationships to calculate crop yield losses globally:

**Table 1**

Scaling factors derived from the IPCC SRES scenarios used with the 1990 base emissions in MOZART-2 to obtain year 2000 anthropogenic emissions. The scaling factors to obtain 2000 from 1990 emissions are the same for all SRES scenarios.

| | OECD[a] | REF[b] | Asia[c] | ALM[d] |
|---|---|---|---|---|
| $CH_4$ | 1.008 | 0.825 | 1.111 | 1.110 |
| CO | 0.900 | 0.599 | 1.149 | 1.022 |
| NMVOC | 0.850 | 0.823 | 1.139 | 1.143 |
| $NO_x$ | 0.950 | 0.626 | 1.296 | 1.215 |
| $N_2O$ | 0.998 | 0.934 | 1.118 | 1.099 |
| $SO_x$ | 0.749 | 0.647 | 1.429 | 1.212 |

[a] 'OECD' refers to countries of the Organization for Economic Cooperation and Development as of 1990, including the US, Canada, western Europe, Japan and Australia.
[b] 'REF' represents countries undergoing economic reform, including countries of eastern European and the newly independent states of the former Soviet Union.
[c] 'Asia' refers to all developing countries in Asia, excluding the Middle East.
[d] 'ALM' represents all developing countries in Africa, Latin America and the Middle East.

$$M12 \ (\text{ppbv}) \ = \frac{1}{n}\sum_{i=1}^{n}[Co_3]_i$$

$$AOT40 \ (\text{ppmh}) \ = \sum_{i=1}^{n}([Co_3]_i-0.04) \ \text{for} \ Co_3 \geq 0.04 \ \text{ppmv}$$

where: $[Co_3]_i$ is the hourly mean $O_3$ concentration during local daylight hours (8:00–19:59); and $n$ is the number of hours in the 3-month growing season.

We define the "growing season" like VD2009 as the 3 months prior to the start of the harvest period according to crop calendar data from the United States Department of Agriculture (USDA) (USDA, 1994, 2008). While we could not obtain growing season data for every country, crop calendars for the top producing countries of each crop (representing greater than 95% of global production) were available and compiled. Global maps showing the start of the growing season (as defined here) for each crop are available in the Supplementary material.

Of the two types of exposure-based metrics used here (mean and cumulative), cumulative indices (e.g. AOT40) that ascribe greater weight to higher $O_3$ concentrations are believed to be more accurate predictors of crop yield losses than mean metrics (e.g. M12) (Lefohn & Runeckles, 1988). The AOT40 index is favored in Europe and is currently used to define air quality guidelines to protect vegetation (Fuhrer et al., 1997). We include the M12 metric (and substitute the highly correlated M7 metric when M12 parameter values have not been defined for certain crops) in order to facilitate intercomparisons among previous studies, and because this metric is the most robust in terms of replicating observed $O_3$ exposure values (see Section 3). The M7 metric is defined like M12 except using daylight hours from 9:00–15:59. Although standard flux metrics (which aim to quantify the effective flux of $O_3$ into

plant stomata after accounting for temperature, water availability and plant defenses) have been shown to more accurately predict the yield response of some crops, flux-based indices are not yet suitable for large-scale impact analyses due to a lack of relevant data and the need to reduce remaining uncertainties (Musselman et al., 2006; Paoletti et al., 2008; Booker et al., 2009; Fuhrer, 2009). Furthermore, flux metric parameterizations are currently only available for wheat and potato.

For each metric, CR functions have been obtained by fitting linear, quadratic, or Weibull functions to the yield responses of crops at different levels of $O_3$ exposure. The CR relationships for the M7 and M12 metrics have a Weibull functional form while the AOT40 CR relationships are linear. We use median parameter values of pooled CR relationships from a variety of cultivars grown in the U.S. (Heagle, 1989; Heck, 1989) adapted from WM2004 for the M7/M12 metrics. For the AOT40 index, we use CR functions based on field studies in both the U.S. and Europe defined in Mills et al. (2007). Because robust CR data are lacking for Asia, Africa, and South America, we apply the U.S. and European CR functions globally. Table 2 lists the CR equations used to calculate the relative yields (RY) of soybean, maize, and wheat as a function of each metric.

### 2.3. Yield reductions and associated costs

#### 2.3.1. Integrated assessment

We follow the integrated assessment approach outlined by WM2004 and VD2009 and combine crop distribution maps, $O_3$ exposure, and CR relationships to calculate relative yield lost (RYL) (i.e. yield lost compared to a theoretical yield without $O_3$ damage), crop production losses (CPL), and economic losses (EL). We first calculate $O_3$ exposure (according to M12 and AOT40) using simulated hourly $O_3$ concentrations over the appropriate growing season for soybean, maize, and wheat in each $2.8° \times 2.8°$ grid cell. We then calculate $RYL_i$ (according to the CR functions defined in Table 2) for every grid cell and each crop. We next calculate CPL in each grid cell (CPL$_i$) from RYL$_i$ and the actual crop production in the year 2000 (CP$_i$) (Monfreda et al., 2008; Ramankutty et al., 2008) according to:

$$CPL_i = \frac{RYL_i}{1 - RYL_i} \times CP_i \tag{1}$$

We sum the crop production loss in all grid cells within each country to obtain national CPL. Finally, we define national RYL as national CPL divided by the theoretical total crop production without $O_3$ injury (the sum of crop production loss and actual crop production in the year 2000).

Following the approach of WM2004 and VD2009, CPL is translated into economic loss by multiplying national CPL by producer prices for each crop in the year 2000 as given by the FAO Food Statistics Division (FAOSTAT, http://faostat.fao.org/), which are used

**Table 2**

Concentration:response equations used to calculate relative yield losses of soybean, maize, and wheat. $RY$ = relative yield as compared to theoretical yield without $O_3$-induced losses. Relative yield loss (RYL) is calculated by subtracting the $RY$ from unity, which represents the theoretical yield without $O_3$ damage (i.e. 100% yield). Adams et al. (1989) and Lesser et al. (1990) CR functions are based on the U.S. NCLAN studies, while the relationships from Mills et al. (2007) are derived from both U.S. NCLAN data and the EOTC field experiments. See Section 2.2.2 for definitions of M7, M12 and AOT40. We calculate yield reductions for winter and spring wheat varieties separately and sum them together for our estimates of total $O_3$-induced wheat yield and crop production losses.

| Crop | Exposure − Relative Yield Relationship | Reference |
|---|---|---|
| Soybean | $RY = \exp[-(M12/107)^{1.58}]/\exp[-(20/107)^{1.58}]$ | Adams et al. (1989) |
| | $RY = -0.0116 \times AOT40 + 1.02$ | Mills et al. (2007) |
| Maize | $RY = \exp[-(M12/124)^{2.83}]/\exp[-(20/124)^{2.83}]$ | Lesser et al. (1990) |
| | $RY = -0.0036 \times AOT40 + 1.02$ | Mills et al. (2007) |
| Wheat | $RY = \exp[-(M7/137)^{2.34}]/\exp[-(25/137)^{2.34}]$ (Winter) | Lesser et al. (1990) |
| | $RY = \exp[-(M7/186)^{3.2}]/\exp[-(25/186)^{3.2}]$ (Spring) | Adams et al. (1989) |
| | $RY = -0.0161 \times AOT40 + 0.99$ | Mills et al. (2007) |

2288                                    S. Avnery et al. / Atmospheric Environment 45 (2011) 2284—2296

as a surrogate for domestic market prices due to insufficient information on actual crop prices. Where producer prices are unavailable for minor producing countries, we apply the international median crop price for the year 2000. This simple revenue approach to calculate economic loss takes the market price as given and ignores the feedbacks of reduced grain output on price, planting acreage, or farmers' input decisions. Westenbarger and Frisvold (1995) reviewed several studies involving use of a general equilibrium model with factor feedbacks and found that economic damage estimates derived from a simple revenue

approach are within 20% of those derived using a general equilibrium model.

## 3. Model evaluation

We evaluate the performance of MOZART-2 in simulating regional monthly M12 (where hourly observation data are available) and M24 (24-h average) $O_3$ elsewhere in Fig. 2. In Table 3, we provide regional averages of the ratio of modeled:measured M12 and AOT40 (where data are available) and M24 elsewhere during representative crop



**Fig. 2.** Comparison of regionally-averaged monthly mean surface ozone concentrations from monitoring sites (black diamonds) and MOZART-2 (grey squares). Monthly simulated values are averaged over grid boxes containing the observation sites in each region and monthly observed values are averaged over all sites within every region. Error bars on observed values indicate ± one standard deviation from the monthly mean station data in each region. Data sources for observation sites and regional boundaries are listed in Table 3. M12 values are calculated and displayed for regions where hourly data exist that meet quality control requirements (U.S., Europe, and Japan; first 6 panels); M24 is illustrated for the rest of the world.

**Table 3**

Regionally-averaged ratios of modeled:observed M12, M24, and AOT40 (depending on data availability) during the representative Northern Hemisphere summer growing season (May–July) and Southern Hemisphere summer/dry season (Aug–Oct in South America and southern Africa; Dec–Feb in Australia and New Zealand). Data sources for observed O₃, regional boundaries, and the number of observation stations per region are also listed. In order for U.S. and European data to be included in the analysis of M24 and AOT40, each site was required to have hourly O₃ concentrations for at least 75% of the hours needed to compute the exposure metrics (which are then compared to 12-h MOZART-2 metric calculations). For the U.S. observation data, metric values were computed for each three month growing season every year within a 5-year period (1998–2002) and subsequently averaged in order to produce a 5-yr seasonal average O₃ exposure value, as O₃ levels were anomalously low over some parts of the U.S. in the year 2000. Metrics were calculated only for monitoring sites with at least four years (80%) of sufficient hourly O₃ data over the 1998–2002 period. O₃ data outside of the U.S. and Europe are from the year 2000 whenever possible, but generally fall within the range of 1995–2005 according to data availability. Requirements for these data can be found in the listed references. Observed AOT40 in China and northern India are from monitoring sites listed in Huixiang et al. (2005) and Ghude et al. (2008), respectively. The AOT40 comparison for China is based on April–Jun and for India Mar–May based on the available data.

| Region | M12 (M24) | AOT40 | Minimum Lon, Lat | Maximum Lon, Lat | Number of Stations | Data Source |
|---|---|---|---|---|---|---|
| Northeast U.S. | 1.33 | 2.45 | −90, 37 | −64, 50 | 390 | EPA Air Quality System (AQS), (http://www.epa.gov/ttn/airs/airsaqs/) |
| Southeast U.S. | 1.28 | 1.58 | −90, 18 | −64, 36 | 193 | AQS |
| Western U.S. | 1.16 | 1.69 | −155, 18 | −91, 63 | 337 | AQS |
| Central Mediterranean | 1.01 | 1.17 | 0, 35 | 30, 45 | 8 | European Monitoring and Evaluation Programme (EMEP) (http://www.nilu.no/projects/CCC/onlinedata/ozone/index.html) |
| Central Europe | 0.93 | 0.89 | 7, 46 | 17, 54 | 41 | EMEP |
| Japan | 1.12 | 1.23 | 126, 26 | 146, 46 | 4 | World Data Centre for Greenhouse Gases (WDCGG) (http://gaw.kishou.go.jp/wdcgg/), Li et al. (2007) |
| China | (0.91) | 0.87 | 74, 15 | 137, 56 | 12 | WDCGG, Carmichael et al. (2003); Huixiang et al. (2005); Li et al. (2007) |
| Northern India | (1.43) | 1.49 | 68, 21 | 90, 35 | 5 | Mittal et al. (2007); Ghude (2008) |
| Southern India | (1.07) | – | 68, 5 | 90, 20 | 7 | Naja and Lal (2002); Naja et al. (2003); Debaje et al. (2003); Ahammed et al. (2006); Beig et al. (2007); Mittal et al. (2007); Debaje et al. (2010) |
| North/Central Africa | (1.09) | – | 19, 4 | 61, 38 | 3 | WDCGG, Carmichael et al. (2003) |
| Southern Africa | (1.10) | – | 3, −35 | 7, 54 | 9 | Zunckel (2004) |
| South America | (0.97) | – | −94, −58 | −30, 14 | 4 | WDCGG, Teixeira et al. (2009) |
| Australia and New Zealand | (1.24) | – | 110, −50 | 180, −11 | 2 | WDCGG |

growing seasons. Regional boundaries and sources for the observation data are listed in Table 3. Monthly simulated values are averaged over grid boxes containing the observation sites in each region and monthly observed values are averaged over all sites within every region. We provide detailed, regionally-disaggregated maps of evaluated M12 and AOT40 during the growing season (where data are available) in the Supplementary material.

In general, M12 and M24 is well-simulated by MOZART-2 in most regions of the world, reproducing seasonal trends and falling within one standard deviation of observations. O₃ is particularly well-simulated over Europe and Japan during the growing season, with a model:observed ratio for M12 (AOT40) of 0.93–1.01 (0.89–1.17) and 1.12 (1.23), respectively (Table 3). However, MOZART-2 misses some of the seasonal trend in Japan, under-predicting O₃ in April by up to ~20 ppbv and overpredicting O₃ in fall by up to ~15 ppbv. The model also underestimates O₃ in central Europe by ~5–17 ppbv during the first half of the year (Fig. 2). Based on the available data, MOZART-2 appears to perform well in China, southern India, north/central Africa, southern Africa, and South America where modeled:observed M24 ranges from 0.91–1.10 during the growing season. MOZART-2 seems to over-predict O₃ in Australia and New Zealand during the dry season (modeled:observed ratio of 1.24), but simulates observed values extremely well throughout the rest of the year. The model also appears to significantly overestimate O₃ in northern India (by ~10–18 ppbv throughout the year), a similar bias seen in TM5 CTM used by VD2009. As noted by VD2009 however, observation data in this region may not reflect regional-scale O₃ concentrations, as most monitoring sites are situated in densely-populated urban areas where local O₃ may be inhibited by NOₓ titration.

Unfortunately, MOZART-2 systematically overestimates O₃ exposure in the U.S, particularly in the north- and south-eastern parts of the country by up to 22 ppbv. The bias is present to some extent throughout the year in the southeastern and western U.S., but

is particularly problematic in the northeastern U.S. during the summer growing season (Table 3). This type of bias is common in global models which, on average, appear to overpredict surface O₃ in the eastern U.S. by 10–20 ppbv in summer (Reidmiller et al., 2009). Although the reasons for this bias remain somewhat unclear, possible explanations include the coarse resolution of global CTMs, as well as potential issues related to heterogeneous chemistry, isoprene emissions and oxidation pathways, and the discharge of elevated emission point sources into the model surface layer (Horowitz et al., 2007; Reidmiller et al., 2009). Furthermore, as MOZART-2 returns O₃ concentrations from the midpoint of the surface layer (~992 hPa, approximately 175 m), surface ozone concentrations may be biased high in regions where vertical mixing in the boundary layer is suppressed. For example, Aunan et al. (2000) found that O₃ concentrations at the surface were ~ 17% lower than at the 250-m layer midpoint height of the CTM used in their study of ozone impacts on crops in China. Based on a linear approximation from these results, a first order estimate of the potential ground-level bias caused by the presence of a vertical O₃ gradient within our surface layer of thickness ~ 175 m is approximately +12%.

Because the U.S. is a major producer of all three crops examined here, and because the most significant overestimation of O₃ unfortunately occurs in areas of intense crop cultivation (Supplementary material Figs. 2–3), we use observations to bias-correct values of simulated O₃ exposure (both M12 and AOT40) in the U.S. in order to constrain a major source of uncertainty in our estimates of U.S. crop yield losses. Our corrected values are calculated by dividing the simulated value of O₃ exposure in each U.S. grid cell by the ratio of modeled:observed O₃ in the same grid cell where data exist for each crop growing season (we use regional ratio averages where observations are unavailable). Our U.S. O₃ exposure values, relative yield loss, crop production loss, and economic damage estimates presented in the following sections are based on these bias-corrected values of O₃ exposure.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*

## 4. Results

### 4.1. Distribution of crop exposure to $O_3$

Fig. 3 illustrates the global distribution of crop exposure to $O_3$ according to the M12 and AOT40 metrics. The highest exposure levels generally occur in the Northern Hemisphere and Brazil due to greater $O_3$-precursor emissions and concentrations during the growing season. M12 ranges from 10 ppbv in the far north to over 80 ppbv in parts of the U.S., China and Brazil while AOT40 ranges from zero to over 40 ppmh in some locations. As evident from Fig. 3, AOT40 values in many regions of the world are above the 3 ppmh "critical level" established in Europe for the protection of crops (Karenlampi & Skarby, 1996). $O_3$ exposure during the soybean and maize growing seasons is high in the Northern Hemisphere, as these crops' growing seasons overlap periods of peak summer $O_3$ in North America and the EU; $O_3$ peaks during spring and fall in China and India preceding and following the annual monsoon. In the Southern Hemisphere, the high $O_3$ exposure levels in the Democratic Republic of the Congo (DRC) during the maize growing season and in Brazil during the wheat growing season are due to the coincidence of the relevant crop growing seasons (August–October) with the biomass burning season in each

country. Both Brazil and the DRC are biomass burning hotspots in South America and Africa (Christopher et al., 1998; Roberts & Wooster, 2007) that are spatially well-simulated by MOZART-2, with observation data from Brazilian cerrado indicating that $O_3$ reaches 80 ppbv during biomass burning events (Kirchoff et al., 1996). Overall, the highest levels of $O_3$ exposure during the soybean growing season occur in the U.S., China, South Korea, and Italy (Fig. 3a), while these nations plus the DRC also endure the highest $O_3$ exposures during the maize growing season (Fig. 3b). $O_3$ exposure during the wheat growing season is greatest in central Brazil, Bangladesh, eastern India, and the Middle East (Fig. 3c).

### 4.2. Relative yield loss

Fig. 4 illustrates the global distribution of national RYL for each crop due to $O_3$ exposure. Estimates of soybean and maize (wheat) yield losses are generally larger (smaller) when the M12 rather than AOT40 metric is used. Using both metrics, $O_3$-induced RYL of wheat is highest in Bangladesh (15–49%), Iraq (9–30%), India (9–30%), Jordan (9–27%), and Syria (8–25%). Although $O_3$ is elevated during the wheat growing season over much of central Brazil, most of this nation's wheat is grown in the south where $O_3$ exposure is significantly lower (Figs. 1 and 3c). Soybean RYL is estimated to be



**Fig. 3.** Global distribution of $O_3$ exposure according to the M12 (left panels) and AOT40 (right panels) metrics during the respective growing seasons in each country (where crop calendar data are available) of (a) soybean, (b) maize, and (c) wheat. Values in the U.S. have been corrected using observation data as described in Section 3.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*　　　　2291



**Fig. 4.** National relative yield loss according to the M12 (left panels) and AOT40 (right panels) metrics for (a) soybean, (b) maize, and (c) wheat.

greatest in Canada (27–28%), followed by Italy (24–27%), South Korea (21–25%), China (21–25%), and Turkey (16–23%). Yield reductions of maize are smaller, with the highest losses occurring in the DRC (7–13%), Italy (7–12%), Canada (6–11%), South Korea (4–9%), and Turkey (4–9%). Table 4 lists regionally and globally aggregated RYL estimates (see Fig. 5 for regional definitions). On a global scale, $O_3$-induced RYL according to the M12 and AOT40 metrics ranges from 3.9–15% for wheat, 8.5–14% for soybean, and 2.2–5.5% for maize. Wheat yield reductions in South Asia are calculated to be the most significant (17% according to the average of metric estimates) followed by Africa and the Middle East (13%) and East Asia (10%). Large inter-regional differences exist for soybean yield losses, with North America, the EU-25, and East Asia calculated to suffer much larger reductions (14–26%, based on the average of metric estimates) than Latin America, South Asia, or Africa (<8%). RYL of maize is estimated to be more evenly distributed, with the greatest losses in East Asia (5.9%) followed closely by South Asia and the EU-25 (5.7% each).

### 4.3. Crop production loss (CPL) and associated economic losses (EL)

The combined global crop production and economic losses for soybean, maize, and wheat due to $O_3$ exposure are illustrated in Fig. 6. The distribution of CPL also accounts for production intensity, so some nations with high RYL do not have correspondingly high

CPL if they are minor producers; likewise, major producers with relatively low RYL may have large CPL. We estimate CPL worldwide to be between 21–93 million metric tons (Mt) of wheat, 13–32 Mt of maize, and 15–26 Mt of soybean, depending on the metric used. The range of wheat CPL is particularly large due to the fact that this crop appears to be resistant to $O_3$ exposure according to the M12 metric, but extremely sensitive to ozone according to the AOT40

**Table 4**
Estimated regional relative yield loss (%) due to $O_3$ exposure according to the M7, M12 and AOT40 metrics and the metric average.

| | World | EU-25 | FUSSR & E. Europe | N. Am | L. Am | Africa & M.E. | E. Asia | S. Asia | ASEAN & Australia |
|---|---|---|---|---|---|---|---|---|---|
| **Wheat** | | | | | | | | | |
| AOT40 | 15.4 | 12.1 | 11.4 | 11.0 | 5.9 | 20.1 | 16.3 | 26.7 | 1.0 |
| M7 | 3.9 | 3.3 | 2.4 | 2.6 | 1.5 | 5.9 | 3.3 | 8.2 | 0 |
| Mean | 9.6 | 7.7 | 6.9 | 6.8 | 3.7 | 13.0 | 9.8 | 17.4 | 0.5 |
| **Maize** | | | | | | | | | |
| AOT40 | 2.2 | 3.5 | 2.3 | 2.0 | 0 | 0.6 | 3.8 | 3.4 | 0.3 |
| M12 | 5.5 | 7.9 | 6.5 | 5.1 | 2.1 | 2.5 | 8.0 | 8.0 | 2.4 |
| Mean | 3.9 | 5.7 | 4.4 | 3.6 | 1.2 | 1.6 | 5.9 | 5.7 | 1.4 |
| **Soybean** | | | | | | | | | |
| AOT40 | 8.5 | 23.9 | – | 12.0 | 0.2 | 2.0 | 20.9 | 3.1 | 0 |
| M12 | 13.9 | 27.4 | – | 16.9 | 6.3 | 9.8 | 24.7 | 13.2 | 3.7 |
| Mean | 11.2 | 25.6 | – | 14.4 | 3.3 | 5.9 | 22.8 | 8.2 | 1.9 |

2292                                   *S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*



**Fig. 5.** Definitions used to calculate relative yield and crop production losses by region.

index. Global CPL for all three crops totals 79–121 Mt (from the M12 and AOT40 metrics, respectively). Table 2 of the Supplementary material contains regionally-averaged CPL results.

Fig. 7 depicts CPL for the ten countries with the highest estimated losses for each crop individually and combined ranked according to the mean of M12 and AOT40 values, while Fig. 8 illustrates the same for economic losses. Wheat CPL is highest in India and China (6.0–26 and 3.0–19 Mt, respectively), followed by the U.S. (2.1–7.6 Mt). CPL of soybean and maize is highest in the U.S. (9.2–14 and 4.6–13 Mt, respectively), followed by China (3.7–4.6 and 4.5–9.8 Mt, respectively). Total CPL is greatest in the U.S (21–29 Mt), followed by China (18–27 Mt) and India (8–25 Mt). We estimate that global present-day crop yield losses of all three crops range from \$11–18 billion (USD$_{2000}$), with soybean accounting for \$2.9–4.9 billion (27% of total losses based on the average of metric estimates), maize for \$2.6–5.5 billion (15%), and wheat for \$3.2–14 billion (58%). The greatest economic losses occur in the U.S (\$3.1 billion according to the metric average), followed by China (\$3.0

billion) and India (\$2.5 billion) (Fig. 8) – together these three countries comprise 59% of the global economic damage (21, 21, and 17%, respectively).

We provide an in-depth comparison of our results with those of VD2009 and WM2004, two studies that follow a similar methodology to calculate RYL, CPL, and EL, in the Supplementary material. Despite differences in the agricultural datasets and model scenarios, resolution, emissions inventories, and chemistry, our estimates agree very well with these two studies and provide further evidence that surface O$_3$ is already having a substantial detrimental impact on global agricultural production.

## 5. Discussion of uncertainties

While extremely useful for understanding the large-scale impacts of ozone on agricultural yields, integrated assessments such as the approach used here accumulate the uncertainties of each step of the analysis (WM2004, VD2009). One of the most



**Fig. 6.** Total crop production loss (CPL, left panels) and economic loss (EL, right panels) for all three crops derived from (a) M12 and (b) AOT40 estimates of O$_3$ exposure.



**Fig. 7.** Crop production loss (CPL, million metric tons) for the ten countries with highest estimated mean CPL using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total CPL.

significant sources of uncertainty in this study is the use of a CTM with variable accuracy in predicting observed hourly surface $O_3$ concentrations to calculate crop losses (Fig. 2, Table 3, Supplementary material). The possible presence of a vertical gradient near the surface that is not resolved within the model's bottom layer may lead to overestimated $O_3$ exposure at the crop canopy height in locations and at times of day when vertical mixing in the boundary layer is weak. Due to the nature of the AOT40 metric, where small differences in $O_3$ concentrations near 40 ppbv can accumulate to a large discrepancy between modeled and observed exposure, the M12 metric is a more robust indicator of actual $O_3$ exposure during the growing season. However, as cumulative indices that ascribe greater weight to elevated $O_3$ are considered to be better predictors of crop response to $O_3$ than mean indices (Lefohn & Runeckles, 1988), significant uncertainties exist when calculating crop yield losses with either metric and should be considered when interpreting results. Our use of exposure-based indices rather than flux metrics, which account for climatic conditions and biological defenses that may affect crop sensitivity to $O_3$, introduces additional uncertainty in our results (Musselman et al., 2006). Particularly important climatic parameters include soil moisture and leaf-to-air vapor pressure deficits that moderate the flux of $O_3$ into the leaf stomata. Where crops are grown in arid climates without irrigation, yield losses may be less than predicted here due to water stress resulting in the closure of stomata and

hence a relative reduction in $O_3$ exposure (Fuhrer et al., 1997; Fuhrer, 2009; Fiscus et al., 2005; Booker et al., 2009).

As evident from our results and observed in previous studies (Lefohn & Runeckles, 1988; Aunan et al., 2000; WM2004; VD2009), the same pattern of $O_3$ exposure may produce significantly different RYL estimates depending on the metric and CR relationship used. This discrepancy may be an artifact of the different statistical methods used to derive CR relationships across studies and to their different functional form (Lesser et al., 1990), or may be due to differences in crop sensitivities to various patterns of $O_3$ exposure: some crops may be more sensitive to long-term exposure at modest $O_3$ concentrations (better captured by seasonal mean metrics), while others may be more sensitive to frequent exposure to elevated $O_3$ (better characterized by cumulative indices) (WM2004; VD2009). The difference in calculated RYL will be particularly large when $O_3$ concentrations above the threshold values of cumulative metrics are prevalent during crop growing seasons, as cumulative indices weigh elevated $O_3$ much more heavily than mean metrics (WM2004).

Uncertainty in our results also arises from the uniform application of experimentally-derived CR functions developed for Western cultivars popular in the 1980s/90s to crops across the globe today. Despite the possibility that crop cultivars currently under cultivation may have different sensitivities to $O_3$ than those used in the NCLAN and EOTC studies, and that experimental methods (such as the use of OTCs) may have influenced yield loss

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*



**Fig. 8.** Economic loss (EL, million USD$_{2000}$) for the ten countries with the largest estimated mean EL using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total EL.

results, new research indicates that current crop sensitivity is at least as great as that found in these earlier studies. Specifically, the Free Air $O_3$ Concentration Enrichment (FACE) soybean experiment in Illinois found yield losses that were tantamount to or greater than losses reported in earlier chamber studies (Long et al., 2005; Morgan et al., 2006). Furthermore, in a recent comparison of North American and Asian CR relationships, Emberson et al. (2009) found that CR functions derived in North America underestimate the effects of $O_3$ on crop yields in Asia. Thus, our use of Western CR relationships may lead to an underestimation of yield reductions resulting from $O_3$ exposure.

Our choice to implement CR functions representing median cultivar ozone sensitivity for each crop means that our RYL and CPL calculations could be biased high or low (as predicted by each metric) depending on the relative sensitivity of the local cultivar grown. Feng and Kobayashi (2009) conduct a meta-analysis of field/experimental data that assesses the impact of $O_3$ on crops and find that the mean yield loss of soybean and wheat was ~8% and 10%, respectively, at average $O_3$ levels of ~40 ppbv, but with a 95% confidence interval of ~±4% RYL depending on the cultivar. Mills et al. (2007) find that for wheat, RYL at AOT40 of ~23 ppmh could range from ~30–50% depending on the crop cultivar. Given the large intra-crop sensitivity to ozone exposure, choosing crop cultivars with $O_3$-resistance, or breeding new cultivars with this trait, may be an important opportunity to reduce $O_3$-induced agricultural losses.

Although a detailed analysis of uncertainty propagation is beyond the scope of this paper, we have the greatest confidence in our European and U.S. crop loss calculations given model performance in these regions (after a bias-correction in the U.S.), and because the CR relationships implemented here were derived from crop cultivars grown in the U.S. and Europe. We have less confidence in our results in Asia: in particular, the overprediction of $O_3$ by MOZART-2 in northern India may lead to an overestimate of agricultural losses in this region, especially for wheat (which is largely grown in the north, Fig. 1) and according to the threshold-sensitive AOT40 metric. However, we are less confident about the data used to evaluate MOZART-2 in this part of the world. Furthermore, as Asian (including Indian) cultivars may be more sensitive to $O_3$ than predicted by western CR functions (Emberson et al., 2009), the potential high bias caused by model overprediction of surface ozone may be somewhat counteracted. Because MOZART-2 performs well in southern India during the growing season, the use of western CR relationships may lead to an underprediction of crop losses in this region. The same may be true in China, where $O_3$ is slightly underestimated by MOZART-2 and where regional crop cultivars also exhibit greater sensitivity to $O_3$ exposure (Emberson et al., 2009). By contrast, because the model appears to somewhat overestimate surface ozone in southern Africa, agricultural losses here may be biased high. Unfortunately we do not have enough monitoring data to evaluate model performance in South America, northern/central Africa, and

Australia/New Zealand beyond the stations used in this analysis, nor do we know the relative sensitivity of local cultivars to $O_3$ in these regions compared to those of the U.S. and Europe. As such, crop loss results in the Southern Hemisphere are considered particularly uncertain.

## 6. Conclusions and policy implications

In this study we estimated the global risk to three key staple crops (soybean, maize, and wheat) of surface ozone pollution using simulated $O_3$ concentrations and two metrics of $O_3$ exposure (M12 and AOT40), field-based CR relationships, and global maps of agricultural production compiled from satellite data and census yield statistics. We find that year 2000 global yield losses range between 3.9–15% for wheat, 8.5–14% for soybean, and 2.2–5.5% for maize depending on the metric used. Our findings agree well with previous studies (see Supplementary material), providing further evidence that $O_3$ already has a significant impact on global agricultural production.

The results presented here suggest that $O_3$ abatement may be one way to feed a growing population without the negative environmental impacts associated with many farming practices aimed at improving crop yields, including increased fertilizer application, water consumption, and/or greater land cultivation. The U.S. EPA recently proposed a new rule (on January 19th, 2010) to strengthen the U.S. national ambient air quality standards for ground-level $O_3$, including the establishment of a secondary standard to protect crops and other sensitive vegetation (EPA, 2010). Our study highlights the need for such a secondary $O_3$ standard, with $O_3$-induced agricultural losses already estimated to cost an annual $11–18 billion globally and over $3 billion in the U.S. alone. For context, these damages are 2–3 times larger than estimated crop losses due to climate change since the 1980s ($5 billion annually) (Lobell & Field, 2007). While the selection and development of crop cultivars with $O_3$-resistance is therefore a worthwhile addition to efforts to increase crop resilience to climatic stresses, strategies aimed at mitigating global $O_3$ concentrations would provide additional co-benefits for human health and climate change (Naik et al., 2005; West et al., 2007; Fiore et al., 2008). Ozone is a noxious air pollutant in the troposphere and the third most potent greenhouse gas after carbon dioxide and methane (Forster et al., 2007). Reductions in $CH_4$ in particular have been shown to decrease surface ozone concentrations globally with significant health benefits (West et al., 2006; Fiore et al., 2008) while also generating the largest net reduction in radiative forcing of all the $O_3$-precursor species (West et al., 2007).

Given the significant present-day impact of $O_3$ on crops worldwide and the uncertainty of future mitigation efforts, our companion paper (Avnery et al., 2011) will explore the $O_3$-induced yield reductions and their associated costs expected under a range of policy scenarios with different levels of $O_3$-precursor abatement in the future. Further work will examine the possible benefits to agriculture of methane mitigation policies that also have demonstrated climate change and public health benefits.

## Acknowledgements

We thank N. Ramankutty and C. Monfreda for providing us with pre-publication access to their global crop area and yield datasets. We also thank two anonymous reviewers for their thoughtful comments and suggestions, which greatly improved the quality of this paper. S. Avnery was supported by the NASA Earth and Space Science Fellowship Program, Grant NNX10A971H.

## Appendix. Supplementary material

Supplemental material related to this article can be found online at doi:10.1016/j.atmosenv.2010.11.045.

## References

Adams, R.M., Glyer, J.D., Johnson, S.L., McCarl, B.A., 1989. A reassessment of the economic effects of ozone on United States agriculture. Journal of the Air Pollution Control Association 39, 960–968.

Abdel-Latif, N.M., 2003. Air pollution and vegetation in Egypt: a review. In: Emberson, L., Ashmore, M., Murray, F. (Eds.), Air Pollution Impacts on Crops and Forests: A Global Assessment. Imperial College Press, London, pp. 215–235.

Agrawal, M., 2003. Air pollution and vegetation in India. In: Emberson, L., Ashmore, M., Murray, F. (Eds.), Air Pollution Impacts on Crops and Forests: A Global Assessment. Imperial College Press, London, pp. 165–187.

Ahammed, Y.N., et al., 2006. Seasonal variation of the surface ozone its precursor gases during 2001–2003, measured at Anantapur (14.62°N), a semi-arid site in India. Atmospheric Research 80, 151–164.

Aunan, K., Bernsten, T.K., Seip, H.M., 2000. Surface ozone in China and its possible impact on agricultural crop yields. Ambio 29, 294–301.

Avnery, S., Mauzerall, D.L., Liu, J., Horowitz, LW., 2011. Global crop yield reductions due to surface ozone exposure: 2. Year 2030 potential crop production losses and economic damage under two scenarios of $O_3$ pollution. Atmospheric Environment 45, 2297–2309.

Beig, G., Gunthe, S., Jadhav, D.B., 2007. Simultaneous measurements of ozone and its precursors on a diurnal scale at a semi urban site in India. Journal of Atmospheric Chemistry 57, 239–253.

Booker, F.L., et al., 2009. The ozone component of global change: potential effects on agricultural and horticultural plant yield, product quality and interactions with invasive species. Journal of Integrative Plant Biology 51, 337–351.

Carmichael, G.R., et al., 2003. Measurements of sulfur dioxide, ozone and ammonia concentrations in Asia, Africa, and South America using passive samplers. Atmospheric Environment 37, 1293–1308.

Chameides, W.L., et al., 1999. Is ozone pollution affecting crop yields in China? Geophysical Research Letters 26, 867–870.

Christopher, S.A., et al., 1998. Biomass burning season in South America: satellite remote sensing of fires, smoke, and regional radiative energy budgets. Journal of Applied Meteorology 37, 661–678.

Debaje, S.B., et al., 2003. Surface ozone measurements at tropical rural coastal station Tranquebar, India. Atmospheric Environment 37, 4911–4916.

Debaje, S.B., Kakade, A.D., Jeyakumar, S.J., 2010. Air pollution effect of $O_3$ on crop yield in rural India. Journal of Hazardous Materials 183, 773–779.

Dentener, F., et al., 2005. The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. Atmospheric Chemistry and Physics 5, 1731–1755.

Emberson, L.D., et al., 2009. A comparison of North American and Asian exposure-response data for ozone effects on crop yields. Atmospheric Environment 43, 1945–1953.

EPA, Environmental Protection Agency., 1996. Air Quality Criteria for Ozone and Related Photochemical Oxidants. United States Environmental Protection Agency, pp. 1-1–1-33.

EPA, Environmental Protection Agency., 2010. National Ambient Air Quality Standards for Ozone Proposed Rules. Federal Registrar, vol. 75 No. 11.

FAO, FAOSTAT, Food and Agricultural Organization of the United Nations. Available at: http://faostat.fao.org/ (accessed May, 2008).

FAO, Food and Agriculture Organization of the United Nations., 2009. The State of Food Insecurity in the World Rome, Italy.

Feng, Z., Kobayashi, K., 2009. Assessing the impacts of current and future concentrations of surface ozone on crop yield with meta-analysis. Atmospheric Environment 43, 1510–1519.

Fiore, A., et al., 2008. Characterizing the tropospheric ozone response to methane emission controls and the benefits to climate and air quality. Journal of Geophysical Research 113, D08307. doi:10.1029/2007JD009162.

Fiore, A., et al., 2009. Multimodel estimates of intercontinental source-receptor relationships for ozone pollution. Journal of Geophysical Research 114, D04301. doi:10.1029/2008JD010816.

Fiscus, E.L., Booker, F.L., Burkey, K.O., 2005. Crop responses to ozone: uptake, modes of action, carbon assimilation and partitioning. Plant, Cell and Environment 28, 997–1011.

Forster, P., et al., 2007. Changes in atmospheric constituents and radiative forcing. In: Solomon, S., et al. (Eds.), Climate Change 2007: The Physical Science Basis. Contribution of Working Group 1 to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Fuhrer, J., Skarby, L., Ashmore, M., 1997. Critical levels for ozone effects on vegetation in Europe. Environmental Pollution 97, 91–106.

Fuhrer, J., 2009. Ozone risk for crops and pastures in present and future climates. Naturwissenschaften 96, 173–194.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2284–2296*

Ghude, S.D., et al., 2008. Ozone in ambient air at a tropical megacity, Delhi: characteristics, trends, and cumulative ozone exposure indices. Journal of Atmospheric Chemistry 60, 237–252.

Heagle, A.S., 1989. Ozone and crop yield. Annual Review of Phytopathology 27, 397–423.

Heck, W.W., 1989. Assessment of crop losses from air pollutants in the United States. In: MacKenzie, J.J., El-Ashry, M.T. (Eds.), Air Pollution's Toll on Forests and Crops. Yale University Press, New Haven, pp. 235–315.

Horowitz, L.W., et al., 2003. A global simulation of tropospheric ozone and related tracers: description and evaluation of MOZART, version 2. Journal of Geophysical Research 108 (D24), 4784. doi:10.1029/2002JD002853.

Horowitz, L.W., 2006. Past, present, and future concentrations of tropospheric ozone and aerosols: methodology, ozone evaluation, and sensitivity to aerosol wet removal. Journal of Geophysical Research 111, D22211. doi:10.1029/2005JD006937.

Horowitz, L.W., et al., 2007. Observational constraints on the chemistry of isoprene nitrates over the eastern United States. Journal of Geophysical Research 112, D12S08. doi:10.1029/2006JD007747.

Huixiang, W., et al., 2005. Surface ozone: a likely threat to crops in Yangtze delta of China. Atmospheric Environment 39, 3842–3850.

Karenlampi, L., Skarby, L., 1996. Critical Levels for Ozone in Europe: Testing and Finalizing the Concepts. Department of Ecology and Environmental Science, University of Kuopio, pp. 363.

Kiehl, J.T., et al., 1998. The National Center for Atmospheric Research Community Climate Model: CCM3. Journal of Climate 11, 1131–1149.

Kirchoff, V.W.J.H., Alves, J.R., da Silva, F.R., Fishman, J., 1996. Observations of ozone concentrations in the Brazilian cerrado during the TRACE-A field expedition. Journal of Geophysical Research 101, 24,029–24,042.

Krupa, S.V., Nosal, M., Legge, A.H., 1998. A numerical analysis of the combined open-top chamber data from the USA and Europe on ambient ozone and negative crop responses. Environmental Pollution 101, 157–160.

Lefohn, A., Runeckles, V., 1988. A comparison of indices that describe the relationship between exposure to ozone and reduction in the yield of agricultural crops. Atmospheric Environment 49, 669–681.

Lesser, V.M., Rawlings, J.O., Spruill, S.E., Somerville, M.C., 1990. Ozone effects on agricultural crops: statistical methodologies and estimated dose-response relationships. Crop Science 30, 148–155.

Li, J., Wang, Z., Akimoto, H., Gao, C., Pochanart, P., Wang, X., 2007. Modeling study of ozone seasonal cycle in lower troposphere over east Asia. Journal of Geophysical Research 112, D22S25. doi:10.1029/2006JD008209.

Lobell, D.B., Field, C.B., 2007. Global scale climate-crop yield relationships and the impact of recent warming. Environmental Research Letters 2, 1–7. doi:10.1088/1748-9326/2/1/014002.

Long, S.P., Ainsworth, E.A., Leakey, A.D., Morgan, P.B., 2005. Global food insecurity: treatment of major food crops with elevated carbon dioxide or ozone under large-scale fully open-air conditions suggests recent models may have overestimated future yields. Philosophical Transactions of the Royal Society B 360, 2011–2020.

Mauzerall, D., Wang, X., 2001. Protecting agricultural crops from the effects of tropospheric ozone exposure: reconciling science and standard setting in the United States, Europe, and Asia. Annual Review of Energy and the Environment 26, 237–268.

Mills, G., et al., 2007. A synthesis of AOT40-based response functions and critical levels of ozone for agricultural and horticultural crops. Atmospheric Environment 41, 2630–2643.

Mittal, M.L., et al., 2007. Surface ozone in the Indian region. Atmospheric Environment 41, 6572–6584.

Monfreda, C., Ramankutty, N., Foley, J.A., 2008. Farming the planet: 2. Geographic distribution of crop areas, yields, physiological types, and net primary production in the year 2000. Global Biogeochemical Cycles 22, GB1022. doi:10.1029/2007GB002947.

Morgan, P.B., Mies, T.A., Bollero, G.A., Nelson, R.L., Long, S.P., 2006. Season-long elevation of ozone concentration to projected 2050 levels under fully open-air conditions substantially decreases the growth and production of soybean. New Phytologist 170, 333–343.

Musselman, R.C., Lefohn, A.S., Massman, W.J., Heath, R.L., 2006. A critical review and analysis of the use of exposure- and flux-based ozone indices for predicting vegetation effects. Atmospheric Environment 40, 1869–1888.

Naik, V., Mauzerall, D.L., Horowitz, L.W., Schwarzkopf, D., Ramaswamy, V., Oppenheimer, M., 2005. Net radiative forcing due to changes in regional emissions of tropospheric ozone precursors. Journal of Geophysical Research 110, D24306, doi:10.1029/2005JD005908.

Naja, M., Lal, S., 2002. Surface ozone and precursor gases at Gadanki (13.5°N, 79.2°E), a tropical rural site in India. Journal of Geophysical Research 107(D14), 4197, doi:10.1029/2001JD000357.

Naja, M., Lal, S., Chand, D., 2003. Diurnal and seasonal variabilities in surface ozone at a high altitude site Mt Abu (24.6°N, 72.7°E, 1680 m asl) in India. Atmospheric Environment 37, 4205–4215.

Nakićenović, N., et al., 2000. Emissions Scenarios: A Special Report of Working Group III of the Intergovernmental Panel on Climate Change. Cambridge University Press, New York, pp. 599.

Olivier, J.G.J., et al., 1996. Description of EDGAR Version 2.0: A Set of Global Emission Inventories of Greenhouse Gases and Ozone Depleting Substances for All Anthropogenic and Most Natural Sources on a Per Country Basis and on a $1 \times 1$ Degree Grid, RIVM Rep. 771060 002/TNO-MEP Rep. R96/119. National Institute for Public Health and the Environment, Bilthoven, Netherlands.

Paoletti, E., Ranieri, A., Lauteri, M., 2008. Moving toward effective ozone flux assessment. Environmental Pollution 156, 16–19.

Ramankutty, N., Evan, A., Monfreda, C., Foley, J.A., 2008. Farming the planet: 1. Geographic distribution of global agricultural lands in the year 2000. Global Biogeochemical Cycles 22, GB1003. doi:10.1029/2007GB002952.

Riahi, K., Grübler, A., Nakićenović, N., 2007. Scenarios of long-term socio-economic and environmental development under climate stabilization. Technological Forecasting and Social Change 74, 887–935.

Reidmiller, D.R., et al., 2009. The influence of foreign vs. North American emissions on surface ozone in the U.S. Atmospheric Chemistry and Physics 9, 5027–5042.

Roberts, G., Wooster, M.J., 2007. New perspectives on African biomass burning dynamics. EOStrun 0 88, 369–370.

Teixeira, E.C., et al., 2009. Measurement of surface ozone and its precursors in an urban area in South Brazil. Atmospheric Environment 43, 2213–2220.

USDA, United States Department of Agriculture., 1994. Major world crop areas and climatic profiles. Available at:. In: Agricultural Handbook No. 664. World Agricultural Outlook Board, U.S. Department of Agriculture http://www.usda.gov/oce/weather/pubs/Other/MWCACP/MajorWorldCropAreas.pdf.

USDA FAS, United States Department of Agriculture Foreign Agricultural Service. Country Information. Available at: http://www.fas.usda.gov/countryinfo.asp (accessed May, 2008).

Van Dingenen, R., Raes, F., Krol, M.C., Emberson, L., Cofala, J., 2009. The global impact of $O_3$ on agricultural crop yields under current and future air quality legislation. Atmospheric Environment 43, 604–618.

Van Tienhoven, A.M., Scholes, M.C., 2003. Air pollution impacts on vegetation in South Africa. In: Emberson, L., Ashmore, M., Murray, F. (Eds.), Air Pollution Impacts on Crops and Forests: A Global Assessment. Imperial College Press, London, pp. 237–262.

Wahid, A., 2003. Air pollution impacts on vegetation in Pakistan. In: Emberson, L., Ashmore, M., Murray, F. (Eds.), Air Pollution Impacts on Crops and Forests: A Global Assessment. Imperial College Press, London, pp. 189–213.

Wang, X., Mauzerall, D.L., 2004. Characterizing distributions of surface ozone and its impact on grain production in China, Japan and South Korea: 1990 and 2020. Atmospheric Environment 38, 4383–4402.

West, J.J., Fiore, A.M., Horowitz, L.W., Mauzerall, D.L., 2006. Global health benefits of mitigating ozone pollution with methane emission controls. PNAS 103, 3988–3993.

West, J.J., Fiore, A.M., Naik, V., Horowitz, L.W., Schwarzkopf, M.D., Mauzerall, D.L., 2007. Ozone air quality and radiative forcing consequences of changes in ozone precursor emissions. Geophysical Research Letters 34, L06806. doi:10.1029/2006GL029173.

Westenbarger, D.A., Frisvold, G.B., 1995. Air pollution and farm-level crop yields: an empirical analysis of corn and soybeans. Agricultural and Resource Economics Review 24, 156–165.

Zunckel, M., et al., 2004. Surface ozone over southern Africa: synthesis of monitoring results during the Cross border Air Pollution Impact Assessment project. Atmospheric Environment 38, 6139–6147.

Atmospheric Environment 45 (2011) 2297–2309



Contents lists available at ScienceDirect

## Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv



# Global crop yield reductions due to surface ozone exposure: 2. Year 2030 potential crop production losses and economic damage under two scenarios of O₃ pollution

Shiri Avnery [a], Denise L. Mauzerall [b,*], Junfeng Liu [c], Larry W. Horowitz [c]

[a] Program in Science, Technology, and Environmental Policy, Woodrow Wilson School of Public and International Affairs, 414 Robertson Hall, Princeton University, Princeton, NJ 08544, USA
[b] Woodrow Wilson School of Public and International Affairs, Department of Civil and Environmental Engineering, 445 Robertson Hall, Princeton University, Princeton, NJ 08544, USA
[c] NOAA Geophysical Fluid Dynamics Laboratory, 201 Forrestal Road, Princeton University, Princeton, NJ 08540, USA

ARTICLE INFO

Article history:
Received 2 September 2010
Received in revised form
25 December 2010
Accepted 2 January 2011

Keywords:
Surface ozone
Ozone impacts
Agriculture
Crop loss
Integrated assessment

ABSTRACT

We examine the potential global risk of increasing surface ozone (O₃) exposure to three key staple crops (soybean, maize, and wheat) in the near future (year 2030) according to two trajectories of O₃ pollution: the Intergovernmental Panel on Climate Change Special Report on Emissions Scenarios (IPCC SRES) A2 and B1 storylines, which represent upper- and lower-boundary projections, respectively, of most O₃ precursor emissions in 2030. We use simulated hourly O₃ concentrations from the Model for Ozone and Related Chemical Tracers version 2.4 (MOZART-2), satellite-derived datasets of agricultural production, and field-based concentration:response relationships to calculate crop yield reductions resulting from O₃ exposure. We then calculate the associated crop production losses and their economic value. We compare our results to the estimated impact of O₃ on global agriculture in the year 2000, which was assessed in our companion paper [Avnery et al., 2011]. In the A2 scenario we find global year 2030 yield loss of wheat due to O₃ exposure ranges from 5.4 to 26% (a further reduction in yield of +1.5−10% from year 2000 values), 15−19% for soybean (reduction of +0.9−11%), and 4.4−8.7% for maize (reduction of +2.1−3.2%) depending on the metric used, with total global agricultural losses worth $17−35 billion USD₂₀₀₀ annually (an increase of +$6−17 billion in losses from 2000). Under the B1 scenario, we project less severe but still substantial reductions in yields in 2030: 4.0−17% for wheat (a further decrease in yield of +0.1−1.8% from 2000), 9.5−15% for soybean (decrease of +0.7−1.0%), and 2.5−6.0% for maize (decrease of +0.3−0.5%), with total losses worth $12−21 billion annually (an increase of +$1−3 billion in losses from 2000). Because our analysis uses crop data from the year 2000, which likely underestimates agricultural production in 2030 due to the need to feed a population increasing from approximately 6 to 8 billion people between 2000 and 2030, our calculations of crop production and economic losses are highly conservative. Our results suggest that O₃ pollution poses a growing threat to global food security even under an optimistic scenario of future ozone precursor emissions. Further efforts to reduce surface O₃ concentrations thus provide an excellent opportunity to increase global grain yields without the environmental degradation associated with additional fertilizer application or land cultivation.

© 2011 Elsevier Ltd. All rights reserved.

## 1. Introduction

Surface ozone (O₃) is the most damaging air pollutant to crops and ecosystems (Heagle, 1989). It is produced in the troposphere by catalytic reactions among nitrogen oxides (NOₓ = NO + NO₂),

carbon monoxide (CO), methane (CH₄), and non-methane volatile organic compounds (NMVOCs) in the presence of sunlight. Ozone enters leaves through plant stomata during normal gas exchange. As a strong oxidant, ozone and its secondary byproducts damage vegetation by reducing photosynthesis and other important physiological functions, resulting in weaker, stunted plants, inferior crop quality, and decreased yields (Fiscus et al., 2005; Morgan et al., 2006; Booker et al., 2009; Fuhrer, 2009).

O₃ precursors are emitted by vehicles, power plants, biomass burning, and other sources of combustion. Over the past century, annual mean surface concentrations of ozone at mid- to high

* Corresponding author. Tel.: +1 609 258 2498; fax: +1 609 258 6082.
E-mail addresses: savnery@princeton.edu (S. Avnery), mauzeral@princeton.edu (D.L. Mauzerall), junfeng.liu@noaa.gov (J. Liu), larry.horowitz@noaa.gov (L.W. Horowitz).

1352-2310/$ — see front matter © 2011 Elsevier Ltd. All rights reserved.
doi:10.1016/j.atmosenv.2011.01.002

latitudes have more than doubled (Hough and Derwent 1990; Marenco et al., 1994). Although $O_3$ mitigation efforts have reduced peak ozone levels in both rural and urban areas of North America, Europe, and Japan in recent years, background levels continue to increase (Oltmans et al., 2006). In addition, ozone concentrations are expected to rise in developing countries due to increased emissions of nitrogen oxides and other ozone precursors resulting from rapid industrialization (Nakićenović et al., 2000; Dentener et al., 2005; Riahi et al., 2007). Due to transport of $O_3$ pollution across national boundaries and continents (Fiore et al., 2009), rising $O_3$ precursor emissions in these nations are projected to increase hemispheric-scale background $O_3$ concentrations and hence may pose a threat to both local and global food security.

The demonstrated phytotoxicity of $O_3$ and its prevalence over important agricultural regions around the world demand an assessment of the magnitude and distribution of ozone risk to global food production under present-day and future $O_3$ concentrations. In the first of our two-part analysis (Avnery et al., 2011), we calculated global yield losses of three key staple crops (soybean, maize, and wheat) and their associated costs in the year 2000 using simulated $O_3$ concentrations by the Model for Ozone and Related Chemical Tracers version 2.4 (MOZART-2), observation-based crop production datasets, and concentration:response (CR) relationships derived from field studies. Our results indicated that year 2000 global yield reductions due to $O_3$ exposure ranged from 8.5–14% for soybean, 3.9–15% for wheat, and 2.2–5.5% for maize depending on the metric used, with global crop production losses (79–121 million metric tons (Mt)) worth \$11–18 billion annually (USD$_{2000}$). These findings agree well with the only other estimate of global $O_3$-induced crop reductions and their economic value available in the literature (Van Dingenen et al., 2009), providing further evidence that the yields of major crops across the globe are already being significantly inhibited by exposure to surface ozone. Recent experimental- and observation-based studies support the results of model-derived estimates of regional and global crop losses (Feng and Kobayashi, 2009; Fishman et al., 2010).

Van Dingenen et al. (2009) additionally provide the first, and until now only, estimate of global crop yield losses due to ozone exposure in the near future (year 2030). Van Dingenen et al. (2009) calculate crop losses as projected under the optimistic "current legislation (CLE) scenario", which assumes that presently approved air quality legislation will be fully implemented by 2030. They find that global crop yield reductions increase slightly from the year 2000 ($+2–6\%$ for wheat, $+1–2\%$ for rice, and $+<1\%$ for maize and soybean), with the most significant additional losses primarily occurring in developing nations. Unfortunately, the CLE scenario may be an overly optimistic projection of $O_3$ precursor emissions in many parts of the world, as enforcement often lags promulgation of air pollution regulations (Dentener et al., 2006). Van Dingenen et al. (2009) may have therefore significantly underestimated the future risk to agriculture from surface ozone.

Here we estimate potential future reductions in crop yields and their economic value due to $O_3$ exposure according to two different $O_3$ precursor emission scenarios: the Intergovernmental Panel on Climate Change (IPCC) Special Report on Emissions Scenarios (SRES) A2 and B1 storylines (Nakićenović et al., 2000), representing upper- and lower-boundary trajectories, respectively, of ozone precursor emissions. Through comparison with our year 2000 results, we identify agricultural winners and losers under each future scenario and nations where $O_3$ mitigation may be a particularly effective strategy to improve agricultural production without the environmental damage associated with conventional methods of increasing crop yields.

## 2. Methodology

### 2.1. Data sources

We use global crop production maps, simulated surface ozone concentrations from which we calculate $O_3$ exposure over crop growing seasons, and CR functions that relate a given level of ozone exposure to a predicted yield reduction to calculate global crop losses. Our first paper (Avnery et al., 2011) provides an in-depth description of our data sources and methods, which we briefly summarize and supplement here.

The global crop distribution datasets for the year 2000 (which we use for our 2030 analysis) were compiled by Monfreda et al. (2008) and Ramankutty et al. (2008). The authors used a data fusion technique, where two satellite-derived products (Boston University's MODIS-based land cover product and the GLC2000 data set obtained from the VEGETATION sensor aboard SPOT4) were merged with national-, state-, and county-level crop area and yield statistics at 5 min by 5 min latitude–longitude resolution. We regrid their data to match the $2.8° \times 2.8°$ resolution of MOZART-2.

We use the global chemical transport model (CTM) MOZART-2 (Horowitz et al., 2003, Horowitz, 2006) to simulate $O_3$ exposure according to precursor emissions specified by the IPCC SRES A2 and B1 scenarios (Nakićenović et al., 2000). MOZART-2 contains a detailed representation of tropospheric ozone–nitrogen oxide–hydrocarbon chemistry, simulating the concentrations and distributions of 63 gas-phase species and 11 aerosol and aerosol precursor species. The version of MOZART-2 we use is driven by meteorological inputs every three hours from the National Center for Atmospheric Research (NCAR) Community Climate Model (MACCM3) (Kiehl et al., 1998), and has a horizontal resolution of $2.8°$ latitude by $2.8°$ longitude, 34 hybrid sigma-pressure levels up to 4 hPa, and a 20-min time step for chemistry and transport. See Horowitz (2006) for a detailed description of the simulations used here.

Anthropogenic, biogenic, and biomass burning emission inventories for the year 1990 are described in detail in Horowitz et al. (2003) and Horowitz (2006). To obtain year 2030 anthropogenic emissions, anthropogenic emissions in 1990 were scaled by the ratio of 2030:1990 total emissions in four geopolitical regions (Table 1) as specified by the A2 and B1 emissions scenarios (available from http://www.grida.no/climate/ipcc/emission/164.htm). The A2 and B1 scenarios were chosen for analysis because they represent the upper- and lower-boundary projections, respectively, of most $O_3$ precursor emissions in the year 2030 (the exception being NMVOC emissions, which are highest under the A1B rather

**Table 1**
Scaling factors used with the 1990 base emissions in MOZART-2 to obtain year 2030 anthropogenic emissions under the A2 and B1 scenarios (Nakićenović et al., 2000).

|  | A2 | | | | B1 | | | |
|---|---|---|---|---|---|---|---|---|
|  | OECD[a] | REF[b] | Asia[c] | ALM[d] | OECD[a] | REF[b] | Asia[c] | ALM[d] |
| $CH_4$ | 1.251 | 1.204 | 1.631 | 1.999 | 0.925 | 0.931 | 1.367 | 1.553 |
| CO | 0.973 | 0.680 | 1.855 | 1.522 | 0.649 | 0.295 | 1.192 | 0.471 |
| NMVOC | 1.084 | 1.590 | 1.534 | 1.676 | 0.685 | 0.695 | 1.230 | 1.060 |
| $NO_x$ | 1.326 | 1.014 | 2.949 | 2.832 | 0.661 | 0.562 | 2.163 | 2.436 |
| $SO_x$ | 0.410 | 0.705 | 3.198 | 3.006 | 0.238 | 0.406 | 1.650 | 3.195 |

[a] 'OECD' refers to countries of the Organization for Economic Cooperation and Development as of 1990, including the US, Canada, western Europe, Japan and Australia.
[b] 'REF' represents countries undergoing economic reform, including countries of eastern European and the newly independent states of the former Soviet Union.
[c] 'Asia' refers to all developing countries in Asia, excluding the Middle East.
[d] 'ALM' represents all developing countries in Africa, Latin America and the Middle East.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*

2299

**Table 2**

Concentration:response equations used to calculate relative yield losses of soybean, maize, and wheat. RY = relative yield as compared to a theoretical yield without $O_3$-induced losses. Relative yield loss (RYL) is calculated as (1 − RY). See Section 2.2 for definitions of M7, M12 and AOT40. We calculate yield reductions for winter and spring wheat varieties separately and sum them together for our estimates of total $O_3$-induced wheat yield and crop production losses.

| Crop | Exposure−relative yield relationship | Reference |
|------|-------------------------------------|-----------|
| Soybean | $RY = \exp[-(M12/107)^{1.58}]/\exp[-(20/107)^{1.58}]$ | Adams et al. (1989) |
|  | $RY = -0.0116 \,^* AOT40 + 1.02$ | Mills et al. (2007) |
| Maize | $RY = \exp[-(M12/124)^{2.83}]/\exp[-(20/124)^{2.83}]$ | Lesser et al. (1990) |
|  | $RY = -0.0036 \,^* AOT40 + 1.02$ | Mills et al. (2007) |
| Wheat | $RY = \exp[-(M7/137)^{2.34}]/\exp[-(25/137)^{2.34}]$ | Lesser et al. (1990) |
|  | $RY = \exp[-(M7/186)^{3.2}]/\exp[-(25/186)^{3.2}]$ (Winter) | Adams et al. (1989) |
|  | (Spring) |  |
|  | $RY = -0.0161 \,^* AOT40 + 0.99$ | Mills et al. (2007) |

than the A2 scenario). These scenarios are also opposite in terms of economic, environmental, and geopolitical driving forces, with the B1 scenario characterized by global cooperation and emphasis on environmental sustainability and the A2 scenario reflecting a more divisive world with greater importance placed on economic growth. Two-year simulations were performed with the first year used as spin-up and the second year results used for analysis.

In our first paper, we performed a detailed spatial evaluation of simulated year 2000 surface $O_3$ concentrations with observations according to the two metrics used to calculate $O_3$ exposure and yield losses (see Section 2.2 for metric definitions). We found that $O_3$ was fairly well-simulated over Europe and Asia, but that MOZART-2 systematically overestimated surface $O_3$ concentrations in the central and northeastern U.S. during the summer months, a bias commonly seen in many other global models (Reidmiller et al., 2009). Because the most significant overestimation of $O_3$ unfortunately occurs in areas of intensive crop production in the U.S., and because the U.S. is a major producer of all three crops analyzed in this study, we used $O_3$ concentration measurements over a span of five years (1998−2002) to bias-correct values of simulated $O_3$ exposure. We perform the same bias-correction here for our year 2030 analysis: we divide simulated $O_3$ exposure in the U.S. as calculated by the metrics defined in Section 2.2 over each crop growing season by the ratio of modeled:observed $O_3$ in the same grid cell where measurement data exist from 1998 to 2002 (where multiple observation sites exist in a single grid cell, we use the average of the measurements to correct simulated values). Where measurements do not exist, we use U.S. eastern and western regional averages of the modeled:observed ratio (dividing line of 90°W), as the model reproduces $O_3$ in the western U.S. much more accurately than in the East. Like our first paper, $O_3$ exposure,



**Fig. 1.** Global distribution of $O_3$ exposure according to the M12 (left panels) and AOT40 (right panels) metrics under the 2030 A2 scenario during the respective growing seasons in each country (where crop calendar data are available) of (a) soybean, (b) maize, and (c) wheat. Minor producing nations not included in this analysis (where growing season data were unavailable) together account for <5% of global production of each crop. Values in the U.S. have been corrected using observation data as described in Section 2.1.

*S. Avery et al. / Atmospheric Environment 45 (2011) 2297–2309*

relative yield loss, crop production loss, and associated cost estimates presented in the following sections for the U.S. are based on these bias-corrected values of $O_3$ exposure. We recognize that applying the same bias-correction factors based on surface observations from the period 1998–2002 may not be accurate in the year 2030 due to the complicated non-linear chemistry associated with ozone formation. However, we believe this is the best approach given the presence of a systematic bias over the U.S. during the summer months and our inability to use alternative correction factors based on year 2030 surface observations.

### 2.2. Integrated assessment

Open-top chamber (OTC) field studies that took place primarily in the U.S. and Europe during the 1980s and 1990s established crop-specific concentration:response (CR) functions that predict the yield reduction of a crop at different levels of ozone exposure (Heagle, 1989; Heck, 1989; Krupa et al., 1998). $O_3$ exposure can be represented in numerous ways, with different statistical indices used to summarize the pattern of ambient $O_3$ during crop growing seasons. We implement two widely used metrics, M12 and AOT40, and their CR relationships (Table 2) to calculate crop yield losses globally:

$$M12\ (ppbv) = \frac{1}{n}\sum_{i=1}^{n}[Co_3]_i$$

$$AOT40\left(ppmh\right) = \sum_{i=1}^{n}([Co_3]_i - 0.04) \quad \text{for } Co_3 \geq 0.04 \text{ ppmv}$$

where $[Co_3]_i$ is the hourly mean $O_3$ concentration during daylight hours (8:00–19:59); and $n$ is the number of hours in the 3-month growing season.

We substitute the highly correlated M7 metric (defined like M12 except with daylight hours from 9:00 to 15:59) when M12 parameter values have not been defined for certain crops. Estimates of soybean and maize (wheat) yield losses are generally larger (smaller) when the M12 rather than the AOT40 metric is used. However, the AOT40 index and CR functions predict greater losses for soybean at higher levels of $O_3$ exposure than the M12 metric. See Avery et al. (2011) for further detail about these $O_3$ exposure metrics/CR functions and their associated uncertainties.

Using hourly surface $O_3$ simulated by MOZART-2, we calculate $O_3$ exposure according to the M12 (M7) and AOT40 metrics over the appropriate growing season for soybean, maize, and wheat in



**Fig. 2.** Global distribution of $O_3$ exposure according to the M12 (left panels) and AOT40 (right panels) metrics under the 2030 B1 scenario during the respective growing seasons in each country (where crop calendar data are available) of (a) soybean, (b) maize, and (c) wheat. Minor producing nations not included in this analysis (where growing season data were unavailable) together account for <5% of global production of each crop. Values in the U.S. have been corrected using observation data as described in Section 2.1.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*

each $2.8° \times 2.8°$ grid cell. "Growing season" is here defined like in Van Dingenen et al. (2009) and Avnery et al. (2011) as the 3 months prior to the start of the harvest period according to crop calendar data from the United States Department of Agriculture (USDA); data are available for nations accounting for over 95% of global production of each crop examined here (USDA, 1994, 2008). We use our distributions of $O_3$ exposure and the CR functions defined in Table 2 to calculate relative yield loss (RYL) in every grid cell ($RYL_i$) for each crop. Relative yield loss is defined as the reduction in crop yield from the theoretical yield that would have resulted without $O_3$-induced damages (see Table 2). Following Wang and Mauzerall (2004), we then calculate CPL in each grid cell ($CPL_i$) from $RYL_i$ and the actual crop production in the year 2000 ($CP_i$) (Monfreda et al., 2008; Ramankutty et al., 2008) according to:

$$CPL_i = \frac{RYL_i}{1 - RYL_i} \times CP_i \qquad (1)$$

National CPL is determined by summing crop production loss in all the grid cells within each country. We define national RYL as national CPL divided by the theoretical total crop production without $O_3$ injury (the sum of crop production loss and actual crop production in the year 2000). Because this calculation uses crop data from the year 2000, which likely underestimates production in 2030 due to the projected growth in demand for food over the next few decades, our calculations of crop production losses are conservative. Finally, we implement a simple revenue approach to estimate economic loss by multiplying national CPL by producer prices for each crop in the year 2000 as given by the FAO Food Statistics Division (FAOSTAT, 2008, http://faostat.fao.org/). We use FAO producer prices as a proxy for domestic market prices due to insufficient information on actual crop prices. This approach has been found to produce estimates of economic loss that are within 20% of those derived using a general equilibrium model with factor feedbacks (Westenbarger and Frisvold, 1995).

## 3. Results

### 3.1. Distribution of crop exposure to $O_3$

Figs. 1 and 2 depict the global distribution of crop exposure to $O_3$ in 2030 according to the M12 and AOT40 metrics under the A2 and B1 scenarios, respectively. Figures illustrating the change in $O_3$ exposure from the year 2000 under each scenario are available in the Supplementary Material. $O_3$ is generally higher in the Northern Hemisphere, with exposure during the wheat growing season in



**Fig. 3.** National relative yield loss under the 2030 A2 scenario according to the M12 (left panels) and AOT40 (right panels) metrics for (a) soybean, (b) maize, and (c) wheat.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*

**Table 3**
Estimated year 2030 regional relative yield loss (%) due to O₃ exposure under the A2 scenario according to the M7, M12 and AOT40 metrics and the metric average.

|  | World | EU 25 | FUSSR & E. Europe | N. Am | L. Am. | Africa & M.E. | E. Asia | S. Asia | ASEAN & Australia |
|---|---|---|---|---|---|---|---|---|---|
| *Wheat* | | | | | | | | | |
| AOT40 | 25.8 | 16.9 | 21.5 | 14.5 | 12.6 | 35.5 | 25.7 | 44.4 | 1.3 |
| M7 | 5.4 | 4.5 | 4.0 | 3.1 | 3.0 | 9.4 | 3.8 | 11.2 | 0 |
| **Mean** | **15.6** | **10.7** | **12.7** | **8.8** | **7.8** | **22.4** | **14.7** | **27.8** | **0.6** |
| *Maize* | | | | | | | | | |
| AOT40 | 4.4 | 5.9 | 5.1 | 3.4 | 1.2 | 1.6 | 7.9 | 8.9 | 2.3 |
| M12 | 8.7 | 11.0 | 9.7 | 7.2 | 4.6 | 5.2 | 13.3 | 16.0 | 5.9 |
| **Mean** | **6.5** | **8.5** | **7.4** | **5.3** | **2.9** | **3.4** | **10.6** | **12.5** | **4.1** |
| *Soybean* | | | | | | | | | |
| AOT40 | 19.0 | 32.8 | - | 15.7 | 3.2 | 7.8 | 40.6 | 15.6 | 1.4 |
| M12 | 14.8 | 32.4 | - | 19.9 | 11.9 | 16.6 | 35.4 | 22.0 | 9.1 |
| **Mean** | **16.4** | **32.6** | **-** | **17.8** | **7.5** | **12.2** | **38.0** | **18.8** | **5.3** |

Brazil and during the maize growing season in the Democratic Republic of the Congo (DRC) also elevated in both futures (Figs. 1c and 2c). As noted in our companion paper, O₃ exposure during the soybean and maize growing seasons is particularly elevated in the Northern Hemisphere due to the coincidence of these crops'

growing seasons with peak summer O₃ concentrations, while the wheat and maize growing seasons in Brazil and the DRC, respectively, coincide with these nations' biomass burning seasons (Avnery et al., 2011).

In the A2 scenario, M12 ranges from 30 ppbv to over 80 ppbv for all three crops in the Northern Hemisphere while AOT40 ranges from zero to over 40 ppmh in northern India, eastern China, and parts of the U.S. (Fig. 1). Northern Hemisphere O₃ exposure is considerably lower in the B1 scenario. M12 ranges from 20 to 60 ppbv over most continental regions with higher exposures (>70 ppbv) limited to northern India, eastern China, and parts of the southern U.S. AOT40 is most reduced compared to the A2 scenario; however, AOT40 in the B1 scenario still remains largely above the 3 ppmh "critical level" established in Europe for the protection of crops (Karenlampi and Skarby, 1996), particularly during the soybean and maize growing seasons. M12 in the Southern Hemisphere ranges from 10 to 40 ppbv in both scenarios with the exception of Brazil during the wheat growing season and the DRC during the maize growing season, where M12 O₃ reaches 80 ppbv. AOT40 in the Southern Hemisphere is largely below 5 ppmh for both scenarios with the exception of the two nations listed above, as well as South Africa and parts of northern Australia (Figs. 1 and 2).



**Fig. 4.** National relative yield loss under the 2030 B1 scenario according to the M12 (left panels) and AOT40 (right panels) metrics for (a) soybean, (b) maize, and (c) wheat.

S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309 2303

**Table 4**
Estimated year 2030 regional relative yield loss (%) due to $O_3$ exposure under the B1 scenario according to the M7, M12 and AOT40 metrics and the metric average.

| | World | EU 25 | FUSSR & E. Europe | N. Am | L. Am. | Africa & M.E. | E. Asia | S. Asia | ASEAN & Australia |
|---|---|---|---|---|---|---|---|---|---|
| **Wheat** | | | | | | | | | |
| AOT40 | 17.2 | 10.4 | 11.4 | 8.2 | 8.1 | 21.4 | 19.7 | 33.8 | 1.0 |
| M7 | 4.0 | 3.4 | 2.4 | 2.0 | 2.6 | 6.4 | 3.1 | 9.2 | 0 |
| **Mean** | **10.6** | **6.9** | **6.9** | **5.1** | **5.4** | **13.9** | **11.4** | **21.5** | **0.5** |
| **Maize** | | | | | | | | | |
| AOT40 | 2.5 | 2.9 | 2.2 | 1.6 | 0.4 | 0.8 | 5.8 | 6.3 | 1.2 |
| M12 | 6.0 | 7.2 | 6.4 | 4.4 | 3.3 | 3.6 | 10.3 | 12.0 | 4.0 |
| **Mean** | **4.3** | **5.0** | **4.3** | **3.0** | **1.9** | **2.2** | **8.0** | **9.1** | **2.6** |
| **Soybean** | | | | | | | | | |
| AOT40 | 9.5 | 20.4 | - | 9.8 | 1.7 | 3.0 | 31.5 | 8.6 | 0.1 |
| M12 | 14.6 | 25.3 | - | 14.6 | 9.4 | 13.3 | 30.5 | 17.6 | 5.7 |
| **Mean** | **12.1** | **22.9** | **-** | **12.2** | **5.5** | **8.2** | **31.0** | **13.1** | **2.9** |

## 3.2. Relative yield loss

### 3.2.1. RYL year 2030 − A2

Fig. 3 depicts the global distribution of national RYL due to $O_3$ exposure for each crop and metric in 2030 under the A2 scenario, while Table 3 presents regionally aggregated and global RYL results (see Avnery et al. (2011) for regional definitions). $O_3$-induced RYL of wheat is greatest in Bangladesh (26–80%), Iraq (14–47%), India (12–48%), Jordan (14–44%), and Saudi Arabia (13–43%), depending on the metric used. The extremely high projected RYL in Bangladesh according to the AOT40 metric is due to a predicted $O_3$ exposure of over 40 ppmh during the growing season. It is possible that this value is overestimated by MOZART-2; however, we are unable to evaluate our simulated concentrations in this region because no $O_3$ observations are available. For context, Beig et al. (2008) calculated AOT40 from observations in

Pune, India between 2003 and 2006 and report values near 23 ppmh during the wheat growing season in India (January–March). At this location MOZART-2 predicts a value of 20 ppmh in 2000 over these months. Pune is located in western India, however, where $O_3$ concentrations tend to be lower than eastern India and Bangladesh during winter (the Bangladeshi wheat growing season).

Although $O_3$ is elevated during the wheat growing season over much of central Brazil (Fig. 1c), most of this nation's wheat is grown in the south where $O_3$ exposure is significantly lower. Like the year 2000 scenario, there is a large range of RYL for wheat because this crop appears to be resistant to $O_3$ exposure according to the M12 metric, but extremely sensitive to ozone according to the AOT40 index. This discrepancy may be a consequence of the possibility that wheat is more sensitive to frequent exposure to high $O_3$ concentrations (better captured by AOT40) than to long-term exposure to moderate ozone concentrations (better captured by the mean metric) (Wang and Mauzerall, 2004). Soybean RYL under the A2 scenario is estimated to be greatest in China (35–40%), Canada (32–34%), Italy (32–33%), South Korea (31%), and Turkey (27–30%). Yield losses of maize are smaller but still substantial, with the highest losses occurring in the DRC (12–21%), Italy (10–16%), Pakistan (9.1–16%), India (8.9–16%), and Turkey (7.6–14%). Overall, global RYL totals 5.4–26% for wheat, 15–19% for soybean, and 4.4–8.7% for maize (Table 3).

Table S1 lists the estimated increases in regionally and globally aggregated RYL under the A2 scenario relative to year 2000 ($RYL_{2030} − RYL_{2000}$). On a global scale, $O_3$-induced RYL is estimated to increase by +1.5–10% for wheat, +0.9–10% for soybean, and +2.1–3.2% for maize in 2030. South Asia is projected to suffer the greatest additional wheat RYL (+10% according to the average of metric estimates) followed by Africa and the Middle East (+9.4%), Eastern Europe (+5.8%) and East Asia (+5.0%). Increased soybean yield losses are estimated to be greatest in East Asia (+15%), South



**Fig. 5.** Total crop production loss (CPL, left panels) and economic loss (EL, right panels) under the 2030 A2 scenario for all three crops derived from (a) M12 and (b) AOT40 estimates of $O_3$ exposure.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*

Asia (+11%), the EU25 (+7.0%), and Africa and the Middle East (+6.2%). Additional RYL of maize is projected to occur primarily in South and East Asia (+6.8 and +4.7%, respectively), but with increased losses of ~+3% also estimated for the EU25 and Eastern Europe.

### 3.2.2. RYL year 2030 − B1

Fig. 4 depicts the global distribution of national RYL for each crop and metric in 2030 under the B1 scenario, while Table 4 presents regionally aggregated and global RYL results. $O_3$-induced RYL of wheat is greatest in Bangladesh (15−65%), India (10−37%), Iraq (10−33%), Jordan (10−30%), and Saudi Arabia (10−29%). RYL in Bangladesh is again calculated to be extremely high, as $O_3$ exposure is projected to be only slightly lower than under the A2 scenario (35−40 ppmh). Soybean RYL in the B1 scenario is projected to be greatest in China (31−32%), South Korea (26−28%), Canada (24−26%), Italy (20−25%), and Pakistan (18−24%). The highest estimated yield loss of maize is expected to occur in the DRC (8.7−16%), India (6.3−12%), Pakistan (6.3−12%), China (5.8−10%), and Italy (5.1−10%). On a global scale, RYL totals 4.0−17% for wheat, 10−15% for soybean, and 2.5−6.0% for maize under the B1 scenario (Table 4).

Table S2 lists the projected change in regionally and globally aggregated RYL estimates for 2030 under the B1 scenario relative to 2000. Globally, $O_3$-induced RYL in this more optimistic future is estimated to worsen only slightly from 2000 levels with yields reduced an additional +0.1−1.8% for wheat, +0.7−1.0% for soybean,

and +0.3−0.5% for maize. Regional discrepancies are apparent, however, due to differences in projected $O_3$ precursor emissions among industrialized versus emerging economies. Year 2030 wheat yields decrease in South Asia by +4.1% on average, with less severe additional losses (~+1−2%) predicted for other developing regions (Latin America, East Asia, and Africa and the Middle East). North America and the EU25 are projected to experience yield gains of wheat as compared to the year 2000 (change in RYL of −1.7% and −0.8%, respectively). Additional yield reductions of soybean are projected to occur primarily in East and South Asia (+8.2 and +4.9%, respectively), with increased losses of ~+2% also estimated for Latin America and Africa and the Middle East. Soybean yield gains (change in RYL of −2 to −3%) are projected for the EU25 and North America. South and East Asia are further expected to suffer additional maize losses under the B1 scenario (+3.5% and +2.2%, respectively); maize RYL in other regions remains largely unchanged from the year 2000.

### 3.3. Crop production loss (CPL) and associated economic losses (EL)

### 3.3.1. CPL and EL year 2030 − A2

The combined year 2030 global crop production and economic losses due to $O_3$ exposure under the A2 scenario are illustrated in Fig. 5. Figs. 6 and 7 depict the change in CPL and EL, respectively, for the ten countries with the greatest absolute difference (2030 − 2000) for each crop individually and combined. The change in regionally aggregated and global CPL for each crop, as well as



**Fig. 6.** Change in crop production loss (CPL, million metric tons) for the ten countries with highest absolute difference in estimated mean CPL between 2000 and 2030 under the A2 scenario using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total CPL.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*                    2305

absolute year 2030 CPL, is presented in Tables S3 and S4 of the Supplementary Material. We calculate global CPL in the A2 scenario to be 29–178 Mt of wheat (a decrease in production of +9–85 Mt from the year 2000), 25–53 Mt of maize (decrease of +13–20 Mt), and 28–37 Mt of soybean (decrease of +11–13 Mt). South Asia is estimated to suffer the highest additional loss of wheat (19 Mt, average of metric estimates), while East Asia is projected to experience the greatest additional CPL of maize (6.4 Mt) and soybean (4.5 Mt) (Table S3). Total wheat CPL is highest in India (8.5–56 Mt) and China (3.7–33 Mt), followed by the U.S. (2.5–12 Mt). The U.S. is expected to suffer the greatest overall soybean loss (13–18 Mt), followed by China (7.7–10 Mt) and Brazil (1.8–5.7 Mt). CPL of maize is projected to be highest in China (9.7–17 Mt) and the U.S. (8.1–18 Mt), followed by India (1.0–1.9 Mt). On average, global CPL for all three crops totals 175 Mt (Table S4); this value represents a 75% increase over our average year 2000 CPL estimate (Avnery et al., 2011). We estimate that global EL due to $O_3$-induced yield losses totals $17–35 billion $USD_{2000}$ annually under the A2 scenario, an increase of +$6–17 billion in damages from the year 2000. Most of the economic losses, both in absolute terms and in terms of the greatest change from year 2000 values, occur in China ($5.6 billion, an increased loss of +$2.6 billion from 2000), India ($5.2 billion, +$2.7 billion), and the U.S. ($4.2 billion, +$1.1 billion) (Fig. 7). Other countries with notable losses include Iran (over $1 billion) and Brazil, Turkey, Pakistan, and Syria also each estimated to lose crop value worth $500 million annually.

### 3.3.2. CPL and EL year 2030 − B1

Combined year 2030 global crop production and economic losses in the B1 scenario are illustrated in Fig. 8, while Figs. 9 and 10 depict the change in CPL and EL, respectively, for the ten countries with the greatest absolute difference (2030 B1 − 2000) for each crop individually and combined. The change in regionally aggregated and global CPL for each crop, as well as absolute year 2030 CPL under the B1 scenario, is presented in Tables S5 and S6 of the Supplementary Material. We estimate year 2030 global CPL to be 21–106 Mt of wheat (a decrease in production of +0.8–13 Mt from the year 2000), 14–35 Mt of maize (decrease of +1.7–2.9 Mt), and 17–27 Mt of soybean (decrease of +1.5–1.9 Mt). We calculate that South Asia will experience the greatest additional wheat CPL in this scenario, but the magnitude is greatly reduced compared to the A2 future (mean estimate of +6.4 Mt as opposed to +19 Mt). The same is true for additional maize and soybean CPL in East Asia, where increases over year 2000 estimates are projected to be +2–3 Mt for each crop (metric averages) (Table S5). Notably, production gains of 5–6 Mt of soybean, maize, and wheat are projected in North America due to reductions in $O_3$ precursors anticipated under the B1 scenario (Table 1). Thus, relative to 2000, developed countries experience modest yield and crop production gains in the optimistic B1 future, while developing countries suffer higher crop losses due to increased $O_3$ pollution (although these losses are not as severe as predicted for the A2 scenario).



**Fig. 7.** Change in economic loss (EL, million $USD_{2000}$) for the ten countries with highest absolute difference in estimated mean EL between 2000 and 2030 under the A2 scenario using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total EL.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*



**Fig. 8.** Total crop production loss (CPL, left panels) and economic loss (EL, right panels) under the 2030 B1 scenario for all three crops derived from (a) M12 and (b) AOT40 estimates of $O_3$ exposure.

As in the A2 future, wheat CPL is greatest in India (6.9–35 Mt) and China (3.0–24 Mt), followed by the U.S. (1.6–5.3 Mt). Overall soybean CPL is expected to be highest in the U.S. (7.3–12 Mt), followed by China (6.2–6.5 Mt) and Brazil (0.9–4.6 Mt). Finally, maize CPL is projected to be highest in China (6.9–13 Mt) and the U.S. (3.7–11 Mt), followed by India (0.7–1.4 Mt). Global CPL for all three crops totals 84–137 Mt (Table S6), approximately 10% greater than our mean year 2000 estimate (Avnery et al., 2011). We estimate global EL in the B1 scenario to total $12–21 billion USD$_{2000}$ annually, an increase in $O_3$-induced damages of $+1–3 billion from the year 2000. The majority of the economic losses are expected to occur in China ($4.1 billion, an increase in losses of $+1.1 billion from the year 2000), India ($3.4 billion, $+0.9 billion), and the U.S. ($2.5 billion, −$0.6 billion). The U.S., Italy, Japan, and Canada experience monetary gains as compared to the year 2000 due to crop production improvements resulting from decreases in surface $O_3$, although gains in the U.S. are an order of magnitude greater than those of other industrialized nations (Fig. 10). It is important to highlight the fact that despite crop recovery in the U.S. under the B1 scenario, this nation is still among the top three in terms of CPL for each major crop, and is further the third greatest economic loser due to $O_3$-induced crop losses.

## 4. Discussion

### 4.1. Uncertainties

In our companion paper (Avnery et al., 2011), we provided a detailed review of the most important sources of uncertainty associated with the integrated assessment approach we use for our analysis (for brevity, only new sources of uncertainty are highlighted here). A major source of uncertainty is the ability of a global CTM to accurately simulate hourly surface $O_3$ concentrations to calculate crop losses. Predicting future $O_3$ concentrations is more difficult

because of: 1) uncertainty of future emissions of $O_3$ precursors; 2) inability to use surface observations to evaluate and bias-correct model simulations; and 3) potential feedbacks between climate change and $O_3$ concentrations over the next few decades that are not accounted for by CTMs. We attempt to address the first of these uncertainties by constraining potential future yield losses with optimistic and pessimistic projections of $O_3$ precursor emissions from the widely used IPCC SRES scenarios (Nakićenović et al., 2000). Although we cannot perform a model evaluation with surface observations from the year 2030, we use as a proxy bias-correction factors derived from observations in the years 1998–2002 and the year 2000 simulation (Avnery et al., 2011), as we expect similar regional biases in our future simulations. Finally, while future predictions of $O_3$ will be complicated by the potential feedbacks between climate change and ozone, as changes in temperature, precipitation, atmospheric circulation, and other local conditions can affect ozone concentrations that can in turn impact local and regional climate (e.g. Brasseur et al., 2006; Levy et al., 2008; Wu et al., 2008, Jacob and Winner, 2009; Ming and Ramaswamy, 2009), we expect any changes in $O_3$ concentrations and distributions due to such feedbacks to be of second order compared to those driven by anthropogenic emissions of ozone precursors.

Climate change may also influence our estimates of future crop yield reductions through altering stomatal conductance: increased temperatures and atmospheric $CO_2$ concentrations and decreased humidity and soil water content may reduce stomatal openings and therefore the amount of $O_3$ that enters plant leaves (Mauzerall and Wang, 2001; Fuhrer, 2009). In non-irrigated agricultural areas prone to water stress, this effect may be especially significant and may mitigate projected ozone damage. Additionally, climate change may directly impact crop yields through changes in temperature, precipitation patterns, and $CO_2$ fertilization—however, little is known about the combined effect of climate change and $O_3$ pollution on agriculture. To investigate this issue, Reilly et al.

*S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*                2307

(2007) use the MIT Integrated Global Systems Model, which includes an updated version of the biogeochemical Terrestrial Ecosystem Model (TEM) that simulates the impact of both climate change and surface ozone on plant productivity. The authors find that while the effects of climate change are generally positive in mid- to high latitudes, ozone pollution may more than offset potential climate benefits. For example, yield gains of 50–100% are predicted for some regions in the year 2100 when only climate impacts are considered, but inclusion of the model's $O_3$ damage function produces drastic yield reductions: combined climate and $O_3$ effects reduce yields by 43% in the U.S., 56% in Europe, 45% in India, 64% in China, and 80% in Japan. These results underscore the imperative for field studies that examine the combined impact on agricultural production of climate change and surface $O_3$ in order to evaluate model-based studies and to identify crop cultivars that are relatively robust to both $O_3$ and climate change.

Finally, climate change can indirectly affect our estimates of $O_3$-induced crop yield reductions through its impact on crop growing seasons and crop distributions, which we assume to be the same in our year 2030 analysis as the year 2000. We also do not account for potential adaptation measures farmers may embrace to maximize crop yields in the face of a changing climate or $O_3$ pollution, such as altering planting/harvesting dates, application of additional fertilizer/water through irrigation, or the development of new cultivars and irrigation infrastructure. Future work should account for potential adaptation through the use of a state-of-the-art agro-economic model, and should also consider feedbacks between crop

yields, production areas, and commodity prices to generate a more accurate estimate of the economic cost of agricultural losses.

We compare our results with those of similar studies which calculate future RYL, CPL, and EL in the Supplementary Material. Despite differences in datasets, methodologies, model chemistry, and model simulations used among the studies, our results agree well with existing estimates of future $O_3$-induced crop losses and add to the literature by providing a broader range of possible future emissions of ozone precursors and their implications for global agricultural yields.

### 4.2. Policy implications

Between 2000 and 2030 global population is projected to increase from approximately 6 to over 8 billion persons (US Census Bureau, 2010), with global agricultural demand expected to double due to population growth, rising demand for biofuels, and increased meat consumption particularly in developing nations (Tilman et al., 2002; Edgerton, 2009). To meet this future demand, we will need to either bring new terrain under cultivation, or increase productivity (i.e. yields) on existing agricultural land. The latter option is preferable in order to preserve remaining natural ecosystems and prevent the associated loss of biodiversity and increased greenhouse gas emissions. However, improving yields on land currently cultivated through traditional strategies—i.e., increasing agricultural inputs (water, fertilizer, pesticides)—also has detrimental environmental consequences (Tilman et al., 2001). Furthermore, research suggests that in the absence of



**Fig. 9.** Change in crop production loss (CPL, million metric tons) for the ten countries with highest absolute difference in estimated mean CPL between 2000 and 2030 under the B1 scenario using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total CPL.

2308                                    *S. Avnery et al. / Atmospheric Environment 45 (2011) 2297–2309*



**Fig. 10.** Change in economic loss (EL, million USD$_{2000}$) for the ten countries with highest absolute difference in estimated mean EL between 2000 and 2030 under the B1 scenario using the M12 and AOT40 metrics for a) soybean, b) maize, c) wheat, and d) total EL.

bioengineering, the historical rate of crop yield improvements experienced since the Green Revolution is declining in many parts of the world, and that the genetic ceiling for maximal yield potential is being approached despite increasing inputs (Peng et al., 1999; Duvick and Cassman, 1999; Tilman et al., 2002). Ozone mitigation provides a means to increase this "ceiling" and the efficiency by which crops use nitrogen, water, and land. Moreover, with mounting evidence that crop yield improvements from $CO_2$ fertilization may not be as great as previously expected (Long et al., 2005) and that $O_3$ pollution may more than offset even significant crop yield gains due to climate change in some regions (Reilly et al., 2007), surface $O_3$ abatement provides a critical opportunity to increase supplies of food and fuel without further environmental degradation. Because tropospheric ozone is a potent greenhouse gas in addition to a noxious air pollutant (Forster et al., 2007), $O_3$ reductions would also provide numerous co-benefits to climate and human health (West et al., 2006, 2007; Fiore et al., 2008, Anenberg et al. 2010). Ozone abatement measures could further benefit climate in the absence of an explicit climate change mitigation policy, since many $O_3$ precursors are emitted by the same sources as $CO_2$ and other long-lived greenhouse gases.

## 5. Conclusions

In this study we estimated the global risk to three key staple crops (soybean, maize, and wheat) of surface ozone pollution in the near future (year 2030) using simulated $O_3$ concentrations under two scenarios of projected $O_3$ precursor emissions (the IPCC SRES A2 and B1 storylines), two metrics of $O_3$ exposure (M12 and AOT40), field-based CR relationships, and global maps of agricultural production compiled from satellite data and census yield statistics. We find that for the A2 scenario, global year 2030 relative yield loss of wheat ranges from 5.4 to 26% (a further reduction in yield of +1.5–10% from year 2000 values), 15–19% for soybean (+0.9–11%), and 4.4–8.7% for maize (+2.1–3.2%), with total crop production losses worth $17–35 USD$_{2000}$ annually (+$6–17 billion in losses). In the B1 scenario, we estimate that global relative yield loss totals 4.0–17% for wheat (a decrease in yield of +0.1–1.8% from year 2000 values), 9.5–15% for soybean (+0.7–1.0%), and 2.5–6.0% for maize (+0.3–0.5%), with total losses worth $12–21 billion annually (+$1–3 billion). Our crop production and economic loss estimates should be considered conservative given their derivation from observation-based, year 2000 crop production data that likely underestimate actual agricultural production in the year 2030.

## Acknowledgements

We thank N. Ramankutty and C. Monfreda for providing us with pre-publication access to their global crop area and yield datasets. We also thank two anonymous reviewers for their thoughtful comments and suggestions, which greatly improved the quality of this paper. S. Avnery was supported by the NASA Earth and Space Science Fellowship Program, Grant NNX10A971H.

**Appendix. Supplementary material**

Supplementary data associated with this article can be found, in the on-line version, at doi:10.1016/j.atmosenv.2011.01.002.

**References**

Adams, R.M., Glyer, J.D., Johnson, S.L., McCarl, B.A., 1989. A reassessment of the economic effects of ozone on United States agriculture. Journal of the Air Pollution Control Association 39, 960–968.

Anenberg, S.C., Horowitz, L.W., Tong, D.Q., West, J.J., 2010. An estimate of the global burden of anthropogenic ozone and fine particulate matter on premature human mortality using atmospheric modeling. Environmental Health Perspectives 118, 1189–1195.

Avnery, S., Mauzerall, D.L., Liu, J., Horowitz, L.W., 2011. Global crop yield reductions due to surface ozone exposure: 1. Year 2000 crop production losses and economic damage. Atmospheric Environment 45, 2284–2296.

Beig, G., et al., 2008. Threshold exceedances and cumulative ozone exposure indices at tropical suburban site. Geophysical Research Letters 35, L02802. doi:10.1029/2007GL031434.

Booker, F.L., et al., 2009. The ozone component of global change: potential effects on agricultural and horticultural plant yield, product quality and interactions with invasive species. Journal of Integrative Plant Biology 51, 337–351.

Brasseur, G.P., et al., 2006. Impact of climate change on the future chemical composition of the global troposphere. Journal of Climate 19, 3932–3951.

Dentener, F., et al., 2005. The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. Atmospheric Chemistry and Physics 5, 1731–1755.

Dentener, F., et al., 2006. The global atmospheric environment for the next generation. Environmental Science and Technology 40, 3586–3594.

Duvick, D.N., Cassman, K.G., 1999. Post-green-revolution trends in yield potential of temperate maize in the north-central United States. Crop Science 39, 1622–1630.

Edgerton, M.D., 2009. Increasing crop productivity to meet global needs for feed, food, and fuel. Plant Physiology 149, 7–13.

FAO. FAOSTAT, Food and Agricultural Organization of the United Nations. Available at: http://faostat.fao.org/ (accessed May, 2008).

Feng, Z., Kobayashi, K., 2009. Assessing the impacts of current and future concentrations of surface ozone on crop yield with meta-analysis. Atmospheric Environment 43, 1510–1519.

Fiore, A., et al., 2008. Characterizing the tropospheric ozone response to methane emission controls and the benefits to climate and air quality. Journal of Geophysical Research 113, D08307. doi:10.1029/2007JD009162.

Fiore, A., et al., 2009. Multimodel estimates of intercontinental source–receptor relationships for ozone pollution. Journal of Geophysical Research 114, D04301. doi:10.1029/2008JD010816.

Fiscus, E.L., Booker, F.L., Burkey, K.O., 2005. Crop responses to ozone: uptake, modes of action, carbon assimilation and partitioning. Plant, Cell and Environment 28, 997–1011.

Fishman, J., et al., 2010. An investigation of widespread ozone damage to the soybean crop in the upper Midwest determined from ground-based and satellite measurements. Atmospheric Environment 44, 2248–2256.

Forster, P., et al., 2007. Changes in atmospheric constituents and radiative forcing. In: Solomon, S., et al. (Eds.), Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Fuhrer, J., 2009. Ozone risk for crops and pastures in present and future climates. Naturwissenschaften 96, 173–194.

Heagle, A.S., 1989. Ozone and crop yield. Annual Review of Phytopathology 27, 397–423.

Heck, W.W., 1989. Assessment of crop losses from air pollutants in the United States. In: MacKenzie, J.J., El-Ashry, M.T. (Eds.), Air Pollution's Toll on Forests and Crops. Yale University Press, New Haven, pp. 235–315.

Horowitz, L.W., et al., 2003. A global simulation of tropospheric ozone and related tracers: description and evaluation of MOZART, Version 2. Journal of Geophysical Research 108 (D24), 4784. doi:10.1029/2002JD002853.

Horowitz, L.W., 2006. Past, present, and future concentrations of tropospheric ozone and aerosols: methodology, ozone evaluation, and sensitivity to aerosol wet removal. Journal of Geophysical Research 111, D22211. doi:10.1029/2005JD006937.

Hough, A.D., Derwent, R.G., 1990. Changes in the global concentration of tropospheric ozone due to human activities. Nature 344, 645–650.

Jacob, D., Winner, D., 2009. Effect of climate change on air quality. Atmospheric Environment 43, 51–63.

Karenlampi, L., Skarby, L., 1996. Critical Levels for Ozone in Europe: Testing and Finalizing the Concepts. Department of Ecology and Environmental Science, University of Kuopio, 363 pp.

Kiehl, J.T., et al., 1998. The national center for atmospheric research community climate model: CCM3. Journal of Climate 11, 1131–1149.

Krupa, S.V., Nosal, M., Legge, A.H., 1998. A numerical analysis of the combined open-top chamber data from the USA and Europe on ambient ozone and negative crop responses. Environmental Pollution 101, 157–160.

Lesser, V.M., Rawlings, J.O., Spruill, S.E., Somerville, M.C., 1990. Ozone effects on agricultural crops: statistical methodologies and estimated dose–response relationships. Crop Science 30, 148–155.

Levy II, H., et al., 2008. Strong sensitivity of late 21st century climate to projected changes in short-lived air pollutants. Journal of Geophysical Research 113, D06102. doi:10.1029/2007JD009176.

Long, S.P., Ainsworth, E.A., Leakey, A.D., Morgan, P.B., 2005. Global food insecurity: treatment of major food crops with elevated carbon dioxide or ozone under large-scale fully open-air conditions suggests recent models may have over-estimated future yields. Philosophical Transactions of the Royal Society B 360, 2011–2020.

Marenco, A., Gouget, H., Nédélec, P., Pagés, J.-P., Karcher, F., 1994. Evidence of a long-term increase in tropospheric ozone from Pic du Midi data series: consequences: positive radiative forcing. Journal of Geophysical Research 99, 16617–16632.

Mauzerall, D.L., Wang, X., 2001. Protecting agricultural crops from the effects of tropospheric ozone exposure: reconciling science and standard setting in the United States, Europe and Asia. Annual Review of Energy and the Environment 26, 237–268.

Mills, G., et al., 2007. A synthesis of AOT40-based response functions and critical levels of ozone for agricultural and horticultural crops. Atmospheric Environment 41, 2630–2643.

Ming, Y., Ramaswamy, V., 2009. Nonlinear climate and hydrological responses to aerosol effects. Journal of Climate 22. doi:10.1175/2008JCLI2362.1.

Monfreda, C., Ramankutty, N., Foley, J.A., 2008. Farming the planet: 2. Geographic distribution of crop areas, yields, physiological types, and net primary production in the year 2000. Global Biogeochemical Cycles 22, GB1022. doi:10.1029/2007GB000947.

Morgan, P.B., Mies, T.A., Bollero, G.A., Nelson, R.L., Long, S.P., 2006. Season-long elevation of ozone concentration to projected 2050 levels under fully open-air conditions substantially decreases the growth and production of soybean. New Phytologist 170, 333–343.

Nakicenovic, N., et al., 2000. Emissions Scenarios: a Special Report of Working Group III of the Intergovernmental Panel on Climate Change. Cambridge Univ. Press, New York, 599 pp.

Oltmans, S.J., et al., 2006. Long-term changes in tropospheric ozone. Atmospheric Environment 40, 3156–3173.

Peng, S., et al., 1999. Yield potential of trends of tropical rice since the release of IR8 and the challenge of increasing rice yield potential. Crop Science 39, 1552–1559.

Ramankutty, N., Evan, A., Monfreda, C., Foley, J.A., 2008. Farming the planet: 1. Geographic distribution of global agricultural lands in the year 2000. Global Biogeochemical Cycles 22, GB1003. doi:10.1029/2007GB002952.

Riahi, K., Grübler, A., Nakicenovic, N., 2007. Scenarios of long-term socio-economic and environmental development under climate stabilization. Technological Forecasting and Social Change 74, 887–935.

Reidmiller, D.R., et al., 2009. The influence of foreign vs. North American emissions on surface ozone in the U.S. Atmospheric Chemistry and Physics 9, 5027–5042.

Reilly, J., et al., 2007. Global economic effects of changes in crops, pasture, and forests due to changing climate, carbon dioxide, and ozone. Energy Policy 35, 5370–5383.

Tilman, D., et al., 2001. Forecasting agriculturally driven global environmental change. Science 292, 281–284.

Tilman, D., et al., 2002. Agricultural sustainability and intensive production practices. Nature 418, 671–677.

USDA, United States Department of Agriculture, 1994. Major world crop areas and climatic profiles. In: Agricultural Handbook No. 664. World Agricultural Outlook Board, U.S. Department of Agriculture Available at: http://www.usda.gov/oce/weather/pubs/Other/MWCACP/MajorWorldCropAreas.pdf.

USDA FAS, United States Department of Agriculture Foreign Agricultural Service. Country Information. Available at: http://www.fas.usda.gov/countryinfo.asp (accessed May 2008).

United States Census Bureau, June 2010. International Database. http://www.census.gov/ipc/www/idb/worldpopgraph.php.

Van Dingenen, R., Raes, F., Krol, M.C., Emberson, L., Cofala, J., 2009. The global impact of O₃ on agricultural crop yields under current and future air quality legislation. Atmospheric Environment 43, 604–618.

Wang, X., Mauzerall, D.L., 2004. Characterizing distributions of surface ozone and its impact on grain production in China, Japan and South Korea: 1990 and 2020. Atmospheric Environment 38, 4383–4402.

West, J.J., Fiore, A.M., Naik, V., Horowitz, L.W., Schwarzkopf, M.D., Mauzerall, D.L., 2007. Ozone air quality and radiative forcing consequences of changes in ozone precursor emissions. Geophysical Research Letters 34, L06806. doi:10.1029/2006GL029173.

West, J.J., Fiore, A.F., Horowitz, L.W., Mauzerall, D.L., March 14, 2006. Mitigating ozone pollution with methane emission controls: global health benefits. Proceedings of the National Academy of Science 103 (11).

Westenbarger, D.A., Frisvold, G.B., 1995. Air pollution and farm-level crop yields: an empirical analysis of corn and soybeans. Agricultural and Resource Economics Review 24, 156–165.

Wu, S., et al., 2008. Effects of 2000–2050 global change on ozone air quality in the United States. Journal of Geophysical Research 113, D06302.

Atmospheric Environment 43 (2009) 604–618



Contents lists available at ScienceDirect

# Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv



# The global impact of ozone on agricultural crop yields under current and future air quality legislation

Rita Van Dingenen [a,*], Frank J. Dentener [a], Frank Raes [a], Maarten C. Krol [b], Lisa Emberson [c], Janusz Cofala [d]

[a] European Commission – DG Joint Research Centre, Institute for Environment and Sustainability, Ispra, Italy
[b] Department of Meteorology and Air Quality, Wageningen University and Research Centre (WUR), Wageningen, The Netherlands
[c] Stockholm Environment Institute, University of York, Biology Dept., York, UK
[d] International Institute for Applied Systems Analysis, Laxenburg, Austria

## ARTICLE INFO

Article history:
Received 11 March 2008
Received in revised form
19 July 2008
Accepted 2 October 2008

Keywords:
Ozone
Crop damage
Global
Model
Impact assessment

## ABSTRACT

In this paper we evaluate the global impact of surface ozone on four types of agricultural crop. The study is based on modelled global hourly ozone fields for the year 2000 and 2030, using the global 1°×1° 2-way nested atmospheric chemical transport model (TM5). Projections for the year 2030 are based on the relatively optimistic "current legislation (CLE) scenario", i.e. assuming that currently approved air quality legislation will be fully implemented by the year 2030, without a further development of new abatement policies. For both runs, the relative yield loss due to ozone damage is evaluated based on two different indices (accumulated concentration above a 40 ppbV threshold and seasonal mean daytime ozone concentration respectively) on a global, regional and national scale. The cumulative metric appears to be far less robust than the seasonal mean, while the seasonal mean shows satisfactory agreement with measurements in Europe, the US, China and Southern India and South-East Asia.

Present day global relative yield losses are estimated to range between 7% and 12% for wheat, between 6% and 16% for soybean, between 3% and 4% for rice, and between 3% and 5% for maize (range resulting from different metrics used). Taking into account possible biases in our assessment, introduced through the global application of "western" crop exposure–response functions, and through model performance in reproducing ozone-exposure metrics, our estimates may be considered as being conservative.

Under the 2030 CLE scenario, the global situation is expected to deteriorate mainly for wheat (additional 2–6% loss globally) and rice (additional 1–2% loss globally). India, for which no mitigation measures have been assumed by 2030, accounts for 50% of these global increase in crop yield loss. On a regional-scale, significant reductions in crop losses by 2030 are only predicted in Europe (soybean) and China (wheat).

Translating these assumed yield losses into total global economic damage for the four crops considered, using world market prices for the year 2000, we estimate an economic loss in the range $14–$26 billion. About 40% of this damage is occurring in China and India. Considering the recent upward trends in food prices, the ozone-induced damage to crops is expected to offset a significant portion of the GDP growth rate, especially in countries with an economy based on agricultural production.

© 2008 Elsevier Ltd. All rights reserved.

## 1. Introduction

Field experiments have demonstrated that atmospheric ozone can damage crops, leading to yield reduction and a deteriorating crop quality (Krupa et al., 1998). The resulting economic losses and threat to food security has become an issue of concern in world regions where the expanding economy has lead to an increased emission of air pollutants in general and ozone precursors in particular (Holland et al., 2002; Adams et al., 1982; Li et al., 1999; Wang and Mauzerall, 2004; Aunan et al., 2000).

In Europe and the US, air quality guidelines for ozone have been established in order to protect human health and vegetation. In Europe, the standard for the protection of vegetation against ozone damage is expressed as a critical level of accumulated ozone concentration above a threshold of 40 ppbV (AOT40) which should not be exceeded during the growing season (3 ppm h for agricultural crops, 5 ppm h for forests). In the US, the current secondary ozone standard designed to protect human welfare (which includes vegetation) has been proposed to be set equal to the standards to protect human health (the maximal 8 h average ozone concentration of 75 ppbV

---

* Corresponding author.
E-mail address: rita.van-dingenen@jrc.it (R. Van Dingenen).

1352-2310/$ – see front matter © 2008 Elsevier Ltd. All rights reserved.
doi:10.1016/j.atmosenv.2008.10.033

R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618

605

should not be exceeded more than 3 times per year, with the average fourth highest concentration over a 3-year period determining whether a location is out of compliance).

Attempts to adhere to these guidelines have led to a reduction in the occurrence of ozone peak levels since the 1990s (Solberg and Lindskog, 2005; Lin et al., 2001). Rapidly growing economies, in particular those in East, South-East Asia and South Asia, however, have experienced continued deterioration of their air quality due to increasing emissions of nitrogen oxides and other pollutants, and these trends are expected to continue as economies continue to expand.

Since the 1980s, extensive field studies in the US (National Crop Loss Assessment Network, NCLAN) and in Europe (European Open Top Chamber Programme, EOTCP) have attempted to establish crop-specific exposure–response functions which relate a quantifiable ozone-exposure indicator to a reduction in the crop yield (Heck et al., 1987; Legge et al., 1995; Fuhrer et al., 1997). Mauzerall and Wang (2001) give a comprehensive overview of the various indicators that have been developed and applied in Europe and the U.S. since the NCLAN and EOTCP studies. Most frequently used indicators are seasonal 7 h and 12 h mean ozone concentration during daylight (M7 and M12 respectively) and seasonal cumulative exposure over a threshold such as 60 ppbV and 40 ppbV (SUM06 and AOT40 respectively). Recently, Mills et al. (2007) re-compiled a large number of crop-response data from existing literature for 19 crops, many of which originally based on 7 h and 24 h means, in order to derive all response functions as a function of AOT40.

The availability of regional air pollution models with a high spatial and temporal resolution makes it possible to combine modelled ozone fields, exposure–response functions, crop location and growing season, to obtain global and regional estimates of crop losses. Aunan et al. (2000) evaluated losses of rice, wheat, soybeans and maize in China, for the base year 1990 as well as projected losses for 2020 based on the projected evolution of GDP and associated energy demand (pre-SRES scenario, van Aardenne et al., 1999). A similar study was performed by Wang and Mauzerall (2004) (hereafter W&M04) for China, Korea and Japan, using the IPCC B2 scenario for 2020. Both studies concluded that present day surface ozone already causes substantial crop losses in this region (in particular for sensitive crops like soybean and spring wheat) and that significant additional losses may be expected (in the order of 30% yield loss) by 2020 under the emission scenarios considered. At the same time these studies pointed out that the uncertainty on these loss estimates is large and that there is little consistency between exposure–response functions based on various ozone quality indices.

Holland et al. (2006) estimated crop losses and the associated economic loss in Europe for 23 horticultural and agricultural crops for the base year 2000, as well as a set of emission scenarios for 2020. Results for 2000 indicate an overall loss of 3% of all crop species considered (equivalent to €6.7 billion economic damage), reducing to 2% under an "implementation of current legislation" (CLE) scenario for 2020 (€4.5 billion damage).

All these and earlier local and regional studies indicate that a substantial economic benefit may be expected from a reduction in air pollution. However, due to a lack of consistency in the used methodology for calculating crop damage, as well as for the economic impact, the mentioned regional results are difficult to compare to each other. A globally consistent estimate of crop losses due to air pollution, in all relevant world regions, based on a consistent emission inventory and modelling approach, has not been performed to our knowledge.

In this study, we apply the global chemical transport model TM5, taking advantage of its feature to provide regional zooms with a $1° \times 1°$ horizontal resolution within a global domain. The model was developed for global studies which require high resolution regionally while a coarser resolution over region of low relevance is acceptable (Krol et al., 2005). We explore the impact of implementing current Air Quality Legislation (CLE), comparing model runs for the base case (year 2000) with the CLE emission scenario for the year 2030, assuming that all currently decided policies have been fully implemented. Using this rather optimistic scenario we evaluate the potential that existing legislation has to mitigate elevated $O_3$ concentrations and associated crop losses. The model runs were obtained in the frame of the ACCENT-PHOTOCOMP-2030 multi-model exercise (Dentener et al., 2006; Stevenson et al., 2006) (ACCENT: Atmospheric Composition Change: the European NeTwork of excellence).

## 2. Methodology

We will evaluate the global risk of crop damage due to ozone, for 4 major crops (wheat, rice, maize and soybeans), based on 2 different exposure indicators: (1) the seasonal mean daytime ozone concentration (indicated as M7 for the 7 h mean (09:00–15:59) and M12 for the 12 h mean (08:00–17:59)), and (2) the accumulated daytime hourly ozone concentration above a threshold of 40 ppbV (AOT40). The choice of M7/M12 and AOT40 is guided by the fact that exposure–response functions are available from literature for all four crops considered, and that our results can be compared with those of earlier studies mentioned before. Further, AOT40 has been favoured in Europe as the concentration-based indicator for ozone effects on crops (Fuhrer et al., 1997). Note that we consider M7 and M12 as one indicator type. Over land, M12 is in general only slightly lower than M7 and both parameters are obviously highly correlated. The only reason for considering both is that the available exposure–response (E–R) functions for wheat and rice are expressed as a function of M7 whereas those for maize and soybean are expressed as a function of M12.

The definition of the indicators and their corresponding E–R function, which expresses the crop relative yield (RY) as a function of the respective indicator for each of the crops, is given in Table 1. The E–R functions based on M7 and M12 are taken from W&M04, and have a Weibull functional form. Those expressed as a function of AOT40 are obtained from Mills et al. (2007) and are linear. It is

**Table 1**

Overview of air quality indices used to evaluate crop yield losses. The $a$ and $b$ coefficients refer to the exposure–reponse equations in Table 2. All $O_3$ concentrations refer to hourly values.

| References | Index | Unit | Definition | Exposure/dose–response function: relative yield loss (RYL) | Wheat | | Rice | | Soy | | Maize | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | a | b | a | b | a | b | a | b |
| Wang and Mauzerall, 2004 | M7 | ppbV | 7-Hour seasonal $O_3$ mean 3 months, 9:00–15:59 | $1 - \exp[-(M7/a)^b]/\exp[-(25/a)^b]$ | 137 | 2.34 | 202 | 2.47 | | | | |
| Wang and Mauzerall, 2004 | M12 | ppbV | 12-Hour seasonal $O_3$ mean 3 months, 8:00–19:59 | $1 - \exp[-(M12/a)^b]/\exp[-(20/a)^b]$ | | | | | 107 | 1.58 | 124 | 2.83 |
| Mills et al., 2007, corrected for offset (see text) | AOT40 | ppm h | $\sum_{i=1}^n [O_3]_i - 40, [O_3]_i \geq 40$ ppbV 3 months, 8:00–19:59 | $a$AOT40 | 0.0163 | | 0.00415 | | 0.0113 | | 0.00356 | |

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

important to realize that these E–R relationships are 'pooled' from a variety of cultivars grown in the US and Europe. They are considered to reliably represent the average response of the commonly grown cultivar population on national or regional level in those regions, without having the need to deal with individual cultivar distribution (Adams et al., 1987). Because of lacking experimental E–R data for Asia and Africa, we have applied the same functions globally. Small scale individual studies indicate that Asian cultivars for winter wheat and rice are equally or more sensitive to ozone damage than the US cultivars (Aunan et al., 2000), hence applying the US-derived E–R relationship leads to a conservative result. Apart from genotype-related differences in sensitivity, the crop-response will also depend on ambient conditions like temperature, humidity, soil type, …, factors which have not been considered in the currently applied E–R relationships. In fact, the LRTAP (Long-Range Transboundary Air Pollution) convention now recognises the importance of deriving an approach based on the actual flux of ozone through the plant stomata, taking into account all relevant environmental factors (see LRTAP Convention, 2004). As such, the enhanced risk of crops in warm and humid conditions (opened stomata) compared to dry conditions (closed stomata) is explicitly accounted for. At present, experimental data for deriving the ozone stomatal flux are only available for wheat and potato, hence we did not include this approach in the present study.

Two further issues have to be considered regarding the applied E–R functions.

(1) The AOT40-based E–R functions from Mills et al. (2007) have an intercept which is in general different from 1 (0.99, 0.94, 1.02, 1.02 for wheat, rice, maize and soybean respectively). In particular for rice, this causes an offset of 6% which is very high compared to the slope of the AOT40–RY relationship. Therefore, we scaled the E–R functions given by Mills et al. (2007) to their value at AOT40 = 0, such that the intercept of the relative yield equals 1.
(2) An intercomparison of the E–R functions for various indicators reveals an inherent inconsistency. This is illustrated in Fig. 1

where the relative yield loss (RYL = 1 − RY) from AOT40 is plotted against the RYL obtained from M7 or M12 for 4 different crops. The indicator values are calculated from measured hourly ozone data for 178 quality-controlled measurement stations, pertaining to established monitoring networks in and outside Europe (EMEP, AirBase, WMO). For wheat and rice, M7 results in significantly lower losses than a loss calculation based on AOT40 (74% and 64% lower respectively). For maize and soybeans, M12 losses are higher than those based on AOT40, but the deviation from the 1:1 line is smaller than for the former crops (24% and 28% higher respectively). These differences in calculated RYL from cumulative and mean metrics have been noted before (Aunan et al., 2000; W&M04). They may be a result of the statistical methods used to derive the E–R functions in the respective studies, or may reflect differences in plant sensitivities to differing $O_3$ distributions and to high $O_3$ concentrations. In particular for wheat, this leads to a large range in estimated yield loss from both indicators.

### 2.1. General approach of the global evaluation of crop losses

We follow the approach outlined by W&M04 and Holland et al., 2006. Fig. 2 shows the steps involved in the analysis. Starting from the global $1° \times 1°$ modelled hourly ozone fields, the respective indicators are averaged (M7/M12) or accumulated (AOT40) over the appropriate growing season, leading to a gridded ($1° \times 1°$) relative yield loss (RYL) calculation for each relevant crop. The RYL field is overlaid with the $1° \times 1°$ crop production grid which has been derived from national or regional production numbers. The methodology for obtaining crop spatial distribution and start of the growing season on a $1° \times 1°$ resolution is described in more detail below. For each grid cell, the crop production loss ($CPL_i$) is calculated from the RYL and the actual crop production for the year 2000 within the grid cell ($CP_i$):

$$CPL_i = \frac{RYL_i}{1 - RYL_i} \times CP_i$$



**Fig. 1.** Relative yield loss based on 3-monthly M7 (wheat, rice) or M12 (maize, soybeans) as indicator vs. relative yield loss based on AOT40. Indicator values are derived from hourly measurements. Each point represents a single measurement station from EMEP, Airbase and WMO-GAW measurement network.



**Fig. 2.** General outline of the different steps involved in the data analysis.

The national CPL is then obtained by summing up all grid cells belonging to each country. The economic damage is estimated by multiplying CPL with the producer prices for the year 2000 ($PP_{2000}$) as given by FAOSTAT (http://faostat.fao.org, accessed December 2007). The producer prices are used as a proxy for the domestic market price, due to the lack of information on actual crop market prices.

$$EL = CPL \times PP_{2000}$$

$PP_{2000}$ are not always available for some minor producing countries. In that case, we applied the median crop price for the year 2000, i.e. $148/metric ton for wheat, $138/metric ton for maize, $202/metric ton for rice and $205/metric ton for soybeans. The fraction of the global production for which no individual producer price is available is limited to 2.1% for wheat and maize, 6.3% for rice and 0.43% for soybeans.

By applying this simple cost calculation, we neglect possible feedbacks of changes in supply and the demand on the price evolution. Adams et al. (1982) estimated that the simple multiplication approach overestimates the damage by 20% by not accounting for economic adjustments and compensating price effects.

## 2.2. Crop distribution maps

Crop production numbers are generally available on national level. For a number of large countries, data are available at a higher resolution. For instance, The US Department of Agriculture (USDA) provides US production data for all crops on county level (http://www.usda.gov/nass/graphics/county00/indexdata.htm). For our analysis, we aggregated these high resolution US data to crop production at state level. For China, India, Canada and Brazil, the national production numbers for the relevant crops were distributed over provinces or states according to information provided by USDA, 1994.

The national or regional crop production (CP) was then distributed over the $1° \times 1°$ grids of each country (or state/province). The fraction of the total production attributed to each grid cell ($CP_i$) is based on the crop-specific Global Agro-Ecological Zones (GAEZ) suitability index, developed by Fischer et al. (2000). The crop suitability index (SI) is a modelled index, based on local soil and terrain properties, rainfall, temperature limitations, land use, … By lack of global gridded crop distribution maps based on

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

observations, the GAEZ suitability maps are probably the best ones available to describe the spatial distribution of individual crops. The production (metric tons) of crop $k$ within grid cell $i$ is given by:

$$CP_{i,k} = \frac{SI_{i,k} \times CP_k}{\sum_j SI_{j,k}}$$

$\sum_j SI_{j,k}$ is the sum of the suitability indices for crop $k$ overall grid cells of the country, and consequently $\sum_j CP_{j,k} = CP_k$, the total production of the country.

Fig. 3 shows the resulting year 2000 global crop production maps for the wheat and rice. The maps for the other crops are available as Supplementary material.

### 2.3. Crop growing season

The definition of the ozone-exposure indicators requires averaging or accumulation of ozone concentration over a period of 3 months, starting at the beginning of the growing season.

The growing season for wheat was calculated using a phenological model, as recommended and described in the "Mapping Manual 2004" by LRTAP Convention, 2004. The model makes use of the available daily mean temperature, from which the time of mid-anthesis is calculated. Following the mapping manual, this happens when a temperature sum of 1075 °C days after the first frost-free day of winter is reached, taking into account a six month shift between temperate NH and SH. The



**Fig. 3.** Crop production maps for (a) wheat and (b) rice, calculated from national and regional production numbers and Agro-Ecological Zones suitability indices (see text).

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

start of the ozone-sensitive period ($A_{start}$) is situated 270 °C days before mid-anthesis, and the end of the period ($A_{end}$) 970 °C days after $A_{start}$. In order to have an identical accumulation period length for all regions, we define the wheat growing season as the 3-month (92 days) period preceding $A_{end}$. Using this approach we obtain a growing season defined at the resolution of 1 grid cell. The modelled growing season was cross-checked against national wheat growing season tables provided by USDA and LRTAP, 2004, and appears to be performing very well both in NH and SH.

For the other 3 crops we have no phenological model available. For maize and soybean, we made use of crop calendar tables published by USDA (1994), covering the major crop areas of the world. In our study, the growing season was defined as 3 months preceding the start of the harvest period. For countries identified as producers by FOA, but not listed in the USDA compilation, we apply the growing season from known countries in the same thermal climate zone within the (sub)continent. The thermal climate zones are taken from Fischer et al., 2000.

For rice, we allow up to 3 growing seasons. The periods and the fraction of total annual rice production within each period are compiled from USDA (1994), from tables published by the International Rice Research Institute (IRRI, http://www.irri.org/science/ricestat/accessed December 2006), and from W&M04.

Global maps of onset of the growing season for each crop are available as Supplementary material.

Although the timing of the growing season may be an important factor in the exposure to ozone and associated crop damage at the level of individual grid boxes or even small countries, regionally aggregated crop losses appear not to be very sensitive to the onset of the growing season. A recalculation of crop losses by shifting the growing season one month forward or backward, leads to a change in the calculated economic loss within 5% for Europe, and less than 2% for all other regions (including the globally aggregated loss).

### 3. Model and emission scenario

Global ozone for the year 2000 is calculated with the global chemistry transport model TM5 (Krol et al., 2005). The model is used for global studies which require high resolution regionally ($1° \times 1°$) but can work on a coarser resolution globally ($6° \times 4°$). The zoom algorithm introduces refinement in both space and time in some predefined regions, in this case Europe, North America and Asia. For this study no high resolution zoom over Africa and South America is available. Ozone levels over these regions are dominated by biomass burning, for which emission inventories are highly uncertain. Although the model is capturing well the timing of the biomass burning ozone episodes, a quantitative evaluation is difficult due to a lack of measurement data. Adding to this the uncertainties on crop distribution and growing season in this region, we focus our evaluation of regional losses and economic damage on the NH regions which account for most of the agricultural production.

The TM5 model operates with off-line meteorology from the European Centre for Medium range Weather Forecasts (ECMWF; 6 h IFS forecast), which is stored at a 6-hourly resolution for the large scale 3D fields, and 3-hourly for the parameters describing exchange processes at the surface. Of the 60 vertical layers in the ECMWF model, a subset of 25 layers is used within TM5, of which 5 layers represent the boundary layer, 10 the free troposphere, and the remaining 10 layers the stratosphere.

TM5 includes a coupled gas-phase chemistry and bulk aerosol chemistry, with the exception of dust and sea salt which are size-resolved.

Emissions for the reference year 2000 and the future scenario 'Current Legislation' (CLE, year 2030) were based on recent inventories developed by the International Institute for Applied System Analysis (IIASA, available at http://www.iiasa.ac.at/rains/global_emiss/global_emiss.html). The CLE scenario was based on legislation in place at the year 2001 and assumes full implementation by 2030. We note here that e.g. recent emission legislation in India, like the mandatory introduction of compressed natural gas (CNG) as fuel for public transport vehicles in New Delhi, was not included in this study, leading to a possibly overly pessimistic emission scenario for India.

The global totals of present and future emissions were distributed spatially according to EDGAR3.2 (Olivier and Berdowski, 2001) as described in Dentener et al., 2005. Fig. 4 shows the total $NO_x$ emissions for the major world regions for 2000 and 2030 under the CLE scenario.

The model delivers global hourly ozone concentrations from the midpoint of the first layer which is about 60 m high. Due to deposition processes to the surface, trace gases in general show a concentration gradient within the lowest model layer. The default crop height generally being 1 m (2 m for maize), we recalculated the ozone concentration at crop canopy height, following the approach of LRTAP Convention (2004) and Tuovinen et al. (2007). Also the concentration at 10 m was derived, in order to compare modelled ozone concentrations with measurements. A detailed description of the approach followed is available as Supplementary material.

### 4. Results

#### 4.1. Present and future global ozone surface concentration

Fig. 5 shows TM5 3-monthly averaged ozone for the four seasons of the year 2000 (a–d) and the expected change by 2030 (e–h) under the CLE scenario. The timing and location of elevated ozone levels varies strongly between different regions: North America, Europe (in particular the Mediterranean area) and industrial areas in China experience the highest $O_3$ levels of the order 60 ppbV during the NH summer season (JJA) whereas subtropical regions of Central America and India show their maximum ozone concentrations (50–60 ppbV) during MAM. The decline of ozone over the Indian subcontinent during JJA is related to the occurrence of the south-west monsoon and associated rainfall. Also in Central America, the rainy season from June till October prevents the build up of high surface $O_3$ levels like it is the case during spring. Over the African



**Fig. 4.** Total $NO_x$ emissions in the year 2000 and 2030 (CLE scenario) for major world regions.

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*



**Fig. 5.** (a–d) Seasonal average surface ozone for the year 2000 and (e–h) the change in seasonal surface ozone concentration by 2030 under a CLE scenario.

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*                                                    611



**Fig. 6.** Comparison between regionally averaged monthly mean ozone concentration from monitoring stations (dots) and TM5 regional model average (lines) for the year 2000. Model results are the means for the model gridboxes where the stations are located. The full line shows the concentration at 30 m altitude, i.e. the center of the surface grid box; the dashed line shows the concentration at 10 m altitude (measurement sampling height). Error bars indicate 1 standard deviation on the available monthly station data.

**Table 2**
Data sources for intercomparison with the model.

| Region | lon, lat (min) | lon, lat (max) | # Of stations | References |
|---|---|---|---|---|
| South-West USA | −125, 30 | −110, 40 | 2 | CASTNET Clean Air Status and Trends Network (http://www.epa.gov/castnet/ozone.html) |
| South-East USA | −90, 25 | −80, 35 | 5 | CASTNET Clean Air Status and Trends Network (http://www.epa.gov/castnet/ozone.html) |
| USA, Great Lakes | −95, 40 | −75, 50 | 14 | CASTNET Clean Air Status and Trends Network (http://www.epa.gov/castnet/ozone.html) |
| Central Mediterranean | 5, 35 | 30, 45 | 8 | EMEP (http://www.nilu.no/projects/CCC/onlinedata/ozone/index.html), Airbase (http://air-climate.eionet.europa.eu/databases/airbase/airview/index_html) |
| Central Europe | 7, 48 | 17, 54 | 38 | EMEP (http://www.nilu.no/projects/CCC/onlinedata/ozone/index.html), Airbase (http://air-climate.eionet.europa.eu/databases/airbase/airview/index_html) |
| Northern China and Japan | 110, 35 | 145, 45 | 4 | World data centre for Greenhouse Gases (http://gaw.kishou.go.jp/wdcgg.html), Akimoto and Pochanart, personal communication, Wang and Mauzerall, 2004, Carmichael et al., 2003 |
| Southern India | 75, 10 | 85, 20 | 2 | Beig et al., 2007, Ahammed et al., 2006 |
| North India + Nepal | 70, 20 | 90, 30 | 4 | Lal et al., 2000, Satsangi et al., 2004, Jain et al., 2005 |
| S.E. Asia | 110, 20 | 125, 35 | 3 | Carmichael et al., 2003 |
| Central-West Africa | −5, 5 | 15, 15 | 5 | Carmichael et al., 2003, Sauvage et al., 2005 |
| Southern Africa | 20, −30 | 35, −20 | 6 | Zunckel et al., 2004 |

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*



**Fig. 7.** As in Fig. 6, for monthly averaged M7 (daytime mean ozone from local time 09:00–16:00), for those monitoring stations where hourly ozone data are available. The full line shows the concentration at 30 m altitude, i.e. the center of the surface grid box; the dashed line shows the concentration at 10 m altitude (measurement sampling height). Error bars indicate 1 standard deviation on the available monthly station data.

continent, two distinct ozone episodes are observed: during DJF over equatorial Africa, and during JJA over Angola and the Democratic Republic of Congo, in agreement with observations (Sauvage et al., 2005).

By the year 2030 (Fig. 5a–d), summer time ozone is decreasing by 0–4 ppbV over the Mediterranean area and Central America, thanks to the implementation of air quality legislation. In North-Eastern China, the increased $NO_x$ emissions appear to cause a decrease in ozone levels by 2030, indicating that titration of ozone by $NO_x$ plays a significant role, in particular during the coolest months, and supporting the findings of W&M04. In Western Europe, the opposite effect takes place: decreasing $NO_x$ emissions, with associated decreasing $O_3$ titration appears to cause an increase of the winter time ozone concentration with about 6–8 ppbV.

As mentioned before, the current version of CLE emissions for India are too pessimistic and lead indeed to a strong increase in $O_3$ levels with 10 ppbV or more over the Indian continent.

### 4.2. Comparison of modelled ozone concentration and indicators with measurements

Fig. 6 compares observed and modelled monthly mean surface ozone levels in selected regions for the year 2000. The modelled values are averaged over the grid boxes where the observations are located. The region boundaries, as well as the sources for the measurement data within each region are listed in Table 2. Modelled surface ozone levels are plotted for grid box midpoint (30 m, blue line) as well as at 10 m (yellow line) which is a more realistic value for the sampling height. The observations are averages over data from the several observational sites within each region. Most observations are from ground-based continuous surface UV absorption measurements, except Carmichael et al. (2003) data, which are from passive samplers. We have selected inland measurement sites (except for the Mediterranean area), at an altitude below 650 m. A particular dataset is the one for Central-West Africa, from Sauvage et al. (2005), collected on board



**Fig. 8.** As in Fig. 6, for monthly accumulated AOT40, for those monitoring stations where hourly ozone data are available. The full line shows the concentration at 30 m altitude, i.e. the center of the surface grid box; the dashed line shows the concentration at 10 m altitude (measurement sampling height). Error bars indicate 1 standard deviation on the available monthly station data.

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

613

**Table 3**
Regionally averaged modelled-to-measured ratio of both metrics during the months May–June–July, at a model height of 30 m and 10 m above the surface respectively.

| Region | M7, 30 m | M7, 10 m | AOT40, 30 m | AOT40, 10 m |
|---|---|---|---|---|
| SW US | 1.03 | 1.01 | 1.02 | 0.95 |
| SE US | 1.23 | 1.20 | 1.25 | 1.12 |
| US Great Lakes | 0.87 | 0.83 | 0.60 | 0.44 |
| Mediterranean | 1.07 | 0.99 | 0.98 | 0.73 |
| Central Europe | 0.97 | 0.95 | 0.37 | 0.25 |
| Japan | 1.33 | 1.21 | 1.71 | 1.27 |

an in-service Airbus aircraft in the framework of the MOZAIC programme during the flights. From the measured MOZAIC vertical ozone profiles, we used the lowest altitude value available for the locations in Central-West Africa (Lagos, Abidjan, Douala).

The error bars on the measured values represent the standard deviation on the station monthly means. They do not include the individual station's standard deviations on higher temporal scales, nor the analytical uncertainty.

In general, the model is reproducing reasonably well the monthly mean ozone concentrations in regions where quality-controlled ozone monitoring programs are routinely running (Central Europe, U.S.A., Japan). During the summer months, the modelled 10 m concentrations fall within 1 standard deviation of the observations and the seasonal trend is well reproduced. Also for South-East Asia and Southern India we find a satisfactory model performance. In Northern India and the two African regions, the model is significantly overestimating the observed ozone levels. This is particularly of concern for S.-India seen the expected impact on crop losses. The reason for the worse model performance in these regions is not clear a priori. Uncertainties in the emission of ozone precursors may be an important factor, as well as the reduced model resolution over Africa. But also the observational

data may not adequately represent the regional-scale ozone concentrations. In fact, out of the 4 N.-Indian measurement stations, 3 are located in densely populated urban areas where ozone levels may be suppressed by local titration, whereas the 4th is a regional station however using a passive sampler as measurement technique.

Indeed, more recent air pollution measurements in the peri-urban and rural areas around Varanasi in the Indo-Gangetic plane (Agrawal et al., 2003) show that summer average ozone concentrations may span from 10 to 58 ppbV, depending on the location relative to the nearby city. In contrast to this, the S.-Indian observations are obtained in peri-urban locations, and in this case the agreement with the model is much better.

We also evaluated the model performance in reproducing monthly accumulated AOT40 and monthly averaged M7 for those locations where hourly ozone data are available (Europe, US and Japan). Results are shown in Fig. 7 (M7) and Fig. 8 (AOT40). Note that for these metrics, obtained during daytime only, the vertical gradient becomes less pronounced than for the monthly means, because of the better vertical mixing of the boundary layer. For M7, the agreement between model and measurements is excellent for south-west and south-east US, the Mediterranean area, and central Europe. For the US Great Lakes region, spring time M7 is under-predicted by 15–20 ppbV but summer months are well reproduced. For Japan, the summer months are significantly over-predicted by up to 20 ppbV. Modelled M7 (as is the case for M12 and the monthly mean) appears not to be very sensitive to the ozone sample height.

The picture looks similar for AOT40 (Fig. 8), but differences between model and measurements are amplified as a consequence of the cumulative nature of the metric in combination with a non-zero threshold (Tuovinen et al., 2007). In particular for Central Europe, the difference between model and measured AOT40 is disturbingly high; other regions are performing better. Table 3



**Fig. 9.** Average relative yield loss from 2 metrics for the 4 crops, year 2000.

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

**Table 4**
Regionally aggregated relative yield loss RYL for wheat, rice, maize and soybean.

| | WORLD | EU25 | N.Am | China | India |
|---|---|---|---|---|---|
| *Wheat* | | | | | |
| AOT40 | 12.3% | 4.1% | 4.1% | 19.0% | 27.6% |
| M7 | 7.3% | 4.6% | 4.4% | 9.8% | 13.2% |
| *Rice* | | | | | |
| AOT40 | 3.7% | 4.7% | 3.2% | 3.9% | 8.3% |
| M7 | 2.8% | 3.5% | 2.6% | 3.1% | 5.7% |
| *Maize* | | | | | |
| AOT40 | 2.4% | 3.1% | 2.2% | 4.7% | 2.0% |
| M12 | 4.1% | 5.1% | 3.6% | 7.1% | 4.0% |
| *Soybean* | | | | | |
| AOT40 | 5.4% | 20.5% | 7.1% | 11.4% | 4.7% |
| M12 | 15.6% | 27.3% | 17.7% | 20.8% | 19.1% |

shows the regionally averaged modelled-to-measured ratio of AOT40 and M7, accumulated or averaged over the months May–June–July. Table 3 shows the regionally averaged modelled-to-measured ratio of AOT40 and M7, accumulated or averaged over the months May–July. On a regional-scale, seasonal M7 is reproduced by the model within 20% (at 10 m above surface). Seasonal modelled AOT40 ranges between 25% and 127% of observed regionally averaged values. This confirms that, from the modelling point of view, AOT40 is a less robust metric for evaluating crop exposure to ozone than concentration averages like M7 (Tuovinen et al., 2007), which obviously introduces considerable uncertainties in the crop loss estimates."

### 4.3. Crop losses

#### 4.3.1. Year 2000, RYL

Fig. 9 shows global maps of the ozone-induced RYL for each of the 4 crops considered. The RYL shown in the maps is the average of RYL$_{AOT}$ and RYL$_{Mi}$. Table 4 gives regionally aggregated values for RYL for each of the two indicators. The geographical distribution

of the RYL largely reflects the ozone distribution during spring (Central America, US east coast, India, north-east China) and summer (western US, Mediterranean area, southern Africa), and indicates the hotspots with the highest risk. This is particularly clear for the most sensitive crops (wheat and soybean) where locally the RYL exceeds 30%. On a global scale, the RYL for wheat ranges between 7% and 12%, with AOT40 giving the highest value (Table 4). For soybean we obtain a range 5–16% with M12 giving the highest value. Global averaged losses for rice (maize) are in the range 3–4% (3–5%).

Table 4 also lists the regionally aggregated RYL for the European Union (25 countries), North America (U.S. + Canada), China and India. The highest relative losses for wheat are observed in India and China: present day losses for wheat are possibly ranging up to 19% for China and 28% for India. The RYL for rice is significantly higher in India (6–8%) than in the other regions (<5%). For soybean, the highest RYL are found in Europe (20–27%) and China (11–21%). Regionally aggregated maize RYL remains rather limited for all regions (between 2 and 7%).

#### 4.3.2. Year 2000, crop production losses (metric tons) and economic damage (US$)

Fig. 10 shows the geographical distribution of the estimated present-day crop production loss (metric tons/km$^2$), derived from the gridded average RYL (Fig. 9) and crop production fields (Fig. 3). The plot highlights the vulnerability of high-production areas which are exposed to high ozone concentrations. Some areas with a high RYL in Fig. 9 disappear in this figure because of the low production intensity (e.g. Africa) whereas other areas with a relatively low RYL stand out in Fig. 10 due to the high-production intensity (e.g. maize in the U.S.).

Table 5 gives the regionally aggregated numerical values for the estimated crop production loss. In terms of weight, wheat is by far the most affected crop: globally we estimate a possible loss between 45 and 82 million metric tons, of which 30% occurring in India and 25% in China. Production losses for rice, maize and soybean are of the order 17–23 million metric tons globally. India



**Fig. 10.** Average crop production loss from 2 metrics for the 4 crops, year 2000. The production loss numbers are normalized to the grid cell area.

R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618  615

**Table 5**
Estimated range in crop production loss (year 2000) due to ozone damage, million metric tons, from indicators considered in this study (see text).

|  | Wheat | | Rice | | Maize | | Soybean | |
|---|---|---|---|---|---|---|---|---|
|  | Min | Max | Min | Max | Min | Max | Min | Max |
| World | 45.5 | 81.8 | 17.1 | 23.1 | 14.4 | 25.2 | 9.2 | 29.8 |
| EU25 | 5.3 | 6.0 | 0.09 | 0.12 | 1.5 | 2.5 | 0.31 | 0.45 |
| N.Am | 3.6 | 3.9 | 0.24 | 0.29 | 5.8 | 9.8 | 5.9 | 16.7 |
| China | 10.8 | 23.4 | 6.0 | 7.7 | 4.9 | 7.7 | 2.0 | 4.0 |
| India | 11.6 | 29.1 | 7.7 | 11.4 | 0.23 | 0.5 | 0.26 | 1.2 |

**Table 6**
Estimated range in economic loss (year 2000) due to ozone damage, million US$, from indicators considered in this study (see text).

|  | Wheat | | Rice | | Maize | | Soy | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max |
| World | 6361 | 12046 | 4279 | 5634 | 1446 | 2568 | 1979 | 5829 | 14063 | 26077 |
| EU25 | 601 | 647 | 23 | 31 | 179 | 294 | 54 | 79 | 857 | 1051 |
| N.Am. | 340 | 369 | 29 | 36 | 423 | 717 | 1005 | 2845 | 1798 | 3967 |
| China | 1276 | 2766 | 788 | 1003 | 505 | 789 | 462 | 946 | 3030 | 5504 |
| India | 1711 | 4310 | 1017 | 1509 | 25 | 51 | 51 | 244 | 2804 | 6114 |

and China account for 47% and 37% respectively of the rice production losses. The U.S. is the largest contributor to maize and soybean losses (40%–60% of the global losses respectively). The high losses obtained for India have to be considered with care, seen the large discrepancy between modelled and measured ozone concentrations in Southern India.

Taking into account the producer price, we estimate the present day associated economic damage for the major world regions (Table 6). On a global scale, the crop losses estimated in this study represents an economic value of $14–$26 billion (year 2000). This number is significantly higher than the estimated present-day losses to crops caused by global warming (globally $5 billion per year, Lobell and Field, 2007).

For the European Union, the damage ranges between $0.9 and $1.1 billion, and for N. America (U.S. + Canada) between $1.8 and $4 billion. Results and ranking for individual countries with the most significant losses are shown in Fig. 11. Present day economic losses for China and India are estimated between $3 and $6 billion each. The high ranking of relatively minor producers like

Syria, Iran, Japan, S. Korea, Myanmar is due to the fact that producer prices in these countries are a multiple of the global median price (e.g. for Japan the producer prices of each of the crops is a factor 10 times the global median, see FAOSTAT). China and India each account for about 20% of the global economic damage (Table 7). In Table 7 we also compare the estimated economic loss for the crops in this study with the countries' GDP and GDP growth rate for the year 2000. For several developing economies, in particular in Asia, the ozone-induced crop damage offsets a significant part of the GDP growth rate.

In Table 8 we compare the results of this study with previous studies of the "present day" economic cost of ozone damage to crops (US, Europe, Asia). The US studies are based on an econometric model taking into account feedbacks of the changed crop production on demand and market prices, whereas the European and Asian studies applied our approach which is based on a simple multiplication model of yield loss and producer price. Taking into account the number of crops evaluated, and the period of previous studies, we can state that our results are consistent with the earlier studies for the US and Europe. The study of W&M04 evaluated the same crops as in our study. We find a good agreement between our estimates and the W&M study for China and Japan, but for South Korea our results are a factor of 2–3 higher. The major reason for this difference is the higher ozone concentration resulting from our model calculations in this area, leading to a RYL for rice (the dominating crop) of 5–8%, whereas W&M obtain a RYL of 2% for rice in 1990.

*4.3.3. Year 2030, trends in RYL*

Finally we also present the projected trends in the RYL by the year 2030, based on the CLE scenario. The crop distribution, growing season and suitability indices are kept the same as for the year 2000, hence only the effect of changed emissions on the surface ozone concentration is evaluated. Fig. 12 shows the projected change in the RYL for the major world regions by 2030. The values shown are the average from the 2 indicators considered, while the error bars represent the range. We recall that for India, a worst case scenario of non-action was assumed, explaining the strong increase in crop losses for wheat and soybeans on top of already high-production losses for 2000.

Despite the optimistic scenario, a global increase in the RYL for wheat soybean, maize and rice is expected (+4%, +0.5%, +0.2%,



**Fig. 11.** Estimated economic losses of 10 highest ranked countries for the year 2000.

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

**Table 7**
Ranking of countries with highest economic losses (year 2000) at 4 crops considered (average of M and AOT40).

| | Econ. Loss (10⁶ US$) | Fraction of global loss | GDP 2000[a] (10⁶ US$) | 4 Crops loss as fraction of GDP | GDP growth rate 2000[a] |
|---|---|---|---|---|---|
| India | 4459 | 22% | 4.60E + 05 | 0.97% | 4.0% |
| China | 4267 | 21% | 1.20E + 06 | 0.36% | 8.4% |
| USA | 2791 | 14% | 9.76E + 06 | 0.03% | 3.7% |
| Japan | 1631 | 8% | 4.65E + 06 | 0.04% | 2.9% |
| S.-Korea | 839 | 4% | 5.12E + 05 | 0.16% | 8.5% |
| Turkey | 617 | 3% | 1.99E + 05 | 0.31% | 7.4% |
| Iran | 584 | 3% | 1.01E + 05 | 0.58% | 5.1% |
| Pakistan | 557 | 3% | 7.33E + 04 | 0.76% | 4.3% |
| Brazil | 545 | 3% | 6.44E + 05 | 0.08% | 4.3% |
| Syria | 532 | 3% | 1.93E + 04 | 2.8% | 2.7% |

[a] Source: World Development Indicators database, World Bank; http://go. worldbank.org/4C55Z0H7Z0.

+1.7% respectively). Excluding India from the global average does not affect these numbers significantly. Europe, Northern America and China (except for rice) show a stabilisation or improvement of the year 2000 situation.

Table 9 shows the projected trend in RYL for individual countries with most significant changes in RYL by 2030. The upper part of the table lists the countries with the worst results in relative yield compared to the base case. As expected, South-East Asia is mostly affected. The countries with strongest improvements are listed in the lower part of Table 9. Most countries listed are located in the Central and East Mediterranean area, as expected from the projected decrease in summer time ozone levels under the CLE scenario (Fig. 5f). Also Mexico is expected to slightly improve the situation for wheat, rice and soybean.

## 5. Discussion of caveats and uncertainties

Although this study is the first to evaluate ozone damage to crops on a global scale, we recognize that several uncertainties and caveats have to be considered. An integrated assessment inevitably accumulates the uncertainties embedded in each of its components. It was not within the scope of this study to conduct a detailed and quantitative error propagation analysis. As a first evaluation of the uncertainty range on our results we refer to Holland et al. (2006) who calculated for the European region the contribution of various factors onto the uncertainty on AOT40

and the associated economic loss. Taking into account the variability between years in crop production, the variability between years in ozone concentration, the variation of the vertical ozone profile near the crop canopy, the uncertainty in the growing season, the uncertainty on the exposure-response function, the variation in crop price, they obtain as an overall uncertainty range on the economic losses 33% to +40% (90% confidence interval).

The latter study is however limited to Europe, and more importantly it does not consider the model performance in terms of AOT40. In our study we find, based on model-measurement intercomparison, that AOT40 is well represented in N.-America, but may be under-predicted by up to 70% in Central Europe. Unfortunately a proper evaluation of the model performance in terms of AOT40 in most of Asia or Africa is not possible due to lack of ozone measurements at hourly time resolution.

On top of the model performance, a second major additional uncertainty in our study lies in the application of pooled E–R relationships, derived for European and North-American crops, to crops over the globe without taking into account possible biases in ozone sensitivity for particularly Asian cultivars. Due to a lack of data, the introduced uncertainty is difficult to quantify, but as mentioned before, a few small scale studies indicate that Asian crops are at least as sensitive to ozone damage as western crops.

In Table 10 we give a qualitative evaluation of the confidence we give to different components of the integrated assessment for each of the major regions considered in this study. The results for N.-America have the highest confidence thanks to the good performance on all criteria. European results are likely to be underestimated, in particular in Central Europe when based on AOT40. For China the model performance is satisfactory (at least for the monthly 24 h means), but the lack of information on crop sensitivity probably leads to an underestimation of the crop losses. The apparent over-prediction of monthly mean ozone in N.-India and Africa may be partly offset by the underestimation of crop sensitivities (Emberson et al., submitted for publication), but the final magnitude and impact on the results cannot be evaluated.

Regarding the projections for the year 2030, we recall that the underlying emission scenario is relatively optimistic, as the implementation of legislation usually does not happen at 100% efficiency. Our estimates for changes by 2030 therefore have to

**Table 8**
Overview of studies on the economic damage resulting from ozone damage to crops, together with results from this study.

| Country | Commodities | Year | Economic damage (million US$) Min | Max | References | Indices used | Econ. model |
|---|---|---|---|---|---|---|---|
| US | Maize, wheat, rice, soybeans, cotton, alfalfa, sorghum, forage | 1982 | 1890 | | Adams et al., 1987 | M7/M12 | [a] |
| US | Maize, wheat, rice, soybeans, cotton, alfalfa, sorghum, barley | 1990 | 2000 | 3300 | Murphy et al., 1999 | M7/M12 | [a] |
| US | Maize, wheat, rice, soybeans | 2000 | 1741 | 3840 | This study | M7/M12, AOT40 | [b] |
| EU25 | 23 crops | 2000 | 4255 | | Holland et al., 2006 | AOT40 | [b] |
| EU25 | Maize, wheat, rice, soybeans | 2000 | 857 | 1051 | This study | M7/M12, AOT40 | [b] |
| China | Maize, wheat, rice, soybeans | 1990 | 3468 | 4128 | Wang and Mauzerall, 2004 | M7/M12, SUM06, W126 | [b] |
| China | Maize, wheat, rice, soybeans | 2000 | 3030 | 5504 | This study | M7/M12, AOT40 | [b] |
| Japan | Maize, wheat, rice, soybeans | 1990 | 1105 | 1167 | Wang and Mauzerall, 2004 | M7/M12, SUM06, W126 | [b] |
| Japan | Maize, wheat, rice, soybeans | 2000 | 1220 | 2040 | This study | M7/M12, AOT40 | [b] |
| Korea | Maize, wheat, rice, soybeans | 1990 | 239 | 308 | Wang and Mauzerall, 2004 | M7/M12, SUM06, W126 | [b] |
| Korea | Maize, wheat, rice, soybeans | 2000 | 639 | 1039 | This study | M7/M12, AOT40 | [b] |

[a] Econometric model based on microeconomic model taking into account feedbacks of changes in production due to air pollution on market prices and demand.
[b] Simple multiplication of yield loss with commodity market (producer) price.

R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618 617



**Fig. 12.** Projected change in the relative yield loss by 2030 under implementation of current legislation for the globe and major world regions (India: no legislation assumed). Negative numbers indicate a lower loss. Bars: average of AOT40 and M7/M12 based loss estimate. Error bars indicate the range between lowest and highest values.

**Table 9**
Countries with highest (positive or negative) projected changes in relative crop yield from 2000 to 2030, based on averaged RYL from M7/M12 and AOT40.

| Wheat | | Rice | | Maize | | Soybean | |
|---|---|---|---|---|---|---|---|
| *Highest increase in relative yield loss S2–S1* | | | | | | | |
| +26.3% | Pakistan | +6.4% | Pakistan | +10.7% | Pakistan | +28.1% | Pakistan |
| +16.7% | Bangladesh | +4.3% | India | +3.7% | Bangladesh | +7.6% | India |
| +10.7% | India | +1.3% | Tajikistan | +3.2% | India | +5.8% | Nepal |
| +6.9% | Nepal | +1.0% | N.-Korea | +3.0% | N.-Korea | +3.9% | Morocco |
| +6.0% | N.-Korea | | | +1.9% | Lesotho | +3.7% | Philippines |
| +5.3% | Nigeria | | | +1.8% | S.-Korea | +3.5% | S.-Korea |
| +4.5% | Lesotho | | | | | +3.2% | Nigeria |
| +3.6% | South Africa | | | | | +3.2% | Tajikistan |
| +2.8% | Tajikistan | | | | | +3.1% | South Africa |
| +2.7% | Rwanda | | | | | +2.9% | Indonesia |
| *Highest decrease in relative yield loss S2–S1* | | | | | | | |
| −3.3% | Turkey | −2.0% | Turkey | −1.7% | Turkey | −5.5% | Italy |
| −2.3% | China | −1.1% | Portugal | −1.6% | Syria | −3.8% | Turkey |
| −1.9% | Slovenia | −1.1% | Italy | −1.4% | Italy | −2.5% | Syria |
| −1.7% | Mexico | −0.4% | Mexico | −1.2% | Lebanon | −1.9% | Slovenia |
| −1.4% | Italy | −0.3% | Greece | −0.6% | Slovenia | −1.2% | Mexico |
| −1.3% | Syria | −0.3% | Hungary | −0.4% | Greece | −1.1% | Greece |
| −1.3% | Lebanon | | | | | −0.9% | Spain |

be considered as conservative, except for India where we may expect an improved situation compared to the results shown here.

An additional source of uncertainty for the year 2030 RYL projections which is difficult to quantify is the not-accounted role of feedback mechanisms between climate change and ozone levels, as well as the effect of changing $CO_2$ levels on stomatal deposition. The feedbacks to consider are

- change in meteorology, affecting ambient ozone levels even with constant emissions (Langner et al., 2005)
- change in meteorology (temperature, humidity, soil water, …) affecting the growing season, crop distribution, and stomatal dose itself

- increase in $CO_2$, reducing stomatal conductance, hence reducing stomatal ozone uptake, but simultaneously increasing ambient ozone levels (Harmens et al., 2007)
- change in biogenic emissions of ozone precursors due to changing climate

For the year 2030, these effects will be rather limited, but a truly integrated long term assessment of the impact of both climate change and air quality onto future crop yield and production can only be based on a stomatal uptake approach, not only for crops and forests but for any type of vegetation, linked to an economic model which takes into account changing conditions of supply and demand to drive changing crop production patterns.

## 6. Conclusion

Using a global chemistry transport model, we have estimated the risk to crop damage caused by surface ozone based on two types of exposure indicators (seasonally mean daytime ozone concentration, and seasonally accumulated daytime ozone concentration above 40 ppb). Two model runs were analyzed, based on present day emissions (year 2000) and based on a fairly optimistic "Current Legislation" scenario, assuming that all legislation in place today will be fully implemented by 2030.

Although AOT40 is the operational metric for evaluating crop exposure to ozone in European legislation, its low robustness (sensitivity to changes and uncertainties in input values) makes it less suitable as a modelled indicator for crop losses. M7 is performing satisfactorily from modelling point of view, but it is considered as a less suitable indicator for crop exposure.

Present day global relative yield losses for wheat are estimated to range between 7% and 12% for wheat, between 6% and 16% for soybean, between 3% and 4% for rice, and between 3% and 5% for maize (ranges resulting from different metrics used). The unquantified uncertainty caused by model performance and crop sensitivity is not included in this range. Taking into account probable biases introduced through the global application of "western" crop exposure–response functions, and model performance in reproducing ozone-exposure metrics, our estimates may be considered as being conservative.

In terms of absolute production losses, wheat and rice are most affected. Translating the production losses into total global economic damage for the four crops considered, using world market prices for the year 2000, we estimate a global economic loss in the range $14–$26 billion. About 40% of this damage is occurring in China and India. Considering the recent upward trends in crop and food prices, the ozone-induced damage to crops is expected to offset a significant portion of the GDP growth rate, especially in countries with an economy based on agricultural production.

Implementation of current air quality legislation will lead by 2030 to a reduction of losses mostly in developed countries, together with China where a slight improvement is expected. In the rest of Asia and in parts of Africa, current legislation is not sufficient to stabilize or improve air quality by 2030.

**Table 10**
Qualitative evaluation of the level of confidence given to the regionally aggregated crop losses. The +/−/0 signs indicate if the uncertainty leads to over/under prediction or no bias (0).

| | Model performance | | Exposure–response functions | Overall confidence |
|---|---|---|---|---|
| | M7/M12 | AOT40 | | |
| North-America | High (0) | Medium-high (0) | High (0) | High (0) |
| EU25 | High (0) | Low-medium (−) | High (0) | Medium (−) |
| China | Medium (0) | Medium (?) | Medium (−?) | Medium (−?) |
| India | Low-medium (+) | Low (+?) | Low (−?) | Low |
| Africa | Low | Low | Low | Low |

*R. Van Dingenen et al. / Atmospheric Environment 43 (2009) 604–618*

## Acknowledgments

The authors gratefully acknowledge support from the EU-funded ACCENT 'Network of Excellence' (contract no. 505337), and from the EU Integrated Project EUCAARI (contract no. 036833 ). We gratefully thank P. Ponachart and H. Akimoto for sharing unpublished data from the MEXT project (Research Revolution 2002) and A. Fiore for processing CASTNET ozone data. The comments and suggestions of one anonymous reviewer have substantially improved the quality of the paper.

## Appendix.  Supplementary material

Supplementary material associated with this article can be found in the online version, at doi:10.1016/j.atmosenv.2008.10.033.

## References

Adams, R.M., Crocker, T.D., Thanvaibulchai, N., 1982. An economic assessment of air pollution damages to selected annual crops in southern California. Journal of Environmental Economics and Management 9, 42–58.

Adams, R.M., Glyer, D.J., McCarl, B.A., 1987. The NCLAN economic assessment: approach, findings and implications. In: Heck, W.W., Taylor, O.C., Tingey, D.T. (Eds.), Assessment of Crop Losses from Air Pollutants. Elsevier Applied Science, London.

Agrawal, M., Singh, B., Rajput, M., Marshall, F., Bell, J.N.B., 2003. Effect of air pollution on peri-urban agriculture: a case study. Environmental Pollution 126, 323–329.

Ahammed, Y.N., Reddy, R.R., Gopal, K.R., Narasimhulu, K., Basha, D.B., Reddy, L.S.S., Rao, T.V.R., 2006. Seasonal variation of the surface ozone and its precursor gases during 2001–2003, measured at Anantapur (14.62°N), a semi-arid site in India. Atmospheric Research 80, 151–164.

Aunan, K., Berntsen, T.K., Seip, H.M., 2000. Surface ozone in China and its possible impact on agricultural crop yields. Ambio 29, 294–301.

van Aardenne, J.A., Carmichael, G.R., Levy II, H., Streets, D., Hordijk, L., 1999. Anthropogenic NO(x) emissions in Asia in the period 1990–2020. Atmospheric Environment 33, 633–646.

Beig, G., Gunthe, S., Jadhav, D.B., 2007. Simultaneous measurements of ozone and its precursors on a diurnal scale at a semi urban site in India. Journal of Atmospheric Chemistry 57, 239–253.

Carmichael, G.R., et al., 2003. Measurements of sulfur dioxide, ozone and ammonia concentrations in Asia, Africa, and South America using passive samplers. Atmospheric Environment 37, 1293–1308.

Dentener, F., Stevenson, D., Cofala, J., Mechler, R., Amann, M., Bergamaschi, P., Raes, F., Derwent, R., 2005. The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. Atmospheric Chemistry and Physics 5, 1731–1755.

Dentener, F., et al., 2006. The global atmospheric environment for the next generation. Environmental Science and Technology 40, 3586–3594.

Emberson, L.D., Büker, P., Ashmore, M.R., Mills, G., Jackson, L., Agrawal, M., Atikuzzaman, M.D., Cinderby, S., Engardt, M., Jamir, C., Kobayashi, K., Oanh, K., Quadir, Q.F., Wahid, A. Dose–response relationships derived in North America underestimate the effects of ozone (O₃) on crop yields in Asia. Atmospheric Environment, submitted for publication.

Fischer, G., van Velthuizen, H., Nachtergaele, F., Medow, S., 2000. Global Agro-Ecological Zones (Global – AEZ) [CD-ROM and web site. Available from: http://www.fao.org/ag/AGL/agll/gaez/index.htm], Food and Agricultural Organization/International Institute for Applied Systems Analysis (FAO/IIASA). Available from: http://www.iiasa.ac.at/Research/LUC/GAEZ/index.htm.

Fuhrer, J., Skärby, L., Ashmore, M.R., 1997. Critical levels for ozone effects on vegetation in Europe. Environmental Pollution 97, 91–106.

Harmens, H., Mills, G., Emberson, L.D., Ashmore, M.R., 2007. Implications of climate change for the stomatal flux of ozone: a case study for winter wheat. Environmental Pollution 146, 763–770.

Heck, W.W., Taylor, O.C., Tingey, D.T. (Eds.), 1987. The NCLAN economic assessment: approach, findings and implications. In: Assessment of Crop Losses from Air Pollutants. Elsevier Applied Science, London.

Holland, M., Mills, G., Hayes, F., Buse, A., Emberson, L., Cambridge, H., Cinderby, S., Terry, A., Ashmore, M., 2002. Economic assessment of crop yield losses from ozone exposure. Report to U.K. Department of Environment, Food and Rural affairs under contract 1/2/170, Centre for Ecology and Hydrology, Bangor.

Holland, M., Kinghorn, S., Emberson, L., Cinderby, S., Ashmoe, M., Mills, G., Harmens, H., 2006. Development of a framework for probabilistic assessment of the economic losses caused by ozone damage to crops in Europe. CEH Project No. C02309NEW. Report to U.K. Department of Environment, Food and Rural affairs under contract 1/2/170 1/3/205.

Jain, S.L., Arya, B.C., Kumar, A., Ghude, S.D., Kulkarni, P.S., 2005. Observational study of surface ozone at New Delhi, India. International Journal of Remote Sensing 26, 3515–3524.

Krol, M., Houweling, S., Bregman, B., vandenBroek, M., Segers, A., van Velthoven, P., Peters, W., Dentener, F., Bergamaschi, P., 2005. The two-way nested global chemistry-transport zoom model TM5: algorithm and applications. Atmospheric Chemistry and Physics 5, 417–432.

Krupa, S.V., Nosal, M., Legge, A.H., 1998. A numerical analysis of the combined open-top chamber data from the USA and Europe on ambient ozone and negative crop responses. Environmental Pollution 101, 157–160.

Lal, S., Naja, M., Subbaraya, B.H., 2000. Seasonal variations in surface ozone and its precursors over an urban site in India. Atmospheric Environment 34, 2713–2724.

Langner, J., Bergström, R., Foltescu, V., 2005. Impact of climate change on surface ozone and deposition of sulphur and nitrogen in Europe. Atmospheric Environment 39, 1129–1141.

Legge, A.H., Grunhage, L., Noal, M., Jager, H.J., Krupa, S.V., 1995. Ambient ozone and adverse crop response: an evaluation of north American and European data as they relate to exposure indices and critical levels. Journal of Applied Botany 69, 192–205.

Li, X., He, Z., Fang, X., Zhou, X., 1999. Distribution of surface ozone concentration in the clean areas of China and its possible impact on crop yields. Advances in Atmospheric Sciences 16, 154–158.

Lin, C.-Y., Jacob, D.D., Fiore, A.M., 2001. Trends in exceedances of the ozone air quality standard in the continental United States. Atmospheric Environment 35, 3217–3228.

Lobell, D.B., Field, C.B., 2007. Global scale climate-crop yield relationships and the impact of recent warming. Environmental Research Letters 2. doi:10.1088/1748-9326/2/1/014002.

LRTAP Convention, 2004. Manual on Methodologies and Criteria for Modelling and Mapping Critical Loads and Levels and Air Pollution Effects, Risks and Trends. International Cooperative Programme on Mapping and Modelling under the UNECE Convention on Long-Range Transboundary Air Pollution. Available from: http://www.oekodata.com/icpmapping/.

Mauzerall, D.L., Wang, X., 2001. Protecting agricultural crops from the effects of tropospheric ozone exposure: Reconciling science and standard setting in the United States, Europe, and Asia. Annual Review of Energy and the Environment 26, 237–268.

Mills, G., Buse, A., Gimeno, B., Bermejo, V., Holland, M., Emberson, L., Pleijel, H., 2007. A synthesis of AOT40-based response functions and critical levels of ozone for agricultural and horticultural crops. Atmospheric Environment 41, 2630–2643.

Murphy, J.J., Delucchi, M.A., McCubbin, D.R., Kim, H.J., 1999. The cost of crop damage caused by ozone air pollution from motor vehicles. Journal of Environmental Management 55, 273–289.

Olivier, J.G.J., Berdowski, J.J.M., 2001. Global emissions sources and sinks. In: Berdowski, J., Guicherit, R., Heij, B.J. (Eds.), The Climate System. A.A. Balkema Publishers/Swets & Zeitlinger Publishers, Lisse, The Netherlands, pp. 33–78.

Satsangi, G.S., Lakhani, A., Kulshrestha, P.R., Taneja, A., 2004. Seasonal and diurnal variation of surface ozone and a preliminary analysis of exceedance of its critical levels at a semi-arid site in India. Journal of Atmospheric Chemistry 47, 271–286.

Sauvage, B., Thouret, V., Cammas, J., Gheusi, F., Athier, G., Nédélec, P., 2005. Tropospheric ozone over Equatorial Africa: Regional aspects from the MOZAIC data. Atmospheric Chemistry and Physics 5, 311–335.

Solberg, S., Lindskog, A. (Eds.), 2005. The Development of European Surface Ozone. Implications for a Revised Abatement Policy EMEP/CCC-Report 1/2005. Available from: http://www.nilu.no/projects/CCC/reports/cccr1-2005.pdf.

Stevenson, D.S., et al., 2006. Multimodel ensemble simulations of present-day and near-future tropospheric ozone. Journal of Geophysical Research D: Atmospheres 111. doi:10.1029/2005JD006338.

Tuovinen, J., Simpson, D., Emberson, L., Ashmore, M., Gerosa, G., 2007. Robustness of modelled ozone exposures and doses. Environmental Pollution 146, 578–586.

USDA, United States Department of Agriculture, 1994. Major World Crop Areas and Climatic Profiles. In: Agricultural Handbook No. 664. World Agricultural Outlook Board, U.S. Department of Agriculture. Available from: http://www.usda.gov/oce/weather/pubs/Other/MWCACP/MajorWorldCropAreas.pdf.

Wang, X., Mauzerall, D.L., 2004. Characterizing distributions of surface ozone and its impact on grain production in China, Japan and South Korea: 1990 and 2020. Atmospheric Environment 38, 4383–4402.

Zunckel, M., Venjonoka, K., Pienaar, J.J., Brunke, E.-G., Pretorius, O., Koosialee, A., Raghunandan, A., VanTienhoven, A.M., 2004. Surface ozone over southern Africa: synthesis of monitoring results during the Cross border Air Pollution Impact Assessment project. Atmospheric Environment 38, 6139–6147.

ARTICLE IN PRESS

STOTEN-13303; No of Pages 9

Science of the Total Environment xxx (2012) xxx–xxx



Contents lists available at SciVerse ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv



# Human health risk assessment of air emissions from development of unconventional natural gas resources ☆,☆☆

Lisa M. McKenzie *, Roxana Z. Witter, Lee S. Newman, John L. Adgate

*Colorado School of Public Health, University of Colorado, Anschutz Medical Campus, Aurora, Colorado, USA*

ARTICLE INFO

*Article history:*
Received 15 September 2011
Received in revised form 10 February 2012
Accepted 10 February 2012
Available online xxxx

*Keywords:*
Natural gas development
Risk assessment
Air pollution
Hydrocarbon emissions

ABSTRACT

*Background:* Technological advances (e.g. directional drilling, hydraulic fracturing), have led to increases in unconventional natural gas development (NGD), raising questions about health impacts.
*Objectives:* We estimated health risks for exposures to air emissions from a NGD project in Garfield County, Colorado with the objective of supporting risk prevention recommendations in a health impact assessment (HIA).
*Methods:* We used EPA guidance to estimate chronic and subchronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for two populations: (1) residents living >½ mile from wells and (2) residents living ≤½ mile from wells.
*Results:* Residents living ≤½ mile from wells are at greater risk for health effects from NGD than are residents living >½ mile from wells. Subchronic exposures to air pollutants during well completion activities present the greatest potential for health effects. The subchronic non-cancer hazard index (HI) of 5 for residents ≤½ mile from wells was driven primarily by exposure to trimethylbenzenes, xylenes, and aliphatic hydrocarbons. Chronic HIs were 1 and 0.4. for residents ≤½ mile from wells and >½ mile from wells, respectively. Cumulative cancer risks were 10 in a million and 6 in a million for residents living ≤½ mile and >½ mile from wells, respectively, with benzene as the major contributor to the risk.
*Conclusions:* Risk assessment can be used in HIAs to direct health risk prevention strategies. Risk management approaches should focus on reducing exposures to emissions during well completions. These preliminary results indicate that health effects resulting from air emissions during unconventional NGD warrant further study. Prospective studies should focus on health effects associated with air pollution.

© 2012 Elsevier B.V. All rights reserved.

## 1. Introduction

The United States (US) holds large reserves of unconventional natural gas resources in coalbeds, shale, and tight sands. Technological advances, such as directional drilling and hydraulic fracturing, have led to a rapid increase in the development of these resources. For example, shale gas production had an average annual growth rate of 48% over the 2006 to 2010 period and is projected to grow almost fourfold from 2009 to 2035 (US EIA, 2011). The number of

unconventional natural gas wells in the US rose from 18,485 in 2004 to 25,145 in 2007 and is expected to continue increasing through at least 2020 (Vidas and Hugman, 2008). With this expansion, it is becoming increasingly common for unconventional natural gas development (NGD) to occur near where people live, work, and play. People living near these development sites are raising public health concerns, as rapid NGD exposes more people to various potential stressors (COGCC, 2009a).

The process of unconventional NGD is typically divided into two phases: well development and production (US EPA, 2010a; US DOE, 2009). Well development involves pad preparation, well drilling, and well completion. The well completion process has three primary stages: 1) completion transitions (concrete well plugs are installed in wells to separate fracturing stages and then drilled out to release gas for production); 2) hydraulic fracturing ("fracking": the high pressure injection of water, chemicals, and propants into the drilled well to release the natural gas); and 3) flowback, the return of fracking and geologic fluids, liquid hydrocarbons ("condensate") and natural gas to the surface (US EPA, 2010a; US DOE, 2009). Once development is

*Abbreviations:* BTEX, benzene, toluene, ethylbenzene, and xylenes; COGCC, Colorado Oil and Gas Conservation Commission; HAP, hazardous air pollutant; HI, hazard index; HIA, health impact assessment; HQ, hazard quotient; NATA, National Air Toxics Assessment; NGD, natural gas development.
☆ This study was supported by the Garfield County Board of County Commissioners and the Colorado School of Public Health.
☆☆ The authors declare they have no competing financial interests.
* Corresponding author at: Colorado School of Public Health, 13001 East 17th Place, Mail Stop B119, Aurora, CO 80045, USA. Tel.: +1 303 724 5557; fax: +1 303 724 4617.
*E-mail address:* lisa.mckenzie@ucdenver.edu (L.M. McKenzie).

0048-9697/$ – see front matter © 2012 Elsevier B.V. All rights reserved.
doi:10.1016/j.scitotenv.2012.02.018

ARTICLE IN PRESS

complete, the "salable" gas is collected, processed, and distributed. While methane is the primary constituent of natural gas, it contains many other chemicals, including alkanes, benzene, and other aromatic hydrocarbons (TERC, 2009).

As shown by ambient air studies in Colorado, Texas, and Wyoming, the NGD process results in direct and fugitive air emissions of a complex mixture of pollutants from the natural gas resource itself as well as diesel engines, tanks containing produced water, and on site materials used in production, such as drilling muds and fracking fluids (CDPHE, 2009; Frazier, 2009; Walther, 2011; Zielinska et al., 2011). The specific contribution of each of these potential NGD sources has yet to be ascertained and pollutants such as petroleum hydrocarbons are likely to be emitted from several of these NGD sources. This complex mixture of chemicals and resultant secondary air pollutants, such as ozone, can be transported to nearby residences and population centers (Walther, 2011; GCPH, 2010).

Multiple studies on inhalation exposure to petroleum hydrocarbons in occupational settings as well as residences near refineries, oil spills and petrol stations indicate an increased risk of eye irritation and headaches, asthma symptoms, acute childhood leukemia, acute myelogenous leukemia, and multiple myeloma (Glass et al., 2003; Kirkeleit et al., 2008; Brosselin et al., 2009; Kim et al., 2009; White et al., 2009). Many of the petroleum hydrocarbons observed in these studies are present in and around NGD sites (TERC, 2009). Some, such as benzene, ethylbenzene, toluene, and xylene (BTEX) have robust exposure and toxicity knowledge bases, while toxicity information for others, such as heptane, octane, and diethylbenzene, is more limited. Assessments in Colorado have concluded that ambient benzene levels demonstrate an increased potential risk of developing cancer as well as chronic and acute noncancer health effects in areas of Garfield County Colorado where NGD is the only major industry other than agriculture (CDPHE, 2007; Coons and Walker, 2008; CDPHE, 2010). Health effects associated with benzene include acute and chronic nonlymphocytic leukemia, acute myeloid leukemia, chronic lymphocytic leukemia, anemia, and other blood disorders and immunological effects. (ATSDR, 2007a, IRIS, 2011). In addition, maternal exposure to ambient levels of benzene recently has been associated with an increase in birth prevalence of neural tube defects (Lupo et al., 2011). Health effects of xylene exposure include eye, nose, and throat irritation, difficulty in breathing, impaired lung function, and nervous system impairment (ATSDR, 2007b). In addition, inhalation of xylenes, benzene, and alkanes can adversely affect the nervous system (Carpenter et al., 1978; Nilsen et al., 1988; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

Previous assessments are limited in that they were not able to distinguish between risks from ambient air pollution and specific NGD stages, such as well completions or risks between residents living near wells and residents living further from wells. We were able to isolate risks to residents living near wells during the flowback stage of well completions by using air quality data collected at the perimeter of the wells while flowback was occurring.

Battlement Mesa (population ~5000) located in rural Garfield County, Colorado is one community experiencing the rapid expansion of NGD in an unconventional tight sand resource. A NGD operator has proposed developing 200 gas wells on 9 well pads located as close as 500 ft from residences. Colorado Oil and Gas Commission (COGCC) rules allow natural gas wells to be placed as close as 150 ft from residences (COGCC, 2009b). Because of community concerns, as described elsewhere, we conducted a health impact assessment (HIA) to assess how the project may impact public health (Witter et al., 2011), working with a range of stakeholders to identify the potential public health risks and benefits.

In this article, we illustrate how a risk assessment was used to support elements of the HIA process and inform risk prevention recommendations by estimating chronic and subchronic non-cancer hazard indices (HIs) and lifetime excess cancer risks due to NGD air emissions.

## 2. Methods

We used standard United States Environmental Protection Agency (EPA) methodology to estimate non-cancer HIs and excess lifetime cancer risks for exposures to hydrocarbons (US EPA, 1989; US EPA, 2004) using residential exposure scenarios developed for the NGD project. We used air toxics data collected in Garfield County from January 2008 to November 2010 as part of a special study of short term exposures as well as on-going ambient air monitoring program data to estimate subchronic and chronic exposures and health risks (Frazier, 2009; GCPH, 2009; GCPH, 2010; GCPH, 2011; Antero, 2010).

### 2.1. Sample collection and analysis

All samples were collected and analyzed according to published EPA methods. Analyses were conducted by EPA certified laboratories. The Garfield County Department of Public Health (GCPH) and Olsson Associates, Inc. (Olsson) collected ambient air samples into evacuated SUMMA® passivated stainless-steel canisters over 24-hour intervals. The GCPH collected the samples from a fixed monitoring station and along the perimeters of four well pads and shipped samples to Eastern Research Group for analysis of 78 hydrocarbons using EPA's compendium method TO-12, Method for the Determination of Non-Methane Organic Compounds in Ambient Air Using Cryogenic Preconcentration and Direct Flame Ionization Detection (US EPA, 1999). Olsson collected samples along the perimeter of one well pad and shipped samples to Atmospheric Analysis and Consulting, Inc. for analysis of 56 hydrocarbons (a subset of the 78 hydrocarbons determined by Eastern Research Group) using method TO-12. Per method TO-12, a fixed volume of sample was cryogenically concentrated and then desorbed onto a gas chromatography column equipped with a flame ionization detector. Chemicals were identified by retention time and reported in a concentration of parts per billion carbon (ppbC). The ppbC values were converted to micrograms per cubic meter ($\mu$g/m$^3$) at 01.325 kPa and 298.15 K.

Two different sets of samples were collected from rural (population<50,000) areas in western Garfield County over varying time periods. The main economy, aside from the NGD industry, is agricultural. There is no other major industry.

#### 2.1.1. NGD area samples

The GCPH collected ambient air samples every six days between January 2008 and November 2010 (163 samples) from a fixed monitoring station located in the midst of rural home sites and ranches and NGD, during both well development and production. The site is located on top of a small hill and 4 miles upwind of other potential emission sources, such as a major highway (Interstate-70) and the town of Silt, CO (GCPH, 2009; GCPH, 2010; GCPH, 2011).

#### 2.1.2. Well completion samples

The GCPH collected 16 ambient air samples at each cardinal direction along 4 well pad perimeters (130 to 500 ft from the well pad center) in rural Garfield County during well completion activities. The samples were collected on the perimeter of 4 well pads being developed by 4 different natural gas operators in summer 2008 (Frazier, 2009). The GCPH worked closely with the NGD operators to ensure these air samples were collected during the period while at least one well was on uncontrolled (emissions not controlled) flowback into collection tanks vented directly to the air. The number of wells on each pad and other activities occurring on the pad were not documented. Samples were collected over 24 to 27-hour intervals, and samples included emissions from both uncontrolled flowback and

L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx                 3

diesel engines (i.e., from trucks and generators supporting completion activities). In addition, the GCPH collected a background sample 0.33 to 1 mile from each well pad (Frazier, 2009). The highest hydrocarbon levels corresponded to samples collected directly downwind of the tanks (Frazier, 2009; Antero, 2010). The lowest hydrocarbon levels corresponded either to background samples or samples collected upwind of the flowback samples (Frazier, 2009; Antero, 2010).

Antero Resources Inc., a natural gas operator, contracted Olsson to collect eight 24-hour integrated ambient air samples at each cardinal direction at 350 and 500 ft from the well pad center during well completion activities conducted on one of their well pads in summer 2010 (Antero, 2010). Of the 12 wells on this pad, 8 were producing salable natural gas; 1 had been drilled but not completed; 2 were being hydraulically fractured during daytime hours, with ensuing uncontrolled flowback during nighttime hours; and 1 was on uncontrolled flowback during nighttime hours.

All five well pads are located in areas with active gas production, approximately 1 mile from Interstate-70.

### 2.2. Data assessment

We evaluated outliers and compared distributions of chemical concentrations from NGD area and well completion samples using Q–Q plots and the Mann–Whitney U test, respectively, in EPA's ProUCL version 4.00.05 software (US EPA, 2010b). The Mann–Whitney U test was used because the measurement data were not normally distributed. Distributions were considered as significantly different at an alpha of 0.05. Per EPA guidance, we assigned the exposure concentration as either the 95% upper confidence limit (UCL) of the mean concentration for compounds found in 10 or more samples or the maximum detected concentration for compounds found in more than 1 but fewer than 10 samples. This latter category included three compounds: 1,3-butadiene, 2,2,4-trimethylpentane, and styrene in the well completion samples. EPA's ProUCL software was used to select appropriate methods based on sample distributions and detection frequency for computing 95% UCLs of the mean concentration (US EPA, 2010b).

### 2.3. Exposure assessment

Risks were estimated for two populations: (1) residents >½ mile from wells; and (2) residents ≤½ mile from wells. We defined residents ≤½ mile from wells as living near wells, based on residents reporting odor complaints attributed to gas wells in the summer of 2010 (COGCC, 2011).

Exposure scenarios were developed for chronic non-cancer HIs and cancer risks. For both populations, we assumed a 30-year project duration based on an estimated 5-year well development period for all well pads, followed by 20 to 30 years of production. We assumed a resident lives, works, and otherwise remains within the town 24 h/day, 350 days/year, and that lifetime of a resident is 70 years, based on standard EPA reasonable maximum exposure (RME) defaults (US EPA, 1989).

#### 2.3.1. Residents >½ mile from well pads

As illustrated in Fig. 1, data from the NGD area samples were used to estimate chronic and subchronic risks for residents >½ mile from well development and production throughout the project. The exposure concentrations for this population were the 95% UCL on the mean concentration and median concentration from the 163 NGD samples.

#### 2.3.2. Residents ≤½ mile from well pads

To evaluate subchronic non-cancer HIs from well completion emissions, we estimated that a resident lives ≤½ mile from two well pads resulting a 20-month exposure duration based on 2 weeks per well for completion and 20 wells per pad, assuming some overlap in between activities. The subchronic exposure concentrations for this population were the 95% UCL on the mean concentration and the median concentration from the 24 well completion samples. To evaluate chronic risks to residents ≤½ mile from wells throughout the NGD project, we calculated a time-weighted exposure concentration ($C_{S+c}$) to account for exposure to emissions from well completions for 20-months followed by 340 months of exposure to emissions from the NGD area using the following formula:

$$C_{S+c} = (C_c \times ED_c/ED) + (C_S \times ED_S/ED)$$

where:

$C_c$    Chronic exposure point concentration (µg/m³) based on the 95% UCL of the mean concentration or median concentration from the 163 NGD area samples



**Fig. 1.** Relationship between completion samples and natural gas development area samples and residents living ≤½ mile and >½ mile from wells. [a]Time weighted average based on 20-month contribution from well completion samples and 340-month contribution from natural gas development samples.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

$ED_c$    Chronic exposure duration
$C_S$    Subchronic exposure point concentration ($\mu g/m^3$) based on the 95% UCL of the mean concentration or median concentration from the 24 well completion samples
$ED_S$    Subchronic exposure duration
$ED$    Total exposure duration

### 2.4. Toxicity assessment and risk characterization

For non-carcinogens, we expressed inhalation toxicity measurements as a reference concentration (RfC in units of $\mu g/m^3$ air). We used chronic RfCs to evaluate long-term exposures of 30 years and subchronic RfCs to evaluate subchronic exposures of 20-months. If a subchronic RfC was not available, we used the chronic RfC. We obtained RfCs from (in order of preference) EPA's Integrated Risk Information System (IRIS) (US EPA, 2011), California Environmental Protection Agency (CalEPA) (CalEPA, 2003), EPA's Provisional Peer-Reviewed Toxicity Values (ORNL, 2009), and Health Effects Assessment Summary Tables (US EPA, 1997). We used surrogate RfCs according to EPA guidance for $C_5$ to $C_{18}$ aliphatic and $C_6$ to $C_{18}$ aromatic hydrocarbons which did not have a chemical-specific toxicity value (US EPA, 2009a). We derived semi-quantitative hazards, in terms of the hazard quotient (HQ), defined as the ratio between an estimated exposure concentration and RfC. We summed HQs for individual compounds to estimate the total cumulative HI. We then separated HQs specific to neurological, respiratory, hematological, and developmental effects and calculated a cumulative HI for each of these specific effects.

For carcinogens, we expressed inhalation toxicity measurements as inhalation unit risk (IUR) in units of risk per $\mu g/m^3$. We used IURs from EPA's IRIS (US EPA, 2011) when available or the CalEPA (CalEPA, 2003). The lifetime cancer risk for each compound was derived by multiplying estimated exposure concentration by the IUR. We summed cancer risks for individual compounds to

estimate the cumulative cancer risk. Risks are expressed as excess cancers per 1 million population based on exposure over 30 years.

Toxicity values (i.e., RfCs or IURs) or a surrogate toxicity value were available for 45 out of 78 hydrocarbons measured. We performed a quantitative risk assessment for these hydrocarbons. The remaining 33 hydrocarbons were considered qualitatively in the risk assessment.

## 3. Results

### 3.1. Data assessment

Evaluation of potential outliers revealed no sampling, analytical, or other anomalies were associated with the outliers. In addition, removal of potential outliers from the NGD area samples did not change the final HIs and cancer risks. Potential outliers in the well completion samples were associated with samples collected downwind from flowback tanks and are representative of emissions during flowback. Therefore, no data was removed from either data set.

Descriptive statistics for concentrations of the hydrocarbons used in the quantitative risk assessment are presented in Table 1. A list of the hydrocarbons detected in the samples that were considered qualitatively in the risk assessment because toxicity values were not available is presented in Table 2. Descriptive statistics for all hydrocarbons are available in Supplemental Table 1. Two thirds more hydrocarbons were detected at a frequency of 100% in the well completion samples (38 hydrocarbons) than in the NGD area samples (23 hydrocarbons). Generally, the highest alkane and aromatic hydrocarbon median concentrations were observed in the well completion samples, while the highest median concentrations of several alkenes were observed in the NGD area samples. Median concentrations of benzene, ethylbenzene, toluene, and m-xylene/p-xlyene were 2.7, 4.5, 4.3, and 9 times higher in the well completion samples than in the NGD area samples, respectively. Wilcoxon–Mann–Whitney test results indicate that

**Table 1**
Descriptive statistics for hydrocarbon concentrations with toxicity values in 24-hour integrated samples collected in NGD area and samples collected during well completions.

| Hydrocarbon ($\mu g/m^3$) | NGD area sample results[a] | | | | | | Well completion sample results[b] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | % > MDL | Med | SD | 95% UCL[c] | Min | Max | No. | % > MDL | Med | SD | 95% UCL[c] | Min | Max |
| 1,2,3-Trimethylbenzene | 163 | 39 | 0.11 | 0.095 | 0.099 | 0.022 | 0.85 | 24 | 83 | 0.84 | 2.3 | 3.2 | 0.055 | 12 |
| 1,2,4-Trimethylbenzene | 163 | 96 | 0.18 | 0.34 | 0.31 | 0.063 | 3.1 | 24 | 100 | 1.7 | 17 | 21 | 0.44 | 83 |
| 1,3,5-Trimethylbenzene | 163 | 83 | 0.12 | 0.13 | 0.175 | 0.024 | 1.2 | 24 | 100 | 1.3 | 16 | 19.5 | 0.33 | 78 |
| 1,3-Butadiene | 163 | 7 | 0.11 | 0.020 | 0.0465 | 0.025 | 0.15 | 16 | 56 | 0.11 | 0.021 | NC | 0.068 | 0.17 |
| Benzene | 163 | 100 | 0.95 | 1.3 | 1.7 | 0.096 | 14 | 24 | 100 | 2.6 | 14 | 20 | 0.94 | 69 |
| Cyclohexane | 163 | 100 | 2.1 | 8.3 | 6.2 | 0.11 | 105 | 24 | 100 | 5.3 | 43 | 58 | 2.21 | 200 |
| Ethylbenzene | 163 | 95 | 0.17 | 0.73 | 0.415 | 0.056 | 8.1 | 24 | 100 | 0.77 | 47 | 54 | 0.25 | 230 |
| Isopropylbenzene | 163 | 38 | 0.15 | 0.053 | 0.074 | 0.020 | 0.33 | 24 | 67 | 0.33 | 1.0 | 1.0 | 0.0 | 4.8 |
| Methylcyclohexane | 163 | 100 | 3.7 | 4.0 | 6.3 | 0.15 | 24 | 24 | 100 | 14 | 149 | 190 | 3.1 | 720 |
| m-Xylene/p-Xylene | 163 | 100 | 0.87 | 1.2 | 1.3 | 0.16 | 9.9 | 24 | 100 | 7.8 | 194 | 240 | 2.0 | 880 |
| n-Hexane | 163 | 100 | 4.0 | 4.2 | 6.7 | 0.13 | 25 | 24 | 100 | 7.7 | 57 | 80 | 1.7 | 255 |
| n-Nonane | 163 | 99 | 0.44 | 0.49 | 0.66 | 0.064 | 3.1 | 24 | 100 | 3.6 | 61 | 76 | 1.2 | 300 |
| n-Pentane | 163 | 100 | 9.1 | 9.8 | 14 | 0.23 | 62 | 24 | 100 | 11 | 156 | 210 | 3.9 | 550 |
| n-Propylbenzene | 163 | 66 | 0.10 | 0.068 | 0.10 | 0.032 | 0.71 | 24 | 88 | 0.64 | 2.4 | 3.3 | 0.098 | 12 |
| o-Xylene | 163 | 97 | 0.22 | 0.33 | 0.33 | 0.064 | 3.6 | 24 | 100 | 1.2 | 40 | 48.5 | 0.38 | 190 |
| Propylene | 163 | 100 | 0.34 | 0.23 | 0.40 | 0.11 | 2.5 | 24 | 100 | 0.41 | 0.34 | 0.60 | 0.16 | 1.9 |
| Styrene | 163 | 15 | 0.15 | 0.26 | 0.13 | 0.017 | 3.4 | 24 | 21 | 0.13 | 1.2 | NC | 0.23 | 5.9 |
| Toluene | 163 | 100 | 1.8 | 6.2 | 4.8 | 0.11 | 79 | 24 | 100 | 7.8 | 67 | 92 | 2.7 | 320 |
| Aliphatic hydrocarbons $C_5$–$C_8$[d] | 163 | NC | 29 | NA | 44 | 1.7 | 220 | 24 | NC | 56 | NA | 780 | 24 | 2700 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$[e] | 163 | NC | 1.3 | NA | 14 | 0.18 | 400 | 24 | NC | 7.9 | NA | 100 | 1.4 | 390 |
| Aromatic hydrocarbons $C_9$–$C_{18}$[f] | 163 | NC | 0.57 | NA | 0.695 | 0.17 | 5.6 | 24 | NC | 3.7 | NA | 27 | 0.71 | 120 |

Abbreviations: Max, maximum detected concentration; Med, median; Min, minimum detected concentration; NGD, natural gas development; NC, not calculated; No., number of samples; SD, standard deviation; % >MDL, percent greater than method detection limit; $\mu g/m^3$ micrograms per cubic meter; 95% UCL, 95% upper confidence limit on the mean.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.
[c] Calculated using EPA's ProUCL version 4.00.05 software (US EPA, 2010b).
[d] Sum of 2,2,3-trimethylpentane, 2,2,4-trimethylpentane, 2,2-dimethylbutane, 2,3,4-trimethylpentane, 2,3-dimethylbutane, 2,3-dimethylpentane, 2,4-dimethylpentane, 2-methylheptane, 2-methylhexane, 2-methylpentane, 3-methylheptane, 3-methylhexane, 3-methylpentane, cyclopentane, isopentane, methylcyclopentane, n-heptane, n-octane.
[e] Sum of n-decane, n-dodecane, n-tridecane, n-undecane.
[f] Sum of m-diethylbenzene, m-ethyltoluene, o-ethyltoluene, p-diethylbenzene, p-ethyltoluene.

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 281 of 323

**Table 2**
Detection frequencies of hydrocarbons without toxicity values detected in NGD area or well completion samples.

| Hydrocarbon | NGD area sample[a] detection frequency (%) | Well completion sample[b] detection frequency (%) |
|---|---|---|
| 1-Dodecene | 36 | 81 |
| 1-Heptene | 94 | 100 |
| 1-Hexene | 63 | 79 |
| 1-Nonene | 52 | 94 |
| 1-Octene | 29 | 75 |
| 1-Pentene | 98 | 79 |
| 1-Tridecene | 7 | 38 |
| 1-Undecene | 28 | 81 |
| 2-Ethyl-1-butene | 1 | 0 |
| 2-Methyl-1-butene | 29 | 44 |
| 2-Methyl-1-pentene | 1 | 6 |
| 2-Methyl-2-butene | 36 | 69 |
| 3-Methyl-1-butene | 6 | 6 |
| 4-Methyl-1-pentene | 16 | 69 |
| Acetylene | 100 | 92 |
| a-Pinene | 63 | 100 |
| b-Pinene | 10 | 44 |
| cis-2-Butene | 58 | 75 |
| cis-2-Hexene | 13 | 81 |
| cis-2-Pentene | 38 | 54 |
| Cyclopentene | 44 | 94 |
| Ethane | 100 | 100 |
| Ethylene | 100 | 100 |
| Isobutane | 100 | 100 |
| Isobutene/1-Butene | 73 | 44 |
| Isoprene | 71 | 96 |
| n-Butane | 98 | 100 |
| Propane | 100 | 100 |
| Propyne | 1 | 0 |
| trans-2-Butene | 80 | 75 |
| trans-2-Hexene | 1 | 6 |
| trans-2-Pentene | 55 | 83 |

Abbreviations: NGD, natural gas development.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.

concentrations of hydrocarbons from well completion samples were significantly higher than concentrations from NGD area samples ($p<0.05$) with the exception of 1,2,3-trimethylbenzene, n-pentane, 1,3-butadiene, isopropylbenzene, n-propylbenzene, propylene, and styrene (Supplemental Table 2).

### 3.2. Non-cancer hazard indices

Table 3 presents chronic and subchronic RfCs used in calculating non-cancer HIs, as well critical effects and other effects. Chronic non-cancer HQ and HI estimates based on ambient air concentrations are presented in Table 4. The total chronic HIs based on the 95% UCL of the mean concentration were 0.4 for residents >½ mile from wells and 1 for residents ≤½ mile from wells. Most of the chronic non-cancer hazard is attributed to neurological effects with neurological HIs of 0.3 for residents >½ mile from wells and 0.9 for residents ≤½ mile from wells.

Total subchronic non-cancer HQs and HI estimates are presented in Table 5. The total subchronic HIs based on the 95% UCL of the mean concentration were 0.2 for residents >½ mile from wells and 5 for residents ≤½ mile from wells. The subchronic non-cancer hazard for residents >½ mile from wells is attributed mostly to respiratory effects (HI=0.2), while the subchronic hazard for residents ≤½ mile from wells is attributed to neurological (HI=4), respiratory (HI=2), hematologic (HI=3), and developmental (HI=1) effects.

For residents >½ mile from wells, aliphatic hydrocarbons (51%), trimethylbenzenes (22%), and benzene (14%) are primary contributors to the chronic non-cancer HI. For residents ≤½ mile from wells, trimethylbenzenes (45%), aliphatic hydrocarbons (32%), and xylenes (17%) are primary contributors to the chronic non-cancer HI, and tri-methylbenzenes (46%), aliphatic hydrocarbons (21%) and xylenes (15%) also are primary contributors to the subchronic HI.

### 3.3. Cancer risks

Cancer risk estimates calculated based on measured ambient air concentrations are presented in Table 6. The cumulative cancer risks based on the 95% UCL of the mean concentration were 6 in a million for residents >½ mile from wells and 10 in a million for residents ≤½ mile from wells. Benzene (84%) and 1,3-butadiene (9%) were the primary contributors to cumulative cancer risk for residents >½ mile from wells. Benzene (67%) and ethylbenzene (27%) were the primary contributors to cumulative cancer risk for residents ≤½ mile from wells.

## 4. Discussion

Our results show that the non-cancer HI from air emissions due to natural gas development is greater for residents living closer to wells. Our greatest HI corresponds to the relatively short-term (i.e., sub-chronic), but high emission, well completion period. This HI is driven principally by exposure to trimethylbenzenes, aliphatic hydrocarbons, and xylenes, all of which have neurological and/or respiratory effects. We also calculated higher cancer risks for residents living nearer to wells as compared to residents residing further from wells. Benzene is the major contributor to lifetime excess cancer risk for both scenarios. It also is notable that these increased risk metrics are seen in an air shed that has elevated ambient levels of several measured air toxics, such as benzene (CDPHE, 2009; GCPH, 2010).

### 4.1. Representation of exposures from NGD

It is likely that NGD is the major source of the hydrocarbons observed in the NGD area samples used in this risk assessment. The NGD area monitoring site is located in the midst of multi-acre rural home sites and ranches. Natural gas is the only industry in the area other than agriculture. Furthermore, the site is at least 4 miles up-wind from any other major emission source, including Interstate 70 and the town of Silt, Colorado. Interestingly, levels of benzene, m,p-xylene, and 1,3,5-trimethylbenzene measured at this rural monitoring site in 2009 were higher than levels measured at 27 out of 37 EPA air toxics monitoring sites where SNMOCs were measured, including urban sites such as Elizabeth, NJ, Dearborn, MI, and Tulsa, OK (GCPH, 2010; US EPA, 2009b). In addition, the 2007 Garfield County emission inventory attributes the bulk of benzene, xylene, toluene, and ethylbenzene emissions in the county to NGD, with NGD point and non-point sources contributing five times more benzene than any other emission source, including on-road vehicles, wildfires, and wood burning. The emission inventory also indicates that NGD sources (e.g. condensate tanks, drill rigs, venting during completions, fugitive emissions from wells and pipes, and compressor engines) contributed ten times more VOC emissions than any source, other than biogenic sources (e.g. plants, animals, marshes, and the earth) (CDPHE, 2009).

Emissions from flowback operations, which may include emissions from various sources on the pads such as wells and diesel engines, are likely the major source of the hydrocarbons observed in the well completion samples. These samples were collected very near (130 to 500 ft from the center) well pads during uncontrolled flowback into tanks venting directly to the air. As for the NGD area samples, no sources other than those associated with NGD were in the vicinity of the sampling locations.

Subchronic health effects, such as headaches and throat and eye irritation reported by residents during well completion activities

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

**Table 3**
Chronic and subchronic reference concentrations, critical effects, and major effects for hydrocarbons in quantitative risk assessment.

| Hydrocarbon | Chronic | | | Subchronic | | Critical effect/ target organ | Other effects |
|---|---|---|---|---|---|---|---|
| | RfC ($\mu g/m^3$) | Source | | RfC ($\mu g/m^3$) | Source | | |
| 1,2,3-Trimethylbenzene | 5.00E+00 | PPTRV | | 5.00E+01 | PPTRV | Neurological | Respiratory, hematological |
| 1,3,5-Trimethylbenzene | 6.00E+00 | PPTRV | | 1.00E+01 | PPTRV | Neurological | Hematological |
| Isopropylbenzene | 4.00E+02 | IRIS | | 9.00E+01 | HEAST | Renal | Neurological, respiratory |
| n-Hexane | 7.00E+02 | IRIS | | 2.00E+03 | PPTRV | Neurological | – |
| n-Nonane | 2.00E+02 | PPTRV | | 2.00E+03 | PPTRV | Neurological | Respiratory |
| n-Pentane | 1.00E+03 | PPTRV | | 1.00E+04 | PPTRV | Neurological | – |
| Styrene | 1.00E+03 | IRIS | | 3.00E+03 | HEAST | Neurological | – |
| Toluene | 5.00E+03 | IRIS | | 5.00E+03 | PPTRV | Neurological | Developmental, respiratory |
| Xylenes, total | 1.00E+02 | IRIS | | 4.00E+02 | PPTRV | Neurological | Developmental, respiratory |
| n-propylbenzene | 1.00E+03 | PPTRV | | 1.00E+03 | Chronic RfC PPTRV | Developmental | Neurological |
| 1,2,4-Trimethylbenzene | 7.00E+00 | PPTRV | | 7.00E+01 | PPTRV | Decrease in blood clotting time | Neurological, respiratory |
| 1,3-Butadiene | 2.00E+00 | IRIS | | 2.00E+00 | Chronic RfC IRIS | Reproductive | Neurological, respiratory |
| Propylene | 3.00E+03 | CalEPA | | 1.00E+03 | Chronic RfC CalEPA | Respiratory | – |
| Benzene | 3.00E+01 | ATSDR | | 8.00E+01 | PPTRV | Decreased lymphocyte count | Neurological, developmental, reproductive |
| Ethylbenzene | 1.00E+03 | ATSDR | | 9.00E+03 | PPTRV | Auditory | Neurological, respiratory, renal |
| Cyclohexane | 6.00E+03 | IRIS | | 1.80E+04 | PPTRV | Developmental | Neurological |
| Methylcyclohexane | 3.00E+03 | HEAST | | 3.00E+03 | HEAST | Renal | – |
| Aliphatic hydrocarbons $C_5$–$C_8$[a] | 6E+02 | PPTRV | | 2.7E+04 | PPTRV | Neurological | – |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1E+02 | PPTRV | | 1E+02 | PPTRV | Respiratory | – |
| Aromatic hydrocarbons $C_9$–$C_{18}$[b] | 1E+02 | PPTRV | | 1E+03 | PPRTV | Decreased maternal body weight | Respiratory |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; HEAST, EPA Health Effects Assessment Summary Tables 1997; HQ, hazard quotient; IRIS, Integrated Risk Information System; Max, maximum; PPTRV, EPA Provisional Peer-Reviewed Toxicity Value; RfC, reference concentration; $\mu g/m^3$, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011); ORNL 2011.
[a] Based on PPTRV for commercial hexane.
[b] Based on PPTRV for high flash naphtha.

occurring in Garfield County, are consistent with known health effects of many of the hydrocarbons evaluated in this analysis (COGCC, 2011; Witter et al., 2011). Inhalation of trimethylbenzenes and xylenes can irritate the respiratory system and mucous membranes with effects ranging from eye, nose, and throat irritation to difficulty in breathing and impaired lung function (ATSDR, 2007a;

**Table 4**
Chronic hazard quotients and hazard indices for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−02 | 1.90E−02 | 2.87E−02 | 5.21E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−02 | 4.22E−02 | 3.64E−02 | 2.01E−01 |
| 1,3,5-Trimethylbenzene | 1.96E−02 | 2.80E−02 | 3.00E−02 | 1.99E−01 |
| 1,3-Butadiene | 5.05E−02 | 2.23E−02 | 5.05E−02 | 2.25E−02 |
| Benzene | 3.03E−02 | 5.40E−02 | 3.32E−02 | 8.70E−02 |
| Cyclohexane | 3.40E−04 | 9.98E−04 | 3.67E−04 | 1.46E−03 |
| Ethylbenzene | 1.63E−04 | 3.98E−04 | 1.95E−04 | 3.23E−03 |
| Isopropylbenzene | 3.68E−04 | 1.78E−04 | 3.90E−04 | 3.05E−04 |
| Methylcyclohexane | 1.18E−03 | 2.00E−03 | 1.36E−03 | 5.32E−03 |
| n-Hexane | 5.49E−03 | 9.23E−03 | 5.76E−03 | 1.47E−02 |
| n-Nonane | 2.11E−03 | 3.14E−03 | 2.95E−03 | 2.31E−02 |
| n-Pentane | 8.71E−03 | 1.32E−02 | 8.79E−03 | 2.39E−02 |
| n-propylbenzene | 9.95E−05 | 9.59E−05 | 1.28E−04 | 2.64E−04 |
| Propylene | 1.09E−04 | 1.27E−04 | 1.10E−04 | 1.30E−04 |
| Styrene | 1.43E−04 | 1.25E−04 | 1.42E−04 | 4.32E−04 |
| Toluene | 3.40E−04 | 9.28E−04 | 4.06E−04 | 1.86E−03 |
| Xylenes, total | 1.16E−02 | 1.57E−02 | 1.54E−02 | 1.71E−01 |
| Aliphatic hydrocarbons $C_5$–$C_8$ | 4.63E−02 | 7.02E−02 | 4.87E−02 | 1.36E−01 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1.22E−02 | 1.35E−01 | 1.58E−02 | 1.83E−01 |
| Aromatic hydrocarbons $C_9$–$C_{18}$ | 5.44E−03 | 6.67E−03 | 7.12E−03 | 2.04E−02 |
| Total Hazard Index | 2E−01 | 4E−01 | 3E−01 | 1E+00 |
| Neuorological Effects Hazard Index[a] | 2E−01 | 3E−01 | 3E−01 | 9E−01 |
| Respiratory Effects Hazard Index[b] | 1E−01 | 2E−02 | 2E−01 | 7E−01 |
| Hematological Effects Hazard Index[c] | 1E−01 | 1E−01 | 1E−01 | 5E−01 |
| Developmental Effects Hazard Index[d] | 4E−02 | 7E−02 | 5E−01 | 3E−01 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.
[a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic $C_5$–$C_8$ hydrocarbons.
[b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic $C_9$–$C_{18}$ hydrocarbons, aromatic $C_9$–$C_{18}$ hydrocarbons.
[c] Sum of HQs for hydrocarbons with hematological effects: 1,2,3-Trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-Trimethylbenzene, benzene.
[d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

**Table 5**
Subchronic hazard quotients and hazard indices residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon ($\mu g/m^3$) | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−03 | 1.90E−03 | 1.67E−02 | 6.40E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−03 | 4.22E−03 | 2.38E−02 | 3.02E−01 |
| 1,3,5-Trimethylbenzene | 1.18E−02 | 1.68E−02 | 1.29E−01 | 1.95E+00 |
| 1,3-Butadiene | 5.04E−02 | 2.23E−02 | 5.25E−02 | 8.30E−02 |
| Benzene | 1.14E−02 | 2.02E−02 | 3.25E−02 | 2.55E−01 |
| Cyclohexane | 1.13E−04 | 3.33E−04 | 2.93E−04 | 3.24E−03 |
| Ethylbenzene | 1.81E−05 | 4.42E−05 | 8.56E−05 | 5.96E−03 |
| Isopropylbenzene | 1.63E−03 | 7.92E−04 | 3.62E−03 | 1.14E−02 |
| Methylcyclohexane | 1.18E−03 | 2.01E−03 | 4.67E−03 | 6.47E−02 |
| n-Hexane | 1.92E−03 | 3.23E−03 | 3.86E−03 | 3.98E−02 |
| n-Nonane | 2.11E−04 | 3.14E−04 | 1.80E−03 | 3.78E−02 |
| n-Pentane | 8.71E−04 | 1.32E−03 | 1.05E−03 | 2.13E−02 |
| n-propylbenzene | 9.95E−05 | 9.57E−05 | 6.36E−04 | 3.26E−03 |
| Propylene | 1.43E−04 | 3.80E−04 | 4.12E−04 | 6.02E−04 |
| Styrene | 5.68E−04 | 4.16E−05 | 4.00E−06 | 1.97E−03 |
| Toluene | 4.18E−05 | 9.28E−04 | 2.46E−04 | 1.84E−02 |
| Xylenes, total | 2.91E−03 | 3.93E−03 | 2.05E−02 | 7.21E−01 |
| Aliphatic hydrocarbons $C_5$–$C_8$ | 1.07E−03 | 1.63E−03 | 2.07E−03 | 2.89E−02 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1.3E−02 | 1.41E−01 | 7.9E−02 | 1.03E−00 |
| Aromatic hydrocarbons $C_9$–$C_{18}$ | 6.00E−04 | 6.95E−04 | 3.7E−03 | 2.64E−02 |
| Total Hazard Index | 1E−01 | 2E−01 | 4E−01 | 5E+00 |
| Neurological Effects Hazard Index[a] | 9E−02 | 8E−02 | 3E−01 | 4E+00 |
| Respiratory Effects Hazard Index[b] | 7E−02 | 2E−01 | 2E−01 | 2E+00 |
| Hematogical Effects Hazard Index[c] | 3E−02 | 4E−02 | 2E−01 | 3E+00 |
| Developmental Effects Hazard Index[d] | 1E−02 | 3E−02 | 5E−02 | 1E+00 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.
  [a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic $C_5$–$C_8$ hydrocarbons.
  [b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic $C_9$–$C_{18}$ hydrocarbons, aromatic $C_9$–$C_{18}$ hydrocarbons.
  [c] Sum of HQs for hydrocarbons with hematogical effects: 1,2,3-trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, benzene.
  [d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

ATSDR, 2007b; US EPA, 1994). Inhalation of trimethylbenzenes, xylenes, benzene, and alkanes can adversely affect the nervous system with effects ranging from dizziness, headaches, fatigue at lower exposures to numbness in the limbs, incoordination, tremors, temporary limb paralysis, and unconsciousness at higher exposures (Carpenter et al., 1978; Nilsen et al., 1988; US EPA, 1994; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

### 4.2. Risk assessment as a tool for health impact assessment

HIA is a policy tool used internationally that is being increasingly used in the United States to assess multiple complex hazards and exposures in communities. Comparison of risks between residents based on proximity to wells illustrates how the risk assessment process can be used to support the HIA process. An important component of the HIA process is to identify where and when public health is most likely to be impacted and to recommend mitigations to reduce or eliminate the potential impact (Collins and Koplan, 2009). This risk assessment indicates that public health most likely would be impacted by well completion activities, particularly for residents living nearest the wells. Based on this information, suggested risk prevention strategies in the HIA are directed at minimizing exposures for those living closest to the well pads, especially during well completion activities when emissions are the highest. The HIA includes recommendations to (1) control and monitor emissions during completion transitions and flowback; (2) capture and reduce emissions through use of low or no emission flowback tanks; and (3) establish and maintain communications regarding well pad activities with the community (Witter et al., 2011).

### 4.3. Comparisons to other risk estimates

This risk assessment is one of the first studies in the peer-reviewed literature to provide a scientific perspective to the potential health risks associated with development of unconventional natural gas

**Table 6**
Excess cancer risks for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | WOE | | Unit Risk ($\mu g/m^3$) | Source | >½ mile | | ≤½ mile | |
|---|---|---|---|---|---|---|---|---|
| | IRIS | IARC | | | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration |
| 1,3-Butadiene | B2 | 1 | 3.00E−05 | IRIS | 1.30E−06 | 5.73E−07 | 1.30E−06 | 6.54E−07 |
| Benzene | A | 1 | 7.80E−06 | IRIS | 3.03E−06 | 5.40E−06 | 3.33E−06 | 8.74E−06 |
| Ethylbenzene | NC | 2B | 2.50E−06 | CalEPA | 1.75E−07 | 4.26E−07 | 2.09E−07 | 3.48E−06 |
| Styrene | NC | 2B | 5.00E−07 | CEP | 3.10E−08 | 2.70E−08 | 3.00E−08 | 9.30E−08 |
| Cumulative cancer risk | | | | | 5E−06 | 6E−06 | 5E−06 | 1E−05 |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; CEP, (Caldwell et al., 1998); IARC, International Agency for Research on Cancer; IRIS, Integrated Risk Information System; Max, maximum; NC, not calculated; WOE, weight of evidence; $\mu g/m^3$, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011).

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*

gas resources. Our results for chronic non-cancer HIs and cancer risks for residents >than ½ mile from wells are similar to those reported for NGD areas in the relatively few previous risk assessments in the non-peer reviewed literature that have addressed this issue (CDPHE, 2010; Coons and Walker, 2008; CDPHE, 2007; Walther, 2011). Our risk assessment differs from these previous risk assessments in that it is the first to separately examine residential populations nearer versus further from wells and to report health impact of emissions resulting from well completions. It also adds information on exposure to air emissions from development of these resources. These data show that it is important to include air pollution in the national dialogue on unconventional NGD that, to date, has largely focused on water exposures to hydraulic fracturing chemicals.

### 4.4. Limitations

As with all risk assessments, scientific limitations may lead to an over- or underestimation of the actual risks. Factors that may lead to overestimation of risk include use of: 1) 95% UCL on the mean exposure concentrations; 2) maximum detected values for 1,3-butadiene, 2,2,4-trimethylpentane, and styrene because of a low number of detectable measurements; 3) default RME exposure assumptions, such as an exposure time of 24 h per day and exposure frequency of 350 days per year; and 4) upper bound cancer risk and non-cancer toxicity values for some of our major risk drivers. The benzene IUR, for example, is based on the high end of a range of maximum likelihood values and includes uncertainty factors to account for limitations in the epidemiological studies for the dose–response and exposure data (US EPA, 2011). Similiarly, the xylene chronic RfC is adjusted by a factor of 300 to account for uncertainties in extrapolating from animal studies, variability of sensitivity in humans, and extrapolating from subchronic studies (US EPA, 2011). Our use of chronic RfCs values when subchronic RfCs were not available may also have overestimated 1,3-butadiene, n-propylbenzene, and propylene subchronic HQs. None of these three chemicals, however, were primary contributors to the subchronic HI, so their overall effect on the HI is relatively small.

Several factors may have lead to an underestimation of risk in our study results. We were not able to completely characterize exposures because several criteria or hazardous air pollutants directly associated with the NGD process via emissions from wells or equipment used to develop wells, including formaldehyde, acetaldehyde, crotonaldehyde, naphthalene, particulate matter, and polycyclic aromatic hydrocarbons, were not measured. No toxicity values appropriate for quantitative risk assessment were available for assessing the risk to several alkenes and low molecular weight alkanes (particularly<$C_5$ aliphatic hydrocarbons). While at low concentrations the toxicity of alkanes and alkenes is generally considered to be minimal (Sandmeyer, 1981), the maximum concentrations of several low molecular weight alkanes measured in the well completion samples exceeded the 200–1000 μg/m$^3$ range of the RfCs for the three alkanes with toxicity values: n-hexane, n-pentane, and n-nonane (US EPA, 2011; ORNL, 2009). We did not consider health effects from acute (i.e., less than 1 h) exposures to peak hydrocarbon emissions because there were no appropriate measurements. Previous risk assessments have estimated an acute HQ of 6 from benzene in grab samples collected when residents noticed odors they attributed to NGD (CDPHE, 2007). We did not include ozone or other potentially relevant exposure pathways such as ingestion of water and inhalation of dust in this risk assessment because of a lack of available data. Elevated concentrations of ozone precursors (specifically, VOCs and nitrogen oxides) have been observed in Garfield County's NGD area and the 8-h average ozone concentration has periodically approached the 75 ppb National Ambient Air Quality Standard (NAAQS) (CDPHE, 2009; GCPH, 2010).

This risk assessment also was limited by the spatial and temporal scope of available monitoring data. For the estimated chronic exposure, we used 3 years of monitoring data to estimate exposures over a 30 year exposure period and a relatively small database of 24 samples collected at varying distances up to 500 ft from a well head (which also were used to estimate shorter-term non-cancer hazard index). Our estimated 20-month subchronic exposure was limited to samples collected in the summer, which may have not have captured temporal variation in well completion emissions. Our ½ mile cut point for defining the two different exposed populations in our exposure scenarios was based on complaint reports from residents living within ½ mile of existing NGD, which were the only data available. The actual distance at which residents may experience greater exposures from air emissions may be less than or greater than a ½ mile, depending on dispersion and local topography and meteorology. This lack of spatially and temporally appropriate data increases the uncertainty associated with the results.

Lastly, this risk assessment was limited in that appropriate data were not available for apportionment to specific sources within NGD (e.g. diesel emissions, the natural gas resource itself, emissions from tanks, etc.). This increases the uncertainty in the potential effectiveness of risk mitigation options.

These limitations and uncertainties in our risk assessment highlight the preliminary nature of our results. However, there is more certainty in the comparison of the risks between the populations and in the comparison of subchronic to chronic exposures because the limitations and uncertainties similarly affected the risk estimates.

### 4.5. Next steps

Further studies are warranted, in order to reduce the uncertainties in the health effects of exposures to NGD air emissions, to better direct efforts to prevent exposures, and thus address the limitations of this risk assessment. Next steps should include the modeling of short- and longer-term exposures as well as collection of area, residential, and personal exposure data, particularly for peak short-term emissions. Furthermore, studies should examine the toxicity of hydrocarbons, such as alkanes, including health effects of mixtures of HAPs and other air pollutants associated with NGD. Emissions from specific emission sources should be characterized and include development of dispersion profiles of HAPs. This emissions data, when coupled with information on local meteorological conditions and topography, can help provide guidance on minimum distances needed to protect occupant health in nearby homes, schools, and businesses. Studies that incorporate all relevant pathways and exposure scenarios, including occupational exposures, are needed to better understand the impacts of NGD of unconventional resources, such as tight sands and shale, on public health. Prospective medical monitoring and surveillance for potential air pollution-related health effects is needed for populations living in areas near the development of unconventional natural gas resources.

## 5. Conclusions

Risk assessment can be used as a tool in HIAs to identify where and when public health is most likely to be impacted and to inform risk prevention strategies directed towards efficient reduction of negative health impacts. These preliminary results indicate that health effects resulting from air emissions during development of unconventional natural gas resources are most likely to occur in residents living nearest to the well pads and warrant further study. Risk prevention efforts should be directed towards reducing air emission exposures for persons living and working near wells during well completions.

Supplementary materials related to this article can be found online at doi:10.1016/j.scitotenv.2012.02.018.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*                    9

## Acknowledgements

We extend special thanks to J. Rada, P. Reaser, C. Archuleta, K. Stinson, and K. Scott. We are very grateful to the Garfield County Department of Public Health.

## References

Antero. Air Quality Sampling Summary Report Well Completion and Flowback Development Scenario Watson Ranch Pad Garfield County Colorado December 22, 2010. Denver, CO: Antero Resources; 2010.

ATSDR. Toxicological Profile for Benzene. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Deparment of Health and Human Services; 2007a.

ATSDR. Toxicological Profile for Xylenes. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Deparment of Health and Human Services; 2007b.

Brosselin P, Rudant J, Orsi L, Leverger G, Baruchel A, Bertrand Y, et al. Acute Childhood Leukaemia and Residence Next to Petrol Stations and Automotive Repair Garages: the ESCALE study (SFCE). Occup Environ Med 2009;66(9):598–606.

Caldwell JC, Woodruff TJ, Morello-Frosch R, Axelrad DA. Application of health information to hazardous air pollutants modeled in EPA's Cumulative Exposure Project. Toxicol Ind Health 1998;14(3):429–54.

CalEPA. Toxicity Criteria Database. California Environmental Protection Agency, Office of Environmental Health Hazard Assessment; 2003. Available: http://oehha.ca.gov/risk/chemicalDB/index.asp [Accessed May 2011].

Carpenter CP, Geary DL, Myers RC, Nachreiner DJ, Sullivan LJ, King JM. Petroleum Hydrocarbons Toxicity Studies XVII. Animal Responses to n-Nonane Vapor. Toxicol Appl Pharmacol 1978;44:53–61.

CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile organic Compounds Measured in Rural, Urban, and Oil &Gas Areas in Ambient Air Study (June 2005–May 2007). Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2007. Available: http://www.garfieldcountyaq.net/default_new.aspx.

CDPHE. Garfield County Emissions Inventory. Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile Organic Compounds Measured In 2008 Air Quality Monitoring Study. Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.

COGCC. Statement of Basis, Specific Statutory Authority, and Purpose: New Rules and Amendments to Current Rules of the Colorado Oil and Gas Conservation Commission, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009a. Available: http://cogcc.state.co.us/.

COGCC. Rules and Regulations, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009b. Available: http://cogcc.state.co.us/.

COGCC. Inspection/Incident Database. Denver, CO: Colorado Oil and Gas Information System, Colorado Oil and Gas Conservation Commission; 2011. Available: http://cogcc.state.co.us/.

Collins J, Koplan JP. Health impact assessment: a step toward health in all policies. JAMA 2009;302(3):315–7.

Coons T, Walker R. Community Health Risk Analysis of Oil and Gas Industry in Garfield County. Grand Junction, CO: Saccommano Research Institute; 2008. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Frazier A. Analysis of Data Obtained for the Garfield County Air Toxics Study Summer 2008. Rifle Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Galvin JB, Marashi F. n-Pentane. J Toxicol Environ Health 1999;1(58):35–56.

GCPH. Garfield County 2008 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.

GCPH. Garfield County 2009 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.

GCPH. Garfield County Quarterly Monitoring Report. Fourth Quarter October 1 through December 31, 2010. Rifle CO: Garfield County Public Health Department; 2011. Available: http://www.garfieldcountyaq.net/default_new.aspx.

Glass DC, Gray CN, Jolley DJ, Gibbons C, Sim MR, Fritschi L, et al. Leukemia Risk Associated with Low-Level Benzene Exposure. Epidemiology 2003;14(5):569–77.

Kim BM, Park EK, LeeAn SY, Ha M, Kim EJ, Kwon H, et al. BTEX exposure and its health effects in pregnant women following the Hebei spirit oil spill. J Prev Med Public Health Yebang Uihakhoe Chi 2009;42(2):96–103.

Kirkeleit J, Riise T, Brätveit M, Moen B. Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil. Cancer Causes Control 2008;19(1):13–23.

Lupo P, Symanski E, Waller D, Chan W, Langlosi P, Canfield M, et al. Maternal Exposure to Ambient Levels of Benzene and Neural Tube Defects among Offspring, Texas 1999–2004. Environ Health Perspect 2011;119(3):397–402.

Nilsen OG, Haugen OA, Zahisen K, Halgunset J, Helseth A, Aarset A, et al. Toxicity of n-C9 to n-C13 alkanes in the rat on short term inhalation. Pharmacol Toxicol 1988;62:259–66.

ORNL. The Risk Assessment Information System. Oak Ridge National Laboratory, TN: US Department of Energy; 2009. Available: http://rais.ornl.gov/ [Accessed May 2011].

Sandmeyer EE. Aliphatic Hydrocarbons. Patty's Industrial Hygeine and Toxicology, Third Edition, Volume IIB. New York: John Wiley; 1981. p. 3175–220.

TERC. VOC Emissions from Oil and Condensate Storage Tanks. Texas Environmental Research Consortium; 2009. p. 1-34. Available online at: http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf. The Woodlands, TX.

US DOE. "Modern Shale Gas Development in the United States: A Primer," Office of Fossil Energy and National Energy Technology Laboratory, United States Department of Energy; 2009. http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf (accessed January 2012).

US EIA. Annual Energy Outlook 2011 with Projections to 2035. Washington DC: Energy Information Administration, United States Department of Energy; 2011.

US EPA. Risk Assessment Guidance for Superfund (Part A). Washington, DC: Office of Emergency and Remedial Response, US Environmental Protection Agency; 1989.

US EPA. Chemicals in the Environment: 1,2,4-trimethylbenzene (C.A.S. No. 95-63-6). Washington, DC: Office of Pollution Prevention and Toxics, US Environmental Protection Agency; 1994.

US EPA. Health Effects Assessment Summary Tables. Washington, DC: US Environmental Protection Agency; 1997.

US EPA. Method for the Determination of Non-Methane Organic Compounds (NMOC) in Ambient Air Using Cryogenic Preconcentrations and Direct Flame Ionization Detection (PDFID). Cincinnati OH: Office of Research and Development, US Environmental Protection Agency; 1999.

US EPA. The OAQPS Air Toxic Risk Assessment Library. US Environmental Protection Agency; 2004. Available: http://www.epa.gov/ttn/fera/risk_atra_main.html.

US EPA. Provisional Peer Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons. Cinninati Ohio: Superfund Health Risk Technical Support Center National Center for Environmental Assessment: Office of Reasearch and Development., US Environmental Protection Agency; 2009a.

US EPA. Technology Transfer Network Air Quality System. Washington DC: Office of Air and Radiation, US Environmental Protection Agency; 2009b. Available: http://www.epa.gov/ttn/airs/airsaqs/.

US EPA. Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry Background Technical Support Document. Washington DC: Climate Change Division, US Environmental Protection Agency; 2010a.

US EPA. ProUCL Version 4.00.05 Technical Guide Statistical Software for Environmental Applications for Data Sets With and Without Nondetect Observations(Draft). Washington DC: Office of Research and Development, US Environmental Protection Agency; 2010b.

US EPA. Integrated Risk Information System (IRIS). Washington DC: US Environmental Protection Agency; 2011. Available: http://www.epa.gov/IRIS/ [Accessed May 2011].

Vidas H, Hugman B. ICF International. Availability, Economics, and Production Potential of North American Unconventional Natural Gas SuppliesPrepared for The INGAA Foundation, Inc. by: ICF International; 2008.

Walther E. Screening Health Risk Assessment Sublette County, Wyoming. Pinedale WY: Sierra Research, Inc.; 2011. Available: http://www.sublettewyo.com/DocumentView.aspx?DID=438.

White N, teWaterNaude J, van der Walt A, Ravenscroft G, Roberts W, Ehrlich R. Meteorologically estimated exposure but not distance predicts asthma symptoms in school children in the environs of a petrochemical refinery: a cross-sectional study. Environ Health 2009;8(1):45.

Witter R, McKenzie L, Towle M, Stinson K, Scott K, Newman L, et al. Draft Health Impact Assessment for Battlement Mesa, Garfield County, Colorado. Colorado School of Public Health; 2011. Available: http://www.garfield-county.com/index.aspx?page=1408.

Zielinska B, Fujita E, Campbell D. Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment. Houston TX: Desert Research Institute; 2011. Available: http://www.sph.uth.tmc.edu/mleland/attachments/Barnett%20Shale%20Study%20Final%20Report.pdf.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

Endocrine Reviews. First published ahead of print March 14, 2012 as doi:10.1210/er.2011-1050

R E V I E W

# Hormones and Endocrine-Disrupting Chemicals: Low-Dose Effects and Nonmonotonic Dose Responses

Laura N. Vandenberg, Theo Colborn, Tyrone B. Hayes, Jerrold J. Heindel, David R. Jacobs, Jr., Duk-Hee Lee, Toshi Shioda, Ana M. Soto, Frederick S. vom Saal, Wade V. Welshons, R. Thomas Zoeller, and John Peterson Myers

Center for Regenerative and Developmental Biology and Department of Biology (L.N.V.), Tufts University, Medford, Massachusetts 02155; The Endocrine Disruption Exchange (T.C.), Paonia, Colorado 81428; Laboratory for Integrative Studies in Amphibian Biology (T.B.H.), Molecular Toxicology, Group in Endocrinology, Energy and Resources Group, Museum of Vertebrate Zoology, and Department of Integrative Biology, University of California, Berkeley, California 94720; Division of Extramural Research and Training (J.J.H.), National Institute of Environmental Health Sciences, National Institutes of Health, U.S. Department of Health and Human Services, Research Triangle Park, North Carolina 27709; Division of Epidemiology and Community Health (D.R.J.), School of Public Health, University of Minnesota, Minneapolis, Minnesota 55455; Department of Preventive Medicine (D.-H.L.), School of Medicine, Kyungpook National University, Daegu 702-701, Korea; Molecular Profiling Laboratory (T.S.), Massachusetts General Hospital Center for Cancer Research, Charlestown, Massachusetts 02129; Department of Anatomy and Cellular Biology (A.M.S.), Tufts University School of Medicine, Boston, Massachusetts 02111; Division of Biological Sciences (F.S.v.S.) and Department of Biomedical Sciences (W.V.W.), University of Missouri-Columbia, Columbia, Missouri 65211; Biology Department (T.Z.), University of Massachusetts-Amherst, Amherst, Massachusetts 01003; and Environmental Health Sciences (J.P.M.), Charlottesville, Virginia 22902

For decades, studies of endocrine-disrupting chemicals (EDCs) have challenged traditional concepts in toxicology, in particular the dogma of "the dose makes the poison," because EDCs can have effects at low doses that are not predicted by effects at higher doses. Here, we review two major concepts in EDC studies: low dose and nonmono-tonicity. Low-dose effects were defined by the National Toxicology Program as those that occur in the range of human exposures or effects observed at doses below those used for traditional toxicological studies. We review the mechanistic data for low-dose effects and use a weight-of-evidence approach to analyze five examples from the EDC literature. Additionally, we explore nonmonotonic dose-response curves, defined as a nonlinear relationship between dose and effect where the slope of the curve changes sign somewhere within the range of doses examined. We provide a detailed discussion of the mechanisms responsible for generating these phenomena, plus hundreds of examples from the cell culture, animal, and epidemiology literature. We illustrate that nonmonotonic responses and low-dose effects are remarkably common in studies of natural hormones and EDCs. Whether low doses of EDCs influence certain human disorders is no longer conjecture, because epidemiological studies show that environmental exposures to EDCs are associated with human diseases and disabilities. We conclude that when nonmonotonic dose-response curves occur, the effects of low doses cannot be predicted by the effects observed at high doses. Thus, fundamental changes in chemical testing and safety determination are needed to protect human health. (**Endocrine Reviews** 33: 0000–0000, 2012)

I. Introduction
   A. Background: low-dose exposure
   B. Background: NMDRCs
   C. Low-dose studies: a decade after the NTP panel's assessment
   D. Why examine low-dose studies now?
   E. Mechanisms for low-dose effects
   F. Intrauterine position and human twins: examples of natural low-dose effects
II. Demonstrating Low-Dose Effects Using a WoE Approach
   A. Use of a WoE approach in low-dose EDC studies
   B. Refuting low-dose studies: criteria required for acceptance of studies that find no effect
   C. BPA and the prostate: contested effects at low doses?
   D. BPA and the mammary gland: undisputed evidence for low-dose effects

ISSN Print 0021-972X   ISSN Online 1945-7197
Printed in U.S.A.
Copyright © 2012 by The Endocrine Society
doi: 10.1210/er.2011-1050 Received October 27, 2011. Accepted February 7, 2012.

Abbreviations: A4, Androstenedione; AhR, aryl hydrocarbon receptor; BPA, bisphenol A; CDC, Centers for Disease Control and Prevention; DDE, dichlorodiphenyldichloroethylene; DDT, dichlorodiphenyltrichloroethane; DES, diethylstilbestrol; EDC, endocrine-disrupting chemicals; EPA, Environmental Protection Agency; ER, estrogen receptor; FDA, Food and Drug Administration; GLP, good laboratory practices; LOAEL, lowest observed adverse effect level; mER, membrane-associated ER; NHANES, National Health and Nutrition Examination Survey; NIS, sodium/iodide symporter; NMDRC, nonmonotonic dose-response curve; NOEL, no observed effect level; NOAEL, no observed adverse effect level; NTP, National Toxicology Program; PIN, prostatic intraepithelial neoplasias; POP, persistent organic pollutants; ppb, parts per billion; SERM, selective ER modulator; TCDD, 2,3,7,8-tetrachlorodibenzo-p-dioxin; WoE, weight of evidence.

Copyright (C) 2012 by The Endocrine Society

E. Another controversial low-dose example: atrazine and amphibian sexual development
F. Dioxin and spermatogenesis: low-dose effects from the most potent endocrine disruptor?
G. Perchlorate and thyroid: low-dose effects in humans?
H. Low-dose summary
III. Nonmonotonicity in EDC Studies
   A. Why is nonmonotonicity important?
   B. Mechanisms for NMDRCs
   C. Examples of nonmonotonicity
   D. NMDRC summary
IV. Implications of Low-Dose Effects and Nonmonotonicity
   A. Experimental design
   B. Regulatory science
   C. Human health
   D. Wildlife
V. Summary

## I. Introduction

This review focuses on two major issues in the study of endocrine-disrupting chemicals (EDCs): low-dose exposures and nonmonotonic dose-response curves (NMDRCs). These concepts are interrelated, and NMDRCs are especially problematic for assessing potential impacts of exposure when nonmonotonicity is evident at levels of exposure below those that are typically used in toxicological assessments. For clarity of presentation, however, we will first examine each of the concepts separately.

### A. Background: low-dose exposure

It is well established in the endocrine literature that natural hormones act at extremely low serum concentrations, typically in the picomolar to nanomolar range. Many studies published in the peer-reviewed literature document that EDCs can act in the nanomolar to micromolar range, and some show activity at picomolar levels.

### 1. What is meant by low dose?

In 2001, at the request of the U.S. Environmental Protection Agency (EPA), the National Toxicology Program (NTP) assembled a group of scientists to perform a review of the low-dose EDC literature (1). At that time, the NTP panel defined low-dose effects as any biological changes 1) occurring in the range of typical human exposures or 2) occurring at doses lower than those typically used in standard testing protocols, *i.e.* doses below those tested in traditional toxicology assessments (2). Other definitions of low dose include 3) a dose below the lowest dose at which a biological change (or damage) for a specific chemical has been measured in the past, *i.e.* any dose below the lowest observed effect level or lowest observed adverse effect level (LOAEL) (3), or 4) a dose administered to an animal that produces blood concentrations of that chemical in the range of what has been measured in the general human population (*i.e.* not exposed occupationally, and often referred to as an environmentally relevant dose because it creates an internal dose relevant to concentrations of the chemical measured in humans) (4, 5). This last definition takes into account differences in chemical metabolism and pharmacokinetics (*i.e.* absorption, distribution, and excretion of the chemical) across species and reduces the importance of route of exposure by directly comparing similar blood or other tissue concentrations across model systems and experimental paradigms. Although these different definitions may seem quite similar, using just a single well-studied chemical like bisphenol A (BPA) shows how these definitions produce different cutoffs for exposure concentrations that are considered low dose (Table 1). For many chemicals, including EDCs, a large number of studies meet the criteria for low-dose studies regardless of whether the cutoff point for a low dose was based on the range of typical human exposures, doses used in traditional toxicology, or doses that use an internal measure of body burden.

Whether low doses of EDCs influence disease is a question that now extends beyond the laboratory bench, because epidemiological studies show that environmental exposures to these chemicals are associated with disorders in humans as well (see for examples Refs. 6–16). Although disease associations have historically been observed in individuals exposed to large concentrations of EDCs after

**TABLE 1.** Low-dose definitions and cutoff doses: BPA and DEHP as examples

| Chemical | Estimated range of human exposures | Doses below the NOAEL | Doses below the LOAEL | Administered doses (to animals) that produce blood levels in typical humans |
|---|---|---|---|---|
| BPA | $0.4–5 \ \mu g/kg \cdot d$ (679) | No NOAEL was ever established in toxicological studies (38) | $<50 \ mg/kg \cdot d$ (38) | $\sim 400 \ \mu g/kg \cdot d$ to rodents and nonhuman primates (4, 253) |
| DEHP | $0.5–25 \ \mu g/kg \cdot d$ (680) | $<5.8 \ mg/kg \cdot d$ (681, 682) | $<29 \ mg/kg \cdot d$ (681, 682) | Unknown |

Estimates of human exposure are made from consumer product consumption data but do not take into account that there are unknown sources of these chemicals. DEHP, Bis(2-ethylhexyl) phthalate.

Endocrine Reviews, June 2012, 33(3):0000–0000                                      edrv.endojournals.org    **3**

industrial accidents (17–19) or via occupational applications (20–22), recent epidemiological studies reveal links between environmentally relevant low concentrations and disease prevalence. With the extensive biomonitoring studies performed by the U.S. Centers for Disease Control and Prevention (CDC) (23, 24) and similar environmental surveys performed in Europe (25) and elsewhere (www-.statcan.gc.ca/concepts/hs-es/measures-mesures-eng.htm), knowledge about environmental exposures to EDCs and their associations with human health disorders has increased substantially.

Low-dose effects have received considerable attention from the scientific and regulatory communities, especially when examined for single well-studied chemicals like BPA (4, 27–32). The low-dose literature as a whole, however, has not been carefully examined for more than a decade. Furthermore, this body of literature has been disregarded or considered insignificant by many (33, 34). Since the NTP's review of the low-dose literature in 2001 (2), a very large body of data has been published including 1) additional striking examples of low-dose effects from exposures to well-characterized EDCs as well as other chemicals, 2) an understanding of the mechanisms responsible for these low-dose effects, 3) exploration of nonmonotonicity in *in vivo* and *in vitro* systems, and 4) epidemiological support for both low-dose effects and NMDRCs.

### 2. Is the term low dose a misnomer?

Endogenous hormones are active at extremely low doses, within and below the picomolar range for endogenous estrogens and estrogenic drugs, whereas environmental estrogen mimics are typically active in the nanomolar to micromolar range (for examples, see Refs. 35–38), although some show effects at even lower concentrations (39–41). Importantly, the definitions above do not take into account the potency or efficacy of the chemical in question, a topic that will be discussed in greater detail below. Instead, low dose provides an operational definition, in which doses that are in the range of human exposure, or doses below those traditionally tested in toxicological studies, are considered low. To be clear, none of these definitions suggest that a single concentration can be set as a low dose cutoff for all chemicals. Using the above definitions, for some chemicals, low doses could potentially be in the nanogram per kilogram range, but for most chemicals, doses in the traditional micro- and milligram per kilogram range could be considered low doses because traditional approaches to testing chemicals typically did not examine doses below the milligram per kilogram dose range.

### B. Background: NMDRCs

We have defined low-dose studies according to the definitions established by the NTP panel of experts (2). However, because the types of endpoints that are typically examined at high doses in toxicological studies are often different from the types of endpoints examined in low-dose studies, one cannot assume that an effect reported in the low-dose range is necessarily different from what would be observed at higher doses. For example, low doses of a chemical could affect expression of a hormone receptor in the hypothalamus, an endpoint not examined in high-dose toxicology testing, and high doses could similarly affect this same endpoint (but are likely to be unreported because high doses are rarely tested for these types of endpoints). Thus, the presence of low-dose effects makes no assumptions about what has been observed at higher concentrations. (As discussed elsewhere, for the majority of chemicals in commerce, there are no data on health effects and thus no established high- or low-dose range.) Therefore, low-dose effects could be observed at the lower end of a monotonic or linear dose-response curve.

In contrast, the definition of a NMDRC is based upon the mathematical definition of nonmonotonicity: that the slope of the dose-response curve changes sign from positive to negative or vice versa at some point along the range of doses examined (42). Often NMDRCs have a U- or inverted U-shape (43); these NMDRCs are thus also often referred to as biphasic dose-response curves because responses show ascending and descending phases in relation to dose. Complex, multiphasic curves have also been observed (41, 44, 45). NMDRCs need not span from true low doses to high (pharmacologically relevant) doses, although experiments with such a broad dose range have been performed for several EDCs; the observation of nonmonotonicity makes no assumptions about the range of doses tested. Examples of NMDRCs from *in vitro* cell culture and *in vivo* animal experiments, as well as epidemiological examples, are presented in detail later in this review (see *Sections III.C.1–3*). Additional examples of NMDRCs are available in studies examining the effects of vitamins and other essential elements on various endpoints (see for example (46); these will not be examined in detail in this review due to space constraints.

NMDRCs present an important challenge to traditional approaches in regulatory toxicology, which assume that the dose-response curve is monotonic. For all monotonic responses, the observed effects may be linear or nonlinear, but the slope does not change sign. This assumption justifies using high-dose testing as the standard for assessing chemical safety. When it is violated, high-dose testing regimes cannot be used to assess the safety of low doses.

Case No. 1:20-cv-02484-MSK   Document 92-1   filed 05/06/21   USDC Colorado   pg 289 of 323

**4**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

It should be noted that both low dose and nonmonotonicity are distinguished from the concept of hormesis, which is defined as a specific type of response whereby "the various points along [the dose response] curve can be interpreted as beneficial or detrimental, depending on the biological or ecological context in which they occur" (47). Estimations of beneficial or adverse effects cannot be ascertained from the direction of the slope of a dose-response curve (48–50). In their 2001 Low Dose Peer Review, the NTP expert panel declined to consider whether any effect was adverse because "in many cases, the long-term health consequences of altered endocrine function during development have not been fully characterized" (2). There are still debates over how to define adverse effects (51–53), so for the purposes of this review, we consider any biological change to be an effect. Importantly, most epidemiological studies are by definition examining low doses (unless they are focusing on occupationally exposed individuals), and these studies typically focus on endpoints that are accepted to be adverse for human health, although some important exceptions exist (54–56).

Finally, it is worth noting that any biological effect, whether it is observed to follow linear relationships with administered dose or not, provides conclusive evidence that an EDC has biological activity. Thus, other biological effects are likely to be present but may remain undetected or unexamined. Many EDCs, including those used as pesticides, were designed to have biological effects (for example, insecticides designed to mimic molting hormone). Thus, the question of whether these chemicals have biological effects is answered unequivocally in their design; the question is what other effects are induced by these biologically active agents, not whether they exist.

## C. Low-dose studies: a decade after the NTP panel's assessment

In 2000, the EPA requested that the NTP assemble a panel of experts to evaluate the scientific evidence for low-dose effects and dose-response relationships in the field of endocrine disruption. The EPA proposed that an independent and open peer review of the available evidence would allow for a sound foundation on which the EPA could "determine what aspects, if any, of its standard guidelines for reproductive and developmental toxicity testing [would] need to be modified to detect and characterize low-dose effects" (2). The NTP panel verified that low-dose effects were observed for a multitude of endpoints for specific EDCs including diethylstilbestrol (DES), genistein, methoxychlor, and nonylphenol. The panel identified uncertainties around low-dose effects after exposure to BPA; although BPA had low-dose effects on some endpoints in some laboratories, others were not

found to be consistent, leading the panel to conclude that it was "not persuaded that a low-dose effect of BPA has been conclusively established as a general or reproducible finding" (2).

Since the NTP's review of low-dose endocrine disruptor studies, only a few published analyses have reexamined the low-dose hypothesis from a broad perspective. In 2002, R. J. Witorsch (57) analyzed low doses of xenoestrogens and their relevance to human health, considering the different physiologies associated with pregnancy in the mouse and human. He proposed that low doses of endocrine disruptors would not likely affect humans because, although low-dose effects had been observed in rodents, the hormonal milieu, organs controlling hormonal release, and blood levels of estrogen achieved are quite different in humans. There are, of course, differences in hormones and hormone targets between rodents and humans (58), but the view that these differences negate all knowledge gained from animal studies is not supported by evolutionary theory (59–61). This human-centered stance argues against the use of animals for any regulatory testing (62) and runs counter to the similarities in effects of EDCs on humans and animals; rodents proved to be highly predictive of the effects of DES on humans (63, 64). In a striking example, studies from mice and rats predicted that gestational exposure to DES would increase mammary cancer incidence decades before women exposed *in utero* reached the age where this increase in risk was actually observed (65–67).

In 2007, M. A. Kamrin (68) examined the low-dose literature, focusing on BPA as a test case. He suggested that three criteria were required to support the low-dose hypothesis. First is reproducibility, which he defined as "the same results are seen from the same causes each time a study is conducted." Furthermore, he proposed that the dose response for the effects must be the same from study to study. Second is consistency, which he defined as the results all fitting into a pattern, whereby the results collected from multiple species and under variable conditions all show the same effect. And third is proper conduct of studies, which he defined as including the appropriate controls and performance under suitable experimental conditions as well as the inclusion of multiple doses such that a dose-response curve can be obtained.

Although we and others (69–72) agree with the use of these criteria (reproducibility, consistency, and proper experimental design), there are significant weaknesses in the logic Kamrin employed to define these factors. First, suggesting that reproducibility is equivalent to the same results obtained each time a study is conducted is unrealistic and not a true representation of what is required of replication. As has been discussed in other fields, "there is no

Endocrine Reviews, June 2012, 33(3):0000–0000

end to the ways in which any two experiments can be counted as the same — or different . . . All experiments are the same in respect of their being experiments; they are all different by virtue of being done at different places, at different times, by different people, with different strains of rat, training regime, and so on" (73).

Furthermore, according to the Bradford-Hill criteria, a set of requirements accepted in the field of epidemiology to provide adequate evidence of a causal relationship between two factors, a single negative result (or even several studies showing negative results) cannot negate other studies that show adverse effects (74). Essentially, all scientists know that it is very easy for an experiment to find no significant effects due to a myriad of reasons; it is more difficult to actually find effects, particularly when using highly sophisticated techniques (69).

Second, the concept of consistency as a pattern that can be derived from all results is one we will use below, using a weight-of-evidence (WoE) approach and several specific examples. However, Kamrin's proposed idea that every study must show the same effect has the same weaknesses as discussed for the proposed definition of reproducibility and does not acknowledge the obvious differences in many species and strains. It also suggests that the identification of a single insensitive strain could negate any number of positive studies conducted with appropriate animal models (75).

And finally, Kamrin suggested that only studies with appropriate controls should be used for analyses, a criterion we agree should be followed. However, his own scrutiny of the low-dose animal literature fails to do so (68). He also suggested that studies use multiple doses so that a dose-response curve can be obtained. Although studies using a single dose can be informative, we agree that dose-response relationships provide important information to researchers and risk assessors alike. However, this requirement is not helpful if there is an insistence on observing a linear response; as we discuss in depth in this review, there are hundreds of examples of nonmonotonic and other nonlinear relationships between dose and endpoint. These should not be ignored.

In 2004, Hayes (76) reviewed the available literature concerning the effects of atrazine on amphibian development, with a specific focus on the effect of ecologically relevant doses of this EDC on malformations of the gonads and other sexually dimorphic structures; in the case of aquatic exposures, it can be difficult to determine what a cutoff for a low dose would be; thus, Hayes focused on studies examining the effects of atrazine at levels that had been measured in the environment. He reviewed the results produced by several labs, in which it was independently demonstrated that low concentrations of atrazine

produced gonadal abnormalities including hermaphroditism, males with extra testes, discontinuous gonads, and other defects. Hayes' work also clearly addressed the so-called irreproducibility of these findings by analyzing the studies that were unable to find effects of the pesticide; he noted that the negative studies had multiple experimental flaws, including contamination of the controls with atrazine, overcrowding (and therefore underdosing) of experimental animals, and other problems with animal husbandry that led to mortality rates above 80%.

In 2006, vom Saal and Welshons (77) examined the low-dose BPA literature, identifying more than 100 studies published as of July 2005 that reported significant effects of BPA below the established LOAEL, of which 40 studies reported adverse effects below the $50\ \mu g/kg \cdot d$ safe dose set by the EPA and U.S. Food and Drug Administration (FDA); all of these studies would be considered low dose according to the NTP's definition (2). The authors proposed that these examples should be used as evidence to support the low-dose hypothesis. Furthermore, this publication detailed the similarities among the studies that were unable to detect any effects of low doses of BPA and established a set of criteria required to accept negative studies. We have adapted the criteria detailed by Hayes (76) and vom Saal and Welshons (77) to produce a set of requirements for low-dose studies; these criteria are described in some detail below.

### D. Why examine low-dose studies now?

The developmental origins of health and disease hypothesis originated from studies showing that fetal DES exposure could cause severe malformations and cancers of the reproductive tract, and other studies demonstrating that fetal malnutrition could lead to adult diseases including metabolic syndrome, diabetes, and increased stroke incidence (78–81). Since that time, the developmental origins of health and disease hypothesis has been extended to address whether diseases that are increasing in prevalence in human populations could be caused by developmental exposures to EDCs (67, 82–85). Evidence from the animal literature has been tremendously informative about the effects of EDC exposures early in development and has driven new hypotheses to be tested in epidemiology studies (86). Studies including several discussed in this review provide supportive evidence that the fetal and neonatal periods are specifically sensitive to chemicals that alter endocrine signaling and that EDCs could be contributing to a range of diseases.

Strong, reliable, and reproducible evidence documents the presence of low concentrations of EDCs and other chemicals in human tissues and fluids, as well as in environmental samples (28, 87–89). These studies indicate

that samples collected from humans and the environment typically contain hundreds of contaminants, usually in the parts-per-billion (ppb) range (90, 91). The obvious question with potentially large public health implications is whether these concentrations are so low as to be irrelevant to human health. The fact that epidemiological analyses (reviewed in *Section III.C.3*) repeatedly find associations between the measured concentrations in human samples and disease endpoints suggests it is inappropriate to assume the exposures are too low to matter. That is especially the case given the empirical data (reviewed in *Section II.A*) from animal and cell culture experiments showing effects can be caused by concentrations comparable (and sometimes below) what is measured in humans and also the detection of NMDRCs in some of those same experiments.

In the human biomonitoring field, large databases such as the CDC's National Health and Nutrition Examination Survey (NHANES) have allowed researchers to make comparisons between groups of individuals with various exposure criteria; some of these studies will be addressed in detail in subsequent sections of this review. Although by definition these databases examine low-dose exposures, their use has been the subject of significant debate. Because of the large number of chemicals that have been measured (>300 in the most recent NHANES by the CDC) and the large number of health outcomes and other disease-related data collected from the individuals that donated biological samples, it has been argued that the number of possible associations that could be made would lead to a significant number of false positives (92); thus, associations could be found simply because of extensive data dredging. This has led some to suggest that these studies as a whole should be rejected (93, 94).

In response to these criticisms, epidemiologist Jan Vandenbroucke (95) notes, "researchers do not mindlessly grind out one analysis after another"; the examination of these databases for associations between chemical exposures and health effects does not entail the statistical comparison between all possible factors, calculated as some 8800 comparisons in the CDC's NHANES database (92). Instead, epidemiologists typically focus on a select number of comparisons that address relationships between chemicals and diseases identified *a priori* (96, 97), often because of mechanistic data obtained in laboratory animals or *in vitro* work with human and animal cells and tissues. Repeated findings of links between EDC exposures and diseases in epidemiological analyses of biomonitoring data based on *a priori* hypotheses suggests these relationships should not be rejected as a statistical artifact and, instead, should be the basis for significant concern that low-dose effects can be detected in the general population (85, 98).

### E. Mechanisms for low-dose effects

The endocrine system is particularly tuned to respond to very low concentrations of hormone, which allows an enormous number of hormonally active molecules to co-exist in circulation (38). As a ligand-receptor system, hormones act by binding to receptors in the cell membrane, cytosol, or the nucleus. The classical effects of nuclear hormone receptors influence gene expression directly, although rapid nongenomic actions at membrane-associated receptors are now well documented and accepted. Membrane receptors are linked to different proteins in the cell, and binding to these receptors typically changes cellular responses in a rapid fashion (99), although the consequence of a rapid signaling event could be the activation of a nuclear transcription factor, leading to responses that take longer to detect. Peptide hormones can also influence gene expression directly (see Refs. 100 and 101 for examples).

There are several means by which the endocrine system displays specificity of responses to natural hormones. Many hormone receptors are expressed specifically in a single or a few cell types (for example, receptors for TSH are localized to the thyroid), whereas some (like thyroid hormone receptors) are found throughout the body (102). For receptors that are found in multiple cell types, different effects are produced in part due to the presence of different coregulators that influence behaviors of the target genes (103–105). And finally, some hormones have multiple receptors [for example estrogen receptor (ER)$\alpha$ and ER$\beta$], which are expressed in different quantities in different cell types and organs and can produce variable effects on gene expression or cellular phenomena (cell proliferation *vs.* apoptosis) (102, 106).

The typical physiological levels of the endogenous hormones are extremely low, in the range of 10–900 pg/ml for estradiol, 300–10,000 pg/ml for testosterone, and 8–27 pg/ml for $T_4$ (see Table 2). Importantly, steroid hormones in the blood are distributed into three phases: free, representing the unconjugated, unbound form; bioavailable, representing hormones bound to low-affinity carrier proteins such as albumin; and inactive, representing the form that is bound to high-affinity binding proteins such as SHBG or $\alpha$-fetoprotein (38) (Fig. 1A). When the circulating levels in blood are corrected for the low fraction of the hormones that are not bound to serum binding proteins, the free concentrations that actually bring about effects in cells are even lower, for example 0.1–9 pg/ml for estradiol. Concentrations of active hormones will vary based on the age and physiological status of the individual (*i.e.* plasma testosterone levels are less than 1 ng/ml in male children but increase to approximately 5–7 ng/ml in adulthood; during menses, estradiol levels are typically less than 100

Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 2.**  Ranges of endogenous hormones in humans (from Ref. 108)

| Hormone | Free concentration (females) | Total concentration (females) | Free concentration (males) | Total concentration (males) |
|---|---|---|---|---|
| Cortisol | 20–300 ng/ml | | 20–300 ng/ml | |
| Estradiol | 0.5–9 pg/ml (adult female) | <20 pg/ml (prepubertal) 20–800 pg/ml (premenopausal) <30 pg/ml (postmenopausal) | | 10–60 pg/ml (adult) |
| Progesterone | | 0.2–0.55 ng/ml (prepubertal) 0.02–0.80 ng/ml (follicular phase) 0.90–4 ng/ml (luteal phase) <0.5 ng/ml (postmenopausal) | | 0.1–0.4 ng/ml (prepubertal) 0.2–2 ng/ml (adult) |
| Insulin | | 0–250 pmol/liter | | 0–250 pmol/liter |
| GH | | 2–6 ng/ml | | 2–6 ng/ml |
| Prolactin | | 0–15 ng/ml | | 0–10 ng/ml |
| Testosterone | 9–150 pg/ml (adult) | | 0.3–250 ng/ml | |
| Thyroid hormone | 8–30 pg/ml (10–35 pm) | | 8–30 pg/ml (10–35 pm) | |
| TSH | 0.5–5 $\mu$U/ml | | 0.5–5 $\mu$U/ml | |

pg/ml, but just before ovulation, they spike to 800 pg/ml; *etc.*) (107, 108). Of course, it should be noted that active concentrations of natural hormones vary somewhat from species to species and can even vary between strains of the same species (109).

There are several reasons why endogenous hormones are able to act at such low circulating concentrations: 1) the receptors specific for the hormone have such high affinity that they can bind sufficient molecules of the hormone to trigger a response, 2) there is a nonlinear relationship between hormone concentration and the number of bound receptors, and 3) there is also a nonlinear relationship between the number of bound receptors and the strongest observable biological effect. Welshons and colleagues (38) describe how hormone concentration influences receptor occupancy: "receptor occupancy is never determined to be linear in relation to hormone concentration . . . At concentrations above the $K_d$ [the dissociation constant for receptor-ligand binding kinetics], saturation of the response occurs first, and then at higher concentrations, saturation of receptors is observed." What this means is that at low doses of hormone, a 10-fold increase in hormone concentration can have a 9-fold increase in receptor occupancy, whereas at high doses of hormone, a 10-fold increase in hormone concentration produces a less than 1.1-fold increase in receptor occupancy (38) (Fig. 1B). Thus, even moderate changes in hormone concentration in the low-dose range can produce substantial changes in receptor occupancy and therefore generate significant changes in biological effects. Welshons *et al.* (38) also note that a near-maximum biological response can be observed without a high rate of receptor occupancy, a situation that was previously termed the spare receptor hypothesis (110, 111); that is, the response mechanism saturates before all of the receptors are saturated.

The presence of spare receptors is the basis for saying that these receptor systems are tuned to detect low concentrations that lead to occupancy of 0.1–10% of total receptors. Within this range of low receptor occupancy, there is high proportionality between changes in the free hormone concentration and changes in receptor occupancy, and a change in receptor occupancy by a ligand for the receptor is required to initiate changes in receptor-mediated responses (38).

There are additional reasons why natural hormones are active at low doses: 4) hormones have a strong affinity for their receptors (relative to affinity for other receptors) because many hormones are secreted from a single gland or site in the body but must have effects throughout the body in multiple tissues and 5) blood concentrations of hormones are normally pulsatile in nature, with the release of one hormone often controlled by the pulsatile release of another hormone (112, 113), and both the frequency and the amplitude of pulses modulate the biological response; hormones are also influenced by circadian rhythms, with dramatic differences in hormone secretion depending on the time of day (114, 115).

For many years, the mechanisms by which some environmental chemicals acted at low doses were not well understood. In 1995, the National Research Council appointed the Committee on Hormonally Active Agents in the Environment to address public concerns about the potential for adverse effects of EDCs on human health (116). At the time, work on understanding the mechanisms by which EDCs exert their effects was in its infancy, and in the executive summary, the committee stated, "Lack of knowledge about a mechanism does not mean that a reported effect is unconfirmed or unimportant, nor does demonstration of a mechanism document that the resulting effects are unique to that mechanism or are pervasive

**Figure 1.**



Figure 1. Characteristics and activities of natural hormones. A, This schematic depicts a typical relationship of three phases of circulating hormones: free (the active form of the hormone), bioavailable (bound weakly to proteins such as albumin), and inactive (bound with high affinity to proteins such as SHBG). These three phases act as a buffering system, allowing hormone to be accessible in the blood, but preventing large doses of physiologically active hormone from circulating. With EDCs, there may be little or no portion maintained in the inactive phase. Thus, the entirety or majority of a circulating EDC can be physiologically active; the natural buffering system is not present, and even a low concentration of an EDC can disrupt the natural balance of endogenous hormones in circulation. B, Schematic example of the relationship between receptor occupancy and hormone concentration. In this theoretical example, at low concentrations, an increase in hormone concentration of x (from 0 to 1x) causes an increase in receptor occupancy of approximately 50% (from 0 to 50%, see *yellow box*.) Yet the same increase in hormone concentration at higher doses (from 4x to 5x) causes an increase in receptor occupancy of only approximately 4% (from 78 to 82%, see *red box*).

in natural systems." Since that time, a tremendous amount of work has been dedicated to understanding the molecular mechanisms of action of EDCs, and in particular the mechanisms responsible for low-dose effects.

### 1. General mechanisms for EDC action

As discussed above, the endocrine system evolved to function when unbound physiologically active ligands (hormones) are present at extremely low doses (117). Because of shared receptor-mediated mechanisms, EDCs that mimic natural hormones have been proposed to follow the same rules and therefore have biological effects at low doses (38, 118). Similarly, EDCs that influence in any way the production, metabolism, uptake, or release of hormones also have effects at low doses, because even small changes in hormone concentration can have biologically important consequences (38, 119).

The estrogen-response mechanisms have been extensively studied with regard to the effects of endogenous estrogens and estrogenic drugs. In classical, genomic estrogen action, when endogenous estrogens bind to ER, those receptors bind to estrogen response element sequences or to a number of other response element sites adjacent to the genes directly responsive to estrogens; this binding influences transcription of estrogen-sensitive genes (120). Xenoestrogens produce the same reactions; these chemicals bind to ERs, which then initiate a cascade of molecular effects that ultimately modify gene expression. Therefore, for the actions of estrogenic EDCs, molecular mechanisms and targets are already known in some detail. Similar mechanisms are induced by the binding of androgens to the androgen receptor, or thyroid hormone agonists to the thyroid hormone receptor, among others.

Endocrine Reviews, June 2012, 33(3):0000–0000

Additionally, there are EDCs that act as antagonists of these hormone systems, binding to a receptor, but not activating the receptor's typical response, and preventing the binding or activity of the endogenous ligand. Finally, many EDCs bind to the receptor and trigger a response that is not necessarily the same as that triggered by the endogenous estrogens; these are termed selective ER modulators (SERMs). Ultimately, all of these actions occur at the level of the receptor.

Many studies have been dedicated to the understanding of which EDCs bind to which nuclear hormone receptors and how the binding affinities compare to the natural steroid. Thus, many of these chemicals have been classified as weak hormones. Yet studies have shown that, for example, the so-called weak estrogens like BPA can be equally potent as endogenous hormones in some systems, causing biological effects at picomolar levels (30, 38, 41, 121). Both endogenous estrogens and EDCs can bind to ER associated with the cell membrane [membrane-associated ER (mER)$\alpha$ and mER$\beta$] that are identical to the nuclear ER (122–124), and a transmembrane ER called G-protein coupled receptor 30 that is structurally dissimilar to the nuclear ER and encoded by a distinct gene (125, 126). In many cells, 5–10% of total ER$\alpha$ and ER$\beta$ are localized to the plasma membrane (124); these membrane-associated receptors are capable of nongenomic steroid action in various cell types (30, 121, 127); thus, rapid and potent effects are well documented for many EDCs including BPA, DES, endosulfan, dichlorodiphenyldichloroethylene (DDE), dieldrin, and nonylphenol, among others (41, 128–130).

Finally, EDCs have other effects that are not dependent on binding to either classical or membrane-bound steroid hormone receptors. EDCs can influence the metabolism of natural hormones, thus producing differences in the amount of hormone that is available for binding either because more (or less) hormone is produced than in a typical system or because the hormone is degraded faster (or slower) than is normal. Other EDCs influence transport of hormone, which can also change the amount of hormone that is available for receptor binding. And EDCs can also have effects that are independent from known endocrine actions. One example is the effect of endogenous hormones and EDCs on ion channel activity. BPA, dichlorodiphenyltrichloroethane (DDT), DES, nonylphenol, and octylphenol have all been shown to disrupt $Ca^{2+}$ channel activity and/or $Ca^{2+}$ signaling in some cell types (131–134). This example illustrates how both natural hormones and EDCs can have hormonal activity via binding to nuclear hormone receptors but may also have unexpected effects via receptor-mediated actions outside of the classical endocrine system.

## 2. Mechanisms of EDC-induced low-dose actions

The various mechanisms by which EDCs act *in vitro* and *in vivo* provide evidence to explain how these chemicals induce effects that range from altered cellular function, to abnormal organ development, to atypical behaviors. Just as natural hormones display nonlinear relationships between hormone concentration and the number of bound receptors, as well as between the number of bound receptors and the maximal observable biological effect, EDCs obey these rules of binding kinetics (38). Thus, in a way, EDCs exploit the highly sensitive endocrine system and produce significant effects at relatively low doses.

To gain insight into the effects of natural hormones and EDCs on gene expression profiles, it is possible to calculate doses that produce the same effect on proliferation of cultured cells, *i.e.* the quantitative cellular response doses, and determine the effect of those doses on transcriptomal signature profiles. When this is done for estradiol and EDCs with estrogenic properties, the affected estrogen-sensitive genes are clearly different (135). However, an interesting pattern emerges: comparing profiles among only the phytoestrogens shows striking similarities in the genes up- and down-regulated by these compounds; profile comparisons between only the plastic-based estrogens also show similarities within this group. Yet even more remarkable is what occurs when the doses are selected not based on cell proliferation assays but instead on the ability of estradiol and estrogen-mimics to induce a single estrogen-sensitive marker gene. When doses were standardized based on marker gene expression, the transcriptomal signature profiles were very similar between estradiol and estrogen mimics (135). Taken together, these results suggest that the outcomes of these experiments are contextual to the normalization parameter and that marker gene expression and cell proliferation are not superimposable. This indicates that the biological level at which the effects of chemicals are examined (*i.e.* gene expression, cellular, tissue, organ, or organismal) can greatly impact whether low-dose effects are observed and how these effects are interpreted.

There are several other mechanisms by which low-dose activities have been proposed. One such possibility is that low doses of EDCs can influence the response of individuals or organs/systems within the body to natural hormones; thus, the exposed individual has an increased sensitivity to small changes in endogenous steroids, similar to the effects of intrauterine position (see Ref. 136 and *Section I.F*). In fact, several studies have shown that exposure to EDCs such as BPA during perinatal development can influence the response of the mammary gland to estrogen (137, 138) and the prostate to an estrogen-testosterone

mixture similar to the concentrations produced in aging men (139–142). There is also evidence that EDCs work additively or even synergistically with other chemicals and natural hormones in the body (143–145). Thus, it is plausible that some of the low-dose effects of an EDC are actually effects of that exogenous chemical plus the effects of endogenous hormone.

Finally, it should be noted that during early development, the rodent fetus is largely, but not completely (146), protected from estrogen via the binding activity of α-fetoprotein, a plasma protein produced in high levels by the fetal liver (147). Some estrogen-like EDCs, however, bind very weakly to α-fetoprotein, and therefore, it is likely that this protein does not provide protection to the fetus during these sensitive developmental periods (36, 148). Furthermore, because EDCs may not bind to α-fetoprotein or other high-affinity proteins in the blood (148–150) and can have a higher binding affinity to proteins like albumin (compared with natural estrogens) (36, 149), the balanced buffer system in place for endogenous hormones may be disturbed (Fig. 1A). Thus, whereas only a portion of endogenous hormones are bioavailable, the entirety of a circulating EDC could be physiologically active.

The effects of hormones and EDCs are dependent on dose, and importantly, low (physiological) doses can be more effective at altering some endpoints compared with high (toxicological) doses. There are many well-characterized mechanisms for these dose-specific effects including signaling via single *vs.* multiple steroid receptors due to nonselectivity at higher doses (30), receptor down-regulation at high doses *vs.* up-regulation at low doses (151, 152), differences in the receptors present in various tissues (153, 154), cytotoxicity at high doses (155), and tissue-specific components of the endocrine-relevant transcriptional apparatus (104, 105). Some of these factors will be addressed in *Section III.B* in the section dedicated to NMDRCs.

## F. Intrauterine position and human twins: examples of natural low-dose effects

Hormones have drastically different effects at different periods of development. In a now classical *Endocrinology* paper, Phoenix and colleagues (156) showed that hormone exposures during early development, and in particular fetal development, had organizational effects on the individual, whereby the developing organs were permanently reorganized by exposure to steroids. Permanent, nonreversible masculinization of the developing body plan by androgen exposure *in utero* is an example. These organizational effects are in contrast to the effects of the same hormones, at similar or even higher doses, on adults. The effects of steroids on individuals after puberty have been termed activational, because the effects on target organs are typically transient; withdrawal of the hormone returns the phenotype of the individual to the preexposed state (157), although this is not always the case (158).

One of the most striking examples of the ability of low doses of hormones to influence a large repertoire of phenotypes is provided by the study of intrauterine positioning effects in rodents and other animals. The rodent uterus in particular, where each fetus is fixed in position along a bicornate uterus with respect to its neighbors, is an excellent model to study how hormones released from neighboring fetuses (159) can influence the development of endocrine-sensitive endpoints (31). Importantly, differences in hormonal exposures by intrauterine position are relatively small (see Fig. 2) (160). Thus, even a small magnitude in differences of hormonal exposures is sufficient to generate effects on behavior, physiology, and development.

The earliest studies of intrauterine position compared behavioral characteristics of females relative to their position in the uterus (161–164); male behavior was also affected by intrauterine position (161, 165–167). Subsequent studies of intrauterine position showed that position in the uterus influenced physiological endpoints (157, 160–162, 168–174) as well as morphological endpoints in female rodents (160, 161, 163, 164, 175–177). Male physiology and morphological endpoints were similarly affected by intrauterine position (165, 167, 177–179).

The endocrine milieu of the uterine environment has been implicated in these effects because differences in hormonal exposure have been observed based on intrauterine position (Fig. 2). The production of testosterone in male mice starting at approximately d 12 of gestation allows for passive transfer of this hormone to neighboring fetuses (159, 160, 180). Thus, fetuses positioned between two male neighbors have slightly higher testosterone exposures compared with fetuses positioned between one male and one female or two female neighbors (168, 181–183). These data indicate that very small differences in hormone exposures during fetal development are capable of influencing a variety of endpoints, many of which become apparent only during or after puberty. Furthermore, small differences in hormone exposures may be compounded by other genetic variations such as those normally seen in human populations.

Intrauterine effects have been observed in animals with both large litters and singleton or twin births including ferrets, pigs, hamsters, voles, sheep, cows, and goats (136, 184, 185). But perhaps the most compelling evidence for intrauterine effects comes from human twin studies. Many

Endocrine Reviews, June 2012, 33(3):0000–0000

**Figure 2.**



Figure 2. Intrauterine position produces offspring with variable circulating hormone levels. Fetuses are fixed in position in the bicornate rodent uterus, thus delivery via cesarean section has allowed for study of the influence of intrauterine position on behaviors, physiology, and organ morphology. Illustrated here are the differences in estradiol (E2) and testosterone (T) concentrations measured in male and female fetuses positioned between two male neighbors (2M), two female neighbors (2F), or neighbors of each sex (1MF). Direction of blood flow in the uterine artery (dark vessel) and vein (light vessel) is indicated by an *arrow* (159).

studies have found that the sex of the fetuses impacts the phenotype of one or more of the twins, with significant evidence suggesting that male twins strongly influence a female co-twin; endpoints including sensation seeking (186), ear superiority (187, 188), brain and cerebellum volume (189), masculine/feminine behaviors and aggression levels (190–192), handedness (193, 194), reproductive fitness (192, 195), finger length ratios (196), risk for developing eating disorders (197), and birth weight (198) were all affected in females with a male twin. From these studies, many authors have concluded that testosterone from male fetuses influences developmental parameters in female twins; typically, male same-sex twins do not display altered phenotypes for these endpoints. Yet importantly, limited studies indicate that female twins can influence their uterine pairs, with some behaviors affected in male co-twins (191); breast cancer incidence in women and testicular cancer in men have also been shown to be influenced by having a female co-twin (83, 199, 200).

Although the mechanisms for these intrauterine effects are not completely understood, very small differences in hormone exposures have been implicated, making the effects of twin gestations a natural example of low-dose

phenomena. In the human fetus, the adrenals produce androgens that are converted to estrogen by the enzyme aromatase, specifically in the placenta. In a human study designed to compare hormone levels in the amniotic fluid, maternal serum, and umbilical cord blood of singleton male and female fetuses, significant differences were observed in the concentrations of testosterone, androstenedione (A4), and estradiol (201). Specifically, amniotic fluid concentrations of testosterone and A4 were approximately twice as high in male fetuses, whereas estradiol concentrations were slightly, but significantly, higher in female fetuses. Yet, interestingly, there were no differences for any of the hormones in maternal serum, similar to findings in mice that litters with a high proportion of males or females did not impact testosterone, estradiol, or progesterone serum levels in mothers (180). In umbilical cord serum, concentrations of A4 and estradiol were higher in males compared with females (201), although it must be noted that these samples were collected at parturition, long after the fetal period of sexual differentiation of the reproductive organs.

Several studies have specifically compared steroid hormone levels in maternal and umbilical cord blood samples collected from same-sex and opposite-sex twins. Male twins, whether their co-twin was a male or a female, had higher blood concentrations of progesterone and testosterone compared with female twins (202). Furthermore, for both sexes, dizygotic twins had higher levels of these hormones, as well as estradiol, compared with monozygotic twins. Fetal sex had no effect on maternal concentrations of testosterone, progesterone, or estrogen, suggesting that any differences observed in fetal samples are due to contributions from the fetuses' own endocrine systems and the placental tissue (203). Yet an additional study conducted in women carrying multiple fetuses (more than three) indicates that both estradiol and progesterone concentrations in maternal plasma increase with the number of fetuses, and when fetal reduction occurs, these hormone levels remain elevated (204).

It has been proposed that low-dose effects seen in different intrauterine positions in litter-bearing animals could be an evolutionary adaptation, whereby the genotypes of the fetuses are relatively similar but a range of phenotypes can be produced via differential hormone exposures (136, 168). For example, female mice positioned between two females are more docile and thus have better

reproductive success when resources are plentiful, but females positioned between two males are more aggressive and therefore are more successful breeders under stressful conditions (161, 171, 175). In this way, a mother produces offspring with variable responses to environmental conditions, increasing the chances that her own genetic material will continue to be passed on. Yet although there is evidence to suggest that a variable intrauterine environment is essential for normal development (171), intrauterine positional effects appear to have little effect on offspring phenotypes in inbred rodent strains (168, 205). This result may be related to the link between genetic diversity and hormone sensitivity (206, 207), suggesting that outbred strains are the most appropriate for studying endocrine endpoints and are also most similar to the effects of low doses of hormones on human fetuses.

Finally, it has been proposed that similar mechanisms are used by the developing fetus in response to natural hormones via intrauterine position and EDCs with hormonal activity (136). To this end, several studies have examined the effects of both exposure to an EDC and intrauterine position or have considered the effect of intrauterine position on the response of animals to these chemicals (174, 176, 181, 208, 209). For example, one study found that intrauterine position affected the morphology of the fetal mammary gland, yet position-specific differences were obliterated by BPA exposure (176). Additional studies suggest that prostate morphology is disrupted by 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) exposure in males positioned between two females, but this chemical does not affect prostate morphology in males positioned between two males (181). Finally, male rodents positioned between two males have higher glucose intolerance than males positioned between two females, yet when these males are given a diet high in phytoestrogens, glucose tolerance is dramatically improved in the males positioned between two males, whereas their siblings positioned between two females do not benefit (209). What is clear from these studies is that low doses of natural hormones are capable of altering organ morphology, physiology, and reproductive development, similar to the effects of EDCs.

It has been suggested that the endocrine system allows for homeostatic control and that the aim of the endocrine system is to "maintain normal functions and development in the face of a constantly changing environment" (210). Yet studies from intrauterine position, together with studies of EDCs (see *Sections II.C–F*), clearly indicate that the fetal endocrine system cannot maintain a so-called homeostasis and is instead permanently affected by exposures to low doses of hormones.

## II. Demonstrating Low-Dose Effects Using a WoE Approach

### A. Use of a WoE approach in low-dose EDC studies

In 2001, the NTP acknowledged that there was evidence to support low-dose effects of DES, genistein, methoxychlor, and nonylphenol (2). Specifically, the NTP expert panel found that there was sufficient evidence for low-dose effects of DES on prostate size; genistein on brain sexual dimorphisms, male mammary gland development, and immune responses; methoxychlor on the immune system; and nonylphenol on brain sexual dimorphisms, thymus weight, estrous cyclicity, and immune responses. Using the NTP's definitions of low dose (*i.e.* effects occurring in the range of typical human exposures or occurring at doses lower than those typically used in standard testing protocols), we propose that most if not all EDCs are likely to have low-dose effects. Yet an important caveat of that statement is that low-dose effects are expected for particular endpoints depending on the endocrine activity of the EDC, and not for any/all endocrine-related endpoints. For example, if a chemical blocks the synthesis of a hormone, blood levels of the hormone are expected to decline, and the downstream effects should then be predicted from what is known about the health effects of low hormone levels. In contrast, if a chemical binds a hormone receptor, the effects are expected to be very complex and to be both tissue specific and dose specific. Finally, most EDCs interact with multiple hormone pathways, or even multiple hormone receptors, making the expected effects even more complex and context specific (211–213).

Table 3 summarizes a limited selection of chemicals that have evidence for low-dose effects, with a focus on *in vivo* animal studies. As seen by the results presented in this table, low-dose effects have been observed in chemicals from a number of classes with a wide range of uses including natural and synthetic hormones, insecticides, fungicides, herbicides, plastics, UV protection, and other industrial processes. Furthermore, low-dose effects have been observed in chemicals that target a number of endocrine endpoints including many that act as estrogens and antiandrogens as well as others that affect the metabolism, secretion, or synthesis of a number of hormones. It is also clear from this table that the cutoff for low-dose effects is not only chemical specific but also can be effect dependent. And finally, although this table is by no means comprehensive for all EDCs or even the low-dose effects of any particular chemical, the affected endpoints cover a large range of endocrine targets.

Several EDCs have been well studied, and the number of publications focusing on low-dose effects on a particular developmental endpoint is high; however, other

Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 3.** EDCs with reported low-dose effects in animals (or humans, where stated)

| Chemical | Use | EDC action | Low-dose cutoff | Affected endpoint | Refs. |
|---|---|---|---|---|---|
| Aroclor 1221 (PCB mixture) | Coolants, lubricants, paints, plastics | Mimics estrogens, antiestrogenic activity, etc. | 0.1–1 mg/kg (produces human blood levels) | Brain sexual dimorphisms | 683, 684 |
| Atrazine | Herbicide | Increases aromatase expression | 200 μg/liter (334, 335) | Male sexual differentiation/development | See this review |
| BPA | Plastics, thermal papers, epoxy resins | Binds ER, mER, ERRγ, PPAR-γ, may weakly bind TH receptor and AR | 400 μg/kg · d (produces human blood concentrations) | Prostate, mammary gland, brain development and behavior, reproduction, immune system, metabolism | See this review |
| Chlordane | Insecticide | Binds ER | 100 ng/g (produces human blood levels) | Sexually dimorphic behavior | 685 |
| Chlorothalonil | Fungicide, wood protectant | Aromatase inhibitor | 164 μg/liter (environmental concentrations, EPA) | Corticosterone levels (amphibians) | 686 |
| Chlorpyrifos | Insecticide | Antiandrogenic | 1 mg/kg · d (EPA) | Acetylcholine receptor binding (brain) | 687 |
| DDT | Insecticide | Binds ER | 0.05 mg/kg (EPA) | Neurobehavior | 688 |
| DES | Synthetic hormone | Binds ER | 0.3–1.3 mg/kg · d (dose typically administered to pregnant women) | Prostate weight | 689 |
| Dioxin (TCDD) | Industrial byproduct | Binds AhR | 1 μg/kg · d (397) | Spermatogenesis, immune function and oxidative stress, tooth and bone development, female reproduction, mammary gland, behavior | See this review |
| Genistein | Phytoestrogen | Binds ER | 50 mg/kg (EPA) | Brain sexual dimorphisms | 690 |
| Heptachlor | Insecticide | Induces testosterone hydroxylases | 0.15 mg/kg · d (EPA) | Immune responses | 691 |
| Hexachlorobenzene | Fungicide | Modulates binding of ligand to TRE, weakly binds AhR | 0.08 mg/kg · d (EPA) | Anxiety and aggressive behaviors | 692 |
| Maneb | Fungicide | Inhibits TSH release, may bind PPARγ | 5 mg/kg · d (EU Commission) | Testosterone release | 693 |
| Methoxychlor | Insecticide | Binds ER | 5 mg/kg · d (WHO) | Immune system | 694, 695 |
| 4-Methylbenzylidine camphor | UV screen | Weakly estrogenic | 10 mg/kg · d (Europa) | Sexual behavior | 696 |
| Methyl paraben | Preservative | Estrogenic | 1000 mg/kg · d (EFSA) | Uterine tissue organization | 697 |
| Nicotine | Natural alkaloid in tobacco | Binds acetylcholine receptors, stimulates epinephrine | Human use of nicotine substitutes | Incidence of cryptorchidism (humans) | 698 |
| Nonylphenol | Detergents | Weakly estrogenic | 15 mg/kg · d (EPA) | Testosterone metabolism | 699 |
| Octylphenol | Rubber bonding, surfactant | Weakly binds ER, RXR, PRGR | 10 mg/kg · d (700) | Testes endpoints | 701 |
| Parathion | Insecticide | | 0.2 mg/kg · d (WHO) | Cognitive and emotional behaviors | 702 |
| PBDE-99 | Flame retardant | Alters TH synthesis | 0.3 mg/kg · d (EPA) | TH levels in blood | 703 |
| PCB180 | Industrial lubricant, coolant | Impairs glutamate pathways, mimics estrogen | Examined normal human populations | Diabetes (humans) | 704 |
| PCB mixtures | Coolants, lubricants, paints, plastics | Binds AhR, mimic estrogens, antiestrogenic activity, etc. | Each at environmentally relevant levels | TH levels | 705 |
| Perchlorate | Fuel, fireworks | Blocks iodide uptake, alters TH | 0.4 mg/kg · d (436) | TSH levels (humans) | See this review |
| Sodium fluoride | Water additive (to prevent dental caries), cleaning agent | Inhibits insulin secretion, PTH, TH | 4 mg/liter water (EPA standard) | Bone mass and strength | 706 |
| Tributyltin oxide | Pesticide, wood preservation | Binds PPARγ | 0.19 mg/kg · d (EPA) | Obesity | 707 |
| Triclosan | Antibacterial agent | Antithyroid effects, androgenic and estrogenic activity | 12 mg/kg · d (Europe SCCP) | Altered uterine responses to ethinyl estradiol | 708 |
| Vinclozolin | Fungicide | Antiandrogenic | 1.2 mg/kg · d (EPA) | Male fertility | 709 |

EDC action indicates that for some chemicals, an effect is observed (*i.e.* estrogenic, androgenic), but for many EDCs, complete details of receptor binding are unavailable or incomplete. Low-dose cutoff means the lowest dose tested in traditional toxicology studies, or doses in the range of human exposure, depending on the data available. Affected endpoint means at least one example of an endpoint that shows significant effects below the low-dose cutoff dose. This list is not comprehensive, and the lack of an endpoint on this table does not suggest that low doses do or do not affect any other endpoints. AR, Androgen receptor; EFSA, European Food Safety Authority; ERR, estrogen related receptor; PCB, polychlorinated biphenyl; PPARγ, peroxisome proliferator-activated receptor-γ; PRGR, progesterone receptor; RXR, retinoid X receptor; SCCP, Scientific Committee on Consumer Products; TH, thyroid hormone; TRE, thyroid response element; WHO, World Health Organization.

chemicals are less well studied with fewer studies pointing to definitive low-dose effects on a given endpoint. In fact, there are a significant number of EDCs for which high-dose toxicology testing has been performed and the no observed adverse effect level (NOAEL) has been derived, but no animal studies in the low-dose range have been conducted, and several hundred additional EDCs where no significant high- or low-dose testing has been performed (see Table 4 for examples). Balancing the large amount of data collected from some well-studied chemicals like BPA and atrazine with the relative paucity of data about other chemicals is a difficult task.

**14**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 4.** Select examples of EDCs whose potential low-dose effects on animals remain to be studied

| Chemical | Use | EDC action | Low-dose cutoff |
|---|---|---|---|
| Antiseptics and preservatives | | | |
| Butyl paraben | Preservative (cosmetics) | Estrogenic, antiandrogenic | 2 mg/kg · d (EPA) |
| Propyl paraben | Antimicrobial preservative found in pharmaceuticals, foods, cosmetics, and shampoos | Estrogenic activity | LOAEL 10 mg/kg · d, NOEL 6.5 mg/kg · d (Europa) |
| Cosmetics and personal care products | | | |
| 2,4-Dihydroxybenzophenone | UV absorber in polymers, sunscreen agent | Estrogenic activity | Not identified |
| 3-Benzylidene camphor | UV blocker used in personal care products | Estrogenic activity | 0.07 mg/kg · d (710) |
| 4,4′-Dihydroxybenzophenone | UV light stabilizer used in plastics, cosmetics, adhesives, and optical fiber | Estrogenic activity | Not identified |
| Benzophenone-2 | Used in personal care products such as aftershave and fragrances | Estrogenic activity, changes in $T_4$, $T_3$, and TSH levels, alterations in cholesterol profile | NOEL 10–333 mg/kg · d (711) |
| Benzophenone-3 | UV filter | Estrogenic, PPARγ activator | 200 mg/kg · d (Europa) |
| Multiple use (other) | | | |
| Melamine | Flame-retardant additive and rust remover; used to make laminate, textile, and paper resins; metabolite of cyromazine | Affects voltage-gated $K^+$ and $Na^+$ channels and $Ca^{2+}$ concentrations in hippocampal neurons | 63.0 mg/kg · d (FDA) |
| Resorcinol | Used in the manufacturing of cosmetics, dyes, flame retardants, hair dye formulations, pharmaceuticals, skin creams, and tires | Alters $T_4$ and TSH levels | 80.00 mg/kg · d (Europa) |
| Pesticides | | | |
| Aldrin[a] | Insecticide | Estrogenic activity | 0.025 mg/kg · d (Health Canada) |
| Alachlor | Herbicide | Decreases serum $T_4$, binds PR, weakly binds ER | 1 mg/kg · d (EPA) |
| Amitrole | Herbicide | Decreases thyroid hormone | 0.12 mg/kg · d (FAO) |
| Bitertanol | Fungicide | Alters aromatase | 30 mg/kg · d (EPA) |
| Carbendazim | Fungicide | Affects FSH, LH, and testosterone levels; alters spermatogenesis and Sertoli cell morphology | 8 mg/kg · d (712) |
| Diazinon | Insecticide | Alters glucocorticoids | 0.065 mg/kg · d (CDC) |
| Endrin[a] | Insecticide | Stimulates glucocorticoid receptor | 0.025 mg/kg · d (CDC) |
| Fenoxycarb | Insecticide | Alters acetylcholinesterase | 260 mg/kg · d (CDC) |
| Mirex[a] | Insecticide | Decreases testosterone levels | 0.075 mg/kg · d (CDC) |
| Zineb | Fungicide | Alters $T_4$ and dopamine levels | LOAEL 25 mg/kg · d (EPA) |
| Ziram | Fungicide | Alters norepinephrine levels | 1.6 mg/kg · d (EPA) |
| Resins | | | |
| Bisphenol F | Used in polycarbonates | Alters $T_4$, $T_3$, and adiponectin levels, has estrogenic activity | LOAEL 20 mg/kg · d (713) |
| Styrene | Precursor to polystyrene | Alters dopamine | 200 mg/kg · d (EPA) |

PPARγ, peroxisome proliferator-activated receptor-γ; PR, progesterone receptor.

[a] These chemicals were identified in the 1990s as part of the dirty dozen, 12 chemicals that were acknowledged to be the worst chemical offenders because of their persistence in the environment, their ability to accumulate through the food chain, and concerns about adverse effects of exposures to wildlife and humans. These chemicals were banned by the Stockholm convention and slated for virtual elimination. Yet there is still very little known about the low-dose effects of these chemicals, likely in the range of past and current human and/or wildlife exposures.

WoE approaches have been used in a large number of fields to determine whether the strength of many publications viewed as a whole can provide stronger conclusions than any single study examined alone. Although the term, weight of evidence, is used in public policy and the scientific literature, there is surprisingly little consensus about what this term means or how to characterize the concept (214). Historically, risk assessors have used qualitative

Endocrine Reviews, June 2012, 33(3):0000–0000

approaches (*i.e.* professional judgment to rank the value of different cases) and quantitative approaches (*i.e.* scoring methods to produce statistical and mathematical determinations of chemical safety), but it has been argued that these methods lack transparency and may produce findings that are unrepeatable from one risk assessor to another (215, 216). Whatever the method used, when EDCs are being assessed, it is important to use the principles of endocrinology to establish the criteria for a WoE approach. We do this in *Section II.B*, identifying three key criteria for determining whether a study reporting no effect should be incorporated into a WoE approach. It also should be noted that in epidemiology, the term, weight of evidence, is typically not used, but the concept is actuated by meta-analysis, formally and quantitatively combining data across studies, including a plot of individual and pooled study findings and also a measure of heterogeneity of findings between studies.

For some well-studied chemicals, there are large numbers of studies showing both significant effects, and additional studies showing no effects, from low-dose exposures. In these cases, extensive work is needed to deal with discordant data collected from various sources; studies showing no effect of low-dose exposures must be balanced in some way with those studies that do show effects. As stated by Basketter and colleagues (217), "it is unwise to make a definitive assessment from any single piece of information as no individual assay or other assessment . . . is 100% accurate on every occasion . . . This means that from time to time, one piece of conflicting data has to be set aside." WoE approaches in EDC research have typically dealt with datasets that have some conflicting studies, and these conflicts are even more difficult to sort out when studies have attempted to directly replicate published findings of adverse effects (see for example Refs. 218–221).

Most previously published WoE analyses have examined chemicals broadly (asking questions such as, "Does BPA produce consistent adverse effects on any endpoint?") (see Ref. 222). This can lead to problems including those encountered by the NTP expert panel, which found that there was some evidence for low-dose effects of BPA on certain endpoints but mixed findings for other endpoints. For example, the panel noted that some studies found low-dose effects of BPA on the prostate, but other studies could not replicate these findings. In *Section II.B*, we address criteria that are needed to accept those studies that are unable to detect low-dose effects of chemicals; these criteria were not used by the NTP in 2001, but they are essential to address controversies of this sort and perform WoE analyses using the best available data. In the sections that follow, we employed a WoE approach to

examine the evidence for low-dose effects of single chemicals on selected endpoints or tissues, also paying attention to when in development the EDC in question were administered.

### B. Refuting low-dose studies: criteria required for acceptance of studies that find no effect

Over the past decade, a variety of factors have been identified as features that influence the acceptance of low-dose studies (69, 71, 76, 77, 90, 205, 223, 224). In fact, the NTP low-dose panel itself suggested that factors such as strain differences, diet, caging and housing conditions, and seasonal variation can affect the ability to detect low-dose effects in controlled studies (2). In particular, three factors have been identified; when studies are unable to detect low-dose effects, these factors must be considered before coming to the conclusion that no such effects exist.

#### 1. Negative controls confirm that the experimental system is free from contamination

Although all scientific experiments should include negative (untreated) controls, this treatment category is particularly important for EDC research. When a study fails to detect low-dose effects, the observed response in control animals should be compared with historical untreated controls; if the controls deviate significantly from typical controls in other studies, it may indicate that these animals were, in fact, treated or contaminated in some way or that the endpoint was not appropriately assessed (77, 205, 225). For example, if an experiment was designed to measure the effect of a chemical on uterine weight, and the control uteri have weights that are significantly higher than is normally observed in the same species and strain, these animals may have been inadvertently exposed to an estrogen source, or the uteri may not have been dissected properly by the experimenters. In either case, the study should be examined carefully and likely cannot be used to assess low-dose effects; of course, untreated controls should be monitored constantly because genetic drift and changes in diet and housing conditions can also influence these data, thus explaining changes from historical controls. Importantly, several types of contamination have been identified in studies of EDCs including the leaching of chemicals from caging or other environmental sources (226, 227), the use of pesticide-contaminated control sites for wildlife studies and contaminated controls in laboratory studies (76), and even the use of food that interferes with the effects of EDCs (224, 228). It is also important to note that experiments must consider the solvent used in the administration of their test chemical, and thus good negative controls should test for effects of the solvent itself. Using solvent negative controls helps prevent false posi-

tives as well as the possibility that the vehicle could mask the effects of the chemical being studied.

### 2. Positive controls indicate that the experimental system is capable of responding to low doses of a chemical acting on the same pathway

Many studies do not include a positive control, either because of the size and cost of the experiment when including an additional treatment or because an appropriate positive control has not been identified for the endpoint being examined. If the experiment detects an effect of the chemical in question, the exclusion of a positive control does not necessarily affect the interpretation of the results; instead, it can be appropriately concluded that the test chemical is significantly different from unexposed (but similarly handled/treated) negative controls. However, if the study fails to detect low-dose effects of a test chemical, no convincing conclusion can be made; in this case, a positive control is required to demonstrate that the experimental system was capable of detecting such effects (71, 75, 77, 205).

Several issues must be considered when addressing whether the positive control confirms the sensitivity of the assay. First, an appropriate chemical must be selected, and it must be administered via the appropriate route, *i.e.* if the test chemical is administered orally, a positive control that is orally active, such as ethinyl estradiol, should be used; if the test chemical is administered sc, a positive control that is active via this route, such as 17β-estradiol, is most appropriate. The use of 17β-estradiol in studies that use oral exposures is particularly inappropriate (see Ref. 229 for example) because this hormone, like most natural steroids, has very low oral activity (77). Second, the positive control chemical must be examined, and effective, at appropriately low doses. Thus, if the test chemical is 100 times less potent than the positive control, a dose of the positive control 100 times lower than the test compound must produce effects (69, 71, 205). For example, studies that report effects of ethinyl estradiol only at doses that are hundreds of times higher than the dose that is effective in contraceptives (230) are not capable of detecting low-dose effects of test chemicals. Without appropriate and concurrent positive and negative controls, studies that fail to detect low-dose effects of test chemicals should be rejected.

### 3. Species and animal strains that are responsive to EDCs must be used

The NTP expert panel specifically noted that "because of clear species and strain differences in sensitivity, animal-model selection should be based on responsiveness to endocrine-active agents of concern (*i.e.* responsive to pos-

itive controls), not on convenience and familiarity" (2). An analysis of the BPA literature clearly showed that many of the studies that failed to detect effects of low doses used the Charles River Sprague-Dawley rat (75); this strain was specifically bred to have large litters (231), and many generations of inbreeding have rendered the animal relatively insensitive to estrogens (205). The NTP expert panel noted the lack of effects of BPA on Sprague-Dawley rats and concluded that there were clear differences in strain sensitivity to this chemical (2). Importantly, this may not be true for Sprague-Dawley rats that originate from other vendors, indicating that animal origin can also influence EDC testing.

Many studies in mice (138, 206, 207, 232–234) and rats (232, 235–239) have described differences displayed between two (or more) animal strains to a natural hormone or EDC. Often these differences can be traced to whether a strain is inbred or outbred. Genetically diverse strains are generally found to be more sensitive to estrogens (206). Importantly, well-controlled studies demonstrate that strain differences in response to estrogen treatment may be organ dependent or may even differ between levels of tissue organization within the same organ. For example, the Sprague-Dawley rat is more sensitive to ethinyl estradiol than other strains when measured by uterine wet weight. However, when other endpoints were measured, *i.e.* height of cells in the uterine epithelium, the Sprague-Dawley rat was indistinguishable from the DA/Han rat; instead, the Wistar rat had the most heightened response (237). Additionally, there are data to indicate that strain differences for one estrogen may not be applicable for all estrogenic chemicals. In comparing the responses of DA/Han, Sprague-Dawley, and Wistar rats to other xenoestrogens, additional differences were observed including a greater increase in uterine wet weight of DA/Han and Sprague-Dawley rats but not Wistar rats after exposure to 200 mg/kg BPA; increased uterine epithelium thickness was observed in Wistar and Sprague-Dawley rats but not DA/Han rats after exposure to 200 mg/kg octylphenol (237). Attempts have been made, at times successfully, to map the differences in strain response to genetic loci (240). However, it appears that strains with differences in response that manifest in some organs do not have divergent responses in other organs, a phenomenon that is not explained by genetic differences alone. For these reasons, the NTP's recommendation that scientists use animals that are proven responsive to EDCs (2) must be observed.

### 4. Additional factors?

Additional factors have also been identified as influential in the ability (or inability) to detect low-dose effects in

Endocrine Reviews, June 2012, 33(3):0000–0000

EDC studies. Although these factors must be considered when interpreting studies and using a WoE approach, some issues that were previously identified as essential factors in the design of studies (*i.e.* route of administration) have more recently been disputed (241).

The first factor is the use of good laboratory practices (GLP) in the collection of data. When assessing the EDC literature for risk assessment purposes, the FDA and European Food Safety Authority (EFSA) have given special prominence to studies that complied with GLP guidelines, essentially giving scientific priority to industry-funded studies because that group typically conducts GLP guideline studies (33, 242). Because GLP guidelines are designed only to control data collection, standards for animal care, equipment, and facility maintenance, and they do not ensure that studies were designed properly with the appropriate controls, it has been argued that the use of GLP methods is not appropriate or required for EDC studies (69).

GLP studies are typically large, with dozens of animals studied for each endpoint and at each time point. Thus, it has been concluded that these studies are better simply because they are larger. Yet small studies designed with the use of power analysis, statistical tools that allow researchers to determine *a priori* the number of animals needed to determine significant differences based on effect size, are equally capable of detecting effects while reducing the number of animals used (69). GLP studies also typically (but not necessarily) rely upon standardized assays, which are not generally considered contemporary tools and are often shown to be incapable of detecting adverse effects on endpoints that employ modern tools from molecular genetics and related disciplines. Furthermore, some fields of EDC research have no GLP studies (243). Finally, there is no published evaluation of whether studies performed under GLP are more capable of providing accurate results. The priority given to GLP studies therefore does not appear to have been justified based on any comparative analysis. Thus, as long as studies include appropriate measures of quality assurance, they need not be performed under GLP standards to provide reliable and valuable information, and many GLP studies are inadequate to assess important and relevant endpoints. Instead, the most valuable studies consider the factors presented above, along with appropriate dose selections and choice of endpoint.

The second factor worth considering is the source of funding for studies. In several fields, significant controversy has been produced based on the results obtained from independent scientists compared with results obtained from scientists affiliated with the chemical industry (75, 76). Funding source *per se* should not dictate the outcome of a research study, but that does not mean that researchers are not subject to underlying biases. In our own WoE analyses, presented in *Sections II.C–G*, we do not discount studies merely because they were conducted with industry funds, nor do we lend higher weight to studies conducted in independent or government laboratories; if a study, regardless of funding, finds no effect of a chemical, it is given weight only if the three criteria described in *Sections II.B.1–3* (successful and appropriate negative and positive controls and appropriate choice of animal model) were met.

To perform a WoE evaluation, we identified some basic information about the chemical in question, the dose that would be considered a low-dose cutoff, and the studies in support of and against low-dose effects. We then considered whether the majority of studies found effects of low doses of a chemical on a single endpoint in question. If studies did not find low-dose effects, we considered whether they adhered to the criteria discussed above for proper design of an EDC low-dose study. In particular, we considered whether appropriate animal strains as well as positive and negative controls were used. With regard to animal strain, as discussed briefly in *Section II.B.3*, there is variability between animal strains that can significantly influence the ability to detect effects of EDCs; using insensitive strains to produce negative data cannot refute positive data in a sensitive strain. In several cases, it was easy to conclude that there was a strong case for low-dose effects because there were no studies finding no effects at low doses or because all of the negative studies were inappropriately designed. For other chemicals, a significant number of studies found effects on the endpoint being considered, but other (adequately designed) studies refuted those findings. Under those circumstances, we determined whether the findings of harmful effects came from multiple laboratories; when they did, we cautiously concluded that there was evidence for low-dose effects. Below (*Sections II.C–G*), we present five examples where a significant number of studies were available examining low-dose effects of an EDC on a single particular endpoint.

### C. BPA and the prostate: contested effects at low doses?

As discussed briefly above, BPA is one of the best-studied EDCs, with more than 200 published animal studies, many of which focused on low doses (29, 31). The effects of this chemical on wildlife species have also been described in detail (28). BPA is found in a myriad of consumer products, and it leaches from these items under normal conditions of use (4). It has also been regularly detected in air, water, and dust samples. The majority of individuals in industrialized countries have BPA metabolites in their urine, and trends indicate increasing expo-

sures in developing nations like China (87, 244). Although it was long suspected that most human exposures originate from BPA contamination of food and beverages, a study comparing the excretion of BPA metabolites with the length of time spent fasting suggests that there are also likely to be significant exposures from sources other than food and beverages (245). BPA has recently been shown to be used in large quantities in thermal and recycled papers and can enter the skin easily via dermal absorption (246–248). Thus, despite the large amount of information available on BPA sources, our understanding of how these sources contribute to total human exposures remains poor; these studies also point to significant gaps in current knowledge about BPA metabolism in humans (243).

BPA binds to the nuclear and membrane ER, and thus most of the effects of this chemical have been attributed to its estrogenic activity (27). However, there is evidence that it can activate a number of additional pathways, including thyroid hormone receptor, androgen receptor, as well as peroxisome proliferator-activated receptor-$\gamma$ signaling pathways (249–252). The cutoff for a low dose has been set at several different concentrations depending on which studies and definitions are used (see Table 1). The EPA calculated a reference dose for BPA of 50 $\mu$g/kg · d based on a LOAEL of 50 mg/kg · d (38). More recent pharmacokinetic scaling experiments have estimated that exposures to approximately 400 $\mu$g/kg · d produce blood concentrations of unconjugated BPA in the range of human blood concentrations (4). Thus, for the two WoE analyses of the BPA literature we conducted, doses of 400 $\mu$g/kg · d or lower were considered low dose; pharmacokinetic studies from nonhuman primates support the appropriateness of this dose for approximating human exposure levels (253). Furthermore, because this dose is below the toxicological LOAEL, it is a conservative cutoff for low-dose studies (see Refs. 3 and 38 and Table 1).

One of the most well studied and hotly debated examples of a low-dose effect comes from the BPA literature; regulatory agencies and scientists have addressed several times whether low doses of BPA during fetal and perinatal development affect the rodent prostate (118, 205, 254, 255). In 1997, the first study on BPA and the prostate determined that fetal exposure to low doses (2 and 20 $\mu$g/kg · d administered orally to pregnant mice) increased the weight of the adult prostate compared with unexposed male offspring (256). Since that time, several additional studies have verified that prostate weight is affected by fetal exposure to similar low doses (257–259). Studies have also shown that low doses of BPA affect androgen receptor binding activity in the prostate (257), tissue organization, and cytokeratin expression in the gland (260–262) as well as the volume of the prostate and the number

and size of dorsolateral prostate ducts (208). Several recent studies have also examined whether low doses of BPA (10 $\mu$g/kg · d) influence the incidence of adult-onset prostatic intraepithelial neoplasia (PIN) lesions. Perinatal BPA exposure, whether administered orally or sc to pups, increases the incidence of PIN lesions in response to a mixture of testosterone and estradiol in adulthood (139, 141, 263); this hormonal cocktail was designed to mimic the endocrine changes associated with aging in men that also typically accompany the onset of prostate cancer. In addition to the effects of BPA on PIN lesions, these low doses also produced permanent alterations in the epigenome of exposed males, with prostates displaying completely unmethylated sequences in genes that are hypermethylated in unexposed controls (140, 263). In examining these studies, although the same effects of BPA on the prostate were not observed in all studies, there is an obvious trend demonstrating that low doses of BPA during early development significantly affect several aspects of prostate development.

Since the initial report showing effects of low doses on the prostate, approximately nine studies, including several designed specifically to replicate the original positive study, have shown no effects of low doses on the prostate (264–272); every one of these studies examined the prostate weight, and Ichihara *et al.* (264) also examined the effects of BPA on PIN lesions (without hormonal treatment) and the response of the prostate to a chemical carcinogen. Three of these studies failed to include a positive control of any kind (264, 268, 270); three studies used DES as a positive control but found no effect from exposure to this potent xenoestrogen (265–267) (*i.e.* the positive control failed); another study used 17$\beta$-estradiol as a positive control, inappropriately administered orally, and found no effects of this hormone on the prostate (271); and two studies used an estrogenic positive control (ethinyl estradiol) and found effects from its exposure, but only at inappropriately high doses (269, 272). These two studies clearly showed that the positive control dose was too high, because rather than increase the weight of the prostate (as seen after low doses of estrogens in other studies), the positive control decreased the weight of the adult prostate (269, 272).

Although this topic was once considered controversial, using a WoE approach, it is clear that there is strong evidence in support of low-dose effects of BPA on the development of the prostate. The evidence clearly shows that several endpoints, including prostate weight, were affected in similar ways in multiple studies from several different labs at doses below 400 $\mu$g/kg · d; most effects were seen at doses below 50 $\mu$g/kg · d. Furthermore, PIN lesions were reported after neonatal exposure to 10 $\mu$g/kg · d with

Endocrine Reviews, June 2012, 33(3):0000–0000

hormonal treatment in adulthood. No appropriately conducted studies contest this evidence. Therefore, the WoE analysis demonstrates that low doses of BPA significantly alter development of the rodent prostate. The NTP's review of the BPA literature in 2008 indicated that this agency agrees that there is now significant evidence that low-dose BPA adversely affects development of the prostate (273).

### D. BPA and the mammary gland: undisputed evidence for low-dose effects

The mammary gland is a conspicuous choice to examine the effects of estrogenic compounds because this organ depends on estrogen for proper development at several critical periods in life (274). The fetal gland expresses ER in the mesenchymal compartment, and just before birth, the epithelium becomes ER positive as well (275). At puberty, estrogen is responsible for ductal elongation and overall development of the gland, allowing the epithelium to fill the stromal compartment in preparation for pregnancy and lactation. Although BPA is an example of a chemical that has been classified as a weak estrogen because it binds with a much lower affinity to ER$\alpha$ compared with 17$\beta$-estradiol, even weak estrogens are known to affect the development of the mammary gland during early development (276).

In the first study to examine the effects of BPA on the mammary gland, prepubertal rats were exposed to relatively high doses (100 $\mu$g/kg · d or 54 mg/kg · d) for 11 d. After even this short exposure, mammary gland architecture was affected in both dose groups, with increased numbers of epithelial structures and, in particular, structures that suggest advanced development (277). BPA exposure also altered proliferation rates of mammary epithelium and cell cycle kinetics, with an increased number of cells in S-phase and a decreased number of cells in G1. Although relatively high doses of BPA were examined, this initial study indicated that the prepubertal and pubertal gland could be sensitive to BPA.

Many additional studies have examined another critical period, the fetal and neonatal periods, which are sensitive to environmental estrogens (78, 276, 278). Mice exposed prenatally to low doses of BPA via maternal treatment (0.25 $\mu$g/kg · d) displayed altered development of both the stromal and epithelial compartments at embryonic d 18, suggesting that exposures affect tissue organization during the period of exposure (176). In addition, similar low doses produced alterations in tissue organization observed in puberty and throughout adulthood, long after exposures ended, and even induced pregnancy-like phenotypes in virgin females (137, 279–282). Female mice exposed to BPA *in utero* displayed heightened re-

sponses to estradiol at puberty, with altered morphology of their glands compared with animals exposed to vehicle *in utero* (138). Another study demonstrated that perinatal BPA exposure altered the mammary gland's response to progesterone (283). Remarkably, all of these effects were observed after maternal exposures to low doses (0.025–250 $\mu$g/kg), suggesting that the gland is extremely sensitive to xenoestrogen exposures. These studies are in contrast to one that examined the effects of higher doses (0.5 and 10 mg/kg · d) when BPA was administered for 4 d to the dam, which reported advanced development of BPA-exposed glands before puberty but no effects in adulthood (284).

Adult exposure to BPA is only now being examined in the mouse mammary gland model. A recent study examined the effects of BPA on mice with mutations in the *BRCA1* gene. This study reported that 4 wks of exposure to a low dose of BPA altered the tissue organization of the mammary gland in ways that are similar to the effects observed after perinatal exposure (285). This study focused on altered development of the gland during exposure; additional studies are needed to determine whether these effects are permanent or whether normal mammary morphology could be achieved by cessation of BPA exposure.

Another obvious endpoint is the effect of BPA exposure on mammary cancer incidence. Several studies indicate that exposure to BPA *in utero* produces preneoplastic (281, 286, 287) and neoplastic lesions (286) in the gland in the absence of any other treatment. Additionally, other studies show that females exposed to BPA during the perinatal period are more sensitive to mammary carcinogens, decreasing tumor latency and increasing tumor incidence (287–290). These studies are also supported by subsequent studies examining gene and protein expression, which show that low-dose BPA specifically up-regulates expression of genes related to immune function, cell proliferation, cytoskeletal function, and estrogen signaling and down-regulates apoptotic genes (282, 288, 289, 291).

Postnatal BPA exposures also influence mammary cancer incidence; animals exposed lactationally to BPA from postnatal d 2 until weaning displayed decreased tumor latency and increased tumor multiplicity after treatment with DMBA [7,12-dimethylbenz(a)anthracene], a carcinogen (292). This study suggested that BPA exposure led to increased cell proliferation and decreased apoptosis in the gland and shifted the period where the gland is most susceptible to mammary carcinogens, a result that has important implications for human breast cancer. Finally, an additional study examined the effects of adult BPA exposure on mammary cancer; this study demonstrated that low doses of BPA accelerate the appearance of mammary tumors in a tumor-prone mouse strain (293). Interestingly,

high doses did not have this effect; thus, this study is also an excellent example of a NMDRC.

Two studies of BPA and the mammary gland seem to contradict this body of literature, but both examined extremely high doses. In the first study, Nikaido et al. (294) exposed female mice to 10 mg/kg BPA from postnatal d 15–18. Mammary glands from these animals were examined at 4, 8, and 24 wk of age, and no differences were observed in the exposed animals relative to controls. Although the lack of effects reported in this study could be due to the high dose employed, they could also be related to the relatively short exposure period during the preweaning phase. In the second study, Yin and colleagues (295) examined the effects of BPA during the first few days after birth (0.1 or 10 mg BPA, equivalent to approximately 10 and 1000 mg/kg) on the incidence of mammary tumors after exposure to a mammary carcinogen at puberty. Similar to the study described above, this one also examined the effects of BPA after a relatively short period of exposure (only three injections administered between postnatal d 2 and 6). Although the study showed that BPA affected tissue organization, there was no change in the incidence of tumors in BPA-exposed females. Because both of these studies examined both high doses and relatively short periods of exposure, it is difficult to compare them directly to the studies finding effects of BPA on the mammary gland after longer exposures to lower doses; at the very least, they cannot refute studies suggesting that BPA alters development of this gland.

In summary, the WoE clearly shows that low-dose BPA exposure affects development of the mammary gland, mammary histogenesis, gene and protein expression in the gland, and the development of mammary cancers. In fact, this example of low-dose effects produced remarkably similar effects across more than a dozen studies conducted in several different labs. These results are also consistent with the effects of low-dose BPA exposure on mammary epithelial cells in culture (reviewed in Ref. 30). Although epidemiology studies examining the influence of BPA on breast cancer rates have proven to be inconclusive at best (296), to replicate the animal studies discussed above, epidemiologists must collect information about prenatal and neonatal exposures and relate them to adult breast cancer incidence. These types of studies would take decades to conduct (67) and should take into consideration the effects of other estrogens, because their effects can be additive or even synergistic (143, 144, 297).

Although our analyses of BPA have focused on its effects on the mammary gland and prostate (see Sections II.C–D), it is worth noting that several other endpoints have strong data to support the hypothesis that BPA has low-dose effects. In a recent review using similar WoE approaches, Hunt and colleagues (298) focused on those studies that examined the effects of BPA on the oocyte, specifically scrutinizing studies that reported effects, or no effects, on meiotic aneuploidy and other alterations in the intracellular organization and chromosome abnormalities. Similar to what has been observed with the prostate and mammary gland, the effects observed in the oocyte are variable from study to study, but overall consistent, and suggest that BPA exposure produces defects in these cells.

A large number of studies have also focused on the effects of BPA on the brain and behavior, with the most significant effects on sexually dimorphic regions of the brain and behaviors (299–307). Other affected behaviors include social behaviors, learning and anxiety, and maternal-neonate interactions (reviewed in Refs. 29 and 308). The NTP expert panel statement concluded that there were significant trends in these behavioral data and wrote that there was some concern that BPA could have similar effects in humans (273). Low-dose effects have also been reported for BPA in the female reproductive tract (309, 310), immune system (311, 312), maintenance of body weight and metabolism (313, 314), fertility (315–317), and the male reproductive tract (259, 318) (see Refs. 29 and 319 for comprehensive reviews).

### E. Another controversial low-dose example: atrazine and amphibian sexual development

Atrazine is an herbicide that is applied in large volumes to crops, and there is concern that agricultural runoff of this chemical can affect nontarget animal species, especially amphibians that live and reproduce in small ponds and streams where significant amounts of atrazine have been regularly measured (320–322). It is the most commonly detected pesticide in ground and drinking water. Atrazine induces aromatase expression in cells and animals after exposure (323); this ultimately causes an increase in the conversion of testosterone to estrogen (324, 325). This effect has been reported in all vertebrate classes examined: fish, amphibians, reptiles, birds, and mammals, including human cell lines (see Ref. 326 for review). Another well-documented effect of atrazine is that it decreases androgen synthesis and activity, again, in every vertebrate class examined (326). In addition, endocrine-disrupting effects of atrazine occur through a number of other mechanisms, including antiestrogenic activity (327), altered prolactin release (328), and increased glucocorticoid release from the adrenal glands (329, 330), among others (327).

Because of atrazine's indirect effect on estrogen levels, one relevant endpoint that has been given attention is the effect of this chemical on gonad differentiation in various amphibian species. The early gonad is bipotential, and in

Endocrine Reviews, June 2012, 33(3):0000–0000

mammals, the expression of genes on the Y-chromosome is needed to masculinize the undifferentiated gonad; when this does not occur, the gonad develops into ovarian tissue. In *Xenopus laevis* frogs (and some other animals like birds), the opposite is true: females are heterogametic (*i.e.* ZW-chromosomes) and males have two of the same chromosomes (*i.e.* ZZ). In *X. laevis*, the W-chromosome is the dominant one, containing a gene, DM-W, which induces aromatase expression (331). Thus, having a W-chromosome is needed to produce estrogen; without the conversion of testosterone to estrogen, the frog develops as a male (332). Changes in sex ratio and gonadal morphology are therefore good indicators that an estrogen, or a chemical that up-regulates aromatase and indirectly increases estrogen levels, is present (76).

Determining a low-dose cutoff for atrazine is not a simple task. Although the safe limit of 3 μg/liter in drinking water was set by the EPA, actual levels in the environment often exceed this concentration (333), and levels in ponds and streams can reach 100 μg/liter (322) or more. In traditional toxicology studies examining several amphibian species, the LOAEL was set at 1.1 mg/liter, and the no observed effect level (NOEL) was 200 μg/liter (334, 335). Thus, using the definitions of low dose established by the NTP (2), we consider any treatment at or below 200 μg/liter to be a low dose.

In 2002, one of the first published studies to connect atrazine exposures to altered gonadal morphology examined *X. laevis* frogs exposed to 0.01–200 μg/liter throughout larval development (336). All doses from 0.1–200 μg/liter produced gonadal malformations including the presence of multiple gonads and hermaphroditism. Several other reports showed similar effects of low doses on gonadal phenotypes including studies that report the production of hermaphrodites and intersex frogs, males with ovotestes, and males with testicular oocytes (337–343). Additional studies showed that low-dose atrazine exposure (0.1–200 μg/liter in the water) during sexual differentiation caused testicular dysgenesis, testicular resorption, and testicular aplasia in male frogs (343, 344), and others indicated effects on sex ratios (339, 342, 345, 346). Importantly, these effects were not all observed at the same atrazine concentration, and the studies were conducted in several different species, with some reporting effects at low doses but no effects at higher doses (341) and others reporting effects in some but not all species (339). Examining these studies as a whole, there is clearly a pattern of effects that are reproducible from study to study, and they collectively support the hypothesis that atrazine disrupts sex hormone concentrations.

To date, five peer-reviewed studies have reported no effects of atrazine on sex ratios, gonadal morphology, the incidence of testicular abnormalities or testicular oocytes, gonad size, or the incidence of intersex phenotypes (347–351). Little can be ascertained from these negative studies, however, because four did not include any positive control, suggesting that the frogs used in those studies may have been incapable of responding to atrazine or any other hormonal treatment (347–350). Additionally, one of those studies reported testicular oocytes in the control frogs, suggesting either that the negative control population was contaminated with atrazine (or another EDC or hormone), or that an inappropriate strain of *X. laevis* was selected for the experiments (347). Only one study remains that did not find any effects of atrazine; this study used an appropriate positive control (17β-estradiol) and found effects of that hormone on sex ratios and the incidence of intersex gonads (351). An EPA expert panel noted, however, that this study used a strain of *X. laevis* that was obtained from a new, unexamined population of frogs from Chile and suggested that this strain may be insensitive to environmental chemicals. Furthermore, the panel called for additional analysis of the data in this study, including the statistical approaches; they suggested that an independent laboratory should evaluate the histopathological results; and they requested that atrazine metabolites be measured (352). The panel also proposed that these experiments should be repeated with an established *X. laevis* strain. Taking together the results of those studies that found effects of atrazine on sexual differentiation, and this one negative study, the WoE for the case of low-dose atrazine on sexual differentiation is clearly in support of adverse effects of this chemical.

Just as epidemiological studies have found links between EDCs and human diseases, ecological field studies have examined whether exposure to atrazine in natural environments affects the development of wild amphibians (343, 353–358). These studies have many of the same constraints as those observed in epidemiology: a paucity of data on early life exposures (including exposure levels of controls), limitations on the total number of EDCs that can be measured in environmental and biological samples, and a lack of causative relationships that can be established between exposures and effects. For these reasons, studies that found relationships between atrazine exposure (or concentrations in environmental samples) and effects on one or more aspect of sexual differentiation (343, 353–355) are considered weak, but significant, evidence for low-dose effects. The presence of several studies suggesting a relationship between low-dose exposure to atrazine in the wild and altered sexual differentiation indicates a plausible causal relationship. Because the ecological and laboratory data show similar effects of atrazine on go-

nadal development, this strengthens the conclusions of our WoE that low doses of atrazine cause harm to amphibians.

Feminization of males after atrazine exposure is not restricted to amphibians; exposure of zebrafish to low doses increased the ratio of female to male fish and increased expression of aromatase (359). Close to a dozen additional studies also report that environmentally relevant doses of atrazine can up-regulate aromatase, decrease testosterone, and/or increase estrogen levels in a large number of species (reviewed in Ref. 119), suggesting that low-dose effects of atrazine may be more widespread than their effects on the gonads of amphibians. Other studies indicate that low-dose atrazine affects the immune system and stress responses of salamanders (360–362), survivorship patterns of several frog species (363), and thyroid hormone and plasma ion concentrations in salmon (364).

An important factor to consider when examining the effects of atrazine on different animal models is the difficulty in identifying an appropriate low, environmentally relevant dose for all species. Aquatic animals can be housed in water containing levels of atrazine found in wild habitats, yet no toxicokinetic studies are available to determine what administered dose produces the levels of atrazine metabolites, typically in the parts-per-million or ppb range (365, 366), measured in human samples. There are also no blood or urine measurements in exposed rodents to compare with human levels; thus, extrapolations across species are estimates at best.

Keeping this qualification in mind, exposures in the range of 25–100 mg/kg · d during development have been shown to alter mammary gland development (367, 368), estrous cyclicity (369), serum and intratesticular testosterone concentrations (370), timing of puberty in males and prostate weight (371), and immune function (372) in rodents. Lower doses of atrazine metabolites (0.09–8.73 mg/kg · d) altered development of the mammary gland (373), male pubertal timing and prostate development (374). Identifying the range of doses administered to animals that produce the levels of atrazine and its metabolites measured in human blood and urine is an essential research need to pursue low-dose studies in rodents and other mammals.

### F. Dioxin and spermatogenesis: low-dose effects from the most potent endocrine disruptor?

Dioxin, or TCDD, is formed as a byproduct of industrial processes as well as during waste incineration. Because TCDD is extremely toxic to some animals, with 1 $\mu$g/kg capable of killing 50% of guinea pigs, it has been labeled the most toxic chemical on earth (375). But interestingly, other animals are less sensitive to lethal effects of TCDD, with an $LD_{50}$ of approximately 1000 $\mu$g/kg in

hamsters, and studies also suggest that humans are not a hypersensitive species for lethality (376). Additionally, there are differences in the half-life of TCDD in different animals; in rodents, the half-life is 2–4 wks, but in humans, the half-life is approximately 10 yrs, and additional factors influence TCDD pharmacokinetics including the exposure level and the amount of body fat present (377–379). In cell cultures, doses as low as $10^{-11}$ M are toxic, with decreased viability observed even in cells maintained in nonproliferative states (380).

TCDD binds to the aryl hydrocarbon receptor (AhR), and differences in the affinity for the receptor may be responsible for differences in sensitivity between species (381). The $K_d$ (dissociation constant for receptor-ligand binding kinetics) in human samples typically ranges from 3–15 nM, but in samples from rodents, the $K_d$ is less than 1 nM (382). Importantly, there are also nongenomic pathways affected by TCDD that are mediated by AhR that are typically altered within minutes of TCDD exposure and therefore without changes in transcription (383). Yet many studies suggest that important differences exist between species regarding binding affinity of TCDD for AhR and the toxicity of this chemical, but that other adverse effects, including those related to the endocrine-disrupting activities of TCDD, occur at similar doses (or body burdens) across animal species (384, 385). Thus, it is plausible that AhR affinity alone can predict some, but not all, effects of TCDD and related chemicals.

The mechanisms responsible for many of the endocrine-disrupting activities of TCDD are currently not well understood. Knocking out AhR disrupts morphogenesis of several organ systems even in the absence of a ligand like TCDD, suggesting that this receptor plays important roles in early development (386). AhR is translocated to the nucleus after loss of cell-cell contacts and is often localized to the nucleus in embryonic cells, suggesting that it could have ligand-independent effects on development and/or that endogenous ligands could be present during early development (387). When TCDD is present, AhR translocates to the nucleus and dimerizes with ARNT, the aromatic hydrocarbon receptor nuclear translocator (388). Although the (currently unidentified) physiological activators of AhR are likely to induce rapid on/off signaling via AhR, TCDD and related compounds appear to maintain activation of AhR, and the presence of TCDD prevents the normal action of the AhR signaling pathway in the maintenance of homeostasis (389). This induces changes in the expression of genes and promotes the production of toxic metabolites. These effects may be responsible for some of the endocrine-related endpoints affected by TCDD exposure. Additionally, recent studies have shown complex and intricate interactions between the

Endocrine Reviews, June 2012, 33(3):0000–0000

AhR and ER signaling pathways (390), suggesting that dioxin may also have indirect effects on some ER-mediated endpoints via AhR signaling.

Teratogenic effects of TCDD have been well documented after high-dose (391, 392) and low-dose exposures (393). These studies show that almost every organ and system in the body is affected by this chemical. High doses that did not produce lethality caused severe weight loss, intestinal hemorrhaging, alopecia, chloracne, edemas, and severe liver damage. Sadly, there are now several examples in humans of accidental exposures after the industrial release of TCDD where a number of individuals have been exposed to large doses (389, 394) as well as a few documented intentional poisonings (395). The tolerated daily intake level was set at 1–4 pg/kg · d, although the doses consumed by nursing infants are likely to exceed these levels by a factor of 10 (375). Adult exposures usually result from the consumption of contaminated foods, and because TCDD is lipophilic, it is concentrated in the fat component of breast milk and therefore passed in large quantities from a nursing mother to her infant.

Using classical toxicology methods, the effects of single TCDD doses were examined in adult male rats, specifically focusing on the effects of this chemical on the number of spermatids per testis and the integrity of the testicular germinal epithelium (396). In one of the earliest studies, Chahoud and colleagues (397) determined a LOAEL of 3 $\mu$g/kg · d and set the NOAEL at 1 $\mu$g/kg · d for effects on the testes. Because there are significant differences in the toxicity of TCDD between animal models, and different endpoints have different identified NOAELs, we have selected the 1 $\mu$g/kg · d identified by Chahoud *et al*. as the cutoff for low-dose studies of this compound. This cutoff is based on the NTP's definition of low dose as occurring at doses lower than those tested in traditional toxicology assessments (2). However, it is important to acknowledge that body burdens that mimic those observed in human populations are likely the best indicators of low doses for TCDD (384), and thus we recommend that future studies determine body burdens after administration of TCDD for the specific strain, origin, and species of animal being tested to ensure that truly low doses, relevant to human populations, are being tested.

Several recent epidemiological studies have indicated that relatively high exposures to TCDD during early life (due to industrial release of high amounts of the chemical) can permanently affect semen quality and sperm count in men (398). Yet epidemiology studies also clearly show that the timing of TCDD exposure can vastly influence the effect of this chemical on spermatogenesis; exposures during perinatal life significantly reduced sperm parameters, but exposures during puberty increased sperm counts; exposures in adulthood had no effect on sperm parameters (399). Thus, it is also important for animal studies to focus on exposures during critical periods for development of the male reproductive tract and spermatogenesis in particular.

We are aware of 18 studies that have examined the effects of low doses ($\leq 1$ $\mu$g/kg · d) of TCDD during perinatal development on male fertility endpoints in adulthood. The endpoints assessed vary, including epididymal sperm counts, ejaculated sperm number, daily sperm production, sperm transit rate, and percent abnormal sperm, and the sensitivity of these endpoints appears to impact the ability to detect low-dose effects in different studies (400, 401) (Table 5). In total, 16 rodent studies examined the effect of low-dose TCDD on epididymal sperm count; 12 showed significant effects on this endpoint (402–413), whereas the other four did not (414–417). Of the five studies that examined ejaculated sperm counts, four studies (404, 405, 408), including one examining rhesus monkeys (418), showed effects of low-dose TCDD, *i.e.* a significant decrease in sperm counts; one study found no effect (417). Daily sperm production was a less-sensitive endpoint, with four studies showing significant decreases after prenatal exposure to low doses (402, 403, 407, 409) and four studies showing no effects (406, 412, 413, 416); sperm transit rate was examined in only two studies, although both showed significant decreases in sperm tranfer rates (403, 410); and finally, three studies determined that low-dose TCDD produced abnormalities in sperm appearance or motility (414, 415, 419), but one study was not able to replicate these findings (417).

When examining the TCDD literature as a whole, the WoE strongly suggests that prenatal exposure to low doses of TCDD affects sperm-related endpoints in adulthood (Table 5). In all, only two studies were unable to detect any effect of TCDD on the sperm endpoints assessed, although both studies found effects of TCDD on other endpoints including the weight of the adult prostate (416) and the timing of puberty (417). No study on TCDD used a positive control, likely due to a paucity of information on the mechanisms of dioxin action, but this raises obvious questions about the ability of these experimental systems to detect effects on spermatogenesis. Finally, some of the inability to detect effects of TCDD could be due to the use of insensitive strains, because 1000-fold differences in sensitivity have been reported for different rodent strains (420).

Even though we have focused the majority of our attention on the effects of low-dose TCDD exposure on spermatogenesis, it should be noted that low doses of this chemical affect a multitude of endpoints in animals, altering immune function (421, 422), indicators of oxidative

**TABLE 5.** Summary of low-dose animal studies examining the effects of TCDD on spermatogenesis endpoints

| Study | Administered dose (time of administration) | Animal | Epididymal sperm count | Ejaculated sperm no. | Daily sperm production | Sperm transit rate | % abnormal sperm |
|---|---|---|---|---|---|---|---|
| Mably et al. (409) | 0.064–1 μg/kg (gestational d 15) | Rat | Decreased | NA | Decreased | NA | NA |
| Bjerke and Peterson (402) | 1 μg/kg (gestational d 15) | Rat | Decreased | NA | Decreased | NA | NA |
| Gray et al. (404) | 1 μg/kg (gestational d 8) | Rat | Not significant | Decreased | NA | NA | NA |
| | 1 μg/kg (gestational d 15) | Rat | Decreased | Decreased | NA | NA | NA |
| | 1 μg/kg (gestational d 11) | Hamster | Decreased | Decreased | NA | NA | NA |
| Sommer et al. (408) | 1 μg/kg (gestational d 15) | Rat | Decreased | Decreased | Decreased | Not significant | Not significant |
| Wilker et al. (410) | 0.5, 1 or 2 μg/kg (gestational d 15) | Rat | Decreased | NA | Unaffected | Increased | NA |
| Gray et al. (405) | 0.05–1 μg/kg (gestational d 15) | Rat | Decreased | Decreased | Decreased | NA | NA |
| Faqi et al. (403) | 0.025–0.3 μg/kg (before mating, then 0.005–0.06 μg/kg weekly [to dams]) | Rat | Decreased | NA | Decreased | Increased | Increased |
| Loeffler and Peterson (412) | 0.25 μg/kg (gestational d 15) | Rat | Decreased | NA | Unaffected | NA | NA |
| Ohsako et al. (416) | 0.0125–0.8 μg/kg (gestational d 15) | Rat | Not significant | NA | Unaffected | NA | NA |
| Ohsako et al. (406) | 1 μg/kg (gestational d 15) | Rat | Decreased | NA | Unaffected | NA | NA |
| | 1 μg/kg/gestational d 18 | Rat | Unaffected | NA | Unaffected | NA | NA |
| | 1 μg/kg/postnatal d 2 (to pups) | Rat | Unaffected | NA | Unaffected | NA | NA |
| Simanainen et al. (407) | 0.03–1 μg/kg (gestational d 15) | Rat | Decreased | NA | Decreased | NA | NA |
| Yonemoto et al. (417) | 0.0125–0.8 μg/kg (gestational d 15) | Rat | Unaffected | Unaffected | NA | NA | Unaffected |
| Yamano et al. (714) | 0.3 or 1 μg/kg (postnatal d 1 and then every week [to dams]) | Rat | Not significant | NA | NA | NA | NA |
| Ikeda et al. (715) | 0.4 μg/kg (before mating, then 0.08 μg/kg weekly [to dams]) | Rat | Unaffected | NA | NA | NA | NA |
| Bell et al. (414) | 0.05–1 μg/kg (gestational d 15) | Rat | Increased (at certain ages) | NA | NA | NA | Increased |
| Bell et al. (415) | 0.0024–0.046 μg/kg (d 12 weeks before pregnancy through parturition) | Rat | Unaffected | NA | NA | NA | Increased |
| Arima et al. (418) | 0.03 or 0.3 μg/kg (gestational d 20, then 5% of dose monthly [to dams]) | Rhesus monkey | Decreased | Not significant | NA | NA | Not significant |
| Yamano et al. (419) | 0.3 or 1 μg/kg (weekly to dams then pups [all postnatal]) | Rat | NA | NA | NA | NA | Increased |
| Jin et al. (411) | 1 μg/kg · d (postnatal days 1–4 [to dams]) | Mouse | Decreased | NA | NA | NA | NA |
| Rebourcet et al. (413) | 0.01–0.2 μg/kg (gestational d 15) | Rat | Decreased (at some ages) | NA | Not significant | NA | NA |

Not significant indicates trend for effect but did not reach statistical significance. Unaffected means assessed, but no differences were observed relative to controls. Here, low doses were considered any at or below 1 μg/kg · d (see text for discussion of how this cutoff was established for rodent studies). NA, Not assessed.

stress (423–425), bone and tooth development (426, 427), female reproduction and timing of puberty (428–430), mammary gland development and suceptibility to cancers (431), behaviors (432, 433), and others. In several cases, lower doses were more effective at altering these endpoints than higher ones (423, 424, 426, 433). Epidemiology studies of nonoccupationally exposed individuals also indicate that serum TCDD levels may be linked to diseases in humans as well (434). Mean serum TCDD levels have decreased by a factor of 7 over a 25-yr period (1972–97) in several industrial nations (435), but results from both animal and epidemiological studies suggest that even the low levels detected now could have adverse effects on health-related endpoints.

### G. Perchlorate and thyroid: low-dose effects in humans?

A significant challenge with observing low-dose effects of EDCs in the human population is that human chemical exposures are multivariate along the vectors of time, space, and sensitivities. In addition, chemicals can exert effects on several systems simultaneously. Therefore, associations in human studies between exposures and disease are difficult to reconcile with experimental studies in animal model systems. For this reason, the literature describing the potential impacts of perchlorate contamination on the human population is potentially clarifying because to the best of our knowledge, perchlorate exerts only a single effect, and the pharmacology of perchlorate exposures has been studied in human volunteers (436). This

Endocrine Reviews, June 2012, 33(3):0000–0000

literature offers a unique perspective into the issue of low-dose effects, perhaps providing important hypotheses to explain mechanistically why high-dose, short-term experiments can fail to predict the outcome of low-dose, lifetime exposures.

In the 2001–2002 NHANES dataset, perchlorate was detected in the urine of each of the 2820 samples tested (437). This widespread exposure means that the human population is being continuously exposed because perchlorate has a half-life in the human body of about 8 h (438). Human exposures to perchlorate are likely attributed to both contaminated drinking water and food (439); in fact, a recent analysis concludes that the majority of human exposure to perchlorate comes from food (440).

The predominant theory proposed to explain the source of perchlorate contamination in the United States is that it has been employed for many decades as the principal oxidant in explosives and solid rocket fuels (441). Perchlorate is chemically stable when wet and persists for long periods in geological systems and in ground water. Because of disposal practices during the 1960s through 1990s, perchlorate became a common contaminant of ground water in the United States (441, 442). Perchlorate is also formed under certain kinds of natural conditions (443), although the relative contributions to human exposure of these different sources is not completely understood. As a result of perchlorate contamination of natural waters, the food supply has become contaminated through irrigation in part because both aquatic and terrestrial plants can concentrate perchlorate more than 100-fold over water levels (444).

This exposure profile in the human population is important because high doses of perchlorate are known to reduce functioning of the thyroid gland, and poor thyroid function is an important cause of developmental deficits and adult disease (445). The primary question is: at what dose does perchlorate inhibit thyroid function sufficiently to cause disease? The current literature, reviewed below, supports the view that background exposure may affect thyroid function in adult women. These exposure levels, however, are considerably lower than predicted by early toxicology experiments in humans.

Perchlorate reduces thyroid function by inhibiting iodide uptake by the sodium/iodide symporter (NIS) (446), which is the only known effect of perchlorate on human physiology (438). NIS is responsible for transporting iodide into the thyroid gland, which is required for the production of thyroid hormone (447). However, NIS is also expressed in the gut (448, 449), in lactating breast (448, 450, 451), and in placenta (452), presumably all as a delivery mechanism for iodide to the developing and adult thyroid gland. Because the NIS transports perchlorate

(450), the pathway by which humans take up and concentrate perchlorate is the same as the pathway by which humans take up and concentrate iodide. Interestingly, NIS expression in the human fetal thyroid gland is the rate-limiting step in production of thyroid hormone (453). Moreover, NIS transport of perchlorate explains why high levels of perchlorate are found in human amniotic fluid (454, 455) and breast milk (456–459).

This effect of perchlorate on thyroid function is important because thyroid hormone is essential for normal brain development, body growth as well as for adult physiology (445, 460). Moreover, it has become clear that even small deficits in circulating thyroid hormone in pregnant women (461, 462) or neonates (463) have permanent adverse outcomes. In fact, recent work indicates that very subtle thyroid hormone insufficiency in pregnant women is associated with cognitive deficits in their children (461). Because of the importance of thyroid hormone in development and adult physiology, and because perchlorate is a potent inhibitor of iodide uptake and thyroid hormone synthesis, identifying the dose at which these events occur is critical.

Perchlorate was used medically to reduce circulating levels of thyroid hormone in patients with an overactive thyroid gland in the 1950s and 1960s (reviewed in Ref. 446); therefore, it was reasonable to examine the dose-response characteristics of perchlorate on the human thyroid gland. Because perchlorate inhibits iodide uptake, several studies were performed to evaluate the effect of perchlorate exposure on iodide uptake in human volunteers (438, 464–466). In one study, 0.5 or 3 mg/d (approximately 0.007 and 0.04 mg/kg · d) perchlorate was administered to healthy volunteers (n = 9 females and 5 males, age 25–65 yr), and no effects were observed (466). Of course, it is important to note that the 2 wk of administration tested in this study is not sufficient to see any effect on serum concentrations of $T_4$ or TSH; the healthy thyroid can store several months' worth of thyroid hormone in the gland (467). Another small study also found no effects of administering 3 mg/d (approximately 0.04 mg/kg · d) on any thyroid endpoint assessed (n = 8 adult males) (464).

In contrast, two studies examining adult volunteers administered perchlorate found effects of this chemical on at least one endpoint. The first found that radioactive iodide uptake was affected by 2 wk of exposure to 10 mg/d (0.13 mg/kg · d), but other measures of thyroid function were not altered (n = 10 males) (465). The second examined adults (n = 37) given doses ranging from 0.007–0.5 mg/kg · d; all but the lowest dose altered radioactive iodide uptake, and only the highest dose altered TSH levels (438). These studies were interpreted to suggest that adults would have to consume 2 liters of drinking water daily that

was contaminated with at least 200 ppb (200 $\mu$g/liter) perchlorate to reach a level in which iodide uptake would begin to be inhibited. Yet, these administered doses are high and relatively acute, so the derivation of a safe dose from these studies, applied to vulnerable populations such as those with low iodide intake, has been strongly disputed (471).

Studies of occupational exposures have also been used to examine the effects of exposure to relatively high levels of perchlorate. In the first such study, more than 130 employees were separated into eight groups based on exposure estimates from airborne perchlorate in the workplace (472). The authors found that individuals with longer daily exposures to perchlorate, due to longer work shifts, had significant decreases in TSH levels compared with individuals with shorter exposures. But this study was hampered because actual exposure levels were not measured via urine or blood samples. A second study examined 37 employees exposed to perchlorate and 21 control employees from an azide factory; actual exposure measures were not conducted, but estimates were calculated based on exposures to perchlorate dust and air samples (473). This study found no effects of perchlorate exposures on any thyroid endpoint, although the sample size examined was small. In the final occupational exposure study, serum perchlorate levels were measured and compared with several measures of thyroid function in workers (n = 29) who had spent several years as employees in a perchlorate production plant (474). In this study, the most complete because of the biomonitoring aspect of the exposure measures, higher perchlorate levels were associated with lower radioactive iodide uptake, higher urinary iodide excretion, and higher thyroid hormone concentrations.

Although iodide uptake was often inhibited in these studies, serum thyroid hormones were typically not altered, perhaps because of sufficient stored hormone. Based on these observations, the National Academy Committee to Assess the Health Implications of Perchlorate Ingestion (467) estimated that perchlorate would have to inhibit thyroid iodide uptake by about 75% for several months to cause a reduction in serum thyroid hormones. Moreover, the drinking water concentration of perchlorate required for this kind of inhibition was estimated to be over 1,000 ppb (438). Therefore, the National Academy of Sciences committee recommended a reference dose of 0.0007 mg/kg · d (467), based on the dose at which perchlorate could inhibit iodide uptake, and the EPA used this value to set a provisional drinking water standard of 15 ppb.

Considering these data and general knowledge about the thyroid system, it was unexpected that Blount *et al.*

(475) would identify a positive association between urinary iodide and serum TSH in adult women in the NHANES 2001–2002 dataset. Yet several features of this dataset were consistent with a causal action of perchlorate on thyroid function. First, in the general population of adult women, urinary perchlorate was positively associated with serum TSH. In the population of adult women who also had low urinary iodide, however, urinary perchlorate was more strongly associated with serum TSH and was negatively associated with serum $T_4$. The strength of this association was such that the authors calculated that women at the 50th percentile of perchlorate exposure experienced a 1 $\mu$g/dl $T_4$ reduction (reference range = 5–12 $\mu$g/dl). Should this magnitude of reduction in serum $T_4$ occur in a neonate, measurable cognitive deficits would also be present (476). Finally, Steinmaus *et al.* (477), using the same NHANES dataset, showed that women with low urinary iodide who smoke had an even stronger association between urinary perchlorate and measures of thyroid function. Tobacco smoke delivers thiocyanates, which also inhibit NIS-mediated iodide uptake (446).

The NHANES dataset suggests that perchlorate exposures of 0.2–0.4 $\mu$g/kg · d (440) are associated with depressed thyroid function, even when urinary iodide is not reduced. This is a considerably lower dose than the 7 $\mu$g/kg · d dose required to suppress iodide uptake in the Greer *et al.* (438) study or the 500 $\mu$g/kg · d the NAS estimated would be required for several months to actually cause a decline in serum $T_4$. Therefore, it is reasonable to question whether these associations represent a causative relationship between perchlorate and thyroid function.

A number of epidemiological studies have been published to test for a relationship between perchlorate exposure and thyroid function. Early work used neonatal screening data for $T_4$ as a measure of thyroid function, and the city of birth (Las Vegas, NV, compared with Reno, NV) as a proxy measure of exposure (478, 479). The reported findings were negative, but we now know that all Americans are exposed to perchlorate, so there was considerable misclassification of exposure, and no relationship should have been observed. Several additional studies using similar flawed designs also found no relationship between proxy measures of perchlorate exposures and clinical outcomes (480–484).

A recent study of the neonatal screening data from 1998 in California identified a strong association between neonatal TSH and whether or not the mother resided in a contaminated area (485). This study included over 497,000 TSH measurements and 800 perchlorate measurements. In addition, they used as a cutoff a variety of TSH levels (as opposed to the 99.9th percentile used for the diagnosis of congenital hypothy-

Endocrine Reviews, June 2012, 33(3):0000–0000

roidism), indicating that perchlorate exposure is not associated with congenital hypothyroidism. Two additional studies have shown similar relationships between perchlorate and TSH levels, particularly in families with a history of thyroid disease (486, 487).

Several studies in pregnant women have failed to identify a relationship between perchlorate exposure and measures of thyroid function (488–490). Although these are important studies that need to be carefully scrutinized, they do not replicate or refute the NHANES dataset. It thus remains important to conduct additional studies exploring the relationship between background exposure to perchlorate and thyroid function in adults, pregnant women, neonates, and infants. This effort will be challenging because of the different characteristics of thyroid function and hormone action at different life stages (460). In addition, it will be important to obtain individual measurements of exposures to perchlorate and other NIS inhibitors (thiocyanate and nitrate), and iodide itself as well as individual measures of thyroid function (free and total $T_4$ and TSH).

If background levels of perchlorate affect thyroid function in any segment of the population, it will be challenging to explain how the high-dose, short-term experiments of Greer *et al.* (438) completely underestimate the sensitivity of the human thyroid gland to perchlorate exposure. One possibility is that physiological systems respond to short durations of robust stress with compensatory mechanisms that reset during periods of long-term stress.

When these data are examined together, several important issues are raised. First, this example illustrates the difficulties inherent in studying human populations; epidemiology yields associations, not cause-effect relationships, in many cases using surrogate markers for perchlorate, and is not able to distinguish short- *vs.* long-term exposure duration. Second, our WoE analysis suggests that there is weak evidence for low-dose effects of perchlorate; further research is needed. The relationship between low-dose perchlorate exposures and thyroid endpoints would be strengthened by the addition of studies that measure biological concentrations of perchlorate and compare them with thyroid endpoints in neonates and other vulnerable populations. Third, the published studies that reported low-dose effects of perchlorate typically examined very specific populations, with several focusing on women with low iodine intake. This observation suggests that some groups may be more vulnerable to low doses of perchlorate than others (491).

### H. Low-dose summary

These examples, and the examples of low-dose effects in less well-studied chemicals (Table 3), provide evidence

that low-dose effects are common in EDC research and may be the default expectation for all chemicals with endocrine activity. Many known EDCs have not been examined for low-dose effects, but we predict that these chemicals will have effects at low doses if studied appropriately. Although studies unable to detect effects at low doses have received attention, including some studies designed to replicate others that reported low-dose effects, the majority of these studies contain at least one major design flaw. Thus, a WoE approach clearly indicates that low-dose effects are present across a wide span of chemical classes and activities.

## III. Nonmonotonicity in EDC Studies

A concept related to low dose is that of nonmonotonicity. As noted in *Section I.B*, in a monotonic response, the observed effects may be linear or nonlinear, but the slope does not change sign (Fig. 3, A and B). In contrast, a dose-response curve is nonmonotonic when the slope of the curve changes sign somewhere within the range of doses examined (Fig. 3C). NMDRCs are often U-shaped (with maximal responses of the measured endpoint observed at low and high doses) or inverted U-shaped (with maximal responses observed at intermediate doses) (Fig. 3C, *top panels*). Some cases are more complicated, with multiple points along the curve at which the slope of the curve reverses sign (Fig. 3C, *bottom left*). Nonmonotonicity is not synonymous with low dose, because there are low-dose effects that follow monotonic dose-response curves. Thus, it is not required that a study include doses that span from the true low-dose range to the high toxicological range to detect nonmonotonicity. The consequence of NMDRCs for toxicity testing is that a safe dose determined from high doses does not guarantee safety at lower, untested doses that may be closer to current human exposures.

Examples of NMDRCs from the cell culture, animal, and epidemiological literature will be discussed in detail in *Section III.C*. Importantly, our review of the literature finds that NMDRCs are common in the endocrine and EDC literature. In fact, it is plausible that, considering the mechanisms discussed below, NMDRCs are not the exception but should be expected and perhaps even common.

### A. Why is nonmonotonicity important?

NMDRCs in toxicology and in the regulatory process for EDCs are considered controversial. In addition to discussions of whether NMDRCs exist, there is also discussion of whether those that do exist have relevance to

**Figure 3.**



Figure 3. Examples of dose-response curves. A, Linear responses, whether there are positive or inverse associations between dose and effect, allow for extrapolations from one dose to another. Therefore, knowing the effects of a high dose permits accurate predictions of the effects at low doses. B, Examples of monotonic, nonlinear responses. In these examples, the slope of the curve never changes sign, but it does change in value. Thus, knowing what happens at very high or very low doses is not helpful to predict the effect of exposures at moderate doses. These types of responses often have a linear component within them, and predictions can be made within the linear range, as with other linear responses. C, Displayed are three different types of NMDRCs including an inverted U-shaped curve, a U-shaped curve, and a multiphasic curve. All of these are considered NMDRCs because the slope of the curve changes sign one or more times. It is clear from these curves that knowing the effect of a dose, or multiple doses, does not allow for assumptions to be made about the effects of other doses. D, A binary response is shown, where one range of doses has no effect, and then a threshold is met, and all higher doses have the same effect.

toxicological determination of putative safe exposures. In the standard practice of regulatory toxicology, the calculated safe dose, also called a reference dose, is rarely tested. In a system that is responding nonmonotonically, it is not appropriate to use a high-dose test to predict low-dose effects. Unfortunately, all regulatory testing for the effects of chemical exposures assume that this is possible. All current exposure standards employed by government agencies around the world, including the FDA and EPA, have been developed using an assumption of monotonicity (492, 493). The low-dose range, which presumably is what the general public normally experiences, is rarely, if ever, tested directly.

The standard procedure for regulatory testing typically involves a series of tests to establish the lowest dose at which an effect is observable (the LOAEL), then a dose beneath that at which no effect is observable (the NOAEL). Then a series of calculations are used to acknowledge uncertainty in the data, species differences, age differences, *etc.*, and those calculations, beginning with the LOAEL or the NOAEL, produce a reference dose that is presumed to be a safe exposure for humans (Fig. 4). Typically, the reference dose is 3- to 1000-fold lower than the NOAEL. That reference dose then becomes the allowable exposure and is deemed safe, even when it is never examined directly. For chemicals with monotonic linear dose-response curves (Fig. 3A), this may be appropriate. But for any chemicals that display nonmonotonic patterns, it is likely to lead to false negatives, *i.e.* concluding that exposure to the reference dose is safe when in fact it is not.

As described above, there are other nonlinear dose-response curves that are monotonic (Fig. 3B). These curves may also present problems for extrapolating from high doses to low doses because there is no linear relationship that can be used to predict the effects of low doses. Equally troubling for regulatory purposes are responses that have a binary response rather than a classical dose-response curve (Fig. 3D). In these types of responses, one range of doses has no effect on an endpoint, and then a threshold is met, and all higher doses have the same effect. An example is seen in the atrazine literature, where doses below 1 ppb had no effect on the size of the male larynx but doses

Endocrine Reviews, June 2012, 33(3):0000–0000

at or above 1 ppb produced a significant decrease in size of approximately 10–15% (336). Even doses of 200 ppb, the toxicological NOEL, produce the same effect. Thus, this all-or-none effect is observed because atrazine does not shrink the larynx; instead, it removes the stimulatory agent (*i.e.* androgens). In the absence of some threshold dose of androgen, the larynx simply remains at the unstimulated (female) size. The EPA's assessment of this study and others was that the lack of a dose-dependent response negates the importance of this effect (352). The lack of a dose response for a threshold effect like larynx size does not mean that the effects are not dose dependent; thus, understanding these types of effects and their implications for risk assessments is essential for determining the safe levels of chemicals.

It is important to mention here that the appropriateness of determining NOAEL concentrations, and therefore calculating reference doses, from exposures to endogenous hormones or EDCs has been challenged by several studies (Fig. 4A) (494–496). These studies show that hormonally active agents may still induce significant biological effects even at extremely low concentrations and that presently available analytical methods or technologies might be unable to detect relatively small magnitudes of effects. Previous discussions of this topic have shown that as the dose gets lower (and approaches zero) and the effect size decreases, the number of animals needed to achieve the power to detect a significant effect would have to increase substantially (497). Even more importantly, the assumption of a threshold does not take into account situations where an endogenous hormone is already above the dose that causes detectable effects and that an exogenous chemical (whether an agonist or antagonist) will modulate the effect of the endogenous hormone at any dose above zero (Fig. 4B). There can thus be no threshold or safe dose for an exogenous chemical in this situation. Forced identification of NOAEL or threshold doses based on the assumption that dose-response curves are always monotonic without considering the background activity of endogenous hormones and the limitations of analytical techniques supports the misconception that hormonally active agents do not have any significant biological effects at low doses. Thus, the concept that a toxic agent has a safe dose that can be readily estimated from the NOAEL derived from testing high, acutely toxic doses is overly simplistic and contradicted by data when applied to EDC (5, 497, 498).

## B. Mechanisms for NMDRCs

Previously, the lack of mechanisms to explain the appearance of NMDRCs was used as a rationale for ignoring these phenomena (492, 493). This is no longer acceptable because there are several mechanisms that have been identified and studied that demonstrate how hormones and EDCs produce nonmonotonic responses in cells, tissues, and animals. These mechanisms include cytotoxicity, cell- and tissue-specific receptors and cofactors, receptor selectivity, receptor down-regulation and desensitization, receptor competition, and endocrine negative FEEDBACK loops. These mechanisms are well understood, and by providing detailed biological insights at the molecular level into the etiology of NMDRCs, they strongly negate the presumption that has been central to regulatory toxicology that dose-response curves are by default monotonic.

### 1. Cytotoxicity

The simplest mechanism for NMDRCs derives from the observation that hormones can be acutely toxic at high doses yet alter biological endpoints at low, physiologically relevant doses. Experiments working at concentrations that are cytotoxic are incapable of detecting responses that are mediated by ligand-binding interactions. For example, the MCF7 breast cancer cell line proliferates in response to estradiol in the low-dose range ($10^{-12}$ to $10^{-11}$ M) and in the pharmacological and toxicological range ($10^{-11}$ to $10^{-6}$ M), but toxic responses are observed at higher doses (38). Thus, when total cell number is graphed, it displays an inverted U-shaped response to estrogen. But cells that do not contain ER, and therefore cannot be affected by the hormonal action of estradiol, also display cytotoxic responses when treated with high doses of hormone. These results clearly indicate that the effects of estradiol at high doses are toxic via non-ER-mediated mechanisms.

### 2. Cell- and tissue-specific receptors and cofactors

Some NMDRCs are generated by the combination of two or more monotonic responses that overlap, affecting a common endpoint in opposite ways via different pathways. For example, *in vitro* cultured prostate cell lines demonstrate a nonmonotonic response to increasing doses of androgen where low doses increase cell number and higher doses decrease cell number, thus producing an inverted U-shaped curve (499, 500). Although the parental cell expressed an inverted U-shaped dose-response curve, after a long period of inhibition, the effects on cell number could be segregated by selecting two populations of cells: one that proliferated in the absence of androgens and other cells that proliferated in the presence of high androgen levels (501). Thus, the observed inverted U-shaped response is due to actions via two independent pathways that can be separated from each other in an experimental setting (502). Similarly, estrogens have been shown to induce cell proliferation and inhibit apoptosis in several cell populations, but inhibit proliferation and induce apopto-

**Figure 4.**





Figure 4. NOAEL, LOAEL, and calculation of a safe reference dose. A, In traditional toxicology testing, high doses are tested to obtain the maximum tolerated dose (MTD), the LOAEL, and the NOAEL. Several safety factors are then applied to derive the reference dose, *i.e.* the dose at which exposures are presumed safe. This reference dose is rarely tested directly. Yet when chemicals or hormones produce NMDRCs, adverse effects may be observed at or below the reference dose. Here, the doses that would be tested are shown by a *dotted line*, and the calculated safe dose is indicated by a *thick solid line*. The actual response, an inverted U-shaped NMDRC, is shown by a *thin solid line*. B, Experimental data indicate that EDCs and hormones do not have NOAELs or threshold doses, and therefore no dose can ever be considered safe. This is because an exogenous hormone (or EDC) could have a linear response in the tested range (*dotted line*), but because endogenous hormones are present (*thin solid line*), the effects of the exogenous hormone are always observed in the context of a hormone-containing system.

sis in others (503, 504), with the combined effect being an inverted U-shaped curve for cell number (505).

Why does one single cell type have different responses to different doses of the same hormone? The case of the prostate cell line described above is reminiscent of the re-

sults described from the transcriptome of MCF7 cells, whereby a discrete global response like cell proliferation manifests at significantly lower estrogen doses than the induction of a single marker gene (135). That a response like cell proliferation requires a significantly lower dose of hormone than the dose needed to induce a given target gene is counterintuitive but factual; it may be interpreted as consistent with the notion that metazoan cells, like cells in unicellular organisms, are intrinsically poised to divide (503, 506, 507) and that quiescence is an induced state (508, 509). The biochemical details underlying these different responses are largely unknown; however, recent studies showed that steroid receptors control only a portion of their target genes directly via promoter binding. The majority of the changes are indirect, through chromatin rearrangements (510, 511).

Why do different cell types (*in vitro* and *in vivo*) have different responses to the same hormone? One answer is that they may express different receptors, and these receptors have different responses to the same hormone. For example, some tissues express only one of the two major ER (ERα and ERβ), and actions via these receptors are important not just for responsiveness to hormone but also for cellular differentiation and cross talk between tissue compartments (512). Yet other tissues express both ERα and ERβ, and the effects of signaling via these two receptors often oppose each other; *i.e.* estrogen action via ERα induces proliferation in the uterus, but ERβ induces apoptosis (154). Complicating the situation further, different responses to a hormone can also be obtained due to the presence of different cofactors in different cell and tissue types (513, 514); these coregulators influence which genes are transcriptionally activated or repressed in response to the presence of hormone. They can also influence ligand selectivity of the receptor and DNA-binding capacity, having tremendous impact on the ability of a hormone to have effects in different cell types (105, 515, 516).

Although much of these activities occur on a biochemical level, *i.e.* at the receptor, there is also evidence that nonmonotonicity can originate at the level of tissue organization. The mammary gland has been used as a model to study inter- and intracompartmental effects of hormone treatment: within the ductal epithelium, estro-

Endocrine Reviews, June 2012, 33(3):0000–0000

gen has distinct effects during puberty, both inducing pro-liferation, which causes growth of the ductal tree, and inducing apoptosis, which is required for lumen formation (517, 518); in cell culture, the presence of stromal cells can also enhance the effects of estrogen on epithelial cells (519, 520), suggesting that stromal-epithelial compartmental interactions can mediate the effects of estrogen.

### 3. Receptor selectivity

NMDRCs can occur because of differences in receptor affinity, and thus the selectivity of the response, at low *vs.* high doses. For example, at low doses, BPA almost exclusively binds to the ER (including mER), but at high doses it can also bind weakly to other hormone receptors, like androgen receptor and thyroid hormone receptor (249, 521). This type of receptor nonselectivity is quite common for EDCs, and it has been proposed that binding to different receptors may be an explanation for the diverse patterns of disease observed after EDC exposures (522). In fact, several of the chemicals shown to have low-dose effects are known to act via multiple receptors and pathways (Table 3). Thus, the effects seen at high doses can be due to action via the binding of multiple receptors, compared with the effects of low doses, which may be caused by action via only a single receptor or receptor family.

### 4. Receptor down-regulation and desensitization

When hormones bind to nuclear receptors, the ultimate outcome is a change in the transcription of target genes. When the receptor is bound by ligand, an increase in response is observed; as discussed previously in this review, the relationship between hormone concentration and the number of bound receptors, as well as the relationship between the number of bound receptors and the biological effect, is nonlinear (38). After the nuclear receptor is bound by hormone and transcription of target genes has occurred (either due to binding of the receptor at a DNA response element or the relief of a repressive event on the DNA), the reaction eventually must cease; *i.e.* the bound receptor must eventually be inactivated in some way. Thus, nuclear hormone receptors are ubiquitinated and degraded, usually via the proteasome (523). Importantly, the role of the hormone in receptor degradation differs depending on the hormone; binding of estrogen, progesterone, and glucocorticoid mediates the degradation of their receptors (524–526), whereas the presence of hormone may actually stabilize some receptors and prevent degradation (527), and other receptors are degraded without ligand (528). As hormone levels rise, the number of receptors being inactivated and degraded also rises, and eventually the number of receptors being produced cannot maintain the pace of this degradation pathway (523). Fur-

thermore, the internalization and degradation of receptors can also influence receptor production, leading to an even stronger down-regulation of receptor (529). In the animal, the role of receptor down-regulation is actually quite complex, because signaling from one hormone receptor can influence protein levels of another receptor; *i.e.* ER signaling can promote degradation of the glucocorticoid receptor by increasing the expression of enzymes in the proteasome pathway that degrade it (530).

There is also the issue of receptor desensitization, a process whereby a decrease in response to a hormone is not due to a decrease in the number of available receptors but instead due to the biochemical inactivation of a receptor (531). Desensitization typically occurs when repeated or continuous exposure to ligand occurs. Normally seen with membrane-bound G protein-coupled receptors, the activation of a receptor due to ligand binding is quickly followed by the uncoupling of the activated receptor from its G proteins due to phosphorylation of these binding partners (532). Receptor desensitization has been observed for a range of hormones including glucagon, FSH, human chorionic gonadotropin, and prostaglandins (533). Importantly, desensitization and down-regulation can occur in the same cells for the same receptor (534), and therefore, both can play a role in the production of NMDRCs.

### 5. Receptor competition

Mathematical modeling studies suggest that the mixture of endogenous hormones and EDCs establishes a natural environment to foster NMDRCs. Using mathematical models, Kohn and Melnick (42) proposed that when EDC exposures occur in the presence of endogenous hormone and unoccupied hormone receptors, some unoccupied receptors become bound with the EDC, leading to an increase in biological response (*i.e.* increased expression of a responsive gene, increased weight of an organ, *etc.*). At low concentrations, both the endogenous hormone and the EDC bind to receptors and activate this response, but at high doses, the EDC can outcompete the natural ligand. The model predicts that inverted U-shaped curves would occur regardless of the binding affinity of the EDC for the receptor and would be abolished only if the concentration of natural hormone were raised such that all receptors were bound.

### 6. Endocrine negative FEEDBACK loops

In several cases, the control of hormone synthesis is regulated by a series of positive- and negative feedback loops. Several hormones are known to control or influence their own secretion using these feedback systems. In one example, levels of insulin are known to regulate glucose uptake by cells. Blood glucose levels stimulate insulin pro-

duction, and as insulin removes glucose from circulation, insulin levels decline. Thus, NMDRCs can occur as the free/available ligand and receptor concentrations are influenced by one another. In another example, thyroid hormone secretion is stimulated by TSH, and thyroid hormone suppresses TSH; thus, feedback between these two hormones allows thyroid hormone to be maintained in a narrow dose range.

Several studies indicate that these negative feedback loops could produce NMDRCs when the duration of hormone administration is changed (535). For example, short exposures of estrogen induce proliferation in the uterus and pituitary, but longer hormone regimens inhibit cell proliferation (236, 536). Thus, the outcome is one where exposure to a single hormone concentration stimulates an endpoint until negative feedback loops are induced and stimulation ends (537).

### 7. Other downstream mechanisms

Removing the variability that can come from examining different cell types, or even single cell types in the context of a tissue, studies of cultured cells indicate that different gene profiles are affected by low doses of hormone compared with higher doses. In a study of the genes affected by low *vs.* higher doses of estrogen, researchers found that there was a small number of genes in MCF7 breast cancer cells with very high sensitivity to low doses of estradiol (10 pM) compared with the total number of genes that were affected by higher (30 or 100 pM) exposures (538). But the surprising finding was the pattern of estradiol-induced *vs.* estradiol-suppressed gene expression at high and low doses; when 10 pM was administered, the number of estradiol-suppressible genes was approximately three times higher than the number of estradiol-inducible genes. However, the overall profile of the number of estradiol-suppressible genes was approximately half the total number of estradiol-inducible genes. This observation suggests that low doses of estrogen selectively target a small subset of the total number of estrogen-sensitive genes and that the genes affected by low doses are most likely to be suppressed by that treatment. The mechanisms describing how low doses of estrogen differently affect the expression of genes compared with higher doses have yet to be elucidated, but low doses of estradiol inhibit expression of apoptotic genes (539), indicating that which genes are affected by hormone exposure is relevant to understand how low doses influence cellular activities.

### C. Examples of nonmonotonicity

### 1. Examples of NMDRCs from cell culture

A tremendous amount of theoretical and mathematical modeling has been conducted to understand the produc-

tion of nonlinear and nonmonotonic responses (42, 540). These studies and others suggest that the total number of theoretical response curves is infinite. Yet this does not mean that the occurrence of NMDRCs is speculative; these types of responses are reported for a wide variety of chemicals. Cell culture experiments alone provide hundreds of examples of nonmonotonic responses (see Table 6 for examples). In the natural hormone category, many different hormones produce NMDRCs; this is clearly not a phenomenon that is solely attributable to estrogen and androgen, the hormones that have been afforded the most attention in the dose-response literature. Instead, NMDRCs are observed after cells are treated with a range of hormones, suggesting that this is a fundamental and general feature of hormones.

Chemicals from a large number of categories with variable effects on the endocrine system also produce NMDRCs in cultured cells. These chemicals range from components of plastics to pesticides to industrial chemicals and even heavy metals. The mechanisms for nonmonotonicity discussed in *Section III.B* are likely explanations for the NMDRCs reported in a range of cell types after exposure to hormones and EDCs. Table 6 provides only a small number of examples from the literature, and it should be noted that because these are studies of cells in culture, most of these studies typically examined only a few types of outcomes: cell number (which could capture the effects of a chemical on cell proliferation, apoptosis, or both), stimulation or release of another hormone, and regulation of target protein function, often examined by measuring the phosphorylation status of a target.

### 2. Examples of NMDRCs in animal studies

Some scientists suggest that nonmonotonicity is an artifact of cell culture, however, a large number of NMDRCs have been observed in animals after administration of natural hormones and EDCs, refuting the hypothesis that this is a cell-based phenomenon only. Similar to what has been observed in cultured cells, the NMDRCs observed in animals also span a large range of chemicals, model organisms, and affected endpoints (Table 7). These results underscore the biological importance of the mechanisms of nonmonotonicity that have been largely worked out *in vitro*.

Although NMDRCs attributable to estrogen treatment are well documented, the induction of NMDRCs is again observed to be a general feature of hormone treatment; a wide range of hormones produce these types of responses in exposed animals. Importantly, a number of pharmaceutical compounds with hormone-mimicking or endocrine-disrupting activities also produce NMDRCs. Finally, as expected from the results of cell culture

Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 6.** Examples of NMDRCs in cell culture experiments

| Chemicals by chemical class | Nonmonotonic effect | Cell type | Refs. |
|---|---|---|---|
| Natural hormones | | | |
| 17β-Estradiol | Cell number | MCF7 breast cancer cells | 135, 716 |
| | Dopamine uptake | Fetal hypothalamic cells (primary) | 717 |
| | pERK levels, prolactin release | GH3/B6/F10 pituitary cells | 41, 718, 719 |
| | β-Hexosaminidase release | HMC-1 mast cells | 720 |
| | Cell number | Vascular smooth muscle cells | 721 |
| | Production of L-PGDS, a sleep-promoting substance | U251 glioma cells | 722 |
| 5α-Dihydrotestosterone | Cell number | LNCaP-FGC prostate cancer cells | 499 |
| | Cell number, kinase activity | Vascular smooth muscle cells | 721 |
| 5α-Androstenedione | Cell number | LNCaP-FGC prostate cancer cells | 499 |
| Corticosterone | Mitochondrial oxidation, calcium flux | Cortical neurons (primary) | 723 |
| Insulin | Markers of apoptosis (in absence of glucose) | Pancreatic β-cells (primary) | 724 |
| Progesterone | Cell number | LNCaP-FGC prostate cancer cells | 499 |
| Prolactin | Testosterone release | Adult rat testicular cells (primary) | 725 |
| hCG | Testosterone release | Adult rat testicular cells (primary) | 725 |
| T₃ | Rate of protein phosphorylation | Cerebral cortex cells (primary, synaptosomes) | 726 |
| | *LPL* mRNA expression | White adipocytes (rat primary) | 727 |
| GH | *IGF-I* expression | Hepatocytes (primary cultures from silver sea bream) | 728 |
| Pharmaceutical hormones | | | |
| DES | Cell number | MCF7 breast cancer cells | 716 |
| | Prolactin release | GH3/B6/F10 pituitary cells | 41 |
| Ethinyl estradiol | CXCL12 secretion | MCF7 breast cancer cells, T47D breast cancer cells | 729 |
| R1881 (synthetic androgen) | Cell number | LNCaP-FGC cells | 499 |
| Trenbolone | Induction of micronuclei | RTL-W1 fish liver cells | 730 |
| Plastics | | | |
| BPA | Cell number | MCF7 breast cancer cells | 135, 716 |
| | Dopamine efflux | PC12 rat tumor cells | 40 |
| | pERK levels, intracellular Ca²⁺ changes, prolactin release | GH3/B6/F10 pituitary cells | 41, 718 |
| | Cell number | LNCaP prostate cancer cells | 731 |
| DEHP | Number of colonies | *Escherichia coli* and *B. subtilis* bacteria | 732 |
| Di-*n*-octyl phthalate | Number of colonies | *E. coli* and *B. subtilis* bacteria | 732 |
| Detergents, surfactants | | | |
| Octylphenol | Cell number | MCF7 breast cancer cells | 716 |
| | Dopamine uptake | Fetal hypothalamic cells (primary) | 717 |
| | pERK levels | GH3/B6/F10 pituitary cells | 718 |
| | hCG-stimulated testosterone levels | Leydig cells (primary) | 733 |
| Propylphenol | pERK levels | GH3/B6/F10 pituitary cells | 718 |
| Nonylphenol | pERK levels, prolactin release | GH3/B6/F10 pituitary cells | 41, 718 |
| | β-Hexosaminidase release | HMC-1 mast cells | 720 |
| | Cell number | MCF7 breast cancer cells | 135 |
| PAH | | | |
| Phenanthrene | All-trans retinoic acid activity | P19 embryonic carcinoma cells | 734, 735 |
| Benz(a)acridine | All-trans retinoic acid activity | P19 embryonic carcinoma cells | 734 |
| Naphthalene | hCG-stimulated testosterone | Pieces of goldfish testes | 736 |
| B-naphthoflavone | hCG-stimulated testosterone | Pieces of goldfish testes | 736 |
| Retene | hCG-stimulated testosterone | Pieces of goldfish testes | 736 |
| Heavy metals | | | |
| Lead | Estrogen, testosterone, and cortisol levels | Postvitellogenic follicles (isolated from catfish) | 737 |
| Cadmium | Expression of angiogenesis genes | Human endometrial endothelial cells | 738 |
| | | | *(Continued)* |

**TABLE 6.** Continued

| Chemicals by chemical class | Nonmonotonic effect | Cell type | Refs. |
|---|---|---|---|
| Phytoestrogens and natural antioxidants | | | |
| Genistein | Cell number | Caco-2BBe colon adenocarcinoma cells | 739 |
| | CXCL12 secretion, cell number | T47D breast cancer cells | 729 |
| | Cell number, cell invasion, MMP-9 activity | PC3 prostate cancer cells | 740 |
| | pJNK levels, $Ca^{2+}$ flux | GH3/B6/F10 pituitary cells | 719 |
| Coumesterol | Prolactin release, pERK levels | GH3/B6/F10 pituitary cells | 719 |
| Daidezin | Prolactin release, pERK levels | GH3/B6/F10 pituitary cells | 719 |
| | Cell number | MCF7 breast cancer cells | 135 |
| | Cell number | LoVo colon cancer cells | 741 |
| Resveratrol | Expression of angiogenesis genes | Human umbilical vein endothelial cells | 742 |
| Trans-resveratrol | pERK levels, $Ca^{2+}$ flux | GH3/B6/F10 pituitary cells | 719 |
| Artelastochromene | Cell number | MCF7 breast cancer cells | 743 |
| Carpelastofuran | Cell number | MCF7 breast cancer cells | 743 |
| Biochanin A | Induction of estrogen-sensitive genes in the presence of testosterone | MCF7 breast cancer cells | 744 |
| Licoflavone C | Induction of estrogen-sensitive genes | Yeast bioassay | 745 |
| Quercetin | Aromatase activity | H295R adrenocortical carcinoma cells | 746 |
| | Cell number | SCC-25 oral squamous carcinoma cells | 747 |
| Dioxin | | | |
| TCDD | Cell number, gene expression | M13SV1 breast cells | 748 |
| PCB | | | |
| PCB-74 | Cell viability, GnRH peptide levels | GT1-7 hypothalamic cells | 749 |
| PCB-118 | Cell viability, GnRH peptide levels | GT1-7 hypothalamic cells | 749 |
| Aroclor 1242 (PCB mixture) | $\beta$-Hexosaminidase release | HMC-1 mast cells | 720 |
| POP mixture | Apoptosis of cumulus cells | Oocyte-cumulus complexes (primary, isolated from pigs) | 750 |
| Herbicides | | | |
| Glyphosphate-based herbicide (Round-Up) | Cell death, aromatase activity, ER$\beta$ activity | HepG2 liver cells | 751 |
| Atrazine | Cell number | IEC-6 intestinal cells | 752 |
| Insecticides | | | |
| Endosulfan | Cell number | IEC-6 intestinal cells | 752 |
| | $\beta$-Hexosaminidase release | HMC-1 mast cells | 720 |
| | ATPase activity of P-glycoprotein | CHO cell extracts | 753 |
| Diazinon | Cell number | IEC-6 intestinal cells | 752 |
| Dieldrin | $\beta$-Hexosaminidase release | HMC-1 mast cells | 720 |
| DDT | Cell number | MCF7 breast cancer cells | 144 |
| DDE | $\beta$-Hexosaminidase release | HMC-1 mast cells | 720 |
| | Prolactin release | GH3/B6/F10 pituitary cells | 41 |
| 3-Methylsulfonyl-DDE | Cortisol and aldosterone release, expression of steroidogenic genes | H295R adrenocortical carcinoma cells | 754 |
| Fungicides | | | |
| Hexachlorobenzene | Transcriptional activity in the presence of DHT | PC3 prostate cancer cells | 755 |
| Prochloraz | Aldosterone, progesterone, and corticosterone levels; expression of steroidogenic genes | H295R adrenocortical cells | 756 |
| Ketoconazole | Aldosterone secretion | H295R adrenocortical cells | 757 |
| Fungicide mixtures | Aldosterone secretion | H295R adrenocortical cells | 757 |
| PBDE | | | |
| PBDE-49 | Activation of ryanodine receptor 1 | HEK293 cell (membranes) | 758 |
| PBDE-99 | Expression of *GAP43* | Cerebral cortex cells (primary) | 759 |

Due to space concerns, we have not elaborated on the shape of the curve (U, inverted U, or other nonmonotonic shape) or the magnitude of observed effects in this table. CXCL12, Chemokine (C-X-C motif) ligand 12; DEHP, bis(2-ethylhexyl) phthalate; DHT, dihydrotestosterone; hCG, human chorionic gonadotropin; MMP, matrix metalloproteinase; PAH, polyaromatic hydrocarbons; PBDE, polybrominated diphenyl ethers; PCB, polychlorinated biphenyl; pERK, phospho-ERK; PGDS, prostaglandin-D synthase; pJNK, phospho-c-Jun N-terminal kinase.

**TABLE 7.** Examples of NMDRCs in animal studies

| Chemicals by chemical class | Nonmonotonic effect | Organ/sex/animal | Refs. |
|---|---|---|---|
| Natural hormones | | | |
| 17β-Estradiol | Morphological parameters | Mammary gland/female/mice | 138, 541 |
| | Accumulation of cAMP | Pineal/female/rats | 760 |
| | Prostate weight | male/mice | 689 |
| | Uterine weight | female/mice | 761 |
| | Antidepressant effects, measured by immobility assay | Behavior/male/mice | 762 |
| | Nocturnal activity, gene expression in preoptic area | Brain and behavior/female/mice | 763 |
| Corticosterone | Spatial memory errors | Behavior/male/rats | 764 |
| | Cholinergic fiber loss in cortex after treatment with neurodegenerative drugs | Brain/male/rats | 765 |
| | Mitochondrial metabolism | Muscle/male/rats: strain differences | 766 |
| | Contextual fear conditioning | Behavior/male/rats | 767 |
| | Locomotor activity | Behavior/male/captive Adelie penguins | 768 |
| Glucocorticoid | Na$^+$/K$^+$-ATPase activity | Brain/tilapia (fish) | 769 |
| Testosterone | Na$^+$/K$^+$-ATPase activity | Brain/tilapia (fish) | 769 |
| | Gonadotropin subunit gene expression | Pituitary/sexually immature goldfish | 770 |
| 11β-Hydroxyandrosterone | Gonadotropin subunit gene expression | Pituitary/sexually immature goldfish | 770 |
| T$_4$ | Bone growth | Tibia/male/rats with induced hypothyroidism | 771 |
| Leptin | Insulin production (in the presence of glucose) | Pancreas/male/rats | 560 |
| Oxytocin | Infarct size, plasma LDH levels, creatine kinase activity after ischemia/ reperfusion injury | Brain and blood/male/rats | 772 |
| | Memory retention | Behavior/male/mice | 773 |
| Melatonin | Brain infarction and surviving neuron number after injury | Brain/female/rats | 774 |
| Dopamine | Memory | Brain/both/rhesus monkey | 775 |
| | Neuronal firing rate | Brain/male/rhesus monkey | 776 |
| Pharmaceutical | | | |
| DES | Sex ratio, neonatal body weight, other neonatal development | Mice | 777 |
| | Adult prostate weight | Male/mice | 689 |
| | Uterine weight | Female/mice | 761 |
| | Expression of PDGF receptor | Testes/male/rats | 778 |
| | Morphological parameters | Mammary gland/male and female/ mice | 779 |
| Estradiol benzoate | Dorsal prostate weight, body weight | Male/mice | 780 |
| | Sexual behaviors, testes morphology | Male/zebra finches (birds) | 781 |
| Ethinyl estradiol | GnRH neurons | Brain/zebrafish | 782 |
| Tamoxifen | Uterine weight | Female/mice | 761 |
| Fluoxetine (antidepressant) | Embryo number | *Potamopyrgus antipodarum* (snails) | 783 |
| Fadrozole (aromatase inhibitor) | Aromatase activity | Ovary/female/fathead minnows | 784 |
| Plastics | | | |
| BPA | Fertility | Reproductive axis /female/mice | 316 |
| | Reproductive behaviors | Behavior/male/rats | 785 |
| | Protein expression | Hepatopancreas/male/*Porcellio scaber* (isopod) | 786 |
| | Timing of vaginal opening, tissue organization of uterus | Reproductive axis/female/mice | 577 |
| | Expression of receptors in embryos | Brain and gonad/both/ mice | 787 |
| DEHP | Aromatase activity | Hypothalamus/male/rats | 788 |
| | Cholesterol levels | Serum/male/rats | 569 |
| | Timing of puberty | Reproductive axis /male/rats | 789 |
| | Body weight at birth, vaginal opening, and first estrous | Female/rats | 790 |
| | Seminal vesicle weight, epididymal weight, testicular expression of steroidogenesis genes | Male/rats | 791 |
| | Responses to allergens, chemokine expression | Skin/male/mice | 792 |
| | | | (*Continued*) |

**TABLE 7.** Continued

| Chemicals by chemical class | Nonmonotonic effect | Organ/sex/animal | Refs. |
|---|---|---|---|
| Detergents, surfactants | | | |
| Nonylphenol ethoxylate | Fecundity | *Biomphalaria tenagophila* (snails) | 793 |
| Octylphenol | Embryo production | *P. antipodarum* (snails) | 794 |
| | Spawning mass and egg numbers | *Marisa cornuarietis* (snails) | 795 |
| Semicarbazide | Timing of preputial separation, serum DHT | Male/rats | 796 |
| Antimicrobial | | | |
| Triclocarban | Fecundity | *P. antipodarum* (snails) | 797 |
| PCB | | | |
| Mixture of PCB | Corticosterone levels | Male/kestrels (birds) | 798 |
| Environmental PCB mixture | Corticosterone levels | Female/tree swallows (birds) | 799 |
| UV filters | | | |
| Octyl methoxycinnamate | Activity, memory | Behavior/both/rats | 800 |
| Aromatic hydrocarbons | | | |
| β-naphthoflavone | Testosterone | Plasma/male/goldfish | 736 |
| Toluene | Locomotor activity | Behavior/male/rats | 801 |
| Dioxins | | | |
| TCDD | Cell-mediated immunity | Immune system/male/ rats | 802 |
| | Proliferation after treatment with chemical carcinogen | Liver/female/rats | 803 |
| Heavy metals | | | |
| Cadmium | Expression of metallothionein, *pS2/TFF1* | Intestine and kidney/ female/rats | 804 |
| | Activity of antioxidant enzymes | Earthworms | 805 |
| | Size parameters, metamorphic parameters | *Xenopus laevis* | 806 |
| Lead | Growth, gene expression | *Vicia faba* seedlings (plant) | 807 |
| | Retinal neurogenesis | Eye and brain/female/rats | 808 |
| Selenium | DNA damage, apoptotic index | Prostate/male/dogs | 809 |
| | Hatching failure | Eggs/red-winged blackbirds (wild population) | 810 |
| Phytoestrogens | | | |
| Genistein | Aggressive, defensive behaviors | Behavior/male/mice | 811 |
| | Retention of cancellous bone after ovariectomy | Tibia bones/female/rat | 812 |
| | Expression of *OPN*, activation of Akt | Prostate/male/mice | 740 |
| Resveratrol | Angiogenesis | Chorioallantoic membrane/chicken embryos | 742 |
| | Ulcer index after chemical treatment, expression of gastroprotective genes | Stomach/male/mice | 813 |
| Phytochemicals | | | |
| Phlorizin | Memory retention | Behavior/male/mice | 814 |
| Herbicides | | | |
| Atrazine | Time to metamorphosis | Thyroid axis/*Rhinella arenarum* (South American toad) | 815 |
| | Survivorship patterns | Four species of frogs | 363 |
| | Growth parameters | *Bufo americanus* | 816 |
| Pendimethalin | Expression of *AR*, *IGF-I* | Uterus/female/mice | 817 |
| Commercial mixture with mecoprop, 2,4-dichlorophenoxyacetic acid and dicamba | Number of implantation sites, number of live births | Female/mice | 818 |
| Simazine | Estrous cyclicity | Reproductive axis/female/rat | 819 |
| Insecticides | | | |
| Permethrin | Dopamine transport | Brain/male/mice | 820 |
| Heptachlor | Dopamine transport | Brain/male/mice | 820 |
| DDT | Number of pups, sex ratios, neonatal body weight, male anogenital distance | Mice | 777 |
| Methoxychlor | Number of pups, anogenital distance (males and females), neurobehaviors (males and females) | Mice | 777 |
| Chlorpyrifos | Body weight | Male/rats | 821 |
| | Antioxidant enzyme activity | *Oxya chinensis* (locusts) | 822 |
| Malathion | Antioxidant enzyme activity | *O. chinensis* (locusts) | 822 |
| | | | *(Continued)* |

Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 7.** Continued

| Chemicals by chemical class | Nonmonotonic effect | Organ/sex/animal | Refs. |
|---|---|---|---|
| Fungicides | | | |
| Carbendazim | Liver enzymes, hematology parameters | Blood and liver/male/rats | 823 |
| Chlorothalonil | Survival, immune response, corticosterone levels | Several amphibian species | 686 |
| Vinclozolin | Protein expression | Testes/male/*P. scaber* (isopod) | 786 |

Due to space concerns, we have not elaborated on the shape of the curve (U, inverted U, or other nonmonotonic shape) or the magnitude of observed effects in this table. DEHP, Bis(2-ethylhexyl) phthalate; DHT, dihydrotestosterone; LDH, lactate dehydrogenase; PCB, polychlorinated biphenyl; PDGF, platelet-derived growth factor.

experiments, chemicals with many different modes of action generate NMDRCs in treated animals.

Perhaps most striking is the range of endpoints affected, from higher-order events such as the number of viable offspring (which could be due to alterations in the reproductive tissues themselves or the reproductive axis), to behavioral effects, to altered organ weights, and to lower-order events such as gene expression. The mechanisms responsible for these nonmonotonic phenomena may be similar to those studied in cell culture systems, although additional mechanisms are likely to be operating *in vivo* such as alterations in tissue organization (541) and the interactions of various players in the positive and negative feedback loops of the endocrine system.

### 3. Examples of NMDRCs in the epidemiology literature

Perhaps not surprisingly, natural hormones produce NMDRCs in human populations as well (Table 8). Although the methods needed to detect NMDRCs in humans are specific to the field of epidemiology, these results sup-

**TABLE 8.** NMDRCs for natural hormones identified in the epidemiology literature

| Hormone | Affected endpoint | NMDRC | Study subjects | Refs. |
|---|---|---|---|---|
| Testosterone (free) | Incidence of coronary events | Incidence of 25% at extremes of exposure, 16% at moderate exposure | Rancho Bernardo Study participants, women aged 40+ (n = 639) | 824 |
| | Depression | Hypo- and hypergonadal had higher depression scores than those with intermediate free testosterone | Androx Vienna Municipality Study participants, manual workers, men aged 43–67 (n = 689) | 825 |
| PTH | Mortality | ~50% excess risk for individuals with low or high iPTH | Hemodialysis patients (n = 3946) | 826 |
| | Risk of vertebral or hip fractures | ~33% higher for low or high iPTH compared to normal levels | Elderly dialysis patients (n = 9007) | 827 |
| TSH | Incidence of Alzheimer's disease | About double the incidence in lowest and highest tertile in women (no effects observed in men) | Framingham Study participants (elderly) (n = 1864, 59% women) | 828 |
| Leptin | Mortality | Mortality ~10% higher for lowest and highest leptin levels | Framingham Heart Study participants (elderly) (n = 818, 62% women) | 563 |
| Insulin | Coronary artery calcification | Higher for low and high insulin area under the curve measures. | Nondiabetic patients with suspected coronary heart disease, cross-sectional (n = 582) | 829 |
| | Mortality (noncardiovascular only) | Relative risk ~1.5 for highest and lowest fasting insulin levels | Helsinki Policemen Study participants, men aged 34–64 (n = 970) | 830 |
| Cortisol | BMI, waist circumference | Low cortisol secretion per hour for individuals with highest and lowest BMI, waist circumference | Whitehall II participants, adults, cross-sectional (n = 2915 men; n = 1041 women) | 831 |
| | Major depression (by diagnostic interview) | Slight increases at extremes of cortisol | Longitudinal Aging Study Amsterdam participants, aged 65+, cross-sectional (n = 1185) | 832 |

BMI, Body mass index; iPTH, intact PTH; PTH, parathyroid hormone.

port the idea that NMDRCs are a fundamental feature of hormones. Importantly, it should be noted that most of the individuals surveyed in studies examining the effects of natural hormones have a disease status or are elderly. This of course does not mean that natural hormones induce NMDRCs in only these select populations but may instead be a reflection of the types of individuals available for these studies (for example, there are very few clinical events in younger people).

NMDRCs observed in the epidemiology literature from human populations exposed to EDCs are now starting to receive attention (Table 9). Here, most reports of NMDRCs come from studies of healthy individuals exposed to persistent organic pollutants POPs, chemicals that do not easily degrade and consequently bioaccumulate in human and animal tissues (542). These POPs do encompass a range of chemical classes including components of plastics, pesticides, and industrial pollutants. A large number of these studies have focused on endpoints that are relevant to metabolic disease, and together, these studies show that there is a recurring pattern of NMDRCs related to POPs and disease. Of course, not every study of POPs shows NMDRCs, and this is probably due to the distribution of EDCs in the populations examined.

In addition to the studies that show strong evidence for NMDRCs in human populations, there is also a subset of studies that provide suggestive evidence for nonmonotonic relationships between EDCs and human health endpoints (Table 9). In fact, the authors of many of these papers clearly identify U- or inverted U-shaped dose-response curves. However, when authors do not perform the appropriate statistical tests to verify the presence of a NMDRC, there is some ambiguity in their conclusions. The usual cross-sectional *vs.* prospective design dichotomy in epidemiology also is a factor that can influence the strength of a NMDRC, or prevent the detection of one at all. This disjunction in design is often incongruous with EDC exposure studies because we often know very little about clearance rates of the chemical, interactions with adiposity, and changes to these factors with age and gender. Yet regardless of any possible weaknesses in these studies, they provide supportive evidence that NMDRCs are observed in human populations.

Because these reports of NMDRCs in human populations are relatively new, few mechanisms have been proposed for these phenomena. Why would risk curves be nonmonotonic over the dose distribution observed in human populations? Why would individuals with the highest exposures have less severe health outcomes compared with individuals with more moderate exposures? One plausible explanation is that the same mechanisms for NMDRCs in animals and cell cultures operate in human

populations: chronic exposures to high doses can activate negative feedback loops, activate receptors that promote changes in different pathways that diverge on the same endpoint with opposing effects, or produce some measure of toxicity. Accidental exposures of very large doses may not behave the same as background doses for a variety of reasons, including the toxicity of high doses; these large doses tend to occur over a short time (and therefore more faithfully replicate what is observed in animal studies after controlled administration).

Another explanation is that epidemiology studies, unlike controlled animal studies, examine truly complex mixtures of EDCs and other environmental chemicals. Some chemical exposures are likely to be correlated due to their sources and their dynamics in air, water, soil, and living organisms that are subsequently eaten. Therefore, intake of these chemicals may produce unpredicted, likely nonlinear outcomes whether the two chemicals act via similar or different pathways.

The design of observational epidemiological studies is fundamentally different from studies of cells or animals, in that the EDC exposure distributions are given, rather than set by the investigator. In particular, as shown in Fig. 5, different epidemiological populations will have different ranges of exposure, with the schematic example showing increasing risk in a population with the lowest exposures (labeled group A), an inverted U-shaped risk in a moderate dose population (labeled group B), and an inverse risk in a population with the highest exposures (labeled group C). An additional example is provided (labeled group D) in which an industrial spill shows high risk, but the comparison with the entire unaffected population with a wide variety of risk levels due to differential background exposure could lead to a high- or a low-risk reference group and a wide variety of possible findings.

It is reasonable to suggest that even though epidemiological studies are an assessment of exposures at a single time point, many of these pollutants are persistent, and therefore a single measure of their concentration in blood may be a suitable surrogate for long-term exposures. The movement of people from relatively low- to higher-exposure groups over time depend on refreshed exposures, clearance rates, and individual differences in ability to handle exposures (*i.e.* due to genetic susceptibilities, amount of adipose tissue where POPs can be stored, *etc.*).

Figure 5 therefore further illustrates that observational epidemiological studies yield the composite effect of varying mixtures of EDCs at various exposure levels for various durations, combining acute and chronic effects. These studies are important, however, in that they are the only way to study EDC effects in the long term in intact humans, as opposed to studying signaling pathways, cells,