Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 9.** NMDRCs for EDCs identified in the epidemiology literature

| Chemicals by chemical class | Affected endpoint | NMDRC | Study subjects | Refs. |
|---|---|---|---|---|
| Insecticides | | | | |
| Trans-nonachlor | Diabetes incidence | Highest risk in groups with intermediate exposures (quartile 2) | CARDIA participants, case-control study (n = 90 cases and n = 90 controls) | 833 |
| | Telomere length in peripheral leukocytes | Increased length in intermediate exposures (quintile 4) | Adults aged 40+ (Korea, n = 84) | 591 |
| p,p'-DDE | BMI, triglyceride levels, HDL cholesterol | Highest risk in groups with intermediate exposures (quartile 3) | CARDIA participants (n = 90 controls from nested case control study) | 590 |
| | Risk of rapid infant weight gain | For infants born to women of normal weight prepregnancy, risk is highest with intermediate exposures. | Infants from Childhood and the Environment project, Spain (n = 374 from normal prepregnancy weight mothers; n = 144 from overweight mothers) | 834 |
| | Telomere length in peripheral leukocytes | Increased length with intermediate exposures (quintile 4) | Adults aged 40+ (Korea, n = 84) | 591 |
| Oxychlordane | Bone mineral density of arm bones | With low exposures, fat mass had inverse associations with bone mineral density; with high exposures, fat mass had positive associations with bone mineral density. | NHANES 1999–2004 participants, aged 50+ (n = 679 women, n = 612 men) | 835 |
| Plastics | | | | |
| Mono-methyl phthalate (MMP) | Atherosclerotic plaques | Increased risk in intermediate exposure groups (quintiles 2–4) | Adults aged 70, living in Sweden (n ≈ 1016) | 836 |
| Perfluorinated compounds | | | | |
| PFOA | Arthritis (self-reported) | Increased risk in intermediate exposure groups (quartile 2) | NHANES participants, aged 20+ (both sexes, n = 1006) | 837 |
| Fire retardants | | | | |
| PBB-153 | Blood triglyceride levels | Increased risk in intermediate exposure groups (quartile 2) | NHANES participants, aged 12+ (n = 637) | 604 |
| PBDE-153 | Prevalence of diabetes, | Prevalence of diabetes highest in intermediate groups (quartiles 2–3 relative to individuals with undetectable levels) | NHANES participants, aged 12+ (n = 1367) | 604 |
| | Prevalence of metabolic syndrome, levels of blood triglycerides | Prevalence of metabolic syndrome highest in intermediate exposure groups (quartile 2 relative to individuals with undetectable levels); blood triglycerides highest in low exposure groups (quartile 1 relative to individuals with undetectable levels) | NHANES participants, aged 12+ (n = 637) | 604 |
| PCB | | | | |
| PCB-74 | Triglyceride levels | Lowest levels are observed in intermediate groups (quartile 2) | CARDIA participants (n = 90 controls from nested case-control study) | 590 |
| PCB-126 | Bone mineral density in right arm | With low exposures, fat mass had inverse associations with bone mineral density; with high exposures, fat mass had positive associations with bone mineral density | NHANES participants, aged <50 (n = 710 women, n = 768 men) | 835 |
| PCB-138 | Bone mineral density in right arm | With low exposures, fat mass had inverse associations with bone mineral density; with high exposures, fat mass had positive associations with bone mineral density | NHANES participants, women aged 50+ (n = 679 women, n = 612 men) | 835 |
| PCB-153 | Telomere length in peripheral leukocytes | Increased length with intermediate exposure groups (quartile 4) | Adults aged 40+ (Korea, n = 84) | 591 |
| PCB-170 | Diabetes incidence | Highest risk in groups with intermediate exposures (quartile 2) | CARDIA participants, case-control study (n = 90 cases and n = 90 controls) | 833 |
| | Endometriosis | Decreased risk in groups with intermediate exposures (quartile 3) | Participants from the Women at Risk of Endometriosis (WREN) study, 18–49 yr old, case-control study (n = 251 cases; n = 538 controls) | 838 |
| PCB-172 | DNA hypomethylation (by Alu assay) | Highest levels of hypomethylation in groups with lowest and highest exposures | Adults aged 40+ (Korea, n = 86) | 839 |
| PCB-180[a] | BMI | Highest BMI with intermediate exposures (quartile 2) | CARDIA participants (n = 90 controls from nested case-control study) | 590 |
| PCB-187[a] | HDL cholesterol levels | Lowest levels with intermediate exposures (quartile 2) | CARDIA participants (n = 90 controls from nested case-control study) | 590 |
| PCB 196–203 | Diabetes incidence | Highest risk in groups with intermediate exposures (quartile 2) | CARDIA participants, case-control study (n = 90 cases and n = 90 controls) | 833 |
| PCB-196 | Endometriosis | Decreased risk in groups with intermediate exposures (quartile 3) | Participants from the Women at Risk of Endometriosis (WREN) study, 18–49 yr old, case-control study (n = 251 cases; n = 538 controls) | 838 |

*(Continued)*

Case No. 1:20-cv-02484-MSK   Document 92-2   filed 05/06/21   USDC Colorado   pg 2 of 461

**40**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

**TABLE 9.** Continued

| Chemicals by chemical class | Affected endpoint | NMDRC | Study subjects | Refs. |
|---|---|---|---|---|
| PCB-199[a] | Triglyceride levels | Highest risk in groups with intermediate exposures (quartiles 2–3) | CARDIA participants (n = 90 controls from nested case control study) | 590 |
| PCB-201 | Endometriosis | Decreased risk in groups with intermediate exposures (quartiles 2–3) | Participants from the Women at Risk of Endometriosis (WREN) study, 18–49 yr old, case-control study (n = 251 cases, n = 538 controls) | 838 |
| **Heavy metals** | | | | |
| Selenium | Fasting glucose levels (by modeled exposure) | Intermediate exposures have highest fasting glucose levels | NHANES 2003- 2004 participants, aged 40+ (n = 917) | 840 |
| | Glycosylated hemoglobin (by modeled exposure) | Intermediate exposures have highest % glycosylated hemoglobin | NHANES 2003- 2004 participants, aged 40+ (n = 917) | 840 |
| | Diabetes incidence (by modeled exposure) | Intermediate exposures have highest risk for diabetes | NHANES 2003- 2004 participants, aged 40+ (n = 917) | 840 |
| | Blood triglyceride levels | Intermediate exposures have highest triglyceride levels | NHANES participants, aged 40+ (n = 1159) | 841 |
| Arsenic | Cytokines in umbilical cord blood | Lower inflammatory markers at intermediate exposures (quartile 2) | Pregnant women in Bangladesh ( n = 130) | 842 |
| Manganese | Mental development scores in infants and toddlers | Intermediate exposures had highest mental development scores at 12 months of age; association lost in older toddlers | 12-month-old infants, Mexico (n = 301) | 843 |
| | Sperm count, motility and morphology | Intermediate doses had lowest sperm counts and motility; intermediate doses also had the worst sperm morphologies | Men aged 18–55 (infertility clinic patients, n = 200) | 844 |
| **Mixtures** | | | | |
| 31 POP | Diabetes incidence | Highest incidence in intermediate groups (sextiles 2–3) | CARDIA participants, case-control study (n = 90 cases and n = 90 controls) | 833 |
| 16 POP | Diabetes incidence | Highest incidence in intermediate groups (sextiles 2–3) | CARDIA participants, case-control study (n = 90 cases and n = 90 controls) | 833 |
| Non-dioxin-like PCB (mix) | Metabolic syndrome | Highest levels in intermediate groups (quartile 3) | NHANES 1999–2002 participants, aged 20+ (n = 721) | 845 |
| Dioxin-like PCB (mix) | Triacylglycerol levels by quartile of exposure | Highest levels in intermediate groups (quartile 3) | NHANES 1999–2002 participants, aged 20+ (n = 721) | 845 |
| **Additional supportive evidence for NMDRC in the epidemiology literature** | | | | |
| **Insecticides** | | | | |
| Heptachlor epoxide | Prevalence of newly diagnosed hypertension | Highest risk in intermediate groups (quartile 2); other endpoints do not have NMDRC | NHANES participants, women aged 40+, cross-sectional (n = 51 cases, n = 278 total) | 826 |
| β-Hexachloro-cyclohexane | Triacylglycerol levels by quartile of exposure | Highest risk in intermediate group (quartile 2) | NHANES participants, aged 20+ (n = 896 men, 175 with metabolic syndrome) | 845 |
| **Plastics** | | | | |
| Mono-N-butyl phthalate (MBP) | BMI, age-specific effects | Effects seen only in elderly participants (age 60–80); risk is lowest in quartile 3 | NHANES male participants (n = 365; age 60–80) | 470 |
| Mono-benzyl phthalate (MBzP) | BMI, age-specific effects | Effects seen only in young participants (age 6–11); risk is highest in quartiles 2–3 | NHANES participants (both sexes, n = 329 males; n = 327 females) | 470 |
| **Flame retardants** | | | | |
| PFOA | Thyroid disease (self-reported) | Lowest risk in intermediate groups (quartile 3) | NHANES 1999–2000, 2003–2006 participants, males aged 20+ (n = 3974) | 837 |
| **Dioxin and related compounds** | | | | |
| TCDD | Age at natural menopause | Highest for intermediate exposure group (quintile 4) | Highly exposed women; Seveso Women's Health Study participants (n = 616) | 468 |
| HCDD | Bone mineral density in right arm by quintile of fat mass | With low exposures, fat mass had inverse associations with bone mineral density; with high exposures, fat mass had positive associations with bone mineral density | NHANES participants, women aged 50+ (n = 679 women, n = 612 men) | 835 |
| **Heavy metals** | | | | |
| Selenium | Prevalence of peripheral artery disease | Disease prevalence decreased in intermediate doses, then increased gradually with higher doses | NHANES participants, aged 40+ (n = 2062) | 469 |

BMI, Body mass index; HCDD, hexachloro-dibenzo-p-dioxin; HDL, high-density lipoprotein. PCB, polychlorinated biphenyls; PFOA, perfluorooctanoic acid; PBB, polybrominated biphenyl; PBDE, polybrominated diphenyl ethers; POP, persistent organic pollutants

[a] In many cases, multiple chemicals in the same class had similar effects. A few chemicals were selected to illustrate the observed effect. This list is not comprehensive.

organs, or animal models over limited periods of time. Causal inference is not done directly from the epidemiological study results; instead, it is done via combining information from the epidemiological observations with findings from the detailed studies of pathways and animals.

We have suggested that NMDRCs are a fundamental and general feature of hormone action in cells and animals.

Endocrine Reviews, June 2012, 33(3):0000–0000

**Figure 5.**



Figure 5. Example of a NMDRC in humans and the sampling populations that could be examined in epidemiology studies. This schematic illustrates a theoretical NMDRC in a human population. If a study were to sample only group A, the conclusion would be that with increasing exposures, risk increases monotonically. Sampling group B would allow researchers to conclude that there is a nonmonotonic relationship between exposure level and risk. If a study included only group C, the conclusion would be that with increasing exposures, there is decreased risk of disease. Group D represents a population that was highly exposed, *i.e.* due to an industrial accident. This group has the highest risk, and there is a monotonic relationship between exposures and risk, although risk is high for all individuals. In the group D situation, there is generally a background population with which high-dose exposure is compared (*dotted line*); relative risk for group D would depend on whether that background population resembles group A, B, or C. From this example, it is clear that the population sampled could strongly influence the shape of the dose-response curve produced as well as the conclusions reached by the study.

It is therefore worth asking whether NMDRCs are expected in the epidemiology literature. The endpoints assessed in epidemiology studies are typically integrated effects, rather than short-term effects; therefore, the various cell- or organ-specific effects may cancel each other, particularly if they are NMDRCs (because they are unlikely to all have nonmonotonicity at the same dose and direction). Thus, NMDRCs are likely to be rarer in the epidemiology literature compared with studies examining the effects of a wide range of doses of an EDC on animals and cultured cells. Yet it is also important to ask what can be concluded if a NMDRC is detected in one epidemiology study but not in others examining the same chemical and outcome. There are several factors that must be considered. The first is that differences in the populations examined between the two studies could explain why a monotonic relationship is observed in one group and a nonmonotonic relationship in another (see Fig. 5). The second is that one or more studies may not be statistically designed to detect NMDRCs. Finally, it is plausible that the NMDRC is an artifact due to residual confounding or some other factor that was not considered in the experimental design. As more becomes known about the mechanisms operating in cells, tissues, and organs to generate NMDRCs, our ability to apply this information to epidemiology studies will increase as well.

### 4. Tamoxifen flare, a NMDRC observed in cells, animals, and human patients

Although there is controversy in toxicology and risk assessment for endocrine disruptors, NMDRCs are recognized and used in current human clinical practice, although under a different specific term, flare. Flare is often reported in the therapy of hormone-dependent cancers such as breast and prostate cancer. Clinically, failure to recognize the NMDRC that is termed a flare would be considered malpractice in human medicine.

Tamoxifen flare was described and named as a transient worsening of the symptoms of advanced breast cancer, particularly metastases to bone associated with increased pain, seen shortly after the initiation of therapy in some patients (543). If the therapy could be continued, the patients showing tamoxifen flare demonstrated a very high likelihood of subsequent response to tamoxifen, including arrest of tumor growth and progression of symptoms for some time.

The subsequent mechanism of the flare was described in basic lab studies in athymic mouse models of human hormone-dependent breast cancer xenografts (544) and in tissue culture of hormone-dependent human breast cancer cells (545–547). In these models, it was observed that although high, therapeutic concentrations of tamoxifen inhibited estrogen-stimulated proliferation of breast cancer cells, lower concentrations of tamoxifen actually stimulated breast can-

**Figure 6.**



Figure 6. Dose-response ranges for tamoxifen in breast cancer therapy. This figure demonstrates the NMDRC, also called flare, in tamoxifen treatments. As the circulating dose of tamoxifen increases when treatment starts, patients initially experience flare, *i.e.* growth of the tumor (546), followed by a decrease in tumor size as the circulating levels of tamoxifen rise into the therapeutic range (676, 677). High doses of tamoxifen are acutely toxic (546). Starting from the highest concentrations, where acute toxicity is observed, and going to lower concentrations on the X-axis, the acute toxicity diminishes towards zero growth, *i.e.* therapeutic stasis (*green* baseline). This occurs at approximately 1E-05 m, the lowest observed effect level (LOEL) for toxicity. The vertical arrows show the results of applying three or four 10-fold safety factors to the LOEL for the high-dose toxicity of tamoxifen, and would calculate a safe or reference dose for tamoxifen in the region of flare, the least safe region of exposure in actual practice. Above the diagram of dose response ranges is estimated ER occupancy by tamoxifen. This was calculated from the affinity constant of tamoxifen for ERs determined in human breast cancer cells (Ki = 29.1 nM; Ref 678); flare appears to correspond to low receptor occupancy (*blue axis*), therapeutic range with mid and upper-range receptor occupancy, and acute toxicity well above 99% receptor occupancy. (678).

cer cell growth as long as the cells were estrogen dependent (548). Tamoxifen was also shown to disrupt tissue organization of the mammary gland, with specific effects on the stroma that may contribute to the observed effects on proliferation of epithelial cells (549, 550).

Tamoxifen therapy is administered as 10 mg twice per day (20 mg/d; approx 0.3 mg/kg body weight per day), but the target circulating levels are in the near submicromolar range (0.2–0.6 μM); these levels are reached slowly, after approximately 2 wks of therapy (551). In the initial period, where tamoxifen flare is observed, the circulating concentrations are ascending through lower concentrations, in the range below therapeutic suppression of growth, where breast cancer cell proliferation is actually stimulated by the drug, both in tissue culture, in animal xenograft studies, and in human patients (reviewed in Ref. 548). The recognition of this dual dose-response range for tamoxifen (low-dose, low-concentration estrogenic growth-stimulatory and higher-dose, higher-concentration estrogenic growth-inhibitory responses) led to the definition of the term selective estrogen response modu-

lator, or SERM, activity (552–554). This SERM activity has since been observed for many or even most estrogenic EDCs, including BPA (3, 555–557).

These observations defined three separate dose-response ranges for the SERM tamoxifen in human clinical use. The lowest dose-response range, the range of flare, stimulated breast cancer growth and symptoms in some patients with hormone-dependent cancer. The next higher dose-response range is the therapeutic range where tamoxifen inhibits estrogen-dependent tumor growth. The highest dose range causes acute toxicity by the SERM (see Fig. 6).

Tamoxifen provides an excellent example for how high-dose testing cannot be used to predict the effects of low doses. For tamoxifen (as for other drugs), the range of acute human toxicity for tamoxifen was determined in phase I clinical trials. Phase I trials also defined an initial therapeutic range, the second dose-response range, as a dose below which acute toxicity was not observed. The therapeutic dose range was tested and further defined in phase II and later clinical trials to determine efficacy (see for example Ref. 558). Standard toxicological testing from

Endocrine Reviews, June 2012, 33(3):0000–0000

**Figure 7.**



Figure 7. Leptin as an example of a NMDRC. Several studies report NMDRCs in response to leptin treatments. A, NMDRCs are observed in cultured primary adipocytes after leptin exposure. This graph illustrates the relationship between administered leptin dose and glucose uptake in two types of adipocytes, those isolated from omental tissue (*green*) and others from sc fat (*purple*) (schematic was made from data in Ref. 559). These data are on a log-linear plot. B, *Ex vivo* rat pancreas was treated with leptin and various doses of glucose, and the insulin response curves were examined. Area under the curve is a measure of the ability of the pancreas to bring glucose levels under control. Different dose-response curves were observed depending on the amount of glucose administered: a U-shaped curve when 8 mmol/liter was included (*pink*) or a multiphasic curve with 4 mmol/liter (*blue*) (schematic made from data in Ref. 560). These data are on a linear-linear plot. C, U-shaped NMDRCs were also observed when food intake was compared with leptin levels in the blood of rats administered the hormone. This response was similar in males (*orange*) and females (*cyan*) (schematic made from data in Ref. 562). These data are on a linear-linear plot.

high doses to define a LOAEL or NOAEL are equivalent to the phase I clinical testing, and in risk assessment, a safe dose or reference dose is calculated from these tests. However, the lowest dose range, with the highly adverse effects termed flare, was not detected in the phase I trials and was determined only for tamoxifen in breast cancer therapy at the therapeutic doses (543). The implication for risk assessment is that NMDRCs for EDCs, particularly those already identified as SERMs, would likely not be detected by standard toxicological testing at high doses. That is, the consequence of high-dose testing is the calculation of a defined but otherwise untested safe dose that is well within the range equivalent to flare, *i.e.* a manifestly unsafe dose of the EDC (Fig. 6).

### 5. Similarities in endpoints across cell culture, animal, and epidemiology studies: evidence for common mechanisms?

There are common trends in some findings of NMDRCs in cell, animal, and human studies and therefore evidence for related mechanisms for NMDRCs at various levels of biological complexity. Tamoxifen flare, discussed in *Section III.C.4*, is an informative example. Another illustrative example is that of the effect of the hormone leptin (Fig. 7). In cultured primary adipocytes, NMDRCs are observed after leptin exposure; moderate doses of leptin significantly reduce insulin-mediated glucose intake, whereas low and high doses maintain higher glucose intake in response to insulin (559). The rat pancreas shows a similar response to leptin; the amount of

secreted insulin has an inverted U-shaped response to leptin (560, 561). Even more striking is the relationship between leptin and food intake. Rats administered moderate doses of leptin consume less food compared to rats dosed with low or high levels of leptin (562); mechanistically, this lower food intake could be due to higher circulating glucose levels in these animals due to ineffective insulin action. And finally, in a human study, leptin levels were found to correlate with body mass index but have a U-shaped relationship with mortality (563). These results suggest that hormones can produce similar responses at several levels of biological complexity (cell, organ, animal, and population).

A large number of epidemiology studies with NMDRCs have found relationships between EDC exposures like POPs and metabolic diseases including obesity and diabetes (Table 9) (see also Ref. 564 for a review), and the mechanisms for these relationships have begun to be explored. Human and animal cells treated with EDCs in culture display NMDRCs that are relevant to these diseases: BPA has nonmonotonic effects on the expression of adipocyte proteins in preadipocytes and the release of adiponectin from mature adipocytes (565–567). Similarly, in female rodents, low doses but not high doses of BPA increased adipose tissue weight and serum leptin concentrations (568), and intermediate doses of phthalates decrease serum cholesterol levels (569). Thus, although understanding the mechanisms operating at the cellular level of organization has not yet led to definitive knowledge of the mechanisms producing NMDRCs in human populations, there appear to be strong similarities in cells, animals, and humans that support a call for continued work focusing on metabolic disease endpoints at each level of biological organization.

### D. NMDRC summary

We have demonstrated that nonmonotonicity is a common occurrence after exposures to hormones and EDCs in cell culture and animals and across human populations. Because of the abundance of examples of NMDRCs, we expect that if adequate dose ranges are included in animal and cell culture studies, including the use of negative and well-chosen positive controls, NMDRCs may be observed more often than not. Here, we have focused mainly on studies that examined a wide range of doses, including many that examined the effects of doses that span the low-dose and toxicological ranges. We also discussed several mechanisms that produce NMDRCs. Each of these mechanisms can and does operate at the same time in a biological system, and this cooperative action is ultimately responsible for NMDRCs.

Understanding nonmonotonicity has both theoretical and practical relevance. When a chemical produces mono-tonic responses, all doses are expected to produce similar effects whose magnitude varies with the dose, but when a chemical produces a NMDRC, dissimilar or even opposite effects will be observed at different doses. Thus, monotonic responses can be modeled using the assumption that each step in a linear pathway behaves according to the law of mass action (43, 570); high doses are always expected to produce higher responses. In contrast, NMDRCs are not easy to model (although they are quite easy to test for), requiring detailed knowledge of the specific mechanisms operating in several biological components. From a regulatory standpoint, information from high doses cannot always be used to assess whether low doses will produce a biological effect (38).

## IV. Implications of Low-Dose Effects and Nonmonotonicity

Both low-dose effects and NMDRCs have been observed for a wide variety of EDCs as well as natural hormones. Importantly, these phenomena encompass every level of biological organization, from gene expression, hormone production, and cell number to changes in tissue architecture to behavior and population-based disease risks. One conclusion from this review is that low-dose effects and NMDRCs are often observed after administration of environmentally relevant doses of EDCs. For both hormones and EDCs, NMDRCs should be the default assumption absent sufficient data to indicate otherwise. Furthermore, there are well-understood mechanisms to explain how low-dose effects and NMDRCs manifest *in vitro* and *in vivo*. Accepting these phenomena, therefore, should lead to paradigm shifts in toxicological studies and will likely also have lasting effects on regulatory science. Some of these aspects are discussed below. Additionally, we have briefly explored how this knowledge should influence future approaches in human and environmental health.

At a very practical level, we recommend that researchers publishing data with low-dose and nonmonotonic effects include key words in the abstract/article that identify them as such specifically. This review was unquestionably impeded because this has not been standard practice. We also strongly recommend that data showing nonmonotonic and binary response patterns not be rejected or criticized because there is no dose response.

### A. Experimental design

#### 1. Dose ranges must be chosen carefully

To detect low-dose effects or NMDRCs, the doses included for testing are of utmost importance. Most of the studies we examined here for nonmonotonicity tested

Endocrine Reviews, June 2012, 33(3):0000–0000

doses over severalfold concentrations. Unfortunately, regulatory guidelines only require that three doses be tested. Both low-dose effects and NMDRCs can be observed when examining only a few doses, but some studies may detect significant results purely by luck, because a small shift in dose can have a large impact on the ability to observe differences relative to untreated controls.

In the multitude of chemicals that have never been tested at low doses, or in the development of new chemicals, to determine whether a chemical has low-dose effects in laboratory animals, we suggest setting the NOAEL or LOAEL from traditional toxicological studies as the highest dose in experiments specifically designed to test endocrine-sensitive endpoints. We suggest setting the lowest dose in the experiment below the range of human exposures, if such a dose is known. Several intermediate doses overlapping the range of typical human exposures should be included also, bringing the total number in the range of five to eight total doses tested. Importantly, although the levels of many environmental chemicals in human blood and/or urine have been reported by the CDC and other groups responsible for population-scale biomonitoring, it is often not known what administered doses are needed to achieve these internal exposure levels in animals (4, 253); thus, toxicokinetic studies are often needed before the onset of low-dose testing. This is important because the critical issue is to determine what effects are observed in animals when circulating levels of an EDC match what is measured in the typical human. Due to differences in metabolism, route of exposure, and other factors, a relatively high dose may need to be administered to a rodent to produce blood concentrations in the range of human levels; however, this should not be considered a high-dose study.

It has also been suggested that animal studies that are used to understand the potential effects of a chemical on humans should use a relevant route of administration to recapitulate human exposures (571, 572) because there may be differences in metabolism after oral and nonoral administration. Many chemicals that enter the body orally undergo first-pass metabolism and are then inactivated via liver enzymes, whereas other routes (i.e. sc) can bypass these mechanisms and lead to a higher concentration of the active compound in circulation (573). Studies indicate, however, that inactivation of chemicals via first-pass metabolism is not complete and also that deconjugation of metabolites can occur in some tissues allowing the re-release of the active form (574, 575). Additionally, for some chemicals, it is clear that route of administration has little or no impact on the availability of the active compound in the body (241, 384), and other studies show that route of administration has no impact on the biological effects of

these chemicals; i.e. regardless of how it enters the body, dioxin has similar effects on exposed individuals (384), and comparable results have been observed for BPA (141). Although understanding the typical route of human exposure to each environmental chemical is an important task, it has been argued that any method that leads to blood concentrations of a test chemical in the range they are observed in humans is an acceptable exposure protocol, and this is especially true with gestational exposures, because fetuses are exposed to chemicals only via their mothers' blood (31, 576).

### 2. Timing of exposures is important

Rodent studies indicate that EDC exposures during development have organizational effects, with permanent effects that can manifest even in late adulthood, whereas exposures after puberty are for the most part activational, with effects that are abrogated when exposures cease. For example, the adult uterus requires relatively large doses of BPA (in the parts-per-million range) to induce changes associated with the uterotrophic assay (555, 577), whereas parts-per-trillion and ppb exposures during the fetal period permanently and effectively alter development of the uterus (279, 310, 578). Thus, the timing of exposures is profoundly important to detect low-dose effects of EDCs.

Human studies also support this conclusion. The 1976 explosion of a chemical plant in Seveso, Italy, which led to widespread human exposure to large amounts of TCDD, a particularly toxic form of dioxin, and the deposition of this chemical on the land surrounding the chemical plant, provided evidence in support of the organizational and activational effects of endocrine-active chemicals in humans (579). Serum TCDD concentrations showed correlations between exposure levels and several disease outcomes including breast cancer risk, abnormal menstrual cycles, and endometriosis (580–582), but individuals who were either infants or teenagers at the time of the explosion were found to be at greatest risk for developing adult diseases (583, 584). Importantly, many scientists have argued that organizational effects can occur during puberty, i.e. that the period where hormones have irreversible effects on organ development extends beyond the fetal and neonatal period (585), and for some endpoints this appears to be the case (586, 587).

It has also been proposed that the endocrine system maintains homeostasis in the face of environmental insults (210). The adult endocrine system does appear to provide some ability to maintain a type of homeostasis; when the pharmaceutical estrogen DES is administered to pregnant mice, the circulating estradiol concentrations in the dam respond by decreasing linearly (224). In contrast, fetal concentrations of estradiol respond nonmonotonically in

a way that is clearly not correlated with maternal levels. Similarly, there is evidence that BPA can induce aromatase and therefore increase estradiol levels *in situ* in the fetal urogenital sinus (588). This is an example of a feed-forward positive-feedback effect rather than a homeostatic response. The effects of EDCs on adult subjects, both animal and people, suggest that diseases often result from low-dose adult exposures (589–595); this argues against a view of the endocrine system as a means to maintain homeostatic control. Instead, individuals can be permanently changed, in an adverse way, after EDC exposures.

In one example, pregnant mice were exposed to low concentrations of BPA, and their male offspring had altered pancreatic function at 6 months of age (158). Surprisingly, however, the mothers (exposed only during pregnancy) were also affected, with altered metabolic machinery and body weight at 4 months postpartum, long after exposures had ended. The increased incidence of breast cancer in women that took DES during pregnancy also illustrates this point (596, 597). These studies suggest that even the adult endocrine system is not invariably capable of maintaining a so-called homeostatic state when exogenous chemicals affecting the endocrine system are present. Thus, although adult exposures to EDCs have been given some attention by bench scientists (29), more work of this kind is needed to better understand whether and how EDCs can have permanent organizational effects on adult animals.

At the beginning of this review, we justified the need to critically examine the low-dose literature because of recent epidemiological findings linking EDC exposures and diseases. Yet there is inherent difficulty in examining neonatal exposures to EDCs and their connection to diseases due to the length of time needed for these studies; thus, many studies of this type have examined high doses of pharmaceuticals (*i.e.* DES) or accidental exposures to industrial chemicals (*i.e.* dioxin) (66, 398, 399, 581, 597–601).

Only recently, with the availability of biomonitoring samples from large reference populations, have lower doses begun to receive widespread attention from epidemiologists. Many recent studies have examined adult exposures to EDCs and correlated exposures with disease statuses (see for example Refs. 15, 16, and 602–604). Human studies examining fetal/neonatal exposures to low-dose EDCs and early life effects have also begun to be studied (6, 333, 605–607), although studies linking these early life exposures to adult diseases are likely to be decades away. More than anything, these studies support our view that the effects of low-dose exposures should be considered when determining chemical safety.

### 3. Importance of endpoints being examined

Traditional toxicology testing, and in particular those studies performed for the purposes of risk assessment, typically adhere to guideline studies that have been approved by international committees of experts (608). The endpoints assessed in these guideline-compliant studies are centered around higher-order levels, including death, weight loss, mortality, and changes in organ weight, and a limited number of histopathological analyses (609, 610). When pregnant animals are included in toxicological assessments, the endpoints measured typically include the ability to maintain pregnancies, the number of offspring delivered, sex ratios of surviving pups, and measures regarding maternal weight gain and food/water intake (610).

Yet low-dose EDCs are rarely toxic to the point of killing adult animals or causing spontaneous abortions, and traditional tests such as the uterotrophic assay have been shown to be relatively insensitive (72, 577). It has been argued that this type of testing is insufficient for understanding the effects of EDCs (31, 70, 495, 611). Many EDC studies have instead focused on examining newly developed, highly sensitive endpoints that span multiple levels of biological organization, from gene expression to tissue organization to organ systems to the whole animal (612), which may not be rapidly lethal but which nonetheless have enormous importance for health, including mortality. Thus, for example, studies designed to examine the effects of chemicals on obesity no longer focus on body weight alone but also analyze gene expression; fat content in adipose cells and the process of adipogenesis; inflammation, innvervation, and vascularization parameters in specific fat pads; conversion rates of white and brown adipose tissues; systemic hormone levels and response to glucose and insulin challenges; and food intake and energy expenditures, among others (314, 613–615). As our knowledge of EDCs and the endocrine system continue to grow, the most sensitive endpoints should be used to determine whether a chemical is disrupting the development of organisms (70).

In moving beyond traditional, well-characterized health-related endpoints like mortality and weight loss, an important question has been raised: how do we define endpoints as adverse? This is an important point, because it has been suggested that the creative endpoints examined in independent EDC studies are not validated and may not represent adverse effects (609). There is also debate over whether the mechanism (or mode) of action must be explained for each effect to determine whether a relevant pathway is present in humans (616, 617). Yet, when originally assessing the low-dose literature, the NTP expert panel chose to examine all effects of EDC exposure, re-

Endocrine Reviews, June 2012, 33(3):0000–0000

gardless of whether the endpoint could be deemed adverse (2). From the perspective of developmental biology, any change in development should be seen as adverse, even if the change itself is not associated with a disease or dysfunction. Some of these developmental changes, in fact, may increase sensitivity or susceptibility to disease later on in life but will otherwise appear normal. Furthermore, studies of heavy metals have shown that small shifts in parameters like IQ may not have drastic effects on individuals but can have serious repercussions on the population level (618), and therefore changes in the variance/observable range of a phenotype should also be considered adverse (52).

### 4. Importance of study size

National Institutes of Health guidelines require that the number of vertebrate animals used in experiments be as small as possible to show statistically significant effects based on power analysis. Yet many traditional toxicology studies have used large numbers of animals to draw conclusions about chemical safety. When the endpoints being assessed have binary outcomes (i.e. animal has a tumor vs. animal does not have a tumor) and the incidence of the phenotype is not high, a large number of animals is required to reveal statistically significant effects. In contrast, many of the endpoints examined in the field of endocrine disruption are more complex and are not binary; thus, power analysis allows researchers to determine how many animals are needed to observe statistically significant (and biologically relevant) differences between control and exposed populations. For this reason, arbitrary numbers set as cutoffs for determining whether a study is acceptable or unacceptable for risk assessments are not appropriate. Instead, the number of animals required for a study to be complete is dependent on the effect size, precision/variance, minimal meaningful difference to be considered between populations, and the $\alpha$-value set in statistical tests.

### B. Regulatory science

For decades, regulatory agencies have tested, or approved testing, of chemicals by examining high doses and then extrapolating down from the NOAEL, NOEL, and LOAEL to determine safe levels for humans and/or wildlife. As discussed earlier, these extrapolations use safety factors that acknowledge differences between humans and animals, exposures of vulnerable populations, interspecies variability, and other uncertainty factors. These safety factors are informed guesses, not quantitatively based calculations. Using this traditional way of setting safe doses, the levels declared safe are never in fact tested. Doses in the range of human exposures are therefore also unlikely to be tested. This has generated the current state of science,

where many chemicals of concern have never been examined at environmentally relevant low doses (see Table 4 for a small number of examples).

Assumptions used in chemical risk assessments to estimate a threshold dose below which daily exposure to a chemical is estimated to be safe are false for EDCs. First, experimental data provide evidence for the lack of a threshold for EDCs (619). More broadly, the data in this review demonstrate that the central assumption underlying the use of high doses to predict low-dose effects will lead to false estimates of safety. The use of only a few high doses is based on the assumption that all dose-response relationships are monotonic and therefore that it is appropriate to apply a log-linear extrapolation from high-dose testing to estimate a safe reference dose (Fig. 4). The Endocrine Society issued a position statement on EDCs (620) and urged the risk assessment community to use the expertise of their members to develop new approaches to chemical risk assessments for EDCs based on principles of endocrinology. Undertaking this mission will represent a true paradigm shift in regulatory toxicology (79). The Endocrine Society statement was then supported in March 2011 by a letter to *Science* from eight societies with relevant expertise representing over 40,000 scientists and medical professionals (621).

Studies conducted for the purposes of risk assessment are expected to include three doses: a dose that has no effects on traditional toxicological endpoints (the NOAEL), a higher dose with effects on traditional endpoints (the LOAEL), and an even higher dose that shows toxicity. Although reducing the number of animals used for these types of studies is an important goal, more than three doses are often needed for a true picture of a chemical's toxicity. The examination of a larger number of doses would allow for 1) the study of chemicals at the reference dose, i.e. the dose that is calculated to be safe; 2) examination of doses in the range of actual human exposures, which is likely to be below the reference dose; and 3) the ability to detect NMDRCs, particularly in the low-dose range. The impact of testing more doses on the numbers of animals required can be mitigated by use of power analysis, as suggested above. Because no amount of research will ever match the diversity and reality of actual human experience, there should be ongoing epidemiological study of potential adverse effects of EDCs even after safe levels are published, with periodic reevaluation of those safe levels.

One issue that has been raised by regulatory agencies is whether animal models are appropriate for understanding the effects of EDCs on humans. These arguments largely center around observed differences in hormone levels during different physiological periods in rodents and humans (57), and differences in the metabolic machinery and ex-

cretion of chemicals between species (622). To address the first issue, it should be noted that the FDA uses animals to test pharmaceuticals and other chemicals before any safety testing in humans because it is widely recognized that, although animals and humans do not have exactly the same physiologies, there is evolutionary conservation among vertebrates and specifically among mammals (62). Furthermore, animal studies proved to be highly predictive of the effects of DES on women, indicating that rodents are sufficiently similar to humans to reliably forecast affected endpoints in the endocrine system (64, 623). Thus, the default position must be that animal data are indicative of human effects until proven otherwise.

With regard to the second issue, BPA researchers in particular have examined species-specific differences in metabolism of this EDC. Interestingly, the pharmacokinetics of BPA in rodents, monkeys, and humans appear to be very similar (624), and regulatory agencies have subsequently concluded that rodents are appropriate models to assess the effects of this chemical (625, 626). Thus, researchers should select animal models that are sensitive to low doses of hormones and select appropriate species for the endpoints of interest. As the scope of our knowledge has broadened about how chemicals can alter the endocrine system, well beyond estrogens, androgens, and the thyroid, it is imperative that considerable thought be given to how to apply this for regulatory purposes.

### C. Human health

As discussed several times throughout this review, there is now substantial evidence that low doses of EDCs have adverse effects on human health. Thus, although many epidemiological studies originally focused on occupationally exposed individuals and individuals affected by accidental exposures to high doses of environmental chemicals, these recent studies have suggested wide-ranging effects of EDCs on the general population.

Importantly, human exposures are examples of true mixtures; dozens if not hundreds of environmental chemicals are regularly detected in human tissues and fluids (91), yet very little is known about how these chemicals act in combination (627). Several studies indicate that EDCs can have additive or even synergistic effects (143, 323, 628–630), and thus these mixtures are likely to have unexpected and unpredictable effects on animals and humans. The study of mixtures is a growing and complex field that will require considerable attention in the years ahead as knowledge of EDCs in the laboratory setting are applied to human populations (631, 632).

How much will human health improve by testing chemicals at low, environmentally relevant doses and using the results to guide safety determinations? Current testing paradigms are missing important, sensitive endpoints; because they are often unable to detect NMDRCs, they cannot make appropriate predictions about what effects are occurring at low doses. At this time, it is not possible to quantify the total costs of low-dose exposures to EDCs. However, current epidemiology studies linking low-dose EDC exposures to a myriad of health problems, diseases, and disorders suggest that the costs of current low-dose exposures are likely to be substantial.

The weight of the available evidence suggests that EDCs affect a wide range of human health endpoints that manifest at different stages of life, from neonatal and infant periods to the aging adult. As the American population ages, healthcare costs continue to rise, and there are societal costs as well, with decreased quality of life concerns, decreases in work productivity due to illness or the need for workers to care for affected family members, and the psychological stresses of dealing with some outcomes like infertility. Thus, it is logical to conclude that low-dose testing, followed by regulatory action to minimize or eliminate human exposures to EDCs, could significantly benefit human health. This proposal effectively calls for greatly expanded research to give human communities feedback about themselves. It emanates from a view that human society benefits greatly from the many chemical compounds it uses but that extensive epidemiological surveillance and other focused research designs are needed to assure that the balance of risk/benefit from those chemicals is acceptable.

How much would human health benefit by a reduction in the use of EDCs? For some chemicals, minor changes in consumer habits or industrial practices can have drastic effects on exposures (633–636). Other chemicals like DDT that have been regulated in the United States for decades continue to be detected in human and environmental samples; the persistent nature of many of these agents suggests they may impact human health for decades to come. Even less-persistent chemicals like BPA are likely to remain in our environment long after a ban is enacted because of the large amounts of plastic waste leaching BPA (and other estrogenic compounds) from landfills into water sources (637) and its presence on thermal receipt paper and from there into recycled paper (638–640). Yet, despite these challenges, reducing human exposure to EDCs should be a priority, and one way to address that priority is to decrease the production and use of these chemicals. The Endocrine Society has called for such a reduction and the use of the precautionary principle, *i.e.* action in the presence of concerning information but in the absence of certainty to eliminate or cut the use of questionable chemicals even when cause-effect relationships are not yet established (620).

### D. Wildlife

Much of the recent focus on EDCs has been on the impact of these chemicals on human health. Yet the earliest studies of EDCs that focused on the impact of these chemicals on wildlife should not be forgotten. Rachel Carson's work on DDT and other pesticides provided some of the earliest warning signs that there were unintended consequences of chemical use. Carson's work was ahead of its time; she understood that exceedingly small doses of these chemicals produced adverse effects, that the timing of exposures was critical, and that chemical mixtures produced compounded effects (641). Now, decades after some of the most dangerous EDCs have been regulated, they continue to be measured in environmental samples as well as the bodies of wildlife animals.

Furthermore, it should be pointed out that humans, like wildlife, are not insulated from the environment, and effects in wildlife, including nonmammalian species, are indicative of and mirror effects in humans. For example, BPA has estrogen-like effects in fish (642–644), amphibians (645, 646), and reptiles (647, 648). A recent review showed that demasculinizing and feminizing effects of atrazine have been demonstrated in fish, amphibians, reptiles, birds, and mammals, *i.e.* every vertebrate class examined (326); and in fact, the first report to suggest that atrazine induced aromatase was conducted in reptiles (649). Similarly, perchlorate affects fish (650–653), amphibians (654–658), and birds (659–661) via mechanisms consistent with those described for humans, and some of the earliest reports on perchlorate's effects on thyroid function were conducted in amphibians (661, 662). Finally, ecological studies of dioxin and dioxin-like chemicals reveal effects on a range of exposed wildlife including birds (663, 664), fish (665, 666), and invertebrates (667). Although these studies have highlighted some of the species-specific effects of dioxin (389), and orders of magnitude differences in toxic equivalency factors between species (668), they also indicate the conservation of mechanisms for the effects of dioxin on a range of biological endpoints in wildlife, laboratory animals, and humans (384). In fact, in many cases, nonmammalian species are much more sensitive to EDC effects, and wildlife species serve as sentinels for environmental and public health (669–673). Thus, the effects of these chemicals on wildlife populations are likely to continue; for this reason, the low-dose effects of these chemicals are particularly worth understanding (674, 675).

### V. Summary

In conclusion, we have provided hundreds of examples that clearly show that NMDRCs and low-dose effects are common in studies of hormones and EDCs. We have examined each of these issues separately and provided mechanistic explanations and examples of both. These topics are related, but they must be examined individually to be understood. The concept of nonmonotonicity is an essential one for the field of environmental health science because when NMDRCs occur, the effects of low doses cannot be predicted by the effects observed at high doses. In addition, the finding that chemicals have adverse effects on animals and humans in the range of environmental exposures clearly indicates that low doses cannot be ignored.

In closing, we encourage scientists and journal editors to publish data demonstrating NMDRCs and low-dose effects, even if the exact mechanism of action has not yet been elucidated. This is important because the study of EDC is a growing specialty that crosses many scientific fields, and scientists that work on or regulate EDCs should appreciate and acknowledge the existence of NMDRCs and low-dose effects and have access to this important information. We further recommend greatly expanded and generalized safety testing and surveillance to detect potential adverse effects of this broad class of chemicals. Before new chemicals are developed, a wider range of doses, extending into the low-dose range, should be fully tested. And finally, we envision that the concepts and empirical results we have presented in this paper will lead to many more collaborations among research scientists in academic and government laboratories across the globe, that more and more sophisticated study designs will emerge, that what we have produced herein will facilitate those making regulatory decisions, that actions taken in light of this information will begin to abate the use of EDCs, and ultimately that health impacts in people and in wildlife will be averted.

### Acknowledgments

We thank many colleagues in the fields of endocrine disruption and environmental health science for fruitful discussions on the topics covered in this manuscript. We also thank three anonymous reviewers whose comments and suggestions greatly improved this review.

Address requests for reprints to: Laura N. Vandenberg, Tufts University, Center for Regenerative and Developmental Biology, 200 Boston Avenue, Suite 4600, Medford, Massachusetts 02155. E-mail: laura.vandenberg@tufts.edu; or J. P. Myers, Environmental Health Sciences, 421 Park Street, Charlottesville, Virginia 22902. E-mail: jpmyers@ehsciences.org.

This work was supported by National Institutes of Health (NIH) Grants GM 087107 (to L.N.V.), ES 08314 (to A.M.S.), ES 010026 (to R.T.Z.), ES018764 (to F.S.v.S.), HL 53560 (to D.R.J.), UMC MO-VMFC0018 (to W.V.W.), a Susan G. Komen for Cure Grant FAS0703860 (to T.S.), grants from the Mitchell Kapor Foundation, the

Cornell-Douglas Foundation, and the Wallace Global Fund (to T.B.H.) and a grant from the Kendeda Foundation (to J.P.M.). This article may be the work product of an employee or group of employees of the National Institute of Environmental Health Sciences (NIEHS), NIH; however, the statements, opinions or conclusions contained therein do not necessarily represent the statements, opinions or conclusions of NIEHS, NIH, or the U.S. government.

We dedicate this manuscript to Professor Howard A. Bern. Dr. Bern was an exceptionally brilliant biologist and a generous and inspiring colleague. His work spanning a wide range of organisms addressed multiple aspects of organismal and evolutionary biology. He was one of the founders of the field of comparative endocrinology and a pioneer in the study of endocrine disruption, anticipating the deleterious effects of developmental exposure to estrogens one decade before the discovery of the effects of diethylstilbestrol in women fetally exposed to this chemical. His pioneering work included, among other subjects, neuroendocrinology, reproduction, and mammary cancer. He was also an excellent mentor to many researchers who, in turn, advanced these endeavors. He left an indelible mark on all of us that had the privilege of meeting him.

Disclosure Summary: Fred vom Saal worked as a consultant and provided expert testimony (<$10K). The authors have nothing to disclose.

## References

1. **National Toxicology Program** 2001 National Toxicology Program's report of the endocrine disruptors low dose peer review. Research Triangle Park, NC: National Institute of Environmental Health Sciences
2. **Melnick R, Lucier G, Wolfe M, Hall R, Stancel G, Prins G, Gallo M, Reuhl K, Ho SM, Brown T, Moore J, Leakey J, Haseman J, Kohn M** 2002 Summary of the National Toxicology Program's report of the endocrine disruptors low-dose peer review. Environ Health Perspect 110:427–431
3. **Welshons WV, Nagel SC, vom Saal FS** 2006 Large effects from small exposures. III. Endocrine mechanisms mediating effects of bisphenol A at levels of human exposure. Endocrinology 147:S56–S69
4. **Vandenberg LN, Hauser R, Marcus M, Olea N, Welshons WV** 2007 Human exposure to bisphenol A (BPA). Reprod Toxicol 24:139–177
5. **Brucker-Davis F, Thayer K, Colborn T** 2001 Significant effects of mild endogenous hormonal changes in humans: considerations for low-dose testing. Environ Health Perspect 109:21–26
6. **Braun JM, Yolton K, Dietrich KN, Hornung R, Ye X, Calafat AM, Lanphear BP** 2009 Prenatal bisphenol A exposure and early childhood behavior. Environ Health Perspect 117:1945–1952
7. **Meeker JD, Barr DB, Hauser R** 2009 Pyrethroid insecticide metabolites are associated with serum hormone levels in adult men. Reprod Toxicol 27:155–160
8. **Weuve J, Hauser R, Calafat AM, Missmer SA, Wise LA** 2010 Association of exposure to phthalates with endometriosis and uterine leiomyomata: findings from NHANES, 1999–2004. Environ Health Perspect 118:825–832
9. **Meeker JD, Sathyanarayana S, Swan SH** 2009 Phthalates and other additives in plastics: human exposure and associated health outcomes. Philos Trans R Soc Lond B Biol Sci 364:2097–2113
10. **Swan SH** 2008 Environmental phthalate exposure in rela-

tion to reproductive outcomes and other health endpoints in humans. Environ Res 108:177–184
11. **Akinbami LJ, Lynch CD, Parker JD, Woodruff TJ** 2010 The association between childhood asthma prevalence and monitored air pollutants in metropolitan areas, United States, 2001–2004. Environ Res 110:294–301
12. **Stillerman KP, Mattison DR, Giudice LC, Woodruff TJ** 2008 Environmental exposures and adverse pregnancy outcomes: a review of the science. Reprod Sci 15:631–650
13. **Grün F** 2010 Obesogens. Curr Opin Endocrinol Diabetes Obes 17:453–459
14. **Soto AM, Sonnenschein C** 2010 Environmental causes of cancer: endocrine disruptors as carcinogens. Nat Rev Endocrinol 6:363–370
15. **Meeker JD** 2010 Exposure to environmental endocrine disrupting compounds and men's health. Maturitas 66:236–241
16. **Hatch EE, Nelson JW, Stahlhut RW, Webster TF** 2010 Association of endocrine disruptors and obesity: perspectives from epidemiological studies. Int J Androl 33:324–332
17. **Hsu ST, Ma CI, Hsu SK, Wu SS, Hsu NH, Yeh CC, Wu SB** 1985 Discovery and epidemiology of PCB poisoning in Taiwan: a four-year followup. Environ Health Perspect 59:5–10
18. **Pesatori AC, Consonni D, Bachetti S, Zocchetti C, Bonzini M, Baccarelli A, Bertazzi PA** 2003 Short- and long-term morbidity and mortality in the population exposed to dioxin after the "Seveso accident". Ind Health 41:127–138
19. **Anderson HA, Wolff MS, Lilis R, Holstein EC, Valciukas JA, Anderson KE, Petrocci M, Sarkozi L, Selikoff IJ** 1979 Symptoms and clinical abnormalities following ingestion of polybrominated-biphenyl-contaminated food products. Ann NY Acad Sci 320:684–702
20. **Villeneuve S, Cyr D, Lynge E, Orsi L, Sabroe S, Merletti F, Gorini G, Morales-Suarez-Varela M, Ahrens W, Baumgardt-Elms C, Kaerlev L, Eriksson M, Hardell L, Févotte J, Guénel P** 2010 Occupation and occupational exposure to endocrine disrupting chemicals in male breast cancer: a case-control study in Europe. Occup Environ Med 67:837–844
21. **Li D, Zhou Z, Qing D, He Y, Wu T, Miao M, Wang J, Weng X, Ferber JR, Herrinton LJ, Zhu Q, Gao E, Checkoway H, Yuan W** 2010 Occupational exposure to bisphenol-A (BPA) and the risk of self-reported male sexual dysfunction. Hum Reprod 25:519–527
22. **Queiroz EK, Waissmann W** 2006 Occupational exposure and effects on the male reproductive system. Cad Saude Publica 22:485–493
23. **Centers for Disease Control** 2008 National Biomonitoring Program. Atlanta, GA: Centers for Disease Control, Prevention
24. **Kuklenyik Z, Ye X, Needham LL, Calafat AM** 2009 Automated solid-phase extraction approaches for large scale biomonitoring studies. J Chromatogr Sci 47:12–18
25. **Umweltbundesamt** 2009 Health and environmental hygiene: German environmental survey. Umweltbundesamt Dessau-Rosslau, Berlin, Germany
26. **Ha MH, Lee DH, Son HK, Park SK, Jacobs Jr DR** 2009 Association between serum concentrations of persistent organic pollutants and prevalence of newly diagnosed hyper-

Endocrine Reviews, June 2012, 33(3):0000–0000

tension: results from the National Health and Nutrition Examination Survey 1999–2002. J Hum Hypertens 23: 274–286

27. vom Saal FS, Akingbemi BT, Belcher SM, Birnbaum LS, Crain DA, Eriksen M, Farabollini F, Guillette Jr LJ, Hauser R, Heindel JJ, Ho SM, Hunt PA, Iguchi T, Jobling S, Kanno J, Keri RA, Knudsen KE, Laufer H, LeBlanc GA, Marcus M, McLachlan JA, Myers JP, Nadal A, Newbold RR, Olea N, et al. 2007 Chapel Hill bisphenol A expert panel consensus statement: integration of mechanisms, effects in animals and potential to impact human health at current levels of exposure. Reprod Toxicol 24:131–138

28. Crain DA, Eriksen M, Iguchi T, Jobling S, Laufer H, LeBlanc GA, Guillette Jr LJ 2007 An ecological assessment of bisphenol-A: evidence from comparative biology. Reprod Toxicol 24:225–239

29. Richter CA, Birnbaum LS, Farabollini F, Newbold RR, Rubin BS, Talsness CE, Vandenbergh JG, Walser-Kuntz DR, vom Saal FS 2007 In vivo effects of bisphenol A in laboratory rodent studies. Reprod Toxicol 24:199–224

30. Wetherill YB, Akingbemi BT, Kanno J, McLachlan JA, Nadal A, Sonnenschein C, Watson CS, Zoeller RT, Belcher SM 2007 In vitro molecular mechanisms of bisphenol A action. Reprod Toxicol 24:178–198

31. Vandenberg LN, Maffini MV, Sonnenschein C, Rubin BS, Soto AM 2009 Bisphenol-A and the great divide: a review of controversies in the field of endocrine disruption. Endocrine Reviews 30:75–95

32. Keri RA, Ho SM, Hunt PA, Knudsen KE, Soto AM, Prins GS 2007 An evaluation of evidence for the carcinogenic activity of bisphenol A. Reprod Toxicol 24:240–252

33. U.S. Food and Drug Administration 2008 Draft assessment of bisphenol A for use in food contact applications. Washington, DC: Department of Health and Human Services

34. U.S. Food and Drug Administration 2010 Update on bisphenol A (BPA) for use in food: January 2010. Washington, DC: Department of Health and Human Services

35. Soto AM, Sonnenschein C, Chung KL, Fernandez MF, Olea N, Serrano FO 1995 The E-SCREEN assay as a tool to identify estrogens: an update on estrogenic environmental pollutants. Environ Health Perspect 103(Suppl 7):113–122

36. Nagel SC, vom Saal FS, Welshons WV 1999 Developmental effects of estrogenic chemicals are predicted by an in vitro assay incorporating modification of cell uptake by serum. J Steroid Biochem Mol Biol 69:343–357

37. Soto AM, Chung KL, Sonnenschein C 1994 The pesticides endosulfan, toxaphene, and dieldrin have estrogenic effects on human estrogen-sensitive cells. Environ Health Perspect 102:380–383

38. Welshons WV, Thayer KA, Judy BM, Taylor JA, Curran EM, vom Saal FS 2003 Large effects from small exposures: I. Mechanisms for endocrine-disrupting chemicals with estrogenic activity. Environ Health Perspect 111:994–1006

39. Kochukov MY, Jeng YJ, Watson CS 2009 Alkylphenol xenoestrogens with varying carbon chain lengths differentially and potently activate signaling and functional responses in GH3/B6/F10 somatomammotropes. Environ Health Perspect 117:723–730

40. Alyea RA, Watson CS 2009 Differential regulation of dopamine transporter function and location by low concentrations of environmental estrogens and 17β-estradiol. Environ Health Perspect 117:778–783

41. Wozniak AL, Bulayeva NN, Watson CS 2005 Xenoestrogens at picomolar to nanomolar concentrations trigger membrane estrogen receptor-α mediated $Ca^{2+}$ fluxes and prolactin release in GH3/B6 pituitary tumor cells. Environ Health Perspect 113:431–439

42. Kohn MC, Melnick RL 2002 Biochemical origins of the non-monotonic receptor-mediated dose-response. J Mol Endocrinol 29:113–123

43. Conolly RB, Lutz WK 2004 Nonmonotonic dose-response relationships: mechanistic basis, kinetic modeling, and implications for risk assessment. Toxicol Sci 77:151–157

44. Zsarnovszky A, Le HH, Wang HS, Belcher SM 2005 Ontogeny of rapid estrogen-mediated extracellular signal-regulated kinase signaling in the rat cerebellar cortex: potent nongenomic agonist and endocrine disrupting activity of the xenoestrogen bisphenol A. Endocrinology 146:5388–5396

45. Wong JK, Le HH, Zsarnovszky A, Belcher SM 2003 Estrogens and ICI182,780 (Faslodex) modulate mitosis and cell death in immature cerebellar neurons via rapid activation of p44/p42 mitogen-activated protein kinase. J Neurosci 23:4984–4995

46. Querfeld U, Mak RH 2010 Vitamin D deficiency and toxicity in chronic kidney disease: in search of the therapeutic window. Pediatr Nephrol 25:2413–2430

47. Cook R, Calabrese EJ 2006 The importance of hormesis to public health. Environ Health Perspect 114:1631–1635

48. Thayer KA, Melnick R, Huff J, Burns K, Davis D 2006 Hormesis: a new religion? Environ Health Perspect 114: A632–A633

49. Weltje L, vom Saal FS, Oehlmann J 2005 Reproductive stimulation by low doses of xenoestrogens contrasts with the view of hormesis as an adaptive response. Hum Exp Toxicol 24:431–437

50. Thayer KA, Melnick R, Burns K, Davis D, Huff J 2005 Fundamental flaws of hormesis for public health decisions. Environ Health Perspect 113:1271–1276

51. Beronius A, Rudén C, Håkansson H, Hanberg A 2010 Risk to all or none? A comparative analysis of controversies in the health risk assessment of bisphenol A. Reprod Toxicol 29:132–146

52. Bellinger DC 2004 What is an adverse effect? A possible resolution of clinical and epidemiological perspectives on neurobehavioral toxicity. Environ Res 95:394–405

53. Foster PM, McIntyre BS 2002 Endocrine active agents: implications of adverse and non-adverse changes. Toxicol Pathol 30:59–65

54. Swan SH, Main KM, Liu F, Stewart SL, Kruse RL, Calafat AM, Mao CS, Redmon JB, Ternand CL, Sullivan S, Teague JL 2005 Decrease in anogenital distance among male infants with prenatal phthalate exposure. Environ Health Perspect 113:1056–1061

55. McEwen Jr GN, Renner G 2006 Validity of anogenital distance as a marker of in utero phthalate exposure. Environ Health Perspect 114:A19–A20; author reply A20–A21

56. Weiss B 2006 Anogenital distance: defining "normal." Environ Health Perspect 114:A399; author reply A399

57. **Witorsch RJ** 2002 Low-dose *in utero* effects of xenoestrogens in mice and their relevance to humans: an analytical review of the literature. Food Chem Toxicol 40:905–912

58. **O'Lone R, Frith MC, Karlsson EK, Hansen U** 2004 Genomic targets of nuclear estrogen receptors. Mol Endocrinol 18:1859–1875

59. **Schulkin J** 2011 Evolutionary conservation of glucocorticoids and corticotropin releasing hormone: behavioral and physiological adaptations. Brain Res 1392:27–46

60. **Williams GR, Franklyn JA** 1994 Physiology of the steroid-thyroid hormone nuclear receptor superfamily. Baillieres Clin Endocrinol Metab 8:241–266

61. **Enmark E, Gustafsson JA** 1999 Oestrogen receptors: an overview. J Intern Med 246:133–138

62. **U.S. Food and Drug Administration** 2009 Information for consumers (drugs). In: The beginnings: laboratory and animal studies. Washington, DC: Department of Health and Human Services

63. **Mittendorf R** 1995 Teratogen update: carcinogenesis and teratogenesis associated with exposure to diethylstilbestrol (DES) *in utero*. Teratology 51:435–445

64. **McLachlan JA** 2006 Commentary: prenatal exposure to diethylstilbestrol (DES): a continuing story. Int J Epidemiol 35:868–870

65. **Newbold RR, Jefferson WN, Padilla-Banks E** 2007 Long-term adverse effects of neonatal exposure to bisphenol A on the murine female reproductive tract. Reprod Toxicol 24:253–258

66. **Palmer JR, Wise LA, Hatch EE, Troisi R, Titus-Ernstoff L, Strohsnitter W, Kaufman R, Herbst AL, Noller KL, Hyer M, Hoover RN** 2006 Prenatal diethylstilbestrol exposure and risk of breast cancer. Cancer Epidemiol Biomarkers Prev 15:1509–1514

67. **Soto AM, Vandenberg LN, Maffini MV, Sonnenschein C** 2008 Does breast cancer start in the womb? Basic Clin Pharmacol Toxicol 102:125–133

68. **Kamrin MA** 2007 The "low dose" hypothesis: validity and implications for human risk. Int J Toxicol 26:13–23

69. **Myers JP, vom Saal FS, Akingbemi BT, Arizono K, Belcher S, Colborn T, Chahoud I, Crain DA, Farabollini F, Guillette Jr LJ, Hassold T, Ho SM, Hunt PA, Iguchi T, Jobling S, Kanno J, Laufer H, Marcus M, McLachlan JA, Nadal A, Oehlmann J, Olea N, Palanza P, Parmigiani S, Rubin BS,** *et al.* 2009 Why public health agencies cannot depend upon 'Good Laboratory Practices' as a criterion for selecting data: the case of bisphenol-A. Environ Health Perspect 117:309–315

70. **Myers JP, Zoeller RT, vom Saal FS** 2009 A clash of old and new scientific concepts in toxicity, with important implications for public health. Environ Health Perspect 117:1652–1655

71. **vom Saal FS, Akingbemi BT, Belcher SM, Crain DA, Crews D, Guidice LC, Hunt PA, Leranth C, Myers JP, Nadal A, Olea N, Padmanabhan V, Rosenfeld CS, Schneyer A, Schoenfelder G, Sonnenschein C, Soto AM, Stahlhut RW, Swan SH, Vandenberg LN, Wang HS, Watson CS, Welshons WV, Zoeller RT** 2010 Flawed experimental design reveals the need for guidelines requiring appropriate positive controls in endocrine disruption research. Toxicol Sci 115:612–613; author reply 614–620

72. **vom Saal FS, Myers JP** 2010 Good laboratory practices are

73. **Travis GD** 1981 Replicating replication? Aspects of the social construction of learning in planarian worms. Social Studies Sci 11:11–32

74. **Phillips CV, Goodman KJ** 2004 The missed lessons of Sir Austin Bradford Hill. Epidemiol Pespect Innov 1:3

75. **vom Saal FS, Hughes C** 2005 An extensive new literature concerning low-dose effects of bisphenol A shows the need for a new risk assessment. Environ Health Perspect 113:926–933

76. **Hayes TB** 2004 There is no denying this: defusing the confusion about atrazine. BioScience 54:1138–1149

77. **vom Saal FS, Welshons WV** 2006 Large effects from small exposures. II. The importance of positive controls in low-dose research on bisphenol A. Environmental Research 100:50–76

78. **Bern HA, Edery M, Mills KT, Kohrman AF, Mori T, Larson L** 1987 Long-term alterations in histology and steroid receptor levels of the genital tract and mammary gland following neonatal exposure of female BALB/cCrgl mice to various doses of diethylstilbestrol. Cancer Res 47:4165–4172

79. **Krimsky S** 2003 Hormonal chaos: the scientific and social origins of the environmental endocrine hypothesis. Baltimore: Johns Hopkins University Press

80. **Barker DJ** 2007 The origins of the developmental origins theory. J Intern Med 261:412–417

81. **Barker DJP** 2004 The developmental origins of adult disease. J Am Coll Nutr 23:588S–595S

82. **Sharpe RM, Skakkebaek NE** 1993 Are oestrogens involved in falling sperm counts and disorders of the male reproductive tract? Lancet 341:1392–1395

83. **Trichopoulos D** 1990 Is breast cancer inititated *in utero*? Epidemiology 1:95–96

84. **Heindel JJ** 2006 Role of exposure to environmental chemicals in the developmental basis of reproductive disease and dysfunction. Semin Reprod Med 24:168–177

85. **Crain DA, Janssen SJ, Edwards TM, Heindel J, Ho SM, Hunt P, Iguchi T, Juul A, McLachlan JA, Schwartz J, Skakkebaek N, Soto AM, Swan S, Walker C, Woodruff TK, Woodruff TJ, Giudice LC, Guillette Jr LJ** 2008 Female reproductive disorders: the roles of endocrine-disrupting compounds and developmental timing. Fertil Steril 90:911–940

86. **Heindel JJ** 2005 The fetal basis of adult disease: Role of environmental exposures: introduction. Birth Defects Res A Clin Mol Teratol 73:131–132

87. **Vandenberg LN, Chahoud I, Heindel JJ, Padmanabhan V, Paumgartten FJ, Schoenfelder G** 2010 Urine, serum and tissue biomonitoring studies indicate widespread exposure to bisphenol A. Environ Health Perspect 118:1055–1070

88. **Hays SM, Aylward LL** 2009 Using biomonitoring equivalents to interpret human biomonitoring data in a public health risk context. J Appl Toxicol 29:275–288

89. **Clewell HJ, Tan YM, Campbell JL, Andersen ME** 2008 Quantitative interpretation of human biomonitoring data. Toxicol Appl Pharmacol 231:122–133

90. **Hayes TB, Case P, Chui S, Chung D, Haeffele C, Haston K, Lee M, Mai VP, Marjuoa Y, Parker J, Tsui M** 2006 Pesticide mixtures, endocrine disruption, and amphibian de-

Endocrine Reviews, June 2012, 33(3):0000–0000

clines: are we underestimating the impact? Environ Health Perspect 114:40–50

91. Woodruff TJ, Zota AR, Schwartz JM 2011 Environmental chemicals in pregnant women in the US: NHANES 2003–2004. Environ Health Perspect 119:878–885

92. Young SS, Yu M 2009 Association of bisphenol A with diabetes and other abnormalities. JAMA 301:720–721

93. Smith GD, Ebrahim S 2002 Data dredging, bias, or confounding. BMJ 325:1437–1438

94. Marshall JR 1990 Data dredging and noteworthiness. Epidemiology 1:5–7

95. Vandenbroucke JP 2008 Observational research, randomised trials, and two views of medical science. PLoS Medicine 5:e67

96. Greenland S 2007 Commentary: on 'quality in epidemiological research: should we be submitting papers before we have the results and submitting more hypothesis generating research?'. Int J Epidemiol 36:944–945

97. Melzer D, Lang IA, Galloway TS 2009 Reply to Young and Yu: association of bisphenol A with diabetes and other abnormalities. JAMA 301:721–722

98. Wigle DT, Arbuckle TE, Turner MC, Bérubé A, Yang Q, Liu S, Krewski D 2008 Epidemiologic evidence of relationships between reproductive and child health outcomes and environmental chemical contaminants. J Toxicol Environ Health B Crit Rev 11:373–517

99. Watson CS, Gametchu B 1999 Membrane-initiated steroid actions and the proteins that mediate them. Proc Soc Exp Biol Med 220:9–19

100. Frühbeck G 2006 Intracellular signalling pathways activated by leptin. Biochem J 393:7–20

101. George JW, Dille EA, Heckert LL 2011 Current concepts of follicle-stimulating hormone receptor gene regulation. Biol Reprod 84:7–17

102. Cheng SY, Leonard JL, Davis PJ 2010 Molecular aspects of thyroid hormone actions. Endocr Rev 31:139–170

103. Kress E, Samarut J, Plateroti M 2009 Thyroid hormones and the control of cell proliferation or cell differentiation: paradox or duality? Mol Cell Endocrinol 313:36–49

104. Fu M, Wang C, Zhang X, Pestell RG 2004 Acetylation of nuclear receptors in cellular growth and apoptosis. Biochem Pharmacol 68:1199–1208

105. Katzenellenbogen BS, Montano MM, Ediger TR, Sun J, Ekena K, Lazennec G, Martini PG, McInerney EM, Delage-Mourroux R, Weis K, Katzenellenbogen JA 2000 Estrogen receptors: selective ligands, partners, and distinctive pharmacology. Recent Prog Horm Res 55:163–193; discussion 194–195

106. Zhao C, Dahlman-Wright K, Gustafsson JA 2008 Estrogen receptor β: an overview and update. Nucl Recept Signal 6:e003

107. Neill JD 2005 Knobil and Neill's physiology of reproduction. 3rd ed. New York: Academic Press

108. Jones KA 1996 Summation of basic endocrine data. In: Gass GH, Kaplan HM, eds. Handbook of endocrinology. 2nd ed. New York: CRC Press; 1–42

109. Stokes WS 2004 Selecting appropriate animal models and experimental designs for endocrine disruptor research and testing studies. ILAR J 45:387–393

110. May M, Moran JF, Kimelberg H, Triggle DJ 1967 Studies on the noradrenaline α-receptor. II. Analysis of the "spare-

receptor" hypothesis and estimation of the concentration of α-receptors in rabbit aorta. Mol Pharmacol 3:28–36

111. Zhu BT 1996 Rational design of receptor partial agonists and possible mechanisms of receptor partial activation: a theory. J Theor Biol 181:273–291

112. Gan EH, Quinton R 2010 Physiological significance of the rhythmic secretion of hypothalamic and pituitary hormones. Prog Brain Res 181:111–126

113. Naftolin F, Garcia-Segura LM, Horvath TL, Zsarnovszky A, Demir N, Fadiel A, Leranth C, Vondracek-Klepper S, Lewis C, Chang A, Parducz A 2007 Estrogen-induced hypothalamic synaptic plasticity and pituitary sensitization in the control of the estrogen-induced gonadotrophin surge. Reprod Sci 14:101–116

114. Son GH, Chung S, Kim K 2011 The adrenal peripheral clock: glucocorticoid and the circadian timing system. Front Neuroendocrinol 32:451–465

115. Urbanski HF 2011 Role of circadian neuroendocrine rhythms in the control of behavior and physiology. Neuroendocrinology 93:211–222

116. National Research Council 1999 Hormonally active agents in the environment. Washington, DC: National Academy Press

117. Eick GN, Thornton JW 2011 Evolution of steroid receptors from an estrogen-sensitive ancestral receptor. Mol Cell Endocrinol 334:31–38

118. Sheehan DM 2000 Activity of environmentally relevant low doses of endocrine disruptors and the bisphenol A controversy: initial results confirmed. Proc Soc Exp Biol Med 224:57–60

119. Hayes TB, Anderson LL, Beasley VR, de Solla SR, Iguchi T, Ingraham H, Kestemont P, Kniewald J, Kniewald Z, Langlois VS, Luque EH, McCoy KA, Muñoz-de-Toro M, Oka T, Oliveira CA, Orton F, Ruby S, Suzawa M, Tavera-Mendoza LE, Trudeau VL, Victor-Costa AB, Willingham E 2011 Demasculinization and feminization of male gonads by atrazine: consistent effects across vertebrate classes. J Steroid Biochem Mol Biol 127:64–73

120. Beato M, Klug J 2000 Steroid hormone receptors: an update. Hum Reprod Update 6:225–236

121. Watson CS, Bulayeva NN, Wozniak AL, Finnerty CC 2005 Signaling from the membrane via membrane estrogen receptor-α: estrogens, xenoestrogens, and phytoestrogens. Steroids 70:364–371

122. Powell CE, Soto AM, Sonnenschein C 2001 Identification and characterization of membrane estrogen receptor from MCF7 estrogen-target cells. J Steroid Biochem Mol Biol 77:97–108

123. Levin ER 2011 Extranuclear steroid receptors: roles in modulation of cell functions. Mol Endocrinol 25:377–384

124. Levin ER 2009 Plasma membrane estrogen receptors. Trends Endocrinol Metab 20:477–482

125. Thomas P, Dong J 2006 Binding and activation of the seven-transmembrane estrogen receptor GPR30 by environmental estrogens: a potential novel mechanism of endocrine disruption. J Steroid Biochem Mol Biol 102:175–179

126. Kenealy BP, Keen KL, Terasawa E 2011 Rapid action of estradiol in primate GnRH neurons: The role of estrogen receptor α and estrogen receptor β. Steroids 76:861–866

127. Watson CS, Bulayeva NN, Wozniak AL, Alyea RA 2007

Xenoestrogens are potent activators of nongenomic estrogenic responses. Steroids 72:124–134

128. Ropero AB, Alonso-Magdalena P, Ripoll C, Fuentes E, Nadal A 2006 Rapid endocrine disruption: environmental estrogen actions triggered outside the nucleus. J Steroid Biochem Mol Biol 102:163–169

129. Nadal A, Alonso-Magdalena P, Ripoll C, Fuentes E 2005 Disentangling the molecular mechanisms of action of endogenous and environmental estrogens. Pflugers Arch 449:335–343

130. Thomas P, Pang Y, Filardo EJ, Dong J 2005 Identity of an estogen membrane receptor coupled to a G protein in human breast cancer cells. Endocrinology 146:624–632

131. Nadal A, Ropero AB, Laribi O, Maillet M, Fuentes E, Soria B 2000 Nongenomic actions of estrogens and xenoestrogens by binding at a plasma membrane receptor unrelated to estrogen receptor α and estrogen receptor β. Proc Natl Acad Sci USA 97:11603–11608

132. Tanabe N, Kimoto T, Kawato S 2006 Rapid $Ca^{2+}$ signaling induced by bisphenol A in cultured rat hippocampal neurons. Neuro Endocrinol Lett 27:97–104

133. Ruehlmann DO, Steinert JR, Valverde MA, Jacob R, Mann GE 1998 Environmental estrogenic pollutants induce acute vascular relaxation by inhibiting L-type $Ca^{2+}$ channels in smooth muscle cells. FASEB J 12:613–619

134. Walsh DE, Dockery P, Doolan CM 2005 Estrogen receptor independent rapid non-genomic effects of environmental estrogens on $[Ca^{2+}]$ in human breast cancer cells. Mol Cell Endocrinol 230:23–30

135. Shioda T, Chesnes J, Coser KR, Zou L, Hur J, Dean KL, Sonnenschein C, Soto AM, Isselbacher KJ 2006 Importance of dosage standardization for interpreting transcriptomal signature profiles: evidence from studies of xenoestrogens. Proc Natl Acad Sci USA 103:12033–12038

136. Ryan BC, Vandenbergh JG 2002 Intrauterine position effects. Neurosci Biobehav Rev 26:665–678

137. Muñoz-de-Toro M, Markey CM, Wadia PR, Luque EH, Rubin BS, Sonnenschein C, Soto AM 2005 Perinatal exposure to bisphenol-A alters peripubertal mammary gland development in mice. Endocrinology 146:4138–4147

138. Wadia PR, Vandenberg LN, Schaeberle CM, Rubin BS, Sonnenschein C, Soto AM 2007 Perinatal bisphenol A exposure increases estrogen sensitivity of the mammary gland in diverse mouse strains. Environ Health Perspect 115:592–598

139. Prins GS, Birch L, Tang WY, Ho SM 2007 Developmental estrogen exposures predispose to prostate carcinogenesis with aging. Reprod Toxicol 23:374–382

140. Prins GS, Tang WY, Belmonte J, Ho SM 2008 Perinatal exposure to oestradiol and bisphenol A alters the prostate epigenome and increases susceptibility to carcinogenesis. Basic Clin Pharmacol Toxicol 102:134–138

141. Prins GS, Ye SH, Birch L, Ho SM, Kannan K 2011 Serum bisphenol A pharmacokinetics and prostate neoplastic responses following oral and subcutaneous exposures in neonatal Sprague-Dawley rats. Reprod Toxicol 31:1–9

142. Bjørnerem A, Straume B, Midtby M, Fønnebø V, Sundsfjord J, Svartberg J, Acharya G, Oian P, Berntsen GK 2004 Endogenous sex hormones in relation to age, sex, lifestyle factors, and chronic diseases in a general population: the Tromso Study. J Clin Endocrinol Metab 89:6039–6047

143. Silva E, Rajapakse N, Kortenkamp A 2002 Something from "nothing": eight weak estrogenic chemicals combined at concentrations below NOECs produce significant mixture effects. Environ Sci Technol 36:1751–1756

144. Soto AM, Fernandez MF, Luizzi MF, Oles Karasko AS, Sonnenschein C 1997 Developing a marker of exposure to xenoestrogen mixtures in human serum. Environ Health Perspect 105:647–654

145. Crofton KM 2008 Thyroid disrupting chemicals: mechanisms and mixtures. Int J Androl 31:209–223

146. Montano MM, Welshons WV, vom Saal FS 1995 Free estradiol in serum and brain uptake of estradiol during fetal and neonatal sexual differentiation in female rats. Biol Reprod 53:1198–1207

147. Nunez EA, Benassayag C, Savu L, Vallette G, Delorme J 1979 Oestrogen binding function of α 1-fetoprotein. J Steroid Biochem 11:237–243

148. Milligan SR, Khan O, Nash M 1998 Competitive binding of xenobiotic oestrogens to rat α-fetoprotein and to sex steroid binding proteins in human and rainbow trout (*Oncorhynchus mykiss*) plasma. Gen Comp Endocrinol 112:89–95

149. Sheehan DM, Young M 1979 Diethylstilbestrol and estradiol binding to serum albumin and pregnancy plasma of rat and human. Endocrinology 104:1442–1446

150. Déchaud H, Ravard C, Claustrat F, de la Perrière AB, Pugeat M 1999 Xenoestrogen interaction with human sex hormone-binding globulin (hSHBG). Steroids 64:328–334

151. Liu SV, Schally AV, Hawes D, Xiong S, Fazli L, Gleave M, Cai J, Groshen S, Brands F, Engel J, Pinski J 2010 Expression of receptors for luteinizing hormone-releasing hormone (LH-RH) in prostate cancers following therapy with LH-RH agonists. Clin Cancer Res 16:4675–4680

152. Piccart M, Parker LM, Pritchard KI 2003 Oestrogen receptor downregulation: an opportunity for extending the window of endocrine therapy in advanced breast cancer. Ann Oncol 14:1017–1025

153. Grandien K, Berkenstam A, Gustafsson JA 1997 The estrogen receptor gene: promoter organization and expression. Int J Biochem Cell Biol 29:1343–1369

154. Morani A, Warner M, Gustafsson JA 2008 Biological functions and clinical implications of oestrogen receptors alfa and β in epithelial tissues. J Intern Med 264:128–142

155. Mostaghel EA, Montgomery RB, Lin DW 2007 The basic biochemistry and molecular events of hormone therapy. Curr Urol Rep 8:224–232

156. Phoenix CH, Goy RW, Gerall AA, Young WC 1959 Organizing action of prenatally administered testosterone propionate on the tissues mediating mating behavior in the female guinea pig. Endocrinology 65:369–382

157. Vom Saal FS, Moyer CL 1985 Prenatal effects on reproductive capacity during aging in female mice. Biol Reprod 32:1116–1126

158. Alonso-Magdalena P, Vieira E, Soriano S, Menes L, Burks D, Quesada I, Nadal A 2010 Bisphenol A exposure during pregnancy disrupts glucose homeostasis in mothers and adult male offspring. Environ Health Perspect 118:1243–1250

159. Even MD, Dhar MG, vom Saal FS 1992 Transport of steroids between fetuses via amniotic fluid in relation to the

Endocrine Reviews, June 2012, 33(3):0000–0000

intrauterine position phenomenon in rats. J Reprod Fertil 96:709–716

160. vom Saal FS, Quadagno DM, Even MD, Keisler LW, Keisler DH, Khan S 1990 Paradoxical effects of maternal stress on fetal steroids and postnatal reproductive traits in female mice from different intrauterine positions. Biol Reprod 43:751–761

161. vom Saal FS, Bronson FH 1978 *In utero* proximity of female mouse fetuses to males: effect on reproductive performance during later life. Biol Reprod 19:842–853

162. Kinsley CH, Konen CM, Miele JL, Ghiraldi L, Svare B 1986 Intrauterine position modulates maternal behaviors in female mice. Physiol Behav 36:793–799

163. Gandelman R, vom Saal FS, Reinisch JM 1977 Contiguity to male foetuses affects morphology and behaviour of female mice. Nature 266:722–724

164. Palanza P, Parmigiani S, vom Saal FS 1995 Urine marking and maternal aggression of wild female mice in relation to anogenital distance at birth. Physiol Behav 58:827–835

165. vom Saal FS, Grant WM, McMullen CW, Laves KS 1983 High fetal estrogen concentrations: correlation with increased adult sexual activity and decreased aggression in male mice. Science 220:1306–1309

166. Palanza P, Morley-Fletcher S, Laviola G 2001 Novelty seeking in periadolescent mice: sex differences and influence of intrauterine position. Physiol Behav 72:255–262

167. Clark MM, vom Saal FS, Galef Jr BG 1992 Intrauterine positions and testosterone levels of adult male gerbils are correlated. Physiol Behav 51:957–960

168. vom Saal FS 1989 Sexual differentiation in litter-bearing mammals: influence of sex of adjacent fetuses *in utero*. J Anim Sci 67:1824–1840

169. vom Saal FS 1989 The production of and sensitivity to cues that delay puberty and prolong subsequent oestrous cycles in female mice are influenced by prior intrauterine position. J Reprod Fertil 86:457–471

170. Vom Saal FS, Even MD, Quadagno DM 1991 Effects of maternal stress on puberty, fertility and aggressive behavior of female mice from different intrauterine positions. Physiol Behav 49:1073–1078

171. vom Saal FS, Pryor S, Bronson FH 1981 Effects of prior intrauterine position and housing on oestrous cycle length in adolescent mice. Journal of Reproduction, Fertility 62:33–37

172. Vandenbergh JG, Huggett CL 1994 Mother's prior intrauterine position affects the sex ratio of her offspring in house mice. Proc Natl Acad Sci USA 91:11055–11059

173. Vandenbergh JG, Huggett CL 1995 The anogenital distance index, a predictor of the intrauterine position effects on reproduction in female house mice. Lab Anim Sci 45:567–573

174. Howdeshell KL, Hotchkiss AK, Thayer KA, Vandenbergh JG, vom Saal FS 1999 Exposure to bisphenol A advances puberty. Nature 401:763–764

175. vom Saal FS, Bronson FH 1980 Variation in length of estrous cycles in mice due to former intrauterine proximity to male fetuses. Biol Reprod 22:777–780

176. Vandenberg LN, Maffini MV, Wadia PR, Sonnenschein C, Rubin BS, Soto AM 2007 Exposure to environmentally relevant doses of the xenoestrogen bisphenol-A alters development of the fetal mouse mammary gland. Endocrinology 148:116–127

177. Timms BG, Petersen SL, vom Saal FS 1999 Prostate gland growth during development is stimulated in both male and female rat fetuses by intrauterine proximity to female fetuses. J Urol 161:1694–1701

178. Nonneman DJ, Ganjam VK, Welshons WV, Vom Saal FS 1992 Intrauterine position effects on steroid metabolism and steroid receptors of reproductive organs in male mice. Biol Reprod 47:723–729

179. Clark MM, Bishop AM, vom Saal FS, Galef Jr BG 1993 Responsiveness to testosterone of male gerbils from known intrauterine positions. Physiol Behav 53:1183–1187

180. vom Saal FS, Bronson FH 1980 Sexual characteristics of adult female mice are correlated with their blood testosterone levels during prenatal development. Science 208:597–599

181. Timms BG, Peterson RE, vom Saal FS 2002 2,3,7,8-tetrachlorodibenzo-*p*-dioxin interacts with endogenous estradiol to disrupt prostate gland morphogenesis in male rat fetuses. Toxicol Sci 67:264–274

182. Vandenbergh JG 2004 Animal models and studies of *in utero* endocrine disruptor effects. ILAR J 45:438–442

183. Clark MM, Crews D, Galef Jr BG 1991 Concentrations of sex steroid hormones in pregnant and fetal Mongolian gerbils. Physiol Behav 49:239–243

184. Satoh S, Hirata T, Miyake Y, Kaneda Y 1997 The possibility of early estimation for fertility in bovine heterosexual twin females. J Vet Med Sci 59:221–222

185. Padula AM 2005 The freemartin syndrome: an update. Anim Reprod Sci 87:93–109

186. Resnick SM, Gottesman II, McGue M 1993 Sensation seeking in opposite-sex twins: an effect of prenatal hormones? Behav Genet 23:323–329

187. McFadden D 1993 A masculinizing effect on the auditory systems of human females having male co-twins. Proc Natl Acad Sci USA 90:11900–11904

188. Cohen-Bendahan CC, Buitelaar JK, van Goozen SH, Cohen-Kettenis PT 2004 Prenatal exposure to testosterone and functional cerebral lateralization: a study in same-sex and opposite-sex twin girls. Psychoneuroendocrinology 29:911–916

189. Peper JS, Brouwer RM, van Baal GC, Schnack HG, van Leeuwen M, Boomsma DI, Kahn RS, Hulshoff Pol HE 2009 Does having a twin brother make for a bigger brain? Eur J Endocrinol 160:739–746

190. Cohen-Bendahan CC, Buitelaar JK, van Goozen SH, Orlebeke JF, Cohen-Kettenis PT 2005 Is there an effect of prenatal testosterone on aggression and other behavioral traits? A study comparing same-sex and opposite-sex twin girls. Horm Behav 47:230–237

191. Loehlin JC, Martin NG 2000 Dimensions of psychological masculinity-femininity in adult twins from opposite-sex and same-sex pairs. Behav Genet 30:19–28

192. Rose RJ, Kaprio J, Winter T, Dick DM, Viken RJ, Pulkkinen L, Koskenvuo M 2002 Femininity and fertility in sisters with twin brothers: prenatal androgenization? Cross-sex socialization? Psychol Sci 13:263–267

193. Vuoksimaa E, Eriksson CJ, Pulkkinen L, Rose RJ, Kaprio J 2010 Decreased prevalence of left-handedness among females with male co-twins: evidence suggesting prenatal tes-

Case No. 1:20-cv-02484-MSK   Document 92-2   filed 05/06/21   USDC Colorado   pg 18 of 461

**56**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

tosterone transfer in humans? Psychoneuroendocrinology 35:1462–1472

194. Elkadi S, Nicholls ME, Clode D 1999 Handedness in opposite and same-sex dizygotic twins: testing the testosterone hypothesis. Neuroreport 10:333–336

195. Lummaa V, Pettay JE, Russell AF 2007 Male twins reduce fitness of female co-twins in humans. Proc Natl Acad Sci USA 104:10915–10920

196. van Anders SM, Vernon PA, Wilbur CJ 2006 Finger-length ratios show evidence of prenatal hormone-transfer between opposite-sex twins. Horm Behav 49:315–319

197. Culbert KM, Breedlove SM, Burt SA, Klump KL 2008 Prenatal hormone exposure and risk for eating disorders. Arch Gen Psychiatry 65:329–336

198. Glinianaia SV, Magnus P, Harris JR, Tambs K 1998 Is there a consequence for fetal growth of having an unlikesexed cohabitant *in utero*? Int J Epidemiol 27:657–659

199. Cerhan JR, Kushi LH, Olson JE, Rich SS, Zheng W, Folsom AR, Sellers TA 2000 Twinship and risk of postmenopausal breast cancer. J Natl Cancer Inst 92:261–265

200. Swerdlow AJ, De Stavola BL, Swanwick MA, Maconochie NES 1997 Risks of breast and testicular cancers in young adult twins in England and Wales: evidence on prenatal and genetic aetiology. Lancet 350:1723–1728

201. van de Beek C, Thijssen JH, Cohen-Kettenis PT, van Goozen SH, Buitelaar JK 2004 Relationships between sex hormones assessed in amniotic fluid, and maternal and umbilical cord serum: what is the best source of information to investigate the effects of fetal hormone exposure? Horm Behav 46:663–669

202. Sakai LM, Baker LA, Jacklin CN, Shulman I 1991 Sex steroids at birth: genetic and environmental variation and covariation. Dev Psychobiol 24:559–570

203. Cohen-Bendahan CC, van Goozen SH, Buitelaar JK, Cohen-Kettenis PT 2005 Maternal serum steroid levels are unrelated to fetal sex: a study in twin pregnancies. Twin Res Hum Genet 8:173–177

204. Johnson MR, Abbas A, Nicolaides KH 1994 Maternal plasma levels of human chorionic gonadotropin, oestradiol and progesterone in multifetal pregnancies before and after fetal reduction. J Endocrinol 143:309–312

205. Vom Saal FS, Richter CA, Ruhlen RR, Nagel SC, Timms BG, Welshons WV 2005 The importance of appropriate controls, animal feed, and animal models in interpreting results from low-dose studies of bisphenol A. Birth Defects Res A Clin Mol Teratol 73:140–145

206. Spearow JL, Doemeny P, Sera R, Leffler R, Barkley M 1999 Genetic variation in susceptibility to endocrine disruption by estrogen in mice. Science 285:1259–1261

207. Spearow JL, O'Henley P, Doemeny P, Sera R, Leffler R, Sofos T, Barkley M 2001 Genetic variation in physiological sensitivity to estrogen in mice. APMIS 109:356–364

208. Timms BG, Howdeshell KL, Barton L, Bradley S, Richter CA, vom Saal FS 2005 Estrogenic chemicals in plastic and oral contraceptives disrupt development of the fetal mouse prostate and urethra. Proc Natl Acad Sci USA 102:7014–7019

209. Cederroth CR, Nef S 2009 Fetal programming of adult glucose homeostasis in mice. PLoS ONE 4:e7281

210. Marty MS, Carney EW, Rowlands JC 2011 Endocrine disruption: historical perspectives and its impact on the future of toxicology testing. Toxicol Sci 120:S93–S108

211. Bonefeld-Jorgensen EC, Long M, Hofmeister MV, Vinggaard AM 2007 Endocrine-disrupting potential of bisphenol A, bisphenol A dimethacrylate, 4-n-nonylphenol, and 4-n-octylphenol in vitro: new data and a brief review. Environ Health Perspect 115(Suppl 1):69–76

212. Krüger T, Long M, Bonefeld-Jørgensen EC 2008 Plastic components affect the activation of the aryl hydrocarbon and the androgen receptor. Toxicology 246:112–123

213. Watson CS, Jeng YJ, Kochukov MY 2010 Nongenomic signaling pathways of estrogen toxicity. Toxicol Sci 115:1–11

214. Weed DL 2005 Weight of evidence: a review of concepts and methods. Risk Anal 25:1545–1557

215. Linkov I, Loney D, Cormier S, Satterstrom FK, Bridges T 2009 Weight-of-evidence evaluation in environmental assessment: review of qualitative and quantitative approaches. Sci Total Environ 407:5199–5205

216. Schreider J, Barrow C, Birchfield N, Dearfield K, Devlin D, Henry S, Kramer M, Schappelle S, Solomon K, Weed DL, Embry MR 2010 Enhancing the credibility of decisions based on scientific conclusions: transparency is imperative. Toxicol Sci 116:5–7

217. Basketter D, Ball N, Cagen S, Carrillo JC, Certa H, Eigler D, Garcia C, Esch H, Graham C, Haux C, Kreiling R, Mehling A 2009 Application of a weight of evidence approach to assessing discordant sensitisation datasets: implications for REACH. Regul Toxicol Pharmacol 55:90–96

218. Wright-Walters M, Volz C, Talbott E, Davis D 2011 An updated weight of evidence approach to the aquatic hazard assessment of bisphenol A and the derivation a new predicted no effect concentration (Pnec) using a non-parametric methodology. Sci Total Environ 409:676–685

219. Cooper RL, Kavlock RJ 1997 Endocrine disruptors and reproductive development: a weight-of-evidence overview. J Endocrinol 152:159–166

220. Popp JA, Crouch E, McConnell EE 2006 A weight-of-evidence analysis of the cancer dose-response characteristics of 2,3,7,8-tetrachlorodibenzodioxin (TCDD). Toxicol Sci 89:361–369

221. Goodman M, Squibb K, Youngstrom E, Anthony LG, Kenworthy L, Lipkin PH, Mattison DR, Lakind JS 2010 Using systematic reviews and meta-analyses to support regulatory decision making for neurotoxicants: lessons learned from a case study of PCBs. Environ Health Perspect 118:727–734

222. Goodman JE, Witorsch RJ, McConnell EE, Sipes IG, Slayton TM, Yu CJ, Franz AM, Rhomberg LR 2009 Weight-of-evidence evaluation of reproductive and developmental effects of low doses of bisphenol A. Crit Rev Toxicol 39:1–75

223. Heindel JJ, vom Saal FS 2008 Meeting report: batch-to-batch variability in estrogenic activity in commercial animal diets- importance and approaches for laboratory animal research. Environ Health Perspect 116:389–393

224. Ruhlen RL, Taylor JA, Mao J, Kirkpatrick J, Welshons WV, vom Saal FS 2011 Choice of animal feed can alter fetal steroid levels and mask developmental effects of endocrine disrupting chemicals. J Dev Origins Health Dis 2:36–48

225. vom Saal FS, Richter CA, Mao J, Welshons WV 2005 Commercial animal feed: variability in estrogenic activity and effects on body weight in mice. Birth Defects Res (Part A) 73:474–475

226. Howdeshell KL, Peterman PH, Judy BM, Taylor JA, Orazio CE, Ruhlen RL, Vom Saal FS, Welshons WV 2003 Bisphenol A is released from polycarbonate animal cages into water at room temperature. Environ Health Perspect 111:1180–1187

227. Koehler KE, Voigt RC, Thomas S, Lamb B, Urban C, Hassold T, Hunt PA 2003 When disaster strikes: rethinking caging materials. Lab Anim (NY) 32:24–27

228. Muhlhauser A, Susiarjo M, Rubio C, Griswold J, Gorence G, Hassold T, Hunt PA 2009 Bisphenol A effects on the growing mouse oocyte are influenced by diet. Biol Reprod 80:1066–1071

229. Tyl RW, Myers CB, Marr MC, Castillo NP, Veselica MM, Joiner RL, Dimond SS, Van Miller JP, Stropp GD, Waechter Jr JM, Hentges SG 2008 One-generation reproductive toxicity study of dietary 17β-estradiol (E2; CAS no. 50-28-2) in CD-1 (Swiss) mice. Reprod Toxicol 25:144–160

230. Ryan BC, Hotchkiss AK, Crofton KM, Gray Jr LE 2010 In utero and lactational exposure to bisphenol A, in contrast to ethinyl estradiol, does not alter sexually dimorphic behavior, puberty, fertility, and anatomy of female LE rats. Toxicol Sci 114:133–148

231. Marty MS, Allen B, Chapin RE, Cooper R, Daston GP, Flaws JA, Foster PM, Makris SL, Mylchreest E, Sandler D, Tyl RW 2009 Inter-laboratory control data for reproductive endpoints required in the OPPTS 870.3800/OECD 416 reproduction and fertility test. Birth Defects Res B Dev Reprod Toxicol 86:470–489

232. Teng CT, Beard C, Gladwell W 2002 Differential expression and estrogen response of lactoferrin gene in the female reproductive tract of mouse, rat, and hamster. Biol Reprod 67:1439–1449

233. Aupperlee MD, Drolet AA, Durairaj S, Wang W, Schwartz RC, Haslam SZ 2009 Strain-specific differences in the mechanisms of progesterone regulation of murine mammary gland development. Endocrinology 150:1485–1494

234. Pepling ME, Sundman EA, Patterson NL, Gephardt GW, Medico L Jr, Wilson KI 2010 Differences in oocyte development and estradiol sensitivity among mouse strains. Reproduction 139:349–357

235. Wiklund JA, Gorski J 1982 Genetic differences in estrogen-induced DNA synthesis in the rat pituitary: correlations with pituitary tumor susceptibility. Endocrinology 111:1140–1149

236. Wiklund J, Wertz N, Gorski J 1981 A comparison of estrogen effects on uterine and pituitary growth and prolactin synthesis in F344 and Holtzman rats. Endocrinology 109:1700–1707

237. Diel P, Schmidt S, Vollmer G, Janning P, Upmeier A, Michna H, Bolt HM, Degen GH 2004 Comparative responses of three rat strains (DA/Han, Sprague-Dawley and Wistar) to treatment with environmental estrogens. Arch Toxicol 78:183–193

238. Brossia LJ, Roberts CS, Lopez JT, Bigsby RM, Dynlacht JR 2009 Interstrain differences in the development of pyometra after estrogen treatment of rats. J Am Assoc Lab Anim Sci 48:517–520

239. Geis RB, Diel P, Degen GH, Vollmer G 2005 Effects of genistein on the expression of hepatic genes in two rat strains (Sprague-Dawley and Wistar). Toxicol Lett 157:21–29

240. Roper RJ, Griffith JS, Lyttle CR, Doerge RW, McNabb AW, Broadbent RE, Teuscher C 1999 Interacting quantitative trait loci control phenotypic variation in murine estradiol-regulated responses. Endocrinology 140:556–561

241. Taylor JA, Welshons WV, Vom Saal FS 2008 No effect of route of exposure (oral; subcutaneous injection) on plasma bisphenol A throughout 24h after administration in neonatal female mice. Reprod Toxicol 25:169–176

242. European Food Safety Authority 2007 Opinion of the Scientific Panel on food additives, flavourings, processing aids and materials in contact with food (AFC) related to 2,2-biS(4-hydroxyphenyl)propane. EFSA J 428:1–75

243. Vandenberg LN, Chahoud I, Padmanabhan V, Paumgartten FJ, Schoenfelder G 2010 Biomonitoring studies should be used by regulatory agencies to assess human exposure levels and safety of bisphenol A. Environ Health Perspect 118:1051–1054

244. Vandenberg LN 2011 Exposure to bisphenol A in Canada: invoking the precautionary principle. CMAJ 183:1265–1270

245. Stahlhut RW, Welshons WV, Swan SH 2009 Bisphenol A data in NHANES suggest longer than expected half-life, substantial non-food exposure, or both. Environ Health Perspect 117:784–789

246. Geens T, Goeyens L, Covaci A 2011 Are potential sources for human exposure to bisphenol-A overlooked? Int J Hyg Environ Health 214:339–347

247. Biedermann S, Tschudin P, Grob K 2010 Transfer of bisphenol A from thermal printer paper to the skin. Anal Bioanal Chem 398:571–576

248. Zalko D, Jacques C, Duplan H, Bruel S, Perdu E 2011 Viable skin efficiently absorbs and metabolizes bisphenol A. Chemosphere 82:424–430

249. Moriyama K, Tagami T, Akamizu T, Usui T, Saijo M, Kanamoto N, Hataya Y, Shimatsu A, Kuzuya H, Nakao K 2002 Thyroid hormone action is disrupted by bisphenol A as an antagonist. J Clin Endocrinol Metab 87:5185–5190

250. Zoeller RT, Bansal R, Parris C 2005 Bisphenol-A, an environmental contaminant that acts as a thyroid hormone receptor antagonist in vitro, increases serum thyroxine, and alters RC3/neurogranin expression in the developing rat brain. Endocrinology 146:607–612

251. Lee HJ, Chattopadhyay S, Gong EY, Ahn RS, Lee K 2003 Antiandrogenic effects of bisphenol A and nonphenol on the function of androgen receptor. Toxicol Sci 75:40–46

252. Kwintkiewicz J, Nishi Y, Yanase T, Giudice LC 2010 Peroxisome proliferator-activated receptor-γ mediates bisphenol A inhibition of FSH-stimulated IGF-1, aromatase, and estradiol in human granulosa cells. Environ Health Perspect 118:400–406

253. Taylor JA, Vom Saal FS, Welshons WV, Drury B, Rottinghaus G, Hunt PA, Toutain PL, Laffont CM, VandeVoort CA 2011 Similarity of bisphenol A pharmacokinetics in rhesus monkeys and mice: relevance for human exposure. Environ Health Perspect 119:422–430

254. Owens JW, Chaney JG 2005 Weighing the results of differing 'low dose' studies of the mouse prostate by

**58**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

Nagel, Cagen, and Ashby: quantification of experimental power and statistical results. Regul Toxicol Pharmacol 43:194–202

255. Ashby J, Tinwell H, Odum J, Lefevre P 2004 Natural variability and the influence of concurrent control values on the detection and interpretation of low-dose or weak endocrine toxicities. Environ Health Perspect 112:847–853

256. Nagel SC, vom Saal FS, Thayer KA, Dhar MG, Boechler M, Welshons WV 1997 Relative binding affinity-serum modified access (RBA-SMA) assay predicts the relative in vivo bioactivity of the xenoestrogens bisphenol A and octylphenol. Environ Health Perspect 105:70–76

257. Gupta C 2000 Reproductive malformation of the male offspring following maternal exposure to estrogenic chemicals. Proc Soc Exp Biol Med 224:61–68

258. Elswick BA, Welsch F, Janszen DB 2000 Effect of different sampling designs on outcome of endocrine disruptor studies. Reprod Toxicol 14:359–367

259. Chitra KC, Latchoumycandane C, Mathur PP 2003 Induction of oxidative stress by bisphenol A in the epididymal sperm of rats. Toxicology 185:119–127

260. Ramos JG, Varayoud J, Sonnenschein C, Soto AM, Muñoz De Toro M, Luque EH 2001 Prenatal exposure to low doses of bisphenol A alters the periductal stroma and glandular cell function in the rat ventral prostate. Biol Reprod 65:1271–1277

261. Ramos JG, Varayoud J, Kass L, Rodríguez H, Costabel L, Muñoz-De-Toro M, Luque EH 2003 Bisphenol A induces both transient and permanent histofunctional alterations of the hypothalamic-pituitary-gonadal axis in prenatally exposed male rats. Endocrinology 144:3206–3215

262. Ogura Y, Ishii K, Kanda H, Kanai M, Arima K, Wang Y, Sugimura Y 2007 Bisphenol A induces permanent squamous change in mouse prostatic epithelium. Differentiation 75:745–756

263. Ho SM, Tang WY, Belmonte de Frausto J, Prins GS 2006 Developmental exposure to estradiol and bisphenol A increases susceptibility to prostate carcinogenesis and epigenetically regulates phosphodiesterase type 4 variant 4. Cancer Res 66:5624–5632

264. Ichihara T, Yoshino H, Imai N, Tsutsumi T, Kawabe M, Tamano S, Inaguma S, Suzuki S, Shirai T 2003 Lack of carcinogenic risk in the prostate with transplacental and lactational exposure to bisphenol A in rats. J Toxicol Sci 28:165–171

265. Ashby J, Tinwell H, Haseman J 1999 Lack of effects for low dose levels of bisphenol A and diethylstilbestrol on the prostate gland of CF1 mice exposed in utero. Regul Toxicol Pharmacol 30:156–166

266. Cagen SZ, Waechter JM Jr, Dimond SS, Breslin WJ, Butala JH, Jekat FW, Joiner RL, Shiotsuka RN, Veenstra GE, Harris LR 1999 Normal reproductive organ development in CF-1 mice following prenatal exposure to bisphenol A. Toxicol Sci 50:36–44

267. Cagen SZ, Waechter JM Jr, Dimond SS, Breslin WJ, Butala JH, Jekat FW, Joiner RL, Shiotsuka RN, Veenstra GE, Harris LR 1999 Normal reproductive organ development in Wistar rats exposed to bisphenol A in the drinking water. Regul Toxicol Pharmacol 30:130–139

268. Ema M, Fujii S, Furukawa M, Kiguchi M, Ikka T, Hara-zono A 2001 Rat two-generation reproductive toxicity study of bisphenol A. Reprod Toxicol 15:505–523

269. Tinwell H, Haseman J, Lefevre PA, Wallis N, Ashby J 2002 Normal sexual development of two strains of rat exposed *in utero* to low doses of bisphenol A. Toxicol Sci 68:339–348

270. Tyl RW, Myers CB, Marr MC, Thomas BF, Keimowitz AR, Brine DR, Veselica MM, Fail PA, Chang TY, Seely JC, Joiner RL, Butala JH, Dimond SS, Cagen SZ, Shiotsuka RN, Stropp GD, Waechter JM 2002 Three-generation reproductive toxicity study of dietary bisphenol A in CD Sprague-Dawley rats. Toxicol Sci 68:121–146

271. Tyl RW, Myers CB, Marr MC, Sloan CS, Castillo NP, Veselica MM, Seely JC, Dimond SS, Van Miller JP, Shiotsuka RN, Beyer D, Hentges SG, Waechter Jr JM 2008 Two-generation reproductive toxicity study of dietary bisphenol A in CD-1 (Swiss) mice. Toxicol Sci 104:362–384

272. Howdeshell KL, Furr J, Lambright CR, Wilson VS, Ryan BC, Gray Jr LE 2008 Gestational and lactational exposure to ethinyl estradiol, but not bisphenol A, decreases androgen-dependent reproductive organ weights and epididymal sperm abundance in the male long evans hooded rat. Toxicol Sci 102:371–382

273. Chapin RE, Adams J, Boekelheide K, Gray LE Jr, Hayward SW, Lees PS, McIntyre BS, Portier KM, Schnorr TM, Selevan SG, Vandenbergh JG, Woskie SR 2008 NTP-CERHR expert panel report on the reproductive and developmental toxicity of bisphenol A. Birth Defects Res B Dev Reprod Toxicol 83:157–395

274. Hennighausen L, Robinson GW 1998 Think globally, act locally: the making of a mouse mammary gland. Genes Dev 12:449–455

275. Lemmen JG, Broekhof JL, Kuiper GG, Gustafsson JA, van der Saag PT, van der Burg B 1999 Expression of estrogen receptor α and β during mouse embryogensis. Mech Dev 81:163–167

276. Padilla-Banks E, Jefferson WN, Newbold RR 2006 Neonatal exposure to the phytoestrogen genistein alters mammary gland growth and developmental programming of hormone receptor levels. Endocrinology 147:4871–4882

277. Colerangle JB, Roy D 1997 Profound effects of the weak environmental estrogen-like chemical bisphenol A on the growth of the mammary gland of Noble rats. J Steroid Biochem Mol Biol 60:153–160

278. Bern HA, Mills KT, Jones LA 1983 Critical period of neonatal estrogen exposure in occurence of mammary gland abnormalities in adult mice. Proc Soc Exp Biol Med 172:239–242

279. Markey CM, Coombs MA, Sonnenschein C, Soto AM 2003 Mammalian development in a changing environment: exposure to endocrine disruptors reveals the developmental plasticity of steroid-hormone target organs. Evol Dev 5:67–75

280. Markey CM, Luque EH, Munoz De Toro M, Sonnenschein C, Soto AM 2001 *In utero* exposure to bisphenol A alters the development and tissue organization of the mouse mammary gland. Biol Reprod 65:1215–1223

281. Vandenberg LN, Maffini MV, Schaeberle CM, Ucci AA, Sonnenschein C, Rubin BS, Soto AM 2008 Perinatal exposure to the xenoestrogen bisphenol-A induces mammary

Endocrine Reviews, June 2012, 33(3):0000–0000

intraductal hyperplasias in adult CD-1 mice. Reprod Toxicol 26:210–219

282. Moral R, Wang R, Russo IH, Lamartiniere CA, Pereira J, Russo J 2008 Effect of prenatal exposure to the endocrine disruptor bisphenol A on mammary gland morphology and gene expression signature. J Endocrinol 196:101–112

283. Ayyanan A, Laribi O, Schuepbach-Mallepell S, Schrick C, Gutierrez M, Tanos T, Lefebvre G, Rougemont J, Yalcin-Ozuysal O, Brisken C 2011 Perinatal exposure to bisphenol A increases adult mammary gland progesterone response and cell number. Mol Endocrinol 25:1915–1923

284. Nikaido Y, Yoshizawa K, Danbara N, Tsujita-Kyutoku M, Yuri T, Uehara N, Tsubura A 2004 Effects of maternal xenoestrogen exposure on development of the reproductive tract and mammary gland in female CD-1 mouse offspring. Reprod Toxicol 18:803–811

285. Jones LP, Sampson A, Kang HJ, Kim HJ, Yi YW, Kwon SY, Babus JK, Wang A, Bae I 2010 Loss of BRCA1 leads to an increased sensitivity to bisphenol A. Toxicol Lett 199:261–268

286. Murray TJ, Maffini MV, Ucci AA, Sonnenschein C, Soto AM 2007 Induction of mammary gland ductal hyperplasias and carcinomas in situ following fetal bisphenol A exposure. Reprod Toxicol 23:383–390

287. Durando M, Kass L, Piva J, Sonnenschein C, Soto AM, Luque EH, Muñoz-de-Toro M 2007 Prenatal bisphenol A exposure induces preneoplastic lesions in the mammary gland in Wistar rats. Environ Health Perspect 115:80–86

288. Jenkins S, Raghuraman N, Eltoum I, Carpenter M, Russo J, Lamartiniere CA 2009 Oral exposure to bisphenol A increases dimethylbenzanthracene-induced mammary cancer in rats. Environ Health Perspect 117:910–915

289. Betancourt AM, Eltoum IA, Desmond RA, Russo J, Lamartiniere CA 2010 In utero exposure to bisphenol A shifts the window of susceptibility for mammary carcinogenesis in the rat. Environ Health Perspect 118:1614–1619

290. Weber Lozada K, Keri RA 2011 Bisphenol A increases mammary cancer risk in two distinct mouse models of breast cancer. Biol Reprod 85:490–497

291. Betancourt AM, Mobley JA, Russo J, Lamartiniere CA 2010 Proteomic analysis in mammary glands of rat offspring exposed in utero to bisphenol A. J Proteomics 73:1241–1253

292. Lamartiniere CA, Jenkins S, Betancourt AM, Wang J, Russo J 2011 Exposure to the endocrine disruptor bisphenol A alters susceptibility for mammary cancer. Horm Mol Biol Clin Investig 5:45–52

293. Jenkins S, Wang J, Eltoum I, Desmond R, Lamartiniere CA 2011 Chronic oral exposure to bisphenol A results in a non-monotonic dose response in mammary carcinogenesis and metastasis in MMTV-erbB2 mice. Environ Health Perspect 119:1604–1609

294. Nikaido Y, Danbara N, Tsujita-Kyutoku M, Yuri T, Uehara N, Tsubura A 2005 Effects of prepubertal exposure to xenoestrogen on development of estrogen target organs in female CD-1 mice. In Vivo 19:487–494

295. Yin H, Ito A, Bhattacharjee D, Hoshi M 2006 A comparative study on the protective effects of 17β-estradiol, biochanin A and bisphenol A on mammary gland differentiation and tumorigenesis in rats. Indian J Exp Biol 44:540–546

296. Yang M, Ryu JH, Jeon R, Kang D, Yoo KY 2009 Effects of bisphenol A on breast cancer and its risk factors. Arch Toxicol 83:281–285

297. Kortenkamp A 2006 Breast cancer, oestrogens and environmental pollutants: a re-evaluation from a mixture perspective. Int J Androl 29:193–198

298. Hunt PA, Susiarjo M, Rubio C, Hassold TJ 2009 The bisphenol A experience: a primer for the analysis of environmental effects on mammalian reproduction. Biol Reprod 81:807–813

299. Carr R, Bertasi F, Betancourt A, Bowers S, Gandy BS, Ryan P, Willard S 2003 Effect of neonatal rat bisphenol a exposure on performance in the Morris water maze. J Toxicol Environ Health A 66:2077–2088

300. Farabollini F, Porrini S, Dessì-Fulgherit F 1999 Perinatal exposure to the estrogenic pollutant bisphenol A affects behavior in male and female rats. Pharmacol Biochem Behav 64:687–694

301. Fujimoto T, Kubo K, Aou S 2006 Prenatal exposure to bisphenol A impairs sexual differentiation of exploratory behavior and increases depression-like behavior in rats. Brain Res 1068:49–55

302. Funabashi T, Kawaguchi M, Furuta M, Fukushima A, Kimura F 2004 Exposure to bisphenol A during gestation and lactation causes loss of sex difference in corticotropin-releasing hormone-immunoreactive neurons in the bed nucleus of the stria terminalis of rats. Psychoneuroendocrinology 29:475–485

303. Kubo K, Arai O, Omura M, Watanabe R, Ogata R, Aou S 2003 Low dose effects of bisphenol A on sexual differentiation of the brain and behavior in rats. Neurosci Res 45:345–356

304. Kubo K, Arai O, Ogata R, Omura M, Hori T, Aou S 2001 Exposure to bisphenol A during the fetal and suckling periods disrupts sexual differentiation of the locus coeruleus and of behaviour in the rat. Neurosci Lett 304:73–76

305. Rubin BS, Lenkowski JR, Schaeberle CM, Vandenberg LN, Ronsheim PM, Soto AM 2006 Evidence of altered brain sexual differentiation in mice exposed perinatally to low, environmentally relevant levels of bisphenol A. Endocrinology 147:3681–3691

306. Patisaul HB, Fortino AE, Polston EK 2006 Neonatal genistein or bisphenol-A exposure alters sexual differentiation of the AVPV. Neurotoxicol Teratol 28:111–118

307. Adewale HB, Todd KL, Mickens JA, Patisaul HB 2011 The impact of neonatal bisphenol: a exposure on sexually dimorphic hypothalamic nuclei in the female rat. Neurotoxicology 32:38–49

308. Wolstenholme JT, Rissman EF, Connelly JJ 2011 The role of bisphenol A in shaping the brain, epigenome and behavior. Horm Behav 59:296–305

309. Maffini MV, Rubin BS, Sonnenschein C, Soto AM 2006 Endocrine disruptors and reproductive health: the case of bisphenol-A. Mol Cell Endocrinol 254–255:179–186

310. Markey CM, Wadia PR, Rubin BS, Sonnenschein C, Soto AM 2005 Long-term effects of fetal exposure to low doses of the xenoestrogen bisphenol-A in the female mouse genital tract. Biol Reprod 72:1344–1351

311. Yoshino S, Yamaki K, Li X, Sai T, Yanagisawa R, Takano H, Taneda S, Hayashi H, Mori Y 2004 Prenatal exposure to bisphenol A up-regulates immune responses, including

T helper 1 and T helper 2 responses, in mice. Immunology 112:489–495

312. Yoshino S, Yamaki K, Yanagisawa R, Takano H, Hayashi H, Mori Y 2003 Effects of bisphenol A on antigen-specific antibody production, proliferative responses of lymphoid cells, and TH1 and TH2 immune responses in mice. Br J Pharmacol 138:1271–1276

313. Alonso-Magdalena P, Ropero AB, Soriano S, Quesada I, Nadal A 2010 Bisphenol-A: a new diabetogenic factor? Hormones (Athens) 9:118–126

314. Rubin BS, Soto AM 2009 Bisphenol A: perinatal exposure and body weight. Mol Cell Endocrinol 304:55–62

315. Al-Hiyasat AS, Darmani H, Elbetieha AM 2002 Effects of bisphenol A on adult male mouse fertility. Eur J Oral Sci 110:163–167

316. Cabaton NJ, Wadia PR, Rubin BS, Zalko D, Schaeberle CM, Askenase MH, Gadbois JL, Tharp AP, Whitt GS, Sonnenschein C, Soto AM 2011 Perinatal exposure to environmentally relevant levels of bisphenol A decreases fertility and fecundity in CD-1 mice. Environ Health Perspect 119:547–552

317. Al-Hiyasat AS, Darmani H, Elbetieha AM 2004 Leached components from dental composites and their effects on fertility of female mice. Eur J Oral Sci 112:267–272

318. Salian S, Doshi T, Vanage G 2009 Impairment in protein expression profile of testicular steroid receptor coregulators in male rat offspring perinatally exposed to Bisphenol A. Life Sci 85:11–18

319. Rubin BS 2011 Bisphenol A: an endocrine disruptor with widespread exposure and multiple effects. J Steroid Biochem Mol Biol 127:27–34

320. Battaglin WA, Rice KC, Focazio MJ, Salmons S, Barry RX 2009 The occurrence of glyphosate, atrazine, and other pesticides in vernal pools and adjacent streams in Washington, DC, Maryland, Iowa, and Wyoming, 2005–2006. Environ Monit Assess 155:281–307

321. Battaglin WA, Furlong ET, Burkhardt MR, Peter CJ 2000 Occurrence of sulfonylurea, sulfonamide, imidazolinone, and other herbicides in rivers, reservoirs and ground water in the Midwestern United States, 1998. Sci Total Environ 248:123–133

322. Solomon KR, Baker DB, Richards RP, Dixon R, Klaine SJ, La Point TM, Kendall RJ, Weisskopf CP, Giddings JM, Giesy JP, Hall Jr LW, Williams W 1996 Ecological risk assessment of atrazine in North American surface waters. Environ Toxicol Chem 15:31–76

323. Benachour N, Moslemi S, Sipahutar H, Seralini GE 2007 Cytotoxic effects and aromatase inhibition by xenobiotic endocrine disrupters alone and in combination. Toxicol Appl Pharmacol 222:129–140

324. Sanderson JT, Seinen W, Giesy JP, van den Berg M 2000 2-Chloro-s-triazine herbicides induce aromatase (CYP19) activity in H295R human adrenocortical carcinoma cells: a novel mechanism for estrogenicity? Toxicol Sci 54:121–127

325. Sanderson JT, Letcher RJ, Heneweer M, Giesy JP, van den Berg M 2001 Effects of chloro-s-triazine herbicides and metabolites on aromatase activity in various human cell lines and on vitellogenin production in male carp hepatocytes. Environ Health Perspect 109:1027–1031

326. Hayes TB, Anderson LL, Beasley VR, de Solla SR, Iguchi

T, Ingraham H, Kestemont P, Kniewald J, Kniewald Z, Langlois VS, Luque EH, McCoy KA, Muñoz-de-Toro M, Oka T, Oliveira CA, Orton F, Ruby S, Suzawa M, Tavera-Mendoza LE, Trudeau VL, Victor-Costa AB, Willingham E 2011 Demasculinization and feminization of male gonads by atrazine: consistent effects across vertebrate classes. J Steroid Biochem Mol Biol 127:64–73

327. Cooper RL, Laws SC, Das PC, Narotsky MG, Goldman JM, Lee Tyrey E, Stoker TE 2007 Atrazine and reproductive function: mode and mechanism of action studies. Birth Defects Res B Dev Reprod Toxicol 80:98–112

328. Stoker TE, Robinette CL, Cooper RL 1999 Maternal exposure to atrazine during lactation suppresses suckling-induced prolactin release and results in prostatitis in the adult offspring. Toxicol Sci 52:68–79

329. Laws SC, Hotchkiss M, Ferrell J, Jayaraman S, Mills L, Modic W, Tinfo N, Fraites M, Stoker T, Cooper R 2009 Chlorotriazine herbicides and metabolites activate an ACTH-dependent release of corticosterone in male Wistar rats. Toxicol Sci 112:78–87

330. Fraites MJ, Cooper RL, Buckalew A, Jayaraman S, Mills L, Laws SC 2009 Characterization of the hypothalamic-pituitary-adrenal axis response to atrazine and metabolites in the female rat. Toxicol Sci 112:88–99

331. Yoshimoto S, Okada E, Umemoto H, Tamura K, Uno Y, Nishida-Umehara C, Matsuda Y, Takamatsu N, Shiba T, Ito M 2008 A W-linked DM-domain gene, DM-W, participates in primary ovary development in *Xenopus laevis*. Proc Natl Acad Sci USA 105:2469–2474

332. Hayes TB 1998 Sex determination and primary sex differentiation in amphibians. J Exp Zool 281:373–399

333. Ochoa-Acuña H, Frankenberger J, Hahn L, Carbajo C 2009 Drinking-water herbicide exposure in Indiana and prevalence of small-for-gestational-age and preterm delivery. Environ Health Perspect 117:1619–1624

334. Morgan MK, Scheuerman PR, Bishop CS, Pyles RA 1996 Teratogenic potential of atrazine and 2,4-D using FETAX. J Toxicol Environ Health 48:151–168

335. Allran JW, Karasov WH 2001 Effects of atrazine on embryos, larvae, and adults of anuran amphibians. Environ Toxicol Chem 20:769–775

336. Hayes TB, Collins A, Lee M, Mendoza M, Noriega N, Stuart AA, Vonk A 2002 Hermaphroditic, demasculinized frogs after exposure to the herbicide atrazine at low ecologically relevant doses. Proc Natl Acad Sci USA 99:5476–5480

337. Hayes TB, Khoury V, Narayan A, Nazir M, Park A, Brown T, Adame L, Chan E, Buchholz D, Stueve T, Gallipeau S 2010 Atrazine induces complete feminization and chemical castration in male African clawed frogs (*Xenopus laevis*). Proc Natl Acad Sci USA 107:4612–4617

338. Hayes TB, Stuart AA, Mendoza M, Collins A, Noriega N, Vonk A, Johnston G, Liu R, Kpodzo D 2006 Characterization of atrazine-induced gonadal malformations in African clawed frogs (*Xenopus laevis*) and comparisons with effects of an androgen antagonist (cyproterone acetate) and exogenous estrogen (17β-estradiol): support for the demasculinization/feminization hypothesis. Environ Health Perspect 114:134–141

339. Storrs-Méndez SI, Semlitsch RD 2010 Intersex gonads in frogs: understanding the time course of natural develop-

ment and role of endocrine disruptors. J Exp Zool B Mol Dev Evol 314:57–66

340. Carr JA, Gentles A, Smith EE, Goleman WL, Urquidi LJ, Thuett K, Kendall RJ, Giesy JP, Gross TS, Solomon KR, Van Der Kraak G 2003 Response of larval *Xenopus laevis* to atrazine: assessment of growth, metamorphosis, and gonadal and laryngeal morphology. Environ Toxicol Chem 22:396–405

341. Hecker M, Kim WJ, Park JW, Murphy MB, Villeneuve D, Coady KK, Jones PD, Solomon KR, Van Der Kraak G, Carr JA, Smith EE, du Preez L, Kendall RJ, Giesy JP 2005 Plasma concentrations of estradiol and testosterone, gonadal aromatase activity and ultrastructure of the testis in *Xenopus laevis* exposed to estradiol or atrazine. Aquat Toxicol 72: 383–396

342. Orton F, Carr JA, Handy RD 2006 Effects of nitrate and atrazine on larval development and sexual differentiation in the northern leopard frog *Rana pipiens*. Environ Toxicol Chem 25:65–71

343. Hayes T, Haston K, Tsui M, Hoang A, Haeffele C, Vonk A 2003 Atrazine-induced hermaphroditism at 0.1 ppb in American leopard frogs (*Rana pipiens*): laboratory and field evidence. Environ Health Perspect 111:568–575

344. Tavera-Mendoza L, Ruby S, Brousseau P, Fournier M, Cyr D, Marcogliese D 2002 Response of the amphibian tadpole (*Xenopus laevis*) to atrazine during sexual differentiation of the testis. Environ Toxicol Chem 21:527–531

345. Oka T, Tooi O, Mitsui N, Miyahara M, Ohnishi Y, Takase M, Kashiwagi A, Shinkai T, Santo N, Iguchi T 2008 Effect of atrazine on metamorphosis and sexual differentiation in *Xenopus laevis*. Aquat Toxicol 87:215–226

346. Langlois VS, Carew AC, Pauli BD, Wade MG, Cooke GM, Trudeau VL 2010 Low levels of the herbicide atrazine alter sex ratios and reduce metamorphic success in *Rana pipiens* tadpoles raised in outdoor mesocosms. Environ Health Perspect 118:552–557

347. Jooste AM, Du Preez LH, Carr JA, Giesy JP, Gross TS, Kendall RJ, Smith EE, Van der Kraak GL, Solomon KR 2005 Gonadal development of larval male *Xenopus laevis* exposed to atrazine in outdoor microcosms. Environ Sci Technol 39:5255–5261

348. Spolyarich N, Hyne R, Wilson S, Palmer C, Byrne J 2010 Growth, development and sex ratios of spotted marsh frog (*Limnodynastes tasmaniensis*) larvae exposed to atrazine and a herbicide mixture. Chemosphere 78:807–813

349. Hecker M, Park JW, Murphy MB, Jones PD, Solomon KR, Van Der Kraak G, Carr JA, Smith EE, du Preez L, Kendall RJ, Giesy JP 2005 Effects of atrazine on CYP19 gene expression and aromatase activity in testes and on plasma sex steroid concentrations of male African clawed frogs (*Xenopus laevis*). Toxicol Sci 86:273–280

350. Du Preez LH, Kunene N, Everson GJ, Carr JA, Giesy JP, Gross TS, Hosmer AJ, Kendall RJ, Smith EE, Solomon KR, Van Der Kraak GJ 2008 Reproduction, larval growth, and reproductive development in African clawed frogs (*Xenopus laevis*) exposed to atrazine. Chemosphere 71:546–552

351. Kloas W, Lutz I, Springer T, Krueger H, Wolf J, Holden L, Hosmer A 2009 Does atrazine influence larval development and sexual differentiation in *Xenopus laevis*? Toxicol Sci 107:376–384

352. U.S. Environmental Protection Agency 2010 October

9–12, 2007: The potential for atrazine to affect amphibian gonadal development. FIFRA Scientific Advisory Panel Meeting, Arlington, VA, 2007

353. McDaniel TV, Martin PA, Struger J, Sherry J, Marvin CH, McMaster ME, Clarence S, Tetreault G 2008 Potential endocrine disruption of sexual development in free ranging male northern leopard frogs (*Rana pipiens*) and green frogs (Rana clamitans) from areas of intensive row crop agriculture. Aquat Toxicol 88:230–242

354. Reeder AL, Foley GL, Nichols DK, Hansen LG, Wikoff B, Faeh S, Eisold J, Wheeler MB, Warner R, Murphy JE, Beasley VR 1998 Forms and prevalence of intersexuality and effects of environmental contaminants on sexuality in cricket frogs (*Acris crepitans*). Environ Health Perspect 106:261–266

355. Hayes T, Haston K, Tsui M, Hoang A, Haeffele C, Vonk A 2002 Feminization of male frogs in the wild. Nature 419:895–896

356. Spolyarich N, Hyne RV, Wilson SP, Palmer CG, Byrne M 2011 Morphological abnormalities in frogs from a rice-growing region in NSW, Australia, with investigations into pesticide exposure. Environ Monit Assess 173:397–407

357. Du Preez LH, Kunene N, Hanner R, Giesy JP, Solomon KR, Hosmer A, Van Der Kraak GJ 2009 Population-specific incidence of testicular ovarian follicles in *Xenopus laevis* from South Africa: a potential issue in endocrine testing. Aquat Toxicol 95:10–16

358. Murphy MB, Hecker M, Coady KK, Tompsett AR, Jones PD, Du Preez LH, Everson GJ, Solomon KR, Carr JA, Smith EE, Kendall RJ, Van Der Kraak G, Giesy JP 2006 Atrazine concentrations, gonadal gross morphology and histology in ranid frogs collected in Michigan agricultural areas. Aquat Toxicol 76:230–245

359. Suzawa M, Ingraham HA 2008 The herbicide atrazine activates endocrine gene networks via non-steroidal NR5A nuclear receptors in fish and mammalian cells. PLoS ONE 3:e2117

360. Forson D, Storfer A 2006 Effects of atrazine and iridovirus infection on survival and life-history traits of the long-toed salamander (*Ambystoma macrodactylum*). Environ Toxicol Chem 25:168–173

361. Forson DD, Storfer A 2006 Atrazine increases ranavirus susceptibility in the tiger salamander, Ambystoma tigrinum. Ecol Appl 16:2325–2332

362. Rohr JR, Palmer BD 2005 Aquatic herbicide exposure increases salamander desiccation risk eight months later in a terrestrial environment. Environ Toxicol Chem 24:1253–1258

363. Storrs SI, Kiesecker JM 2004 Survivorship patterns of larval amphibians exposed to low concentrations of atrazine. Environ Health Perspect 112:1054–1057

364. Nieves-Puigdoller K, Björnsson BT, McCormick SD 2007 Effects of hexazinone and atrazine on the physiology and endocrinology of smolt development in Atlantic salmon. Aquat Toxicol 84:27–37

365. Barr DB, Panuwet P, Nguyen JV, Udunka S, Needham LL 2007 Assessing exposure to atrazine and its metabolites using biomonitoring. Environ Health Perspect 115:1474–1478

366. Curwin BD, Hein MJ, Sanderson WT, Striley C, Heederik D, Kromhout H, Reynolds SJ, Alavanja MC 2007 Pesticide

dose estimates for children of Iowa farmers and non-farmers. Environ Res 105:307–315

367. Rayner JL, Enoch RR, Fenton SE 2005 Adverse effects of prenatal exposure to atrazine during a critical period of mammary gland growth. Toxicol Sci 87:255–266

368. Rayner JL, Wood C, Fenton SE 2004 Exposure parameters necessary for delayed puberty and mammary gland development in Long-Evans rats exposed *in utero* to atrazine. Toxicol Appl Pharmacol 195:23–34

369. Cooper RL, Stoker TE, Goldman JM, Parrish MB, Tyrey L 1996 Effect of atrazine on ovarian function in the rat. Reprod Toxicol 10:257–264

370. Friedmann AS 2002 Atrazine inhibition of testosterone production in rat males following peripubertal exposure. Reprod Toxicol 16:275–279

371. Rayner JL, Enoch RR, Wolf DC, Fenton SE 2007 Atrazine-induced reproductive tract alterations after transplacental and/or lactational exposure in male Long-Evans rats. Toxicol Appl Pharmacol 218:238–248

372. Karrow NA, McCay JA, Brown RD, Musgrove DL, Guo TL, Germolec DR, White Jr KL 2005 Oral exposure to atrazine modulates cell-mediated immune function and decreases host resistance to the B16F10 tumor model in female B6C3F1 mice. Toxicology 209:15–28

373. Enoch RR, Stanko JP, Greiner SN, Youngblood GL, Rayner JL, Fenton SE 2007 Mammary gland development as a sensitive end point after acute prenatal exposure to an atrazine metabolite mixture in female Long-Evans rats. Environ Health Perspect 115:541–547

374. Stanko JP, Enoch RR, Rayner JL, Davis CC, Wolf DC, Malarkey DE, Fenton SE 2010 Effects of prenatal exposure to a low dose atrazine metabolite mixture on pubertal timing and prostate development of male Long-Evans rats. Reprod Toxicol 30:540–549

375. Schecter A, Birnbaum L, Ryan JJ, Constable JD 2006 Dioxins: an overview. Environ Res 101:419–428

376. Mukerjee D 1998 Health impact of polychlorinated dibenzo-*p*-dioxins: a critical review. J Air Waste Manag Assoc 48:157–165

377. Emond C, Birnbaum LS, DeVito MJ 2006 Use of a physiologically based pharmacokinetic model for rats to study the influence of body fat mass and induction of CYP1A2 on the pharmacokinetics of TCDD. Environ Health Perspect 114:1394–1400

378. Milbrath MO, Wenger Y, Chang CW, Emond C, Garabrant D, Gillespie BW, Jolliet O 2009 Apparent half-lives of dioxins, furans, and polychlorinated biphenyls as a function of age, body fat, smoking status, and breastfeeding. Environ Health Perspect 117:417–425

379. Emond C, Michalek JE, Birnbaum LS, DeVito MJ 2005 Comparison of the use of a physiologically based pharmacokinetic model and a classical pharmacokinetic model for dioxin exposure assessments. Environ Health Perspect 113:1666–1668

380. Gierthy JF, Crane D 1984 Reversible inhibition of *in vitro* epithelial cell proliferation by 2,3,7,8-tetrachlorodibenzo-*p*-dioxin. Toxicol Appl Pharmacol 74:91–98

381. Korkalainen M, Tuomisto J, Pohjanvirta R 2001 The AH receptor of the most dioxin-sensitive species, guinea pig, is highly homologous to the human AH receptor. Biochem Biophys Res Commun 285:1121–1129

382. Okey AB, Riddick DS, Harper PA 1994 The Ah receptor: mediator of the toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) and related compounds. Toxicol Lett 70:1–22

383. Matsumura F 2009 The significance of the nongenomic pathway in mediating inflammatory signaling of the dioxin-activated Ah receptor to cause toxic effects. Biochem Pharmacol 77:608–626

384. Birnbaum LS, Tuomisto J 2000 Non-carcinogenic effects of TCDD in animals. Food Addit Contam 17:275–288

385. DeVito MJ, Birnbaum LS, Farland WH, Gasiewicz TA 1995 Comparisons of estimated human body burdens of dioxinlike chemicals and TCDD body burdens in experimentally exposed animals. Environ Health Perspect 103:820–831

386. Kung T, Murphy KA, White LA 2009 The aryl hydrocarbon receptor (AhR) pathway as a regulatory pathway for cell adhesion and matrix metabolism. Biochem Pharmacol 77:536–546

387. Li H, Wang H 2010 Activation of xenobiotic receptors: driving into the nucleus. Expert Opin Drug Metab Toxicol 6:409–426

388. Marinković N, Pašalić D, Ferenčak G, Gršković B, Stavljenić Rukavina A 2010 Dioxins and human toxicity. Arh Hig Rada Toksikol 61:445–453

389. White SS, Birnbaum LS 2009 An overview of the effects of dioxins and dioxin-like compounds on vertebrates, as documented in human and ecological epidemiology. J Environ Sci Health C Environ Carcinog Ecotoxicol Rev 27:197–211

390. Swedenborg E, Pongratz I 2010 AhR and ARNT modulate ER signaling. Toxicology 268:132–138

391. Schwetz BA, Norris JM, Sparschu GL, Rowe UK, Gehring PJ, Emerson JL, Gerbig CG 1973 Toxicology of chlorinated dibenzo-*p*-dioxins. Environ Health Perspect 5:87–99

392. Kociba RJ, Schwetz BA 1982 Toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD). Drug Metab Rev 13:387–406

393. Couture LA, Abbott BD, Birnbaum LS 1990 A critical review of the developmental toxicity and teratogenicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin: recent advances toward understanding the mechanism. Teratology 42:619–627

394. Mocarelli P, Needham LL, Marocchi A, Patterson DG Jr, Brambilla P, Gerthoux PM, Meazza L, Carreri V 1991 Serum concentrations of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin and test results from selected residents of Seveso, Italy. J Toxicol Environ Health 32:357–366

395. Geusau A, Abraham K, Geissler K, Sator MO, Stingl G, Tschachler E 2001 Severe 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) intoxication: clinical and laboratory effects. Environ Health Perspect 109:865–869

396. Pohjanvirta R, Tuomisto J 1994 Short-term toxicity of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin in laboratory animals: effects, mechanisms, and animal models. Pharmacol Rev 46:483–549

397. Chahoud I, Hartmann J, Rune GM, Neubert D 1992 Reproductive toxicity and toxicokinetics of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin. 3. Effects of single doses on the testis of male rats. Arch Toxicol 66:567–572

398. Mocarelli P, Gerthoux PM, Needham LL, Patterson Jr DG,

Limonta G, Falbo R, Signorini S, Bertona M, Crespi C, Sarto C, Scott PK, Turner WE, Brambilla P 2011 Perinatal exposure to low doses of dioxin can permanently impair human semen quality. Environ Health Perspect 119:713–718

399. Mocarelli P, Gerthoux PM, Patterson Jr DG, Milani S, Limonta G, Bertona M, Signorini S, Tramacere P, Colombo L, Crespi C, Brambilla P, Sarto C, Carreri V, Sampson EJ, Turner WE, Needham LL 2008 Dioxin exposure, from infancy through puberty, produces endocrine disruption and affects human semen quality. Environ Health Perspect 116:70–77

400. Foster WG, Maharaj-Briceño S, Cyr DG 2010 Dioxin-induced changes in epididymal sperm count and spermatogenesis. Environ Health Perspect 118:458–464

401. Bell DR, Clode S, Fan MQ, Fernandes A, Foster PM, Jiang T, Loizou G, MacNicoll A, Miller BG, Rose M, Tran L, White S 2010 Interpretation of studies on the developmental reproductive toxicology of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in male offspring. Food Chem Toxicol 48:1439–1447

402. Bjerke DL, Peterson RE 1994 Reproductive toxicity of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in male rats: different effects of *in utero* versus lactational exposure. Toxicol Appl Pharmacol 127:241–249

403. Faqi AS, Dalsenter PR, Merker HJ, Chahoud I 1998 Reproductive toxicity and tissue concentrations of low doses of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in male offspring rats exposed throughout pregnancy and lactation. Toxicol Appl Pharmacol 150:383–392

404. Gray Jr LE, Kelce WR, Monosson E, Ostby JS, Birnbaum LS 1995 Exposure to TCDD during development permanently alters reproductive function in male Long Evans rats and hamsters: reduced ejaculated and epididymal sperm numbers and sex accessory gland weights in offspring with normal androgenic status. Toxicol Appl Pharmacol 131:108–118

405. Gray LE, Ostby JS, Kelce WR 1997 A dose-response analysis of the reproductive effects of a single gestational dose of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in male Long Evans hooded rat offspring. Toxicol Appl Pharmacol 146:11–20

406. Ohsako S, Miyabara Y, Sakaue M, Ishimura R, Kakeyama M, Izumi H, Yonemoto J, Tohyama C 2002 Developmental stage-specific effects of perinatal 2,3,7,8-tetrachlorodibenzo-$p$-dioxin exposure on reproductive organs of male rat offspring. Toxicol Sci 66:283–292

407. Simanainen U, Haavisto T, Tuomisto JT, Paranko J, Toppari J, Tuomisto J, Peterson RE, Viluksela M 2004 Pattern of male reproductive system effects after *in utero* and lactational 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) exposure in three differentially TCDD-sensitive rat lines. Toxicol Sci 80:101–108

408. Sommer RJ, Ippolito DL, Peterson RE 1996 *In utero* and lactational exposure of the male Holtzman rat to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin: decreased epididymal and ejaculated sperm numbers without alterations in sperm transit rate. Toxicol Appl Pharmacol 140:146–153

409. Mably TA, Bjerke DL, Moore RW, Gendron-Fitzpatrick A, Peterson RE 1992 *In utero* and lactational exposure of male rats to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin. 3. Effects on spermatogenesis and reproductive capability. Toxicol Appl Pharmacol 114:118–126

410. Wilker C, Johnson L, Safe S 1996 Effects of developmental exposure to indole-3-carbinol or 2,3,7,8-tetrachlorodibenzo-$p$-dioxin on reproductive potential of male rat offspring. Toxicol Appl Pharmacol 141:68–75

411. Jin MH, Hong CH, Lee HY, Kang HJ, Han SW 2010 Toxic effects of lactational exposure to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) on development of male reproductive system: involvement of antioxidants, oxidants, and p53 protein. Environ Toxicol 25:1–8

412. Loeffler IK, Peterson RE 1999 Interactive effects of TCDD and p,p′-DDE on male reproductive tract development in *in utero* and lactationally exposed rats. Toxicol Appl Pharmacol 154:28–39

413. Rebourcet D, Odet F, Vérot A, Combe E, Meugnier E, Pesenti S, Leduque P, Déchaud H, Magre S, Le Magueresse-Battistoni B 2010 The effects of an *in utero* exposure to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin on male reproductive function: identification of Ccl5 as a potential marker. Int J Androl 33:413–424

414. Bell DR, Clode S, Fan MQ, Fernandes A, Foster PM, Jiang T, Loizou G, MacNicoll A, Miller BG, Rose M, Tran L, White S 2007 Toxicity of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in the developing male Wistar(Han) rat. I. No decrease in epididymal sperm count after a single acute dose. Toxicol Sci 99:214–223

415. Bell DR, Clode S, Fan MQ, Fernandes A, Foster PM, Jiang T, Loizou G, MacNicoll A, Miller BG, Rose M, Tran L, White S 2007 Toxicity of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin in the developing male Wistar(Han) rat. II. Chronic dosing causes developmental delay. Toxicol Sci 99:224–233

416. Ohsako S, Miyabara Y, Nishimura N, Kurosawa S, Sakaue M, Ishimura R, Sato M, Takeda K, Aoki Y, Sone H, Tohyama C, Yonemoto J 2001 Maternal exposure to a low dose of 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) suppressed the development of reproductive organs of male rats: dose-dependent increase of mRNA levels of 5α-reductase type 2 in contrast to decrease of androgen receptor in the pubertal ventral prostate. Toxicol Sci 60:132–143

417. Yonemoto J, Ichiki T, Takei T, Tohyama C 2005 Maternal exposure to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin and the body burden in offspring of Long-Evans rats. Environ Health Prev Med 10:21–32

418. Arima A, Kato H, Ooshima Y, Tateishi T, Inoue A, Muneoka A, Ihara T, Kamimura S, Fukusato T, Kubota S, Sumida H, Yasuda M 2009 *In utero* and lactational exposure to 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) induces a reduction in epididymal and ejaculated sperm number in rhesus monkeys. Reprod Toxicol 28:495–502

419. Yamano Y, Asano A, Ohta M, Hirata S, Shoda T, Ohyama K 2009 Expression of rat sperm flagellum-movement associated protein genes under 2,3,7,8-tetrachlorodibenzo-$p$-dioxin treatment. Biosci Biotechnol Biochem 73:946–949

420. Korkalainen M, Tuomisto J, Pohjanvirta R 2004 Primary structure and inducibility by 2,3,7,8-tetrachlorodibenzo-$p$-dioxin (TCDD) of aryl hydrocarbon receptor repressor in a TCDD-sensitive and a TCDD-resistant rat strain. Biochem Biophys Res Commun 315:123–131

421. Ishimaru N, Takagi A, Kohashi M, Yamada A, Arakaki R, Kanno J, Hayashi Y 2009 Neonatal exposure to low-dose 2,3,7,8-tetrachlorodibenzo-*p*-dioxin causes autoimmunity due to the disruption of T cell tolerance. J Immunol 182:6576–6586

422. Nohara K, Fujimaki H, Tsukumo S, Ushio H, Miyabara Y, Kijima M, Tohyama C, Yonemoto J 2000 The effects of perinatal exposure to low doses of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin on immune organs in rats. Toxicology 154:123–133

423. Lim J, DeWitt JC, Sanders RA, Watkins 3rd JB, Henshel DS 2007 Suppression of endogenous antioxidant enzymes by 2,3,7,8-tetrachlorodibenzo-*p*-dioxin-induced oxidative stress in chicken liver during development. Arch Environ Contam Toxicol 52:590–595

424. Slezak BP, Hatch GE, DeVito MJ, Diliberto JJ, Slade R, Crissman K, Hassoun E, Birnbaum LS 2000 Oxidative stress in female B6C3F1 mice following acute and subchronic exposure to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD). Toxicol Sci 54:390–398

425. Hassoun EA, Wilt SC, Devito MJ, Van Birgelen A, Alsharif NZ, Birnbaum LS, Stohs SJ 1998 Induction of oxidative stress in brain tissues of mice after subchronic exposure to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin. Toxicol Sci 42:23–27

426. Hermsen SA, Larsson S, Arima A, Muneoka A, Ihara T, Sumida H, Fukusato T, Kubota S, Yasuda M, Lind PM 2008 *In utero* and lactational exposure to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) affects bone tissue in rhesus monkeys. Toxicology 253:147–152

427. Keller JM, Huet-Hudson Y, Leamy LJ 2008 Effects of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin on molar development among non-resistant inbred strains of mice: a geometric morphometric analysis. Growth Dev Aging 71:3–16

428. Kakeyama M, Sone H, Tohyama C 2008 Perinatal exposure of female rats to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin induces central precocious puberty in the offspring. J Endocrinol 197:351–358

429. Shi Z, Valdez KE, Ting AY, Franczak A, Gum SL, Petroff BK 2007 Ovarian endocrine disruption underlies premature reproductive senescence following environmentally relevant chronic exposure to the aryl hydrocarbon receptor agonist 2,3,7,8-tetrachlorodibenzo-*p*-dioxin. Biol Reprod 76:198–202

430. Gray LE, Wolf C, Mann P, Ostby JS 1997 *In utero* exposure to low doses of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin alters reproductive development of female Long Evans hooded rat offspring. Toxicol Appl Pharmacol 146:237–244

431. Jenkins S, Rowell C, Wang J, Lamartiniere CA 2007 Prenatal TCDD exposure predisposes for mammary cancer in rats. Reprod Toxicol 23:391–396

432. Mitsui T, Sugiyama N, Maeda S, Tohyama C, Arita J 2006 Perinatal exposure to 2,3,7,8-tetrachlorodibenzo-*p*-dioxin suppresses contextual fear conditioning-accompanied activation of cyclic AMP response element-binding protein in the hippocampal CA1 region of male rats. Neurosci Lett 398:206–210

433. Seo BW, Powers BE, Widholm JJ, Schantz SL 2000 Radial arm maze performance in rats following gestational and

434. Uemura H, Arisawa K, Hiyoshi M, Kitayama A, Takami H, Sawachika F, Dakeshita S, Nii K, Satoh H, Sumiyoshi Y, Morinaga K, Kodama K, Suzuki T, Nagai M, Suzuki T 2009 Prevalence of metabolic syndrome associated with body burden levels of dioxin and related compounds among Japan's general population. Environ Health Perspect 117:568–573

435. Hites RA 2011 Dioxins: an overview and history. Environ Sci Technol 45:16–20

436. De Groef B, Decallonne BR, Van der Geyten S, Darras VM, Bouillon R 2006 Perchlorate versus other environmental sodium/iodide symporter inhibitors: potential thyroid-related health effects. Eur J Endocrinol 155:17–25

437. Blount BC, Valentin-Blasini L, Osterloh JD, Mauldin JP, Pirkle JL 2007 Perchlorate exposure of the US Population, 2001–2002. J Expo Sci Environ Epidemiol 17:400–407

438. Greer MA, Goodman G, Pleus RC, Greer SE 2002 Health effects assessment for environmental perchlorate contamination: the dose response for inhibition of thyroidal radioiodine uptake in humans. Environ Health Perspect 110:927–937

439. Murray CW, Egan SK, Kim H, Beru N, Bolger PM 2008 US Food and Drug Administration's Total Diet Study: Dietary intake of perchlorate and iodine. J Expo Sci Environ Epidemiol 18:571–580

440. Huber DR, Blount BC, Mage DT, Letkiewicz FJ, Kumar A, Allen RH 2011 Estimating perchlorate exposure from food and tap water based on US biomonitoring and occurrence data. J Expo Sci Environ Epidemiol 21:395–407

441. Urbansky ET 2002 Perchlorate as an environmental contaminant. Environ Sci Pollut Res Int 9:187–192

442. Ginsberg GL, Hattis DB, Zoeller RT, Rice DC 2007 Evaluation of the U.S. EPA/OSWER preliminary remediation goal for perchlorate in groundwater: focus on exposure to nursing infants. Environ Health Perspect 115:361–369

443. Dasgupta PK, Dyke JV, Kirk AB, Jackson WA 2006 Perchlorate in the United States. Analysis of relative source contributions to the food chain. Environ Sci Technol 40:6608–6614

444. Tan K, Anderson TA, Jones MW, Smith PN, Jackson WA 2004 Accumulation of perchlorate in aquatic and terrestrial plants at a field scale. J Environ Qual 33:1638–1646

445. Miller MD, Crofton KM, Rice DC, Zoeller RT 2009 Thyroid-disrupting chemicals: interpreting upstream biomarkers of adverse outcomes. Environ Health Perspect 117:1033–1041

446. Wolff J 1998 Perchlorate and the thyroid gland. Pharmacol Rev 50:89–105

447. Carrasco N 2000 Thyroid iodide transport: the Na$^+$/I$^-$ symporter (NIS). In: Braverman LE, Utiger RD, eds. The thyroid: a fundamental and clinical text. 8th ed. Philidelphia: Lippincott, Williams and Wilkins; 52–61

448. Nicola JP, Basquin C, Portulano C, Reyna-Neyra A, Paroder M, Carrasco N 2009 The Na$^+$/I$^-$ symporter mediates active iodide uptake in the intestine. Am J Physiol Cell Physiol 296:C654–C662

449. Vayre L, Sabourin JC, Caillou B, Ducreux M, Schlumberger M, Bidart JM 1999 Immunohistochemical analysis

of Na$^+$/I$^-$ symporter distribution in human extra-thyroidal tissues. Eur J Endocrinol 141:382–386

450.  2007 The Na$^+$/I symporter (NIS) mediates electroneutral active transport of the environmental pollutant perchlorate. Proc Natl Acad Sci USA 104:20250–20255

451. Dohan O, De la Vieja A, Paroder V, Riedel C, Artani M, Reed M, Ginter CS, Carrasco N 2003 The sodium/iodide symporter (NIS): characterization, regulation, and medical significance. Endocr Rev 24:48–77

452. Mitchell AM, Manley SW, Morris JC, Powell KA, Bergert ER, Mortimer RH 2001 Sodium iodide symporter (NIS) gene expression in human placenta. Placenta 22:256–258

453. Szinnai G, Lacroix L, Carré A, Guimiot F, Talbot M, Martinovic J, Delezoide AL, Vekemans M, Michiels S, Caillou B, Schlumberger M, Bidart JM, Polak M 2007 Sodium/iodide symporter (NIS) gene expression is the limiting step for the onset of thyroid function in the human fetus. J Clin Endocrinol Metab 92:70–76

454. Blount BC, Rich DQ, Valentin-Blasini L, Lashley S, Ananth CV, Murphy E, Smulian JC, Spain BJ, Barr DB, Ledoux T, Hore P, Robson M 2009 Perinatal exposure to perchlorate. thiocyanate, and nitrate in New Jersey mothers and newborns. Environ Sci Technol 43:7543–7549

455. Blount BC, Valentin-Blasini L 2006 Analysis of perchlorate, thiocyanate, nitrate and iodide in human amniotic fluid using ion chromatography and electrospray tandem mass spectrometry. Anal Chim Acta 567:87–93

456. Borjan M, Marcella S, Blount B, Greenberg M, Zhang JJ, Murphy E, Valentin-Blasini L, Robson M 2011 Perchlorate exposure in lactating women in an urban community in New Jersey. Sci Total Environ 409:460–464

457. Schier JG, Wolkin AF, Valentin-Blasini L, Belson MG, Kieszak SM, Rubin CS, Blount BC 2010 Perchlorate exposure from infant formula and comparisons with the perchlorate reference dose. J Expo Sci Environ Epidemiol 20: 281–287

458. Pearce EN, Leung AM, Blount BC, Bazrafshan HR, He X, Pino S, Valentin-Blasini L, Braverman LE 2007 Breast milk iodine and perchlorate concentrations in lactating Boston-area women. J Clin Endocrinol Metab 92:1673–1677

459. Kirk AB, Dyke JV, Martin CF, Dasgupta PK 2007 Temporal patterns in perchlorate, thiocyanate, and iodide excretion in human milk. Environ Health Perspect 115:182–186

460. Zoeller RT, Rovet J 2004 Timing of thyroid hormone action in the developing brain: clinical observations and experimental findings. J Neuroendocrinol 16:809–818

461. Ghassabian A, Bongers-Schokking JJ, Henrichs J, Jaddoe VW, Visser TJ, Visser W, de Muinck Keizer-Schrama SM, Hooijkaas H, Steegers EA, Hofman A, Verhulst FC, van der Ende J, de Rijke YB, Tiemeier H 2011 Maternal thyroid function during pregnancy and behavioral problems in the offspring: the generation R study. Pediatr Res 69: 454–459

462. Ghassabian A, Bongers-Schokking JJ, Henrichs J, Jaddoe VW, Visser TJ, Visser W, de Muinck Keizer-Schrama SM, Hooijkaas H, Steegers EA, Hofman A, Verhulst FC, van den Ende J, de Rijke YB, Tiemeier H 2011 Maternal thyroid function during pregnancy and parent-report problem behavior of the offspring up to age three years. The Generation R Study. Pediatr Res 69(5 Pt 1):454–459

463. Murcia M, Rebagliato M, Iñiguez C, Lopez-Espinosa MJ, Estarlich M, Plaza B, Barona-Vilar C, Espada M, Vioque J, Ballester F 2011 Effect of iodine supplementation during pregnancy on infant neurodevelopment at 1 year of age. Am J Epidemiol 173:804–812

464. Lawrence J, Lamm S, Braverman LE 2001 Low dose perchlorate (3 mg daily) and thyroid function. Thyroid 11:295

465. Lawrence JE, Lamm SH, Pino S, Richman K, Braverman LE 2000 The effect of short-term low-dose perchlorate on various aspects of thyroid function. Thyroid 10:659–663

466. Braverman LE, Pearce EN, He X, Pino S, Seeley M, Beck B, Magnani B, Blount BC, Firek A 2006 Effects of six months of daily low-dose perchlorate exposure on thyroid function in healthy volunteers. J Clin Endocrinol Metab 91:2721–2724

467. National Research Council 2005 Health implications of perchlorate ingestion. Washington, DC: National Academies Press

468. Eskenazi B, Warner M, Marks AR, Samuels S, Gerthoux PM, Vercellini P, Olive DL, Needham L, Patterson Jr D, Mocarelli P 2005 Serum dioxin concentrations and age at menopause. Environ Health Perspect 113:858–862

469. Bleys J, Navas-Acien A, Laclaustra M, Pastor-Barriuso R, Menke A, Ordovas J, Stranges S, Guallar E 2009 Serum selenium and peripheral arterial disease: results from the national health and nutrition examination survey, 2003–2004. Am J Epidemiol 169:996–1003

470. Hatch EE, Nelson JW, Qureshi MM, Weinberg J, Moore LL, Singer M, Webster TF 2008 Body mass index and waist circumference: a cross-sectional study of NHANES data, 1999–2002. Environ Health 7:27

471. Brucker-Davis F, Thayer K, Colborn T, Fenichel P 2002 Perchlorate: low dose exposure and susceptible populations. Thyroid 12:739; author reply 739–740

472. Gibbs JP, Ahmad R, Crump KS, Houck DP, Leveille TS, Findley JE, Francis M 1998 Evaluation of a population with occupational exposure to airborne ammonium perchlorate for possible acute or chronic effects on thyroid function. J Occup Environ Med 40:1072–1082

473. Lamm SH, Braverman LE, Li FX, Richman K, Pino S, Howearth G 1999 Thyroid health status of ammonium perchlorate workers: a cross-sectional occupational health study. J Occup Environ Med 41:248–260

474. Braverman LE, He X, Pino S, Cross M, Magnani B, Lamm SH, Kruse MB, Engel A, Crump KS, Gibbs JP 2005 The effect of perchlorate, thiocyanate, and nitrate on thyroid function in workers exposed to perchlorate long-term. J Clin Endocrinol Metab 90:700–706

475. Blount BC, Pirkle JL, Osterloh JD, Valentin-Blasini L, Caldwell KL 2006 Urinary perchlorate and thyroid hormone levels in adolescent and adult men and women living in the United States. Environ Health Perspect 114:1865–1871

476. LaFranchi SH, Austin J 2007 How should we be treating children with congenital hypothyroidism? J Pediatr Endocrinol Metab 20:559–578

477. Steinmaus C, Miller MD, Howd R 2007 Impact of smoking and thiocyanate on perchlorate and thyroid hormone associations in the 2001–2002 national health and nutrition examination survey. Environ Health Perspect 115: 1333–1338

478. Li Z, Li FX, Byrd D, Deyhle GM, Sesser DE, Skeels MR, Lamm SH 2000 Neonatal thyroxine level and perchlorate in drinking water. J Occup Environ Med 42:200–205

479. Li FX, Byrd DM, Deyhle GM, Sesser DE, Skeels MR, Katkowsky SR, Lamm SH 2000 Neonatal thyroid-stimulating hormone level and perchlorate in drinking water. Teratology 62:429–431

480. Lamm SH, Doemland M 1999 Has perchlorate in drinking water increased the rate of congenital hypothyroidism? J Occup Environ Med 41:409–411

481. Téllez Téllez R, Michaud Chacón P, Reyes Abarca C, Blount BC, Van Landingham CB, Crump KS, Gibbs JP 2005 Long-term environmental exposure to perchlorate through drinking water and thyroid function during pregnancy and the neonatal period. Thyroid 15:963–975

482. Buffler PA, Kelsh MA, Lau EC, Edinboro CH, Barnard JC, Rutherford GW, Daaboul JJ, Palmer L, Lorey FW 2006 Thyroid function and perchlorate in drinking water: an evaluation among California newborns, 1998. Environ Health Perspect 114:798–804

483. Kelsh MA, Buffler PA, Daaboul JJ, Rutherford GW, Lau EC, Barnard JC, Exuzides AK, Madl AK, Palmer LG, Lorey FW 2003 Primary congenital hypothyroidism, newborn thyroid function, and environmental perchlorate exposure among residents of a southern California community. J Occup Environ Med 45:1116–1127

484. Amitai Y, Winston G, Sack J, Wasser J, Lewis M, Blount BC, Valentin-Blasini L, Fisher N, Israeli A, Leventhal A 2007 Gestational exposure to high perchlorate concentrations in drinking water and neonatal thyroxine levels. Thyroid 17:843–850

485. Steinmaus C, Miller MD, Smith AH 2010 Perchlorate in drinking water during pregnancy and neonatal thyroid hormone levels in California. J Occup Environ Med 52:1217–1524

486. Brechner RJ, Parkhurst GD, Humble WO, Brown MB, Herman WH 2000 Ammonium perchlorate contamination of Colorado River drinking water is associated with abnormal thyroid function in newborns in Arizona. J Occup Environ Med 42:777–782

487. Crump C, Michaud P, Téllez R, Reyes C, Gonzalez G, Montgomery EL, Crump KS, Lobo G, Becerra C, Gibbs JP 2000 Does perchlorate in drinking water affect thyroid function in newborns or school-age children? J Occup Environ Med 42:603–612

488. Pearce EN, Spencer CA, Mestman JH, Lee RH, Bergoglio LM, Mereshian P, He X, Leung AM, Braverman LE 2011 The effect of environmental perchlorate on thyroid function in pregnant women from Cordoba, Argentina, and Los Angeles, California. Endocr Pract 17:412–417

489. Pearce EN, Lazarus JH, Smyth PP, He X, Dall'amico D, Parkes AB, Burns R, Smith DF, Maina A, Bestwick JP, Jooman M, Leung AM, Braverman LE 2010 Perchlorate and thiocyanate exposure and thyroid function in first-trimester pregnant women. J Clin Endocrinol Metab 95:3207–3215

490. Gibbs JP, Van Landingham C 2008 Urinary perchlorate excretion does not predict thyroid function among pregnant women. Thyroid 18:807–808

491. Zoeller TR 2010 Environmental chemicals targeting thyroid. Hormones 9:28–40

492. Fenner-Crisp PA 2000 Endocrine modulators: risk characterization and assessment. Toxicol Pathol 28:438–440

493. Lucier GW 1997 Dose-response relationships for endocrine disruptors: what we know and what we don't know. Regul Toxicol Pharmacol 26:34–35

494. Sheehan DM, Willingham E, Gaylor D, Bergeron JM, Crews D 1999 No threshold dose for estradiol-induced sex reversal of turtle embryos: how little is too much? Environ Health Perspect 107:155–159

495. Sheehan DM, vom Saal FS 1997 Low dose effects of hormones: a challenge for risk assessment. Risk Policy Report 4:31–39

496. Crews D, Bergeron JM, McLachlan JA 1995 The role of estrogen in turtle sex determination and the effect of PCBs. Environ Health Perspect 103(Suppl 7):73–77

497. vom Saal FS, Sheehan DM 1998 Challenging risk assessment. Forum Appl Res Public Policy 13:11–18

498. Bergeron JM, Crews D, McLachlan JA 1994 PCBs as environmental estrogens: turtle sex determination as a biomarker of environmental contamination. Environ Health Perspect 102:780–781

499. Sonnenschein C, Olea N, Pasanen ME, Soto AM 1989 Negative controls of cell proliferation: human prostate cancer cells and androgens. Cancer Res 49:3474–3481

500. Geck P, Szelei J, Jimenez J, Lin TM, Sonnenschein C, Soto AM 1997 Expression of novel genes linked to the androgen-induced, proliferative shutoff in prostate cancer cells. J Steroid Biochem Mol Biol 63:211–218

501. Soto AM, Lin TM, Sakabe K, Olea N, Damassa DA, Sonnenschein C 1995 Variants of the human prostate LNCaP cell line as a tool to study discrete components of the androgen-mediated proliferative response. Oncol Res 7:545–558

502. Geck P, Maffini MV, Szelei J, Sonnenschein C, Soto AM 2000 Androgen-induced proliferative quiescence in prostate cancer: the role of AS3 as its mediator. Proc Natl Acad Sci USA 97:10185–10190

503. Soto AM, Sonnenschein C 1985 The role of estrogens on the proliferation of human breast tumor cells (MCF-7). J Steroid Biochem 23:87–94

504. Amara JF, Dannies PS 1983 17β-Estradiol has a biphasic effect on GH cell growth. Endocrinology 112:1141–1143

505. Soto AM, Sonnenschein C 2001 The two faces of Janus: sex steroids as mediators of both cell proliferation and cell death. J Natl Cancer Inst 93:1673–1675

506. Sonnenschein C, Soto AM 2008 Theories of carcinogenesis: an emerging perspective. Semin Cancer Biol 18:372–377

507. Harris H 2004 Tumour suppression: putting on the brakes. Nature 427:201

508. Yusuf I, Fruman DA 2003 Regulation of quiescence in lymphocytes. Trends Immunol 24:380–386

509. Ying QL, Wray J, Nichols J, Batlle-Morera L, Doble B, Woodgett J, Cohen P, Smith A 2008 The ground state of embryonic stem cell self-renewal. Nature 453:519–523

510. Carroll JS, Meyer CA, Song J, Li W, Geistlinger TR, Eeckhoute J, Brodsky AS, Keeton EK, Fertuck KC, Hall GF, Wang Q, Bekiranov S, Sementchenko V, Fox EA, Silver PA, Gingeras TR, Liu XS, Brown M 2006 Genome-wide analysis of estrogen receptor binding sites. Nat Genet 38:1289–1297

Endocrine Reviews, June 2012, 33(3):0000–0000

511. **Maffini M, Denes V, Sonnenschein C, Soto A, Geck P** 2008 APRIN is a unique Pds5 paralog with features of a chromatin regulator in hormonal differentiation. J Steroid Biochem Mol Biol 108:32–43

512. **Heldring N, Pike A, Andersson S, Matthews J, Cheng G, Hartman J, Tujague M, Ström A, Treuter E, Warner M, Gustafsson JA** 2007 Estrogen receptors: how do they signal and what are their targets. Physiol Rev 87:905–931

513. **Barkhem T, Nilsson S, Gustafsson JA** 2004 Molecular mechanisms, physiological consequences and pharmacological implications of estrogen receptor action. Am J Pharmacogenomics 4:19–28

514. **Shi YB** 2009 Dual functions of thyroid hormone receptors in vertebrate development: the roles of histone-modifying cofactor complexes. Thyroid 19:987–999

515. **Kang HY, Tsai MY, Chang C, Huang KE** 2003 Mechanisms and clinical relevance of androgens and androgen receptor actions. Chang Gung Med J 26:388–402

516. **Jeyakumar M, Webb P, Baxter JD, Scanlan TS, Katzenellenbogen JA** 2008 Quantification of ligand-regulated nuclear receptor corepressor and coactivator binding, key interactions determining ligand potency and efficacy for the thyroid hormone receptor. Biochemistry 47:7465–7476

517. **Nandi S** 1958 Endocrine control of mammary gland development and function in the C3H/He Crgl mouse. J Natl Cancer Inst 21:1039–1063

518. **Humphreys RC, Krajewska M, Krnacik S, Jaeger R, Weiher H, Krajewski S, Reed JC, Rosen JM** 1996 Apoptosis in the terminal end bud of the murine mammary gland: a mechanism of ductal morphogenesis. Development 122:4013–4022

519. **Haslam SZ** 1986 Mammary fibroblast influence on normal mouse mammary epithelial cell responses to estrogen in vitro. Cancer Res 46:310–316

520. **McGrath CM** 1983 Augmentation of the response of normal mammary epithelial cells to estradiol by mammary stroma. Cancer Res 43:1355–1360

521. **Sohoni P, Sumpter JP** 1998 Several environmental oestrogens are also anti-androgens. J Endocrinol 158:327–339

522. **Tilghman SL, Nierth-Simpson EN, Wallace R, Burow ME, McLachlan JA** 2010 Environmental hormones: Multiple pathways for response may lead to multiple disease outcomes. Steroids 75:520–523

523. **Ismail A, Nawaz Z** 2005 Nuclear hormone receptor degradation and gene transcription: an update. IUBMB Life 57:483–490

524. **Hoeck W, Rusconi S, Groner B** 1989 Down-regulation and phosphorylation of glucocorticoid receptors in cultured cells. Investigations with a monospecific antiserum against a bacterially expressed receptor fragment. J Biol Chem 264:14396–14402

525. **Lange CA, Shen T, Horwitz KB** 2000 Phosphorylation of human progesterone receptors at serine-294 by mitogen-activated protein kinase signals their degradation by the 26S proteasome. Proc Natl Acad Sci USA 97:1032–1037

526. **Nawaz Z, Lonard DM, Dennis AP, Smith CL, O'Malley BW** 1999 Proteasome-dependent degradation of the human estrogen receptor. Proc Natl Acad Sci USA 96:1858–1862

527. **Lin HK, Altuwaijri S, Lin WJ, Kan PY, Collins LL, Chang C** 2002 Proteasome activity is required for androgen receptor transcriptional activity via regulation of androgen receptor nuclear translocation and interaction with coregulators in prostate cancer cells. J Biol Chem 277:36570–36576

528. **von Zastrow M, Kobilka BK** 1994 Antagonist-dependent and -independent steps in the mechanism of adrenergic receptor internalization. J Biol Chem 269:18448–18452

529. **Modrall JG, Nanamori M, Sadoshima J, Barnhart DC, Stanley JC, Neubig RR** 2001 ANG II type 1 receptor down-regulation does not require receptor endocytosis or G protein coupling. Am J Physiol Cell Physiol 281:C801–C809

530. **Kinyamu HK, Archer TK** 2003 Estrogen receptor-dependent proteasomal degradation of the glucocorticoid receptor is coupled to an increase in mdm2 protein expression. Mol Cell Biol 23:5867–5881

531. **Freedman NJ, Lefkowitz RJ** 1996 Desensitization of G protein-coupled receptors. Recent Prog Horm Res 51:319–351; discussion 352–353

532. **Lohse MJ** 1993 Molecular mechanisms of membrane receptor desensitization. Biochim Biophys Acta 1179:171–188

533. **Bohm SK, Grady EF, Bunnett NW** 1997 Regulatory mechanisms that modulate signalling by G-protein-coupled receptors. Biochem J 322:1–18

534. **Shankaran H, Wiley HS, Resat H** 2007 Receptor down-regulation and desensitization enhance the information processing ability of signalling receptors. BMC Syst Biol 1:48

535. **Lesser B, Bruchovsky N** 1974 Effect of duration of the period after castration on the response of the rat ventral prostate to androgens. Biochem J 142:429–431

536. **Stormshak F, Leake R, Wertz N, Gorski J** 1976 Stimulatory and inhibitory effects of estrogen on uterine DNA synthesis. Endocrinology 99:1501–1511

537. **Bruchovsky N, Lesser B, Van Doorn E, Craven S** 1975 Hormonal effects on cell proliferation in rat prostate. Vitam Horm 33:61–102

538. **Coser KR, Chesnes J, Hur J, Ray S, Isselbacher KJ, Shioda T** 2003 Global analysis of ligand sensitivity of estrogen inducible and suppressible genes in MCF7/BUS breast cancer cells by DNA microarray. Proc Natl Acad Sci USA 100:13994–13999

539. **Hur J, Chesnes J, Coser KR, Lee RS, Geck P, Isselbacher KJ, Shioda T** 2004 The Bik BH3-only protein is induced in estrogen-starved and antiestrogen-exposed breast cancer cells and provokes apoptosis. Proc Natl Acad Sci USA 101:2351–2356

540. **Li L, Andersen ME, Heber S, Zhang Q** 2007 Non-monotonic dose-response relationship in steroid hormone receptor-mediated gene expression. J Mol Endocrinol 38:569–585

541. **Vandenberg LN, Wadia PR, Schaeberle CM, Rubin BS, Sonnenschein C, Soto AM** 2006 The mammary gland response to estradiol: monotonic at the cellular level, non-monotonic at the tissue-level of organization? J Steroid Biochem Mol Biol 101:263–274

542. **Schell LM, Burnitz KK, Lathrop PW** 2010 Pollution and human biology. Ann Hum Biol 37:347–366

543. **Plotkin D, Lechner JJ, Jung WE, Rosen PJ** 1978 Tamoxifen flare in advanced breast cancer. JAMA 240:2644–2646

544. **Osborne CK, Hobbs K, Clark GM** 1985 Effect of estrogens

Case No. 1:20-cv-02484-MSK   Document 92-2   filed 05/06/21   USDC Colorado   pg 30 of 461

**68**   Vandenberg *et al.*   Hormones and EDCs: Low Doses and Nonmonotonicity   Endocrine Reviews, June 2012, 33(3):0000–0000

and antiestrogens on growth of human breast cancer cells in athymic nude mice. Cancer Res 45:584–590

545. Berthois Y, Pons M, Dussert C, Crastes de Paulet A, Martin PM 1994 Agonist-antagonist activity of anti-estrogens in the human breast cancer cell line MCF-7: an hypothesis for the interaction with a site distinct from the estrogen binding site. Mol Cell Endocrinol 99:259–268

546. Reddel RR, Sutherland RL 1984 Tamoxifen stimulation of human breast cancer cell proliferation in vitro: a possible model for tamoxifen tumour flare. Eur J Cancer Clin Oncol 20:1419–1424

547. Wolf DM, Langan-Fahey SM, Parker CJ, McCague R, Jordan VC 1993 Investigation of the mechanism of tamoxifen-stimulated breast tumor growth with nonisomerizable analogues of tamoxifen and metabolites. J Natl Cancer Inst 85:806–812

548. Howell A 2001 Preliminary experience with pure antiestrogens. Clin Cancer Res 7:4369s–4375s; discusion 4411s–4412s

549. Hattar R, Maller O, McDaniel S, Hansen KC, Hedman KJ, Lyons TR, Lucia S, Wilson Jr RS, Schedin P 2009 Tamoxifen induces pleiotrophic changes in mammary stroma resulting in extracellular matrix that suppresses transformed phenotypes. Breast Cancer Res 11:R5

550. Howell A, Landberg G, Bergh J 2009 Breast tumour stroma is a prognostic indicator and target for therapy. Breast Cancer Res 11(Suppl 3):S16

551. Langan-Fahey SM, Tormey DC, Jordan VC 1990 Tamoxifen metabolites in patients on long-term adjuvant therapy for breast cancer. Eur J Cancer 26:883–888

552. Kuiper GG, van den Bemd GJ, van Leeuwen JP 1999 Estrogen receptor and the SERM concept. J Endocrinol Invest 22:594–603

553. MacGregor JI, Jordan VC 1998 Basic guide to the mechanisms of antiestrogen action. Pharmacol Rev 50:151–196

554. Grese TA, Dodge JA 1998 Selective estrogen receptor modulators (SERMs). Curr Pharm Des 4:71–92

555. Nagel SC, Hagelbarger JL, McDonnell DP 2001 Development of an ER action indicator mouse for the study of estrogens, selective ER modulators (SERMs), and xenobiotics. Endocrinology 142:4721–4728

556. Gaido KW, Leonard LS, Lovell S, Gould JC, Babaï D, Portier CJ, McDonnell DP 1997 Evaluation of chemicals with endocrine modulating activity in a yeast-based steroid hormone receptor gene transcription assay. Toxicol Appl Pharmacol 143:205–212

557. Gould JC, Leonard LS, Maness SC, Wagner BL, Conner K, Zacharewski T, Safe S, McDonnell DP, Gaido KW 1998 Bisphenol A interacts with the estrogen receptor α in a distinct manner from estradiol. Mol Cell Endocrinol 142:203–214

558. Lerner HJ, Band PR, Israel L, Leung BS 1976 Phase II study of tamoxifen: report of 74 patients with stage IV breast cancer. Cancer Treat Rep 60:1431–1435

559. Zhang HH, Kumar S, Barnett AH, Eggo MC 1999 Intrinsic site-specific differences in the expression of leptin in human adipocytes and its autocrine effects on glucose uptake. J Clin Endocrinol Metab 84:2550–2556

560. Haddad N, Howland R, Baroody G, Daher C 2006 The modulatory effect of leptin on the overall insulin production in ex-vivo normal rat pancreas. Can J Physiol Pharmacol 84:157–162

561. Pallett AL, Morton NM, Cawthorne MA, Emilsson V 1997 Leptin inhibits insulin secretion and reduces insulin mRNA levels in rat isolated pancreatic islets. Biochem Biophys Res Commun 238:267–270

562. Thorburn AW, Holdsworth A, Proietto J, Morahan G 2000 Differential and genetically separable associations of leptin with obesity-related traits. Int J Obes Relat Metab Disord 24:742–750

563. Lieb W, Sullivan LM, Harris TB, Roubenoff R, Benjamin EJ, Levy D, Fox CS, Wang TJ, Wilson PW, Kannel WB, Vasan RS 2009 Plasma leptin levels and incidence of heart failure, cardiovascular disease, and total mortality in elderly individuals. Diabetes Care 32:612–616

564. Neel BA, Sargis RM 2011 The paradox of progress: environmental disruption of metabolism and the diabetes epidemic. Diabetes 60:1838–1848

565. Sargis RM, Johnson DN, Choudhury RA, Brady MJ 2010 Environmental endocrine disruptors promote adipogenesis in the 3T3-L1 cell line through glucocorticoid receptor activation. Obesity (Silver Spring) 18:1283–1288

566. Hugo ER, Brandebourg TD, Woo JG, Loftus J, Alexander JW, Ben-Jonathan N 2008 Bisphenol A at environmentally relevant doses inhibits adiponectin release from human adipose tissue explants and adipocytes. Environ Health Perspect 116:1642–1647

567. Ben-Jonathan N, Hugo ER, Brandebourg TD 2009 Effects of bisphenol A on adipokine release from human adipose tissue: implications for the metabolic syndrome. Mol Cell Endocrinol 304:49–54

568. Miyawaki J, Sakayama K, Kato H, Yamamoto H, Masuno H 2007 Perinatal and postnatal exposure to bisphenol a increases adipose tissue mass and serum cholesterol level in mice. J Atheroscler Thromb 14:245–252

569. Botelho GG, Golin M, Bufalo AC, Morais RN, Dalsenter PR, Martino-Andrade AJ 2009 Reproductive effects of di(2-ethylhexyl)phthalate in immature male rats and its relation to cholesterol, testosterone, and thyroxin levels. Arch Environ Contam Toxicol 57:777–784

570. Lutz WK, Gaylor DW, Conolly RB, Lutz RW 2005 Nonlinearity and thresholds in dose-response relationships for carcinogenicity due to sampling variation, logarithmic dose scaling, or small differences in individual susceptibility. Toxicol Appl Pharmacol 207:565–569

571. Center for the Evaluation of Risks to Human Reproduction 2007 NTP-CERHR expert panel report on the reproductive and developmental toxicity of bisphenol A. Washington, DC: Department of Health and Human Services

572. Willhite CC, Ball GL, McLellan CJ 2008 Derivation of a Bisphenol A organ reference dose (RfD) and drinking-water equivalent concentration. J Toxicol Environ Health B Crit Rev 11:69–146

573. Sakamoto H, Yokota H, Kibe R, Sayama Y, Yuasa A 2002 Excretion of bisphenol A-glucuronide into the small intestine and deconjugation in the cecum of the rat. Biochem Biophys Acta 1573:171–176

574. Zalko D, Soto AM, Dolo L, Dorio C, Rathahao E, Debrauwer L, Faure R, Cravedi JP 2003 Biotransformations of bisphenol A in a mammalian model: answers and new

Endocrine Reviews, June 2012, 33(3):0000–0000

questions raised by low-dose metabolic fate studies in pregnant CD1 mice. Environ Health Perspect 111:309–319

575. Stowell CL, Barvian KK, Young PC, Bigsby RM, Verdugo DE, Bertozzi CR, Widlanski TS 2006 A role for sulfation-desulfation in the uptake of bisphenol A into breast tumor cells. Chem Biol 13:891–897

576. Center for the Evaluation of Risks to Human Reproduction 2008 Bisphenol A: public comments. Washington, DC: Department of Health and Human Services

577. Markey CM, Michaelson CL, Veson EC, Sonnenschein C, Soto AM 2001 The mouse uterotrophic assay: a reevaluation of its validity in assessing the estrogenicity of bisphenol A. Environ Health Perspect 109:55–60

578. Schönfelder G, Friedrich K, Paul M, Chahoud I 2004 Developmental effects of prenatal exposure to bisphenol A on the uterus of rat offspring. Neoplasia 6:584–594

579. Eskenazi B, Mocarelli P, Warner M, Needham L, Patterson DG Jr, Samuels S, Turner W, Gerthoux PM, Brambilla P 2004 Relationship of serum TCDD concentrations and age at exposure of female residents of Seveso, Italy. Environ Health Perspect 112:22–27

580. Warner M, Eskenazi B, Mocarelli P, Gerthoux PM, Samuels S, Needham L, Patterson D, Brambilla P 2002 Serum dioxin concentrations and breast cancer risk in the Seveso Women's Health Study. Environ Health Perspect 110:625–628

581. Eskenazi B, Mocarelli P, Warner M, Samuels S, Vercellini P, Olive D, Needham LL, Patterson Jr DG, Brambilla P, Gavoni N, Casalini S, Panazza S, Turner W, Gerthoux PM 2002 Serum dioxin concentrations and endometriosis: a cohort study in Seveso, Italy. Environ Health Perspect 110:629–634

582. Eskenazi B, Warner M, Mocarelli P, Samuels S, Needham LL, Patterson DG Jr, Lippman S, Vercellini P, Gerthoux PM, Brambilla P, Olive D 2002 Serum dioxin concentrations and menstrual cycle characteristics. Am J Epidemiol 156:383–392

583. Robinson GW, Karpf AB, Kratochwil K 1999 Regulation of mammary gland development by tissue interaction. J Mammary Gland Biol Neoplasia 4:9–19

584. Medina D, Sivaraman L, Hilsenbeck SG, Conneely O, Ginger M, Rosen J, Omalle BW 2001 Mechanisms of hormonal prevention of breast cancer. Ann NY Acad Sci 952:23–35

585. Schulz KM, Molenda-Figueira HA, Sisk CL 2009 Back to the future: the organizational-activational hypothesis adapted to puberty and adolescence. Horm Behav 55:597–604

586. Schulz KM, Sisk CL 2006 Pubertal hormones, the adolescent brain, and the maturation of social behaviors: lessons from the Syrian hamster. Mol Cell Endocrinol 254–255:120–126

587. Primus RJ, Kellogg CK 1990 Gonadal hormones during puberty organize environment-related social interaction in the male rat. Horm Behav 24:311–323

588. Arase S, Ishii K, Igarashi K, Aisaki K, Yoshio Y, Matsushima A, Shimohigashi Y, Arima K, Kanno J, Sugimura Y 2011 Endocrine disruptor bisphenol A increases in situ estrogen production in the mouse urogenital sinus. Biol Reprod 84:734–742

589. Lee DH, Steffes MW, Sjödin A, Jones RS, Needham LL, Jacobs Jr DR 2010 Low dose of some persistent organic pollutants predicts type 2 diabetes: a nested case-control study. Environ Health Perspect 118:1235–1242

590. Lee DH, Steffes MW, Sjödin A, Jones RS, Needham LL, Jacobs Jr DR 2011 Low dose organochlorine pesticides and polychlorinated biphenyls predict obesity, dyslipidemia, and insulin resistance among people free of diabetes. PLoS ONE 6:e15977

591. Shin JY, Choi YY, Jeon HS, Hwang JH, Kim SA, Kang JH, Chang YS, Jacobs DR Jr, Park JY, Lee DH 2010 Low-dose persistent organic pollutants increased telomere length in peripheral leukocytes of healthy Koreans. Mutagenesis 25:511–516

592. MacLusky NJ, Hajszan T, Leranth C 2005 The environmental estrogen bisphenol A inhibits estradiol-induced hippocampal synaptogenesis. Environ Health Perspect 113:675–679

593. Della Seta D, Minder I, Dessì-Fulgheri F, Farabollini F 2005 Bisphenol-A exposure during pregnancy and lactation affects maternal behavior in rats. Brain Res Bull 65:255–260

594. Razzoli M, Valsecchi P, Palanza P 2005 Chronic exposure to low doses bisphenol A interferes with pair-bonding and exploration in female Mongolian gerbils. Brain Res Bull 65:249–254

595. Alonso-Magdalena P, Morimoto S, Ripoll C, Fuentes E, Nadal A 2006 The estrogenic effect of bisphenol A disrupts pancreatic β-cell function in vivo and induces insulin resistance. Environ Health Perspect 114:106–112

596. Titus-Ernstoff L, Hatch EE, Hoover RN, Palmer J, Greenberg ER, Ricker W, Kaufman R, Noller K, Herbst AL, Colton T, Hartge P 2001 Long-term cancer risk in women given diethylstilbestrol (DES) during pregnancy. Br J Cancer 84:126–133

597. Calle EE, Mervis CA, Thun MJ, Rodriguez C, Wingo PA, Heath Jr CW 1996 Diethylstilbestrol and risk of fatal breast cancer in a prospective cohort of US women. Am J Epidemiol 144:645–652

598. Small CM, DeCaro JJ, Terrell ML, Dominguez C, Cameron LL, Wirth J, Marcus M 2009 Maternal exposure to a brominated flame retardant and genitourinary conditions in male offspring. Environ Health Perspect 117:1175–1179

599. Goldberg JM, Falcone T 1999 Effect of diethylstilbestrol on reproductive function. Fertil Steril 72:1–7

600. Hatch EE, Herbst AL, Hoover RN, Noller KL, Adam E, Kaufman RH, Palmer JR, Titus-Ernstoff L, Hyer M, Hartge P, Robboy SJ 2001 Incidence of squamous neoplasia of the cervix and vagina in women exposed prenatally to diethylstilbestrol (United States). Cancer Causes Control 12:837–845

601. Terrell ML, Berzen AK, Small CM, Cameron LL, Wirth JJ, Marcus M 2009 A cohort study of the association between secondary sex ratio and parental exposure to polybrominated biphenyl (PBB) and polychlorinated biphenyl (PCB). Environ Health 8:35

602. Xu X, Dailey AB, Talbott EO, Ilacqua VA, Kearney G, Asal NR 2010 Associations of serum concentrations of organochlorine pesticides with breast cancer and prostate cancer in U.S. adults. Environ Health Perspect 118:60–66

603. Li DK, Zhou Z, Miao M, He Y, Qing D, Wu T, Wang J,

Weng X, Ferber J, Herrinton LJ, Zhu Q, Gao E, Yuan W 2010 Relationship between urine bisphenol-A level and declining male sexual function. J Androl 31:500–506

604. Lim JS, Lee DH, Jacobs Jr DR 2008 Association of brominated flame retardants with diabetes and metabolic syndrome in the U.S. population, 2003–2004. Diabetes Care 31:1802–1807

605. Giordano F, Abballe A, De Felip E, di Domenico A, Ferro F, Grammatico P, Ingelido AM, Marra V, Marrocco G, Vallasciani S, Figà-Talamanca I 2010 Maternal exposures to endocrine disrupting chemicals and hypospadias in offspring. Birth Defects Res A Clin Mol Teratol 88:241–250

606. Wolff MS, Engel SM, Berkowitz GS, Ye X, Silva MJ, Zhu C, Wetmur J, Calafat AM 2008 Prenatal phenol and phthalate exposures and birth outcomes. Environ Health Perspect 116:1092–1097

607. Sunyer J, Garcia-Esteban R, Alvarez M, Guxens M, Goñi F, Basterrechea M, Vrijheid M, Guerra S, Antó JM 2010 DDE in mothers' blood during pregnancy and lower respiratory tract infections in their infants. Epidemiology 21: 729–735

608. World Health Organization 2002 Global assessment of the state-of-the-science of endocrine disruptors. Geneva: World Health Organization

609. Tyl RW 2009 Basic exploratory research versus guideline-compliant studies used for hazard evaluation and risk assessment: bisphenol A as a case study. Environ Health Perspect 117:1644–1651

610. Tyl RW 2010 In honor of the Teratology Society's 50th anniversary: the role of Teratology Society members in the development and evolution of in vivo developmental toxicity test guidelines. Birth Defects Res C Embryo Today 90:99–102

611. Rice C, Birnbaum LS, Cogliano J, Mahaffey K, Needham L, Rogan WJ, vom Saal FS 2003 Exposure assessment for endocrine disruptors: some considerations in the design of studies. Environ Health Perspect 111:1683–1690

612. Soto AM, Rubin BS, Sonnenschein C 2009 Interpreting endocrine disruption from an integrative biology perspective. Mol Cell Endocrinol 304:3–7

613. Heindel JJ 2008 Animal models for probing the developmental basis of disease and dysfunction paradigm. Basic Clin Pharmacol Toxicol 102:76–81

614. Heindel JJ, vom Saal FS 2009 Role of nutrition and environmental endocrine disrupting chemicals during the perinatal period on the aetiology of obesity. Mol Cell Endocrinol 304:90–96

615. Newbold RR, Padilla-Banks E, Jefferson WN, Heindel JJ 2008 Effects of endocrine disruptors on obesity. Int J Androl 31:201–208

616. Boobis AR, Doe JE, Heinrich-Hirsch B, Meek ME, Munn S, Ruchirawat M, Schlatter J, Seed J, Vickers C 2008 IPCS framework for analyzing the relevance of a noncancer mode of action for humans. Crit Rev Toxicol 38:87–96

617. German Federal Institute for Risk Assessment (BfR) 2009 Establishment of assessment and decision criteria in human health risk assessment for substances with endocrine disrupting properties under the EU plan protection product regulation. Report of a workshop hosted at the German Federal Institute for Risk Assessment (BfR), Berlin, Germany, 2009

618. Lidsky TI, Schneider JS 2006 Adverse effects of childhood lead poisoning: the clinical neuropsychological perspective. Environ Res 100:284–293

619. Sheehan DM 2006 No-threshold dose-response curves for nongenotoxic chemicals: findings and application for risk assessment. Environ Res 100:93–99

620. Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, Hauser R, Prins GS, Soto AM, Zoeller RT, Gore AC 2009 Endocrine-disrupting chemical: an Endocrine Society scientific statement. Endocr Rev 30:293–342

621. American Society of Human Genetics; American Society for Reproductive Medicine; Endocrine Society; Genetics Society of America; Society for Developmental Biology; Society for Pediatric Urology; Society for the Study of Reproduction; Society for Gynecologic Investigation 2011 Assessing chemical risk: societies offer expertise. Science 331:1136

622. Tominaga T, Negishi T, Hirooka H, Miyachi A, Inoue A, Hayasaka I, Yoshikawa Y 2006 Toxicokinetics of bisphenol A in rats, monkeys and chimpanzees by the LC-MS/MS method. Toxicology 226:208–217

623. Newbold RR 2004 Lessons learned from perinatal exposure to diethylstilbestrol. Toxicol Appl Pharmacol 199: 142–150

624. Taylor JA, Vom Saal FS, Welshons WV, Drury B, Rottinghaus G, Hunt PA, Toutain PL, Laffont CM, Vande-Voort CA 2011 Similarity of bisphenol A pharmacokinetics in rhesus monkeys and mice: relevance for human exposure. Environ Health Perspect 119:422–430

625. Gies A, Heinzow B, Dieter HH, Heindel J 2009 Bisphenol A workshop of the German Federal Government Agency: March 30–31, 2009. Work group report: public health issues of bisphenol A. Int J Hyg Environ Health 212:693–696

626. World Health Organization 2010 Joint FAO/WHO expert meeting to review toxicological and health aspects of bisphenol A. Geneva: World Health Organization

627. Kortenkamp A 2008 Low dose mixture effects of endocrine disrupters: implications for risk assessment and epidemiology. Int J Androl 31:233–240

628. Bergeron JM, Willingham E, Osborn CT 3rd, Rhen T, Crews D 1999 Developmental synergism of steroidal estrogens in sex determination. Environ Health Perspect 107:93–97

629. Rajapakse N, Silva E, Kortenkamp A 2002 Combining xenoestrogens at levels below individual no-observed-effect concentrations dramatically enhances steroid hormone activity. Environ Health Perspect 110:917–921

630. Rajapakse N, Silva E, Scholze M, Kortenkamp A 2004 Deviation from additivity with estrogenic mixtures containing 4-nonylphenol and 4-tert-octylphenol detected in the E-SCREEN assay. Environ Sci Technol 38:6343–6352

631. Kortenkamp A, Faust M, Scholze M, Backhaus T 2007 Low-level exposure to multiple chemicals: reason for human health concerns? Environ Health Perspect 115(Suppl 1):106–114

632. Silins I, Högberg J 2011 Combined toxic exposures and human health: biomarkers of exposure and effect. Int J Environ Res Public Health 8:629–647

633. Rudel RA, Gray JM, Engel CL, Rawsthorne TW, Dodson RE, Ackerman JM, Rizzo J, Nudelman JL, Brody JG 2011

Food packaging and bisphenol A and bis(2-ethylhexyl) phthalate exposure: findings from a dietary intervention. Environ Health Perspect 119:914–920

634. Ji K, Kho YL, Park Y, Choi K 2010 Influence of a five-day vegetarian diet on urinary levels of antibiotics and phthalate metabolites: a pilot study with "Temple Stay" participants Environ Res 110:375–382

635. Carwile JL, Luu HT, Bassett LS, Driscoll DA, Yuan C, Chang JY, Ye X, Calafat AM, Michels KB 2009 Polycarbonate bottle use and urinary bisphenol A concentrations. Environ Health Perspect 117:1368–1372

636. Matsumoto A, Kunugita N, Kitagawa K, Isse T, Oyama T, Foureman GL, Morita M, Kawamoto T 2003 Bisphenol A levels in human urine. Environ Health Perspect 111:101–104

637. Kawagoshi Y, Fujita Y, Kishi I, Fukunaga I 2003 Estrogenic chemicals and estrogenic activity in leachate from municipal waste landfill determined by yeast two-hybrid assay. J Environ Monit 5:269–274

638. Liao C, Kannan K 2011 High levels of bisphenol a in paper currencies from several countries, and implications for dermal exposure. Environ Sci Technol 45:6761–6768

639. Lopez-Espinosa MJ, Granada A, Araque P, Molina-Molina JM, Puertollano MC, Rivas A, Fernández M, Cerrillo I, Olea-Serrano MF, López C, Olea N 2007 Oestrogenicity of paper and cardboard extracts used as food containers. Food Addit Contam 24:95–102

640. Terasaki M, Shiraishi F, Fukazawa H, Makino M 2007 Occurrence and estrogenicity of phenolics in paper-recycling process water: pollutants originating from thermal paper in waste paper. Environ Toxicol Chem 26:2356–2366

641. Carson R 1962 Silent spring. Boston, MA: Houghton Mifflin

642. Chung E, Genco MC, Megrelis L, Ruderman JV 2011 Effects of bisphenol A and triclocarban on brain-specific expression of aromatase in early zebrafish embryos. Proc Natl Acad Sci USA 108:17732–17737

643. Rhee JS, Kim BM, Lee CJ, Yoon YD, Lee YM, Lee JS 2011 Bisphenol A modulates expression of sex differentiation genes in the self-fertilizing fish, Kryptolebias marmoratus. Aquat Toxicol 104:218–229

644. Hatef A, Alavi SM, Abdulfatah A, Fontaine P, Rodina M, Linhart O 2012 Adverse effects of bisphenol A on reproductive physiology in male goldfish at environmentally relevant concentrations. Ecotoxicol Environ Saf 76:56–62

645. Bai Y, Zhang YH, Zhai LL, Li XY, Yang J, Hong YY 2011 Estrogen receptor expression and vitellogenin synthesis induced in hepatocytes of male frogs Rana chensinensis exposed to bisphenol A. Zool Res 32:317–322

646. Levy G, Lutz I, Krüger A, Kloas W 2004 Bisphenol A induces feminization in Xenopus laevis tadpoles. Environ Res 94:102–111

647. Stoker C, Rey F, Rodriguez H, Ramos JG, Sirosky P, Larriera A, Luque EH, Muñoz-de-Toro M 2003 Sex reversal effects on Caiman latirostris exposed to environmentally relevant doses of the xenoestrogen bisphenol A. Gen Comp Endocrinol 133:287–296

648. Stoker C, Beldoménico PM, Bosquiazzo VL, Zayas MA, Rey F, Rodríguez H, Muñoz-de-Toro M, Luque EH 2008 Developmental exposure to endocrine disruptor chemicals alters follicular dynamics and steroid levels in Caiman latirostris. Gen Comp Endocrinol 156:603–612

649. Crain DA, Guillette Jr LJ, Rooney AA, Pickford DB 1997 Alterations in steroidogenesis in alligators (Alligator mississippiensis) exposed naturally and experimentally to environmental contaminants. Environ Health Perspect 105:528–533

650. Mukhi S, Patiño R 2007 Effects of prolonged exposure to perchlorate on thyroid and reproductive function in zebrafish. Toxicol Sci 96:246–254

651. Mukhi S, Torres L, Patiño R 2007 Effects of larval-juvenile treatment with perchlorate and co-treatment with thyroxine on zebrafish sex ratios. Gen Comp Endocrinol 150:486–494

652. Bernhardt RR, von Hippel FA, O'Hara TM 2011 Chronic perchlorate exposure causes morphological abnormalities in developing stickleback. Environ Toxicol Chem 30:1468–1478

653. Li W, Zha J, Yang L, Li Z, Wang Z 2011 Regulation of iodothyronine deiodinases and sodium iodide symporter mRNA expression by perchlorate in larvae and adult Chinese rare minnow (Gobiocypris rarus). Marine Pollut Bull 63:350–355

654. Goleman WL, Urquidi LJ, Anderson TA, Smith EE, Kendall RJ, Carr JA 2002 Environmentally relevant concentrations of ammonium perchlorate inhibit development and metamorphosis in Xenopus laevis. Environ Toxicol Chem 21:424–430

655. Ortiz-Santaliestra ME, Sparling DW 2007 Alteration of larval development and metamorphosis by nitrate and perchlorate in southern leopard frogs (Rana sphenocephala). Arch Environ Contam Toxicol 53:639–646

656. Hornung MW, Degitz SJ, Korte LM, Olson JM, Kosian PA, Linnum AL, Tietge JE 2010 Inhibition of thyroid hormone release from cultured amphibian thyroid glands by methimazole, 6-propylthiouracil, and perchlorate. Toxicol Sci 118:42–51

657. Opitz R, Kloas W 2010 Developmental regulation of gene expression in the thyroid gland of Xenopus laevis tadpoles. Gen Comp Endocrinol 168:199–208

658. Tietge JE, Butterworth BC, Haselman JT, Holcombe GW, Hornung MW, Korte JJ, Kosian PA, Wolfe M, Degitz SJ 2010 Early temporal effects of three thyroid hormone synthesis inhibitors in Xenopus laevis. Aquat Toxicol 98:44–50

659. Chen Y, Sible JC, McNabb FMA 2008 Effects of maternal exposure to ammonium perchlorate on thyroid function and the expression of thyroid-responsive genes in Japanese quail embryos. Gen Comp Endocrinol 159:196–207

660. Chen Y, McNabb FM, Sible JC 2009 Perchlorate exposure induces hypothyroidism and affects thyroid-responsive genes in liver but not brain of quail chicks. Arch Environ Contam Toxicol 57:598–607

661. Pflugfelder O 1959 The alteration of the thyroid and other organs of the domestic fowl by potassium perchlorate, with comparative studies on lower vertebrates. Wilhelm Roux Arch Entwicklungsmech Organ 151:78–112

662. Dent JN, Lynn WG 1958 A comparison of the effects of goitrogens on thyroid activity in Triturus viridescens and Desmognathus fuscus. Biol Bull 115:411–420

663. Fox GA 2001 Wildlife as sentinels of human health effects

in the Great Lakes–St. Lawrence basin. Environ Health Perspect 109(Suppl 6):853–861

664. Tanabe S 2002 Contamination and toxic effects of persistent endocrine disrupters in marine mammals and birds. Mar Pollut Bull 45:69–77

665. Carney SA, Prasch AL, Heideman W, Peterson RE 2006 Understanding dioxin developmental toxicity using the zebrafish model. Birth Defects Res A Clin Mol Teratol 76:7–18

666. Fisk AT, de Wit CA, Wayland M, Kuzyk ZZ, Burgess N, Letcher R, Braune B, Norstrom R, Blum SP, Sandau C, Lie E, Larsen HJ, Skaare JU, Muir DC 2005 An assessment of the toxicological significance of anthropogenic contaminants in Canadian arctic wildlife. Sci Total Environ 351–352:57–93

667. Cooper KR, Wintermyer M 2009 A critical review: 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (2,3,7,8-TCDD) effects on gonad development in bivalve mollusks. J Environ Sci Health C Environ Carcinog Ecotoxicol Rev 27:226–245

668. Van den Berg M, Birnbaum L, Bosveld AT, Brunström B, Cook P, Feeley M, Giesy JP, Hanberg A, Hasegawa R, Kennedy SW, Kubiak T, Larsen JC, van Leeuwen FX, Liem AK, Nolt C, Peterson RE, Poellinger L, Safe S, Schrenk D, Tillitt D, Tysklind M, Younes M, Waern F, Zacharewski T 1998 Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife. Environ Health Perspect 106:775–792

669. Gray LE, Ostby J, Wolf C, Lambright C, Kelce W 1998 The value of mechanistic studies in laboratory animals for the prediction of reproductive effects in wildlife: endocrine effects on mammalian sexual differentiation. Environ Toxicol Chem 17:109–118

670. Hayes TB 1998 Endocrine disruptors in amphibians: potential impacts and the usefulness of amphibian screens for detecting endocrine disrupting compounds. Sci J (Kagaku) 68:557–568

671. Colborn T 1994 The wildlife/human connection: modernizing risk decisions. Environ Health Perspect 102:55–59

672. Colborn T 1995 Environmental estrogens: health implications for humans and wildlife. Environ Health Perspect 103:135–136

673. Harrison PT, Holmes P, Humfrey CD 1997 Reproductive health in humans and wildlife: are adverse trends associated with environmental chemical exposure? Sci Total Environ 205:97–106

674. Edwards TM, Moore BC, Guillette Jr LJ 2006 Reproductive dysgenesis in wildlife: a comparative view. Int J Androl 29:109–121

675. Rhind SM 2009 Anthropogenic pollutants: a threat to ecosystem sustainability? Philos Trans R Soc Lond B Biol Sci 364:3391–3401

676. Decensi A, Gandini S, Guerrieri-Gonzaga A, Johansson H, Manetti L, Bonanni B, Sandri MT, Barreca A, Costa A, Robertson C, Lien EA 1999 Effect of blood tamoxifen concentrations on surrogate biomarkers in a trial of dose reduction in healthy women. J Clin Oncol 17:2633–2638

677. Kisanga ER, Gjerde J, Guerrieri-Gonzaga A, Pigatto F, Pesci-Feltri A, Robertson C, Serrano D, Pelosi G, Decensi A, Lien EA 2004 Tamoxifen and metabolite concentrations in serum and breast cancer tissue during three dose regimens in a randomized preoperative trial. Clin Cancer Res 10:2336–2343

678. Nagel SC, vom Saal FS, Welshons WV 1998 The effective free fraction of estradiol and xenoestrogens in human serum measured by whole cell uptake assays: physiology of delivery modifies estrogenic activity. Proc Soc Exp Biol Med 217:300–309

679. Lakind JS, Naiman DQ 2008 Bisphenol A (BPA) daily intakes in the United States: estimates from the 2003–2004 NHANES urinary BPA data. J Expo Sci Environ Epidemiol 18:608–615

680. Wittassek M, Koch HM, Angerer J, Brüning T 2011 Assessing exposure to phthalates: the human biomonitoring approach. Mol Nutr Food Res 55:7–31

681. David RM, Moore MR, Finney DC, Guest D 2000 Chronic toxicity of di(2-ethylhexyl)phthalate in rats. Toxicol Sci 55:433–443

682. Agency for Toxic Substances and Diseases Registry 2011 Toxic substances portal: di(2-ethylhexyl)phthalate (DEHP). Atlanta, GA: Centers for Disease Control

683. Dickerson SM, Cunningham SL, Patisaul HB, Woller MJ, Gore AC 2011 Endocrine disruption of brain sexual differentiation by developmental PCB exposure. Endocrinology 152:581–594

684. Salama J, Chakraborty TR, Ng L, Gore AC 2003 Effects of polychlorinated biphenyls on estrogen receptor-β expression in the anteroventral periventricular nucleus. Environ Health Perspect 111:1278–1282

685. Cassidy RA, Vorhees CV, Minnema DJ, Hastings L 1994 The effects of chlordane exposure during pre- and postnatal periods at environmentally relevant levels on sex steroid-mediated behaviors and functions in the rat. Toxicol Appl Pharmacol 126:326–337

686. McMahon T, Halstead N, Johnson S, Raffel TR, Romansic JM, Crumrine PW, Boughton RK, Martin LB, Rohr JR 2011 The fungicide chlorothalonil is nonlinearly associated with corticosterone levels, immunity, and mortality in amphibians. Environ Health Perspect 119:1098–1103

687. Guo-Ross SX, Chambers JE, Meek EC, Carr RL 2007 Altered muscarinic acetylcholine receptor subtype binding in neonatal rat brain following exposure to chlorpyrifos or methyl parathion. Toxicol Sci 100:118–127

688. Palanza P, Parmigiani S, Liu H, vom Saal FS 1999 Prenatal exposure to low doses of the estrogenic chemicals diethylstilbestrol and o,p'-DDT alters aggressive behavior of male and female house mice. Pharmacol Biochem Behav 64:665–672

689. vom Saal FS, Timms BG, Montano MM, Palanza P, Thayer KA, Nagel SC, Dhar MD, Ganjam VK, Parmigiani S, Welshons WV 1997 Prostate enlargement in mice due to fetal exposure to low doses of estradiol or diethylstilbestrol and opposite effects at high doses. Proc Natl Acad Sci USA 94:2056–2061

690. Slikker Jr W, Scallet AC, Doerge DR, Ferguson SA 2001 Gender-based differences in rats after chronic dietary exposure to genistein. Int J Toxicol 20:175–179

691. Smialowicz RJ, Williams WC, Copeland CB, Harris MW, Overstreet D, Davis BJ, Chapin RE 2001 The effects of perinatal/juvenile heptachlor exposure on adult immune and reproductive system function in rats. Toxicol Sci 61:164–175

692. **Valkusz Z, Nagyéri G, Radács M, Ocskó T, Hausinger P, László M, László FA, Juhász A, Julesz J, Pálföldi R, Gálfi M** 2011 Further analysis of behavioral and endocrine consequences of chronic exposure of male Wistar rats to subtoxic doses of endocrine disruptor chlorobenzenes. Physiol Behav 103:421–430

693. **Manfo FP, Chao WF, Moundipa PF, Pugeat M, Wang PS** 2011 Effects of maneb on testosterone release in male rats. Drug Chem Toxicol 34:120–128

694. **Chapin RE, Harris MW, Davis BJ, Ward SM, Wilson RE, Mauney MA, Lockhart AC, Smialowicz RJ, Moser VC, Burka LT, Collins BJ** 1997 The effects of perinatal/juvenile methoxychlor exposure on adult rat nervous, immune, and reproductive system function. Fundam Appl Toxicol 40:138–157

695. **White Jr KL, Germolec DR, Booker CD, Hernendez DM, McCay JA, Delclos KB, Newbold RR, Weis C, Guo TL** 2005 Dietary methoxychlor exposure modulates splenic natural killer cell activity, antibody-forming cell response and phenotypic marker expression in F0 and F1 generations of Sprague Dawley rats. Toxicology 207:271–281

696. **Faass O, Schlumpf M, Reolon S, Henseler M, Maerkel K, Durrer S, Lichtensteiger W** 2009 Female sexual behavior, estrous cycle and gene expression in sexually dimorphic brain regions after pre- and postnatal exposure to endocrine active UV filters. Neurotoxicology 30:249–260

697. **Lemini C, Hernández A, Jaimez R, Franco Y, Avila ME, Castell A** 2004 Morphometric analysis of mice uteri treated with the preservatives methyl, ethyl, propyl, and butylparaben. Toxicol Ind Health 20:123–132

698. **Damgaard IN, Jensen TK, Petersen JH, Skakkebaek NE, Toppari J, Main KM** 2008 Risk factors for congenital cryptorchidism in a prospective birth cohort study. PLoS ONE 3:e3051

699. **Laurenzana EM, Weis CC, Bryant CW, Newbold R, Delclos KB** 2002 Effect of dietary administration of genistein, nonylphenol or ethinyl estradiol on hepatic testosterone metabolism, cytochrome P-450 enzymes, and estrogen receptor α expression. Food Chem Toxicol 40:53–63

700. **Tyl RW, Myers CB, Marr MC, Brine DR, Fail PA, Seely JC, Van Miller JP** 1999 Two-generation reproduction study with para-tert-octylphenol in rats. Regul Toxicol Pharmacol 30:81–95

701. **Li E, Guo Y, Ning Q, Zhang S, Li D** 2011 Research for the effect of octylphenol on spermatogenesis and proteomic analysis in octylphenol-treated mice testes. Cell Biol Int 35:305–309

702. **Timofeeva OA, Sanders D, Seemann K, Yang L, Hermanson D, Regenbogen S, Agoos S, Kallepalli A, Rastogi A, Braddy D, Wells C, Perraut C, Seidler FJ, Slotkin TA, Levin ED** 2008 Persistent behavioral alterations in rats neonatally exposed to low doses of the organophosphate pesticide, parathion. Brain Res Bull 77:404–411

703. **Kuriyama SN, Wanner A, Fidalgo-Neto AA, Talsness CE, Koerner W, Chahoud I** 2007 Developmental exposure to low-dose PBDE-99: tissue distribution and thyroid hormone levels. Toxicology 242:80–90

704. **Tanaka T, Morita A, Kato M, Hirai T, Mizoue T, Terauchi Y, Watanabe S, Noda M** 2011 Congener-specific polychlorinated biphenyls and the prevalence of diabetes in the Saku Control Obesity Program (SCOP). Endocr J 58:589–596

705. **Buckman AH, Fisk AT, Parrott JL, Solomon KR, Brown SB** 2007 PCBs can diminish the influence of temperature on thyroid indices in rainbow trout (*Oncorhynchus mykiss*). Aquat Toxicol 84:366–378

706. **Jiang Y, Zhao J, Van Audekercke R, Dequeker J, Geusens P** 1996 Effects of low-dose long-term sodium fluoride preventive treatment on rat bone mass and biomechanical properties. Calcif Tissue Int 58:30–39

707. **Kirchner S, Kieu T, Chow C, Casey S, Blumberg B** 2010 Prenatal exposure to the environmental obesogen tributyltin predisposes multipotent stem cells to become adipocytes. Mol Endocrinol 24:526–539

708. **Stoker TE, Gibson EK, Zorrilla LM** 2010 Triclosan exposure modulates estrogen-dependent responses in the female wistar rat. Toxicol Sci 117:45–53

709. **Eustache F, Mondon F, Canivenc-Lavier MC, Lesaffre C, Fulla Y, Berges R, Cravedi JP, Vaiman D, Auger J** 2009 Chronic dietary exposure to a low-dose mixture of genistein and vinclozolin modifies the reproductive axis, testis transcriptome, and fertility. Environ Health Perspect 117:1272–1279

710. **Schlumpf M, Durrer S, Faass O, Ehnes C, Fuetsch M, Gaille C, Henseler M, Hofkamp L, Maerkel K, Reolon S, Timms B, Tresguerres JA, Lichtensteiger W** 2008 Developmental toxicity of UV filters and environmental exposure: a review. Int J Androl 31:144–151

711. **Schlecht C, Klammer H, Wuttke W, Jarry H** 2006 A dose-response study on the estrogenic activity of benzophenone-2 on various endpoints in the serum, pituitary and uterus of female rats. Arch Toxicol 80:656–661

712. **Sitarek K** 2001 Embryolethal and teratogenic effects of carbendazim in rats. Teratog Carcinog Mutagen 21:335–340

713. **Higashihara N, Shiraishi K, Miyata K, Oshima Y, Minobe Y, Yamasaki K** 2007 Subacute oral toxicity study of bisphenol F based on the draft protocol for the "Enhanced OECD Test Guideline no. 407". Arch Toxicol 81:825–832

714. **Yamano Y, Ohyama K, Ohta M, Sano T, Ritani A, Shimada J, Ashida N, Yoshida E, Ikehara K, Morishima I** 2005 A novel spermatogenesis related factor-2 (SRF-2) gene expression affected by TCDD treatment. Endocr J 52:75–81

715. **Ikeda M, Tamura M, Yamashita J, Suzuki C, Tomita T** 2005 Repeated *in utero* and lactational 2,3,7,8-tetrachlorodibenzo-*p*-dioxin exposure affects male gonads in offspring, leading to sex ratio changes in F2 progeny. Toxicol Appl Pharmacol 206:351–355

716. **Welshons WV, Nagel SC, Thayer KA, Judy BM, Vom Saal FS** 1999 Low-dose bioactivity of xenoestrogens in animals: fetal exposure to low doses of methoxychlor and other xenoestrogens increases adult prostate size in mice. Toxicol Ind Health 15:12–25

717. **Christian M, Gillies G** 1999 Developing hypothalamic dopaminergic neurones as potential targets for environmental estrogens. J Endocrinol 160:R1–R6

718. **Jeng YJ, Watson CS** 2011 Combinations of physiologic estrogens with xenoestrogens alter ERK phosphorylation

profiles in rat pituitary cells. Environ Health Perspect 119: 104–112

719. **Jeng YJ, Kochukov MY, Watson CS** 2009 Membrane estrogen receptor-α-mediated nongenomic actions of phytoestrogens in GH3/B6/F10 pituitary tumor cells. J Mol Signal 4:2

720. **Narita S, Goldblum RM, Watson CS, Brooks EG, Estes DM, Curran EM, Midoro-Horiuti T** 2007 Environmental estrogens induce mast cell degranulation and enhance IgE-mediated release of allergic mediators. Environ Health Perspect 115:48–52

721. **Somjen D, Kohen F, Jaffe A, Amir-Zaltsman Y, Knoll E, Stern N** 1998 Effects of gonadal steroids and their antagonists on DNA synthesis in human vascular cells. Hypertension 32:39–45

722. **Devidze N, Fujimori K, Urade Y, Pfaff DW, Mong JA** 2010 Estradiol regulation of lipocalin-type prostaglandin D synthase promoter activity: evidence for direct and indirect mechanisms. Neurosci Lett 474:17–21

723. **Du J, Wang Y, Hunter R, Wei Y, Blumenthal R, Falke C, Khairova R, Zhou R, Yuan P, Machado-Vieira R, McEwen BS, Manji HK** 2009 Dynamic regulation of mitochondrial function by glucocorticoids. Proc Natl Acad Sci USA 106: 3543–3548

724. **Guillen C, Bartolomé A, Nevado C, Benito M** 2008 Biphasic effect of insulin on β cell apoptosis depending on glucose deprivation. FEBS Lett 582:3855–3860

725. **Welsh Jr TH, Kasson BG, Hsueh AJ** 1986 Direct biphasic modulation of gonadotropin-stimulated testicular androgen biosynthesis by prolactin. Biol Reprod 34:796–804

726. **Sarkar PK** 2008 L-Triiodothyronine differentially and nongenomically regulates synaptosomal protein phosphorylation in adult rat brain cerebral cortex: role of calcium and calmodulin. Life Sci 82:920–927

727. **Calvo RM, Obregon MJ** 2009 Tri-iodothyronine upregulates adipnutrin mRNA expression in rat and human adipocytes. Mol Cell Endocrinol 311:39–46

728. **Leung LY, Kwong AK, Man AK, Woo NY** 2008 Direct actions of cortisol, thyroxine and growth hormone on IGF-I mRNA expression in sea bream hepatocytes. Comp Biochem Physiol A Mol Integr Physiol 151:705–710

729. **Habauzit D, Boudot A, Kerdivel G, Flouriot G, Pakdel F** 2010 Development and validation of a test for environmental estrogens: checking xeno-estrogen activity by CXCL12 secretion in breast cancer cell lines (CXCL-test). Environ Toxicol 25:495–503

730. **Boettcher M, Kosmehl T, Braunbeck T** 2011 Low-dose effects and biphasic effect profiles: Is trenbolone a genotoxicant? Mutat Res 723:152–157

731. **Wetherill YB, Petre CE, Monk KR, Puga A, Knudsen KE** 2002 The xenoestrogen bisphenol A induces inappropriate androgen receptor activation and mitogenesis in prostatic adenocarcinoma cells. Mol Cancer Ther 1:515–524

732. **Sandy EH, Yao J, Zheng S, Gogra AB, Chen H, Zheng H, Yormah TB, Zhang X, Zaray G, Ceccanti B, Choi MM** 2010 A comparative cytotoxicity study of isomeric alkylphthalates to metabolically variant bacteria. J Hazard Mater 182:631–639

733. **Murono EP, Derk RC, de León JH** 1999 Biphasic effects of octylphenol on testosterone biosynthesis by cultured Leydig cells from neonatal rats. Reprod Toxicol 13:451–462

734. **Benísek M, Bláha L, Hilscherová K** 2008 Interference of PAHs and their N-heterocyclic analogs with signaling of retinoids in vitro. Toxicol In Vitro 22:1909–1917

735. **Benísek M, Kubincová P, Bláha L, Hilscherová K** 2011 The effects of PAHs and N-PAHs on retinoid signaling and Oct-4 expression in vitro. Toxicol Lett 200:169–175

736. **Evanson M, Van Der Kraak GJ** 2001 Stimulatory effects of selected PAHs on testosterone production in goldfish and rainbow trout and possible mechanisms of action. Comp Biochem Physiol C Toxicol Pharmacol 130:249–258

737. **Chaube R, Mishra S, Singh RK** 2010 In vitro effects of lead nitrate on steroid profiles in the post-vitellogenic ovary of the catfish Heteropneustes fossilis. Toxicol In Vitro 24: 1899–1904

738. **Helmestam M, Stavreus-Evers A, Olovsson M** 2010 Cadmium chloride alters mRNA levels of angiogenesis related genes in primary human endometrial endothelial cells grown in vitro. Reprod Toxicol 30:370–376

739. **Chen AC, Donovan SM** 2004 Genistein at a concentration present in soy infant formula inhibits Caco-2BBe cell proliferation by causing G2/M cell cycle arrest. J Nutr 134: 1303–1308

740. **El Touny LH, Banerjee PP** 2009 Identification of a biphasic role for genistein in the regulation of prostate cancer growth and metastasis. Cancer Res 69:3695–3703

741. **Guo JM, Xiao BX, Liu DH, Grant M, Zhang S, Lai YF, Guo YB, Liu Q** 2004 Biphasic effect of daidzein on cell growth of human colon cancer cells. Food Chem Toxicol 42:1641–1646

742. **Wang H, Zhou H, Zou Y, Liu Q, Guo C, Gao G, Shao C, Gong Y** 2010 Resveratrol modulates angiogenesis through the GSK3β/β-catenin/TCF-dependent pathway in human endothelial cells. Biochem Pharmacol 80:1386–1395

743. **Pedro M, Lourenço CF, Cidade H, Kijjoa A, Pinto M, Nascimento MS** 2006 Effects of natural prenylated flavones in the phenotypical ER (+) MCF-7 and ER (−) MDA-MB-231 human breast cancer cells. Toxicol Lett 164:24–36

744. **Almstrup K, Fernández MF, Petersen JH, Olea N, Skakkebaek NE, Leffers H** 2002 Dual effects of phytoestrogens result in U-shaped dose-response curves. Environ Health Perspect 110:743–748

745. **Pinto B, Bertoli A, Noccioli C, Garritano S, Reali D, Pistelli L** 2008 Estradiol-antagonistic activity of phenolic compounds from leguminous plants. Phytother Res 22:362–366

746. **Sanderson JT, Hordijk J, Denison MS, Springsteel MF, Nantz MH, van den Berg M** 2004 Induction and inhibition of aromatase (CYP19) activity by natural and synthetic flavonoid compounds in H295R human adrenocortical carcinoma cells. Toxicol Sci 82:70–79

747. **Elattar TM, Virji AS** 2000 The inhibitory effect of curcumin, genistein, quercetin and cisplatin on the growth of oral cancer cells in vitro. Anticancer Res 20:1733–1738

748. **Ahn NS, Hu H, Park JS, Park JS, Kim JS, An S, Kong G, Aruoma OI, Lee YS, Kang KS** 2005 Molecular mechanisms of the 2,3,7,8-tetrachlorodibenzo-p-dioxin-induced inverted U-shaped dose responsiveness in anchorage independent growth and cell proliferation of human breast epithelial cells with stem cell characteristics. Mutat Res 579: 189–199

749. **Dickerson SM, Guevara E, Woller MJ, Gore AC** 2009 Cell

Endocrine Reviews, June 2012, 33(3):0000–0000

death mechanisms in GT1–7 GnRH cells exposed to poly-chlorinated biphenyls PCB74, PCB118, PCB153. Toxicol Appl Pharmacol 237:237–245

750. Campagna C, Ayotte P, Sirard MA, Arsenault G, Laforest JP, Bailey JL 2007 Effect of an environmentally relevant metabolized organochlorine mixture on porcine cumulus-oocyte complexes. Reprod Toxicol 23:145–152

751. Gasnier C, Dumont C, Benachour N, Clair E, Chagnon MC, Séralini GE 2009 Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. Toxicology 262:184–191

752. Greenman SB, Rutten MJ, Fowler WM, Scheffler L, Shortridge LA, Brown B, Sheppard BC, Deveney KE, Deveney CW, Trunkey DD 1997 Herbicide/pesticide effects on intestinal epithelial growth. Pharmacology 75:85–93

753. Sreeramulu K, Liu R, Sharom FJ 2007 Interaction of insecticides with mammalian P-glycoprotein and their effect on its transport function. Biochim Biophys Acta 1768:1750–1757

754. Asp V, Ulleràs E, Lindström V, Bergström U, Oskarsson A, Brandt I 2010 Biphasic hormonal responses to the adrenocorticolytic DDT metabolite 3-methylsulfonyl-DDE in human cells. Toxicol Appl Pharmacol 242:281–289

755. Ralph JL, Orgebin-Crist MC, Lareyre JJ, Nelson CC 2003 Disruption of androgen regulation in the prostate by the environmental contaminant hexachlorobenzene. Environ Health Perspect 111:461–466

756. Ohlsson A, Ulleràs E, Oskarsson A 2009 A biphasic effect of the fungicide prochloraz on aldosterone, but not cortisol, secretion in human adrenal H295R cells: underlying mechanisms. Toxicol Lett 191:174–180

757. Ohlsson A, Cedergreen N, Oskarsson A, Ulleràs E 2010 Mixture effects of imidazole fungicides on cortisol and aldosterone secretion in human adrenocortical H295R cells. Toxicology 275:21–28

758. Kim KH, Bose DD, Ghogha A, Riehl J, Zhang R, Barnhart CD, Lein PJ, Pessah IN 2011 Para- and ortho-substitutions are key determinants of polybrominated diphenyl ether activity toward ryanodine receptors and neurotoxicity. Environ Health Perspect 119:519–526

759. Alm H, Scholz B, Kultima K, Nilsson A, Andrén PE, Savitski MM, Bergman A, Stigson M, Fex-Svenningsen A, Dencker L 2010 In vitro neurotoxicity of PBDE-99: immediate and concentration-dependent effects on protein expression in cerebral cortex cells. J Proteome Res 9:1226–1235

760. Sànchez JJ, Abreu P, González-Hernández T, Hernández A, Prieto L, Alonso R 2004 Estrogen modulation of adrenoceptor responsiveness in the female rat pineal gland: differential expression of intracellular estrogen receptors. J Pineal Res 37:26–35

761. Shelby MD, Newbold RR, Tully DB, Chae K, Davis VL 1996 Assessing environmental chemicals for estrogenicity using a combination of in vitro and in vivo assays. Environ Health Perspect 104:1296–1300

762. Dhir A, Kulkarni SK 2008 Antidepressant-like effect of 17β-estradiol: involvement of dopaminergic, serotonergic, and (or) sigma-1 receptor systems. Can J Physiol Pharmacol 86:726–735

763. Ribeiro AC, Pfaff DW, Devidze N 2009 Estradiol modulates behavioral arousal and induces changes in gene expression profiles in brain regions involved in the control of vigilance. Eur J Neurosci 29:795–801

764. Park CR, Campbell AM, Woodson JC, Smith TP, Fleshner M, Diamond DM 2006 Permissive influence of stress in the expression of a U-shaped relationship between serum corticosterone levels and spatial memory errors in rats. Dose Response 4:55–74

765. Abrahám I, Harkany T, Horvath KM, Veenema AH, Penke B, Nyakas C, Luiten PG 2000 Chronic corticosterone administration dose-dependently modulates Aβ(1–42)- and NMDA-induced neurodegeneration in rat magnocellular nucleus basalis. J Neuroendocrinol 12:486–494

766. Duclos M, Gouarne C, Martin C, Rocher C, Mormède P, Letellier T 2004 Effects of corticosterone on muscle mitochondria identifying different sensitivity to glucocorticoids in Lewis and Fischer rats. Am J Physiol Endocrinol Metab 286:E159–E167

767. Abrari K, Rashidy-Pour A, Semnanian S, Fathollahi Y, Jadid M 2009 Post-training administration of corticosterone enhances consolidation of contextual fear memory and hippocampal long-term potentiation in rats. Neurobiol Learn Mem 91:260–265

768. Spée M, Marchal L, Thierry AM, Chastel O, Enstipp M, Maho YL, Beaulieu M, Raclot T 2011 Exogenous corticosterone mimics a late fasting stage in captive Adelie penguins (Pygoscelis adeliae). Am J Physiol Regul Integr Comp Physiol 300:R1241–R1249

769. Sunny F, Oommen VO 2004 Effects of steroid hormones on total brain Na$^+$-K$^+$ ATPase activity in Oreochromis mossambicus. Indian J Exp Biol 42:283–287

770. Huggard D, Khakoo Z, Kassam G, Mahmoud SS, Habibi HR 1996 Effect of testosterone on maturational gonadotropin subunit messenger ribonucleic acid levels in the goldfish pituitary. Biol Reprod 54:1184–1191

771. Ren SG, Huang Z, Sweet DE, Malozowski S, Cassorla F 1990 Biphasic response of rat tibial growth to thyroxine administration. Acta Endocrinol (Copenh) 122:336–340

772. Houshmand F, Faghihi M, Zahediasl S 2009 Biphasic protective effect of oxytocin on cardiac ischemia/reperfusion injury in anaesthetized rats. Peptides 30:2301–2308

773. Boccia MM, Kopf SR, Baratti CM 1998 Effects of a single administration of oxytocin or vasopressin and their interactions with two selective receptor antagonists on memory storage in mice. Neurobiol Learn Mem 69:136–146

774. Tai SH, Hung YC, Lee EJ, Lee AC, Chen TY, Shen CC, Chen HY, Lee MY, Huang SY, Wu TS 2011 Melatonin protects against transient focal cerebral ischemia in both reproductively active and estrogen-deficient female rats: the impact of circulating estrogen on its hormetic dose-response. J Pineal Res 50:292–303

775. Cai JX, Arnsten AF 1997 Dose-dependent effects of the dopamine D1 receptor agonists A77636 or SKF81297 on spatial working memory in aged monkeys. J Pharmacol Exp Ther 283:183–189

776. Vijayraghavan S, Wang M, Birnbaum SG, Williams GV, Arnsten AF 2007 Inverted-U dopamine D1 receptor actions on prefrontal neurons engaged in working memory. Nat Neurosci 10:376–384

777. Palanza P, Parmigiani S, vom Saal FS 2001 Effects of prenatal exposure to low doses of diethylstilbestrol, o,p'DDT,

and methoxychlor on postnatal growth and neurobehavioral development in male and female mice. Horm Behav 40:252–265

778. Thuillier R, Wang Y, Culty M 2003 Prenatal exposure to estrogenic compounds alters the expression pattern of platelet-derived growth factor receptors $\alpha$ and $\beta$ in neonatal rat testis: identification of gonocytes as targets of estrogen exposure. Biol Reprod 68:867–880

779. Köhlerová E, Skarda J 2004 Mouse bioassay to assess oestrogenic and anti-oestrogenic compounds: hydroxytamoxifen, diethylstilbestrol and genistein. J Vet Med A Physiol Pathol Clin Med 51:209–217

780. Putz O, Schwartz CB, Kim S, LeBlanc GA, Cooper RL, Prins GS 2001 Neonatal low- and high-dose exposure to estradiol benzoate in the male rat. I. Effects on the prostate gland. Biol Reprod 65:1496–1505

781. Rochester JR, Forstmeier W, Millam JR 2010 Post-hatch oral estrogen in zebra finches (*Taeniopygia guttata*): is infertility due to disrupted testes morphology or reduced copulatory behavior? Physiol Behav 101:13–21

782. Vosges M, Le Page Y, Chung BC, Combarnous Y, Porcher JM, Kah O, Brion F 2010 17$\alpha$-Ethinylestradiol disrupts the ontogeny of the forebrain GnRH system and the expression of brain aromatase during early development of zebrafish. Aquat Toxicol 99:479–491

783. Gust M, Buronfosse T, Giamberini L, Ramil M, Mons R, Garric J 2009 Effects of fluoxetine on the reproduction of two prosobranch mollusks: *Potamopyrgus antipodarum* and *Valvata piscinalis*. Environ Pollut 157:423–429

784. Villeneuve DL, Knoebl I, Kahl MD, Jensen KM, Hammermeister DE, Greene KJ, Blake LS, Ankley GT 2006 Relationship between brain and ovary aromatase activity and isoform-specific aromatase mRNA expression in the fathead minnow (*Pimephales promelas*). Aquat Toxicol 76:353–368

785. Jones BA, Shimell JJ, Watson NV 2011 Pre- and postnatal Bisphenol A treatment results in persistent deficits in the sexual behavior of male rats, but not female rats, in adulthood. Horm Behav 59:246–251

786. Lemos MF, Esteves AC, Samyn B, Timperman I, van Beeumen J, Correia A, van Gestel CA, Soares AM 2010 Protein differential expression induced by endocrine disrupting compounds in a terrestrial isopod. Chemosphere 79:570–576

787. Nishizawa H, Morita M, Sugimoto M, Imanishi S, Manabe N 2005 Effects of *in utero* exposure to bisphenol A on mRNA expression of arylhydrocarbon and retinoid receptors in murine embryos. J Reprod Dev 51:315–324

788. Andrade AJ, Grande SW, Talsness CE, Grote K, Chahoud I 2006 A dose-response study following *in utero* and lactational exposure to di-(2-ethylhexyl)-phthalate (DEPH): non-monotonic dose-response and low dose effects on rat brain aromatase activity. Toxicology 227:185–192

789. Ge RS, Chen GR, Dong Q, Akingbemi B, Sottas CM, Santos M, Sealfon SC, Bernard DJ, Hardy MP 2007 Biphasic effects of postnatal exposure to diethylhexylphthalate on the timing of puberty in male rats. J Androl 28:513–520

790. Grande SW, Andrade AJ, Talsness CE, Grote K, Chahoud I 2006 A dose-response study following *in utero* and lactational exposure to di(2-ethylhexyl)phthalate: effects on

female rat reproductive development. Toxicol Sci 91:247–254

791. Vo TT, Jung EM, Dang VH, Yoo YM, Choi KC, Yu FH, Jeung EB 2009 Di-(2 ethylhexyl) phthalate and flutamide alter gene expression in the testis of immature male rats. Reprod Biol Endocrinol 7:104

792. Takano H, Yanagisawa R, Inoue K, Ichinose T, Sadakane K, Yoshikawa T 2006 Di-(2-ethylhexyl) phthalate enhances atopic dermatitis-like skin lesions in mice. Environ Health Perspect 114:1266–1269

793. Oliveira-Filho EC, Grisolia CK, Paumgartten FJR 2009 Trans-generation study of the effects of nonylphenol ethoxylate on the reproduction of the snail *Biomphalaria tenagophila*. Ecotoxicol Environ Saf 72:458–465

794. Duft M, Schulte-Oehlmann U, Weltje L, Tillmann M, Oehlmann J 2003 Stimulated embryo production as a parameter of estrogenic exposure via sediments in the freshwater mudsnail *Potamopyrgus antipodarum*. Aquat Toxicol 64:437–449

795. Oehlmann J, Schulte-Oehlmann U, Tillmann M, Markert B 2000 Effects of endocrine disruptors on prosobranch snails (Mollusca: Gastropoda) in the laboratory. Part I. bisphenol A and octylphenol as xeno-estrogens. Ecotoxicology 9:383–397

796. Maranghi F, Tassinari R, Marcoccia D, Altieri I, Catone T, De Angelis G, Testai E, Mastrangelo S, Evandri MG, Bolle P, Lorenzetti S 2010 The food contaminant semicarbazide acts as an endocrine disrupter: evidence from an integrated in vivo/in vitro approach. Chem Biol Interact 183:40–48

797. Giudice BD, Young TM 2010 The antimicrobial triclocarban stimulates embryo production in the freshwater mudsnail *Potamopyrgus antipodarum*. Environ Toxicol Chem 29:966–970

798. Love OP, Shutt LJ, Silfies JS, Bortolotti GR, Smits JE, Bird DM 2003 Effects of dietary PCB exposure on adrenocortical function in captive American kestrels (*Falco sparverius*). Ecotoxicology 12:199–208

799. Franceschini MD, Custer CM, Custer TW, Reed JM, Romero LM 2008 Corticosterone stress response in tree swallows nesting near polychlorinated biphenyl- and dioxin-contaminated rivers. Environ Toxicol Chem 27: 2326–2331

800. Axelstad M, Boberg J, Hougaard KS, Christiansen S, Jacobsen PR, Mandrup KR, Nellemann C, Lund SP, Hass U 2011 Effects of pre- and postnatal exposure to the UV-filter octyl methoxycinnamate (OMC) on the reproductive, auditory and neurological development of rat offspring. Toxicol Appl Pharmacol 250:278–290

801. Riegel AC, French ED 1999 Acute toluene induces biphasic changes in rat spontaneous locomotor activity which are blocked by remoxipride. Pharmacol Biochem Behav 62: 399–402

802. Fan F, Wierda D, Rozman KK 1996 Effects of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin on humoral and cell-mediated immunity in Sprague-Dawley rats. Toxicology 106: 221–228

803. Teeguarden JG, Dragan YP, Singh J, Vaughan J, Xu YH, Goldsworthy T, Pitot HC 1999 Quantitative analysis of dose- and time-dependent promotion of four phenotypes of altered hepatic foci by 2,3,7,8-tetrachlorodibenzo-*p*-di-

Endocrine Reviews, June 2012, 33(3):0000–0000

oxin in female Sprague-Dawley rats. Toxicol Sci 51:211–223

804. Höfer N, Diel P, Wittsiepe J, Wilhelm M, Kluxen FM, Degen GH 2010 Investigations on the estrogenic activity of the metallohormone cadmium in the rat intestine. Arch Toxicol 84:541–552

805. Zhang Y, Shen G, Yu Y, Zhu H 2009 The hormetic effect of cadmium on the activity of antioxidant enzymes in the earthworm *Eisenia fetida*. Environ Pollut 157:3064–3068

806. Sharma B, Patiño R 2009 Effects of cadmium on growth, metamorphosis and gonadal sex differentiation in tadpoles of the African clawed frog, *Xenopus laevis*. Chemosphere 76:1048–1055

807. Wang CR, Tian Y, Wang XR, Yu HX, Lu XW, Wang C, Wang H 2010 Hormesis effects and implicative application in assessment of lead-contaminated soils in roots of *Vicia faba* seedlings. Chemosphere 80:965–971

808. Fox DA, Kala SV, Hamilton WR, Johnson JE, O'Callaghan JP 2008 Low-level human equivalent gestational lead exposure produces supernormal scotopic electroretinograms, increased retinal neurogenesis, and decreased retinal dopamine utilization in rats. Environ Health Perspect 116:618–625

809. Chiang EC, Shen S, Kengeri SS, Xu H, Combs GF, Morris JS, Bostwick DG, Waters DJ 2009 Defining the optimal selenium dose for prostate cancer risk reduction: insights from the U-shaped relationship between selenium status, DNA damage, and apoptosis. Dose Response 8:285–300

810. Harding LE 2008 Non-linear uptake and hormesis effects of selenium in red-winged blackbirds (*Agelaius phoeniceus*). Sci Total Environ 389:350–366

811. Wisniewski AB, Cernetich A, Gearhart JP, Klein SL 2005 Perinatal exposure to genistein alters reproductive development and aggressive behavior in male mice. Physiol Behav 84:327–334

812. Anderson JJ, Ambrose WW, Garner SC 1998 Biphasic effects of genistein on bone tissue in the ovariectomized, lactating rat model. Proc Soc Exp Biol Med 217:345–350

813. Dey A, Guha P, Chattopadhyay S, Bandyopadhyay SK 2009 Biphasic activity of resveratrol on indomethacin-induced gastric ulcers. Biochem Biophys Res Commun 381:90–95

814. Boccia MM, Kopf SR, Baratti CM 1999 Phlorizin, a competitive inhibitor of glucose transport, facilitates memory storage in mice. Neurobiol Learn Mem 71:104–112

815. Brodeur JC, Svartz G, Perez-Coll CS, Marino DJ, Herkovits J 2009 Comparative susceptibility to atrazine of three developmental stages of *Rhinella arenarum* and influence on metamorphosis: non-monotonous acceleration of the time to climax and delayed tail resorption. Aquat Toxicol 91:161–170

816. Freeman JL, Beccue N, Rayburn AL 2005 Differential metamorphosis alters the endocrine response in anuran larvae exposed to T3 and atrazine. Aquat Toxicol 75:263–276

817. Undeðer U, Schlumpf M, Lichtensteiger W 2010 Effect of the herbicide pendimethalin on rat uterine weight and gene expression and in silico receptor binding analysis. Food Chem Toxicol 48:502–508

818. Cavieres MF, Jaeger J, Porter W 2002 Developmental toxicity of a commercial herbicide mixture in mice. I. Effects on embryo implantation and litter size. Environ Health Perspect 110:1081–1085

819. Zorrilla LM, Gibson EK, Stoker TE 2010 The effects of simazine, a chlorotriazine herbicide, on pubertal development in the female Wistar rat. Reprod Toxicol 29:393–400

820. Bloomquist JR, Barlow RL, Gillette JS, Li W, Kirby ML 2002 Selective effects of insecticides on nigrostriatal dopaminergic nerve pathways. Neurotoxicology 23:537–544

821. Lassiter TL, Brimijoin S 2008 Rats gain excess weight after developmental exposure to the organophosphorothionate pesticide, chlorpyrifos. Neurotoxicol Teratol 30:125–130

822. Wu H, Zhang R, Liu J, Guo Y, Ma E 2011 Effects of malathion and chlorpyrifos on acetylcholinesterase and antioxidant defense system in *Oxya chinensis* (Thunberg) (Orthoptera: Acrididae). Chemosphere 83:599–604

823. Muthuviveganandavel V, Muthuraman P, Muthu S, Srikumar K 2008 Toxic effects of carbendazim at low dose levels in male rats. J Toxicol Sci 33:25–30

824. Laughlin GA, Goodell V, Barrett-Connor E 2010 Extremes of endogenous testosterone are associated with increased risk of incident coronary events in older women. J Clin Endocrinol Metab 95:740–747

825. Kratzik CW, Schatzl G, Lackner JE, Lunglmayr G, Brandstätter N, Rücklinger E, Huber J 2007 Mood changes, body mass index and bioavailable testosterone in healthy men: results of the Androx Vienna Municipality Study. BJU Int 100:614–618

826. Floege J, Kim J, Ireland E, Chazot C, Drueke T, de Francisco A, Kronenberg F, Marcelli D, Passlick-Deetjen J, Schernthaner G, Fouqueray B, Wheeler DC 2010 Serum iPTH, calcium and phosphate, and the risk of mortality in a European haemodialysis population. Nephrol Dial Transplant 26:1948–1955

827. Danese MD, Kim J, Doan QV, Dylan M, Griffiths R, Chertow GM 2006 PTH and the risk for hip, vertebral, and pelvic fractures among patients on dialysis. Am J Kidney Dis 47:149–156

828. Tan ZS, Beiser A, Vasan RS, Au R, Auerbach S, Kiel DP, Wolf PA, Seshadri S 2008 Thyroid function and the risk of Alzheimer disease: the Framingham Study. Arch Intern Med 168:1514–1520

829. Tanaka M, Fukui M, Tomiyasu K, Akabame S, Nakano K, Hasegawa G, Oda Y, Nakamura N 2010 U-shaped relationship between insulin level and coronary artery calcification (CAC). J Atheroscler Thromb 17:1033–1040

830. Pyörälä M, Miettinen H, Laakso M, Pyörälä K 2000 Plasma insulin and all-cause, cardiovascular, and noncardiovascular mortality: the 22-year follow-up results of the Helsinki Policemen Study. Diabetes Care 23:1097–1102

831. Kumari M, Chandola T, Brunner E, Kivimaki M 2010 A nonlinear relationship of generalized and central obesity with diurnal cortisol secretion in the Whitehall II study. J Clin Endocrinol Metab 95:4415–4423

832. Bremmer MA, Deeg DJ, Beekman AT, Penninx BW, Lips P, Hoogendijk WJ 2007 Major depression in late life is associated with both hypo- and hypercortisolemia. Biol Psychiatry 62:479–486

833. Lee DH, Steffes MW, Sjödin A, Jones RS, Needham LL, Jacobs Jr DR 2010 Low dose of some persistent organic

pollutants predicts type 2 diabetes: a nested case-control study. Environ Health Perspect 118:1235–1242

834. Mendez MA, Garcia-Esteban R, Guxens M, Vrijheid M, Kogevinas M, Goñi F, Fochs S, Sunyer J 2011 Prenatal organochlorine compound exposure, rapid weight gain, and overweight in infancy. Environ Health Perspect 119: 272–278

835. Cho MR, Shin JY, Hwang JH, Jacobs DR Jr, Kim SY, Lee DH 2011 Associations of fat mass and lean mass with bone mineral density differ by levels of persistent organic pollutants: National Health and Nutrition Examination Survey 1999–2004. Chemosphere 82:1268–1276

836. Monica Lind P, Lind L 10 May 2011 Circulating levels of bisphenol A and phthalates are related to carotid atherosclerosis in the elderly. Atherosclerosis 10.1016/j.atherosclerosis.2011.005.1001

837. Melzer D, Rice N, Depledge MH, Henley WE, Galloway TS 2010 Association between serum perfluorooctanoic acid (PFOA) and thyroid disease in the U.S. National Health and Nutrition Examination Survey. Environ Health Perspect 118:686–692

838. Trabert B, De Roos AJ, Schwartz SM, Peters U, Scholes D, Barr DB, Holt VL 2010 Non-dioxin-like polychlorinated biphenyls and risk of endometriosis. Environ Health Perspect 118:1280–1285

839. Kim KY, Kim DS, Lee SK, Lee IK, Kang JH, Chang YS, Jacobs DR, Steffes M, Lee DH 2010 Association of low-dose exposure to persistent organic pollutants with global DNA hypomethylation in healthy Koreans. Environ Health Perspect 118:370–374

840. Laclaustra M, Navas-Acien A, Stranges S, Ordovas JM, Guallar E 2009 Serum selenium concentrations and diabetes in U.S. adults: National Health and Nutrition Examination Survey (NHANES) 2003–2004. Atherosclerosis 117:1409–1413

841. Laclaustra M, Stranges S, Navas-Acien A, Ordovas JM, Guallar E 2010 Serum selenium and serum lipids in US adults: National Health and Nutrition Examination Survey (NHANES) 2003–2004. Atherosclerosis 210:643–648

842. Ahmed S, Mahabbat-e Khoda S, Rekha RS, Gardner RM, Ameer SS, Moore S, Ekström EC, Vahter M, Raqib R 2011 Arsenic-associated oxidative stress, inflammation, and immune disruption in human placenta and cord blood. Environ Health Perspect 119:258–264

843. Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO 2010 Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology 21:433–439

844. Wirth JJ, Rossano MG, Daly DC, Paneth N, Puscheck E, Potter RC, Diamond MP 2007 Ambient manganese exposure is negatively associated with human sperm motility and concentration. Epidemiology 18:270–273

845. Lee DH, Lee IK, Porta M, Steffes M, Jacobs Jr DR 2007 Relationship between serum concentrations of persistent organic pollutants and the prevalence of metabolic syndrome among non-diabetic adults: results from the National Health and Nutrition Examination Survey 1999–2002. Diabetologia 50:1841–1851





# Natural Gas and the Transformation of the U.S. Energy Sector: Electricity

Jeffrey Logan, Garvin Heath, and Jordan Macknick
*National Renewable Energy Laboratory*

Elizabeth Paranhos and William Boyd
*University of Colorado Law School*

Ken Carlson
*Colorado State University*

The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University.

**Technical Report**
NREL/TP-6A50-55538
November 2012

Contract No. DE-AC36-08GO28308



JİSEA

Joint Institute for
Strategic Energy Analysis

# Natural Gas and the Transformation of the U.S. Energy Sector: Electricity

Jeffrey Logan, Garvin Heath, and Jordan Macknick
*National Renewable Energy Laboratory*

Elizabeth Paranhos and William Boyd
*University of Colorado Law School*

Ken Carlson
*Colorado State University*

Prepared under Task No. WWJI.1010

**The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University.**

JISEA® and all JISEA-based marks are trademarks or registered trademarks of the Alliance for Sustainable Energy, LLC.

The Joint Institute for
Strategic Energy Analysis
15013 Denver West Parkway
Golden, CO 80401
303-275-3000 • www.jisea.org

**Technical Report**
NREL/TP-6A50-55538
November 2012

Contract No. DE-AC36-08GO28308

**NOTICE**

This report was prepared by the Joint Institute for Strategic Energy Analysis and funded by its corporate sponsors. The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University. Neither the United States government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States government or any agency thereof.

Available electronically at http://www.osti.gov/bridge

Available for a processing fee to U.S. Department of Energy
and its contractors, in paper, from:

U.S. Department of Energy
Office of Scientific and Technical Information
P.O. Box 62
Oak Ridge, TN 37831-0062
phone: 865.576.8401
fax: 865.576.5728
email: mailto:reports@adonis.osti.gov

Available for sale to the public, in paper, from:

U.S. Department of Commerce
National Technical Information Service
5285 Port Royal Road
Springfield, VA 22161
phone: 800.553.6847
fax: 703.605.6900
email: orders@ntis.fedworld.gov
online ordering: http://www.ntis.gov/help/ordermethods.aspx

Cover Photos: (left to right) PIX 12721, PIX 13995, © GM Corp., PIX 16161, PIX 15539, PIX 16701

Printed on paper containing at least 50% wastepaper, including 10% post consumer waste.

# About JISEA

The Joint Institute for Strategic Energy Analysis (JISEA) conducts interdisciplinary research—realized through teams drawn from the founding partners and a network of national and global affiliates—and provides objective and credible data, tools, and analysis to guide global energy investment and policy decisions. JISEA is focused on providing leading analysis; guiding decisions on energy, investment, and policy; and answering questions that enable a cost-effective transition to sustainable energy at significant speed and scale, while minimizing unintended impacts.

JISEA is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory (NREL), the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University. Each institution brings a unique set of capabilities to the partnership.

Learn more at JISEA.org.

# Foreword

We are very pleased to present this work on natural gas and the transformation of the United States' power sector. The subject is both highly topical and divisive. Very few people saw the dramatic changes coming that are being witnessed in the U.S. natural gas sector. The critical role of unconventional gas—and specifically, shale gas—has been dramatic. The changes taking place in the U.S. natural gas sector go well beyond the boundaries of traditional energy-sector analysis. They touch on areas as diverse as foreign policy and industrial competitiveness.

This makes the topic ripe for robust analytical work, which is the role of the Joint Institute for Strategic Energy Analysis (JISEA).

To help inform both the national and international dialogue on this subject, we have focused on a few key areas critical to decision makers.  These issues include greenhouse gas emissions, regulatory interventions, water management, and the portfolio of generation in the power sector.

As part of our series of studies on the U.S. energy system, this body of work continues to elucidate details related to life cycle greenhouse gas emissions of shale gas relative to other options for power generation. It also contributes new analysis related to water and regulatory frameworks that are evolving apace. Additionally, we evaluate various pathways for the evolution of the electric sector given a range of options for natural gas, other technologies, and policy.

Although the four principal areas of focus in this report are closely interrelated, each has its own specific needs in terms of analysis, investment risk, and policy design. We have presented detailed consideration of each area, with further appended supporting material, to contribute to the ongoing and increasing national and international dialogue.

We hope you enjoy the report and find the results and discussion useful for your work.

**Douglas J. Arent**
**Executive Director, JISEA**

# Preface

This report was developed with guidance from a cross-section of natural gas and electricity sector stakeholders. In 2011, JISEA convened a workshop with representatives from these organizations, some of whom also provided financial support for this work. That workshop resulted in identifying several key analytical issues for natural gas in the electric power sector that need to be addressed. Research, analysis, and writing were performed independently by the authors, with editorial oversight by JISEA. This study has been extensively peer reviewed. Findings, content, and conclusions of this study are the sole responsibility of the JISEA study team. JISEA provides objective information so that decision makers can make informed choices, but does not make its own policy recommendations.

Although the sponsoring organizations provided invaluable perspective and advice to the study group, individual members may have different views on one or more matters addressed in the report. The sponsoring organizations were not asked individually or collectively to endorse the report findings nor should any implied endorsement by the sponsoring organizations be assumed.

# Authors

**Jeffrey Logan,** Lead Author, Introduction and Chapters 4 and 5. Mr. Logan is a Senior Research Analyst and Section Supervisor at NREL. He has two decades of experience in clean energy policy analysis and project management, including prior appointments at the International Energy Agency in Paris and the Congressional Research Service in Washington, D.C.

**Garvin Heath**, Ph.D., Lead Author, Chapter 1. Dr. Heath is a Senior Scientist at NREL. He has 18 years of experience evaluating environmental impacts of energy technologies, both at NREL and the U.S. Environmental Protection Agency.

**Elizabeth deLone Paranhos**, J.D., Lead Author, Chapter 2. Ms. Paranhos is a Senior Research Fellow, Energy Innovation Initiative, University of Colorado Law School. She is an environmental attorney specializing in clean air and energy policy with ten years of experience. For the past three years, her practice has focused primarily on natural gas activities.

**William Boyd**, J.D., PhD, Co-Author, Chapter 2. Mr. Boyd is an associate professor at the University of Colorado Law School, where he teaches and conducts research in the areas of energy law and regulation, environmental law, and climate change law and policy. He is a fellow of the Renewable and Sustainable Energy Institute and serves as the University of Colorado representative on the JISEA program committee.

**Ken Carlson**, Ph.D., Lead Author, Chapter 3. Dr. Carlson is an Associate Professor in Civil and Environmental Engineering, Colorado State University, and the Director of the Colorado Energy Water Consortium (http://cewc.colostate.edu). He has 16 years of experience in energy and water engineering issues.

**Jordan Macknick,** Co-Author, Chapter 3. Mr. Macknick is an Energy and Environmental Analyst at NREL. He has seven years of experience evaluating international energy and water issues.

**Contributing NREL Authors**:  Noah Fisher, James Meldrum, Ph.D. (Chapter 1); Courtney Lee (Chapter 3); Anthony Lopez, Trieu Mai (Chapter 4).

**Study Director:**  Lynn Billman. Ms. Billman is a Senior Research Analyst and Section Supervisor at NREL. She has many years of experience leading major projects at NREL in all areas of renewable energy and energy efficiency.

## Suggested Citation

Joint Institute for Strategic Energy Analysis (JISEA). 2012. Natural Gas and the Transformation of the U.S. Energy Sector: Electricity. Logan, J., Heath, G., Paranhos, E., Boyd, W., Carlson, K., Macknick, J. *NREL/TP-6A50-55538*. Golden, CO, USA: National Renewable Energy Laboratory.

# Acknowledgments

The JISEA institutional partner universities—University of Colorado-Boulder, Colorado School of Mines, Colorado State University, Massachusetts Institute of Technology, Stanford University—provided instrumental support throughout this study effort. The engagement of our partner universities made this report possible.

The authors would like to thank the following individuals for research assistance:  Ashwin Dhanasekar, Shane White, and Xiaochen Yang of Colorado State University; Katie Patterson and Jamie Cavanaugh of the University of Colorado Law School; and Carolyn Davidson, Andrew Martinez, Patrick O'Donoughue, and Vanessa Pineda of the National Renewable Energy Laboratory.

We would like to thank the following organizations for their support and steering committee engagement: British Petroleum; Colorado Oil and Gas Association; ConocoPhillips; DB Climate Change Advisors; Electric Power Research Institute; GE Energy; National Grid; Southern Company; UBS Global Asset Management; and Xcel Energy.

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise. These reviews serve to make this report as technically sound as possible, and they ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study scope.

We wish to thank the following individuals for their participation in the review of this report:

- Dan Bakal, Monika Freyman, Joe Kwasnik, and Ryan Salmon, CERES, and also for their engagement on the steering committee
- Dr. Stanley Bull, Midwest Research Institute
- Mr. Christopher Carr, J.D., C2E2 Strategies LLC
- Dr. Christa Court, Midwest Research Institute at the National Energy Technology Laboratory
- Dr. David Kline, NREL
- Dr. Joel Swisher, Stanford University and Rocky Mountain Institute
- Dr. Sue Tierney, The Analysis Group
- Dr. Azra Tutuncu, Colorado School of Mines
- Dr. Michael Webber, University of Texas
- Mr. Jeffrey Withum, Midwest Research Institute at the National Energy Technology Laboratory
- Dr. Mark Zoback, Stanford University

Additionally, the authors are grateful for review of Chapter 1 by Tim Skone of the National Energy Technology Laboratory and by Joe Marriott of Booz Allen Hamilton, who supports the National Energy Technology Laboratory. Prof. Hannah Wiseman of the Florida State University College of Law and Jon Goldstein with The Environmental Defense Fund also provided insightful review and helpful comments on the regulatory chapter. Daniel Steinberg of the National Renewable Energy Laboratory also provided key suggestions for the modeling scenarios.

# Acronyms and Abbreviations

| | |
|---|---|
| AGR | acid gas removal |
| bbl | barrels |
| Bcf | billion cubic feet |
| Bcf/d | billion cubic feet per day |
| BLM | Bureau of Land Management |
| Btu | British thermal unit(s) |
| CBM | coal-bed methane |
| CCS | carbon capture and sequestration |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CES | clean energy standard (also known as clean electricity standard) |
| cf | cubic feet |
| $CH_4$ | methane, the primary component of natural gas |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalent |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CSP | concentrating solar power |
| CWTs | centralized waste treatment facilities |
| EIA | Energy Information Administration |
| EPA | Environmental Protection Agency |
| EUR | estimated ultimate recovery |
| FF | frac flowback (water) |
| g | gram(s) |
| GHG | greenhouse gas |
| GIS | geographic information system |
| GW | gigawatt(s) |
| hp | horsepower |
| hr | hour |
| kg | kilogram(s) |
| kWh | kilowatt-hour(s) |
| lb | pound(s) |
| LCA | life cycle assessment |
| LNG | liquefied natural gas |
| MJ | megajoules |
| Mcf | thousand cubic feet |
| MMBtu | million British thermal unit(s) |
| NG-CC | natural gas combined-cycle |
| NG-CCS | natural gas generator with carbon capture and sequestration |
| NG-CT | natural gas combustion turbine |
| NGLs | natural gas liquids |
| $NO_x$ | nitrogen oxides |
| NREL | National Renewable Energy Laboratory |
| NSPS | New Source Performance Standards |
| POTWs | publicly owned treatment works |
| PW | produced water |
| PV | photovoltaic |

RE            renewable energy (also known as renewable electricity)
RE Futures    Renewable Electricity Futures Study
ReEDS         Regional Energy Deployment System
SCC           Source Classification Code
scf           standard cubic foot
SEAB          Secretary of Energy Advisory Board Shale Gas Production
SolarDS       Solar Deployment System
TCEQ          Texas Commission on Environmental Quality
Tcf           trillion cubic feet
Tg            teragram(s), or million metric ton(s)
VOC           volatile organic compound
yr            year

# Table of Contents

About JISEA ............................................................................................................................... iii
Foreword ................................................................................................................................... iv
Preface ....................................................................................................................................... v
Acknowledgments .................................................................................................................. vii
Acronyms and Abbreviations .............................................................................................. viii
Executive Summary .................................................................................................................. 1
Introduction ............................................................................................................................. 11
1   Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Used to Generate Electricity . 16
    1.1 Introduction ................................................................................................................... 16
    1.2 Methods and Data ........................................................................................................ 19
    1.3 Results ........................................................................................................................... 24
    1.4 Conclusions ................................................................................................................... 35
2   Regulatory Framework Governing Unconventional Gas Development ....................... 38
    2.1 Introduction ................................................................................................................... 38
    2.2 Federal Legal Framework ........................................................................................... 43
    2.3 State Statutory and Regulatory Frameworks ......................................................... 52
    2.4 Local Regulation and Social License to Operate .................................................. 61
    2.5 Best Management Practices ....................................................................................... 64
    2.6 Conclusion and Key Findings ..................................................................................... 65
3   Key Issues, Challenges, and Best Management Practices Related to Water Availability and
    Management .......................................................................................................................... 67
    3.1 Introduction and Objectives ....................................................................................... 67
    3.2 Importance of Water for Shale Gas Development .................................................. 68
    3.3 Assessment of Risks to Water Quantity and Water Quality ................................. 69
    3.4 Data Availability and Gaps ......................................................................................... 86
    3.5 Best Management Practices (BMP) ........................................................................... 87
    3.6 Summary ........................................................................................................................ 89
    3.7 Conclusions and Next Steps ...................................................................................... 90
4   Natural Gas Scenarios in the U.S. Power Sector ........................................................... 91
    4.1 Overview of Power Sector Futures ............................................................................ 91
    4.2 Assumptions and Limitations ..................................................................................... 92
    4.3 Reference Scenario ...................................................................................................... 94
    4.4 Coal Scenario ............................................................................................................... 99
    4.5 Clean Energy Standard Scenario ............................................................................. 103
    4.6 Advanced Technology Scenario ............................................................................... 109
    4.7 Natural Gas Supply and Demand Variations Scenario ........................................ 112
    4.8 Conclusions for Power Sector Modeling ................................................................ 118
5   Conclusions and Follow-On Research Priorities ........................................................... 120
    5.1 Conclusions ................................................................................................................. 120
    5.2 Follow-on Research ................................................................................................... 121
Appendix A:  Shifting Coal Generation in U.S. States ...................................................... 122
Appendix B:  Details and Considerations of Methods ...................................................... 131
Appendix C:  Requirements, Standards, and Reporting ................................................... 167
Appendix D:  Risk Factor Data ............................................................................................. 182
Appendix E:  Assumptions Used in ReEDS .......................................................................... 208
Glossary .................................................................................................................................. 217
References .............................................................................................................................. 221

# List of Figures

Figure 1. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization............................................................ 4

Figure 2. Range of electricity generated from natural gas plants in the scenario analysis.............. 9

Figure 3. Volatility in fossil fuel costs for power generators ................................................ 12

Figure 4. Coal-fired electricity generation is declining rapidly as the use of natural gas and renewable energy expand......................................................................................... 13

Figure 5. Counties with non-zero gas production from the Barnett Shale formation in 2009, and other demarcations of the Barnett Shale area in Texas (TRRC 2012)................................. 19

Figure 6.  A life cycle assessment of electricity generated from natural gas involves estimating the GHG emissions from each life cycle stage....................................................................... 20

Figure 7. Greenhouse gas sources belonging to the natural gas industry in the 22-county Barnett Shale area; many are potentially controllable ............................................................... 22

Figure 8. Combustion at the power plant contributes the majority of GHG emissions from the life cycle of electricity generated from Barnett Shale gas............................................................ 26

Figure 9. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization.......................................................... 28

Figure 10. Inventory-based analysis of production and processing fuel cycle stages showing that the majority of GHG emissions are $CO_2$ resulting from combustion, although the $CO_2$e from methane emissions is significant .............................................................................. 31

Figure 11. EPA map of Underground Injection Control Program Primacy ............................... 45

Figure 12. Variation in the rules for six states of rules covering natural gas fracking ................ 62

Figure 13. Description of shale gas development risks and characterization metrics ................... 67

Figure 14. Water quality risks by phase of natural gas production............................................ 70

Figure 15. Total number of producing wells in shale gas plays, 2009–2011 (TRRC 2012c; COGCC 2012b; LADNR 2012; PA DEP 2012a; Eagle Ford Shale 2012). ........................................ 71

Figure 16. Average water use per well (in millions of gallons) for five regions (2011) (Fracfocus.org). .................................................................................................... 72

Figure 17. Water use per well for four formations, in millions of gallons. (fracfocus.org) ............. 72

Figure 18.  Wastewater production and total recycling at shale gas operations in Pennsylvania in 2011 (PA DEP 2012b)........................................................................................ 73

Figure 19. Six shale plays considered in this study.......................................................... 75

Figure 20. Mining water withdrawals as a percent of total water withdrawals, 2005 (Kenny 2009). 79

Figure 21. Schematic of well that includes several strings of casing and layers of cement ........... 81

Figure 22. Colorado wastewater treatment methods, 2008–2011 (COGCC 2012a) .......................... 83

Figure 23. Pennsylvania wastewater treatment methods, 2008–2011 (PA DEP 2012b)..................... 84

Figure 24. Scenarios evaluated in the power sector futures............................................... 92

Figure 25. Projected capacity in the Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases........................................... 96

Figure 26. Projected generation in Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases........................................... 97

Figure 27. Selected metrics for the Reference scenario, 2010–2050.................................... 98

Figure 28. Assumed distribution of retirements in the Coal scenario by percentage of total coal capacity retired in 2025 in each balancing area of ReEDS ......................................... 101

Figure 29. Impacts of coal plant retirements and no new coal without CCS compared to the baseline for 2030 and 2050 ................................................................................ 102

Figure 30. Selected metrics for the Coal cases, 2010–2050 ................................................ 102

Figure 31. Projected generation in CES scenario, 2010–2050 for CES – High-EUR, CES – High-EUR, without CCS; and CES – Low-EUR cases ............................................................... 105

Figure 32. Selected metrics for the CES scenario, 2010–2050........................................... 107

Figure 33. Map of new transmission required by 2050 in the CES – High-EUR case, and measures of new transmission needed in all cases, 2010–2050 ................................................................ 108
Figure 34. Generation in the Advanced Technology scenario, 2010–2050 ...................................... 111
Figure 35. Selected metrics for the Advanced Technology scenario, 2010–2050 ........................... 112
Figure 36. Selected metrics for the Natural Gas Supply Cost Variation case, 2010–2050 ............. 115
Figure 37. EIA LNG export scenarios and their projected impacts on domestic natural gas prices, 2010–2035 .................................................................................................................................. 116
Figure 38. Power generation mix in the Dash-to-Gas case ............................................................. 117
Figure 39. Selected metrics for the Dash-to-Gas case, 2010–2050 ................................................ 118
Figure 41. Changes in coal percentage of total net generation at the state level, 2008–2012........ 122
Figure 42. Changes in generation mix in Delaware; 2005–early 2012 ............................................ 123
Figure 43. Changes in generation mix in Tennessee; 2005–early 2012 .......................................... 123
Figure 44. Changes in generation mix in Georgia; 2005–early 2012 .............................................. 124
Figure 45. Changes in generation mix in Alabama; 2005–early 2012 ............................................. 124
Figure 46. Changes in generation mix in South Dakota; 2005–early 2012...................................... 125
Figure 47. Changes in generation mix in Mississippi; 2005–early 2012 ......................................... 125
Figure 48. Changes in generation mix in Virginia; 2005–early 2012............................................... 126
Figure 49. Changes in generation mix in Ohio; 2005–early 2012.................................................... 126
Figure 50. Changes in generation mix in North Carolina; 2005–early 2012.................................... 127
Figure 51. Changes in generation mix in Wisconsin; 2005–early 2012........................................... 127
Figure 52. Changes in generation mix in Michigan; 2005–early 2012 ............................................ 128
Figure 53. Changes in generation mix in Pennsylvania; 2005–early 2012...................................... 128
Figure 54. Changes in generation mix in Indiana; 2005–early 2012 ............................................... 129
Figure 55. Changes in generation mix in Massachusetts; 2005–early 2012 ................................... 129
Figure 56. Changes in generation mix in Iowa; 2005–early 2012.................................................... 130
Figure 57. Composition of production gas by county ....................................................................... 139
Figure 58. Variation among gas compositions across the 22 counties of the Barnett Shale play. 140
Figure 59. Distribution of site-level emissions allocated to gas....................................................... 144
Figure 60. County-level gas production co-products by heat content............................................... 145
Figure 61. Basin-level gas processing co-products by heat content ................................................ 146
Figure 62. Proportion of GHG emissions associated with co-products ........................................... 147
Figure 63. Extent of Marcellus Shale ............................................................................................... 182
Figure 64. Marcellus Shale permits issued vs. number of wells drilled (PA DEP 2011b)............... 183
Figure 66. Histogram for 100 wells of total volumes (gallons) (fracfocus.org) ............................... 184
Figure 67. Total volume of produced water, 2006–2011 (PA DEP 2012b) ...................................... 186
Figure 68. Average volume of produced water per well, 2006–2011 (PA DEP 2012b) ................... 186
Figure 69. Pennsylvania violations (NEPA 2012)............................................................................. 188
Figure 70. Extent of Barnett Shale ................................................................................................... 189
Figure 71. Wells in Barnett Shale, 1995-2010 (TRRC, 2012c) ....................................................... 190
Figure 72. Gas production in the Barnett Shale (bcf), 1995-2010 (TRRC, 2012e)........................... 191
Figure 73. Histogram of 100 wells for total water volume (gallons) (fracfocus.org)........................ 192
Figure 74. Texas violations (Wiseman 2012).................................................................................... 193
Figure 75. Extent of Eagle Ford Shale play (Eagle Ford Shale 2012) ............................................ 194
Figure 76. Number of producing oil and gas wells in Eagle Ford (Eagle Ford Shale 2012)........... 195
Figure 77. Fresh-water use in Eagle Ford per well (fracfocus.org) ................................................. 196
Figure 78. Extent of Haynesville Shale ............................................................................................ 197
Figure 79. Monthly well count (2006–2011) (LADNR 2012b)........................................................... 197
Figure 80. Monthly gas production (2009–2011) (EIA 2011) ........................................................... 198
Figure 81. Fresh-water use for 100-well sample (fracfocus.org)...................................................... 199
Figure 82. Louisiana violations (Wiseman 2012) ............................................................................. 199
Figure 83. Extent of the San Juan Basin (USGS 2002a)................................................................. 200
Figure 84. Water disposal volumes and methods in La Plata County (million gallons) (COGCC 2012a)......................................................................................................................................... 202
Figure 85. Extent of Green River Formation..................................................................................... 203
Figure 86.  Fresh-water use for 100-well sample (fracfocus.org)..................................................... 204
Figure 87. Volumes of hydraulic fracturing water (fracfocus.org).................................................... 205

# List of Tables

Table 1. Loss of Produced Gas along the Fuel Cycle ..................................................................... 30
Table 2. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Inventoried
     GHG Emissions for the Barnett Shale Play ................................................................... 32
Table 3. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Estimated
     Production Emissions at the County-Level ................................................................... 33
Table 4. Description of Shale Plays and Basins Studied ................................................................ 41
Table 5. Compliance Monitoring and Enforcement Capabilities ................................................... 60
Table 6. Example Composition of Hydraulic Fracturing Fluids (GWPC and ALL Consulting 2009;
     API 2010) ........................................................................................................................... 81
Table 7. Estimates of Total Gallons of Chemicals Used per Well ................................................. 82
Table 8. Overview of Data Availability .......................................................................................... 87
Table 9. Description of Reference Scenario ................................................................................... 94
Table 10. Description of Coal Scenario .......................................................................................... 99
Table 11. Description of CES Scenario ......................................................................................... 103
Table 12. Assumed Reductions in Capital Costs for the Advanced Technology Scenario ........... 109
Table 13. Assumed On-shore Wind Improvements in Capacity Factors for the Advanced
     Technology Scenario ....................................................................................................... 109
Table 14. Description of Advanced Technology Scenario ............................................................ 110
Table 15. Description of Natural Gas Supply and Demand Variations Scenario .......................... 113
Table 16. Non-Power Sector Natural Gas Demand Assumptions in the Natural Gas Demand
     Variations Case ................................................................................................................ 117
Table 17. Composition of Production Gas and Produced-Water Flash Gas in Barnett Shale
     Counties .......................................................................................................................... 141
Table 18. 2009 Production Volumes from Barnett Shale Counties .............................................. 142
Table 19. EPA's AP-42 Compilation of Air Pollutant Emission Factors ....................................... 149
Table 20. Count of Usability for each GHG Emissions Estimation Method for $CO_2$ and Methane . 150
Table 21. Life Cycle GHG Emissions Values (g $CO_2$e/kWh,100-yr) ............................................. 166
Table 22. State Revisions to Oil and Gas Laws ............................................................................ 167
Table 23. Fracking Fluid Disclosure Requirements ..................................................................... 168
Table 24. Water Acquisition Requirements ................................................................................. 170
Table 25. Well Construction Standards ........................................................................................ 172
Table 26. Baseline Monitoring Requirements .............................................................................. 174
Table 27. Closed-Loop or Pitless Drilling Requirements ............................................................. 175
Table 28. Produced Water Disposal ............................................................................................. 176
Table 29. Green Completion Requirements ................................................................................. 178
Table 30. Setback Requirements ................................................................................................. 180
Table 31. Analysis of Water Usage per Well (gallons) for 102 Marcellus Wells (fracfocus.org) ..... 183
Table 32.  Average Water Volume per Well by Well Type (gallons) (fracfocus.org) ...................... 184
Table 33. Summary of Brine Produced (thousands of gallons) (PA DEP 2012b) ......................... 185
Table 34. Summary of Fracking Fluid Produced (thousands of gallons) (PA DEP 2012b) ............ 185
Table 35. Pennsylvania Violations (NEPA 2012) .......................................................................... 188
Table 36. Statistics of Water Use (Gallons) (fracfocus.org) ......................................................... 191
Table 37. Texas Violations (Wiseman 2012) ................................................................................ 193
Table 38. Fresh Water Use in Eagle Ford (in gallons) (fracfocus.org) ......................................... 195
Table 39. Analysis of Water Usage for 100 Haynesville Shale Wells (fracfocus.org) ................... 198
Table 40. Louisiana Violations (Wiseman 2012) .......................................................................... 200
Table 41. Oil, Gas, and Water Production in La Plata County (COGCC 2012a) ............................. 201
Table 42.  Produced Water and Disposal Method in La Plata County (Million Gallons)
     (COGCC 2012a) ................................................................................................................. 201
Table 43. Produced Water and Disposal Method in the State of Colorado (Million Gallons)
     (COGCC  2012a) ................................................................................................................ 202
Table 44. Analysis of Water Usage for 100 Green River Formation Wells (fracfocus.org) ........... 204
Table 45. Production of Oil, Gas, and Water in Green River Basin (WOGCC 2012) ...................... 205
Table 46. Injection Volumes (WOGCC 2012) ............................................................................... 205

**Table 47. Severity of Environmental Impact (Wiseman 2012)** ........................................................... 207

**Table 48. Technology Cost ($2010) and Performance Assumptions Used in ReEDS** ..................... 212

**Table 49. Wind Performance Assumptions** ...................................................................................... 213

**Table 50. CSP Performance Assumptions** ....................................................................................... 214

**Table 51. Utility-Scale PV Performance Assumptions** ..................................................................... 215

# Executive Summary

Domestic natural gas production was largely stagnant from the mid-1970s until about 2005. Planning had been under way by the early 2000s to construct about 40 liquefied natural gas import terminals along the U.S. coasts to meet anticipated rising demand. However, beginning in the late 1990s, advances linking horizontal drilling techniques with hydraulic fracturing allowed drilling to proceed in shale and other formations at much lower cost. The result was a slow, steady increase in unconventional gas production.

As the technology improved and spread, domestic shale gas output began to increase rapidly, such that by 2008 commentators began to routinely speak of a shale gas "boom." Today, shale gas accounts for about 30% of total U.S. natural gas production—up from only 4% in 2005—helping to make the United States the largest producer of natural gas in the world by 2009. Within a decade, the question of how much more dependent the country would become on natural gas imports had been replaced by how much the U.S. gas supply will affect the economics and geopolitics of energy around the globe.

Although the long-term outcome of the shale gas revolution is far from decided, significant shifts are already apparent in U.S. power markets. In that context, low-price natural gas has had the greatest impact to date on generation by coal power plants. Since 2008, coal's share of annual generation has declined from 48% to 36% as of August 2012. This switch from coal to natural gas, combined with growth of renewable energy generation, has led to a reduction of carbon dioxide emissions in the U.S. power sector of about 300 million tons—equivalent to 13% of total power sector emissions in 2008.

It remains unclear, however, whether natural gas will continue to exert such a dramatic impact on the power sector and the overall U.S. economy. If natural gas prices continue to stay at, or near, historically low levels, then a self-correction in the shale gas boom may occur. Due to price concerns, some companies have shifted away from drilling for dry gas and instead are focusing on plays that provide natural gas liquids. The ongoing debate is about what price is needed for unconventional natural gas production to be more sustainable over the medium term. As an example, analysis from Range Resources indicates that New York Mercantile Exchange prices of $4–$6/MMBtu are needed at the vast majority of plays to generate adequate returns on investment.[1] Other factors—including "use it or lose it" lease terms, reserve filings with the Securities and Exchange Commission, and the amount of natural gas liquids that can be recovered—all play a role in continuing investment decisions. But, for now, natural gas markets are still widely acknowledged as oversupplied, and storage facilities held record high amounts of gas as of mid-2012.

Hydraulic fracturing has received negative attention in many parts of the country—especially those areas not accustomed to the oil and gas industry—due to real and perceived environmental and social concerns. Water use and contamination, air pollution, greenhouse gas (GHG) emissions, and truck traffic are among the concerns that have strained the social license to operate, and they have been the subject of multiple national and international reports and

---

[1] Specifically, a 12% internal rate of return (IRR). The reference to this analysis appears in Ventura, J., 2012. "Uncovering Tomorrow's Energy Today," presentation at the Goldman Sachs Global Energy Conference 2012. 10 January 2012. Slide 11. Accessed 9 June 2012.

continued dialogue. Field practices associated with unconventional natural gas production have evolved rapidly in some regions, either from new regulatory requirements or voluntary company practices. These field practices are still evolving, can be uneven across regions, and are sometimes controversial. At the same time, consolidation within the industry is shifting production from smaller to larger companies.

The Joint Institute for Strategic Energy Analysis (JISEA) designed this study to address four related key questions, which are a subset from the wider dialogue on natural gas:

1. What are the life cycle greenhouse gas (GHG) emissions associated with shale gas compared to conventional natural gas and other fuels used to generate electricity?

2. What are the existing legal and regulatory frameworks governing unconventional gas development at federal, state, and local levels, and how are they changing in response to the rapid industry growth and public concerns?

3. How are natural gas production companies changing their water-related practices?

4. How might demand for natural gas in the electric sector respond to a variety of policy and technology developments over the next 20 to 40 years?

## Major Findings

Although the questions analyzed in this report are interlinked to a certain extent, they have specific requirements in terms of analysis methodologies and associated stakeholders. The key findings are presented very briefly as follows:

- **Greenhouse gas emissions:** Based on analysis of more than 16,000 sources of air-pollutant emissions reported in a state inventory of upstream and midstream natural gas industry, life cycle greenhouse gas emissions associated with electricity generated from Barnett Shale gas extracted in 2009 were found to be very similar to conventional natural gas and less than half those of coal-fired electricity generation.

- **Regulatory trends:** The legal and regulatory frameworks governing shale gas development are changing in response to public concerns and rapid industry changes, particularly in areas that have limited experience with oil and gas development. All of the states examined in this study have updated their regulatory frameworks to address the opportunities and challenges associated with increasing unconventional natural gas production.

- **Water management:** Many regions evaluated in this study are making greater use of innovative water management practices to limit real and perceived risks. However, a lack of reliable, publicly available water usage and management data—such as total water withdrawals, total wells drilled, water-recycling techniques, and wastewater management practices—currently hinders efforts to develop appropriately flexible and adaptive best management practices. Recent studies have documented a number of management practices related to the chemical makeup of fracking fluids, impacts on local freshwater, and on-site wastewater management that may be appropriate in many locations.

However, to date, no public studies have been published on cost-benefit, risk-mitigation potential, or the transferability of practices from one shale play to another.

- **Electric power futures:** A number of different future electric power scenarios were analyzed to evaluate both the implications of shale gas development and use, and various policy and technology changes. These scenarios include power plant retirements, advances in generation technologies, federal policies to reduce greenhouse gas emissions, and variations in natural gas supply and demand. We find that natural gas use for power generation grows strongly in most scenarios.

## Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Using Air-Quality Inventory Data

A national debate over life cycle GHG emissions[2] from shale natural gas erupted in 2011 after a study was released stating that shale gas had equivalent or even greater GHG emissions than coal.[3] Since then, a number of other published, peer-reviewed studies have included contrary findings,[4] although data limitations and methodological variability make conclusive statements problematic about the "real" GHG emission profile.

For Chapter 1, the study team conducted original research on life cycle GHG emissions associated with natural gas production in the Barnett Shale play in Texas. This estimate leverages high-resolution empirical data to a greater extent than previous assessments. The data sources and approach used in this study differ significantly from previous efforts, providing an estimate valuable for its complementary methodological approach to the literature.

The authors used inventories from 2009 that tracked emissions of regulated air pollutants by the natural gas industry in the Barnett Shale play. The Texas Commission on Environmental Quality (TCEQ) collected and screened these inventories. These data cover the characteristics and volatile organic compound (VOC) emissions of more than 16,000 individual sources in shale gas production and processing. Translating estimated emissions of VOCs into estimates of methane and carbon dioxide emissions was accomplished through the novel compilation of spatially heterogeneous gas composition analyses.

Major findings from this analysis of life cycle GHG emissions include:

- Electricity generated using a modern natural gas combined-cycle turbine combusting Barnett Shale gas produced and processed in 2009 has life cycle GHG emissions ranging between 420 and 510 grams carbon dioxide-equivalent emissions per kilowatt-hour (g

---

[2] GHG emissions considered within a life cycle assessment (LCA) include those from the "fuel cycle" of natural gas, which includes activities from well drilling and completion, through production, processing, and transport to the power plant, as well as from the life cycle of the power plant, which includes construction and decommissioning of the power plant and combustion of the fuel. Results are normalized per unit of electricity generated (kWh). See Figure 7 within Chapter 1 and the surrounding text for further description of the scope of this LCA.
[3] Howarth, R. W., R. Santoro, and A. Ingraffea. 2011. "Methane and the greenhouse gas footprint of natural gas from shale formations." *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5 (http://www.springerlink.com/content/e384226wr4160653/fulltext.pdf).
[4] These studies include Burnham et al. 2012; Jiang et al. 2011; Skone et al. 2011; Stephenson et al. 2011; Hultman et al. 2011.

$CO_2e$/kWh) generated, depending on assumed lifetime production of a well, with a central estimate of about 440 g $CO_2e$/kWh—similar to levels reported in the literature from conventional natural gas and less than half that typical for coal-fired electricity generation (Figure 1).[5] Comparisons to conventional natural gas and coal are achieved through harmonization of 200 published estimates of life cycle GHG emissions for those two technologies.[6] Harmonization is a meta-analytical process that makes consistent the assumptions and methods between LCAs.



**Figure 1. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization.**

Notes: EUR = estimated ultimate recovery, or lifetime production; NGCC = natural gas combined-cycle turbine

---

[5] The results reported here do not include emissions associated with liquids unloading, a process that the natural gas industry recently reported as applicable to both conventional *and* unconventional wells, but without direct evidence for the Barnett Shale play. (See: Shires and Lev-On (2012).)
However, inclusion of these emissions would not qualitatively change our findings.
[6] See Whitaker et al. 2011 and O'Donoughue et al. 2012 for systematic review and harmonization of published estimates of life cycle GHG emissions from coal-fired and conventional natural gas-fired electricity generation, respectively.

- An estimated 7% to 15% of life cycle GHG emissions from electricity generation (mean = 9%) are from methane emissions throughout the fuel cycle of Barnett Shale gas (well pre-production activities through transmission), mostly from venting during completion and workover, and from the natural gas transmission pipeline network.

- GHG emissions result from many sources throughout the production and use of natural gas. Based on our analysis, more than half can be characterized as sources with potentially controllable leakage—for instance, from tanks or vents. Another 20% are combustion sources, which also have some emission control opportunities. Remaining sources, called fugitive emissions, are more challenging to control because of their dispersed nature.

- An estimated 1.5% of Barnett Shale produced gas is emitted to the atmosphere before reaching the power plant, much of which is potentially preventable, with an additional 5.6% of produced gas consumed along the process chain as fuel for different types of engines. Based on the estimated methane content of this produced gas and average assumed lifetime production of a well, this equates to a central estimate of leakage rate across the life cycle of 1.3% methane volume per volume of natural gas processed.

- Chemical composition of produced gas varies considerably within the Barnett Shale area such that at the county level, estimates of GHG emissions differ significantly from those based on composition averaged at a higher spatial resolution (play or nation). Variability in gas composition has implications for the understanding of emission sources and the design of regulatory emission control strategies.

## A Changing Regulatory Framework for Unconventional Gas Production

Chapter 2 examines the main federal, state, and local regulatory frameworks that govern unconventional natural gas development. Specifically, it focuses on requirements related to water withdrawals used for hydraulic fracturing, disclosure of chemicals used in hydraulic fracturing fluids, setbacks for wells, baseline water monitoring of surface water resources or water wells, well-construction standards, "green" or "reduced emission" completions, storage of waste in closed-loop systems, and the disposal of produced water. It also examines state compliance monitoring and enforcement capabilities, and the efforts by some local governments in key gas-producing states to limit—and, in some cases, ban—unconventional gas development. Major findings include the following:

- There is a trend toward more regulation at all levels of governance, but there has been a corresponding increase in regulatory fragmentation and differentiation at state and local levels. Better coordination and policy alignment among regulators can help to reduce risks to industry and the public of regulatory fragmentation—including uncertainty, delays, gaps, and redundancies across jurisdictions. Improved communication and sharing of information among regulators at all levels of government and across jurisdictions, as well as increased transparency in the form of publicly available data from industry, would help address regulatory fragmentation and inform regulatory development tailored to specific geographic and geologic characteristics.

- Compliance monitoring and enforcement varies across states, with significant implications for the efficacy of regulations, as well as public confidence. Increased public disclosure of voluntary information—as well as public disclosure of violations,

enforcement actions, and company compliance—would increase transparency, offer opportunities to highlight the compliance records of leading companies who have demonstrated a commitment to safe natural gas production, and help address public concerns.

- There is a significant range in the environmental performance of operators in the industry, with some operators performing at a level that goes beyond existing regulations and other operators falling short. There is an evolving portfolio of recommended practices emerging from across the stakeholder community; these practices can complement and supplement regulations.

- The varied state and local approaches to regulation can provide important opportunities for learning and innovation regarding substantive rules, the role of best practices, and compliance and enforcement. Regulators might consider adopting performance-based standards, rather than freezing today's "best management practices" into prescriptive rules that could become outdated.

## Management Practices in Shale Gas Production: Focus on Water

Chapter 3 addresses current water usage and water management practices at shale gas development sites and discusses risks to water availability and quality. We evaluated publicly available water usage data from six shale plays throughout the United States. When data were available, we conducted statistical analyses from a randomized sample of wells in each play to gauge current estimates of water usage per well. In addition, data were collected on current wastewater management techniques and volumes associated with managing produced water from wells along with the returned fracking fluids. Lastly, in addition to analyzing current industry practices, we evaluated how water usage, well number, and water management techniques have evolved over time, indicating that water risk and management issues in the future may differ from historical issues. Natural gas exploration and production has significant spatial variability in community and environmental issues, current practices, and regulations. Therefore, JISEA is also publishing the water-related results of this study in a web-based GIS format.

The three primary water impact risks are: regional resource depletion due to use of fresh water during hydraulic fracturing, surface water degradation, and groundwater degradation. Impact risks to water resources vary geographically based on three considerations: 1) where the water comes from, 2) what water use and management practices are followed on site for hydraulic fracturing, and 3) how and where produced water and frac flowback water are treated and/or disposed.

Major findings from this analysis of water impacts include the following:

- Risks to regional freshwater depletion depend on a variety of factors, including water use per well, total number of wells, water recycling rates, and regional water availability. Analysis of use data for four of the six regions from 2007 to 2011 indicated average water use per well ranges from 1.1 to 4.8 million gallons, with a multi-region average of 3.3 million gallons. The total magnitude of water usage depends on the number of wells drilled, which has increased in most regions from 2007 to 2011. In the Eagle Ford play, for example, gas wells increased from 67 in 2009 to 550 in 2011. Total freshwater usage depends on water recycling rates, which may vary greatly depending on location. In

2011, the highest rates of recycling were reported in Pennsylvania, where 37% of produced water and 55% of frac flowback water were recycled, representing nearly 200,000 gallons per well, or 4% of average water use per well in Pennsylvania. Total impacts on regional freshwater resources can be evaluated by comparing total freshwater uses with estimates of regional freshwater availability.

- Wastewater management practices vary regionally and show different trends from 2008 to 2011. In Pennsylvania, 80% of produced water and 54% of frac flowback water was treated through surface water discharge in 2008, whereas in 2011, less than 1% of produced water and frac flowback was treated through surface water discharge. In 2011, centralized disposal facilities and recycling are the primary wastewater management methods, accounting for 80% of produced water volumes and 99% of frac flowback volumes. In Colorado, surface water discharge of both produced water and frac flowback volumes has increased from 2% in 2008 to 11% in 2011. Management of produced water and frac flowback through onsite injection pits and evaporation ponds have remained the dominant practices from 2008 to 2011, representing 72% and 58%, respectively. Treatment at a centralized disposal facility has increased from 26% to 31% from 2008 to 2011. The management and transport of produced water and frac flowback water is considered to be the stage at which spills and leaks are most likely.

- A lack of reliable, publicly available water usage and management data hinders comprehensive analyses of water risks. Data are not publicly available for total water withdrawals, total gas wells drilled, flowback volume per well, water recycling techniques, wastewater management, and other management practices for many regions. These data would assist in developing appropriately flexible and adaptive best management practices. Certain resources—such as the State Review of Oil and Natural Gas Environmental Regulations (STRONGER) and FracFocus—have greatly increased public access to information about risks of hydraulic fracturing; however, further efforts would be beneficial.

- A variety of best management practices are currently being employed in different regions, but there is industry uncertainty over transferability, cost-effectiveness, and risk mitigation potential. Recent studies have documented a number of water-related management practices related to the chemical makeup of fracking fluids (disclosure of additives, minimizing or switching to more benign additives, baseline water quality testing), the impacts on local freshwater (measuring and reporting of volumes, water recycling, use of non-potable or non-water sources), and onsite wastewater management techniques (use of closed-loop drilling systems, elimination of flowback and freshwater mixing in open impoundments, use of protective liners at pad sites) that may be appropriate in many locations. However, to date, there are no publicly available studies that have performed cost-benefit analyses, evaluated the risk-mitigation potential of each strategy, or analyzed practices that could be transferred from one shale play to another.

## Modeling U.S. Electric Power Futures Given Shale Gas Dynamics

In Chapter 4, the study evaluates different electric power scenarios that are influenced by natural gas availability and price, as well as other key policy, regulatory, and technology factors. Many of the scenarios examine sensitivities for the estimated ultimate recovery (EUR) of gas fields. High-EUR corresponds to more abundant and inexpensive natural gas compared to Low-EUR.

Major findings from the electric sector analysis include the following:

- Natural gas demand by the power sector would grow rapidly—more than doubling from the 2010 level by 2050—in the Reference, or baseline, scenario.[7] Figure 2 illustrates the range of natural gas power generation in all scenarios. The main Reference scenario suggests that natural gas would replace coal as the predominant fuel for electricity generation. Attributes of this baseline scenario include rising power demand, stable greenhouse gas emissions, and slowly rising electricity prices that reflect natural gas availability and prices. By 2050, in the Reference scenario, gas could represent from 28% to 38% of power-sector generation compared to the 2010 portion of 20%.

- In a coal retirement scenario, natural gas, and wind to a lesser extent, replaces coal-based generation. Our modeling results indicate no impact on power sector reliability from 80 GW of coal retirements by 2025 on an aggregate scale, although additional detailed dispatch modeling is needed to evaluate localized impacts. National average retail electricity prices in the retirement scenario increase by less than 2% in 2030 compared to the baseline.

- Under a clean energy standard (CES) scenario, U.S. power sector carbon dioxide emissions would decrease by 90% between 2010 and 2050, with a corresponding 6%–12% increase in average retail electricity prices, including transmission build-out that ranges from 3 to 6 times more than the Reference scenario (measured in million MW-miles). Among the CES sensitivity scenarios, large quantities of variable renewable energy and flexible gas generation work synergistically to maintain system reliability requirements.

---

[7] A Reference scenario serves as a point of comparison with other alternative scenarios. The Reference assumes a fairly static view of the future, so it, and all alternative scenarios, should not be considered forecasts or predictions of the future.



**Figure 2. Range of electricity generated from natural gas plants in the scenario analysis**

- Advances in generation technologies can have a significant impact on estimated carbon emissions, electricity diversity, and prices. For example, nuclear capital costs would need to decline by half, while gas prices remain relatively high (as simulated in the low-EUR assumption), for the nuclear generating option to compete economically with other options. Wind and solar electricity could more than double by 2050 compared to the Reference scenario with continued improvements in the cost and performance of these technologies. Likewise, continued improvements in production techniques for unconventional natural gas production could enable natural gas to continue to grow market share.

- We consider a range of potential incremental costs associated with operating practices that could better address some of the public concerns in the production of unconventional natural gas. Some of these options include recycling larger amounts of frac flowback water, reducing methane releases to the atmosphere, setting well locations further from potentially sensitive communities, and assuring consistent use of best practices or regulations in well drilling and completions. Sensitivities in incremental costs were evaluated from $0.50/MMBtu to $2/MMBtu. For example, additional costs of $1/MMBtu associated with some or all of these several dozen operating practices would lead to a 17% reduction in gas use for power generation by 2050 compared to the Reference scenario; however, gas-fired generation still more than doubles from the 2010 level.

- A "dash-to-gas" scenario, where other sectors of the economy increase natural gas demand by 12 billion cubic feet per day by 2030, would likely result in higher domestic gas prices and lead to a roughly 20% reduction in power sector natural gas use by 2050 compared to the Reference scenario in that year, but still nearly twice the level used in 2010. Additional research is needed to understand how natural gas prices respond to rising demand in the new natural gas environment.

The rapid expansion of shale gas has created dynamic opportunities and challenges in the U.S. energy sector. How long the ascendancy of natural gas in the electric sector will last will be a function of a wide variety of market and policy factors. The story of unconventional gas is evolving rapidly, and in some cases, unexpectedly. Robust and up-to-date analysis will remain critical to informing the key decisions that must be made by all types of stakeholders in the energy and environmental arenas.

# Introduction

This report addresses several aspects of the changing context of natural gas in the U.S. electric power sector. Increasingly plentiful and affordable natural gas has catalyzed major changes in U.S. power generation and has helped to boost U.S. economic recovery. Increased substitution of natural gas for coal in power generation has also cut U.S. GHG emissions. However, processes to produce natural gas—shale gas in particular—have also elevated environmental and safety concerns in certain regions of the country. The rapid rise of natural gas is also beginning to drive more thought on longer-term energy policy issues such as the appropriate level of generation diversity (given the history of volatile prices for natural gas), and trajectories of natural gas use that will still allow GHG mitigation sufficient to address the climate challenge.

This report is intended to help inform those energy policy and investment discussions. This chapter first outlines the current dynamics of natural gas in the power sector and then describes how the remainder of the report addresses selected challenges and opportunities in the use of natural gas to generate electricity.

*Natural gas supply and demand are transforming the energy marketplace.* Natural gas prices have been relatively volatile over the past 40 years, at least compared to coal (see Figure 3). Today, advances in unconventional gas production, which include a host of technologies and processes beyond horizontal drilling and hydraulic fracturing,[8] have enabled a new market outlook. Shale production grew from less than 3 billion cubic feet per day (bcf/d) in 2006 to about 20 bcf/d by mid-2012.[9] Without this expansion, natural gas prices might be significantly higher because most other sources of domestic natural gas production are in decline.

Given the low-price outlook, many new potential uses for natural gas outside of power generation are being considered and developed—including the export of LNG, the use of compressed natural gas in vehicles, the construction of ethylene plants and other chemical facilities that use natural gas and associated products as a feedstock, and, potentially, investment in gas-to-liquids facilities that convert natural gas into synthetic petroleum products (i.e., diesel) that can be used as a transportation fuel in existing infrastructure. Efforts to further develop the latter may become particularly strong if the price gap shown in Figure 3 remains.

---

[8] For a description of this technological progress, see Seto (2011).
[9] In 2011, the U.S. power sector consumed about 22 bcf/d and the entire economy consumed about 67 bcf/d (EIA 2012b).



**Figure 3. Volatility in fossil fuel costs for power generators**

Source: EIA, "Monthly Energy Review," April 27, 2012.

However, given the current low-price environment, many producers have scaled back their plans to drill for dry natural gas, even as they accelerate drilling for wet natural gas (whose natural gas liquids are sold at prices comparable to petroleum products). These cutbacks have contributed to the recent increase in Henry Hub prices, from a low of $1.90/MMBtu in early 2012 to more than $3.60/MMBtu by November 2012. On the other hand, the number of rigs actively developing natural gas has declined sharply since 2009 while production continues to expand, indicating that producers are getting more output with less input (Ebinger et al. 2012). Where prices go next will be influenced by potential new sources of demand noted above, and by supply-side issues, including continued technology improvement, efforts to better protect the environment, and regulatory requirements.

*Coal-generated electricity is rapidly declining.* Dramatic changes are occurring in the U.S. electric power sector. These changes include a steep reduction in the portion of electric power coming from coal combustion, and a corresponding increase in that provided by natural gas and (to a lesser extent) renewable sources, especially wind power (see Figure 4). Eastern and southern regions are generally experiencing the most rapid shift in generation mix (see Appendix A for more detail). Coal's contribution to total annual U.S. power generation has fallen more rapidly over the past four years than in any time in the history of data collection—from roughly 48% of U.S. generation in 2008 to 36% as of August 2012. Had coal generation remained at the 2008 level, the U.S. power sector would be emitting roughly 300 million tons of additional $CO_2$ each year.[10]

---

[10] This is a "burner tip" analysis only and does not consider the full life cycle GHG emissions of coal or natural gas. Data for 2012 are based on a rolling 12-month sum ending in August. The carbon mitigation calculation is based on a 440 TWh reduction in coal generation and corresponding increase in natural gas combined-cycle generation of 310 TWh. Growth in certain renewable generation sources and a reduction in power demand make up the remaining



**Figure 4. Coal-fired electricity generation is declining rapidly as the use of natural gas and renewable energy expand**

Source: EIA, "Annual Energy Review," September 27, 2012; EIA "Electric Power Monthly," October 31, 2012. Data for 2012 includes generation through August only.

The primary drivers of these changes include low-priced natural gas resulting from rapidly growing shale gas production, an unusually warm 2011–2012 winter throughout much of the contiguous United States,[11] and the expectation that EPA will issue new or revised power plant regulations to further protect the environment.[12] It remains to be seen whether this trend of declining coal generation continues, stabilizes, or reverses itself.[13]

Hydraulic fracturing presents opportunities and challenges that are in the headlines daily. These opportunities include additional U.S. jobs, increased economic activity, potentially greater energy diversity (particularly in the transportation sector), and less reliance on imported fossil fuels. Challenges largely center on environmental and social concerns associated with shale gas

difference. See EIA Electric Power Monthly (October 2012) for more detail. Chapter 1 of this report addresses the issue of life cycle GHG emissions for various electric generating technologies.

[11] The U.S. Department of Energy reported that the number of heating degree days in the first quarter of 2012 were at the lowest level since record keeping began in 1895 (EIA 2012a).

[12] These rules include the Cross-States Air Pollution Rule (recently vacated, but backstopped by somewhat less restrictive requirements), the Mercury and Air Toxics Standard, the Clean Water Act Section 316(b) Water Intake Structures, and the Coal Combustion Residual requirements. Numerous studies attempt to estimate the potential impacts of some or all of these rules after they take effect (see CRS 2011; CERA 2011; and Credit Suisse 2010).

[13] In a May 22, 2012 presentation to investors, for example, ArchCoal stated that half of the coal generation recently lost to low-cost natural gas could be recovered when gas prices rise back above $3/MMBtu (Slone 2012). AEP also noted in an October 24, 2012 news story that it had seen some fuel switching from natural gas back to coal due to rising natural gas prices (Reuters, 2012).

production, especially through hydraulic fracturing.[14] These concerns are acute in some states and increasingly on the docket for federal regulators in several agencies. Current federal regulations to protect surface and underground water resources are less onerous for hydraulically fractured gas production than they are for conventional oil and gas drilling, although many states are passing or updating rules quickly as drilling expands (see Chapter 2, UT 2012, Zoback 2010). Companies are also making greater voluntary efforts to ensure the likelihood that air, water, land, and other resources are protected—at least compared to the early days of hydraulic fracturing—although these efforts are still not practiced universally (see Chapters 2 and 3).

A more general concern for policy makers centers on the role of natural gas versus other sources of electricity in the future: low-priced natural gas could disrupt the development of advanced nuclear or renewable energy technologies, for example, and delay the date when they are cost competitive with traditional energy options. If natural gas prices rose substantially after the power sector had evolved to become more reliant on that fuel, the economy could be vulnerable to an expensive and "locked-in" power sector.

This report focuses on four topics. First, Chapter 1 addresses the full life cycle GHG emissions of shale gas compared to other power generation options. Questions about these "cradle-to-grave" emissions began to appear in 2011 with several reports claiming that shale gas had life cycle GHG emissions as high as, or higher than, coal.[15] Controversy remains over how much methane is released to the atmosphere during the process of producing natural gas, in general, and shale gas, in particular. Chapter 1 uses a new approach to advance the state of knowledge about the life cycle GHG emissions from shale gas based on analysis of highly resolved inventories of air pollutant emissions completely independent of the data sources used in previous research.

Second, Chapter 2 surveys the legal and regulatory trends associated with shale gas production at both the federal and state level. Although federal agencies are taking an active role in ensuring that shale gas is produced safely, Congress has imposed some limitations on what agencies can regulate. The state role in regulating unconventional natural gas production is more pronounced and varied. Chapter 2 summarizes trends in regulatory action at six major unconventional gas plays/basins: Barnett Shale play and Eagle Ford Shale play in Texas, Haynesville Shale play in Texas and Louisiana, Marcellus Shale play in New York and Pennsylvania, North San Juan basin in Colorado, and Upper Green River basin in Wyoming.

Third, Chapter 3 assesses environmental and community risks associated with unconventional natural gas production in the same six regions identified in Chapter 2. It focuses particularly on water issues and company practices that impact water. Public concern over environmental and safety issues has been severe enough in some areas to delay or halt plans to develop unconventional production.

---

[14] See, for example, SEAB (2011a and 2011b), MIT (2011), and UT (2012). There is some confusion surrounding hydraulic fracturing and the potential for environmental impact. Those in industry typically use the term in a focused way, referring to the brief period of time that a high-pressure mixture of water, sand, and additives is being injected, and later, partially removed (flowback). The general public often takes a broader view and labels the entire process of producing unconventional gas or oil as hydraulic fracturing. Significant controversy results from the difference in semantics.

[15] See Lustgarten (2011) and Howarth et al. (2011), for example.

A GIS tool was developed to help evaluate:

- Water availability, use, and cost information
- Water flowback and produced water
- Best current practices for management.

Current practices and regulatory oversight need to be evaluated at a deeper level before the overall goal of determining the costs of acceptable practices can be achieved. Chapter 3 describes a comprehensive approach to evaluating risks and following practices so as to support greater public confidence.

In Chapter 4, we report on different U.S. electric power futures based on a variety of potential developments in technology, environmental protection, GHG mitigation, social license to operate, and gas demand outside the power sector. We use the National Renewable Energy Laboratory's (NREL's) Regional Energy Deployment System (ReEDS) to simulate the impact of these different futures, and benchmark information from Chapters 1–3 in the scenario analysis. Chapter 5 synthesizes findings and summarizes potential follow-on research.

# 1  Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Used to Generate Electricity

## 1.1  Introduction

According to the 2010 U.S. Greenhouse Gas Emissions Inventory (EPA 2012a), the natural gas industry[16] represents nearly a third of total methane emissions in the United States in 2010—the largest single category—and is also the fourth largest category of $CO_2$ emissions.[17] EPA, which produces the U.S. GHG inventory, significantly increased estimates of methane emissions from the natural gas industry for the 2009 inventory year, resulting from a change in its assessment of emissions from four activities, the most important of which were: well venting from liquids unloading (attributed only to conventional[18] wells by EPA); gas well venting during completions; and gas well venting during well workovers[19] (EPA 2011). The sum of these changes more than doubled the estimate of methane emissions from natural gas systems from the 2009 inventory compared to the 2008 inventory. EPA acknowledges what is well understood: the estimates of GHG emissions from the natural gas sector are highly uncertain, with a critical lack of empirical data to support GHG emission assessments (EPA 2011). This is especially acute for production of unconventional gas resources. Data gathering to support re-assessment of the EPA's U.S. GHG inventory and potential regulations is under way.

An emerging literature has attempted to estimate GHG emissions from unconventional natural gas production, based on the limited available information. Measurement of GHGs in the atmosphere, if they could be reliably attributed to specific sources, would be the ideal methodological approach. However, such measurements are expensive, attribution is challenging, and only one pilot study has been published to date based on measurements in one gas field—which, since the time of measurement, has implemented new practices based on changing state regulations (Petron et al. 2012). The state of the practice employs engineering-based modeling, based on as much empirical information as is possible to assemble.

Much of this emerging literature is guided by the methods of life cycle assessment (LCA), which in this context aims to estimate all GHG emissions attributable to natural gas used for a particular function: electricity, transportation, or primary energy content (e.g., heat). Attributable emissions are those from any activity in the process chain of producing the natural gas—from exploration and well pad preparation to drilling and completion—processing it to pipeline quality, transporting it to the location of end use, and combustion. In addition, the construction, operation and maintenance, and end-of-life decommissioning of the end-use technology are also considered.

---

[16] For purposes of the GHG Inventory, the natural gas industry includes exploration, production, processing, transmission, storage, and distribution of natural gas to the end user (EPA 2011).

[17] In 2010, total U.S. GHG emissions have been estimated as 6,822 Tg or million metric tons $CO_2e$ (EPA 2012a). Of this total, 84% were from $CO_2$, with most of the remaining (10%) from methane. Direct emission from the combustion of fuels, including natural gas, for electricity generation contributes 2,258 Tg $CO_2$, or 33% of total GHG emissions. Natural gas systems contribute 247 Tg of $CO_2e$, or 3.6% of total emissions, 87% from emissions of methane.

[18] Defined as any non-stimulated well. This report follows EPA (2011) in recognizing "that not all unconventional wells involve hydraulic fracturing, but some conventional wells are hydraulically fractured, which is assumed to balance the over-estimate."

[19] The frequency of which has since been reduced from 10% of wells per year to 1% of wells per year (EPA 2012b).

LCAs are typically performed to compare the results from one system to another.[20] The focus of this chapter is to advance understanding of GHG emissions from the production and use of shale gas in the context of the electric power sector as compared to generation of electricity from conventionally produced natural gas. Natural gas once processed for pipeline transmission to end-use customers is a homogenous product, undifferentiated by source. End-use combustion of the natural gas has, by far, the largest contribution to the life cycle GHG emissions (as is true for any fossil-fueled combustion technology); but is not a point of differentiation between conventional and unconventional natural gas. Therefore, this study focuses on the activities associated with production of natural gas because they are the points of potential differentiation between unconventional and conventional natural gas.

We additionally focus on emissions from natural gas processing, given current regulatory and scientific attention to emissions from the natural gas industry and opportunity provided by the unique data sources employed in this study. Furthermore, we rely on the multitude of previously published LCAs of conventionally produced natural gas, updated for recent changes in understanding (EPA 2011; EPA 2012b) and harmonized for methodological inconsistency, as embodied in our publication (O'Donoughue et al. 2012), for comparison to the results of this study. We also compare our results to those for coal-fired electricity generation based on a systematic review and harmonization of that LCA literature, because coal has been the largest source for electricity in the United States over the last 50-plus years (Whitaker et al. 2012).

Prior research comparing life cycle GHG emissions of electricity generated from shale gas to conventional gas has been inconclusive and remains highly uncertain. Both the magnitude and direction of difference reported in these publications vary (Howarth et al. 2011; Burnham et al. 2012; Jiang et al. 2011; Skone et al. 2011; Stephenson et al. 2011; Hultman et al. 2011). This is despite their reliance on very similar data sources (mostly EPA's GHG emission inventory and supporting documentation). Uncertainty in the underlying data sources drives the uncertainty in published results. Furthermore, inconsistent approaches to data use and other assumptions thwart direct comparison of the results of these studies and the development of collective understanding.

Separately, the authors have examined this literature using a meta-analytical technique called harmonization that clarifies the collective results of this emerging literature by adjustment to more consistent methods and assumptions (Heath et al. 2012). In that publication, the authors elucidate differences between previously published estimates of life cycle GHG emissions from combustion of shale gas for power production and key sensitivities identified in this literature. Key sensitivities include EUR and lifetime (years) of wells; emissions and emissions reduction practices from well completion and workover; and emissions and emission reduction practices from well liquids unloading, all of which vary from basin to basin and from operator to operator. A key conclusion from the assessment of previous estimates of unconventional gas life cycle GHG emissions is that given current uncertainties, it is not possible to discern with a high level of confidence whether more GHGs are emitted from the life cycle of shale gas or conventional gas used for electricity generation.

---

[20] For interested readers, many texts describe LCA principles and methods, such as Horne et al. (2009) and Vigon et al. (1993).

In this chapter, we present results from a new method of estimating life cycle GHG emissions from shale gas that takes advantage of unusually detailed and rarely produced empirical data specific to a shale gas play and year. Our empirical data sources and approach differ significantly from previous efforts. Broadly, we use the methods of air quality engineering, life cycle assessment, and energy analysis to estimate GHG emissions attributable to the generation of electricity from shale gas produced from the Barnett Shale play in Texas in 2009, the latest year with available data. There are several unique aspects of this research as compared to previous natural gas life cycle assessments:

- Highly resolved estimates of GHG emissions from shale gas production and processing developed at site (facility) and source (equipment and practices) levels.

- Use of industry-supplied and regulator quality-assured data regarding equipment, practices, and emissions developed with very high participation rates.

- Development of a publicly available data set of county-level, extended gas composition analyses of produced (raw) gas demonstrating wide variability of methane and VOC content within the Barnett Shale formation.

It is critical to note that the new results reported here are not necessarily applicable to other plays or years. However, they are discussed in the context of other published literature, where the broad outlines of consistency found within this literature increases confidence in the results, albeit still hampered by many areas of uncertainty remaining to be addressed through further research.

Commercial production of shale gas began in the 1980s, starting in the Barnett Shale play in Texas. The Barnett Shale play continues to be a large source of gas, estimated at more than 6% of total U.S. natural gas production (Skone and James 2010). Data on production and processing activities in this 22-county[21] area (Figure 5) are some of the best available for any unconventional gas formation in the United States. For these reasons, the focus of the analysis of this chapter is shale gas produced from the Barnett Shale formation. As illustrated in Figure 5, the highest production occurred within the Dallas-Ft. Worth metropolitan area, which is in non-attainment for the National Ambient Air Quality Standard for ozone (and other pollutants).

---

[21] The Barnett Shale is sometimes referred to as consisting of 23 or 24 counties. However, this analysis focuses on the 22 counties with non-zero gas production for 2009 (TRRC 2012).



**Figure 5. Counties with non-zero gas production from the Barnett Shale formation in 2009, and other demarcations of the Barnett Shale area in Texas (TRRC 2012)**

## 1.2  Methods and Data

There are many different sources of GHG emissions in the natural gas industry (EPA 2011; ENVIRON 2010; API 2009), but the fundamental approach to estimating the magnitude of emission for all of them is:

$$[activity] * [emission\ factor] = [emission]$$

where the emission factor is in units of mass emission per unit activity, and "activities" for the natural gas industry range from counts of drilled wells or pieces of certain equipment to volume of natural gas produced, fuel combusted in an engine, or volume of water produced from a well (e.g., ENVIRON 2010; API 2009; EPA 1995). We call this approach *activity-based emission estimates*.

Different groupings of activity-based emission estimates lead to different types of results. *Inventories* aim to estimate emissions from a given chronological period, representing all activities occurring in that period. Inventories are developed with different foci:  geographic, industrial sector, or pollutant. Few GHG emission inventories exist at higher spatial resolution than national, which aggregates industry- and pollutant-specific inventories produced at a national scale.

In contrast, LCAs aim to estimate all emissions attributable to a final product—here, a kilowatt-hour of electricity—scaling all the activities required over time and space to produce that unit of final product. Figure 6 depicts the scope of this LCA of electricity generated with natural gas, which covers all stages in the fuel cycle as well as the power plant's life cycle. As shown, this study combines an original inventory, for stages shown in blue, with best-available literature estimates for the remaining stages. Once co-products are separated from the produced gas, all emissions associated with their storage, processing, transport, and disposal or sale are considered outside of the system boundary for this study (as depicted with dashed lines).



**Figure 6.  A life cycle assessment of electricity generated from natural gas involves estimating the GHG emissions from each life cycle stage**

Because LCAs track the conceptual process chain—rather than the real supply chain—they typically model idealized activities, informed by as much empirical data on real conditions as possible. More than 30 LCAs of conventional natural gas follow this modeling philosophy (O'Donoughue et al. 2012). LCAs on shale gas that follow this approach include one employing a simplified, generic model of the industry (Stephenson et al. 2011); three assessing the U.S. national average or otherwise non-formation-specific conditions (Burnham et al. 2012; Skone et al. 2011; Howarth et al. 2011); and two assessing specific formations—Jiang et al. (2011) on the Marcellus formation and Skone et al. (2011) on the Barnett Shale.

More recently, some LCAs have leveraged EPA's national inventory of the natural gas industry's GHG emissions from a given year to simulate the process chain (Hultman et al. 2011; Venkatesh et al. 2011). These latter assessments benefit from emission estimates meant to be more closely related to actual performance; however, their estimates carry significant uncertainty given the current state of knowledge of activities and emission factors of this industry. In addition, results will change from year to year as the level of activity changes and may not reflect the life cycle of activities for a well (e.g., completions nationally in a given year may contribute a larger fraction of total emissions than what is reflective of their contribution within the life cycle of a single well).

In contrast to such approaches, this study translates estimates of VOC emissions to GHG emissions, capitalizing on a uniquely detailed inventory of VOC emissions and activities collected by the TCEQ. This approach enables a high-resolution GHG inventory for the production and processing of natural gas in the Barnett Shale play, within which individual GHG emissions from all relevant sources are estimated. Then, this annual inventory of the natural gas industry is translated into a longitudinal life cycle assessment for electricity produced from combustion of Barnett Shale gas. A brief summary of the approach is described below, with details provided in Appendix B.

### 1.2.1  Developing a GHG Emissions Inventory

Inventories of GHG emissions follow a long tradition of inventories for regulated air pollutants such as nitrogen oxides ($NO_x$) and VOCs that, in combination with sunlight, are precursors of ozone. Because of their role in demonstrating compliance with the National Ambient Air Quality Standard for metropolitan areas, the unit of analysis of these inventories is the county and large, so-called *point sources*. Point-source inventories contain detailed information related to all sources of emissions within specific facilities and are based on activity and characteristics information supplied by those facilities. Smaller, non-mobile sources (called *area sources*) are too numerous for regular, facility-specific information collection efforts and instead are tracked as a class, with emission factors (often simplified) correlating emissions with readily tracked activity data. The natural gas industry has many large point sources (including processing plants, compressor stations, and some production sites); the more numerous, smaller entities (including most production sites and some processing and transmission facilities) are classified as area sources.

Motivated by changing practices in the industry, in 2009, the TCEQ initiated a special inventory to collect detailed information on the activities and characteristics of the smaller entities in the natural gas industry that are normally part of the area-source inventory, similar to what is collected routinely from large point sources (TCEQ 2011). The purpose of the special inventory is to update and improve the TCEQ's estimates of emissions of regulated air pollutants from area sources, focused on the rapidly growing shale gas industry in the Barnett Shale area surrounding the metropolitan area of Dallas-Ft. Worth. The availability of the TCEQ's special inventory, in conjunction with its standard point-source inventory (TCEQ 2010), enables estimates of GHG emissions from activities within this important play at much finer resolution—by geography and entity—than is typically possible.

This study estimates GHG emissions from more than 16,000 individual sources detailed in three different TCEQ emission inventories:[22] the 2009 Point Source Inventory, 2009 Special Inventory, and 2008 Area Source Inventory (Pring et al. 2010). As shown in Figure 7, sources are characterized into profiles, which we further group into three general categories: combustion sources, potentially controllable leakage, and fugitives.[23] We differentiate between *potentially controllable leakage* and *fugitives*, where the former typically involves gas released from an isolatable emission point and therefore is potentially controllable, and the latter comes from more dispersed leaks that are less feasible to control. Many of the individual sources analyzed in this report are potentially controllable, as are many additional emissions in the fuel cycle, which come from completions and workovers, waste disposal, and transmission. For each profile, we estimate emissions with a tiered approach based on the availability of data. In general, primary (most accurate) methods are based on reported volumes, such as fuel combusted or gas emitted, whereas secondary methods are based on reported VOC emissions or average usage conditions. We use primary methods for 83% of sources, secondary for 15%, and profile medians for the remaining 1%.

---

[22] Detailed inventory data were received through personal communication (TCEQ 2012).
[23] Skone et al. (2011) state that 25% of compressor engines in the Barnett Shale area are electrically powered, which would require the inclusion of emissions attributed to the generation of that electricity as an additional category. However, no electrically powered compressor engines are listed in the TCEQ data provided, and personal communication with the TCEQ (TCEQ 2012) stated that few, if any, such engines exist in the area.



**Figure 7. Greenhouse gas sources belonging to the natural gas industry in the 22-county Barnett Shale area; many are potentially controllable**

[a]Pneumatics, from the area source inventory, have no count of individual sources

The central principle for translating a VOC emission inventory to one that estimates GHG emissions is the recognition that methane is a VOC,[24] albeit the slowest-acting one (Seinfeld and Pandis 2006). The key to translating VOC emission estimates to methane emissions is the availability of gas composition analyses reporting the proportion of methane, VOCs, and other gases (e.g., $CO_2$) within a sample. For validation purposes, the TCEQ requested many such gas composition analyses from reporting entities, which have been assembled into the largest known play-specific and publicly available set of gas-composition analyses. Organized by county, this database allows for estimation of methane and $CO_2$ content in gas emitted through venting and fugitive sources by ratio. It is well understood by geologists, petroleum engineers, investors, and others that gas composition varies within a geologic shale gas basin (e.g., Bullin and Krouskop 2008; Bruner and Smosna 2011); however, this is the first LCA or GHG emissions inventory to explore the implications of this variability.

In addition, other valued hydrocarbon products, such as condensate and oil, are created during the production and processing of natural gas. A principle of LCA research called co-product allocation dictates that the burdens of a system should be shared among all valued products from that system (e.g., Horne et al. 2009). In this study, emissions are allocated with respect to their share of the total energy content of all products from the fuel cycle. In addition to weighting the emissions from each source according to associated condensate and oil production, this means

---

[24] The VOCs typically tracked in Texas and national (EPA) regulations are non-methane, non-ethane VOCs. Accordingly, this report follows standard convention and refers to the set of non-methane, non-ethane hydrocarbons as VOCs. However, measurements of the composition of a gas sample (a so-called "extended analysis") include methane.

that the 25% of the sources in the TCEQ inventories that are associated only with the storage and handling of these co-products (e.g., condensate tanks) have been omitted.[25]

## 1.2.2 From Inventory to LCA

The GHG emissions inventory estimated here draws mainly from the TCEQ Special Inventory and Point Source Inventory for sources within natural gas production and processing life cycle stages (see Figure 7) (TCEQ 2010, 2011). Natural gas *production* relates to ongoing activities for the extraction of gas at wellheads. Natural gas *processing* relates to ongoing activities for the conversion of the produced gas to the required quality, composition, and pressure for pipeline transport.[26] In addition, the TCEQ area-source inventory is leveraged to estimate emissions associated with some activities at produced water *disposal* sites (Pring et al. 2010).[27]

Emissions from all sources within a fuel cycle phase are summed and then divided by the energy content of gas produced in that year to estimate an emissions factor in terms of mass of GHG emissions per unit of energy content of gas. Gas production statistics come from the Texas Railroad Commission for the 22-county play (TRRC 2012). Each GHG is weighted by its Intergovernmental Panel on Climate Change (IPCC) 100-year global warming potential according to standard procedure to normalize to units of $CO_2e$ (Forster et al. 2007).[28] However, these emission factors cover only a portion of the natural gas fuel cycle, which itself is a subset of the life cycle of electricity generation from natural gas (Figure 6). Therefore, although the inventory data provide an important addition to the relatively sparse information about GHG emissions from shale gas development, literature sources are relied on for data on other emissions sources and life cycle stages—including sources such as completions, workovers, and liquids unloading—where there is considerable controversy currently about activity factors, emission reduction measures, and the magnitude of emissions.

Additional fuel-cycle stages include pre-production and transmission. *Pre-production* consists of one-time or episodic activities related to the preparation of wells, including the drilling and construction of well pads and wells, hydraulic fracturing to stimulate production, and well-completion activities. Emissions factors for these one-time activities, gathered from open literature (Santoro et al. 2011; EPA 2011; EPA 2012b; Skone et al. 2011), must be amortized over the lifetime production (EUR) of a well. *Transmission*, also estimated from literature data (Skone et al. 2011), involves the transport of processed gas to the power plant.[29]

This study combines fuel cycle emission factors into a full LCA by assuming a standard efficiency of conversion to electricity and adjusting for natural gas losses throughout the fuel cycle due to both leakage to the atmosphere and the use of production gas as fuel. This study

---

[25] Sources contained within the TCEQ inventories that are considered outside of the system boundary collectively represent 60% of total reported VOC emissions but a much smaller fraction of GHG emissions.

[26] Processing can occur either at wellheads or at separate processing facilities.

[27] Emissions from produced water tanks at produced water disposal sites are tracked by TCEQ; transport of the produced water to the disposal site and operation of engines at these sites are not considered in this analysis.

[28] Global warming potentials (GWP) are also reported by the IPCC for a 20 year horizon and 500 year. The 100-year GWP is used in this study to ensure consistency with the standard practice in LCA and GHG emission inventories. Results based on alternative GWPs or other metrics of climate impact could be developed based on the results reported here.

[29] Following Skone et al. (2011), we consider the final step of processing as initial compression to pipeline pressure.

assumes combustion in a modern natural gas combined-cycle facility with thermal conversion efficiency of 51% (higher heating value) to make the results comparable to the meta-analysis of electricity generated from combustion of conventionally produced natural gas (O'Donoughue et al. 2012). Many natural gas-fired power plants do not operate at this efficiency, and the results reported here can be easily adjusted to apply to alternative conditions. GHG emissions from power plant construction and decommissioning are also considered, amortized over the lifetime generation from the facility (O'Donoughue et al. 2012). Data on emissions from *combustion at power plant*, *power-plant construction*, and *power-plant decommissioning* come from open literature (Skone et al. 2011; Skone and James 2010).

The final estimate of life cycle GHG emissions is calculated as the sum of the estimated emissions from each life cycle stage, adjusted by the thermal efficiency and relevant production losses, as appropriate for each stage and detailed in the appendix. These full life cycle emissions are expressed in units of mass $CO_2e$ per kilowatt-hour generated.

## 1.3  Results

In this section, we present and discuss key findings. Because of their relevance to the current debate about GHG emissions from natural gas, the full LCA results are presented first, followed by a comparison of these results to other published estimates. Then, the primary research contribution of this chapter is detailed:  a high-resolution inventory analysis of the production and processing stages of the natural gas fuel cycle for Barnett Shale gas produced in 2009. Appendix B provides further results, including county-level analysis of production gas composition, allocation of emissions to co-products, and details supporting the presented results.

### 1.3.1  Life Cycle Emissions

GHG emissions from the natural gas fuel cycle are a focus in the public sphere and of the novel analysis of this study. However, the functional unit of the fuel cycle—a unit of energy content of processed natural gas delivered to the end user—is not easily comparable to that for other fuels for end-uses other than direct heating. Use of natural gas in the electric sector is the focus of this report and is the market for about 30% of natural gas production in 2011 (EIA 2012). Some have argued that future production of unconventional natural gas will only displace dwindling production of conventional natural gas (e.g., Howarth et al. 2012). However, others believe that natural gas could displace existing and new coal as fuel for electricity generation (e.g., Venkatesh et al. 2011; Hultman et al. 2011). Comparisons of the results to both alternatives are provided in the next section.

First, it is critical to emphasize the importance of GHG emissions from combustion at the power plant in the life cycle of natural gas electricity generation. The GHG emissions from combustion are primarily determined by the carbon content of the fuel and the efficiency of converting fuel (chemical) energy to electrical energy. Regardless of whether natural gas comes from conventional or unconventional sources, its chemical and thermal properties once processed are indistinguishable. With regard to carbon content of the fuel, coal has about 75% more carbon per unit fuel energy than gas. Regarding efficiency, when considering new power plants, most new natural gas generation assets will likely be natural gas combined-cycle, which has a characteristic higher heating value efficiency of 51% (O'Donoughue et al. 2012). This efficiency, chosen to maintain consistency with other studies for comparison purposes, does not reflect the existing

fleet of natural gas plants, but rather, it is characteristic of a modern, state-of-the-art facility. The existing fleet of coal power plants has an efficiency of close to 34% (Hultman et al. 2011), whereas new plants of either supercritical or integrated gasification combined-cycle designs will reach near 40% (MIT 2007). The efficiency improvement for natural gas combined-cycle plants over old or new coal plants is substantial, especially considering the inherent difference in carbon content of the two fuels (absent any coal decarbonization).

Assuming 51% efficiency for natural gas combined-cycle and 50 g $CO_2$/MJ carbon intensity of natural gas yields an estimate of nearly 360 g $CO_2$/kWh from combustion at the power plant. Other stages in the life cycle of the power plant (e.g., construction and decommissioning) add very little (~1 g $CO_2$e/kWh) to life cycle GHG emissions of electricity generation for fossil-fuel facilities because those emissions are amortized over lifetime generation.

Including the 2009 Barnett Shale fuel cycle emissions compiled in this study, total life cycle GHG emissions from natural gas combined-cycle electricity are estimated to be about 440 g $CO_2$e/kWh (Figure 8). Of this total, about 18% of life cycle GHG emissions (or 78 g $CO_2$e/kWh) are embodied in the fuel cycle of Barnett Shale gas, as defined in Figure 7. These fuel cycle emissions from unconventional gas are comparable to those estimated from the fuel cycle of conventional gas, which O'Donoughue et al. (2012) find have a median estimate of about 480 g $CO_2$e/kWh in the existing literature after methodological harmonization. (See the next section for further discussion and comparisons.) About 10% (or 42 g $CO_2$e/kWh) of life cycle emissions result from emissions of methane, mostly through venting during completion and workover and from the natural gas transmission pipeline network. These results are calculated assuming a base-case EUR of 1.42 bcf produced over the lifetime of a well, which is the play-average EUR used by the U.S. Energy Information Administration in their National Energy Modeling Systems (NEMS) model (INTEK 2011).

The results are fairly sensitive to alternative estimates of Barnett Shale well EUR, which other studies have found to be one of the most influential parameters on life cycle GHG emissions (Burnham et al. 2012; Stephenson et al. 2011; Skone et al. 2011; Jiang et al. 2011). Adjusting all one-time and episodic emissions by lower- and upper-bound estimates of well-level EUR (INTEK, 2011) yields estimates of life cycle GHG emissions that vary by nearly 100 g $CO_2$e/kWh. Figure 8 displays the use of reported lower- and upper-bounds of well-level EUR for the Barnett Shale play (INTEK 2011) of 0.45 and 4.26 bcf/well, respectively. Life cycle GHG emissions then range between about 420 and 510 g $CO_2$e/kWh owing to the tested variability in assumed EUR.



[a] Although lower estimates for this stage have been published, reported emissions increase as the comprehensiveness of processes considered increase. So we use the highest published estimate for this stage that provided results in a form that could be adjusted by EUR (Santoro et al. 2011).
[b] Based on EPA (2011) estimate of 9,175 Mcf natural gas emission/completion, 1% of wells/year workover rate (EPA 2012b), 30-year assumed lifetime (Skone et al. 2011), and 22-county, Barnett Shale average natural gas molecular weight of 20.1 lb/lb-mol and methane mass fraction of 66.2%.
[c] Based on Skone et al. (2011)
[d] Based on Skone and James (2010)
[e] Based on Skone et al. (2011)
[f] Multiple estimates, in parentheses, pertain to high EUR, base-case EUR, and low EUR, respectively. Single estimates pertain to stages without sensitivity to EUR. The error bar is plus or minus the total bar length (life cycle GHG emissions).

**Figure 8. Combustion at the power plant contributes the majority of GHG emissions from the life cycle of electricity generated from Barnett Shale gas**

## 1.3.2  Comparisons to Other Studies

There are three important points of comparison for the life cycle GHG emission results presented here:

1. Previous estimates for electricity generated from shale or other unconventional gas

2. Previous estimates for electricity generated from conventional gas

3. Previous estimates for electricity generated from coal.

Direct comparison of the results of LCAs is hindered by the sensitivity of results to alternative assumptions of key parameters and other methodological considerations. Harmonization, which is a meta-analytical approach to enable more direct comparison, has been demonstrated for a wide range of electricity generation technologies (e.g., Burkhardt et al. 2012; Warner and Heath 2012). For coal-fired electricity generation, Whitaker et al. (2012) harmonized 164 estimates from 53 LCAs on four coal generation technologies (i.e., subcritical, supercritical, integrated gasification combined cycle, and fluidized bed). More recently, this approach has been applied to the LCA literature on natural gas-fired electricity generation, where estimates from 42 LCAs on

conventionally produced natural gas (O'Donoughue et al. 2012) and 6 shale gas LCAs (Heath et al. 2012) have been harmonized. Results from these studies are used for comparing results of this report to those in the literature because they ensure fair and consistent comparisons and enable insight useful for broad decision-making.[30] It is important to note that the results of this study were developed using the same key assumptions and system boundaries as in the harmonization of the literature estimates for conventional and shale gas—and, more broadly, with those for coal.

Figure 9 displays the results of this chapter's analysis (base case and EUR sensitivity)—which estimates life cycle GHG emissions from Barnett Shale gas produced in 2009 and combusted to generate electricity in a modern natural gas combined-cycle turbine—compared to other estimates, which are based on a systematic review and harmonization of existing literature. Compared to other estimates for shale gas electricity generation, the base case results of this methodologically independent assessment are near the 25th percentile of harmonized estimates, which is similar for the comparison to harmonized conventional natural gas estimates. High and low EUR scenarios are also within the range of previous estimates for shale and conventional gas life cycle GHG emissions. The results are also found to be considerably lower than those for coal—nearly half of the median estimate of 980 g $CO_2e$/kWh (Whitaker et al. 2012), even under low EUR conditions.

---

[30] Estimates of life cycle GHG emissions for specific facilities can legitimately differ from those produced through harmonization. See Heath and Mann (2012) and other harmonization articles in the Special Issue on Meta-Analysis of LCA in the *Journal of Industrial Ecology* (http://jie.yale.edu/LCA-meta-analysis) for further discussion.



**Figure 9. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization. [31]**

Notes: EUR = estimated ultimate recovery, or lifetime production; NGCC = natural gas combined-cycle turbine

The rest of this section briefly reviews the key differences that could explain the relationship between the results from this study and those from other shale gas LCA literature. More detailed discussion of each of the existing shale gas life cycle GHG emission estimates can be found in Heath et al. (2012). Differentiating factors that tend to reduce estimates of life cycle GHG emissions for our study compared to some others include:  equitably sharing the burdens of natural gas production with valuable co-products; not considering nitrous oxide emissions throughout the life cycle or non-CO$_2$ emissions from power-plant combustion; not considering embodied GHG emissions of purchased fuels; and not considering transport of produced water to disposal wells. None of the following factors are considered significant points of

---

[31] See O'Donoughue et al. (2012), Heath et al. (2012) and Whitaker et al (2012) for further description of the review and harmonization of estimates of life cycle GHG emissions from electricity generated from conventional natural gas, unconventional (mostly shale) gas and coal, respectively. The studies reviewed and harmonized in Heath et al. (2012) for unconventional (mostly shale) gas are: Howarth et al. (2011); Burnham et al. (2012); Jiang et al. (2011); Skone et al. (2011); Stephenson et al. (2011); Hultman et al. (2011).

underestimation:  negligible impacts found in previous analyses,[32] contributions only to the fuel cycle (which represents 18% of total life cycle emissions), and negligible quantities of relevant sources.[33] Differentiating factors that tend to increase life cycle GHG emission estimates for particular literature estimates compared to ours include:  higher natural gas leakage estimates (Howarth et al. 2011; Burnham et al. 2012; Skone et al. 2011; Hultman et al. 2011; Jiang et al. 2011); higher estimate of methane content of produced gas (Jiang et al. 2011; Burnham et al. 2012; Skone et al. 2011; Hultman et al. 2011); and inclusion of natural gas distribution for transport of gas to the power plant[34] (Jiang et al. 2011; Howarth et al. 2011; Hultman et al. 2011). On the other hand, EURs considered in this chapter are considerably lower than for other studies. This is especially true for the sensitivity analyses conducted by this and other studies, where the low-bound case for all other studies is at least twice the lower-bound estimate reported by EIA for the Barnett Shale play (INTEK 2011).[35]

A key distinguishing feature of the practices typically assumed for conventional as compared to unconventional wells is liquids unloading (i.e., periodic removal of liquids and other debris from a well). EPA has found that this practice occurs frequently—31 times per year on average (EPA 2011)—every year in the life of a well. And emissions from this practice, even when amortized over lifetime production of a well as in LCAs, are significant (e.g., Burnham et al. 2012). A recent survey of 91,000 wells by two industry associations suggests that at least for this sample, emissions from liquids unloading are nearly 80% lower than EPA's estimate (Shires and Lev-On 2012). Not only is the magnitude of emissions from liquids unloading controversial, but the same industry survey suggests that liquids unloading is also practiced on unconventional wells, reversing previous assumptions (Shires and Lev-On 2012). If liquids unloading were practiced on Barnett Shale wells,[36] then life cycle GHG emissions under average-EUR conditions would increase between 6 and 28 g $CO_2$e/kWh depending on the emission rate assumed[37] and potentially as high as 100 g $CO_2$e/kWh under low EUR conditions.

### 1.3.3  Fuel Cycle Methane Losses

Throughout each stage of the fuel cycle, a portion of the produced gas is used or lost:  gas is used as a fuel for combustion activities, and it is lost when it leaks to the atmosphere either through potentially controllable leakage or fugitive emissions. As a potent GHG, methane emitted to the atmosphere is especially important to understand.

---

[32] For example, Skone et al. (2011) find that nitrous oxide contributes 0.04% to the total life-cycle GHG emissions for a natural gas combined-cycle plant. They also found that nitrous oxide and methane contribute 0.001% and 0.004%, respectively, to the GHG emissions from the energy-conversion facility (which primarily consist of fuel combustion emissions) for a natural gas combined-cycle plant.

[33] Fewer than ten engines in the inventory are identified as using purchased fuels (i.e., gasoline or diesel).

[34] To approximate an upper bound for such an omission, consider that even doubling the estimated emissions from transmission adds only 19 g $CO_2$e/kWh, or about 4%, to the total life-cycle GHG emissions.

[35] Base-case EURs were 3, 3.5, 3, 2.7, and 2 bcf for Howarth et al. (2011) (average of estimates reported in Table 1), Burnham et al. (2012), Skone et al. (2011), Jiang et al. (2011) and Stephenson et al. (2011), respectively. Lower bounds tested were 1.6, 2.1, 2.7, and 1 bcf for Burnham et al. (2012), Skone et al. (2011), Jiang et al. (2011), and Stephenson et al. (2011), respectively.

[36] Assuming 30-year well lifetime (Skone et al. 2011), 1.42 bcf EUR (INTEK, 2011), and 12% emission reductions (Burnham et al. 2012).

[37] The low estimate assumes an emission rate according to Shires and Lev-On (2012), whereas the high estimate assumes an emission rate according to EPA (2011).

This section reports two related metrics, each important for different purposes. The first metric we refer to as *natural gas losses*, which signifies the percentage of produced natural gas either lost or consumed along the fuel cycle, expressed in units of volume natural gas lost per volume natural gas produced.[38] The second metric we refer to as *methane leakage*, which signifies the volume of methane released to the atmosphere in relation to the amount of gas produced, expressed in units of volume methane emitted per volume natural gas produced. A leakage rate reported in these units enables rapid estimation of methane emissions based on a known amount of produced natural gas.

Based on the analysis of TCEQ inventories for natural gas production and processing emissions, as well as published estimates for other fuel cycle phases, this study estimates that 1.5% of produced gas is emitted to the atmosphere before reaching the power plant (see Table 1). Much of this is potentially preventable, with an additional 5.6% of produced gas consumed along the process chain as fuel for different types of engines. Based on the estimated methane content of this produced gas, this equates to a *leakage rate* across the fuel cycle of 1.3% methane volume per volume of natural gas processed, based on the assumed play-average EUR of 1.42 bcf/well. Because of the contribution of one-time emissions to these results, they are sensitive to EUR; low EUR corresponds to an estimated 2.8% methane leakage rate and the loss of 8.9% of produced gas across the fuel cycle, whereas high EUR corresponds to an estimated 0.8% leakage and 6.5% losses.

**Table 1. Loss of Produced Gas along the Fuel Cycle[a]**

|  | Completions and Workovers[b] | Production | Processing | Transmission[c] | Total |
|---|---|---|---|---|---|
| Extracted from Ground | 100.0% |  |  |  | 100.0% |
| Fugitive Losses | – | 0.1% | 0.0% | 0.5% | 0.6% |
| Potentially Controllable Leakage | 0.8% | 0.1% | 0.0% | 0.0% | 0.9% |
| Combusted as Fuel | – | 0.9% | 3.9% | 0.8% | 5.6% |
| Delivered to Power Plant |  |  |  |  | 92.9% |

[a] Reported as volume of natural gas consumed or lost per volume of natural gas produced
[b] See footnote to Figure 9
[c] From Skone et al. (2011)

### *1.3.4   Air Pollutant Emissions Inventory-Based GHG Emissions Estimates*

This study develops emissions factors for the production and processing stages of shale gas development based on original estimates of GHG emissions from TCEQ inventories and the Texas Railroad Commission's production statistics. These emission factors are shown in Figure using the functional unit of grams $CO_2e$ per mega-joule of natural gas (i.e., g $CO_2e$/MJ).

---

[38] Although the use of natural gas in production and transportation processes is for beneficial purpose, it nonetheless represents the loss of a potentially marketable product. For instance, increasing the efficiency of engines at pipeline booster stations would increase the amount of product delivered to the end user. From this perspective, we employ the simplified terminology of "loss" of natural gas to include its use prior to sale to an end user.



**Figure 10. Inventory-based analysis of production and processing fuel cycle stages showing that the majority of GHG emissions are $CO_2$ resulting from combustion, although the $CO_2$e from methane emissions is significant**

Most noticeably, the majority of GHG ($CO_2$e) emissions in both of these life cycle stages comes from $CO_2$ emissions from combustion sources. These emissions represent 53% of the total GHG emissions for the production stage and 87% for the processing stage. In the production stage, 90% of $CO_2$ emissions come from a large number of four-cycle rich-burn engines, nearly all of which are not normally individually tracked in the point-source inventory. Of the 1,564 compressor engines contributing to $CO_2$ emissions during natural gas production, only seven are reported to the point-source inventory, with the vast remainder of sources (and 99.9% of the $CO_2$ emissions) being reported only in the special inventory. Although the point-source inventory is intended to cover major emissions sources, the large number of individually smaller sources that are only captured by the special inventory play an important role in the GHG emissions from natural gas production in the Barnett Shale play. In the processing stage, 49% of $CO_2$ combustion emissions come from 405 4-cycle, lean-burn engines; 21% from 273 4-cycle, rich burn; 20% from 552 external-combustion boilers and heaters; and the remaining $CO_2$ emissions come from natural gas turbines, other compression engines, and equipment flares. In contrast to the production stage, 76% of these sources—representing 79% of the $CO_2$ emissions—are covered by the point-source inventory. Direct emission of $CO_2$ from fugitives and from processing (to achieve pipeline-quality specifications) is negligible but included for completeness.

Of the remaining GHG emissions, more methane emissions come from potentially controllable gas leakages than from fugitives. Specifically, only 41% of methane released in the production stage comes from fugitives. The 49% of methane coming from potentially controllable leakage in the production stage is dominated by emissions from pneumatic pumps and controls, which are a focus of recent EPA regulations. In the processing stage, fugitives make up an even smaller proportion (10%) of overall methane leakage. Of the 21% of methane emissions in this life cycle stage coming from potentially controllable leakage, more than half comes from emissions from produced water tanks, and almost a third from emissions from glycol dehydrators. Despite only a small proportion of combustion emissions being methane, combustion activities still account for

69% of the total methane emitted in the processing stage as a result of the large numbers of engines.

## 1.3.5  Sensitivity to Gas Composition Analysis

Because it reflects a key differentiation of this study from previous analyses, this section explores the sensitivity of this study's results to assumptions about the composition of the produced gas. Specifically, this section compares the study's main results—which are based on county-specific gas composition estimates (see Appendix B)—with results based on two alternative assumptions about produced gas composition.

The first alternative calculates emissions using a play-level gas composition estimate, which reflects a production-weighted average of all county estimates with original data. The second alternative uses EPA's reported national average production gas composition (EPA 2011) as the estimated composition for all sources. The national average is used for comparison because most LCAs rely on this gas composition, even for play-specific estimates (e.g., Skone et al. 2011). Table 2 reports the difference in emission estimates for $CO_2$, methane, and $CO_2e$ using these alternative gas composition analyses compared to this study's spatially explicit approach (main results).

**Table 2. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Inventoried GHG Emissions for the Barnett Shale Play**

|  | Difference from Main Results | | |
| --- | --- | --- | --- |
|  | $CO_2$ | Methane | $CO_2e$ |
| Production and Processing Combined | | | |
| Main Results | – | – | – |
| Barnett Shale Average | -0.5% | 2.6% | 0.2% |
| National Average | -3.5% | 5.7% | -1.5% |

The overall impact is negligible of using spatially explicit estimates versus the Barnett Shale average, which is a production-weighted average of individual estimates:  the effect on the two different GHGs cancel out in terms of $CO_2e$. The impact of using national average gas composition estimates is larger, but still small. As shown by the difference in Barnett Shale average versus national average results, these impacts come not from shifting to uniform gas compositions, per se, but rather, from using gas composition estimates less reflective of the specific gas analyses obtained from locations within the Barnett Shale region.

However, estimates differ more substantially when looking at a finer scale, as shown in Table 3, which focuses on production-stage emissions estimates for the four top-producing counties in the Barnett Shale. Using Barnett Shale or national average gas composition can lead to estimates one-third lower or higher for Tarrant and Wise counties, respectively, compared to using the county-level average. This variation comes from the substantial difference in estimated gas composition across counties, also shown in the lower portion of Table 3 for the representative gas constituents of VOCs, $CO_2$, and methane. Note that Tarrant and Wise counties both deviate substantially from the Barnett Shale average, as well as from the national average.

**Table 3. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Estimated Production Emissions at the County-Level**

|  | Denton County[a] | Johnson County[a] | Tarrant County[a] | Wise County[a] | 22-County Total |
|---|---|---|---|---|---|
| Barnett Shale average vs. main results | 12% | -5% | -33% | 29% | 1% |
| National average vs. main results | 15% | -11% | -36% | 29% | -3% |

|  | Denton County[a] | Johnson County[a] | Tarrant County[a] | Wise County[a] | Barnett Shale play average[b] | National average[c] |
|---|---|---|---|---|---|---|
| Volatile organic compounds content[d] | 18% | 19% | 6% | 23% | 16% | 18% |
| $CO_2$ content[d] | 2% | 2% | 1% | 3% | 2% | 2% |
| Methane content[d] | 63% | 63% | 80% | 56% | 66% | 78% |

[a] Only the four top-producing counties in the Barnett Shale play are shown.
[b] Production-weighted average across the 22 counties of the Barnett Shale play
[c] As reported in EPA (2011)
[d] Percentage by mass

These results have implications for developing more accurate GHG emission inventories at sub-national levels and any regulatory system that might seek to identify high emitters within plays. Furthermore, when detailed activity data at the site or source level are developed, these data should be matched by detailed gas-composition analyses for the most accurate outcomes.

### 1.3.6  Areas for Improvement in Understanding

The estimate of life cycle GHG emissions from gas produced from Barnett Shale in 2009 reported here advances our understanding through rigorous analysis of more than 16,000 sources of emissions and accounts for the known spatial heterogeneity in gas composition within the Barnett Shale play. However, future efforts should explore the sensitivity of the estimates herein to the many contributing parameters and several other aspects because further improvement remains.

Chief among the areas for improvement are a greater number of recent measurements of emission factors and statistically representative surveys of current practices characterizing GHG emissions from the natural gas industry. For instance, there is a critical lack of measurements of emissions for completion and re-completion (workover) activities that account for different physical and operational conditions based on use of reduced-emission completion equipment, variations in gas flow during flowback and initial production, and mud degassing (EPA 2011; Shires and Lev-On 2012; CERA 2011; Burnham et al. 2012). Likewise, better and more recent measurements of fugitive emissions from well and processing equipment, as well as pipelines at all stages—gathering, transmission, and distribution lines—are warranted because the existing data are sparse and old. The prevalence of emission-reduction practices (e.g., flaring) during completion, workover, and other activities is another area of considerable lack of empirical information and variability in current assumptions (Heath et al. 2012) that would improve understanding of life cycle GHG emissions.

Furthermore, if other well-specific information—such as annual and lifetime gas, condensate, oil, and produced water production, and lifetime workovers—were available and could be

matched to the TCEQ emissions inventories, then fuel cycle and life cycle GHG emissions could be estimated at the well level. These results could allow for consideration of well-level variability, with implications for the design of efficient strategies to control emissions. In particular, given the substantial sensitivity of results to EUR (total life cycle GHG emissions differ from base results by -5% or +17% for upper and lower EUR estimates, respectively), better well-specific information on EUR will improve the precision of emissions estimates. However, EUR is neither geographically nor temporally constant; rather, it relates both to physical characteristics of natural gas deposits and to the (constantly evolving) technical and economic feasibility of recovery of that natural gas. An improved and sophisticated understanding of EUR is therefore necessary. Finally, production activity is often planned for a field based on a set of wells; when initial wells decline in production, they could be restimulated and other wells could be drilled within the same area (through new laterals or new surface sites). Considerable knowledge of these dynamics is currently lacking. Yet, it is important to understanding GHG emissions in the context of deployment strategies used by many large players.

We have assembled the largest publicly available database of gas composition analyses for a shale gas play, and the counties with highest production correspond to those with the greatest number of analyses. However, given the sensitivity of the study's county-level results to the gas composition, it appears to be warranted to devote further effort toward improving the availability of production gas composition analyses specific to a region of interest. A random-sampling campaign conducted by a third party would be an ideal match for the methods used in this chapter if they are deemed useful for future analyses. A nearer-term objective could be to simply increase the pool of gas analyses from any entity willing to make such data available. Results of such further investigation could have implications for developing more accurate GHG emission inventories at sub-national levels and any regulatory system that might seek to identify high emitters within plays.

Further investigation of emissions from liquids unloading from unconventional wells is also warranted given the potentially significant GHG emissions from this activity, as described above. An emissions sampling strategy that accounts for variability across geography, gas type, well type, operator size, and operational practices, among other factors, should lead to an improved understanding of the potential for GHG emissions from liquids unloading for conventional and unconventional wells. Additional activity data regarding frequency of unloading and how this might change over the lifetime of a well, proportion of wells requiring unloading, and prevalence and effectiveness of emission-reduction activities are necessary to develop a more complete understanding of the emissions from this practice. Finally, because emissions from this episodic activity are amortized over lifetime production for use in LCAs, more certainty in the estimate of EUR would improve the accuracy of life cycle emission estimates.

Practices in the natural gas industry change over time, as do resource characteristics. Estimates of GHG emissions should be periodically repeated to reflect those changing practices and characteristics, using the most up-to-date and accurate data on emissions, emission-reduction practices, resource characteristics and activities available. Estimates could also be developed for future conditions based on expected changes in practices due to, for instance, full implementation of promulgated regulations. Such estimates could be compared to goals for GHG

emission reduction to highlight whether additional emission reductions are necessary to reach those goals.

Analogously, industry practices and resource characteristics vary by location owing to differences in, for instance, geology, hydrology and state regulations. Estimates of GHG emissions should be developed in other locations using as much geographically specific data and information as possible. Furthermore, GHG emissions will also differ by gas type—not only by broad categories such as conventional and unconventional, but also, by different types of each, e.g., shale, tight, and coal-bed methane for unconventional, and associated, onshore, and offshore for conventional. GHG emissions for each of these types should be characterized so that a more accurate understanding of drivers of variability (if any) by type can inform discussions of opportunities to reduce emissions.

Finally, the bottom-up, engineering-based inventory of emissions should be confirmed through top-down atmospheric measurements. Literature suggests that emissions are typically underestimated through bottom-up approaches compared to concentrations of those same pollutants in the atmosphere (e.g., Townsend-Small et al. 2012; Petron et al. 2012). This effect likely results not only from issues such as non-reported sources, but also from inaccuracies that inherently arise from the use of non-specific methods that depend on average or ideal conditions. Although source attribution is still challenging and these measurements are expensive, they provide a much-needed confirmation of when inventories are accurate and when updates and improvements are necessary to support sound decision-making.

## 1.4  Conclusions

The aim of this research is to advance the state of knowledge of life cycle GHG emissions from electricity generated from shale gas extracted from a specific play—the Barnett Shale play in north Texas—using data sources independent of those used in previous LCAs of natural gas. We leveraged inventories of regulated air pollutants collected and screened by the Texas Commission on Environmental Quality for a 2009 special inventory of the Barnett Shale gas production, processing, and transportation sectors and their regular point- and area-source inventories in the 22-county Barnett Shale area. We used data supplied by the industry to TCEQ regarding the emissions and characteristics of more than 16,000 individual sources. The TCEQ inventories are used to estimate VOC emissions, a precursor of ozone. VOC emission estimates were translated to methane and $CO_2$ emissions by using gas composition analyses that report proportions by mass of each constituent. This study compiled a large dataset of such gas composition analyses at the county level, enabling a quantitative accounting of the significant variability that exists within the play of methane, $CO_2$, and other compounds.

Based on the analysis of TCEQ inventories and the addition of missing life cycle stages not included in those inventories, this study estimates that electricity generated using a modern natural gas combined-cycle turbine combusting Barnett Shale gas produced and processed in 2009 is associated with about 440 g $CO_2$e/kWh generated, with a sensitivity range based on published high and low EURs of 420 to 510 g $CO_2$e/kWh. Thus, the life cycle GHG emission result is sensitive to the lifetime production of wells, where additional research would be helpful to more precisely estimate life cycle GHG emissions. Regardless of this uncertainty, however, this chapter's main conclusion is that life cycle GHG emissions from electricity produced from Barnett Shale natural gas lie within the range of previously published estimates for GHG

emissions (after methodological harmonization) from electricity produced by either conventional or unconventional natural gas (O'Donoughue et al. 2012; Heath et al. 2012). Furthermore, this report's estimate of life cycle GHG emissions is less than half of the median of published estimates for coal-fired electricity generation (after methodological harmonization) (Whitaker et al. 2012). It should be noted that the estimate of life cycle GHG emissions developed here is not strictly applicable to other locations or years, and that several important aspects of uncertainty in the methods of this research should be improved through additional research. However, the broad agreement between the estimate developed here and those published independently for both unconventional and conventional gas increases confidence in our understanding of life cycle GHG emissions of natural gas used for electricity generation.

This study found that about 19% of base case life cycle GHG emissions results from the fuel cycle of Barnett Shale gas (pre-production through transmission). About 10% of base case life cycle GHG emissions are methane, mostly vented during completion and workover and released from the natural gas transmission pipeline network. Only 11% of life cycle GHG emissions depend on characteristics of shale gas (e.g., extraction techniques, composition); the vast majority of life cycle emissions are not affected by the type or origin of the gas because they occur after processing that has the function of creating a homogenous product.

With regard to the fuel cycle GHG emissions, which were the focus of the analytical effort of this chapter, the vast majority comes from $CO_2$—80% or more of which is emitted from combustion sources (mostly engines and turbines) in the production and processing stages. The majority of emissions coming from natural gas production activities is from sources not routinely tracked individually (because they do not meet regulatory thresholds) in a classic example of how important the more numerous small sources can be to total emissions and how challenging quantifying and reducing emissions from the natural gas industry will be for regulators. Only through special inventories, such as the one conducted in 2009 for the Barnett Shale area, is it possible to have the kinds of detailed information necessary to estimate source-specific emissions for the vast majority of production sources within this industry. By contrast, processing sources are typically larger, meeting the threshold for annual emissions reporting under the regular point-source inventory.

We find that methane leakage, though playing a smaller role in life cycle GHG emissions from this analysis of 2009 Barnett Shale gas as compared to others, comes mostly from what we have classified as potentially controllable sources, rather than from fugitives—with implications for the potential for GHG emission reductions in the natural gas industry. In gas production, 40% of methane released comes from fugitive sources; methane emitted from potentially controllable leakage in the production stage comes mostly from pneumatic pumps and controls, which are specifically addressed in recent EPA regulations. In the processing stage, fugitives make up an even smaller proportion (10%) of overall methane emissions. As for potentially controllable leakage in processing, half comes from emissions from produced water tanks and a third from glycol dehydrators.

Our method represents an improvement in accuracy by accounting for spatial differences in gas composition as compared to previous LCAs. For instance, methane content of raw gas from the top four producing counties ranges from 56% to 80%, with implications for how much methane is released in venting or fugitive emissions. Previous research has either used play-level average

gas composition (e.g., Jiang et al. [2011] for the Marcellus) or the national average. For Barnett Shale total emissions, the difference in results between using county-level gas composition compared to a play-wide average composition is relatively small; however, the improvement is more significant compared to using national average composition.

The overall results for the Barnett Shale play are only marginally sensitive to the variability in gas composition across the play because of offsetting differences. But the variability observed in gas composition has implications for accurate estimation of GHG emissions at finer spatial resolution, monitoring programs, and regulatory strategies. This study found differences in GHG emission estimates at the county level compared to estimates using national average figures; furthermore, inventories of the level of detail of the special inventory provide an important piece of the overall story of emissions. Therefore, accurate usage of such detailed information needs to be matched by more detailed input information, notably gas composition analyses. The database assembled for this study is a first step toward developing more robust databases in the Barnett and other natural gas basins around the country.

Improvements can be made to the estimate produced here of life cycle GHG emissions for 2009 Barnett Shale gas used in a modern combined cycle electricity generator. But this study's methodologically independent estimate confirms previous research on shale gas electricity generation. In addition, it is similar to previous estimates for generation using conventionally produced natural gas, and it is less than half of that estimated in other studies for coal. Liquids unloading, which is typically assumed to occur only for conventional wells, accounts for most of the difference between this study's estimate and that developed based on meta-analysis and updating of more than 40 references reporting life cycle GHG emissions for electricity generated from conventionally produced natural gas. However, evidence has emerged suggesting that liquids unloading is also a practice applicable to unconventional wells. If confirmed for Barnett Shale wells in particular, then it means that the estimate reported here should be updated accordingly. The high carbon content and significantly lower thermal efficiencies of coal-fired power plants account for their substantially higher life cycle GHG emissions.

# 2   Regulatory Framework Governing Unconventional Gas Development

## 2.1  Introduction

Rapid development of unconventional natural gas in the United States in recent years has raised a number of important environmental concerns, including ground and surface water contamination; disposal practices for frac flowback, produced water, and other associated drilling wastes; impacts on local and regional air quality; methane leakage and venting rates; and increased traffic, noise, and other community impacts. It is clear that regulations have increased at virtually all levels of governance in response to the unconventional gas boom. Various commissions, advocacy groups, and research organizations have weighed in on the pros and cons of additional regulation, including two reports issued by the Secretary of Energy Advisory Board Shale Gas Production Subcommittee ("SEAB Subcommittee").[39] But questions persist regarding the sufficiency of these regulations across differing jurisdictions and the adequacy of compliance monitoring and enforcement in the face of rapid growth.

Because of the "distributed" nature of unconventional gas development and the substantial increase in wells in key basins,[40] local land-use conflicts have erupted in certain areas of the country that have led to restrictions and moratoria on drilling by state, county, and municipal governments, raising questions about the industry's continued social license to operate in specific jurisdictions[41] (Dryden 2012; Middlefield 2012). In response, some states—notably Pennsylvania—have recently enacted legislation to restrict the ability of local governments to

---

[39] *See e.g.*, U.S. DOE, *Secretary of Energy Advisory Board Shale Gas Production Subcommittee, Ninety-Day Report,* (Aug. 11, 2011) and *Second Ninety-Day Report* (Nov. 18, 2011), http://www.shalegas.energy.gov/resources/081111_90_day_report.pdf; National Petroleum Council, *Prudent Development Realizing the Potential of North America's Abundant Natural Gas and Oil Resources* (2011), http://www.npc.org/NARD-ExecSummVol.pdf; Cardi Reports, *The Economic Consequences of Marcellus Shale Gas Extraction: Key Issu*es, prepared on behalf of Cornell University (Sept. 2011), http://www.greenchoices.cornell.edu/downloads/development/marcellus/Marcellus_CaRDI.pdf; Thomas Kurth, et al., "American Law and Jurisprudence on Fracing," Haynes and Boone, LLP (2010), http://www.haynesboone.com/files/Publication/3477accb-8147-4dfc-b0b4-380441178123/Presentation/PublicationAttachment/195a3398-5f02-4905-b76d-3858a6959343/American_Law_Jurisprudence_Fracing.pdf ; Bipartisan Policy Center, Energy Project, *Shale Gas: New Opportunities, New Challenges* (Jan. 2012), http://www.scribd.com/doc/95194795/Shale-Gas-New-Opportunities-New-Challenges; Charles G. Groat and Thomas W. Grimshaw, *Fact-Based Regulation for Environmental Protection in Shale Gas*, report prepared for the Energy Institute, University of Texas at Austin (Feb. 2012), http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf; Rebecca Hammer, et al, *In Fracking's Wake: New Rules are Needed to Protect Our Health and Environment from Contaminated Wastewa*ter, Natural Resources Defense Council (May 2012) http://www.nrdc.org/energy/files/Fracking-Wastewater-FullReport.pdf; International Energy Agency, Golden Rules for a Golden Age of Gas, 9-10 (May 29, 2012), http://www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/WEO2012_GoldenRulesReport.pdf (discussing the importance of public acceptance for continued expansion of unconventional gas development in the U.S. and abroad).

[40] For a graphic depiction of the rapid increase in shale gas wells in Pennsylvania, see U.S. Energy Information Administration, "Horizontal drilling boosts Pennsylvania's natural gas production," available at http://www.eia.gov/todayinenergy/detail.cfm?id=6390.

[41] Some national governments, including France and Bulgaria, have also banned hydraulic fracturing (BBC News 2012). For a list of current moratoria and bans, see Sierra Club, FRAC Tracker, http://www.sierraclub.org/naturalgas/rulemaking/.

regulate unconventional gas development.[42] Other states, such as Colorado, have engaged in multi-stakeholder processes to strengthen and continue to revise new rules for oil and gas development that have been embraced by multiple constituencies and paved the way for innovative legislation that is re-shaping the electric power sector in the state (COGCC 2008; Xcel 2012). See Textbox 1 for more on Colorado's recent experience. But even in those states, such as Colorado, where oil and gas development has been a feature of the landscape for decades, a number of communities have expressed concerns about the proximity and pace of unconventional gas development and are seeking to impose new restrictions on development.[43]

---

**Text Box 1:  Colorado's Clean Air-Clean Jobs Act**

In 2010, then Governor of Colorado Bill Ritter introduced landmark legislation that fundamentally altered the energy make-up of the state's electric power sector. The legislation, HB 1365, also known as the "Clean Air-Clean Jobs Act," required regulated utilities to reduce emissions of nitrogen oxides by 70% to 80% or greater from 900 megawatts of coal-fired generation by 2018 and meet certain "reasonably foreseeable" environmental requirements, such as lower ozone standards. To meet these targets, the state's regulated utilities proposed a plan that included retiring aging coal-fired power units, retrofitting others with state-of-the-art clean technology, and expanding capacity for units powered by natural gas and renewable energy sources. The Act had broad support from a number of constituencies including local Front Range governments, local and national non-governmental organizations, Xcel Energy and the natural gas industry (CCC 2010; Xcel 2012). Importantly, much of this support can be tied to the state's decision to first put in place strong rules for the development of its oil and gas resources before introducing legislation that would very likely lead to increased production. Many believe there is still work to be done to ensure that production is done properly statewide, especially in the Front Range, where new production is taking hold that did not exist to the same extent in 2008. However, many point to the Colorado model as an example of collaboration, innovation, and leadership that can be replicated elsewhere.

---

In short, the regulatory landscape affecting unconventional gas development is complex, dynamic, and multi-layered. Going forward, there is a risk of increased regulatory fragmentation within and among gas-producing basins, as well as a lack of coordination among the different government entities responsible for regulating and ensuring compliance with various aspects of unconventional gas development, leading to additional uncertainty, gaps, redundancies, potential delay for producers, and under-enforcement.[44] At the same time, leading companies continue to

---

[42] 58 Pa. Cons. Stat. § 3218; see also CO SB 088, introduced unsuccessfully Feb. 16, 2012.

[43] For example, Boulder County, Resolution No. 2012-16 (Feb. 2, 2012); Colorado Springs, Steve Bach, Mayer of Colorado Springs, "Memorandum on Administration of the Use of Regulations Set Forth in Chapter 7, City Code," (Nov. 28, 2011); the City of Erie, Ord. No. 09-2012 (Mar. 7, 2012); and the city of Longmont, Ord. No. O-2012-18 (Dec. 20, 2011)—all enacted temporary moratoria on applications for oil and gas development.

[44] For a recent report that surveys state shale gas regulation and similarly finds significant variations among them, see Resources for the Future, "A Review of Shale Gas Regulations by State," http://www.rff.org/centers/energy_economics_and_policy/Pages/Shale_Maps.aspx.

develop and elaborate best practices[45] to control and/or mitigate some of the environmental impacts associated with unconventional gas development. Some of these corporate practices go beyond existing regulation and some have served as the basis for new regulations.[46] Although it is impossible to predict the precise mix of future regulation, it is likely that additional regulations will be adopted and implemented as unconventional gas development proceeds. These could affect the costs of producing unconventional gas, but without basin- and company-specific data, it is not possible to determine the amount of additional compliance costs associated with any particular regulatory scenario. This is an important area for future research.

This chapter examines the main federal, state, and local regulatory frameworks that govern unconventional natural gas development.[47] Specifically, this chapter focuses on requirements related to water withdrawals used for hydraulic fracturing, disclosure of chemicals used in hydraulic fracturing fluids, setbacks for wells, baseline water monitoring of surface water resources or water wells, well construction standards, "green" or "reduced emission" completions, storage of waste in closed-loop systems, and the disposal of produced water. It also examines state compliance monitoring and enforcement capabilities. The goal of the research was to identify changes and trends in the governing legal frameworks across the different basins, as well as key challenges going forward. Specific attention is given to regulatory uncertainty, fragmentation, gaps, and redundancies associated with the proliferation of new rules and regulations at multiple levels, as well as the implications of shifting public perception and support for gas development across various jurisdictions.

Due to time constraints, it was not possible to examine all impacts associated with gas development and corresponding regulatory responses. Key areas for future research include, for example, regulations aimed at reducing the risk of surface spills of acids and chemicals used in hydraulic fracturing, storm-water controls, open-pit requirements, and mitigation measures for truck traffic. Beyond the scope of this report is a complete discussion of the environmental and public health risks posed by unconventional gas development and an analysis of the extent to which the current regulatory and statutory regimes reduce such risks, or the extent to which voluntary implementation of best practices fill any gaps remaining.

The chapter focuses on six unconventional U.S. basins: Barnett Shale play and Eagle Ford Shale play in Texas, Haynesville Shale play in Texas and Louisiana, Marcellus Shale play in New York and Pennsylvania, North San Juan basin in Colorado, and Upper Green River basin in Wyoming. As Table 4 illustrates, each of these basins is marked by distinct resource, geologic, and hydro-geologic characteristics, and each has had different historical and contemporary

---

[45] The term *best practices* used here has the same meaning as that used by the SEAB in that it refers to "improvements in techniques and methods that rely on measurement and field experience" (SEAB 2011a). Best practices are not static, but rather, continuously evolving, as evidenced by the rapid changes in technologies related to stimulation techniques, methane capture, and water recycling.

[46] See, for example, green completions, voluntary disclosure of chemicals used in hydraulic fracturing fluids, and reuse of produced and flowback waters. EPA specifically cited industry's voluntary use of green completions in promulgating recent federal standards to limit air pollution from new and modified stationary sources in the Crude Oil and Natural Gas Production Category (EPA 2012c).

[47] Statutes applying uniquely to federal lands or actions, such as the Federal Lands Policy and Management Act, National Environmental Protection Act, and Endangered Species Act, are not discussed. For a more complete description of the federal framework that applies to unconventional gas development, see EPA 2000 and Kurth 2010.

experiences with oil and gas development. Accordingly, unconventional gas development in each of these basins and jurisdictions poses a distinct set of environmental issues, and it is the subject of a different mix of state and local regulation.

**Table 4. Description of Shale Plays and Basins Studied**

| Primary Designation | Secondary Designation | Hydrocarbon Resources | Interest for Study | Production Characteristics |
|---|---|---|---|---|
| Barnett Shale Play | District 5, North Texas | Mostly dry gas, shale | Original shale gas basin, history, water stressed, near urban areas | 6,000–8,500 feet deep |
| Eagle Ford Shale Play | Oil Producing Counties, South Texas | Oil, NGLs and gas, shale | High activity, resource diversity, water stressed | Oil 4,000–8,000 feet, NGLs/gas 8,000–12,000 feet deep, average thickness 450 feet |
| Haynesville Shale Play | DeSoto Parish, Louisiana | Mostly dry gas, shale | Second-largest shale gas reserves in U.S., active production | 10,500–13,000 feet deep, high temperature and pressure |
| Marcellus Shale Play | Susquehanna River Basin, Ohio River Basin, Pennsylvania | Mostly dry gas, shale | Rapidly growing, diverse, area of significant public attention | 5,000–7,000 feet deep, 100–500 feet thick, largest shale gas reserves in U.S. |
| North San Juan Basin | La Plata County, Colorado | Coal-bed methane | Colorado regulations, distinct risks due to CBM production | Fruitland formation, 550–4,000 feet deep |
| Upper Green River Basin | Jonah Field, Pinedale Anticline Wyoming | Mostly dry gas, tight sands | Active production, ozone nonattainment | Vertical wells, 8,000–11,000 feet deep in tight sands |

This chapter also examines recent actions by local governments to ban, delay, or regulate hydraulic fracturing or gas development; responses to such actions by state courts and legislatures; and the implications of these developments for the industry's social license to operate in specific parts of the country.

Lastly, this chapter identifies several important examples where companies have adopted measures that go beyond compliance—namely, "green" completions, voluntary disclosure of chemicals used in hydraulic fracturing fluids, and reuse of produced and flowback waters. In some cases, these best practices have become the basis for new regulations (e.g., "green" completions). In others, they continue as voluntary actions that fill gaps or go beyond existing regulatory frameworks (e.g., reuse of produced and flowback waters).

The major conclusions that emerge from this analysis are as follows:

- Although there is a trend toward more regulation at all levels of governance, there has been a corresponding increase in regulatory fragmentation and differentiation at state and local levels. Better coordination and policy alignment among regulators can help to reduce risks of regulatory fragmentation including uncertainty, delays, gaps, and redundancies across jurisdictions. Improved communication and sharing of information between regulators at all levels of government and across jurisdictions—as well as increased transparency in the form of publicly reported and publicly available data from industry—will help ensure that regulations are coordinated and tailored to specific geographic and geologic characteristics.  Appropriately designed regulations that reflect local conditions such as gas composition and geology reduce environmental risks and ensure more efficient resource recovery.

- Compliance monitoring and enforcement actions vary significantly across states, with significant implications for the efficacy of regulations, as well as public confidence in the ability of state regulators to ensure that development proceeds safely. Public disclosure of violations, enforcement actions, and company compliance would bring greater transparency and accountability to an industry that, by its nature, poses unique compliance and enforcement challenges due to the disparate and often remote location of facilities and its rapid development in recent years. It would also provide an opportunity to highlight the compliance records of leading companies that have demonstrated a commitment to safe natural gas production.

- There is a significant range in the environmental performance of operators in the industry, with some operators performing at a level that goes beyond existing regulations and other operators falling short. Ongoing consolidation in the industry could lead to more widespread adoption of best practices across the industry. However, additional implementation of beyond-compliance measures is unlikely to lead to less regulation given limited public acceptance of the concept of self-regulation in the industry. In some instances, the implementation of best practices may serve as the foundation for future regulation (Efstathiou 2012), which, in turn, could serve to level the playing field among producers and may help restore public trust in areas of the country where unconventional gas development has been controversial.

- There is a need for basin- and company-specific data to analyze the extent to which implementing beyond-compliance measures or additional regulation will affect the cost of producing natural gas and, by extension, the supply of gas to the electric power sector.[48] This study was not able to collect such data (see Chapter 4), but this will be a focus of a potential follow-up study.

- Notwithstanding the challenges of regulatory fragmentation, different state and local approaches to regulating unconventional natural gas development provide important opportunities for learning and innovation regarding substantive rules, the role of best practices, and process. Colorado, for example, recently implemented landmark legislation

---

[48] A recent report estimates that the application of 22 "Golden Rules" for shale gas development could add about 7% to the overall drilling and completion costs on a per well basis (IEA 2012). Assuming today's costs and prices are roughly equivalent, 7% added costs in the U.S. would amount to roughly an additional $0.25/MMBtu produced.

with the support of multiple constituencies, including the natural gas industry and environmental groups, that resulted in a dramatic shift in the state's electric power sector away from coal toward greater use of natural gas and renewable energy (see Chapter 1 for a discussion of the potential climate benefits associated with using natural gas as opposed to coal as a feedstock for electricity generation). This could not have happened absent an initial effort to revise the state's oil and gas laws. New York's decision to undertake a detailed and extensive study of the impacts associated with high-volume hydraulic fracturing has led to development of some of the most comprehensive rules in the country. It remains to be seen whether, if adopted, they alleviate public concerns regarding the risks associated with unconventional gas development .

## 2.2  Federal Legal Framework

The major federal environmental laws provide the overarching framework for regulating many of the environmental impacts associated with unconventional natural gas development. Some of these laws, however, contain explicit exemptions or definitional exclusions for natural gas development, resulting in a significant role for state regulation in key areas such as waste management, disclosure of chemicals used in hydraulic fracturing and releases, and well construction standards other than for underground-injection disposal wells. This section analyzes the federal regulatory framework governing air, water, and waste issues associated with unconventional gas development. It focuses on the scope of federal regulation, the extent to which state law fills any gaps left open by the federal regulatory scheme, recent legislative proposals and rule-makings, key trends, and the implications of a changing federal regulatory framework for future development.

### 2.2.1  Overview and Key Trends

Federal laws governing the air, water, and waste impacts associated with the production of unconventional natural gas vary in terms of scope. EPA has broad authority to regulate emissions of air pollutants, including GHGs, direct and indirect discharges of wastewater from point sources, and the injection of produced water into underground injection wells for disposal.[49] The federal government, primarily through the U.S. Department of the Interior, also has authority over the development of natural gas on federal and tribal lands. Federal oversight over the management of hazardous and solid wastes, reporting and disclosure requirements of toxic or hazardous releases, and the process of hydraulic fracturing itself is much more limited—and, in some cases, it is entirely absent given specific exemptions and definitional exclusions under certain federal laws such as the Resource Recovery and Conservation Act; the Comprehensive Environmental Response, Compensation and Liability Act; and the Safe Drinking Water Act.

Some federal exemptions have been the focus of proposed legislation in past and current Congresses,[50] and efforts to repeal or narrow these exemptions are likely to continue. Congress also recently requested that EPA conduct a study evaluating the potential impacts of hydraulic fracturing on drinking water (EPA 2011e). Depending on the results of this study, the first of

---

[49] An exception to this is section 112(n)(4) of the Clean Air Act, which contains prohibitions on the aggregation of hazardous air pollutant emissions from certain gas wells and other equipment that constrain regulation of such sources (42 U.S.C. § 7412(n)(4)).

[50] See, for example, The Fracturing Responsibility and Awareness Act of 2011, H.R. 1084.

which are due out sometime in 2012 with additional results in 2014, EPA may assume a more active role in regulating hydraulic fracturing—including reconsidering its determination that certain natural gas wastes are not hazardous, and recommending changes to the statutory framework that applies to the process of hydraulic fracturing. In the meantime, the states continue to play an important role in regulating various aspects of hydraulic fracturing. The extent to which states have filled gaps left open by federal regulation is discussed in Section 2.3.

The trend at the federal level is toward more regulation. As discussed in more detail below, a number of federal rules related to gas development have been finalized, proposed, or announced recently in response to increased development, and there have been repeated calls for new legislation. Taken together, these efforts indicate a growing interest in hydraulic fracturing and unconventional gas development at the federal level and the likelihood of additional federal regulation, and possibly legislation regarding the removal of certain exemptions in existing statutes, as has been proposed in the past.

### 2.2.2  Hydraulic Fracturing

The process of hydraulic fracturing, other than when diesel fuel is used, is expressly excluded from federal regulation under the Safe Drinking Water Act's Underground Injection Control program.[51] Were hydraulic fracturing not specifically excluded from the definition of *underground injection*, the natural gas industry would be required to comply with certain federal well construction, operation, and closure requirements, as well as disclosure requirements. This has been, and likely will continue to be, a source of controversy because numerous bills were introduced in 2009, 2010, and 2011 to bring the process of hydraulic fracturing within EPA's control (Martin et al. 2010).[52] Although prior attempts have all been unsuccessful, it is likely that similar legislation will be introduced in the future (Hammer and VanBriesen 2012). Additional pressure for greater federal regulation could also come as a result of EPA's hydraulic fracturing study if it concludes that the process of injecting fluids underground during hydraulic fracturing increases the risk of groundwater contamination.[53]

EPA recently published draft guidance governing the use of diesel in hydraulic fracturing fluids that includes requirements for diesel fuels used for hydraulic fracturing wells, technical recommendations for permitting, and a description of diesel fuels for EPA underground injection control permitting (EPA 2012b). As proposed, this guidance only applies where the EPA is the permitting authority. States with primacy over the Underground Injection Control program, which include Texas, Louisiana, and Wyoming, are not required to follow the guidance (Figure 11).

---

[51] 42 U.S.C. § 300h(d)(1)(B)(ii) (2005).

[52] The most recent efforts being The Fracturing Responsibility and Awareness Act of 2011, H.R. 1084.

[53] An area of ongoing controversy and debate is whether or not the process of hydraulic fracturing poses a greater risk of subsurface water contamination than other aspects of development that are common to all types of oil and gas production such as surface spills, impoundment failures, and faulty well construction (Groat and Grimshaw 2012; Hammer and VanBriesen 2012; Jones 2011).



**Figure 11. EPA map of Underground Injection Control Program Primacy[54]**

Given the limited federal role in this area, states are the primary regulators of well construction standards that apply to the process of hydraulic fracturing (see Section 2.3.3 below).[55] However, with respect to natural gas development on federal lands, the Bureau of Land Management (BLM) recently proposed a rule that would require the use of cement bond logs on surface casing and mechanical integrity testing prior to hydraulic fracturing to improve well integrity (BLM 2012). Both EPA's proposed diesel fuel guidance and BLM's proposed well construction standards help to provide greater regulatory certainty to the production of natural gas. However, state regulations remain central given the limited applicability of the EPA guidance and BLM standards.

### 2.2.3   Water Quality

As reported in various news media, for the public, some of the most prominent environmental concerns associated with unconventional gas development that have emerged are adverse impacts to groundwater and surface water resources. The major federal statutes protecting water quality—the Clean Water Act and the Safe Drinking Water Act—apply to various aspects of unconventional gas development, with different approaches and experiences in different parts of the country.

The Clean Water Act prohibits the unauthorized discharge of wastewater into the surface waters of the United States from point sources. Discharges may be authorized by permits issued under the National Pollutant Discharge Elimination System, whose permits require industry-specific, technology-based limits and water-quality-based effluent limitations. The latter vary depending

---

[54] EPA, "UIC Program Primacy," http://water.epa.gov/type/groundwater/uic/Primacy.cfm.
[55] Well integrity is essential not only to reduce risks associated with hydraulic fracturing, but also, with the entire universe of down-hole activities (i.e., wells that are not hydraulically fractured also pose a risk to surface and subsurface water sources if not properly cased, cemented, and monitored).

on local conditions because they are tailored to protect specific designated uses of surface
waters.

EPA has established two national effluent limitation guidelines that apply to unconventional gas
wells. The first completely prohibits the discharge into navigable waters of natural gas
wastewater pollutants, such as produced water, drilling muds, or drill cuttings from any source
associated with oil and gas production, field exploration, drilling, well completion, or well
treatment, located east of the 98th meridian. [56] The second guideline applies to operators west of
the 98th meridian and allows the discharge of produced water only if it may be used beneficially
for agricultural or wildlife propagation. [57]

Indirect discharges to publicly owned treatment works (POTWs) and discharges from centralized
waste treatment facilities (CWTs) are also subject to the Clean Water Act framework. However,
EPA has not promulgated pretreatment standards that apply to the discharge of shale and coal-
bed methane (CBM) wastewater to POTWs, leaving a gap in the federal framework that has been
the source of considerable controversy. Discharges from CWTs are subject to federal
technology-based standards, although these standards do not contain limits for all of the
pollutants contained in natural gas wastewater—in particular, bromide or total dissolved
solids. [58]

EPA's decision under the CWA to prohibit direct discharges of drilling wastewater to surface
waters in states east of the 98th meridian, combined with limited injection well capacity in that
part of the country (see Chapter 4, discussing the fact that Pennsylvania has only eight Class II
underground disposal wells), has resulted in increased use of indirect discharges to POTWs and
CWTs. Many POTWs, however, are not designed or permitted to handle the volumes and types
of wastewater produced from the booming shale gas industry (Urbina 2011). In Pennsylvania,
insufficient treatment capacity for shale gas wastewater resulted in contamination of state
waters—in particular, elevated levels of total dissolved solids, organic chemicals, and metals
(EPA 2011c)—prompting the state to request operators to voluntarily cease sending shale gas
wastewater to older POTWs and also resulting in new state limits for total dissolved solids and
chlorides[59] (EPA 2011b).

EPA has announced its intent to develop pretreatment standards for discharges of CBM and shale
wastewater in 2013 and 2014, respectively (EPA 2011a). These standards should bring certainty
to this area, reduce the likelihood that treated wastewater discharges from POTWs will
contaminate surface waters, and improve public confidence in the ability of natural gas
development to be done safely. Depending on how these standards are set, they may also drive
the development of technologies to recycle and reuse wastewater. If, for example, EPA adopted a
"no discharge" or otherwise stringent limit, operators would need to rely more heavily on other

---

[56] Onshore Subcategory Guidelines, 40 C.F.R. § 435.30 (2012). The 98th meridian runs through North Dakota, South
Dakota, Nebraska, Kansas, Oklahoma, and Texas. Direct discharges of produced water west of the 98th meridian are
permitted provided the water does not exceed specified parameters for oil or grease and can be used for agricultural
or wildlife propagation. *Id.* § 435.50.
[57] *Id.* § 435.50. Produced water has an effluent limitation of 35 mg/L of oil and grease. *Id.* § 435.52.
[58] See 33 U.S.C. § 1317 (2012); EPA, "National Recommended Water Quality Criteria," available at
http://water.epa.gov/scitech/swguidance/standards/criteria/current/index.cfm.
[59] 25 Pa. Code § 95.10(b)(3)(iv)-(vi).

forms of wastewater disposal such as underground injection or recycling. In parts of the country, such as Pennsylvania, where underground injection wells are limited, a "no discharge" standard could result in significantly more recycling and reuse—especially if doing so is less costly than transporting wastewater out of state for injection.

As noted above, in addition to complying with national effluent limitation guidelines, POTWs and CWTs discharging wastewater must comply with numeric limits on certain pollutants designed to ensure that discharges do not impair the designated uses of surface water bodies. Although EPA has established guidance for water-quality criteria for some natural gas wastewater, it does not cover all pollutants contained in wastewater (Hammer and VanBriesen 2012).[60] Additional guidance from EPA would provide a certain degree of certainty and more uniform protection because states rely on EPA guidance when adopting water-quality criteria, and EPA retains authority to promulgate its own criteria if it determines a state has failed to adopt adequate standards of its own. Notably, EPA recently signaled its intent to update water-quality criteria for chloride, which is arguably outdated because it was established well before the recent shale gas boom (EPA 2011b).

### 2.2.4  Hazardous and Solid Wastes

#### 2.2.4.1  Management of Waste

Subtitle C of the Resource Conservation and Recovery Act imposes stringent "cradle-to-grave" requirements that apply to the generation, transportation, treatment, storage, and disposal of hazardous waste.[61] Most of the wastes associated with natural gas drilling, however, are exempt from the Resource Conservation and Recovery Act's program for hazardous wastes. Specifically, drilling fluids, produced water, and other wastes "intrinsically related" to the production and development of natural gas are exempt from Subtitle C hazardous waste requirements.[62] As a result, management of these wastes is primarily a matter of state law. Non-exempt wastes, such as unused fracturing fluids, waste solvents, and used hydraulic fluids, are subject to the Resource Conservation and Recovery Act and may be covered under Subtitle C if they exhibit hazardous characteristics or are specifically listed as hazardous wastes. Exempt wastes not regulated as hazardous are subject to state rules because EPA has not promulgated regulations governing the management of oil and gas solid waste (NRLC 2012). Although this allows for regulation to be tailored to local geologic or hydrologic conditions, it also creates greater horizontal fragmentation, uncertainty, and the potential for inadequate state rules. See the discussion in Section 2.3.5.2 and Table 28 in Appendix C comparing state rules for produced water.

---

[60] The current guideline only applies to certain pollutants such as chloride, oil and grease, suspended solids, turbidity, and nitrates. See EPA, "National Recommended Water Quality Criteria," available at http://water.epa.gov/scitech/swguidance/standards/criteria/current/index.cfm.

[61] 40 C.F.R. pt. 260 et seq. Specifically, generators must ensure and fully document that their hazardous waste is properly identified, managed, and treated prior to recycling and disposal. They must comply with requirements for training and emergency arrangements (including having an emergency coordinator and testing and maintaining emergency equipment) and must track the shipment and receipt of their waste. Additionally, a hazardous waste generator is limited in the amount of waste it can accumulate. A large-quantity hazardous waste generator (one that generates 1,000 kg or more of hazardous waste per month) must move all the waste it generates off site within 90 days; a small-quantity generator must move all its waste off site within 180 days. See EPA, Regulations Governing Hazardous Waste Generators, at III-41-47, http://www.epa.gov/osw/inforesources/pubs/orientat/rom33.pdf.

[62] In addition, EPA has determined that produced water injected for enhanced recovery is not waste subject to the Resource Conservation and Recovery Act and is therefore exempt from regulation under the statute. However, produced water stored in above-ground impoundments is subject to state law (EPA 2000).

Some observers have called for the federal regulation of natural gas waste as hazardous under Subtitle C of the Resource Conservation and Recovery Act (Hammer and VanBriesen 2012). EPA has not signaled its intent to reverse its decision regarding the management of natural gas waste; however, it remains a possibility, and may turn, in part, on the outcome of EPA's study on hydraulic fracturing.

## 2.2.4.2 *Liability for Releases of Hazardous Substances*

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), also known as "Superfund," imposes strict liability for releases of hazardous substances on owners and operators of "facilities" (which include natural gas production sites), as well as arrangers and transporters of hazardous substances. The definition of *hazardous substance* under CERCLA, however, is limited in its application to crude oil, petroleum, and natural gas.[63] Specifically, petroleum and crude oil—as well as hazardous substances that are normally mixed with or added to crude oil or crude oil fractions during the refining process—are not considered hazardous substances under the so-called "petroleum exclusion."[64] Also excluded from the definition of hazardous substances are natural gas, natural gas liquids, liquefied natural gas, and synthetic gas usable for fuel.[65] Releases of other hazardous substances from natural gas drilling operations, such as hydraulic fracturing fluids containing hazardous chemicals, are subject to standard CERCLA liability. Thus, federal law provides for some potential CERCLA liability for natural gas operators, but the scope of such liability is narrow. Moreover, even though some states, such as Colorado, Texas, and Pennsylvania, have adopted their own environmental cleanup legislation, these states have all retained the federal definition of hazardous substances.[66]

## 2.2.4.3 *Reporting of Hazardous or Toxic Chemical Releases*

Federal law imposes few reporting requirements on operators of natural gas production facilities for the release of hazardous or toxic chemicals. Under CERCLA, operators must report releases of hazardous substances above reportable quantities, although the same definition of hazardous

---

[63] 42 U.S.C. § 9601(14).

[64] *Id.* Discharges of oil from certain production facilities may be subject to the Clean Water Act's Oil Pollution Prevention Program, which requires covered facilities to prepare and implement Spill Prevention Control and Countermeasures to prevent oil discharges (EPA 2000).

[65] *Id.* at § 9601(14).

[66] New York has a state law mirroring CERCLA, including a state Superfund to pay for site cleanup when no responsible party can be identified or the responsible party has inadequate funds for the cleanup. The state requires reporting and cleanup of petroleum spills within the state through its spill response program and its Brownfield and Superfund laws. New York's Brownfield regulations still exclude "natural gas, natural gas liquids, liquefied natural gas, synthetic gas usable for fuel, or mixtures of natural gas and such synthetic gas" from the definition of "hazardous waste" and "contaminant," thereby removing natural gas from the law's application. New York Department of Environmental Conservation, *Chemical and Petroleum Spills*, http://www.dec.ny.gov/chemical/8428.html; see also New York General Remedial Program Requirements, N.Y. Comp. Codes R. & Regs. title 6, § 375-1.2(w)(1). Pennsylvania operates within the CERCLA framework, but also has separate state legislation to fill in gaps in CERCLA. Pennsylvania Department of Environmental Protection, *Superfund*, http://www.portal.state.pa.us/portal/server.pt?open=514&objID=589587&mode=2. This state legislation retains the exclusion for natural gas and petroleum from the definition of "hazardous substance" and "hazardous waste." Pennsylvania Hazardous Sites Cleanup Act, 756 Act 1988–108, sec. 103 (definitions of "hazardous substance" and "hazardous waste"). Colorado has a statute on hazardous waste cleanup that essentially authorizes the State to cooperate with the federal government in the implementation of CERCLA. Colorado Hazardous Waste Cleanup Act, C.R.S. § 25-16-101. The Colorado statute adopts the CERCLA definition of hazardous substance, thereby excluding petroleum and natural gas. *Id.*

substance applies here as it does to the statute's liability scheme.[67] Oil and gas operators are not required to report annual releases of toxic chemicals under rules promulgated pursuant to the Emergency Planning and Community Right-to-Know Act's Toxics Release Inventory or to disclose the chemicals used in hydraulic fracturing to members of the public or regulators due to the exemption of hydraulic fracturing under the Safe Drinking Water Act.[68]

Natural gas operators are subject to requirements to report or disclose chemicals stored on-site, although these are limited. Owners and operators of storage facilities holding in excess of 10,000 pounds of any hazardous chemical must submit chemical inventory information to state and local emergency response and fire officials.[69] In addition, under the Emergency Planning and Community Right-to-Know Act and regulations promulgated pursuant to the Occupational Safety and Health Act, natural gas operators using products containing hazardous chemicals must maintain material safety data sheets on site, and must make them available to state and local emergency response and fire officials, subject to trade secret protection.[70]

States are increasingly filling the gap related to public disclosure of the chemicals used in hydraulic fracturing fluids. As discussed in more detail below, there is a clear trend toward public disclosure of all chemicals, not just those listed on material safety data sheets (Table 23 in Appendix C). This trend is evident at the state level and in the recently proposed BLM rule, which would require disclosure for production on federal and tribal lands (BLM 2012).

In terms of other reporting requirements, EPA has announced an intention to gather data on the aggregate amounts of exploration and production chemical substances and mixtures used in hydraulic fracturing. It is unclear to what extent these regulations will fill any of the gaps that remain in federal reporting requirements. But EPA has signaled an intent to avoid vertical fragmentation by framing its proposal as one that "would not duplicate, but instead complement, the well-by-well disclosure programs of states"(EPA 2011d).[71] In addition, states may adopt their own reporting requirements for releases.[72]

### 2.2.4.4  Disposal of Produced Water

As noted above, states primarily regulate waste disposal. One exception is the disposal of produced water into Class II underground injection wells, which is regulated by EPA's Underground Injection Control program, although states with primacy issue the actual permits.[73] Some states have recently raised concerns regarding the disposal of produced water into Class II wells, in response to evidence linking such disposal to earthquakes (Niquette 2011; Hammer and VanBriesen 2012). For example, nine earthquakes were recorded recently in Youngstown, Ohio,

---

[67] 42 U.S.C. § 11004 (2012). EPA also requires operators to disclose "the source and analysis of the physical and chemical characteristics" of chemicals used in underground well stimulation permit applications (EPA 2008b).
[68] 42 U.S.C. § 11023(b) (2012) (EPA 2000; Wiseman 2010).
[69] 42 U.S.C. § 11022 (2012).
[70] *Id.*; 29 C.F.R. §1960.34(b)(6) (2012). Disclosure to the public of material safety data sheets is available upon written request.
[71] Letter from Stephen A. Owens, Assistant Administrator to Ms. Deborah Goldberg, Earthjustice re: TSCA Section 21 Petition Concerning Chemical Substances and Mixtures Used in Oil and Gas Exploration or Production, (Nov. 23, 2011), http://www.epa.gov/oppt/chemtest/pubs/EPA_Letter_to_Earthjustice_on_TSCA_Petition.pdf.
[72] See, for example, COGCC R. 906(b)(3) (requiring oil and gas producers to report spills that threaten to impact waters of the state).
[73] 40 C.F.R. § 144.6 (2010).

all of which were located within a half mile of an injection well, and all of which occurred within the first 11 months of injection of produced water into the well (Niquette 2011). Although scientists have yet to determine the cause of recent earthquakes, there have been instances in the past where injection wells used by other industries have been linked to earthquakes. (Holland 2011). This indicates that any causal relationship between underground injection of waste and seismic activity is not an impact unique to the natural gas industry. However, the volume of produced water associated with the significant increase in unconventional gas development across the country may place an increased strain on underground injection well capacity, especially in those areas where other disposal methods are less available. In addition to potentially causing earthquakes, underground injection of large amounts of produced water can increase the risk of subsurface contamination due to leaky wells.[74] Some suggest EPA should require the disposal of produced water into Class I, rather than Class II, wells because the former are subject to more rigorous standards on well construction, operation, and closure (Hammer and VanBriesen 2012). This will likely be an area of continuing public scrutiny and could be subject to additional state or federal regulation in the future.[75]

## 2.2.5  Air Quality

EPA has broad authority under the Clean Air Act to promulgate rules to reduce air pollution from natural gas sources. The most prominent air-quality issues associated with unconventional gas development include emissions of ozone precursors, VOCs and oxides of nitrogen, various hazardous air pollutants, and methane, all of which are subject to the basic Clean Air Act framework. Concentrated natural gas development has led to elevated ozone levels in rural parts of Wyoming and Utah where little other industrial activity occurs (Fruedenthal 2009; Streater 2010), and has also contributed to ozone pollution in more urban and industrial areas such as the Dallas Fort-Worth metropolitan area (Armendariz 2009). In 2012, the EPA responded to exceedances of the national health-based ambient air quality standards (i.e., National Ambient Air Quality Standards) for ozone in the Upper Green River basin by classifying the basin—for the first time—as in nonattainment with the 2008 8-hour National Ambient Air Quality Standard for ozone.[76] This listing could result in the state adopting more stringent rules to reduce emissions of VOCs and/or $NO_x$ from natural gas sources in the basin to meet its Clean Air Act obligations.

Until recently, EPA has exercised its Clean Air Act authority with respect to natural gas production by focusing on a select number of natural gas production sources such as new and modified gas-processing plants, glycol dehydrators, crude oil and condensate storage vessels, and select engines used in the natural gas supply chain (e.g., engines used to power compressors). Most of these rules were implemented long before the unconventional natural gas boom occurred.

---

[74] Personal conversation with Mark Williams, Professor of Geography and Fellow, INSTAAR, University of Colorado-Boulder, April 25, 2012.
[75] Notably, the Ohio Dept. of Natural Resources has enhanced Class II well permitting requirements, requiring seismic tests prior to construction of the well and ongoing monitoring, among other protections. Ohio Dept. of Natural Resources, Class II Disposal Well Reforms/Youngstown Seismic Activity Questions and Answers, http://ohiodnr.com/downloads/northstar/YoungstownFAQ.pdf.
[76] See EPA State Final Designations, April 2012 and May 2012, http://www.epa.gov/ozonedesignations/2008standards/state.htm.

In April 2012, however, EPA issued revised New Source Performance Standards (NSPS) and National Emission Standards for Hazardous Air Pollutants (NESHAPS) (EPA 2012c)[77] that update existing standards and apply new requirements to previously unregulated sources. Specifically, EPA's new rules add requirements limiting VOCs and hazardous air pollutants emitted from completions and recompletions of hydraulically fractured natural gas wells (known as the "reduced emission completion" or "green completion" requirement), pneumatic devices, storage vessels, compressors, and "small" glycol dehydrators located at major sources of hazardous air pollution (EPA 2012c). Certain of these requirements result in the co-benefit of reducing methane because, in many cases, controlling VOCs also results in methane reductions (EPA 2012c). In addition, EPA updated standards and limits that apply to gas processing plants and large glycol dehydrators located at major sources of air pollution (EPA 2012c).

The revised NSPS and NESHAPS regulations provide a national floor that addresses unevenness in state air requirements. For example, EPA's new green completion requirements impose a level of uniformity across states with respect to control of ozone precursors and methane from unconventional natural gas development, as illustrated in Table 29, Appendix C, which compares green completion requirements. These new requirements implement one of the key recommendations of the SEAB, that EPA "adopt rigorous standards for new and existing sources of methane, air toxics, ozone precursors and other air pollutants from shale gas operations[.]" (SEAB 2011a, 2011b). Prior to EPA's adoption of the reduced emission completion requirement, many operators voluntarily used green completion practices to maximize resource recovery, illustrating how certain best management practices can serve as the foundation for future regulation (Efstathiou 2012, EPA 2012c).

In August 2012, EPA released a rule that requires capture or high-efficiency combustion of associated gas produced from crude oil wells in the Fort Berthold Indian Reservation in North Dakota.[78] The rule applies during well completions and re-completions, the separation phase of oil production, and during production. Specifically, the rule requires that operators control emissions of VOCs by 90% during well completions or re-completions or perform a reduced-emission completion, route all produced gas and gas emissions to a control device capable of at least a 90% control efficiency upon production, and, within 90 days of production, capture all associated gas or route it to a control device capable of 98% control efficiency.

In September 2012, natural gas producers will also begin reporting GHG emissions from facilities subject to EPA's Mandatory Greenhouse Gas Reporting rule. As required by that rule, natural gas facilities that emit 25,000 metric tons of $CO_2e$ or more of GHGs will be required to report GHG emissions (EPA 2010). Operators have been granted a grace period to use less rigorous measurement practices initially, but the data collected will provide much greater certainty regarding actual methane leakage rates. Precise information regarding methane emissions from natural gas systems is essential to resolving discrepancies among life cycle assessments, such as those discussed in Chapter 1.

---

[77] U.S. E.P.A, Final Rule, "Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews,"
http://www.epa.gov/airquality/oilandgas/pdfs/20120417finalrule.pdf.
[78] EPA, "Approval and Promulgation of Federal Implementation Plan for Oil and Natural Gas Well Production Facilities; Fort Berthold Indian Reservation (Mandan, Hidatsa, and Arikara Nations), ND" 77 Federal Register 48878 (August 15, 2012).

Despite EPA's broad authority to implement clean air measures, states retain significant room to regulate. States with delegated programs may implement standards more stringent than federal law, unless prohibited by state law from doing so. States retain authority to regulate sources and air pollutants not covered by existing federal rules, and states may also impose more stringent rules than federal to meet National Ambient Air Quality Standards for criteria pollutants.

## 2.3  State Statutory and Regulatory Frameworks

Against this backdrop of federal environmental regulation, state and local governments have adopted numerous laws and regulations governing unconventional gas development, with considerable variation across different states, especially regarding the handling of waste and wastewater, construction of wells other than underground injection disposal wells, and baseline water-monitoring requirements. States also have exclusive jurisdiction over water withdrawals, other than those occurring on federal lands,[79] and over various land-use controls such as setback requirements and zoning, some of which have been delegated to local governments. As discussed above, although a number of federal rules apply to protecting water and air resources, states also retain authority to develop more stringent standards and to regulate impacts or sources not covered by federal law. Prior to EPA's recent revisions of the NSPS and NESHAPS, some states—notably Colorado and Wyoming—adopted air regulations that went beyond then-existing federal standards[80] (WY DEQ 2010), whereas New York has proposed a number of regulations to protect water sources and ensure safer waste management that go beyond federal and other state rules. Some states have increased inspection capacity to respond to the rapid increase in unconventional gas development; however, there is considerable variation in state inspection capacities and enforcement approaches.

This section analyzes the state regulatory frameworks governing air, water, waste, and compliance and enforcement issues associated with unconventional gas development in Colorado, Wyoming, New York, Texas, Louisiana, and Pennsylvania. It focuses on the extent to which state law fills any gaps left open by the federal regulatory scheme, as well as on key trends, differences in the regulatory frameworks across the different basins, compliance monitoring, and enforcement capabilities and actions.

### 2.3.1  Overview and Key Trends

The wide variation in state approaches to the regulation of unconventional natural gas development reflects differences in resource characteristics (e.g., dry versus wet gas, deep shale versus shallow CBM), geology, and hydrology, as well as different experiences with oil and gas development and different approaches to and preferences for environmental protection. Across the country, states have responded to hydraulic fracturing in very different ways. Vermont, for example, recently enacted legislation banning hydraulic fracturing in the state.[81] New York, as noted, has imposed a temporary moratorium on drilling as it develops regulations.[82] Recently, the Cuomo administration announced that it will undertake a public health study of the potential impacts of hydraulic fracturing and re-start the rule-making process prior to issuing any new

---

[79] See, for example, the proposed BLM rule, which requires operators to identify the source of water to be used in fracturing in order for the BLM to determine impacts and mitigation measures, if needed (BLM 2012).
[80] COGCC R. 805(b).
[81] H 464 (enacted May 16, 2012).
[82] 9 N.Y. Comp. Codes R. & Regs. tit. 9, § 7.41.

regulations.[83] A number of states (specifically Colorado, Wyoming, and Pennsylvania) have revised their oil and gas rules extensively—at least once, and in some cases, continue to do so—to respond to the uptick in unconventional resource development; Louisiana and Texas have engaged in much more limited revisions. New York, as noted above, is in the process of revising its regulations. Louisiana, Pennsylvania, and Colorado have all recently submitted their hydraulic fracturing rules to the State Review of Oil and Natural Gas Environmental Regulations for review, whereas Wyoming and Texas have not (and New York has not yet finalized its high-volume hydraulic fracturing regulations) (STRONGER, 2010; STRONGER 2011a; STRONGER 2011b). Pennsylvania and Louisiana significantly increased the number of oil and gas inspectors in response to increased development, whereas resources in other states appear quite limited. Data are limited and more research is needed, but there appears to be very little consistency in the ways that states record, respond to, and enforce against violations—including substantial ranges in penalties and the number of violations that result in enforcement actions. Areas highlighted as meriting additional attention from state regulators are improved transparency regarding compliance monitoring, company compliance histories, and enforcement actions.

Different regulatory approaches by states can lead to uncertainty, gaps, and/or redundancies in mitigating some of the more significant environmental risks associated with unconventional gas development and ensuring overall compliance. But they can also provide a source of policy innovation because different jurisdictions experiment with new approaches to regulating various aspects of shale gas development. An example is New York's proposal to require operators to document that, compared to available alternatives, chemical additives used in hydraulic fracturing fluids exhibit reduced aquatic toxicity and pose a lower potential risk to water resources and the environment.[84] For this reason, it is important that state regulators and policy makers share information and lessons learned with other states. National standards provide a baseline or floor in some areas, such as national effluent limitation guidelines for wastewater discharges and EPA's recent NSPS and National Emission Standards for Hazardous Air Pollutants. However, a permanent feature of the regulatory landscape appears to be the uneven and varied nature of state and local regulation and enforcement regarding most other aspects of shale gas development.

Despite the variety in specific state and local regulations and enforcement, some important trends are evident. All states reviewed here recently revised their oil and gas rules and/or laws to respond specifically to the increase in unconventional resource development. Colorado, New York, Wyoming, and Pennsylvania recently undertook extensive reviews and revisions of their laws and regulations that , in some cases, resulted in considerably more comprehensive—and in many instances, protective—rules than those in Louisiana and Texas. For example, Colorado and Wyoming have been leaders in rules to reduce emissions of ozone precursors, and New York and Pennsylvania are leaders in laws regarding measurement and public disclosure of water sources and waste. See Table 22, Appendix C, for a general description of revisions to state oil and gas laws.

---

[83] Danny Hakim, "Shift by Cuomo on Gas Drilling Prompts Both Anger and Praise," *New York Times,* Sept. 30, 2012.
[84] N.Y. Comp. Codes R. & Regs. tit. 6, §560. 3.

There is a clear trend in all of the states studied toward greater transparency—such as mandatory public disclosure of chemicals used in hydraulic fracturing and the composition of wastewater, reporting of the amounts and sources of water used in hydraulic fracturing, and more rigorous well-construction standards, including notifications of hydraulic fracturing and well completions. A key recommendation of the SEAB Subcommittee (SEAB 2011a) was greater transparency, in the form of public disclosure of the chemicals, amounts, and sources of water used or produced during hydraulic fracturing, baseline water monitoring measurements, and reduction and measurement of air emissions. These activities have the potential to lead to better public understanding and acceptance of natural gas development.

All states covered in this study have added requirements that providers of fluids used in hydraulic fracturing and/or operators disclose the contents of most chemicals to the public. These requirements are in addition to, and go beyond, federal requirements that require operators to maintain material safety data sheets for certain hazardous chemicals stored on-site in threshold quantities, and to report releases of hazardous chemicals in threshold quantities.[85] In addition, all of the states covered in this study require operators to report the amount and, in most cases, the source of water used in hydraulic fracturing either to the public or state regulators.

Other areas of state regulation or interest include:  baseline water-monitoring requirements; use of closed-loop drilling systems to contain waste, rather than open, earthen pits; reporting or reduction of emissions of air pollutants; standards to ensure well integrity; and more active involvement on the parts of local government over drilling activities.

State compliance monitoring and enforcement capacity varies considerably, although significant data limitations across the different states mean that any comparisons should be considered provisional. Based on available data, some states—notably Pennsylvania and Louisiana—recently increased state inspection capabilities to respond to increased development, whereas resources in other states appear quite limited. The methods that states use to track and report violations and enforcement actions also differ substantially—with some states, notably Pennsylvania, making violations and enforcement actions publicly available via online databases; other states, notably Colorado and Wyoming, have been criticized for a lack of transparency and limited public access to such information.[86]

Variation across states in substantive regulations, as well as compliance monitoring and enforcement capacity, can be explained by a number of factors. Some are legal, such as federal effluent limitation guidelines that differ across regions and state statutes limiting the amount of penalties that can be assessed for violations. Others reflect differences in local environmental conditions (e.g., elevated ozone levels in the Upper Green River basin and Denver metropolitan area, respectively, led Wyoming and Colorado to adopt air rules that went beyond then-existing federal requirements, forming the basis for some of EPA's new NSPS rules); geologic and hydro-geologic conditions (e.g., developing shallow CBM resources poses unique risks that deep shale does not)[87]; proximity of drilling to densely populated areas or sensitive environmental

---

[85] 42 U.S.C. § 11021-11022 (2006); 55 Fed. Reg. 30,632 (July 26, 1990).
[86] See, for example, Earthworks (2012b) and Soraghan (2011).
[87] See, for example, COGCC R. 608(b)(4).

areas (e.g., setback requirements and buffer zones)[88]; historical and contemporary experiences with oil and gas development; and preferences for environmental protection.

## 2.3.2  Water Acquisition

The regulation of water withdrawals is primarily a matter of state and local, rather than federal, law. The legal framework governing water rights differs from state to state, although there is some consistency along regional lines.[89] There is a clear trend toward requiring operators to identify the sources of water used, report the amount of water used in hydraulic fracturing, and provide for incentives to promote reuse of water used in hydraulic fracturing such as by recycling flowback waters or production fluids. All states require operators to report on the amount of water used for hydraulic fracturing, as does BLM's new proposed rule.[90] In addition, both New York and Pennsylvania require operators to provide for the reuse and recycling of flowback water or production fluids in water management plans or wastewater source reduction strategies. States also have begun to require minimum in-stream flow below points of water withdrawal and other measures to ensure that aquatic wildlife, water quality, and other water users will not be adversely affected.[91]

A handful of local governments also regulate some aspects of water acquisition. For example, Archuleta County, Colorado, requires operators in the North San Juan basin to submit a water management plan that includes a plan for disposal or reuse, projected water use, identification of the water source, and water availability (Archuleta 2010). The City of Fort Worth, Texas, requires operators to describe the water source proposed to be used for drilling in application for permits to drill.[92] As unconventional gas development expands in various parts of the country, it seems likely that more local governments will seek to get involved in regulating aspects of water acquisition.

For more information related to state and local regulation of water withdrawals, see Table 24, Appendix C, Water Acquisition Requirements.

## 2.3.3  Hydraulic Fracturing and Well Construction Standards

State well-construction standards vary considerably, which to a certain extent can be explained by differences in local geology. However, certain safeguards do not depend on differences in local conditions. Standards that have been recommended to increase well integrity include the use of state-of-the-art cement bond logs, pressure testing of casing, monitoring and recording bradenhead annulus pressure, and assurances that surface casing is run below all known underground aquifers to reduce the risk of drinking water contamination from fluid or gas

---

[88] See, for example, setback requirements in the Barnett Shale and New York's proposed buffer zones to protect sources of drinking water, Appendix C.

[89] The two most common doctrines governing water rights are the prior appropriation and riparian doctrines. The prior appropriation doctrine provides rights to continued use of water to those who first put water to beneficial use and is the predominant regime in most of the West (CDWR 2012; Groat and Grimshaw 2012). In a riparian water rights system, water rights are tied to the ownership of land adjacent to water resources.

[90] DOI, Bureau of Land Management, Proposed Rule "Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands", May 4, 2012, http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

[91] See, e.g., 58 Penn. Stat. § 3211(m)(2).

[92] Fort Worth, Tex., Ord. No. 18449-02-2009.

migration (SEAB 2011b). Of the states reviewed, only Colorado and Louisiana require the use of cement bond logs.[93] New York has proposed to require the use of cement bond logs. All states except Wyoming require some kind of pressure testing of casing, although the specifics vary regarding the testing and circumstances requiring testing. Colorado is the only state that requires monitoring of annulus pressure with bradenhead (Texas requires all wells to be equipped with bradenhead, but only requires a pressure test in certain instances). All states require surface casing to be set below known aquifers, although the specific requirements vary. For specific requirements, see Table 25 in Appendix C.

### 2.3.4   Baseline Water-Quality Monitoring

Requiring operators to conduct baseline monitoring of wells or water resources near gas operations is an important objective for all stakeholders because it results in science-based measurement data that can be used to identify whether or not well activities cause contamination. For example, in Pennsylvania, operators who conduct pre- and post-baseline water monitoring of nearby water sources can overcome a rebuttable presumption that a well operator is responsible for pollution of nearby water resources if the monitoring demonstrates that constituents found in the sampled water sources did not come from the well operator's activities.[94] In Colorado, the Colorado Oil and Gas Association instituted a voluntary baseline monitoring program, with results being submitted to the Colorado Oil and Gas Conservation Commission (COGCC), provided landowner consent.[95] Colorado requires baseline water testing in the North San Juan basin (as well as other parts of the state), in limited circumstances to protect sources of drinking water, resources located near CBM wells, and in the Greater Wattenberg Area.[96] New York has proposed to require operators to make reasonable attempts to sample and test all residential water wells within 1,000 feet of a well pad prior to commencing drilling. If no well is located within 1,000 feet, or the surface owner denies permission, then the operator must sample all wells within a 2,000-foot radius. Monitoring continues at specified intervals as determined by the U.S. Department of Environmental Conservation.[97] For more information related to state baseline monitoring requirements, see Table 26, Appendix C, Baseline Monitoring Requirements.

### 2.3.5   Storage and Management of Wastes

### 2.3.5.1   Waste Storage

As noted above, waste storage is largely a matter of state and local law. The onsite storage of waste—such as produced and flowback water, drill cuttings, and fluids—is usually restricted to either storage tanks or open lined or unlined pits. Open pits pose a number of risks, including

---

[93] We do not include where state regulations refer to logs generally, as opposed to using the specific terminology "cement bond logs."

[94] 58 Pa. Cons. Stat. § 3218. In those instances where an operator is deemed responsible for contaminating or diminishing a private or public water source, he or she must restore or replace the water with an alternate source.

[95] Colorado Oil & Gas Association, "Colorado Oil & Gas Association Voluntary Baseline Groundwater Quality Sampling Program," http://www.coga.org/index.php/BaselineWaterSampling.

[96] Colorado requires baseline sampling of surface waters located downstream of drilling operations conducted near surface waters intended for drinking water and baseline sampling of water wells located near CBM wells. COGCC R. 317.b (2012). The state also recently added a statewide requirement that operators provide notice to surface and adjacent landowners, which must include instructions for the collection baseline water samples. COGCC R. 305.e.1.A (2012). Operators drilling in the Greater Wattenberg Area must also conduct limited baseline water sampling prior to drilling. COGCC R. 318A.

[97] Proposed N.Y. Comp. Codes R. & Regs. tit 6, § 560.5(d).

threats of drowning to migratory birds and wildlife, air pollution caused by the volatilization of hazardous or organic compounds, and soil and water contamination posed by overflowing pits or liner failures (Earthworks 2012, NM OCD 2008). According to the Ground Water Protection Council, "The containment of fluids within a pit is the most critical element in the prevention of shallow ground water contamination" (GWPC 2009). This study did not perform a comprehensive analysis of state pit requirements; however, a preliminary review revealed significant variation among state pit rules in terms of liner, monitoring, fencing, and other construction and operation requirements, which is complicated somewhat by the use of inconsistent nomenclature for pit types.

An alternative to the use of pits is the use of closed-loop or "pitless" drilling systems that require the storage of fluids in tanks, preferably closed tanks, rather than open pits. Closed-loop drilling reduces many of the risks associated with open pits (Earthworks 2012). Closed-loop drilling also "allows for enhanced monitoring of fluid levels and characteristics which allows for more efficient use of drilling fluids, reduces waste, encourages recycling, and reduces potential liability associated with waste management and reduces site closure costs"[98] (TRRC 2012). New York has proposed to require closed-loop drilling for drilling fluids and cuttings associated with high-volume hydraulic fracturing operations. Colorado, Pennsylvania, Wyoming, and Fort Worth (Texas), require the practice in certain situations, such as where drilling occurs in sensitive areas where there is a heightened risk of water contamination from pit failure or the implications of contamination are more severe if contamination does occur. A recent bill introduced in Colorado would have required enhanced use of this practice statewide.[99] BLM's proposed rule for development on public and tribal lands provides for the use of either closed-loop systems or pits (BLM 2012). For a comparison of state and local closed-loop drilling requirements, see Table 27, Appendix C, Closed-Loop or Pitless Drilling Requirements.

### 2.3.5.2  Produced Water Disposal

State requirements regarding the disposal of produced water also vary considerably. Some of this variation can be explained by local conditions, such as the scarcity of underground injection wells in Pennsylvania, as noted above. However, disparate regulatory requirements also contribute to state-by-state variation.

In general, natural gas operators have a variety of options for disposing of wastewater. These include discharging wastewater directly to surface waters, sending the waste to treatment facilities such as POTWs or CWTs authorized to discharge, disposal via underground injection well, reuse for further hydraulic fracturing, disposal into evaporation ponds or impoundments, or disposal via land application. However, legal and practical constraints can limit some of these options.

Of the states reviewed, Colorado, Wyoming, and Texas allow for direct discharges only in specified circumstances (e.g., if produced water meets national effluent limitation guidelines for agricultural or wildlife propagation). State requirements vary considerably with respect to indirect discharges to POTWs or CWT facilities. All of the states studied except New York allow for disposal or storage of produced water in evaporation or open pits, subject to specific

---

[98] NY SGEIS, § 7.1.7.4.
[99] SB 12-107 (introduced January 31, 2012).

circumstances where closed-loop systems are required. Similarly, all states except New York and Texas allow for produced water to be disposed of via land application, such as road-spreading or land farming, but the specific requirements and limits for doing so vary considerably. New York has proposed to require operators to demonstrate that all flowback water and production brine will be treated, recycled, or otherwise properly disposed of over the projected life of the well,[100] and also, that operators prepare a waste tracking form for flowback and production brine similar to what is required for medical waste.[101] Operators in Pennsylvania must prepare a wastewater source reduction strategy identifying the methods and procedures operators will use to maximize recycling and reuse of flowback or production fluids, and most states are increasingly encouraging reuse and recycling. Additional requirements to incent or require recycling and reuse of produced and flowback are likely given the heightened interest in reducing the risk of contamination posed by other disposal methods, and reducing impacts to freshwater resources associated with withdrawals. See Table 28, Appendix C, Produced Water Disposal, for specific state disposal requirements for produced water.

### 2.3.6  Air Quality

As discussed above, EPA and the states exercise joint authority over standards to limit or report amounts of air pollution from unconventional gas activities.

State regulation of air contaminants varies significantly, with Colorado and Wyoming containing some of the most comprehensive and rigorous requirements to reduce emissions statewide and in areas home to significant drilling activity. Some of Colorado's and Wyoming's air rules have been driven by exceedances of the national ambient air-quality standards for ozone. For example, Wyoming adopted more stringent requirements to reduce VOCs from natural gas operations in the Upper Green River basin in response to elevated levels of ozone in the winter, as did Colorado in response to violations of national ambient air-quality standards for ozone in parts of the Denver-Julesburg Basin in the Denver Metropolitan Area. Attainment of national ambient air-quality standards (i.e., National Ambient Air Quality Standards) is determined at regional and local levels (so-called "air quality management regions"); also, states have flexibility under the Clean Air Act in developing state implementation plans under the National Ambient Air Quality Standards program. Therefore, state air pollution requirements and controls vary considerably.

In addition to meeting baseline federal requirements, areas that fail to meet—or are at risk of failing to meet—national ambient air-quality standards may adopt additional measures beyond those that apply statewide in order to improve air quality. Indeed, many of the standards recently adopted by EPA in its recent NSPS—such as those that apply to completions and re-completions of hydraulically fractured wells, storage vessels, and pneumatic devices—are similar to those already required in the Upper Green River basin in Wyoming and in Colorado  (WY DEQ 2010, CDPHE 2012, COGCC 2008).[102] A different situation exists for the Barnett Shale, also in an area that fails to meet national ambient air-quality standards for ozone, where the state imposes few limits on the emissions of VOCs and hazardous air pollutants; here, EPA's new rules will add a number of requirements. See Table 29, Appendix C, for a comparison of how EPA's new

---

[100] Proposed N.Y. Comp. Codes R. & Regs. tit 6, § 750-3.12.
[101] NY SGEIS, § 7.1.7.1.
[102] See also COGCC R. 805.

reduced-emission completion requirement (or "green completion") compares with existing
requirements in the basins reviewed.[103]

Despite EPA's enhanced role in regulating air pollution, states retain substantial discretion to
regulate uncovered sources or pollutants, or, where permitted under state law, adopt more
stringent rules and/or require additional reporting. For example, Pennsylvania recently added a
requirement that natural gas operators report annually amounts of air pollutants.[104] New York
has also proposed additional clean-air measures, including a requirement that natural gas
operators submit plans to reduce GHG emissions.[105] State requirements vary considerably related
to the amount of associated natural gas that operators may flare or vent during production. As
production increasingly shifts toward liquids and oil-rich formations, this issue is likely to be an
area of continuing policy focus because EPA's reduced-emission completion requirement does
not apply to associated gas emitted during the production phase of oil wells.[106] EPA's recent Fort
Berthold Indian Reservation rule provides one example of how regulators, going forward, may
address the problem of associated gas emissions.

A number of recent air studies and reports have raised questions related to the sufficiency of
current air regulations to protect the health of local communities from hazardous air pollutants
and reduce fugitive and vented methane emissions (McKenzie et al. 2012; Petron 2012). As the
industry expands, especially into more densely populated areas, concerns regarding air quality
and GHG emissions will likely persist and receive ongoing regulatory attention.

### 2.3.7   Compliance Monitoring and Enforcement

Compliance is essential if regulations are to serve their purpose of mitigating environmental
risks. Significant challenges for compliance monitoring occur due to the unique nature of the
unconventional natural gas industry, characterized by dispersed and often remotely located
facilities controlled by numerous operators whose practices can vary significantly. On top of this,
regulators face a rapidly changing industry as development, technologies, and practices continue
to expand in scale and scope.

A number of reports that have addressed the adequacy of state compliance monitoring and
enforcement capabilities conclude that state inspection and enforcement capacity varies
significantly, as do state processes for recording and disseminating compliance histories to the
public (Groat and Grimshaw 2012; Earthworks 2012b; Soraghan 2011). For example, as Table 5
illustrates, Colorado and Wyoming have 15 and 12 inspectors, respectively, dedicated to oil and
gas facilities (Earthworks 2012b; Groat and Grimshaw 2012). Pennsylvania, by comparison,
quadrupled its enforcement staff in 2010, resulting in 193 enforcement personnel, 65 of whom
are inspectors (Earthworks 2012b). Similarly, Texas has 125 inspectors while Louisiana has 38
(Groat and Grimshaw 2012, LDNR 2011). Data for New York were not identified.

---

[103] Texas air rules are not comparable to EPA's recent rules in overall scope or rigor, with the exception of Fort
Worth's "green completion" requirement. See Appendix C for green completion requirements.
[104] Act 13.
[105] NY SGEIS, § 7.6.8.
[106] For a discussion of this issue, see Clifford Kraus, *New York Times*, "In North Dakota, Flames of Wasted Gas
Light the Prairie" (September 28, 2011).

As illustrated in Table 5, the number of inspections performed in each state varied considerably as well, although the data demonstrate a correlation between the number of inspectors and number of onsite inspections. Adequate inspection capability is critical to carry out the SEAB recommendation that "regulation of shale gas development should include inspections at safety-critical stages of well construction and hydraulic fracturing" (SEAB 2011a).

**Table 5. Compliance Monitoring and Enforcement Capabilities**[107]

| State | Inspectors (2010–2011) | Field Inspections (2010–2011) | Total Violations (2009–2011) | Percent of total Violations that are Procedural | Percent of Violations that Result in Enforcement[108] |
|---|---|---|---|---|---|
| CO | 15[109] | 16,228[110] | N/A | N/A | N/A |
| LA | 38[111] | 363 | 158 | 60 | 70 |
| PA | 65[112] | 298 | 2,280 | 22.4 | N/A |
| TX | 125 | N/A | 35[113] | 72[114] | 20 |
| WY | 12 | 2 | N/A | N/A | N/A |

Research conducted by the University of Texas identified significant variation among states in terms of the types of violations found (e.g., pit and tank construction and maintenance are the most common violations in Louisiana, whereas permitting violations are most common in Texas). Despite the variation in violations, it appears that most violations identified are minor or procedural violations. Note, however, that this does not necessarily mean that most environmental impacts associated with gas development are minor, nor that companies comply with more "serious" requirements at higher rates. A number of factors affect the types of violations that inspectors identify, such as the visibility of violations (e.g., special equipment is needed to detect and measure natural gas leaks from equipment), state inspector capacity to respond to complaints or conduct investigations, and types of complaints reported (Groat and Grimshaw 2012).

Enforcement varies considerably among states, as well. Table 5 illustrates that the percent of violations leading to enforcement actions differed significantly among states where data are available (e.g., 70% of violations noted resulted in enforcement actions in Louisiana compared to only 20% in Texas) (Groat and Grimshaw 2012; Soraghan 2011). Penalties also vary significantly across jurisdictions, due in part to statutory constraints limiting the amount of penalties a state may assess for a given violation (e.g., the maximum fine for a violation in Colorado is $1,000 per day, whereas enforcement authorities in Pennsylvania and Texas can issue fines of $5,000 and $10,000 per day, respectively) (Earthworks 2012b). Some have questioned whether monetary penalties are sufficient to deter non-compliance given the

---

[107] Data taken from Groat and Grimshaw (2012), unless otherwise noted.
[108] Soraghan 2011.
[109] Earthworks 2012b.
[110] *Id.*
[111] LDNR 2011.
[112] Earthworks, 2012b.
[113] See Chapter 4.
[114] These are for 2008–2011, rather than 2009–2011.

resources of some companies (Earthworks 2012; Soraghan 2011). Others posit that orders to cease production may be more likely to lead to compliance (Soraghan 2011).

Lastly, public dissemination regarding violations, enforcement actions, and company compliance histories also varies across states. Of the states reviewed, only Pennsylvania maintains a publicly searchable database of violations and enforcement actions. More complete and publicly available data on the compliance histories of companies are needed to understand the effectiveness of compliance and rules, as is more transparency and consistency in the ways that states record and report violations and impose penalties (SEAB 2011a). As with regulations themselves, unevenness in state compliance monitoring and enforcement capacity can lead to additional uncertainty and gaps as well as delay, because public mistrust of industry and regulators can undermine the industry's social license to operate, resulting in bans or moratoria on drilling.

### 2.3.8   Summary of State Statutory and Regulatory Framework

States are the primary regulators, inspectors, and enforcers of most impacts associated with unconventional natural gas development. Regulatory requirements, compliance monitoring, and enforcement capabilities vary across states. Some of this variation is reduced by the recent trend toward consistency in requirements related to the public disclosure of fluids and the amount and sources of water used in hydraulic fracturing. Additional regulation is likely in the area of well integrity standards—specifically, greater adoption of requirements to ensure adequate casing and cement jobs such as cement bond logs and pressure testing of casing. In addition, in light of continued public concern regarding adverse air, water, and waste impacts associated with unconventional gas development, states are likely to adopt regulations requiring baseline water-monitoring requirements, air-quality rules, and provisions that encourage or require greater reuse of produced and flowback waters. Some states may need to increase their inspection and enforcement resources to ensure that rules are being followed. Processes that provide greater transparency regarding state methods for identifying violations and bringing enforcement actions would help to improve public understanding of the extent to which additional resources are needed. Additional accountability and public trust are likely to result from self-reporting mechanisms that are publicly available, such as a joint industry non-governmental organization database on company compliance records (see SEAB 2011a).

## 2.4   Local Regulation and Social License to Operate

Across the country, communities have responded to the increased development of unconventional natural gas with mixed reactions. In half of the states reviewed for this study (Colorado, New York, and Pennsylvania), legislation has recently been proposed or enacted to limit the power of local governments to regulate unconventional gas development, or to make such local authority explicit (see Figure 12). In these states, 30 local governments have banned hydraulic fracturing or oil and gas development altogether, and an additional 73 have issued temporary moratoria pending review and potential revision of local land-use or other ordinances.[115] This section examines three different approaches to the issue of local authority,

---

[115] A handful of states have also banned or issued moratoria. In addition to New York, New Jersey (see A 3653 (introduced Jan. 6, 2011, http://www.njleg.state.nj.us/2010/Bills/A4000/3653_R1.HTM), and Maryland (see The Marcellus Shale Safe Drilling Act of 2011 H.B. 852 (effective June 1, 2011, http://mlis.state.md.us/2011rs/fnotes/bil_0002/hb0852.pdf) instituted temporary moratoriums on hydraulic fracturing; Vermont recently banned the practice (see H. 464 [enacted May 16, 2012]).

and provides an example of one set of requirements—setback requirements—intended to protect local communities and sensitive resources from adverse drilling impacts to illustrate differing approaches across and among states.



**Figure 12. Variation in the rules for six states of rules covering natural gas fracking**

States grappling with the issue of local control have adopted very different postures. At one end of the spectrum, Pennsylvania recently enacted legislation that places virtually all control over natural gas development in the hands of the state government.[116] This law, which went into effect April 16, 2012, elicited significant public opposition (Robinson 2012a; Robinson 2012b). A state court judge recently overturned those portions of the law restricting local governments from regulating oil and gas development on the basis that they unconstitutionally violate the substantive due process rights of local governments to enact zoning ordinances that protect the interests of neighboring property owners and neighborhood characteristics (Pellegrini 2012).

---

[116] Act 13 supersedes all local ordinances purporting to regulate oil and gas operations, other than those adopted pursuant to the Pennsylvania municipalities and planning code and Flood Plain Management Act and provides that "all local ordinances regulating oil and gas operations shall allow for the reasonable development of oil and gas resources." Municipalities must allow "oil and gas operations, other than activities at impoundment areas, compressor stations and processing plants as a permitted use in all zoning districts." The Act allows for the location of well pads within 300 feet of existing buildings, unless the wellhead is less than 500 feet from any existing building. Under the Act, counties may require oil and gas operators to pay impact fees ranging from $40,000 to $60,000 for the first year of production adjusted based on natural gas prices and inflation thereafter. 58 Pa. Cons. Stat. § 3218.

The Corbett Administration filed an appeal of that decision which is set to be heard by the Supreme Court of Pennsylvania on October 17, 2012.[117]

New York's approach to local control represents the other end of the spectrum. In that state, 26 localities have banned natural gas development or hydraulic fracturing altogether, two of which have been upheld as valid exercises of local zoning authority (Dryden 2012; Middlefield 2012). In addition, two bills have been proposed in New York that would allow local governments to enact or enforce laws and ordinances relating to oil, gas, and solution mining.[118]

In Colorado, the issue of local control over oil and gas drilling has become an increasingly prominent subject of discussion. Earlier this year, the Governor formed a multi-stakeholder task force to address the issue. The task force ultimately recommended "coordinated regulation through a collaborative approach…" (CDNR 2012), but what this means in practice remains to be seen. Five bills related to the topic of local control were introduced in the most recent legislative session.[119] In addition, four localities in the Front Range have moved to delay drilling pending a review of their oil and gas, land use, and public health laws; a fifth locality is currently considering a moratorium.[120] To date, the result of these reviews has been one set of final regulations issued by the City of Longmont, draft regulations issued by Boulder County,[121] and one set of operator agreements.[122] The City of Longmont finalized its ordinance in July 2012. The ordinance includes riparian and residential setbacks, disclosure requirements, water testing, wildlife protections, and a ban on drilling in residential areas.[123] Boulder County's draft revisions also contain residential and riparian setbacks, water-testing requirements, emergency response, and other measures intended to protect public health such as air-pollution controls.[124] Shortly after Longmont issued its ordinance, the Colorado Oil and Gas Conservation Commission filed a lawsuit against the City of Longmont alleging that state law preempts a

---

[117] Scott Detrow, *StateImpact*, "Corbett Administration Filed Act 13 Appeal with State Supreme Court" (July 27, 2012), http://stateimpact.npr.org/pennsylvania/2012/07/27/corbett-administration-files-act-13-appeal-with-state-supreme-court/.

[118] A8557 (Aug. 24, 2011) (authorizes local governments to address natural gas drilling in their zoning or planning ordinances); A3245 (Jan. 24, 2011) (would allow local governments to enact and enforce local laws/ordinances of general applicability).

[119] SB 088, introduced Feb. 16, 2012 (would have granted COGCC exclusive jurisdiction to regulate oil and gas operations); HB 1173, introduced Feb. 6, 2012 (would have required closed-loop systems for hydraulic fracturing fluid storage/containment); HB 1176, introduced Feb. 6, 2012 (would have mandated setbacks of at least 1000 feet from any school or residence in urban areas); HB 1277, introduced Feb. 20, 2012 (would have stated that oil and gas operators would be subject to the same local government control as for other types of mineral extraction, i.e., a shared state and local approach); SB 107, introduced May 5, 2012 (contained specific requirements, such as closed-loop drilling, water reporting requirements, and the prohibition of the use of carcinogens in hydraulic fracturing fluids).

[120] As noted above, these include Boulder County, Erie, Longmont, and Colorado Springs. At the time this chapter went to publication, the town of Lafayette, Colorado, was considering a temporary ban on oil and natural gas drilling. *NGI's Shale Daily*, "Another Colorado City Considering Drilling Restrictions" (September 6, 2012).

[121] At the time this Chapter went to publication, the Boulder County Planning Commission was considering proposed Land Use Code amendments to address drilling in the County. The City of Longmont finalized its oil and gas revisions to its Municipal Code, Ordinance O-2012-25, on July 17, 2012.

[122] Copies of the agreements are available on the Town of Erie's website, http://www.erieco.gov/CivicAlerts.aspx?AID=487 (last visited September 25, 2012).

[123] City of Longmont Ordinance O-2012-25 (July 17, 2012).

[124] Boulder County, Docket DC-12-0003: Amendments to Oil and Gas Development Regulations, http://www.bouldercounty.org/find/library/build/dc120003stafrecregs20120924.pdf.

number of the purported protections including the riparian and wildlife setbacks, residential well-site ban, disclosure rule, water-testing requirements, a requirement that operators use multi-well sites, and visual mitigation measures.[125] The Oil and Gas Conservation Commission has yet to take an official position on Boulder County's regulations. Nevertheless, the Commission's suit against Longmont may indicate that the approach recommended by the Governor's Task force earlier this year will tilt in favor of state rather than local regulation, with the amount of control retained by the local governments unclear.

Local governments across all states covered in this study are also seeking to impose additional setback requirements, but the governing state law on these requirements varies by jurisdiction. Local setback requirements that are more stringent than state law exist in the Barnett Shale play, Eagle Ford play, Marcellus Shale play in Pennsylvania, and North San Juan basin. There is considerable variety in setback requirements, as well as increasing public interest in this issue. Lack of consensus regarding the appropriate distance required to protect against adverse air, noise, visual, or water pollution may, in part, explain the continuing controversy over setback requirements (CU 2012). For a comparison of specific state and local requirements, see Table 30, Appendix C, Setback Requirements.

## 2.5  Best Management Practices

Various commissions and reports have stressed the need for continuous improvement in industry practices, as well as industry-led organizations dedicated to developing and disseminating information on best practices (SEAB 2011b; NPC 2011; IEA 2012). Technological innovation in the effort to control and mitigate some of the resource and environmental impacts of unconventional gas development can improve efficiency, reduce environmental risk, and bolster public confidence. As in many industries, leading operators in unconventional gas development have often performed at a level over and above existing regulatory requirements, providing important sources of innovation for new practices and regulations. Notably, a handful of important regulatory developments started as best management practices adopted by leading operators.

For example, as noted above, prior to EPA's adoption of its recent NSPS for the oil and gas sector, leading companies implemented reduced-emission completions ("green completions") to increase profits by maximizing sales of natural gas from the recovery of natural gas otherwise lost to the atmosphere; others voluntarily report chemicals used in hydraulic fracturing fluids to the Groundwater Protection Council's public FracFocus website.[126] Today, a number of companies are developing methods to recycle and reuse flowback and produced waters that reduce operator costs, as well as the risks associated with other forms of disposal.[127] As discussed in the following chapter, documenting such beyond-compliance best practices is an area that merits further study.

---

[125] Colorado Oil and Gas Conservation Commission v. City of Longmont (filed August 30, 2012 in the Boulder County District Court).
[126] See Ground Water Protection Council Chemical Disclosure Registry, http://fracfocus.org/.
[127] See GIS Mapping Tool in Chapter 4 of this report.

## 2.6  Conclusion and Key Findings

The combination of hydraulic fracturing and horizontal drilling has been hailed by some as the most important energy innovation of the last century, with dramatic implications for the economics and politics of energy in the United States and throughout the world. This "disruptive" technology has fueled a boom in unconventional gas development in various parts of the United States over the last 10 years. Law and regulation (at multiple levels) have struggled to keep up with the rapid growth of the industry. And the contemporary legal and regulatory landscape that applies to unconventional natural gas development is complex, dynamic, and multi-layered.

The federal government has demonstrated a keen and growing interest in this area, as evident by the prominent role natural gas plays in the current Administration's energy policy (White House 2011), the formation of the SEAB Subcommittee, and the announcement or promulgation of a number of new rules related to air and water quality, data collection regarding the aggregate amounts of chemicals used in fracturing fluids, and development on public lands discussed above. Additional federal regulations and new legislation are also possible. The results of EPA's study on the effects of hydraulic fracturing on drinking water could play a key part in directing any such changes.

States will continue to serve as the major source of regulation, with primary responsibility for well-construction standards, disclosure requirements for hydraulic fracturing fluid chemicals and water used during well stimulation, baseline water-monitoring requirements, waste management, and overall compliance monitoring and enforcement. State and local requirements—other than disclosure requirements regarding chemicals and water usage—vary considerably, and this is likely to continue as more states revise their rules to respond to new development. Greater coordination between regulators at all levels of government could help to reduce uncertainty and fragmentation,[128] as would greater reliance on the expertise contained in organizations such as the State Review of Oil and Natural Gas Environmental Regulation and the Ground Water Protection Council (SEAB 2011a; SEAB 2011b).

State compliance monitoring and enforcement capabilities vary widely. The limited data that have been assembled indicate most violations are minor, but that "enforcement actions are sparse compared to violations noted" (Groat and Grimshaw 2012). Substantially more data and research are needed to understand the extent to which companies are complying with state, local, and federal requirements.

This information gap could begin to be filled by greater reporting, via self-certification requirements that are publicly available, as well as by state databases, searchable by the public, that contain compliance and enforcement records. These activities would also bring greater certainty to this issue.

A number of commissions and industry associations have expressed support for continued development and implementation of beyond-compliance measures (SEAB 2011b; NPC 2011; IEA 2012), and the need for such measures to avoid controversy, delay, and continued

---

[128] For example, BLM's recent proposed rule notes the importance of consistency in federal and state disclosure requirements and the intent to provide consistency by lining up its requirements with those adopted in leading states.

opposition in certain parts of the country. As discussed in the following chapter, more work is needed to identify and evaluate such measures. Given the rapid pace of unconventional gas development in various parts of the country, best practices will have to complement regulation—and, in some cases, be folded into it. But as the regulatory landscape evolves, it will be important to establish a framework, where possible, that incentivizes the ongoing development and adoption of new state-of-the-art practices and technologies to minimize the risks associated with developing natural gas resources.

# 3   Key Issues, Challenges, and Best Management Practices Related to Water Availability and Management

## 3.1  Introduction and Objectives

Shale gas development has several categories of potential risks including air, water, land, and community (Figure 13). Examples of air risks include emissions of GHGs (largely methane) and hazardous air pollutants (e.g., benzene). Land impact risks include ecosystem degradation and land disturbance. Related to water, the risks are either quantity related (regional water depletion) or concerns of quality (surface or groundwater contamination). Community risks include excessive truck traffic and the noise, road damage, and other associated impacts. Induced seismicity is also considered a community issue and the broadest community risk from it could be the loss of the social license to operate (e.g., Energy Institute 2012; Robinson 2012; Zoback et al. 2010.)



**Figure 13. Description of shale gas development risks and characterization metrics**

This chapter focuses on the risks and impacts of shale gas development on water resources. Ongoing improvement of the quality and quantity of water resource-related data will inform decisions related to shale gas development. Data collected in this chapter mark the beginning of the risk characterization needed to adequately define best management practices. Specifically, unconventional shale gas development might impact water resources through four major causal routes—one related to water quantity and three related to water quality.

- Water Quantity:

  o Regional water depletion due to large volumes of freshwater use for hydraulic fracturing

- Water Quality:

  o Surface and groundwater degradation resulting from inadequate construction practices and well integrity

  o Surface and groundwater degradation resulting from inadequate onsite management of chemicals used in hydraulic fracturing

  o Surface and groundwater degradation resulting from inadequate wastewater management practices

To better understand the risks to water resources from shale gas production, the variety of risk factors related to water need to be further defined and a thorough spatial and temporal characterization should be completed. The science regarding risks and impacts of the shale gas industry is relatively new and still in a state of flux (EDF 2012; IEA 2012). For this project, we approached the topic by using available literature studies, public databases, and industry interactions.

We established the following objectives to assess the risks to water resources:

- Understand the quantities of water currently being used in six shale plays in the United States as they relate to current estimates of water availability and existing water uses

- Understand the quantities of flowback and produced water for each shale play and the wastewater management techniques employed

- Identify Best Management Practices, including quantity and quality impacts and costs

To accomplish these objectives, we studied six unique natural gas producing regions of the country (as identified in Chapter 2) to capture the spatial variability of water use, water availability, and wastewater management (see Table 8). The six regions include a coalbed methane (CBM) basin (North San Juan); a vertically fractured tight sand basin (Upper Green River); three primarily dry gas shale formations (Barnett, Haynesville, and Marcellus); and one shale formation that is producing condensates and oil along with natural gas (Eagle Ford).

## 3.2  Importance of Water for Shale Gas Development

The recent expansion of shale gas development is, in part, due to advances in horizontal drilling and hydraulic fracturing. As shale gas development continues to grow rapidly across the U.S., the demand for water used during site operations is also expected to increase (COGCC 2012b). Drilling and fracking operations involved in shale gas development require millions of gallons of water per well that must be acquired and transported to sites to fracture the shale formations (EPA 2011). Hydraulic fracturing is essential for tight formations such as shale because the

geological structure does not have the necessary permeability to allow natural gas to flow freely through the formation and into a wellbore (Arthur 2011). The current development of unconventional shale gas would not be economically viable without hydraulic fracturing, making it important to have an adequate, dependable supply of water to support fracking operations. Equally important is preventing fracking operations from negatively affecting a region's water resources, both in terms of quantity and quality.

Water used in hydraulic fracturing comes from several sources including surface water, groundwater, municipal potable water supplies, or reused water from other water sources (Veil 2010). To date, freshwater has been used for most hydraulic fracturing operations in most regions (Nicot 2012). Surface water, such as streams, rivers, creeks, and lakes, are the largest source of fresh water for operators in the Eastern United States. Groundwater can be a feasible source of water, but only when sufficient amounts are available. In Texas, groundwater is more commonly used than surface water. Public water supply might be an alternative in some regions, because permits for surface and groundwater can take more time to secure.

The impact of water usage will depend on the availability of local water resources, which can vary regionally depending on the geographic location of the shale play, ground and/or surface water sources, and competing demands for water from other users. In locations vulnerable to droughts, operational water needs could adversely impact the viability of gas production from tight formations (Vail 2010). Droughts, particularly in water-stressed regions (such as the arid Southwest), can limit the amount of available water, increasing the competition for water between potable water supplies, water for agriculture, and water for fuel.

## 3.3  Assessment of Risks to Water Quantity and Water Quality

Shale gas development may incur risks to both regional water quantity and quality. Quantity-related risks depend on the number of wells drilled, water use per well, amount of recycling or non-potable water use that occurs to offset freshwater demands, and local water availability. Quality-related risks depend on onsite construction techniques, onsite chemical management practices, and wastewater management practices. Risks may vary for any given shale gas development site. In many cases, risks to water resources extend beyond the location of the well being drilled, depending on the source location of the water and where wastewater is treated. Figure 14 shows the various risks to water resources that can result from hydraulic fracturing operations.



**Figure 14. Water quality risks by phase of natural gas production.**[129]

### 3.3.1  Risks to Water Quantity

#### 3.3.1.1  Current Industry Activities Affecting Water Use

A crucial component of hydraulic fracturing is securing a sufficient amount of water for operations. Water may not always be available on the lease site; therefore, developers may have to obtain access to water from a different location and transport water to the site. In such cases, the risks to water resource quantities are assessed with respect to the water's source location, not to where it is eventually used. Where operators source their water depends on several factors, such as location, availability, timing, and cost. The closer a water source is to a well, the lower are the operational costs, whether it be pumping or transporting the water by truck.[130] In many cases, the total amount of water required for multiple operating wells (and the permits required) will be greater than local daily flows. For example, in Pennsylvania, the Susquehanna River Basin Committee (SRBC), which oversees all water source permits in the basin, has approved permits totaling 108 MGD (million gallons per day) at 151 locations (as of September 1, 2011), whereas the estimated peak daily withdrawal of those locations is only around 30 MGD. This means that freshwater impoundments might need to be constructed to collect and store water over a period of time to eventually be used to supply water for drilling and developing multiple wells (SRBC 2012).

---

[129] Graphic adapted from (EPA, 2011).
[130] Trucks can often have an impact on rural roads, both in terms of increased traffic and increased wear on roads. Analysis of these impacts is beyond the scope of this paper.

Total water use at a shale gas development site depends on the number of wells drilled, water use per well, and amount of recycling that occurs. The term water "use" is used in this chapter, which, in part, reflects the ambiguity of whether the water usage reported in publicly available sources represents freshwater withdrawals, use of freshwater along with recycled water, water consumption, or a combination of these categories. Future research could clarify the definitions of water usage reported by industry.

**Number of wells**

In the areas for which data are available, the number of producing wells drilled each year has been increasing since 2009 (Figure 15).



**Figure 15. Total number of producing wells in shale gas plays, 2009–2011 (TRRC 2012c; COGCC 2012b; LADNR 2012; PA DEP 2012a; Eagle Ford Shale 2012).**

The greatest number of wells is in the Barnett Shale formation, increasing 16% from 2009 to 2011, with nearly 16,000 producing wells (TRRC 2012c). In the other formations considered in this study, the total numbers of wells are smaller, but have been increasing faster. From 2009 to 2011, the total number of wells increased by 45% in Colorado (COGCC 2012b), 76% in the Haynesville formation (LADNR 2012), 154% in the Marcellus formation (PA DEP, 2012a), and 721% in the Eagle Ford formation (Eagle Ford Shale 2012). In all of these formations, well drilling applications have continued to increase each year, indicating a continued trend for the near future.

**Water use per well**

Data on the water usage per well were available for five of the six regions considered here. Data from about 100 nominal wells were randomly collected for four regions (Marcellus, Barnett, Eagle Ford, and Haynesville) from www.fracfocus.org, a voluntary online chemical disclosure registry of the water used for fracturing. FracFocus provides statewide and county-wide data. Well data are classified according to their API number, county, fracture date, operator name, well name, well type (Oil/Gas), latitude, longitude, datum, and total water use (including fresh water, produced water, and/or recycled water). Water use statistics are compiled and are displayed in Appendix D.

Average water use from the 100-well study in the five regions ranges from 1.1 to 4.8 million gallons per well, with a multi-region average of 3.3 million gallons per well (Figure 16).



**Figure 16. Average water use per well (in millions of gallons) for five regions (2011) (Fracfocus.org).**

The Barnett, Eagle Ford, and Green River formations had average water uses of less than 4 million gallons per well, and the Marcellus formation had the highest average water use of 4.8 million gallons per well. Furthermore, considerable variation in water use per well within each formation is shown in Figure 17.



**Figure 17. Water use per well for four formations, in millions of gallons. (fracfocus.org)**

Note: Low and high error bars represent minimum and maximum reported water usage per wells, respectively. Upper and lower ends of boxes represent 75th percentile and 25th percentile, respectively. Horizontal lines in boxes represent medians.

Results of the 100 well analyses indicate that water usage per well can vary by up to three orders of magnitude (29,000 gallons to 26 million gallons per well in the Barnett formation) depending on geology, type of well and drilling techniques, and industry practices.  Median estimates of water usage per well are around five million gallons for the Marcellus, Eagle Ford, and Haynesville formations, yet individual wells can vary greatly.  The Barnett formation has the second lowest median value of 2.3 million gallons per well, yet also the highest individual well value of 26 million gallons per well.  These statistics do not indicate whether a portion of the water utilized for hydraulic fracturing includes recycled water.

**Recycling rates**

The impacts on local freshwater resources can be reduced by recycling produced water and frac flowback water. To use wastewater, a series of steps are commonly employed (Mantell, 2011). The water must often be stored in onsite holding tanks before treatment and is filtered or transported to another storage tank to test its remaining constituents. The water is then pumped or otherwise transported to another well location for reuse. Currently, only Pennsylvania tracks the amount of produced water and frac flowback water being recycled for reuse for drilling and hydraulic fracturing operations. Other states considered in this analysis do not have recycling or reuse as a category in their annual reporting forms, yet recycling may be occurring. In Pennsylvania, recycling of produced water has increased from 9% in 2008 to 37% in 2011 (PA DEP 2012b). In general, recycling of frac flowback water has increased from 2% in 2008 to 55% in 2011. In 2011, based on data reported, this recycling led to the reuse of about 65,000 gallons of produced water per well and 120,000 gallons of frac flowback water per well (Figure 18).



**Figure 18.  Wastewater production and total recycling at shale gas operations in Pennsylvania in 2011 (PA DEP 2012b)**

Although data are not available for recycling rates in other formations, certain state organizations actively encourage recycling practices. The Railroad Commission (RRC) of Texas has provided authorization for seven recycling projects in the Barnett formation, five of which are still active (TRRC 2012d). No recycling authorizations have been given for the Eagle Ford or Haynesville formations to date. The Colorado Oil and Gas Conservation Commission (COGCC) actively

encourages reuse and recycling of water used in well construction as well as produced water. Although there are no data of quantities, the COGCC notes that several operators in the Piceance Basin have constructed infrastructure for reusing water for drilling and completing new wells (COGCC, 2012b).

The feasibility of recycling and reusing produced water and frac flowback depends, in part, on how much and how quickly water returns to the surface. In the Marcellus and Barnett shale formations, Chesapeake Energy reports that about 500,000 to 600,000 gallons per well will return to the surface in the first 10 days, compared to about 250,000 gallons per well in the Haynesville formation (Mantell, 2011). How much of the produced water can be recycled depends on the chemical composition of the water, including its total dissolved solids (TDS), total suspended solids (TSS), and its concentration of chlorides, calcium, and magnesium. High TDS can increase unwanted friction in the fracking process. High TSS can plug wells and decrease the effectiveness of biocides. High concentrations of other elements can lead to high risks associated with scaling.

Recycling produced water and frac flowback can partially reduce the demand for freshwater sources for new hydraulic fracturing operations. The reduction in freshwater demand is limited by the amount of water that is returned to the surface. In general, the amount of water returned to the surface—and thus, the amount of water that could be recycled—is on the order of 10% of the freshwater requirements for developing a well with hydraulic fracturing. The volumes of produced water may vary widely from well to well, making it difficult to predict how much water is produced and how much recycling potential there is for each well.

**Water availability**

Local water availability conditions in the six study regions can vary greatly. Further information of each shale region can be found in Appendix D. An overview of the six regions is shown in Figure 19.



**Figure 19. Six shale plays considered in this study.**

*Marcellus Shale, PA*

The Marcellus Shale is located within or nearby highly populated areas of the northeast U.S. occupying the states of New York, Pennsylvania, Maryland, West Virginia, and Ohio. Competition for water might be challenging for shale gas development. However, the area overlying the Marcellus Shale formation has abundant precipitation, making water readily available (Arthur 2010). Three major watershed basins overlie the formation: the Susquehanna, Delaware, and Ohio River Basins are the main suppliers of water for shale gas development. The Marcellus Shale is overlain by about 72% of the Susquehanna River Basin (SRB), 36% of the Delaware River Basin, and about 10% of the Ohio River Basin (Arthur 2010). The SRB drains 27,510 square miles, covering about half the land area of Pennsylvania and portions of Maryland and New York (Arthur 2010). Major streams and rivers in the SRB are potential surface water withdrawals for shale gas development.

*Texas water*

Texas has dominated shale gas production in the U.S. over the past decade. The Barnett Shale was the sole producer in the early 2000s and accounted for about 66% of the U.S. shale gas production from 2007 to 2009 (Nicot 2012). Texas is subject to drought and wet period cycles that might become extreme with climate change and impact the water available. Water requirements are reported to the RRC of Texas. Surface water is owned and managed by the State and requires a water-right permit for diversions. Groundwater is owned mostly by landowners, but is generally managed by legislatively authorized groundwater conservation districts (Nicot 2012). Groundwater is generally available in each of the shale gas plays, and unlike surface water, groundwater is located close to production wells.

*Barnett Shale, TX*

The Barnett Shale is located in central Texas around the Dallas-Ft. Worth area. Precipitation is variable across the state of Texas. The mean annual precipitation in the Barnett area is about 790 mm per year (Nicot 2012).  About 60% of the water used in hydraulic fracturing operations in the Barnett Shale play comes from groundwater sources, specifically the Trinity and Woodbine aquifers in North Central Texas (Andrew et al. 2009). The Trinity Aquifer extends from south-central Texas to southeastern Oklahoma, and groundwater use varies across the Barnett Shale development area. For example, groundwater provides about 85% of total water supply in Cooke County, but only 1% for Dallas County (Andrew et al. 2009). Extensive development of the Trinity Aquifer in the Dallas-Ft Worth metropolitan area had caused groundwater levels to drop more than 500 feet in some areas (Andrew et al. 2009). For many rural areas, groundwater from the Trinity Aquifer remains the sole water source. Water use can vary widely from county to county depending on the pace of shale gas development. Municipal water use is dominant (greater than 85%) in the footprint of the Barnett Shale play in Denton and Tarrant counties; elsewhere, water use is mixed with some irrigation and manufacturing (Nicot 2012). Surface water is available in the Barnett Shale area, including major rivers and reservoirs; however, population growth is expected to increase demand for water resources and cause increasing competition. It is predicted that the net water use for shale gas production in the Barnet Shale play will increase from 1%–40% at the county level for selected counties (Nicot 2012).

*Eagle Ford Shale, TX*

The Eagle Ford Shale play is located in South Texas. The mean annual precipitation in the Eagle Ford Shale is about 740 mm per year (Nicot 2012). Surface water in the Eagle Ford Shale region is not as readily available and abundant as the northeast sections of Texas. A small portion of the Rio Grande River at the Mexican border is used, and several streams are ephemeral and recharge underlying aquifers. However, even when surface water is available, it is often not located adjacent to sites; therefore, trucking and piping of water is often required. Operators rely mostly on groundwater from the Carrizo Aquifer, though groundwater has already been partially depleted for irrigation in the Winter Garden region of South Texas (Nicot 2012). Over-extraction of groundwater for irrigation in the past limits water availability for current and future shale gas production (Nicot 2012). Water used in south Texas is variable; municipal water use is dominant (greater than 85%) in the footprint of the Eagle Ford in Web County (Nicot 2012). It is predicted that during the peak years of production, the net water use for shale gas production in the Eagle Ford Shale region will increase from 5% to 89% at the county level for selected counties (Nicot 2012).

**Haynesville Shale, LA**

The Haynesville Shale is located in East Texas and western Louisiana. The eastern part of Texas has high precipitation, with a mean annual precipitation of 1,320 mm per year, resulting in a widespread and abundant supply of surface water (Nicot 2012). The region also hosts large aquifers, specifically the Carrizo Wilcox and Queen City/Sparta Aquifers. Shale gas production in Louisiana relies heavily on local groundwater from the Carrizo Aquifer and currently derives about 75% of the water from surface water or lesser-quality shallow groundwater (Nicot 2012). The groundwater is more readily available in East Texas, with the only competition for water use being industrial and municipal demands (Nicot 2012). Furthermore, it is predicted that during the

peak years of production, the net water use for shale gas production in the Haynesville Shale region will increase from 7% to 136% at the county level for selected counties (Nicot 2012).

### San Juan Basin, CO

The San Juan Basin is located in the arid Southwest U.S., occupying the Four Corners area of Colorado, New Mexico, Arizona, and Utah. The basin is characterized by a wide range of topographic settings that include valleys, canyons, badlands, uplands, mesas, and buttes (Haerer 2009). Precipitation in the San Juan Basin varies regionally. Annual precipitation in the high mountain areas in Colorado can receive as much as 1,020 mm per year, whereas annual precipitation in lower altitudes of the central basin in New Mexico can receive less than 200 mm per year (Levings 1996). Runoff water from snow and precipitation, which flows into rivers such as the San Juan River, makes up a large portion of the surface water. However, because of high evaporation rates and the hot and dry climate of the Southwest, surface water in the basin is limited and has already been fully appropriated.

Thus, groundwater resources tend to be the only source of water in most of the basin, and they are used mainly for municipal, industrial, domestic, and stock purposes (Levings 1996). The San Juan structural basin is a major oil and gas producing area, and groundwater is produced as a byproduct of these operations (Levings 1996). Several major aquifers exist in the basin; most are unconfined and located within the Tertiary formations (Haerer 2009). The amount of available water varies, depending on the underlying geological rock formations. For example, the Fruitland Formation and Pictured Cliffs Sandstone are aquifers that are sources of drinking water along the northern margin of the basin and act as a single hydrologic unit. The Ojo Alamo Sandstone is the primary aquifer for the southern margins and is a possible source of groundwater (EPA 2004). Groundwater levels in the Fruitland Formation have declined significantly due to the development of energy resources in the San Juan Basin (Levings 1996).

### Green River Basin, WY

The Green River Basin is located in the southwest corner of Wyoming, northwest Colorado, and northeast Utah. The basin drains to the Green River, a major tributary to the Colorado River. On average, the basin receives about 250–400 mm of precipitation annually and less than 13% of the basin receives more than 500 mm (WWDC 2010). Precipitation is highest during the months of April and May and the least in December and February. There are four regional aquifer systems in the Wyoming side of the Green River Basin. The Cenozoic, Mesozoic, Paleozoic, and Precambrian aquifer systems range from the youngest and most heavily used to the oldest and least used, respectively (WWDC 2010). There are relatively little development of groundwater resources in the Green River Basin, and the recent increase in shale oil and gas development has relied on groundwater resources as the primary supply to the industry. In Wyoming, irrigated agriculture is the largest water consumer. However, the energy and mineral sectors have historically added volatility in water use and allocation, requiring large amounts of water (WWDC 2010). Groundwater in the basin is used for domestic and pubic supplies, and industrial uses including mining and irrigation. Oil and gas development has increased substantially in the Green River Basin and accounts for a large part of the increase in groundwater use (WWDC 2010).

### 3.3.1.2  Current Water Quantity Risks Resulting from Industry Activities

Risks to water quantity resulting from industry practices in shale gas development include reductions in both available surface water and groundwater. These risks occur in the areas from which water resources are sourced, not necessarily the hydraulic fracturing site. In areas where the levels of the groundwater table are already affected by multiple sectors' uses (e.g., agriculture, municipal water supply), large increases in use by any sector might affect water availability or the cost of pumping for all other users.

The water quantity risk to any given water basin depends on how much water is used and on the local water availability. Water usage in shale gas development, as described above, depends on the total number of wells, water use per well, and recycling rate. Water availability depends on local geologic and climatic conditions and on competing users of water. In the study regions, the total number of producing wells has been increasing steadily since 2008. With the exception of Pennsylvania, there are no data indicating a substantial increase in the recycling rate of wastewaters, and the total quantities of freshwater used for hydraulic fracturing have been increasing. The impact of recycling on reducing freshwater demands is limited by the amount of flowback and brine produced from each well. The use of non-freshwater sources, such as shallow brackish waters, could alleviate demands on freshwater; but there are no readily available data on availability or current usage of these water sources for shale gas operations.

Values of total water available physically and legally can be difficult to quantify, but our report analyzes the water usage of oil, gas, and mining activities as a percentage of all other existing water uses. On a state level, the amount of water currently withdrawn for hydraulic fracturing is a relatively minor fraction of total water withdrawals. In Colorado for example, total water diversions for hydraulic fracturing represent only 0.1% of all water diversions in the state (COGCC 2012b). In Texas, mining activities, which include hydraulic development, accounted for just 2% of total water withdrawals in 2011 (TDWB 2012).In Texas and Colorado, irrigation accounts for more than 55% and 85%, respectively, of total water withdrawals (COGCC 2012b; TDWB 2012).

Greater insights into risks to water resources can be gained by analysis on a geospatial scale smaller than the states, such as the county level. In many counties where shale gas development sites are located, mining activities already account for a substantial percentage of existing water usage (Figure 20) (Kenny et al. 2009).



**Figure 20. Mining water withdrawals as a percent of total water withdrawals, 2005 (Kenny 2009).**

In 2005, mining activities in Texas counties that overlapped with the Barnett, Eagle Ford, and Haynesville formations accounted for a large percentage of total water withdrawals. Similarly, counties in Louisiana overlapping with the Haynesville formation, counties in New Mexico overlapping with the Barnett and San Juan formations, and counties in Wyoming overlapping with the Green River formation show that mining activities account for water withdrawals representing 5% to over 60% of total withdrawals in that county. Thus, water use for mining activities already represents a substantial portion of total water usage in the regions where shale gas development is occurring. Rapid expansion of water required for hydraulic fracturing could impact local water availability, depending on water resources in each region. Further research is needed to evaluate the impact that the current and projected water use for mining activities, including hydraulic fracturing, could have on the water resources and other water demands in these regions.

### 3.3.2  Risks to Water Quality

#### 3.3.2.1  Current Industry Activities Affecting Water Quality

Risks to water resources depend on well and drilling construction practices, handling of chemicals on site, and wastewater management. Risks to water quality can occur at both the location of hydraulic fracturing and where water is stored or treated.

**Onsite well-construction and hydraulic fracturing practices**

In terms of risk to water resources, well design and construction phase is a crucial component of the hydraulic fracturing process. Proper well construction can separate the production operations from drinking water resources. Well construction involves drilling, casing, and cementing—all of which are repeated multiple times until a well is completed. Drilling is conducted with a drill bit, drill collars, drill pipe, and drilling fluid such as compressed air or a water- or oil-based liquid (EPA 2011). Water-based liquids typically contain a mixture of water, barite, clay, and

chemical additives (OilGasGlossary.com 2010). Once removed from the well, drilling liquids and cuttings must be treated, recycled, and/or disposed of.

Casing is steel pipe that separates the geologic formation from the materials and equipment in the well, and that also provides structural support. The casing is designed to withstand the external and internal pressures during the installation, cementing, fracturing, and operation of the well. Some operators might forego casing, in what is called an open-hole completion, if the geologic formation is considered strong enough structurally to not collapse upon itself. Casing standards vary regionally and are set by state regulations. Once the casing is in place, a cement slurry is pumped down the inside of the casing and forced between the formation and the casing exterior. The cement serves as a barrier to migration of fluids up the wellbore behind the casing, as well as a structural support for the casing. The cement sheath around the casing and the effectiveness of the cement in preventing fluid movement are the major factors in establishing and maintaining the mechanical integrity of the well; however, even a properly constructed well can fail over time due to stresses and corrosion (Bellabarba et al. 2008). For a given well, there may be multiple levels of drilling, casing, and cementing to prevent contamination of local water resources (Figure 21).

Once the well is constructed, the formation is hydraulically fractured. The hydraulic fracturing occurs over selected intervals where the well is designed to permit fluids to enter the formation. Hydraulic fracturing fluids, by volume, are mostly water and propping agents such as sand, designed to facilitate the fracturing and keep the new fractures open.

The chemicals present in hydraulic fracturing fluids can react with naturally occurring substances in the subsurface, causing these substances to be liberated from the formation (Falk et al. 2006; Long and Angino 1982). These naturally occurring substances include formation fluids (brine), gases (natural gas, carbon dioxide, hydrogen sulfide, nitrogen, helium), trace elements (mercury, lead, arsenic), radioactive materials (radium, thorium, uranium), and organic materials (organic acids, hydrocarbons, volatile organic compounds).



**Figure 21. Schematic of well that includes several strings of casing and layers of cement (EPA 2011)**

Once a well is no longer producing gas economically, it can either be re-fractured or plugged, to prevent possible fluid migration that could contaminate soils or waters (API 2009). A surface plug is used to prevent surface water from seeping into the wellbore and migrating into groundwater resources.

**Onsite handling of chemicals**

The chemicals used in fracking fluids are often mixed together on site with the propping agent (usually sand) and water. The types of chemicals and their volumes might vary from site to site and from developer to developer, depending on formation properties and developer common practices. Chemicals are stored on site in tanks before mixing and hydraulic fracturing operations begin. In general, 0.5% to 2% of the total volume of fracking fluid is made up of chemicals (GWPC and ALL Consulting 2009). The composition and relative amounts of chemicals might change from site to site. Table 6 provides an example of the variety and amounts of chemicals that comprise fracking fluid, where chemicals contribute 0.5% of the volume.

**Table 6. Example Composition of Hydraulic Fracturing Fluids (GWPC and ALL Consulting 2009; API 2010)**

| Component | Example Compounds | Purpose | Percent Composition (by Volume) | Volume of Component (Gallons)[131] |
|---|---|---|---|---|
| Water | | Deliver proppant | 90 | 2,970,000 |
| Proppant | Silica, quartz sand | Keep fractures open to allow gas flow out | 9.51 | 313,830 |

---

[131] Based on the average water use per well identified in this study, 3.3 million gallons

| Component | Example Compounds | Purpose | Percent Composition (by Volume) | Volume of Component (Gallons)[131] |
|---|---|---|---|---|
| Acid | Hydrochloric acid | Dissolve minerals, initiate cracks in rock | 0.123 | 4,059 |
| Friction Reducer | Polyacrylamide, mineral oil | Minimize friction between fluid and pipe | 0.088 | 2,904 |
| Surfactant | Isopropanol | Increase viscosity of fluid | 0.085 | 2,805 |
| Potassium Chloride | | Create a brine carrier fluid | 0.06 | 1,980 |
| Gelling Agent | Guar gum, hydroxyethyl cellulose | Thicken fluid to suspend proppant | 0.056 | 1,848 |
| Scale Inhibitor | Ethylene glycol | Prevent scale deposits in pipe | 0.043 | 1,419 |
| pH Adjusting Agent | Sodium carbonate, potassium carbonate | Maintain effectiveness of other components | 0.011 | 363 |
| Breaker | Ammonium persulfate | Allow delayed breakdown of gel | 0.01 | 330 |
| Crosslinker | Borate salts | Maintain fluid viscosity as temperature increases | 0.007 | 231 |
| Iron Control | Citric acid | Prevent precipitation of metal oxides | 0.004 | 132 |
| Corrosion Inhibitor | N,N-dimethyl formamide | Prevent pipe corrosion | 0.002 | 66 |
| Biocide | Glutaraldehyde | Eliminate bacteria | 0.001 | 33 |

In this example, we consider the average water use per well as identified in this study to be 3.3 million gallons. Therefore, the total volume of chemicals used—0.5% of the fracking fluid volume—is about 16,500 gallons per well. The total average volume of chemicals used in hydraulic fracturing fluids ranges from 5,500 to 96,000 gallons per well, given the wide range of water use per well, in addition to the chemical composition (Table 7).

**Table 7. Estimates of Total Gallons of Chemicals Used per Well**

| | 4.6 million gallons per well (average estimate) | 2.3 million gallons per well (low estimate) | 7.3 million gallons per well (high estimate) |
|---|---|---|---|
| Lower bound of chemical composition (0.5% of volume) | 16,500 gallons | 5,500 gallons | 24,000 gallons |
| Upper bound of chemical composition (2.0% of volume) | 66,000 gallons | 22,000 gallons | 96,000 gallons |

## Wastewater management practices

After hydraulic fracturing operations, pressure decreases and fluids return to the surface before the well begins formal gas production. Although there are no standardized definitions, the used fracking fluids (frac flowback) and naturally occurring water resources (produced water) both return to the surface. In general, the frac flowback returns first at high rates (e.g., ~100,000 gallons per day) for a few days; then produced water surfaces at lower rates for the remainder of the well's lifetime (e.g., ~50 gallons per day). The rates of production and total volumes of frac flowback and produced water vary greatly within and between shale plays—ranging from 10% of original fracking fluid volume to as high as 75% (EPA 2011). Frac flowback and produced water both contain naturally occurring substances, including oil, gas, radionuclides, volatile organic compounds, and other compounds that could contaminate local water resources.

Frac flowback and produced water are stored on site in storage tanks or impoundment pits prior to treatment, recycling, and/or disposal (GWPC 2009).Onsite impoundments can be designed for short-term use (for storage purposes) or for long-term use (evaporation pits), and impoundment regulations and requirements can vary greatly by location.

Operators have a variety of options for managing wastewaters, including recycling and reusing, onsite evaporation in impoundments, onsite injection into wells, disposal at a centralized facility through evaporation or underground injection, and treatment through surface water treatment plants. Overall, national disposal methods are dominated by underground injection (EPA 2011). Current industry practices might vary from state to state, and have shown different trends from 2008 to 2011. For example, Colorado (Figure 22) and Pennsylvania (Figure 23) show stark differences and trends.



**Figure 22. Colorado wastewater treatment methods, 2008–2011 (COGCC 2012a)**



**Figure 23. Pennsylvania wastewater treatment methods, 2008–2011 (PA DEP 2012b)**

In Pennsylvania, surface water treatment decreased from 67% of total wastewater volumes in 2008 to less than 1% in 2011 (PA DEP 2012b). In contrast, in Colorado, surface water treatment increased from 2% of total wastewater volumes in 2008 to 11% in 2011 (COGCC 2012a). In Pennsylvania, recycling increased from 6% of total wastewater volumes in 2008 to 45% in 2011, whereas there are no data indicating any recycling occurring in Colorado. The dominant disposal method in Colorado remains injecting or evaporating wastewater fluids on site. Onsite disposal methods decreased in Colorado, managing 72% of total wastewater volumes in 2008 to 58% in 2011. In Pennsylvania, onsite well injection increased from 1% of total wastewater volumes in 2008 to 7% in 2011. Both states increased their use of centralized industrial disposal facilities between 2008 and 2011. In Pennsylvania, the use of centralized disposal facilities increased from 10% of total wastewater volumes in 2008 to 44% in 2011. In Colorado, the use of centralized disposal facilities increased from 26% of total wastewater volumes in 2008 to 31% in 2011.

Water disposal methods can change from year to year due to evolving regulations and industry experience. Data from 2008 showed a high percentage of surface water discharge for wastewaters in Pennsylvania; after 2008, there was a sharp decline. This is due to the changes to the Pennsylvania Department of Environmental Protection's (DEP) 25 Pa Code Chapter 95 Wastewater Treatment Requirements. These requirements were changed on April 11, 2009, after total dissolved solids levels were measured far above environmentally healthy levels in 2008 and 2009 (STRONGER, 2010). The high TDS was above drinking water standards in the Monongahela River. The TDS also promoted golden algae growth, resulting in higher toxicity levels in Drunkard Creek, killing over 30 different species of aquatic life. The new regulations required a maximum TDS discharge of 500 mg/L (STRONGER, 2010). This new regulation makes it uneconomical to use municipal water treatment in Pennsylvania because wastewaters can reach up to 360,000 mg/L TDS (USGS 2002b). In addition, injection has remained relatively unfavorable in Pennsylvania because the state has only eight Class II underground injection wells, three of which are commercially owned. The other injection wells are privately owned and only service the companies that own them (Phillips 2011).

Recycling operations can be more expensive than other waste management options. Recycling and reuse of water involves energy for treatment, and costs associated with storing water, transport of water, and transport and disposal of the solid wastes removed from the treated water.

In contrast, injecting wastewater into wells only involves the transport of water to an injection well and fees for the disposal. Recycling options can also be limited by high concentrations of materials that make recycling uneconomic.

### 3.3.2.2 Current Water-Quality Risks Resulting from Industry Activities

Risks to public water quality resulting from industry practices include risks to both surface water and groundwater sources, and they are not limited to the location of the hydraulic fracturing operation. Risks to surface and groundwater resources exist at each stage of development—well construction and hydraulic fracturing operations, chemical handling, and wastewater management.

Improper well construction or improperly plugged wells are one source of risk by which groundwater contamination can occur (PA DEP 2010b; McMahon et al. 2011). In addition to risks associated with construction integrity, risks are also associated with well durability for wells that are repeatedly hydraulically fractured. The potential exists for fracking fluids, as well as other naturally occurring substances, to reach groundwater sources if well construction or plugging operations are inadequate. The degree of risk will be dependent upon local geology, the composition of the chemicals and naturally occurring substances, and the mobility of the substances within the formation.

Another source of risk during the hydraulic fracturing operation in coalbed methane (CBM) reservoirs is the potential for the fractures to extend into aquifers or into pre-existing faults or fractures (natural or man-made) that might directly extend into aquifers. Currently, it is difficult to predict and control fracture location and lengths, and the overall risk will depend on the local geology and fracking practices used. In shale gas formations, decreasing pressure gradients and natural barriers in the rock strata serve as seals for the gas in the formation and also block the vertical migration of frack fluids (GWPC and ALL Consulting 2009). In contrast, CBM reservoirs, such as the North San Juan considered here, are mostly shallow and may also be co-located with drinking water resources. In CBM areas, hydraulic fracturing operations near a drinking water source might raise the risk of contamination of shallow water resources from hydraulic fracturing fluids (Pashin 2007; EPA 2011).

Another risk to water quality is the handling and mixing of chemicals on site. Risks include spills or leaks that might result from equipment failure, operational error, or accidents. Leaked chemicals could be released into bodies of surface water or could infiltrate groundwater resources. There have been reports of surface spills of hydraulic fracturing fluids; however, little is known about the frequency, severity, and causes of these spills (Lustgarten 2009; Lee 2011; Williams 2011). The risks to local water resources will depend on the proximity to water bodies, the local geology, quantity and toxicity of the chemicals, and how quickly and effectively clean-up operations occur.

Wastewater management practices have risks to water quality that potentially affect water resources both on and off site of the location of the shale gas development operations. Considering risks on site, spills of frac flowback or produced water could contaminate local surface and/or groundwater resources. In addition, there could be equipment failures (e.g., poorly constructed impoundments) during onsite wastewater storage prior to treatment. Potential offsite risks include spills or leakage that might occur during the transport of wastewaters to the location

where they will be treated. If surface water treatment is used, there is a risk of the surface water treatment plant not having the capabilities to fully treat the wastewater before it is released back into the hydrologic cycle (Puko 2010; Ward Jr. 2010; Hopey 2011).

From 2009 to 2011, Pennsylvania had 337 reported violations that were classified as "minor effect" or "substantial effect" (NEPA 2012). Violations of these types include the release of wastes or produced water on site in amounts less than 10 barrels (420 gallons). From 2009 to 2011, Texas had 14 reported "minor effect" or "substantial effect" violations, and one reported "major effect" violation. "Major effect" violations include large spills or improperly disposed of wastes greater than 10 barrels (420 gallons), small to large spills that were moved off site and impacted a resource such as a drainage ditch or wetland, and any spill of fracturing fluid greater than 1 barrel (42 gallons). For Colorado, the only publicly accessible statistics related to violations are Notices of Alleged Violations (NOAVs). The number of NOAVs does not represent the number of violations because violations do not necessarily lead to the issuance of NOAVs. Also, when NOAVs are issued, they may cite violations of more than one rule, order, or permit condition. Colorado violations could not be acquired, and data for violations in other states were not available. More detailed information about violations in states where data are available is listed in Appendix D. Further research is needed to fully determine the severity and cause of the reported violations.

## 3.4  Data Availability and Gaps

Substantial gaps in data availability prevent a full assessment of risks to water resources resulting from shale gas operations. Only certain statistics are publicly available for each region, and in some regions that cross state boundaries, information is only available for the part of a play that is in one state (Table 8.)

**Table 8. Overview of Data Availability**

| | Risk Factor or Analysis Metric | CO — North San Juan | NM — North San Juan | PA — Marcellus | NY — Marcellus | TX — Barnett | TX — Eagle Ford | LA — Haynesville | WY — Upper Green River |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Disposal methods/volumes | ◊ | | ◊ | ◊ | | | | ^ |
| 1a | Fraction of water recycled | ◊ | | ◊ | | | | | |
| 2 | Fresh water use | ^ | ^ | ◊ | | ^ | ^ | ◊ | ^ |
| 2a | *Fracturing water* | ◊ | | ◊ | | ◊ | ◊ | ◊ | ◊ |
| 2b | *Source permitting* | ^ | | ◊ | | ^ | ^ | ^ | ^ |
| 3 | PW/FF volumes | ◊ | | ◊ | | ^ | ^ | ^ | |
| 3a | *Injected volumes* | ◊ | | | | ^ | ^ | ◊ | ◊ |
| 4 | State regulations | | | | | ◊ | | | |
| 4a | *Rule violations* | | | ◊ | | | | | |
| 5 | Regional water use | | | ◊ | | | | | |
| 6 | Total wells | | | ◊ | | ^ | ◊ | | |
| 6a | *% Horizontal* | | | ◊ | | | ◊ | | |

**Key**

| | |
|---|---|
| ◊ | Data available |
| ^ | Partial data available |

Comprehensive analyses of water risks are hindered by a lack of reliable, publicly available water usage and management data. Data are not publicly available for many regions for total water withdrawals, total wells drilled, water recycling techniques, wastewater management, and other management practices. These data would assist in developing appropriately flexible and adaptive best management practices. Certain resources—such as the State Review of Oil and Natural Gas Environmental Regulations (STRONGER) and FracFocus—have greatly increased public access to information about risks of hydraulic fracturing; but further efforts are desired. Data collection and availability could improve with further collaboration and interaction with industry stakeholders, as well as other stakeholders.

## 3.5  Best Management Practices (BMP)

Various attempts have been made to define best practices for water management (e.g., IEA 2012; Energy Institute 2012; ASRPG 2012; Chief O&G 2012; SEAB 2011; API 2010). Based on these reports, the following are best practices that are generally accepted to be important for understanding and minimizing risks related to water quantity and quality:

### 3.5.1  Monitoring and Reporting

- *Measure and publicly report the composition of water stocks and flow throughout the fracturing and cleanup process.* There is little information on the management of fracturing water from acquisition to disposal or recycle, both in terms of quality and quantity.

- *Adopt requirements for baseline water-quality testing.* Background testing is recognized for its value, but is often not standardized. Better guidance is needed for statistically defensible testing.

- *Fully disclose hydraulic fracturing fluid additives.* Disclosure of fracturing fluid chemicals on fracfocus.org is now in place in Colorado, Wyoming, and Texas and is being considered in several other states.

### 3.5.2 Water Quantity

- *Recycle wastewaters.* Freshwater demand can be minimized by treatment and reuse of produced water and frac flowback. Flowback water produced in the hydraulic fracturing process is returned at relatively high flows and might contain more chemicals of concern than produced water. Optimized handling of this fluid is important for mitigating risks to water quality and quantity because it can lessen the need for transport and wastewater disposal.

### 3.5.3 Water Quality

- *Use a closed-loop drilling system.* In closed-loop drilling processes, contaminated water is not exposed to air or pits where it could leak, thus eliminating the storage of discarded drilling fluids in open pits at the drilling site.

- *Eliminate flowback water mixing with fresh water in open impoundments.* Disposing of untreated flowback water in reservoirs containing fresh water to be used for hydraulic fracturing increases the risk of harmful spills or leaks.

- *Use protective liners at pad sites.* The use of liners or other protective devices at pad sites can contain minor spills and prevent environmental contamination. Proper collection and disposal equipment is also important to have on site.

- *Minimize use of chemical additives and promote the development and use of more environmentally benign alternatives.* "Green" hydraulic fracturing fluid has been developed—based on fluid mixtures from the food industry—that do not impair groundwater quality in the case of an inadvertent leak or spill.

A next step in developing BMPs for reducing risks to water resources in shale gas development is to evaluate the efficacy of each of the above BMPs (Kemp 2012; Energy Collective 2012). Currently, little or no data exist that analyze the effectiveness or cost-benefit tradeoffs of these BMPs. Further examination of BMPs could assist developers in evaluating important water management questions—such as whether installing protective liners at pad sites or reducing use of chemical additives would have a greater impact on reducing risks to water resources in their regions. A first step in this direction would be to develop a methodology for quantifying and comparing current water-management practices with potential risks.

In many cases, BMPs might be more appropriate or cost-effective for certain geological conditions than others. A further area of needed research is to evaluate the extent to which certain BMPs are applicable or effective across multiple types of formations. To better address this question, researchers could engage a variety of stakeholders—including industry, regulators, researchers, environmental groups, and the public—to understand what practices are currently in use, how effective they are at reducing the risk of water impacts, and where improvements are needed.

A major challenge facing some of these BMPs is that there are no national or state-level disclosure initiatives to track or evaluate the success of their implementation. For example, it is difficult to determine how many operators are currently employing (and with what success) the widely discussed BMP to use closed-loop drilling practices because operators are not required to report this information. Absent such reporting, data collection efforts would likely require close collaboration with multiple industry partners operating in a variety of locations, and this could be time-intensive.

## 3.6 Summary

We used publicly available datasets to provide an initial evaluation of water risks associated with hydraulic fracturing in six natural gas plays in the United States. Data were limited in every region; continued efforts to catalogue and publish water data will improve future analyses.

Hydraulic fracturing operations have the potential to impact water resources. One of the impact risks associated with water is regional resource depletion due to the use of fresh water during hydraulic fracturing. Water-use data were collected for five of the six regions with average use per well ranging from 1.1 to 5.8 million gallons, with a multi-region average of 3.3 million gallons per well. Total water usage can be estimated by determining the average water use per well, number of wells, and recycling rate; this total freshwater demand value can be compared with estimates of local water availability. Hydraulic fracturing demands are a small fraction of total state water demands, but they can be a substantial portion of water demands in the counties in which the hydraulic fracturing operations are active. If water must be transported from off site to a hydraulic fracturing site, water quantity risks might extend to counties where hydraulic fracturing is not occurring. In all regions considered, the number of wells drilled for hydraulic fracturing has increased each year since 2009. Recycling rates have increased significantly in Pennsylvania since 2009, when the state issued new regulations regarding the treatment of wastewaters.

A second impact risk associated with water is degradation of surface and groundwater quality. Water-quality impacts are a risk during the well construction, hydraulic fracturing, mixing of chemicals, and the wastewater management of shale gas development. As noted above, hundreds of substantial or major violations have been reported that have resulted in spills of produced water, frack fluids, or chemicals. However, it is not clear if water resources have been contaminated—and if so, to what extent—or by which pathway the spills occurred.

A better understanding of the potential contamination pathways (listed here) and their impacts to water resources could assist in identifying and evaluating the phases of operation that have the highest risk of impacting water quality. Potential contamination pathways during well construction and hydraulic fracturing are improper well construction, well degradation from repeated use, lengthy fractures, and improper well plugging. Potential contamination pathways during the mixing of chemicals phase are spills, accidents, and storage equipment failures. Potential contamination pathways at the hydraulic fracturing site during the management of wastewaters are onsite storage equipment failures and spills. Additional contamination pathways and risks occur during the transport of wastewaters to disposal facilities and the potential stress put on surface water treatment plants that might not be capable of treating the types of wastes produced from hydraulic fracturing operations.

Currently, a variety of BMPs are being employed in different regions to minimize risks to water resources. However, there is uncertainty in the industry concerning BMP transferability, cost-effectiveness, and risk mitigation potential. In addition, it is unclear to what extent these BMPs are being employed by different operators. Recycling of frac flowback and produced water is an accepted recommended practice, but limited information exists regarding prevalence, methods, and costs. Except for Pennsylvania, recycling data are not available from public databases, so it is difficult to estimate how much water is being reused in these regions.

## 3.7  Conclusions and Next Steps

Prior efforts, in addition to with this study, have identified the variety of water-related risks and potential contamination pathways resulting from shale gas development. However, existing publicly available data are not sufficient to perform a full risk assessment on a national or regional scale. A comprehensive and actionable risk assessment would require additional analyses, including the following:

- Quantitatively assess the magnitude of the impacts of the contamination pathways discussed in this report.
- Quantitatively assess the probability that the risks discussed will occur, based on existing industry practices.
- Identify the contamination pathways and risks that, at present, are adequately or inadequately addressed by current industry practices.
- Evaluate BMPs in terms of risk mitigation potential, cost-effectiveness, regional transferability, and industry prevalence.
- Evaluate in detail the wastewater recycling practices, including estimates of current recycling rates, estimates of total potential freshwater savings resulting from recycling, and a life cycle assessment (in terms of energy inputs, emissions, and costs) to identify thresholds for deciding whether to dispose of or recycle wastewaters.

The application of systematically developed BMPs could increase the transparency and consistency by which shale gas development occurs, providing benefits to industry and interested stakeholders. Effective BMPs follow from a defined prioritization of risks in the context of other risks. Risk prioritization would be facilitated by greater availability of industry data and current practices. Further collaboration and interaction with industry, and other stakeholders could improve data collection efforts and are a first step in achieving the analysis objectives above. Lastly, water resources are just one category of risk resulting from shale gas development. Future efforts could evaluate water-related risks and BMPs alongside other risks to air, land, and community.

# 4  Natural Gas Scenarios in the U.S. Power Sector

## 4.1  Overview of Power Sector Futures

This chapter summarizes results from modeling different U.S. power sector futures. These futures assess key questions affecting today's natural gas and electric power markets, including the impacts of:

- Forthcoming EPA rules on power plants

- Decarbonization options such as a clean energy standard (CES)

- Potential improvements in key generation technologies

- Higher costs for natural gas production assumed to arise from more robust environmental and safety practices in the field

- Expanded use of natural gas outside of the power generation sector.

The simulations were done using NREL's ReEDS model, incorporating findings from Chapters 1, 2, and 3, as applicable, and looking out to the year 2050.

ReEDS is a capacity expansion model that determines the least-cost combination of generation options that fulfill a variety of user-defined constraints such as projected load, capacity reserve margins, emissions limitations, and operating lifetimes. The model has a relatively rich representation of geographic and temporal detail so that it more accurately captures the unique nature of many generation options, as well as overall transmission and grid requirements. It is a power-sector-only model, so special steps were taken to consider the feedback effects of natural gas demand in other sectors of the economy. These steps, along with additional details about the model, are more fully described in Appendix E of this report.[132]

The scenario analysis presented here is not a prediction of how the U.S. electricity sector will evolve in the future—rather, it is an exercise to compare the relative impacts of different scenarios. Three Reference scenario cases are used as points of comparison for other scenarios based on policy, business, or technology change:

1. Baseline – Mid-EUR

2. Baseline – Low-EUR, and

3. Baseline – Low-Demand.

The modeling team explored four potential policy scenarios in addition to the Reference scenario:

1. A *Coal scenario*, driven by a combination of forthcoming EPA rules, low-cost natural gas, and the age of existing coal generators. Specifically, this scenario addresses the

---

[132] A full description of the model is also available at:
http://www.nrel.gov/analysis/reeds/pdfs/reeds_documentation.pdf.

question of what new capacity will need to be built if and when coal plants retire, and what impacts would result from proposed NSPS.

4. A *CES scenario* with carbon mitigation sufficient for the U.S. power sector to contribute its share in lowering emissions to a level that many scientists report is necessary to address the climate challenge (IPCC 2007; C2ES 2011). This simulates a CES similar to that proposed by Senator Jeff Bingaman, but analyzes impacts through 2050 (EIA 2012a).

5. An *Advanced Technology scenario* where several different generation options—nuclear, solar, and wind—achieve cheaper and thus more widespread deployment; and

6. A *Natural Gas Supply-Demand Variation scenario* for natural gas, aimed to simulate the impact of (1) steps taken to incrementally address environmental and safety concerns associated with unconventional gas production, and (2) significant growth in natural gas demand outside the power sector (Dash-to-Gas). In both cases, the incremental cost of securing natural gas for power generation results in different power sector futures over the long term.

The family of scenarios is summarized in Figure 24.



**Figure 24. Scenarios evaluated in the power sector futures**

## 4.2   Assumptions and Limitations

Technology cost and performance metrics used in ReEDS are presented in Appendix E. All costs in this study are listed in 2010 dollars unless otherwise noted.

Supply curves were developed to represent natural gas cost to the power sector and the response of this cost to increased power sector demand. The supply curves were developed based on linear regression analyses from multiple scenarios developed by the Energy Information Administration in the Annual Energy Outlook 2011 (EIA 2011).[133] The supply curves represent the price of fossil fuel to the power generators as a function of overall electric sector consumption of the fuel. In particular, as electric sector consumption increases, the marginal fossil fuel price to power generators (and all consumers of the fossil fuel) would increase. Within each year of the ReEDS optimization, the model sees this price response to demand through the linear supply curves. Three sets of supply curves were developed, representing different levels EUR[134] of natural gas. Additional detail on these supply curves is also outlined in Appendix E.

Current renewable tax incentives and state renewable portfolio standards are represented in the ReEDS model. Tax incentives include the modified accelerated cost recovery system for tax depreciation, the production tax credit for utility-scale wind technologies, and the investment tax credit for solar and geothermal technologies.[135] The tax credits are assumed to expire at their legislative end date and not be renewed. In particular, the wind production tax credit expires at the end of 2012, and the solar ITC declines from 30% to 10% in 2016. Although the solar and geothermal investment tax credits have no legislative end date, they are assumed to expire in 2030 as to not influence the long-term expansion decision of the model.

All scenarios evaluated here assume that 30 GW of coal-fired capacity will retire by 2025. The Coal scenario in Section 4.4 considers a higher level of coal retirement and has more detail on the assumed distribution of coal retirements.

ReEDS determines when new high-voltage electricity transmission infrastructure is required and tracks the costs associated with its deployment. It does not track the need to build new natural gas pipeline infrastructure, so those costs are not included in this analysis.

ReEDS is not designed to account for distributed generation; therefore, the penetration of distributed (residential and commercial) rooftop PV capacity was input exogenously into ReEDS from NREL's Solar Deployment Systems (SolarDS) model (Denholm et al. 2009). SolarDS is a market penetration model for commercial and residential rooftop PV, which takes as inputs rooftop PV technology costs, regional retail electricity rates, regional solar resource quality, and rooftop availability. In all cases, except in the Advanced Technology scenario, 85 GW of rooftop PV was assumed to come on line by 2050. This assumption was based on some of the Renewable Electricity Futures (RE Futures) Report 80%-by-2050 renewable electricity scenarios (NREL 2012).

---

[133] (EIA 2011). Annual Energy Outlook 2011 scenarios are projections out to the year 2035, and these results are extrapolated to 2050 for use in the ReEDS model. A separate supply curve was developed for each year to represent changes in projected supply and demand interactions as estimated in the multiple Annual Energy Outlook 2011 scenarios. The modeling team had already commenced work by the time the 2012 edition of the Annual Energy Outlook was released, so it could not take advantage of those newer data.

[134] EUR is the amount of natural gas (or petroleum) that analysts expect to be economically recovered from a reservoir over its full lifetime. Three potential measures of EUR are used throughout this study (High, Mid, and Low) to reflect the ranges of optimism and uncertainty over unconventional natural gas availability and price.

[135] Detailed information on these tax incentives can be found on the Database of State Incentives for Renewables and Efficiency at: http://www.dsireusa.org/.

## 4.3   Reference Scenario

Three different baseline cases were evaluated in the Reference scenario:

- Baseline – Mid-Estimated Ultimate Recovery (Mid-EUR) case, with average power demand growth and a moderate outlook for natural gas prices

- Baseline – Low-EUR case reflecting the potential for more limited—and hence, more expensive—natural gas

- Baseline – Low-Demand case with Mid-EUR expectations. Low demand for electricity could be the result of continued economic stagnation (low gross domestic product [GDP] growth) or successful efforts to curb energy demand through energy efficiency, demand response, smart grid, and other programs to reduce the need for new electricity supply.

A Baseline – High-EUR case was not considered in this family in order to keep the number of results manageable. As noted previously, the Reference scenario is not a prediction of the future U.S. electricity mix *per se*, but instead, it serves as a point of comparison for the other scenarios. Each baseline case in the Reference scenario is summarized in Table 9.

**Table 9. Description of Reference Scenario**

| Case Name | Assumption for Future Electricity Demand | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Baseline – Low-EUR | Standard Growth (EIA 2010) | Low-level |
| Baseline – Mid-EUR | Standard Growth (EIA 2010) | Mid-level |
| Baseline – Low-Demand | Low Growth (NREL 2012) | Mid-level |

Figure 25 and Figure 26 present the projected growth of electric generating capacity and generation for each of the three baseline cases. In the Baseline – Mid-EUR case, total capacity grows from roughly 1,000 GW in 2010 to just over 1,400 GW in 2050. While nuclear and coal capacity decrease as a result of net aged-based retirements, natural gas combined-cycle and natural gas combustion-turbine capacities nearly double, with especially strong growth expected after 2030 when nuclear and coal retirements accelerate. On-shore wind capacity grows steadily from roughly 40 GW in 2010 to nearly 160 GW in 2050, representing about 3 GW of new additions each year on average over the period—a significant reduction from deployment in recent years. In all three baseline cases, oil and gas steam-turbine capacity is fully retired by roughly 2035 due to their low efficiency. Nuclear capacity also declines in all three baseline cases beginning around 2030 as plants reach the end of their operational lifetime and licensing arrangements, and no new plants are built due to uncompetitive economics. As noted above, rooftop PV is not endogenously calculated by ReEDS, but was exogenously assumed for each of the scenarios and baseline cases. Under the technology cost assumptions used, utility-scale PV showed more limited growth compared to natural gas and wind, reaching roughly 10 GW by 2030 and 20 GW by 2050.

The Baseline – Low-EUR case considers a future in which natural gas is less abundant, and thus more expensive, than the Baseline – Mid-EUR case. The primary impact in such a future is less

natural gas capacity and more coal and wind. For example, in this baseline case, the cumulative installed wind capacity reaches about 200 GW by 2050.

In the final Baseline – Low-Demand case, growth in natural gas capacity is affected the most, although wind and coal also see little to no growth.

Considering the associated generation futures in these three baseline cases may be more instructive because capacity alone does not indicate how power plants are operated. Generation from natural gas combined-cycle plants doubles over the 40-year period, growing especially rapidly starting around 2030 because it is used to make up for the retired nuclear and coal generation (see Figure 26). Generation from natural gas combustion-turbine is almost too small to see in these charts, but plays an important role in meeting peak load needs. In the Baseline – Low-EUR case, new coal capacity is added and its generation plays a growing role in meeting power demand after 2030. This new coal is not needed in a low-demand future, and little new wind or other renewable energy generation is needed either.

Figure 27 presents four key metrics for the baseline family of cases. First, natural gas consumption rises 2.5-fold from 2010 to 2050 in the Baseline – Mid-EUR case, but still nearly doubles in the other two cases. Second, average real natural gas prices that generators pay are expected to nearly double by 2050 in the Baseline – Mid-EUR case,[136] while the Baseline – Low-EUR case would see higher prices throughout the period. A Baseline – Low-Demand future will put far less pressure on natural gas prices because they peak at just over $8/MMBtu in 2050. Third, $CO_2$ emissions from the power sector are expected to remain relatively flat throughout the period. In the Baseline – Low-Demand case, emissions decline significantly as existing coal is replaced with natural gas. Finally, average real prices paid for retail electricity grow steadily through 2050 to roughly $130/MWh in the Baseline – Mid-EUR and Baseline – Low-EUR cases, but are about $15/MWh cheaper in the Baseline – Low-Demand case.

---

[136] Prices to power generators are higher than well head prices by approximately $1/MMBtu, but vary by region.



**Figure 25. Projected capacity in the Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases**



**Figure 26. Projected generation in Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases**



**Figure 27. Selected metrics for the Reference scenario, 2010–2050**

### 4.3.1 Implications of Reference Scenario

An electric power future as envisioned in the Baseline – Mid-EUR case would include rapid growth in natural gas generation and less reliance on coal and nuclear power. In effect, natural gas and coal swap positions compared to their historical levels. One concern in such a future is that if volatility returns to natural gas prices after additional new capacity is built—and coal plants are already retired—the economy will be more directly exposed to fluctuating electricity prices. Careful consideration of the benefits and costs of such a shift in generation diversity is warranted.

Although $CO_2$ emissions do not grow signficantly in such a future, they also do not begin to transition to a trajectory that many scientists believe is necessary to avoid dangerous impacts from climate change. GHG emission reductions of up to 80% by 2050 (compared to 2000 levels)

are considered necessary by most climate scientists to stabilize atmospheric concentrations of GHG and prevent the most serious impacts from a changing climate (IPCC 2007). The Reference scenario results do not put the U.S. power sector on a trajectory to meet this target.

A low power demand future, consistent with recently observed trends,[137] may provide greater generator diversity and prevent a potential over-reliance on natural gas. This Baseline – Low-Demand case also has lower emissions and price impacts, although growth in low-carbon energy deployment slows significantly.

## 4.4   Coal Scenario

This scenario considers two cases:

- *Coal Plant Retirements case:* The impact of retiring an aggregate 80 GW of coal-fired generation by 2025

- *No New Coal without CCS case:* The impact of not allowing any new coal-fired generating capacity to be built unless it is equipped with CCS technology, which is similar to the proposed EPA New Source Performance Standard rule[138]

As noted previously, the baseline in all scenarios assumes that 30 GW of coal will retire by 2025 due to endogenous age-based rules, plus additional retirements of other aging non-coal-fired plants. Many studies have been published that estimate the potential impact of the forthcoming EPA rules—and increasingly, low-priced natural gas—that are assumed to drive the decision to retire existing plants (Macedonia et al. 2011). A more fundamental reason for retirement may be that about two-thirds of the U.S. coal fleet was built in the 1970s or before (SNL 2011). The two cases evaluated in the Coal scenario are summarized in Table 10. Text Box 2 provides additional information on the EPA rules.

**Table 10. Description of Coal Scenario**

| Case Name | Coal Capacity Retired by 2025 (GW) | Assumption for natural gas Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Coal Plant Retirements | 80 | Mid-level |
| No New Coal without CCS | 30 (same as Reference) | Mid-level |

As noted previously, there are two forthcoming EPA rules that are likely to cause many older coal-fired plants to consider either costly retrofits to control pollution or retirement as a more economic solution: the Cross-States Air Pollution Rule and the Mercury and Air Toxics Standard. Two other EPA rules are under development that would attempt to address concerns about (1) water intake structures for cooling purposes at most power plants (the 316(b) rule) and (2) disposal of coal combustion residuals, also known as the coal ash rule.

---

[137] Total net power generation in the U.S. peaked in 2007, according to EIA statistics, and has not yet returned to pre-recession levels (EIA 2012c).
[138] For additional background on the proposed NSPS ruling, see http://epa.gov/carbonpollutionstandard/.

**Text Box 2: Coal Plant Retirements, EPA Rules, and Low-Price Natural Gas**

Over the past few years, power sector analysts have debated the impact of new and forthcoming EPA rules on coal plant retirements. These rules include, but are not limited to, the following:

- Cross-States Air Pollution Rule
- Mercury and Air Toxics Standard
- Clean Water Act Section 316(b) cooling water intake structure ruling
- Coal Combustion Residual Rule.

Selected highlights of the rules include:

**Cross-States Air Pollution Rule:** Limits fine particulate emissions and ozone *transport* in many eastern state power plants by reducing $SO_x$ and $NO_x$ emissions. Compliance options include the installation of low-$NO_x$ burners, catalytic reduction, and scrubbers. The U.S. Court of Appeals struck down this rule in August 2012, and an earlier version known as the Clean Air Interstate Rule will be enforced in its place until EPA redesigns it.

**Mercury and Air Toxics Standard:** Reduces mercury, acid gases, trace metals and organics emissions at power plants by requiring maximum achievable control technology. Compliance options include scrubbers, filters, and activated carbon injection. Final rule released, and a 3-year compliance period is under way, although legal challenges are also mounting.

**316(b):** Protects fish and aquatic life from entrapment or entrainment in cooling-water intake structures at power plants. Compliance options include screens, barriers, nets, or cooling towers. The date for issuing the final rule was recently pushed back from July 2012 to June 2013.

**Coal Combustion Residual Rule:** Establishes standards to manage risk of post-combustion coal waste from power plants. There are two regulatory options under consideration by EPA with different ramifications on power generation cost and impact.

Dozens of studies have been conducted to estimate the impact of these rules on power generators, although most were conducted before the rules were finalized and natural gas prices plummeted in early 2012. Relatively straight-forward financial analysis can be used to determine if it is better to retrofit a power plant so that it can comply with the new rule or retire it. However, real-world decision-making depends on a host of other factors—including future market outlook and plans, portfolio risk management, potential carbon regulations, and reliability assessments.

Some studies anticipated relatively minor impacts from plant retirements (5–20 GW by 2020) (EIA 2011; BPC 2011), whereas others forecast major potential impact and reliability concerns (30–75 GW by 2020) (EEI 2011; CERA 2011; NERA 2011). As of early 2012, about 35 GW of coal-fired generators had already announced that they would retire before 2020. At the same time, as natural gas prices plummeted through 2011 and 2012, generators ramped up operation of natural gas combined-cycle units and scaled back on use of coal generation.

The fuel switching that has already occurred primarily due to low gas prices is equivalent to about 60 GW of coal-fired capacity, although this calculation assumes the coal plants are operated infrequently (32% capacity factor). Most of the oldest coal generators in the U.S. fleet are operated infrequently and have fewer pollution controls. Although fuel switching is a voluntary decision by power generators—and hence, optimized to maximize profits in most cases—the impact of the forthcoming EPA rules will apply different decision-making criteria on top of the inexpensive natural gas driver. Thus, many of the studies conducted to assess the impact of coal plant retirements may need to be redone to account for both drivers of changing generation.

Although most existing studies have anticipated anywhere from 20 to 70 GW of coal retirements by 2020 due to these rules, natural gas price forecasts have fallen below levels that many of the studies used to evaluate the retrofit-retirement decision. The level chosen for this study, 80 GW, is based on these lower natural gas prices and a longer time horizon (2025). *Where* the retirements occur is another important assumption because it will impact whether or not new plants or transmission lines need to be built to replace the lost generation, or if existing natural gas combined-cycle plants can be operated more frequently to meet the load. The retirement distribution chosen was based mainly on the age of existing coal plants and the degree to which they had already installed pollution control devices such as activated-carbon injection and flue-gas desulfurization. Figure 28 displays where existing coal plants were retired, and shows the percentage of coal capacity that is assumed to shut down in each balancing area.



**Figure 28. Assumed distribution of retirements in the Coal scenario by percentage of total coal capacity retired in 2025 in each balancing area of ReEDS**

The impacts of the two coal cases are summarized in Figure 29 for the years 2030 and 2050. In the Coal Plant Retirements case (where a net 50 GW of additional retirements are seen, compared to the baseline in 2025), most of the retired coal in 2030 is replaced with natural gas combined-cycle, although some additional new wind generation is also added. In the No New Coal without CCS case, there is no difference from the Baseline – Mid-EUR through 2030 because no new coal plants were built by then in the baseline. Cumulative $CO_2$ emission savings are significant in the Coal Plant Retirements case: 3,300 million tons of $CO_2$ between 2011 and 2050, even if annual reductions are more modest (see Figure 30). The impact of retirements on average real electricity prices is also modest.



**Figure 29. Impacts of coal plant retirements and no new coal without CCS compared to the baseline for 2030 and 2050**



**Figure 30. Selected metrics for the Coal cases, 2010–2050**

### 4.4.1  Implications of Coal Scenario Findings

Coal retirements are replaced on a nearly one-to-one basis with natural gas, although wind plays a small role in the early years. In later years, more new coal is built, compared to the baseline, and less wind. In aggregate, however, coal retirements lead to a notable reduction in cumulative $CO_2$ emissions at relatively modest cost. Initial statistically based analysis does not indicate any difficulty in maintaining adequate reserve margins needed for reliability purposes, although this evaluation is done at a relatively coarse level. A more detailed dispatch model would be required for realistic evaluation of grid reliability issues in such a coal retirement case.

The No New Coal without CCS case, intended to simulate the NSPS, has little impact in early years, but does prevent the construction of new coal after 2030. Compared to the Reference scenario, where new coal does come on line after 2030, the No New Coal without CCS case does

not have any new coal coming on line through 2050 because CCS is not an economic option. In this case, natural gas combined-cycle and wind contribute equally to replace what coal would have been built in the baseline.

## 4.5    Clean Energy Standard Scenario

After cap-and-trade legislation failed to pass the U.S. Senate in 2010, CES became the preferred vehicle for those decision makers seeking to mitigate GHG emissions in the U.S. power sector.[139] A CES sets targets for the sale of qualifying clean energy generation over time, similar to a renewable portfolio standard,[140] but awards credits roughly based on the relative carbon weighting of emissions compared to standard coal-fired generation (EIA 2012a). In this analysis, new nuclear and renewable generators receive 100% crediting because they have no burner-tip emissions; natural gas combined-cycle generation receives 50% crediting when used without CCS and 95% crediting with CCS; and coal receives 90% crediting, but only with CCS. This analysis follows the current CES legislation under discussion in Congress[141] calling for an 80% clean energy target in 2035, but extends the target to reach 95% by 2050.

Full life cycle GHG emission values could be used in the CES crediting, rather than the current burner-tip estimates, to provide a more representative picture of climate impacts. As discussed in Chapter 1, the current understanding of the full life cycle emissions of unconventional gas is not significantly different from the values noted above; therefore, this analysis does not attempt to use them. As additional information becomes available, however, follow-on research could evaluate the impacts of different crediting values on the long-run evolution of the U.S. power sector.

Three separate CES cases are considered here:

- CES – High-EUR case

- CES – High-EUR case where CCS is not available, either for technical, economic, or social reasons

- CES – Low-EUR case.

Table 11 summarizes the three cases evaluated in the CES scenario.

**Table 11. Description of CES Scenario**

| Case Name | Is Carbon Capture and Sequestration Available/Economic? | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| CES – High-EUR | Yes | High-level |
| CES – High-EUR, without CCS | No | Mid-level |
| CES – Low-EUR | Yes | Mid-level |

---

[139] Three Senate leaders have put forth CES legislation since then: Senator Lindsay Graham (SC), Senator Dick Lugar (IN), and Senator Jeff Bingaman (NM).

[140] For more background on renewable portfolio standards and clean energy standards, see (C2ES 2012).

[141] On March 1, 2012, Senator Jeff Bingaman introduced the Clean Energy Standard Act of 2012. More information on the bill is available at: http://www.energy.senate.gov/public/index.cfm/democratic-news?ID=67e21415-e501-42c3-a1fb-c0768242a2aa.

Figure 31 presents the impacts of the three CES cases on generation through 2050. In the early years before 2030, natural gas replacing coal is the primary contributor to meeting the rising CES targets. Beginning around 2030, however, natural gas is no longer able to contribute to meeting the target without CCS because it receives only 50% crediting toward the target. Instead, coal with CCS, wind, and natural gas with CCS are the next-cheapest options in the CES – High-EUR case. If CCS is not available (CES – without CCS), wind generation is the next-cheapest alternative to take its place. In such a case, renewable energy sources contribute about 80% of total generation by 2050.[142]

A CES power future with more costly natural gas (CES – Low-EUR) would result in less natural gas generation, more solar and wind, and reliance on coal CCS rather than gas CCS compared to the CES – High-EUR case.

---

[142] NREL recently published the RE Futures study that evaluates many of the technical issues and challenges of operating the grid with such high percentages of renewable energy. See NREL (2012) for more detail.



**Figure 31. Projected generation in CES scenario, 2010–2050 for CES – High-EUR, CES – High-EUR, without CCS; and CES – Low-EUR cases**

The amount of natural gas used in the CES scenario varies significantly by case, as shown in Figure 32. In all cases, however, it peaks around 2030, and prices remain lower than the Baseline – Mid-EUR case through 2050. Power sector gas demand temporarily falls after 2030 in the CES – High-EUR case, but begins to climb again around 2040 as natural gas CCS becomes an economic contributor to the CES target. When CCS is not available, natural gas consumption continues to decline and is back at 2010 levels by 2050. In the CES – Low-EUR case, natural gas usage remains muted throughout the scenario lifetime as other options meet the target more economically. Average real electricity prices would increase compared to the Baseline – Mid-EUR case beginning in roughly 2020 and settle at levels between 6% and 12% higher by 2050.

By 2050, $CO_2$ emissions from the U.S. power sector decline by more than 80% in all CES cases compared to the baseline. Coal generation without CCS has disappeared by that time in all cases. The power sector would be on a trajectory in all CES cases to achieve that sector's contribution to carbon mitigation commensurate with levels the Intergovernmental Panel on Climate Change deems necessary to stabilize atmospheric concentrations of greenhouse gases (IPCC 2007) at a level that could avoid the most dangerous aspects of climate change.

Because the CES cases project a very large build-out of wind power, ReEDS tracks the amount of new transmission lines needed to deliver power from where it is generated to where it is used. The estimated costs of building this new transmission infrastructure are included in the capacity analysis. Figure 33 presents a geospatial map of where new transmission lines would be required through 2050. The vast majority of this new wind generation would be constructed in the Midwestern states for use throughout the Eastern Interconnect. Smaller quantities would be built in the Western and Electric Reliability Council of Texas (ERCOT) Interconnects. The greatest amount of transmission is needed when CCS is not available, and wind must play an even larger role. In this case, more than twice the amount of transmission, as measured in million megawatt-miles of capacity, would be needed compared to the CES – High-EUR case in 2050 (or six-times the amount as the Baseline – Mid-EUR case).

### 4.5.1  Implications of CES Scenario

The CES options analyzed here indicate that the U.S. power sector could achieve significant decarbonization by 2050 at relatively modest economic costs, although barriers to building sufficient transmission may be formidable (NREL 2012). About six times more transmission is needed in the CES – without CCS case than in the Baseline – Mid-EUR case by 2050, and three times as much in the CES – High-EUR case. A greater diversity of power generation is achieved when CCS is available and economic for use on coal or gas plants. Heavy reliance on the need for transmission is also lessened when CCS is available. Additional research should be considered to evaluate potential natural gas infrastructure barriers in such a scenario of high variable renewable energy generation.

In all CES cases, large quantities of variable renewable energy are supported and firmed by flexible natural gas generators. Natural gas generators help enable a power generation mix that relies heavily on variable renewable technologies such as wind and solar.



**Figure 32. Selected metrics for the CES scenario, 2010–2050**



**Figure 33. Map of new transmission required by 2050 in the CES – High-EUR case, and measures of new transmission needed in all cases, 2010–2050**

## 4.6   Advanced Technology Scenario

The Advanced Technology scenario considers additional progress in the evolution of cost and performance metrics of certain generation options compared to the Baseline – Mid-EUR case. Two cases are considered here:

- *Advanced Nuclear:* A 50% reduction in the capital costs of nuclear generation by 2020. This scenario also uses a Low-EUR assumption for natural gas.

- *Advanced Renewable Electricity (RE):*[143] Capital costs for utility-scale solar PV, concentrating solar power (CSP) with thermal storage, and wind are assumed to decline, as shown in Table 12. In addition, improvements in performance of advanced RE technologies are assumed to be more significant, as shown in Table 13 (e.g., in 2050, Class 5 wind is assumed to have an annual capacity factor of 46% compared with 43% in the baseline). CSP is assumed to have the same performance as in the baseline, but with towers available at an earlier time (2015 instead of 2025), resulting in higher performance earlier. Furthermore, distributed PV was exogenously input and assumed to reach 240 GW of capacity by 2050,[144] compared to 85 GW in the baseline. This case uses a Mid-EUR natural gas assumption.

**Table 12. Assumed Reductions in Capital Costs for the Advanced Technology Scenario**

|  | 2020 ($/kW) | 2050 ($/kW) |
|---|---|---|
| Advanced Nuclear | 6,200 → 3,100 | 6,200 → 3,100 |
| Advanced On-shore Wind | 2,012 → 1,964 | 2,012 → 1,805 |
| Advanced PV | 2,550 → 2,213 | 2,058 → 1,854 |
| Advanced CSP | 6,638 → 4,077 | 4,778 → 2,982 |

**Table 13. Assumed On-shore Wind Improvements in Capacity Factors for the Advanced Technology Scenario**

|  | Class 3 | Class 4 | Class 5 | Class 6 | Class 7 |
|---|---|---|---|---|---|
| **2020** | 0.33 → 0.38 | 0.37 → 0.42 | 0.42 → 0.45 | 0.44 → 0.48 | 0.46 → 0.52 |
| **2050** | 0.35 → 0.38 | 0.38 → 0.43 | 0.43 → 0.46 | 0.45 → 0.49 | 0.46 → 0.53 |

Table 14 summarizes the major assumptions used in the Advanced Technology scenario.

---

[143] Advanced RE capital costs and performance improvements were taken from the RE Futures report (NREL 2012), evolutionary technology improvement (RE-ITI) cost projection.
[144] This projection is based on the SunShot Vision Report (DOE 2012).

**Table 14. Description of Advanced Technology Scenario**

| Case Name | Cost Assumption | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Advanced Nuclear | Nuclear capital costs decline by 50% in 2020 compared to the baseline scenario. | Low-level |
| Advanced RE | Wind, PV, and CSP capital costs decline as shown in Table 12. Performance improvements as described above and shown in Appendix E. | Mid-level |

The impact of potential improvements in these two categories of technology is shown in Figure 34. The primary impact in the Advanced Nuclear case is that enough new nuclear generation is built to offset the decline in age-based retirements by the end of the modeling period.[145] Additionally, because this case assumes a Low-EUR for natural gas (and thus, higher prices), some new coal plants are also built beginning in 2030 to meet load. The new coal plants largely offset the carbon abatement that otherwise would have occurred due to the new nuclear generation. Retail prices are also higher during most of the reporting period because the Low-EUR assumption was made (see Figure 35).

In the Advanced RE case, wind and solar generation expands considerably compared to the Reference scenario. In the case of wind, this illustrates the sensitivity of potential expansion because the assumed cost reductions and performance improvements were relatively modest. Growth in utility-scale PV capacity is substantial in this case, while actual generation increases more modestly due to the relatively low capacity factor that solar achieves. By 2050, $CO_2$ emissions decline by a little more than one-quarter compared to the baseline, while retail electricity prices are also slightly lower due to the assumed reduction in cost for RE technologies (Figure 35).

## 4.6.1  Implications of the Advanced Technology Scenario Findings

Under the assumptions used in this analysis, nuclear generation does not become cost competitive with other options until capital costs decline by roughly one-half from today's level and natural gas prices are assumed to be relatively high (Low-EUR). Even under the cost assumptions used in the Advanced Nuclear case, new coal was still competitive with the cheaper nuclear, offsetting some of the carbon advantages of nuclear. Despite these apparently high hurdles, breakthroughs in advanced nuclear designs are possible (OECD 2011; Martin 2012) and could contribute meaningfully to a more diverse and energy-secure power future in the United States.

Even modest reductions in capital costs for renewable energy technologies can have significant impact on their competitiveness compared to baseline assumptions. Wind power appears particularly sensitive to assumed reductions in capital cost and performance improvements, expanding nearly 100% compared to the baseline with capital cost reductions of about 10%. Similar reductions in utility PV capital costs lead to near-identical impacts in the deployment of that technology, whereas a greater reduction in CSP capital costs would be needed to see a large expansion in the role of that technology.

---

[145] This case was also evaluated under High-EUR and Mid-EUR gas futures, but nuclear was not competitive in that environment, so only the Low-EUR results are shown here.



**Figure 34. Generation in the Advanced Technology scenario, 2010–2050**



Figure 35. Selected metrics for the Advanced Technology scenario, 2010–2050

## 4.7   Natural Gas Supply and Demand Variations Scenario

Two separate cases are considered here:

- *Natural Gas Supply Cost Variations:* Variations in natural gas supply costs that could result either from additional state or federal regulations, or from more costly field practices that suppliers follow to better protect the environment. The impact of these incremental natural gas costs on the power sector over the longer-term are simulated using ReEDS. This analysis covers a broad range of potential incremental costs associated with producing natural gas in a way that commands stronger public support yet is still feasible for producers and consumers. Chapters 2 and 3 of this study discuss practices that could result in this more secure outcome on the supply side, but does not arrive at actual estimates of incremental cost impacts in $/MMBtu terms. The values used here could still be helpful to those who know what their incremental costs are, or to a broader audience in the future when cost estimates are available.

- *Natural Gas Demand Variations:* Variations in demand for natural gas outside the power sector that could result from a "dash-to-gas" across the larger economy. This dash-to-gas could occur in the export of LNG, greater use of natural gas in vehicles (either as compressed natural gas throughout the fleet, or as LNG in heavy-duty vehicles). Under a dash-to-gas case, natural gas prices rise due to the greater demand and make it more expensive for power generators to use natural gas generation.

Table 15 summarizes key assumptions used in the Supply and Demand Variations scenario.

**Table 15. Description of Natural Gas Supply and Demand Variations Scenario**

| Case Name | Focus | Assumption for Estimated Ultimate Recovery |
|---|---|---|
| Natural Gas Supply Cost Variations | Evaluate impact to power sector as incremental natural gas production costs increase from $0.50/MMBtu to $2/MMBtu | Mid-level |
| Natural Gas Demand Variations (Dash-to-Gas) | Evaluate impact to power sector as natural gas demand in other sectors increases by 12 bcf/d by 2026 | High-level |

## 4.7.1  Natural Gas Supply Cost Variations

Figure 36 illustrates adjustments to the natural gas supply curves that could result when additional measures are taken to protect the environment when producing natural gas. These measures could be the result of new regulations or different practices in the field. Examples of these added costs might include the following:

- Activities such as recycling or treating a greater quantity of water supply used in hydraulic fracturing

- Minimizing the amount of methane that is released to the atmosphere before, during, and after fracturing a well

- Casing wells in a more robust and consistent way

- Practicing more robust techniques of cement bond logging

- Substituting more environmentally benign options for traditional hydraulic fracturing additives

- Engaging local stakeholders in dialogues in advance of drilling to ensure their concerns are heard and addressed

- Enforcing larger setbacks from potentially sensitive communities

- Disposing of or treating flowback water in improved ways.

Few publicly available studies estimate what these specific costs might be and how they vary by region. The International Energy Agency (IEA) recently published Golden Rules for a Golden Age of Natural Gas (IEA 2012), a very general statement of 22 steps that should be considered when producing natural gas. The IEA report stated that, "We estimate that applying the Golden Rules could increase the overall financial cost of development a typical shale-gas well by an estimated 7%."[sic] (IEA 2012). Therefore, if it normally costs $3.00/MMBtu to develop shale gas, the Golden Rules cost would be $0.21/MMBtu higher at a typical play. This is nominally consistent with, although lower than, recent estimates of the costs of complying with pending federal rules—including the new EPA air regulations for oil and gas producers, which might cost between $0.32 and $0.78/MMBtu, according to one analyst (Book 2012). Informal consultations associated with this study suggest that maximizing water recycling might result in $0.25/MMBtu in added costs. The additional costs that could result from enhanced environmental and safety practices in the field, noted in Chapters 2 and 3, were unable to be quantified. However, it is clear that these costs will vary by region and that many additional safeguards could be practiced at less than an incremental cost of $1/MMBtu. A 2009 study funded by the American Petroleum

Institute anticipated much higher costs if new federal regulations were imposed on natural gas producers (IHS 2009).

To assess the potential impacts of these incremental supply costs, this study considers a range of additional costs—starting from $0.50/MMBtu and going up to $2/MMBtu in increments of $0.50/MMBtu—and evaluates the impacts on the long-range evolution of the power sector when these costs are applied. Figure 36 shows the reduction in natural gas use in the power sector as incremental costs are increasingly applied. At the upper limit, natural gas consumption for power generation declines from roughly 15 quads[146] in the Baseline – Mid-EUR case to 10 quads (incremental $2/MMBtu added) by 2050. With a $0.50/MMBtu added cost of gas production, the long-term impacts are far more modest—resulting in a reduction of gas use for power generation in 2050 of less than 2 quads. Coal—and wind, to a lesser extent—replaces the generation lost by the more expensive gas. Other impacts associated with these assumed incremental costs appear relatively modest.

---

[146] To roughly convert from quads to bcf/d, multiply by 2.6. Thus, 15 quads per year equal about 38.5 bcf/d.



**Figure 36. Selected metrics for the Natural Gas Supply Cost Variation case, 2010–2050**

### *4.7.2  Natural Gas Demand Variations (Dash-to-Gas)*

The Natural Gas Demand Variations case considers the impact to potential expansion of natural gas generation if a significant shift to natural gas occurs in other sectors of the economy. Specifically, it looks at the combined potential of new LNG exports, natural gas vehicle deployment (both compressed natural gas and LNG in heavy-duty trucking), and use in industrial and chemical applications and any other sector that in aggregate reaches 12 bcf/d by 2026.

A growing number of studies analyze the impact of LNG exports on domestic natural gas prices (EIA 2012b; Pickering 2010; Deloitte 2011; Ebinger et al. 2012). Estimates vary considerably depending on methodology used, location, and assumptions about overall gas availability. The case examined here uses the methodology in the EIA LNG exports scenario as a basis for the full

economy "dash-to-gas."[147] Thus, it takes the "high and slow" EIA-derived price impact of exporting 12 bcf/d of LNG by 2026 and uses it to represent the impact of a combined 12 bcf/d in the total economy, distributed among LNG exports, vehicle use, industrial use, and any other applications (see Figure 37 and Table 16).



Source: U.S. EIA based on DOE Office of Fossil Energy request letter



Source: U.S. EIA, National Energy Modeling System

**Figure 37. EIA LNG export scenarios and their projected impacts on domestic natural gas prices, 2010–2035**

---

[147] The upper limits (i.e., high/rapid scenario) of the EIA study have been criticized by some (Ebinger et al. 2012) as too extreme and not representative of how LNG exports might really occur. Although the study in this report uses the second-most extreme (high/slow) LNG export scenario considered by the EIA, the scenario is constructed to capture a wider range of potential natural gas end-uses than just LNG exports.

**Table 16. Non-Power Sector Natural Gas Demand Assumptions in the Natural Gas Demand Variations Case**

|  | 2010 | 2020 | 2030 | 2040 | 2050 |
|---|---|---|---|---|---|
|  | (billions of cubic feet per day) | | | | |
| LNG Exports | 0 | 5.0 | 7.3 | 5.0 | 0 |
| Vehicles[148] | 0 | 1.5 | 2.7 | 3.0 | 0 |
| Industry/Other | 0 | 1.5 | 2.0 | 1.5 | 0 |
| **Subtotal** | 0 | 8.0 | 12.0 | 9.5 | 0 |

In the Natural Gas Demand Variations (dash-to-gas) case, gas prices rise by a maximum of 29% above the Reference scenario value in 2026 before re-equilibrating. The power sector mix is similar to the Baseline – Low-EUR case (compare Figure 38 with Figure 26), although still slightly more reliant on natural gas generation. A dash-to-gas future, then, would restrict gas generation to less than doubling by 2050 compared to the 2010 level. The larger macroeconomic impacts associated with this future were not evaluated; however, overall gas demand declines by about 3 quads by 2050 (Figure 39) compared to the baseline. The price of natural gas for power generators rises by a maximum of $2/MMBtu above the baseline value in the early 2020s before returning to the baseline level in 2050, when the other sectors are assumed to terminate their extra reliance on natural gas (see Figure 39).



**Figure 38. Power generation mix in the Dash-to-Gas case**

---

[148] These estimates for compressed natural gas use in vehicles are proposed by Wellkamp and Weiss (2010).



**Figure 39. Selected metrics for the Dash-to-Gas case, 2010–2050**

### 4.7.3  *Implications of the Natural Gas Supply and Demand Variations Findings*

Many additional measures could be taken by producers to address the real and perceived risks associated with unconventional natural gas production at a modest impact to the evolution of the power sector. If total costs from a long list of potential practices reached $1.00/MMBtu, natural gas usage in the 2050 power sector might be expected to decline from 2.5 times the 2010 level in the Baseline to 2 times in the Supply Variation case. Costs associated with ensuring stronger public support of unconventional gas and oil production would vary by region and producer. Technologies associated with unconventional natural gas production are under rapid development, so the cost impacts will be changing dynamically. Follow-on research should attempt to gather additional data from producers to better estimate what the real cost would be of addressing issues of social license to operate on a basin-by-basin level. The question for industry might then be: Are these added costs worth absorbing—and an acceptable price to pay—to ensure both greater public and utility-sector confidence in the production practice over the longer term?

Understanding the price impacts of a Dash-to-Gas case is still poorly characterized due to the newness of the recent change in natural gas supply outlook. Based on currently available estimates, a fairly strong dash-to-gas in other sectors of the economy would have a visible, although still marginal, impact on the evolution of the electric power sector—with natural gas use declining somewhat due to the higher prices and other forms of generation increasing to take its place. As additional experience and estimates of this elasticity become available, follow-on research should re-examine the impacts.

## 4.8   Conclusions for Power Sector Modeling

The role of natural gas in the U.S. power sector is sensitive to assumptions about EUR. More research is needed to better understand how much gas will ultimately be recovered from unconventional plays.

Coal retirements and fuel switching are already occurring ahead of the rollout of EPA rules. The modeling results indicate that any new plants needed to replace retiring coal would mostly be fired by natural gas and that on an aggregate level, reliability standards are maintained without an unusual level of new construction. This analysis did not attempt to evaluate location-specific reliability impacts associated with coal-plant retirements; more granular dispatch models would be needed to investigate those questions with more certainty.

The CES modeling results indicate that substantial reductions in $CO_2$ emissions are achievable at modest cost, although transmission barriers could stand in the way. When CCS is not available under a CES, generation options decline, the need for new transmission expands significantly, and the power mix becomes less diverse. Therefore, CCS is an important option for a low-carbon power sector, but may not be essential.

Continued focus on technology research, development, and deployment is needed to bring down costs and ensure a diverse power mix in the future. Even modest reductions in renewable energy capital costs and improvements in performance may have a meaningful impact on their continued deployment in the future. Continued advancements in technologies used to find and produce unconventional gas could also have a strong impact on improving the social license to operate at an acceptable price, and thus, should be pursued at all levels.

Finally, increased costs associated with potential changes in field practices of natural gas producers were evaluated over a fairly broad range. If these costs turn out to be less than an incremental $1/MMBtu, then the long-term impact on natural gas in the power sector is not significantly different from the baseline conclusions: gas demand for power generation declines by about 17% while $CO_2$ emissions increase marginally. An important outcome of this study— and a potential question for follow-on research and discussion—would be whether these additional costs associated with protecting the environment, improving safety, and commanding public confidence are worthwhile to society and gas producers.

Natural gas appears plentiful and at historically low price levels for the foreseeable future, but going forward, decision makers may want to pay special attention to generation diversity. An undesirable outcome would result if a major shift to natural gas generation occurred before a substantial rise in natural gas prices—due, for example, to mischaracterizations of EUR, a failure to earn the social license to operate, or some other reason that may currently be considered "unlikely." Continuing research, development, and deployment over a wide variety of generation and gas production options can help prevent such an outcome. It would also provide greater flexibility in addressing the threat of climate change.

# 5   Conclusions and Follow-On Research Priorities

## 5.1  Conclusions

Major, high-level findings derived from the research conducted in this study include:

- Life cycle greenhouse gas emissions associated with electricity generated from the Barnett Shale play gas in 2009 were found to be very similar to conventional natural gas and less than half of those associated with coal-fired power generation.

- Low-priced natural gas has led to more than 300 terawatt-hours of fuel switching from coal to gas in the U.S. power sector between 2008 and 2012. This switching, in combination with rapid growth in certain renewable energy generation sources, has led to a reduction in power-sector carbon dioxide emissions of about 300 million tons—about 13% of the sector's total. This fuel switching may stop or reverse itself if natural gas prices rise relative to coal. Natural gas can play an important role in greenhouse gas mitigation over the short- to mid-term, but if policymakers pursue an 80% mitigation target by 2050, carbon capture and sequestration may need to be commercially viable by 2030 for natural gas power generation to continue growing.

- The legal and regulatory frameworks governing shale gas development are changing in response to public concerns, particularly in regions that have less experience with oil and gas development. All of the states examined in this study have updated their regulatory frameworks to address the opportunities and challenges associated with greater unconventional natural gas production. Better coordination and information sharing among regulators may help ensure efficient and safe production, while greater availability of transparent and objective data may help address some of the public's concerns.

- States and natural gas producers are developing additional, often voluntary, field practices to ensure that shale gas can be produced with high standards of environmental protection—although these standards are not always uniformly followed. Continued advances in technologies and practices could help address public concern over unconventional gas production. Some data, such as the amount of water used per well in hydraulic fracturing, are readily available and can be analyzed on a regional basis. However, a lack of publicly available information on industry practices limits a full-scale assessment of water risks associated with shale gas operations. Further collaboration and interaction with industry partners could help improve data collection efforts.

- A suite of different future electric power scenarios was evaluated to test the implications of different policy and technology changes. These scenarios include power plant retirements, advances in generation technologies, federal policies to reduce greenhouse gases, and variations in natural gas supply and demand. The study found that natural gas use grows robustly in nearly all scenarios over the next two decades. Over the longer term, natural gas demand for electricity generation faces greater uncertainty, leading to larger ranges of change in gas demand—including the case where demand in 2050 is roughly the same as that in 2010 in the event a clean energy standard is pursued and carbon capture and sequestration is not commercially available (see Figure 32).

Readers should consult corresponding chapters to view more comprehensive findings and ensure that the appropriate context is conveyed with each finding.

## 5.2  Follow-on Research

Because of time and budget constraints, the research team could not investigate some issues as fully as warranted. Each chapter identifies areas where additional research would likely lead to improved understanding on certain issues. Selected follow-on research taken from this larger list is presented below. Please refer to the main chapters for a more comprehensive discussion on these follow-on research topics.

- More field-measurement-based research on methane leakage and mitigation options at unconventional gas production facilities (outside of the Barnett Shale play) considering geographic and operational variability at well, play, and national scales.

- More industry- and basin-specific research to estimate the incremental costs associated with various regulatory scenarios, including more robust environmental standards in unconventional gas production. Additional social research to understand how improved standards might impact public perception of gas production and the social license to operate. Additional economic research to understand how higher costs would impact producers, and the degree to which they might be able to pass costs on directly to consumers.

- More comprehensive evaluation of risks in shale gas production and how they can be best addressed using new technologies and field practices. Increased quantitative understanding of the magnitude and probability of risks to water resources that result from current industry practices and proposed best management practices. More comprehensive evaluation of the regional diversity of risks, costs, and effective industry practices inherent in shale gas development.

- Greater understanding of the impact of additional natural gas demand, especially liquefied natural gas exports, on domestic and international prices. In general, greater certainty and understanding of natural gas price volatility and estimated ultimate recovery in the relatively new abundant natural gas environment would also be beneficial.

- Finally, this study did not use a modeling tool that simulated operation and expansion of natural gas pipelines. Follow-on work that included such capabilities might identify additional opportunities and barriers to growth in electric power natural gas use.

# Appendix A:  Shifting Coal Generation in U.S. States

This appendix summarizes recent data on changes in coal-fired electricity generation published by the Energy Information Administration (EIA) of the U.S. Department of Energy. Many of these changes are due to some combination of low-priced natural gas, aging coal generators, and impending regulations from EPA. However, some changes—especially in small states—could be unrelated. Using data at the state level—rather than the larger boundaries of regional transmission organizations or independent system operators—is somewhat artificial when showing changes in electricity generation. Nevertheless, state-level data are convenient, and important trends can be seen in the grouping of some states.

Figure 41 presents a snapshot of the change in coal-fired generation percentage between 2008 and the first 2 months of 2012 for most states. The charts that follow provide additional information on how changes in generation mix have occurred in the first 15 states shown in Figure 41.



Data: U.S. Energy Information Administration, Electric Power Monthly, data through February 2012.
Note: DC, RI, and VT are not included.

**Figure 41. Changes in coal percentage of total net generation at the state level, 2008–2012**

Figure 42 through Figure 56 show how generation mix has changed between 2005 and early 2012 for the 15 states with the largest drop in coal percentage as a percent of total net generation. The data for all of these figures come from the U.S. Energy Information Administration, "Electric Power Monthly." The data are through February 2012, and the 2012 data include only January and February net generation. Some seasonal effect is reflected in the 2012 year-to-date data points.



**Figure 42. Changes in generation mix in Delaware; 2005–early 2012**



**Figure 43. Changes in generation mix in Tennessee; 2005–early 2012**



**Figure 44. Changes in generation mix in Georgia; 2005–early 2012**



**Figure 45. Changes in generation mix in Alabama; 2005–early 2012**



Figure 46. Changes in generation mix in South Dakota; 2005–early 2012



Figure 47. Changes in generation mix in Mississippi; 2005–early 2012



**Figure 48. Changes in generation mix in Virginia; 2005–early 2012**



**Figure 49. Changes in generation mix in Ohio; 2005–early 2012**



**Figure 50. Changes in generation mix in North Carolina; 2005–early 2012**



**Figure 51. Changes in generation mix in Wisconsin; 2005–early 2012**



**Figure 52. Changes in generation mix in Michigan; 2005–early 2012**



**Figure 53. Changes in generation mix in Pennsylvania; 2005–early 2012**



**Figure 54. Changes in generation mix in Indiana; 2005–early 2012**



**Figure 55. Changes in generation mix in Massachusetts; 2005–early 2012**



**Figure 56. Changes in generation mix in Iowa; 2005–early 2012**

# Appendix B:  Details and Considerations of Methods

This appendix offers details of data, methods, and results for Chapter 1. First, we define several terms relevant to estimating GHG emission factors from the TCEQ inventories.

The *basin* refers to 22 counties under which the Barnett Shale is being developed. Therefore, production in the basin includes production from the Barnett Shale as well as a small amount of additional production from other geological formations contained within the 22 counties.

As defined by the TCEQ (2010: p.23), "any source capable of generating emissions (for example, an engine or a sandblasting area) is called a facility. Thus, facility and emissions source, or 'source' for short, are synonymous." To avoid confusion, we use the term *source* to refer to any individual such facility.

Sources can be characterized into common types called *profiles*. Common examples of profiles include engines, turbines, fugitives, and tanks. Profiles are designated such that the emissions from sources with the same profile can all be estimated with a common method.

The term *site* refers to a physical location for which data are reported to the inventories, where each site consists of multiple different emissions sources. Each site is associated with a unique TCEQ account number and site name. Common examples of types of sites include wells, compressor stations, and gas processing plants. In the Special Inventory, sites are referred to as *leases*.

*Production gas* refers to the raw, unprocessed gas captured through development activities, and *pipeline gas* refers to the saleable final natural gas product. *Emissions* refer to tons of the specified pollutant(s) emitted per year, whereas *emission factors* refer to the amount of emissions associated with a unit of gas production. This report follows the EPA and TCEQ convention of referring to the set of non-methane, non-ethane hydrocarbons as *VOCs*.

## TCEQ Inventory Data

The TCEQ collects an annual, statewide emissions inventory for sources classified as point sources per 30 Texas Administrative Code §101.10. For this study, data were obtained for any sources within this inventory with Standard Industrial Classification (SIC) codes pertaining to the production and processing of natural gas. From the point-source inventory data, GHG emissions are estimated from amine units, boilers, compressor engines, flares, fugitives, glycol dehydrators, heaters, produced-water loadings, produced-water tanks, natural gas turbines, and vents.

To complement the point-source inventory, the TCEQ performs an Area Source Inventory every three years. Data were obtained from the 2008 Area Source Inventory on VOC emissions from pneumatics and produced-water disposal activities, which were not available in the other inventories. These data are reported only at the county level. To combine emissions estimated from pneumatics with those estimated from other inventories, these profile's emissions are adjusted by a factor equal to the change in gas production between 2008 and 2009, at the county level, as shown:

$$Adjustment = \frac{Q_{GWgas,2009}}{Q_{GWgas,2008}}$$

where:

$Adjustment$ = the county-level adjustment from 2008 to 2009 emissions estimates (unitless)

$Q_{GWgas,2008}$ = volume of gas-well gas produced in 2008 (Mcf)

$Q_{GWgas,b,2009}$ = volume of gas-well gas produced in 2009 (Mcf).

In 2009, the TCEQ performed a Special Inventory, for which it requested detailed equipment and production information for stationary emissions sources associated with Barnett Shale oil and gas production, transmission, processing, and related activities. The Special Inventory data cover only stationary emissions sources on site for more than 6 months that were not reported to the 2009 Point Source Inventory. These sources are used in this study to estimate GHG emissions from amine units, boilers, heaters, compressor engines, flares, fugitives, glycol dehydrators, produced-water loadings, produced-water tanks, and vents.

Some emissions sources are not reported to the Special Inventory that nonetheless contribute to the reported site-level total in that inventory. These sources are likely omitted because their emissions are below thresholds for reporting requirements for that inventory. However, although they may be individually negligible, their collective impact is significant—with the sum of the VOC emissions reported for all individual sources equaling only 93% of the sum of all site-level totals reported, across the entire inventory. To account for this underreporting, emissions estimated from Special Inventory data are scaled at the site-level by the inverse of the percentage of site VOCs accounted for by the individual sources reported at each site, as follows:

$$Correction_{site} = \frac{1}{\left[\frac{\sum_{k \in K_n} VOC_k}{VOC_n}\right]} = \frac{VOC_n}{\sum_{k \in K_n} VOC_k} \geq 1$$

where:

$Correction_{site}$ = the site-level correction for non-reported sources (unitless)

$VOC_k$ = the mass of VOCs emitted from source $k$ annually, where $k \in K_n$ is the set of reported sources at site $n$ (tonne/year)

$VOC_n$ = the reported total mass of VOCs emitted from site $n$ annually (tonne/year).

In addition, to account for a stated 98% level of completion for the Special Inventory, all emissions estimated from the inventory's data by the inverse of that completion rate are also adjusted by the inverse of this estimate, as follows:

$$Correction_{inventory} = \frac{1}{98\%} = 1.0204$$

## Stages of the Natural Gas Life Cycle

Emissions factors are compiled from the profiles associated with each life cycle stage.

## Pre-Production Stage

The pre-production process stage consists of episodic activities related to the preparation of wells. Activities in this stage include the drilling and construction of wells, hydraulic fracturing of shale to stimulate production, and various well-completion activities, which specifically involve the following:

- *Drilling rigs* are used for drilling an oil or gas well. For the purpose of estimating emissions, rigs consist of a collection of diesel-powered engines, which are associated with combustion-generated GHG emissions.

- *Hydraulic fracturing* involves complex liquids, pumps, and trucks for transporting equipment and fluids, which are associated both with combustion-generated GHG emissions and with emissions from off-gassing and fugitives.

- *Well-construction activities* are associated with combustion-generated GHG emissions due to the use of heavy construction equipment.

- *Well-completion activities* involve the release of natural gas from a well before and during the installation of the equipment necessary for recovery of that gas.

## Natural Gas Production Stage

The production process stage consists of ongoing activities related to the extraction of natural gas at a gas well. Emissions sources include the following:

- *Compressor engines* are used to maintain well pressure and for other processes at the wellhead. These engines, which typically burn the production gas being extracted, are associated with combustion-generated GHG emissions.

- *Fugitives* occur from the unintentional release of production gas through leaks from equipment and connections throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found.

- *Vents and blowdowns* refer to the intentional release of gas from equipment throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found.

- *Pneumatics devices* are used to open and close valves and other control systems during natural gas extraction. These sources are associated with gas release emissions, which depend on the composition of their identified contents.

- *Miscellaneous material loading and tanks* refer to sources at production sites that are associated with any materials not expected to be co-products of natural gas processing, such as gasoline, diesel, or lubricating oil. These sources are associated with gas release emissions, which depend on the composition of their identified contents.

- *Condensate and crude-oil-related sources*, including loading areas and storage tanks, are associated with substantial VOCs but occur in the process chain only after the co-products have been separated from the natural gas process chain. Therefore, although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

## Natural Gas Processing Stage

The processing process stage consists of ongoing activities related to converting the extraction production gas to the required quality, composition, and compression of pipeline gas. Activities in this stage include separating the condensate co-product from the gas, removing naturally occurring acid gases such as $CO_2$, lowering the moisture content of the gas, and pressurizing and heating the gas. These activities can occur at either the wellhead or at separate processing facilities, and they are associated with the following emissions sources:

- *Compressor engines and natural gas turbines* are used to pressurize the gas and power other processing activities. These engines, which typically burn the production gas being processed, are associated with combustion-generated GHG emissions.

- *Boilers and heaters*, which typically burn the production gas being processed, are used for processing activities, including the separation of condensate from natural gas and the reduction of ice crystals in the gas stream. Boilers and heaters are associated with combustion-generated GHG emissions.

- *Amine units*, also known as acid gas removal (AGR) units, remove acid gases, such as $CO_2$, from the production gas to help bring the gas composition to that required for pipeline gas. Amine units are associated with the release of GHGs through venting.

- *Glycol dehydrators* remove water from the production gas to help bring the gas composition to that required for pipeline gas. Dehydrators are associated with the release of GHGs through venting.

- *Fugitives* occur from the unintentional release of production gas through leaks from equipment and connections throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found. Because the precise composition of the fugitive gas cannot be identified, it is assumed that all fugitives consist of production gas.

- *Vents and blowdowns* refer to the intentional release of gas from equipment throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found. Because the precise composition of the vented gas cannot be identified, it is assumed that assume all vents and blowdowns consist of production gas.

- *Produced water handling*, including loading areas and storage tanks, is associated with gas release emissions, which are assumed identical in composition to water flash gas.

- *Flares* are combustion-based emission control devices used to convert methane from gas-release emissions into $CO_2$ from combustion emissions. Flares are used as controls on a variety of gas-release emission sources, including produced-water tanks, condensate tanks, and glycol dehydrators.

- *Miscellaneous material loading and tanks* refer to sources at processing sites that are associated with any materials not expected to be co-products of natural gas processing, such as gasoline, diesel, or lubricating oil. These sources are associated with gas-release emissions, which depend on the composition of their identified contents.

- *Separators* are used for processing oil and natural gas; however, only separators at oil sites vent to the atmosphere. Therefore, separators at sites producing only natural gas and not oil should be associated with no VOC emissions. Although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

- *Thermal oxidizers* are used for processing natural gas, but only a negligible number are reported in the inventories used because of prohibitive capital costs. Therefore, although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

### *Waste Disposal Stage*

Natural gas production and processing generates the byproduct of produced water, which must be disposed of because of its high level of contaminants, including salt, hydrocarbons, and various pollutants. Although these activities are associated with stationary and mobile emissions sources, the only tracked emission source for this category is that pertaining to tanks that store the produced water at disposal sites.

## Identification of Source Profiles and Attribution to Process Stages

This study identifies the process stage (e.g., production, processing, or transport) to which each source belongs using the provided site names in both inventories. To attribute sources to process stages, the profile associated with each source must first be identified. In the Special Inventory, each source is explicitly identified with the profile under which it was reported to the TCEQ. For the sources in the Point Source Inventory, however, the profile of each source is identified using additional provided information.

The primary source of information for this profile identification is the Source Classification Code (SCC). As described by the TCEQ (2010: p. 90), "A facility's SCC is an eight-digit EPA-developed code that associates emissions determinations with identifiable industrial processes. The TCEQ uses a facility's SCC for modeling, rulemaking, and SIP-related activities; therefore, a facility's SCC must be as accurate as possible. The EPA maintains a current list of SCCs under the 'EIS Code Tables (including SIC)' link at www.epa.gov/ttn/chief/eiinformation.html."

Despite the regulatory importance of the SCC classification, the SCCs provided in the Point Source Inventory do not identify the associated source's profile to the detail necessary for 254 (or 12%) of the 2,177 sources within the 22 counties of the basin. The remaining sources rely on the additional information within characteristics files provided by the TCEQ for specific profiles, such as tanks and engines, and by consistent coding schemes within the Facility Identification Number, which is self-designated by the respondents to the emissions inventory surveys. The study identifies 43 (or 2%) of the sources by characteristics files and 211 (or 10%) by the Facility Identification Number, which represent 1.4% and 2.0%, respectively, of the total VOCs reported for all reported sources within the 22 counties of the basin.

For those source categories that can exist at multiple types of process stages, the default assumption is that a location is a production facility (i.e., a well site), unless the site name ("Lease Name" in the Special Inventory and "Site Name" in the Point Source Inventory) is identifiable as belonging to a facility type associated with the processing stage, such as a

processing plant or a compressor station, or with the disposal stage, such as salt-water disposal sites. In addition, four sites identified as disposal by this method are reassigned to production due to non-zero gas-well gas production statistics, which means all sources at those four sites are assigned to production, although some presumably relate to water-disposal activities instead. To the extent that this allocation method introduces an error, that error is not the omissions of emissions from the overall estimates, but rather, the incorrect allocation of total emissions across different process stages.

TCEQ inventory data are available for some pre-production processes, but such data cannot be used for original analysis because it incompletely covers the life cycle stage. Also, literature estimates available for supplementing the original analysis do not segregate between different processes as would be necessary for incorporation with the original analysis.

This study uses site-level allocation to select sources into the processing stage. The same site name in both the Point Source Inventory and the Special Inventory is used to positively identify processing sites, with the default stage for the remaining sites being production. Of the processing sites, following the recommendation of the TCEQ,[149] those that do not have any processing-related sources are designated as transmission sites, and accordingly, are considered outside the boundary of this analysis.

After site-level identification, processing-type sources at production sites are associated with the processing life cycle stage. Such equipment includes heaters, boilers, amine units, and dehydrators. In addition, following Stephenson et al. (2011), this study assumes that all tanks—and therefore, also all loading (which occurs after tanks in the process chain)—belong to the processing stage and not the production stage, regardless of where the tanks are physically located.

To avoid double counting with third-party emission factors for transmission, transmission sites (identified as non-well facilities without any processing equipment) are omitted from the analysis of TCEQ inventory data. Specifically, 833 sources are omitted from the special inventory and point-source inventory analyses as pertaining to transmission. This represents 5% of the total sources from these inventories, or about 10% of the $CO_2$ and the $CH_4$ emissions from these inventories.

## Spatially Explicit Estimation of Production Gas Composition

An important differentiation of this study's estimation approach from similar studies is that this study attempts to estimate the composition of production gas in a specific area. The methods used in this study improve upon the use of a general gas composition developed from national-level averages by 1) developing a novel gas composition estimate that is specific to a region of interest, but also by (2) further recognizing the spatial heterogeneity of this composition within the 22-county basin. Specifically, this method collects data on speciation of production gas and the flash gas from produced water to calculate the $CO_2$ and $CH_4$ emissions from numerous sources in the TCEQ Special Inventory using spatially explicit estimates of gas composition. The following factors come from this speciation:

---

[149] Personal communication (TCEQ 2012).

$f_C$ == the fraction of carbon in the production gas by mass (unitless)

$f_{CO_2}$ = the fraction of $CO_2$ in the production gas by mass (unitless)

$f_{CH_4}$ = the fraction of $CH_4$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole)

$HHV$ = the higher heating value of the production gas (Btu/scf).

These data are collected from supplementary files from the TCEQ's Barnett Shale Phase Two Special Inventory. As part of the quality assurance procedures of this Special Inventory, the TCEQ requested supplementary files from respondents. These files consist of a record of the written correspondence between the respondent and TCEQ, which varies considerably in content and form across different respondents. To estimate gas composition across the Barnett Shale region, this analysis focuses on included reports from independent laboratory analyses of the gas compositions, identifiable as pertaining to relevant samples of either production gas or of leaked gas in the form of vents or gaseous fugitives. Due to the nature and the origin of these files, the inclusion and reporting of such gas content analyses are not consistent across different files. Detailed supporting information—such as the specific origin of the sample tested, both with respect to process and geographic location—is not consistently available; therefore, it cannot be confirmed in many cases.

Given the disparate nature of these files and the inconsistent reporting of identifying information, these analyses therefore omit many reported composition analyses due to a lack of clarity regarding the geographical or process-source of the analyzed sample. Instead, those analyses are retained that can be assigned a location and content type with a reasonable level of confidence. The creation of these supplementary files and selection of a subset of them for obtaining gas composition analyses is neither random nor intended to be representative; therefore, such elimination does not introduce selection bias created by such omissions. The randomness of the errors will lead to attenuation bias of the analytical results, which is typical in cases of measurement error where there is no reasonably expected consistent bias to the error. In this context, measurement error should reduce the impact of calculating the spatial variation in gas content versus using the central estimate of gas content across the entire region.

In a related limitation of this method, we identified a substantial number of duplicate analyses in these records associated with different lease locations and even across different counties, based on identifying identical laboratory-assigned sample numbers and identical compositions to the reported level of precision provided by the same company. We attempted to identify and remove duplicate analyses; but misspecification in the dataset is possible because it is unclear in some cases which analysis is the original source.

From these data, county-level estimates of gas composition are developed separately for production gas, condensate flash, oil flash, and produced-water flash. Counties with one or more available composition analyses are assigned the composition analysis with the median level percentage-by-weight of methane in the reported composition analyses. In addition to providing a central estimate of gas composition for each county, this estimation of central tendency buffers the results against the impact of misspecifications of location described above.

We used a production-weighted average of the median adjacent counties' estimates with reported composition analyses for counties with no reported composition analyses. A production-weighted average of all reported composition analyses across the Barnett Shale region is used for the few counties with no reported composition analyses either for that county or for all adjacent counties.

In addition to attempting to err on the side of caution in including gas composition analyses, we estimated the sensitivity of the analysis to the gas composition by comparing results of this study's method—which uses the county-level gas composition estimates as described above for emissions estimates—to results using the same emissions estimation calculations with two different sets of alternative gas compositions: one reflecting the production-weighted average of this study's gas analyses from the TCEQ Special Inventory supplementary files and another reflecting standard assumptions of gas composition identified in the literature. Given the imperfect source of information and the assumptions on which this study's analysis depends, substantial variation between these different methods makes a compelling case for the importance of using geographically appropriate gas compositions that are accurate to a reasonably fine scale when estimating GHG emissions from natural gas extraction and production. This study's approach provides the best-available approximation, using the best-available data, of a spatially explicit definition of gas compositions relevant to estimating GHG emissions. To improve on this analysis, future data collection efforts should emphasize the measurement and reporting of spatially explicit gas compositions.

### Estimated Composition of Production Gas

The top panel of the Figure 57 presents the estimates of the main components of production gas from each of the 22 counties of the Barnett Shale play, as well as the Barnett Shale production-weighted average and the national average commonly used in the literature. Key parameters and production statistics for each county are also presented in Table 17 and Table 18. Components, which are shown in their mass percentage within the production gas, include methane, VOCs (as defined above to include all non-methane and non-ethane hydrocarbons), $CO_2$, and other gases. Primary gas species represented in the "other" category are nitrogen and ethane. The lower panel of Figure 57 depicts, for reference, the production volume for each county. Shown after each county's name is the number of unique analyses collected for that county—with counties estimated by a weighted average of adjacent county's compositions designated with an "A," rather than a number.



[a] "Other" gas include nitrogen, ethane, and any other non-methane, -VOC, or -carbon dioxide gases reported
[b] BS-AVERAGE refers to the production-weighted average gas composition in the 22-county Barnett Shale basin
[c] NATIONAL refers to the national average composition commonly used in the literature (EPA 2011)

**Figure 57. Composition of production gas by county**

NOTE: number of gas composition samples is reported in parentheses following each county name, where "A" denotes counties with no samples such that samples from adjacent counties were substituted.

The gas composition estimates for the six counties that represent the vast majority of production volumes are supported by high numbers of estimates. However, reflecting this study's non-random, targeted strategy for seeking these estimates, many of the estimates for the remaining counties come from either a small number of estimates or the weighted average of adjacent counties. Specifically, no usable estimates were found for 10 of the 22 counties.

The uncertainty inherent to this approach for obtaining gas analyses is highlighted by the difference in gas composition in Comanche County and Erath County versus the majority of the

139 – Appendix B

counties. These compositions, which are both estimated by a single analysis from Erath County, show an abnormally large presence of nitrogen—and thus, are suspect of contamination with ambient air. However, the available information offers no verifiable support of such suspicion. The presence of such uncertainty emphasizes the need for better documentation of gas composition if this factor is to be used in further analysis or other factors, such as implementing regulations. However, it is important to note that the very low production volumes associated with these two counties means that their analyses have a nearly negligible impact on the overall results.



**Figure 58. Variation among gas compositions across the 22 counties of the Barnett Shale play**

The variation among gas compositions is demonstrated as being patterned across the 22 counties of the Barnett Shale play differently for different key parameters, as shown Figure 58. Such patterned distribution is to be expected if the observed variation reflects geological heterogeneity rather than simply uncertainty in the sampling methodology. The counties represented by weighted averages are located primarily on the western and eastern periphery of the region; therefore, the central north-south corridor represents both the majority of production and the estimates supported by larger samples. Along this corridor, parameters can be observed to vary relatively smoothly, although the differentiation between different parameters demonstrates the complexity of the variation in gas composition. In other words, this map demonstrates that gas composition varies across space, but also, it suggests that the complexity of this variation might extend to finer scales than the county level.

**Table 17. Composition of Production Gas and Produced-Water Flash Gas in Barnett Shale Counties**

| County | Production Gas | | | | | | Produced-Water Flash Gas | | |
|---|---|---|---|---|---|---|---|---|---|
| | Molecular Weight (lb/lb-mole) | Higher Heating Value (Btu/scf) | Carbon Content (% by mass) | Methane (% by mass) | VOCs (% by mass) | Carbon Dioxide (% by mass) | Methane (% by mass) | VOCs (% by mass) | $CO_2$ (% by mass) |
| Comanche | 23.86 | 813.78 | 43.6 | 32.2 | 12.9 | 0.2 | 33.5 | 24.8 | 31.1 |
| Erath | 23.86 | 813.78 | 43.6 | 32.2 | 12.9 | 0.2 | 43.1 | 34.8 | 7.8 |
| Eastland | 22.07 | 1,188.04 | 69.3 | 52.8 | 22.4 | 0.7 | 27.7 | 52.0 | 6.4 |
| Hill | 26.92 | 1,589.66 | 79.2 | 54.5 | 45.6 | 0.0 | 38.3 | 5.8 | 54.8 |
| Montague | 21.99 | 1,216.13 | 72.6 | 55.1 | 20.7 | 8.1 | 53.3 | 17.4 | 13.0 |
| Clay | 21.86 | 1,229.52 | 73.2 | 55.4 | 21.8 | 5.5 | 26.7 | 6.2 | 61.1 |
| Archer | 21.63 | 1,253.47 | 74.2 | 55.9 | 23.8 | 1.0 | 26.7 | 6.2 | 61.1 |
| Jack | 21.63 | 1,253.47 | 74.2 | 55.9 | 23.8 | 1.0 | 26.7 | 6.2 | 61.1 |
| Wise | 21.79 | 1,274.01 | 75.5 | 56.0 | 22.6 | 2.9 | 59.5 | 19.9 | 1.9 |
| Cooke | 21.76 | 1,199.75 | 72.2 | 56.5 | 20.0 | 8.1 | 46.8 | 17.2 | 18.0 |
| Palo Pinto | 21.72 | 1,261.53 | 74.3 | 56.9 | 24.3 | 0.8 | 27.7 | 52.0 | 6.4 |
| Stephens | 21.72 | 1,261.53 | 74.3 | 56.9 | 24.3 | 0.8 | 27.7 | 52.0 | 6.4 |
| Hood | 21.19 | 1,248.33 | 75.2 | 58.5 | 20.8 | 0.6 | 48.2 | 29.1 | 8.2 |
| Parker | 20.85 | 1,242.78 | 75.9 | 60.3 | 19.3 | 1.2 | 16.3 | 52.4 | 1.1 |
| Somervell | 20.71 | 1,224.89 | 75.3 | 61.5 | 19.0 | 1.6 | 40.1 | 10.0 | 46.4 |
| Bosque | 20.89 | 1,236.59 | 75.5 | 61.7 | 19.8 | 1.7 | 38.3 | 5.8 | 54.8 |
| Johnson | 20.57 | 1,226.04 | 75.8 | 62.5 | 18.7 | 1.8 | 38.3 | 5.8 | 54.8 |
| Denton | 20.54 | 1,218.65 | 75.4 | 62.5 | 17.9 | 1.9 | 34.8 | 14.5 | 33.3 |
| Shackelford | 20.12 | 1,191.89 | 74.8 | 66.2 | 15.9 | 1.6 | 33.5 | 24.8 | 31.1 |
| Ellis | 19.41 | 1,159.09 | 74.6 | 71.0 | 12.9 | 1.3 | 32.5 | 19.4 | 43.2 |
| Dallas | 18.63 | 1,112.74 | 73.9 | 75.4 | 9.0 | 1.1 | 23.9 | 39.5 | 23.1 |
| Tarrant | 17.92 | 1,072.83 | 73.3 | 80.2 | 5.6 | 0.9 | 20.7 | 46.7 | 20.1 |
| Barnett Shale Average[a] | 20.12 | 1,191.89 | 74.8 | 66.2 | 15.9 | 1.6 | 33.5 | 24.8 | 31.1 |
| National Average[b] | 17.40 | 1,027.00 | 75.0 | 78.3 | 17.8 | 1.5 | | | |

[a] Barnett Shale average is a production-weighted average of counties for which original gas compositions could be obtained

[b] National average production gas reported in EPA (2011)

**Table 18. 2009 Production Volumes from Barnett Shale Counties**

| County | Oil | Condensate | Heat Content (MMBtu) | | | County Total |
|--------|-----|------------|-------------------|-------------|--------------|--------------|
| | | | Casinghead Gas | Gas-Well Gas | Combined Gas | |
| Archer | 6,018,590 | 737 | 458,853 | 21,351 | 480,205 | 6,499,532 |
| Bosque | 0 | 98 | 0 | 354,480 | 354,480 | 354,578 |
| Clay | 3,514,046 | 37,503 | 494,346 | 351,615 | 845,961 | 4,397,511 |
| Comanche | 31,946 | 8,046 | 54,996 | 513,967 | 568,963 | 608,955 |
| Cooke | 11,740,372 | 43,729 | 4,394,033 | 485,521 | 4,879,554 | 16,663,655 |
| Dallas | 0 | 0 | 0 | 4,923,785 | 4,923,785 | 4,923,785 |
| Denton | 486,574 | 2,516,461 | 1,023,276 | 241,825,407 | 242,848,683 | 245,851,717 |
| Eastland | 1,491,957 | 314,574 | 834,641 | 3,916,728 | 4,751,369 | 6,557,901 |
| Ellis | 6,125 | 0 | 0 | 7,552,672 | 7,552,672 | 7,558,797 |
| Erath | 34,829 | 218,806 | 123,445 | 10,657,734 | 10,781,179 | 11,034,814 |
| Hill | 7,267 | 471 | 0 | 31,983,129 | 31,983,129 | 31,990,868 |
| Hood | 16,553 | 2,660,894 | 156,109 | 72,781,121 | 72,937,230 | 75,614,677 |
| Jack | 3,999,135 | 878,025 | 2,261,462 | 16,294,739 | 18,556,202 | 23,433,361 |
| Johnson | 0 | 318,855 | 0 | 570,667,212 | 570,667,212 | 570,986,067 |
| Montague | 11,979,935 | 34,090 | 9,682,791 | 350,290 | 10,033,081 | 22,047,106 |
| Palo Pinto | 3,232,091 | 525,481 | 6,957,154 | 16,076,018 | 23,033,172 | 26,790,743 |
| Parker | 73,886 | 1,672,455 | 730,069 | 112,696,107 | 113,426,176 | 115,172,517 |
| Shackelford | 4,108,140 | 66,203 | 849,166 | 2,234,492 | 3,083,658 | 7,258,000 |
| Somervell | 0 | 65,812 | 0 | 7,485,891 | 7,485,891 | 7,551,704 |
| Stephens | 12,811,777 | 291,120 | 3,525,626 | 11,751,922 | 15,277,548 | 28,380,445 |
| Tarrant | 0 | 241,264 | 0 | 563,514,077 | 563,514,077 | 563,755,341 |
| Wise | 2,400,875 | 5,017,491 | 6,426,006 | 222,654,526 | 229,080,532 | 236,498,898 |
| **Basin Total** | **61,954,098** | **14,912,113** | **37,971,973** | **1,899,092,788** | **1,937,064,761** | **2,013,930,972** |

## Co-Product Allocations

In addition to natural gas, the sources reported in the TCEQ inventories are associated with the marketed products of condensate and, in some cases, oil. In fact, gas companies are focusing all of their new investment in areas with wet gas, which has a higher VOC content, for its higher value. The principle of co-product allocation is that when there are multiple valued products from a single system, the burdens of that system should be shared among all products. This study uses energy-based co-product allocation, which weights the burdens (i.e., emissions) of each process by the ratio of energy contained in all co-products that is embodied in the product of interest.

The factor that is applied depends on the relevant life cycle stage of a source. For production sources, we use the finest grain of spatial resolution available. Specifically, emissions for all production sources in the Special Inventory are allocated among condensate, oil, and natural gas products at the *site level* using site-level production statistics, as follows:

$$Allocation_{site} = \frac{(Q_{GWgas,s}) * HHV_{pipe\ gas}}{(Q_{GWgas,s} + Q_{Cgas,s}) * HHV_{pipe\ gas} + Q_{oil,s} * HHV_{oil} + Q_{cond,s} * HHV_{cond}}$$

where:

$Allocation_{site}$ = the site-level, energy-basis co-product factor for gas produced by gas wells (unitless)

$Q_{GWgas,s}$ = the volume of gas-well gas produced at the site annually (Mcf)

$Q_{Cgas,s}$ = the volume of casinghead gas produced at the site annually[150] (Mcf)

$Q_{oil,s}$ = the volume of oil produced at the site annually (bbl)

$Q_{cond,s}$ = the volume of condensate produced at the site annually (bbl)

$HHV_{pipe\ gas}$ = the energy content of natural gas product (i.e., pipeline gas)

   o   1,027,000 Btu/Mcf for pipeline-quality gas

$HHV_{oil}$ = the energy content of oil

   o   5,800,000 Btu/bbl for crude oil[151]

$HHV_{cond}$ = the energy content of condensate

   o   5,418,000 Btu/bbl for plant condensate.[152]

As Figure 59 depicts, the majority of these site-level co-product allocation factors are at or close to 1—reflecting the fact that the majority of production within these counties is natural gas. However, Figure 59 also shows that 15% of the sites included within the Special Inventory produce no gas-well gas and, accordingly, the emissions from these sites do not contribute to the total emissions allocated to natural gas.

---

[150] Note that casinghead gas is a natural gas that is a co-product of oil production (produced by oil wells).
[151] API (2009), Table 3-8
[152] EIA (2011), Appendix A



**Figure 59. Distribution of site-level emissions allocated to gas**

Site-level production statistics are not available for sites in the Point Source Inventory, and relevant counties have negligible oil production, lowering the chance that production-stage point sources emissions are associated with oil production. Therefore, emissions are allocated for all production sources in the Point Source Inventory among condensate and natural gas products at the *county level* using county-level production statistics (Figure 60). Similarly, Area Source Inventory data are available only at the county-level; so they are most appropriately allocated among co-products at this scale. This allocation is calculated as follows:

$$Allocation_{county} = \frac{Q_{GW\,gas,c} * HHV_{pipe\,gas}}{Q_{GW\,gas,c} * HHV_{pipe\,gas} + Q_{cond,c} * HHV_{cond}}$$

where:

$Allocation_{county}$ = the county-level, energy-basis co-product factor for gas (unitless)

$Q_{GW\,gas,c}$ = the volume of gas-well gas produced in the county annually (Mcf)

$Q_{cond,c}$ = the volume of condensate produced in the county annually (bbl)

$HHV_{pipe\,gas}$ = the energy content of natural gas product (i.e., pipeline gas) (Btu/Mcf)

$HHV_{cond}$ = the energy content of condensate (Btu/bbl).



**Figure 60. County-level gas production co-products by heat content**

Regardless of the inventory in which the sources are described, emissions from processing sources are allocated at the *basin level* using basin-level production statistics. The relevant co-product allocation includes casinghead gas volumes as well as gas-well gas volumes because all natural gas—regardless of whether the production source is a gas or oil well—is processed at these sites. Some of these processing steps might occur after the condensate is separated, but the order of processing steps varies by site and is not identifiable in the data of the TCEQ inventories. Therefore, co-products are allocated as follows:

$$Allocation_{basin} = \frac{\left(Q_{GW\,gas,b} + Q_{Cgas,b}\right) * HHV_{pipe\,gas}}{\left(Q_{GW\,gas,b} + Q_{Cgas,b}\right) * HHV_{pipe\,gas} + Q_{cond,b} * HHV_{cond}}$$

where:

$Allocation_{basin}$ = the basin-level, energy-basis co-product factor for gas (unitless)

$Q_{GWgas,b}$ = the volume of gas-well gas produced in the basin annually (Mcf)

$Q_{Cgas,s}$ = the volume of casinghead gas produced in the basin annually (Mcf)

$Q_{cond}, b$ = the volume of condensate produced in the basin annually (bbl)

$HHV_{pipe\,gas}$ = the energy content of natural gas product (i.e., pipeline gas) (Btu/Mcf)

$HHV_{cond}$ = the energy content of condensate (Btu/bbl).

Note that some processing profiles pertain to processes that might occur after the condensate is separated from the process stream and, therefore, should not be partially allocated to that co-product. However, the specific order of processing steps is not readily identifiable in the data. In addition, the impact of neglecting this is small because condensate contributes less than 1% to the denominator of the allocation factor (Figure 61).

145 – Appendix B



**Figure 61. Basin-level gas processing co-products by heat content**

In addition, because condensate and crude oil are separately marketable products, co-product allocation means that the substantial VOCs in the TCEQ Inventories corresponding to the storage and handling of these co-products—once separated from the natural gas stream—are outside the boundary of natural gas production and processing. Therefore, this study omits about 25% of the individual sources reported in the two inventories, which collectively represent 60% of the total reported VOC emissions, because they are associated only with the production and processing of the co-products of crude oil and condensate.

Regarding the co-production of oil within the counties of the basin, note that the 84 sites identified as production sites in the Point Source Inventory are all located within the 7 counties listed below—which include their respective percentage of the co-product energy associated with oil production:

- Denton: 0.2% from oil

- Hood: 0.0% from oil

- Johnson: 0.0% from oil

- Palo Pinto: 12.1% from oil

- Parker: 0.1% from oil

- Tarrant: 0.0% from oil

- Wise: 1.0% from oil.

With the exception of Palo Pinto County, these values suggest the co-production of oil represents a negligible amount, and the sole production site in Palo Pinto County identified in the Point Source Inventory is a gas well, associated with zero oil production, as verified through an online query of the Texas Railroad Commission's production statistics database. Therefore, this study does not attribute any production-related emissions from the Point Source Inventory to a co-product of oil.

Overall, 1% of the estimated GHG emissions are allocated to condensate instead of natural gas. For comparison, note that Skone et al. (2011) base their co-product allocation on their reported

12% non-methane VOC whereas Stephenson et al. (2011) report 16.4% allocation to condensate, ethane, and liquid petroleum gas. However, this proportion varies substantially across the 22 counties of the Barnett Shale play, as shown in Figure 62. Even among top-producing counties, which are shown by the larger bars in the lower panel of the figure, significant portions of GHGs are attributed to condensate instead of natural gas—ranging from 0.5% condensate for Johnson County and Tarrant County to 1.7% for Wise County. More strikingly, only 91.7% and 92.7% of emissions in Montague County and Cooke County, respectively, are associated with the natural gas product.



**Figure 62. Proportion of GHG emissions associated with co-products**

## Estimation of Emissions by Source Profile

Emissions estimations generally use a "black box" approach, where a profile is associated with a life cycle stage by the purpose it serves rather than by its physical location. However, for those profiles possibly related to multiple stages, such as compressor engines and fugitives, each source is associated with the life cycle stage by the categorization of the site at which the source is found.

In general, emission sources can be categorized into two broad types of profiles: *combustion sources* and *gas-release sources*, with certain unique characteristics of certain processing activities leading to a third category. A tiered approach is used to calculate emissions, in which secondary calculation methods are applied when the data requirements for preferred methods are not met for an individual source. If neither method is possible with the available data, median estimates from other sources of the same profile are used. Overall, preferred methods were used for 79% of sources, secondary for 18%, and tertiary for the remaining 2%. The following paragraphs introduce the main categories and methodologies, which are adapted from the methodologies presented by ENVIRON (2010), API (2009), and EPA (1995), as appropriate. These emissions estimates include both routine and non-routine emissions estimates for 2009.

*Combustion sources* include compressor engines, boilers, heaters, and turbines. In these profiles, $CO_2$ emissions primarily come from chemical reactions during combustion, and methane emissions primarily come from the incomplete combustion of the combusted fuel. The composition of the fuel gas therefore influences the emissions, as do source characteristics and details of the level of usage of the source. This study's preferred methodology for calculating emissions from combustion sources is based on the quantity of fuel combusted and the composition of the fuel gas—as determined by a county-level estimation of production gas composition, assuming that the natural gas fuel used in all cases is the production gas at that site.

*Gas leakage sources* include both intentional and unintentional releases of gas. Within this category, there is a differentiation between *potentially controllable leakage* and *fugitives*, where the former typically involves gas released from an isolatable emission point and therefore is potentially controllable, and the latter comes from dispersed leaks and therefore is less feasible to control. This study's preferred methodology for calculating GHG emissions from gas-release sources therefore is based on the reported emissions of total VOCs and the ratio of $CO_2$ and $CH_4$ to VOCs in the released gas, which means it depends on the speciation of the released gas. Estimating these emissions assumes that production gas is the released gas in all cases, except when the profile is associated specifically with produced water handling; in this case, the released gas is assumed to be equivalent to the produced-water flash gas.

In addition, some processing sources require specialized estimation methods. For example, AGR units specifically remove $CO_2$ from the production gas. Therefore, this study's method for estimating $CO_2$ emissions from AGR differs substantially from that used for other profiles. Specifically, AGR units are associated with $CO_2$ emissions equal to the difference in $CO_2$ contained within the production gas and that in the final pipeline-quality gas.

The estimation of GHG emissions for different profiles consistently assumes that the speciation of production gas varies spatially based on the geology of the Barnett Shale. This variation can be reasonably represented by variation at the county level, as spatially interpolated from the

sample of gas composition analyses collected from supplementary Special Inventory files provided by the TCEQ.

Similarly, all natural gas represented in the following methodologies is assumed to be the production gas, except where explicitly noted (as in the AGR profile calculations). The speciation of this production gas is spatially explicit to the county level for production sources and the basin average composition for processing sources.

In addition, many profiles rely on standardized emission factors, which represent industry-level averages across the specifics of individual equipment. The majority of these emission factors are obtained from the EPA's AP-42, Compilation of Air Pollutant Emission Factors (EPA 1995). Factors applied are shown in Table 19.

**Table 19. EPA's AP-42 Compilation of Air Pollutant Emission Factors**

| Profile | $CO_2$ Emission Factor | $CH_4$ Emission Factor | VOC Emission Factor |
|---|---|---|---|
| External Combustion, Natural Gas[a] | 118 lb/MMBtu | 2.25e-3 lb/MMBtu | 5.39e-3 lb/MMBtu |
| External Combustion, Diesel[b,c] | 2710 $kg/10^3m^3$ | 0.0062 $kg/10^3m^3$ | 0.0240 $kg/10^3m^3$ |
| Internal Combustion, Natural Gas: 2-Stroke Lean-Burn[d] | 110 lb/MMBtu | 1.45 lb/MMBtu | 1.20e-01 lb/MMBtu |
| Internal Combustion, Natural Gas: 4-Stroke Lean-Burn[e] | 110 lb/MMBtu | 1.25 lb/MMBtu | 1.18e-01 lb/MMBtu |
| Internal Combustion, Natural Gas: 4-Stroke Rich-Burn[f] | 110 lb/MMBtu | 2.30e-01 lb/MMBtu | 2.96e-02 lb/MMBtu |
| Internal Combustion, Diesel | 164 lb/MMBtu[g] | 3.15e-02 lb/MMBtu[h] | 3.19e-01 lb/MMBtu[h] |
| Internal Combustion, Gasoline | 154 lb/MMBtu[g] | 1.89e-01 lb/MMBtu[h] | 1.911e00 lb/MMBtu[h] |
| Natural Gas Turbine[i] | 110 lb/MMBtu | 8.60e-03 lb/MMBtu | 2.10e-03 lb/MMBtu |
| Stationary Large-Bore Diesel Engines[j] | 2745 $kg/10^3m^3$ | 0.1548 $kg/10^3m^3$ | 1.7415 $kg/10^3m^3$ |

[a] EPA (1995), Table 1.4-2
[b] Diesel fuel is also used as a proxy for crude oil.
[c] EPA (1995)
[d] EPA (1995), Table 3.2-1
[e] EPA (1995), Table 3.2-2
[f] EPA (1995), Table 3.2-3
[g] EPA (1995), Table 3.3-1
[h] EPA (1995), Table 3.3-1, where total organic compounds from Exhaust = 2.1 for gasoline and total organic compounds from Exhaust = 0.35 for diesel, and Table 3.4-1, which states that total organic compounds by weight is 9% $CH_4$ and 91% non-$CH_4$ for the one diesel engine measured
[i] EPA (1995), Table 3.1-2a
[j] EPA (1995)

## Tiered Methods Counts

This study applies a tiered approach to the estimation of GHG emissions, in which preferred methods are applied when available data allow, and secondary methods otherwise. For those sources unable to use either method, we apply a tertiary method of assigning the median estimate for that profile. Table 20 demonstrates the count of the usability of each method across the two main inventories.

**Table 20. Count of Usability for each GHG Emissions Estimation Method for $CO_2$ and Methane**

| | $CO_2$ | | | Methane | | |
|---|---|---|---|---|---|---|
| | Method 1 | Method 2 | Method 3 | Method 1 | Method 2 | Method 3 |
| Amine Units | n/a | – | – | 4 | – | – |
| Blowdowns and Vents | 1,366 | 68 | 10 | 1,366 | 68 | 10 |
| Boilers and Heaters | 277 | – | 32 | 277 | – | 32 |
| Engines | 1,467 | 364 | 35 | 708 | 1,133 | 25 |
| Flares | 21 | – | 15 | n/a | – | – |
| Fugitives | 4,247 | – | 24 | 4,247 | – | 24 |
| Glycol Dehydrator | 79 | 21 | 14 | 79 | 21 | 14 |
| Produced-Water Loading | 1,948 | – | 11 | 1,948 | – | 11 |
| Produced-Water Tanks | 4,429 | – | 106 | 4,429 | – | 106 |
| Special Inventory Total | 13,834 | 453 | 247 | 13,058 | 1,222 | 222 |
| Engines | – | 673 | – | – | 673 | – |
| Flares | – | 17 | – | n/a | – | – |
| Other combustion | – | 264 | – | – | 264 | – |
| Gas Leakage Sources | – | 735 | – | – | 735 | – |
| Produced-Water Tanks | 90 | – | – | 90 | – | – |
| Point-Source Inventory Total | 90 | 1,689 | 0 | 90 | 1,672 | 0 |
| Combined Total | 13,924 | 2,142 | 247 | 13,148 | 2,894 | 222 |

## General Leakage Profiles

General leakage profiles include *blowdowns*, *fugitives*, *pneumatics*, and *vents*. Data on blowdowns, fugitives, and vents are obtained from both the Point Source Inventory and the Special Inventory, and data on pneumatics are obtained from the Area Source Inventory. Although these different sources have different causes, they are calculated by similar methods. Because these profiles occur at both production and processing sites, sources are assigned to the stage to which the site belongs.

The primary methods for estimating $CO_2$ and methane emissions use the reported volume of gas released and this study's estimate of the composition of that gas. Where data are not available on volume of gas released, the secondary method uses the reported volume of VOC emissions and a ratio of the GHG to VOCs in the gas composition. These methods for calculating $CO_2$ and methane emissions for leakage sources are adapted from ENVIRON's (2010) discussion of leakage sources, including well-completion venting, well blowdowns, permitted fugitives, and unpermitted fugitives.

150 – Appendix B

Note that unlike most profiles, inventory data on pneumatics come from the Area Source Inventory, which provides county-level data without individual source counts. Therefore, although emissions from pneumatics are calculated using methods analogous to other leakage profiles, such calculation occurs at the county level based on aggregated, county-level emissions reported in the inventory.

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = Q_{vented} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_{CO_2} * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of CO$_2$ emitted by the source annually (tonne/year)

$Q_{vented}$ = the total annual volume of gas emitted through the leakage source (scf/year)

$MW_{vented}$ = the molecular weight of the vented gas (lb/lb-mole)

$f_{CO_2}$ = the fraction of CO$_2$ in the leaked gas by mass (unitless).

*Carbon Dioxide Emissions:  Secondary Method*

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of CO$_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of CO$_2$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = Q_{vented} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_{CH_4} * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CH_4}$ = the mass of CH$_4$ emitted by the source annually (tonne/year)

$Q_{vented}$ = the total annual volume of gas emitted through the leakage source (tonne/year)

$MW_{vented}$ = the molecular weight of the vented gas (lb/lb-mole)

$f_{CH_4}$ = the fraction of CH$_4$ in the leaked gas by mass (unitless).

*Methane Emissions: Secondary Method*

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of $CO_2$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless).

## Compression Engines Profile

Data on compressor engines are obtained from the Special Inventory and the Point Source Inventory. Because these profiles occur at both production and processing sites, the sources are assigned to the stage to which the site belongs.

The primary methods for estimating $CO_2$ and methane emissions use the reported volume of fuel combusted and this study's estimate of the composition of that fuel, as well as the engine characteristics in the case of methane. Where the volume of fuel combusted is not available, the secondary method for $CO_2$ emissions uses engine characteristics and operations data, some of which is based on standard assumptions; the secondary method for methane emissions uses the reported volume of VOC emissions and a ratio of the GHG-to-VOCs-related, profile-specific emission factors.

In addition to data availability, the secondary method is preferred for sources that failed a simple data-consistency screen, or "ratio test," based on the ratio of reported fuel consumption to an expected gas usage value, calculated as:

$$ratio = \frac{Q_{fuel}}{EFU} = \frac{Q_{fuel}}{MDC * \frac{t_{annual}}{HHV}}$$

where:

$ratio$ = the test value, where any ratio within a factor of 10 of matching (i.e., between 10% and 1000%) is accepted (unitless)

$Q_{fuel}$ = the total annual amount of fuel combusted (MMscf/year)

$EFU$ = the expected fuel usage (MMscf/year)

$MDC$ = the reported maximum design capacity of the engine (MMBtu/hour)

$t_{annual}$ = the annual hours of usage of the engine (hour/year)

$HHV$ = a standardized higher heating value of the fuel, assumed to be 1,150 (Btu/scf).

A final criterion for using the primary method for methane emissions is the reported absence of emissions controls installed on the engine. Ideally, the primary method should be weighted by methane-control efficiency. However, the reported data on VOC control efficiency demonstrate substantial inconsistency, and standardized methane control ratings for engines are not readily available. So, this study assumes that any controls applied affect methane and VOCs equivalently and therefore applies our secondary method for all engines that report the presence of controls. Because the Point Source Inventory does not include information on controls, the

secondary method is used, which accounts for the possibility of emissions controls, for all engines in that inventory.

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44 g-CO_2}{12 g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

*Carbon Dioxide Emissions:  Secondary Method*

$$E_{CO_2} = HP * LF * f_e * EF_{CO_2} * t_{annual}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$HP$ = the engine rating (hp)

$LF$ = the load factor of the engine (unitless)

$f_e$ = the energy-basis conversion factor for the engine (Btu/hp-hr)

$EF_{CO_2}$ = the emissions factor of $CO_2$ on an energy basis (tonne/Btu)

$t_{annual}$ = the annual hours of usage of the engine (hr/year).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = Q_{fuel} * HHV * EF_{CH_4}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu).

*Methane Emissions:  Secondary Method*

$$E_{CH_4} = E_{VOC} * \frac{EF_{CH_4}}{EF_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

In addition to the standard assumptions described above, these methods depend on the following assumptions:

- The load factor (*LF*) is assumed to be 0.8 for compressor engines with an engine rating greater than 500 hp and 0.7 otherwise, based on the results of a 2005 study of compressor engines in Texas performed by the TCEQ.[153]

- The energy-basis conversion factor ($f_e$) for all natural gas internal combustion engines is 7858 Btu/hp-hr.[154]

- The annual hours of usage of the engine ($t_{annual}$) are 8,760 hr/year for engines without specific usage data, which includes all engines in the Point Source Inventory.

- Any reduction in $CO_2$ released from the engine related to emissions controls is negligible.

## Boilers, Heaters, and Turbines

Data on boilers and heaters are obtained from the Special Inventory, and data on boilers, heaters, and turbines are obtained from the Point Source Inventory. Although turbines substantially differ from boilers and heaters, estimation of emissions follows equivalent methods for all three profiles in the Point Source Inventory. Also, although boilers and heaters can occur at both production and processing sites, they are associated with natural gas processing; therefore, boilers and heaters are assigned to the processing stage.

The primary methods for estimating $CO_2$ and methane emissions use the reported volume of fuel combusted and this study's estimate of the composition of that fuel. Where the volume of fuel combusted is not available, the secondary method for estimating emissions uses the reported volume of VOC emissions and a ratio of the GHG-to-VOCs-related, profile-specific emission factors.

---

[153] Personal communication with TCEQ (TCEQ 2012)
[154] ENVIRON (2010), p.84

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44g-CO_2}{12g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

*Carbon Dioxide Emissions:  Secondary Method*

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{CO_2}$ = the emissions factor of $CO_2$ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = Q_{fuel} * HHV * EF_{CH_4}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu).

*Methane Emissions:  Secondary Method*

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/yr)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

## Amine Units / Acid Gas Removal

AGR, such as by amine units, removes $CO_2$ from the production gas. Therefore, this study's method for estimating $CO_2$ emissions from AGR differs substantially from that used for other profiles. AGR units are associated with $CO_2$ emissions equal to the difference in $CO_2$ contained within the production gas and that in the final pipeline-quality gas. Unlike other emissions sources, the $CO_2$ emissions from amine units are calculated as a single, aggregated basin-wide estimate that does not depend on the number of sources in the inventories.

Specifically, the estimated emissions are estimated as follows:

$$E_{CO_2} = \left[ MW_{prod} * f_{CO_2\,prod} - MW_{pipe} * f_{CO_2\,pipe} \right] * Q_{prod} * \frac{1lb - mole}{379.3\ scf}$$

where:

$E_{CO_2}$ = mass of $CO_2$ emitted by all AGR sources in the basin annually (tonne/year)

$MW_{prod}$ = the average molecular weight of production gas within the basin (lb/lb-mole)

$f_{CO_2\,prod}$ = the average percentage $CO_2$, by mass, in the production gas (unitless)

$MW_{pipe}$ = the molecular weight of pipeline-quality natural gas[155] (lb/lb-mole)

$f_{CO_2\,prod}$ = the average percentage $CO_2$, by mass, in pipeline gas[156] (unitless)

$Q_{prod}$ = the volume of natural gas produced within the basin annually (scf).

In contrast, methane emissions from AGR are estimated using calculation methods equivalent to those provided in that of General Leakage Sources, as previously discussed.

## Dehydrators

GHG emissions from dehydrators are calculated using separate emissions factors depending on the life cycle stage of the site at which the source sites. In the Point Source Inventory, all dehydrators are all at processing sites; but in the Special Inventory, dehydrators exist at both production and processing sites. Therefore, following API (2009), this study uses an emission factor of 275.57 scf/MMscf gas processed for production sites, adjusting the $CH_4$ content from the 78.8 molar percentage assumed in that reference. Alternatively, if a dehydrator is identified at a processing site, this study uses an emission factor of 121.55 scf/MMscf gas processed and adjusts the molar $CH_4$ content from 86.8%.

---

[155] Set to 17.4 lb/lb-mole, as provided by EPA (1995) and used by ENVIRON (2010)

[156] Set to 0.47%, as per EPA (2011). To the extent that this value overestimates the $CO_2$ content in pipeline-quality gas, it underestimates $CO_2$ emissions from acid gas removal, and vice versa.

For those dehydrators identified as having a control present in the Special Inventory, and assuming that all dehydrators in the Point Source Inventory have emission controls, this study assumes a 98% control efficiency for methane and a 0% efficiency for $CO_2$. Otherwise, this study assumes 0% efficiency of control for both emissions types. The 98% efficiency assumption is supported by standard efficiency assumptions for flares, as well as a reported 97% efficiency for separator-condensers (Schievelbein 1997), an alternative method of control for dehydrators.

*Primary Methods*

For dehydrators at production sites:

$$E_{CH_4} = P * 0.0052859 * \left[\frac{f_{CH_4,county} * MW_{gas,county}}{16}\right] * \left[\frac{1}{0.788}\right] * (1 - CE)$$

$$E_{CO_2} = P * 0.0052859 * \left[\frac{f_{CH_4,county} * MW_{gas,county}}{16}\right] * \left[\frac{1}{0.788}\right] * \frac{f_{CO_2,county}}{f_{CH_4,county}}$$

and for Dehydrators at Processing sites:

$$E_{CH_4} = P * 0.0023315 * \left[\frac{f_{CH_4,basin} * MW_{gas,basin}}{16}\right] * \left[\frac{1}{0.868}\right] * (1 - CE)$$

$$E_{CO_2} = P * 0.0023315 * \left[\frac{f_{CH_4,basin} * MW_{gas,basin}}{16}\right] * \left[\frac{1}{0.868}\right] * \frac{f_{CO_2,basin}}{f_{CH_4,basin}}$$

where CE = 0.98 if controlled, 0 otherwise, and P is the volume of gas processed. Controls do not affect $CO_2$ emissions, which are weighted by the ratio of $CO_2$ to $CH_4$ (by weight) in the production gas, by county.

*Secondary Methods*

For Dehydrators without P (which includes all Point Source Inventory dehydrators), the secondary method is based on VOC emissions:

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

$$E_{CO_2} = E_{VOC} * \left(\frac{1}{1-CE}\right) * \frac{f_{CO_2}}{f_{VOC}}$$

*Flares*

Due to a lack of sufficient information for identifying the specific source to which each flare is associated, this study identifies a flare's process stage by the type of site at which it is found and assumes that all flares combust production gas. This approach will likely overestimate natural gas process-chain emissions due to some of the flares controlling emissions from condensate and crude oil tanks, which should be omitted through co-product allocation; but the overestimation is expected to be small because total flare emissions are small. Only those that can be identified as emissions control for condensate tanks are removed; those that can be identified as combined emissions control for an included profile and condensate tanks are kept. Although this leads to a

157 – Appendix B

likely overestimation of emissions from flaring, flares only account for a small proportion of overall emissions, so this overestimation is expected to be small.

For $CO_2$ emissions, the primary method, which depends on knowing the amount of gas combusted, treats flares equivalently to other combustion sources. The secondary method uses reported VOC emissions and an assumed 98% efficiency to back-calculate the volume of gas combusted. Methane emissions are assumed to be attributed to the original source that is controlled by the flares and therefore are neither calculated nor assigned to this profile.

### Carbon Dioxide Emissions:  Primary Method

$$E_{CO_2} = \left(Q_{waste} + Q_{pilot}\right) * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44 g-CO_2}{12 g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{waste}$ = the total annual amount of waste gas combusted (scf/year)

$Q_{pilot}$ = the total annual amount of pilot gas combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

### Carbon Dioxide Emissions:  Secondary Method

$$E_{CO_2} = E_{VOC} * \left(\frac{1}{f_{VOC}}\right) * \left(\frac{1}{1-CE}\right) * f_C * f_O * CE$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{VOC}$ = the fraction of VOCs in the combusted gas by mass (unitless)

$CE$ = the assumed control efficiency of the flare, 98% (unitless)

$f_C$ = the fraction of carbon in the combusted gas by mass (unitless)

$f_O$ = the fraction of combusted gas carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

## Loading and Tanks

For produced-water loading and produced-water tanks, GHG emissions are calculated from VOC emissions and the ratio of VOCs to GHGs in the water flash gas.

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of $CO_2$ in the produced-water flash gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the produced-water flash gas by mass (unitless).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/yr)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/yr)

$f_{CO_2}$ = the fraction of $CO_2$ in the produced-water flash gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the produced-water flash gas by mass (unitless).

# Calculations of Gas Losses from Production and Processing

## Gas Release Sources

Profiles reporting gas release sources include amine units, blowdowns, fugitives, glycol dehydrators, and vents.

### Natural Gas Lost, Method 1:  From Reported Vented Volume

When the volume of gas vented is listed (only for some vents in the Special Inventory), the only calculation is a simple unit conversion, as follows:

$$Q_{NG,lost} = Q_{vented} * \left( \frac{1MM}{1e6} \right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{vented}$ = the total annual volume of gas emitted from the source (scf/year).

159 – Appendix B

## Natural Gas Lost, Method 2: From Reported VOC Emissions

For most gas leakage sources, the volume of gas released is not directly reported. For these, the volume of gas released can be calculated from the amount of VOC emissions, as follows:

$$Q_{NG,lost} = E_{VOC} * \frac{1}{f_{VOC}} * \left(\frac{2204.62lb}{1tonne}\right) * \left(\frac{1}{MW_{gas}}\right) * \left(\frac{379.3scf}{1.0lb-mole}\right) * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole).

## Engines

Engines and other combustion sources (i.e., boilers and heaters) both sometimes include a direct report of the volume of fuel used. But only engines report the characteristics used for the ratio test, described in the section above on compressor engine emissions, and Method 2. Therefore, these combustion sources are calculated differently.

### Natural Gas Lost, Method 1: From Reported Volume of Fuel Used

When the volume of gas combusted is listed (only relevant for some Special Inventory sources) and passes this study's Ratio Test for data entry issues, the value can be used directly, as follows:

$$Q_{NG,lost} = Q_{fuel}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/yr)

$Q_{fuel}$ = the total annual volume of fuel combusted by the source (MMscf/year).

### Natural Gas Lost, Method 2: Using Engine Characteristics

The secondary method uses engine characteristics to estimate the amount of fuel used, which is equivalent to the natural gas lost for these sources.

$$Q_{NG,lost} = HP * LF * f_e * \frac{1}{HHV} * t_{annual} * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$HP$ = the engine rating (hp)

$LF$ = the load factor of the engine (0.8 or 0.7, depending on horsepower)

$f_e$ = the energy-basis conversion factor for the engine (Btu/hp-hr)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$t_{annual}$ = the annual hours of usage of the engine (hr/year).

## Non-Engine Combustion

Engines and other combustion sources (i.e., boilers and heaters) both sometimes include direct report of the volume of fuel used. But only engines have the characteristics used both for the Ratio Test and Method 2. Therefore, these combustion sources are calculated differently.

### Natural Gas Lost, Method 1:  From Reported Volume of Fuel Used

When the volume of gas combusted is listed (which is only relevant for some Special Inventory sources), the value can be used directly, as follows:

$$Q_{NG,lost} = Q_{fuel}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{fuel}$ = the total annual volume of fuel combusted by the source (MMscf/year)

### Natural Gas Lost, Method 2: From Reported VOC Emissions

This alternative method only applies to Point Source Inventory non-engine combustion sources:

$$Q_{NG,lost} = E_{VOC} * \frac{1}{EF_{VOC}} * \left(\frac{2204.62lb}{1tonne}\right) * \left(\frac{1}{HHV}\right) * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{VOC}$ = the VOC emission factor for the source (lb/MMBtu)

$HHV$ = the higher heating value of the fuel (Btu/scf).

## Methane Lost, for All Sources: Convert from Natural Gas Lost

For all sources, the conversion from estimated natural gas lost to estimated methane lost is completed as shown:

$$Q_{CH_4,lost} = Q_{NG,lost} * \frac{MW_{gas}}{MW_{CH_4}} * f_{CH_4}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{CH_4,lost}$ = the volume of $CH_4$ lost or used by the source annually (MMscf/year)

$f_{CH_4}$ = the fraction of $CH_4$ in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole)

$MW_{CH_4}$ = the molecular weight of $CH_4$ (16.0 lb/lb-mole).

## Summary of Adjustments to Estimated Emissions

Emissions from production sources in the Point Source Inventory are adjusted by allocation across co-products at the county-level, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{county}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate, e.g.,

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0 lb - mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44g - CO_2}{12g - C}\right) * \frac{1 tonne}{2204.62 lb}$$

$Allocation_{county}$ = the county-level allocation of emissions across co-products.

Emissions from production sources in the Area Source Inventory are adjusted by allocation across co-products at the county level and the adjustment for changes in production volumes, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{county}] * [Adjustment_{county}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Allocation_{county}$ = the county-level allocation of emissions across co-products

$Adjustment_{county}$ = the county-level adjustment of emissions from 2008 to 2009 estimates.

Adjustments to emissions from production sources in the Special Inventory differ from this by (1) allocation across co-products at the site-level, rather than at the county-level, (2) requiring site-level and inventory-level corrections, and (3) not requiring the production volume adjustment, as follows:

$$E_{final} = [E_{raw}] * [Correction_{site}] * [Correction_{inventory}] * [Allocation_{site}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Correction_{site}$ = the site-level adjustment factor that accounts for the non-report of sources at the site that are below the reporting threshold for the Special Inventory

$Correction_{inventory}$ = the adjustment factor to all Special Inventory results that accounts for the "98% completion rate" of the inventory reported by the TCEQ

$Allocation_{site}$ = the site-level allocation of emissions across co-products.

Emissions from processing sources in the Point Source Inventory are adjusted by allocation across co-products at the basin-level, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{basin}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Allocation_{basin}$ = the basin-level allocation of emissions across co-products.

Finally, emissions from processing sources in the Special Inventory are adjusted by the inventory-level and site-level corrections and by allocation across co-products at the basin level, as follows:

$$E_{final} = [E_{raw}] * [Correction_{site}] * [Correction_{inventory}] * [Allocation_{basin}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Correction_{site}$ = the site-level adjustment factor that accounts for the non-report of sources at the site that are below the reporting threshold for the Special Inventory

$Correction_{inventory}$ = the adjustment factor to all Special Inventory results that accounts for the "98% completion rate" of the inventory reported by the TCEQ

$Allocation_{basin}$ = the basin-level allocation of emissions across co-products.

## Greenhouse Gas Emission Factors

To create emissions factors for process stages, the sum of estimated emissions for sources in each stage is divided by the production volume of gas associated with those emissions. The relevant statistics exist at the county level for production sources and at the basin level for processing sources.

For sources in the production stage, emissions and production can be associated at the county level. This emission factor focuses only on natural gas production from gas wells, omitting the

casinghead gas produced as a co-product from oil wells. Specifically, for $CH_4$ emissions associated with production (and where $CO_2$ is calculated analogously):

$$EF_{CH_4,prod,i} = \frac{\sum_{n \in N_{prod,i}} E_{CH_4,n}}{Q_{GWgas,i}}$$

where:

$EF_{CH_4,prod,i}$ = the $CH_4$ emission factor for production in county $i$ (tonne/Mcf)

$E_{CH_4,n}$ = the mass of $CH_4$ emitted from source $n$ annually (tonne/year)

$N_{prod,i}$ = the set of production sources in county $i$

$Q_{GWgas,i}$ = the volume of gas produced from gas wells in county $i$ annually (Mcf/year).

For sources in the processing stage, however, emissions and production can only be associated at the basin level because centralized processing sites likely process Barnett Shale gas produced in neighboring counties. In addition, the gas processed by these facilities includes gas produced both from gas wells and oil wells (i.e., casinghead gas), and the denominator includes the sum of these two volumes, accordingly. Specifically, for $CH_4$ emissions associated with processing (and where $CO_2$ is calculated analogously):

$$EF_{CH_4,proc} = \frac{\sum_{n \in N_{proc}} E_{CH_4,n}}{Q_{GWgas} + Q_{Cgas}}$$

where:

$EF_{CH_4,proc}$ = the $CH_4$ emission factor for processing in the basin (tonne/Mcf)

$E_{CH_4,n}$ = the mass of $CH_4$ emitted from source $n$ annually (tonne/year)

$N_{proc}$ = the set of processing sources in the basin

$Q_{GWgas}$ = the volume of gas-well gas produced in the basin annually (Mcf/year)

$Q_{Cgas}$ = the volume of casinghead gas produced in the basin annually (Mcf/year).

The estimation strategy for the processing stage is exposed to a risk of leakage of production volumes both into and out of the basin, where the former corresponds to emissions caused by the processing of gas not accounted for in the basin's production statistics and the latter to gas included in the production statistics that is not accounted for in the processing emissions because such processing occurs outside the basin. The potential for bias from leakage is expected to be small because of the costs incurred in shipping unprocessed gas unnecessarily, as well as the relatively small amount of production in neighboring counties (the sum of which is only 8% the sum of gas production within the basin). Further, the potential for leakage in both directions increases the likelihood that any bias introduced by one direction of leakage will be cancelled by that in the other direction. But if not completely cancelling, the small scale of production outside the basin suggests that the sum of leakage would be out of the basin, meaning the estimates will underestimate emission factors.

## From Inventory to LCA

The final estimate of life cycle GHG emissions is calculated as:

$$EF_{LifeCycle} = \left(\frac{1}{TE}\right)$$
$$* \left[\frac{EF_{PreProduction}}{L_1} + \frac{EF_{Production}}{L_2} + \frac{EF_{Processing}}{L_3} + \frac{EF_{Transmission}}{L_4} + \frac{EF_{Disposal}}{L_2}\right]$$
$$+ EF_{Combustion} + EF_{Construction} + EF_{Decommissioning}$$

where:

$EF_{LifeCycle}$ = the emission factor for the entire life cycle (g GHG/kWh generated)

$TE$ = the thermal efficiency of the power plant (kWh-equivalent input/kWh generated)

$EF_{PreProduction}$ = the emission factor for all pre-production processes, including completions and workovers, amortized by the lifetime EUR (g GHG/kWh-equivalent extracted)

$EF_{Production}$ = the emission factor for all production processes (g GHG/kWh-equivalent produced)

$EF_{Processing}$ = the emission factor for all gas processing processes (g GHG/kWh-equivalent processed)

$EF_{Transmission}$ = the emission factor for all processed gas transmission processes (g GHG/kWh-equivalent transmitted)

$EF_{Disposal}$ = the emission factor for all produced-water disposal processes (g GHG/kWh-equivalent produced)

$EF_{Combustion}$ = the emission factor for combustion at the power plant, based on the assumed TE (g GHG/kWh generated)

$EF_{Construction}$ = the emission factor for all power-plant construction processes, amortized over the lifetime production of the power plant (g GHG/kWh generated)

$EF_{Decommissioning}$ = the emission factor for all power-plant decommissioning processes, amortized over the lifetime production of the power plant (g GHG/kWh generated)

$L_1$ = a loss factor representing the portion of gas extracted that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent extracted/kWh-equivalent input)

$L_2$ = a loss factor representing the portion of gas produced that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent produced/kWh-equivalent input)

$L_3$ = a loss factor representing the portion of gas processed that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent processed/kWh-equivalent input)

$L_4$ = a loss factor representing the portion of gas transmitted that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent transmitted/kWh-equivalent input).

Using this formula, life cycle GHG emissions are estimated as shown in Table 21.

**Table 21. Life Cycle GHG Emissions Values (g $CO_2$e/kWh,100-yr)**

| | | Not Separated | From $CO_2$ | From Methane | Sum Base-EUR | Sum High-EUR | Sum Low-EUR |
|---|---|---|---|---|---|---|---|
| | EUR (bcf) | | | | 1.42 | 4.26 | 0.45 |
| **Fuel Cycle** | Pre-Production (non-completions)[a] | | 13.9 | | 13.9 | 4.6 | 44.6 |
| | Completions and Workovers[b] | | | 20.2 | 20.2 | 6.7 | 65.0 |
| | Production | | 3.3 | 3.0 | 6.3 | 6.3 | 6.3 |
| | Processing | | 15.6 | 2.4 | 18.0 | 18.0 | 18.0 |
| | Produced Water Disposal | | 0.0 | 0.7 | 0.7 | 0.7 | 0.7 |
| | Transmission[c] | | 3.2 | 16.2 | 19.4 | 19.4 | 19.4 |
| **Power Plant** | Construction and Decommissioning[d] | 1.2 | | | 1.2 | 1.2 | 1.2 |
| | Combustion at Power Plant[e] | | 359.0 | | 359.0 | 359.0 | 359.0 |
| **Overall** | Life Cycle | 1.2 | 395.0 | 42.4 | 438.6 | 415.8 | 514.1 |

[a] Although lower estimates for this stage have been published, reported emissions increase as the comprehensiveness of processes considered increase. So we use the highest published estimate for this stage that provided results in a form that could be adjusted by EUR (Santoro et al., 2011).

[b] Based on EPA (2011) estimate of 9,175 Mcf natural gas emission/completion, 1% of wells/year workover rate (EPA 2012b), 30-year assumed lifetime (Skone et al. 2011), and 22-county, Barnett Shale average natural gas molecular weight of 20.1 lb/lb-mol and 66.2% methane by mass.

[c] Based on Skone et al. (2011)

[d] Based on Skone and James (2010)

[e] Based on Skone et al. (2011)

# Appendix C:  Requirements, Standards, and Reporting

**Table 22. State Revisions to Oil and Gas Laws**

| | |
|---|---|
| **PA** | Updated regulations in 2010. Particular emphasis on well construction, disclosure, handling and disposal of recovered fluids. New 2012 legislation also created new setbacks, environmental impact analysis requirements, new fees, floodplain drilling restrictions, restoration requirements, general containment requirements, public disclosure requirements, restricted local control. |
| **NY** | Proposed major overhaul of regulations in 2011 specifically to address high-volume hydraulic fracturing. Some of the most comprehensive rules in the nation. Added new subpart 560 containing definitions specific to high-volume hydraulic fracturing, setback, reporting, weil construction, and reclamation standards. |
| **CO** | Major overhaul of regulations in 2009. In 2011, revised disclosure rule, added a requirement that operators must notify Commission within 48 hours of intention to fracture and provide landowners within 500 feet of proposed oil and gas location information regarding fracturing and how to collect baseline monitoring. |
| **WY** | Updated regulations in 2010. Revised disclosure and pit requirements; strengthened presumptive Best Available Control Technology requirements for air emissions (green completions in Jonah Pinedale Anticline Area and Concentrated Development Areas). |
| **TX** | Updated air rules and implemented disclosure rule in January 2012. |
| **LA** | Finalized new disclosure rule in October 2011. |

**Table 23. Fracking Fluid Disclosure Requirements**

| | Colorado | Louisiana | New York | Pennsylvania | Texas | Wyoming |
|---|---|---|---|---|---|---|
| **State Code** | COGCC Rule 205A | La. Admin Code. tit. 43, pt. XIX, § 118 | Draft SGEIS 8.2.1.1 | Act 13, §3222, 3222.1 | 16 Tex. Admin Code § 3.29 | WOGCC Rules, Ch. 3 § 45 |
| **Takes Effect** | February 1, 2012 | October 20, 2011 | Proposed 2011 | April 16, 2012[157] | February 1, 2012 | October 17, 2011 |
| **Duty to Report?** | Yes. Names of products in fracking fluids, chemicals in fracking fluids, associated chemical abstract numbers. | Yes. Names of products in fracking fluid, chemical ingredients in fracking fluid, chemical concentrations of hazardous chemicals. | Yes. Fracking fluid additive products and material safety data sheets | Yes. Names of products in fracking fluid, chemicals in fracking fluid, associated chemical abstract service numbers. | Yes. Names of products in fracking fluid, associated chemical abstract numbers, volume of fracking fluid. | Yes. Names of products in fracking fluid, chemicals present in fluid, associated chemical abstract service numbers, volume of fracking fluid. |
| **To Whom?** | Yes, to Frac Focus provided public can search information by company, chemical ingredient, geographic area, and other criteria by Jan. 1, 2013. If not, COGCC will build its own searchable database. Must also provide landowners within 500 feet of the well with information regarding fracking and baseline water sampling.[158] | Office of Conservation, district manager or Frac Focus | NY Department of Environmental Conservation for public disclosure | PA Department of Environmental Protection or Frac Focus. Similar requirement to CO that Frac Focus must be searchable by Jan. 1, 2013, or DEP may require other form of public disclosure. | Yes, to Frac Focus. | Yes to WOGCC website. |

---

[157] Note, however, that Act is enjoined pending resolution of legal challenge to its constitutionality on other grounds.
[158] 2 CCR 404-1, R. 305.e.(1).A. (2012).

| | Colorado | Louisiana | New York | Pennsylvania | Texas | Wyoming |
|---|---|---|---|---|---|---|
| **When?** | No later than 60 days after completion of fracking operation or no later than 120 days after commencement of fracking operation. | Within 20 days after operations are complete. | Prior to drilling. | Within 60 days of completion of well completion | On or before date operator submits Well Completion Report; operator must also upload required information to Disclosure Registry. | Before fracking begins (APD) and after operation is complete (Well Completion Report Form). |
| **Trade Secret Exemption?** | Yes, for chemicals but not for chemical family name. | Yes, for chemicals but not for chemical family. | Yes, but must still disclose information regarding properties and effects of hazardous chemical. | Yes, for chemicals but not for chemical family. Claims governed by PA's "Right to Know" law, which requires companies submit trade secret information to the DEP. Citizens may challenge information. | Yes, for chemicals but not for chemical family.[159] | Yes, operator can make a request to WOGCC to keep proprietary information confidential. |
| **Trade Secret Disclosure?** | Yes, trade secrets must be disclosed to medical professional in event of medical emergency, to Commission to respond to a spill, release or complaint or if needed for diagnosis or treatment of exposed individual. Disclosure must be kept confidential. | Yes, if required to be provided to a health care professional, doctor, or nurse. | Yes to health professionals, employees and designated representatives. | Yes, if required to be provided to a health care professional in event of an emergency. Disclosure must be kept confidential. | Yes, to health professionals and emergency responders to diagnose, treat, or otherwise respond to an emergency. Disclosure must be kept confidential. | No. |

---

[159] The Texas law contains provisions that allow landowners on whose property operations are taking place, landowners with adjacent property to operations, or state departments and agencies with jurisdiction over matters relevant to trade secret information to challenge a claim of trade secret.

### Table 24. Water Acquisition Requirements

| Play/Basin | Permit for Withdrawal | Reporting | Other Requirements | Recycling |
|---|---|---|---|---|
| **North San Juan (Colorado)** | Permit for groundwater withdrawal outside designated ground water basin.[160] | Must report total volume of water used in fracking job to Frac Focus.[161] | Local requirements apply.[162] | None.[163] |
| **Upper Green River (Wyoming)** | Yes[164] | Yes, limited to amount, not source.[165] | None identified. | None. |
| **Marcellus (New York)** | Yes[166] | Operator must identify source of water in permit and report annually on aggregate amounts withdrawn or purchased.[167] | Monitoring and other requirements to ensure no degradation to water quality and quantity.[168] | Must develop a wastewater source reduction strategy identifying the methods and procedures operators will use to maximize recycling and reuse of flow back or production fluid either to fracture other wells or for approved beneficial uses.[169] |

[160] C.R.S. §§ 37-90-137, 37-92-308 (2011). See also http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf. The Colorado Ground Water Commission may define and alter designated groundwater basins within the state based on adequate factual information. See C.R.S. §37-90-106 (2012).

[161] COGCC R. 205A(b)(2)(A)(viii) (2012).

[162] See, for example, Archuleta County Land Use Code Section 9.2: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010) http://www.archuletacounty.org/Planning/Section%209%20-%20Mining%20December%202010.pdf.

[163] See Response of the Colorado Oil and Gas Conservation Commission to the STRONGER Hydraulic Fracturing Questionnaire, 32, http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf (noting that R. 907(a)(3) encourages recycling by encouraging operators to submit waste management plans that may provide for reuse of waste water. Rules 903 and 907 encourage recycling by providing for multi-well pits. R. 902.e and 903.a.(4) creates new pit classification for multi-well pits. "These pits are often centrally located in the oil or gas field, are used to store fluids from multiple wells, and may include treatment areas where fracturing flowback fluids and produced water can be brought up to specifications. COGCC is also working with several operators on waste sharing plans that will facilitate the reuse and recycling of fracturing fluids and produced water."

[164] National Conference of State Legislatures, "State Water Withdrawal Regulations," http://www.ncsl.org/issues-research/env-res/state-water-withdrawal-regulations.aspx.

[165] Conversation with Rick Marvel, engineer, WOGCC, May 29, 2012.

[166] NYSGEIS § 7.1.1.1. Withdrawal permits will include conditions to monitor and enforce water quality and quantity standards and requirements. If withdrawing from within 500 feet of wetlands, must require monitoring during pump test. Lowering groundwater levels at or below wetlands is a significant impact triggering site-specific State Environmental Quality Review Act review. Withdrawals from groundwater within 500 feet of private wells also trigger site-specific State Environmental Quality Review Act reviews.

[167] Id.

[168] See Id (discussing various standards such as passby flow requirements, water conservation practices, and protections for aquatic life that may be included by permit).

[169] NYSGEIS § 5.12.

| Play/Basin | Permit for Withdrawal | Reporting | Other Requirements | Recycling |
|---|---|---|---|---|
| **Marcellus (Pennsylvania)** | Cannot withdraw without approved water management plan.[170] | Report list of water sources used under approved water management plan and volume of water.[171] | Water management plan that includes plan for reuse of fluids.[172] | Water management plan must include plan for reuse of fluids used to fracture wells.[173] Well completion report must include total volume of water recycled.[174] |
| **Haynesville (Louisiana)** | None identified. | Must report water source and volumes after completion or recompletion.[175] | None. | Regulations recognize processing of E&P waste into reusable materials as alternative to other means of disposal and authorizes commercial facilities for the purpose of generating reusable material.[176] |
| **Eagle Ford (Texas)** | Yes.[177] | Report total volume of water used in fracking to Frac Focus.[178] | None identified. | None. |
| **Barnett (Texas)** | Yes. | Report total volume of water used in fracking to Frac Focus.[179] | None identified. | None. |

---

[170] 58 PA Con. Stat. ch. 32, § 3211(m). Condition of all permits to hydraulically fracture natural gas wells in unconventional formations.

[171] *Id.* § 3222(b.1)(1)(vi) (2012).

[172] 58 PA Con. Stat. ch. 32, § 3211(m). Operators must develop water management plan, which must be approved by DEP, governing withdrawals or use of water. Approval of plan is contingent on determination that withdrawal/use will not adversely affect quantity or quality of water, will protect and maintain designated and existing uses of water supply, will not cause adverse impact to water quality in watershed and will include a reuse plan for fluids for hydraulically fractured wells. If plan is operated in accord with conditions established by the Susquehanna River Basin Commission, the Delaware River Basin Commission or the Great Lakes Commission, it is presumed to meet above conditions.

[173] 58 PA Con. Stat. ch. 32, §. 3211(m)(2)(iv).

[174] *Id.* § 3222(b.1)(1)(vi) (2012).

[175] Well History and Work Resume Report, Form WH-1, Louisiana Hydraulic Fracturing State Review, 5 (March 2011), http://www.strongerinc.org/documents/Final%20Louisiana%20HF%20Review%203-2011.pdf.

[176] La. Admin. Code tit. 43:XIX, § 565 (2010).

[177] Tex. Water Code, tit. 2, ch. 11. *See also* http://www.rrc.state.tx.us/barnettshale/waternse.php Short-term permits issued by Texas Commission on Environmental Quality Regional Offices and permits for more than 10 acre-feet of water or for a term lasting more than 1 year are issued by the Commission's Water Rights Permitting Team.

[178] 16 Tex. Admin. Code § 3.29(c)(2)(A)(viii) (2011).

[179] *Id.*

**Table 25. Well Construction Standards**

| Play/Basin/ Jurisdiction | Cement Bond Log | Minimum Surface Casing Depth | Pressure Tests for Casing | Monitor Bradenhead Annulus Pressure |
|---|---|---|---|---|
| **Federal Lands**[180] | Yes. | None. | Yes. Mechanical integrity test required before each well stimulation operation. | No. But must continuously monitor and record pressure during well stimulation and notify if annulus pressure increases by more than 500 lbs per square inch. |
| **North San Juan (Colorado)** | Yes. Required on all production casing, or in the case of production liner, the intermediate casing.[181] | None specified in rules, but OGCC requires casing be set at least 50 feet below aquifer to ground surface. | Yes. Must test production casing during completion and production.[182] | Must monitor and record bradenhead annulus pressure during fracking and notify COGCC of conditions indicating fracking fluids have escaped producing reservoir.[183] |
| **Upper Green River (Wyoming)** | No specific requirement.[184] | None specified but casing must be run below known or reasonably estimated utilizable fresh water levels.[185] | No. Mechanical integrity tests may be required but not mandatory.[186] | No |
| **Barnett (Texas)** | No. | None specified but all usable-quality water zones be isolated and sealed off to effectively prevent contamination or harm.[187] | All casing must be steel casing that has been hydrostatically pressure tested with an applied pressure at least equal to max. pressure to which pipe will be subjected in the well | All wells must be equipped with a bradenhead. Must notify district office when pressure develops between any two strings of casing. Must perform a pressure test with bradenhead if well shows pressure on the bradenhead.[188] |

---

[180] BLM (2012). "Proposed Rule: Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands," Department of Interior, May 4, 2012, http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

[181] COGCC R. 317(o).

[182] *Id.* at 317(j).

[183] *Id.* at 341.

[184] WOGCC Rules, ch. 3, §§ 12, 21, requires submission of well logs, which includes "electrical, radioactive, or other similar log runs," which may, but does not necessarily, include cement bond logs.

[185] *Id.* § 22(a)(i).

[186] *Id.* § 45.

[187] 16 Tex. Admin. Code § 3.13.

[188] *Id.* § 3.17.

| Play/Basin/ Jurisdiction | Cement Bond Log | Minimum Surface Casing Depth | Pressure Tests for Casing | Monitor Bradenhead Annulus Pressure |
|---|---|---|---|---|
| **Eagle Ford (Texas)** | No. | None specified but all usable-quality water zones must be isolated and sealed off to effectively prevent contamination or harm.[189] | All casing must be steel casing that has been hydrostatically pressure tested with an applied pressure at least equal to the maximum pressure to which pipe will be subjected in the well. | All wells must be equipped with a bradenhead. Must notify district office when pressure develops between any two strings of casing. Must perform a pressure test with bradenhead if well shows pressure on the bradenhead.[190] |
| **Haynesville (Louisiana)** | Yes, operator must run cement bond log, temperature survey, X-ray log, density log, or other acceptable test.[191] | None.[192] | Surface, intermediate, and producing casing must be tested depending on their depth.[193] | No. |
| **Marcellus (New York)** | Department may require a cement bond long or other measures to ensure adequacy of the bond.[194] | Must be set to at least 75 feet beyond deepest fresh water zone or bedrock, whichever is deeper. | No.[195] | No. |
| **Marcellus (Pennsylvania)** | In response to a potential natural gas migration incident, the department may require operator to evaluate adjacent oil and gas wells with different measures, including cement bond logs.[196] | Must be set 50 feet below deepest fresh groundwater or at least 50 feet into consolidated rock, whichever is deeper.[197] | Yes. New casing must have an internal pressure rating that is at least 20% greater than anticipated maximum pressure to which casing will be exposed. Used casing must be pressure tested after cementing and before continuation of drilling.[198] | No. |

---

[189] *Id.* § 3.13.
[190] *Id.* § 3.17.
[191] La. Admin. Code, tit. 43, pt. XIX, §419(A)(3).
[192] *Id.* § 109.
[193] *Id.*
[194] N.Y. Comp. Codes R. & Regs. tit. 6, ch. V, §559.6(d)(2).
[195] *Id.* § 557.2.
[196] 25 Pa. Code § 78.89.
[197] *Id.* § 78.83.
[198] *Id.* § 78.84.

**Table 26. Baseline Monitoring Requirements**

| Play/Basin | Requirement |
|---|---|
| **North San Juan (Colorado)** | Operators drilling within 301–2,640 feet of surface water intended to be used for drinking water must collect baseline water samples from the surface water prior to drilling and 3 months after the conclusion of drilling or completion.[199] Operators must collect water well samples from nearby wells prior to drilling, as well as 1, 3, and 6 years after completion.[200] Operators must provide landowners within 500 feet of proposed oil and gas location with instruction as to how to collect baseline water samples.[201] |
| **Marcellus (New York)** | Operator must make reasonable attempt to sample and test all residential water wells within 1,000 feet of a wellpad; must be sampled prior to commencing drilling. If no well is located within 1,000 feet, or the surface owner denies permission, then the operator must sample all wells within a 2,000-foot radius. Monitoring continues at specified intervals as determined by the DEC.[202] |
| **Marcellus (Pennsylvania)** | PA law provides for a rebuttable presumption that a well operator is responsible for pollution of a private or public water supply if the supply is within 2,500 feet of an unconventional well and the pollution occurred within 12 months of the later of the completion, drilling, stimulation or alteration of the well. Operators can overcome this presumption by undertaking a pre-drilling or pre-alteration survey that demonstrates pre-existing contamination or if landowner or water purveyor refuses to allow the operator to test.[203] |

---

[199] 2 Colo. Code Regs. § 404-1; COGCC R. 317B(d)(e). Samples must be tested for BTEX, TDS, metals, and other specified parameters in the rules.

[200] Various Commission Orders. *See* COGCC Response to STRONGER, 4, available at http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf. R. 608 extends the requirements set forth in Commission Orders to other parts of the state with CBM wells and requires operators to identify all plugged and abandoned wells within ¼ mile of proposed CBM well, assess the risk of leaking gas or water, make a reasonable good-faith effort to conduct pre-production soil gas survey of all plugged and abandoned wells within ¼ mile of proposed CBM well and post-production survey 1 and every 3 years after production has commenced, and sample water wells located within ¼ or ½ mile from proposed CBM well and within 1, 3, and 6 years thereafter.

[201] 2 Colo. Code Regs. § 404-1; COGCC R. 305.e.(1).A. (2012).

[202] N .Y. Comp. Codes R. & Regs. tit 6, § 560.5(d).

[203] 58 Pa. Cons. Stat § 3218(c).

**Table 27. Closed-Loop or Pitless Drilling Requirements**

| Play/Basin | Requirement | Date Adopted |
|---|---|---|
| **North San Juan (Colorado)** | Pitless drilling within 301–500 feet of surface water intended to be used for drinking water. Pitless drilling or containment of all flowback and stimulation fluids in liner pits within 501–2,640 feet of surface water intended to be used for drinking water unless operator can demonstrate pit will not adversely affect waters.[204] | 2008 |
| **Upper Green River (Wyoming)** | Closed system required where groundwater is less than 20 feet below surface.[205] | 2010 |
| **Marcellus (New York)** | Closed-loop tank system for drilling fluids and cuttings produced from horizontal drilling unless an acid rock drainage mitigation plan for on-site burial of such cuttings is approved by department.[206] Cuttings contaminated with oil-based mud or polymer-based mud must be contained and managed in a closed-loop tank system.[207] | Proposed 2011 |
| **Marcellus (Pennsylvania)** | Prohibits storage and disposal of production fluids and brine in pits unless permitted under Clean Streams Law.[208] | 2010 |
| **Barnett (Texas)** | Closed-loop mud system required for all drilling and reworking operations unless operations located on open space of at least 25 acres and not within 1,000 feet of residence or certain public places.[209] | 2009 |

---

[204] COGCC R. 317B(d)(1), (e)(1); R. 904. Colorado does not define pitless drilling. The definition of *pit* is a "natural or man-made depression in the ground used for oil or gas exploration or production purposes. Pit does not include steel, fiberglass, concrete or other similar vessels which do not release their contents to surrounding soils." COGCC R. 100.

[205] WY ADC Oil Gen. ch. 4, § 1(u). Commission has authority to require closed system in other instances to protect surface and ground water, human beings, wildlife and livestock. *Id.* Closed system "includes, but is not limited to, the use of a combination of solids control equipment (e.g., unconventional shakers, flow line cleaners, desanders, desilters, mud cleaners, centrifuges, agitators, and necessary pumps and piping) incorporated in a series on the rig's steel mud tanks, or a self-contained unit that eliminates the need for a reserve pit for the purpose of dumping and dilution of drilling fluids for the removal of entrained drilling solids. A closed system for the purpose of the Commission's rules does not automatically include the use of a small pit, even to receive cuttings." WY ADC Oil Gen. ch.1, § 2(k).

[206] NY Dept. of Envtl Conservation Proposed Rules, 6 N.Y. Comp. Codes R. & Regs. § 560.6. Closed-loop drilling system means a pitless drilling system where all drilling fluids and cuttings are contained at the surface within piping, separation equipment and tanks. 6 N.Y. Comp. Codes R. & Regs. § 750-3.2.

[207] New York Department of Environmental Conservation Proposed Rules, 6 N.Y. Comp. Codes R. & Regs. § 560.7.

[208] PA Office of Oil and Gas Mgmt. Rules, ch. 78.57.

[209] Fort Worth, Tex. Ordinance, § 15-42(A)(3), (A)(38)(b) (2009).

### Table 28. Produced Water Disposal

| State | Direct | Indirect | Underground Injection Control | Ponds | Land | Reuse |
|-------|--------|----------|-------------------------------|-------|------|-------|
| CO | Yes, if water meets criteria for wildlife or agricultural propagation. CBM discharges via permit.[210] | Yes | Yes | Yes | Yes, water must meet state water-quality standard for agricultural/livestock use.[211] | Encouraged[212] |
| WY | Yes, if water meets criteria for wildlife or livestock watering or other agricultural uses.[213] | Yes | Yes | Yes | Yes, with permission.[214] | Encouraged[215] |
| TX | Yes[216] | No[217] | Yes | Yes, with permit.[218] | No[219] | No provisions |
| PA | No | Yes, for new and expanded discharges meeting standards. | Yes | Yes | Yes[220] | Yes[221] |
| NY | No | Yes operator must analyze POTW capacity and create contingency plan if the primary wastewater disposal is at POTW. | Yes[222] | No | Only with permission.[223] | Encouraged[224] |

[210] Colorado follows national effluent limitations. 2 Colo. Code Regs. §404-1; COGCC R. 907.

[211] 2 Colo. Code Regs. §404-1, COGCC R. 907. Standard is 3,500 mg/l.

[212] No specific requirements but COGCC R. 907(a)(3) encourages recycling by encouraging operators to submit waste management plans which may provide for reuse of waste water, see http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf

[213] WY Water Quality Rules & Regs, ch. 2, appendix H. *See also* WOGCC Rules, ch. 4 §1 (ee).

[214] WOGCC Rules, ch. 4 §1 (mm)

[215] *Id.* § 1(z). No specific requirements although "Commission encourages the recycling of drilling fluids and by administrative action approves the transfer of drilling fluids intended for recycling.

[216] Personal communication with John Becker, Texas Railroad Commission.

[217] Based on conversation with Phillip Urbany, engineer, TX Commission on Environmental Quality, May 29, 2012.

[218] 16 Tex. Admin. Code §3.8(d)(2).

[219] Our research did not identify any prohibition on land application but also no clear authorization.

[220] 25 Pa. Code §78.63.

[221] AB 13, Sec. 3211(m).

176 – Appendix C

| State | Direct | Indirect | Underground Injection Control | Ponds | Land | Reuse |
|-------|--------|----------|------------------------------|-------|------|-------|
| LA | No[225] | Discharge to a POTW is not a permissible disposal method for produced water in Louisiana.[226] | Yes | Yes | Yes[227] | No provisions |

---

[222] N.Y. Comp. Codes R. & Regs. tit. 6, §750-1.24. *See also* 40 C.F.R. 144 & 146.

[223] Revised SGEIS at 7-60: Those wanting to road spread production brine must petition for a beneficial use determination. NORM concentrations in Marcellus Shale likely won't allow road spreading of brine, but "[a]s more data becomes available, it is anticipated that petitions for such use will be evaluated by the Department."

[224] Proposed N.Y. Comp. Codes R. & Regs., tit. 6, §560.7. Removed pit fluids must be disposed, recycled or reused as described in approved fluid disposal plan. Operator must submit fluid disposal plan (see regs at 750. 3.12).

[225] EPA National effluent limitation, *see* 40 CFR ch. I, subch. N; see also http://www.deq.louisiana.gov/portal/Portals/0/planning/Permits%20Docs/Timeline022912mcm-Version%204.pdf (discharges prohibited onto vegetated areas, soil, intermittently exposed sediment surface, lakes, rivers, streams, bayous, canals, or other surface waters regionally characterized as upland, freshwater swamps, freshwater marshes, natural or manmade water bodies bounded by freshwater swamp/marsh).

[226] *See* La. Admin Code titl. 43, pt. XIX, §313.

[227] *Id.* §313(D).

177 – Appendix C

### Table 29. Green Completion Requirements

| Play/Basin/Jurisdiction | Requirement | Flaring/Venting Allowed | Local |
|---|---|---|---|
| Federal[228] | Hydraulically fractured gas production wells must capture and route all saleable gas to a sales line during flowback starting in 2015. Exception for low-pressure wells. Does not apply to exploratory or delineation wells. | Pit flaring allowed until 2015 and thereafter allowed for non-recoverable gas. Venting allowed where flaring presents safety hazard or if flowback is noncombustible. | N/A |
| North San Juan (Colorado)[229] | Must use green completion practices to route saleable gas to sales line as soon as practicable. Does not apply to low-pressure or wells with less than 500 MCFD of naturally flowing gas. Exception for exploratory wells and wells not sufficiently proximate to sales lines. | Gaseous phase of non-flammable effluent may be flared or vented until flammable gas is encountered for safety reasons. During upset conditions. If variance granted. | Cannot vent or flare well directly to atmosphere without first going to separation equipment or portable tank.[230] |
| Upper Green River (Wyoming)[231] | Must eliminate VOCs and hazardous air pollutants to the extent practicable by routing liquids to tanks and gas to sales line or collection system. Does not apply to exploratory wells. | Permitted when required by specific operational events or circumstances. | None |

---

[228] U.S. EPA, Final Rule, Oil and Natural Gas Sector: "New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews," (2012).
[229] COGCC R. 805(b)(3).
[230] Archuleta County Land Use Code Sec. 9.2.6.3: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010) http://www.archuletacounty.org/DocumentView.aspx?DID=295.
[231] Wyoming Oil and Gas Production Facilities, ch. 6, § 2 Permitting Guidance (March 2010), http://deq.state.wy.us/aqd/Oil%20and%20Gas/March%202010%20FINAL%20O&G%20GUIDANCE.pdf.

| Play/Basin/Jurisdiction | Requirement | Flaring/Venting Allowed | Local |
|---|---|---|---|
| **Barnett (Texas)** | None | N/A | All wells that have a sales line must use techniques or methods that minimize the release of natural gas and vapors to the environment during flowback except wells permitted prior to July 1, 2009, or the first well on a pad site.[232] |
| **Marcellus (New York)** *– Proposed* | REC whenever sales line available.[233] | Yes, if no sales line available. | None identified |

---

[232] Fort Worth, Tex., Ordinance No. 18449-02-2009, § 15-42(A)(28).

[233] Proposed mitigation requirement via permit condition. New York Department of Environmental Compliance, Revised Draft SGEIS, §7.6.8.

**Table 30. Setback Requirements**

| Play/Basin | State-Distance from home | State-Distance from Private Water Well | State-Distance from source of drinking water | Local | Vertical fragmentation? |
|---|---|---|---|---|---|
| Barnett (Texas) | 200 feet[234] | None | None | 600 feet from home, 200 feet to fresh water well[235] | Yes |
| Eagle Ford (Texas) | 200 feet | None | None | 500 feet from home,[236] 200 feet from home[237] | Yes |
| Haynesville (Louisiana) | 500 feet[238] | None | None | None | No |
| Marcellus (Pennsylvania) | 500 feet[239] | 500 feet[240] | 1,000 feet[241] | 200 feet from home or water well[242] | Yes, under current law[243] |
| Marcellus (New York) | None | 500 feet[244] | 500 feet[245] | N/A[246] | Yes, in that localities have banned development altogether, and if the state moratorium is lifted, it seems likely localities will attempt to regulate this area |

---

[234] Tex. Local Gov't Code 253.005(c).

[235] Fort Worth, Tex.; Ordinance No. 18449-02-2009.

[236] City of Burleson, Tex., Ordinance B-790-09.

[237] Fayette County, Tex., Ordinance. Local zoning ordinance provides for the same 200-foot setback limit from residential homes but ordinance notes "Zoning Hearing Board may attach additional conditions to protect the public's health, safety, and welfare, including increased setbacks."

[238] State of La. Office of Conservation, Order No. U-HS (Aug. 1, 2009), http://dnr.louisiana.gov/assets/docs/news/2009/U-HS.pdf. *See also Louisiana Hydraulic Fracturing State Review,* (Mar. 2011), 5.

[239] Act 13, § 3215(a) (Unconventional wells cannot be drilled within 500 ft. of building or water well, without the consent of the owner of the building or well).

[240] *Id.* DEP shall grant a variance from specified setback requirements if the restriction deprives the owner of the oil and gas rights of the right to produce or share in the oil or gas underlying the surface tract. Note, the statute also provides for a 300-foot setback from streams, springs, other bodies of water identified on a U.S. Geological Survey map, or wetlands, although these "shall" also be waived upon submission of a plan containing additional measures to protect waters. *Id.* § 3215(b).

[241] *Id.*

[242] South Franklin Township, Pa.; Ordinance No. 4-2008 (Wells may not be drilled within 200 feet from an existing habitable structure or existing water well without express written consent of the owner).

[243] Act 13 supersedes all local ordinances purporting to regulate oil and gas operations, other than those adopted pursuant to Pennsylvania municipalities and planning code and Flood Plain Management Act. However, implementation of this provision of the law has been enjoined pending resolution of a legal challenge brought by a number of local governments.

[244] Proposed 6 N.Y. Comp. Codes R. & Regs. 560.4(a)(1) (Well pad must be at least 500 ft. from a private water well unless waived by water well owner).

[245] *Id.* at 560.4(a)(2) (Well pads may not be located within 500 feet of the boundary of a primary aquifer). In addition, NY prohibits well pads within a primary aquifer, 100-year floodplain, and within 2,000 ft. of any public

180 – Appendix C

| Play/Basin | State-Distance from home | State-Distance from Private Water Well | State-Distance from source of drinking water | Local | Vertical fragmentation? |
|---|---|---|---|---|---|
| North San Juan (Colorado) | 150 feet[247] | None | Buffer Zones to protect surface water intended for drinking water | 450 from home without consent[248] | Yes |
| Upper Green River (Wyoming) | 350 feet[249] | None | None | None | No |

water supply well, reservoir, natural lake or man-made impoundment except those constructed for fresh water storage associated with hydraulic fracturing, and river or stream intakes. *Id.* at 560.4(a)(2)-(4).

[246] Our research did not identify any local laws directly regulating unconventional gas development in NY.

[247] COGCC R. 603(a). In high-density areas, wellheads must be at least 350 ft. from buildings. *Id.* at 603.e(2).

[248] Chapter 90 – La Plata County's Oil and Gas regulations, § 90-122: http://co.laplata.co.us/sites/default/files/departments/planning/chapter_90_adopted_12_7_2010.pdf ; Archuleta County Land Use Code Section 9.2.6.2: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010) http://www.archuletacounty.org/DocumentCenter/Home/View/295.

[249] Pits, wellheads, pumping units, tanks and treaters shall be located no closer than 350 ft. from designated public places. Supervisor may extend setbacks or grant exceptions for good cause. WY ADC Oil Gen. ch. 3, § 22(b).

181 – Appendix C

# Appendix D:  Risk Factor Data

This appendix provides more detailed information on the six selected shale plays considered in this study. For each play, where data are available, we provide 1) an overview of the shale play geology and resource potential, 2) trend data on the number of wells being drilled, 3) information about water usage per well, 4) information on produced water volumes and wastewater management practices, 5) issues associated with freshwater acquisition, and 6) reported data on violations. In addition, this appendix provides more information about the severity index used for water violations (D.7).

## Marcellus Shale Play, Pennsylvania

### Overview

The Marcellus Shale formation extends across 600 miles within four states, covering an area of about 54,000 square miles. The thickness of the formation varies, but is typically thicker in the east (up to 250 feet) and thins toward the west (Sumi 2008). The Marcellus Shale is the middle Devonian layer between the upper Middle Devonian Mahantango and underlying Middle Devonian Onodaga Limestone formation (USGS 2011). Estimates of the total economically recoverable natural gas in the basin have changed significantly over the years—from an initial estimate of 1.9 trillion cubic feet (Tcf) in 2002 to 168–516 Tcf in 2008 (UM 2010). The U.S. Geological Survey recently estimated mean undiscovered resources for natural gas liquids of 3,379 million barrels and for natural gas of 84,198 billion cubic feet (USGS 2011).

Figure 63 shows the extent and approximate depth of the Macellus formation, which underlies New York, Pennsylvania, Maryland, West Virginia, and Ohio.



**Figure 63. Extent of Marcellus Shale**

### Number of Wells

As of December 15, 2011, the Marcellus Shale Basin had 88 active operators. More than 9,600 permits have been submitted, with 9,328 issued. Only 36 permits have been denied since 2005 (PA DEP 2011a).The operators with the most permits in the Marcellus Shale include Chesapeake

Appalachia LLC with 1,614 drilling permits, Range Resources Appalachia LLC with 917 permits, and Talisman Energy USA Inc., with 896 permits (PA DEP 2012e).

However, the number of permits does not necessarily reflect the number of wells drilled. Only 44% of the permits resulted in a drilled well (PA DEP 2011b). Figure 64 shows the total number of permits vs. wells drilled in 2010. Figure 65 shows the total number of wells drilled in 2011.



**Figure 64. Marcellus Shale permits issued vs. number of wells drilled (PA DEP 2011b)**

## Water Usage per Well

Some 102 wells in the Marcellus Shale of Pennsylvania were randomly selected for an analysis of water usage per well. The total volume of water per well was acquired through fracfocus.org, and all other information (e.g., latitude, longitude, spud date) was gathered from the fractracker.com data set, "All Wells Marcellus," a compilation of data from the Pennsylvania Department of Environmental Protection (DEP). API numbers and well location files were cross checked between the fractracker and fracfocus data sets. Reporting to fracfocus is voluntary, causing some data to not match official API numbers and latitude/longitude found in regulated DEP data. If discrepancies occurred, then fracfocus data were discarded and a new well was chosen. Table 31 shows results for the 102 wells in Pennsylvania.

**Table 31. Analysis of Water Usage per Well (gallons) for 102 Marcellus Wells** (fracfocus.org)

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 4,842,070 | 9,548,784 | 430,584 | 9,118,200 | 1,690,457 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 4,567,320 | 5,802,941 | 3,912,996 | 1,889,945 | 0.4422 |

As seen in Table 31, the average volume per well was about 4,842,000 gallons. It is important to note the large range of values—with a minimum of 430,584 gallons and a maximum of 9,548,784 gallons.  A histogram (Figure 66) displaying the total volume of water was created by evenly distributing the range of values into twenty bins and then counting the total number of wells for each bin.



**Figure 66. Histogram for 100 wells of total volumes (gallons)** (fracfocus.org)

**Table 32.  Average Water Volume per Well by Well Type (gallons)** (fracfocus.org)

| Well Type | Vertical | Horizontal |
|---|---|---|
| Average | 5,431,035 | 4,756,042 |
| Sample Size | 13 | 89 |

The effect of a small sample size can be seen in the comparison of average water used by type in vertical and horizontal wells in Table 32. In general, horizontal wells use much more water than vertical wells—a vertical well typically uses 0.5 to 1 million gallons of water, whereas a horizontal well uses between 4 to 8 million gallons of water (Natural Gas 2010). Further data collection is needed to provide a better comparison of vertical and horizontal wells.

### *Produced Water*

The DEP has official production and waste reporting data on its Oil and Gas Reporting website (PA DEP 2012b). The website contains statewide data that can be downloaded on production and waste on a yearly basis. Each waste data set contains the total waste for each well per year, with the waste described by quantity, waste type, and disposal method. Before 2010, waste reports were not well organized, and an online reporting system had not yet been created, causing many wells to be excluded from the data sets. Furthermore, a server malfunction caused the loss of any relevant 2007 data. Since 2010, all waste produced by all wells in Pennsylvania have been

accurately reported. However, reporting period dates have changed to biannual, rather than annual.

Brine production and fracking fluid flowback were analyzed. Although the DEP does not have an official definition of flowback and brine, flowback can be considered the water produced before the well is put into production on a gas line.

For our analysis, natural gas wells in the Marcellus Basin were filtered out from DEP data. We observed that portions of a well's waste were reported multiple times if the waste was taken to more than one treatment facility. The duplicate data were removed from the analysis.

Brine and fracking fluid wastes were divided and analyzed separately. The results can be seen in Tables 33 and 34, along with Figures 67 and 68, with all units in gallons.

**Table 33. Summary of Brine Produced (thousands of gallons)** (PA DEP 2012b)

| Year | Total Wells | Total Volume | Average Volume Per Well | Disposal Method | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Brine/ Industrial Water Treatment Plant | Injection Disposal Well | Municipal Sewage Treatment Plant | Other | Reuse Other Than Road Spreading | Road Spreading | Landfill |
| 2006 | 14 | 160.4 | 14.2 | 124.9 | 0 | 30.6 | 0 | 0 | 4.8 | 0 |
| 2008 | 204 | 50,211.0 | 246.1 | 1,345.1 | 775.9 | 40,067.1 | 3,457.8 | 4,501.9 | 63.0 | 0 |
| 2009 | 445 | 231,316.3 | 519.7 | 169,860.5 | 4,707.5 | 36,402.4 | 16,466.8 | 3,875.8 | 3.1 | 0 |
| July 2010- June 2011 | 1,614 | 287,088.1 | 177.8 | 123,623.9 | 35,541.3 | 2,711.6 | 19,931.4 | 105,248.4 | 7.8 | 23.3 |

**Table 34. Summary of Fracking Fluid Produced (thousands of gallons)** (PA DEP 2012b)

| Year | Total Wells | Total Volume | Average Volume Per Well | Disposal Method | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Brine/ Industrial Water Treatment Plant | Injection Disposal Well | Municipal Sewage Treatment Plant | Other | Reuse Other Than Road Spreading | Road Spreading | Landfill |
| 2006 | 2 | 255.4 | 127.7 | 255.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 106 | 46,881.9 | 442.3 | 8,792.4 | 0 | 25,238.7 | 11,717.3 | 1,133.3 | 0 | 0 |
| 2009 | 225 | 105,869.6 | 470.5 | 24,505.2 | 610.2 | 46,570.4 | 26,371.2 | 7,812.4 | 0 | 0 |
| July 2010- June2011 | 1,128 | 249,336.3 | 221.0 | 110,377.0 | 945.1 | 284.9 | 646.1 | 137,009.5 | 138.1 | 73.4 |



**Figure 67. Total volume of produced water, 2006–2011** (PA DEP 2012b)



**Figure 68. Average volume of produced water per well, 2006–2011** (PA DEP 2012b)

Based on Figure 67, the quantity of both produced brine and fracking fluid are clearly increasing each year—due to the increasing number of wells drilled each year. The final reporting period (July 2010–June 2011) had 1,614 wells producing brine, which is 1,169 more wells than the 2009 period (PA DEP 2012b). As seen in Figure 68, the increase in total brine and fracking fluid does not correlate with average produced brine and fracking fluid per well. There is no recognizable trend in produced water per well, as 2009 had a higher average than any other year.

### *Water Acquisition*

Water withdrawal permit information for the Marcellus in this study focused on the Susquehanna River Basin (SRB). The Marcellus formation underlies 72% of the SRB, covering most of Pennsylvania and part of New York (Arthur 2010). The Susquehanna River Basin Commission

(SRBC) has been the forerunner in determining water usage regulations, monitoring, and permits. The SRBC actively regulates water withdrawal by oil and gas operators; all water withdrawal outside of the SRB is regulated by the DEP.

SRBC issues a report on all approved water sources for natural gas development in the SRB (SRBC 2012a). These permits include the fresh-water source, as well as the maximum allowed uptake per day. These uptakes are rarely at capacity and, according to the SRBC, many sources are used for redundancy due to passby flow conditions when water levels are low (SRBC, 2012a). It is possible to source where operators obtain their water. For example, SWEPI, LP has three different public water suppliers in three different counties. Public water supply does not have a maximum allowed daily uptake, whereas all other supplies do. SWEPI only has one docket approval for a fresh-water source—the Allegheny River in Warren County. This permit allows up to 3 million gallons per day (mgd) of water to be used. SWEPI sources the rest of its water from other drilling companies who share their water permits. Overall, SWEPI has eight different water sources, ranging from 0.217 to 3 mgd. Additional information is available regarding percentage of ground-water to surface-water permits and amounts of water used (SRBC 2011a).

## *Cost of Acquisition*

Fees are associated with fresh-water withdrawal permits. The schedule includes a breakdown of a tiered fee system based on withdrawal amount, as well as consumptive vs. non-consumptive use (SRBC 2011a). Consumptive use is defined in 18 CFR § 806.3 as, "The loss of water transferred through a manmade conveyance system or any integral part thereof… injection of water or wastewater into a subsurface formation from which it would not reasonably be available for future use in the basin, diversion from the basin, or any other process by which the water is not returned to the waters of the basin undiminished in quantity (e-CFR 2012)."

On a per gallon basis, the SRBC fees range from $0.00685–0.1425/gallon for consumptive use, and $0.0030–0.07475/gallon for non-consumptive withdrawals (SRBC 2011a).

Considering SWEPI, LP, it can be seen that a typical docket of 0.250 mgd of surface water would cost $9,975 if the water was not used consumptively. If the use is consumptive, then $1,000 is added as an annual compliance and monitoring fee. There will also be a consumptive-use mitigation fee if the company wishes to use the fee as a method of compliance with 18 CFR §806.22(b). This section states that during low flow periods, several steps may be taken to mitigate consumptive use. One option is to reduce water withdrawal from a source equal to the consumptive use of the operator. Another option is to take water from another approved source. If these or the other provided options are not chosen, the company may choose to pay a fee of $0.29 per 1,000 gallons of water consumed. In the case of SWEPI, this may be an additional cost of $72.50. Companies pay for metering systems and report to the SRBC on a daily basis for each well on its water use.

Another source of fresh water is public supply. The cost of this source varies from utility to utility, but most rates can be found on utility websites. Rates vary significantly from supplier to supplier, and oftentimes unique deals are made between supplier and operator. The deal between East Resources Management, LLC and Morningside Heights Water District approves up to 400,000 gallons per day at a rate of $0.0145 per gallon (Pressconnects 2010). This is 60% greater

than water supplier P.A. American Water, which charges $0.008979 per gallon (American Water 2012).

The above costs refer to obtaining water and do not cover the price of transporting the water. Most water is transported by either pumping or trucking. PSU estimates average trucking costs of $0.2 per gallon (Pressconnects 2010). Further analysis of water-supply distances to wells would need to be studied using GIS to assess the actual cost of water transportation.

## *Violations*

The majority of the violations reported from 2009–2011 fall under the category of "minor - no effect" (Figure 69 and Table 35) (NEPA 2012). "Procedural" violations account for about 20%, and "minor effect" and "substantial" account for about 10%. Also, it should be noted that there are no "major" violations. This data set includes all of the violations from 2009–2011 (NEPA 2012). Further information on violations can be found in D.7 of this appendix.



**Gravity of Environmental Effect**

2280 Total Violations 2009-2011

**Figure 69. Pennsylvania violations (NEPA 2012)**

**Table 35. Pennsylvania Violations (NEPA 2012)**

| | | |
|---|---|---|
| Procedural | 510 | 22.4% |
| Minor - no effect | 1433 | 62.9% |
| Minor effect | 173 | 7.6% |
| Substantial | 164 | 7.2% |
| Major | 0 | 0.0% |
| Total | 2280 | |

# Barnett Shale Play, Texas

## Overview

In the early 1900s, geological mapping noted a thick, black, organic-rich shale in an outcrop near the Barnett stream (TRRC 2012e). The Barnett Shale formation exists under extensive areas in Texas and crops out on the flanks of the Llano Uplift, 150 miles to the south of the core area (Figure 70). Current boundaries of the formation are due primarily to erosion (TDWB 2007). The Fort Worth Basin is bounded by tectonic features to the east—notably, the Ouachita Overthrust, an eroded, buried mountain range—and to the north by the uplifted Muenster and Red River Arches. The Barnett Shale dips gently toward the core area and the Muenster Arch from the south where it crops out and thins considerably to the west; its base reaches a maximum depth of ~8,500 ft (subsea) in the northeast. The depth to the top of the Barnett ranges from ~4,500 ft in northwestern Jack County, to ~2,500 ft in southwest Palo Pinto County, to ~3,500 ft in northern Hamilton County, to ~6,000 ft in western McLennan County, to ~7,000 to 8,000 ft in the Dallas-Fort Worth area. Further west in Throckmorton, Shackelford, and Callahan Counties, the depth to the Barnett ranges between ~4,000 and 2,000 ft (TDWB 2007).

The U.S. Geological Survey (USGS) estimated the mean gas resources at 26.7 Tcf (USGS 2004).



**Figure 70. Extent of Barnett Shale**

Figure 70 shows the extent of the Barnett Shale in Texas. The formation is actually considered to be a hydrocarbon source, reservoir, and trap, all at the same time. As a reservoir, it is known as a "tight" gas reservoir, indicating that the gas is not easily extracted. However, hydraulic fracturing technology has made it possible to extract the gas (TRRC, 2012d). For the Barnett Shale, permeability ranges from microdarcies to nanodarcies, porosity ranges from 0.5% to 6%, and water saturation is below 50%.

Future development will be hampered, in part, because major portions of the field are in urban areas, including the rapidly growing Dallas-Fort Worth Metroplex. Some local governments are researching means by which they can drill on existing public land (e.g., parks) without disrupting

other activities so they may obtain royalties on any minerals found. Others are seeking compensation from drilling companies for roads damaged by overweight vehicles, because many of the roads are rural and not designed for use by heavy equipment. In addition, drilling and exploration have generated significant controversy (TRRC, 2012d).

### Number of Wells

The Barnett Shale has experienced substantial development over the last decade, as evidenced by the number of wells (Figure 71) and estimates of total gas production (Figure 72).



**Figure 71. Wells in Barnett Shale, 1995-2010 (TRRC, 2012c)**



**Figure 72. Gas production in the Barnett Shale (bcf), 1995-2010 (TRRC, 2012e)**

### *Water Usage per Well*

Table 36 shows the analysis results on 100 Barnett Shale wells selected randomly from fracfocus.org.

**Table 36. Statistics of Water Use (Gallons)** (fracfocus.org)

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 2,537,853.848 | 26,315,125 | 29,186 | 26,285,939 | 3,512,472.559 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 1,293,306 | 4,298,286 | 86,751 | 4,211,535 | 3.500964058 |



**Figure 73. Histogram of 100 wells for total water volume (gallons)** (fracfocus.org)

As seen in Table 36, the average volume per well was 2,537,853 gallons, with values ranging from 29,186 gallons to 26,315,125 gallons (fracfocus.org). Figure 73 is a histogram displaying the total volume of water, created by evenly distributing the range of values into twenty bins and then counting the total number of wells for each bin.

### Produced Water

No produced water data are available for Barnett shale. However, the Railroad Commission (RRC) of Texas requires every operator to report—into a query system—how much water is disposed. The current method used for disposal in the Barnett Shale is deep-well injected. The Injection Volume Query from the RRC database was used and monthly county-wide or operator-wide injected volumes can be obtained (TRRC 2011).

### Violations

Figure 74 expresses the violations from 2009–2011 in Texas according to the severity of environmental effect (Wiseman 2012). Of the 35 total violations (Table 37), 35% of the violations are "minor - no effect" and "substantial." "Procedural" account for about 20%, and "major" and "minor effect" account for 3%. It should be noted that these violations only include wells for which formal compliance or administrative orders were issued. Therefore, these data are not comprehensive and do not represent the total number of violations. Further information on violations can be found in D.7 of this appendix.



**Figure 74. Texas violations** (Wiseman 2012)

**Table 37. Texas Violations** (Wiseman 2012)

| Texas | | |
|---|---|---|
| Procedural | 8 | 22.9% |
| Minor - no effect | 12 | 34.3% |
| Minor effect | 1 | 2.9% |
| Substantial | 13 | 37.1% |
| Major | 1 | 2.9% |
| Total | | 35 |

# Eagle Ford Shale Play, Texas

## *Overview*

The Eagle Ford Shale play extends across 23 counties, covering an area of 20,000 square miles (Figure 75). The Eagle Ford Shale has an average thickness of 250 feet and contains an estimated 21 Tcf of shale gas and 3 billion barrels of shale oil (EIA 2011).



**Figure 75. Extent of Eagle Ford Shale play** (Eagle Ford Shale 2012)

## *Number of Wells*

In 2008, Petrohawk drilled the first well in the Eagle Ford Shale, and since then, gas production has more than doubled—from 108 bcf in 2010 to 287 bcf in 2011. Oil production increased from more than 4 million barrels in 2010 to more than 36 million barrels in 2011 (TRRC 2012a). Increased production reflects the increases in drilling permits issued and in the number of oil and gas wells. Figure 76 shows the total number of producing oil and gas wells over the past three years.



**Figure 76. Number of producing oil and gas wells in Eagle Ford** (Eagle Ford Shale 2012)

With 2,826 issued drilling permits in 2011 alone, the well count in Eagle Ford may steadily increase (Eagle Ford Shale 2012).

### Water Usage per Well

Wells in the Eagle Ford Shale were randomly selected from fracfocus.org. Figure 77 shows a histogram of the water used per well, and Table 38 shows the average, maximum, and minimum water used per well.

**Table 38. Fresh Water Use in Eagle Ford (in gallons)** (fracfocus.org)

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 3,751,751 | 7,084,098 | 77,658 | 7,006,440 | 1,276,506 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 3,608,905 | 4,386,965 | 3,116,039 | 1,270,927 | -0.079 |



**Figure 77. Fresh-water use in Eagle Ford per well** (fracfocus.org)

The Texas Commission of Environmental Quality monitors surface water use in Texas. Surface water rights are issued to operators, and withdrawal amounts can be found on the TCEQ website (http://www.tceq.texas.gov/). However, withdrawal information is based on water-right number and is not shown on a well-to-well basis (TCEQ 2012).

## Haynesville Shale Play, Louisiana

### Overview

The Haynesville Shale extends over large sections of southwestern Arkansas, northwest Louisiana, and East Texas (Figure 19). It is up to 10,500 to 13,000 feet below the surface, with an average thickness of about 200–300 feet, and overs an area of about 9,000 square miles (TRRC 2012f).

Haynesville Shale is an important shale gas play in East Texas and Louisiana. Estimated recoverable reserves are as much as 60 Tcf, with each well producing 6.5 bcf on average (Hammes 2009). The formation came into prominence in 2008 as a potentially major shale gas resource, and production has boomed since late March 2008 (TRRC 2011). Producing natural gas from the Haynesville Shale requires drilling wells from 10,000 to 13,000 feet deep, with the formation being deeper nearer the Gulf of Mexico. The Haynesville Shale has recently been estimated to be the largest natural gas field in the contiguous 48 states, with an estimated 250 Tcf of recoverable gas (Nossiter 2008).



**Figure 78. Extent of Haynesville Shale**

The Haynesville Shale is lithologically heterogeneous, but is often an organic-rich mudstone. The composition varies greatly according to the geographic location and stratigraphic position of the mudstones—from calcareous mudstone near the ancient carbonate platforms and islands, to argillaceous mudstone in areas where submarine fans prograded into the basin and diluted organic matter. The Haynesville formation was deposited about 150 million years ago in a shallow offshore environment (Geology.com, 2012b).

### *Number of Wells*

The State of Louisiana, Department of Natural Resources, provides information on monthly well counts. Well counts (Figure 79) have varied from 2009–2011 as old wells are abandoned and new wells are drilled and leased. However, total gas production (Figure 80) has increased from 2009–2011.



**Figure 79. Monthly well count (2006–2011)** (LADNR 2012b)

The total number of wells shows a significant drop at the end of 2010, after some natural fractures were seen in the formation cores extracted during test drilling. These fractures suggest

the risk of anthropogenic faulting of the surrounding land; however, drilling continued after these problems were resolved.



**Figure 80. Monthly gas production (2009–2011)** (EIA 2011)

Production is increasing almost linearly, despite a drop in well count. At the end of 2011, production was twice that in 2009.

## Water Usage per Well

One hundred wells in the Haynesville Shale were randomly selected. Table 39 gives statistics on water usage, and Figure 81 is a histogram of the distribution of water usage distributed evenly into twenty bins.

**Table 39. Analysis of Water Usage for 100 Haynesville Shale Wells (fracfocus.org)**

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 4,568,683 | 9,567,936 | 8,736 | 9,559,200 | 2,243,797 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 4,925,256 | 6,255,663 | 3,875,203 | 2,380,460 | -0.578 |



**Figure 81. Fresh-water use for 100-well sample** (fracfocus.org)

## *Violations*

Figure 82 expresses the violations from 2008–2011 in Louisiana according to the severity of environmental effect. A majority of the violations are in the "procedural" category (Table 40). "Minor - no effect" violations make up about 30%, and "minor effect," "substantial," and "major" account for less than 10% (Wiseman 2012). These data include mostly Haynesville wells with compliance orders from January 1, 2008 through July 14, 2011. About 83 additional well incidents had insufficient information to be categorized. Further information on violations can be found in D.7 of this appendix.



**Figure 82. Louisiana violations** (Wiseman 2012)

199 – Appendix D

**Table 40. Louisiana Violations (Wiseman 2012)**

| Procedural | 95 | 59.8% |
|---|---|---|
| Minor - no effect | 49 | 30.7% |
| Minor effect | 3 | 1.9% |
| Substantial | 11 | 7.1% |
| Major | 1 | 0.6% |
| Total | 158 | |

# Upper San Juan Basin, Colorado, New Mexico

## Overview

The San Juan Basin covers an area of about 7,500 square miles across the Colorado and New Mexico border in the Four Corners region (Figure 83). It spans about 100 miles north-south in length and 90 miles east-west in width. In the San Juan Basin, the total thickness of all coalbeds ranges from 20 to more than 80 feet. Coalbed methane production occurs primarily in coals of the Fruitland Formation, but some coalbed methane is trapped within the underlying and adjacent Pictured Cliffs Sandstone; many wells are present in both zones (EPA 2004).



**Figure 83. Extent of the San Juan Basin** (USGS 2002a)

The Fruitland Formation is the primary coal-bearing unit of the San Juan Basin, as well as the target of most coalbed methane production. The Fruitland coals are thick and have individual beds up to 80 feet thick. The formation is composed of interbedded sandstone, siltstone, shale,

and coal. Some of the most important natural-gas-producing formations include the Fruitland, Pictured Cliffs, Mesaverde, Dakota, and Paradox formations and are located in La Plata County. Early development of natural gas began here in the 1920s. In La Plata County, coalbed methane production began in the late 1970s. Traditional natural gas reserves have been—and continue to be—developed at a steady pace (USGS 2002a).

Two types of natural gas wells exist within La Plata County: conventional and coalbed. Conventional gas wells are usually deeper—3,500 to 10,000 feet—and extract gas and oil from sandstone formations such as the Mesaverde and Dakota (La Plata Energy Council 2012). The shallower coalbed gas wells generally range from 1,000 to 4,000 feet deep and extract gas from coal-bearing formations (EPA 2004). The Fruitland formation is La Plata County's methane-rich coalbed formation.

## *Produced Water*

Conventional wells initially produce large volumes of gas and very little water. Over time, gas production declines and water increases. Coalbed wells are just the opposite, producing large quantities of water and low gas quantities at the beginning; later, water production declines and gas production increases. Table 41 shows oil, gas, and water production from 2007–2011.

**Table 41. Oil, Gas, and Water Production in La Plata County** (COGCC 2012a)

| Year | Oil Production (bbl) | Gas Production (Mcf) | Water Production (bbl) |
|------|---------------------|---------------------|------------------------|
| 2007 | 35,883 | 412,488,324 | 24,032,308 |
| 2008 | 38,038 | 425,541,599 | 20,154,062 |
| 2009 | 33,975 | 425,439,680 | 24,177,214 |
| 2010 | 33,396 | 422,450,451 | 31,942,703 |
| 2011 | 26,747 | 373,116,167 | 21,231,213 |

Based on the database provided by the Colorado Oil and Gas Conservation Commission (COGCC), five methods are used to dispose of water in La Plata County: disposal in a central pit well, injection on lease, disposal at a commercial disposal facility, evaporation in an onsite pit, and through surface discharge (COGCC 2012a). Table 42 and Figure 84 show disposal methods in La Plata County from 2007 to 2011.

**Table 42. Produced Water and Disposal Method in La Plata County (Million Gallons)** (COGCC 2012a)

| Disposal Method | 2011 | 2010 | 2009 | 2008 | 2007 | Average |
|-----------------|------|------|------|------|------|---------|
| Central Disposal Pit Well | 637 | 1,213 | 726 | 646 | 736 | 791 |
| Injected on Lease | 350 | 362 | 175 | 201 | 179 | 253 |
| Commercial Disposal Facility | 47 | 60 | 61 | 53 | 37 | 52 |
| Onsite Pit | 2 | 2 | 1 | 2 | 1 | 1 |
| Surface Discharge | NON | NON | NON | NON | NON | |
| SUM | 1,036 | 1,638 | 963 | 901 | 953 | 1,098 |
| Percentage | 60% | 61% | 51% | 48% | 57% | 55% |
| Estimation | 1,725 | 2,697 | 1,876 | 1,872 | 1,674 | 1,969 |



**Figure 84. Water disposal volumes and methods in La Plata County (million gallons)** (COGCC 2012a)

There is no surface discharge in La Plata County and minimal use of onsite pits. The most widely used method of disposal in La Plata County is a central disposal pit well. Some 70% of produced water is disposed in a central disposal pit well, 23% of produced water is injected on the lease, and 4.7% goes to a commercial disposal facility. Trends in the state of Colorado (Table 43) differ from those in La Plata County (Table 42).

**Table 43. Produced Water and Disposal Method in the State of Colorado (Million Gallons) (COGCC 2012a)**

| Disposal Method | 2011 | 2010 | 2009 | 2008 | 2007 | Average |
|---|---|---|---|---|---|---|
| Central Disposal Pit Well | 4,609 | 3,314 | 3,237 | 3,135 | 3,678 | 3,595 |
| Injected on Lease | 8,095 | 11,243 | 6,715 | 7,194 | 11,666 | 8,983 |
| Commercial Disposal Facility | 1,248 | 2,266 | 1,665 | 1,303 | 962 | 1,489 |
| Onsite Pit | 3,001 | 2,962 | 3,213 | 5,128 | 3,588 | 3,579 |
| Surface Discharge | 2,191 | 1,218 | 1,219 | 283 | 677 | 1,117 |
| Sum | 19,144 | 21,003 | 16,049 | 17,042 | 20,572 | 18,762 |

## *Violations*

For the state of Colorado, the only publicly accessible statistics related to violations are Notices of Alleged Violations (NOAVs). The number of NOAVs does not represent the number of violations because violations do not necessarily lead to the issuance of NOAVs. Additionally, when NOAVs are issued, they may cite violations of more than one rule, order, or permit condition. Colorado violations could not be acquired.

# Green River Basin, Wyoming

## Overview

The Green River Basin Oil Shale Field, as seen in Figure 85, is located in Wyoming, Utah, and Colorado, on the western flank of the Rocky Mountains. The main part of the Green River Basin Formation is located in the southwest portion of Wyoming. The Colorado oil shale is expected to hold the largest amount of oil from shale. Specifically, the Piceance Creek Basin is the large producer for oil shale in the Green River Formation (Oil Shale Gas 2012).

The estimates of the oil resource within the Green River Formation range from 1.3 to 2.0 trillion barrels. Because not all resources are recoverable, a moderate estimate of recoverable oil is about 800 billion barrels (Oil Shale Gas 2012).



**Figure 85. Extent of Green River Formation**

The Jonah Field is located in the northern part of the Green River Basin and has produced more than 1.0 Tcf of gas since production commenced in 1992 (Oil Shale Gas 2012). Development of this field resulted from applying advanced fracture stimulation techniques. The field has undergone several iterations of development, with some sections of the field currently being developed on 10-acre well spacing; the current well spacing is around 20 acres. The field produces from a series of stacked reservoirs within the Cretaceous Mesaverde and Lance Formations. The field is bounded between two faults forming a wedge-shaped field.

## Water usage per well

One hundred wells in the Green River Formation were randomly selected. Table 44 gives statistics about water usage, and Figure 86 is a histogram of water usage distributed evenly into twenty bins.

**Table 44. Analysis of Water Usage for 100 Green River Formation Wells (fracfocus.org)**

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 1,076,417 | 4,451,034 | 14,467 | 4,436,567 | 1,230,306 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 367,522 | 1,665,741 | 201,280 | 1,464,461 | 1.40 |



**Figure 86.  Fresh-water use for 100-well sample** (fracfocus.org)

Figure 87 shows the volumes of hydraulic fracturing fluids used in Wyoming by county.



**Figure 87. Volumes of hydraulic fracturing water (fracfocus.org)**

### Produced Water

Table 45 expresses the total oil, gas, and water produced within the Green River Basin from 2007–2011.

**Table 45. Production of Oil, Gas, and Water in Green River Basin (WOGCC 2012)**

| Year | Oil Production (barrels) | Gas Production (Mcf) | Water Production (Barrels) |
|------|--------------------------|----------------------|----------------------------|
| 2007 | 15,491,483 | 1,218,888,397 | 125,613,453 |
| 2008 | 15,824,924 | 1,371,741,392 | 150,830,391 |
| 2009 | 15,925,806 | 1,428,200,434 | 158,560,401 |
| 2010 | 20,544,588 | 1,418,379,334 | 169,901,204 |
| 2011 | 15,385,222 | 1,347,348,632 | 177,151,681 |

Table 46 provides injection volumes by field, although not all fields are represented.

**Table 46. Injection Volumes** (WOGCC 2012)

| Field | 2007 (bbl) | 2008 (bbl) | 2009 (bbl) | 2010 (bbl) | 2011 (bbl) |
|-------|-----------|-----------|-----------|-----------|-----------|
| Big Piney | 577,239 | 167,646 | 189,178 | 70,354 | 40,247 |
| Bison Basin | 1,989,960 | 2,564,857 | 2,223,756 | 2,354,332 | 2,296,464 |
| Brady | 4,419,146 | 2,612,544 | 1,943,879 | 2,003,854 | 4,688,163 |
| Cow Creek | 4,406,339 | 8,174,082 | 4,635,125 | 5,517,186 | 6,288,081 |
| Fontenelle | 111,267 | 117,390 | 115,376 | 110,948 | 102,167 |
| Green River Bend | 592,890 | 381,857 | 549,775 | 616,873 | 432,311 |
| Jonah | 1,367,707 | 2,010,190 | 1,588,080 | 1,991,187 | 2,703,926 |

205 – Appendix D

| Field | 2007 (bbl) | 2008 (bbl) | 2009 (bbl) | 2010 (bbl) | 2011 (bbl) |
|---|---|---|---|---|---|
| LaBarge | 167,441 | 1,653,772 | 1,752,291 | 2,079,953 | 1,344,187 |
| Lost Soldier | 23,577,864 | 25,017,789 | 32,557,565 | 29,490,274 | 37,367,198 |
| Mahoney Dome | 926,644 | 721,983 | 1,188,006 | 1,085,123 | 1,111,673 |
| McDonald Draw | 535,996 | 494,630 | 414,810 | 388,833 | 377,482 |
| Patrick Draw | 1,551,255 | 4,012,343 | 1,196,017 | 1,020,284 | 1,179,744 |
| Pinedale | 954,458 | 6,749,055 | 11,951,930 | 12,027,080 | 11,482,543 |
| Saddle Ridge | 221,413 | 206,610 | 227,843 | 231,330 | 208,498 |
| Star Corral | 288,567 | 221,015 | 172,686 | 190,853 | 175,222 |
| Tierney | 1,083,636 | 1,813,532 | 1,660,262 | 1,831,283 | 1,004,778 |
| Tip Top | 455,781 | 548,822 | 427,670 | 387,878 | 389,175 |
| WC | 16,900,921 | 33,853,193 | 31,456,801 | 24,984,327 | 12,428,968 |
| Wertz | 20,610,169 | 25,384,888 | 1,953,919 | 24,188,672 | 30,240,574 |

## Severity of Environmental Impact Matrix

Table 47 shows the categorization of environmental impacts for shale gas operations.

**Table 47. Severity of Environmental Impact (Wiseman 2012)**

| Severity of environmental effect | Activity for which violation occurred | Enforcement action | Environmental factors |
|---|---|---|---|
| Procedural | - Permitting<br>- Reporting<br>- Testing<br>- Financial assurance | "All ranges (violation noted" through notice of violation and/or administrative order) | No indication in violation/field notes that failure to obtain permit, report, conduct a test, or provide financial guarantee resulted in environmental damage |
| Minor - no effect | - Equipment failures<br>- Pit construction, operation, and maintenance<br>- Failure to prevent oil and gas waste<br>- Commingling oil and gas<br>- Site maintenance, such as moving weeds<br>- Sign posting and hazard labels | "All ranges (violation noted" through notice of violation and/or administrative order) | No indication in field notes that violation resulted in any environmental damage |
| Minor effect | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order paired with very small environmental effect | Small spills and improperly disposed wastes (typically less than 5 barrels of produced water or oil) that did not move offsite or otherwise suggest substantial environmental damage. Small quantities of air emissions (e.g., slightly over the daily limit). |
| Substantial | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Failure to plug well twelve months after abandonment or inactivity<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order + substantial environmental effect; remediation order | Medium spills and improperly disposed wastes (typically more than 5 barrels and less than 10 for produced water or oil that stayed on site). For fracturing fluid spills, any spill more than 1 barrel was considered major. |
| Major | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order + > substantial environmental effect (or high penalty + substantial environmental effect); remediation order + major environmental effect | Large spills or improperly disposed of wastes (typically 10 or more barrels, small to large spills that moved off site and impacted a resource (e.g., drainage ditch, wetland). Any spill of fracturing fluid > 1 barrel. |

# Appendix E: Assumptions Used in ReEDS

## What is ReEDS?[250]

The Regional Energy Deployment System is an optimization model used to assess the deployment of electric power generation technologies and transmission infrastructure throughout the contiguous United States into the future. The model, developed by NREL, is designed to analyze critical energy issues in the electric sector, especially with respect to the effect of potential energy policies such as clean energy and renewable energy standards or carbon restrictions.

ReEDS provides a detailed treatment of electricity-generating and electrical storage technologies, and specifically addresses a variety of issues related to renewable energy technologies—including accessibility and cost of transmission, regional quality of renewable resources, seasonal and diurnal generation profiles, variability of wind and solar power, and the influence of variability on the reliability of the electrical grid. ReEDS addresses these issues through a highly discretized regional structure, explicit statistical treatment of the variability in wind and solar output over time, and consideration of ancillary services requirements and costs.

### *Qualitative Model Description*

To assess competition among the many electricity generation, storage, and transmission options throughout the contiguous United States, ReEDS chooses the cost-optimal mix of technologies that meet all regional electric power demand requirements, based on grid reliability (reserve) requirements, technology resource constraints, and policy constraints. This cost-minimization routine is performed for each of twenty 2-year periods from 2010 to 2050. The major outputs of ReEDS include the amount of generator capacity and annual generation from each technology, storage capacity expansion, transmission capacity expansion, total electric sector costs, electricity price, fuel prices, and $CO_2$ emissions. Time in ReEDS is subdivided within each 2-year period, with each year divided into four seasons with a representative day for each season, which is further divided into four diurnal time slices. Also, there is one additional summer-peak time slice. These 17 annual time slices enable ReEDS to capture the intricacies of meeting electric loads that vary throughout the day and year—with both conventional and renewable generators.

Although ReEDS includes all major generator types, it has been designed primarily to address the market issues that are of the greatest significance to renewable energy technologies. As a result, renewable and carbon-free energy technologies and barriers to their adoption are a focus. Diffuse resources such as wind and solar power come with concerns that conventional dispatchable power plants do not have, particularly regarding transmission and variability. The ReEDS model examines these issues primarily by using a much greater level of geographic disaggregation than do other long-term, large-scale, capacity expansion models. ReEDS uses 356 different resource regions in the continental United States. These 356 resource supply regions are grouped into four levels of larger regional groupings—balancing areas, reserve-sharing groups,

---

[250] "What is ReEDS?" is taken from the 2011 detailed documentation for the ReEDS model.
Short, W., et al., Regional Energy Deployment System (ReEDS). NREL Technical report NREL/TP-6A20-46534, August 2011. http://www.nrel.gov/analysis/reeds/.

North American Electric Reliability Council regions,[251] and interconnects. States are also represented for the inclusion of state policies.

Many of the data inputs in ReEDS are tied to these regions and derived from a detailed GIS model/database of the wind and solar resource, transmission grid, and existing plant data. The geographic disaggregation of renewable resources enables ReEDS to calculate transmission distances, as well as the benefits of dispersed wind farms, PV arrays, or CSP plants supplying power to a demand region. Offshore wind is distinguished from onshore wind both in terms of technology cost/performance and resources. The wind and CSP supply curves are subdivided into five resource classes based on the quality of the resource—strength and dependability of wind or solar isolation.

Regarding resource variability and grid reliability, ReEDS also allows electric and thermal storage systems to be built and used for load shifting, resource firming, and ancillary services. Four varieties of storage are supported: pumped hydropower, batteries, compressed air energy storage, and thermal storage in buildings.

Along with wind and solar power data, ReEDS provides supply curves for hydropower, biomass, and geothermal resources in each of the 134 balancing areas. The geothermal and hydropower supply curves are in megawatts of recoverable capacity, and the biomass supply curve is in million British thermal units of annual feedstock production. In addition, other carbon-reducing options are considered. Nuclear power is an option, as is CCS on some coal and natural gas plants. CCS is treated simply, with only an additional capital cost for new coal and gas-fired power plants for the extra equipment and an efficiency penalty to account for the parasitic loads of the separation and sequestration process. Also, a limited set of existing coal plants can choose to retrofit to CCS for an associated cost, as well as a performance, penalty. The major conventional electricity-generating technologies considered in ReEDS include hydropower, simple- and combined-cycle natural gas, several varieties of coal, oil/gas steam, and nuclear. These technologies are characterized in ReEDS by the following:

- Capital cost ($/MW)

- Fixed and variable operating costs ($/MWh)

- Fuel costs ($/MMBtu)

- Heat rate (MMBtu/MWh)

- Construction period (years)

- Equipment lifetime (years)

- Financing costs (such as nominal interest rate, loan period, debt fraction, debt-service-coverage ratio)

- Tax credits (investment or production)

---

[251] North American Electric Reliability Corporation, October 2010. "2010 Long-Term Reliability Assessment." http://www.nerc.com/files/2010%20LTRA.pdf. Accessed November 2, 2011.

- Minimum turndown ratio (%)
- Quick-start capability and cost (%, $/MW)
- Spinning reserve capability
- Planned and unplanned outage rates (%).

Renewable and storage technologies are governed by similar parameters—accounting for fundamental differences. For instance, heat rate is replaced with round-trip efficiency in pure storage technologies, and the dispatchability parameters—such as fuel cost, heat rate, turndown ratio, and operating reserve capability—are not used for non-dispatchable wind and solar technologies. These variable generation technologies are further characterized by changes in generation levels over the course of a year.

The model includes consideration of distinguishing characteristics of each conventional generating technology. There are several types of coal-fired power plants within ReEDS, including pulverized coal with and without sulfur dioxide scrubbers, advanced pulverized coal, integrated gasification combined cycle, biomass co-firing, and integrated gasification combined cycle with CCS options. Coal-plant generation is discouraged from daily cycling via a cost penalty, which represents a combination of additional fuel burned, heat rate drop-off, and mechanical wear-and-tear. Natural gas plants represented in ReEDS include simple-cycle combustion turbines, combined-cycle plants, and combined-cycle with CCS plants. Combined-cycle natural gas plants can provide some spinning reserve and quick-start capability, and simple-cycle gas plants can be used cheaply and easily for quick-start power. Nuclear power is represented as one technology in ReEDS and is considered to be baseload.

Retirement of conventional generation and hydropower can be modeled through exogenous specification of planned retirements or based on usage characteristics of the plants. All retiring non-hydro renewable plants are assumed to be refurbished or replaced immediately because the site is already developed and has transmission access and other infrastructure.

ReEDS tracks emissions of carbon and sulfur dioxide from both generators and storage technologies. Caps can be imposed at the national level for these emissions, and constraints can also be applied to impose caps at state or regional levels. There is another option of applying a carbon tax instead of a cap; the tax level and ramp-in pattern can be defined exogenously. In addition, ReEDS can impose clean energy or renewable energy standards at the regional or national level.

Annual electric loads and fuel price supply curves are exogenously specified to define the system boundaries for each period of the optimization. To allow for the evaluation of scenarios that might depart significantly from the Reference scenario, price elasticity of demand is integrated into the model: the exogenously defined demand projection can be adjusted up or down based on a comparison of an estimated business-as-usual electricity price path and a calculation of electricity price within the model for each of the twenty 2-year periods. For coal and natural gas

pricing, supply curves based on the Annual Energy Outlook[252] have been developed and used in ReEDS.

*Natural Gas Supply Curve Background and Development*

The EIA's Annual Energy Outlook 2011 has two specific scenarios that attempt to model the effects of high or low abundance of natural gas supply: High-EUR and Low-EUR. The High-EUR scenario increases the total unproved technically recoverable shale gas resource from 827 Tcf in the Mid-EUR baseline scenario to 1,230 Tcf. In addition, the ultimate recovery per shale gas well is 50% higher than in the baseline scenario. Low-EUR reduces recoverable shale gas resource to 423 Tcf and 50% lower ultimate recovery per shale gas well than in the Mid-EUR baseline scenario.

Deriving the coefficients for this study relied on assuming a linear regression model and employing an ordinary least-squares method. Linear regression is a statistical technique that examines the relationship between one dependent variable (Y) and multiple explanatory variables, or regressors (X), taking the linear form:

$$Y_i = \beta_0 + \beta_1 * X_1 + \beta_2 * X_2 + \cdots \beta_n * X_n + \varepsilon_i$$

The estimated coefficients represent the marginal impact of a 1-unit change in each independent variable $X_i$ on Y. Linear regression is often used for prediction or forecasting.[253]

In this case, because the objective was to develop a model to closely model the relationship between natural gas in the electric sector and consumption in the electric sector in different scenarios, the electric-sector price was modeled based on the following predictors: electric-sector consumption, economy-wide consumption, year (2012–2035), and the natural gas scenario case.[254] Each electric-sector price for each of the Annual Energy Outlook scenarios from 2012–2035 was treated as an independent observation used to estimate coefficients in the following model:

$$\begin{aligned}
\textit{Electric Sector Price}_i &= \beta_0 + \beta_1 * \textit{Electric Sector Consumption}_i + \beta_2 \\
&\quad * \textit{Economy} - \textit{wide Consumption}_i \\
&\quad + \sum_{j=1}^{12} \beta_j * \textit{Year} + \sum_{k=1}^{4} \beta_k * \textit{Natural Gas Scenario} + \varepsilon_i
\end{aligned}$$

Observations that occurred in High-EUR and Low-EUR were coded accordingly, creating two additional intercept shifter "dummy" variables. The year, rather than coded as continuous, was coded as a dummy variable to capture non-linear variation from year to year. To account for the

---

[252] Annual Energy Outlook 2011. DOE/EIA-0383. Washington, DC: U.S. Energy Information Administration.

[253] Damodar, Gujarati. Basic Econometrics (5th edition). McGraw Hill, 2007.

[254] Data for 2008–2011 as well as outlier scenarios (polmax0314a, polmaxlco20321a, polmaxlp0316a, lgbama050218a, lgbama200218a, aeo2010r1118a, oghtec110209a, ogltec110209a, hilng110209a, lolng110209a) were removed when running the model.

predictor influence of economy-wide consumption, the average value for the year and the scenario for each data point were multiplied by $\beta_2$ (the derived electric-sector consumption coefficient). As a result, the intercept varied by year and by scenario, while the slope remained the same across year and scenario. The intercept and shifter for the years 2036–2050 was held constant with model results in 2035.

The following tables summarize the assumptions used in ReEDS for: technology costs and performance (Table 48), wind performance (Table 49), CSP performance (Table 50), and utility-scale PV performance (Table 51).

**Table 48. Technology Cost ($2010) and Performance Assumptions Used in ReEDS**

| | | Capital Cost ($/kW) | Variable O&M ($/MWh) | Fixed O&M ($/kW-yr) | Heat Rate (MMBtu/MWh) |
|---|---|---|---|---|---|
| **Coal Integrated Gasification Combined-Cycle CCS** | | | | | |
| | 2010 | 4,075 | 7 | 32 | 9.0 |
| | 2020 | 4,075 | 7 | 32 | 9.0 |
| | 2030 | 4,075 | 7 | 32 | 7.9 |
| | 2040 | 4,075 | 7 | 32 | 7.9 |
| | 2050 | 4,075 | 7 | 32 | 7.9 |
| **CSP** | | | | | |
| | 2010 | 7,179 (8,217)[a] | NA | 50 (80) | NA |
| | 2020 | 6,639 (4,077) | NA | 50 (66) | NA |
| | 2030 | 5,398 (2,983) | NA | 50 (51) | NA |
| | 2040 | 4,778 (2,983) | NA | 50 (47) | NA |
| | 2050 | 4,778 (2,983) | NA | 50 (45) | NA |
| **Combined-Cycle Plants** | | | | | |
| | 2010 | 1,250 | 4 | 6 | 7.5 |
| | 2020 | 1,250 | 4 | 6 | 6.7 |
| | 2030 | 1,250 | 4 | 6 | 6.7 |
| | 2040 | 1,250 | 4 | 6 | 6.7 |
| | 2050 | 1,250 | 4 | 6 | 6.7 |
| **Combined-Cycle Plants CCS** | | | | | |
| | 2010 | 3,348 | 10 | 19 | 10.0 |
| | 2020 | 3,267 | 10 | 19 | 10.0 |
| | 2030 | 3,267 | 10 | 19 | 10.0 |
| | 2040 | 3,267 | 10 | 19 | 10.0 |
| | 2050 | 3,267 | 10 | 19 | 10.0 |
| **Simple-Cycle Combustion Turbines** | | | | | |
| | 2010 | 661 | 30 | 5 | 12.5 |
| | 2020 | 661 | 30 | 5 | 10.3 |
| | 2030 | 661 | 30 | 5 | 10.3 |
| | 2040 | 661 | 30 | 5 | 10.3 |
| | 2050 | 661 | 30 | 5 | 10.3 |

| | | Capital Cost ($/kW) | Variable O&M ($/MWh) | Fixed O&M ($/kW-yr) | Heat Rate (MMBtu/MWh) |
|---|---|---|---|---|---|
| **New Coal** | | | | | |
| | 2010 | 2,937 | 4 | 23 | 10.4 |
| | 2020 | 2,937 | 4 | 23 | 9.4 |
| | 2030 | 2,937 | 4 | 23 | 9.0 |
| | 2040 | 2,937 | 4 | 23 | 9.0 |
| | 2050 | 2,937 | 4 | 23 | 9.0 |
| **Nuclear** | | | | | |
| | 2010 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2020 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2030 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2040 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2050 | 6,199 (3,100) | NA | 129 | 9.7 |
| **Utility-Scale PV** | | | | | |
| | 2010 | 4,067 (4,067) | NA | 51 (21) | NA |
| | 2020 | 2,560 (2,013) | NA | 46 (20) | NA |
| | 2030 | 2,351 (1,912) | NA | 42 (15) | NA |
| | 2040 | 2,191 (1,797) | NA | 38 (13) | NA |
| | 2050 | 2,058 (1,720) | NA | 33 (9) | NA |
| **Wind Offshore** | | | | | |
| | 2010 | 3,702 (3,702) | 0 (23) | 101 (16) | NA |
| | 2020 | 3,355 (3,284) | 0 (17) | 101 (16) | NA |
| | 2030 | 3,042 (2,912) | 0 (14) | 101 (16) | NA |
| | 2040 | 3,042 (2,744) | 0 (12) | 101 (16) | NA |
| | 2050 | 3,042 (2,744) | 0 (12) | 101 (16) | NA |
| **Wind Onshore** | | | | | |
| | 2010 | 2,012 (2,012) | 0 (8) | 60 (12) | NA |
| | 2020 | 2,012 (1,964) | 0 (5) | 60 (12) | NA |
| | 2030 | 2,012 (1,865) | 0 (5) | 60 (12) | NA |
| | 2040 | 2,012 (1,805) | 0 (5) | 60 (12) | NA |
| | 2050 | 2,012 (1,805) | 0 (5) | 60 (12) | NA |

[a] Advanced RE Scenario assumptions displayed in parentheses

### Table 49. Wind Performance Assumptions

| Wind Power Class | On-Shore Wind | Off-Shore Wind |
|---|---|---|
| **2010** | | |
| Class 3 | 0.32 (0.35)[a] | 0.36 (0.37) |
| Class 4 | 0.36 (0.39) | 0.39 (0.41) |
| Class 5 | 0.42 (0.43) | 0.45 (0.44) |
| Class 6 | 0.44 (0.46) | 0.48 (0.48) |
| Class 7 | 0.46 (0.50) | 0.50 (0.52) |

| Wind Power Class | On-Shore Wind | Off-Shore Wind |
|---|---|---|
| **2020** | | |
| Class 3 | 0.33 (0.38) | 0.37 (0.39) |
| Class 4 | 0.37 (0.42) | 0.39 (0.44) |
| Class 5 | 0.42 (0.45) | 0.45 (0.47) |
| Class 6 | 0.44 (0.48) | 0.48 (0.51) |
| Class 7 | 0.46 (0.52) | 0.50 (0.55) |
| **2030** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |
| **2040** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |
| **2050** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |

[a] Advanced RE Scenario assumptions displayed in parentheses

### Table 50. CSP Performance Assumptions

| Wind Power Class | Capacity Factor |
|---|---|
| **2010** | |
| Class 1 | 0.28 (0.28)[a] |
| Class 2 | 0.37 (0.37) |
| Class 3 | 0.42 (0.42) |
| Class 4 | 0.44 (0.44) |
| Class 5 | 0.46 (0.46) |
| **2020** | |
| Class 1 | 0.28 (0.37) |
| Class 2 | 0.37 (0.47) |
| Class 3 | 0.42 (0.52) |
| Class 4 | 0.44 (0.54) |
| Class 5 | 0.46 (0.56) |
| **2030** | |
| Class 1 | 0.37 (0.37) |

| Wind Power Class | Capacity Factor |
|---|---|
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |
| **2040** | |
| Class 1 | 0.37 (0.37) |
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |
| **2050** | |
| Class 1 | 0.37 (0.37) |
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |

[a] Advanced RE Scenario assumptions displayed in parentheses

**Table 51. Utility-Scale PV Performance Assumptions**

| Year | Capacity Factor |
|---|---|
| 2010 | 0.16–0.27 |
| 2020 | 0.16–0.27 |
| 2030 | 0.16–0.27 |
| 2040 | 0.16–0.27 |
| 2050 | 0.16–0.27 |

# Treating Plant Retirement in ReEDS[255]

Assumptions about the retirement of conventional-generating units can have considerable cost implications. Considerations that go into the decision-making process on whether or not an individual plant should be retired involve a number of factors—specifically, the economics of plant operations and maintenance. Projecting these economic considerations into the future given the uncertainties involved is beyond the scope of ReEDS. Instead, ReEDS uses the following three retirement options that are not strictly economic:

- *Scheduled lifetimes for existing coal, gas, and oil.* These retirements are based on lifetime estimate data for power plants from Ventyx (2010). Near-term retirements are based on the officially reported retirement date as reported by EIA 860, EIA 411, or Ventyx unit research (Ventyx 2010). If there is no officially reported retirement date, a lifetime-based

---

[255] This section was taken from existing documentation of the ReEDS model.
Short, W. et al. (2011). "Regional Energy Deployment System (ReEDS)," NREL Technical report NREL/TP-6A20-46534, August 2011. http://www.nrel.gov/analysis/reeds/.

retirement is estimated based on the unit's commercial online date and the following lifetimes:

- o   Coal units (< 100 MW) = 65 years
- o   Coal units (> 100 MW) = 75 years
- o   Natural gas combined-cycle unit = 55 years
- o   Oil-gas-steam unit = 55 years

- *Usage-based retirements of coal.* In addition to scheduled retirements, coal technologies, including co-fired coal with biomass, can retire based on proxies for economic considerations. Any capacity that remains unused for energy generation or operating reserves for 4 consecutive years is assumed to retire. Coal capacity is also retired by requiring a minimum annual capacity factor; after every 2-year investment period, if a coal unit has a capacity factor of less than this minimum capacity factor during the 2-year period, an amount of coal capacity is retired such that the capacity factor increases to this minimum threshold (10% in 2030, 20% in 2040, and 30% in 2050). Coal plants are not retired under this algorithm until after 2020.

- *Scheduled nuclear license-based retirements.* Nuclear power plants are retired based on the age of the plant. Under default assumptions, older nuclear plants that are on line before 1980 are assumed to retire after 60 years (one re-licensing renewal), whereas newer plants (on line during or after 1980) are assumed to retire after 80 years (two relicensing renewals). Other options can be implemented, such as assuming 60- or 80-year lifetimes for all nuclear plants.

# Glossary

| | |
|---|---|
| annulus | The space between two concentric lengths of pipe or between pipe and the hole in which it is located. |
| associated gas | Natural gas that occurs with crude oil reservoirs, either as free gas or dissolved in solution. It is usually produced with crude oil. |
| basin | A petroleum geology term that refers to a dip in the Earth's crust usually filled or being filled with sediment. Basins are usually relatively large areas where oil and gas can be found. |
| billion cubic feet (bcf) | Unit used to measure large quantities of gas, approximately equal to 1 trillion British thermal units. |
| billion cubic feet per day (bcf/d) | Unit used to measure the daily volume of gas produced, stored, transported, or consumed. |
| bradenhead | A device that is used during inner-string grouting or pressure grouting operations. The bradenhead is situated at the top of the well casing, where it allows a drill pipe to be extended into the well while the well head is sealed and the annulus between the well casing and drill pipe is pressurized. Also termed casing head, cement head, or largen head. |
| British thermal unit (Btu) | An energy unit equivalent to the amount of energy needed to raise the temperature of 1 pound of water 1°F from 58.5°F to 59.5°F under standard pressure of 30 inches of mercury. Commonly used for measuring gas and other energy sales quantities. |
| burner tip | The point of end-use consumption of a particular fuel. |
| cement bond log | A representation of the integrity of the cement job, especially whether the cement is adhering solidly to the outside of the casing. The log is typically obtained from one of a variety of sonic-type tools. |
| coal-bed methane (CBM) | Natural gas, primarily methane, generated during coal formation and recovered by pumping water from coal seams, allowing gas to escape through shallow wells. It is generally referred to as one type of unconventional gas. |
| closed-loop drilling | Drilling and fracturing operation that contains all fluids in tanks and other closed-to-the-atmosphere equipment. Closed-loop drilling does not use open pits and therefore can reduce the risks of leaks and spills. |
| Combined-cycle | An electric generating technology in which conventional gas combustion turbines are combined with heat-recovery, steam-powered generation units, increasing the overall efficiency of the generating facility. Electricity is produced from both the feed gas, as well as from otherwise lost waste heat exiting gas turbines. In a conventional steam power generating facility, electricity is generated only from the feed gas. |
| completion | Preparing a newly drilled well for production; usually involves setting casing (pipe that lines the interior of a well to prevent caving and protect against ground-water contamination) and perforating the casing to establish communication with the producing formation. |
| compressed natural gas | Highly compressed natural gas stored and transported in high-pressure containers, typically greater than 3,000 pounds per square inch (200 bar); commonly used for transport fuel. |
| condensates | Light hydrocarbon compounds that condense into liquid at surface temperatures and pressures. They are generally produced with natural gas. |
| cubic feet (cf) | Common unit of measurement of gas volume equivalent to the amount of gas required to fill a volume of 1 cubic foot under given temperature and pressure conditions. |

| deep-well injection | Technique for disposal of frac flowback or produced water in deep formations isolated from producing zones and fresh-water aquifers. |
| --- | --- |
| dry gas | Natural gas, mainly methane, that remains after liquid hydrocarbon components have been removed, making it suitable for pipeline shipping, liquefied natural gas processing, or industrial usage. |
| ethane ($C_2H_6$) | A normally gaseous natural gas liquid hydrocarbon extracted from natural gas or refinery gas streams. |
| flaring | The process of disposing uncommercial or otherwise unwanted gas by burning. Operators often flare associated gas in regions with limited gas markets. |
| formation | Refers to either a certain layer of the Earth's crust, or a certain area of a layer; often refers to the area of rock where a petroleum or natural gas reservoir is located. |
| fracturing (or fracking) | See hydraulic fracturing. |
| frac flowback | Fluids that are returned to the surface immediately following hydraulic fracturing that include mostly the injected water, sand, and chemicals used for the fracturing. |
| geographic information system (GIS) | Integrated hardware, software, and data used for capturing, managing, analyzing, and displaying all forms of geographically referenced information. |
| gas-to-liquids process | A process that converts natural gas into synthetic liquid petroleum products, such as diesel fuel and blending feedstock. |
| glycol dehydrators | Facilities in which a glycol-based process removes water from produced natural gas, often in the field and before processing. The removal of water is needed to prevent corrosion and water freezing in pipelines. |
| green completion | Using technology to recover gas that may otherwise be vented or flared during the completion phase of a natural gas well. Also known as reduced emission completions. |
| harmonization | A meta-analytical procedure for adjusting published estimates from life cycle assessment to develop a set of directly comparable estimates. Harmonization clarifies a body of published estimates in ways useful to decision-making and future analyses. See nrel.gov/harmonization for further description and resources. |
| hydraulic fracturing (or hydrofracking) | The process of creating fractures in non-porous rock using specially formulated, water-based solutions forced into wells at extremely high pressure; the cracks in the rock allow for the release and collection of the natural gas. Fracking can be done in vertical or horizontal wells. |
| induced seismicity | Seismic activity (e.g., earthquakes) that is caused by injection of fluids into deep formations in proximity to natural faults. |
| life cycle assessment (LCA) | A technique to assess environmental impacts associated with all stages of a product's life from "cradle to grave" (i.e., from raw material extraction through materials processing, manufacture, distribution, use, repair and maintenance, and disposal or decommissioning). LCAs can be applied to water, energy, greenhouse gas emissions, or other metrics of interest. |
| liquefied natural gas (LNG) | Natural gas, mainly methane, that has been cooled to very low temperature (-259°F) so that it will condense into a transportable colorless and odorless liquid. |
| methane ($CH_4$) | The lightest and most abundant of the hydrocarbon gases, it is the principal component of natural gas and LNG. |
| natural gas | Naturally occurring mixture of hydrocarbon gases from underground sources composed mainly of methane (more than 85% in some cases), ethane, propane, butane, pentane, and impurities including carbon dioxide, helium, nitrogen, and hydrogen sulfide. |

| | |
|---|---|
| natural gas liquids | Natural gas components—including ethane, propane, butane, pentane, and condensates—that are liquid at surface conditions. It does not include methane, which remains in gaseous phase at surface conditions. |
| New York Mercantile Exchange | The first U.S. exchange to trade natural gas futures contracts; the New York Mercantile Exchange has contracts with major delivery points. |
| play (shale play, shale gas play) | A geographic area that has been targeted for exploration due to favorable geoseismic survey results, well logs, or production results from a new well in the area. An area comes into play when it is generally recognized that there is an economic quantity of oil or gas to be found. |
| primacy (primary enforcement responsibility) | The authority to implement the Underground Injection Control Program. To receive primacy, a state, territory, or tribe must demonstrate to EPA that its Underground Injection Control Program is at least as stringent as the federal standards; the state, territory, or tribal Underground Injection Control requirements may be more stringent than the federal requirements. EPA may grant primacy for all or part of the Underground Injection Control Program (e.g., for certain classes of injection wells). |
| produced water | Water that is extracted with the oil and gas from the producing formation. Produced water is usually highly saline and not usable without treatment. |
| quad | A unit of energy equal to $10^{15}$ Btu, roughly equal to 1 Tcf. |
| reserves | Volumes of hydrocarbons that have a chance of being economically and technically producible. |
| reservoir | A subsurface rock or formation having sufficient porosity and permeability to store and transmit fluids such as gas, oil, and water. Reservoirs are typically composed of sedimentary rocks with an overlying or adjoining impermeable seal or cap rock. |
| shale gas | Shale gas is defined as a natural gas produced from shale rock. Shale has low matrix permeability; therefore, gas production in commercial quantities requires fracturing or other stimulation to improve permeability. |
| social license to operate | A project that has the ongoing approval within the local community and other stakeholders, ongoing approval or broad social acceptance, and, most frequently, as ongoing acceptance. |
| trillion cubic feet (Tcf) | Unit used to measure large quantities of gas, typically reserve sizes. Approximately equal to 1 quad of energy. |
| unconventional gas | Unconventional gas refers to gas produced from coal seams (coal-bed methane), shale rocks (shale gas), and rocks with low permeability (tight gas). Once gas is produced from these reservoirs, it has the same properties of gas produced from conventional (i.e., sedimentary reservoirs with high porosity and permeability) sources. Unconventional gas may have high levels of natural gas liquids (an exception is coal-seam gas, which tends to be very dry with high proportion of methane versus natural gas liquids) and may have low or high levels of carbon dioxide and high and low levels of sulfur (sour or sweet). Because unconventional reservoirs have low permeability, artificial methods to increase gas flows, such as mechanical or chemical fracking, is often required before the wells are able to produce commercial quantities of gas. |

| | |
|---|---|
| Underground Injection Control Program | The program that EPA, or an approved state, is authorized to implement under the Safe Drinking Water Act that is responsible for regulating the underground injection of fluids. This includes setting the minimum federal requirements for construction, operation, permitting, and closure of underground injection wells. There are six categories of wells regulated under the Underground Injection Control ranging from Class I to Class VI. Class I wells are the most technologically sophisticated and are used to inject wastes into deep, isolated rock formations below the lowermost underground source of drinking water. Class I wells may inject hazardous waste, non-hazardous industrial waste, or municipal wastewater. Class II wells are typically used by the oil and gas industry to inject brines and other fluids associated with oil and gas production, or storage of hydrocarbons. |
| volatile organic compound (VOC) | Gases and vapors, such as benzene, released by petroleum refineries, natural gas drilling, petrochemical plants, plastics manufacturing, and the distribution and use of gasoline. VOCs include carcinogens and chemicals that react with sunlight and nitrogen oxides to form ground-level ozone, a component of smog. |
| water recycling | Collection of frac flowback or produced water and treating the fluid for beneficial use that include hydraulic fracturing, agriculture, or release to streams. |
| well completion | Well completion incorporates the steps taken to transform a drilled well into a producing one. These steps usually include casing, cementing, perforating, gravel packing, and installing a production tree. |
| well head | The assembly of fittings and valve equipment used for producing a well and maintaining surface control of a well. |
| wet gas | Natural gas with significant natural gas liquid components. Also sometimes called rich gas. |
| workover | Work performed in a well after its completion in an effort to secure production where there has been none, restore production that has ceased, or increase production. Workovers for unconventional wells involve re-fracturing (re-stimulation). |

# References

## Introduction

CERA (Cambridge Energy Research Associates). (2011). "Staying Power: Can U.S. Coal Plants Dodge Retirement for Another Decade?" CERA.

CRS (Congressional Research Service). (2011). "EPA's Regulation of Coal-Fired Power: Is a Train-Wreck Coming?" Library of Congress.

Credit Suisse. (2010). "Growth from Subtraction."

Ebinger, C.; Massy, K.; Avasarala, G. (2012). "Liquid Markets: Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institute.

EIA, "Annual Energy Review," October 2011

EIA. (2012a). "Annual Energy Outlook 2012 Early Release Overview." Washington, D.C.: U.S. Department of Energy EIA.

EIA, "Monthly Energy Review," April 27, 2012.

EIA "Electric Power Monthly," May 29, 2012

EIA (Energy Information Administration). (2012b). "Short Term Energy Outlook." Washington, D.C.: U.S. Department of Energy EIA.

Howarth, R.; Santoro, R.; Ingraffea, A. (2011). "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations." *Climatic Change Letters*. DOI 10.1007/s10584-011-0061-5.

Lustgarten, A. (2011). "Climate Benefits of Natural Gas May Be Overstated." *ProPublica*. http://www.propublica.org/article/natural-gas-and-coal-pollution-gap-in-doubt.

MIT (Massachusetts Institute of Technology). (2011). *The Future of Natural Gas: An Interdisciplinary MIT Study*. Cambridge, Mass.: MIT Energy Initiative.

Reuters (2012). "AEP Sees Coal-to-Gas Switching Reversing as Natgas Prices Rise," 24 October 2012, New York..

SEAB (Secretary of Energy Advisory Board). (2011a). "Shale Gas Production Subcommittee 90-Day Report." Washington, D.C.: U.S. DOE.

SEAB. (2011b). "Shale Gas Production Subcommittee Second Ninety Day Report." Washington, D.C.: U.S. DOE.

Seto, C. (2011). "Technology in Unconventional Gas Resources." Supplemental Paper 2.3 in *The Future of Natural Gas; An Interdisciplinary MIT Study*. http://web.mit.edu/mitei/research/studies/natural-gas-2011.shtml.

Slone, D. (2012). "Future Outlook for Coal." Presentation to investors, ArchCoal.

UT (University of Texas). (2012). "Fact-Based Regulation for Environmental Protection in Shale Gas Development." Austin: University of Texas Energy Institute.

Zoback, M.; Kitasei, S.; Copithorne, B. (2010). "Addressing the Risks from Shale Gas Development." Washington, D.C.: WorldWatch Institute.

## Chapter 1

API (American Petroleum Institute). (2009). *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry.* http://www.api.org/ehs/climate/new/upload/2009_GHG_COMPENDIUM.pdf.

Broderick, J.; Anderson, K.; Wood, R.; Gilbert, P.; Sharmina, M,; Footit, A.; Glynn, S.; Nicholls, F. (2011). "Shale Gas: An Updated Assessment of Environmental and Climate Change Impacts." Manchester, UK: University of Manchester Tyndall Centre.

Bruner K and Smosna R. 2011. A Comparative Study of the Mississippian Barnett Shale, Fort Worth Basin, and Devonian Marcellus Shale, Appalachian Basin. DOE/NETL-2011/1478. http://www.netl.doe.gov/technologies/oil-gas/publications/brochures/DOE-NETL-2011-1478%20Marcellus-Barnett.pdf.

Bullin K and Krouskop P. 2008, Compositional Variety Complicates Processing Plans for US Shale Gas. http://www.bre.com/portals/0/technicalarticles/Keith%20Bullin%20-%20Composition%20Variety_%20US%20Shale%20Gas.pdf. Based on a presentation to the Annual Forum, Gas Processors Association—Houston Chapter, Oct. 7, 2008, Houston, TX.

Burkhardt, J.; Heath, G.; Cohen, E. (2012). "Life Cycle Greenhouse Gas Emissions from Trough and Tower Concentrating Solar Power Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00474.x.

Burnham, A.; Han, J.; Clark, C.; Wang, M.; Dunn, J.; Palou-Rivera, I. (2012). "Life cycle Greenhouse Gas Emissions of Shale Gas, Natural Gas, Coal and Petroleum." *Environmental Science & Technology* (46); pp. 619–627.

CERA. (2011). "Mismeasuring Methane: Estimating Greenhouse Gas Emissions from Upstream Natural Gas Development." www.ihs.com/images/MisMeasuringMethane082311.pdf.

EIA (Energy Information Administration). (2011). *Annual Energy Review 2010.* Washington, D.C.: U.S. DOE Energy Information Administration. http://205.254.135.24/totalenergy/data/annual/pdf/aer.pdf.

EIA. (2012). *Natural Gas Consumption by End Use.* Washington, D.C.: U.S. DOE Energy Information Administration. http://205.254.135.7/dnav/ng/ng_cons_sum_dcu_nus_m.htm.

ENVIRON. (2010.) "Oil and Gas Exploration and Production Greenhouse Gas Protocol. Task 2 Report: Significant Source Categories and Technical Review of Estimation Methods." Prepared

for Western States Regional Air Partnership (WRAP) Oil and Gas Greenhouse Gas Protocol Steering Committee.

EPA (U.S. Environmental Protection Agency). (1995). "Compilation of Air Pollutant Emission Factors. Vol. 1: Stationary Point and Area Sources." *AP-42,* 5th ed. http://www.epa.gov/ttnchie1/ap42/.

EPA. (2011). "Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry." Washington, D.C.: U.S. EPA Climate Change Division. http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf.

EPA. (2012a). *Inventory of Greenhouse Gas Emissions and Sinks: 1990-2010.* Washington, D.C.: U.S. EPA. http://www.epa.gov/climatechange/emissions/usinventoryreport.html.

EPA. (2012b). "Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution." Washington, D.C.: U.S. EPA Climate Change Division.

Forster, P.; Ramaswamy, V.; Artaxo, P.; Berntsen, T.; Betts, R.; Fahey, D. W.; Haywood, J.; Lean, J.; Lowe, D. C.; Myhre, G.; Nganga, J.; Prinn, R.; Raga, G.; Schulz, M.; Dorland, R.V. (2007). "Changes in Atmospheric Constituents and in Radiative Forcing." In *Climate Change 2007: The Physical Science Basis.* Eds. S. Solomon et al. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge, UK and New York: Cambridge University Press.

Heath, G.; Mann, M. (2012.) "Background and Reflections on the LCA Harmonization Project." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00478.x.

Heath. G.; Arent, D.; O'Donoughue, P. (2012.) "Harmonization of Initial Estimates of Shale Gas Life Cycle GHG Emissions for Electric Power Generation." NREL Technical Report.

Horne R, Grant T, Verghese K. 2009. *Life Cycle Assessment: Principles, Practice and Prospects.* CSIRO Publishing: Collingwood, Australia.

Howarth, R.W.; Santoro, R.; Ingraffea, A.; Phillips, N.; Townsend-Small, A. (2011). "Methane and the Greenhouse-Gas Footprint of Natural Gas from Shale Formations." *Climatic Change* (106); pp. 679–690.

Hultman, N.; Rebois, D.; Scholten, M.; Ramig, C. (2011.) "The Greenhouse Impact of Unconventional Gas for Electricity Generation." *Environmental Research Letters* (6); 044008. doi:10.1088/1748-9326/6/4/044008.

INTEK. (2011). "Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays." Prepared by INTEK for U.S. Energy Information Administration (EIA).

Jiang, M.; Griffin; Hendrickson; Jaramillo; VanBriesen; Venkatesh. (2011). "Life Cycle Greenhouse Gas Emissions of Marcellus Shale Gas." *Environmental Research Letters* 6:034014 (doi:10.1088/1748-9326/6/3/034014).

MIT (Massachusetts Institute of Technology). (2007.) *The Future of Coal: An Interdisciplinary MIT Study*. Cambridge, MA: MIT. http://web.mit.edu/coal/.

O'Donoughue, P.; Dolan, S.; Heath, G. (2012). "Life Cycle Greenhouse Gas Emissions from Natural Gas–Fired Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology* (conditionally accepted).

Petron, G.; Frost, G.; Hirsch, A.; Montzka, S.; Karion, A.; Miller, B.; Trainer, M.; Sweeney, C.; Andrews, A.; Miller, L.; Kofler, J.; Dlugokencky, E.; Patrick, L.; Moore, T.; Ryerson, T.; Siso, C.; Kolodzey, W.; Lang, P.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. (2012). "Hydrocarbon Emissions Characterization in the Colorado Front Range –A Pilot Study." *Journal of Geophysical Research* (117). D04304, doi:10.1029/2011JD016360.

Pring, M.; Hudson, D.; Renzaglia, J.; Smith, B.; Treimel, S. (2010). *Characterization of Oil and Gas Production Equipment and Develop a Methodology to Estimate Statewide Emissions*. Prepared for Texas Commission on Environmental Quality.

Santoro, R.L.; Howarth, R.H.; Ingraffea, A.R. (2011). "Indirect Emissions of Carbon Dioxide from Marcellus Shale Gas Development." Ithaca, N.Y.: Cornell University Agriculture, Energy, & Environment Program. http://www.eeb.cornell.edu/howarth/Marcellus.htm.

Schievelbein, V.H. (1997). "Reducing Methane Emissions from Glycol Dehydrators." Society of Petroleum Engineers/EPA Exploration and Production Environmental Conference, March 3–5, Dallas, Texas. http://www.onepetro.org/mslib/servlet/onepetropreview?id=00037929.

Seinfeld J and Pandis S. 2006. *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change*. John Wiley & Sons: Boston.

Shires, T. and Lev-On, M. (2012). *Characterizing Pivotal Sources of Methane Emissions from Unconventional Natural Gas Production: Summary and Analysis of API and ANGA Survey Responses*. Prepared for the American Petroleum Institute and the American Natural Gas Association.

Skone, T. and James, R. (2010). "Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant." DOE/NETL-403-110509. Washington, D.C.: U.S. DOE National Energy Technology Laboratory. http://www.netl.doe.gov/energyanalyses/refshelf/PubDetails.aspx?Action=View&PubId=353.

Skone, T.; Littlefield, J.; Marriott, J. (2011). "Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production." DOE/NETL-2011/1522. Washington, D.C.: U.S. DOE National Energy Technology Laboratory. http://www.netl.doe.gov/energy-analyses/pubs/NG-GHG-LCI.pdf.

Stephenson, T.; Valle, J.; Riera-Palou, X. 2011. "Modeling the Relative GHG Emissions of Conventional and Shale Gas Production." *Environmental Science & Technology* (45); pp. 10757–10764.

TCEQ (Texas Commission on Environmental Quality). (2010). "2009 Emissions Inventory Guidelines." TCEQ Publication RG-360A/09. http://www.tceq.texas.gov/assets/public/comm_exec/pubs/rg/rg360/rg36009/rg-360a.pdf.

TCEQ. (2011). "Barnett Shale Phase Two Special Inventory Data." http://www.tceq.texas.gov/airquality/point-source-ei/psei.html.

TCEQ. (2012). Personal communication with Garvin Heath of TCEQ.

Townsend-Small, A.; Tyler, S.C.; Pataki, D.E.; Xu, X.; Christensen, L.E. (2012). "Isotopic Measurements of Atmospheric Methane in Los Angeles, California, USA: Influence of 'Fugitive' Fossil Fuel Emissions." *Journal of Geophysical Research* 117, D07308, doi:10.1029/2011JD016826.

TRRC (Texas Railroad Commission). (2012). "Production Data Query System (PDQ)." http://webapps2.rrc.state.tx.us/EWA/productionQueryAction.do.

Venkatesh; Jaramillo; Griffin; Matthews. (2011) "Uncertainty in Life Cycle Greenhouse Gas Emissions from United States Natural Gas End-Uses and Its Effects on Policy." *Environmental Science & Technology* (45); pp. 8182–8189.

Vigon B, Tolle D, Cornaby B, Latham H, Harrison C, Boguski T, Hunt R, Sellers J. 1993. Life cycle Assessment: Inventory Guidelines and Principles. Prepared for the U.S. Environmental Protection Agency, Cincinnati Ohio. EPA/600/R-92/245. http://infohouse.p2ric.org/ref/14/13578.pdf

Warner, E.; Heath, G. (2012). "Life Cycle Greenhouse Gas Emissions from Nuclear Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology*. DOI: 10.1111/j.1530-9290.2012.00472.x.

Whitaker, M.; Heath, G.; O'Donoughue, P.; Vorum, M. (2012). "Life Cycle Greenhouse Gas Emissions from Coal-Fired Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology*. DOI: 10.1111/j.1530-9290.2012.00465.x.

## Chapter 2

Archuleta County Land Use Code Sec. 9.2.6.3: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010). http://www.archuletacounty.org/Planning/Section 9 - Mining December 2010.pdf

Armendariz, A. (2009). "Emissions from Natural Gas Production in the Barnett Shale Area and Opportunities for Cost-Effective Improvements." http://www.edf.org/sites/default/files/9235_Barnett_Shale_Report.pdf.

BBC News. (2012). "Bulgaria Bans Shale Gas Drilling with 'Fracking' Method."

BLM (Bureau of Land Management). (2012). "Proposed Rule: Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands."

http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

BPC (Bipartisan Policy Center). (2012). "Shale Gas: New Opportunities, New Challenges." http://www.scribd.com/doc/95194795/Shale-Gas-New-Opportunities-New-Challenges.

Cardi Reports. (2011). "The Economic Consequences of Marcellus Shale Gas Extraction: Key Issues." Prepared for Cornell University. http://www.greenchoices.cornell.edu/downloads/development/marcellus/Marcellus_CaRDI.pdf.

CCC (Colorado Conservation Voters). (2010). "Governor's Signature Brings Colorado a Step Closer to Cleaner Air." http://www.westernresourceadvocates.org/media/archive10/CleanAirCleanJobs.pdf.

CDWR (Colorado Division of Water Resources). (2012). "Water Sources and Demand for the Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015." Colorado Division of Water Resources, Colorado Water Conservation Board, Colorado Oil and Gas Conservation Commission. http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf.

CDNR (Colorado Department of Natural Resources). (2012). "Recommendations from the Task Force Established by Executive Order 2012-002 Regarding Mechanisms to Work Collaboratively and Coordinate State and Local Oil and Gas Regulatory Structures." http://www.colorado.gov/cs/Satellite?blobcol=urldata&blobheadername1=Content-Disposition&blobheadername2=Content-Type&blobheadervalue1=inline;+filename%3D%22TaskForceLetter.pdf%22&blobheadervalue2=application/pdf&blobkey=id&blobtable=MungoBlobs&blobwhere=1251786375291&ssbinary=true.

CDPHE (Colorado Department of Health and the Environment). (2008). "Statement of Purpose and Basis, Regulation XII, Section XIX.K." http://www.cdphe.state.co.us/regulations/airregs/5CCR1001-9.pdf.

CDPHE (Colorado Department of Health and the Environment). (2012). Regulation Number 7, XII, "Control of Ozone Via Ozone Precursors." http://www.cdphe.state.co.us/regulations/airregs/5CCR1001-9.pdf

COGCC (Colorado Oil and Gas Conservation Commission). (2008). "Statement of Basis, Specific Statutory Authority, and Purpose." 2 Colo. Code. Regs. 404-1. http://cogcc.state.co.us/rulemaking/StaffPreHearState/ProposedStatementBasisAuthorityPurpose.pdf.

COGCC. (2012). "Setback Stakeholder Group." http://cogcc.state.co.us/library/setbackstakeholdergroup/SetbackStakeholderGroup.asp.

CU (University of Colorado). (2012). "Study Shows Air Emissions Near Fracking Sites May Pose Health Risk." CU-Denver press release.

http://www.ucdenver.edu/about/newsroom/newsreleases/Pages/health-impacts-of-fracking-emissions.aspx.

Dryden. (2012). "Anschutz Exploration Corp. v. Town of Dryden." 35 Misc.3d 450 (S. Ct. Tompkins County).

Earthworks. (2012). "Alternatives to Pits."
http://www.earthworksaction.org/issues/detail/alternatives_to_pits.

Earthworks. (2012b). "Colorado Oil & Gas Enforcement – Violations."
http://www.earthworksaction.org/issues/detail/colorado_oil_gas_enforcement_violations.

Efstathiou Jr., J. (2012). "Drillers Say Costs Manageable from Pending Gas Emissions Rule."
http://www.bloomberg.com/news/2012-04-17/drillers-say-costs-manageable-from-pending-gas-emissions-rule.html, April 17, 2012.

EPA (U.S. Environmental Protection Agency). (2000). "Profile of the Oil and Gas Extraction Industry."
http://www.epa.gov/compliance/resources/publications/assistance/sectors/notebooks/oilgas.pdf.

EPA. (2008). "EPA Form 7520-6: Underground Injection Control Permit Application."
http://www.epa.gov/safewater/uic/pdfs/reportingforms/7520-6.pdf.

EPA. (2011a). "EPA Announces Schedule to Develop Natural Gas Wastewater Standards."
http://yosemite.epa.gov/opa/admpress.nsf/0/91E7FADB4B114C4A8525792F00542001.

EPA. (2011b). "Letter from Jon M. Capacasa, EPA Region III, to Kelly Jean Heffner, Pennsylvania Department of Environmental Protection."
http://www.epa.gov/region3/marcellus_shale/pdf/letter/heffner-letter5-12-11.pdf.

EPA. (2011c). "Letter from Shawn M. Garvin, EPA Region III, to Michael Krancer, Pennsylvania Department of Environmental Protection."
http://www.uppermon.org/Marcellus_Shale/EPA-PADEP-Marcellus-7Mar11.html.

EPA. (2011d). "Letter from Stephen A. Owens, EPA, to Deborah Gold, Earthjustice, re: TSCA Section 21 Petition Concerning Chemical Substances and Mixtures Used in Oil and Gas Exploration or Production."
http://www.epa.gov/oppt/chemtest/pubs/EPA_Letter_to_Earthjustice_on_TSCA_Petition.pdf.

EPA (2011e). "EPA's Study of Hydraulic Fracturing and Its Potential Impact on Drinking Water Resources," Environmental Protection Agency, http://www.epa.gov/hfstudy/.

EPA. (2012a). "Area Designations for 2008 Ground-level Ozone Standards."
http://www.epa.gov/ozonedesignations/2008standards/index.htm.

EPA. (2012b). "Hydraulic Fracturing Under the Safe Drinking Water Act," Environmental Protection Agency,
http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/hydraulic-fracturing.cfm.

EPA. (2012c). "Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews." Final Rule. http://www.epa.gov/airquality/oilandgas/pdfs/20120417finalrule.pdf.

Freudenthal. (2009). "Letter from Wyoming Governor Dave Freudenthal to Carol Rushin, EPA Region VIII, re: Wyoming 8-Hour Ozone Designation Recommendation, 12 March 2009, http://deq.state.wy.us/out/downloads/Rushin%20Ozone.pdf.

Groat, C.; Grimshaw, T. (2012). "Fact-Based Regulation for Environmental Protection in Shale Gas." Austin: University of Texas Energy Institute. http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf.

GWPC (2009). "Modern Shale Gas Development in the United States: A Primer." Ground Water Protection Council. http://www.gwpc.org/sites/default/files/Shale%20Gas%20Primer%202009.pdf

Hammer, R.; VanBriesen, J. (2012). "In Fracking's Wake: New Rules Are Needed to Protect Our Health and Environment from Contaminated Wastewater." Natural Resources Defense Council. http://www.nrdc.org/energy/files/Fracking-Wastewater-FullReport.pdf.

Holland, A. (2011). Oklahoma Geological Survey, Examination of Possibly Induced Seismicity from Hydraulic Fracturing in the Eola Field, Garvin County, Oklahoma 18, http://www.ogs.ou.edu/pubsscanned/openfile/OF1_2011.pdf.

IEA (2012). "Golden Rules for a Golden Age of Gas." International Energy Agency. http://www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/WEO2012_GoldenRulesReport.pdf.

Jones, E.A. (2011). "Testimony for the US House Committee on Science, Space, and Technology: Review of Hydraulic Fracturing Technology." http://science.house.gov/sites/republicans.science.house.gov/files/documents/hearings/Hydraulic%20Fracturing%20Written%20Testimony-Final-5-9-2011%20jones.pdf.

Kurth, T. (2010). "American Law and Jurisprudence on Fracing." Haynes and Boone LLP. http://www.haynesboone.com/files/Publication/3477accb-8147-4dfc-b0b4-380441178123/Presentation/PublicationAttachment/195a3398-5f02-4905-b76d-3858a6959343/American_Law_Jurisprudence_Fracing.pdf.

Martin, J., Susan M. Mathiascheck & Sarah Gleich. (2010). "Fractured Fairytales: The Context and Regulatory Constraints for Hydraulic Fracturing." Rocky Mountain Mineral Law Foundation Annual Institute Paper 3, December Issue.

McKenzie, L. et al. (2012). "Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources." University of Colorado School of Public Health and Garfield County Board of County Commissioners. http://www.erierising.com/human-health-risk-assessment-of-air-emissions-from-development-of-unconventional-natural-gas-resources/. (See upcoming issue of *Journal of Geophysical Research*).

Middlefield. (2012). "Cooperstown Holstein Corp. v. Town of Middlefield." 943 N.Y.S.2d 722 (S. Ct. Otsego County).

Niquette, M. (2011). "Fracking Has Formerly Stable Ohio City Aquiver over Quakes," Bloomberg News. http://www.bloomberg.com/news/2011-12-14/fracking-has-formerly-stable-ohio-city-aquiver-over-earthquakes.html.

NPC (National Petroleum Council). (2011). " Prudent Development Realizing the Potential of North America's Abundant Natural Gas and Oil Resources." http://www.npc.org/NARD-ExecSummVol.pdf.

New Mexico Oil Conservation Division. (2008). *Cases Where Pit Substances Contaminated New Mexico's Ground Water."* http://www.emnrd.state.nm.us/ocd/documents/GWImpactPublicRecordsSixColumns20081119.pdf.

NRLC (Natural Resources Law Center). (2012). "Solid Waste." http://www.oilandgasbmps.org/resources/solidwaste.php.

Ohio Dep't of Natural Resources, (2012).  Preliminary Report on the Northstar 1 Class II Injection Well and the Seismic Events in the Youngstown, Ohio, Area 17, http://ohiodnr.com/downloads/northstar/UICreport.pdf.

Railroad Commission of Texas. (RRC 2009. Self-Evaluation Report, *available at* http://www.sunset.state.tx.us/82ndreports/rct/ser.pdf.

Petron, G.; Frost, G.; Hirsch, A.; Montzka, S.; Karion, A.; Miller, B.; Trainer, M.; Sweeney, C.; Andrews, A.; Miller, L.; Kofler, J.; Dlugokencky, E.; Patrick, L.; Moore, T.; Ryerson, T.; Siso, C.; Kolodzey, W.; Lang, P.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. (2012). "Hydrocarbon Emissions Characterization in the Colorado Front Range –A Pilot Study." *Journal of Geophysical Research* (117). D04304, doi:10.1029/2011JD016360.

PA DEP (Pennsylvania Department of Environmental Protection). (2010). "STRONGER Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

Robinson. (2012a). "Robinson Township, et al. v. Pennsylvania, Complaint for Declaratory Judgment and Injunctive Relief." http://c4409835.r35.cf2.rackcdn.com/03-29-10_part-1-of-the-final-petition.pdf; http://c4409835.r35.cf2.rackcdn.com/03-29-13_part-2-of-the-final-petition.pdf.

Robinson. (2012b). "Robinson Township, et al. v. Pennsylvania, No. 284 M.D., Order (Commonwealth Court Pa.). http://canon-mcmillan.patch.com/articles/judge-grants-injunction-in-act-13-challenge#pdf-9548282.

SEAB (Secretary of Energy Advisory Board). (2011a). "Shale Gas Production Subcommittee 90-Day Report," Washington, D.C. DOE. http://www.shalegas.energy.gov/resources/081811_90_day_report_final.pdf.

SEAB. (2011b). "Shale Gas Production Subcommittee Second Ninety Day Report." Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

Soraghan, M. (2011). "Oil and Gas: Puny Fines, Scant Enforcement Leave Drilling Violators with Little to Fear." http://www.eenews.net/public/Greenwire/2011/11/14/1.

Streater, S. (2010). "Air Quality Concerns May Dictate Uintah Basin's Natural Gas Drilling Future." *New York Times*, October 1. http://www.nytimes.com/gwire/2010/10/01/01greenwire-air-quality-concerns-may-dictate-uintah-basins-30342.html?pagewanted=1.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2010). Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2011a). "Colorado Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/Colorado%20HF%20Review%202011.pdf.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2011b). "STRONGER Louisiana Hydraulic Fracturing State Review." http://www.shalegas.energy.gov/resources/071311_stronger__louisiana_hfreview.pdf.

TRCC (Texas Railroad Commission). "Waste Minimization in Drilling Operations." http://www.rrc.state.tx.us/forms/publications/wasteminmanual/wastemindrillingops.php.

Urbina, I. (2011). "Regulation Lax as Gas Wells' Tainted Water Hits Rivers." *New York Times*, Feb. 26. http://www.nytimes.com/2011/02/27/us/27gas.html?_r=1&pagewanted=all.

White House. (2011). "Blueprint for a Secure Energy Future." http://www.whitehouse.gov/sites/default/files/blueprint_secure_energy_future.pdf.

Wiseman, H. (2010). "Regulatory Adaptation in Fractured Appalachia," *Villanova Environmental Law Journal* (21:2).

Western Regional Air Partnership (2010-2012) Phase III Oil/Gas Emissions Inventories, http://www.wrapair.org/forums/ogwg/PhaseIII_Inventory.html.

WYDEQ (Wyoming Department of Environmental Quality). (2010). "Oil and Gas Production Facilities Chapter 6, Section 2 Permitting Guidance." http://deq.state.wy.us/aqd/Oil%20and%20Gas/March%202010%20FINAL%20O&G%20GUIDANCE.pdf.

Xcel Energy. (2012). "Colorado Clean Air–Clean Jobs Plan."
http://www.xcelenergy.com/Environment/Doing_Our_Part/Clean_Air_Projects/Colorado_Clean_Air_-_Clean_Jobs_Plan.

## Chapter 3

American Water. (2012). "Pennsylvania, Rates Information."
http://www.amwater.com/paaw/customer-service/rates-information.html.

API (American Petroleum Institute). (2009a). "Environmental Protection For Onshore Oil and Gas Production Operations and Leases." API Recommended Practice 51R, first edition. Washington, DC: American Petroleum Institute. July.
http://www.api.org/plicy/exploration/hydraulicfracturing/upload/API_RP_S1R.pdf

API (American Petroleum Institute). (2010b). "Freeing Up Energy—Hydraulic Fracturing: Unlocking America's Natural Gas Resources." Washington, DC: American Petroleum Institute. July.

Andrew, A., Folger P., Humphries, M., Copland C., Tiemann, M., Meltz, R., and Brougher, C. (2009). "Unconventional Gas Shales: Development, Technology and Policy Issues." Congressional Research Service.

API (American Petroleum Institute). (2010). *Water Management Associated with Hydraulic Fracturing*, 1st ed. API Publishing.

ASRPG (Appalachian Shale Recommended Practice Group). (2012). "Recommended Standards and Practices."
http://media.marketwire.com/attachments/201204/44703_ASRPGStandardsandPracticesDocumentApril302012.pdf.

Arthur, J., Uretsky, M., and Wilson, P. (2010). "Water Resources and Use for Hydraulic Fracturing in the Marcellus Shale Region." ALL Consulting.

ASRPG (Appalachian Shale Recommended Practice Group). (2012). "Recommended Standards and Practices."
http://media.marketwire.com/attachments/201204/44703_ASRPGStandardsandPracticesDocumentApril302012.pdf.

Bellabarba, M., Bulte-Loyer, H., Froelich, B., Le Roy-Delage, S., Kujik, R., Zerouy, S., Guillot, D., Meroni, N., Pastor, S., & Zanchi, A. (2008). "Ensuring Zonal Isolation beyond the Life of the Well. Oil Field Review, 18-31.

Chief Oil and Gas, LLC. (2012). http://www.chiefog.com/marcellus_shale_best_practices

COGCC (Colorado Oil and Gas Conservation Commission). (2012a). "2011 Report To the Water Quality Control Commission and Water Quality Control Division of the Colorado Department of Public Health and Environment," February.

COGCC. (2012b). "Fact Sheet: Water Sources and Demand for the Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015." http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf.

Colorado Oil & Gas Enforcement Violations. (n.d.). http://www.earthworksaction.org/issues/detail/colorado_oil_gas_enforcement_violations

Coyote Gulch. (2012). http://coyotegulch.wordpress.com/2012/02/10/cogcc-water-use-for-hydraulic-fracturing-expected-to-increase-from-4-5-billion-gallons-now-to-6-billion-gallons-in-2015/.

Davies, R.J., Mathias, S., Moss, J., Hustoft, S., Newport, L., (2012) "Hydraulic Fractures: How Far Can They Go?," *Marine and Petroleum Geology*, 4:2012, 22-27.

Eagle Ford Shale. (2012). "Drilling Rig Count." http://www.eaglefordshale.com/.

e-CFR (Electronic Code of Federal Regulations). (2012). http://ecfr.gpoaccess.gov/cgi/t/text/text-idx?c=ecfr;sid=57f213bf40c3061120a3e54288372e1c;rgn=div5;view=text;node=18%3A2.0.3.3.3;idno=18;cc=ecfr#18:2.0.3.3.3.1.11.5.

EDF (Environmental Defense Fund). (2012). "Natural Gas: Challenge or Opportunity? Public Health and the Environment Must Come First." http://www.edf.org/sites/default/files/EDF-Natural-Gas-Fact-Sheet-May2012.pdf.

EIA (U.S. Energy Information Administration). (2011). "Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays." ftp://ftp.eia.doe.gov/natgas/usshaleplays.pdf.

Energy Collective. (2012). "Gas Industry's First Stabs at 'Standards' & 'Practices': How Much Do They Reduce Accident Risk?" http://theenergycollective.com/node/83870?utm_source=tec_newsletter&utm_medium=email&utm_campaign=newsletter.

Energy Institute. (2012). *Fact-Based Regulation for Environmental Protection in Shale Gas Development.* http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf.

EPA (U.S. Environmental Protection Agency). (2004). "Evaluation of Impacts to Underground Sources of Drinking Water by Hydraulic Fracturing of Coalbed Methane Reservoirs. Attachment 1, The San Juan Basin."

EPA (U.S. Environmental Protection Agency). (2011). "Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources." EPA/600/R-11/122. http://www.epa.gov/hfstudy/HF_Study__Plan_110211_FINAL_508.pdf

Falk, H., Lavergren, U., and Bergback, B. (2006). "Metal Mobility in Alum Shale from Öland, Sweden." Journal of Geochemical Exploration, 90(3), 157-165.

Geology.com. (2012). "Haynesville Shale: News, Lease and Royalty Information." http://geology.com/articles/haynesville-shale.

GWPC (Ground Water Protection Council). (2009). "State Oil and Natural Gas Regulations Designed to Protect Water Resources." Washington, DC: U.S. Department of Energy, National Energy Technology Laboratory. http://data.memberclicks.com/site/coga/GWPC.pdf.

GWPC (Ground Water Protection Council) & ALL Consulting. (2009). Modern Shale Gas Development in the US: A Primer. Contract DE-FG26-04NT15455. Washington, DC: U.S. Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory. http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf

Haerer, D. and McPherson, B. (2009). "Evaluating the Impacts and Capabilities of Long Term Subsurface Storage in the Context of Carbon Sequestration in the San Juan Basin, NM and CO." Energy Procedia.  Vol 1. Pg. 2991-2998

Hoffman, J. (2011). "Water Use and the Shale Gas Industry." Susquehanna River Basin Commission presentation. http://www.stcplanning.org/usr/Program_Areas/Energy/Naturalgas_Resources/SRBC_Presentation_Sept_2011.pdf.

Hopey, D. (2011). Radiation-fracking Link Sparks Swift Reactions. *Pittsburgh Post-Gazette*. March 5. http://www.post-gazette.com/pg/11064/1129908-113.stm.

IEA (International Energy Agency). (2012). *Golden Rules for a Golden Age of Gas: World Energy Outlook*.

JISEA (Joint Institute for Strategic Energy Analysis). (2011). "Prospectus: The Role of Natural Gas in the U.S. Energy Sector: Electric Sector Analysis."

Kelso, M. (2011). "All MS Drilled Wells in PA (2011-12-16)." Fractracker.org. http://data.fractracker.org/cbi/dataset/datasetPreviewPage?uuid=-01a3a9acd627f511e1b64be84bd739fae9.

Kemp, J. (2012). http://blogs.reuters.com/john-kemp/.

Kenny, J.F.; Barber, N.L.; Hutson, S.S.; Linsey, K.S.; Lovelace, J.K.; Maupin, M.A. Estimated Use of Water in the United States in 2005. (2009). U.S. Geological Survey Circular 1344. Reston, VA: USGS.

King, H. (2012). "Marcellus Shale – Appalachian Basin Natural Gas Play." http://geology.com/articles/marcellus-shale.shtml.

LADNR (Louisiana Department of Natural Resources). (2012). Haynesville Shale Wells Activity by Month. http://dnr.louisiana.gov/assets/OC/haynesville_shale/haynesville_monthly.pdf

Lee, M. (2011). "Chesapeake Battles Out-Of-Control Marcellus Gas Well." *Bloomberg*. April 20. http://www.bloomberg.com/news/2011-04-20/chesapeake-battles-out-of-control-gas-well-spill-in-pennsylvania.html

Levings, G.W., Kernodle, J.M., and Thorn, C.R. (1996). "Summary of the San Juan Structural Basin Regional Aquifer-System Analysis, New Mexico, Colorado, Arizona, and Utah." U.S. Geological Survey. Water-Resources Investigations Report 95-4188.

LOGA (Louisiana Oil & Gas Association). "Public Databases." www.dnr.louisiana.gov

Lustgarten, A. (2009). Frack Fluid Spill in Dimock Contaminates Stream, Killing Fish. ProPublica. September 21. http://www.propublica.org/article/frack-fluid-spill-in-dimock-contaminates-stream-killing-fish-921

Mantell, M. (2011). Produced Water Reuse and Recycling Challenges and Opportunities across Major Shale Plays. EPA Hydraulic Fracturing Study Technical Workshop #4. March 29-30, 2011. http://www.epa.gov/hfstudy/09_Mantell_-_Reuse_508.pdf

McMahon, P. B., Thomas, J. C., and Hunt, A. G. (2011). "Use of Diverse Geochemical Data Sets to Determine Sources and Sinks of Nitrate and Methane in Groundwater, Garfield County, Colorado, 2009." U.S. Geological Survey Scientific Investigations Report 2010–5215. Reston, VA: US Department of the Interior, U.S. Geological Survey.

Natural Gas. (2010). "Water Withdrawals for Development of Marcellus Shale Gas in Pennsylvania." Marcellus Education Fact Sheet. Penn State College of Agricultural Sciences, Pennsylvania State University. http://pubs.cas.psu.edu/freepubs/pdfs/ua460.pdf.

NEPA (2012). "List of Violations." NEPA Gas Action: http://nepagasaction.org/index.php?option=com_content&view=category&id=54:lists-of-violations&Itemid=75.

Nicot, J. and Scanlon, B. 2012. "Water Use for Shale-Gas Production in Texas, U.S." Environmental Science and Technology. Vol. 46. Pg. 3580-3586.

NRC (Natural Resources Commission). 312 IAC 16-5-21; filed Feb 23, 1998, 11:30 a.m.: 21 IR 2346; readopted filed Nov 17, 2004, 11:00 a.m.: 28 IR 1315

NRC. (2004). "Article 16. Oil and Gas." Indiana Administrative Code. www.in.gov/legislative/iac/T03120/A00160.PDF.

NEPA (2012). "List of Violations." NEPA Gas Action: http://nepagasaction.org/index.php?option=com_content&view=category&id=54:lists-of-violations&Itemid=75.

OilGasGlossary.com. (2010). *Drilling fluid definition*. Retrieved February 3, 2011, from http:// oilgasglossary.com/drilling-fluid.html

PA DEP (Pennsylvania Department of Environmental Protection). (2010). "STRONGER Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

PA DEP (Pennsylvania Department of Environmental Protection). (2010b). "Consent Order and Settlement Agreement (Commonwealth of Pennsylvania Department of Environmental Protection and Cabot Oil & Gas Corporation). PA: Pennsylvania Department of Environmental Protection. December.

PA DEP (Pennsylvania Department of Environmental Protection). (2011a). "Permits Issued – Wells Drilled Map." http://files.dep.state.pa.us/OilGas/BOGM/BOGMPortalFiles/OilGasReports/2012/2011Wellspermitte-drilled.pdf.

PA DEP. (2011b). http://www.dep.state.pa.us/dep/deputate/minres/oilgas/Marcellus%20Wells%20permitted-drilled%20NOVEMBER%202011.gif.

PA DEP. (2011c). http://www.dep.state.pa.us/dep/deputate/minres/oilgas/2011%20wells%20drilled.gif.

PA DEP (2012a). http://files.dep.state.pa.us/OilGas/BOGM/BOGMPortalFiles/OilGasReports/2012/

PA DEP (2012b). PA DEP Oil & Gas Reporting Website. https://www.paoilandgasreporting.state.pa.us/publicreports/Modules/Welcome/Welcome.aspx

Pashin, J. C. (2007). "Hydrodynamics of Coalbed Methane Reservoirs in the Black Warrior Basin: Key to Understanding Reservoir Performance and Environmental Issues." Applied Geochemistry, 22, 2257-2272.

Phillips, S. (2011). "Burning Question: Where are PA's Deep Injection Wells?" http://stateimpact.npr.org/pennsylvania/2011/09/22/burning-question-where-are-pas-deep-injection-wells/.

Pressconnects. (2010). "A Reply Letter about Agreement to Sell Water to East Resources Management, LLC to Mr. Scott Blauvelt of East Resources Management, LLC from Rita Y. McCarthy, Town Manager of Painted Post, NY." http://www.pressconnects.com/assets/pdf/CB164390922.PDF.

Puko, T. (2010). "Drinking Water From Mon Deemed Safe. *The Pittsburgh Tribune-Review*. August 7. http://www.pittsburghlive.com/x/pittsburghtrib/news/s_693882.html.

Rassenfoss, S. (2011). "From Flowback to Fracturing: Water Recycling Grows in the Marcellus Shale." *Journal of Petroleum Technology*. http://www.spe.org/jpt/print/archives/2011/07/12Marcellus.pdf.

Rights, and Local Community Needs. (2010). http://www.ela-iet.com/EMD/MARCELLUS_SHALE_GAS_DEVELOPMENT.pdf.

Robinson, J. (2012). "Reducing Environmental Risk Associated with Marcellus Shale Gas Fracturing." *Oil and Gas Journal.* http://www.ogj.com/articles/print/vol-110/issue-4/exploration-development/reducing-environmental.html.

SEAB. (2011). "Shale Gas Production Subcommittee Second Ninety Day Report," November 18. Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

SEAB. (2011). "Shale Gas Production Subcommittee Second Ninety Day Report," November 18. Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

SRBC (Susquehanna River Basin Commission). (2010). "Natural Gas Well Development in the Susquehanna River Basin." http://www.srbc.net/programs/docs/ProjectReviewMarcellusShale(NEW)(1_2010).pdf.

SRBC. (2011a). "Regulatory Program Fee Schedule." http://www.srbc.net/programs/docs/Regulatory%20Program%20Fee%20Schedule%20FY%202020 12%206_23_2011.pdf.

SRBC. (2011b). "Water Resource Portal, GIS Map." http://gis.srbc.net/.

SRBC. (2012a). "Approved Water Sources for Natural Gas Development." http://www.srbc.net/downloads/ApprovedSourceList.pdf

SRBC. (2012b). "Frequently Asked Questions (FAQs): SRBC's Role in Regulating Natural Gas Development." http://www.srbc.net/programs/natural_gas_development_faq.htm.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2010). "Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf

Sumi, L. (2008). "Shale Gas: Focus on the Marcellus Shale." For the Oil & Gas Accountability Project/Earthworks. http://www.earthworksaction.org/files/publications/OGAPMarcellusShaleReport-6-12-08.pdf?pubs/OGAPMarcellusShaleReport-6-12-08.pdf.

TCEQ (Texas Commission on Environmental Quality). (2012). "Water Rights Database and Related Files." http://www.tceq.texas.gov/permitting/water_supply/water_rights/wr_databases.html, accessed May 2012.

TRRC. (Texas Railroad Commission) (2011). "H10 Filing System, Injection Volume Query." http://webapps.rrc.state.tx.us/H10/searchVolume.do;jsessionid=PFLTyx8rpmyb3h2hvvkTvwvD

06v32MrVQpfj7YNmp4hLLGjhypTc!-
2019483779?fromMain=yes&sessionId=133831371055223.

TRRC. (2012a). "Eagle Ford Information." http://www.rrc.state.tx.us/eagleford/index.php.

TRRC. (2012b). "Eagle Ford Task Force Finds South Texas Water Supply Sufficient." Press release. http://www.rrc.state.tx.us/commissioners/porter/press/012612.php.

TRRC. (2012c). "Newark, East (Barnett Shale) Well Count." 1993 through July 19, 2012. http://www.rrc.state.tx.us/barnettshale/barnettshalewellcount_1993-2012.pdf

TRRC (2012d). "Water use in the Barnett Shale." http://www.rrc.state.tx.us/barnettshale/wateruse_barnettshale.php

TRRC. (Texas Railroad Commission). (2012e). "Barnett Shale Information." http://www.rrc.state.tx.us/barnettshale/index.php

TRRC. (2012f). "Haynesville/Bossier Shale Information." http://www.rrc.state.tx.us/bossierplay/index.php

TWDB (Texas Water Development Board). (2012). "State Water Plan." http://www.twdb.state.tx.us/publications/state_water_plan/2012/2012_SWP.pdf.

UM (University of Maryland). (2010). "Marcellus Shale Gas Development: Reconciling Shale Gas Development with Environmental Protection, Landowner." UM School of Public Policy.

USGS (U.S. Geological Survey). (2002a). "Assessment of Undiscovered Oil and Gas Resources of the San Juan Basin of New Mexico and Colorado." http://pubs.usgs.gov/fs/fs-147-02/FS-147-02.pdf.

USGS. (2002b). "TDS in Selected Petroleum Provinces." http://energy.cr.usgs.gov/prov/prodwat/provcomp.htm

USGS. (2003). "Assessment of Undiscovered Oil and Gas Resources of the Bend Arch–Fort Worth Basin Province of North-Central Texas and Southwestern Oklahoma." http://pubs.usgs.gov/fs/2004/3022/fs-2004-3022.html.

USGS. (2011). "National Assessment of Oil and Gas: Assessment of Undiscovered Oil and Gas Resources of Devonian Marcellus Shale of the Appalachian Basin Province." http://pubs.usgs.gov/fs/2011/3092/pdf/fs2011-3092.pdf.

Veil, J. 2010. "Oil and Natural Gas Technology Final Report Water Management Technologies Used by Marcellus Shale Gas Producers." Argonne National Laboratory.

Ward Jr., K. (2010). "Environmentalists Urge Tougher Water Standards. *The Charleston Gazette*. July 19. http://sundaygazettemail.com/News/201007190845.

Williams, D.O. (2011). "Fines for Garden Gulch Drilling Spills Finally to be Imposed after More than Three Years." *The Colorado Independent*. June 21. http://coloradoindependent.com/91659/fines-for-garden-gulch-drilling-spills-finally-to-be-imposed-after-more-than-three-years.

Wiseman, H. (2012). "Regulation of Shale Gas Development: Fact-based Regulation for Environmental Protection in Shale Gas Resource Development," Energy Institute, University of Texas, Austin.

WRA (Western Resource Advocates). (2012). "Fracking Our Future, Measuring Water and Community Impacts from Hydraulic Fracturing." http://www.westernresourceadvocates.org/frackwater/WRA_FrackingOurFuture_2012.pdf.

WWDC (Wyoming Water Development Commission). (2010). "Green River Basin Plan." WY Water Development Commission Basing Planning Program.

Yoxtheimer, D. (2011). "Water Resource Management for Marcellus Natural Gas." Penn State Cooperative Extension Water Resources Webinar Series. https://meeting.psu.edu/p88048189/?launcher=false&fcsContent=true&pbMode=normal.

Zoback, M.; Kitasei, S.; Copithorne, B. (2010). "Addressing the Environmental Risks from Shale Gas Development." http://www.worldwatch.org/files/pdf/Hydraulic%20Fracturing%20Paper.pdf.

**Chapter 4**
Book, K. (2012). "Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institution speech.

BPC (Bipartisan Policy Center). (2011). "Environmental Regulation and Electric System Reliability."

CERA (Cambridge Energy Research Associates). (2011). "Staying Power: Can U.S. Coal Plants Dodge Retirement for Another Decade?"

C2ES. (2011). (Formerly Pew Center on Global Climate Change). "Responses to the Senate Energy and Natural Resources Committee CES White Paper." Center for Climate and Energy Solutions.

C2ES. (2012). (Formerly Pew Center on Global Climate Change). "Renewable and Alternative Energy Portfolio Standards." Center for Climate and Energy Solutions.

Deloitte (2011). "Made in America: The Economic Impact of LNG Exports from the United States," Deloitte Center for Energy Solutions and Deloitte Marketplace.

Denholm, P.; Drury, E.; Margolis, R. (2009). "Solar Deployment System (Solar DS) Model: Documentation and Base Case Results." National Renewable Energy Lab, Golden, CO: NREL.

DOE (U.S. Department of Energy). (2012). "SunShot Vision Study."

Ebinger, C.; Massy, K.; Avasarala, G. (2012). "Liquid Markets: Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institute.

EEI (Edison Electric Institute). (2011). "Potential Impacts of Environmental Regulation on the U.S. Generation Fleet." Prepared for EEI by ICF International.

EIA (U.S. Energy Information Administration). (2010). *Annual Energy Outlook 2010.* Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2011). *Annual Energy Outlook 2011.* Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012a). "Analysis of the Clean Energy Standard Act of 2012." Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012b). "Effect of Increased Natural Gas Exports on Domestic Energy Markets." Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012c). "Electric Power Monthly." Washington, D.C.: U.S. Department of Energy EIA.

IEA (International Energy Agency). (2012). "Golden Rules for the Golden Age of Natural Gas."

IHS. (2009). "Measuring the Economic and Energy Impacts of Proposals to Regulate Hydraulic Fracturing." IHS Global Insight.

IPCC (Intergovernmental Panel on Climate Change). (2007). "Summary for Policymakers." In *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the IPCC*, ed. B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer. Cambridge, UK and New York: Cambridge University Press.

Macedonia, J.; Kruger, J.; Long, L.; McGuiness, M. (2011). "Environmental Regulation and Electricity System Reliability." Bipartisan Policy Center.

Martin, R. (2012). *Superfuel: Thorium, the Green Energy Source for the Future.* New York: Palgrave Macmillan.

NERA (2011). "Proposed CATR + MACT." Prepared by NERA Economic Consulting for American Coalition for Clean Coal Electricity.

NREL (National Renewable Energy Laboratory). (2012). "Renewable Energy Futures."

OECD (Organization of Economic Cooperation and Development). (2011). "Current Status, Technical Feasibility and Economics of Small Nuclear Reactors." OECD Nuclear Energy Agency.

Pickering, G. (2010. "Market Analysis for Sabine Pass LNG Export Terminal." Navigant Consulting.

SNL. (2011). Figure derived by NREL using SNL Financial Database query, 2011.

Wellkamp, N.; Weiss, D. (2010). "American Fuel: Developing Natural Gas for Heavy Vehicles." Center for American Progress.



International
Energy Agency

*Golden Rules* for a
*Golden Age* of *Gas*

*World Energy Outlook*
*Special Report on Unconventional Gas*

# *Golden Rules for a Golden Age of Gas*

**World Energy Outlook**
**Special Report on Unconventional Gas**

Natural gas is poised to enter a golden age, but this future hinges critically on the successful development of the world's vast unconventional gas resources. North American experience shows unconventional gas – notably shale gas – can be exploited economically. Many countries are lining up to emulate this success.

But some governments are hesitant, or even actively opposed. They are responding to public concerns that production might involve unacceptable environmental and social damage.

This report, in the *World Energy Outlook* series, treats these aspirations and anxieties with equal seriousness. It features two new cases: a Golden Rules Case, in which the highest practicable standards are adopted, gaining industry a "social licence to operate"; and its counterpart, in which the tide turns against unconventional gas as constraints prove too difficult to overcome.

The report:

- Describes the unconventional gas resource and what is involved in exploiting it.

- Identifies the key environmental and social risks and how they can be addressed.

- Suggests the Golden Rules necessary to realise the economic and energy security benefits while meeting public concerns.

- Spells out the implications of compliance with these rules for governments and industry, including on development costs.

- Assesses the impact of the two cases on global gas trade patterns and pricing, energy security and climate change.

For more information, and the free download of this report, please visit: ***www.worldenergyoutlook.org***

*WEO-2012* to be released 12 November 2012

**International Energy Agency**

# *Golden Rules* for a *Golden Age* of *Gas*

*World Energy Outlook Special Report on Unconventional Gas*

# INTERNATIONAL ENERGY AGENCY

The International Energy Agency (IEA), an autonomous agency, was established in November 1974. Its primary mandate was – and is – two-fold: to promote energy security amongst its member countries through collective response to physical disruptions in oil supply, and provide authoritative research and analysis on ways to ensure reliable, affordable and clean energy for its 28 member countries and beyond. The IEA carries out a comprehensive programme of energy co-operation among its member countries, each of which is obliged to hold oil stocks equivalent to 90 days of its net imports. The Agency's aims include the following objectives:

■ Secure member countries' access to reliable and ample supplies of all forms of energy; in particular, through maintaining effective emergency response capabilities in case of oil supply disruptions.

■ Promote sustainable energy policies that spur economic growth and environmental protection in a global context – particularly in terms of reducing greenhouse-gas emissions that contribute to climate change.

■ Improve transparency of international markets through collection and analysis of energy data.

■ Support global collaboration on energy technology to secure future energy supplies and mitigate their environmental impact, including through improved energy efficiency and development and deployment of low-carbon technologies.

■ Find solutions to global energy challenges through engagement and dialogue with non-member countries, industry, international organisations and other stakeholders.

IEA member countries:

Australia
Austria
Belgium
Canada
Czech Republic
Denmark
Finland
France
Germany
Greece
Hungary
Ireland
Italy
Japan
Korea (Republic of)
Luxembourg
Netherlands
New Zealand
Norway
Poland
Portugal
Slovak Republic
Spain
Sweden
Switzerland
Turkey
United Kingdom
United States

**International Energy Agency**

© OECD/IEA, 2012
**International Energy Agency**
9 rue de la Fédération
75739 Paris Cedex 15, France

***www.iea.org***

The European Commission
also participates in
the work of the IEA.

Please note that this publication
is subject to specific restrictions
that limit its use and distribution.
The terms and conditions are available
online at *www.iea.org/about/copyright.asp*

This report was prepared by the Office of the Chief Economist (OCE) of the International Energy Agency. It was designed and directed by **Fatih Birol,** Chief Economist of the IEA. The analysis was co-ordinated by **Christian Besson** and **Tim Gould.** Principal contributors to this report were **Marco Baroni, Laura Cozzi, Ian Cronshaw, Capella Festa, Matthew Frank, Timur Gül, Paweł Olejarnik, David Wilkinson** and **Peter Wood.** Other contributors included **Amos Bromhead, Dafydd Elis, Timur Topalgoekceli** and **Akira Yanagisawa. Sandra Mooney** provided essential support.

**Robert Priddle** carried editorial responsibility.

The report benefited from valuable comments and feedback from other experts within the IEA, including Bo Diczfalusy, Didier Houssin and Laszlo Varro. The Communication and Information Office was instrumental in bringing the book to completion. Thanks also go to Debra Justus for proofreading the text.

A high-level workshop organised by the IEA and hosted by the Polish Ministry of Economy and co-hosted by the Mexican Ministry of Energy was held on 7 March 2012 in Warsaw to gather essential input to this study. The workshop participants have contributed valuable new insights, feedback and data for this analysis. More details may be found at www.worldenergyoutlook.org/aboutweo/workshops/.

Many experts from outside the IEA provided input, commented on the underlying analytical work and reviewed the report. Their comments and suggestions were of great value. They include:

| | |
|---|---|
| Saleh Abdurrahman | National Energy Council of Indonesia |
| Marco Arcelli | Enel |
| Tristan Aspray | ExxonMobil |
| Kamel Bennaceur | Schlumberger |
| Roberto Bocca | World Economic Forum |
| Clay Bretches | National Petroleum Council, United States |
| John Broderick | University of Manchester |
| Mark Brownstein | Environmental Defense Fund, United States |
| Carey Bylin | Environmental Protection Agency, United States |
| Robert Cekuta | Department of State, United States |
| Xavier Chen | BP, China |
| Armond Cohen | Clean Air Task Force, United States |
| John Corben | Schlumberger |
| Bruno Courme | Total |
| Randall Cox | Queensland Water Commission, Australia |

© OECD/IEA, 2012

| | |
|---|---|
| John Deutch | Massachusetts Institute of Technology, United States |
| Martin Diaper | Environment Agency, United Kingdom |
| Carmine Difiglio | Department of Energy, United States |
| Enrique Domínguez | National Hydrocarbons Commission, Mexico |
| Amy Emmert | American Petroleum Institute |
| John Foran | Natural Resources Canada |
| Mario Gabriel | Ministry of Energy, Mexico |
| David Goldwyn | Goldwyn Global Strategies |
| Sila Guiance | Department of Energy and Climate Change, United Kingdom |
| John Hanger | Eckert Seamans Cherin & Mellott |
| Gregory Hild | Chevron |
| Cal Hill | Energy Resources Conservation Board, Canada |
| Masazumi Hirono | The Japan Gas Association |
| Kyel Hodenfield | Schlumberger |
| Anil Jain | Government of Madhya Pradesh , India |
| Ben Jarvis | Department of Resources, Energy and Tourism, Australia |
| Jostein Dahl Karlsen | Ministry of Petroleum and Energy, Norway |
| Izabela Kielichowska | GE Energy |
| Ken Koyama | The Institute of Energy Economics, Japan |
| Alan Krupnick | Resources for the Future, United States |
| Xiaoli Liu | Energy Research Institute, China |
| Craig Mackenzie | Scottish Widows Investment Partnership |
| Tatiana Mitrova | Skolkovo Energy Centre, Russian |
| Klaus Mohn | Statoil |
| Trevor Morgan | Menecon Consulting |
| Ed Morse | CitiGroup |
| Aldo Napolitano | Eni, Poland |
| Alexander Ochs | World Watch Institute |
| Niall O'Shea | The Co-operative Asset Management |
| Idelso Piazza | Petrobras |
| Roberto Poti | Edison |
| Wiesław Prugar | Orlen Upstream |
| Michael Schuetz | European Commission Directorate-General for Energy |
| Scott Sherman | Hess Corporation |
| Christopher Smith | Department of Energy, United States |
| Jonathan Stern | Oxford Institute for Energy Studies |

© OECD/IEA, 2012

| Małgorzata Szymańska | Ministry of Economy, Poland |
| Wim Thomas | Shell |
| Susan Tierney | Analysis Group |
| Mihai Tomescu | European Commission Directorate-General for Environment |
| Noé van Hulst | Energy Academy Europe, The Netherlands |
| Adnan Vatansever | Carnegie Endowment for International Peace, United States |
| Frank Verrastro | Center for Strategic and International Studies, United States |
| Jay Wagner | Plexus Energy |
| Rick Wilkinson | Australian Petroleum Production & Exploration Association |
| Piotr Woźniak | Ministry of Environment, Poland |
| Mel Ydreos | International Gas Union |

The individuals and organisations that contributed to this study are not responsible for any opinions or judgements contained in this study. All errors and omissions are solely the responsibility of the IEA.

**Comments and questions are welcome and should be addressed to:**

Dr. Fatih Birol
Chief Economist
Director, Office of the Chief Economist
International Energy Agency
9, rue de la Fédération
75739 Paris Cedex 15
France

| Telephone: | (33-1) 4057 6670 |
| Fax: | (33-1) 4057 6509 |
| Email: | weo@iea.org |

More information about the *World Energy Outlook* is available at www.worldenergyoutlook.org.

*This publication has been produced under the authority of the Executive Director of the International Energy Agency. The views expressed do not necessarily reflect the views or policies of individual IEA member countries.*

© OECD/IEA, 2012

© OECD/IEA, 2012

**Acknowledgements**                                                    **3**
**Executive Summary**                                                   **9**
**The Golden Rules**                                                    **13**
**Introduction**                                                        **15**


**1**   **Addressing environmental risks**                              **17**

The environmental impact of unconventional gas production                18
  *Shale and tight gas developments*                                     *21*
  *Coalbed methane developments*                                         *28*
  *Water use*                                                            *30*
  *Treatment and disposal of waste water*                                *32*
  *Methane and other air emissions*                                      *38*
Golden Rules to address the environmental impacts                        42
  *Measure, disclose and engage*                                         *43*
  *Watch where you drill*                                                *44*
  *Isolate wells and prevent leaks*                                      *45*
  *Treat water responsibly*                                              *45*
  *Eliminate venting, minimise flaring and other emissions*              *46*
  *Be ready to think big*                                                *47*
  *Ensure a consistently high level of environmental performance*        *48*
Complying with the Golden Rules                                          49
  *Implications for governments*                                         *49*
  *Implications for industry*                                            *52*


**2**   **The Golden Rules Case and its counterpart**                   **63**

Paths for unconventional gas development                                 64
  *Golden Rules and other policy conditions*                             *65*
  *Unconventional gas resources*                                         *68*
  *Development and production costs*                                     *71*
  *Natural gas prices*                                                   *73*
  *Other assumptions*                                                    *75*

© OECD/IEA, 2012

The Golden Rules Case                                          76
    *Demand*                                                       *76*
    *Supply*                                                       *81*
    *International gas trade, markets and security*                *86*
    *Investment and other economic impacts*                       *88*
    *Climate change and the environment*                          *91*
The Low Unconventional Case                                    92
    *Demand*                                                       *92*
    *Supply*                                                       *93*
    *International gas trade, markets and security*                *96*
    *Investment and other economic impacts*                       *98*
    *Climate change and the environment*                          *99*


**3**   **Country and regional outlooks**                          **101**
United States                                                 102
Canada                                                        108
Mexico                                                        111
China                                                         115
Europe                                                        120
Australia                                                     130


**ANNEXES**                                                      **137**

**Annex A.**   **Units and conversion factors**                   **137**
**Annex B.**   **References**                                     **139**

**Natural gas is poised to enter a golden age, but will do so only if a significant proportion of the world's vast resources of unconventional gas – shale gas, tight gas and coalbed methane – can be developed profitably and in an environmentally acceptable manner.** Advances in upstream technology have led to a surge in the production of unconventional gas in North America in recent years, holding out the prospect of further increases in production there and the emergence of a large-scale unconventional gas industry in other parts of the world, where sizeable resources are known to exist. The boost that this would give to gas supply would bring a number of benefits in the form of greater energy diversity and more secure supply in those countries that rely on imports to meet their gas needs, as well as global benefits in the form of reduced energy costs.

**Yet a bright future for unconventional gas is far from assured: numerous hurdles need to be overcome, not least the social and environmental concerns associated with its extraction.** Producing unconventional gas is an intensive industrial process, generally imposing a larger environmental footprint than conventional gas development. More wells are often needed and techniques such as hydraulic fracturing are usually required to boost the flow of gas from the well. The scale of development can have major implications for local communities, land use and water resources. Serious hazards, including the potential for air pollution and for contamination of surface and groundwater, must be successfully addressed. Greenhouse-gas emissions must be minimised both at the point of production and throughout the entire natural gas supply chain. Improperly addressed, these concerns threaten to curb, if not halt, the development of unconventional resources.

**The technologies and know-how exist for unconventional gas to be produced in a way that satisfactorily meets these challenges, but a continuous drive from governments and industry to improve performance is required if public confidence is to be maintained or earned.** The industry needs to commit to apply the highest practicable environmental and social standards at all stages of the development process. Governments need to devise appropriate regulatory regimes, based on sound science and high-quality data, with sufficient compliance staff and guaranteed public access to information. Although there is a range of other factors that will affect the development of unconventional gas resources, varying between different countries, our judgement is that there is a critical link between the way that governments and industry respond to these social and environmental challenges and the prospects for unconventional gas production.

© OECD/IEA, 2012

**We have developed a set of "Golden Rules", suggesting principles that can allow policy-makers, regulators, operators and others to address these environmental and social impacts.**[1] We have called them Golden Rules because their application can bring a level of environmental performance and public acceptance that can maintain or earn the industry a "social licence to operate" within a given jurisdiction, paving the way for the widespread development of unconventional gas resources on a large scale, boosting overall gas supply and making the golden age of gas a reality.

**The Golden Rules underline that full transparency, measuring and monitoring of environmental impacts and engagement with local communities are critical to addressing public concerns.** Careful choice of drilling sites can reduce the above-ground impacts and most effectively target the productive areas, while minimising any risk of earthquakes or of fluids passing between geological strata. Leaks from wells into aquifers can be prevented by high standards of well design, construction and integrity testing. Rigorous assessment and monitoring of water requirements (for shale and tight gas), of the quality of produced water (for coalbed methane) and of waste water for all types of unconventional gas can ensure informed and stringent decisions about water handling and disposal. Production-related emissions of local pollutants and greenhouse-gas emissions can be reduced by investments to eliminate venting and flaring during the well-completion phase.

**We estimate that applying the Golden Rules could increase the overall financial cost of development a typical shale-gas well by an estimated 7%.** However, for a larger development project with multiple wells, additional investment in measures to mitigate environmental impacts may be offset by lower operating costs.

**In our Golden Rules Case, we assume that the conditions are in place, including approaches to unconventional gas development consistent with the Golden Rules, to allow for a continued global expansion of gas supply from unconventional resources, with far-reaching consequences for global energy markets.** Greater availability of gas has a strong moderating impact on gas prices and, as a result, global gas demand rises by more than 50% between 2010 and 2035. The increase in demand for gas is equal to the growth coming from coal, oil and nuclear combined, and ahead of the growth in renewables. The share of gas in the global energy mix reaches 25% in 2035, overtaking coal to become the second-largest primary energy source after oil.

1. Consultations with a range of stakeholders when developing these Golden Rules included a high-level workshop held in Warsaw on 7 March 2012, which was organised by the IEA, hosted by the Polish Ministry of Economy and co-hosted by the Mexican Ministry of Energy. In addition to the input received during this workshop, we have drawn upon the extensive work in this area undertaken by many governments, non-governmental and academic organisations, and industry associations.

**Production of unconventional gas, primarily shale gas, more than triples in the Golden Rules Case to 1.6 trillion cubic metres in 2035.** This accounts for nearly two-thirds of incremental gas supply over the period to 2035, and the share of unconventional gas in total gas output rises from 14% today to 32% in 2035. Most of the increase comes after 2020, reflecting the time needed for new producing countries to establish a commercial industry. The largest producers of unconventional gas over the projection period are the United States, which moves ahead of Russia as the largest global natural gas producer, and China, whose large unconventional resource base allows for very rapid growth in unconventional production starting towards 2020. There are also large increases in Australia, India, Canada and Indonesia. Unconventional gas production in the European Union, led by Poland, is sufficient after 2020 to offset continued decline in conventional output.

**Global investment in unconventional production constitutes 40% of the $6.9 trillion (in year-2010 dollars) required for cumulative upstream gas investment in the Golden Rules Case.** Countries that were net importers of gas in 2010 (including the United States) account for more than three-quarters of total unconventional upstream investment, gaining the wider economic benefits associated with improved energy trade balances and lower energy prices. The investment reflects the high number of wells required: output at the levels anticipated in the Golden Rules Case would require more than one million new unconventional gas wells worldwide between now and 2035, twice the total number of gas wells currently producing in the United States.

**The Golden Rules Case sees gas supply from a more diverse mix of sources of gas in most markets, suggesting growing confidence in the adequacy, reliability and affordability of natural gas.** The developments having most impact on global gas markets and security are the increasing levels of unconventional gas production in China and the United States, the former because of the way that it slows the growth in Chinese import needs and the latter because it allows for gas exports from North America. These developments in tandem increase the volume of gas, particularly liquefied natural gas (LNG), looking for markets in the period after 2020, which stimulates the development of more liquid and competitive international markets. The share of Russia and countries in the Middle East in international gas trade declines in the Golden Rules Case from around 45% in 2010 to 35% in 2035, although their gas exports increase by 20% over the same period.

**In a Low Unconventional Case, we assume that – primarily because of a lack of public acceptance – only a small share of the unconventional gas resource base is accessible for development. As a result, unconventional gas production in aggregate rises only slightly above current levels by 2035.** The competitive position of gas in the global fuel mix deteriorates as a result of lower availability and higher prices, and the share of gas in global energy use increases only slightly, from 21% in 2010 to 22% in 2035, remaining well behind that of coal. The volume of inter-regional trade is higher than in the Golden Rules Case and some patterns of trade are reversed, with North America requiring significant quantities of imported LNG. The Low Unconventional Case reinforces the preeminent position in global supply of the main conventional gas resource-holders.

© OECD/IEA, 2012

**Energy-related $CO_2$ emissions are 1.3% higher in the Low Unconventional Case than in the Golden Rules Case.** Although the forces driving the Low Unconventional Case are led by environmental concerns, this offsets any claim that a reduction in unconventional gas output brings net environmental gains. Nonetheless, greater reliance on natural gas alone cannot realise the international goal of limiting the long-term increase in the global mean temperature to two degrees Celsius above pre-industrial levels. Achieving this climate target will require a much more substantial shift in global energy use. Anchoring unconventional gas development in a broader energy policy framework that embraces greater improvements in energy efficiency, more concerted efforts to deploy low-carbon energy sources and broad application of new low-carbon technologies, including carbon capture and storage, would help to allay the fear that investment in unconventional gas comes at their expense.

© OECD/IEA, 2012

**The Golden Rules**

### Measure, disclose and engage

- Integrate engagement with local communities, residents and other stakeholders into each phase of a development starting prior to exploration; provide sufficient opportunity for comment on plans, operations and performance; listen to concerns and respond appropriately and promptly.
- Establish baselines for key environmental indicators, such as groundwater quality, prior to commencing activity, with continued monitoring during operations.
- Measure and disclose operational data on water use, on the volumes and characteristics of waste water and on methane and other air emissions, alongside full, mandatory disclosure of fracturing fluid additives and volumes.
- Minimise disruption during operations, taking a broad view of social and environmental responsibilities, and ensure that economic benefits are also felt by local communities.

### Watch where you drill

- Choose well sites so as to minimise impacts on the local community, heritage, existing land use, individual livelihoods and ecology.
- Properly survey the geology of the area to make smart decisions about where to drill and where to hydraulically fracture: assess the risk that deep faults or other geological features could generate earthquakes or permit fluids to pass between geological strata.
- Monitor to ensure that hydraulic fractures do not extend beyond the gas-producing formations.

### Isolate wells and prevent leaks

- Put in place robust rules on well design, construction, cementing and integrity testing as part of a general performance standard that gas bearing formations must be completely isolated from other strata penetrated by the well, in particular freshwater aquifers.
- Consider appropriate minimum-depth limitations on hydraulic fracturing to underpin public confidence that this operation takes place only well away from the water table.
- Take action to prevent and contain surface spills and leaks from wells, and to ensure that any waste fluids and solids are disposed of properly.

© OECD/IEA, 2012

**The Golden Rules**    13

### *Treat water responsibly*

- Reduce freshwater use by improving operational efficiency; reuse or recycle, wherever practicable, to reduce the burden on local water resources.
- Store and dispose of produced and waste water safely.
- Minimise use of chemical additives and promote the development and use of more environmentally benign alternatives.

### *Eliminate venting, minimise flaring and other emissions*

- Target zero venting and minimal flaring of natural gas during well completion and seek to reduce fugitive and vented greenhouse-gas emissions during the entire productive life of a well.
- Minimise air pollution from vehicles, drilling rig engines, pump engines and compressors.

### *Be ready to think big*

- Seek opportunities for realising the economies of scale and co-ordinated development of local infrastructure that can reduce environmental impacts.
- Take into account the cumulative and regional effects of multiple drilling, production and delivery activities on the environment, notably on water use and disposal, land use, air quality, traffic and noise.

### *Ensure a consistently high level of environmental performance*

- Ensure that anticipated levels of unconventional gas output are matched by commensurate resources and political backing for robust regulatory regimes at the appropriate levels, sufficient permitting and compliance staff, and reliable public information.
- Find an appropriate balance in policy-making between prescriptive regulation and performance-based regulation in order to guarantee high operational standards while also promoting innovation and technological improvement.
- Ensure that emergency response plans are robust and match the scale of risk.
- Pursue continuous improvement of regulations and operating practices.
- Recognise the case for independent evaluation and verification of environmental performance.

Technology is opening up possibilities for unconventional gas to play a major role in the future global energy mix, a development that would ease concerns about the reliability, affordability and security of energy supply. In North America, production of unconventional gas – notably shale gas – has risen rapidly in recent years and is expected to dominate growth in overall US natural gas production in the coming years and decades. Naturally, there is keen interest in replicating this success in other parts of the world, where sizeable resources of unconventional gas are known to exist. This could give a major boost to gas supply worldwide and help take us into a "Golden Age of Gas" – the subject of a special *WEO* report released last year (IEA, 2011) (Box).

**Box ▷   Linking the Golden Rules to a "Golden Age of Gas"**

The IEA released an analysis in June 2011 whose title asked the question "Are We Entering a Golden Age of Gas?" (IEA, 2011). How does this report link back to that analysis?

The Golden Age of Gas Scenario (GAS Scenario) in 2011 built a positive outlook for the future role of natural gas on four main pillars: more ambitious assumptions about gas use in China; greater use of natural gas in transportation; an assumption of slower growth in global nuclear power capacity; and a more optimistic outlook for gas supply – primarily though the availability of additional unconventional gas supplies at relatively low cost. In the GAS Scenario, as a result, natural gas increased its role in the future global energy mix from 21% to 25% over the period to 2035.

However, the question mark in the title of this publication was not accidental. It reflected continued uncertainties over the future of natural gas, in particular those connected with the potential for growth in unconventional gas supply. The present analysis zooms in on the environmental impacts of unconventional gas supply, how they are being, and might be, addressed and what the consequences might be. It should therefore be understood as a more detailed examination of a key pre-condition for a golden age of gas.

A range of factors will affect the pace of development of this relatively new industry over the coming decades. In our judgement, a key constraint is that unconventional gas does not yet enjoy, in most places, the degree of societal acceptance that it will require in order to flourish. Without a general, sustained and successful effort from both governments and operators to address the environmental and social concerns that have arisen, it may be impossible to convince the public that, despite the undoubted potential benefits, the impact and risks of unconventional gas development are acceptably small. The IEA offers this special report as a contribution to the solution of this dilemma. The objective is to suggest what might be required to enable the industry to maintain or earn a "social licence to operate".

© OECD/IEA, 2012

In Chapter 1 of this special report, we analyse the specific characteristics of each type of unconventional gas development and their environmental and social impacts, examining the technologies and their associated risks, why they have raised public anxiety and why and how they require special attention from policy-makers, regulators and industry. This chapter develops a set of "Golden Rules", the application of which would reduce the impact of unconventional gas developments on land and water use, on the risk of water contamination, and on methane and other air emissions. It also analyses the implications of compliance with the Golden Rules for governments and for industry.

In Chapter 2, we set out the results of two sets of projections of future energy demand, supply and energy-related $CO_2$ emissions, which explore the potential impact of unconventional gas resources on energy markets. The first of these, to which the main part of this chapter is devoted, is a *Golden Rules Case*, which assumes that the conditions are put in place to allow for a continued expansion of gas supply from unconventional gas resources, including the effective application of the Golden Rules. This situation allows unconventional output to expand not only in North America but also in other countries around the world with major resources. A *Low Unconventional Case*, examined at the end of this chapter, considers the opposite turn of events, in which Golden Rules are not observed, opposition to unconventional gas hardens and the constraints prove too difficult to overcome.

Chapter 3 takes a closer look at unconventional gas in four key regions and countries: North America (United States, Canada and Mexico), China, Europe and Australia. The prospect of increased unconventional gas production is prompting many countries to review their regulatory frameworks to accommodate (or, in some cases, to restrict) the development of these resources. This chapter provides an overview of the main debates and challenges around unconventional production in the selected countries and regions, presented together with our projections for future output.

© OECD/IEA, 2012

# Addressing environmental risks

Why do we need "Golden Rules"?

### Highlights

- Unconventional gas resources are trapped in very tight or low permeability rock and the effort required to extract them is greater than for conventional resources. This means higher intensity of drilling, entailing more industrial activity and disruption above ground. Producing gas from unconventional formations in many cases involves the use of hydraulic fracturing to boost the flow of gas from the well.

- The environmental and social hazards related to these and other features of unconventional gas development have generated keen public anxiety in many places. Means are available to address these concerns. "Golden Rules", as developed here, provide principles that can guide policy-makers, regulators, operators and other stakeholders on how best to reconcile their interests.

- Critical elements are: full transparency, measuring, monitoring and controlling environmental impacts; and early and sustained engagement. Careful choice of drilling sites can reduce the above-ground impacts and most effectively target the productive areas, while minimising any risk of earthquakes or of fluids passing between geological strata.

- Sound management of water resources is at the heart of the Golden Rules. Alongside robust rules on well design, construction, cementing and integrity testing to prevent leaks from the well into aquifers, this requires rigorous assessment, monitoring and handling of water requirements (for shale and tight gas), of the quality of produced water (for coalbed methane) and of waste water (in all cases).

- Unconventional gas has higher production-related greenhouse-gas emissions than conventional gas, but the difference can be reduced and emissions of other pollutants lowered by eliminating venting and minimising flaring during the well completion phase. Releases of methane, wherever they occur in the gas supply chain, are particularly damaging, given its potency as a greenhouse gas.

- The potential environmental impacts and the scale of unconventional gas development make it essential for policy-makers to ensure that effective and balanced regulation is in place, based on sound science and high-quality data, and that adequate resources are available for enforcement.

- Operators have to perform to the highest standards in order to win and retain the "social licence to operate". Application of the Golden Rules does affect costs, with an estimated 7% increase for a typical individual shale gas well. However, when considered across a complete licensing area, additional investment in measures to mitigate environmental impact can be offset in many cases by lower operating costs.

© OECD/IEA, 2012

## The environmental impact of unconventional gas production

Although known about for decades, the importance of global unconventional gas resources and their full extent has only recently been appreciated. Allowing for the uncertainties in the data, stemming, in part, from difficulties in distinguishing and categorising different types of gas (Box 1.1), we estimate that the remaining technically recoverable resources of unconventional gas worldwide approach the size of remaining conventional resources (which are 420 trillion cubic metres [tcm]). Remaining technically recoverable resources of shale gas are estimated to amount to 208 tcm, tight gas to 76 tcm and coalbed methane to 47 tcm. The economic and political significance of these unconventional resources lies not just in their size but also in their wide geographical distribution, which is in marked contrast to the concentration of conventional resources.[1] Availability of gas from a diverse range of sources would underpin confidence in gas as a secure and reliable source of energy.

**Box 1.1 ▷   Unconventional gas resources**

Unconventional gas refers to a part of the gas resource base that has traditionally been considered difficult or costly to produce. In this report, we focus on the three main categories of unconventional gas:

- **Shale gas** is natural gas contained within a commonly occurring rock classified as shale. Shale formations are characterised by low permeability, with more limited ability of gas to flow through the rock than is the case with a conventional reservoir. These formations are often rich in organic matter and, unlike most hydrocarbon reservoirs, are typically the original source of the gas, *i.e.* shale gas is gas that has remained trapped in, or close to, its source rock.

- **Coalbed methane**, also known as coal seam gas in Australia, is natural gas contained in coalbeds. Although extraction of coalbed methane was initially undertaken to make mines safer, it is now typically produced from non-mineable coal seams.

- **Tight gas**[2] is a general term for natural gas found in low permeability formations. Generally, we classify as tight gas those low permeability gas reservoirs that cannot produce economically without the use of technologies to stimulate flow of the gas towards the well, such as hydraulic fracturing.

Although the development cycle for unconventional gas and the technologies used in its production have much in common with those used in other parts of the upstream industry, unconventional gas developments do have some distinctive features and requirements, particularly in relation to the perceived higher risk of environmental damage and adverse

---

1.  The extent and distribution of recoverable resources of unconventional gas is discussed in more detail in Chapter 2.

2.  Tight gas is often a poorly defined category with no clear boundary between tight and conventional, nor between tight gas and shale gas.

© OECD/IEA, 2012

social impacts. This helps to explain why the issue of unconventional gas exploitation has generated so much controversy.

This chapter addresses these issues by examining in some depth what is involved in exploiting each category of unconventional gas and the associated hazards. It then proposes a set of principles, the "Golden Rules", applicable to future operations in this sector. The objective is to define the conditions which might enable the industry to gain or retain a "social licence to operate". The consequences for the energy sector of securing such an outcome are discussed in Chapters 2 and 3, together with the possible consequences of failing to do so.

The main reason for the potentially larger environmental impact of unconventional gas operations is the nature of the resources themselves: unconventional resources are less concentrated than conventional deposits and do not give themselves up easily. They are difficult to extract because they are trapped in very tight or low permeability rock that impedes their flow. Since the resources are more diffuse and difficult to produce, the scale of the industrial operation required for a given volume of unconventional output is much larger than for conventional production. This means that drilling and production activities can be considerably more invasive, involving a generally larger environmental footprint.

One feature of the greater scale of operations required to extract unconventional gas is the need for more wells. Whereas onshore conventional fields might require less than one well per ten square kilometres, unconventional fields might need more than one well per square kilometre (km²), significantly intensifying the impact of drilling and completion activities on the environment and local residents.[3] A satellite image from Johnson County in Texas, United States illustrates this point, showing the density of well sites producing from the Barnett shale (Figure 1.1). This image highlights 37 well sites in an area of around 20 km², with each well site potentially having more than one well. Another important factor is the need for more complex and intensive preparation for production. While hydraulic fracturing is already used on occasions to stimulate conventional reservoirs, tight gas and shale gas developments almost always require the use of this technique in order to generate adequate flow rates into the well. The same technique is also often used, albeit less frequently, to produce coalbed methane. The associated use and release of water gives rise to a number of environmental concerns, including depletion of freshwater resources and possible contamination of surface water and aquifers.

---

3.   It should be noted that conventional gas fields in mature areas, such as onshore United States or Canada, often have well densities (number of wells per unit area) comparable to those of unconventional gas. However, burgeoning unconventional gas production today tends to replace production that would have come from offshore locations or countries rich in conventional gas, such as Russia or Qatar, in which the well densities are much smaller.

© OECD/IEA, 2012

**Chapter 1** | Addressing environmental risks                                                                 **19**

**Figure 1.1** ▷ **Drilling intensity in Johnson County, Texas**



Source: © 2012 Google, DigitalGlobe, GeoEye, Texas Orthoimagery Program, USDA Farm, Farm Service Agency source. Google Maps, http://g.co/maps/j9xws, with well sites highlighted.

The production of unconventional gas also contributes to the atmospheric concentration of greenhouse gases and affects local air quality. In some circumstances, unconventional gas production can result in higher airborne emissions of methane, a potent greenhouse gas, of volatile organic compounds (VOCs) that contribute to smog formation, and of carbon dioxide ($CO_2$) (from greater use of energy in the production process, compared with conventional production). Just how much greater these risks may be is uncertain: it depends critically on the way operations are carried out. On the other hand, there are potential net benefits from unconventional gas production, to the extent that, having been produced and transported to exacting environmental standards, it leads to greater use of gas instead of more carbon-intensive coal and oil.

In addition to the smaller recoverable hydrocarbon content per unit of land, unconventional developments tend to extend across much larger geographic areas. The Marcellus Shale in the United States covers more than 250 000 $km^2$, which is about ten times larger than the Hugoton Natural Gas Area in Kansas – the country's largest conventional gas producing zone. Moreover, areas with high unconventional potential are not always those with a strong or recent tradition of oil and gas industry activity; they are not necessarily rich in conventional hydrocarbons and in some cases there may have been little or no recent

© OECD/IEA, 2012

hydrocarbon production (and none expected). This tends to exacerbate the problem of public acceptance.

### Shale and tight gas developments

#### Characteristics of the resource

By contrast to conventional gas reservoirs, shale gas reservoirs (Box 1.2) have very low permeability due to the fine-grained nature of the original sediments (gas does not flow easily out of the rock), fairly low porosities (relatively few spaces for the gas to be stored, generally less than 10% of the total volume), and low recovery rates (because the gas can be trapped in disconnected spaces within the rock or stuck to its surface). The last two factors (low porosity and low recovery) are responsible for the fact that the volume of recoverable hydrocarbons per square kilometre of area at the surface is usually an order of magnitude smaller than for conventional gas. Low permeability is responsible for shale gas requiring specific technologies, such as hydraulic fracturing, to achieve commercial flow rates.

Tight gas reservoirs originate in the same way as conventional gas reservoirs: the rock into which the gas migrates after being expelled from the source rock just happens to be of very low permeability. As a result, tight gas reservoirs also require special techniques to achieve commercial flow rates. On the other hand, they tend to have better recovery factors than shale gas deposits and, therefore, higher density of recoverable hydrocarbons per unit of surface area.

#### Box 1.2 ▷   What are shales and shale gas?

Shales are geological rock formations rich in clays, typically derived from fine sediments, deposited in fairly quiet environments at the bottom of seas or lakes, having then been buried over the course of millions of years. When a significant amount of organic matter has been deposited with the sediments, the shale rock can contain organic solid material called kerogen. If the rock has been heated up to sufficient temperatures during its burial history, part of the kerogen will have been transformed into oil or gas (or a mixture of both), depending on the temperature conditions in the rock. This transformation typically increases pressure within the rock, resulting in part of the oil and gas being expelled from the shale and migrating upwards into other rock formations, where it forms conventional oil and gas reservoirs. The shales are the source rock for the oil and gas found in such conventional reservoirs. Some, or occasionally all, of the oil and gas formed in the shale can remain trapped there, thus forming shale gas or light tight oil reservoirs.[4]

---

4. Terminology in this area remains to be standardised (see Box 1.1). Previous WEOs have classified light tight oil from shales as conventional oil. Note that the term light tight oil is preferred to that of shale oil, as the latter can bring confusion with oil shales, which are kerogen-rich shales that can be mined and heated to produce oil (IEA, 2010; IEA, 2011a).

© OECD/IEA, 2012

Shales are ubiquitous in sedimentary basins: they typically form about 80% of what a well will drill through. As a result, the main organic-rich shales have already been identified in most regions of the world. Their depths vary from near surface to several thousand metres underground, while their thickness varies from just a few metres to several hundred.[5] Often, enough is known about the geological history to infer which shales are likely to contain gas (or oil, or a mixture of both). In that sense there is no real "exploration" required for shale gas. However, the amount of gas present and particularly the amount of gas that can be recovered technically and economically cannot be known until a number of wells have been drilled and tested. Each shale formation has different geological characteristics that affect the way gas can be produced, the technologies needed and the economics of production.[6] Different parts of the (generally large) shale deposits will also have different characteristics: small "sweet spots" or "core areas" may provide much better production than the rest of the play, often because of the presence of natural fractures that enhance permeability. The amount of natural gas liquids (NGLs) present in the gas can also vary considerably, with important implications for the economics of production. While most dry gas plays in the United States are probably uneconomic at the current low natural gas prices, plays with significant liquid content can be produced for the value of the liquids only (the market value of NGLs is correlated with oil prices, rather than gas prices), making gas an essentially free by-product.

### Well construction[7]

The drilling phase is the most visible and disruptive in any oil and gas development – particularly so in the case of shale gas or tight gas because of the larger number of wells required. On land, a drilling rig, associated equipment and pits to store drilling fluids and waste typically occupy an area of 100 metres by 100 metres (the well site). Setting up drilling in a new location might involve between 100 and 200 truck movements to deliver all the equipment, while further truck movements will be required to deliver supplies during drilling and completion of the well.

Each well site needs to be chosen taking account not only of the subsurface geology, but also of a range of other concerns, including proximity to populated areas and existing infrastructure, the local ecology, water availability and disposal options, and seasonal restrictions related to climate or wildlife concerns. In North America, there has recently

---

5. Thin shales are generally considered as not exploitable. Depth can cut both ways: shallower shales require shallower, *i.e.* cheaper, wells, but deeper shales have higher pressures, which increases the areal density of recoverable gas (which is measured at surface conditions, while the gas in the shale is compressed by the formation pressure).

6. For example, horizontal wells with multi-stage hydraulic fracturing have been pivotal to the economic success of shale gas in the United States, while in Argentina, YPF has recently reported successful tests with vertical wells with only three or four hydraulic fractures (YPF, 2012).

7. The construction of a well to access unconventional gas deposits is divided into two phases: the drilling phase, where the hole is drilled to its target depth in sections that are secured with metal casing and cement; and the completion phase, where the cemented casing across the reservoir is perforated and the reservoir stimulated (generally by hydraulic fracturing) in order to start the production of hydrocarbons.

© OECD/IEA, 2012

1

been a move towards drilling multiple wells from a single site, or pad, in order to limit the amount of disruption and thereby the overall environmental impact of well construction.[8] In 2011, according to industry sources, around 30% of all new shale and tight gas wells in the United States and Canada were multiple wells drilled from pads.

Once drilling starts, it is generally a 24-hour-per-day operation, creating noise and fumes from diesel generators, requiring lights at night and creating a regular stream of truck movements during mobilisation/demobilisation periods. Drilling operations can take anything from just a few days to several months, depending on the depth of the well and type of rock encountered. As the drill bit bores through the rock, drilling fluid known as "mud" is circulated through the wellbore in order, among other tasks, to control pressure in the well and remove cuttings created by the drill bit from the well. This lubricating "mud" consists of a base fluid, such as water or oil, mixed with salts and solid particles to increase its density and a variety of chemical additives. Mud is stored either in mobile containers or in open pits which are dug into the ground and lined with impermeable material. The volume of material in the pits needs to be monitored and contained to prevent leaks or spills. A drilling rig might have several hundred tonnes of mud in use at any one time, which creates a large demand for supplies. Once used, the mud must be either recycled or disposed of safely. Rock cuttings recovered from the mud during the drilling process amount to between 100 and 500 tonnes per well, depending on the depth. These, too, need to be disposed of in an environmentally acceptable fashion.

A combination of steel casing and cement in the well (Figure 1.2) provides an essential barrier to ensure that high-pressure gas or liquids from deeper down cannot escape into shallower rock formations or water aquifers. This barrier has to be designed to withstand the cycles of stress it will endure during the subsequent hydraulic fracturing, without suffering any cracks. The design aspects that are most important to ensure a leak-free well include the drilling of the well bore to specification (without additional twists, turns or cavities), the positioning of the casing in the centre of the well bore before it is cemented in place (this is done with centralisers placed at regular intervals along the casing as it is run in the hole, to keep it away from the rock face) and the correct choice of cement. The cement design needs to be studied both for its liquid properties during pumping (to ensure that it gets to the right place) and then for its mechanical strength and flexibility, so that it remains intact. The setting time of the cement is also a critical factor – cement that takes too long to set may have reduced strength; equally, cement that sets before it has been fully pumped into place requires difficult remedial action.

© OECD/IEA, 2012

---

8. Pad drilling has long been used in northern areas, such as Alaska and in Russia, but the introduction of this practice to places such as Texas is relatively new.

**Figure 1.2** ▷ **Typical well design and cementing**



Source: Adapted from ConocoPhillips.

### *Well completion*

Once the well has been drilled, the final casing cemented in place across the gas-bearing rock has to be perforated in order to establish communication between the rock and the well.[9] The pressure in the well is then lowered so that hydrocarbons can flow from the rock to the well, driven by the pressure differential. With shale and tight gas, the flow will be very low, because of the low permeability of the rock. As the rate of hydrocarbon flow determines directly the cash flow from the well, low flow rates can mean there is insufficient revenue to pay for operating expenses and provide a return on the capital invested. Without additional measures to accelerate the flow of hydrocarbons to the well, the operation is then not economic.

Several technologies have been developed over the years to enhance the flow from low permeability reservoirs. Acid treatment, involving the injection of small amounts of strong acids into the reservoir to dissolve some of the rock minerals and enhance the permeability

---

9. Some wells are completed "open-hole", in which there is no casing in the final part of the well in the gas-bearing rock; this is not uncommon in horizontal wells.

© OECD/IEA, 2012

of the rock near the wellbore, is probably the oldest and is still widely practised, particularly in carbonate reservoirs. Wells with long horizontal or lateral sections (known as horizontal wells) can increase dramatically the contact area between the reservoir rock and the wellbore, and are likewise effective in improving project economics. Hydraulic fracturing, developed initially in the late 1940s, is another effective and commonly-practised technology for low-permeability reservoirs. When rock permeability is extremely low, as in the case of shale gas or light tight oil, it often takes the combination of horizontal wells and hydraulic fracturing to achieve commercial rates of production (Figure 1.3). Advances in the application of these two techniques, in combination, largely explain the surge in shale gas production in the United States since 2005.

**Figure 1.3** ▷ **Shale gas production techniques and possible environmental hazards**



Source: Adapted from Aldhous (2012).

Note: The possible environmental hazards discussed in the text are shown with red arrows. Although the figure illustrates a shale gas well with multi-stage hydraulic fracturing, some similar hazards are present with conventional gas wells, and with tight gas developments.

Hydraulic fracturing involves pumping a fluid – known as fracturing fluid – at high pressure into the well and then, far below the surface, into the surrounding target rock. This creates

© OECD/IEA, 2012

fractures or fissures a few millimetres wide in the rock. These fissures can extend tens or, in some cases, even hundreds of metres away from the well bore. Once the pressure is released, these fractures would tend to close again and not produce any lasting improvement in the flow of hydrocarbons. To keep the fractures open, small particles, such as sand or ceramic beads, are added to the pumped fluid to fill the fractures and to act as proppants, *i.e.* they prop open the fractures thus allowing the gas to escape into the well.

### Box 1.3 ▷  Unconventional gas production and earthquake risks

There have been instances of earthquakes associated with unconventional gas production, for example the case of the Cuadrilla shale gas operations near Blackpool in the United Kingdom, or a case near Youngstown, Ohio, in the United States, which has been provisionally linked to injection of waste water, an operation that is similar in some respects to hydraulic fracturing. The registered earthquakes were small, of a magnitude of around two on the Richter scale, meaning they were discernible by humans but did not create any surface damage.

Because it creates cracks in rocks deep beneath the surface, hydraulic fracturing always generates small seismic events; these are actually used by petroleum engineers to monitor the process. In general, such events are several orders of magnitude too small to be detected at the surface: special observation wells and very sensitive instruments need to be used to monitor the process. Larger seismic events can be generated when the well or the fractures happen to intersect, and reactivate, an existing fault. This appears to be what happened in the Cuadrilla case.

Hydraulic fracturing is not the only anthropogenic process that can trigger small earthquakes. Any activity that creates underground stresses carries such a risk. Examples linked to construction of large buildings, or dams, have been reported. Geothermal wells in which cold water is circulated underground have been known to create enough thermally-induced stresses to generate earthquakes that can be sensed by humans (Cuenot, 2011). The same applies to deep mining (Redmayne, 1998). What is essential for unconventional gas development is to survey carefully the geology of the area to assess whether deep faults or other geological features present an enhanced risk and to avoid such areas for fracturing. In any case, monitoring is necessary so that operations can be suspended if there are signs of increased seismic activity.[10]

In many cases, a series of fractures is created at set intervals, one after the other, about every 100 metres along the horizontal well bore. This multi-stage fracturing technique has played a key role in unlocking production of shale gas and light tight oil in the United States and promises to do likewise elsewhere in the world. A standard single-stage hydraulic fracturing may pump down several hundred cubic metres of water together with proppant and a mixture of various chemical additives. In shale gas wells, a multi-stage fracturing

---

10.  Detailed recommendations, following analysis of the Cuadrilla event, are under consideration by the United Kingdom Department of Energy and Climate Change (DECC, 2012).

© OECD/IEA, 2012

1

would commonly involve between ten and twenty stages, multiplying the volumes of water and solids by 10 or 20, and hence the total values for water use might reach from a few thousand to up to twenty thousand cubic metres of water per well and volumes of proppant of the order of 1 000 to 4 000 tonnes per well. The repeated stresses on the well from multiple high-pressure procedures increase the premium on good well design and construction to ensure that gas bearing formations are completely isolated from other strata penetrated by the well.

Once the hydraulic fracturing has been completed, some of the fluid injected during the process flows back up the well as part of the produced stream, though typically not all of it – some remains trapped in the treated rock. During this flow-back period, typically over days (for a single-stage fracturing) to weeks (for a multi-stage fracturing), the amount of flow back of fracturing fluid decreases, while the hydrocarbon content of the produced stream increases, until the flow from the well is primarily hydrocarbons.

Best practice during this period is to use a so-called "green completion" or "reduced-emissions completion", whereby the hydrocarbons are separated from the fracturing fluid (and then sold) and the residual flow-back fluid is collected for processing and recycling or disposal. However, while collecting and processing the fluid is standard practice, capturing and selling the gas during this initial flow-back phase requires investment in gas separation and processing facilities, which does not always take place. In these cases, there can be venting of gas to the atmosphere (mostly methane, with a small fraction of VOCs) or flaring (burning) of hydrocarbon or hydrocarbon/water mixtures. Venting and/or flaring of the gas at this stage are the main reasons why shale and tight gas can give rise to higher greenhouse-gas emissions than conventional production (see the later section on methane and other airborne emissions).

### *Production*

Once wells are connected to processing facilities, the main production phase can begin. During production, wells will produce hydrocarbons and waste streams, which have to be managed. But the well site itself is now less visible: a "Christmas tree" of valves, typically one metre high, is left on top of the well, with production being piped to processing facilities that usually serve several wells; the rest of the well site can be reclaimed. In some cases, the operator may decide to repeat the hydraulic fracturing procedure at later times in the life of the producing well, a procedure called re-fracturing. This was more frequent in vertical wells but is currently relatively rare in horizontal wells, occurring in less than 10% of the horizontal shale-gas wells drilled in the United States.

The production phase is the longest phase of the lifecycle. For a conventional well, production might last 30 years or more. For an unconventional development, the productive life of a well is expected to be similar, but shale gas wells typically exhibit a burst of initial production and then a steep decline, followed by a long period of relatively low production. Output typically declines by between 50% and 75% in the first year of production, and most recoverable gas is usually extracted after just a few years (IEA, 2009).

© OECD/IEA, 2012

*Well abandonment*

At the end of their economic life, wells need to be safely abandoned, facilities dismantled and land returned to its natural state or put to new appropriate productive use. Long-term prevention of leaks to aquifers or to the surface is particularly important. Since much of the abandonment will not take place until production has ceased, the regulatory framework needs to ensure that the companies concerned make the necessary financial provisions and maintain technical capacity beyond the field's economic life to ensure that abandonment is completed satisfactorily, and well integrity maintained over the long term.

## *Coalbed methane developments*

Coalbed methane refers to methane (natural gas) held within the solid matrix of coal seams. Some of the methane is stored within the coal as a result of a process called adsorption, whereby a film of methane is created on the surface of the pores inside the coal. Open fractures in the coal may also contain free gas or water. In some cases, methane is present in large volumes in coalbeds and can constitute a serious safety hazard for coal-mining operations. Significant volumes of $CO_2$ may also be present in the coal.

There are both similarities and differences between coalbed methane and the two other main types of unconventional gas discussed, which are linked to the way in which coalbed methane is extracted, the associated costs and the impact on the environment. The main similarity is the low permeability of the gas-bearing reservoir – a critical factor for the technical and economic viability of extraction. Virtually all the permeability of a coalbed is due to fractures, in the form of cleats and joints. These fractures tend to occur naturally so that, within a small part of the seam, methane is able to flow through the coalbed. As with shale and tight gas deposits, there are major variations in the concentration of gas from one area to another within the coal seams. This, together with variations in the thickness of the seam, has a significant impact on potential production rates.

Above ground, coalbed methane production involves disruption to the landscape and local environment through the construction of drilling pads and access roads, and the installation of on-site production equipment, gas processing and transportation facilities. As is often the case with shale gas and tight gas, coalbed methane developments require the drilling of more wells than conventional oil and gas production; as a result, traffic and vehicle noise levels, noise from compressors, air pollution and the potential damage to local ecological systems are generally more of an issue than for conventional gas output.

There are some important differences between coalbed methane and shale or tight gas resources. Coalbed methane deposits can be located at shallow depths (these are predominantly the deposits that have been exploited thus far), whereas shale and tight gas are usually found further below the surface. Water is often present in the coalbed, which needs to be removed to allow the gas to flow to the well. In addition, coalbed methane contains very few heavier liquid hydrocarbons (natural gas liquids or gas condensate), which means the commercial viability of production depends heavily on the price at which

© OECD/IEA, 2012

the gas itself can be sold; in the case of shale gas produced together with large volumes of associated natural gas liquids, the price of oil plays a very important role in determining the overall profitability of the development project.

***Figure 1.4*** ▷    **Coalbed methane production techniques and possible environmental hazards**



Source: Adapted from Aldhous (2012).

Note: The possible environmental hazards discussed in the text are shown with red arrows.

Considerable progress has been made over the last 25 years in honing techniques to extract coalbed methane on a commercial basis, paving the way to production on a significant scale, initially in North America and, since the mid-1990s, in Australia. Coalbed methane can be produced from vertical or horizontal wells. The latter are becoming increasingly common, though less so than for shale gas. Generally, the thinner the coal seam and the greater the depth of the deposit, the more likely it is that a horizontal well will be drilled. Although a depth of 800 to 1 200 metres is typical, in some cases coalbed methane is located in shallow formations as little as 100 metres below the surface, making it more economical to drill a series of vertical wells, rather than a horizontal well with extended reach along the coal seam. For shallow deposits, wells can often be drilled using

water-well drilling equipment, rather than rigs designed for conventional hydrocarbon extraction, with commensurately cheaper costs (US EPA, 2010). For deeper formations (400 to 1 200 metres), both vertical and horizontal wells are used and custom-built small drilling rigs, capable of handling blow-out risks, have been developed.

Once a well is drilled, the water in the coalbed is extracted, either under natural pressure or by using mechanical pumping equipment – a process known as dewatering (water use and contamination risks are discussed in more detail in the next section). As subsurface pressure drops with dewatering, the flow of natural gas previously held in place by water pressure increases initially as it is released from the natural fractures or cleats within the coalbed. The gas is separated from the water at the surface and is then compressed and injected into a gas-gathering pipeline for onward transportation.

As in the case of shale gas, the rate of production of coalbed methane is often significantly lower than that achieved in conventional gas reservoirs; it also tends to reach a peak quickly as water is extracted, before entering a period of decline as the well pressure drops further. A well's typical lifespan is between five and fifteen years, with maximum gas production often achieved after one to six months of water removal (Horsley & Witten, 2001). In most cases, the low natural permeability of the coal seam means that gas can flow into the well from only a small segment of the coal seam – a characteristic shared with shale and tight gas. As a result, a relatively large number of wells is required over the area of the coalbed, especially if they are drilled vertically.

In some cases, it may also be necessary to use hydraulic fracturing to increase the permeability of the coal seam in order to stimulate the release of water and gas. This is normally practised only in deeper wells, typically at several hundred metres below the ground. The decision to proceed with hydraulic fracturing needs to be made before drilling begins, as the well and surface facilities need to be designed accordingly. The approach is similar to that described above, but in contrast to current practice with shale gas and tight gas wells, fracturing for coalbed methane production is frequently a single-stage process, *i.e.* one fracturing job per well, rather than multi-stage. Since wells are often drilled in batches, the water required for hydraulic fracturing can be sourced from neighbouring wells that are being de-watered. The flow-back fluids recovered from the well are pumped to lined containment pits or tanks for treatment or offsite disposal.

## *Water use*

The extent of water use and the risk of water contamination are key issues for any unconventional gas development and have generated considerable public concern. In the case of a shale gas or tight gas development, though some water is required during the drilling phase, the largest volumes of water are used during the hydraulic fracturing process: each well might need anything between a few thousand and 20 000 cubic metres (between 1 million and 5 million gallons). Efficient use of water during fracturing is essential. Average water use per well completion in the Eagle Ford play in west Texas has

© OECD/IEA, 2012

been reduced from 18.5 to 13.6 thousand cubic metres since mid-2010, primarily through increased recycling of waste water from flow-back of fracturing fluid, an important step forward, given that more than 2 800 drilling permits were issued by the Railroad Commission of Texas for Eagle Ford wells in 2011 (RCT, 2012).[11] The amount of water required for shale gas or tight gas developments, calculated per unit of energy produced, is higher than for conventional gas but comparable to the amount used for the production of conventional oil (Table 1.1).

**Table 1.1** ▷ **Ranges of water use per unit of natural gas and oil produced** (cubic metres per terajoule)

| | Water consumption | |
|---|---|---|
| | Production | Refining |
| **Natural gas** | | |
| Conventional gas | 0.001 - 0.01 | |
| Conventional gas with fracture stimulation | 0.005 - 0.05 | |
| Tight gas | 0.1 - 1 | |
| Shale gas | 2 - 100 | |
| **Oil** | | |
| Conventional oil* | 0.01 - 50 | 5 - 15 |
| Conventional oil with fracture stimulation* | 0.05 - 50 | 5 - 15 |
| Light tight oil | 5 - 100 | 5 - 15 |

Source: IEA analysis.

* The high end of this range is for secondary recovery with water flood; the low end is primary recovery.

Note: Coalbed methane is not included in this table as it tends to produce water, rather than require it for production (but see below for the discussion of waste water disposal).

Water for fracturing can come from surface water sources (such as rivers, lakes or the sea), or from local boreholes (which may draw from shallow or deep aquifers and which may already have been drilled to support production operations), or from further afield (which generally requires trucking). Transportation of water from its source and to disposal locations can be a large-scale activity. If the hydraulic fracturing of a well requires 15 000 cubic metres, this amounts to 500 truck-loads of water, on the basis that a typical truck can hold around 30 cubic metres of water. Such transportation congests local roads, increases wear and tear to roads and bridges and, if not managed safely, can increase road accidents.

In areas of water-scarcity, the extraction of water for drilling and hydraulic fracturing (or even the production of water, in the case of coalbed methane) can have broad and serious environmental effects. It can lower the water table, affect biodiversity and harm the local

---

11. If these 2 800 wells each require 13.6 thousand cubic metres for well completion, the water requirement of 38 million cubic metres represents 0.2% of annual water consumption of the state of Texas, or 12% of the annual water consumption of the city of Dallas, Texas.

© OECD/IEA, 2012

ecosystem. It can also reduce the availability of water for use by local communities and in other productive activities, such as agriculture.

Limited availability of water for hydraulic fracturing could become a significant constraint on the development of tight gas and shale gas in some water-stressed areas. In China, for example, the Tarim Basin in the Xinjiang Uyghur Autonomous Region holds some of the country's largest shale gas deposits, but also suffers from severe water scarcity. Although not on the same scale, in terms of either resource endowment or water stress, a number of other prospective deposits occur in regions that are already experiencing intense competition for water resources. The development of China's shale gas industry has to date focused on the Sichuan basin, in part because water is much more abundant in this region.

Hydraulic fracturing dominates the freshwater requirements for unconventional gas wells and the dominant choice of fracturing fluid for shale gas, "slick-water", which is often available at the lowest cost and in some shale reservoirs may also bring some gas-production benefits, is actually the most demanding in terms of water needs. Much attention has accordingly been given to approaches which might reduce the amount of water used in fracturing. Total pumped volumes (and therefore water volumes required) can be decreased through the use of more traditional, high viscosity, fracturing fluids (using polymers or surfactants), but these require a complex cocktail of chemicals to be added. Foamed fluids, in which water is foamed with nitrogen or $CO_2$, with the help of surfactants (as used in dish washing liquids), can be attractive, as 90% of the fluid can be gas and this fluid has very good proppant-carrying properties. Water can, indeed, be eliminated altogether by using hydrocarbon-based fracturing fluids, such as propane or gelled hydrocarbons, but their flammability makes them more difficult to handle safely at the well site. The percentage of fracturing fluid that gets back-produced during the flow-back phase varies with the type of fluid used (and the shale characteristics), so the optimum choice of fluid will depend on many factors: the availability of water, whether water recycling is included in the project, the properties of the shale reservoir being tapped, the desire to reduce the usage of chemicals and the economics.

## Treatment and disposal of waste water

### Waste water from hydraulic fracturing

The treatment and disposal of waste water are critical issues for unconventional gas production – especially in the case of the large amounts of water customarily used for hydraulic fracturing. After being injected into the well, part of the fracturing fluid (which is often almost entirely water) is returned as flow-back in the days and weeks that follow. The total amount of fluid returned depends on the geology; for shale it can run from 20% to 50% of the input, the rest remaining bound to the clays in the shale rock. Flow-back water contains some of the chemicals used in the hydraulic fracturing process, together with metals, minerals and hydrocarbons leached from the reservoir rock. High levels of salinity are quite common and, in some reservoirs, the leached minerals can be weakly radioactive,

© OECD/IEA, 2012

requiring specific precautions at the surface.[12] Flow-back returns (like waste water from drilling) requires secure storage on site, preferably fully contained in stable, weather-proof storage facilities as they do pose a potential threat to the local environment unless handled properly (see next section).

Once separated out, there are different options available for dealing with waste water from hydraulic fracturing. The optimal solution is to recycle it for future use and technologies are available to do this, although they do not always provide water ready for re-use for hydraulic fracturing on a cost-effective basis. A second option is to treat waste water at local industrial waste facilities capable of extracting the water and bringing it to a sufficient standard to enable it to be either discharged into local rivers or used in agriculture. Alternatively, where suitable geology exists, waste water can be injected into deep rock layers.

**Box 1.4** ▷   **What is in a fracturing fluid?**

Environmental concerns have focused on the fluid used for hydraulic fracturing and the risk of water contamination through leaks of this fluid into groundwater. Water itself, together with sand or ceramic beads (the "proppant"), makes up over 99% of a typical fracturing fluid, but a mixture of chemical additives is also used to give the fluid the properties that are needed for fracturing. These properties vary according to the type of formation. Additives (not all of which would be used in all fracturing fluids) typically help to accomplish four tasks:

- To keep the proppant suspended in the fluid by gelifying the fluid while it is being pumped into the well and to ensure that the proppant ends up in the fractures being created. Without this effect, the heavier proppant particles would tend to be distributed unevenly in the fluid under the influence of gravity and would, therefore, be less effective. Gelling polymers, such as guar or cellulose (similar to those used in food and cosmetics) are used at a concentration of about 1%. Cross-linking agents, such as borates or metallic salts, are also commonly used at very low concentration to form a stronger gel. They can be toxic at high concentrations, though they are often found at low natural concentrations in mineral water.

- To change the properties of the fluid over time. Characteristics that are needed to deliver the proppant deep into subsurface cracks are not desirable at other stages in the process, so there are additives that give time-dependent properties to the fluid, for example, to make the fluid less viscous after fracturing, so that the hydrocarbons flow more easily along the fractures to the well. Typically, small concentrations of chelants (such as those used to de-scale kettles) are used, as are small concentrations of oxidants or enzymes (used in a range of industrial processes) to break down the gelling polymer at the end of the process.

---

12.  These naturally occurring radioactive materials, or NORMs, are not specific to unconventional resources; some conventional reservoirs are also known to produce them.

© OECD/IEA, 2012

- To reduce friction and therefore reduce the power required to inject the fluid into the well. A typical drag-reducing polymer is polyacrylamide (widely used, for example, as an absorbent in baby diapers).

- To reduce the risk that naturally occurring bacteria in the water affect the performance of the fracturing fluid or proliferate in the reservoir, producing hydrogen sulphide; this is often achieved by using a disinfectant (biocide), similar to those commonly used in hospitals or cleaning supplies.

Until recently, the chemical composition of fracturing fluids was considered a trade secret and was not made public. This position has fallen increasingly out of step with public insistence that the community has the right to know what is being injected into the ground. Since 2010, voluntary disclosure has become the norm in most of the United States.[13] The industry is also looking at ways to achieve the desired results without using potentially harmful chemicals. "Slick-water", made up of water, proppant, simple drag-reducing polymers and biocide, has become increasingly popular as a fracturing fluid in the United States, though it needs to be pumped at high rates and can carry only very fine proppant. Attention is also being focused on reducing accidental surface spills, which most experts regard as a more significant risk of contamination to groundwater.

### Produced water from coalbed methane production[14]

In the case of coalbed methane, additional water supplies are rarely required for the production process, but the satisfactory disposal of water that has been extracted from the well during the dewatering process is of critical importance. The produced water is usually either re-injected into isolated underground formations, discharged into existing drainage systems, sent to shallow ponds for evaporation or, once properly treated, used for irrigation or other productive uses. The appropriate disposal option depends on several factors, notably the quality of the water. Depending on the geology of the coal deposit and hydrological conditions, produced water can be very salty and sodic (containing high concentrations of sodium, calcium and magnesium) and can contain trace amounts of organic compounds, so it often requires treatment before it can be used for irrigation or other uses. Using saline water for irrigation can inhibit germination and plant growth, while excessively sodic water can change the physical properties of the soil, leading to poor drainage and crusting and adversely affecting crop yields.

The potential cost of water disposal depends on both the extent to which treatment is required and the volume of water produced. In practice, the total amount of water that must be removed from each well to allow gas to be produced varies considerably. It can be very large; for example, an estimated 65 cubic metres of water (17 000 gallons) are

---

13.  See the voluntary disclosure web site FracFocus (www.fracfocus.org).

14.  Both conventional gas and other types of unconventional gas production can also be accompanied by produced water, but the flow rates involved are normally much smaller than for coalbed methane.

© OECD/IEA, 2012

pumped from each coalbed methane well every day on average in the Powder River Basin in Montana and Wyoming. For the United States as a whole, it is estimated that, in 2008, more than 180 million cubic metres (47 billion gallons) of produced water were pumped out of coal seams (US EPA, 2010), equivalent to the annual direct water consumption of the city of San Francisco. In principle, produced water can be treated to any desired quality. This may be costly, but the treated water may have economic value for productive uses – as long as the cost of transporting the water is not excessive.

The options for treatment and disposal of produced water and the market value of water in the near vicinity are often key factors in the economics of coalbed methane developments. Many of the areas where coalbed methane is produced today, or where prospects for production are good, are arid or semi-arid and could benefit from additional freshwater supplies. For now, evaporation or discharge into drainage systems (in some cases, after treatment) are still the most common methods in North America (reuse of treated water is growing in Australia) because of the high cost of purifying the water for irrigation or reinjection into a deeper layer. In the United States, approximately 85 million cubic metres (22 billion gallons) of produced water, or about 45% of the total, were discharged to surface waters in 2008 with little or no treatment (US EPA, 2010).

There is limited experience of assessing the actual environmental impacts of produced water from coalbed methane production. A recent study by the US National Research Council found that the eventual disposal or use of produced water can have both positive and negative impacts on soil, ecosystems, and the quality and quantity of surface water and groundwater (NRC, 2010). Although the study found no evidence of widespread negative effects, allowance must be made for the fact that the industry is relatively young and that few detailed investigations into local impacts have been carried out yet.

### *The risk of water contamination*

Significant concern has been expressed about the potential for contamination of water supplies, whether surface supplies, such as rivers or shallow freshwater aquifers, or deeper waters, as a result of all types of unconventional gas production. Water supplies can be contaminated from four main sources:

- Accidental spills of fluids or solids (drilling fluids, fracturing fluids, water and produced water, hydrocarbons and solid waste) at the surface.
- Leakage of fracturing fluids, saline water from deeper zones or hydrocarbons into a shallow aquifer through imperfect sealing of the cement column around the casing.
- Leakage of hydrocarbons or chemicals from the producing zone to shallow aquifers through the rock between the two.
- Discharge of insufficiently treated waste water into groundwater or, even, deep underground.

None of these hazards is specific to unconventional resources; they also exist in conventional developments, with or without hydraulic fracturing. However, as noted, unconventional

© OECD/IEA, 2012

developments occur at a scale that inevitably increases the risk of incidents occurring. Public concern has focused on the third source of potential contamination, *i.e.* the possibility that hydrocarbons or chemicals might migrate from the produced zone into aquifers through the intervening rock. However, this may actually be the least significant of the hazards, at least in the case of shale gas and tight gas production; in some cases a focus on this risk may have diverted attention, including the time of regulators, away from other more pressing issues.

**Box 1.5** ▷ **Coalbed methane production and effects on groundwater**

There are concerns about the impact of coalbed methane production on groundwater flows and the supply and purity of water in aquifers adjacent to the coal seams being exploited. The extent to which this can occur is very location specific and depends on several factors, the most important of which are the overall volume of water initially in the coalbed and the hydrogeology of the basin; the density of the coalbed methane wells; the rate of water pumping by the operator; the connectivity of the coalbed and aquifer to surrounding water sources and, therefore, the rate of recharge of the aquifer; and the length of time over which pumping takes place.

In the United States, various agencies now monitor water in producing areas in order to learn more about this process. Depletion of aquifers because of coalbed methane production has been well-documented in the Powder River Basin: in the Montana portion of the basin, 65% to 87% recovery of coalbed groundwater levels has occurred after production ceased (NRC, 2010). However, the extent to which water levels in shallow alluvial and water table aquifers have dropped has not been measured (recent legislation in Queensland in Australia now requires such measurements to be performed). There is evidence that groundwater movement provoked by dewatering during coalbed methane production has increased the amount of dissolved salt and other minerals in some areas.

Because productive coal seams are often at shallower depths than tight or shale gas deposits, there is also a greater risk that fracturing fluids might find their way into an aquifer directly or via a fracture system (either a natural system or one that is created through fracturing). This risk is mitigated in part by the fact that, in contrast to shale or tight gas, the dewatering required for production of coalbed methane means that less water may be left in the ground in aquifers near the vicinity of the well, limiting the potential for contamination. As with shale or tight gas production, the flow-back fluids removed from the well after fracturing need to be treated before disposal.

© OECD/IEA, 2012

The first hazard – the risk of spills at the surface – can be mitigated through rigorous containment of all fluid and solid streams. Accidents can always happen but good procedures, training of personnel and availability of spill control equipment can ensure they have a limited impact. As discussed below, greater use of pipelines to move liquids can reduce the risks associated with trucking movements.

Controlling the second hazard – leakage into a shallow aquifer behind the well casing – requires use of best practice in well design and well construction, particularly during the cementing process, to ensure a proper seal is in place, systematic verification of the quality of the seal and ensuring the seal does not deteriorate through the life of a well. This is a particular issue for wells in which multi-stage hydraulic fracturing is performed: the repeated cycles of high pressure pumping can apply repeated stress to the casing and to the cement column, potentially weakening them; selection of an appropriate strength of casing is therefore important.

The third hazard – leakage through the rock from the producing zone – is unlikely in the case of shale gas or tight gas because the producing zone is one to several thousand metres below any relevant aquifers and this thickness of rock usually includes one or several very impermeable layers. For example, the deepest potential underground sources of drinking water in the Barnett shale are at a depth of 350 metres, whereas the shale layer is at 2 000 to 2 300 metres. However, the hazard may be encountered if the producing zone is shallower or if there are shallow pockets of naturally occurring methane above the target reservoir. It is also theoretically possible if there are no identified impermeable layers in between or if deep faults are present that can act as a conduit for fluids to move from the deep producing zone towards the surface (such fluid movements are generally slow, but can occur on time scales of tens of years). One particular possibility is that hydraulic fractures may not be contained in the targeted rock layer and may break through important rock barriers or connect to deep faults. This is a rare occurrence because hydraulic fracturing is designed to avoid this (potentially costly) situation[15], but it cannot be completely excluded when the local geology is insufficiently understood.

Appropriate prior studies of the local geology to identify such situations are therefore a must before undertaking significant developments. Indeed, methane seeps to the surface have long been known (for example, the flame that has been burning for centuries in the village of Mrapen in Central Java, Indonesia, or the gas that fuels the "Eternal Flame Falls" in New York State, United States) and they have been used as a way to identify the presence of hydrocarbon deposits underground, showing that perfect rock seals do not always exist. On the other hand, the existence of seeps, and for that matter the presence of methane in many aquifers (Molofsky, 2011), shows that not all contamination is linked to industrial activity; it can also occur as a result of natural geological or biological processes.

© OECD/IEA, 2012

15. This would increase losses of fracturing fluid and could mean in turn that the fracturing does not translate into the desired increase in gas production.

Addressing the fourth hazard – discharge of insufficiently treated waste water into groundwater or, even, deep underground – requires a regulatory response including appropriate tracking and documentation of waste water volumes and composition, how they are transported and disposed.

## Methane and other air emissions

Shale gas and tight gas have higher production-related greenhouse-gas emissions than conventional gas. This stems from two effects:

- More wells and more hydraulic fracturing are needed per cubic metre of gas produced. These operations use energy, typically coming from diesel motors, leading to higher $CO_2$ emissions per unit of useful energy produced.
- More venting or flaring during well completion. The flow-back phase after hydraulic fracturing represents a larger percentage of the total recovery per well (because of more hydraulic fracturing, the flow-back takes longer and the total recovery per well is typically smaller due to the low permeability of the rock).

We have previously released estimates of these effects both in the case of flaring and for venting during flow-back, based on EPA data, in order to see what difference these practices make (IEA, 2011b). In the case of flaring, total well-to-burner emissions are estimated to be 3.5% higher than for conventional gas, but this figure rises to 12% if the gas is vented. Eliminating venting, minimising flaring and recovering and selling the gas produced during flow-back, in line with the Golden Rules, would reduce emissions below the lower figure given here.

Similar concerns about emissions attach to coalbed methane production, where significant volumes of methane can be vented into the atmosphere during the transition phase from dewatering to gas production and, where hydraulic fracturing is applied, during the well completion phase. Careful management of drilling, fracturing and production operations is essential to keep such emissions to a minimum.[16] This requires specialised equipment to separate gas from the produced water (and fracturing fluids) before injecting it into a gas-gathering system (or into temporary storage). If this is not possible for technical, logistical or economic reasons, it is preferable that the gas should be flared rather than vented for safety reasons and because the global-warming effect is considerably less.

The general issue of greenhouse-gas emissions from the production, transportation and use of natural gas, as well as the additional emissions from unconventional gas compared with conventional gas, has been the subject of some controversy. Some authors (Howarth, 2011) have argued that emissions from using natural gas as a source of primary energy have been significantly underestimated, particularly for unconventional gas. It has even been argued that full life-cycle emissions from unconventional gas can be higher than from

---

16.  Coalbed methane production can reduce methane emissions if the gas would in any case have been released by subsequent coal-mining activities.

© OECD/IEA, 2012

1

coal. The main issue revolves around methane emissions not only during production, but also during transportation and use of natural gas.

Methane is a more potent greenhouse gas than $CO_2$ but has a shorter lifetime in the atmosphere – a half-life of about fifteen years, versus more than 150 years for $CO_2$. As a result, there are different possible ways to compare the effect of methane and $CO_2$ on global warming. One way is to evaluate the Global Warming Potential (GWP) of methane, compared to $CO_2$, averaged over 100 years. The 4th Assessment report of the IPCC (IPCC, 2007) gives a value of 25 (on a mass basis) for this 100-years GWP, revised up from their previous estimate of 21. This value is relevant when looking at the long-term relative benefits of eliminating a temporary source of methane emissions versus a $CO_2$ source.

Averaged over 20 years, the GWP, estimated by the IPCC, is 72. This figure can be argued to be more relevant to the evaluation of the significance of methane emissions in the next two or three decades, which will be the most critical to determine whether the world can still reach the objective of limiting the long-term increase in average surface temperatures to 2 degrees Celsius (°C). Moreover, some scientists have argued that interactions of methane with aerosols reinforce the GWP of methane, possibly bringing it to 33 over 100 years and 105 over 20 years (Shindell, 2009): these recent analyses are under review by the IPCC. Such higher values would, of course, have implications not only for methane emissions from the gas chain but also for all other methane emissions, from livestock, landfills, rice paddies and other agricultural sources, as well as from natural sources (Spotlight).

Methane emissions along the gas value chain (whether conventional or unconventional) come from four main sources:

- Intentional venting of gas for safety or economic reasons. Venting during well completions falls into this category, but venting can also take place as part of equipment maintenance operations.
- Fugitive emissions. These might be leaks in pipelines, valves or seals, whether accidental (*e.g.* corrosion in pipelines) or built into the equipment design (*e.g.* rotating seals, open tanks).
- Incidents involving rupture of confining equipment (pipelines, pressurised tanks, well isolation).
- Incomplete burning. The effectiveness of gas burning in gas flares varies according to wind and other conditions and is typically no better than 98%. (A similar effect can be seen when starting a gas stove: it can take a few seconds before a steady flame is established).

By their very nature, these emissions are difficult to quantify. Most estimates are based on emission factors for various parts of the chain (wells, various equipment, pipelines and so on), derived from studies conducted in the United States by the EPA and the Gas Research Institute in the 1990s (US EPA and GRI, 1996). It is by no means clear that these studies give

a good indication for emissions in other parts of the world, or for the possible evolution of methane emissions in the future. Estimates of methane emissions from the gas chain at the global level vary between 1% and 8% of produced natural gas volumes (Howarth, 2011 and references therein; Petron, 2012; Cathles, 2012; Jiang 2011; and Skone 2011). The most comprehensive projections of future emissions, from the EPA (US EPA, 2011), assume no change in emission factors, for want of a better approach, and project a 26% increase in methane emissions from the oil and gas industry between 2010 and 2030.

Different assumptions about the level and impact of methane emissions can have a profound effect on the perception of gas as a "cleaner" fossil fuel. Figure 1.5 shows the well-to-burner emissions of natural gas compared to coal, as a function of various assumptions on GWP and average methane emissions. As seen from this figure, standard values (25 GWP, 2% to 3% methane emissions as a share of total production) substantiate the widely accepted advantage of gas, thanks to its lower combustion $CO_2$ emissions per unit of energy; but it is clear that more pessimistic assumptions can make gas a worse greenhouse-gas emitter than coal. It is very important that additional scientific work should pinpoint the most relevant GWP value and that efforts are redoubled to measure methane emissions more systematically.[17]

**Figure 1.5 ▷** The impact of changing assumptions about methane on comparative well-to-burner greenhouse-gas emissions of natural gas versus coal



Note: Values below 1.0 on the vertical axis show points at which gas has lower well-to-burner emissions than coal. The comparison is for equivalent volumes of primary energy; however, gas also tends to be transformed, into other energy carriers (such as electricity) with higher efficiency than coal, so the ratio can be lower when calculated for the same end-use energy.

© OECD/IEA, 2012

---

17.  See, for example, a recent paper included in the Proceedings of the US National Academy of Sciences on methane leakage from natural gas infrastructure (Alvarez *et al.*, 2012)

One advantage attributable to expanded unconventional gas production and use over production and use of conventional gas is the distance to market; in general, unconventional resources are developed closer to the point of consumption, thereby reducing the distance required for transportation. All else being equal, this tends to reduce the level of fugitive emissions, as well as $CO_2$ emissions from the energy used for transportation.

**S P O T L I G H T**

### How large are global methane emissions?

It is estimated that about 550 million tonnes (Mt) of methane (IPPC, 2007) are released into the atmosphere every year, but data on global methane emissions are poor. Converted into $CO_2$ equivalent (using the standard IPCC 100-years Global Warming Potential of 25), this amounts to about 14 gigatonnes $CO_2$-eq, roughly one-fourth of global greenhouse-gas emissions. Natural emissions (not related to man's activities) represent about 40% of total methane emissions. They come from natural seeps, wetlands, animals, such as termites, and vegetation decay. In addition, massive amounts of methane are stored in permafrost in Arctic regions and in underwater methane hydrates deposits. Some of this stored methane is released by natural processes, which are considered likely to accelerate with global warming: there is a risk of natural emissions increasing dramatically over the coming decades.

Non-energy related anthropogenic emissions come mostly from livestock, agriculture, landfills and wastewater. These represent about 38% of total methane emissions (64% of anthropogenic methane emissions). Energy-related methane emissions come from oil, gas and coal production, transportation, distribution and use as well as some biomass combustion: together they are estimated to be 125 Mt per year, about 20% of global methane emissions (36% of anthropogenic methane emissions). The gas and oil industry account for the lion's share of this: 70%, or 90 Mt per year, representing about 15% of total methane emissions (26% of anthropogenic emissions).

If current emissions are poorly known and the numbers above mere estimates, projecting future methane emissions is fraught with even more uncertainties. Natural emissions could be dramatically altered by the evolution of the climate. For anthropogenic emissions, activity levels in the energy and other industries as well as in livestock and agriculture can be projected, based on econometric analysis and assumptions on GDP and population growth, but the evolution of emission factors (volume of methane emitted per unit of activity) is very uncertain.[18] Many mitigation measures are considered to have low or even negative costs: reducing leaks in a gas

---

18. The IEA model (developed in collaboration with the OECD, using the ENV-linkages OECD model) uses the costs of mitigation measures (as derived from EPA studies; EPA, 2006) and a pseudo-price of carbon (whether coming from taxes, a carbon market or from regulations) to determine the likely evolution of emissions from an economic point of view. EPA has recently released draft updated costs of mitigation (EPA, 2012).

distribution system, for example, can allow more gas to be sold; the gas collected from a landfill can be marketed; changing the feed given to livestock to reduce methane production can allow more of the energy content of the feed to be transformed into marketable meat or milk. On the other hand, because of the very (spatially) distributed nature of most methane emission sources, it is not obvious that economic considerations alone will be sufficient to induce change. To achieve the trajectories of methane emissions consistent with the internationally agreed goal to limit the rise in global mean temperature to 2°C above pre-industrial levels, additional policy measures will be needed.

## Golden Rules to address the environmental impacts

The outlook for unconventional gas production around the world depends critically on how the environmental issues described earlier are addressed. Society needs to be adequately convinced that the environmental and social risks will be well enough managed to warrant consent to unconventional gas production, in the interests of the broader economic, social and environmental benefits that the development of unconventional resources can bring. The Golden Rules, which are set out below with some explanatory background, suggest principles that can allow policy-makers, regulators, operators and others to address these environmental and social impacts in order to earn or retain that consent. We have called them Golden Rules because they can pave the way for the widespread and large-scale development of unconventional gas resources, boosting overall natural gas supply so as to realise a Golden Age of Gas (IEA, 2011b).

Abiding by these Golden Rules – or any rules – cannot reduce to zero the impacts on the environment associated with unconventional gas production. In any such undertaking, there are inevitable trade-offs between reducing the risks of environmental damage, on the one hand, and achieving the benefits that can accrue to society from the development of economic resources. In designing an appropriate regulatory framework, policy-makers need to set the highest reasonable social and environmental standards, assessing the cost of any residual risk against the cost of still higher standards (which could include the abandonment of resource exploitation). What is reasonable will evolve over time, as technology and industrial best practice evolve: in this spirit, these are not rigid rules, set in stone, but principles intended to guide regulators and operators. The format of regulation is also critical to achieving the intended result: it may include some specific and inflexible requirements but it should also encourage and reward performance to the highest standards, not supporting the notion that enough has been done if the instructions of others are mechanically observed, however meticulously. Ultimately, operators are responsible for the results of their operations. In framing these Golden Rules, we find that both governments and industry need to intensify their associated work if public confidence in this new industry is to be gained and retained.

© OECD/IEA, 2012

## Measure, disclose and engage

■ *Integrate engagement with local communities, residents and other stakeholders into each phase of a development, starting prior to exploration; provide sufficient opportunity for comment on plans, operations and performance, listen to concerns and respond appropriately and promptly.* Simply providing information to the public is not enough; both the industry and the public authorities need to engage with local communities and other stakeholders and seek the informed consent that is often critical for companies to proceed with a development. Operators need to explain openly and honestly their production practices, the environmental, safety, and health risks and how they are addressed. The public needs to gain a clear understanding of the challenges, risks and benefits associated with the development. The primary role of the public authorities in this context is to provide credible, science-based background information that can underpin an informed debate and provide the necessary stimulus for joint endeavour between the stakeholders.

■ *Establish baselines for key environmental indicators, such as groundwater quality, prior to commencing activity, and continue monitoring during operations.* This is a shared responsibility between the regulatory authorities, industry and other stakeholders. The data gathered needs to be made public and opportunities provided for all stakeholders to address any concerns raised, as an essential part of earning public trust. At a minimum, resource management or regulatory agencies must have groundwater quality information (and, for coalbed methane production, information on groundwater levels) in advance of new drilling activities, so as to provide a baseline against which changes in water level and quality can be compared.

■ *Measure and disclose operational data on water use, on the volumes and characteristics of waste water and on methane and other air emissions, alongside full, mandatory disclosure of fracturing fluid additives and volumes.* Good data, measurement and transparency are vital to public confidence. For example, effective tracking and documentation of waste water is necessary to incentivise and ensure its proper treatment and disposal. Reluctance to disclose the chemicals used in the hydraulic fracturing process and the volumes involved, though understandable in terms of commercial competition, can quickly breed mistrust among local citizens and environmental groups.

■ *Minimise disruption during operations, taking a broad view of social and environmental responsibilities, and ensure that economic benefits are also felt by local communities.* Existing legislation and regulations usually require operators to act in an environmentally and socially responsible manner, but operators need to go beyond minimally satisfying legal requirements in demonstrating their commitment to local development and environmental protection, for example through attention to local concerns about the volume and timing of truck traffic. Particularly in jurisdictions where mineral rights are owned by the state (rather than as in parts of the United States, where surface landowners might also be subsurface mineral rights holders,

© OECD/IEA, 2012

entitled to royalty payments), it is essential that tangible benefits are evident at the local level, where production occurs. This can be difficult to achieve in a timely manner, given the delay between the start of a development project and the moment at which revenues start to flow, whether to government, the mineral rights' owner or the operator. Early public commitment by authorities and developers to expand local infrastructure and services in step with exploration and production activities can help. Governments need to be willing to consider using part of the revenues (from taxes, royalties, etc.) to invest in the development of the areas in question.

### *Watch where you drill*

■ ***Choose well sites so as to minimise impacts on the local community, heritage, existing land use, individual livelihoods and ecology.*** The choice of well site is a moment when engagement with local stakeholders and regulators needs to be handled with the utmost care. Each well site needs to be chosen based on the subsurface geology, but also taking into consideration populated areas, the natural environment and local ecology, existing infrastructure and access roads, water availability and disposal options and seasonal restrictions caused by climate or wildlife concerns. Sensitivity at this stage to a range of above-ground concerns can do much to mitigate or avoid problems later in a development.

■ ***Properly survey the geology of the area to make smart decisions about where to drill and where to hydraulically fracture: assess the risk that deep faults or other geological features could generate earthquakes or permit fluids to pass between geological strata.*** Careful planning can greatly improve the productivity and recovery rates of wells, reducing the number of wells that need to be drilled and minimising the intensity of hydraulic fracturing and the associated environmental impact. Although the risk of triggering an earthquake is small, even minor earth tremors can easily undermine public confidence in the safety of drilling operations. A careful study of the geology of the area targeted for drilling is necessary to allow operators to avoid operations in areas where deep faults or other characteristics create higher risks. Producers also need to survey for the presence of old boreholes or naturally occurring methane in shallow pockets above the source rock and adjust drilling sites (or the pathway of the wellbore) to avoid these areas.

■ ***Monitor to ensure that hydraulic fractures do not extend beyond the gas-producing formations.*** The risk of leakage of the fracturing fluid used for shale and tight gas production through the rock from the producing zone into aquifers is minimal because the aquifers are located at much shallower depths; but such migration is theoretically possible in certain exceptional circumstances (described in the preceding section). A good understanding of the local geology and the use of micro-seismic (or other) measuring techniques for monitoring fractures is necessary to minimise the residual risk.

### *Isolate wells and prevent leaks*

■ ***Put in place robust rules on well design, construction, cementing and integrity testing as part of a general performance standard that gas bearing formations must be completely isolated from other strata penetrated by the well, in particular freshwater aquifers.*** Regulations need to ensure wells are designed, constructed and operated so as to ensure complete isolation. Multiple measures need to be in place to prevent leaks, with an overarching performance standard requiring operators to follow systematically all recommended industry best practices. This applies up to and including the abandonment of the well, *i.e.* through and beyond the lifetime of the development.

■ ***Consider appropriate minimum-depth limitations on hydraulic fracturing to underpin public confidence that this operation takes place only well away from the water table.*** Alongside measures to ensure that wells are designed, built and cemented to a high standard, the regulator may choose to define an appropriate depth limitation for shale and tight gas wells, based on local geology and any risk of communication with freshwater aquifers, above which hydraulic fracturing is prohibited.

■ ***Take action to prevent and contain surface spills and leaks from wells, and to ensure that any waste fluids and solids are disposed of properly.*** This requires both stringent regulations and a strong performance commitment by all companies involved in drilling and production-related activities to carry out operations to the highest possible standard. Good procedures, training of personnel and ready availability of spill-control equipment are essential to prevent and limit the impact of accidents if they do occur. Upgrading fluid-disposal systems so that storage and separation tanks replace open pits (closed-loop systems) can reduce the risk of accidental discharge of wastes during drilling.

### *Treat water responsibly*

■ ***Reduce freshwater use by improving operational efficiency; reuse or recycle, wherever practicable, to reduce the burden on local water resources.*** Regulations covering shale and tight gas production (coalbed methane operations are net producers of water) need to be designed to encourage operators to use water efficiently and to reuse and recycle it. The largest volumes of water are required for hydraulic fracturing: where the necessary economies of scale are present, it should be feasible to reuse and recycle significant volumes of the flow-back water from fracturing operations, reducing the issues and costs associated with truck traffic and with securing water supplies and wastewater disposal.

■ ***Store and dispose of produced and waste water safely.*** Within an overarching performance framework, rigorous and consistent regulations are needed to cover safe storage of waste water, with measures to ensure the robust construction and lining of open pits or, preferably, the use of storage tanks. Technology exists to treat produced and waste water to any standard, with the cost varying accordingly. It is

© OECD/IEA, 2012

the responsibility of regulators to set and enforce appropriate standards based on local factors, including the availability of freshwater supplies and options for disposal, without diminishing the operators' ultimate responsibility for operation in accordance with evolving best practice standards. The least-cost solution for producers may not be the most economically optimal solution, when the potential long-term benefits of using treated water and the wider social and environmental costs of discharges into water courses or evaporation ponds are taken into consideration.

■ ***Minimise use of chemical additives and promote the development and use of more environmentally benign alternatives.*** Disclosure of fracturing fluid additives can and should be compatible with continued incentives for innovation. The industry should commit to the development of fluid mixtures that, if they inadvertently migrate or spill, do not impair groundwater quality, or adopt techniques that reduce the need to use chemical additives.

## *Eliminate venting, minimise flaring and other emissions*

■ ***Target zero venting and minimal flaring of natural gas during well completion and seek to reduce fugitive and vented greenhouse-gas emissions during the entire productive life of a well.*** Best practice is to recover and market gas produced during the completion phase of a well, and public authorities need to consider imposing restrictions on venting and flaring and specific requirements for installing equipment to help minimise emissions. Measures in this area will also lower emissions of conventional pollutants, including VOCs. Operators should consider setting targets on emissions as part of their overall strategic policies to win public confidence that they are acting to minimise the environmental impact of their activities, taking into account the financial benefits of commercialising the gas that would otherwise be vented or flared. The gas industry as a whole, including conventional gas producers and companies operating in the midstream and downstream, needs to demonstrate that they are just as concerned by methane emissions beyond the production stage, for example in transportation and distribution.

■ ***Minimise air pollution from vehicles, drilling rig engines, pump engines and compressors.*** Pollution from vehicles and equipment is often controlled by existing environmental and fuel-efficiency standards (it is a responsibility of governments to ensure that appropriate standards are in place). Operators and service providers should consider the advantages of deploying the cleanest vehicles and equipment available, for example, electric vehicles and gas-powered rig engines, to reduce both local air and noise pollution.

### Be ready to think big

- **Seek opportunities for realising the economies of scale and co-ordinated development of local infrastructure that can reduce environmental impacts.** Investments in infrastructure to reduce environmental impacts that may be commercially impossible to justify for an individual well can be justified for a larger development. Good regulation can help to realise these gains by ensuring appropriate spatial planning of licensing areas and of the associated infrastructure (such as access roads, water resources and disposal facilities, gas processing units, compression stations and pipelines). The concept of utility corridors and multi-use rights of way can be useful to concentrate infrastructure development and so limit the wider environmental impacts. Operators can realise these gains in various ways, for example by drilling multiple wells from a single pad (with horizontal bores tapping different parts of the reservoirs): this may result in greater disruption in the immediate vicinity of the site but can significantly reduce the wider environmental footprint. Another example is the construction of a pipeline network for water that requires upfront investment but obviates the need for many thousands of truck movements over the duration of a project and can lower unit costs.[19] Good project and logistical planning by operators needs to go hand-in-hand with early strategic assessments and timely interventions by public authorities.

- **Take into account the cumulative and regional effects of multiple drilling, production and delivery activities on the environment, notably on water use and disposal, land use, air quality, traffic and noise.** Development of any hydrocarbon resource involves a large amount of activity to build the necessary infrastructure, bring in supplies, drill wells, extract the resource, process it and transport it to market. This activity is enhanced for unconventional developments, because of the larger number of wells required. As a result, the level of activity that might be tolerable for individual wells, such as volumes of road traffic, land and water use or noise from drilling activity, can increase by orders of magnitude. Regulators need to assess the cumulative impact of these effects and respond appropriately. Assessment on a regional basis is particularly important in the case of water requirements.

---

19. See the next sub-section for an assessment of the impact of such infrastructure developments on project costs; this is also covered in a recent paper on water management economics for shale gas developments (Robart, 2012).

### *Ensure a consistently high level of environmental performance*

■ ***Ensure that anticipated levels of unconventional gas output are matched by commensurate resources and political backing for robust regulatory regimes at the appropriate level, sufficient permitting and compliance staff, and reliable public information.*** An important focus for governments should be on ensuring there is a sufficient knowledge base on all environmental and technical aspects of unconventional gas development, that high-quality data are available and that sound science is being applied and promoted. Well-funded, suitably skilled and motivated regulators, in sufficient numbers, are essential to the responsible development of an unconventional resource.

■ ***Find an appropriate balance in policy-making between prescriptive regulation and performance-based regulation in order to guarantee high operational standards while also promoting innovation and technological improvement.*** In some areas, detailed rules and checks are indispensable to guarantee environmental performance; but it is not always possible, or desirable, to regulate every aspect of a process in which technology is moving rapidly. Setting performance criteria and allowing operators to find the best way to meet them can often provide a better outcome than a prescriptive approach. Examples of performance criteria might be a mandated minimum level of improvement in water usage or a requirement that a "best-in-class" cement quality measurement is run, the burden being on the operator to prove the use of best-in-class. Whichever approach or combination of methods is chosen, there needs to be strict enforcement and penalties in the case of non-compliance, ultimately including loss of the licence to operate.

■ ***Ensure that emergency response plans are robust and match the scale of risk.*** Operators and local emergency services should have robust plans and procedures in place to respond quickly and effectively to any accident, including appropriate training and equipment.

■ ***Pursue continuous improvement of regulations and operating practices.*** Technology and best practice are constantly evolving. While respecting the advantages of clarity and stability in regulation, governments must be ready to incorporate lessons learned from experience in a dynamic industrial sector. For industry, following best practice means constant readiness to raise standards and providing the means to meet them.

■ ***Recognise the case for independent evaluation and verification of environmental performance***. Credible, third-party certification of industry performance can provide a powerful tool to earn and maintain public acceptance, as well as providing a powerful tool to assist companies to adhere to best practices. These independent assessments should come from institutions that enjoy public trust, whether academic or research institutes or independent regulatory or certification bodies.

© OECD/IEA, 2012

# Complying with the Golden Rules

Application of these Golden Rules requires action to be taken by both governments and industry. While the ultimate responsibility for sustaining public confidence rests with the industry, it is governments that that need to set the regulatory framework, promulgate the required principles and provide support through many related activities, *e.g.* scientific research. Trying to specify precisely the roles of governments, gas producers and other private sector operators in each area is not practicable on a global scale. Conditions vary from country to country, including the legal, geological, social and political background, farming/land-use practices, water availability and many others.[20] But the general principles are clear and, in the sections that follow which examine the implications of the Golden Rules for governments and for industry, we have included some observations on the allocation of responsibilities between the public authorities and operators.

## *Implications for governments*

Ensuring responsible development of unconventional gas resources, in line with these Golden Rules, puts substantial demands on policy-makers and regulators. First and foremost, the intensive nature of unconventional gas developments – and the scope for rapid growth in unconventional supply discussed in Chapter 2 – means that existing regulatory arrangements may have to be revised and licensing, compliance and enforcement staff reinforced. The need for new regulatory bodies may need to be considered or, more likely, existing ones may require new resources, functions and powers. This reinforcement of capacity needs to anticipate the expansion of industrial activity, so an appropriate regulatory regime is in place in good time. In keeping with regulatory best practice, such regulators will need to be independent of industry (although this certainly does not exclude ongoing consultation with industry), and have the right (often new) skills and funding. Scope exists to secure the necessary funding from industry in advance of development, for example through fees attached to the award of exploration rights.

The overarching challenge for policy-makers, to find the right balance between the need to minimise adverse environmental and social impacts while encouraging the responsible development of resources for the benefit of the local and national economy, will require judgement at the highest political level. Once that judgement is made, operational decisions of considerable weight remain to be made, for example as to the level of detail required in regulating industry operations – detailed or prescriptive provisions may be necessary, but they can also deny legitimate scope for operators to minimise costs and can impose onerous monitoring and enforcement responsibilities on regulators; performance-based regulation can work better in many areas, particularly for an industry in which technology is changing quickly.

© OECD/IEA, 2012

---

20. Examples of regulation and best practice, from different countries, in areas covered by these Golden Rules are available on the IEA website at http://www.worldenergyoutlook.org/goldenrules.

In a number of jurisdictions, significant advances have been made in regulatory arrangements in recent years. However, the situation is very dynamic and industry has the capacity to expand rapidly; governments in resource-rich areas need to act quickly to anticipate future needs and to put the necessary measures in place. The challenge for governments and regulators can be acute in relation to water resources and the risk of water contamination. Rigorous data collection, assessment and monitoring of water requirements (for shale and tight gas), and measurement of the quality of produced water (for coalbed methane) and of waste water (in all cases) are needed to allow informed decisions to be made. Existing users are deeply suspicious that their rights and water availability might be compromised. There is a need, among other things, for transparent, speedy and equitable procedures for compensating existing users who suffer loss.

### Box 1.6 ▷   Getting the market setting right

Alongside attention to environmental issues, there are many other policy areas that affect the prospects for unconventional gas development, including: the terms for access to resources; clarity on mineral rights; a consistent fiscal and overall investment framework; the provision of infrastructure; and the structure and regulatory framework in a given market (see also the assumptions underpinning the projections in Chapter 2). Market developments are at varying stages in different countries and regions. North America has well-functioning gas markets and, to take one example, many observers consider reliable third-party access to pipelines has been a pivotal part in its unconventional gas development by giving gas producers confidence that their new gas output will be able to reach market. Other key supportive market or regulatory conditions for gas production (both conventional and unconventional) include: the removal of wellhead price controls; the absence of undue restrictions on trade and export; a competitive upstream environment that encourages innovation; and efficiency and market-based pricing for gas. While these market conditions have been under discussion for many years in most OECD jurisdictions, implementation of the necessary reforms remains at best incomplete; and the challenges are greater in many non OECD countries.

Governments everywhere have a central role in ensuring a sound, scientific, credible, knowledge base is publicly available prior to widespread development. Policy-makers and regulators themselves need access to the necessary expertise in order to understand and mitigate the environmental risks.[21] Baselines for various indicators, water in particular, are critical in this regard, but this requirement also encompasses basic geological and geophysical information. Good quality data are essential, not just as an input to good

---

21.  An example is the decision of the Australian Government in late 2011 to establish an expert Scientific Committee, funded with AUD 150 million ($150 million) over four years, to oversee regional assessments and research on water-related impacts in areas where coalbed methane developments are proposed.

1

policy-making, but also to make it possible to demonstrate that the regulatory system is functioning effectively and to identify areas where improvements are needed.

Within large federal systems (for example the United States, Canada and Australia) environmental powers are usually exercised at state or provincial level, facilitating approaches that respond to local factors, such as the geology, the chosen technology and specific environmental risk factors. Local social and environmental concerns are often best dealt with at local levels. Clarity is often required as to the division of responsibilities between different levels of government, with the national authorities responsible for ensuring reasonable consistency of regulation and that adequate funding is available for region-wide work (for example, in river systems that cross internal or international boundaries).

**Figure 1.6** ▷ **Stages in an unconventional gas development**



Note: The stages, milestones and permits shown here are not unique to unconventional developments, but the distinctive element is the overlap between stages of development, as opposed to a more sequential pattern for a typical conventional project.

Differences between the way in which conventional and unconventional resources are developed need to be taken into account in designing an effective legal and regulatory system. Conventional oil and gas developments generally follow a fairly well-defined sequence, but the distinctions between the phases of an unconventional development can be much less clear-cut – development generally proceeds in a more incremental fashion (Figure 1.6).[22] At any given time an operator may be exploring or appraising part of a

22.  Often, the initial question is not whether the unconventional resource exists but whether the gas or liquids can be produced in a particular location at economic flow rates. Whereas each appraisal well of a conventional reservoir tends to increase knowledge about the overall reservoir structure and its limits, it is much more difficult with an unconventional play to extrapolate the results of individual appraisal wells to the acreage as a whole.

licence area, developing another part and producing from a third, with different regulatory approvals and permits applying at each stage. The blurred lines between the stages of an unconventional resource project development increase the complexity of the interactions between operator and regulators (and between the operator and local communities) throughout the life cycle of the development. For example, the regulatory system in most jurisdictions requires the submission and approval of a detailed field development plan at the end of the exploration phase. However, the longer learning curve for unconventional plays makes it much more difficult to develop comprehensive plans at this stage, with the risk that relatively small subsequent alterations might trigger the need to resubmit and re-approve the entire development plan – a lengthy and burdensome process for both sides.

Beyond their focus on the proper construction of individual wells and installations, regulators also need to take a broader view of the impact of multiple projects and wells over time. This broader scope is essential when it comes to assessments of water use and disposal and of future water requirements, but can be also required in other areas, including land use, air quality, traffic and noise. In general, a regulatory system that focuses primarily on well-by-well approvals rather than project level authorisations, can fail to provide for some environmental risks and miss opportunities to relieve them. For example, there are investments in infrastructure that may not proceed for an individual well but which would serve appreciably to reduce the cumulative environmental impacts of large-scale development, such as centralised water treatment plants or pipeline networks for water supply or removal (see below). One of the ways that a regulatory framework can facilitate this sort of investment is through issuing licences for sufficiently large areas and durations.

Governments are usually instrumental in promoting the co-ordinated and timely expansion of regional infrastructure alongside a gas development, including either directly putting in place alternatives to road transportation or ensuring that the regulatory framework serves to encourage or require the construction of gas transportation capacity or an expansion of local power supply. Either way, strong co-ordination and communication is necessary between different branches and levels of government, as the rapid growth of a new industry puts pressure not only on the local physical infrastructure, but also on local social services.

### *Implications for industry*

All parts of the unconventional gas industry have to contribute to proving to society that the benefits of unconventional gas development more than offset the costs in social and environmental terms. This entails, among other things, demonstrating that environmental and social risks are being properly addressed at all stages of a development: adoption and application in full of these Golden Rules is one way to support and accelerate this process. Elements of these Golden Rules are already being applied today, incorporated into best practice or embodied in regulation. The challenge is to ensure that the highest reasonable standards are in place and are applied and enforced in a consistent and credible way across

the industry. Companies have to convince society that they have both the interest and the incentive to constantly seek ways of improving their performance.

There is a cost entailed. Compliance with these Golden Rules can in many cases increase the overall financial cost of development. How much will vary, depending on the starting point and on how each jurisdiction formulates its rules but, based on our analysis of the impact on the costs of a typical 2011 shale gas well (presented below), the additional costs are likely to be limited. For a single well, application of the Golden Rules can add around 7% to the overall cost of drilling and completion. The increase in costs could be significantly lower when considered across a full development project, as additional upfront capital costs incurred to reduce environmental impacts can, in many cases, be offset by lower operating costs.

### Major cost elements in a shale gas well

The major cost elements in the drilling and completion of a shale gas well are the rig and associated drilling services, and the hydraulic fracturing stage of well completion. Well construction costs are primarily influenced by the geographical location, the well depth and, to some extent, reservoir pressure, and by the market and infrastructure conditions in the country or region under consideration. For example, a typical onshore shale gas well in the Barnett shale in Texas may currently cost $4 million to construct, while a similar well in the Haynesville shale costs twice as much, because of the depth and pressure. A similar well in Poland might cost $10 million to $12 million, because the current size of the market means that the drilling and service industry is much less developed in Poland than in the United States.

In general, more technical services are required during drilling and completing a shale or tight gas well than for a similar onshore conventional gas well, which makes it more expensive. The cost of multi-stage hydraulic fracturing can add anything between $1 million and $4 million to the construction costs of a well in the United States, depending on location, depth and the number of stages. In a shale reservoir, when drilling a well with a long lateral section, roughly 40% of the total cost goes toward the drilling and associated hardware and the remaining 60% to well completion, of which multi-stage hydraulic fracturing is the largest component. In a conventional well, the completion cost would be only about 15% of the overall well cost.

Break-even costs of shale-gas production in the United States have fallen sharply in recent years, thanks to an increase in the proportion of horizontal wells, the length of horizontal sections and the number of hydraulic fracturing stages per well, as well as the benefits of ever-better knowledge and experience of the various resource plays. The share of horizontal wells in the total number of shale-gas wells drilled increased from less than 10% in 2 000 to well over 80% today. Over the same period, the average length of the lateral

© OECD/IEA, 2012

se No. 1:20-cv-02484-MSK   Document 92-2   filed 05/06/21   USDC Colorado   pg 35
461

sections has increased from around 800 metres to well over 1 200 metres and the typical number of hydraulic fracturing stages has risen from single figures to around 20.[23]

Operational costs, similarly, vary with local conditions: for example, just as for drilling, operating costs in Europe are expected to be 30% to 50% higher than in the United States for a similar shale gas operation. Dry gas requires less processing than wet gas (gas containing a small fraction of liquid hydrocarbons), but also has lower market value, particularly in the current context of very high oil-to-gas price ratios in some markets.

It is worth noting that two of the key subsurface drivers of well cost – depth and well pressure – are expected to be higher in many of the areas being explored outside North America. On the other hand, for all unconventional deposits, there is considerable potential for cost savings through organising development so as to exploit economies of scale, learning, and optimising well selection and locations for hydraulic fracturing.

### Impact on the cost of a single well

The typical shale gas well that we use as a basis for this analysis is not a "worst case" but rather a well of the type that was regularly drilled in 2011 into deep shale reservoirs (such as the Haynesville and Eagle Ford shale plays) in the United States, taking in many industry best practices that were not always systematically followed in the previous decade. The well is assumed to reach a vertical depth of the order of 3 000 metres, have a horizontal section of around 1 200 metres and be completed with 20 fracture stages using a total of 2 000 tonnes of proppant and 15 000 cubic metres of water (requiring 500 trucks). This type of well would typically be drilled in three sections of successively smaller diameter, each one being lined with steel casing and cemented in place before the next section is drilled.[24] The well considered is a development well rather than an exploratory well.

Such a well might be expected to cost $8 million, take a month to drill and a further month to complete. The hydraulic fracturing process accounts for around 40% of the total well cost – around twice as much as the second most expensive item, the rig itself. By comparison, a typical onshore conventional vertical gas well in the same area would cost around $3 million, with 40% being spent on the rig.

---

23.  Some wells have lateral sections reaching up to 3 000 metres in length, with up to 40 individual geological zones for hydraulic fracturing, carried out one at a time. However, there are practical mechanical limits to the length of horizontal sections and multi-stages due to the pressure and temperature effect on the casing which mean that laterals longer than 1 800 metres or more than 20 fracture stages carry more mechanical risk (Holditch, 2010).

24.  Since the well being considered already had two barriers over the shallow aquifer region with hydrocarbons being produced through production tubing, we did not include an additional casing string in our calculation of the additional costs of compliance.

© OECD/IEA, 2012

**54**                                              World Energy Outlook | **Special Report**

1

Applying the Golden Rules to this well would be expected to have the following effects on costs, summarising various elements of the Rules under four indicative headings:

- **Isolate wells and prevent leaks:** measures in this area could include increased spending on cement design, selection and verification, coupled with a slight increase in drilling time to ensure the quality of the well-bore and provide a contingency for remedial cementing, if required. For the purposes of our analysis, we have assumed that the cement would be designed to withstand all expected stresses over the life span of the well, including the stresses induced during the 20 stages of hydraulic fracturing. The well would be drilled with appropriate tools and mud to produce a smooth and regular well-bore, to ensure that the cement bonds tightly with the wall of the well. Flexible cements or cements incorporating other technical advances that give better performance against the design criteria would be used. The cement would be pressure-tested and measurements taken to validate the quality of the cement bond on the exterior casing wall, with a contingency for remedial work if required. The American Petroleum Institute (API) publishes comprehensive standards and best practices pertaining to the construction of wells to ensure their integrity so that they are leak-free. In our analysis, 10% was estimated as the increment to drilling and cementing service costs needed to take account of these measures.

- **Eliminate venting, minimise flaring and other emissions:** this could be achieved by installing separator equipment for the hydrocarbons when they are brought to surface. For the purposes of our analysis, we have estimated a 10% addition to the cost of services required during the flow-back phase (but have not assumed that it is offset by sales of the recovered oil or gas[25]).

- **Treat water responsibly:** measures in this area could involve upgrading of fluid-disposal systems to ensure zero discharge at any stage and maximum re-use of water, as well as the use of green fracturing fluids with minimum chemical additives. In our analysis, 10% has been added to the cost of hydraulic fracturing on this basis, and a further 10% to the cost of rig fluids and disposal.

- **Disclose and engage:** responsiveness to local community concerns might involve reducing the noise from rig operations by cladding the rig with sound-proof material or imposing trucking restrictions at times at which they would otherwise cause greatest local disturbance or risk of accident. $20 000 has been added to the rig cost to cover sound-proofing of the rig and 10% to the logistics cost to cover some trucking restrictions.

In addition to these measures, we have included other actions that would add little to the cost of operations but would increase understanding of the environmental impact of shale-gas operations and facilitate dialogue with stakeholders. Simple measurement of airborne

---

25. According to the US EPA (EPA, 2011), general adoption of this type of "green completion" could also cut emissions of VOCs from new hydraulically fractured gas wells by 95%. The EPA further estimates that operators could expect to recover the additional cost associated with green completions within 60 days through the sale of captured hydrocarbons.

© OECD/IEA, 2012

emissions at well sites in a consistent manner would provide valuable information to narrow the uncertainty around the extent of fugitive emissions of methane. Similarly, tests of local water wells that draw from an aquifer being drilled through would determine if there was contamination from any source. In total, we estimate that all the measures listed above would add around $580 000, or 7%, to the overall cost of drilling and completing this shale-gas well (Figure 1.7).

**Figure 1.7** ▷ **Impact of the Golden Rules on the cost of a single deep shale-gas well**



Notes: Materials include all tangible material that is used in the well construction and remains in the well when it is completed, such as steel casing, valves and plugs.

Services include various services, other than hydraulic fracturing services, that are used in well construction: directional drilling services, cementing services, casing services, wire line and testing services.

Source: IEA analysis.

### Impact on larger-scale developments

In practice, within a single licensing area, each operator typically drills a large number of wells at different sites. Applying the Golden Rules to entire unconventional gas developments could diminish the impact on overall production costs, because of economies of scale. While many of the environmental impacts discussed earlier in this chapter demand action chiefly where the scale of operations is large, large-scale operations also provide opportunities to minimise or eliminate environmental risks by optimising the process of drilling and completing each well. As the size of a development increases, measures to reduce environmental effects become both necessary and economically feasible (Figure 1.8), in a way that may not be possible for a single well.[26] In the case of gas, water and potentially

---

26.   Many best practices can and should be applied to all wells, regardless of the size of the development. However, practices such as pad drilling, zero flaring and the minimisation of diesel emissions or trucked water involve the installation of infrastructure that, as well as not being cost effective, might even cause more environmental disruption if serving only single wells. For example, the number of truck journeys required to install water pipelines to a single isolated well would probably be more than the number of truck journeys required for the water itself.

© OECD/IEA, 2012

electricity networks, greater upfront capital expenditure is required, but operating costs can be reduced, leaving the overall economics of a large-scale development no worse and in some cases improved.

**Figure 1.8** ▷ **Indicators of best practice as unconventional gas developments grow in size**



Notes: FDP = Field Development Plan; API = American Petroleum Institute Standards.

A well thought-out field development plan, based on a thorough environmental impact assessment, can help to capture these economies of scale and ensure that the hazards are well identified and that preventative or mitigating measures are in place. A key assumption in our analysis is that operators are able to plan developments optimally, both in space and in time. For this, licensing areas need to be large enough and be held for periods that are long enough for efficient development planning and the sharing of infrastructure. This needs a supportive regulatory framework.[27] Realising these gains also tends to rely on early investment in project infrastructure, often before production comes on stream and revenues start to flow: this can be a constraint for smaller companies, particularly where they are investing in marginal developments.

---

27. In certain regions of the United States, this is not possible due to smaller acreage blocks and lease expiration acting as a driver for development planning.

© OECD/IEA, 2012

Good logistics and project planning is essential, both from the industry and from the public authorities, in view of the envisaged scale of a development. It is particularly important that infrastructure development keeps pace with upstream activity as the consequences of failure to do so can fall on the environment. For example, Figure 1.9 illustrates how the rapid development of light tight oil production in the Bakken shale was accompanied by a rise in the flaring of associated gas, as the necessary increase in gas transport infrastructure did not occur at the same pace as the increase in drilling.

**Figure 1.9** ▷   **Monthly natural gas production and flaring in North Dakota**



Source: North Dakota Mineral Resources Department.

For the purposes of our analysis of the implications of applying the Golden Rules at scale, we considered a development of 120 wells per year.[28] In order to be able to plan and implement the types of measures described in Figure 1.8, the licensing area would need to comprise contiguous blocks and be held for at least a ten-year period, with freedom to develop according to the best environmental plan (rather than drilling to retain leases or avoid relinquishment clauses).

For this scale of development, we envisaged the following:

■ **Zero venting or flaring of gas at all stages of operations:** this would require the installation of test equipment and gas-gathering infrastructure before any wells are completed. The scale of operation would mean that it would be economically viable to have this equipment dedicated to the development, although it remains challenging to estimate expected production rates with sufficient accuracy to ensure that the infrastructure is correctly sized. The early installation of gas-gathering infrastructure would bring forward capital expenditure, but would not increase the net cost, as any additional charges, including interest charges, would probably be offset by the value of the gas captured. *Estimated cost impact on a large-scale development: neutral.*

---

28.  We considered ten rigs drilling eight wells from each pad, where the drilling phase of each well lasts 30 days, including the rig move. Thus, each rig would move every eight months to a new pad location.

© OECD/IEA, 2012

- **Zero in-field trucking of water within the concession area:** this is an area where regulation and licensing requirements can play an important role. If these facilitate the necessary investment, capital expenditure on building water supply pipelines could be offset over the ten-year period by the reduction in truck movements. *Estimated cost impact: neutral.*

- **Central purpose-built water-treatment facilities:** these facilities, allowing closed-loop recycling of waste water, could be linked by pipeline to each pad location. They would reduce the overall water supply required for operations and minimise the need for off-site disposal, thereby reducing total transportation, water and disposal costs. Based on industry case studies, *we estimate savings at $100 000 to $150 000 per well*.

- **A long-term monitoring program for the development:** this could take different forms but might include performing a 3-D seismic survey over the licensing area before drilling commences to establish a geological baseline for the location of faults and sweet spots, as well as the temporary or permanent installation of micro-seismic monitoring to monitor seismic events and the propagation of fractures, and the installation of equipment to monitor the quality of water in aquifers that are being drilled through. *We estimate the additional cost of these three measures at between $100 000 and $150 000 per well*.

- **Systematic learning about the shale:** this could involve taking the opportunity provided by each well to learn more about the reservoir by capturing data (typically by using down-hole measuring instruments) that will enable the character and behaviour of the shale to be better understood. This understanding is an important contributory factor in improving the operational performance (and therefore the environmental impact per unit of production) of each well drilled and in eliminating wells and fracture stages that do not contribute significantly to production. *We estimate the additional cost at $200 000 per well*.

Most of these measures would involve a marginal increase in the overall cost of a large-scale development. But there is potential for reducing costs through better planning of operations, which would also reduce environmental risks:

- **Exploiting economies of scale:** pad drilling and the associated ability to carry out simultaneous operations on more than one well has been shown to bring significant cost savings as well as reducing the total surface footprint. Typically the drilling phase of a number of wells on the pad would be finished first, enabling the completion phase to be carried out for multiple wells in parallel. "Simultaneous operations" of this sort can allow for more efficient use of equipment for hydraulic fracturing. The US company, Continental Resources, has reported a 10% drop in average well cost in the Bakken Shale, from $7.2 million to $6.5 million, by using such an approach at eight well pads. Other industry sources report savings of up to 30%, due to a combination of economies of scale and improvements in operational efficiency. *On this basis, we have estimated savings of 10% per well.*

© OECD/IEA, 2012

- ■ **Optimising the number of fracture stages:** this can achieved by acquiring better information about where the sweet spots are likely to be and fracturing only in those zones, rather than simply fracturing every 100 metres, with no science applied. Industry data from different shale plays in the United States show that, on average, between 30% and 40% of fractures do not contribute any production at all. We have assumed conservatively that at least two hydraulic fracturing stages out of twenty could be saved as a result of better reservoir characterisation by systematically learning about the shale. *This would represent a cost saving of around $400 000 per well or equivalent gains in production for the same number of stages.*

- ■ **Learning from experience:** there is a learning curve associated with the drilling and completion of shale-gas wells that, on a large scale of development, can bring significant cost savings as time goes on: these savings are often quoted in conjunction with economies of scale and the optimisation of fracture stages. *For the purposes of our analysis, we have not added any additional saving related to the learning curve.*

Summing up the effects of the more stringent environmental measures applied to the development and the efficiency savings from better planning yields an overall net cost saving of approximately 5%. Most of these savings come from economies of scale and reduced hydraulic fracturing, which more than offset the additional cost of implementing well-specific measures and monitoring environmental effects.

There is potential for even larger cost savings in large-scale developments by optimising the number and location of wells drilled. Given the enormous variability in geology, there are significant variations in the economics of unconventional gas wells, driven largely by differences in the expected cumulative output of each one (referred to as Estimated Ultimate Recovery [EUR]). The ability of operators to locate sweet spots within an unconventional gas play, where output is particularly high, (or their good fortune in doing so) explains a large part of the difference in EUR between wells. The adoption of advanced technologies in drilling and completing wells can also help to increase EUR.

At present, in the vast majority of shale gas developments wells are drilled and hydraulically fractured "geometrically", that is to say at regular intervals, without regard for the changing geology between those intervals. Some wells give very good initial production and others close to zero. A detailed study of more than 7 000 wells in the Barnett Shale in *WEO-2009* showed that half of the horizontal wells drilled were unprofitable, even at the 2009 gas price of $6 per MBtu, while some others were profitable at much lower prices (IEA, 2009). This reflects differences in the amount of gas produced, itself a reflection of the local geology of the formation, but also of differences in the suitability and effectiveness of the well design and hydraulic fracturing operations. Reservoir characterisation and modelling techniques for shales is applied only in a limited manner at present. It is not unreasonable to expect that, had there been smarter selection of drilling targets, the least profitable 20% of wells in our sample would not have been drilled at all. Better understanding of the science of hydrocarbon flows within unconventional gas reservoirs is needed for improved reservoir characterisation and modelling to be achieved (Box 1.7).

© OECD/IEA, 2012

**Box 1.7** ▷   **The potential benefits of better petroleum science**

1

For all the advances that have been made in shale gas production in the United States in recent years, a large number of wells that prove to be very unproductive are still being drilled. Often, the value of the gas and liquids they yield is insufficient to cover the cost, the losses on such wells generally being offset by other wells that prove to be very productive. In addition, recovery factors for shale gas and light tight oil are very low, compared to conventional reservoirs: estimates in most cases do not exceed 15% of the original oil and gas in place. A better scientific understanding of both the geological structure and hydrocarbon flows within shale and tight gas rock should allow producers to target better and to refine their drilling and well-completion operations, driving down the number of unproductive wells and pushing up the estimated ultimate recovery – a tremendous prize for all stakeholders.

Thus far, improvements in unconventional gas technology have largely been concerned with how, on a cost-effective basis, to pump more fluid into more fracture stages in longer horizontal sections in order to increase reservoir contact, and how to better manage the environmental effects. But while advances in drilling and hydraulic fracturing technology have unlocked unconventional reserves that were previously uneconomic, the science of the behaviour of the reservoirs is still not well understood. This makes it very hard to predict decline rates and the ultimate production potential of each play and individual areas and wells. Traditional methods of computer modelling and simulation of oil and gas reservoirs do not work well in the case of shale gas or light tight oil.

This scientific challenge has attracted a significant research effort from industry experts and academia. Breakthroughs in understanding the behaviour of shale and tight-gas reservoirs are expected and are likely to trigger a shift from the current "brute force" approach to production towards a more scientific one, enabling operators to avoid drilling poor wells and using ineffective well-completion methods. This would allow for more efficient use of water and other resources, minimising the environmental footprint and lowering production costs.

© OECD/IEA, 2012

© OECD/IEA, 2012

# The Golden Rules Case and its counterpart
How might unconventional gas re-shape energy markets?

## Highlights

- In a Golden Rules Case, we assume that the conditions are in place, including the application of the Golden Rules, to allow for an accelerated global expansion of gas supply from unconventional resources, with far-reaching consequences for global energy markets. Greater availability of gas supply has a strong moderating impact on gas prices and, as a result, demand for gas grows by more than 50% to 2035 and the share of gas in the global energy mix rises to 25% in 2035, overtaking that of coal.

- Production of unconventional gas, primarily shale gas, more than triples in the Golden Rules Case to 1.6 tcm in 2035. The share of unconventional gas in total gas output rises from 14% today to 32% in 2035. Whereas unconventional gas supply is currently concentrated in North America, in the Golden Rules Case it is developed in many other countries around the world, notably in China, Australia, India, Canada, Indonesia and Poland.

- The Golden Rules Case sees a more diverse mix of sources of gas in most markets, suggesting an environment of growing confidence in the adequacy, reliability and affordability of natural gas supplies. An increased volume of gas, particularly LNG, looking for markets in the period after 2020 stimulates the development of more liquid and competitive international markets. The projected levels of output in the Golden Rules Case would require more than one million new unconventional gas wells to be drilled worldwide between now and 2035.

- In a Low Unconventional Case, we assume that – primarily because of a lack of public acceptance – only a small share of unconventional gas resources is accessible for development and, as a result, global unconventional gas production rises only slightly above 2010 levels by 2035. The competitive position of gas in the global fuel mix deteriorates as a result of lower availability and higher prices, and the share of gas in global energy use remains well behind that of coal. The requirement for imported gas is higher and some patterns of trade are reversed, with North America needing significant quantities of imported LNG, and the preeminent position in global supply of the main conventional gas resource-holders is reinforced.

- Although the forces driving the Low Unconventional Case are led by environmental concerns, it is difficult to make the case that a reduction in unconventional gas output brings net environmental gains. The effect of replacing gas with coal in the Low Unconventional Case is to push up energy-related $CO_2$ emissions, which are 1.3% higher than in the Golden Rules Case. Reaching the international goal to limit the long-term increase in the global mean temperature to two degrees Celsius would, in either case, require strong additional policy action.

© OECD/IEA, 2012

## Paths for unconventional gas development

There are factors on both the demand and supply sides pointing to a bright future for natural gas, but the key element in the supply outlook is the growth in production of – and expectations for – unconventional gas resources. For the moment, production of unconventional gas is still overwhelmingly a North American phenomenon: in 2010, 76% of global unconventional gas output came from the United States (360 billion cubic metres [bcm]) and a further 13% from Canada (60 bcm). Outside North America, the largest contribution to unconventional gas production came from China and Australia, producing around 10 bcm and 5 bcm of coalbed methane, respectively.[1] But, in light of the North American experience and with evidence of a large and widely dispersed resource base, there has been a surge of interest from countries all around the world in improving their security of supply and gaining economic benefits from exploitation of domestic unconventional resources.

**Box 2.1** ▷ **Overview of cases**

This chapter sets out projections from two cases, for the period to 2035, which explore the potential impact and implications of different trajectories for unconventional gas development.

- A **Golden Rules Case**, to which the main part of this chapter is devoted, assumes that the conditions are put in place to allow for a continued global expansion of gas supply from unconventional resources. This allows unconventional gas output to expand not only in North America but also in other countries around the world with major resources.

- A **Low Unconventional Case** considers the opposite turn of events, where the tide turns against unconventional gas, as environmental and other constraints prove too difficult to overcome.

These projections are assessed against an updated **baseline**, which takes as its starting point the central scenario (the New Policies Scenario) from the most recent *World Energy Outlook*, *WEO-2011*. The two main cases test a range of favourable and unfavourable assumptions about the future of unconventional gas. A necessary, but not sufficient, condition of the Golden Rules Case is the effective application of the Golden Rules, in order to earn or maintain the "social licence" for the industry to operate. Neither case is advanced as more probable; they are rather designed to inform the debate about the implications of different policy choices for energy markets, energy security and for climate change and the environment.

---

1. A proportion of gas production in Russia is classified as unconventional, tight gas.

© OECD/IEA, 2012

The potential is there for unconventional gas supply to grow rapidly in the coming decades, but the speed at which this supply will grow is still highly uncertain. Outside North America, the unconventional gas business is in its formative years, with major questions still to be answered about the extent and quality of the resource base and the ability of companies to develop it economically. Moreover, as discussed in Chapter 1, social concerns about the impact of producing unconventional gas, particularly the threat of unacceptable environmental damage, have risen as production has grown. Reports of water contamination, earthquakes, and other disruptions to local communities have given unconventional gas production, and the practice of hydraulic fracturing in particular, a bad name in many countries.

It remains to be seen how this social and environmental debate will play out in different parts of the world. In parts of Canada, the United States and Australia, moratoria have been placed on hydraulic fracturing, pending the results of additional studies on the environmental impact of the technology. Even in advance of any commercial production, similar prohibitions are already in force in parts of Europe. There is a distinct possibility that, if these concerns are not directly and convincingly addressed, then the lack of public acceptance in some countries could mean that unconventional production is slow to take off, or, indeed, falters at the global level.

This chapter examines two scenarios, the Golden Rules Case and the Low Unconventional Case (Box 2.1), in the first of which these challenges are overcome and a second in which they are not successfully addressed. The difference in outcomes between them posits a critical link between the way governments and operators respond to these social and environmental challenges and the prospects for unconventional gas production. The strength of this link differs among countries depending on the ways that public concerns and perceptions of risk affect political decision-making. But the assumptions underlying these cases reflect our judgement that the development of this relatively new industry is contingent, in many places, on a degree of societal consent that in some places has yet to be achieved. Moreover, the perception of the industry as a whole is likely to be cast by the performance of its weakest players, not its strongest. Without a general and sustained effort from both governments and operators, the public may not be convinced that the undoubted benefits outweigh potential risks.

### Golden Rules and other policy conditions

The Golden Rules, presented and discussed in Chapter 1, are principles designed to minimise the undesirable effects of unconventional gas production on society and the environment. Implementing such principles is in many cases a question of appropriate regulation; but this is not the whole story. The task for policy-makers and regulators is to find the right equilibrium that deals convincingly with social and environmental concerns without removing the economic incentives for developing an important national resource. This balance will vary from country to country, given differing energy security, economic and environmental priorities.

© OECD/IEA, 2012

In the Golden Rules Case, we assume that all resource-rich countries formulate their approach to environmental regulation of unconventional gas production in line with these principles and thereby achieve a level of environmental performance and public acceptance that provides the industry with a "social licence to operate". In that sense, the Golden Rules become a necessary (but not sufficient) condition for a wide expansion of unconventional gas supply.

In the Low Unconventional Case, this balance is not found and the Golden Rules are either not adopted or inadequately applied. Whether in response to new incidents of environmental damage or evidence of poor industry performance, the potential social and environmental threats are deemed to be too significant in some countries or regions, to the extent that there are substantial obstacles to developing the resource. Longer-lasting prohibitions are imposed in some countries on technologies that are essential to unconventional gas development, such as hydraulic fracturing, or exclusion zones are created and tight restrictions applied to drilling locations that restrict access to all or part of the resource. Alternatively, either a combination of very strict and detailed regulation imposes prohibitive compliance costs or fears about future regulatory change deter investment.

The application of these Golden Rules is not sufficient in itself to determine successful resource development in countries with unconventional gas potential. Based on experience in the United States, other key factors include:

- **Access to resources:** these considerations include access to geological data on a reasonable and transparent basis, the size of the area covered by a licence and the duration of the licence, and freedom for companies to engage in upstream activities on a competitive basis.

- **The fiscal and regulatory framework:** some countries have high potential in terms of resources but unattractive overall conditions for investment, such as unpredictable fiscal regimes or weak institutions.

- **Availability of expertise and technology:** not least because unconventional gas production requires a large number of wells, the industry needs a skilled and experienced workforce and a well-developed service sector with access to the necessary equipment.

- **Existing infrastructure:** although there are possibilities for small-scale gas gathering arrangements and direct conversion to power (or liquefied natural gas [LNG]), the density of the gas transport infrastructure in areas targeted for unconventional development is an important consideration, as is the existence of guaranteed access to this infrastructure.

- **Markets and pricing:** gas is relatively expensive to transport (compared with its well-head production costs and also with the cost of transporting oil) so companies will be attracted to resources with reliable, proximate markets that offer the necessary

© OECD/IEA, 2012

World Energy Outlook | **Special Report**

incentives to develop the gas. The absence of market pricing in the host market can eliminate the commercial case for unconventional gas development.

- ■ **Water availability:** water is essential to the production process for shale gas and tight gas (see Chapter 1), and competition with established users in water-stressed areas may constrain unconventional developments.[2]

Experience in the United States points to additional factors such as the number of entrepreneurial and independent companies willing to take the risk of venturing into a new industrial sector, which is coupled with their ability to mitigate market risk via well-developed financial markets. In the absence of widespread examples outside the United States, it is impossible for the moment to say which of the ingredients listed above are essential for large-scale unconventional gas development, which of them are merely desirable, and which might play only a limited role. What can be said, though, is that the mix of conditions and constraints varies by country: in some, environmental and social issues will be decisive; in others, the quality of the resource, the nature of the upstream supply chain, market conditions and prices, or the overall legal system and investment security, may be more significant.

Our general assumption in the Golden Rules Case is that all of the potential obstacles listed are either overcome or do not prove a serious constraint on unconventional gas development. A major motivation for supportive policies is assumed to be the desire of countries to secure the economic benefits of a valuable indigenous resource and, in many cases, also to improve energy security by reducing dependence on imported gas. The essence of the Golden Rules is that they bolster public confidence in the determination of public authorities and operators alike to overcome the social and environmental hazards, thereby creating a political environment that allows for the enactment of other policies encouraging investment in this sector. In the Low Unconventional Case, weak or absent political support deters the implementation of supportive measures for unconventional gas development, such as attractive fiscal and investment terms.

In the projections for the different cases, which are presented later in this chapter, the results of adopting the Golden Rules, in the Golden Rules Case, and the results of failing to do so, in the Low Unconventional Case, are compared against the outcome in a baseline case. This baseline case uses the central scenario of the *WEO-2011* (the New Policies Scenario) as its starting point, but incorporates more recent data, where these have become available, and certain new assumptions, such as the rate of GDP growth, which are described more fully later in the chapter. The baseline case sees natural gas prices converge towards the levels assumed in the *WEO-2011* New Policies Scenario, whereby prices in the United States reach $8.2 per million British thermal units (MBtu) in 2035 (in year-2010 dollars) and average import prices into Europe and Japan reach $12.2/MBtu and $14.2/MBtu respectively. However, the baseline case excludes the application in full of the

---

2.  The *WEO-2012* will include a dedicated chapter on the links between energy and water use.

© OECD/IEA, 2012

Golden Rules and the other supportive policies that generate faster growth in natural gas production in the Golden Rules Case.

## Unconventional gas resources

Our projections depend, first, on the size of the available resource. Drawing on data from a variety of sources, we estimate that remaining technically recoverable resources of shale gas amount to 208 trillion cubic metres (tcm), tight gas 76 tcm and coalbed methane 47 tcm (Table 2.1). Russia and countries in the Middle East are the largest holders of conventional gas resources (and Russia has by a distance the largest overall gas resources). However, a large part of the world's remaining recoverable unconventional gas lies in countries or regions that are currently net gas importers and face increasing import dependency, such as China, and the United States, which before the recent boom in unconventional gas in North America was looking at the prospect of rising LNG imports (Figure 2.1). Different assumptions about the terms of access to the unconventional resource base in China and in the United States, and in other unconventional resource-rich countries around the world, are a main determinant of the variations between levels of production in the Golden Rules Case and the Low Unconventional Case.

**Table 2.1** ▷ **Remaining technically recoverable natural gas resources by type and region, end-2011** (tcm)

| | Total | | Unconventional | | |
|---|---|---|---|---|---|
| | Conventional | Unconventional | Tight Gas | Shale Gas | Coalbed methane |
| E. Europe/Eurasia | 131 | 43 | 10 | 12 | 20 |
| Middle East | 125 | 12 | 8 | 4 | - |
| Asia/Pacific | 35 | 93 | 20 | 57 | 16 |
| OECD Americas | 45 | 77 | 12 | 56 | 9 |
| Africa | 37 | 37 | 7 | 30 | 0 |
| Latin America | 23 | 48 | 15 | 33 | - |
| OECD Europe | 24 | 21 | 3 | 16 | 2 |
| **World** | **421** | **331** | **76** | **208** | **47** |

Source: IEA analysis.

Note: The resource estimate for coalbed methane in Eastern Europe and Eurasia replaces a figure given in the *WEO-2011* and in the *Golden Age of Gas* publications (IEA, 2011a and 2011b), which included a "gas-in-place" estimate for Russia instead of the estimate for technically recoverable resources.

Although they are undoubtedly large, unconventional gas resources are still relatively poorly known, both in terms of the extent of the resource in place and judgements about how much might be economically extracted. The industry is still in the learning phase when it comes to many resources outside North America: each unconventional resource play brings with it distinctive challenges and it has not yet been demonstrated that technologies well adapted to existing production areas can unlock the resource potential in all areas.

© OECD/IEA, 2012

**Figure 2.1** ▷  **Remaining recoverable gas resources in the top fifteen countries, end-2011**



Source: IEA analysis.

In particular for shale gas, our analysis and projections in this report rely on estimates from the pioneering work of Rogner (Rogner, 1997) and the landmark study from Advanced Resources International (ARI), published by the US Energy Information Administration (EIA) in 2011 (US DOE/EIA, 2011a); these are distinctive in applying consistent standards of evaluation to a large number of countries. On the one hand, resources could easily be even larger than indicated in these studies, as they do not examine all possible shale gas reservoirs around the world. On the other hand, several publications have provided estimates significantly lower than the ARI study: the United States Geological Survey (USGS), whose resource assessments are generally among the most authoritative, has recently published several regional studies indicating lower resources. This is the case, for example, for the Krishna-Godavari shale gas basin in India (USGS, 2012) for which they report a mean estimate of 116 bcm (4.1 trillion cubic feet [tcf]), compared with the ARI estimate of 765 bcm (27 tcf); this much more conservative estimate can be traced back to a smaller estimate for the productive area of the shale and to a smaller mean recovery per well (assuming the same drainage area).[3] Studies by the Polish Geological Institute with support from USGS also give a much lower estimate (a range of 346 bcm to 768 bcm versus the 5.3 tcm given in the ARI study[4]) for shale gas resources in Poland (PGI, 2012). China has

---

3.   The methodologies used for the two studies are different. ARI first estimates gas-in-place and then applies a recovery factor. USGS estimates directly the recoverable resources based on recovery per well and well drainage areas derived by analogy with reservoirs in the United States for which data is available. The methodology used to determine well drainage areas has not been published yet by USGS, making it difficult to compare with industry-accepted values.

4.   The different resource estimates can have a substantial impact on the outcome of our projections: see the references to Poland in Chapter 3.

© OECD/IEA, 2012

also released new estimates of shale gas resources that are about 20% lower than those given by ARI (MLR, 2012). The much talked-about USGS study of the Marcellus shale in the northeast United States estimated the undiscovered shale resources there at 2.4 tcm (84 tcf), much lower than the 11.6 tcm (410 tcf) recoverable resources reported by the US EIA in 2011 (USGS, 2011).[5] US EIA subsequently reduced their estimate for recoverable gas in the Marcellus to 4 tcm (141 tcf) (US DOE/EIA, 2012).

Estimates of coalbed methane resources are drawn from the German Federal Institute for Geosciences and Natural Resources (BGR, 2011) and US EIA. Tight gas resources are generally poorly defined and known: the exceptions are the United States, Canada and Australia, for which national resource data are used. Tight gas resource estimates for other countries are derived from Rogner.

In the Golden Rules Case, the entire resource base for unconventional gas is assumed to be accessible for development, including in countries and regions where moratoria or other restrictions are currently in place. In the Low Unconventional Case, however, the constraints imposed by the absence of supportive policies (in particular the Golden Rules themselves) and the uncertainties over the size and quality of the resource base were modelled by assuming that only a small part of the ultimately recoverable unconventional resource base is accessible for development. The key assumptions by country or region for the Low Unconventional Case are:

- **United States**: only 65% of tight gas, 45% of coalbed methane and 40% of shale gas resources are accessible. For shale gas, this could, as an example, correspond to excluding all new developments in the northeast United States[6], in California and in the Rocky Mountains, while the more traditional oil and gas producing regions, such as Texas, Oklahoma or the Gulf Coast, would continue to develop their shale resources. Alternatively, restrictions could apply to some parts of the prospective acreage in all regions, such as the more densely populated parts, or those with serious competition in uses for water. For coalbed methane, this could essentially restrict developments to regions that are already producing. Tight gas has been produced for many years in numerous traditional hydrocarbon-producing regions, so tight gas production is not assumed to be restricted as much as the other categories.

5.  Strictly speaking, the USGS and US EIA numbers cannot be compared as USGS reports undiscovered gas resources while US EIA reports total recoverable resources, which differ from undiscovered by proven reserves and discovered-but-undeveloped resources. However, neither organisation has provided a breakdown of these three categories. Overall, unconventional gas challenges the usual definitions, as there is no real discovery process (the locations of most gas bearing shales in the world are already known); it is more an appraisal process: the process of establishing that a given shale, and/or what part of the shale, can produce economically. As a result the difference between undiscovered and discovered-but-not-developed is blurred and it is important to clarify the assumption used in various resources estimates.

6.  The *World Energy Model* (*WEM*) currently uses the US EIA 2011 resources numbers (US DOE/EIA, 2011b), before their downward revision for the Marcellus shale, pending publication of more details for the background of this revision. So the northeast United States, and the Marcellus shale in particular, represents about half of the estimated resources. Note that *WEM* treats the United States as a single region, so there is no projection of production by basin.

■ **China**: only 40% of the coalbed methane and 20% of the shale gas resources are assumed to be accessible. Public acceptance is likely to be a lesser influence in China than in other countries (although we are looking forward 25 years and, if the changes that have occurred in the last 25 years in China are any guide, public sensitivity to environmental issues could become significantly greater during the projection period), but other factors could restrict the ambitious official plans for unconventional gas production (Box 2.4).

■ **India**: only 30% of the coalbed methane and 20% of the shale gas resources are assumed to be accessible. The large projected gas import requirements of India make it unlikely that public opposition would force a complete ban. On the other hand, on current estimates, unconventional gas resources in India are not sufficient to make more than a dent in these imports and our assumption is consistent with a political decision to restrict development of all but the less contentious resource areas.

■ **Australia**: only 40% of coalbed methane and none of the shale gas resources are assumed to be accessible. Development of both types of resources has already become controversial in Australia. About 5 bcm of coalbed methane was produced in Australia in 2010 and there are three large-scale projects underway to build LNG plants fed by coalbed methane. The restriction to 40% of available resources essentially amounts to no new projects being authorised beyond those announced.

■ **Rest of the world**: no new unconventional gas resources are assumed to be developed outside Canada (for which we use percentages about half of those in the United States, to reflect similar dynamics, but the smaller part of the resources so far developed) and Russia (where, in any event, unconventional resources are not expected to play a significant role).[7]

### *Development and production costs*

The costs of developing and producing unconventional gas are made up of several elements: capital costs, operational costs, transportation costs, and taxes and royalties. Capital costs, often called finding and development costs, are usually dominated by the costs of constructing wells. As discussed in Chapter 1 (under "Implications for Industry"), shale gas wells do cost more than conventional gas wells in the same conditions, because of the additional costs of multistage hydraulic fracturing; the same consideration applies to tight gas wells, for the same reason. Coalbed methane wells have so far been relatively cheap, compared with conventional gas wells, because production has been at shallow depths in regions with well-developed markets. Operational costs, also called lifting costs, are those variable costs that are directly linked to the production activity: they may differ according to local conditions (but not necessarily between conventional and

---

7.   This assumption about the rest of the world (with the partial exception of Canada and Russia) has the virtue of simplicity, although it is a little extreme in some countries that are already producing coalbed methane without any controversy; however, the amounts involved are too small to have any impact on prices or energy security.

© OECD/IEA, 2012

unconventional gas produced under similar conditions). The cost of bringing gas to market is distance-dependent and is identical for conventional and unconventional gas.

The final element, taxes and royalties, varies greatly between jurisdictions; in addition to a profit tax component, it very often includes fixed or production-related taxes (paid to governments) and/or royalties (paid to the resource owner, which may or may not be governments). Countries or regions that have higher capital and operating costs, due to their geography or market conditions, often create a more attractive fiscal regime in order to attract investment. This can go as far as offering subsidies: China provides subsidies for coalbed methane and shale gas production.

On the basis of these costs, one can estimate a "break-even cost", or "supply cost", the market value required to provide an adequate real return on capital for a new project (normally taken to be 10% for a project categorised as risk-free and rising with incremental risk). This break-even cost does not apply to legacy production from largely depreciated installations. Lifting costs, transport costs, and taxes and royalties are usually directly expressed in US dollars per unit of gas produced. The significance of capital costs is very dependent on the amount of gas recovered per well. This also varies greatly: the best shale gas wells in the United States are reported to have Estimated Ultimate Recovery (EUR) of 150 to 300 million cubic metres (mcm) (5 to 10 billion cubic feet [bcf]); but many shale gas wells have EUR that is 10 or 100 times less. The average EUR varies from one shale to another, but also depends on the experience of the industry in a given shale: with time, the industry optimises the technologies used and extracts more gas from each well. Outside the United States, there is essentially no experience so far, but drilling longer horizontal wells should help improve EUR per well (in many jurisdictions in the United States, horizontal well length is limited by acreage unit size regulations).

It follows from the discussion of costs that the break-even costs for gas can vary greatly from one location to the next, or within a single country (Table 2.2). For example in the United States, break-even costs for dry gas wells probably range from $5/MBtu to $7/MBtu; gas containing liquids has a lower (gas) break-even cost, which can be as low as $3/MBtu, as the liquids add considerable value for a small increase in costs (associated gas from wells producing predominantly oil can have an even lower break-even cost). Since conventional gas resources are already fairly depleted onshore and most future conventional gas production will therefore come from more expensive offshore locations, the range of break-even costs for conventional and unconventional gas in the United States is fairly similar.

In Europe, the costs of production are expected to be about 50% higher, with a range of break-even costs between $5/MBtu and $10/MBtu. Conventional and unconventional gas are expected to be in the same range, as conventional resources are depleted and new projects are moving to the more expensive Norwegian Arctic. China has a cost structure similar to that of the United States, but shale reservoirs there tend to be deeper and more geologically complex; similarly, coalbed methane reservoirs in China tend to be in remote locations, so we estimate the break-even cost range to be intermediate between that of

© OECD/IEA, 2012

2

the United States and that of Europe – from $4/MBtu to $8/MBtu (although there are production subsidies in place that can bring this figure down). This estimate for China applies to both conventional and unconventional gas, as the easy conventional gas is depleting and production is moving to offshore or more remote regions. In countries that have large, relatively easy, remaining conventional gas, such as the Middle East, with break-even costs of less than $2/MBtu, the break-even cost range for unconventional gas is expected to be higher (similar to that for unconventional gas in the United States).

**Table 2.2** ▷ **Indicative natural gas well-head development and production costs in selected regions** (in year-2010 dollars per MBtu)

|  | Conventional | Shale gas | Coalbed methane |
|---|---|---|---|
| United States | 3 - 7 | 3 - 7 | 3 - 7 |
| Europe | 5 - 9 | 5 - 10 | 5 - 9 |
| China | 4 - 8 | 4 - 8 | 3 - 8 |
| Russia | 0 - 2, 3 - 7* | - | 3 - 5 |
| Qatar | 0 - 2 | - | - |

\* The lower range for Russia represents production from the traditional producing regions of Western Siberia and the Volga-Urals; the higher range is for projects in new onshore regions such as Eastern Siberia, offshore and Arctic developments.

In the Golden Rules Case, the development and production cost assumptions are not increased because of the application of the Golden Rules; as discussed in Chapter 1, the application of the Golden Rules does have some cost impact, but not sufficient to push up the costs of production significantly (and, possibly, not at all). The same starting point is used for development and production costs in the Low Unconventional Case; costs in this case, though, are subject to the general assumption (built into the modelling) that production tends to become more costly as a given resource starts to become scarcer. Since access to unconventional gas resources is limited in this case, the rate of increase in the costs of production is higher than in the Golden Rules Case.

### Natural gas prices

The price assumptions in the Golden Rules Case and in the Low Unconventional Case vary substantially, reflecting the different regional and global balances between supply and demand in each case (Table 2.3). The price assumptions in the Golden Rules Case reflect the favourable outlook for unconventional gas supply that results from successfully addressing the potential barriers to its development. Greater availability of gas supply has a strong moderating impact on gas prices. Conversely, lower production of unconventional gas in the Low Unconventional Case means that higher natural gas prices are required to bring the different regional markets into balance.

© OECD/IEA, 2012

**Table 2.3 ▷  Natural gas price assumptions by case**
(in year-2010 dollars per MBtu)

| | | Golden Rules Case | | Low Unconventional Case | |
|---|---|---|---|---|---|
| | 2010 | 2020 | 2035 | 2020 | 2035 |
| United States | 4.4 | 5.4 | 7.1 | 6.7 | 10.0 |
| Europe | 7.5 | 10.5 | 10.8 | 11.6 | 13.1 |
| Japan | 11.0 | 12.4 | 12.6 | 14.3 | 15.2 |

Note: Natural gas prices are expressed on a gross calorific value basis. Prices are for wholesale supplies exclusive of tax. The prices for Europe and Japan are weighted average import prices. The United States price reflects the wholesale price prevailing on the domestic market

North America is the region where the unconventional gas industry has grown most rapidly and, unsurprisingly, is also the region where the impact on markets and prices has thus far been greatest. Historically low prices are being obtained for natural gas, relative to other energy forms such as oil. More surprisingly, given the relative isolation of North American markets from other major gas-using regions, this development has already had profound international impacts. These have arisen because North America has become almost self-sufficient in gas, whereas many LNG investments in the decade 2000 to 2010 were made in the expectation that the North American region would be a substantial net LNG importer. Import infrastructure in excess of 100 bcm was built in the United States alone in this period, with matching LNG supply investments in major producers, such as Qatar. However, in 2011, net LNG imports to North America were less than 20 bcm, out of a total market exceeding 850 bcm: 8 bcm into the United States and 9 bcm into Mexico and Canada. Hence, major quantities of LNG supply became available for other global markets, including Asia and Europe.

Natural gas prices in the United States are assumed to rise from today's historic lows in both cases, but they increase much more quickly in the Low Unconventional Case. The contrasting future roles of North America in global gas trade in the two cases help to explain these different price trajectories. In the Golden Rules Case, the region becomes a significant net LNG exporter, on the back of continued increases in unconventional gas output in the United States and Canada and an expansion in LNG export capacity. Natural gas prices in the United States are assumed to reach a plateau of between $5.5/MBtu and $6.5/MBtu during the 2020s (the levels which we assume are sufficient to support substantial volumes of dry gas production) before rising to $7.1/MBtu in 2035. Exports at the levels anticipated in this case are relatively small, compared with the overall size of the United States' gas market, and do not play a decisive role in domestic price-setting (although they are significant for other markets). By contrast, in the Low Unconventional Case, North America remains a net importer of gas, with imports growing rapidly after 2025. With the region needing to draw its incremental gas supply from international markets, the natural gas price in the United States is pushed up much more quickly than in the Golden Rules Case, reaching $10/MBtu in 2035.

© OECD/IEA, 2012

The weighted average import price assumptions for Europe and for Japan are likewise lower in the Golden Rules Case than in the Low Unconventional Case. Within this basic trend, differences between the two markets reflect the different balances between gas supply and demand in each case, as well as the various pricing mechanisms present and how these mechanisms are assumed to evolve. At present, gas prices are set freely in several markets, including North America, the United Kingdom and, to a somewhat lesser extent, Australia, an approach known as gas-to-gas competition. However, much of the gas traded across borders in the Asia-Pacific region is sold under long-term contracts, with linkages to the price of oil or refined products. Prices in continental Europe are predominantly oil-linked, though in recent years a mixture of the two systems (and many variations in between) has emerged, with oil-indexed prices co-existing – often uneasily – with prices set by gas-to-gas competition. We assume that pressure to move away from prices set by oil-indexation and towards those established through gas-to-gas competition is significantly greater in the Golden Rules Case than in the Low Unconventional Case.

In the Golden Rules Case, the United States is expected to play an important role in the evolution of international natural gas pricing mechanisms. Initial contracts for United States LNG exports have been written on the basis of the price at the main domestic natural gas trading hub (Henry Hub), plus liquefaction and transport costs, plus profit, rather than the traditional oil-price indexation prevailing in many of the markets where this gas will be sold. In the Golden Rules Case, this is assumed to put pressure on oil-indexed price formulas for natural gas, moderating gas price increases and provoking a greater degree of convergence in international prices towards those set by gas-to-gas competition. We do not, though, assume that this process of creating a single, liquid or competitive international gas market is completed in the Golden Rules Case (a situation in which natural gas price differentials between regions would reflect only the costs of transportation between them). An important moderating factor in importing regions, especially in Asia, is that most existing natural gas import contracts will continue to remain in force for many years and are based on oil indexation, so average prices cannot be expected to fall dramatically. In addition, some major new export projects (including, for example, from Canadian plants) are greenfield LNG operations, likely to push for traditional pricing arrangements. Hence, while the rise of North American LNG exports in the Golden Rules Case is a major development in global gas markets, we anticipate that wholesale prices in the United States remain at least $5 to $6 below Japanese import prices, with European import prices between these two.

### Other assumptions

Both cases include updated assumptions on GDP, compared with the *WEO-2011*, with average annual GDP growth of 3.5% for the period 2012 to 2035, compared with 3.4% in *WEO-2011* for the same period (this allows the global economy in 2035 to reach the same overall size as assumed in *WEO-2011*). World population is assumed to expand from an estimated 7.0 billion in 2012 to 8.6 billion in 2035, as in *WEO-2011*. The projections for natural gas incorporate new demand and supply data by country and region for 2011,

© OECD/IEA, 2012

2

where these are available. Prices for oil, coal and carbon-dioxide ($CO_2$) are likewise updated to include new data for 2011, but they still converge towards the levels assumed in the central scenario of the *WEO-2011,* the New Policies Scenario. This means that the average IEA crude oil import price – a proxy for international oil prices – reaches $120/barrel in 2035 in year-2010 dollars (a nominal oil price of $212/barrel). The IEA steam coal import price increases to $112/tonne in 2035.

In the Golden Rules Case, to complement the impact on gas demand arising from lower prices that improve the competitive position of gas compared with other fuels, we also assume intervention by governments to foster demand growth in countries experiencing a large rise in indigenous gas production. In the United States, for example, supportive policies are assumed to facilitate increased use of natural gas in the road-transport sector, in particular for the commercial fleet. These additional demand-side policies are not included in the baseline case nor in the Low Unconventional Case, because the motivation for their adoption, *i.e.* higher indigenous production and lower prices, is absent.

Another notable change in policy assumptions, compared with the *WEO-2011*, occurs in Japan, where, pending the outcome of the ongoing review of Japan's Strategic Energy Plan, the future contribution of the nuclear sector to power generation is revised downwards in all cases.

Otherwise, all assumptions remain constant from the New Policies Scenario of the *WEO-2011* (which takes into account policies and declared future intentions as of mid-2011), including the assumption that new measures are introduced to implement announced policy commitments, but only in a relatively cautious manner. These commitments include national pledges to reduce greenhouse-gas emissions and, in certain countries, plans to phase out fossil-fuel subsidies.

## The Golden Rules Case

### *Demand*

Global primary energy demand in the Golden Rules Case rises from around 12 700 million tonnes of oil equivalent (Mtoe) in 2010 to 17 150 Mtoe in 2035, an increase of 35%. Natural gas demand increases in the period to 2020 by more than 700 bcm (compared with 2010 levels), the equivalent of adding another United States to the global demand balance, and by a further 1.1 tcm in the period from 2020 to 2035, reaching a total of 5.1 tcm (4 230 Mtoe) in 2035. This is around 300 bcm, or 6%, higher than in the baseline case in 2035, with average annual growth over the projection period of 1.8%, compared with 1.5%. In the Golden Rules Case, gas accounts for about one-third of the overall increase in primary energy demand, a larger contribution than that made by any other fuel and equivalent to the growth in demand for coal, oil and nuclear combined (Figure 2.2). By 2035, natural gas has overtaken coal to become the second most important fuel in the energy mix.

© OECD/IEA, 2012

World Energy Outlook | **Special Report**

**Figure 2.2** ▷   World primary energy demand by fuel in the Golden Rules Case



Different rates of gas demand growth, albeit less pronounced than in the exceptional year of 2011[8], are expected to characterise gas markets in the longer term (Table 2.4). In the Golden Rules Case, 80% of the growth in gas demand comes from outside the OECD; China, India and the countries of the Middle East require an additional 900 bcm of gas in 2035, compared with consumption in 2010. In China and India and other emerging economies, natural gas at present often has a relatively low share of total energy consumption and its use is being specifically promoted as a way to diversify the fuel mix and reap some environmental benefits, often displacing coal as the preferred fuel to supply fast-growing urban areas. While growth in gas demand is healthy even in many of the more mature OECD gas markets – a development that is encouraged by the lower prices for natural gas in the Golden Rules Case – the growth in China alone is more than the anticipated growth in all of the OECD countries put together. Gas demand in China grows over the period 2010 to 2035 by 480 bcm, reaching a total of around 590 bcm in 2035 (larger than current gas demand in the European Union), meaning that developments on both the supply and demand sides in China will continue to have a substantial impact not just in the Asia-Pacific region but – via the wider effects on trade and prices – in markets around the world.

Gas used for generating power and heat is the single largest component of gas demand, accounting for around 40% of total gas consumed. Alongside the lower perceived risk of building gas-fired plants and the lower environmental impact, compared with other fossil fuels, the natural gas prices assumed in the Golden Rules Case improve the competitive

---

8.   Preliminary data suggest that gas consumption in Europe declined by around 11% compared with the previous year, pulled down by warm weather, a sluggish European economy and a weak competitive position in the power sector compared with coal. This was in marked contrast to developments in the Asia-Pacific region: Korea and Japan showed a dramatic upsurge in demand for LNG, the latter linked to reduced output of nuclear energy following Fukushima, and Chinese gas demand continued its meteoric rise, becoming a larger gas consumer than any OECD country except the United States. The United States also saw growth in consumption, of around 2.5%, spurred by low prices that neared $2/MBtu in late 2011.

© OECD/IEA, 2012

position of natural gas and push up gas demand for power generation to more than 2 tcm by 2035. The role of gas in power generation increases from 22% to 24%, with coal and oil (the latter a marginal fuel in power generation) ceding share in response. Gas use in buildings and in industry also increases substantially, reaching 1 060 bcm and 970 bcm respectively by the end of the projection period.

**Table 2.4** ▷   **Natural gas demand by region in the Golden Rules Case** (bcm)

|  | 2010 | 2020 | 2035 | 2010-2035* |
|---|---|---|---|---|
| **OECD** | **1 601** | **1 756** | **1 982** | **0.9%** |
| Americas | 841 | 921 | 1 051 | 0.9% |
| *United States* | *680* | *717* | *787* | *0.6%* |
| Europe | 579 | 626 | 692 | 0.7% |
| Asia Oceania | 180 | 209 | 239 | 1.1% |
| *Japan* | *104* | *130* | *137* | *1.1%* |
| **Non-OECD** | **1 670** | **2 225** | **3 130** | **2.5%** |
| E. Europe/Eurasia | 662 | 736 | 872 | 1.1% |
| *Russia* | *448* | *486* | *560* | *0.9%* |
| Asia | 398 | 705 | 1 199 | 4.5% |
| *China* | *110* | *323* | *593* | *7.0%* |
| *India* | *63* | *100* | *201* | *4.7%* |
| Middle East | 365 | 453 | 641 | 2.3% |
| Africa | 101 | 130 | 166 | 2.0% |
| Latin America | 144 | 200 | 252 | 2.3% |
| **World** | **3 271** | **3 982** | **5 112** | **1.8%** |
| *European Union* | *547* | *592* | *644* | *0.7%* |

\* Compound average annual growth rate

Although volumes are small compared with the other end-use sectors, the Golden Rules Case sees strong growth in gas use in the transport sector. This is encouraged both by lower prices, compared with oil, and also by government policies, for example support for developing the necessary refuelling infrastructure. Use of natural gas for road transportation increases by more than six times in the period to 2035, reaching close to 150 bcm in 2035. For the moment, transport is the only major end-use sector where gas is not widely used: although there are viable natural gas vehicle technologies, there are only a few countries where these are deployed at scale. More than 70% of all natural gas vehicles and half of all fuelling stations are found in just five countries: Pakistan, Iran, Argentina, Brazil and India. In our projections, India and the United States lead the growth in natural gas consumption for transport, primarily in commercial fleets, buses and municipal vehicles that can use central depots for refuelling.

© OECD/IEA, 2012

*Implications for other fuels*

The implications of applying the Golden Rules to unconventional natural gas extend beyond gas to other competing fuels. As the share of gas rises from 21% of global primary energy consumption in 2010 to 25% by 2035 (compared with 23% in the baseline case), growth in demand for oil and coal is constrained and, marginally, also demand for nuclear and renewable energy (Table 2.5).

**Table 2.5** ▷ **World primary energy demand by fuel in the Golden Rules Case**

|  | Demand (Mtoe) | | | Share | | |
|---|---|---|---|---|---|---|
|  | 2010 | 2020 | 2035 | 2010 | 2020 | 2035 |
| Coal | 3 519 | 4 109 | 4 141 | 28% | 28% | 24% |
| Oil | 4 094 | 4 381 | 4 548 | 32% | 29% | 27% |
| Gas | 2 700 | 3 291 | 4 228 | 21% | 22% | 25% |
| Nuclear | 719 | 927 | 1 181 | 6% | 6% | 7% |
| Hydro | 295 | 376 | 472 | 2% | 3% | 3% |
| Biomass | 1 262 | 1 496 | 1 896 | 10% | 10% | 11% |
| Other renewables | 110 | 287 | 676 | 1% | 2% | 4% |

Oil continues to be the dominant fuel in the primary energy mix, with demand increasing from about 4 100 Mtoe in 2010 to 4 550 Mtoe in 2035, but its share in the primary energy mix drops from 32% in 2010 to 27% in 2035. Compared with the baseline case, lower gas prices promote substitution for oil in the transport and power sectors, resulting in global oil demand being reduced by some 2 million barrels per day (mb/d) in 2035.

Primary coal consumption in the Golden Rules Case rises until around 2025 and then levels off. Its share in the energy mix declines from 28% in 2010 to 24% in 2035. In that year, coal demand is around 3% lower (115 Mtoe) than in the baseline case, an amount greater than total current European imports of hard coal. Three-quarters of coal demand growth stems from the power sector. Lower gas prices favour gas over coal for new builds in most countries (Figure 2.3). However, in some countries, such as China, coal remains cheaper than gas, in the absence of prices that internalise environmental externalities, such as local pollution or $CO_2$ emissions. In this situation, Chinese government policies aimed at increasing gas use are crucial to its development. Globally, excluding China, 3.5 units of gas-fired electricity generation are added for each new unit of coal-fired electricity generation.

Over the *Outlook* period, nuclear output grows, but it is marginally below our baseline case in 2035. Gas prices have a direct influence on new nuclear construction in liberalised markets, mostly in OECD countries, where we expect nuclear output to grow 12% less than our baseline. However, most of the global growth in nuclear will occur in non-OECD countries, where specific national plans to expand nuclear capacity are less likely to be affected by changing market conditions.

2

**Figure 2.3** ▷ **Electricity generating costs for new coal- and natural gas-fired power plants in selected regions in the Golden Rules Case, 2020**



The global outlook for renewable sources of energy is not affected substantially by the increased use of gas in the Golden Rules Case, with volumes and shares of output remaining very close to those in the baseline case. Due to lower gas (and consequently electricity) prices, the growth of electricity output from non-hydro renewables is reduced globally by 5% compared with our baseline. This global average figure hides some larger differences in specific countries, where the impact is stronger, due to the price levels and to the type of support policies in place. This is, for example, the case in the United States, where the growth of electricity from non-hydro renewables is some 10% lower with respect to the baseline.

There are factors working both against, and in favour of, renewables in a world of more abundant gas supplies. Depending on the type of policies in place, an abundance of natural gas might diminish the resolve of governments to support low and zero-carbon sources of energy: lower gas prices (and therefore lower electricity prices) can postpone the moment at which renewable sources of energy become competitive without subsidies and, all else being equal, therefore make renewables more costly in terms of the required levels of support. However, an expansion of gas in the global energy mix can also facilitate greater use of renewable energy, if policies are in place to support its deployment, given that gas-fired power generation can provide effective back-up to variable output from certain renewable sources. Moreover, lower electricity prices can encourage customer acceptance of a higher component of electricity from renewable sources. Ultimately, the way that renewables retain their appeal, in a gas-abundant world, will depend on the resolve of governments. We assume that existing policies and support mechanisms remain in place as part of the efforts by governments to address the threat of a changing climate.

© OECD/IEA, 2012

## Supply

In the Golden Rules Case, total gas production grows by around 55%, from 3.3 tcm in 2010 to 5.1 tcm in 2035. Over the same period, unconventional gas production increases from around 470 bcm in 2010 to more than 1.6 tcm in 2035. Although unconventional gas output grows relatively slowly in the early part of the projection period, reflecting the time required for new producing countries to develop commercial production, for the projection period as a whole, unconventional gas represents nearly two-thirds of incremental gas supply (Table 2.6).

**Table 2.6** ▷  **Natural gas production by region in the Golden Rules Case** (bcm)

|  | 2010 | | 2020 | | 2035 | | 2010-2035** |
|---|---|---|---|---|---|---|---|
|  | Total | Share of unconv* | Total | Share of unconv* | Total | Share of unconv* |  |
| **OECD** | **1 183** | **36%** | **1 347** | **49%** | **1 546** | **60%** | **1.1%** |
| Americas | 821 | 51% | 954 | 62% | 1 089 | 68% | 1.1% |
| *Canada* | *160* | *39%* | *174* | *57%* | *177* | *67%* | *0.4%* |
| *Mexico* | *50* | *3%* | *52* | *12%* | *87* | *43%* | *2.2%* |
| *United States* | *609* | *59%* | *726* | *67%* | *821* | *71%* | *1.2%* |
| Europe | 304 | 0% | 272 | 4% | 285 | 27% | -0.3% |
| *Poland* | *6* | *11%* | *9* | *37%* | *34* | *90%* | *7.1%* |
| Asia Oceania | 58 | 9% | 121 | 49% | 172 | 64% | 4.5% |
| *Australia* | *49* | *11%* | *115* | *51%* | *170* | *65%* | *5.1%* |
| **Non-OECD** | **2 094** | **2%** | **2 635** | **7%** | **3 567** | **20%** | **2.2%** |
| E. Europe/Eurasia | 826 | 3% | 922 | 3% | 1 123 | 6% | 1.2% |
| *Russia* | *637* | *3%* | *718* | *4%* | *784* | *6%* | *0.8%* |
| Asia | 431 | 3% | 643 | 20% | 984 | 56% | 3.4% |
| *China* | *97* | *12%* | *246* | *45%* | *473* | *83%* | *6.6%* |
| *India* | *51* | *2%* | *75* | *21%* | *111* | *80%* | *3.2%* |
| *Indonesia* | *88* | *-* | *106* | *2%* | *153* | *37%* | *2.2%* |
| Middle East | 474 | 0% | 581 | 1% | 776 | 2% | 2.0% |
| Africa | 202 | 1% | 264 | 1% | 397 | 5% | 2.7% |
| *Algeria* | *79* | *-* | *101* | *1%* | *135* | *8%* | *2.2%* |
| Latin America | 159 | 2% | 226 | 4% | 286 | 22% | 2.4% |
| *Argentina* | *42* | *9%* | *53* | *9%* | *72* | *48%* | *2.1%* |
| **World** | **3 276** | **14%** | **3 982** | **21%** | **5 112** | **32%** | **1.8%** |
| *European Union* | *201* | *1%* | *160* | *7%* | *165* | *47%* | *-0.8%* |

\* Share of unconventional production in total natural gas production.

\*\* Compound average annual growth rate.

The share of unconventional gas in total gas production increases in the Golden Rules Case from 14% in 2010 to 32% in 2035  (Figure 2.4). Of the different sources of unconventional supply, tight gas, at 245 bcm, accounted for just over half of global unconventional production in 2010. However, it is rapidly overtaken in our projections by production of shale gas, which rises from around 145 bcm in 2010 (31% of total unconventional output) to 975 bcm in 2035 (almost 60% of the total). Production of coalbed methane likewise grows rapidly, from 80 bcm in 2010 to nearly 410 bcm in 2035.

**Figure 2.4 ▷**   **Unconventional natural gas production by type in the Golden Rules Case**



The continued expansion of unconventional gas production in North America means that the United States moves ahead of Russia as the largest global gas producer, with about 820 bcm of total gas production in 2035, compared with 785 bcm in Russia. North American unconventional output, with substantial contributions also from Canada and Mexico, rises to nearly 740 bcm in 2035 in the Golden Rules Case. But increased unconventional production also occurs widely around the world: whereas unconventional gas production in 2010 is dominated by North America, the share of North America in global unconventional production falls to around 70% in 2020 and only 45% in 2035.[9]

China becomes a major gas producer in the Golden Rules Case and the second-largest global producer of unconventional gas, after the United States (Figure 2.5). Progress with developing unconventional gas resources is bolstered by the twin policy commitments of increasing the share of natural gas in the Chinese energy mix and developing, where possible, the domestic resource base so as to mitigate increased reliance upon energy imports. The large resource base for shale gas and coalbed methane allows very rapid growth in unconventional production from around 2017 onwards and total unconventional

9.   More detailed discussion of the regulatory issues and production outlooks for North America, China, Europe and Australia are included in Chapter 3 of this report.

© OECD/IEA, 2012

production reaches just over 110 bcm in 2020 and 390 bcm in 2035, 83% of total Chinese gas production.

**Figure 2.5 ▷  Ten largest unconventional gas producers in the Golden Rules Case, 2035**



Similar policy objectives are assumed to drive an expansion in unconventional gas production elsewhere in Asia, notably in India where unconventional gas supply rises to nearly 90 bcm in 2035 (80% of total gas output). The currently known unconventional gas resource base in India can meet only a part of India's incremental needs, given the prospect of strong growth in gas demand, and production growth starts to tail off towards the end of the projection period. In Indonesia, by contrast, resources of both conventional and unconventional gas are very large; some recent conventional discoveries are offshore and relatively expensive to develop, so the onshore unconventional plays, including rich potential for coalbed methane, are attractive by comparison. Unconventional gas production in Indonesia rises to around 55 bcm in 2035 (almost 40% of total output). Australia is another country that has the opportunity to develop both conventional and unconventional resources with a mix of coalbed methane, tight and shale gas. In the Golden Rules Case, unconventional gas makes up about 65% of Australia's 170 bcm of total gas output by 2035.

The expansion of unconventional gas production in China and the United States (and, to a lesser extent, also in Europe) creates strategic challenges for existing gas exporters. This is evident in the projections for Russia, which remains by far the largest producer of conventional gas.[10] Developments in the Golden Rules Case call into question the speed at which Russia will need to develop relatively expensive new fields in the Yamal peninsula, in the Arctic offshore and in Eastern Siberia. In our projections, Russia's total gas production rises to about 785 bcm in 2035, more than 20% above 2010, but below the levels foreseen in

---

10.  A part of Russia's production is classified as tight gas although this is very similar to conventional production in practice; hydraulic fracturing to enhance flow rates is rarely used in gas wells. Russia is, though, projected to expand its output of coalbed methane by 2035.

© OECD/IEA, 2012

Russian policy or company outlooks and in our baseline. In the Middle East, an increasingly important challenge for gas producers – with the exception of an export-oriented producer like Qatar – is to meet increasing demand for gas on domestic markets. In our Golden Rules Case projections, this imperative to meet domestic needs leads to small amounts of shale gas being produced, mainly in Saudi Arabia and Oman, but conventional gas continues to predominate. In North Africa, though, unconventional gas plays a slightly more significant role, with Algeria, Tunisia and Morocco starting to produce shale gas in the early 2020s. By the end of the projection period, unconventional gas production reaches around 8% of total output in Algeria; with conventional resources becoming scarcer by this time, unconventional gas helps to maintain consistently high levels of production and export. Overall gas production in Africa is bolstered by expanded conventional output from a traditional producer, Nigeria, but also by output from new conventional producers, such as Mozambique and Angola.

Latin America has large potential for unconventional gas development, with Argentina (primarily shale gas) having the largest resource base, followed by Venezuela (tight gas) and then Brazil (shale gas). Attention in Argentina is focused on the Neuquén Basin in Patagonia, which helps Argentinean unconventional production reach 35 bcm by 2035 in the Golden Rules Case, almost half of the total gas output. Both Venezuela and Brazil have ample conventional resources, which means that there is less need to develop their unconventional potential during the projection period; however, some unconventional gas is produced by 2035 in Bolivia (5 bcm), Peru (5 bcm), Paraguay (3 bcm) and Uruguay (3 bcm).

### Implications for other fuels

In the Golden Rules Case, the conditions supportive of unconventional gas production also support increased output of natural gas liquids (NGLs), extracted from liquids-rich shale gas, as well as light tight oil.[11] This oil is analogous in many ways to shale gas, both in terms of its origins – it is oil that has not migrated, or at least not migrated far, from the (shale) source rock – and in terms of the production techniques required to exploit it. Light tight oil is being produced from many of the same basins as unconventional gas in the United States, and, in a price environment combining high oil prices and very low prices for natural gas, there is a strong economic incentive to target plays with higher liquids content. In the Golden Rules Case, we project a strong increase in production of light tight oil in the United States, with the potential for production to spread also to other countries rich in this resource (Box 2.2).

---

11.  Almost all shale gas plays produce some liquids and light tight oil production likewise comes with some associated gas. The distinction between liquids-rich unconventional gas plays and gas-rich light tight oil reservoirs is not clear-cut; it normally depends on the relative energy content of the gas versus the liquids produced, but this can vary over time for a single well.

**Box 2.2** ▷   **The liquid side of the story – light tight oil**

The spectacular rise in oil production from North Dakota and Texas in the United States clearly illustrates the growth potential for light tight oil. The Bakken formation under North Dakota has been known about since the 1950s, but production from this formation remained under 100 thousand barrels per day (kb/d) until only a few years ago, since when it has surged to over 500 kb/d and looks set to continue growing. The Eagle Ford shale in south Texas, adjacent to the Mexican border, also shows considerable promise, with production expected to grow from almost nothing three years ago to around 400 kb/d by the end of 2012. Combined production from the Bakken, the Eagle Ford and other emerging light tight oil plays in the United States is expected to reach 2 mb/d by 2020 in the Golden Rules Case.

United States' NGL production from shales such as the Barnett, Eagle Ford and Marcellus is also increasing rapidly and up to 1 mb/d of new capacity is expected to be added by 2020. The growth in NGL production is creating new opportunities for the petrochemical industry, but action will be required to remove pipeline bottlenecks and provide additional fractionation and storage facilities if the benefits are to be fully realised. The growth in global production of NGLs from shale formations and light tight oil in the period to 2020, predominantly in North America, makes up almost half the incremental growth in oil supply over this period.

Production outside North America of NGLs from shale and of light tight oil is unlikely to make a large contribution to global liquids production before 2020 as much evaluation work still needs to be done. However, the Neuquén basin in Argentina shows promise, YPF announcing potential resources of 7 billion barrels (YPF, 2012), while the extension of the Eagle Ford shale into Mexico is also a focus of attention. Our projections for light tight oil production outside North America remain small even beyond 2020, as we have yet to see sufficient progress in confirming resources, so there is some upside potential. It should be noted, however that on the basis of current knowledge, light tight oil resources are expected to be of less consequence than shale gas resources: whereas the estimated shale gas resources in the United States represent at least 35 years of 2010 domestic gas demand, the known light tight oil resources make up no more than four years of domestic oil demand. This is why we currently project light tight oil production in the United States to peak in the 2020s.

The liquids content of shale gas plays is an important consideration in their economic viability as NGLs are easily transported to world markets, while market opportunities for gas are often only local, at prices that may not be aligned to international prices for reasons of policy or infrastructure. However there is always a degree of uncertainty about the extent of liquids content until new shales have been drilled and tested.

© OECD/IEA, 2012

### International gas trade, markets and security

In the Golden Rules Case, the developments having the most impact on gas markets and security are the increasing levels of unconventional production in China and in the United States, the former because of the way that it slows the growth in Chinese import needs and the latter because it allows for gas exports from North America. The implication of these two developments in tandem is to increase the volume of gas, particularly LNG, looking for markets in the period after 2020.

China's requirement for imported natural gas in the Golden Rules Case grows from around 15 bcm in 2010 to 80 bcm in 2020 and then to 120 bcm in 2035. These volumes are about half the corresponding imports in the baseline case. Chinese gas imports at the levels projected in the Golden Rules Case could be covered by existing contractual arrangements for LNG and pipeline supplies (from Central Asia and Myanmar) until well into the 2020s, pushing back the need for additional projects aimed at the Chinese market.

With the United States developing as an LNG exporter over the period to 2020 and Canada also starting to export LNG from its west coast, exports from North America reach 35 bcm by 2020, after which they stabilise just above these levels as the opportunities for export start to narrow. The influence of these exports on trade flows and pricing is larger than these volumes suggest. LNG from the United States, if priced at the prices prevailing on the domestic gas trading hub, can compete with oil-indexed gas in both the European and Asia-Pacific markets in the Golden Rules Case, and the mere presence of this source of LNG (more so than the actual level of export) plays an important role in creating a more competitive international market for gas supply.

The total volume of gas traded between *WEO* regions[12] in the Golden Rules Case in 2035 is 1 015 bcm. This represents an increase of nearly 50%, compared with the volume of inter-regional trade in 2010 (Figure 2.6), but it is some 15% below the figure for 2035 in our baseline case. The share of inter-regional trade in global supply rises to 22% in 2015, but international market conditions start to ease over the period to 2020 and beyond, as new sources of unconventional gas start to be developed closer to the main areas of consumption. This pick-up in unconventional gas production means that the share of inter-regional trade in global supply plateaus after 2015 before falling to 20% by 2035, reversing the expectation that international trade will play an increasingly important role in meeting global needs.

The European Union's growing requirement for imported gas accounts for 40% of the increase in global inter-regional gas trade in the Golden Rules Case. Here too, the development of indigenous unconventional gas moderates somewhat the growth in imports, so that they reach 480 bcm in 2035, about 135 bcm more than in 2010. Among importing countries in Asia, Japan and Korea (which do not have potential to develop

---

12.  Trade between the 25 regions included in the *WEM*. It does not include trade between countries within a single region.

© OECD/IEA, 2012

indigenous production) see imports rise steadily, as does India, whose import requirement rises to nearly 90 bcm from around 10 bcm in 2010.

**Figure 2.6** ▷   **Natural gas net trade by major region in the Golden Rules Case**    2



**Box 2.3** ▷   **Implications for prices and pricing mechanisms**

In an environment where gas is potentially available from a greater variety of sources, buyers not only in Europe but also in Asia could well insist on greater independence from oil prices in the pricing of gas supplies, particularly when gas is used in the fast-growing power sector in which oil is disappearing as an energy source. The Golden Rules Case is likely to see accelerated movement towards hub-based pricing or a hybrid pricing system in which alternatives to oil-price indexation plays a much larger role in both Europe and across Asia.

The way such a change might play out in practice would depend to a large degree on the reaction of the main traditional exporters, who could confront greater risks in financing expensive upstream developments and transportation projects. Producers such as Russia and Qatar, the largest current exporters of natural gas, have access to ample conventional reserves, with costs that are in most cases substantially lower than those of unconventional gas (and other conventional producers as well). With well-developed export infrastructure, these countries could undercut the prices offered by most other exporters on international markets, retaining or expanding export volumes by offering gas to markets on more attractive terms than others. Alternatively, they could aim to maintain higher prices for their exports, but at the risk of losing market share. In the Golden Rules Case, their strategic choice would have substantial implications for the location of investment and production, including the speed of development of unconventional resources. The net result for gas consumers, however, would be broadly the same: lower prices for imported natural gas.

© OECD/IEA, 2012

Russia and the Middle East supplied around 45% of inter-regional gas trade in 2010; this declines to 35% in 2035 in the Golden Rules Case, as other players announce or expand their presence in the market, notably Australia, the United States and producers in Africa and Latin America. From around 20 bcm in 2010, Australia's exports rise quickly to 120 bcm in 2035, based on a rapid expansion of LNG capacity, which permits new markets to be captured in the earlier part of the projection period, during which demand for imports remains relatively strong. By around 2020, African exports – based on new conventional projects and LNG, thanks to the large recent discoveries offshore east and west Africa – overtake those from the Middle East.

Overall, the Golden Rules Case presents an improved picture of security of gas supplies. High dependence on imports, in itself, is not necessarily an indicator of insecure supply; but the conditions observed in the Golden Rules Case of a more diverse mix of sources of gas in most markets, including both indigenous output and imports from a range of potential suppliers, suggests an environment of growing confidence in the adequacy, reliability and affordability of natural gas supplies.

### *Investment and other economic impacts*

At the global level, for conventional and unconventional gas together, the Golden Rules Case requires $9.7 trillion in cumulative investment in gas-supply infrastructure in the period 2012 to 2035 (in year-2010 dollars). This represents an increase of $390 billion, compared with the baseline case, reflecting the need to bring on more production to meet higher demand and a slight increase in unit production costs as unconventional resources make up a growing share of production. Spending on gas exploration and development, to find new fields and bring them into production and to maintain output from existing ones, amounts to nearly $6.9 trillion, bolstered by the large number of new wells required (see Spotlight).

**Figure 2.7** ▷  **Cumulative investment in natural gas-supply infrastructure by type in the Golden Rules Case, 2012-2035** (in year-2010 dollars)



© OECD/IEA, 2012

─────────── **S P O T L I G H T** ───────────

### How many wells? How many rigs?

Expanded unconventional gas production requires a significant increase in the number of unconventional gas wells over the coming decades, though there is a huge range of uncertainty when calculating the extent of the requirement for unconventional gas wells for a projected level of production. Key variables are the average ultimate recovery per well and the average decline rate of production in the early years, both of which vary significantly between shale gas, tight gas and coalbed methane wells.[13]

We estimate that, to meet the global unconventional gas production requirements of the Golden Rules Case, more than one million unconventional gas wells would need to be drilled globally between 2012 and 2035. For comparison, around 700 000 oil and gas wells have been drilled in the United States over the last 25 years and half a million are currently producing gas. At present, global drilling activity for both conventional and unconventional resources is heavily concentrated in the United States, where more than half of the world's drilling rig fleet (around 2 000 active oil and gas drilling rigs, including those used for unconventional gas) is deployed to sustain production of just 9% of the world's oil and 19% of the world's gas.

In the Golden Rules Case, the United States would still account for around 500 000 of the new unconventional gas wells required by 2035, with the yearly drilling requirement rising from around 7 000 wells per year to 25 000 per year by 2035 (and the unconventional gas rig count increasing by the same order of magnitude, given that the efficiency of rig use probably has potential for only modest increases).

China would have a cumulative requirement of some 300 000 unconventional gas wells over the projection period and an annual requirement increasing from around 2 000 in the early years to 20 000 wells nearer 2035. Assuming that drilling becomes more efficient with time, this might correspond to an increase in the number of unconventional gas drilling rigs from around 400 to 2 000, a demanding increase in the rig count. There are an estimated 1 000 rigs in China at present, but only a fraction of these are capable of horizontal drilling.

In the European Union, the cumulative number of wells in the projection period is around 50 000, increasing to around 3 000 per year by the 2030s. The number of drilling rigs required is between 500 and 600; there are currently around 50 land rigs in Europe, of which only around half may be capable of horizontal drilling.

─────────────────────────

13.  For the purpose of these calculations, we have used an average EUR of around 1 bcf, assumed that about 50% of EUR is recovered in the first three years of production, and a 15% average decline rate of current unconventional gas production (in the United States). Varying these assumptions within a reasonable range produces very different outcomes in terms of the number of wells.

© OECD/IEA, 2012

Unconventional resources attract an increasing share of this upstream investment – about 36% before 2020 and 44% in the subsequent period to 2035 – as prospective areas mature (Figure 2.7). Being geographically well-dispersed and closer to demand centres, unconventional gas diminishes the need for long-distance gas transport infrastructure to some degree. Nevertheless, growing trade in the Golden Rules Case requires additional LNG facilities and new long-haul pipelines. Cumulative investment in the LNG chain is $0.7 trillion and investment in gas transmission and distribution infrastructure, including smaller scale networks to connect end-users, absorbs $2.1 trillion.

The proportion of upstream investment made in countries that hold unconventional resources increases. Spending on exploration and development for unconventional gas in the United States alone is more than double total upstream spending in any other country or region.[14] China also becomes one of the world's leading locations for upstream gas investment, thanks to its huge resource base. Countries that were net importers of gas in 2010 make some of the most significant investments in unconventional gas, accounting for more than three-quarters of total unconventional upstream investment (Figure 2.8). This investment can generate the wider economic benefits associated with improved energy trade balances, lower energy prices and employment, all of which add economic value for unconventional resource holders.

**Figure 2.8 ▷  Cumulative investment in natural gas-supply infrastructure by major region and type in the Golden Rules Case, 2012-2035**



\* OECD Americas become a net exporter of natural gas by 2020 in the Golden Rules Case.

The outlook for energy trade balances improves for unconventional resource holders in the Golden Rules Case. China and the European Union remain large net importers of gas,

14.  Because of the rapid decline in production in shale gas wells, maintaining production requires continuous investment in drilling new wells. This explains why the United States needs the lion's share of the investment in unconventional gas: although it does not grow supply as much as China for example, it needs investment just to sustain its already substantial level of unconventional gas production.

but indigenous unconventional gas production tempers their import bills, which stabilise at about 0.2% and 0.7% of GDP, respectively, after 2020. Australia, where production far outstrips domestic gas demand, sees export revenues reach nearly 2% of GDP in 2035. Net exports of gas bring revenues to the United States after it ceases to be a net gas importer; the more substantial impact on energy trade balances in the United States results from light tight oil production and increased NGLs from higher unconventional gas production, which contribute to a considerable reduction in its oil import bill – to 0.8% of GDP in 2035, compared with a peak of 2.8% of GDP in 2008.

### Climate change and the environment

Energy-related $CO_2$ emissions in the Golden Rules Case reach 36.8 gigatonnes (Gt) in 2035, an increase of over 20% compared with 2010 (Table 2.7) but lower than the 2035 baseline projection by 0.5%. At the global level, there are two major effects of the Golden Rules Case on $CO_2$ emissions, which counteract one another. Lower natural gas prices mean that, in some instances, gas displaces the use of more carbon-intensive fuels, oil and coal, pushing down emissions. At the same time, lower natural gas prices lead to slightly higher overall consumption of energy and, in some instances, to displacement of lower-carbon fuels, such as renewable energy sources and nuclear power. Overall, the projections in the Golden Rules Case involve only a small net shift in anticipated levels of greenhouse-gas emissions.

**Table 2.7** ▷ **World energy-related $CO_2$ emissions in the Golden Rules Case** (million tonnes)

| | 2010 | 2020 | 2035 | 2010-2035* |
|---|---|---|---|---|
| OECD | 12 363 | 12 157 | 10 716 | -0.6% |
| of which from natural gas | 3 034 | 3 336 | 3 758 | 0.9% |
| Non-OECD | 16 960 | 21 327 | 24 674 | 1.5% |
| of which from natural gas | 3 082 | 4 118 | 5 781 | 2.5% |
| World | 30 336 | 34 648 | 36 795 | 0.8% |

* Compound average annual growth rate.

The Golden Rules Case puts $CO_2$ emissions on a long-term trajectory consistent with stabilising the atmospheric concentration of greenhouse-gas emissions at around 650 parts per million, a trajectory consistent with a probable temperature rise of more than 3.5 degrees Celsius (°C) in the long term, well above the widely accepted 2°C target. This finding reinforces a central conclusion from the *WEO* special report on a Golden Age of Gas (IEA, 2011b), that, while a greater role for natural gas in the global energy mix does bring environmental benefits where it substitutes for other fossil fuels, natural gas cannot on its own provide the answer to the challenge of climate change. This conclusion could be changed by widespread application of technologies such as carbon capture and storage,

© OECD/IEA, 2012

which could reduce considerably the emissions from the consumption of gas (and other fossil fuels); but this is not assumed in the period to 2035.[15]

At country level, the impact of the Golden Rules Case on greenhouse-gas emissions from gas depends to a large degree on the structure of domestic fuel use, in particular for power generation. In countries where the average greenhouse-gas intensity of power generation is already close to that of natural gas, as for example in Europe, the addition of extra natural gas to the fuel mix has relatively little impact on the overall emissions trajectory. By contrast, in countries heavily reliant upon coal for electricity generation, such as China, the increased availability of natural gas has a more substantial impact on $CO_2$ emissions. Such increased use of gas also reduces emissions of other pollutants; compared with burning coal, combustion of natural gas results in lower emissions of sulphur dioxide ($SO_2$), nitrogen oxides ($NO_x$) and gas also emits almost no particulate matter. Local emissions of particulate matter and $NO_x$ are the main causes of low air quality – a particularly important consideration for emerging economies seeking to provide energy for fast-growing urban areas.

Unconventional gas production itself inevitably results in some changes to the land, to surface water and to groundwater systems, particularly given the scale of the production envisaged in the Golden Rules Case. As indicated in the Spotlight, we estimate that production at these levels would require the drilling of over one million new wells in the course of the projection period, over half of which would be in the United States and China. These operations have to be managed strictly in accordance with the Golden Rules, or the associated social and environmental damage will cut short attainment of the Golden Rules Case.

## The Low Unconventional Case

### *Demand*

In the Low Unconventional Case, where the Golden Rules are not applied and environmental and other constraints on unconventional gas development provide too difficult to overcome, the competitive position of gas in the global fuel mix deteriorates, compared with the Golden Rules Case, as a result of lower availability and higher prices. Global demand for gas grows more slowly, reaching 4.6 tcm in 2035. The difference in primary gas demand in 2035 between the Low Unconventional Case and the Golden Rules Case is about 535 bcm, an amount close to total gas demand in the European Union in 2010. In the global energy mix, whereas in the Golden Rules Case gas overtakes coal by 2035, in the Low Unconventional Case the share of gas in the global energy mix increases only slightly, from 21% in 2010 to 22% in 2035, remaining well behind that of coal (whose share decreases from 28% to 26%) and of oil.

---

15.  There is the possibility that the capacities for $CO_2$ storage might be affected by hydraulic fracturing. A recent study (Elliot and Celia, 2012) estimated that 80% of the potential area to store $CO_2$ underground in the United States could be prejudiced by shale and tight gas development, although others have argued that, even if the rock seal in one place were to be broken by hydraulic fracturing, other layers of impermeable rock underneath the fractured area would block migration of the $CO_2$.

© OECD/IEA, 2012

The fall in gas demand in the Low Unconventional Case, relative to the Golden Rules Case, is mostly compensated for by increased consumption of coal (Figure 2.9). The cumulative difference in total primary gas demand over the projection period is around 5 200 Mtoe (6.3 tcm); coal accounts for almost three-quarters of the increase in the demand for other fuels, the largest coming in China (accounting for about 40% of the additional coal demand). The total primary energy used for power and heat generation is higher in the Low Unconventional Case because of the substitution of gas-fired generation by coal-fired generation; being less efficient, coal plants require more energy to produce the same amount of electricity. In power generation, around 75% of the fall in gas-fired power is taken up by coal. In total final consumption, the effect is felt primarily through the increase in demand for oil, because gas fails to make the same inroads in the transportation sector.

**Figure 2.9** ▷ **Cumulative change in energy demand by fuel and sector in the Low Unconventional Case relative to Golden Rules Case, 2010-2035**



\* Total final consumption is the sum of consumption by the end-use sectors industry, transport, buildings (including residential and services) and other (including agriculture and non-energy use).

## Supply

In the Low Unconventional Case, total gas supply is lower, at 4.6 tcm, and unconventional production is much lower than in the Golden Rules Case. Unconventional gas production in aggregate rises above 2010 levels of 470 bcm but reaches only 570 bcm in 2020 and falls back to 550 bcm by 2035. Unconventional gas contributes only 6% to global gas production growth over the projection period, meaning that the share of unconventional gas in total gas output falls slightly over time, from 14% in 2010 to 12% in 2035. This is a long way below the 32% share reached by unconventional gas in 2035 in the Golden Rules Case. The difference in unconventional gas production in 2035 between the cases is over 1 tcm, equivalent to 5% of total primary energy supply.

© OECD/IEA, 2012

In the Low Unconventional Case, the largest impact is on production of shale gas (Figure 2.10). At a global level, shale gas production increases by 40% over the projection period, reaching just above 200 bcm in 2035, about one-fifth of the level reached in the Golden Rules Case. Tight gas production falls to 165 bcm. Output of coalbed methane is slightly more resilient, rising by two-and-a-half times to around 185 bcm, 45% of the level reached in the Golden Rules Case. This is accounted for by the fact that coalbed methane resources are typically in areas that have existing coal mining operations, in which there is often less resistance to coalbed methane operations than to other types of unconventional gas development – and that the case can be made on environmental grounds that producing the gas is preferable to mining the coal.[16]

**Figure 2.10 ▷ Unconventional gas production by type and case**



The reduction in unconventional gas output in the Low Unconventional Case has most impact on China and the United States; their total gas production is lower in 2035 by 280 bcm and 240 bcm, respectively. This represents a 30% reduction in US output, but a much larger fall, 60%, in Chinese production relative to the Golden Rules Case (Figure 2.11 and Box 2.4). There are also major declines in output in the European Union (particularly Poland), India, Canada, Argentina, Mexico, and Indonesia. By contrast, the Low Unconventional Case shores up the preeminent position of the main conventional gas resource-holders. Even though total gas supply is lower than in the Golden Rules Case, Russia (around +115 bcm), Iran (nearly +30 bcm) and Qatar (just over +15 bcm) all post significant increases in their 2035 production, compared to the Golden Rules Case. In the Low Unconventional Case, increased demand from Europe and China for Russian gas means that Russia accounts for 20% of global supply, compared with 15% in the Golden Rules Case.

---

16. Coalbed methane production can actually reduce methane emissions if the gas would have been released by subsequent coal mining activities (this is sometimes referred to as coal mine methane production).

© OECD/IEA, 2012

**Figure 2.11** ▷   Change in natural gas production by selected region in the Low Unconventional Case relative to the Golden Rules Case



* The change in Polish output is included also in the figures for the European Union.

**Box 2.4** ▷   What could lead to a Low Unconventional Case in China?

The Chinese government has announced ambitious targets for future production of coalbed methane and shale gas: 6.5 bcm of shale gas and 30 bcm of coalbed methane in 2015, and 60 to 100 bcm of shale gas in 2020. These targets are supported by large producer subsidies for both types of resources. Our projections for the Golden Rules Case show a somewhat slower rate of increase before 2020, but are generally in line with official targets. Public opposition to unconventional gas developments is not currently manifest in China; if it were to develop over the projection period without gaining a commensurate regulatory and industry response, including application of the Golden Rules, the result could be production restrictions leading to an output plateau near the level of the 2020 targets, instead of the continuing growth projected in the Golden Rules Case. There are other hurdles which could also hold back the development of unconventional gas in China:

- The resource base could turn out to be much smaller than currently estimated. The current resource estimates are largely extrapolations from a small number of wells.

- Recovery factors or production rates could be lower than thought. In the United States, different gas shale deposits and different coalbed methane deposits yield very different levels of production. Not enough is known yet about the Chinese reservoirs to confirm that the range of productivity will be similar to that observed

© OECD/IEA, 2012

in the United States. On the assumption of similar productivity, the Golden Rules Case will require drilling something like 300 000 new unconventional gas wells in China during the projection period, already a very demanding level of activity. Even modest reductions in productivity would test the limits of the drilling capacity of the country.

● The economics could turn out to be disappointing. Many of the shale gas reservoirs in China are known to be deeper and more complex that those currently exploited in the United States. Both of these factors have a strong influence on the economics. The costs of well construction scale up rapidly with depth. Moreover, most of the coalbed methane resources are located far from large consumption centres: transportation costs make such resources not much more attractive than imports.

● Water availability: a significant part of the shale gas resources is located in regions where either water availability is limited or where competition with agricultural users of the water resources is likely to be a serious issue. This could limit the number of wells and hydraulic fracturing treatments that can be performed in those regions.

● Wavering government support: shale gas and coalbed methane production currently benefit from large subsidies in order to promote their development. When the volumes get large, such subsidies may not be sustainable. Or subsidies to fossil fuels in general may become unacceptable in the later part of the projection period. Loss of subsidies and worsening economics could curb the growth of unconventional gas production from the mid-2020s.

### *International gas trade, markets and security*

The picture of inter-regional trade in the Low Unconventional Case is radically different from that described in the Golden Rules Case. The volume of trade is almost 300 bcm higher in the Low Unconventional Case in 2035, up about 30%, and some patterns of trade are also reversed, with North America requiring large quantities of imported gas to meet its net requirements (Figure 2.12). The United States, a strategically significant gas exporter in the Golden Rules Case, imports nearly 100 bcm by the end of the projection period in the Low Unconventional Case. Despite lower overall gas demand, China's demand for pipeline and LNG imports in 2035 reaches 260 bcm in the Low Unconventional Case, nearly 145 bcm higher than in the Golden Rules Case.

**Figure 2.12 ▷  Major natural gas net importers by case**



Among the exporters, the share of Russia and the Middle East in global inter-regional trade increases slightly to 46% in 2035 in the Low Unconventional Case, compared with a drop to 35% in the Golden Rules Case. Against a backdrop of rising import dependence in some key gas-consuming regions and a more limited number of potential suppliers, the outlook for customers for gas in the Low Unconventional Case looks less bright. Competition among importers becomes more intense, contributing to tighter markets in Europe and Asia. In North America, with the marginal supply coming from international markets, relatively expensive LNG imports pull up domestic prices in the United States – the opposite effect from the Golden Rules Case, where competitively priced exports have a mitigating effect on prices in export markets.

**Box 2.5 ▷  A hybrid case**

The two cases examined here apply favourable and unfavourable assumptions, respectively and uniformly, to all countries' prospects for unconventional gas development. But it is also possible that some countries follow a path of rapid growth in unconventional resource development along the lines of the Golden Rules Case, while others make slow progress or opt not to develop these resources, as in the Low Unconventional Case. Perhaps the most plausible of these hybrid cases is one in which enhanced attention to environmental issues sustains growth in unconventional output in North America and Australia, while elsewhere – with the partial exception of China – countries fail to realise the regulatory mix that would allow unconventional gas output to grow fast, at least until well into the 2020s. This case is not modelled here, but bears a resemblance to the central scenario of the *WEO-2011* that will be updated in full in this year's *Outlook*, to be published in November 2012.

© OECD/IEA, 2012

## Investment and other economic impacts

Various constraints in the Low Unconventional Case – moratoria on the use of hydraulic fracturing, overly strict regulation, unreasonably high compliance costs, arbitrary restrictions on drilling locations, less attractive fiscal terms, limitations on water availability and emerging resource limitations – serve to deter upstream investment in unconventional resources. Global cumulative investment in unconventional gas falls by half, to some $1.4 trillion, compared with the investment in the Golden Rules Case, and 60% of investment in unconventional gas is made in the United States. Even so, the share of the United States in global cumulative upstream gas investment declines from 24% to 21%. Limited prospects for unconventional gas prompt $0.7 trillion more cumulative investment in conventional resources. This underscores the relative shift in market power from unconventional resource holders to the major conventional producers, notably in Russia, the Middle East and North Africa.

The import bills attached to inter-regional trade rise to $630 billion in 2035 (in year-2010 dollars) in the Low Unconventional Case, nearly 60% higher than in the Golden Rules Case. The proportionate impact on import bills is highest in China and the European Union, but the effect in other countries is also marked (Figure 2.13). China's spending on gas imports in 2035 in the Low Unconventional Case reaches almost $150 billion, or almost three times the level reached in the Golden Rules Case. Gas-import bills in the European Union rise to $245 billion in 2035, 30% above the $190 billion reached in the Golden Rules Case. Spending by the United States on gas imports in 2035 in the Low Unconventional Case totals $25 billion, around double the level of 2010, whereas the United States is a net exporter from 2020 in the Golden Rules Case, with export earnings increasing steadily to around $10 billion in 2035.

**Figure 2.13** ▷ **Natural gas-import bills by selected region and case**



World Energy Outlook | **Special Report**

© OECD/IEA, 2012

It follows that gas import bills expressed as a share of GDP are also sharply higher in the Low Unconventional Case than in the Golden Rules Case (Figure 2.14). For example, China's import bills stabilise at 0.5% of GDP towards the end of the projection period compared with a plateau of just 0.2% in the Golden Rules Case.

**2**

**Figure 2.14** ▷ **Spending on net-imports of natural gas as a share of real GDP at market exchange rates by case**



\* Solid lines represent the Golden Rules Case; dotted lines represent the Low Unconventional Case.

## *Climate change and the environment*

Although the forces driving the Low Unconventional Case derive in part from environmental concerns, it is difficult to make the case that a reduction in unconventional gas output brings net environmental gains. The effect of replacing gas with coal in the Low Unconventional Case is to push up energy-related $CO_2$ emissions, which are 1.3% higher than in the Golden Rules Case. The global power generation mix (Figure 2.15) involves a higher share of coal-fired power in the Low Unconventional Case, stemming from the more limited role for natural gas. Additional investment in coal-fired generation locks in additional future emissions, since any new coal-fired power plant has an anticipated operating lifetime in excess of 40 years.

Though many of those concerned with environmental degradation may find it difficult to accept that unconventional gas resources have a place in a sustainable energy policy, a conclusion from this analysis is that, from the perspective of limiting global greenhouse-gas emissions, a Golden Rules Case has some advantages compared with the Low Unconventional Case, while also bringing with it other benefits in terms of the reliability and security of energy supply.

© OECD/IEA, 2012

***Figure 2.15*** ▷    **World power generation mix by case**



Note: TWh = terawatt-hours.

Nonetheless, reaching the international goal of limiting the long-term increase in the global mean temperature to 2°C above pre-industrial levels cannot be accomplished through greater reliance on natural gas alone. Achieving this climate target will require a much more substantial shift in global energy use, including much greater improvements in energy efficiency, more concerted efforts to deploy low-carbon energy sources and broad application of new low-carbon technologies, including power plants and industrial facilities equipped for carbon capture and storage. Anchoring unconventional gas development in a broader energy policy framework that embraces these elements would help to allay the fear that investment in unconventional gas comes at the expense of investment in lower-carbon alternatives or energy efficiency.

© OECD/IEA, 2012

# Country and regional outlooks
Are we moving towards a world of Golden Rules?

## Highlights

- The United States is the birthplace of the unconventional gas revolution and regulatory developments at both federal and state levels will do much to define the scope and direction of similar debates in other countries. Moves are underway to build on existing regulation and practice, for example by tightening the rules on air emissions, ensuring disclosure of the composition of fracturing fluids and improving public information and co-operation among regulators.

- In North America, both Mexico and Canada also have significant unconventional gas resources and Canada is one of only a handful of countries outside the United States where commercial production is underway. Which way the regulatory debate turns could have a substantial effect on future unconventional supply: in the Golden Rules Case, total production from North America reaches 1 085 bcm in 2035, of which almost 70% is unconventional supply, whereas the equivalent figure in the Low Unconventional Case is only 780 bcm; this makes the difference between the region exporting to, or importing from, global gas markets.

- The prospects for unconventional gas in China are intertwined with the much broader process of gas market and pricing reform, and with open questions about the extent and quality of the resource. Over the longer term, environmental policies and constraints, notably water availability, are also set to play a role. Our projections for the Golden Rules Case are for unconventional output to reach just over 110 bcm in 2020, a very rapid increase but still somewhat lower than ambitious official targets, and 390 bcm in 2035. Unconventional production is some 280 bcm lower in 2035 in the Low Unconventional Case.

- In advance of any substantial unconventional output, the regulatory framework in Europe is under examination at both national and EU levels, with a variety of outcomes ranging from enthusiastic support for unconventional development from Poland to the bans on hydraulic fracturing in place in France and Bulgaria. In our projections in the Golden Rules Case, growth in unconventional supply in the European Union reaches almost 80 bcm in 2035, which is sufficient post-2020 to offset the decline in conventional output.

- New unconventional gas projects in Australia are coming under increased environmental scrutiny, in particular related to the risk of water contamination from coalbed methane projects. This could constrain future unconventional gas output, although Australia has ample conventional resources with which to achieve growth in supply and export; exports of 120 bcm by 2035 in the Golden Rules Case come mainly from unconventional gas developments, whereas a comparable level of export in the Low Unconventional Case is driven by mainly by conventional output.

# United States

## *Resources and production*

Until recently, unconventional natural gas production was almost exclusively a US phenomenon. Tight gas production has the longest history, having been expanding steadily for several decades. Commercial production of coalbed methane began in the 1980s, but only took off in the 1990s; it has levelled off in recent years. Shale gas has also been in production for several decades, but started to expand rapidly only in the mid-2000s, growing at more than 45% per year between 2005 and 2010. Unconventional gas production was nearly 60% of total gas production in the United States in 2010. While tight gas and shale gas account for the overwhelming bulk of this, shale gas is expected to remain the main source of growth in overall gas supply in the United States in the coming decades. The United States and Canada still account for virtually all the shale gas produced commercially in the world, though – as discussed in Chapter 2 of this report – many countries are now trying to replicate this experience.

There are large resources of all three types of unconventional gas across the United States. Of the 74 trillion cubic metres (tcm) of remaining recoverable resources of natural gas at end-2011, half are unconventional (Table 3.1); in total, gas resources represent around 110 years of production at 2011 rates. Major unconventional gas deposits in the United States are distributed across much of the country (Figure 3.1). Coalbed methane resources are found principally in the Rocky Mountain states of Wyoming, Utah, New Mexico, Colorado and Montana. Tight gas and shale gas are located in a number of different basins stretching across large parts of the United States, some of which are shared with Canada and Mexico. Two of the largest shale plays that have been identified, the Marcellus and Haynesville formations, taken as single reservoirs are among the largest known gas fields of any type in the world.

**Table 3.1 ▷  Remaining recoverable natural gas resources and production by type in the United States**

| | Recoverable resources (tcm) | | Production (bcm) | | |
| --- | --- | --- | --- | --- | --- |
| | End-2011 | Share of total | 2005 | 2010 | Share of total (2010) |
| Unconventional gas | 37 | 50% | 224 | 358 | 59% |
| Shale gas | 24 | 32% | 21 | 141 | 23% |
| Tight gas | 10 | 13% | 154 | 161 | 26% |
| Coalbed methane | 3 | 4% | 49 | 56 | 9% |
| Conventional gas | 37 | 50% | 288 | 251 | 41% |
| **Total** | **74** | **100%** | **511** | **609** | **100%** |

Sources: IEA analysis and databases.

 © OECD/IEA, 2012

**Figure 3.1** ▷   Major unconventional natural gas resources in North America



This document and any map included herein are without prejudice to the status of or sovereignty over any territory,
to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

### *Regulatory framework*

As pioneers of large-scale unconventional gas development, policy-makers, regulators,
producers and the general public in the United States have been the first to face the question
of how to evaluate and minimise the associated environmental risks. The emergence of
unconventional gas production on a large scale has prompted a broad debate, particularly
as production has moved out of traditional oil and gas producing areas. It has also led to
changes in the regulatory framework and industry practices. As described in Chapter 1,
the principal areas of concern are the impact of drilling on land use and water resources

© OECD/IEA, 2012

(in particular, the possible contamination of aquifers and surface water) and possible increases in air emissions, particularly of methane and volatile organic compounds.

The legal and regulatory framework for the development of unconventional resources in the United States is a mixture of laws, statutes and regulations at the federal, state, regional and local levels. Most of these rules apply to oil and gas generally and were in place before unconventional resource development took off. They cover virtually all phases of an unconventional resource development, from exploration through to site restoration, and include provisions for environmental protection and management of air, land, waste and water. States carry the primary responsibility for regulation and enforcement on lands outside federal ownership. This approach allows for some regionally specific conditions, such as geology or differing economic or environmental priorities, to be taken into account, with consequential variations in regulatory practices among states. However, on federal lands (extensive in the western United States), the federal government owns the land and mineral resources and directly regulates the extraction process.

Federal laws applicable to unconventional gas resource development are directed mainly at environmental protection. They include the Clean Air Act, Clean Water Act and Safe Drinking Water Act. Certain exemptions from federal rules have been granted; for example, hydraulic fracturing is excluded from the list of regulated activities under the Underground Injection Program authorised by the Safe Drinking Water Act (unless diesel-based fracturing fluids are used). Federal regulations related to community protection and occupational health and safety require that operators make information on certain hazardous chemicals used in drilling operations, including fracturing fluids, available to officials and those responsible for emergency services. Federal rules do not pre-empt additional state-level regulations and public concerns about the risk of pollution have prompted some states to require wider public disclosure about the types and volumes of chemicals used.

State-level regulations relevant to unconventional resources are typically specified in state oil and gas laws; in some cases, these are being updated to respond to public concerns about the environmental impact of unconventional gas development. Typical changes include rules about disclosure of information on fracturing fluids, additional measures to ensure adequate integrity in well casing and cementing, and rules on the treatment and disposal of waste water. Yet regulatory gaps remain in many states, not least because some have limited experience with oil and gas development. The states of New York, New Jersey and Maryland have enacted temporary bans on hydraulic fracturing pending further review of its environmental impacts and the need for changes to regulations; at the time of writing, Vermont also seems set to enact a ban.

Efforts to strengthen the United States' regulatory framework are a public priority, in order to ensure responsible development of unconventional resources and respond to rising public anxiety and pressure. Among the many public organisations focusing on the environmental aspects of unconventional gas development, two are working specifically on improving the quality of regulatory policy: the Ground Water Protection Council and the State Review of Oil and Natural Gas Environmental Regulations (STRONGER). They

© OECD/IEA, 2012

have both been advising states on regulatory matters to do with unconventional gas. The industry itself has taken steps to promote best practice, both through industry bodies, such as the American Petroleum Institute and through initiatives such as the creation of the FracFocus website, a voluntary online registry to which companies submit data about chemicals used in hydraulic fracturing operations (API, 2011). The site is managed through a partnership with the Ground Water Protection Council and the Interstate Oil and Gas Compact Commission.

The United States Environmental Protection Agency has issued federal regulations under the Clean Air Act that aim to reduce emissions of volatile organic compounds from all operations of the oil and gas industry; these will also cut methane emissions. The regulations apply to wells that are hydraulically fractured and will, in essence, enforce the use of "green completions", as already mandated in Colorado and Wyoming. The Bureau of Land Management, responsible for regulation of most energy-related activities on federal land, has proposed new rules that would require companies to disclose the composition of fracturing fluids, seek additional permits and conduct stringent well integrity tests. These initiatives have sparked an intense debate among interested parties as to whether hydraulic fracturing should be regulated at both state and federal level, and whether harmonised regulations on federal lands and on neighbouring leases are required.

At the end of 2011, the Shale Gas Subcommittee of the Secretary of Energy Advisory Board issued a set of twenty recommendations for short-term and long-term actions by federal and state agencies to reduce the environmental impact and improve the safety of shale gas production (US DOE, 2011). A major study by the National Petroleum Council on the future of oil and gas resources in the United States has also emphasised the need for "prudent development" and concluded that the benefits of the country's oil and gas resources can be realised by ensuring that they are developed and delivered in a safe, responsible and environmentally acceptable manner in all circumstances (NPC, 2011). These studies and recommendations have been important in defining the scope of regulatory change in the United States and setting its direction; by extension, they could be influential in many countries that are seeking to undertake unconventional gas development.

Within this diverse structure, a major challenge is to maintain reasonable consistency of regulation (for example, among the different states), closing regulatory gaps, where necessary, and doing this in a way that encourages best practice and responds to changes in production technology. Unconventional resource production may be well underway in United States, but shale gas development – and hydraulic fracturing in particular – has become an emotive public issue, with strong and well-organised positions taken by many of the parties involved. This has complicated the prospects for constructive engagement, limiting the common ground on which new regulation (at federal or state level) or new projects (at local level) might be based. Given the scale and pace of development in the United States, there is a likelihood that regulation will be driven by events. For example, an environmental incident linked to unconventional gas development could crystallise

© OECD/IEA, 2012

public views and prompt new restrictions on unconventional gas production or the use of hydraulic fracturing.

## Projections and implications

Assumptions about the regulatory environment have a marked impact on the results of the two cases examined in this report.[1] In the Golden Rules Case, total gas production in the United States grows from around 610 billion cubic metres (bcm) in 2010 to 820 bcm in 2035 (Figure 3.2). Almost all of this increase comes from shale gas production: output of conventional gas, coalbed methane and tight gas remain close to current levels. As a result, the share of shale gas in total gas production rises from 23% in 2010 to 45% in 2035; total unconventional production takes a 71% share of gas output by 2035.

**Figure 3.2** ▷ **Natural gas balance in the United States in the Golden Rules Case\***



\* Positive values for net trade denote imports, while negative values represent exports. The sum of production and net trade represents total demand.

In the Low Unconventional Case, total gas production goes into decline after peaking at 660 bcm around 2015, falling to 580 bcm in 2035, 30% less than in the Golden Rules Case (Table 3.2). Production of shale gas in the United States grows until 2017 before limitations on access to resources cause output to fall back to 2010 levels; tight gas and coalbed methane production also decline, to levels seen around 2000 and 1990, respectively. In the Low Unconventional Case, the share of unconventional gas in total supply decreases to only 47% by the end of the *Outlook* period – 23 percentage points less than in the Golden Rules Case. On the other hand, higher gas prices and limited unconventional production in the Low Unconventional Case prompt a mini-renaissance in conventional gas output, with an increase of more than 50 bcm over 2010 production, driven by the investment capital

---

1.  See Chapter 2 for details of assumptions in both cases.

© OECD/IEA, 2012

World Energy Outlook | **Special Report**

and rigs freed up by the shrinking unconventional sector and the possible opening of more offshore and Arctic acreage as the United States struggles to reduce its imports and the associated bills.

These results point in two very different directions for the United States' domestic consumers of gas and its gas industry and its role in international markets. On the domestic market, although gas prices are set to increase in both cases, the rate of the price increase is moderated in the Golden Rules Case by the availability of domestic unconventional gas. United States gas consumption grows by 0.6% per year in this case, a modest rate of increase by global standards (reflecting the maturity of the gas market), but much more impressive considering that overall energy demand growth in the United States averages 0.1% per year (so gas consumption grows six times faster than overall energy demand[2]). In the United States, IHS Global Insight estimates that the lower gas prices attributable to shale gas production will save households $926 per year between 2012 and 2015 (IHS, 2011). Cheaper gas also stimulates industries – chemicals and fertilisers, in particular – that rely on gas as a key feedstock or source of energy. Several chemical companies have announced expansion plans in the United States (PWC, 2011). In the Low Unconventional Case, gas consumption in the United States grows until 2020 and then declines thereafter, ending almost 15% lower by 2035 than in the Golden Rules Case.

**Table 3.2** ▷ **Natural gas indicators in the United States by case**

| | 2010 | Golden Rules Case | | Low Unconventional Case | | Delta* |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2020 | 2035 | 2020 | 2035 | 2035 |
| Production (bcm) | 609 | 726 | 821 | 637 | 578 | 242 |
| Unconventional | 358 | 489 | 580 | 383 | 274 | 306 |
| Share of unconventional | 59% | 67% | 71% | 60% | 47% | 23% |
| Cumulative investment in upstream gas, 2012-2035** | | 1 648 | | 1 293 | | 355 |
| Unconventional | | 1 308 | | 854 | | 454 |
| Net trade (bcm): net imports (+) / net exports (-) | 71 | -9 | -33 | 57 | 97 | -131 |
| Imports as a share of demand | 10% | n.a. | n.a. | 8% | 14% | n.a. |
| Share of gas in the energy mix | 25% | 26% | 28% | 25% | 24% | 4% |
| Total energy-related $CO_2$ emissions (million tonnes) | 5 343 | 5 218 | 4 618 | 5 173 | 4 511 | 108 |

* Difference between the Golden Rules Case and the Low Unconventional Case. ** Investment figures are in billions of year-2010 dollars.

2. This figure for the United States is higher, for example, than the comparable figure for China, where gas demand grows by an average of 7% per year in the Golden Rules Scenario, "only" about four times faster than total energy growth averaging 1.9% per year.

© OECD/IEA, 2012

The boom in shale gas thus far has already transformed prospects for gas trade. The future of this unconventional "revolution" will determine whether the United States becomes an influential gas exporter over the coming decades or, alternatively, sees its imports rise from current levels. As recently as 2008, the United States was projected to require increasing imports of liquefied natural gas (LNG) to meet incremental gas demand (US DOE/EIA, 2008). In the Low Unconventional Case, this again becomes a prospect as domestic production declines.

In the expectation of a more favourable outlook for unconventional gas supply, a number of projects have been proposed to convert idle regasification terminals into liquefaction facilities to enable LNG exports (see Chapter 2). The most advanced of these, Sabine Pass on the United States Gulf Coast, cleared the last of its regulatory hurdles in April 2012 and could be exporting as soon as late 2015, with a target throughput of 22 bcm per year. A further seven projects await Department of Energy export approval, totalling in excess of 120 bcm of capacity. While not all these projects will proceed by 2020, even an additional two projects could see United States LNG export capacity exceed 60 bcm by 2020.

The prospect of LNG export has ignited a debate in the United States about the possible impact on price levels, with domestic gas-intensive industrial users expressing concern that they might lose an element of their current competitive advantage. We assume that other LNG export projects besides Sabine Pass are approved to begin operation but, in the Golden Rules Case, because of limited opportunities for export, the additional capacity may not be needed: LNG exports out of North America reach 40 bcm in 2035 but this is split between the United States and Canada. As discussed in Chapter 2, such exports and capacity would nonetheless have significant implications for the structure of international gas markets and for gas security, especially since a part of these exports would be based on a gas-priced formula, derived from the Henry Hub price.

Successfully meeting public concerns by putting in place the regulatory conditions that deal convincingly with environmental risks could be expected to have a significant impact on the pace of development of unconventional gas resources in other parts of the world. The United States has been the testing ground for unconventional gas technology and the place where this technology has been most widely and most productively applied. Just as experience from the United States has prompted both global interest in developing unconventional resources and reservations about their environmental impact, so too will other countries look to the United States for evidence that social and environmental risks can be managed successfully, in part with appropriate regulation.

## Canada

### *Resources and production*

Canada is endowed with large unconventional gas resources of all three types and is one of only a handful of countries outside the United States where commercial production is underway. Production of tight gas was around 50 bcm in 2010 and production of coalbed

© OECD/IEA, 2012

methane (concentrated in the province of Alberta) close to 8 bcm. Shale gas is believed to have the greatest production potential in the longer term, although commercial production is only 3 bcm. The main Canadian shale gas plays currently being explored and appraised are the Horn River Basin and Montney shales in northeast British Columbia, the Colorado Group in Alberta and Saskatchewan, the Utica Shale in Quebec and the Horton Bluff Shale in New Brunswick and Nova Scotia (Figure 3.1). Remaining recoverable unconventional resources in Canada at end-2011 are estimated to be 18 tcm (11 tcm shale gas, 5 tcm coalbed methane and 2 tcm tight gas), representing around 6% of world unconventional resources. 80% of Canada's total remaining recoverable gas resources are unconventional.

### Regulatory framework

Unconventional gas in Canada is subject to a set of federal, provincial and local laws and regulations governing upstream activities, including those relating to environmental impacts. Most oil and gas regulations are provincial, as the resources belong to the provinces (with the exception of those on native lands). The National Energy Board is the federal regulatory body for international and inter-provincial energy issues, while Environment Canada is the federal agency responsible for environmental protection, including the administration and enforcement of federal laws.

The regulatory picture in Canada varies by province, but in response to public pressure and the heightened commercial interest in Canadian unconventional gas opportunities, regulators across the country are paying increasing attention to the potential pollution risks from hydraulic fracturing and to the disposal of waste water from unconventional wells. While each province has its own particular regulations, all jurisdictions have laws to protect fresh water aquifers and to ensure responsible development. In western Canada, gas producers are required by regulation to re-inject produced water into deep saline zones located far below the base of the groundwater, using water disposal wells. In other regions, where no such disposal wells are available, provincial regulations set requirements for treating and disposing of produced water.

Approvals for water use are required from the responsible regulatory agency or government department. Regulators and governments have a variety of control mechanisms available to manage water use and mitigate potential impacts, including the ability to limit the rate at which water is used from any source and to specify aggregate water use limits. There are also regulations aimed at minimising the environmental footprint of drilling and production operations, for example by requiring centralised drilling pads and requiring land restoration after production has ceased.

As in the United States, industry bodies are promulgating and promoting best practices. The Canadian Association of Petroleum Producers has recently issued new guidelines for its members, covering many of the issues in the Golden Rules (CAPP, 2012). The Energy Resources Conservation Board, the regulator for the Province of Alberta, a province with a long history of oil and gas production, has initiated a review of its regulatory framework as

© OECD/IEA, 2012

it applies to unconventional gas (ERCB, 2011). Five of Canada's provinces and one territory are associate members of the United States Interstate Oil and Gas Compact Commission.

The prospect of expanded drilling for shale gas has generated some public and political concern; the clearest incidence of this led the provincial government in Quebec to call a halt in 2011 to the use of hydraulic fracturing, pending an environmental review of the impacts of this practice on water supplies. This followed commercial interest in developing the Utica shale which, running near population centres along the St Lawrence River, generated substantial local opposition. The review is expected to report in 2013.

### Projections and implications

Unconventional gas in Canada is expected to play an increasingly important role in offsetting a projected decline in conventional gas production and meeting rising domestic demand. In the Golden Rules Case, unconventional gas production rises from 62 bcm in 2010 to about 120 bcm in 2035, its share of total gas output increasing from just under 40% to two-thirds (Figure 3.3). Shale gas and, to a slightly lesser extent, coalbed methane drive this growth. Total gas production increases from 160 bcm to nearly 180 bcm between 2010 and 2035. Canadian gas demand grows even faster, so net exports drop sharply – from around 65 bcm in 2010 to 25 bcm in 2035. The United States has less need – possibly none at all – to import gas from Canada as its own production of unconventional gas is projected to outpace its domestic gas needs. While Canadian LNG exports to Pacific markets commence before 2020, further growth in exports to Asia is limited in the Golden Rules Case by the large increase in domestic production in China, as well as the rise in unconventional production in Indonesia and Australia.

**Figure 3.3** ▷   **Natural gas balance in Canada in the Golden Rules Case***



\* The sum of demand and net exports represents total production.

© OECD/IEA, 2012

In the Low Unconventional Case, shale gas production remains relatively robust, even with the assumed limitations on access to resources. It is about the only unconventional gas resource type with room to grow to offset otherwise rising North American demand for imports. However, overall gas production peaks before 2025 and falls back below current levels by the end of the projection period (Table 3.3). The higher prices that result from slower development constrain demand, which reaches around 130 bcm in 2035, 15% lower than in the Golden Rules Case. Although production is lower in the Low Unconventional Case, it is noteworthy that the required upstream investment is at a level similar to that in the Golden Rules Case; this is because of the relative resilience of shale gas production in the Low Unconventional Case and to the assumption (built into the model) that production tends to become more costly as a given resource starts to become more difficult to access. Since access to shale gas resources is limited in this case, the cost of production rises in a way that balances the effect of lower output on the overall investment requirement.

**Table 3.3** ▷  **Natural gas indicators in Canada by case**

|  | 2010 | Golden Rules Case | | Low Unconventional Case | | Delta* |
|---|---|---|---|---|---|---|
|  |  | 2020 | 2035 | 2020 | 2035 | 2035 |
| Production (bcm) | 160 | 174 | 177 | 173 | 141 | 37 |
| Unconventional | 62 | 100 | 119 | 82 | 84 | 35 |
| Share of unconventional | 39% | 57% | 67% | 48% | 60% | 7% |
| Cumulative investment in upstream gas, 2012-2035** |  | 292 | | 296 | | -4 |
| Unconventional |  | 218 | | 207 | | 11 |
| Net exports (bcm) | 66 | 55 | 26 | 63 | 12 | 14 |
| Share of gas in the energy mix | 30% | 34% | 40% | 32% | 35% | 5% |
| Total energy-related $CO_2$ emissions (million tonnes) | 523 | 547 | 540 | 533 | 521 | 19 |

* Difference between the Golden Rules Case and the Low Unconventional Case. ** Investment figures are in billions of year-2010 dollars.

## Mexico

### Resources and production

Mexico's large resources make it one of the most promising countries for shale gas development. Its 19 tcm of shale gas is the fourth-largest shale gas resource base in the world after China, the United States and Argentina; this figure represents some 85% of Mexico's remaining recoverable gas resources. While known about for more than two decades, as elsewhere, shale gas was not considered economically viable to produce until recently.

The government is keen to exploit shale gas resources to boost the country's flagging output of conventional oil and gas. In its National Energy Strategy 2012-2026, for the first

© OECD/IEA, 2012

time, the Mexican Ministry of Energy has included two scenarios for the development of shale gas: the baseline scenario foresees production of 2 bcm (200 million cubic feet per day [mcf/d]) starting in the Eagle Ford shale play in 2016 and reaching 14 bcm (1 343 mcf/d) in 2026 (Secretaria de Energia, 2012). The "strategy scenario" assumes the additional development of the La Casita shale play, which leads to total shale gas production of 34 bcm (3 279 mcf/d) in 2026.

In line with this strategy, Pemex, the national oil company, is looking in particular at the areas in the north that are extensions of the Eagle Ford shale play (Figure 3.1). Pemex sunk its first shale gas well, Emergente 1, in the Burgos basin in February 2011 and this has been producing at a rate of almost 30 million cubic metres (3 mcf/d). Pemex plans to drill around 175 wells during the period 2011 to 2015 to evaluate reserves and delineate priority areas for development. Pemex also plans to acquire about 10 000 square kilometres of three-dimensional seismic data, which it will use to carry out detailed geological and geochemical modelling studies.

If this exploration effort demonstrates the commercial viability of shale gas production, the large-scale development of these resources would require a huge increase in drilling. Pemex estimates that the development of 8.4 tcm (297 trillion cubic feet) of shale gas – its central estimate of recoverable resources – would call for drilling a total of more than 60 000 wells[3] over the next 50 years, requiring a very large-scale capital investment.

In addition to the need for adequate investment, a number of technical challenges would need to be overcome for this to happen, notably adequate access to water for hydraulic fracturing. Coahuila, where much of the Eagle Ford play is located, is one of Mexico's driest states, with rainfall less than half the national average and all of the surface water rights have already been allocated. Three-quarters of the state's water is used in agriculture for the production of grains and other crops that can survive the desert climate, while the rest is for industrial consumption. Hydraulic fracturing on a large scale would require very careful treatment and recycling of waste water to reduce the need for fresh water. Other hurdles to shale gas development, such as the lack of pipeline infrastructure to deliver gas to market, could complicate operations and make the cost of drilling shale gas wells in Mexico significantly higher than in the United States. A plan to increase the transport and distribution capacity for natural gas is being implemented, including a pipeline that will run close to the main gas-rich areas in the northern parts of the country.

---

3. Information provided in a presentation by Carlos Morales, Director General, PEMEX Exploration & Production, to the IEA Workshop on Unconventional Gas in Warsaw, 7 March 2012. This appears to be based on an Estimated Ultimate Recovery (EUR) of 5 bcf per well; this is representative of good wells in the United States but could overestimate a likely average EUR per well; if so, the number of wells required to produce this volume of shale gas could be higher.

### Regulatory framework

The environmental impact of gas development in Mexico is covered by existing environmental, health and safety laws and regulations. There are no specific national regulations in place yet for shale gas; however, the new National Energy Strategy 2012-2026 recognises that the new targets for shale gas production might require specific regulatory provisions and calls for the future development of an "integrated strategy" for shale gas, addressing environmental, social and financial challenges. This will require not only attention to the regulatory framework, but also the allocation of sufficient resources to regulatory bodies to ensure adequate supervision and enforcement.

Pemex holds monopoly rights over all upstream activities in Mexico and no other company is allowed to own hydrocarbons reserves or undertake exploration or production for its own benefit. A law adopted in 2008 allows Pemex to sign incentive-based development contracts with other companies, though the price paid for services cannot be linked to production: three such contracts for the development of small, mature onshore fields were awarded in August 2011. Larger contracts, which could have a more substantial impact on the country's production, are expected to be offered in future.

The strategy to be developed for shale gas could follow one of a range of possibilities: it could rest heavily on assistance from companies under service contracts, either basic in terms of remuneration or more strongly incentive-based, although it is also possible that Pemex could decide to handle all shale development on its own. The pace of shale gas development will depend in part on the approach chosen; a greater involvement of private firms, beyond the arrangements already provided for in current legislation, could accelerate the process, but may be politically challenging.

### Projections and implications

Shale gas could make a significant contribution to meeting Mexico's gas needs in the longer term, but much will depend on the regulatory regime governing participation by private companies and whether the environmental challenges – notably related to the use and recycling of water for hydraulic fracturing – can be overcome. Development costs will have to be low enough to allow domestic resources to compete with imports from the United States, the price of which recently hit new lows. The alternative – to try and protect the domestic market from cheaper gas imports – is difficult in the context of Mexico's participation in the North American Free Trade Agreement.

In the Golden Rules Case, Mexican gas production grows from 50 bcm in 2010 to almost 90 bcm in 2035, with nearly all of the increase coming from unconventional gas (mostly shale gas, plus some tight gas); conventional gas production grows slightly to around 50 bcm by the end of the projection period, as new fields struggle to compensate for the

© OECD/IEA, 2012

continuing decline in output from the Cantarell field and other mature fields.[4] Shale and tight gas production reach about 37 bcm combined in 2035, accounting for close to 45% of total Mexican gas production (Figure 3.4). In the Low Unconventional Case, unconventional gas production remains negligible through to 2035.

**Figure 3.4** ▷ **Natural gas balance in Mexico in the Golden Rules Case\***



\* The sum of production and net imports represents total demand.

Rapid growth in unconventional gas would have a major impact on Mexico's overall energy mix, with the lower gas prices encouraging gas use and leading to an increase in gas demand. In the Golden Rules Case, demand rises from around 60 bcm in 2010 to 105 bcm in 2035, the share of gas in total primary energy use increasing from 29% to 35% (Table 3.4). The country's need to import gas varies over time. It currently imports about 20% of its gas needs, by pipeline from the United States and in the form of LNG; these imports rise to nearly 30 bcm by 2020, but then fall back to about 20 bcm by 2035 as gas production outstrips demand growth. Higher gas demand and lower imports promise energy security and economic benefits to Mexico, with the possibility of net environmental benefits. In the Low Unconventional Case, the share of gas in primary energy demand actually drops, to 28% by 2035, leading to higher energy-related carbon-dioxide ($CO_2$) emissions relative to the Golden Rules Case.

---

4.  In the strategy scenario, or high case, included in Mexico's National Energy Strategy 2012-2026, conventional gas production increases from around 60 bcm in 2011 to almost 85 bcm in 2026. Shale gas production, on its own, contributes around 34 bcm to total natural gas production in 2026.

© OECD/IEA, 2012

**Table 3.4** ▷ **Natural gas indicators in Mexico by case**

| | 2010 | Golden Rules Case | | Low Unconventional Case | | Delta* |
|---|---|---|---|---|---|---|
| | | 2020 | 2035 | 2020 | 2035 | 2035 |
| Production (bcm) | 50 | 52 | 87 | 46 | 59 | 28 |
| Unconventional | 2 | 6 | 37 | 0 | 0 | 37 |
| Share of unconventional | 3% | 12% | 43% | 0% | 0% | 43% |
| Cumulative investment in upstream gas, 2012-2035** | | 140 | | 111 | | 29 |
| Unconventional | | 47 | | - | | 47 |
| Net imports (bcm) | 12 | 28 | 19 | 25 | 28 | -9 |
| Imports as a share of demand | 19% | 35% | 18% | 35% | 32% | -14% |
| Share of gas in the energy mix | 29% | 32% | 35% | 29% | 28% | 7% |
| Total energy-related $CO_2$ emissions (million tonnes) | 402 | 449 | 492 | 455 | 511 | -19 |

\* Difference between the Golden Rules Case and the Low Unconventional Case. \*\* Investment figures are in billions of year-2010 dollars.

# China

## *Resources and production*

The size of unconventional gas resources in China is at an early stage of assessment, but it is undoubtedly large. At end-2011, China's remaining recoverable resources of unconventional gas totalled almost 50 tcm, comprised of 36 tcm of shale gas, 9 tcm of coalbed methane and 3 tcm of tight gas.[5] This is around thirteen times China's remaining recoverable conventional gas resources. China's shale gas resources lie in several large basins spread across the country, with plays in the Sichuan and Tarim Basins believed to have the greatest potential. The main coalbed methane deposits are found in the Ordos, Sichuan and Junggar Basins (Figure 3.5).

Coalbed methane is currently the primary source of unconventional gas produced commercially in China, with output of around 10 bcm in 2010. Most of this output comes from coal producers PetroChina and China United Coal Bed Methane Company. Shale gas exploration activities have increased in recent years under a government-driven programme to evaluate the resource base. Results from several pilot projects, to be completed in 2012, are expected to inform the selection of high potential areas for further exploration. As of early 2012, an estimated 20 shale gas wells had been drilled by Chinese companies. Based on what is known about China's geology at this early stage, shale gas resources may prove more difficult and more expensive to develop than those in North America. Early

---

5.  We use the ARI estimate for shale gas to be consistent with our methodology for other countries. This is higher than the 25 tcm estimated by China's Ministry of Land and Resources for recoverable shale gas resources; however the MLR number does not yet include all provinces (MLR, 2012).

© OECD/IEA, 2012

3

indications are that kerogen quality in the shale plays is relatively poor, resulting in low organic content. This suggests that, for China to achieve a similar output to that of the United States, it would need to drill more wells, with longer reach.

**Figure 3.5** ▷   **Major unconventional natural gas resources in China**



This document and any map included herein are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

The Chinese government has outlined ambitious plans for boosting unconventional gas exploration and production. These call for coalbed methane production of more than 30 bcm and for shale gas production of 6.5 bcm in 2015; the targets for shale gas output in 2020 are between 60 and 100 bcm. They are accompanied by the goal to add 1 tcm of coalbed methane and 600 bcm of shale gas to proven reserves of unconventional gas by 2015. In support of this effort, China plans to complete a nationwide assessment of shale gas resources and build nineteen exploration and development bases in the Sichuan Basin in the next four years. Efforts are also supported by the international partnerships that Chinese companies have formed in North America to develop shale gas acreage, which will provide valuable development experience.

An initial tender for four blocks of shale gas exploration acreage in the Sichuan Basin was held in June 2011, with participation limited to six eligible state-controlled companies. Of those, Sinopec and Henan Provincial Coal Seam Gas Development and Utilization Company obtained licences. An expanded group of bidders, including privately-owned Chinese

companies (qualified based on sufficient capital, technology and expertise), are expected to participate in a second round of licensing in mid-2012. Foreign firms will not be allowed to participate directly, but may enter into partnerships with eligible companies that submit successful bids. Various major international oil companies have already entered into some form of partnership with state-controlled companies, reflecting their strong interest in pursuing unconventional gas development opportunities in China.

### Regulatory framework

China's huge unconventional gas potential and strong policy commitment suggest that these resources will provide an increasingly important share of gas in the longer term, though the pace of development through to 2020 – the key period of learning – remains uncertain. Because of China's highly centralised regulatory and policy-making framework and the high priority placed on industrial and economic development, unconventional gas projects may face fewer hurdles stemming from environmental concerns than those in Europe or the United States. Nonetheless, the regulatory framework is evolving, and different features of it could affect the pace of development in different ways, for example the terms of access, the pace of diffusion of advanced technology, financial incentives, the pricing regime, environmental constraints and infrastructure development.

Strategic policy decisions in China relating to resource management and environmental protection are made nationally, with implementation and enforcement responsibilities often delegated to local authorities. Many aspects of China's legal and regulatory framework for oil and gas development are broadly defined, giving local regulators latitude to consider project-specific circumstances in their decisions (although this can also lead to unpredictable outcomes). Challenges arise from the fragmentation and overlap of responsibilities among various regulating entities, uncertainty about effective co-ordination between them and potentially inconsistent enforcement of regulations.

Domestic petroleum exploration and development has traditionally been the domain of China's state-owned enterprises. Under the Law on Mineral Resources, only state-controlled entities may acquire mineral rights, foreign companies being confined to minority partnerships with state-controlled entities and, in some cases, production-sharing agreements. Although the strategic importance of unconventional gas means that China's national oil companies are likely to be the primary drivers of production growth, there are some changes underway in response to China's ambitious plans for shale gas exploration and development, and the need for the advanced technology and investment that foreign companies can bring. The legal classification of shale gas as a separate "mineral resource" in late 2011 means that the current regulations that give CNPC and SINOPEC exclusive rights for exploration of onshore oil and gas resources do not apply to shale gas, and this step may presage an intention to grant greater access to others. Foreign companies have already been allowed to take a majority stake in coalbed methane projects.

© OECD/IEA, 2012

All project promoters must conduct an environmental impact assessment, which must be filed with national and local regulators and approved in advance of submission of a field-development plan. Drilling permits are issued on the basis of the development plan, rather than well-by-well; and any significant changes to the plan, for example related to the density of drilling, require submission of a new environmental impact assessment. Project delays during the early phases of development may occur because of the limited experience of producing unconventional gas in China.

Water availability may prove to be one of the biggest obstacles to unconventional gas development in China, particularly in the north and west, where water is scarce and may be already strained by agricultural or urban needs. Water policies, regulations and plans are determined nationally, though responsibilities for management and enforcement are delegated locally. Many different entities are involved at the national, regional and local levels, which risks limited co-ordination of water resources at the river basin level. National standards establish maximum discharge concentrations for pollutants into water sources and the Circular Water Law promotes reuse and recycling of waste and produced water.

The fiscal regime, gas pricing policies and pipeline access are other regulatory variables that will critically influence the pace of unconventional gas development in China. The 12th Five-Year Plan promises favourable fiscal incentives to producers, namely direct subsidies, preferential tax treatment and priority land use. The domestic coalbed methane industry receives price subsidies of RMB 0.2 ($0.03) per cubic metre for extracted gas and RMB 0.25/m$^3$ ($0.04) for gas produced for some specific end-users. Shale gas might be expected to attain a similar or higher level of subsidy. According to the 12th Five-Year Plan, the pricing regime for shale gas will be market-based, an important signal that the government is willing to allow higher end-user prices (relative to current controlled prices for natural gas) to encourage development. China's gas pipeline network will necessarily have to expand to reach into unconventional gas production areas in order to avoid becoming a bottleneck as output increases. As major gas pipelines are currently run by national oil companies, making access more available to other producers will be vital.

### Projections and implications

Gas is set to play an increasingly important role in meeting China's burgeoning energy needs and the successful development of the country's unconventional resources could accelerate that trend, given effective resource and environmental management. In the Golden Rules Case, unconventional gas production is projected to jump from 12 bcm in 2010 to just over 110 bcm in 2020 and 390 bcm in 2035. Total gas production rises from just under 100 bcm in 2010 to nearly 475 bcm in 2035 (Figure 3.6). Unconventional gas accounts for 83% of total gas production by the end of the projection period. Unconventional gas production in 2035 is predominately from shale gas (56%) and coalbed methane (38%); tight gas (6%) takes a smaller share.

© OECD/IEA, 2012

**Figure 3.6** ▷ **Natural gas balance in China in the Golden Rules Case\***



\* The sum of production and net imports represents total demand.

**Table 3.5** ▷ **Natural gas indicators in China by case**

| | 2010 | Golden Rules Case | | Low Unconventional Case | | Delta\* |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2020 | 2035 | 2020 | 2035 | 2035 |
| Production (bcm) | 97 | 246 | 473 | 139 | 194 | 279 |
| Unconventional | 12 | 112 | 391 | 37 | 112 | 279 |
| Share of unconventional | 12% | 45% | 83% | 27% | 58% | 25% |
| Cumulative investment in upstream gas, 2012-2035\*\* | | 554 | | 311 | | 243 |
| Unconventional | | 374 | | 170 | | 204 |
| Net imports (bcm) | 14 | 77 | 119 | 143 | 262 | -143 |
| Imports as a share of demand | 12% | 24% | 20% | 51% | 57% | -37% |
| Share of gas in the energy mix | 4% | 8% | 13% | 7% | 10% | 3% |
| Total energy-related $CO_2$ emissions (million tonnes) | 7 503 | 9 792 | 10 449 | 9 877 | 10 695 | -246 |

\* Difference between the Golden Rules Case and the Low Unconventional Case. \*\* Investment figures are in billions of year-2010 dollars.

In the Low Unconventional Case, output of shale gas and coalbed methane grows much less rapidly, reaching a combined level of less than 115 bcm in 2035 (Table 3.5). The reduced availability of local gas supplies increases the country's dependence on imports at higher average prices. Less ambitious policies to boost demand, coupled with higher prices, lead to slower growth in Chinese gas demand, as the Chinese authorities seek to limit the country's reliance on imports. Demand reaches only 455 bcm by 2035, almost one-quarter lower than in the Golden Rules Case. The share of gas in total primary energy

© OECD/IEA, 2012

is correspondingly markedly lower: 10% versus 13% in 2035. This results in increased dependence on coal and, to a lesser extent, on nuclear and renewables.

Rapid growth in unconventional gas would greatly strengthen China's energy security and have major implications for international gas trade. In the Golden Rules Case, imports amount to nearly 120 bcm in 2035, about 20% of the country's gas demand, compared with just over 260 bcm or nearly 60% of demand in the Low Unconventional Case. The overall cost of gas imports is correspondingly much lower, by 60%, in the Golden Rules Case. Lower import volumes would improve China's negotiating position *vis-à-vis* its suppliers, including producers of LNG, existing suppliers by pipeline from Central Asia and Myanmar, and Russia, which has the potential to become a major supplier of gas to China but whose opportunities to do so would be much more limited in the Golden Rules Case. The uncertainty surrounding the prospects for China's unconventional gas industry may favour investment in LNG over pipeline projects (and, in both cases, lessen the attractiveness of large-duration supply contracts) as China may seek more flexibility to allow for gas-import needs turning out to be smaller than expected.

## Europe

### *Resources and production*

Europe's unconventional gas resources have attracted considerable interest in the last few years, although in practice the push to develop this resource varies considerably by country, depending on the mix of domestic fuels and imports and perceptions of the risks to energy security and the environment. Attention to unconventional gas focused initially on coalbed methane and tight gas, but has now switched to shale gas. Recoverable resources of shale gas are believed to be large, though how much can be recovered economically remains uncertain.

Europe's shale gas resources are found in three major areas that contain multiple basins, sub-basins and different plays: from eastern Denmark and southern Sweden to northern and eastern Poland (including Alum shales in Sweden and Denmark, and Silurian shales in Poland); from northwest England, through the Netherlands and northwest Germany to southwest Poland; and from southern England through the Paris Basin in France, the Netherlands, northern Germany and Switzerland (Figure 3.7). Poland and France are thought to have the largest shale-gas resources, followed by Norway, Ukraine, Sweden, Denmark and the United Kingdom. Potential coalbed methane resources in Europe are reasonably well established and are significant in some countries, notably in Ukraine, the United Kingdom, Germany, Poland and Turkey.

© OECD/IEA, 2012

**Figure 3.7 ▷  Major unconventional natural gas resources in Europe**



This document and any map included herein are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

© OECD/IEA, 2012

As yet, there is no large-scale production of unconventional gas in Europe. How soon it will begin and how quickly it will grow remain to be seen, though there are several factors favouring development. The European Union is the second-largest regional gas market in the world, with demand amounting to around 550 bcm in 2010, and it is set to become increasingly dependent on imports as indigenous production of conventional gas continues to decline and demand continues to expand. The region has a well-established pipeline and storage network (albeit not as densely developed as in the United States). And, crucially, natural gas prices are high compared with North America, adding to the attractiveness of developing new indigenous gas resources.

But there are above-ground factors that are likely to impede rapid growth in unconventional gas production, the most significant of which is the high population density in many of the prospective areas. This increases the likelihood of opposition from local communities, especially in areas with no tradition of oil and gas drilling. State ownership of oil and gas rights can also reduce the incentives for communities to accept development of local unconventional gas resources, compared with parts of the United States where these rights are held by private land-owners.

### *The European regulatory framework*

Most regulations applicable to upstream oil and gas in the European Union are determined at the national level: member states define their own energy mix and make decisions concerning domestic resource development. At the EU level, there is a common set of rules (under the Hydrocarbons Licensing Directive) to secure transparent and non-discriminatory access to the opportunities for exploration, development and production of hydrocarbons, but the main area in which Europe-wide regulation applies is environmental protection, including:

- Water protection (Water Framework Directive, Groundwater Directive and Mining Waste Directive).
- The use of chemicals (under REACH regulation, administered by the European Chemicals Agency).
- The protection of natural habitats and wildlife.
- Requirements to carry out an environmental impact assessment, under general environmental legislation.
- Liability for upstream operators to incur penalties for environmental damage (under the Environmental Liability Directive and the Mining Waste Directive).

Public concerns about the environmental risks associated with hydraulic fracturing have prompted calls for new regulation on aspects of this practice, often based on the "precautionary principle" that is a statutory requirement in European Union law. A 2011 report commissioned by the Directorate General for Energy of the European Commission found that European environmental legislation applies to all stages of unconventional

gas developments. It also concluded that, both on the European level and at the national level (in the countries studied), there are no significant gaps in the legislative framework when it comes to regulating shale gas activities at the present level of intensity (Philippe & Partners, 2011). However, it did suggest that the situation might change if activities were to expand significantly and did suggest some improvements to national legislation, including procedures to include local citizens at earlier stages in the impact assessment process.

Additional assessments of various aspects of unconventional gas are currently being carried out within the European Commission. These include: a study on the economics of shale gas, by the Joint Research Centre in collaboration with the Directorate General for Energy; a study on methane emissions, by the Directorate General for Climate Action; and an assessment of the adequacy of the current regulatory framework to ensure an appropriate level of protection to the environment and to human health, by the Directorate General for the Environment. On the basis of the results of these assessments, the Commission will decide whether to put forward regulatory proposals specifically related to unconventional gas.

The European Parliament has also taken up the debate about various aspects of shale gas development. An assessment presented to the Committee on Environment, Public Health and Food Safety (European Parliament, 2011a) found that the current regulatory framework concerning hydraulic fracturing has a number of deficiencies, most importantly, the high threshold before an environmental impact assessment is required[6]; it also called for the coverage of the Water Framework Directive to be re-assessed focusing on the possible impacts of hydraulic fracturing on surface water and urged consideration of a ban on the use of toxic chemicals. A draft report to the same committee, prepared by a Polish parliamentarian, is more supportive of unconventional gas development (European Parliament, 2011b), while recognising the need to address concerns about the environmental effects of extraction. A separate draft report, focusing on the energy and industrial implications of shale gas development, is also under consideration by the Parliament's Committee on Industry, Research and Energy (European Parliament, 2012).

### *Poland*

Medium-term prospects for unconventional gas production in Europe appear brightest in Poland, where exploratory drilling for shale gas is most advanced and where above-ground factors are generally less of an obstacle to development than elsewhere. Optimism about Poland's shale gas potential stems from the size of its resources, although these are still subject to considerable uncertainty. The US EIA put technically recoverable resources in Poland at 5.3 tcm (US DOE/EIA, 2011), while an assessment by the Polish Geological Institute (with the support of the United States Geological Survey), studying archive data on the Baltic, Podlasie and Lublin Basins, estimated recoverable resources at 346 bcm to

© OECD/IEA, 2012

6. The Environmental Impact Assessment Directive does though include an obligation to screen for possible adverse environmental effects in projects which fall below any relevant thresholds.

768 bcm (PGI, 2012). The large difference is explained primarily by differences in methodologies between the two studies; the range of resource assessments should narrow as more data become available from exploratory drilling.

As described in Chapter 2, the model used for the projections in this report relies on the Rogner and ARI estimates for shale gas resources, which are so far the only assessments that apply a consistent methodology across a large enough number of countries. If actual resources in Poland are significantly lower than assumed, inevitably this would have a considerable impact on our projections, all else being equal. This is illustrated in Figure 3.8, which shows projections for shale gas production in Poland for a higher and lower recoverable resource estimate, respectively, based on the ARI estimate of 5.3 tcm and using a mid-range figure of 0.55 tcm from the Polish Geological Institute estimate.

**Figure 3.8** ▷ **Impact of different resource assessments on projected shale gas production in Poland**



Poland has one of the oldest petroleum industries in the world and has been producing oil and gas from conventional reservoirs since the 1850s, though production has fallen to low levels over recent decades. Interest in shale and tight gas began towards the end of the last decade. A series of exploration licensing rounds has led to a large influx of international companies, with a number of firms that are already active in the United States – including ExxonMobil, Chevron, Eni, Talisman and Marathon – buying up drilling rights, either directly or through joint ventures (although the national oil and gas company, PGNiG, holds the most licences). Over 100 exploration licences, most of which have a duration of five years, have so far been issued, covering most of the prospective shale gas areas.

Early results from exploration drilling have put something of a damper on the initial hopes for a rapid take-off in production. Since PGNiG completed Poland's first shale well in 2009, 18 exploration wells have been drilled, with a further 14 underway and 39 planned (as of March 2012). Flow rates were low in the few wells for which data have been made public, with some reportedly proving unresponsive to normal drilling and well-completion

© OECD/IEA, 2012

techniques. ExxonMobil has announced that two wells that it drilled and completed in 2011 are not commercially viable, though it is looking into whether different fluids, proppants or pumping techniques might produce better results. ExxonMobil and other companies continue to drill new wells.

The Polish government has been very supportive of drilling for shale and tight gas, reflecting the potentially large economic and energy security benefits that could be gained from supplementing the country's dwindling resources of conventional gas and reducing its heavy dependence on gas imports from Russia. Gas demand is expected to grow in the coming years, particularly for power generation, as older, low-efficiency coal-fired stations close. Although shale gas production costs are likely to be above those in the United States, high oil-indexed prices for imported gas should make shale developments profitable. Relatively low population density in the main basins as well as a history of oil and gas activities may favour public acceptance.

The regulatory framework applicable to unconventional gas development is changing with the prospect of commercial production. Until the recent arrival of foreign firms, the upstream sector was dominated by PGNiG, which ensured that the government captured a large part of any rent on hydrocarbons production and reduced the need for explicit regulation for that purpose. The legislative system for the upstream is now being adjusted to the reality of many new market entrants and participants, including changes to the licensing system and the fiscal framework for upstream activity.

A new Geological and Mining Law came into force in Poland at the start of 2012, which clarifies some administrative and legal questions regarding the development of Poland's unconventional gas potential. The most significant change was that licences for exploration of hydrocarbons in Poland can now be granted only through tenders (exploration licences issued over the last five years were on a first-come, first-served basis). Since most prospective gas exploration acreage in Poland has already been awarded, the new regulations will become more significant when the first production licences are sought. The new law also modifies the system of mineral rights ownership, more clearly defining the division between state rights and those of landowners, but shale gas, as a strategic mineral, remains the exclusive property of the state.

### *France*

With resources almost as large as those in Poland, France was expected to be one of the first European countries to produce unconventional gas commercially. Shale gas potential is primarily in two major shale basins: the Paris Basin and the Southeast Basin. The Southeast Basin is considered to be the more prospective, in view of the low depth of parts of the basin, possible liquids content and low levels of clay. The government had issued three licences for shale gas exploration drilling in the Southeast Basin but, in May 2011, in the face of a strong public opposition over the potential environmental impacts of hydraulic fracturing, the government announced a moratorium on its use and later prohibited it by

law. Two firms that held licences – France's Total and the US-based Schuepbach Energy – subsequently had their licences cancelled. Schupebach Energy had maintained their intention to use hydraulic fracturing, whereas Total had submitted a report where they committed not to use it. A third company that committed not to use hydraulic fracturing has had its permit maintained.

Public opposition was linked to the fact that part of the prospective basin underlay scenic regions that are heavily dependent on the tourism industry. Resentment was exacerbated by a lack of public consultation: under French mining laws, public consultation is required only at the production stage and not at the exploration stage. Revision of the mining code is under consideration to include earlier public consultation.

A report was commissioned jointly by the Ministry of Ecology and Sustainable Development and the Ministry of Industry, Energy and Economy to provide information on shale gas and light tight oil, the environmental concerns surrounding their development and the applicability of existing hydrocarbon regulation in France to this new potential energy source. A preliminary report recommended some drilling in France, under strict controls, while more information was gathered about the impact of hydraulic fracturing elsewhere in Europe and the United States (Leteurtrois, 2011). However, the final report was not issued because the ban on hydraulic fracturing was voted in the meantime.

In France, as in some other countries, the debate around shale gas developments became a proxy for a much broader question about the approach to sustainable energy policy. In a separate report prepared for the National Assembly, the co-authors did not share a common vision of France's future energy mix, writing two separate conclusions (Gonnot, 2011). One concluded that more study was required to understand the extent of the country's resource and the technologies to safely develop it, with a view to then taking a decision on whether to proceed developing the resources. The second asserted that the development of new hydrocarbon resources has no place in a national energy policy striving to meet agreed climate change objectives.

The Paris Basin has a long history of conventional oil production. In the early 1980s, high hopes were held that significant volumes might be found, but exploration turned out to be disappointing and production has not exceeded a few thousand barrels per day. Production is mostly from the rural Seine et Marne Région, southeast of Paris, where several hundred wells have been drilled. Some geologists have argued recently that the reason large oil fields have not been discovered is that the hydrocarbons have not been expelled from the source rocks. Indeed, there are indications from wells that have intercepted some of the shales that they may be hydrocarbon bearing, probably mostly light tight oil, with some shale gas. Estimates of oil-in-place vary from 1 to 100 billion barrels, though the fraction which might be technically and economically recoverable is not known.

In the Golden Rules Case, we assume a reversal of the ban on hydraulic fracturing. Shale gas production rises after 2020 to reach 8 bcm in 2035, which would allow France to exceed its peak gas production from the end of the 1970s. At the same time, light tight

© OECD/IEA, 2012

oil production could reach several tens of thousands of barrels per day. Some of the resources, located in sensitive areas, are likely to remain barred from development but, if productivity can be established, there should be enough resources in other areas to sustain such production.

### Other EU member countries

3

There has been a good deal of discussion about unconventional gas prospects in several other EU member countries, but little exploration activity as yet. Most of the wells that have been drilled are for coalbed methane. There appears to be significant potential for shale gas development in several other EU member countries, notably in Sweden, the United Kingdom and Germany.

Sweden's shale gas resources are located in the Scandinavian Alum shale, which extends from Norway to Estonia and south to Germany and Poland. The Alum shale has been mined for oil shale for many decades in central and southern Sweden (and in Estonia), where it is close to the surface. It has the advantages of high organic content and thermal maturity and is relatively shallow, with depths averaging less than 1 200 metres. But it lacks overpressure and contains a high concentration of uranium, which poses problems for water treatment and recycling. Shell has been most active in assessing the shale, having drilled three exploration wells in the Skåne region of southern Sweden, but it ceased operations when they proved to be dry. Opposition to hydraulic fracturing had delayed the programme and threatens to deter renewed exploration activity.

In the United Kingdom, a main shale play is the Bowland shale formation (in the Northern Petroleum System), which is relatively shallow, with an average depth of only 1 600 metres, and with certain areas rich in liquids. Cuadrilla Resources has drilled two exploration wells, one of which encountered gas. It subsequently announced that the formation could hold as much as 5.7 tcm (200 trillion cubic feet) of technically recoverable gas. However, operations have been suspended as a result of two small earthquakes that occurred after hydraulic fracturing was carried out. A report commissioned by Cuadrilla concluded that it is "highly probable" that the fracturing and subsequent earthquakes were linked, although future occurrences should be rare given the unique local geology at the well site (de Pater and Baisch, 2011). The UK Department of Energy and Climate Change commissioned an independent report on the causes of the earthquakes and appropriate means of mitigating seismic risks (Green, Styles and Baptie, 2012). It recommended cautious continuation of Cuadrilla's hydraulic fracturing operations and several safety provisions, including greater use of micro-seismic monitoring and new safeguards that would lead to a suspension of operations in case of seismic activity. At the time of writing, the government was awaiting comments on this report before making any decision regarding additional hydraulic fracturing.

The UK government appears to be supportive of continuing shale gas exploration and development. A parliamentary inquiry in 2011 found no evidence that hydraulic fracturing poses a direct risk to underground water aquifers, provided the drilling well is constructed

properly, and concluded that, on balance, a moratorium on shale gas activity in the United Kingdom is not justified or necessary at present (UK Parliament, 2011). Nonetheless, the inquiry urged the UK Department of Energy and Climate Change to monitor drilling activity extremely closely in its early stages in order to assess its impact on air and water quality.

*Germany* has shale resources, estimated at 230 bcm, in the large North Sea-German basin, which extends from Belgium to Germany's eastern border along the North Sea coast. Several companies have acquired exploration licences and ExxonMobil has drilled at least three exploratory shale gas wells in Lower Saxony as part of a ten-well programme. Germany has a history of tight gas production with relatively large hydraulic fracturing treatments having been common practice for the last 20 years. As in France, there has been strong opposition to shale gas drilling on environmental grounds, but attention to the need for indigenous energy sources, including unconventional gas, has been intensified by a decision to phase out nuclear power.

Shale gas exploration efforts are advancing elsewhere in the European Union: there are plans by OMV to drill several test wells in *Austria* in the next two years; in *Lithuania*, exploration licences were being tendered at the time of writing. *Bulgaria* and *Romania* have awarded shale gas exploration licences, but these countries have experienced strong public opposition over fears about the environmental impact of hydraulic fracturing and, in Bulgaria, this has led to parliament voting in early 2012 to ban the use of the technique, making it the second country in the European Union to do so.

### *EU projections and implications*

Against a backdrop of declining indigenous production and a policy priority to diversity sources of gas supply, the European Union has reasons to be interested in exploiting its domestic unconventional gas potential. At the same time, environmental concerns could easily delay or derail development. In our projections in the Golden Rules Case, unconventional gas production is slow to take off but accelerates in the longer term, as confidence grows in the effective application of the Golden Rules in the most prospective countries. In our projections, unconventional production in the European Union climbs to just over 10 bcm by 2020, but it grows more rapidly thereafter, reaching almost 80 bcm by 2035 (Table 3.6). Shale gas accounts for the bulk of this output. Unconventional gas contributes almost half of the European Union's total gas production and meets just over 10% of its demand by 2035. As a result, even though there are not dramatic shifts in the trade balance, as seen in the United States, growth in unconventional production offsets continued decline in conventional output from 2020 (Figure 3.9).

Rising unconventional gas production (both in Europe and worldwide) helps to restrain the rise in gas prices in Europe, which – together with additional policies to encourage gas use – drives up gas demand. As a result, the upward trend in net gas imports into the European Union continues throughout the projection period, reaching 480 bcm in 2035, or three-quarters of total demand (compared with 345 bcm, or more than 60%, in 2010). In the Low Unconventional Case, in which there is very little commercial unconventional

© OECD/IEA, 2012

World Energy Outlook | **Special Report**

production before 2035, European Union net gas imports are 30 bcm higher in 2035 than in the Golden Rules Case (and gas import prices are higher). Consequently, the cost of those imports reaches about $250 billion in 2035 (in year-2010 dollars) – an additional import bill of almost $60 billion relative to Golden Rules Case.

**Table 3.6** ▷    Natural gas indicators in the European Union by case

| | 2010 | Golden Rules Case | | Low Unconventional Case | | Delta* |
| | | 2020 | 2035 | 2020 | 2035 | 2035 |
|---|---|---|---|---|---|---|
| Production (bcm) | 201 | 160 | 165 | 139 | 84 | 81 |
| Unconventional | 1 | 11 | 77 | 0 | 0 | 77 |
| Share of unconventional | 1% | 7% | 47% | 0% | 0% | 47% |
| Cumulative investment in upstream gas, 2012-2035** | | 434 | | 235 | | 199 |
| Unconventional | | 181 | | - | | 181 |
| Net imports (bcm) | 346 | 432 | 480 | 423 | 510 | -30 |
| Imports as a share of demand | 63% | 73% | 74% | 75% | 86% | -11% |
| Share of gas in the energy mix | 26% | 28% | 30% | 26% | 28% | 2% |
| Total energy-related $CO_2$ emissions (million tonnes) | 3 633 | 3 413 | 2 889 | 3 414 | 2 873 | 16 |

* Difference between the Golden Rules Case and the Low Unconventional Case. ** Investment figures are in billions of year-2010 dollars.

**Figure 3.9** ▷    Natural gas balance in the European Union in the Golden Rules Case*



* The sum of production and net imports represents total demand.

### *Ukraine*

Ukraine has considerable unconventional gas potential in the form of coalbed methane in the main coal-mining areas of eastern Ukraine and in two shale gas basins: a portion of the Lublin Basin, which extends across from Poland, and the Dnieper-Donets Basin in the east.

© OECD/IEA, 2012

Coalbed methane resources are estimated at close to 3 tcm. Technically recoverable shale gas resources in Ukraine are 1.2 tcm, around one-third less than remaining recoverable resources of conventional gas. The Ukrainian section of the Lublin Basin is large and reportedly has higher average total organic content than the Polish section and lower average depth. The Dnieper-Donets Basin – which currently provides most of the country's conventional oil, gas and coal production – also has high organic content, but is deeper.

The government is keen to develop new sources of gas in order to reduce the country's heavy dependence on imports from Russia – it has set a target of producing 3 to 5 bcm of unconventional gas by 2020. Coalbed methane is the most likely source of unconventional production growth in the short to medium term, but, if the conditions are in place, shale gas also offers considerable promise. A new tender for two large shale gas blocks in both basins is underway, offering foreign companies the opportunity to bid for the right to enter a production-sharing contract. Naftogaz, the state-owned oil and gas company, signed a memorandum of understanding with ExxonMobil in 2011 to co-operate on shale gas exploration; other companies are also interested in Ukraine's potential. An earlier shale gas tender led to some exploration drilling. Hawkley, an independent Australian company, drilled a shale gas well in the Dnieper-Donets basin in 2011. Kulczyk Oil, an international upstream company, announced in November 2011 that it had successfully completed the hydraulic fracturing of a well in a previously non-commercial zone of the Dnieper-Donets basin, yielding 65 thousand cubic metres per day (2.3 mcf/d) of gas and condensates.

In the Golden Rules Case, production of unconventional gas in Ukraine reaches 3 bcm in 2020, before ramping up to around 20 bcm in 2035. The Golden Rules Case assumes, importantly, that supportive measures are adopted to facilitate investment in the gas sector: Ukraine has a poor investment climate and upstream conventional gas output currently stands at around 20 bcm per year.

## Australia

### *Resources and production*

As a sizeable producer of coalbed methane (known as coal seam gas), Australia is one of only a handful of countries already producing commercial volumes of unconventional gas. Its large resources of shale gas, tight gas and coalbed methane hold the promise of continuing strong growth in unconventional gas output in the long term. The attraction of unconventional gas developments is heightened by the fact that Australia's conventional gas resources, while sizeable, tend to be offshore, expensive to develop and far from national markets.

More is known about the size of the country's coalbed methane resources than about the other two categories of unconventional gas. According to official estimates, demonstrated economically recoverable coalbed methane resources were 930 bcm at the end of 2010 (Geoscience Australia, 2012). The estimates of these resources have grown substantially in recent years, as exploration and development has expanded. Nearly all current reserves

© OECD/IEA, 2012

are contained in the Surat (69%) and Bowen (23%) basins in central Queensland, with almost all the balance in New South Wales (Figure 3.10).

**Figure 3.10** ▷  **Major unconventional natural gas resources in Australia**



This document and any map included herein are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

Commercial production of coalbed methane began in 1996 in eastern Australia and has grown sizeably over the last few years. Output reached 5 bcm in 2010, accounting for about 15% of total Australian gas consumption. Virtually all output comes from the Surat and Bowen basins, with small volumes also now produced from the Sydney Basin. The rapid growth of the unconventional gas industry has been supported by strong demand growth in the eastern Australian market, reflecting in part the Queensland government's energy and climate policies, including a requirement that 13% of power generation in the state be gas-fired by 2005 and 15% by 2010. The abundance of coalbed methane has led to a number of LNG-export projects being proposed in Queensland; and three large plants to be sited at the port of Gladstone are under construction: Queensland Curtis LNG (BG), Gladstone LNG (Santos), and Australia Pacific LNG (Origin and ConocoPhillips), with a fourth – Arrow LNG (Shell/PetroChina) – at an advanced stage of development. Total investment in the three projects underway is projected to be some $40 billion; their capacity of 29 bcm more than doubles current national export capacity. However, policy uncertainty and public reaction to the potential environmental impacts of coalbed methane production has slowed upstream development, particularly in New South Wales.

Remaining recoverable resources of tight gas in Australia are estimated at 8 tcm. The largest resources of these are in low permeability sandstone reservoirs in the Perth, Cooper and Gippsland Basins. Tight gas resources in these established conventional gas-producing basins are located relatively close to existing infrastructure and are currently being considered for commercial exploitation.

Although shale gas exploration is in its infancy in Australia, exploration activity has increased significantly in the last few years. Australia is estimated to contain 11 tcm of remaining recoverable shale gas resources. These are found predominately in the Cooper, Maryborough, Perth and Canning basins. The first vertical wells specifically targeting shale gas were drilled in the Cooper Basin in early 2011 and significant exploration is now underway in this basin and, to a lesser extent, in other promising areas. But a boom in shale gas production is unlikely in the near future because of logistical difficulties and the relatively high cost of labour and hydraulic fracturing.

### Regulatory framework

Under the existing regulatory framework governing the upstream hydrocarbons sector in Australia, powers and responsibilities are shared between the federal, state and territory governments and local authorities. The states hold rights over coastal waters from the coast line to the three-mile limit and joint regulatory authority over the federal waters adjacent to each state and the Northern Territory. In addition to various petroleum and pipelines laws, there is an extensive body of legislation governing upstream petroleum activities, covering such aspects as the environment, heritage, development, native title and land rights, and occupational health and safety; most are not specific to the oil and gas sector. A number of bodies across all levels of government have a role in regulating upstream petroleum activities.

Under Australian law, hydrocarbon resources are owned by the state (at federal, state or territory level) on behalf of the community, and governments at all levels have a "stewardship" role in petroleum resource management (AGPC, 2009). Farmers or graziers may hold freehold or leasehold title to land, but generally do not have rights to mineral or petroleum resources – these are subject to petroleum tenure rights granted by the state or territory governments. Underlying native title can coexist with other land title rights. In general, landowners have no right to refuse access to the petroleum tenure holder for petroleum operations; but they do have a claim to compensation for the impact of those operations. Approvals, generally a state or territory responsibility, are required to construct petroleum pipelines and facilities such as LNG trains. Landowners do not have the incentive of ownership of mineral resources to facilitate surface access to unconventional gas projects, but state and territory governments do have an incentive to promote development, as they can benefit from any taxes or royalties levied on production.

© OECD/IEA, 2012

Within each jurisdiction, environmental regulation of upstream activities can include hydrocarbon-specific environmental approvals, though there are few rules specific to unconventional gas. The main federal regulations are the Offshore Petroleum and Greenhouse Gas Storage Act 2006 and the Environment Protection and Biodiversity Protection Act 1999 (EPBC Act). Under the EPBC Act, if a project affects matters of national environmental significance, it requires federal approval. LNG projects in Queensland, including their upstream coalbed methane operations, trigger the need for such federal approval. In general, an environmental impact assessment must be carried out in advance of all upstream projects that are likely to have a significant impact on the environment.

The rapid expansion of the coalbed methane industry has led to increased public concern over access issues and the potential environmental risks, particularly the drawdown and contamination of aquifers and groundwater and problems arising from the disposal of produced water. As described in Chapter 1, the techniques used in coalbed methane production differ significantly from those for shale gas; in particular there is a need to remove large amounts of water from the coal formation. This causes concern that those already drawing water from the same formations will be adversely affected and that the disposal of the large water volumes involved in coalbed methane production will not be properly handled. Given the semi-arid conditions in the producing areas, evaporation or discharge of even suitably-treated formation water to existing watercourses may not be appropriate. This has led to delays in issuing approvals for some upstream developments.

The federal government announced in 2011 that all future coalbed methane and other coal projects would come under increased environmental scrutiny. A new, well-resourced and independent scientific committee, established under the EPBC Act, will evaluate most future projects prior to approval to ensure that they do not pose a hazard to underground and surface water sources. Protocols are being developed at federal and state level to determine which projects will be referred to this committee. In Queensland, where most coalbed methane activity is concentrated, new proposals to manage the impact of water extraction on groundwater are being finalised. They provide for cumulative assessment of the impacts on groundwater resources in defined management areas. This work will be based on a major groundwater flow model, designed to predict impacts on aquifers, as well as new monitoring arrangements. A major report, the Surat Underground Water Impact Report, is expected to be published for public consultation by the Queensland Water Commission in mid-2012. A key principle in the regulatory approach is that petroleum operators must make good any impairment of water supply that they cause and that any consequence of underestimating that risk should lie with the operator, not the water source owner or the state government. The upstream industry has argued that the new regulations will hamper the development of the country's nascent unconventional gas sector. In New South Wales, where regulatory activity is less advanced, the state government has introduced a moratorium on hydraulic fracturing while it considers new regulation.

3

© OECD/IEA, 2012

In December 2011, energy and resources ministers at both federal and state levels agreed to develop a nationally harmonised framework for coalbed methane regulation to address the following areas of community concern:

- Water management.
- The need for a multiple land-use framework, meaning measures to reconcile the ability for extraction of coalbed methane with existing and potential agricultural or pastoral uses.
- The application of best practice standards to production activities.
- Minimising environmental and social impacts.

The objective is to achieve measures in these areas which maximise transparency and generate greater public confidence in the effective regulation of the industry while supporting commercial extraction of coalbed methane.

### *Projections and implications*

The prospects for unconventional gas production in Australia hinge to a large degree on whether policy-makers and the industry itself can sustainably manage the associated environmental risks on a basis that retains public confidence in the outcomes. In the Golden Rules Case, this is achieved, with unconventional gas output continuing to expand rapidly, reaching about 60 bcm by 2020 and 110 bcm in 2035. Coalbed methane contributes almost all of this increase, with shale gas production growing more slowly. As a result, total gas production more than triples, with unconventional gas accounting for more than half of gas output after 2020 (Figure 3.11). The projected level of coalbed methane production for 2020 assumes that the four LNG-export projects in Queensland proceed as planned and enter the market before the large increase in unconventional production in other countries, notably China, gains momentum.

**Figure 3.11** ▷ **Natural gas balance in Australia in the Golden Rules Case***



* The sum of demand and net exports represents total production.

© OECD/IEA, 2012

Gas production is driven primarily by exports, based on both conventional and unconventional sources, which rise by 100 bcm in the Golden Rules Case. Exports reach 80 bcm in 2020, based on developments under construction, and continue to grow throughout the projection period. The value of those exports increases seven-fold to just over $55 billion in 2035 (in year-2010 dollars).

In both the Golden Rules and Low Unconventional Cases, east coast Australian domestic prices rise towards the export netback price (the delivered export price less liquefaction and transport costs) from their current very low levels. The high capital costs of Australian LNG plants meaning that these netback levels are likely to be at least $5 to $6/MBtu below the price of LNG delivered to Asian markets. In the Golden Rules Case, Australia's gas consumption nonetheless continues to expand on the back of government policies to encourage switching to gas for environmental reasons (including the recently agreed carbon trading scheme).

In the Low Unconventional Case, coalbed methane production expands at a much slower pace on the assumption of bigger hurdles to development of these resources, while there is no shale gas production at all. In 2035, unconventional gas production falls to around 35 bcm – this is 75 bcm lower than in the Golden Rules Case. The higher international price environment in the Low Unconventional Case means that the upward pull on Australian domestic prices is stronger.

Gas exports still reach more than 110 bcm in the Low Unconventional Case, as investment is shifted to LNG projects based on conventional gas. In this case, the needs of importing countries are much increased and so any gas exporter with the capacity to export has an incentive to do so; this is certainly the case for Australia, with its conventional resources and existing export infrastructure, even if these conventional resources are more costly to develop. Export earnings are even higher in this case, as international gas prices are higher. Unsurprisingly, Australia would stand to benefit from restrictions on unconventional gas developments in other parts of the world, especially in Asia-Pacific, as it is able to expand its own production of conventional and unconventional gas.

© OECD/IEA, 2012

© OECD/IEA, 2012

# Units and conversion factors

This annex provides general information on units and general conversion factors.

## Units

| **Emissions** | ppm | parts per million (by volume) |
|---|---|---|
| | Gt $CO_2$-eq | gigatonnes of carbon-dioxide equivalent (using 100-year global warming potentials for different greenhouse gases) |
| | kg $CO_2$-eq | kilogrammes of carbon-dioxide equivalent |
| | $gCO_2$/kWh | grammes of carbon dioxide per kilowatt-hour |
| | | |
| **Energy** | toe | tonne of oil equivalent |
| | Mtoe | million tonnes of oil equivalent |
| | Mt LNG | million tonnes of liquefied natural gas |
| | MBtu | million British thermal units |
| | MJ | megajoule (1 joule x $10^6$) |
| | GJ | gigajoule (1 joule x $10^9$) |
| | TJ | terajoule (1 joule x $10^{12}$) |
| | kWh | kilowatt-hour |
| | MWh | megawatt-hour |
| | GWh | gigawatt-hour |
| | TWh | terawatt-hour |
| | | |
| **Gas** | mcm | million cubic metres |
| | bcm | billion cubic metres |
| | tcm | trillion cubic metres |
| | mcf | million cubic feet |
| | bcf | billion cubic feet |
| | tcf | trillion cubic feet |
| | | |
| **Mass** | kg | kilogramme (1 000 kg = 1 tonne) |
| | kt | kilotonnes (1 tonne x $10^3$) |
| | Mt | million tonnes (1 tonne x $10^6$) |
| | Gt | gigatonnes (1 tonne x $10^9$) |

© OECD/IEA, 2012

| Monetary | $ million | 1 US dollar x $10^6$ |
| | $ billion | 1 US dollar x $10^9$ |
| | $ trillion | 1 US dollar x $10^{12}$ |

| Oil | b/d | barrels per day |
| | kb/d | thousand barrels per day |
| | mb/d | million barrels per day |

| Power | W | watt (1 joule per second) |
| | kW | kilowatt (1 watt x $10^3$) |
| | MW | megawatt (1 watt x $10^6$) |
| | GW | gigawatt (1 watt x $10^9$) |
| | TW | terawatt (1 watt x $10^{12}$) |

## General conversion factors for energy

| Convert to: | bcm | bcf | Mt LNG | TJ | GWh | MBtu | Mtoe |
|---|---|---|---|---|---|---|---|
| From: | multiply by: | | | | | | |
| bcm | 1 | 35.315 | 0.7350 | $4.000 \times 10^4$ | $11.11 \times 10^3$ | $3.79 \times 10^7$ | 0.9554 |
| bcf | $2.832 \times 10^{-2}$ | 1 | $2.082 \times 10^{-2}$ | $1.133 \times 10^3$ | $3.146 \times 10^2$ | $1.074 \times 10^6$ | $2.705 \times 10^{-2}$ |
| Mt LNG | 1.360 | 48.03 | 1 | 54 400 | 15 110 | $5.16 \times 10^7$ | 1.299 |
| TJ | $2.5 \times 10^{-5}$ | $8.829 \times 10^{-4}$ | $1.838 \times 10^{-5}$ | 1 | 0.2778 | 947.8 | $2.388 \times 10^{-5}$ |
| GWh | $9.0 \times 10^{-5}$ | $3.178 \times 10^{-3}$ | $6.615 \times 10^{-5}$ | 3.6 | 1 | 3 412 | $8.6 \times 10^{-5}$ |
| MBtu | $2.638 \times 10^{-8}$ | $9.315 \times 10^{-7}$ | $1.939 \times 10^{-8}$ | $1.0551 \times 10^{-3}$ | $2.931 \times 10^{-4}$ | 1 | $2.52 \times 10^{-8}$ |
| Mtoe | 1.047 | 36.97 | 0.7693 | $4.1868 \times 10^4$ | 11 630 | $3.968 \times 10^7$ | 1 |

## Notes

- Gas volumes are measured at a temperature of 15°C and a pressure of 101.325 kilopascals.
- The Gross Calorific Value (GCV) of gas is defined as 40.0 MJ/cm for conversion purposes in the table above.
- The global average GCV varies with the mix of production over time, in 2009 it was 38.4 MJ/cm.
- 1 Mtoe is equivalent to $10^7$ gigacalories.

© OECD/IEA, 2012

# References

### *Introduction*

IEA (International Energy Agency) (2011) "Are We Entering a Golden Age of Gas?", *World Energy Outlook 2011 Special Report*, OECD/IEA, Paris.

### *Chapter 1: Addressing environmental risks*

Aldhous, P. (2012), "Drilling into the Unknown", *New Scientist*, Issue 2849, pp. 8-10.

Alvarez, R. *et al.* (2012), "Greater Focus Needed on Methane Leakage from Natural Gas Infrastructure", *Proceedings of the National Academy of Sciences*, Vol. 109, No. 17, Washington, DC, pp. 6435-6440.

Cathles, L.M. *et al. (2012), "*A commentary on 'The Greenhouse-Gas Footprint of Natural Gas in Shale Formations' by R. W. Howarth, R. Santoro, and Anthony Ingraffea*", Climatic Change,* Vol. 110, Springer.

Cuenot, N. *et al.* (2011), *Induced Microseismic Activity during Recent Circulation Tests at the EGS Site of Soultz-sous-Forêts (France)*, Proceedings of the 36th Workshop on Geothermal Reservoir Engineering, Stanford, CA.

DECC (UK Department of Energy and Climate Change) (2012), "Comments Sought on Recommendations from Independent Experts on Shale Gas and Fracking", Press Release, UK DECC, www.decc.gov.uk/en/content/cms/news/pn12_047/pn12_047.aspx, accessed 27 April 2012.

Holditch, S. (2010), "Shale Gas Holds Global Opportunities", *The American Oil & Gas Reporter*, August 2010, National Publishers Group.

Horsley & Witten, Inc. (2001), *Draft Evaluation of Impacts to Underground Sources of Drinking Water by Hydraulic Fracturing of Coalbed Methane Reservoirs*, prepared for the US EPA, Washington, DC.

Howarth, R., R. Santoro and A. Ingraffea (2011), "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations", *Climatic Change*, Vol. 106, No. 4, Springer, pp. 679-690.

IEA (International Energy Agency) (2009), *World Energy Outlook 2009*, OECD/IEA, Paris.

— (2010), *World Energy Outlook 2010*, OECD/IEA, Paris.

— (2011a), *World Energy Outlook 2011*, OECD/IEA, Paris.

— (2011b), "Are We Entering a Golden Age of Gas?", *World Energy Outlook 2011 Special Report*, OECD/IEA, Paris.

© OECD/IEA, 2012

IPCC (Intergovernmental Panel on Climate Change) (2007), "Climate Change 2007: The Physical Science Basis", contribution of Working Group I to the Fourth Assessment Report of the IPCC, S. Solomon *et al.* (eds.), Cambridge University Press, Cambridge and New York.

Jiang, M. *et al.* (2011), "Life Cycle Greenhouse Gas Emissions of Marcellus Shale Gas", *Environmental Research Letters*, Vol. 6, No. 3, IOP Science.

Molofsky, L.J. *et al.* (2011), "Methane in Pennsylvania Water Wells Unrelated to Marcellus Shale Fracturing", *Oil and Gas Journal*, Vol. 109, No. 49, Pennwell Corporation, Oklahoma City.

NRC (National Research Council) (2010), *Management and Effects of Coalbed Methane Produced Water in the United States*, National Academy of Sciences, Washington, DC.

Petron, G. *et al.* (2012), "Hydrocarbon Emissions Characterization in the Colorado Front Range - A Pilot Study", *Journal of Geophysical Research*, Vol. 117, p. 19.

RCT (Railroad Commission of Texas) (2012), Texas Eagle Ford Shale Drilling Permits Issued 2008 through 2011, www.rrc.state.tx.us/eagleford/EagleFordDrillingPermitsIssued.pdf, accessed 2 May 2012.

Redmayne, D.W. *et al*. (1998), "Mining-Induced Earthquakes Monitored During Pit Closure in the Midlothian Coalfield", *Quarterly Journal of Engineering Geology and Hydrology*, Vol. 31, No. 1, Geological Society, London, p. 21.

Robart, C.J. (2012), "Water Management Economics in the Development and Production of Shale Gas Resources", *International Association for Energy Economics (IAEE) Energy Forum*, First Quarter, pp. 25-27.

Shindell, D. *et al.* (2009), "Improved Attribution of Climate Forcing to Emissions", *Science* Vol. 326, No. 5953, Washington, DC, pp. 716-718.

Skone, T. J. (2011), "Life Cycle Greenhouse Gas Analysis of Natural Gas Extraction and Delivery in the United States, presentation at Cornell University, 12 May, www.netl.doe.gov/energy-analyses/pubs/NG_LC_GHG_PRES_12MAY11.pdf, accessed 2 May 2012.

US EPA (US Environmental Protection Agency) (2006), *Global Mitigation of Non-CO$_2$ Greenhouse Gases*, US EPA, Washington, DC.
— (2010), *Coalbed Methane Extraction: Detailed Study Report*, US EPA, Washington, DC.
— (2011), *Draft: Global Anthropogenic Non-CO$_2$ Greenhouse Gas Emissions: 1990 – 2030*, US EPA, Washington, DC.
— (2012), *Preliminary Draft Global Mitigation of Non-CO$_2$ Greenhouse Gases Report*, US EPA, www.epa.gov/climatechange/economics/international.html, accessed 2 May 2012.

US EPA and GRI (Gas Research Institute) (1996), *Methane Emissions from the Natural Gas Industry*, US EPA, Washington, DC.

© OECD/IEA, 2012

YPF (2012), "Unconventional Resources and Reserves at Vaca Muerta Formation", filing at the Buenos Aires Stock Exchange, 8 February 2012, Buenos Aires.

### Chapter 2: The Golden Rules Case and its counterpart

BGR (Bundesanstalt für Geowissenschaften und Rohstoffe – German Federal Institute for Geosciences and Natural Resources) (2011), *Reserves, Resources and Availability of Resources 2011*, BGR, Hannover, Germany.

Elliot, T. and A. Celia (2012)," Potential Restrictions for $CO_2$ Sequestration Sites Due to Shale and Tight Gas Production", *Environmental Science and Technology*, Vol. 46, No. 7, pp. 4223-4227.

IEA (International Energy Agency) (2011a), *World Energy Outlook* 2011, OECD/IEA, Paris.

— (2011b), "Are We Entering a Golden Age of Gas?", *World Energy Outlook 2011 Special Report*, OECD/IEA, Paris.

MLR (Chinese Ministry of Land Resources) (2012), *Results of the National Shale Gas Geological Survey and Priority Locations*, March 2, *www.mlr.gov.cn/xwdt/jrxw/201203/ t20120302_1069466.htm*, accessed 2 May 2012 (in Chinese).

Rogner, H. (1997), *An Assessment of World Hydrocarbon Resources*, IIASA, Laxenburg, Austria.

PGI (Polish Geological Institute) (2012), *Assessment of Shale Gas and Shale Oil Resources of the Lower Paleozoic Baltic-Podlasie-Lublin Basin in Poland*, PGI, Warsaw.

US DOE/EIA (US Department of Energy/Energy Information Administration) (2011a), *World Shale Gas Resources: An Initial Assessment of 14 Regions Outside the United States*, US DOE/EIA, Washington, DC.

— (2011b), *Review of Emerging Resources: US Shale Gas and Shale Oil Plays*, US DOE, Washington, DC.

— (2012), *Annual Energy Outlook 2012 Early Release*, US DOE, Washington, DC.

USGS (United States Geological Survey) (2011), *Assessment of Undiscovered Oil and Gas Resources of the Devonian Marcellus Shale of the Appalachian Basin Province*, USGS, Boulder, CO.

— (2012), *Assessment of Potential Shale Gas Resources of the Bombay, Cauvery, and Krishna–Godavari Provinces*, USGS, Boulder, CO.

YPF (2012), "Unconventional Resources and Reserves at Vaca Muerta Formation", filing at the Buenos Aires Stock Exchange, 8 February 2012, Buenos Aires.

© OECD/IEA, 2012

## Chapter 3: Country and regional outlooks

API (American Petroleum Institute) (2011), "Overview of Industry Guidance/Best Practices on Hydraulic Fracturing", Information Sheet, API, *www.api.org/policy/exploration/ hydraulicfracturing/upload/hydraulic_fracturing_infosheet.pdf*, accessed 24 February 2012.

AGPC (Australian Government Productivity Commission) (2009), *Review of Regulatory Burden on the Upstream Petroleum (Oil and Gas) Sector*, AGPC, Melbourne.

CAPP (Canadian Association of Petroleum Producers) (2012), *Hydraulic Fracturing Operating* Practices, CAPP, www.capp.ca/canadaIndustry/naturalGas/ShaleGas/Pages/ Default.aspx, accessed 3 March 2012.

Energy Resources Conservation Board (ERCB) (2011), *Unconventional Gas Regulatory Framework—Jurisdictional Review*, ERCB, Calgary.

European Parliament (2011a), "Impacts of Shale Gas and Shale Oil Extraction on the Environment and on Human Health", Committee on the Environment, Public Health and Food Safety, European Parliament, Luxembourg.

— (2011b), "Draft Report on the Environmental Impacts of Shale Gas and Shale Oil Extraction Activities", Committee on the Environment, Public Health and Food Safety, European Parliament, Luxembourg.

— (2012), "Draft Report on Industrial, Energy and Other Aspects of Shale Gas and Oil", Committee on Industry, Research and Energy, European Parliament, Luxembourg.

Geoscience Australia (2012), *Oil and Gas Resources of Australia – 2010 Report*, Geoscience Australia, Canberra.

Gonnot, FM. and P. Martin (2011), Rapport d'Information, No. 3517, Assemblée Nationale, Paris.

Green, C., P. Styles and B. Baptie (2012), *Preese Hall Shale Gas Fracturing: Review and Recommendations for Induced Seismic Mitigation*, UK Department of Energy and Climate Change, April, London.

IHS Global Insight (2011), *The Economic and Employment Contributions of Shale Gas in the United States*, America's Natural Gas Alliance, Washington, DC.

Leteurtrois, JP. *et al.* (2011), *Les Hydrocarbures de Roche-mère en France* (translation), Preliminary Report, French Ministry of Industry, Energy and the Digital Economy and French Ministry of Ecology, Sustainable Development, Transport and Housing, April, Paris.

MLR (Chinese Ministry of Land Resources) (2012), *Results of the National Shale Gas Geological Survey and Priority Locations*, March 2, *www.mlr.gov.cn/xwdt/jrxw/201203/ t20120302_1069466.htm*, accessed 20 April 2012 (in Chinese).

NPC (National Petroleum Council) (2011), *Prudent Development - Realizing the Potential of North America's Abundant Natural Gas and Oil Resources*, NPC, Washington, DC.

© OECD/IEA, 2012

Pater, C.J. de and S. Baisch (2011), Geomechanical Study of Bowland Shale Seismicity, Cuadrilla Resources, Staffordshire, United Kingdom.

Philippe & Partners (2011), *Final Report on Unconventional Gas in Europe*, European Commission Directorate General for Energy, Brussels.

PGI (Polish Geological Institute) (2012), *Assessment of Shale Gas and Shale Oil Resources of the Lower Paleozoic Baltic-Podlasie-Lublin Basin in Poland*, PGI, Warsaw.

PWC (PricewaterhouseCoopers) (2011), *Shale Gas: A Renaissance in US Manufacturing?*, PWC, Delaware, United States.

Secretaria de Energia (2012), *Estrategia Nacional de Energia* (National Energy Strategy) *2012-2026*, Secretaria de Energia, Mexico City.

UK Parliament (2011), "Shale Gas – Fifth Report", Energy and Climate Change Committee, UK Parliament, www.publications.parliament.uk/pa/cm201012/cmselect/cmenergy/795/79502.htm, accessed 2 May 2012.

US DOE (US Department of Energy) (2011), *SEAB Shale Gas Production Subcommittee Second Ninety Day Report*, US DOE, Washington, DC.

US DOE/EIA (US Department of Energy/Energy Information Administration) (2008), *Annual Energy Outlook 2008*, US DOE/EIA, Washington, DC.

— (2011), *World Shale Gas Resources: An Initial Assessment of 14 Regions Outside the United States*, US DOE/EIA, Washington, DC.

© OECD/IEA, 2012



International
Energy Agency

# WORLD
# ENERGY
# OUTLOOK
# 2012

RELEASE: **12 NOVEMBER 2012**

© OECD/IEA, 2012

# WORLD **ENERGY** OUTLOOK 2012

Industry and government decision-makers and others with a stake in the energy sector all need *WEO-2012*. It presents authoritative projections of energy trends through to 2035 and insights into what they mean for energy security, environmental sustainability and economic development.

Oil, coal, natural gas, renewables and nuclear power are all covered, including the outlook for unconventional gas, building on the recent *WEO* special report on the Golden Rules for a Golden Age of Gas. Global energy demand, production, trade, investment and carbon dioxide emissions are broken down by region or country, by fuel and by sector.

Special strategic analyses cover:

- the **Iraqi energy sector**, examining its role both in satisfying the country's internal needs and in meeting global oil demand;

- what **unlocking the potential for energy efficiency** could do, country by country and sector by sector, for oil security, the climate and the economy;

- the **cost of delaying action on climate change**, as more and more carbon-emitting facilities are built;

- the **water-energy nexus**, as water resources become increasingly stressed and access more contentious;

- measures of progress towards providing **universal access to modern energy services**; and

- recent developments in **subsidies for fossil fuels and renewable energy**.

No-one can be sure today how the future energy system might evolve; but many decisions cannot wait. The insights of *WEO-2012* are invaluable to those who must make them.

For more information, please visit our website: ***www.worldenergyoutlook.org***

## International Energy Agency

**9, rue de la Fédération - 75739 Paris Cedex 15 - France**
**Tel +33 1 40 57 66 90**

The Paris-based International Energy Agency is an intergovernmental body committed to advancing security of energy supply, economic growth and environmental sustainability through energy policy and technology co-operation. It was founded after the oil supply disruptions in 1973-1974 and consists of 28 industrialised countries, all members of the Organisation for Economic Co-operation and Development.

© OECD/IEA, 2012

© IEA/OECD, 2012



*www.worldenergyoutlook.org*

**TABLE OF CONTENTS**

PART A
**GLOBAL
ENERGY
TRENDS**

PART B
**FOCUS ON
ENERGY
EFFICIENCY**

PART C
**ENERGY
OUTLOOK
FOR IRAQ**

PART D
**SPECIAL
TOPICS**

**ANNEXES**

© OECD/IEA, 2012

UNDERSTANDING THE SCENARIOS — 1

ENERGY PROJECTIONS TO 2035 — 2

OIL MARKET OUTLOOK — 3

NATURAL GAS MARKET OUTLOOK — 4

COAL MARKET OUTLOOK — 5

POWER SECTOR OUTLOOK — 6

RENEWABLE ENERGY OUTLOOK — 7

CLIMATE CHANGE AND THE ENERGY OUTLOOK — 8

THE OUTLOOK FOR ENERGY EFFICIENCY — 9

PUSHING ENERGY EFFICIENCY TO THE LIMIT — 10

UNLOCKING ENERGY EFFICIENCY AT THE SECTORAL LEVEL — 11

IRAQ'S ENERGY SECTOR — 12

ENERGY RESOURCES AND SUPPLY POTENTIAL — 13

FUELLING RECONSTRUCTION AND GROWTH — 14

IMPLICATIONS OF IRAQ'S ENERGY DEVELOPMENT — 15

WATER FOR ENERGY — 16

MEASURING PROGRESS TOWARDS ENERGY FOR ALL — 17

ANNEXES

© OECD/IEA, 2012

International Energy Agency

# Online bookshop

**Buy IEA publications online:**

**www.iea.org/books**

**PDF versions available at 20% discount**

**Books published before January 2010 - except statistics publications - are freely available in pdf**

International Energy Agency • 9 rue de la Fédération • 75739 Paris Cedex 15, France

iea
Tel: +33 (0)1 40 57 66 90
E-mail: books@iea.org

FSC
www.fsc.org
MIXTE
Issu de sources responsables
FSC® C031289

The paper used for this document and the forest from which it comes have received FSC certification for meeting a set of strict environmental and social standards. The FSC is an international, membership-based, non-profit organisation that supports environmentally appropriate, socially beneficial, and economically viable management of the world's forests.

IEA PUBLICATIONS, 9 rue de la Fédération, 75739 Paris Cedex 15
Layout in France by Easy Catalogue - Printed in France by Soregraph, May 2012
Photo credits: GraphicObsession

© OECD/IEA, 2012

# Pennsylvania Energy Impacts Assessment

### Report 1: Marcellus Shale Natural Gas and Wind



# Pennsylvania Energy Impacts Assessment

## Report 1:  Marcellus Shale Natural Gas and Wind

### November 15, 2010

Author and Team Leader:  Nels Johnson[1]

Assessment Team: Tamara Gagnolet[1], Rachel Ralls[1], Ephraim Zimmerman[2], Brad Eichelberger[2], Chris Tracey[2], Ginny Kreitler[3], Stephanie Orndorff[3], Jim Tomlinson[3], Scott Bearer[1], and Sarah Sargent[3]

The Nature Conservancy gratefully acknowledges generous financial support for this assessment from the Heinz Endowments, the R.K. Mellon Foundation, and the William Penn Foundation.

[1.]   The Nature Conservancy – Pennsylvania Chapter
[2.]   Western Pennsylvania Conservancy – Pennsylvania Natural Heritage Program
[3.]   Audubon Pennsylvania

Cover photos: Marcellus gas drilling rig in Lycoming County © Tamara Gagnolet / TNC; wind turbine in Tioga County © Nels Johnson / TNC; log pile © TNC; electric transmission lines in Clinton County © George C. Gress / TNC




# Table of Contents

Executive Summary ..................................................................................................................3

Marcellus Shale Natural Gas ...................................................................................................8

    What is Marcellus Shale Natural Gas? ..............................................................................8

    Current and Projected Marcellus Shale Natural Gas Development ..................................9

    Conservation Impacts of Marcellus Shale Natural Gas Development ............................18

    Key Findings......................................................................................................................29

    Additional Information......................................................................................................30

Wind .......................................................................................................................................31

    What is Wind Energy?.......................................................................................................31

    Current and Projected Wind Energy Development .........................................................32

    Conservation Impacts of Wind Energy Development .....................................................38

    Key Findings......................................................................................................................44

    Additional Information......................................................................................................45

## Executive Summary



Forest landscape along the West Branch Susquehanna River, Clinton County. © George C. Gress / TNC

Within a few weeks during the summer of 2000, eight towers rose two hundred feet above an agricultural field on a low ridge top along the Pennsylvania Turnpike. Not long after, large blades began sweeping the Somerset County sky as Pennsylvania's first industrial wind facility went on line. Several years later and an hour drive to the west, an unusual natural gas well was drilled over a mile down and pumped full of water. That well in Washington County yielded a surprising amount of gas flowing from fractures in a shale formation that geologists had long suspected held plenty of gas but has been too expensive to develop. Meanwhile, a Canadian company bought a small sawmill in Mifflintown and started producing wood pellets for stoves, boilers, and electric plants. It soon became one of the region's largest producers of wood biomass energy supplies. In the decade since, these three new energy technologies have expanded rapidly across the state. By the end of this year, 500 wind turbines will be turning on Pennsylvania ridgelines, nearly 1,800 Marcellus natural gas wells will be scattered across rolling fields and forests, and over 50 facilities will be producing wood pellets or burning wood for energy. Thousands of miles of pipelines and powerlines already crisscross the state to get energy supplies to major markets in the Northeast.

Each of these energy sources carries both promise and risk for people and nature. The promise is that wind, natural gas, and wood biomass energy can reduce greenhouse gas emissions, generate jobs, and increase energy security. The risk is that extensive land use change and loss of natural habitats could accompany new energy development and transmission lines. Impacts to priority conservation habitats across the state have been modest thus far. For example, aerial photo analysis indicates Marcellus gas development has so far cleared just 3,500 acres of forest (about 1,000 acres for wind turbines). An additional 8,500 acres of forest is now within 300 feet of new



Black-throated blue warblers and other interior forest species could be impacted by forest fragmentation caused by energy development. © Gary Irwin

fragmenting edges created by well pads, and associated roads and infrastructure (5,000 acres for wind turbines). This fragmentation deprives "interior" forest species, such as black-throated blue warblers, northern goshawks, salamanders, and many woodland flowers, of the shade, humidity and tree canopy protection that only deep forest environments can provide.

By all accounts, each of these energy types is likely to grow substantially in Pennsylvania during the next two decades. The Marcellus shale formation, which underlies two-thirds of the state, is now believed to be one of the largest unconventional shale gas reserves in the world.  The Pennsylvania Alternative Energy Portfolio Standards Act of 2004, along with state and federal incentives, will likely boost expansion of wind, wood biomass, and other alternative energy types over the next two decades.  But, how much of each energy type might be developed?  What transmission infrastructure will be needed to get more electric power and natural gas to consumers?  And, where are these energy types most likely to be developed?  How



Nine Mile Run Creek in PA's North Central Highlands
© George C. Gress / TNC.

does the likely scale and location of future energy development overlap with priority conservation areas?  The Pennsylvania Energy Impacts Assessment seeks answers to these questions so that conservationists can work more effectively with energy companies and government agencies to avoid, minimize or mitigate habitat impacts in the future.

**Assessment Goal:**  Develop credible energy development projections and assess how they might affect high priority conservation areas across Pennsylvania.   Marcellus natural gas, wind, wood biomass, and associated electric and gas transmission lines were chosen as the focus since these energy types have the most potential to cause land-use change in the state over the next two decades.  The conservation impacts focus is on forest, freshwater, and rare species habitats.   The assessment **does not** address other potential environmental impacts, including water withdrawal, water quality, air quality and migratory pathways for birds and bats.   The assessment also does not address a range of other social, economic, and climate characteristics  of these energy types.

**Key Assumptions:**  Any assessment of future trends must include certain assumptions.  Among the most important assumptions of the Pennsylvania Energy Impacts Assessment are the following:

- A 20-year time period is used to assess potential cumulative habitat impacts from energy development;

- Given uncertainties about how energy prices could change, it was assumed that prices and capital investment (and policy and social conditions) will be sufficient to promote steady development growth for each energy type during the next two decades;

- Given uncertainty about how technology changes could affect spatial footprints, it was assumed that spatial footprints per well pad, turbine, and mile of transmission line will not change significantly during the next two decades;

- Given the proprietary nature of data on leases, Marcellus Shale porosity, fine resolution wind power, etc., all projections are based on publicly available information;

- It was assumed that recent trends and patterns of energy development will continue for the next two decades absent significant changes in government policies and industry practices;

Energy projections contained in this assessment are informed scenarios – **not predictions** – for how much energy development might take place and where it is more and less probable.  Projected impacts, however, are based on measurements of actual spatial footprints measured for hundreds of well pads and wind turbines.

**Analytical Steps:**   Key analytical steps for the Pennsylvania Energy Assessment included:

1) *Data collection* – Over 50 spatial data layers on energy resources, development permits, road and transmission infrastructure, physical features, and conservation priorities were compiled for the assessment;

2) *Spatial footprint analysis* – Spatial footprints for Marcellus gas well and wind turbine pads, associated roads, associated pipelines, associated electric transmission lines, and associated other clearings (*e.g.*, gas containment pits, equipment staging areas, electrical substations) were digitized using aerial photos of sites before and after construction;

3) *Scale projections* –  Low, medium, and high scenarios for *how much* Marcellus Shale natural gas, wind, wood biomass, and transmission line development might occur were  based as much as possible on existing projections and data from credible sources.

4) *Geographic projections* – Projections of *where* new Marcellus natural gas and wind energy development is more and less likely to occur were based on modeling the probability of a map pixel's land-use change to energy production based on sets of drivers and constraints developed for each energy type.  Geographic projections for wood biomass and energy transmission were not modeled due to a lack of data. Conclusions about regional patterns of wood biomass and transmission development and potential conservation impacts will be presented in Report 2 of the Pennsylvania Energy Impacts Assessment.

5) *Conservation impacts analysis* – The potential impacts of future energy development were assessed for forest and freshwater habitats across the state.  In addition, sites recognized as important for species of conservation concern were assessed. Conservation datasets for these assessments included, among others, large forest patches from The Nature Conservancy and the Western Pennsylvania Conservancy, habitat areas for rare species from the Pennsylvania Natural Heritage Program, densities for interior forest nesting bird species from the 2nd Pennsylvania Breeding Bird Atlas, and intact watersheds for native brook trout populations from the Eastern Brook Trout Joint Venture.

6) *Review* – A dozen energy experts in government, industry, and research organizations provided technical review of the energy projections.

**Energy Projections:**  The Pennsylvania Energy Impacts Assessment developed low, medium and high scenarios for the amount of energy development that might take place in Pennsylvania by 2030.  The projections include:

- *Marcellus Shale* – Sixty thousand wells could be drilled on between 6,000 and 15,000 new well pads (there are currently about 1,000) , depending on how many wells are placed on each pad.  Gas development will occur in at least half of the state's counties, with the densest development likely in 15 counties in southwest, north central, and northeast Pennsylvania.

- *Wind* – Between 750 and 2,900 additional wind turbines could be built (there are currently about 500), depending on the wind share of electric generation by 2030.  Most turbines would be built along the Allegheny Front in western Pennsylvania and on high Appalachian ridgetops in the central and northeastern parts of the state.

- *Wood Biomass* – Wood biomass energy demand could double or even triple today's wood energy use, depending on whether and how many coal power plants co-fire with wood biomass.   Wood biomass energy development is likely to be widespread across the state in all three scenarios.

- *Transmission Lines* – Preliminary findings indicate between 10,000 and 15,000 miles of new high-voltage power lines and gas pipelines (especially gathering lines) could be built during the next twenty years. There is considerable uncertainty about exactly where these lines will be built but recently proposed electric and gas transmission lines provide insights into potential habitat impacts.

**Conservation Impacts:**  This first Pennsylvania Energy Impacts Assessment report focuses on the overlap between likely Marcellus gas and wind development areas and Pennsylvania's most important natural habitats.  A second report will focus on the potential for additional impacts from new wood biomass energy plants, electric power lines, and natural gas pipelines.  Key findings for impacts from Marcellus natural gas and for wind development include:

*Forests*.  By 2030, a range of between 34,000 to 82,000 acres of forest cover could be cleared by new Marcellus gas development in the state.  Forest clearing for the wind development scenarios is much smaller, ranging from 1,000 to 4,500 acres.  Such clearings would create new forest edges where the risk of predation, changes in light and humidity levels, and expanded presence of invasive species could threaten forest interior species in 85,000 to 190,000 forest acres adjacent to Marcellus development and 5,400 to 27,000 forest acres adjacent to wind development. Forest impacts will be concentrated in the north central and southwest parts of the state where many of the state's largest and most intact forest patches could be fragmented into smaller patches by well pads, roads, and other infrastructure.  Impacts to forest interior species will vary depending on their geographic distribution and density.  Some species, such as the black-throated blue warbler, could see widespread impacts to their relatively restricted breeding habitats in the state while widely distributed species, such as the Scarlet Tanager, would be relatively less affected.  Locating energy infrastructure in open areas or toward the outer edges of large patches can significantly reduce impacts to important forest areas.

*Freshwater.*  Aquatic habitats are at risk too.  Once widespread, healthy populations of native eastern brook trout in Pennsylvania are now largely confined to small mountain watersheds.   Nearly 80 percent of the state's most intact brook trout watersheds could see at least some Marcellus gas and wind development during the next twenty years.  Strongholds for brook trout are concentrated in north central Pennsylvania, where Marcellus development is projected to be relatively intensive in over half of the state's best brook trout watersheds.  Exceptional Value streams – the Department of Environmental Protection's highest quality designation – could see hundreds of well pads (perhaps 300 - 750) and dozens of wind turbines


Brook trout © TNC

(perhaps 50 – 200) located within one-half mile under the projections.  Because many intact brook trout

and EV streams are in steep terrain, rigorous sediment controls, and possibly additional setback measures, are needed to help conserve these sensitive habitats.

*Rare Species.*  Nearly 40 percent of Pennsylvania's globally rare and Pennsylvania threatened species can be found in areas with high potential for Marcellus gas development.  These species tend to be associated with riparian areas, streams, and wetlands, while others are concentrated in unusually diverse areas such as the Youghiogheny Gorge.  A handful of rare species have most or all of their known locations in high potential areas for Marcellus gas development.  For example, three-fourths of all known snow trillium populations are in high potential Marcellus development areas as are all known populations for the green salamander.  A much smaller number of known locations for globally and state rare species overlap with high potential wind development sites and they tend to be associated with rocky outcrops and ridgetop barrens habitats. Species with the greatest overlaps include timber rattlesnakes, Allegheny woodrats, and northern long-eared Myotis bats.  More intensive surveys for globally rare and state critically endangered species in high potential Marcellus and wind development areas could help to minimize impacts before development begins. The Pennsylvania Game Commission is working with wind companies and other researchers to assess impacts to migratory pathways for birds and bats.

*Recreation.*  Extensive overlaps are projected between Marcellus development and state forests, state parks, and state game lands.  Just over ten percent of Pennsylvania's public lands are legally protected from gas development, most of it within State Wild and Natural Areas or in state parks where the Commonwealth owns the mineral rights.  The state does not own mineral rights for 80% of State Park and State Game Lands, nearly 700,000 acres of State Forests have already been leased, and only about 300,000 acres of the remaining State Forest Lands are legally off-limits to future leases.  Projections indicate between 900 and 2,200 well pads could be developed across all state lands, with most going on State Forest Lands, followed by State Game Lands, and State Parks.  Wind development was not projected on state lands, though some facilities are projected near highly visited sites, including natural vistas.

Clearly, the heart of some of Pennsylvania's best natural habitats lie directly in the path of future energy development.  Integrating information on conservation priorities into energy planning, operations, and policy by energy companies and government agencies sooner rather than later could dramatically reduce these impacts. Many factors – including energy prices, economic benefits, greenhouse gas reductions, and energy independence – will go into final decisions about where and how to proceed with energy development.   Information about Pennsylvania's most important natural habitats should be an important part of the calculus about trade-offs and optimization as energy development proceeds.  Would Pennsylvania's conservation pioneers, including Gifford Pinchot, Maurice Goddard, and Rachel Carson, expect anything less?

# Marcellus Shale Natural Gas

Once thought to be inaccessible, deep shale formations with tightly held natural gas have become the most rapidly growing source of energy in North America.  New technologies and methods have allowed companies to drill 6,000 to 10,000 feet down to reach the Marcellus shale, turn the well horizontally to follow the shale layer for a mile or more, and then pump in millions of gallons of water to fracture the shale and release the natural gas.   Pennsylvania is at the epicenter of the Marcellus formation, one of the world's largest unconventional shale natural gas reserves.  Situated right next door to huge markets in the Mid-Atlantic and Northeastern states, Marcellus gas development has expanded at a furious pace since the first wells were drilled just few years ago in Washington County.  There are now nearly 2,000 drilled wells, most of them concentrated in the southwestern and northeastern parts of the state.

 The Marcellus boom is bringing rapid economic growth to many rural communities that have been in economic decline for decades. Natural gas is also displacing higher carbon coal and oil supplies thus slowing the rise in greenhouse gas emissions.  These benefits are real but not without costs.  Large amounts of water must be withdrawn to frac each well (about 5 million gallons).  The return flow water that comes back up from the well contains varying levels of chemicals, heavy metals, and even radioactive materials, and must be handled carefully to avoid spills when recycled or disposed.  Heavy trucks and compressor stations rumble constantly in gas development areas putting heavy strains on roads, bridges and air quality.  Because of known and perceived risks to environmental quality and human health, water use, air emissions and transportation demands are receiving growing attention from government agencies, researchers and energy companies.  Thus far, relatively little attention, however, has been focused on Marcellus gas development impacts to natural habitats across the state.

## What is Marcellus Shale Natural Gas?

The Marcellus is the largest gas-bearing shale formation in North America in both area and potential gas volume.  It spans over 150,000 square miles across 5 states including the southern tier of New York, the northern and western half of Pennsylvania, the eastern third of Ohio, most of West Virginia, and a small slice of western Virginia.  Estimates of the potential recoverable volume have increased steadily.  The latest estimates by the U.S. Department of Energy are nearly 300 trillion cubic feet – enough to supply all natural gas demand in the United States for at least 10 years.



Map showing the extent of the Marcellus Shale formation. Data source: United States Geological Survey.

Geologists have long known the Marcellus formation is an organically-rich shale with potentially large amounts of natural gas, but it was too deep, too thin, and too dense to exploit. In 2005, Range Resources drilled the first production Marcellus well using horizontal drilling and hydraulic fracturing methods. The horizontal drilling is necessary because the shale is typically thin and vertical wells will only intercept a small part of the formation. Hydraulic fracturing (or "fracing") is a process that uses large volumes of water, sand, lubricants, and other chemicals to create small fissures in the shale rock. Hydro-fracing is necessary to release the gas which is tightly held in the dense black shale. These methods, first perfected for deep shale gas in the Barnett formation of Texas, unlocked the tremendous gas reserves in the Marcellus and other "unconventional" shale formations previously thought to be out of economic reach.

In contrast to shallow gas deposits in western Pennsylvania, the Marcellus is developed with multiple horizontal wells that can reach out 5,000 feet or more from one well pad. Everything about Marcellus development is bigger than conventional shallow gas plays. The well pads are more expansive (averaging just over 3 acres compared to a small fraction of an acre), the water used to frac wells is much greater (5 million gallons versus a hundred thousand gallons), and the supporting infrastructure is much larger in scale (24" diameter pipelines to gather gas from wells versus 2" or 4" pipelines in shallow fields). Individual wells are also vastly more productive (5 – 10 million cubic feet per day versus less than 100,000 cubic feet in peak early production). While the larger pad, greater water use, and more extensive infrastructure pose more challenges for conservation than shallow gas, the area "drained" by wells on each Marcellus pad is much larger than from shallow gas pads (500-1,000 acres versus 10-80 acres) since there are typically multiple lateral wells on a Marcellus pad versus a single vertical well on a shallow gas pad. The lateral reach of Marcellus wells means there is more flexibility in where pads and infrastructure can be placed relative to shallow gas. This increased flexibility in placing Marcellus infrastructure can be used to avoid or minimize impacts to natural habitats in comparison to more densely-spaced shallow gas fields.

## Current and Projected Marcellus Shale Natural Gas Development

Projections of future Marcellus gas development impacts depend on robust spatial measurements for existing Marcellus well pads and infrastructure. We compared aerial photos of Pennsylvania Department of Environmental Protection (DEP) Marcellus well permit locations taken before and after development and precisely documented the spatial foot print of 242 Marcellus well pads (totaling 435 drilling permits) in Pennsylvania visible in 2008 aerial imagery from the National Agriculture Imagery Program. The ground excavated for wells and associated infrastructure is the most obvious spatial impact.



9 ●

For each well site, the area for the well pad, new or expanded roads, gathering pipelines, and water impoundments were digitized and measured.





Aerial photos before and after development of a Marcellus gas well pad site in Susquehanna County, PA. To assess the impacts of this type of energy development, we have digitized the spatial footprint of 376 gas well pad sites and associated infrastructure.

| Average Spatial Disturbance for Marcellus Shale Well Pads in Forested Context (acres) | | |
|---|---|---|
| Forest cleared for Marcellus Shale well pad | 3.1 | 8.8 |
| Forest cleared for associated infrastructure (roads, pipelines, water impoundments, etc.) | 5.7 | |
| Indirect forest impact from new edges | 21.2 | |
| TOTAL DIRECT AND INDIRECT IMPACTS | 30 | |

Well pads occupy 3.1 acres on average while the associated infrastructure (roads, water impoundments, pipelines) takes up an additional 5.7 acres, or a total of nearly 9 acres per well pad.

Adjacent lands can also be impacted, even if they are not directly cleared. This is most notable in forest settings where clearings fragment contiguous forest patches,

create new edges, and change habitat conditions for sensitive wildlife and plant species that depend on "interior" forest conditions.

Forest ecologists call this the "edge effect." While the effect is somewhat different for each species, research has shown measurable impacts often extend at least 330 feet (100 meters) forest adjacent to an edge. Interior forest species avoid edges for different reasons. Black-throated blue warblers and other interior forest nesting birds, for example, avoid areas near edges because of the increased risk of predation. Tree frogs, flying squirrels and certain woodland flowers are sensitive to forest fragmentation because of changes in canopy cover, humidity and light levels. Some species, especially common species such as whitetail deer and cowbirds, are attracted to forest edges – often resulting in increased competition, predation, parasitism, and herbivory. Invasive plant species, such as tree of heaven, stilt grass, and Japanese barberry, often thrive on forest edges and can displace native forest species. As large forest patches become progressively cut into smaller patches, populations of forest interior species decline.

To assess the potential interior forest habitat impact, we created a 100 meter buffer into forest patches from new edges created by well pad and associated infrastructure development. For those well sites developed in forest areas or along forest edges (about half of assessed sites), an average of 21 acres of interior forest habitat was lost.



Interior forest habitat before and after development of a Marcellus gas well pad site in Elk County, PA.

The number of Marcellus wells drilled in Pennsylvania during the next two decades will expand steadily. Just how many wells are drilled will be driven by various factors including natural gas prices, technological improvements, human resources, regulatory changes in Pennsylvania and beyond (e.g., end of New York drilling moratorium), and social preferences. Assessing how these factors will change over the next two decades is very difficult; therefore

our projections assume economic, policy, and social conditions remain stable enough to promote steady expansion of Marcellus gas development in the state. The first key variable in our projection is the number of drilling rigs that will be operating in Pennsylvania.  By October 2010, the industry had moved just over 100 rigs into Pennsylvania to drill Marcellus wells according to the Baker-Hughes weekly rig count.  Given the high productivity of the Marcellus and its proximity to major northeastern markets, most industry observers expect this number to continue growing steadily.  The number of horizontal drill rigs operating in the Barnett Shale has peaked at about 200, but the



Key drivers: number of rigs, number of wells per pad.

We project 60,000 Marcellus wells will be drilled during the next twenty years based on company investor presentations and academic assessments of gas development potential. Depending on how many wells on average are placed on the same pad site (see illustration below), we project between 7,000 and 16,000 new well pad sites will be developed in Pennsylvania by 2030.



| Low Scenario | Medium Scenario | High Scenario |
|---|---|---|
| 10 wells per pad | 6 wells per pad | 4 wells per pad |
| Pads spaced ~5,200 ft apart | Pads spaced ~4,100 ft apart | Pads spaced ~3,350 ft apart |

12

Marcellus Shale is much larger and could reach 300 rigs in Pennsylvania alone.  We chose a conservative estimate of 250 maximum horizontal drill rigs for each scale projection scenario.  Assuming that each rig can drill one well per month, 3,000 wells are estimated to be drilled annually.  At that rate, 60,000 new wells would be drilled by the year 2030.

The second key variable, especially for determining land-use and habitat impacts, is the number of wells on each pad.  Because each horizontal well can drain gas from 80 to 170 acres (depending on the lateral well length), more wells per pad translates to less disturbance and infrastructure on the landscape. It's technically possible to put a dozen or more Marcellus wells on one pad So far, the average in Pennsylvania is two wells per pad as companies quickly move on to drill other leases to test productivity and to secure as many potentially productive leases as possible (leases typically expire after 5 years if there is no drilling activity). In many cases, the gas company will return to these pads later and drill additional wells.  The low scenario (6,000 well pads) assumes that each pad on average will have ten wells.  Because many leases are irregularly shaped, in mixed ownership, or the topography and geology impose constraints, it is unlikely this scenario will develop. It would take relatively consolidated leaseholds and few logistical constraints for this scenario to occur.  The medium scenario for well pads assumes 6 wells on average will be drilled from each pad, or 10,000 well pads across the state.  Industry staff generally agree that six is the most likely number of wells they will be developing per pad for most of their leaseholds, at least where lease patterns facilitate drilling units of 600 acres or larger.  The high scenario assumes each pad will have 4 wells drilled on average, or 15,000 well pads across the state. This scenario is more likely if there is relatively little consolidation of lease holds between companies in the next several years.

The number of well pads is less important than where they are located, at least from a habitat conservation perspective.  To understand which areas within Pennsylvania's Marcellus formation are more and less likely to be developed, we used a machine-based learning modeling approach known as maximum entropy (Maxent 3.3.3a, Princeton University).  Maximum entropy was used to find relationships between 1,461 existing and permitted well pad locations and variables that might be relevant to a company's decision to drill a Marcellus well.  Such variables were chosen based on data availability and included Marcellus Shale depth, thickness and thermal maturity as well as percent slope, distance to pipelines, and distance to roads. The model produces a raster surface that represents the probability of an area to potentially support future gas well development.  An additional 487 existing and permitted wells were used to test the validity of the model's probability surface and the model was found to be 80% accurate in predicting existing and permitted wells from randomly sampled undeveloped areas.  The resulting probability map indicates wide variation across the Marcellus formation in terms of the likelihood of future gas well development.

To get a better sense of where gas development is most likely, we searched for the highest probability areas where well pads in each scenario might be located. The probability raster was re-sampled to a resolution that reflects the minimum separation distance between well pads for each of the three impact scenarios (low – 5,217 ft; medium – 4,134 ft; high – 3,346 ft). The minimum separation distance represents the drainage area for gas extraction and is dependent upon the number of wells per pad, which differs among the three impact scenarios. Using this method, each pixel of the raster represents the combined area of a well pad plus the minimum separation distance. The highest probable pixels were then selected until the threshold for each impact scenario was reached (low – 6,000 well pads; medium – 10,000 well pads; high – 15,000 well pads). Areas incompatible for future gas exploration (existing drilled Marcellus Shale wells, Wild and Natural Areas, and water bodies) were excluded from being selected as probable pixels. The highest probable pixels were then converted into points for map display purposes.

While the geographic area with projected well pads expands from low to high scenarios, the overall geographic pattern is not cumulative due to the differences in minimum separation distance between the three scenarios. Overall, hotspots for future gas development can be seen in half a dozen counties in southwestern Pennsylvania and half a dozen counties in north central and northeastern parts of the state.

These geographic projections of future Marcellus gas development are spatial representations of possible scenarios. They are not predictions. We faced several constraints in developing the geographic scenarios:

- We do not have access to proprietary seismic and test well geologic data that natural gas companies have. Shale porosity, for example, is a key factor but there are no publicly available data for this.

- We do not have the detailed location of gas company leases. Each company is looking for the highest probability locations across their lease holds while our model looks for the highest probability sites across the entire Marcellus formation in the state. Because there have only been a few Marcellus test wells and permits in the Delaware watershed, we believe the projections for new well pads are probably significantly underestimated in Wayne County.

Still, we believe the overall geographic patterns in the projected gas development locations are relatively robust for several reasons. We used nearly 1,500 existing drilled or permitted well pads to build the model and nearly 500 additional drilled and permitted well pads to validate the model. This is typically a sufficient sample size for building predictive models. Additionally, reviews from industry, academic, and government agency reviewers indicate our methods and results are generally sound. Some reviewers expect future well pad locations to be more geographically expansive than our current projections indicate, especially in the Delaware watershed where only a few Marcellus test wells and permits have been issued. Our projections for Wayne County, for example, are likely underestimating future development potential.



Map showing projected location of 10,000 new Marcellus Shale natural gas pads across Pennsylvania (medium development scenario).